```
1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   EDDIE E. JAURGUI (Cal. Bar. No. 297986)
4  POONAM G. KUMAR (Cal. Bar No. 270802)
   JULIAN L. ANDRE (Cal Bar. No. 251120)
5  Assistant United States Attorneys
   Major Frauds Section
6       1100 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0719
8       Facsimile: (213) 894-6269
        E-mail:    Eddie.Jauregui@usdoj.gov
9
```



FILED
CLERK, U.S. DISTRICT COURT
MAY -7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19CR00282-RGK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| ZHONGTIAN LIU, aka "Liu Zhongtian," aka "Chairman," aka "Uncle Liu," aka "UL," aka "Big Boss," CHINA ZHONGWANG HOLDINGS LIMITED, aka "ZW," aka "Mother Ship," ZHAOHUA CHEN, aka "Chen Zhaohua," aka "Uncle Chen," XIANG CHUN SHAO, aka "Johnson Shao," PERFECTUS ALUMINIUM, INC., aka "Perfectus Aluminum, Inc.," PERFECTUS ALUMINUM ACQUISITIONS, LLC, SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN – MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC, Defendants. | (UNDER SEAL) |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

5-7-2019
DATE

/s/
UNITED STATES MAGISTRATE JUDGE
John E. McDermott

2

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                   UNITED STATES MAGISTRATE JUDGE