NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar. No. 297986)
POONAM G. KUMAR (Cal. Bar No. 270802)
JULIAN L. ANDRE (Cal Bar. No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>ZHONGTIAN LIU,<br>CHINA ZHONGWANG HOLDINGS<br>   LIMITED,<br>ZHAOHUA CHEN,<br>XIANG CHUN SHAO,<br>PERFECTUS ALUMINIUM, INC.,<br>PERFECTUS ALUMINUM<br>   ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN – MAIN STREET, LLC,<br>   and<br>10681 PRODUCTION AVENUE, LLC,<br><br>            Defendants. | No. CR 19-282-RGK<br><br>[~~PROPOSED~~] ORDER UNSEALING <u>INDICTMENT AND RELATED DOCUMENTS</u> |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT the indictment and sealed documents in this case be unsealed.

July 30, 2019

DATE

*Gary Klausner*

UNITED STATES DISTRICT JUDGE