NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/4849/0600
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO INCREASE CIVIL CONTEMPT SANCTIONS FOR DEFENDANTS' CONTINUED FAILURE TO APPEAR AT INITIAL APPEARANCE; DECLARATION OF ROGER A. HSIEH; EXHIBITS; [PROPOSED] ORDER |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh, Poonam G. Kumar, and Eddie A. Jauregui, hereby requests that the Court increase the civil contempt sanctions issued against defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, Scuderia Development, LLC, 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production

Avenue LLC for their continued failure to appear at initial appearance.

Dated: January 31, 2020            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

 /s/ *Roger A. Hsieh*
ROGER A. HSIEH
POONAM G. KUMAR
EDDIE A. JAUREGUI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITY**

On September 19, 2019, and October 7, 2019, the Court issued civil contempt sanctions (the "contempt orders") against defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and Scuderia Development, LLC (collectively, the "Corporate defendants"), and 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (collectively the "Warehouse defendants", together with the Corporate defendants the "defendants"). (Dkts. 59, 64.)  As of the filing of this request, the civil contempt sanctions accrue at the rate of $4,000 per calendar day per defendant.  Defendants nevertheless continue to fail to schedule and appear for their initial appearance.

The contempt orders noted that the "government may petition the Court to increase the daily civil contempt sanction for each defendant if the fine ordered is not sufficiently coercive to obtain defendants' compliance with their obligations to schedule and appear for their arraignments on the Indictment."  (Dkts. 59 at 4, 64 at 4.) Because the daily civil contempt sanction for each defendant has not sufficiently coerced defendants to schedule and appear for their arraignments on the Indictment, the government requests that the Court increase the civil contempt sanctions to $8,000 per calendar day per defendant beginning two calendar days after entry of the order.  In addition, the government requests that, for as long as defendants fail to schedule and appear for arraignment on the Indictment, the Court order that the civil contempt sanctions continue to increase every four weeks by $4,000 per calendar day per defendant, i.e., to $12,000 four weeks after the increase to $8,000, to $16,000 four weeks after the increase to $12,000, and so on.

The government has served the Court's contempt orders on defendants.  Specifically, on or about September 24, 2019, the government served the Court's order as to the Corporate defendants (Dkt. 59) to the Corporate defendants' registered agents for service of process via certified mail.  The United States Postal Service ("USPS") website shows that defendants Perfectus Aluminium Inc. and Scuderia Development, LLC received that mailing on or about September 26, 2019, and defendant Perfectus Aluminum Acquisitions, LLC received that mailing on or about October 2, 2019. (See Declaration of Roger Hsieh ("Hsieh Decl.") Ex. 1.)  On or about October 9, 2019, the government served the Court's order as to the Warehouse defendants (Dkt. 64) on the Warehouse defendants' registered agent for service of process via certified mail.  The USPS website shows that the Corporate defendants received the mailing on or about October 15, 2019.  (See Hsieh Decl. Ex. 2; Dkt. 52 at 4 n.4.)

As of January 31, 2020, none of the defendants have scheduled or appeared for their initial appearance.  At the time of this filing, the civil contempt sanctions against each of the three Corporate defendants totals approximately $476,000 and the civil contempt sanctions against each of the three Warehouse defendants totals approximately $404,000.  As of January 31, 2020, the total sanctions against defendants is approximately $2,640,000.  A valuation conducted in 2017 estimated the combined value of the warehouses to be approximately $182 million.  (See Hsieh Decl. Ex. 3.)

As the sanctions have not yet been sufficiently coercieve to obtain defendants' compliance, the government requests the sanctions be increased as set forth above and in the proposed order.

**DECLARATION OF ROGER A. HSIEH**

I, Roger A. Hsieh, declare as follows:

1. I am an Assistant United States Attorney assigned to the matter of <u>United States of America v. Zhongtian Liu et al</u>., CR No. 19-282-RGK.

2. I understand that on or about September 24, 2019, the government served the Court's order issuing civil contempt sanctions against defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and Scuderia Development, LLC (Dkt. 59) to the defendants' respective registered agents for service of process via certified mail. The United States Postal Service ("USPS") website shows that defendants Perfectus Aluminium Inc. and Scuderia Development, LLC received the Court's order on or about September 26, 2019, and defendant Perfectus Aluminum Acquisitions, LLC received the Court's order on or about October 2, 2019. Attached hereto as **Exhibit 1** is a true and correct copy of the USPS website reflecting delivery of the Court's order.

3. I understand that on or about October 9, 2019, the government served the Court's order issuing civil contempt sanctions against defendants 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (Dkt. 64) to the defendants' registered agent for service of process via certified mail to the new address specified in Exhibit 8 to the manual filing referenced in Docket 53. (<u>See also</u> Dkt. 52 at 4 n.4, 51.) The USPS website shows that defendants 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC received the Court's order on or about October 15, 2019. Attached hereto as **Exhibit 2** is a true and correct copy of the USPS website reflecting delivery of the Court's order.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Reports of Investigation which provide a 2017 estimated valuation of the warehouses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 31, 2020.

                                            _/s/ Roger Hsieh_
                                            ROGER A. HSIEH