# Exhibit 1

# USPS Tracking®

FAQs

## Track Another Package ✚

**Tracking Number:** 70142120000142462161

Remove

Your item has been delivered to an agent at 11:36 am on September 26, 2019 in LOS ANGELES, CA 90017.

Feedback

## Delivered

September 26, 2019 at 11:36 am
Delivered, To Agent
LOS ANGELES, CA 90017

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Roger A. Hsieh*
*Phone: (213) 894-0600*
*E-mail: Roger.Hsieh@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

September 24, 2019

**VIA CERTIFIED MAIL**

Amanda Garcia
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

Re:    United States v. Perfectus Aluminium Inc.
          CR No. 19-282-RGK-5

          United States v. Scuderia Development, LLC
          CR No. 19-282-RGK-7

Dear Ms. Garcia:

As a registered agent for service of process for Perfectus Aluminium Inc. and Scuderia Development LLC, please see the attached Court order issuing civil contempt sanctions in the above-referenced matters.


Very truly yours,

*/s/ Roger A. Hsieh*

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section

cc:    AUSA Eddie A. Jauregui
         AUSA Poonam Kumar

Enclosure

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX                                        cc: FISCAL
   Assistant United States Attorney
3  Chief, Criminal Division
   EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4  ROGER A. HSIEH (Cal. Bar No. 294195)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-4849/0600
        Facsimile: (213) 894-6269
8       E-mail:    eddie.jauregui@usdoj.gov
                   roger.hsieh@usdoj.gov
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,            No. CR 19-282-RGK

14            Plaintiff,                [PROPOSED] ORDER ISSUING CIVIL
                                        CONTEMPT SANCTIONS TO DEFENDANTS
15            v.                        FOR FAILURE TO APPEAR AT INITIAL
                                        APPEARANCE
16 ZHONGTIAN LIU ET AL.,

17            Defendants.

18

19

20       Having reviewed the government's Motion for Certification of

21 Facts and Issuance of an Order to Show Cause and the evidence

22 submitted in connection with the Motion (Dkts. 52-53), the Magistrate

23 Court's Order and Certification of Facts (Dkt. 55), and having

24 presided over the Order to Show Cause Hearing in this matter on

25 September 12, 2019, the COURT HEREBY FINDS:

26       1.   Defendants Perfectus Aluminium Inc., also known as

27 "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and

28
                                   1

1   Scuderia Development, LLC ("defendants") were properly served under

2   Federal Rule of Criminal Procedure 4 with summonses to appear before

3   the United States District Court to answer to an Indictment on August

4   26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E.

5   Temple Street, Los Angeles, California, 90012.  The summonses were

6   served on defendants via certified mail to the defendants' registered

7   agents for service of process, or in the case of Scuderia

8   Development, LLC, to an officer, between August 3, 2019, and August

9   6, 2019.

10       2.   None of the aforementioned defendants appeared for their

11   initial appearances at the Roybal Federal Building, 255 East Temple

12   Street, Los Angeles, California, in Courtroom 341, on August 26,

13   2019, at 2:00 p.m., notwithstanding the summonses to appear in that

14   place and on that date and time.

15       3.   On September 4, 2019, the government filed a motion for

16   certification of facts and issuance of an order to show cause. (Dkts.

17   52-53.)

18       4.   On September 9, 2019, the Magistrate Court ordered

19   defendants to show cause in writing why they should not be adjudged

20   in contempt by 12:00 p.m. on September 11, 2019, and appear before

21   the District Court at 10:00 a.m. on September 12, 2019, for a show

22   cause hearing.  (Dkt. 55.)

23       5.   The government served the Magistrate Court's order (Dkt.

24   55) to defendants' registered agent for service of process on

25   September 10, 2019.

26       6.   To date, defendants have failed to state in writing why

27   they should not be adjudged in contempt, and they failed to appear at

28   the September 12, 2019, show cause hearing.

7.   The government has shown by clear and convincing evidence that defendants have violated a court order by failing to appear for their initial appearances.

