*WHEN RECORDED MAIL TO:*

UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES STREET, RM. 7516AA
LOS ANGELES, CA 90012
ATTN: FINANCIAL LITIGATION UNIT
TEL: 213-894-2470

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> PLAINTIFF(S), <br> v. <br><br> ZHONGTIAN LIU et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> ~~CV~~ CR 19-282-RGK-10 <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on __March 6, 2020__
in favor of __Plaintiff United States of America__
whose address is __300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012__
and against __10681 Production Avenue, LLC__
whose last known address is __Zhijie Wang, 2355 Portrait Way, Tustin, CA 92782__
for $ __$404,000.00__ Principal, $ __0.00__ Interest, $ __0.00__ Costs,
and $ __0.00__ Attorney Fees.

ATTESTED this __12th__ day of __March__, 20__20__.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Zhijie Wang (Agent for Service)
2355 Portrait Way
Tustin, CA 92782

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1202

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)        ABSTRACT OF JUDGMENT/ORDER