NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0600/4849/0719
    Facsimile: (213) 894-6269
    E-mail:   roger.hsieh@usdoj.gov
               eddie.jauregui@usdoj.gov
               poonam.kumar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIAL [168] |
| v. | |
| ZHONGTIAN LIU, et al., | Trial Date: February 2, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom of the Hon. R. Gary Klausner |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with grand jury material, including search warrant affidavits referencing grand jury testimony and material, grand jury transcripts, and grand jury exhibits. The purpose of this order is to enable defendants to prepare their defense and to permit compliance with the government's

///

discovery obligations and the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury material to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the grand jury material provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

October 5, 2020
DATE

*[signature: Gary Klausner]*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
EDDIE A. JAUREGUI
Assistant United States Attorney

2