# EXHIBIT B

KASOWITZ BENSON TORRES LLP
Daniel A. Saunders (SBN 161051)
2029 Century Park East
Suite 2000
Los Angeles, CA 90067
Telephone: (424) 288-7900
Fax: (310) 943-3551
dsaunders@kasowitz.com

*Attorneys for Claimant Von Karman –
Main Street, LLC*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REAL PROPERTY LOCATED AT 2323 MAIN STREET, IRVINE, CALIFORNIA, <br><br> Defendant. | Case No. 8:17-CV-1592-DMG-SPx <br><br> CLAIM OF OWNERSHIP OF PROPERTY SUBJECT TO FORFEITURE |

## Claim of Ownership of Property Subject to Forfeiture

1. Pursuant to 18 U.S.C. § 983(a)(4) and Article XIII, Rule G(5) of the Federal Rules of Civil Procedure, I, Zhijie Wang, submit this Claim on behalf of Von Karman – Main Street, LLC, in response to the letter my legal counsel received from Steven R. Welk, Assistant United States Attorney, dated September 26, 2017 and received October 2, 2017, stating that a Civil Forfeiture complaint was filed against real property located at 2323 Main Street, Irvine, California (the "Property.")

2. The caption of the forfeiture action is *United States v. Real Property Located at 2323 Main Street, Irvine, California*; SACV 17-1592 DMG (SPx) (the "Action").

3. I am the ultimate beneficial owner of the Property. The Property is wholly owned by Von Karman – Main Street, LLC, a Delaware Limited Liability Company (the "Claimant"). The sole member of Claimant is Scuderia Capital Partners, Inc., a Delaware corporation. I am the CEO and sole shareholder of Scuderia Capital Partners, Inc. As such, I have the authority and am duly authorized to act on behalf of Claimant.

4. Pursuant to Rule G(5)(a)(i)(D) and Rule G(4)(b)(ii)(D), I am on behalf of and as managing member of Claimant hereby serving this claim on Assistant United States Attorney Steven R. Welk at the following address, by Certified U.S. Mail:

> United States Attorney's Office - Central District of California
> Asset Forfeiture Section
> Attn: Steven R. Welk, AUSA
> 312 North Spring Street
> Los Angeles, California 90012

5. Pursuant to Rule G(5)(a)(i), I am, through my legal counsel, electronically filing a copy of this claim with the Clerk of the Court, Central District of California, by filing it on the docket for the Action.

*I swear under penalty of perjury that the foregoing information is true and correct*:

Claimant: Von Karman – Main Street, LLC

By: _____

Zhijie Wang, CEO of Scuderia Capital Partners, Inc.

Dated: 10-2-17

2