# EXHIBIT C

|   |   |
|---|---|
| 1 | KASOWITZ BENSON TORRES LLP |
| 2 | Daniel A. Saunders (SBN 161051) |
|   | 2029 Century Park East |
| 3 | Suite 2000 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (424) 288-7900 |
| 5 | Fax: (310) 943-3551 |
| 6 | dsaunders@kasowitz.com |

1   KASOWITZ BENSON TORRES LLP
    Daniel A. Saunders (SBN 161051)
2   2029 Century Park East
    Suite 2000
3   Los Angeles, CA  90067
    Telephone: (424) 288-7900
4
    Fax: (310) 943-3551
5   dsaunders@kasowitz.com
6
7   Eric Herschmann (*pro hac vice application forthcoming*)
    Michael P. Bowen (*pro hac vice application forthcoming*)
8   Andrew R. Kurland (*pro hac vice application forthcoming*)
9   KASOWITZ BENSON TORRES LLP
    1633 Broadway
10  New York, NY 10019
    Telephone: (212) 506-1700
11
    Fax: (212) 506-1800
12  eherschmann@kasowitz.com
    mbowen@kasowitz.com
13  akurland@kasowitz.com
14
15  *Attorneys for Defendants Real*
    *Property Located At 10681 Production*
16  *Avenue, Fontana, California*
17
                UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
                        EASTERN DIVISION
19

| UNITED STATES OF AMERICA, | Case No. 5:17-cv-01872-DMG-SPx |
|---|---|
| Plaintiff, | |
| vs. | CLAIM OF OWNERSHIP OF PROPERTY SUBJECT TO FORFEITURE |
| REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA, | |
| Defendant. | |

## Claim of Ownership of Property Subject to Forfeiture

1. Pursuant to 18 U.S.C. § 983(a)(4) and Article XIII, Rule G(5) of the Federal Rules of Civil Procedure, I, Zhijie Wang, submit this Claim on behalf of 10681 Production Avenue, LLC, in response to the letter my legal counsel received from Steven R. Welk, Assistant United States Attorney, dated September 26, 2017 and received October 2, 2017, stating that a Civil Forfeiture complaint was filed against real property located at 10681 Production Avenue, Fontana, California (the "Property.")

2. The caption of the forfeiture action is *United States v. Real Property Located at 10681 Production Avenue, Fontana, California*; EDCV 17-1872 DMG (SPx) (the "Action").

3. I am the ultimate beneficial owner of the Property. The Property is wholly owned by 10681 Production Avenue, LLC, a Delaware Limited Liability Company (the "Claimant"). The sole member of Claimant is Scuderia Capital Partners, Inc., a Delaware corporation. I am the CEO and sole shareholder of Scuderia Capital Partners, Inc. As such, I have the authority and am duly authorized to act on behalf of Claimant.

4. Pursuant to Rule G(5)(a)(i)(D) and Rule G(4)(b)(ii)(D), I am on behalf of and as managing member of Claimant hereby serving this claim on Assistant United States Attorney Steven R. Welk at the following address, by Certified U.S. Mail:

> United States Attorney's Office - Central District of California
> Asset Forfeiture Section
> Attn: Steven R. Welk, AUSA
> 312 North Spring Street
> Los Angeles, California 90012

5. Pursuant to Rule G(5)(a)(i), I am, through my legal counsel, electronically filing a copy of this claim with the Clerk of the Court, Central District of California, by filing it on the docket for the Action.

*I swear under penalty of perjury that the foregoing information is true and correct:*

Claimant: 10681 Production Avenue, LLC

By: _____

Zhijie Wang, CEO of Scuderia Capital Partners, Inc.

Dated: 10-2-17

2