# EXHIBIT D

KASOWITZ BENSON TORRES LLP
Daniel A. Saunders (SBN 161051)
2029 Century Park East
Suite 2000
Los Angeles, CA 90067
Telephone: (424) 288-7900
Fax: (310) 943-3551
dsaunders@kasowitz.com

*Attorneys for Claimant 1001 Doubleday, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 1001 S. DOUBLEDAY AVENUE, ONTARIO, CALIFORNIA,<br><br>Defendant. | Case No. 5:17-cv-01873-DMG-SPx<br><br>CLAIM OF OWNERSHIP OF PROPERTY SUBJECT TO FORFEITURE |

## Claim of Ownership of Property Subject to Forfeiture

1. Pursuant to 18 U.S.C. § 983(a)(4) and Article XIII, Rule G(5) of the Federal Rules of Civil Procedure, I, Zhijie Wang, submit this Claim on behalf of 1001 Doubleday, LLC, in response to the letter my legal counsel received from Steven R. Welk, Assistant United States Attorney, dated September 26, 2017 and received October 2, 2017, stating that a Civil Forfeiture complaint was filed against real property located at <u>1001 S. Doubleday Avenue, Ontario, California</u> (the "Property.")

2. The caption of the forfeiture action is *United States v. Real Property Located at 1001 S. Doubleday Avenue, Ontario, California*; EDCV 17-1873 DMG (SPx) (the "Action").

3. I am the ultimate beneficial owner of the Property. The Property is wholly owned by 1001 Doubleday, LLC, a Delaware Limited Liability Company (the "Claimant"). The sole member of Claimant is Scuderia Capital Partners, Inc., a Delaware corporation. I am the CEO and sole shareholder of Scuderia Capital Partners, Inc. As such, I have the authority and am duly authorized to act on behalf of Claimant.

4. Pursuant to Rule G(5)(a)(i)(D) and Rule G(4)(b)(ii)(D), I am on behalf of and as managing member of Claimant hereby serving this claim on Assistant United States Attorney Steven R. Welk at the following address, by Certified U.S. Mail:

> United States Attorney's Office - Central District of California
> Asset Forfeiture Section
> Attn: Steven R. Welk, AUSA
> 312 North Spring Street
> Los Angeles, California 90012

5.  Pursuant to Rule G(5)(a)(i), I am, through my legal counsel, electronically filing a copy of this claim with the Clerk of the Court, Central District of California, by filing it on the docket for the Action.

*I swear under penalty of perjury that the foregoing information is true and correct*:

Claimant: 1001 Doubleday, LLC

By: _____

Zhijie Wang, CEO of Scuderia Capital Partners, Inc.

Dated: 10-2-17

2