DECLARATION OF POONAM G. KUMAR

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") with the Central District of California. I am assigned to the matter of United States v. Liu, et al., CR 19-282-RGK.

2. I have reviewed the CZW records which the Lu declaration references. Each document references or is signed by Changqing Lu.

3. On June 24, 2021, the government produced to defendant copies of all announcements issued by defendant CZW between 2009 and 2016, all of which are publicly available. There are dozens of public statements, including clarification announcements, released by defendant CZW contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 26, 2021.

/s/ Poonam G. Kumar

POONAM G. KUMAR