DECLARATION OF POONAM G. KUMAR

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") with the Central District of California. I am assigned to the matter of United States v. Liu, et al., CR 19-282-RGK.

2. Attached hereto as Exhibit A is a true and correct copy of the Shao declaration with the government's proposed redactions.

3. Attached hereto as Exhibit B is a true and correct copy of one of the Wang declarations with the government's proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 26, 2021.

/s/ Poonam G. Kumar
POONAM G. KUMAR