# EXHIBIT A

1       **DECLARATION OF XIANG CHUN SHAO**
2       **On Behalf of Perfectus Aluminum, Inc.**

3       I, XIANG CHUN SHAO, declare and state as follows:

4       1.      I have personal knowledge of the facts and matters set forth herein and
5   if called to testify, I would competently testify as follows.

6       2.      In early 2016, I was appointed manager of Perfectus Aluminum, Inc.
7   ("Perfectus"), a California company, to oversee its export program.  As such I am
8   fully familiar with the facts recounted herein and am the authorized representative of
9   Perfectus.  I submit this declaration in support of the petition filed by Perfectus in this
10  action, In Re Seizure Of Containers Of Aluminum Pallets Detained At Long Beach
11  Port, and in support of Perfectus' Rule 41(g) motion.

12      3.      I reside in California and manage Perfectus' export program from
13  California.  Perfectus is in the business of purchasing and distributing aluminum
14  products, and conducts its operations out of its headquarters located in Ontario,
15  California.

16      4.      In mid-September 2016, Perfectus arranged for export of 569 containers
17  of aluminum pallets, which are finished products, along with 147 containers of
18  alloyed aluminum profiles, for a total of 716 shipping containers.  These products had
19  been imported into the United States between 2012 and 2014 by Perfectus predecessor
20  entities.  The predecessor entities and Perfectus originally intended to sell or lease the
21  pallets in the United States.  Due to changes in market conditions and an unsuccessful
22  marketing strategy, however, none of the pallets were sold or leased here.  In 2016,
23  Perfectus made a business decision to export the pallets to Vietnam.

24      5.      ████████████████████████████████
25  ████████████████████████████████████████████
26  ████████████████████████████████████████████
27  ████████████████████████████████████████████
28  ████████████████████████████████████████████

1 ████████████████████████████████████████████████

2 ██████████████████████████.

   6. ██████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████    ████████████████████

7 ████████████████████████████████████████████████

8 █████████████████████████████████████

   7. ██████████████████████████████

10 ███████████████████████████████

   8. ██████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ██████████

   9. ██████████████████████████████

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ██████████████████████████████

   10. ██████████████████████████████

24 ████████████████████████████████████████████████

25 ████████████████████████████████████████████████

26 ████████████████████████████████████████████

   11. ██████████████████████████████

28 ████████████████████████████████████████████████

2

1

2

3

4

5

6 ▓▓▓▓▓▓.

7  12.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10  13.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11

12

13

14

15

16 ▓▓▓▓▓▓

17  14.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19  *I declare under penalty of perjury under the laws of the United States of*

20 *America that the foregoing is true and correct.*

21 Executed on December 2⅂, 2016:

22 

23

24

25

26

27

28