# EXHIBIT A



February 23, 2018

Homeland Security Investigations



**Re:** ███████████

**Our Case No. 3648623**

Dear SA Huang,

The undersigned certifies being the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further, that it is this institution's ordinary business to maintain such records, that such records were made contemporaneously with the transactions stated therein, or within a reasonable time after said transaction.

Enclosed are copies of the corporate resolution, wire transactions and monthly statements for the below listed account(s) for the period stated as requested.  Please note that as per McKinney's Banking Law paragraph 128§ HSBC Bank USA, N.A. has a retention period of seven years thus documents dating prior to July 2010, may be unavailable.

| **Exact Name on Account** | **A/C Number** | **Type** | **Period Covered** |
|---|---|---|---|
| GLOBAL ALUMINUM USA INC | 199089850 | Checking | 07/31/2010-01/15/2015 |
| GLOBAL ALUMINUM USA INC | 199550115 | Savings | 12/02/2010-01/15/2015 |

Please note that based on the search terms used and the method used for searching Wire Details using the names/words included in your Subpoena, it is possible that some or all of the matches provided in the above file can be construed as "**false-positive**" matches.  If you find that to be the case, please delete/dispose of any information provided that will not aid you in your investigation.

Additionally 1099's, currency transaction reports, deposits, deposited items and withdrawals are still being researched at this time and will be forwarded to your office immediately upon receipt.

**RESTRICTED - HSBC Bank USA, N.A.**



The enclosed materials concern or may concern nonpublic, confidential, proprietary or privileged business, commercial and/or personal information concerning HSBC Bank USA, N.A., its personnel and/or its customers, including financial customer information and/or trade secrets.   Accordingly, these materials are subject to all applicable provisions governing the use of such information, including any protective order or confidentiality obligation, grand jury requirements, or federal or state Freedom of Information Acts, and may only be used in connection with the above-referenced matter.

If I can be of further assistance to you in this matter, please contact me at 

Sincerely,

Beth M. Troupe
Legal Paper Regulatory Specialist
Legal Paper Processing
HSBC Bank, USA, N.A.
████████████ e C-84
████████████

**RESTRICTED - HSBC Bank USA, N.A.**

USAO_02812438



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Rashunda Neely, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 19292189

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Signature Cards | XXXXXX5919 | 4 | 4 |
| Combined with accounts ending in 5935. | | | |
| Checks/Debits | XXXXXX0041 | 3 | 3 |
| Statements | XXXXXX9885 | 119 | 119 |
| Statements | XXXXXX0041 | 112 | 112 |
| Checks/Debits | XXXXXX9885 | 6 | 6 |
| Deposits with offsets | XXXXXX0041 | 33 | 33 |
| Signature Cards | XXXXXX0041 | 5 | 5 |
| Combined with accounts ending in 9885. | | | |
| Large Currency | XXXXXX0041 | 0 | 0 |
| Unable to locate CTR for JASON TSER TAU WANG EDUCATION FUND within time frame requested. | | | |
| Signature Cards | XXXXXX5935 | 0 | 0 |
| Combined with accounts ending in 5919. | | | |
| Statements | XXXXXX5919 | 72 | 72 |
| Signature Cards | XXXXXX9885 | 0 | 0 |
| Combined with accounts ending in 0041. | | | |
| Statements | XXXXXX5935 | 0 | 0 |
| See account ending 5919. | | | |
| Deposits with offsets | XXXXXX9885 | 50 | 50 |
| Large Currency | XXXXXX5919 | 0 | 0 |

Case No: 19292189; Agency Case No: none

USAO_02823375

Unable to locate CTR for American
Apex Aluminum Inc within time
frame requested.

**Total Copies Delivered:**                                    **404**

Additional comments: The Credit Card Applicion for the Account ending in 887618 was Electronic, no image is available.  Unable to locate the following Business entities supplied on the Subpoena: Aluminum Industrial Inc, Aluminum Source Inc, Century American Aluminum Inc, Global Aluminum (USA) Inc, Pengcheng Aluminum Enterprise Inc-USA and Transport Aluminum, Inc. Unable to locate the following parties to the Subpoena: Xiangchun, Zhongsuo Liu or Zuopeng.Unable to locate the following records or items for the parties to the Subpoena: Loan records, Safe Deposit Boxes, Treasury Bills, Securities, or Bonds, Trusts or  Power of Attorney Records

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 26th day of January, 2018, in the City of Chandler, State of ARIZONA.

