<u>DECLARATION OF POONAM G. KUMAR</u>

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. To date, the government has produced approximately 2,831,922 pages of discovery to defendants. By June 24, 2021, the government had produced approximately 2,781,257 pages in discovery. By July 1, 2021, the government had produced approximately 2,801,932 pages in discovery. Each production made to defendants has included a detailed index of the contents of the production. Separately, defendants have been provided access to various digital devices, cell phone data extracted from cell phones that will not be introduced at trial, potentially privileged material identified by former employees of one of the defendants to which the prosecution team has had no access and will not be used at trial.

3. On May 5, 2021, I, along with my co-counsel, had a telephonic call with defense counsel. During that call, I asked whether the defendants intended to seek a continuance of the trial date. Counsel stated they did not, because they did not believe one would be granted.

4. On July 15, 2021, defense counsel emailed the Acting United States Attorney to discuss this matter. In the email, counsel stated that defendants "will be ready for trial on [August 10, 2021]."

5. The government has provided drafts of its summary charts to counsel. The drafts were sent beginning on July 20, 2021.

6. On or about July 22, 2021, the parties had a telephonic meet and confer. During that telephone call, counsel inquired whether the government had heard of any delays in trials due to the COVID-19 pandemic. When the government stated it did not, counsel stated that was good because everyone had blocked August off.

7. On July 26 and 29, 2021, the parties had telephonic meet and confers regarding the proposed jury instructions. At no time during these calls did counsel state that defendants were contemplating asking for a continuance.

8. On July 31, 2021, following up on a prior request, counsel sent the government an email asking for the government's exhibit and witness list. In this email, counsel did not state that defendants intended on asking for a continuance.

9. On August 1, 2021, defendants noticed a third defense expert.

10. On August 2, 2021 at 9:18 P.M., the government emailed defense counsel, pursuant to their request, a copy of the government's exhibit and witness list. In its email to counsel, the government noted that it was uploading some of the larger exhibits that evening and the government was working on properly labeling the remaining exhibits. Later that evening, the government uploaded nearly 200 of its exhibits to counsel with their trial exhibit number applied. On August 3, 2021, prior to defendants' ex parte filing, the government uploaded almost all of the remaining exhibits, except for the summary charts and six documents which had been identified by bates numbers. The remaining six documents were uploaded on August 4, 2021. Drafts of the summary charts had been provided to defendants earlier.

11. On August 4, 2021, at 9:58 A.M., defense counsel emailed the government asking for its position on a continuance.

12. The government intends to call approximately 40-50 witnesses at trial. More than 10 of those witnesses reside out of state. Travel arrangements for the out of state witnesses have already been made.

13. The government is aware of defendants' issuance of subpoenas to several witnesses and defendants have requested the government make available two of its law enforcement witnesses.

14. On July 27, 2021, counsel emailed the government a list five witnesses that they believed would provide testimony in support of their entrapment by estoppel defense.

15. To date, defendants have noticed three separate expert witnesses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 4, 2021.

/s/ Poonam G. Kumar

POONAM G. KUMAR