TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
Assistant United States Attorneys
Major Fraud/General Crimes Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/0600/3183
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov
                gregory.bernstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZHONGTIAN LIU, <br>   aka "Liu Zhongtian," <br>   aka "Chairman," <br>   aka "Uncle Liu," <br>   aka "UL," <br>   aka "Big Boss," et al., <br><br> Defendants. | No. CR 19-282-RGK <br><br> GOVERNMENT'S TRIAL BILL OF PARTICULARS RE: FORFEITURE |

Notice is hereby given that the government, pursuant to the forfeiture allegations set out in the Indictment and 18 U.S.C.

§§ 981 (a)(1)(A) & (C), 982; 545; 19 U.S.C. § 1595a(a); and 28 U.S.C. § 2461(c), intends to seek the criminal forfeiture of the following specific property:

    a.    Approximately 279,808 aluminum structures in the shape of pallets;

    b.    Real Property Located at 14600 Innovation Drive, Riverside, California, particularly described as follows:

> LOTS 5 AND 6 OF TRACT NO. 30857-1 IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 371, PAGES 20 THROUGH 38 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY EXCEPTING: ALL RIGHT, TITLE, AND INTEREST IN THE OIL, GAS AND OTHER MINERALS THAT MAYBE TAKEN, SAVED, PRODUCED OR EXTRACTED FROM THE PROPERTY; AND GRANTOR DOES HEREBY WAIVE, FOR ITSELF AND ITS SUCCESSORS AND ASSIGNS, ITS RIGHTS TO USE THE SURFACE OF THE PROPERTY FOR EXPLORING, DRILLING, PRODUCING, OR ANY OTHER ACTIVITY IN CONNECTION WITH SAID RESERVED MINERAL INTERESTS BUT SHALL RESERVE, FOR ITSELF AND ASSIGNS, THE RIGHT TO DEVELOP AND PRODUCE SUCH OIL, GAS AND OTHER MINERALS BY POOLING OR BY DIRECTIONALLY OR HORIZONTALLY DRILLING FROM SURFACE SITES LOCATED ON OTHER LANDS, PROVIDED THAT UNDER NO CIRCUMSTANCES SHALL THERE BE ANY PENETRATIONS ONTO THE SURFACE OF PROPERTY AND FURTHER PROVIDED THAT NO PENETRATION OF THE SUBSURFACE MAY BE MADE AT A DEPTH WHICH IS LESS THAN 200 FEET BELOW THE SURFACE OF THE PROPERTY AND THAT UNDER NO CIRCUMSTANCE MAY GRANTOR DISTURB OR INTERFERE WITH ANY ABOVE SURFACE OR SUBSURFACE

BUILDINGS OR IMPROVEMENTS LOCATED ON THE PROPERTY, AS RESERVED IN DEEDS RECORDED MARCH 22, 2012 AS INSTRUMENT NO. 2012-0133673 OF OFFICIAL RECORDS. TAX ID: 297230031-7;

c. Real Property Located at 2323 Main Street, Irvine, California, particularly described as follows:

PARCEL 1, AS SHOWN ON A MAP FILED IN BOOK 107, PAGES 34 AND 35 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF ORANGE COUNTY, CALIFORNIA. EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED TO THE CITY OF IRVINE RECORDED AUGUST 9, 1993 AS INSTRUMENT NO. 93- 0531590 OF OFFICIAL RECORDS OF SAID ORANGE COUNTY. ALSO EXCEPTING ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, THAT MAY BE BELOW THE UPPER 500 FEET OF THE SUBSURFACE OF SAID LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND

1 | HEREINABOVE DESCRIBED, AS RESERVED BY THE IRVINE INDUSTRIAL
2 | COMPLEX, A CORPORATION IN DEED RECORDED SEPTEMBER 8, 1972
3 | IN BOOK 10316, PAGES 103 AND 108 OF OFFICIAL RECORDS. TAX
4 | ID: 435-151-61;
5 |     d.   Real Property Located at 10681 Production Avenue, Fontana,
6 | California, particularly described as follows:
7 | PARCEL 1: PARCEL B AS SHOWN ON LOT LINE ADJUSTMENT NO. 04-
8 | 032 AS EVIDENCED BY DOCUMENT RECORDED MARCH 03, 2005 AS
9 | INSTRUMENT NO. 2005-0151639 OF OFFICIAL RECORDS, BEING MORE
10 | PARTICULARLY DESCRIBED AS FOLLOWS: PARCEL 14 OF PARCEL MAP
11 | NO. 16264, IN THE CITY OF FONTANA, COUNTY OF SAN
12 | BERNARDINO, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK
13 | 203 PAGES 67 TO 71 INCLUSIVE, OF PARCEL MAPS, RECORDS OF
14 | SAID COUNTY. EXCEPTING THEREFROM THE NORTHERLY 289.37 FEET
15 | OF SAID PARCEL 14. TOGETHER WITH PARCEL 15 OF SAID PARCEL
16 | MAP NO. 16264. EXCEPTING THEREFROM THE SOUTHERLY 70.63 FEET
17 | OF SAID PARCEL 15. EXCEPTING THEREFROM THE ENTIRE MINERAL
18 | ESTATE IN THE PROPERTY DESCRIBED LYING NOT LESS THAN 500
19 | FEET BENEATH THE NATURAL SURFACE RESERVED IN THE DEED FROM
20 | SOUTHERN PACIFIC LAND COMPANY, A CALIFORNIA CORPORATION,
21 | RECORDED DECEMBER 18, 1987 AS INSTRUMENT NO. 87-442421
22 | OFFICIAL RECORDS AND RESERVED BY FONTANA PARTNERS, A
23 | CALIFORNIA GENERAL PARTNERSHIP, IN GRANT DEED RECORDED
24 | DECEMBER 18, 1987, AS INSTRUMENT NO. 37-442746, OFFICIAL
25 | RECORDS. PARCEL 2: NON-EXCLUSIVE EASEMENTS AS SET FORTH IN
26 | THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND

