```
 1 │ TRACY L. WILKISON
   │ Acting United States Attorney
 2 │ SCOTT M. GARRINGER
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ POONAM G. KUMAR (Cal. Bar No. 270802)
 4 │ ROGER A. HSIEH (Cal. Bar No. 294195)
   │ GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
 5 │ Assistant United States Attorneys
   │ Major Fraud/General Crimes Sections
 6 │      1100 United States Courthouse
   │      312 North Spring Street
 7 │      Los Angeles, California 90012
   │      Telephone: (213) 894-0719/0600/3183
 8 │      Facsimile: (213) 894-6269
   │      E-mail:    poonam.kumar@usdoj.gov
 9 │                 roger.hsieh@usdoj.gov
   │                 gregory.bernstein@usdoj.gov
10 │
11 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
12 │
   │                 UNITED STATES DISTRICT COURT
13 │
   │            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14 │
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ZHONGTIAN LIU,<br>   aka "Liu Zhongtian,"<br>   aka "Chairman,"<br>   aka "Uncle Liu,"<br>   aka "UL,"<br>   aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>   LIMITED,<br>   aka "ZW,"<br>   aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>   aka "Chen Zhaohua,"<br>   aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>   aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM INC.,<br>   aka "Perfectus Aluminum<br>   Inc.,"<br>PERFECTUS ALUMINUM<br>   ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC, | No. CR 19-282-RGK<br><br>PARTIES' JOINT STATEMENT OF THE CASE<br><br>Trial Date:  August 10, 2021<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the<br>             Hon. R. Gary<br>             Klausner |

| | |
|---|---|
| 1 | VON KARMAN – MAIN STREET, LLC, and |
| 2 | 10681 PRODUCTION AVENUE, LLC, |
| 3 | Defendants. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh, Poonam G. Kumar, and Gregory D. Bernstein, and defendants Perfectus Aluminium Inc., also known as "Perfectus Aluminum Inc." and Perfectus Aluminum Acquisitions, LLC (collectively, the "Perfectus defendants"), by and through their counsel of record, Robert Ruyak; Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; and 10681 Production Avenue, LLC (collectively, the "Warehouse defendants"), by and through their counsel of record, Stephen Larson, Hilary Potashner, and A. Alexander Lowder (collectively, the "parties") hereby file their Joint Statement of the Case.

Dated: August 5, 2021                Respectfully submitted,

                                              TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

                                              /s/
ROGER A. HSIEH
POONAM G. KUMAR
GREGORY D. BERNSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                                          /s/ (per email authorization)  
                                         ROBERT RUYAK  
                                         Attorney for  
                                         The Perfectus Defendants

                                          /s/ (per email authorization)  
                                         A. ALEXANDER LOWDER  
                                         Attorney for  
                                         The Warehouse Defendants

**PARTIES' JOINT STATEMENT OF THE CASE**

The indictment charges defendants Perfectus Aluminium, Inc. ("Perfectus"), Perfectus Aluminum Acquisitions LLC (collectively, the "Perfectus defendants"); and defendants Scuderia Development LLC, 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (collectively, the "Warehouse defendants") with conspiracy to defraud the United States and conspiracy to commit (1) wire fraud, alleging defendants engaged in a scheme to fraudulently inflate the value of China Zhongwang Holdings' ("CZW") stock, by among other things, falsely inflating CZW's sales revenue, its volume of exports to the United States, and overall financial position; (2) customs fraud, alleging defendants evaded $1.8 billion in anti-dumping and countervailing duties (AD/CVD) owed to the U.S. Customs Border & Protection and the U.S. Treasury when defendants imported 2.2 million aluminum extrusions in the shape of pallets into the United States; and (3) international promotional money laundering, alleging defendants moved of hundreds of millions of dollars through accounts in the United States to promote the investor fraud and evasion of AD/CVD duties.  Defendants are also charged with substantive counts of wire fraud and customs fraud.  The Perfectus defendants are also charged with substantive counts of international promotional money laundering.  Defendants have pleaded not guilty to the charges and are presumed innocent of the allegations.