Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
A. Alexander Lowder (SBN 269362)
*alowder@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE,
LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
*robertr@ruyakcherian.com*
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC  20036
Telephone:  202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00282 RGK |
| Plaintiff, | **[PROPOSED] SPECIAL VERDICT FORMS** |
| vs. | Judge:  R. Gary Klausner |
| ZHONGTIAN LIU,<br>        aka "Liu Zhongtian,"<br>        aka "Chairman,"<br>        aka "Uncle Liu,"<br>        aka "UL,"<br>        aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>LIMITED,<br>        aka "ZW,"<br>        aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>        aka "Chen Zhaohua,"<br>        aka "Uncle Chen." | Trial Date:        August 10, 2021 |

XIANG CHUN SHAO,
        aka "Johnson Shao,"
PERFECTUS ALUMINIUM, INC.,
        aka "Perfectus Aluminum Inc.,"
PERFECTUS ALUMINUM
ACQUISITIONS, LLC,
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET,
LLC, and
10681 PRODUCTION AVENUE, LLC,

        Defendants.

Defendants PERFECTUS ALUMINIUM, INC., aka "Perfectus Aluminum Inc.," PERFECTUS ALUMINUM ACQUISITIONS, LLC, SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC, by and through their counsel of record, hereby submit the proposed Special Verdict forms.  Defendants reserve the right to amend or supplement these forms based on the government's evidence submitted at trial.

Counsel for Plaintiff United States of America have declined to agree to the submission of any special verdict form.

1  Dated:  August 5, 2021            LARSON LLP

2

3

4                                    By:      /s/ Hilary Potashner[1]
                                          Stephen G. Larson
5                                         Hilary Potashner
                                          A. Alexander Lowder
6                                    Attorneys for Defendants
7                                    SCUDERIA DEVELOPMENT, LLC,
                                     1001 DOUBLEDAY, LLC,
8                                    VON KARMAN - MAIN STREET, LLC, and
9                                    10681 PRODUCTION AVENUE, LLC

10

11

12

13 Dated:  August 5, 2021            RUYAKCHERIAN LLP

14

15                                   By:      Robert F. Ruyak
                                          Robert F. Ruyak
16
                                     Attorneys for Defendants
17                                   PERFECTUS ALUMINIUM INC.,
                                     aka "Perfectus Aluminum Inc.," and
18                                   PERFECTUS ALUMINUM ACQUISITION
                                     LLC
19

20

21

22

23

24

25

26 ─────────────
   [1]   Pursuant to Local Rule 5-4.3.4, I attest that Counsel for Defendants Perfectus
27     Aluminium Inc., aka "Perfectus Aluminum Inc.," and Perfectus Aluminum
28     Acquisitions LLC concurs in this filing's content and has authorized its filing.

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE,
LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
robertr@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC  20036
Telephone:  202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-cr-00282 RGK |
|---|---|
| Plaintiff, | **SPECIAL VERDICT FORM** |
| vs. | Judge:   R. Gary Klausner |
| ZHONGTIAN LIU,<br>        aka "Liu Zhongtian,"<br>        aka "Chairman,"<br>        aka "Uncle Liu,"<br>        aka "UL,"<br>        aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>LIMITED,<br>        aka "ZW,"<br>        aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>        aka "Chen Zhaohua,"<br>        aka "Uncle Chen," | Trial Date:          August 10, 2021 |

1   XIANG CHUN SHAO,
         aka "Johnson Shao,"
2   PERFECTUS ALUMINIUM, INC.,
         aka Perfectus Aluminum Inc.,"
3   PERFECTUS ALUMINUM
    ACQUISITIONS, LLC,
4   SCUDERIA DEVELOPMENT, LLC,
    1001 DOUBLEDAY, LLC,
5   VON KARMAN - MAIN STREET,
    LLC, and
6   10681 PRODUCTION AVENUE, LLC,

7            Defendants.

**<u>COUNT ONE</u>: Conspiracy to Commit an Offense Against the United States or Defraud the United States, in violation of 18 U.S.C. § 371.**

      1.     As to Count One, we, the jury, unanimously find defendant PERFECTUS ALUMINIUM INC. (check one):

              \_\_\_\_\_NOT GUILTY

              \_\_\_\_\_GUILTY

      If your verdict as to Count One is Guilty, indicate the objective or objectives of the conspiracy upon which you unanimously agree:

\_\_\_\_\_     Objective One:     Defrauding the United States by obstructing the lawful functions of U.S. Customs and Border Protection by deceitful and dishonest means through presenting unfinished aluminum products as finished goods.

