# EXHIBIT A

EXPERT DISCLOSURE FOR JOHN M. PETERSON

Defendants anticipate that Mr. Peterson will testify as an expert on a number of subjects related to the application of customs duties to imported products, including anti-dumping and countervailing duties. These areas of his testimony will include, but are not limited to, the following:

1. He will address and rebut, as necessary, the testimony offered by Bruce Raine.

2. Tariff classification and the proper methods of classifying goods on import. Mr. Peterson will discuss how and when the classification of goods is properly determined under the customs laws. He will address factors such as the condition of the goods at the time of import.

3. The relationship between the 2011 AD/CVD Orders and tariff classification. He will discuss the extent to which the classification of merchandise impacts applicability of AD/CVD duties.

4. The 2011 AD/CVD Orders and Scope Reviews of that order, and industry perceptions of the Orders.

5. The rights and duties of importers, exporters, and manufacturers in relation to their commercial strategies. Mr. Peterson will discuss common practice in the importation of goods into the United States, including the extent to which parties may legitimately structure and manufacture products to minimize their liability to customs duties.

6. Common means of enforcement against importers suspected of improperly evading duties, including the normal procedures by which the government seeks to recover duties.