Accordingly, the COURT HEREBY ORDERS:

1.   Defendants shall each pay a civil contempt sanction of $2000 per calendar day, payable to the Court, until defendants schedule and appear before the Court for arraignment on the Indictment.

2.   The civil contempt sanctions against defendants shall start to accrue two calendars days after the date of entry of this Order.

3.   If defendants have not scheduled and appeared before the Court for arraignment on the Indictment four weeks after the civil contempt sanctions ordered herein have begun to accrue, the civil contempt sanctions shall increase to $4000 per calendar day for each defendant.

4.   The government may petition the Court for interim judgments reflecting the accrued sanctions to be due, payable, and subject to immediate collection upon entry of such interim judgments.

///

///

///

1    5.   The government may petition the Court to increase the daily

2    civil contempt sanction for each defendant if the fine ordered is not

3    sufficiently coercive to obtain defendants' compliance with their

4    obligations to schedule and appear for their arraignments on the

5    Indictment.

6        IT IS SO ORDERED.

7

8    September 19, 2019

9    DATE                        HONORABLE R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE

10

11    Presented by:

12        /s/
    ROGER A. HSIEH
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Tania Godfrey, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on September 24, 2019, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE (United States v. Zhongtian Liu et al., No. CR 19-282-RGK, Dkt. 59); LETTER DATED SEPEMBER 24, 2019.**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via Certified United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By email, as follows:

☐ By Federal Express, as follows:

Amanda Garcia
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

1  At their last known address, at which place there is a delivery
2  service by United States mail.

3       This Certificate is executed on September 24, 2019, at Los
4  Angeles, California.  I certify under penalty of perjury that the
5  foregoing is true and correct.

Tania Godfrey
Legal Assistant

# USPS Tracking®

FAQs

## Track Another Package **+**

**Tracking Number:** 70142120000142462178

Remove

Your item has been delivered to an agent at 11:36 am on September 26, 2019 in LOS ANGELES, CA 90017.

## Delivered

September 26, 2019 at 11:36 am
Delivered, To Agent
LOS ANGELES, CA 90017

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Roger A. Hsieh*
*Phone: (213) 894-0600*
*E-mail: Roger.Hsieh@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

September 24, 2019

## VIA CERTIFIED MAIL

Gladys Aguilera
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

Re:    <u>United States v. Perfectus Aluminium Inc.</u>
CR No. 19-282-RGK-5

<u>United States v. Scuderia Development, LLC</u>
CR No. 19-282-RGK-7

Dear Ms. Aguilera:

As a registered agent for service of process for Perfectus Aluminium Inc. and Scuderia Development LLC, please see the attached Court order issuing civil contempt sanctions in the above-referenced matters.

Very truly yours,

*/s/ Roger A. Hsieh*

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section

cc:    AUSA Eddie A. Jauregui
AUSA Poonam Kumar

Enclosure

1 NICOLA T. HANNA
United States Attorney
2 BRANDON D. FOX                                    cc: FISCAL
Assistant United States Attorney
3 Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4 ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
5 Major Frauds Section
     1100 United States Courthouse
6     312 North Spring Street
     Los Angeles, California 90012
7     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
8     E-mail:   eddie.jauregui@usdoj.gov
               roger.hsieh@usdoj.gov
9 Attorneys for Plaintiff
UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,          No. CR 19-282-RGK

14          Plaintiff,               [~~PROPOSED~~] ORDER ISSUING CIVIL
                                     CONTEMPT SANCTIONS TO DEFENDANTS
15          v.                       FOR FAILURE TO APPEAR AT INITIAL
                                     APPEARANCE
16 ZHONGTIAN LIU ET AL.,