_____

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 19292189; Agency Case No: none

2 of 2

USAO_02823376



## EAST WEST BANK

### DECLARATION CONCERNING BANK RECORDS
### UNDER SECTION 1561 OF THE EVIDENCE CODE

1.  The undersigned officer of East West Bank (the Bank), having been duly authorized to make this declaration, declares on behalf of the Bank:

2.  He/she is a duly authorized custodian of the Bank's records, as to which he/she is qualified to testify and authorized to certify;

3.  He/she has read the subpoena described on the envelope or wrapper with which this Declaration is enclosed, and has made and caused to be made a diligent search for all such records at the office of the Bank upon which the subpoena was served. After such diligent search for all described records:

    ☐ If this box is checked, copies of all of the records described in the subpoena are produced herewith;

    ☒ If this box is checked, the Bank only has part of the described records, copies of which are produced herewith; **Items not produced due to not being able to locate are listed on attached "Exhibit 1".**

    ☐ If this box is checked, the Bank has none of the described records for the time frame stated in the subpoena and thus, no records are produced herewith.  See paragraph 5 below.

4.  The copies of records enclosed herewith and identified below, if any, are true copies of records described in the subpoena and found at the office of the Bank, the originals of which were prepared by the personnel of the office of the Bank in the ordinary course of business at or near the time of the act, condition or event so recorded.

5.  Identification of records produced herewith is as follows: EWB File Number: S-17-039-760

| ⇒ | Signature Cards, Statements, Canceled Checks, Deposits and Offsets, Withdrawals, Wires, Cashier's Check |
|---|---|

6.  The mode of preparation of the records identified above was as follows:

| ⇒ | **From Microfilm, Image Library and/or Vision Archive Database:** Canceled Checks, Deposits and Offsets, Withdrawals, Cashier's Checks |
|---|---|
| ⇒ | **From FundTech Database:** Wires |
| ⇒ | **From EWB Computer Database (Synergy):** Statements |
| ⇒ | **From Original Documents:** Signature Cards |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed December 4, 2017 at 9300 Flair Drive, 4th Floor, El Monte, CA 91731.

_____
Signature

_____
Cory Pramono
Type Name

_____
Legal Process Specialist II
Type Title

P.O. Box 927, Alhambra, CA 91802 • Nasdaq: EWBC     (Rev. 6/09)



# Exhibit 1

### Account# 30635467

09/17/2013      Withdrawal      $4,000.00

### Account# 8632000249

11/30/2010      Wire            $2,750,000.00

### Account# 63806293

Signature card

_____

Signature

_____

Cory Pramono

Type Name

_____

Legal Process Specialist II

Type Title

P.O. Box 927, Alhambra, CA 91802 • Nasdaq: EWBC

USAO_02775121

Bank of America Legal Order Processing
Regarding reference number: D020818000611
Court case number:
Court or issuer: ASSISTANT UNITED STATES ATTORNEY
Court case name: GLOBAL ALUMINUM

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Jordan Milton
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Jordan Milton, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include: (Some records produced electronically, see cd.)

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| GLOBAL ALUMINUM (USA) INC. | 8390 | Checks, Statement Pages, Signature Card, Deposits, Offsets, Cashier's Check | 06/2009 - 07/2015 |
| GLOBAL ALUMINUM (USA) INC | 9627 | Statement Pages, Signature Card | 11/2012 - 07/2015 |

3.) **Production.** *(Select One)*
    __X__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                OR

    _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _07/28/2018_   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__X__ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _28th_ day of _February 2018_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle

SHELEÉ A. LOFLAND
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2019

Bank of America Legal Order Processing
Regarding reference number: D020818000611
Court case number:
Court or issuer: ASSISTANT UNITED STATES ATTORNEY
Court case name: GLOBAL ALUMINUM

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Jordan Milton
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Jordan Milton, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

   c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:** These records include: (Some records produced electronically, see cd.)

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| GLOBAL ALUMINUM (USA) INC. | 8390 | Checks, Statement Pages, Signature Card, Deposits, Offsets, Cashier's Check | 06/2009 - 07/2015 |
| GLOBAL ALUMINUM (USA) INC | 9627 | Statement Pages, Signature Card | 11/2012 - 07/2015 |

3.) **Production.** *(Select One)*
   __X__  The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
   
   OR

   _____  A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 07/28/2018   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__X__  Signer is personally known to me.