RESTRICTIONS FOR SIERRA BUSINESS PARK RECORDED AUGUST 18, 2004 AS INSTRUMENT NO. 2004-0599434 OFFICIAL RECORDS. PARCEL 3: NON-EXCLUSIVE ROAD AND DRIVEWAY EASEMENTS FOR ACCESS, INGRESS AND EGRESS OVER THE WESTERLY 40.00 FEET OF THE EASTERLY 45.00 (ROAD), AND OVER THE EASTERLY 5 FEET (DRIVEWAY) OF THOSE CERTAIN PARCELS OF LAND DESCRIBED IN THAT CERTAIN LOT LINE ADJUSTMENT RECORDED MARCH 3, 2005 AS INSTRUMENT NO. 2005-151639, OFFICIAL RECORDS (SAID EASEMENT PROVIDES ACCESS, INGRESS AND EGRESS TO AND FROM SANTA ANA AVENUE), ALL AS MORE PARTICULARLY PROVIDED IN THAT CERTAIN "GRANT AND DECLARATION OF EASEMENTS AND MAINTENANCE AGREEMENT" RECORDED AUGUST 1, 2006 AS INSTRUMENT NO. 2006-0523344, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY CALIFORNIA. TAX ID: 0255-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; and

e.    Real Property Located at 1001 S. Doubleday Avenue, Ontario, California, particularly described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS: PARCEL NO. 1: PARCELS 7, 8 AND 9, PARCEL MAP NO. 8776, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 101 OF PARCEL MAPS PAGES 77 TO 89, INCLUSIVE, RECORDS OF SAID COUNTY, AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED APRIL 13, 1987 AS INSTRUMENT NO. 87-119915, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY; SAID LAND IS ALSO DESIGNATED AS LOT "A" OF PARCEL MAP NO. 8776 BY CERTIFICATE APPROVING LOT LINE ADJUSTMENT OWNERS CERTIFICATE NO. L87-4,

RECORDED JULY 22, 1987 AS INSTRUMENT NO. 87-250289, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY. EXCEPTING THEREFROM ALL OIL, PETROLEUM, HYDROCARBONS, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE WITHOUT THE RIGHT OF SURFACE ENTRY, AS CONVEYED IN THE DEED TO ACTION TRADING COMPANY, A NEVADA CORPORATION, BY DEED RECORDED JULY 30, 1968 IN BOOK 7068 PAGE 672, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY. PARCEL NO. 2: NON-EXCLUSIVE EASEMENT FOR RAILROAD PURPOSES OVER THOSE PARCELS DESIGNATED AS SERVIENT TENEMENT PARCELS FOR THE PARCELS CONVEYED HEREBY AS SUCH PARCELS AND EASEMENTS ARE DESCRIBED IN DECLARATION ESTABLISHING AGREEMENT AND GRANT OF RAILROAD EASEMENT RECORDED ON SEPTEMBER 17, 1986 AS INSTRUMENT NO. 86-268236, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY. PARCEL NO. 3: NON-EXCLUSIVE EASEMENT FOR DRAINAGE PURPOSES OVER THOSE PARCELS DESIGNATED AS SERVIENT TENEMENT PARCELS FOR THE PARCELS CONVEYED HEREBY AS SUCH EASEMENT IS MORE PARTICULARLY DESCRIBED IN THE DECLARATION ESTABLISHING AGREEMENT AND GRANT OF STORM DRAIN EASEMENT RECORDED ON SEPTEMBER 17, 1986 AS INSTRUMENT NO. 86-268235, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY AND RE-RECORDED ON SEPTEMBER 30, 1986 AS INSTRUMENT NO. 86-283863, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY. PARCEL NO. 4: EASEMENTS AS SET FORTH IN THE SECTION ENTITLED "RIGHTS AND DUTIES OF OWNERS" AND "PARTY WALLS AND FENCES" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED ON

SEPTEMBER 23, 1983 AS INSTRUMENT NO. 83-223429, OFFICIAL RECORDS OF SAN BERNARDINO COUNTY, AS AMENDED BY INSTRUMENT RECORDED JUNE 16, 1986 AS INSTRUMENT NO. 86- 156839, OF OFFICIAL RECORDS OF SAN BERNARDINO COUNTY. TAX ID: 0211-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.

Dated: August 4, 2021            Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


        /s/
POONAM G. KUMAR
ROGER A. HSIEH
GREGORY D. BERNSTEIN
Assistant United States Attorneys
Major Fraud/General Crimes Sections

Attorney for Plaintiff
UNITED STATES OF AMERICA