\_\_\_\_\_     Objective Two:     Committing the specific offense of wire fraud against the United States.

\_\_\_\_\_     Objective Three:     Committing the specific offense of customs fraud against the United States.

\_\_\_\_\_     Objective Four:     Committing the specific offense of international promotional money laundering against the United States.

      If you indicated an objective or objectives of the conspiracy upon which you unanimously agree above, indicate the particular overt act that you unanimously agree was committed:

1    _____    If Objective One:    Overt Acts Nos. 1 through 98.

2    _____    If Objective Two:    Overt Acts Nos. 1 through 98.

3    _____    If Objective Three:    Overt Acts Nos. 1 through 98.

4    _____    If Objective Four:    Overt Acts Nos. 1 through 98.

6    2.    As to Count One, we, the jury, unanimously find defendant

7    PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

8        _____NOT GUILTY

9        _____GUILTY

11    If your verdict as to Count One is Guilty, indicate the objective or objectives

12    of the conspiracy upon which you unanimously agree:

14    _____    Objective One:    Defrauding the United States by obstructing the

15        lawful functions of U.S. Customs and Border

16        Protection by deceitful and dishonest means through

17        presenting unfinished aluminum products as

18        finished goods.

19    _____    Objective Two:    Committing the specific offense of wire fraud

20        against the United States.

21    _____    Objective Three:    Committing the specific offense of customs fraud

22        against the United States.

23    _____    Objective Four:    Committing the specific offense of international

24        promotional money laundering against the United

25        States.

If you indicated an objective or objectives of the conspiracy upon which you unanimously agree above, indicate the particular overt act that you unanimously agree was committed:

_____ If Objective One:    Overt Acts Nos. 1 through 98.
_____ If Objective Two:    Overt Acts Nos. 1 through 98.
_____ If Objective Three:  Overt Acts Nos. 1 through 98.
_____ If Objective Four:   Overt Acts Nos. 1 through 98.


3.    As to Count One, we, the jury, unanimously find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____NOT GUILTY

_____GUILTY

If your verdict as to Count One is Guilty, indicate the objective or objectives of the conspiracy upon which you unanimously agree:

_____ Objective One:    Defrauding the United States by obstructing the lawful functions of U.S. Customs and Border Protection by deceitful and dishonest means through presenting unfinished aluminum products as finished goods.

_____ Objective Two:    Committing the specific offense of wire fraud against the United States.

_____ Objective Three:  Committing the specific offense of customs fraud against the United States.

1    _____    Objective Four:    Committing the specific offense of international
2                                promotional money laundering against the United
3                                States.
4

5        If you indicated an objective or objectives of the conspiracy upon which you
6    unanimously agree above, indicate the particular overt act that you unanimously
7    agree was committed:
8

9    _____    If Objective One:     Overt Acts Nos. 1 through 98.
10   _____    If Objective Two:     Overt Acts Nos. 1 through 98.
11   _____    If Objective Three:   Overt Acts Nos. 1 through 98.
12   _____    If Objective Four:    Overt Acts Nos. 1 through 98.
13

14       4.    As to Count One, we, the jury, unanimously find defendant 1001
15   DOUBLEDAY LLC (check one):
16                  _____NOT GUILTY
17                  _____GUILTY
18

19       If your verdict as to Count One is Guilty, indicate the objective or objectives
20   of the conspiracy upon which you unanimously agree:
21

22   _____    Objective One:    Defrauding the United States by obstructing the
23                              lawful functions of U.S. Customs and Border
24                              Protection by deceitful and dishonest means through
25                              presenting unfinished aluminum products as
26                              finished goods.
27
28

1   \_\_\_\_\_    Objective Two:     Committing the specific offense of wire fraud

2                              against the United States.