17          Defendants.

18

19

20      Having reviewed the government's Motion for Certification of

21 Facts and Issuance of an Order to Show Cause and the evidence

22 submitted in connection with the Motion (Dkts. 52-53), the Magistrate

23 Court's Order and Certification of Facts (Dkt. 55), and having

24 presided over the Order to Show Cause Hearing in this matter on

25 September 12, 2019, the COURT HEREBY FINDS:

26      1.   Defendants Perfectus Aluminium Inc., also known as

27 "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and

28
                                    1

1   Scuderia Development, LLC ("defendants") were properly served under
2   Federal Rule of Criminal Procedure 4 with summonses to appear before
3   the United States District Court to answer to an Indictment on August
4   26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E.
5   Temple Street, Los Angeles, California, 90012.   The summonses were
6   served on defendants via certified mail to the defendants' registered
7   agents for service of process, or in the case of Scuderia
8   Development, LLC, to an officer, between August 3, 2019, and August
9   6, 2019.

10       2.   None of the aforementioned defendants appeared for their
11   initial appearances at the Roybal Federal Building, 255 East Temple
12   Street, Los Angeles, California, in Courtroom 341, on August 26,
13   2019, at 2:00 p.m., notwithstanding the summonses to appear in that
14   place and on that date and time.

15       3.   On September 4, 2019, the government filed a motion for
16   certification of facts and issuance of an order to show cause. (Dkts.
17   52-53.)

18       4.   On September 9, 2019, the Magistrate Court ordered
19   defendants to show cause in writing why they should not be adjudged
20   in contempt by 12:00 p.m. on September 11, 2019, and appear before
21   the District Court at 10:00 a.m. on September 12, 2019, for a show
22   cause hearing.   (Dkt. 55.)

23       5.   The government served the Magistrate Court's order (Dkt.
24   55) to defendants' registered agent for service of process on
25   September 10, 2019.

26       6.   To date, defendants have failed to state in writing why
27   they should not be adjudged in contempt, and they failed to appear at
28   the September 12, 2019, show cause hearing.

1        7.    The government has shown by clear and convincing evidence

2    that defendants have violated a court order by failing to appear for

3    their initial appearances.

4        Accordingly, the COURT HEREBY ORDERS:

5        1.    Defendants shall each pay a civil contempt sanction of

6    $2000 per calendar day, payable to the Court, until defendants

7    schedule and appear before the Court for arraignment on the

8    Indictment.

9        2.    The civil contempt sanctions against defendants shall start

10   to accrue two calendars days after the date of entry of this Order.

11       3.    If defendants have not scheduled and appeared before the

12   Court for arraignment on the Indictment four weeks after the civil

13   contempt sanctions ordered herein have begun to accrue, the civil

14   contempt sanctions shall increase to $4000 per calendar day for each

15   defendant.

16       4.    The government may petition the Court for interim judgments

17   reflecting the accrued sanctions to be due, payable, and subject to

18   immediate collection upon entry of such interim judgments.

19   ///

20   ///

21   ///

22

23

24

25

26

27

28

1     5.   The government may petition the Court to increase the daily

2 civil contempt sanction for each defendant if the fine ordered is not

3 sufficiently coercive to obtain defendants' compliance with their

4 obligations to schedule and appear for their arraignments on the

5 Indictment.

6     IT IS SO ORDERED.

7

8 September 19, 2019           *Gary Klausner*

9 DATE              HONORABLE R. GARY KLAUSNER
                       UNITED STATES DISTRICT JUDGE

10

11 Presented by:

    /s/

12 ROGER A. HSIEH
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Tania Godfrey, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on September 24, 2019, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE (United States v. Zhongtian Liu et al., No. CR 19-282-RGK, Dkt. 59); LETTER DATED SEPEMBER 24, 2019.**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via Certified United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By email, as follows:

☐ By Federal Express, as follows:

Gladys Aguilera
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

1   At their last known address, at which place there is a delivery

2   service by United States mail.

3       This Certificate is executed on September 24, 2019, at Los

4   Angeles, California.  I certify under penalty of perjury that the

5   foregoing is true and correct.

                         Tania Godfrey
                         Legal Assistant

2

# USPS Tracking®

FAQs

## Track Another Package  +

**Tracking Number:** 70142120000142462154

Remove

Your item has been delivered to an agent at 11:36 am on September 26, 2019 in LOS ANGELES, CA 90017.