_____  Signer has produced the following identification: _____

Sworn to and subscribed before me this 28th day of February 2018. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle

SHELEÉ A. LOFLAND
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2019

## AFFIDAVIT

### Case No. : ▮▮▮▮▮▮

Tykeisha Washington , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for Chase Bank USA, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of Chase Bank USA, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by Chase Bank USA, N.A. in the ordinary course of business.
5. Based on my knowledge of Chase Bank USA, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of Chase Bank USA, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/3/2018

By: _____

Tykeisha Washington
Doc Review Sr Specialist II
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 3 day of January , 2018 .

_____
Notary Public

8-28-2021

_____
Commission Expires

OFFICIAL SEAL
BARBARA MONTGOMERY
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires Aug. 28, 2021

SD_SwornDocumentExecution_000126820110
SB891097-F1

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER

1          DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2          I, _Helen Lee_ , hereby declare as follows:
                    (name)

3          1.    I am a duly authorized custodian of records for
4    First American Title
     Insurance Company (the "Business Entity").  In that capacity, I am
5    (name of business entity)
     knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7                a.    My job title/position is: Sr. Legal Assistant

8                b.    I have been employed in this capacity for
9    3 yrs           and by the Business Entity for 12 yrs          .
10   (duration)                                      (duration)

11               c.    My job duties are:
12                     Legal Asst. functions

13

14               d.    I am knowledgeable about the matters set forth herein
15   and the relevant record-keeping practices of the Business Entity
16   based upon (check all that apply):

17        [ ] Training.
18        [ ] Familiarity with relevant policy/policies.
19        [X] Hands-on experience.
20        [ ] Supervision of one or more others with hands-on experience.
21        [ ] Other.  Describe:

22

23

24

25        2.    Attached hereto or enclosed herewith are originals/true and
26   correct duplicates of a record or records of a regularly conducted
27   activity of the Business Entity named above.
28

USAO_00004103

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.    I certify that the attached record(s):

5             a.    was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.    was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.    was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.    was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.    if not original records, are exact duplicates of

14  original records.

15       I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Santa Ana, CA_ ,

                                                  (place document was signed)

17  on _8/22/17_ .

        (date document was signed)

18                                    _____

19                                    (signature)

20                                    _Helen Lee_

                                      (typed or printed name)

21

22

23

24

25

26

27

28

                                      2

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, ___Helen Lee___, hereby declare as follows:
<span>(name)</span>

1.   I am a duly authorized custodian of records for
_First American Title Insurance Company_ (the "Business Entity").  In that capacity, I am
<span>(name of business entity)</span>
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

   a.   My job title/position is: _Sr. Legal Assistant_

   b.   I have been employed in this capacity for
_3 yrs_ and by the Business Entity for _12 yrs_.
<span>(duration)</span>                                         <span>(duration)</span>
   c.   My job duties are:

         _Legal Asst Functions_

   d.   I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

   [ ] Training.

   [ ] Familiarity with relevant policy/policies.

   [X] Hands-on experience.

   [ ] Supervision of one or more others with hands-on experience.

   [ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are _originals/true and correct duplicates_ of a record or records of a regularly conducted activity of the Business Entity named above.

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4       3.   I certify that the attached record(s):
5            a.   was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7            b.   was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9            c.   was/were kept in the course of the regularly conducted
10 activity of the Business Entity;
11           d.   was/were made by and in the course of the regularly
12 conducted activity as a regular practice;
13           e.   if not original records, are exact duplicates of
14 original records.
15      I declare under penalty of perjury that the foregoing is true
16 and correct.  This declaration is executed at <u>Santa Ana , CA</u> ,
                                                 (place document was signed)
17 on <u>8/25/17</u> .
       (date document was signed)
18                                          <u>XW</u>
                                            (signature)
19
                                            <u>Helen Lee</u>
20                                          (typed or printed name)
21
22
23
24
25
26
27
28
                                    2

1    DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, JULIE M. WANG          , hereby declare as follows:
            (name)

3    1.    I am a duly authorized custodian of records for

4    SUCCESS SYSTEM SERVICES (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7

8         a.    My job title/position is:  OWNER/CUSTOMS BROKER

9         b.    I have been employed in this capacity for

10   1989 TO PRESENT    and by the Business Entity for 1989 TO PRESENT    .
        {duration}                                         {duration}

11        c.    My job duties are:

12              CUSTOMS BROKER

13              SUPERVISION

14

15        d.    I am knowledgeable about the matters set forth herein

16   and the relevant record-keeping practices of the Business Entity

17   based upon (check all that apply):

     [ ] Training.
18
     [X] Familiarity with relevant policy/policies.
19
     [ ] Hands-on experience.
20
     [X] Supervision of one or more others with hands-on experience.
21
     [ ] Other.  Describe:
22

23

24

25

26   2.    Attached hereto or enclosed herewith are *originals/true and*

27   *correct duplicates* of a record or records of a regularly conducted

28   activity of the Business Entity named above.