3   \_\_\_\_\_    Objective Three:     Committing the specific offense of customs fraud

4                              against the United States.

5   \_\_\_\_\_    Objective Four:     Committing the specific offense of international

6                              promotional money laundering against the United

7                              States.

8

9      If you indicated an objective or objectives of the conspiracy upon which you

10 unanimously agree above, indicate the particular overt act that you unanimously

11 agree was committed:

12

13   \_\_\_\_\_    If Objective One:    Overt Acts Nos. 1 through 98.

14   \_\_\_\_\_    If Objective Two:    Overt Acts Nos. 1 through 98.

15   \_\_\_\_\_    If Objective Three:    Overt Acts Nos. 1 through 98.

16   \_\_\_\_\_    If Objective Four:    Overt Acts Nos. 1 through 98.

17

18

19      5.     As to Count One, we, the jury, unanimously find defendant VON

20 KARMAN – MAIN STREET LLC (check one):

21             \_\_\_\_\_NOT GUILTY

22             \_\_\_\_\_GUILTY

23

24      If your verdict as to Count One is Guilty, indicate the objective or objectives

25 of the conspiracy upon which you unanimously agree:

26

27

28

1      _____    Objective One:      Defrauding the United States by obstructing the
2                                   lawful functions of U.S. Customs and Border
3                                   Protection by deceitful and dishonest means through
4                                   presenting unfinished aluminum products as
5                                   finished goods.
6      _____    Objective Two:      Committing the specific offense of wire fraud
7                                   against the United States.
8      _____    Objective Three:    Committing the specific offense of customs fraud
9                                   against the United States.
10     _____    Objective Four:     Committing the specific offense of international
11                                  promotional money laundering against the United
12                                  States.
13
14         If you indicated an objective or objectives of the conspiracy upon which you
15     unanimously agree above, indicate the particular overt act that you unanimously
16     agree was committed:
17
18     _____    If Objective One:    Overt Acts Nos. 1 through 98.
19     _____    If Objective Two:    Overt Acts Nos. 1 through 98.
20     _____    If Objective Three:  Overt Acts Nos. 1 through 98.
21     _____    If Objective Four:   Overt Acts Nos. 1 through 98.
22
23
24         6.      As to Count One, we, the jury, unanimously find defendant 10681
25     PRODUCTION AVENUE LLC (check one):
26                  _____NOT GUILTY
27                  _____GUILTY
28

If your verdict as to Count One is Guilty, indicate the objective or objectives of the conspiracy upon which you unanimously agree:

_____   Objective One:   Defrauding the United States by obstructing the lawful functions of U.S. Customs and Border Protection by deceitful and dishonest means through presenting unfinished aluminum products as finished goods.

_____   Objective Two:   Committing the specific offense of wire fraud against the United States.

_____   Objective Three:   Committing the specific offense of customs fraud against the United States.

_____   Objective Four:   Committing the specific offense of international promotional money laundering against the United States.

If you indicated an objective or objectives of the conspiracy upon which you unanimously agree above, indicate the particular overt act that you unanimously agree was committed:

_____   If Objective One:   Overt Acts Nos. 1 through 98.

_____   If Objective Two:   Overt Acts Nos. 1 through 98.

_____   If Objective Three:   Overt Acts Nos. 1 through 98.

_____   If Objective Four:   Overt Acts Nos. 1 through 98.

LARSON LLP
LOS ANGELES

**COUNT TWO**: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with an email sent on or about May 13, 2014 from a ZW Group employee to Johnson Shao.