## Delivered

September 26, 2019 at 11:36 am
Delivered, To Agent
LOS ANGELES, CA 90017

**Get Updates**

---

### Text & Email Updates

---

### Tracking History

---

### Product Information

---

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Roger A. Hsieh*
*Phone:  (213) 894-0600*
*E-mail:  Roger.Hsieh@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

September 24, 2019

**VIA CERTIFIED MAIL**

Vivian Imperial
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

> Re:   United States v. Perfectus Aluminium Inc.
> CR No. 19-282-RGK-5
>
> United States v. Scuderia Development, LLC
> CR No. 19-282-RGK-7

Dear Ms. Imperial:

As a registered agent for service of process for Perfectus Aluminium Inc. and Scuderia Development LLC, please see the attached Court order issuing civil contempt sanctions in the above-referenced matters.


Very truly yours,

*/s/ Roger A. Hsieh*

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section

cc:   AUSA Eddie A. Jauregui
AUSA Poonam Kumar

Enclosure

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX                                    cc: FISCAL
   Assistant United States Attorney
3  Chief, Criminal Division
   EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4  ROGER A. HSIEH (Cal. Bar No. 294195)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-4849/0600
        Facsimile: (213) 894-6269
8       E-mail:    eddie.jauregui@usdoj.gov
                   roger.hsieh@usdoj.gov
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,            No. CR 19-282-RGK

14            Plaintiff,                 [PROPOSED] ORDER ISSUING CIVIL
                                         CONTEMPT SANCTIONS TO DEFENDANTS
15            v.                         FOR FAILURE TO APPEAR AT INITIAL
                                         APPEARANCE
16  ZHONGTIAN LIU ET AL.,

17            Defendants.

18

19

20       Having reviewed the government's Motion for Certification of

21  Facts and Issuance of an Order to Show Cause and the evidence

22  submitted in connection with the Motion (Dkts. 52-53), the Magistrate

23  Court's Order and Certification of Facts (Dkt. 55), and having

24  presided over the Order to Show Cause Hearing in this matter on

25  September 12, 2019, the COURT HEREBY FINDS:

26       1.   Defendants Perfectus Aluminium Inc., also known as

27  "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and

28
                                    1

1  Scuderia Development, LLC ("defendants") were properly served under

2  Federal Rule of Criminal Procedure 4 with summonses to appear before

3  the United States District Court to answer to an Indictment on August

4  26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E.

5  Temple Street, Los Angeles, California, 90012.  The summonses were

6  served on defendants via certified mail to the defendants' registered

7  agents for service of process, or in the case of Scuderia

8  Development, LLC, to an officer, between August 3, 2019, and August

9  6, 2019.

10      2.   None of the aforementioned defendants appeared for their

11  initial appearances at the Roybal Federal Building, 255 East Temple

12  Street, Los Angeles, California, in Courtroom 341, on August 26,

13  2019, at 2:00 p.m., notwithstanding the summonses to appear in that

14  place and on that date and time.

15      3.   On September 4, 2019, the government filed a motion for

16  certification of facts and issuance of an order to show cause. (Dkts.

17  52-53.)

18      4.   On September 9, 2019, the Magistrate Court ordered

19  defendants to show cause in writing why they should not be adjudged

20  in contempt by 12:00 p.m. on September 11, 2019, and appear before

21  the District Court at 10:00 a.m. on September 12, 2019, for a show

22  cause hearing.  (Dkt. 55.)

23      5.   The government served the Magistrate Court's order (Dkt.

24  55) to defendants' registered agent for service of process on

25  September 10, 2019.

26      6.   To date, defendants have failed to state in writing why

27  they should not be adjudged in contempt, and they failed to appear at

28  the September 12, 2019, show cause hearing.

Case 2:19-cr-00282-RGK   Document 59   Filed 09/19/19   Page 3 of 4   Page ID #:241

7.   The government has shown by clear and convincing evidence that defendants have violated a court order by failing to appear for their initial appearances.