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER        USAO_01141728

1

2   (Circle either "XXXXXXXXXX" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5           a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9           c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at  923 E. VALLEY BLVD., #108

                                                    SAN GABRIEL, CA. 91776

17  on   5/23/2017                                 (place document was signed)

18       (date document was signed)

19                                          (signature)

20                      JULIE M. WANG
                        (typed or printed name)

21

22

23

24

25

26

27

28

2

HSI-Los-Angeles_038202

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER          USAO_01141729

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>JULIE M. WANG</u>, hereby declare as follows:
<br>(name)

1. I am a duly authorized custodian of records for

<u>SUCCESS SYSTEM SERVICES</u> (the "Business Entity"). In that capacity, I am
<br>(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is:  OWNER/CUSTOMS BROKER

    b.   I have been employed in this capacity for

<u>1989 TO PRESENT</u>  and by the Business Entity for <u>1989 TO PRESENT</u>.
<br>(duration)                                    (duration)

    c.   My job duties are:

        CUSTOMS BROKER

        SUPERVISION

    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[ ] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

HSI-Los-Angeles_038028

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER          USAO_01141555

(Circle either "~~originals~~" or "true and correct duplicates" and strike out the other term.)

3.    I certify that the attached record(s):

a.    was/were made at or near the time of the occurrence of the matters set forth therein,

b.    was/were made by, or from information transmitted by, a person with knowledge of those matters;

c.    was/were kept in the course of the regularly conducted activity of the Business Entity;

d.    was/were made by and in the course of the regularly conducted activity as a regular practice;

e.    if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at 923 E. VALLEY BLVD., #108 SAN GABRIEL, CA. 91776,

on ___5/23/2017___.
(date document was signed)    (place document was signed)

_____
(signature)

JULIE M. WANG
(typed or printed name)

2

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER

AFFIDAVIT OF CUSTODIAN OF RECORDS

State of Florida     )
                    ) ss.
County of Duval    )

I, Jacob Ancona, of lawful age, being first duly sworn deposes and states:

1. I am a duly authorized custodian of records for Fidelity National Financial and all affiliated companies, I have authority to certify these records; and

2. These are true copies of the requested files which are in the control of the Company; and

3. These records were prepared by personnel of the Company by or from information transmitted by a person with firsthand knowledge acquired in the course of a regularly conducted business activity; and

4. These records were made and kept entirely in the ordinary course of business; and

5. These records were made pursuant to regular practices of the Company at or near the time of the act, condition, or event; and

6. These records are all that remains in the Company's possession. The complete file was destroyed pursuant to Company Record Retention guidelines.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jacob Ancona
Custodian of Records
August 30, 2017

Matter: SUB006538 - Doubleday

1

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, ___PAT DAY-HANSON___, hereby declare as follows:
        (name)

3    1.    I am a duly authorized custodian of records for

4
AMERICAN CONTINENTAL BANK (the "Business Entity").  In that capacity, I am
   (name of business entity)

5
knowledgeable about the matters set forth herein and I am qualified

6
and authorized to make this declaration.

7
        a.    My job title/position is: VICE PRESIDENT BRANCH OPERATIONS

8                                                        ADMINSITRATION

9        b.    I have been employed in this capacity for

10   ___20 years___   and by the Business Entity for ___4 years 9 months___
        (duration)                                          (duration)

11       c.    My job duties are:
            Assistant BSA Officer

12          Supervise Branchs/ Branch Operations

13

14

15       d.    I am knowledgeable about the matters set forth herein

16   and the relevant record-keeping practices of the Business Entity

17   based upon (check all that apply):
        [✓] Training.

18       [✓] Familiarity with relevant policy/policies.

19       [✓] Hands-on experience.

20       [✓] Supervision of one or more others with hands-on experience.