     1.       As to Count Two, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

           \_\_\_\_\_NOT GUILTY

           \_\_\_\_\_GUILTY

     2.       As to Count Two, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

           \_\_\_\_\_NOT GUILTY

           \_\_\_\_\_GUILTY

     3.       As to Count Two, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

           \_\_\_\_\_NOT GUILTY

           \_\_\_\_\_GUILTY

     4.       As to Count Two, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

           \_\_\_\_\_NOT GUILTY

           \_\_\_\_\_GUILTY

     5.       As to Count Two, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

           \_\_\_\_\_NOT GUILTY

           \_\_\_\_\_GUILTY

1

2          6.      As to Count Two, we, the jury, find defendant 10681 PRODUCTION

3    AVENUE LLC (check one):

4                  _____ NOT GUILTY

5                  _____ GUILTY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT THREE</u>: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $1,126,080 sent on or about June 19, 2014 from Peng Cheng Aluminum to an account in the name of Zhongwang China Investment (HK) Limited.**

1.     As to Count Three, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.     As to Count Three, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____NOT GUILTY

_____GUILTY

3.     As to Count Three, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____NOT GUILTY

_____GUILTY

4.     As to Count Three, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

_____NOT GUILTY

_____GUILTY

5.     As to Count Three, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

_____NOT GUILTY

1

_____GUILTY

2

3       6.      As to Count Three, we, the jury, find defendant 10681 PRODUCTION

4   AVENUE LLC (check one):

5              _____NOT GUILTY

6              _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

1    **<u>COUNT FOUR</u>: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**

2    **connection with a money wire transfer of approximately $4,463,369 sent on or**

3    **about July 11, 2014 from Peng Cheng Aluminum to an account in the name of**

4    **Dalian Liwang.**

5

6        1.     As to Count Four, we, the jury, find defendant PERFECTUS

7   ALUMINIUM INC. (check one):

8           \_\_\_\_\_NOT GUILTY

9           \_\_\_\_\_GUILTY

10

11        2.     As to Count Four, we, the jury, find defendant PERFECTUS

12   ALUMINUM ACQUISITIONS LLC (check one):

13           \_\_\_\_\_NOT GUILTY

14           \_\_\_\_\_GUILTY

15

16        3.     As to Count Four, we, the jury, find defendant SCUDERIA

17   DEVELOPMENT LLC (check one):

18           \_\_\_\_\_NOT GUILTY

19           \_\_\_\_\_GUILTY

20

21        4.     As to Count Four, we, the jury, find defendant 1001 DOUBLEDAY

22   LLC (check one):

23           \_\_\_\_\_NOT GUILTY

24           \_\_\_\_\_GUILTY

25

26        5.     As to Count Four, we, the jury, find defendant VON KARMAN –

27   MAIN STREET LLC (check one):

28           \_\_\_\_\_NOT GUILTY

LARSON<sub>LLP</sub>
LOS ANGELES

14

1          _____GUILTY

2

3          6.      As to Count Four, we, the jury, find defendant 10681 PRODUCTION

4   AVENUE LLC (check one):

5          _____NOT GUILTY

6          _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **COUNT FIVE: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**

2  **connection with a money wire transfer of approximately $8,558,512 sent on or**

3  **about July 21, 2014 from Peng Cheng Aluminum to an account in the name of**

4  **Dalian Liwang.**

5

6      1.      As to Count Five, we, the jury, find defendant PERFECTUS

7  ALUMINIUM INC. (check one):

8              _____NOT GUILTY

9              _____GUILTY

10

11     2.      As to Count Five, we, the jury, find defendant PERFECTUS

12  ALUMINUM ACQUISITIONS LLC (check one):

13             _____NOT GUILTY

14             _____GUILTY

15

16     3.      As to Count Five, we, the jury, find defendant SCUDERIA

17  DEVELOPMENT LLC (check one):

18             _____NOT GUILTY

19             _____GUILTY

20

21     4.      As to Count Five, we, the jury, find defendant 1001 DOUBLEDAY

22  LLC (check one):

23             _____NOT GUILTY

24             _____GUILTY

25

26     5.      As to Count Five, we, the jury, find defendant VON KARMAN –

27  MAIN STREET LLC (check one):

28             _____NOT GUILTY

1               _____GUILTY

2

3       6.     As to Count Five, we, the jury, find defendant 10681 PRODUCTION

4 AVENUE LLC (check one):

5               _____NOT GUILTY

6               _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **COUNT SIX: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**

2  **connection with a money wire transfer of approximately $244,800 sent on or**