Accordingly, the COURT HEREBY ORDERS:

1.   Defendants shall each pay a civil contempt sanction of $2000 per calendar day, payable to the Court, until defendants schedule and appear before the Court for arraignment on the Indictment.

2.   The civil contempt sanctions against defendants shall start to accrue two calendars days after the date of entry of this Order.

3.   If defendants have not scheduled and appeared before the Court for arraignment on the Indictment four weeks after the civil contempt sanctions ordered herein have begun to accrue, the civil contempt sanctions shall increase to $4000 per calendar day for each defendant.

4.   The government may petition the Court for interim judgments reflecting the accrued sanctions to be due, payable, and subject to immediate collection upon entry of such interim judgments.

///

///

///

1        5.    The government may petition the Court to increase the daily

2    civil contempt sanction for each defendant if the fine ordered is not

3    sufficiently coercive to obtain defendants' compliance with their

4    obligations to schedule and appear for their arraignments on the

5    Indictment.

6        IT IS SO ORDERED.

7

8    September 19, 2019

                                                                     _Gary Klausner_

9    DATE                                                    HONORABLE R. GARY KLAUSNER
                                                             UNITED STATES DISTRICT JUDGE

10

11   Presented by:

12       /s/

13   ROGER A. HSIEH
    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Tania Godfrey, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on September 24, 2019, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE (United States v. Zhongtian Liu et al., No. CR 19-282-RGK, Dkt. 59); LETTER DATED SEPEMBER 24, 2019.**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via Certified United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By email, as follows:

☐ By Federal Express, as follows:

Vivian Imperial
CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

1   At their last known address, at which place there is a delivery

2   service by United States mail.

3        This Certificate is executed on September 24, 2019, at Los

4   Angeles, California.  I certify under penalty of perjury that the

5   foregoing is true and correct.

                                        Tania Godfrey
                                        Legal Assistant

USPS.com® - USPS Tracking® Results                                      Page 1 of 2

# USPS Tracking®

FAQs

### Track Another Package  +

**Tracking Number:** 70142120000142462185

Remove

Your item was delivered at 7:37 am on October 2, 2019 in WILMINGTON, DE 19801.

## Delivered

October 2, 2019 at 7:37 am
Delivered
WILMINGTON, DE 19801

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Roger A. Hsieh*
*Phone: (213) 894-0600*
*E-mail: Roger.Hsieh@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

September 24, 2019

**VIA CERTIFIED MAIL**

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

> Re:   United States v. Perfectus Aluminum Acquisitions, LLC
>         CR No. 19-282-RGK-7

Dear Registered Agent for Service of Process,

As a registered agent for service of process for Perfectus Aluminum Acquisitions, LLC, please see the attached Court order issuing civil contempt sanctions in the above-referenced matter.

Very truly yours,

*/s/ Roger A. Hsieh*

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section

cc:   AUSA Eddie A. Jauregui
        AUSA Poonam Kumar

Enclosure

1   NICOLA T. HANNA
United States Attorney
2   BRANDON D. FOX                                    cc: FISCAL
Assistant United States Attorney
3   Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
4   ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
5   Major Frauds Section
         1100 United States Courthouse
6        312 North Spring Street
         Los Angeles, California 90012
7        Telephone: (213) 894-4849/0600
         Facsimile: (213) 894-6269
8        E-mail:    eddie.jauregui@usdoj.gov
                    roger.hsieh@usdoj.gov
9   Attorneys for Plaintiff
UNITED STATES OF AMERICA
10
                  UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,          No. CR 19-282-RGK

14          Plaintiff,                 [~~PROPOSED~~] ORDER ISSUING CIVIL
                                       CONTEMPT SANCTIONS TO DEFENDANTS
15          v.                         FOR FAILURE TO APPEAR AT INITIAL
                                       APPEARANCE
16  ZHONGTIAN LIU ET AL.,