21       [ ] Other.  Describe:

22

23

24

25   2.    Attached hereto or enclosed herewith are ~~originals~~/true and

26   correct duplicates of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.   I certify that the attached record(s):
5        a.   was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7        b.   was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9        c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11        d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13        e.   if not original records, are exact duplicates of
14  original records.
15     I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at City of Industry, CA ,
                             (place document was signed)
17  on _2-5-2018_ .
        (date document was signed)
18                                        (signature)
19
20                        Pat Day-Hawson
                          (typed or printed name)
21
22
23
24
25
26
27
28

2

## AFFIDAVIT

### Case No. : ▮▮▮▮▮▮

Tykeisha Washington , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/3/2018

By: _____

Tykeisha Washington
Doc Review Sr Specialist II
NATIONAL SUBPOENA PROCESSING

Sworn to before me this ___3___ day of _january_ , 2018 .

_____
Notary Public

8. 28-2021
_____
Commission Expires

OFFICIAL SEAL
BARBARA MONTGOMERY
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires Aug. 28, 2021

SD_SwornDocumentExecution_000126850133
SB891097-F1

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER

USAO_00124666

## AFFIDAVIT

### Case No. : ▮▮▮▮▮

Tykeisha Washington , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for Chase Bank USA, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of Chase Bank USA, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by Chase Bank USA, N.A. in the ordinary course of business.
5. Based on my knowledge of Chase Bank USA, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of Chase Bank USA, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/3/2018

By: _____

Tykeisha Washington
Doc Review Sr Specialist II
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 3 day of January , 2018.

Notary Public

Commission Expires  8-28-2021

OFFICIAL SEAL
BARBARA MONTGOMERY
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires Aug. 28, 2021

SD_SwornDocumentExecution_000126820110
SB891097-F1

## AFFIDAVIT

**Case No. :** █████

Tykeisha Washington , certifies and declares as follows:

1.   I am over the age of 18 years and not a party to this action.
2.   My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3.   I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4.   Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.   Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.   It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/3/2018

By: _____

Tykeisha Washington
Doc Review Sr Specialist II
NATIONAL SUBPOENA PROCESSING

Sworn to before me this **3** day of _____, 2018.

_____
Notary Public

8-28-2021
_____
Commission Expires

OFFICIAL SEAL
BARBARA MONTGOMERY
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires Aug. 28, 2021

SD_SwornDocumentExecution_000126850133
SB891097-F1

CONFIDENTIAL INFORMATION (PII) – CONTENTS SUBJECT TO PROTECTIVE ORDER

1

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _Michael P. O'Brien_ , hereby declare as follows:
          (name)

3

1.    I am a duly authorized custodian of records for

4
_Cargoways Logistics Inc_ (the "Business Entity").   In that capacity, I am
5
   (name of business entity)
knowledgeable about the matters set forth herein and I am qualified
6
and authorized to make this declaration.
7

8         a.    My job title/position is: _Licensed Customs Broker_
                                            _Serial # 12111_
9         b.    I have been employed in this capacity for

10   _1 year 4 months_     and by the Business Entity for _1 year 4 months_  .
           (duration)                                        (duration)
11        c.    My job duties are:
             _Overlook + Supervise All US Customs-Related Issues._
12

13

14
          d.    I am knowledgeable about the matters set forth herein
15
and the relevant record-keeping practices of the Business Entity
16
based upon (check all that apply):
17
     [ ] Training.
18
     [X] Familiarity with relevant policy/policies.
19
     [X] Hands-on experience.
20
     [ ] Supervision of one or more others with hands-on experience.
21
     [ ] Other.   Describe:
22

23

24

25
     2.    Attached hereto or enclosed herewith are *originals/true and*
26
*correct duplicates* of a record or records of a regularly conducted
27
activity of the Business Entity named above.
28

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.   I certify that the attached record(s):

5            a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7            b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9            c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11           d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13           e.   if not original records, are exact duplicates of

14  original records.

15       I declare under penalty of perjury that the foregoing is true

16  and correct. This declaration is executed at HOUSTON, TX _____,

                                              (place document was signed)

17  on 01/15/19 _____.