3  **about August 5, 2014 from Peng Cheng Aluminum to an account in the name of**

4  **Zhongwang China Investment (HK) Limited.**

5

6      1.    As to Count Six, we, the jury, find defendant PERFECTUS

7  ALUMINIUM INC. (check one):

8         \_\_\_\_\_NOT GUILTY

9         \_\_\_\_\_GUILTY

10

11      2.    As to Count Six, we, the jury, find defendant PERFECTUS

12  ALUMINUM ACQUISITIONS LLC (check one):

13         \_\_\_\_\_NOT GUILTY

14         \_\_\_\_\_GUILTY

15

16      3.    As to Count Six, we, the jury, find defendant SCUDERIA

17  DEVELOPMENT LLC (check one):

18         \_\_\_\_\_NOT GUILTY

19         \_\_\_\_\_GUILTY

20

21      4.    As to Count Six, we, the jury, find defendant 1001 DOUBLEDAY

22  LLC (check one):

23         \_\_\_\_\_NOT GUILTY

24         \_\_\_\_\_GUILTY

25

26      5.    As to Count Six, we, the jury, find defendant VON KARMAN – MAIN

27  STREET LLC (check one):

28         \_\_\_\_\_NOT GUILTY

LARSON LLP
LOS ANGELES

[PROPOSED] SPECIAL VERDICT FORMS

1          _____GUILTY

2

3          6.      As to Count Six, we, the jury, find defendant 10681 PRODUCTION

4    AVENUE LLC (check one):

5          _____NOT GUILTY

6          _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **<u>COUNT SEVEN</u>: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in**

2  **connection with a money wire transfer of approximately $5,027,807 sent on or**

3  **about August 6, 2014 from Peng Cheng Aluminum to an account in the name of**

4  **Dalian Liwang.**

5

6       1.     As to Count Seven, we, the jury, find defendant PERFECTUS

7  ALUMINIUM INC. (check one):

8           _____NOT GUILTY

9           _____GUILTY

10

11       2.     As to Count Seven, we, the jury, find defendant PERFECTUS

12  ALUMINUM ACQUISITIONS LLC (check one):

13           _____NOT GUILTY

14           _____GUILTY

15

16       3.     As to Count Seven, we, the jury, find defendant SCUDERIA

17  DEVELOPMENT LLC (check one):

18           _____NOT GUILTY

19           _____GUILTY

20

21       4.     As to Count Seven, we, the jury, find defendant 1001 DOUBLEDAY

22  LLC (check one):

23           _____NOT GUILTY

24           _____GUILTY

25

26       5.     As to Count Seven, we, the jury, find defendant VON KARMAN –

27  MAIN STREET LLC (check one):

28           _____NOT GUILTY

LARSON<sub>LLP</sub>
LOS ANGELES

20

1        _____GUILTY

2

3        6.      As to Count Seven, we, the jury, find defendant 10681 PRODUCTION

4   AVENUE LLC (check one):

5                _____NOT GUILTY

6                _____GUILTY

**COUNT EIGHT: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with an email sent on or about August 20, 2014 from Johnson Shao to a ZW Group employee.**

    1.      As to Count Eight, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

        \_\_\_\_\_NOT GUILTY

        \_\_\_\_\_GUILTY

    2.      As to Count Eight, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

        \_\_\_\_\_NOT GUILTY

        \_\_\_\_\_GUILTY

    3.      As to Count Eight, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

        \_\_\_\_\_NOT GUILTY

        \_\_\_\_\_GUILTY

    4.      As to Count Eight, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

        \_\_\_\_\_NOT GUILTY

        \_\_\_\_\_GUILTY

    5.      As to Count Eight, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

        \_\_\_\_\_NOT GUILTY

        \_\_\_\_\_GUILTY

1

2        6.     As to Count Eight, we, the jury, find defendant 10681 PRODUCTION

3 AVENUE LLC (check one):

4            _____NOT GUILTY

5            _____GUILTY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT NINE: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $493,308 sent on or about March 6, 2015 from Transport Aluminum to an account in the name of Liaoning Zhongwang Import & Export Trade Co. Ltd.**