17          Defendants.

18

19

20       Having reviewed the government's Motion for Certification of

21  Facts and Issuance of an Order to Show Cause and the evidence

22  submitted in connection with the Motion (Dkts. 52-53), the Magistrate

23  Court's Order and Certification of Facts (Dkt. 55), and having

24  presided over the Order to Show Cause Hearing in this matter on

25  September 12, 2019, the COURT HEREBY FINDS:

26       1.   Defendants Perfectus Aluminium Inc., also known as

27  "Perfectus Aluminum Inc.," Perfectus Aluminum Acquisitions, LLC, and

28
                                  1

Case 2:19-cr-00282-RGK   Document 59   Filed 09/19/19   Page 2 of 4   Page ID #:240

1  Scuderia Development, LLC ("defendants") were properly served under
2  Federal Rule of Criminal Procedure 4 with summonses to appear before
3  the United States District Court to answer to an Indictment on August
4  26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E.
5  Temple Street, Los Angeles, California, 90012.  The summonses were
6  served on defendants via certified mail to the defendants' registered
7  agents for service of process, or in the case of Scuderia
8  Development, LLC, to an officer, between August 3, 2019, and August
9  6, 2019.
10      2.   None of the aforementioned defendants appeared for their
11  initial appearances at the Roybal Federal Building, 255 East Temple
12  Street, Los Angeles, California, in Courtroom 341, on August 26,
13  2019, at 2:00 p.m., notwithstanding the summonses to appear in that
14  place and on that date and time.
15      3.   On September 4, 2019, the government filed a motion for
16  certification of facts and issuance of an order to show cause. (Dkts.
17  52-53.)
18      4.   On September 9, 2019, the Magistrate Court ordered
19  defendants to show cause in writing why they should not be adjudged
20  in contempt by 12:00 p.m. on September 11, 2019, and appear before
21  the District Court at 10:00 a.m. on September 12, 2019, for a show
22  cause hearing.  (Dkt. 55.)
23      5.   The government served the Magistrate Court's order (Dkt.
24  55) to defendants' registered agent for service of process on
25  September 10, 2019.
26      6.   To date, defendants have failed to state in writing why
27  they should not be adjudged in contempt, and they failed to appear at
28  the September 12, 2019, show cause hearing.

1        7.    The government has shown by clear and convincing evidence
2    that defendants have violated a court order by failing to appear for
3    their initial appearances.

4        Accordingly, the COURT HEREBY ORDERS:

5        1.    Defendants shall each pay a civil contempt sanction of
6    $2000 per calendar day, payable to the Court, until defendants
7    schedule and appear before the Court for arraignment on the
8    Indictment.

9        2.    The civil contempt sanctions against defendants shall start
10   to accrue two calendars days after the date of entry of this Order.

11       3.    If defendants have not scheduled and appeared before the
12   Court for arraignment on the Indictment four weeks after the civil
13   contempt sanctions ordered herein have begun to accrue, the civil
14   contempt sanctions shall increase to $4000 per calendar day for each
15   defendant.

16       4.    The government may petition the Court for interim judgments
17   reflecting the accrued sanctions to be due, payable, and subject to
18   immediate collection upon entry of such interim judgments.

19   ///
20   ///
21   ///
22
23
24
25
26
27
28

1    5.    The government may petition the Court to increase the daily

2 civil contempt sanction for each defendant if the fine ordered is not

3 sufficiently coercive to obtain defendants' compliance with their

4 obligations to schedule and appear for their arraignments on the

5 Indictment.

6    IT IS SO ORDERED.

7

8

September 19, 2019

9 DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

10

Presented by:

11

        /s/

12 ROGER A. HSIEH
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Tania Godfrey, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on September 24, 2019, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE (United States v. Zhongtian Liu et al., No. CR 19-282-RGK, Dkt. 59); LETTER DATED SEPEMBER 24, 2019.**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via Certified United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By email, as follows:

☐ By Federal Express, as follows:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

at his/her/their last known address, at which place there is a
delivery service by United States mail.

This Certificate is executed on September 24, 2019, at Los
Angeles, California.  I certify under penalty of perjury that the
foregoing is true and correct.

Tania Godfrey
Legal Assistant