       (date document was signed)

18                                            _____

19                                            (signature)

20                                            MICHAEL P. O'Brian

                                              (typed or printed name)

21

22

23

24

25

26

27

28

                                        2



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *LOUISLEE107, ERICPSHEN, SHENPOCHI, SJUNK11, SHIAWTZ, STEVENNG28, CINYAPOOH, ZPLIU0124, GLOBALALUM, WAHSNG, MQINGQ, SKYCAPITALDEVELOPMENT, LEEHSIANGCHIH,* with Google Ref. No. 1360510 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Tyler Zschach_____                    Date: January 9, 2018
(Signature of Records Custodian)


    Tyler Zschach
(Name of Records Custodian)

*Our Ref. # 17-167*

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, *Frances Poon*, hereby declare as follows:
  (name)

1.   I am a duly authorized custodian of records for

*Cathay Bank* (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

         a.   My job title/position is: *Supervisor*

         b.   I have been employed in this capacity for

*8 years* and by the Business Entity for *26 years*
(duration)                                                                      (duration)
         c.   My job duties are:

                    *Subpoena Compliance*


         d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [X] Training.

    [ ] Familiarity with relevant policy/policies.

    [X] Hands-on experience.

    [X] Supervision of one or more others with hands-on experience.

    [ ] Other.  Describe:




2.   Attached hereto or enclosed herewith are *originals*/true and

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

USAO_01055966

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.    I certify that the attached record(s):

5              a.    was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7              b.    was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9              c.    was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11             d.    was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13             e.    if not original records, are exact duplicates of

14  original records.

15       . I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Rosemead, CA_ ,
                                                  (place document was signed)

17  on _9-22-2017_ .
       (date document was signed)

18                                          _____
                                                    (signature)

19

20                                          _Frances Poon_
                                             (typed or printed name)

21

22

23

24

25

26

27

28

                                        2

*OurRef #17-168*

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, *Frances Poon*, hereby declare as follows:
  (name)

1.    I am a duly authorized custodian of records for

*Cathay Bank* (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.    My job title/position is: *Supervisor*

    b.    I have been employed in this capacity for

*8 years*  and by the Business Entity for  *26 years*
  (duration)                                   (duration)

    c.    My job duties are:

*Subpoena compliance*

    d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [X] Training.

    [ ] Familiarity with relevant policy/policies.

    [X] Hands-on experience.

    [X] Supervision of one or more others with hands-on experience.

    [ ] Other.   Describe:

2.    Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at _Rosemead, CA_ ,
(place document was signed)

on _9-22-2017_ .
(date document was signed)

_____
(signature)

_Frances Poon_
(typed or printed name)

2

## DECLARATION OF RECORDS CUSTODIAN

I, MICHAEL B. ELLIOTT, hereby declare as follows:

1.   I am the duly authorized Custodian of Records for Perfectus Aluminum, Inc. ("Perfectus" or the "Company").  In that capacity, I am knowledgeable about the matters set forth herein and am qualified and authorized by Perfectus to make this declaration.  I have been authorized by the Company to make the representations in this declaration concerning the Company's books and records.

2.   In June 2017, in response to various grand jury subpoenas, Perfectus produced to the agent of the U.S. government designated in the subpoenas (the "government") the following documents, among others:  original documents contained in a set of 22 boxes labeled "Import-1" through "Import-22"; original documents contained in a set of 388 boxes labeled "1" through "388"; and original documents contained in a set of 14 boxes labeled "H-1" through "H-14."

3.   With respect to the documents identified in paragraph 2 above, I am authorized by the Company to make the following certification in my capacity as the Company records custodian:

     a.   Each such document is a true, complete and unaltered original document in that each one is the exact same, actual document that, at the time of production, had been stored in Perfectus' records; each was produced to the government in the same condition, order and arrangement in which it was stored in the ordinary course of business at the Company;

     b.   Each such document was made at or near the time of the occurrence of the matters set forth therein;

1          c.    Each such document was made by a person with personal

2    knowledge of those matters or based on information transmitted by a

3    person with such knowledge;

4          d.    Each such document was created and/or maintained in

5    the ordinary course of the regularly conducted business and activity

6    of Perfectus; and

7          e.    Each such document was made and/or maintained in the

8    course of the regularly conducted business as a regular practice of

9    Perfectus.

10

11   *I declare under penalty of perjury under the laws of the United*

12   *States of America that the foregoing is true and correct to the best*

13   *of my knowledge and belief.*  This declaration is executed at

14   _NORTH LAS VEGAS, CLARK COUNTY, NEVADA_ ,

15   on December 10th, 2017.