    1.       As to Count Nine, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

              _____NOT GUILTY

              _____GUILTY

    2.       As to Count Nine, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

              _____NOT GUILTY

              _____GUILTY

    3.       As to Count Nine, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

              _____NOT GUILTY

              _____GUILTY

    4.       As to Count Nine, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

              _____NOT GUILTY

              _____GUILTY

    5.       As to Count Nine, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

              _____NOT GUILTY

1          _____GUILTY

2

3          6.      As to Count Nine, we, the jury, find defendant 10681 PRODUCTION

4    AVENUE LLC (check one):

5          _____NOT GUILTY

6          _____GUILTY

**COUNT TEN: Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), in connection with a money wire transfer of approximately $1,947,140 sent on or about April 6, 2015 from Transport Aluminum to an account in the name of Dalian Liwang.**

      1.      As to Count Ten, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

      2.      As to Count Ten, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

      3.      As to Count Ten, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

      4.      As to Count Ten, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

      5.      As to Count Ten, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

          \_\_\_\_\_NOT GUILTY

1    _____GUILTY

2

3    6.    As to Count Ten, we, the jury, find defendant 10681 PRODUCTION

4    AVENUE LLC (check one):

5    _____NOT GUILTY

6    _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT ELEVEN</u>: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 19, 2014 declaring that approximately 14,364 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

1.      As to Count Eleven, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.      As to Count Eleven, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____NOT GUILTY

_____GUILTY

3.      As to Count Eleven, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____NOT GUILTY

_____GUILTY

4.      As to Count Eleven, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

_____NOT GUILTY

_____GUILTY

5.      As to Count Eleven, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

_____NOT GUILTY

1        _____GUILTY

2

3        6.    As to Count Eleven, we, the jury, find defendant 10681

4    PRODUCTION AVENUE LLC (check one):

5        _____NOT GUILTY

6        _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT TWELVE</u>: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 22, 2014 declaring that approximately 4,032 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

     1.      As to Count Twelve, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

          _____NOT GUILTY

          _____GUILTY

     2.      As to Count Twelve, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

          _____NOT GUILTY

          _____GUILTY

     3.      As to Count Twelve, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

          _____NOT GUILTY

          _____GUILTY

     4.      As to Count Twelve, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

          _____NOT GUILTY

          _____GUILTY

     5.      As to Count Twelve, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

          _____NOT GUILTY

1               _____GUILTY

2

3       6.     As to Count Twelve, we, the jury, find defendant 10681

4 PRODUCTION AVENUE LLC (check one):

5               _____NOT GUILTY

6               _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT THIRTEEN</u>: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 23, 2014 declaring that approximately 10,584 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

1.      As to Count Thirteen, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____ NOT GUILTY

_____ GUILTY

2.       As to Count Thirteen, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____ NOT GUILTY

_____ GUILTY

3.      As to Count Thirteen, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____ NOT GUILTY

_____ GUILTY

4.      As to Count Thirteen, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

_____ NOT GUILTY

_____ GUILTY

5.      As to Count Thirteen, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

_____ NOT GUILTY

1          _____GUILTY

2

3          6.      As to Count Thirteen, we, the jury, find defendant 10681

4   PRODUCTION AVENUE LLC (check one):

5          _____NOT GUILTY

6          _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON LLP
LOS ANGELES

[PROPOSED] SPECIAL VERDICT FORMS

**COUNT FOURTEEN: Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 28, 2014 declaring that approximately 1,530 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

1.       As to Count Fourteen, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

         \_\_\_\_\_NOT GUILTY

         \_\_\_\_\_GUILTY

2.       As to Count Fourteen, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

         \_\_\_\_\_NOT GUILTY

         \_\_\_\_\_GUILTY

3.       As to Count Fourteen, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

         \_\_\_\_\_NOT GUILTY

         \_\_\_\_\_GUILTY

4.       As to Count Fourteen, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

         \_\_\_\_\_NOT GUILTY

         \_\_\_\_\_GUILTY

5.       As to Count Fourteen, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

         \_\_\_\_\_NOT GUILTY

1            _____GUILTY

2

3       6.     As to Count Fourteen, we, the jury, find defendant 10681

4 PRODUCTION AVENUE LLC (check one):

5            _____NOT GUILTY

6            _____GUILTY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT FIFTEEN**: **Passing a False or Fraudulent Document through a Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a Form 7501 filed on or about May 30, 2014 declaring that approximately 10,584 aluminum pallets were not subject to the 2011 AD/CVD Orders.**