16                                    *Michael B. Elliott*

17                                    MICHAEL B. ELLIOTT

18

19

20

21

22

23

24

25

26

27

28

USAO_02775104

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1    I, Mary Boynton _____, hereby declare as follows:
2            (name)

3    1.    I am a duly authorized custodian of records for

4  Comerica Bank _____ (the "Business Entity").  In that capacity, I am
5  (name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.    My job title/position is: Sr LPS Analyst

    b.    I have been employed in this capacity for

14 years _____ and by the Business Entity for 20 years _____.
(duration)                      (duration)

    c.    My job duties are:

                    Custodian of records

    d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[x] Training.

[x] Familiarity with relevant policy/policies.

[x] Hands-on experience.

[x] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are ~~originals~~/true and correct duplicates of a record or records of a regularly conducted activity of the Business Entity named above.

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.   I certify that the attached record(s):
5          a.   was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7          b.   was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9          c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.   if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at ___Livonia, MI___,
                                                   (place document was signed)
17  on ___02/28/2018___.
        (date document was signed)
18                                    _____
                                           (signature)
19                                    Mary Boynton
20                                    _____
                                      (typed or printed name)
21
22
23
24
25
26
27
28

                              2

USAO_02775116

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, Joe Howarth, hereby declare as follows:

1. I am a duly authorized custodian of records for Aluminum Shapes, LLC (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and am qualified and authorized to make this declaration.

   a. My job title/position is: IT Manager.

   b. I have been employed in this capacity by the Business Entity since August, 2010, and previously served as IT Operations Manager between 2000 and 2007.

   c. My job duties include oversight of all technology solutions for the Business Entity including training and assistance with respect to the computer network and related technology.

   d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon the following (check all that apply):

   X  Training

   X  Familiarity with relevant policy/policies

   X  Hands-on experience

   X  Supervision of one or more others with hands-on experience

   ☐  Other (describe):

2. I have provided counsel for the Business Entity with original records and/or electronic downloads of records of a regularly conducted activity of the Business Entity named above. Specifically, counsel has been provided with: original records relating to communications with Customs and shipping records; electronic download of records containing financial records; electronic download of records relating to the following custodians: Brigette Douglass, Vincent Gatto and Robert Otterbein; and a hard drive consisting of electronic records that were saved by me prior to the Business Entity's conversion to a new system in January, 2015.

3. I certify that such record(s):

   a.    was/were made at or near the time of the occurrence of the matters set forth therein;

b.    was/were by, or from information transmitted by, a person with knowledge of those matters;

c.    was/were kept in the course of the regularly conducted activity as a regular practice;

d.    was/were made by in the course of the regularly conducted activity as a regular practice; and/or

e.    if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on July 13, 2018 and executed at 9000 River Road, Delair, New Jersey.

Joe Howarth

2

120258523_1

1

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2        I, _George Hua Wang_ , hereby declare as follows:
<br>           (name)

3

4        1.     I am a duly authorized custodian of records for

5 _George Hua Wang GHB_ (the "Business Entity").  In that capacity, I am
<br>(name of business entity)

6 knowledgeable about the matters set forth herein and I am qualified

7 and authorized to make this declaration.

8            a.     My job title/position is: _OWNER_

9            b.     I have been employed in this capacity for

10 _21 YEAR_ and by the Business Entity for _21 YEAR_ .
<br>  (duration)                                    (duration)

11            c.     My job duties are: _FILE IMPORT RELEASE,_

12 _BILLING,_

13 _BOOK KEEPING,_

14

15            d.     I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon (check all that apply):

18        [ ] Training.

19        [X] Familiarity with relevant policy/policies.

20        [X] Hands-on experience.

21        [X] Supervision of one or more others with hands-on experience.

22        [ ] Other.  Describe:

23

24

25        2.     Attached hereto or enclosed herewith are *originals/true and*

26 *correct duplicates* of a record or records of a regularly conducted

27 activity of the Business Entity named above.

28

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4       3.    I certify that the attached record(s):
5          a.   was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7          b.   was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9          c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11         d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13         e.   if not original records, are exact duplicates of
14  original records.
15    I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _LOS ANGELES, CA_,
                                               (place document was signed)
17  on _06/14/2021_.
         (date document was signed)
18                                        _George Wang_
19                                        (signature)
20                                        _GEORGE WANG_
                                        (typed or printed name)
21
22
23
24
25
26
27
28

USAO_02792050