1.      As to Count Fifteen, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.       As to Count Fifteen, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC (check one):

_____NOT GUILTY

_____GUILTY

3.      As to Count Fifteen, we, the jury, find defendant SCUDERIA DEVELOPMENT LLC (check one):

_____NOT GUILTY

_____GUILTY

4.      As to Count Fifteen, we, the jury, find defendant 1001 DOUBLEDAY LLC (check one):

_____NOT GUILTY

_____GUILTY

5.      As to Count Fifteen, we, the jury, find defendant VON KARMAN – MAIN STREET LLC (check one):

_____NOT GUILTY

_____GUILTY

6.      As to Count Fifteen, we, the jury, find defendant 10681 PRODUCTION AVENUE LLC (check one):

_____NOT GUILTY

_____GUILTY

1  **<u>COUNT SIXTEEN</u>: Passing a False or Fraudulent Document through a**
2  **Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a**
3  **Form 7501 filed on or about June 6, 2014 declaring that approximately 6,048**
4  **aluminum pallets were not subject to the 2011 AD/CVD Orders.**

5

6        1.      As to Count Sixteen, we, the jury, find defendant PERFECTUS
7  ALUMINIUM INC. (check one):
8              _____NOT GUILTY
9              _____GUILTY

10

11       2.      As to Count Sixteen, we, the jury, find defendant PERFECTUS
12  ALUMINUM ACQUISITIONS LLC (check one):
13             _____NOT GUILTY
14             _____GUILTY

15

16       3.      As to Count Sixteen, we, the jury, find defendant SCUDERIA
17  DEVELOPMENT LLC (check one):
18             _____NOT GUILTY
19             _____GUILTY

20

21       4.      As to Count Sixteen, we, the jury, find defendant 1001 DOUBLEDAY
22  LLC (check one):
23             _____NOT GUILTY
24             _____GUILTY

25

26       5.      As to Count Sixteen, we, the jury, find defendant VON KARMAN –
27  MAIN STREET LLC (check one):
28             _____NOT GUILTY

1    _____GUILTY

2

3   6.  As to Count Sixteen, we, the jury, find defendant 10681

4 PRODUCTION AVENUE LLC (check one):

5    _____NOT GUILTY

6    _____GUILTY

[PROPOSED] SPECIAL VERDICT FORMS

LARSON LLP
LOS ANGELES

1   **COUNT SEVENTEEN: Passing a False or Fraudulent Document through a**
2   **Customhouse, in violation of 18 U.S.C. §§ 545 and 2(a), in connection with a**
3   **Form 7501 filed on or about June 27, 2014 declaring that approximately 10,080**
4   **aluminum pallets were not subject to the 2011 AD/CVD Orders.**
5
6       1.      As to Count Seventeen, we, the jury, find defendant PERFECTUS
7   ALUMINIUM INC. (check one):
8           _____NOT GUILTY
9           _____GUILTY
10
11      2.      As to Count Seventeen, we, the jury, find defendant PERFECTUS
12  ALUMINUM ACQUISITIONS LLC (check one):
13          _____NOT GUILTY
14          _____GUILTY
15
16      3.      As to Count Seventeen, we, the jury, find defendant SCUDERIA
17  DEVELOPMENT LLC (check one):
18          _____NOT GUILTY
19          _____GUILTY
20
21      4.      As to Count Seventeen, we, the jury, find defendant 1001
22  DOUBLEDAY LLC (check one):
23          _____NOT GUILTY
24          _____GUILTY
25
26      5.      As to Count Seventeen, we, the jury, find defendant VON KARMAN –
27  MAIN STREET LLC (check one):
28          _____NOT GUILTY

1          _____GUILTY

2

3          6.      As to Count Seventeen, we, the jury, find defendant 10681

4    PRODUCTION AVENUE LLC (check one):

5          _____NOT GUILTY

6          _____GUILTY

**<u>COUNT EIGHTEEN</u>: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $999,975 sent on or about June 5, 2014 to Peng Cheng Aluminum from an account in the name of Rainbow Bright Inc. Limited.**

    1.      As to Count Eighteen, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

    2.      As to Count Eighteen, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC. (check one):

          \_\_\_\_\_NOT GUILTY

          \_\_\_\_\_GUILTY

1  **<u>COUNT NINETEEN</u>: International Money Laundering, in violation of 18**

2  **U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of**

3  **approximately $989,975 sent on or about July 3, 2014 to Peng Cheng**

4  **Aluminum from an account in the name of Rainbow Bright Inc. Limited.**

5

6       1.     As to Count Nineteen, we, the jury, find defendant PERFECTUS

7  ALUMINIUM INC. (check one):

8            \_\_\_\_\_NOT GUILTY

9            \_\_\_\_\_GUILTY

10

11       2.     As to Count Nineteen, we, the jury, find defendant PERFECTUS

12  ALUMINUM ACQUISITIONS LLC. (check one):

13            \_\_\_\_\_NOT GUILTY

14            \_\_\_\_\_GUILTY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT TWENTY</u>: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with money wire transfer of approximately $1,539,975 sent on or about July 16, 2014 to Peng Cheng Aluminum from an account in the name of Grand Famous Trading Limited.**

1.      As to Count Twenty, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.      As to Count Twenty, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC. (check one):

_____NOT GUILTY

_____GUILTY

LARSON LLP
LOS ANGELES

**<u>COUNT TWENTY-ONE</u>: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $1,699,975 sent on or about July 25, 2014 to Peng Cheng Aluminum from an account in the name of Grand Famous Trading Limited.**

1.     As to Count Twenty-One, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

\_\_\_\_\_NOT GUILTY

\_\_\_\_\_GUILTY

2.     As to Count Twenty-One, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC. (check one):

\_\_\_\_\_NOT GUILTY

\_\_\_\_\_GUILTY

LARSON LLP
LOS ANGELES

1   **<u>COUNT TWENTY-TWO</u>: International Money Laundering, in violation of 18**

2   **U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of**

3   **approximately $599,975 sent on or about August 5, 2014 to Peng Cheng**

4   **Aluminum from an account in the name of Kun Hong Trade Co. Limited.**

5

6      1.     As to Count Twenty-Two, we, the jury, find defendant PERFECTUS

7   ALUMINIUM INC. (check one):

8          \_\_\_\_\_NOT GUILTY

9          \_\_\_\_\_GUILTY

10

11      2.     As to Count Twenty-Two, we, the jury, find defendant PERFECTUS

12   ALUMINUM ACQUISITIONS LLC. (check one):

13          \_\_\_\_\_NOT GUILTY

14          \_\_\_\_\_GUILTY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>COUNT TWENTY-THREE</u>: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $3,099,975 sent on or about August 5, 2014 to Peng Cheng Aluminum from an account in the name of Kun Hong Trade Co. Limited.**

1.      As to Count Twenty-Three, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.      As to Count Twenty-Three, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC. (check one):

_____NOT GUILTY

_____GUILTY

**COUNT TWENTY-FOUR: International Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2(a), in connection with a money wire transfer of approximately $1,299,975 sent on or about October 17, 2014 to Peng Cheng Aluminum from an account in the name of Easy Able International (HK).**

1.      As to Count Twenty-Four, we, the jury, find defendant PERFECTUS ALUMINIUM INC. (check one):

_____NOT GUILTY

_____GUILTY

2.      As to Count Twenty-Four, we, the jury, find defendant PERFECTUS ALUMINUM ACQUISITIONS LLC. (check one):

_____NOT GUILTY

_____GUILTY

**The foreperson should now sign and date this verdict form.**

Dated:  August _____ , 2021
at Los Angeles, California

_____
FOREPERSON OF THE JURY