# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Roger A. Hsieh & Poonam G. Kumar*
*Phone:  (213) 894-0600/0719*
*E-mail: Roger.Hsieh@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

May 5, 2021

**VIA E-MAIL**

Stephen Larson
Hilary Potashner
Larson LLP
555 S. Flower St., Suite 4400
Los Angeles, CA 90071
HPotashner@larsonllp.com

Robert Ruyak
RuyakCherian LLP
1901 L Street, NW, Suite 700
Washington, DC 20036
robertr@ruyakcherian.com

   Re: <u>United States v. Liu, et al</u>,
      CR No. 19-282-RGK

Dear Counsel:

  In its October 2, 2020, letter, the government identified Dr. Lazlo Horvath, Associate Professor at Virginia Polytechnic Institute and State University ("Virginia Tech") and Director of Virginia Tech's Center for Packaging and Unit Load Design as one of its anticipated trial experts.  With the letter, the government produced copies of six reports prepared by Dr. Horvath as well as two reports of interviews of Dr. Horvath.  The reports related to Dr. Horvath were subsequently reproduced in discovery as USAO_02701756-1760; USAO_02702133-2270.

  Following up on its initial letter regarding Dr. Horvath, the government discloses under Federal Rule of Criminal Procedure 16(a)(1)(G) that it intends to use at trial the expert testimony of Dr. Horvath.  Dr. Horvath's credentials are set forth in the attached *curriculum vitae*.  For your convenience, the government is again reproducing copies of six reports prepared by Dr. Horvath as well as two reports of interviews of Dr. Horvath with this letter.

  The government anticipates that Dr. Horvath will testify regarding subjects, including but not limit to, those contained in the attached reports.  *See* USAO_02701756-1760; USAO_02702133-2270.

May 5, 2021
Page 2


       With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  In particular, the government is requesting defendants' notice of expert testimony, if any.

       Please let me know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,

ROGER A. HSIEH
POONAM G. KUMAR
Assistant United States Attorneys
Major Frauds Section

Enclosures

Laszlo Horvath                                                    October 12st , 2020

CURRICULUM VITAE

# Laszlo Horvath

*Office Address:* Brooks Forest Products Center, Virginia Tech, 1650 Research Center Dr. Blacksburg, VA 24061
*Phone:*   (540) 231-7673
*E-mail:*   laszlo_horvath@vt.edu

## EDUCATION

- **Ph.D. in Forest Biomaterials Science**
  North Carolina State University (2007-2010)
- **Master of Science in Engineering Management**
  University of West Hungary, Sopron, Hungary (2005-2007)
- **Master of Science in Wood Engineering**
  University of West Hungary, Sopron, Hungary (2005-2007)
- **Bachelor of Science in Wood Technology**
  University of West Hungary, Sopron, Hungary (2002-2005)

## ACADEMIC AND RESEARCH EXPERIENCE

- **Director,** Center for Packaging and Unit Load Design (2011-Present)

  The Center for Packaging and Unit Load Design is a research and testing center focusing on developing innovative technologies and information to optimize the global distribution of goods. ⌞SEP⌟

  **Responsibilities:** Managing multiple applied research projects funded to develop design methodologies to create more sustainable packaging solutions. Using the principles of Lean Management to create an innovative environment where researchers and students can work together to help the packaging industry. Lead and manage a group of 14 laboratory supervisors and technicians.

  Developing state-of-the-art training system to help students gain knowledge faster and more effectively through hands-on and minds-on projects.

- **Associate Professor**, Virginia Polytechnic and State Institute (2018-Present)

  Field of Teaching: Packaging Engineering

  Primary duties include the development of an academic curriculum, teaching Packaging Design for Global Distribution (SBIO 4042), Pallet, Container, and Unit Load Design (SBIO 4224), and Sustainable Packaging Design and Innovation I and II (SBIO 3005, 3006). Research focus is the investigation of the physical interactions between the components of unit load and to increase the sustainability of the packaging supply chain through more efficient distribution packaging design.

- **Assistant Professor**, Virginia Polytechnic and State Institute (2010-2018)

  Field of Teaching: Packaging Engineering

  Primary duties include the development of an academic curriculum, teaching Packaging Design for Global Distribution (SBIO 4042), Packaging Distribution Systems (SBIO 3224), Pallet, Container, and Unit Load Design (SBIO 4224), Computer-Aided Design in Packaging (SBIO 2984), and Sustainable Packaging Design and Innovation I and II (SBIO 2984). Research focus is the investigation of the physical interactions between the components of unit load and to increase the sustainability of the packaging supply chain through more efficient distribution packaging design.

- **Ph.D. and Research Assistant,** North Carolina State University (2007-2010)

  ***Dissertation title***: Modeling Mechanical Behavior of Transgenic Aspen with Altered Lignin Content and Composition

  The research was an excellent opportunity to advance my knowledge in various areas including vibrational spectroscopy, analytical chemistry, mechanical analysis, CAD, finite element and statistical modeling, to carry out complex tasks, communicate in a professional environment, and to disseminate my research results in conference papers and research journals.

- **M.S. in Wood Engineering, UWH, Hungary**

  ***Thesis title:*** Structural design of a skating rink using glued laminated timber.

  The thesis intended to provide an example that wood could be used effectively as a build material to create an ergonomic and sustainable building without harmful impact on the environment. Therefore, ice skating stadium consisting glued-laminated timber structures as the main load-bearing element was designed using AXIS 7 finite-element software package.

- **M.S. in Engineering Management, UWH, Hungary**

  ***Thesis title:*** Improving public relationship within the Hungarian wood industry.
  The thesis focused on the misperceptions of the public about wood products and on how to incorporate modern marketing and PR practices to improve and promote the use of wood as a material.

## AWARDS, DISTINCTIONS AND FELLOWSHIPS

- Best Scientific Presentation from the International Association of Packaging Research Institutes - 2017
- Certified Laboratory Packaging Professional - Professional Level – 2014
- Certified Laboratory Packaging Professional - Technologist Level - 2014

- Certified Laboratory Packaging Professional - Technician Level - 2014
- Certificate of Leadership Excellence – Virginia Tech (2014)
- George Mara – Excellence in Writing and Research Award (2013)
- North Carolina State University Provost Fellowship (2007)
- Outstanding Graduate Student Award, Faculty of Wood Science, University of West Hungary (2007)
- Hungarian National Academic Scholarship Award, (2007)
- National Scientific Student Research Competition, 3rd Place (2007)
- ERASMUS scholarship; Study Abroad Program (2006)
- Hungarian National Academic Scholarship Award, (2006)
- National Scientific Student Research Competition, Special Award (2005)
- Scientific Student Research Competition, 1st Place (2005)
- Scientific Student Research Competition, Special Award (2004)

**PROFESSIONAL AND SCIENTIFIC SOCIETY**

- Vice-President of TAPPI Virginia –North Carolina Chapter (2014-Present)
- 2018-19 US Delegate to ISO TC51 (2018-Present)
- Voting member of the ANSI MH10 Committee (2011-Present)
- Voting member of the ANSI MH1 Committee (2011- Present)
- Voting member of the ASTM D10 Committee (2011-Present)
- Member of the US Technical Advisory Group to ISO TC51 (2011-Present)
- Platinum member of the Institute of Packaging Professional (2012 -2018)
- Member of the International Safe Transit Association (2011-Present)
- Faculty co-advisor of Institute of Packaging Professionals (2010- Present)

**PROFESSIONAL SKILLS AND COMPETENCES**

- Pallet and unit load design
- Unit loads stability
- Protective packaging design
- Finite Element and analytical modeling (Ansys and Maple)
- Analytical chemistry techniques
- Micro and macro-mechanical test
- Optical and fluorescence and vibrational microscopy
- Design of wood structures
- Statistical analysis (Multivariate regression. Principal component analysis, etc.)
- CAD design, CNC programming
- Lean manufacturing, Six Sigma, Process optimization

**COMPUTER SKILLS AND LANGUAGES**

- Advanced application of MS Office, ANSYS, Abaqus, SolidWorks, Autodesk AutoCAD and Inventor, Pro-Desktop, Unigraphic, ESKO ArtiosCAD and Studio Suite, SAS

**Laszlo Horvath**                                                    October 12st , 2020

---

Enterprise 4.02, SAS JMP, SPSS, Origin Pro, MasterCAM, Unscrambler, Origin Pro, 20-20 Kitchen-Design software, Maple.

**LANGUAGES**

- English: Fluent,
- Hungarian: Native fluency

Laszlo Horvath                                                                October 12st , 2020

# LIST OF PUBLICATIONS

**CLASSES TAUGHT:**

- **SBIO 4024 Packaging Design for Global Distribution**
  - Covers: shock, vibration, compression, cushioning design, cushion materials, global packaging requirements, atmospheric conditioning
  - Years taught: 9
- **SBIO 3224 Packaging Distribution Systems**
  - Cover: modes of transportation and materials handling, warehouse operations and optimization, CAPE system.
  - Years taught: 7
- **SBIO 4224 Pallet, Unit Load and Container Design**
  - Covers: pallet design, pallet materials, basic wood properties, unit load design, palletization, unit load interaction, and container loading
  - Years taught: 8
- **SBIO 2004 Computer Aided Design in Packaging**
  - Covers: basics of packaging design, ArtiosCAD, Studio Suite, Illustrator, Studio Store Visualizer, Unigraphics NX, CAPE
  - Years taught: 5
- **SBIO 3005/3006 – Sustainable Packaging Design and Innovation I-II**
  - Covers: senior packaging improvement projects, report writing, professional presentations, project management, and continuous improvement practices.
  - Years taught: 6
- **SBIO 2984 Computer Aided Design in Natural Resources**
  - Covers: 2D play sketching and design using AutoCAD and 3D modeling with Solidworks.
  - Years taught: 2

**RESEARCH ARTICLES IN PEER-REVIEWED JOURNALS**

1. Shiner, Z., **Horvath, L.,** Araman, P., Gething, B. 2020. Investigation of wood pallets landfilled and recovered at US municipal solid waste facilities. <u>Bioresources</u>. Under publication. **Impact Factor: 1.409**

2. Morrissette, S.M, **Horvath, L.,** DeLack, K. 2020. Investigation into the load bridging effect for block class pallets as a function of package size and pallet stiffness. <u>Journal of Packaging Science and Technology</u>. 2020:1-19. DOI: 10.1002/pts.2539. **Impact Factor: 1.187**

3. Quesenberry, C., **Horvath, L.,** Bouldin, J., White, M.S. 2020. The effect of pallet top deck stiffness on the compression strength of asymmetrically supported corrugated boxes. <u>Journal of Packaging Science and Technology.</u> 2020: 1-12. DOI: 10.1002/pts.2533 **Impact Factor: 1.187**

4. Gerber, N., **Horvath, L.,** Araman, P. 2020. Investigation of new and recovered wood shipping platforms in the United States. <u>Bioresources</u>. 15(2) 2818-2838. **Impact Factor: 1.409**

5.  Clayton, Page, **Horvath, L.,** Bouldin, J. Gething, B., Effect of Column Stacked Corrugated Boxes on Load Bridging using Partial Four-Way Stringer Class Wooden Pallets. Journal of Packaging Science and Technology. 2019:32:423-439. **Impact Factor: 1.18**

6.  Park, J., **Horvath, L.** White. M.S. Araman P., Bush R. 2018 The influence of stretch wrap containment force on load bridging in unit loads. Journal of Packaging Science and Technology. 2018;1-8. DOI: 10.10002/pts.2385 **Impact Factor: 1.32**

7.  Molina, E., **Horvath, L.,** White, M.S. Investigation of pallet stacking pattern on unit load bridging. Journal of Packaging Science and Technology. 2018;31;653-663. DOI: 10.10002/pts.2406 **Impact Factor: 1.32**

8.  Park, J.M., Kim, J.S., Park, J.H., **Horvath L.,** Kim, G.S. 2017 Numerical analysis of clamping pressure during the carton clamp handling of heavyweight corrugated packages. International Journal of Agricultural and Biological Engineering. under publication. - **Impact Factor: 1.007**

9.  Park, J., **Horvath, L.,** Bush, R.J. 2017 Life cycle inventory analysis of the wood pallet repair process in the United States. Journal of Industrial Ecology – Under Publication - **Impact Factor: 3.227**

10. Baker M., **Horvath, L.,** White, M.S., Scott, M. 2017. Application of Beam on Elastic Foundation to the Interaction between a Corrugated Box and Pallet Deckboard. Journal of Packaging Science and Technology. DOI: 10.10002/pts.2201 - Under Publication - **Impact Factor: 1.32**

11. Birkett, G. C., Sicoli, S., **Horvath, L.,** Foster, J., Kim, Y. T., Renneckar, S., and Goodell, B. 2017 Investigation of nanofibrillated cellulose for hydrophobic packaging material: Examining alternatives to solvent exchange and lyophilization. Bioresources 12(2), 4314-4326. DOI: 10.15376/biores.12.2.4314-4326. **– Impact Factor 1.321**

12. Park, J. **Horvath, L.,** White, M.S., Phanthanousy, S., Araman, P., Bush, R.J. 2016 The influence of size and flute type of corrugated paperboard boxes on load-bridging in unit loads. Journal of Packaging Technology and Science, 30: 33-43. DOI: 10.1002\pts.2279 - **Impact Factor: 1.32**

13. Park, J., **Horvath, L.,** Bush, R.J. 2016 Process methods and levels of automation of wood pallet repair in the United States. Bioresources 11(3), 6822-6835 – **Impact Factor 1.321**

14. Baker, M., **Horvath, L.,** White, M.S. 2016 Predicting the effect of gaps between pallet deckboards on the compression strength of corrugated boxes. Journal of Applied Packaging Research 8(3) 30-42 DOI: 10.14448/japr.08.0017 – **Impact Factor 0.105**

15. Baker M., **Horvath, L.** 2016 Effect of pallet deckboard stiffness on corrugated box compression strength. Journal of Packaging Science and Technology, (29):4-5, 263-274 - **Impact Factor: 1.32**

16. **Horvath, L.,** Peszlen, I., Gierlinger, N., Peralta, P., Kelley, S. and Csoka, L. 2012. Distribution of wood polymers within the cell wall of transgenic aspen imaged by Raman microscopy. Holzforschung 66(6):717-725. **Impact Factor: 1.794.**

17. **Horvath, L.,** Peralta, P., Peszlen, I., Csoka, L., Horvath, B., Jakes, J., 2012. Modeling hygroelastic properties of genetically modified aspen. Wood and Fiber Science 44(1):1-14. **Impact Factor: 0.79.**

**Laszlo Horvath**                                                    October 12st , 2020

18. **Li, Q.**, Min, D., Wang J., Peszlen, I., Horvath, L. Horvath, B., Yufuko, N., Jameel, H., Chang, H.-M., and Chiang V. 2011. Down-regulation of glycosyltransferase 8D genes in Populus trichocarpa caused reduced mechanical strength and xylan content in wood. Tree Physiology 31(2):226-236. **Impact Factor: 3.65.**

19. Alpar, T.L., A.A. Pavelkovics, L. Csoka, **L. Horvath**, (2011) Wood Wool Cement Boards Produced with Nano Minerals. 3rd International Scientific Conference on Hardwood Processing (ISCHP32011). Virginia Tech. Blacksburg, VA. 145pp.

20. Horvath, B., I. Peszlen, P. Peralta, **L. Horvath**, B. Kasal & L. Li (2010) Elastic Modulus Determination of Transgenic Aspen using Dynamic Mechanical Analyzer in Static Bending Mode, Forest Product Journal. 60(3). 296-300.

21. **Horvath, L.**, I. Peszlen, P. Peralta & S. Kelley (2010) Use of Transmittance Near Infrared Spectroscopy to Predict the Mechanical Properties of One- and Two-Year-Old Transgenic Aspen, Wood Science and Technology. 45(2). 303-314.

22. **Horvath, L.**, I. Peszlen, P. Peralta, L. Li & B. Kasal (2010) The effect of Lignin Content and Composition on the Mechanical Properties of Transgenic Aspen, Wood and Fiber Science. 42(3). 310-317.

## BOOK CHAPTER/EDITION PUBLICATIONS

- **Horvath, L.**, Kim, Y.T., Min B. 2014. "Ch 05. Testing of mechanical properties for plastic packaging materials, Food Packaging Materials: Testing & Quality Assurance", edited by Preeti Singh, Ali Abas Wani, and H.C. Langowski, CRC, p. 344

## OTHER PUBLICATIONS

- **Horvath, L.** (2010) Modeling the Mechanical Behavior of transgenic aspen with altered lignin content and composition. Ph.D. dissertation. North Carolina State University

## PAPERS IN REFEREED CONFERENCE PROCEEDING

- Alvarez Valverde, M. P., **Horvath, L.**, Shahabi, F. 2020 Wood pallet performance analysis with palletized drums in distribution and warehousing. IAPRI World Packaging Conference 2020. June 30th, 2020

- **Horvath, L.**, Quesenberry C., Bouldin J., White, M.S. 2020 The effect of pallet top deck stiffness on the compression strength of asymmetrically supported corrugated boxes. IAPRI World Packaging Conference 2020. June 30th, 2020

- **Horvath, L.**, Clayton, P., Gething, B, Bouldin, J. 2019. Investigation of the effect of column stacked corrugated boxes on load bridging using partial four-way stringer class wooden pallets. 29th IAPRI Symposium. June 11-14, 2019

- Quesenberry, C., **Horvath, L.**, Bouldin, J., White, M.S. 2019. The effect of pallet top deck stiffness on the compression strength of asymmetrically supported corrugated boxes. 2019 ISTA Transpack Forum. Denver, Colorado, May 13-16, 2019.

- **Horvath, L.** Molina, E., White, M.S. 2018. The Effect of Pallet Stacking Patterns on the Deflection of the Pallet Under Common Support Conditions. 21st IAPRI World Conference on Packaging. Zhuhai China, June 19-22, 2018.

- **Horvath, L.,** Baker, M., White, M.S. 2017. Application of Beam on Elastic Foundation to the Interaction between a Corrugated Box and Pallet Deckboard. Oral Presentation in 28th <u>IAPRI Symposium</u>, May 9-12, 2017.

- Molina, E.*, **Horvath, L.,** White, M.S. 2017 The Effect of Pallet Stacking Patterns on the Deflection of the Pallet Under Common Support Conditions. Oral Presentation in <u>2017 ISTA Transpack Forum</u>, Orlando, FL, April 18-21, 2017.

- Clayton, P.*, **Horvath, L.** 2017 Investigation of the Effect of Corrugated Boxes on the Distribution of Compression Stresses on the Top Surface of Wooden Pallets. Oral Presentation in <u>NWPCA Annual Leadership Conference</u>, March 8-10, 2017.

- **Horvath, L.** How much load my pallet can carry? <u>2016 ISTA Transpack Forum</u>, Orlando, FL, March 21-24, 2016.

- **Horvath, L.,** Park J., White, MS. 2015. The Effect of Packaging Size, Stiffness, and Number of Layers on the Load Carrying Capacity of the Pallet – <u>2015 ISTA Transpack Forum</u>, April 7-10, 2015, Orlando, FL, USA

- **Horvath, L.** (2014) The Status of Wood Pallet Repair Operations in the United States: A Survey Study. 19th IAPRI World Packaging Conference. Melbourne, Australia, June 15-18, 2014.

- Park. J., Bush, R., Araman, P., and **Horvath, L.** (2012) The Sustainability of Wood Pallets in the United States. 18th IAPRI World Packaging Conference. San Luis Obispo, CA. p. 66-70

- Alpar, T.L., Pavlekovics, A.A., Csoka, L. and **Horvath, L.** (2011) Wood Wool Cement Boards Produced with Nano Minerals. Oral Presentation in 3rd International Scientific Conference on Hardwood Processing (ISCHP32011). Virginia Tech. Blacksburg, VA. p. 50.

## REFERRED CONFERENCE PRESENTATIONS AND PROCEEDINGS

- Alvarez Valverde, M. P., **Horvath, L.,** Shahabi, F. 2020 Wood pallet performance analysis with palletized drums in distribution and warehousing. IAPRI World Packaging Conference 2020. June 30th, 2020

- **Horvath, L.,** Quesenberry C., Bouldin J., White, M.S. 2020 The effect of pallet top deck stiffness on the compression strength of asymmetrically supported corrugated boxes. IAPRI World Packaging Conference 2020. June 30th, 2020

- **Horvath, L.,** Clayton, P., Gething, B, Bouldin, J. 2019. Investigation of the effect of column stacked corrugated boxes on load bridging using partial four-way stringer class wooden pallets. 29th IAPRI Symposium. June 11-14, 2019

- Quesenberry, C., **Horvath, L.,** Bouldin, J., White, M.S. 2019. The effect of pallet top deck stiffness on the compression strength of asymmetrically supported corrugated boxes. <u>2019 ISTA Transpack Forum.</u> Denver, Colorado, May 13-16, 2019.

- **Horvath, L.** Molina, E., White, M.S. 2018. The Effect of Pallet Stacking Patterns on the Deflection of the Pallet Under Common Support Conditions. <u>21ˢᵗ IAPRI World Conference on Packaging.</u> Zhuhai China, June 19-22, 2018.

- **Horvath, L.,** Baker, M., White, M.S. 2017. Application of Beam on Elastic Foundation to the Interaction between a Corrugated Box and Pallet Deckboard. Oral Presentation in 28ᵗʰ IAPRI Symposium, May 9-12, 2017.

- Molina, E.*, **Horvath, L.,** White, M.S. 2017 The Effect of Pallet Stacking Patterns on the Deflection of the Pallet Under Common Support Conditions. Oral Presentation in 2017 ISTA Transpack Forum, Orlando, FL, April 18-21, 2017.

- Clayton, P.*, **Horvath, L.** 2017 Investigation of the Effect of Corrugated Boxes on the Distribution of Compression Stresses on the Top Surface of Wooden Pallets. Oral Presentation in NWPCA Annual Leadership Conference, March 8-10, 2017.

- **Horvath, L.** Technology Development in Reusable Packaging Systems? Oral presentation in 2016 MODEX Reusable Packaging Association Educational Session, Atlanta, GA, April 5, 2016.

- **Horvath, L.** How much load my pallet can carry? Oral presentation in 2016 MODEX Supply Chain Education Summit, Atlanta, GA, April 6, 2016.

- **Horvath, L.** How much load my pallet can carry? Oral presentation in 2016 ISTA Transpack Forum, Orlando, FL, March 21-24, 2016.

- Bagby, W., Holbert, L., Polk, T., Sisson, B. **Horvath, L**. 2016 Investigation of the stress distribution under corrugated boxes using varying loading conditions. NWPCA 2016 Annual Leadership Meeting, Orlando, FL, March 2-4, 2016.

- **Horvath, L.,** Park J., White, MS. 2015. The Effect of Packaging Size, Stiffness, and Number of Layers on the Load Carrying Capacity of the Pallet – 2015 ISTA Transpack Forum, April 7-10, 2015, Orlando, FL, USA

- **Horvath, L.** (2014) The Status of Wood Pallet Repair Operations in the United States: A Survey Study. Oral presentation in 19th IAPRI World Packaging Conference. Melbourne, Australia, June 15-18, 2014.

- **Horvath, L**. (2014) How to design and efficient unit load by considering the stiffness of the pallet. Oral presentation in 2014 ISTA Transpack Forum, Orlando, FL, April 21-24, 2014.

- **Horvath, L.,** Park, J. and Baker, M. (2013) Research and innovation at the Center for Packaging and Unit Load Design at Virginia Tech. Poster presentation in Forest Product Society, 67th International Convention. Washington D.C, June 9-11, 2013.

- Park, J., Bush, R., Araman, P., and **Horvath, L. (**2013) Life Cycle of Wooden Pallets in Domestic Supply Chains From Environmental Perspectives. Poster Presentation in 1st Korean-American Scientists & Engineers Association Virginia Regional Conference (KSEA VRC). Blacksburg, VA.

- **Horvath, L.,** Peszlen, I, Peralta, P., Csoka, L., Gierlinger, N (2012) Raman Imaging of the Cell Wall of Transgenic Aspen with Altered Lignin Content and Structure. Presentation in the Micro Characterization of Wood Materials and Properties, COST FP0802, October 24-26, 2012, Edinburgh, Scotland.

- **Horvath, L.** (2012) Micromechanical investigation of the interaction between chemical composition and mechanical performance using genetically-modified aspen wood. Presentation in Forest Product Society, 66th International Convention. Washington D.C, June 3-5, 2012.

- Park, J., Bush, R., **Horvath, L.,** and Twede, D. (2012) An Exploration of Changes in the Environmental Sustainability of U.S. Consumer Packaging. Oral Presentation in 66th Forest Product Society International Convention. Washington D.C.

- Park. J., Bush, R., Araman, P., and **Horvath, L.** (2012) The Sustainability of Wood Pallets in the United States. Oral Presentation in 18th IAPRI World Packaging Conference. San Luis Obispo, CA. p. 66-70

- **Horvath, L.**, P. Peralta, I. Peszlen, L. Csoka (2011) Computer Modeling of Micromechanical Properties of Transgenic Aspen Wood. Oral Presentation in 3rd International Scientific Conference on Hardwood Processing (ISCHP[3]2011). Virginia Tech. Blacksburg, VA. p. 98

- Alpar, T.L., A.A. Pavlekovics, L. Csoka, **L. Horvath** (2011) Wood Wool Cement Boards Produced with Nano Minerals. Oral Presentation in 3rd International Scientific Conference on Hardwood Processing (ISCHP[3]2011). Virginia Tech. Blacksburg, VA. p. 50

- Xiang, Z, **L. Horvath**, P. Peralta, I. Peszlen (2011) Minimizing Cupping in Red Oak Using the Concept of Drying Stresses. Poster Presentation in 3rd International Scientific Conference on Hardwood Processing (ISCHP[3]2011). Virginia Tech. Blacksburg, VA. p. 120

- **Horvath, L.,** I. Peszlen, P. Peralta (2010). Micromechanical modeling of the cell wall of genetically modified aspen (*Populus tremuloides*) wood. North Carolina State University, 5th Graduate Student Research Symposium. March 10th, 2010, Raleigh, North Carolina, USA. p:50.

- **Horvath, L.,** I. Peszlen, P. Peralta, S. Kelley, B. Kasal & L. Li (2009) Application of Near-Infrared Spectroscopy to Predict Mechanical Properties of Transgenic Aspen. Forest Product Society, 63rd International Convention, June 21-23, 2009, Boise, Idaho, USA. p:35.

- **Horvath, B.,** L. Horvath, P. Peralta, I. Peszlen, B. Kasal & L. Li (2009) Thermo-Mechanical Properties of Genetically Engineered *Populus tremuloides* Clone. Forest Product Society, 63rd International Convention, June 21-23, 2009, Boise, Idaho, USA. p:36.

- **Horvath, L.,** I. Peszlen, P. Peralta, S. Kelley, B. Kasal & L. Li (2009) Mechanical Properties of Transgenic Aspen with Reduced Lignin Content and Increased S/G Ratio. COST Action FP0802 "Experimental and computational methods in wood micromechanics" Workshop May 11-13, 2009, Vienna, Austria. p:49-50.

- **Horvath, L.,** P. Peralta & I. Peszlen (2009) Prediction of the Mechanical Properties of Young Genetically Modified Aspen Trees using Near-Infrared Spectroscopy. North Carolina State University, 4th Graduate Student Research Symposium, March 18th, 2009, Raleigh, North Carolina, USA. p: 44.

## SEMINARS AND WORKSHOPS

- **Horvath, L.,** M.S., White (2020) **Unit Load Design Short Course**, August 24-27, 2020

- **Horvath, L.,** M.S., White (2019) **Unit Load Design Short Course**, August 13-15, 2019

- **Horvath, L.,** B. Gething (2019) **Pallet Design and Performance Short Course,** May 5-7, 2019

- **Horvath, L.,** M.S., White (2018) **Unit Load Design Short Course**, September 25-27, 2018,

- **Horvath, L.,** B. Gething (2018) **Pallet Design and Performance Short Course,** May 1-3, 2018
- **Horvath, L.,** M.S., White (2018) **Unit Load Design Short Course**, May 2-4, 2018,
- **Horvath, L.,** M.S., White (2017) **Unit Load Design Short Course**, August 15-17, 2017,
- **Horvath, L.,** B. Gething (2017) **Pallet Design and Performance Short Course,** May 2-4, 2017
- **Horvath, L.,** M.S., White (2016) **Unit Load Design Short Course**, March 21-23, 2017
- **Horvath, L.,** (2016) **Design and Innovation in Packaging workshop**, November 17, 2016,
- **Horvath, L.,** M.S., White (2016) Unit Load Design Short Course, August 23-25, 2016
- **Horvath, L.,** B. Gething (2016) Pallet Design and Performance Short Course, May 3-5, 2015
- **Horvath, L.,** M.S., White (2015) Unit Load Design Short Course, September 15-17, 2015
- **Horvath, L.,** B. Gething (2015) Pallet Design and Performance Short Course, August 4-6, 2015
- **Horvath, L.,** M.S., White (2015) Web-Unit Load Design Short Course, April 21-23, 2015
- **Horvath, L.,** (2014) Best Practices for Getting the Most out of your Wooden Pallet: Ways to reduce pallet damage, pallet operation costs, and pallet-related product damage for optimal reusable results, November 3, 2014, Chicago, USA.
- **Horvath, L.,** M.S., White (2014) Unit Load Design Short Course, August 26-29, 2014, attendees: 15
- **Horvath, L.,** B. Gething (2014) Pallet Design and Performance Short Course, August 19-21, 2014, attendees: 20
- **Horvath, L.,** M.S., White (2014) Unit Load Design Short Course, May 13-15, 2014, attendees: 12
- **Horvath, L.,** M.S., White (2013) Unit Load Design Short Course, November 13-15, 2013 attendees: 8
- **Horvath, L.,** M.S., White Pallet Design and Performance Short Course, March 13-14, 2013, attendees: 9
- **Horvath, L.,** M.S., White (2012) Unit Load Design Short Course, September 25-27, 2012 attendees: 8
- **Horvath, L.,** Akiko Nakata, and Urs Buehlmann. 2011. Future state Lean administration simulation. Why Lean administration? workshop. Morrisville, NC. March 29-30 2011.
- **Horvath, L.,** Mathias Schmitt, and Urs Buehlmann. 2011. Improved state Lean administration simulation. Why Lean administration? workshop. Morrisville, NC. March 29-30 2011.
- **Horvath, L.,** Christian Fricke, and Urs Buehlmann. 2011. Current state Lean administration simulation. Why Lean administration? workshop. Morrisville, NC. March 29-30 2011.
- **Horvath, L.,** Buehlmann, U. (2010) Leadership and teamwork. Why Lean workshop. Richmond, VA. November 2010

**Laszlo Horvath**                                                    October 12st , 2020

- **Horvath, L.** (2009) Mechanical Properties of Transgenic Aspen, Seminar, April 15th, 2009, Virginia Polytechnic Institute and State University, Blacksburg, VA, USA.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/18/2018 13:21 EDT                                                                                   Page 1 of 5

**CASE NUMBER**

▮▮▮▮▮▮

**CASE OPENED**
12/2/2016

**CURRENT CASE TITLE**
Zhongwang Holdings Limited et al.,

Asset Forfeiture Case

**REPORT TITLE**
March 22, 2018 Interview of Dr.

Laszlo Horvath

**SYNOPSIS**

In July of 2016, the Homeland Security Investigations Los Angeles (HSI/LA) Trade Fraud Group received information from a Source of Information regarding criminal activities being committed by Zhongtian LIU and his company, ZHONGWANG HOLDINGS LIMITED, related to the importation of aluminum from China into the United States (U.S.) with the intent to defraud the U.S. government of owed customs duties. In November of 2016, HSI/LA Asset Identification and Removal Group was requested to assist with the investigation.

This Report of Investigation will document the interview with Dr. Laszlo Horvath of Virginia Tech conducted on March 22, 2018.

**REPORTED BY**
Jay Huang
SPECIAL AGENT

**APPROVED BY**
Larry Owen
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/17/2018

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited et al., Asset Forfeiture Case | ▮▮▮▮▮▮-128 | 4/17/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02701756



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/18/2018 13:21 EDT                                                                                   Page 2 of 5

## DETAILS OF INVESTIGATION

On March 22, 2018, HSI/LA Special Agents (SAs) Jay Huang and John Chopp interviewed Dr. Laszlo
Horvath at Virginia Tech's Center for Packaging and Unit Load Design (CPULD) located at 1650
Research Center Drive, Blacksburg, Virginia. The following is a summary of the information
provided by Dr. Horvath:

### I.   Background of Dr. Horvath

Dr. Horvath had a wood engineering background in Hungary before immigrating to the United
States. Dr. Horvath obtained his Ph.D. in Forest Biomaterials from North Carolina State
University. Dr. Horvath has been involved in pallet research and testing since he started
working at Virginia Tech in 2010. Dr. Horvath is currently an assistant professor in the
Department of Sustainable Biomaterials and the director of CPULD. CPULD is recognized as the
international leader in pallet research and testing. Private industries and other universities
use CPULD to test their pallets.

### II.   Testing of the Pefectus Pallets

The purpose of Dr. Horvath's tests was to determine how much weight the aluminum pallet could
handle (load capacity) and the durability of the pallet. The load capacity of the tested pallets
exceeded the machine capacity (over 23,422 pounds); Dr. Horvath has never tested pallets with
this rating. The high load capacity of the tested pallets did not make sense to Dr. Horvath
since they were "unrealistically strong." Dr. Horvath stated that most standard forklifts can
carry 2,200 to 2,800 pounds and "nobody would put 12,000 pounds on a pallet." Dr. Horvath did
not understand why the pallets had to be so strong and heavy (in reference to the 170 pound
pallets).

The durability of the 170 pound pallet ("heavy pallet") was tested using the free-fall drop test
on the pallet corner from a height of 40 inches. The test resulted in the welds being damaged
and the pallets losing its "squareness." The failure of the test demonstrated the pallets fell
apart too easily and were not durable. Dr. Horvath stated the drop test failure was "clearly a
problem" and would be considered an "industry-wide failure."

SA Chopp advised Dr. Horvath the data sheet for the tested pallets provided by "the
manufacturer" indicated the load capacity of the pallets was 4,000 to 6,000 pounds. AGENT'S
NOTE: The aforementioned information originated from Pengcheng Aluminum (PCA). SA Chopp did not
provide Dr. Horvath with the name of the company (PCA), only data points believed to be on one
of the data sheets.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited et al., Asset Forfeiture Case | ▮▮▮▮▮▮128 | 4/17/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02701757



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

The large discrepancy between the tested load capacity (over 20,000 pounds) and PCA's listed load capacity (4,000 to 6,000 pounds) did not make sense to Dr. Horvath since pallet companies typically exaggerate the load capacity. This leads Dr. Horvath to believe that PCA did not actually test their pallets.

### III. Perfectus Pallets are not Practical or Functional

#### 1. Pallets are too heavy

Dr. Horvath stated that most pallets weigh around 60 to 70 pounds. This is due to the safety regulations where it may require more than one person to handle a pallet exceeding 60 to 70 pounds. Any pallets weighing more than 70 pounds would be considered "specialized" and there is a low demand for them. Dr. Horvath has seen 150 pounds pallets but they are not widely used.

Dr. Horvath stated the heavy pallets are not practical and prohibitively heavy. The heavy pallets would need to be moved by forklifts. Also, most pallets are used to transport the goods that are put on them. The heavy pallets could not be used for transporting goods because they would limit the weight capacity of a truck. In Dr. Horvath's opinion, the heavy pallets were not meant to be mobile. For the heavy pallets to be stacked on a shelf, a specially designed rack system would need to be built to withstand the weight.

#### 2. Pallets are too expensive

Dr. Horvath thought the $360 price for the heavy pallet was "unrealistically high" considering a wooden pallet costs about $15. Dr. Horvath did not know who would buy the heavy pallets and believed the heavy pallets would not be widely used in the U.S. Dr. Horvath was confident that the tested pallets would not replace the wooden pallet industry.

#### 3. Low demand for aluminum pallets

Dr. Horvath cited a survey conducted by Modern Materials Handling Magazine which indicated approximately 93 to 95 percent of the pallets used were made out of wood. According to another survey conducted by The Freedonia Group, metal pallets (comprised of steel, stainless steel, and aluminum pallets) accounted for 0.8 percent of the pallet market.

Dr. Horvath stated that aluminum pallets are typically used in the pharmaceutical and food industries due to the anti-microbial property of aluminum. However, the aforementioned industries are considered specialized and would have certain specifications required for their

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited et al., Asset Forfeiture Case | ▓▓▓▓-128 | 4/17/2018 |



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02701758

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

04/18/2018 13:21 EDT

Page 4 of 5

pallets. Additionally, many of those companies use wooden pallets as well. The welds of the tested pallets could also pose a problem for some food companies as it relates to sanitation due to them being spot welded and not fully sealed. (Dr. Horvath could not elaborate further as he did not know the details of the certification process for food grade pallets.)

## 4. Poor design

Dr. Horvath felt the designer of the tested pallets did not put much thought into the design. There is no reason to make metal pallets weighing over 100 pounds. A similar type of pallet could be designed for 1/3 of the price and weigh much less. Dr. Horvath showed the agents aluminum pallets advertised on the Eco Aluminum Pallets website that weighed only 13 pounds.

Dr. Horvath stated that the typical height of a pallet is 5 to 5.5 inches and anything higher would take too much space and not be ideal for transportation. The tested pallets appeared to be higher than 5.5 inches and Dr. Horvath could not think of a rationale why the pallets were built higher. AGENT'S NOTE: Dr. Horvath did not have the height of the test pallets readily available at the time of the interview and only had photographs of the test pallets. Dr. Horvath was speculating from the photographs.

Additionally, the design of the tested pallets would not allow the use of a pallet jack due to the pallets' thick bottom and sharp edges. The sharp edges might "destroy" the wheels of a pallet jack. Furthermore, the tested pallets are "two-way entry" only. (A two-way entry pallet only allows the pallet to be accessed and lifted from the front or rear.) The aforementioned factors significantly limit the usability of the pallets.

## 5. Lack of market for the tested pallets

Dr. Horvath did not believe the heavy pallets could be used for general application. The only probable place that Dr. Horvath thought the pallets could be used would be a high density, computer controlled, and automated warehouse. However, Dr. Horvath still thought the pallets were too expensive and heavy.

Dr. Horvath showed the agents a Costco document titled "Structural Packaging Specifications" for vendors using pallets. The document indicated the pallets had to be four-way entry and that Costco "encourage our suppliers to use the lightest, most durable pallets in the marketplace." The document lists two approved types of pallets: 1) plastic pallet weighing 48 pounds 2) wood pallet weighing 70 pounds. Furthermore, the document stated that Costco does not accept "stringer" pallets. (Stringers are the boards between the top and bottom boards of a pallet.) The tested pallets are classified as stringer pallets.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited et al., Asset Forfeiture Case | ▓▓▓▓▓▓-128 | 4/17/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02701759



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

### 6. Dr. Horvath's Conclusion

Even though the tested pallets appear to have some function (i.e. high weight capacity), Dr. Horvath opined that based on the previously mentioned factors, the pallets were neither functional nor practical in the pallet industry. The "whole picture" of the tested pallets did not make sense to Dr. Horvath. Dr. Horvath said it seemed like a lot of aluminum was put into the pallet "just to move the material into the U.S."

### IV.   Stockpiling of the Aluminum Pallets Did Not Make Sense

Based on Dr. Horvath's experience, it is not normal for a company to introduce a new type of pallet into the market without a sales strategy or know who they are selling to. The typical process requires the company to go to trade shows, gauge the market, line up customers, and build a supply chain. The process can take several years. Dr. Horvath had not seen the tested pallets at any trade shows. Dr. Horvath thought the idea of having a stockpile of the pallets was a "weird business proposition." For Dr. Horvath, it would make more sense to make 1,000 to 2,000 of the pallets and see if the customers actually like them.

Furthermore, since the size and dimension of aluminum pallets can be easily customized, it did not make sense to import so many pallets of the same size. Even though the tested pallets have the dimensions commonly used by the grocery industry (40" X 48"), the grocery industry would never buy them. The Grocery Manufacturers Association requires four-way entry pallets weighing 50 pounds and only needs a load capacity of 1,500 pounds. A four-way entry pallet allows the pallet to be accessed and lifted from any side. (As previously mentioned, the tested pallets are two-way entry.)

This investigation continues.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Zhongwang Holdings Limited et al., Asset Forfeiture Case | -128 | 4/17/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/02/2020 18:49 EDT

Page 1 of 5

**CASE NUMBER**

▮▮▮▮▮▮▮▮

**CASE OPENED**
9/15/2016

**CURRENT CASE TITLE**
Zhongwang Holdings Limited, et. al.

**REPORT TITLE**
09/29/2020 - Phone interview with Dr.
Laszlo Horvath

**REPORTED BY**
John Chopp
SPECIAL AGENT

**APPROVED BY**
Gregory Manack
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/2/2020

**SYNOPSIS**

In July of 2016, HSI Los Angeles Trade Fraud Group (TFG), located at the Trade Enforcement Coordination Center (TECC), received information from a source of information (SOI), later identified as ▮▮▮▮▮▮▮▮▮▮ allegedly had information on criminal activity related to the import of aluminum into the U.S. with the intent to defraud the U.S. Government of owed Customs duties.

This report of investigation (ROI) will document the phone interview of Dr. Laszlo Horvath, Director of the Center for Packaging and Unit Load Design.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Zhongwang Holdings Limited, et. al. | ▮▮▮▮▮▮▮063 | 10/2/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





10/02/2020 18:49 EDT

Page 2 of 5

## DETAILS OF INVESTIGATION

In July of 2016, HSI Los Angeles Trade Fraud Group (TFG), located at the Trade Enforcement Coordination Center (TECC), received information from a source of information (SOI), later identified as ███████████████ allegedly had information on criminal activity related to the import of aluminum into the U.S. with the intent to defraud the U.S. Government of owed Customs duties.

On September 29, 2020, HSI Los Angeles Special Agents (SA) John Chopp and Jay Huang, along with Assistant United States Attorneys (AUSA) Poonam Kumar, Eddie Jauregui, and Roger Hsieh, conducted a phone interview with Dr. Laszlo Horvath. Dr. Horvath is the Director for the Center for Packaging and Unit Load Design (CPULD) at Virginia Tech University. CPULD conducted functionality testing for the aluminum pallets seized in 2017 from PERFECTUS ALUMINIM INC. Dr. Horvath was previously interviewed in March of 2018. For further details of that interview, please reference ROI ██████████████128. At the start of the interview, AUSA Kumar and Dr. Horvath reviewed several of the lab reports previously provided to the Government by CPULD. The reports detailed the results of the CPULD testing. Subsequently, Dr. Horvath provided the following information in summary and pertinent part only:

Heavy Pallets (170 pounds)

- A 170-pound pallet would not be competitive in the market.
- The 170-pound pallet "maxed out" all "load tests" on the testing equipment.
- The bottom deck (bottom edge) of the pallet was too thick and not "sloped," which made it more difficult to use a pallet jack. It didn't make sense to Dr. Horvath why the pallet was designed to be "so complicated" for use with a pallet jack.

Light Pallets (42 pounds)

- The "light-weight" pallets (approximately 42 pounds) had the weight range more acceptable for the current market (under 50 pounds). However, the size (approximately 48 inches by 42 inches) did not fit the current market for general sized pallets. The more standard size pallet, which makes up approximately 35% of the market, are 48 inches by 40 inches. Dr. Horvath didn't know where the 48 inches by 42 inches would be applicable in the current pallet market.
- On page 7 of a testing report produced by Virginia Tech (Report number 2018-0056-3LTO), Dr. Horvath confirmed the deck boards (the upper slats of the pallet) broke during the bending testing and did not reach (or accommodate) maximum capacity.
- Other than the drop test, the light-weight pallets were durable.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited, et. al. | ██████████-063 | 10/2/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02702134



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/02/2020 18:49 EDT

General statements about the tested pallets

- CPULD considered the results of the impact tests as "failed" if the structure of the pallet was affected by the test.
- If the impact testing on the pallets didn't affect the pallet, CPULD did not consider it a failure.
- The tested pallets were 2-way entry, which limited their marketability since most pallets have 4-way entry and especially since they had such a high load capability. Dr. Horvath stated if he were to adjust the design, he would have made notches on the two other sides of the pallet since there was plenty of material.  By doing this, the pallets would be 4-way entry which would have increased the marketability of the pallet.
- The tested aluminum pallets would have had to fit into an existing market.
- The high load capacity of the pallets didn't make sense since 2,400 pounds (the "golden zone") was the target load capacity for a typical pallet.
- Historically, aluminum pallets were used for the food industry where high levels of sanitary conditions were required. Dr. Horvath speculated the spot welds on the tested pallets could cause concerns for the food industry because dirt could get into the welded spaces. Additionally, pallets used for the food industry could not have sharp edges as these did.
- Dr. Horvath could not surmise any purpose for the pallets and stated as such multiple times.
- It appeared as if the owners of the pallets just took heavy pieces of aluminum beams and welded them together and called them "pallets." The pallets were missing some of the "pieces" that make an effective pallet.
- Even if the pallet designers had no malicious intent and just didn't know what they were doing, it didn't make sense to make so many at once. Typically, you would only make enough pallets needed for testing because multiple changes are made throughout the design process.

Pallet market — General statements

- All pallets are sized for a specific purpose based on the customer's needs.
- The food and pharmaceutical industry usually used pallets that were 48 inches by 40 inches.
- Dr. Horvath only knew of aluminum pallets being used for food and pharmaceutical industries. Those industries were willing to pay extra money for pallets because of the extreme need for sanitation. Plastic pallets that cost approximately $60 would serve the same purpose.
- Standard warehouse forklifts can lift approximately 4,000 pounds. There's no need for pallets with a load capacity over 4,000 pounds because a standard forklift would not be able to lift it, and most rack systems would not be able to handle that amount of weight. For example, Dr. Horvath stated the rack system in his lab only holds 7,000 pounds.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited, et. al. | ████████063 | 10/2/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/02/2020 18:49 EDT                                                                Page 4 of 5

- Typically, a pallet designer would work to lessen the weight of the pallet after it had reached the load capacity goal so it could be more marketable.
- Normally, a company would produce several pallets for testing, expecting to adjust the pallet design, prior to going into production.
- In one year, there are approximately 500 million wood pallets and 16 million plastic pallets produced. Wood pallets constitute approximately 90% to 95% of all pallets used. Plastic pallets constitute approximately 2% of all pallets used. Any other type of pallet is usually designed for specialized use. Some examples of the other types of pallets are corrugated, composite, and metal, which is a very small and specialized part of the market.
- Generally speaking, steel, stainless steel, and aluminum pallets are combined into the "metal pallets" category.
- Some of the larger companies that produce plastic pallets are Orbis, Cabka, Rehrig, and Polymer Solutions. One of the main producers of wooden pallets is Pallet One.
- Dr. Horvath didn't know of any large metal/steel pallet producers; every so often one will "pop up" but then disappear shortly thereafter; some Asian companies produced metal pallets. Metal pallets had a small market due to their high cost.
- Wooden pallets cost approximately $10 to $15 with the more expensive ones costing approximately $25.
- Plastic pallets cost approximately $20 to $80.
- RM2 was a company that designed fiberglass pallets which were incredibly strong and expensive. Dr. Horvath shared that RM2's marketing material showed a Sherman tank parked on top of the pallet. However, the fiberglass pallets were not commercially successful, and the company went bankrupt in the U.S. Dr. Horvath said this was because the pallets were unusually strong and expensive. Additionally, pieces of fiberglass protruded from the pallet which were deemed safety issues. Dr. Horvath saw similarities between the RM2 fiber glass pallet and the tested pallets.
- Food and pharmaceutical companies commonly used plastic, stainless steel, and aluminum pallets; however, they would remain within the facility, where the commodity had direct contact with the pallet. For shipping purposes, it was common to use wood pallets.
- It was not common for companies to send their expensive pallets (usually plastic) into the market (or an "open-loop" system) due to damage and theft. Those pallets are usually used internally, or a "closed-loop system."
- It was common for pallet producers to have a dialogue with their customers to produce pallets to the specifications required for their purpose. It was also common for customers to require a testing report to make sure the pallets met those requirements.
- When asked if he knew any major aluminum pallets manufacturers, Dr. Horvath suggested the government reach out to major poultry/meat companies since those companies use stainless steel pallets due to sanitary requirements.

End of interview.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Zhongwang Holdings Limited, et. al. | ████████063 | 10/2/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02702136



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/02/2020 18:49 EDT

```
This investigation continues.
```

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Zhongwang Holdings Limited, et. al. | ██████████063 | 10/2/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO_02702137


College of **Natural Resources**
**and Environment**

**Center for Packaging and Unit Load Design**
Virginia Tech
1650 Research Center Dr.
Blacksburg, Virginia 24061
540-231-7107  Fax: 540-231-8868
email: unitload@vt.edu
www.unitload.vt.edu

# Evaluation of a 47.81 in. x 42.75 in. Stringer Class, Aluminum Pallet Design Weighing 42-43 lbs.
Test Report-No: 2017-0058-1

## Client

**Company:** Homeland Security Investigations
**Contact Name:** John Chopp
**Email:** John.R.Chopp@ice.dhs.gov
**Phone:** (562) 208-2011

## Purpose of the Test

Evaluation of the strength and durability of a 48 in. x 42 in. stringer class, aluminum pallet design weighing 42-43 lbs.

## Test Program

**ISO 8611-2011 – Pallets for Material Handling – Flat Pallets – Nominal Load Test**

## Test Period

**08/17/2017-12/15/2017**

## Test Performed By

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University,
1650 Research Center Dr., Blacksburg, Virginia 24061.
Phone: (540) 231-7673  Fax: (540) 231-8868  email: lhorvat@vt.edu

*Invent the Future*

VIRGINIA  POLYTECHNIC  INSTITUTE  AND  STATE  UNIVERSITY
*An equal opportunity, affirmative action institution*

## Executive Summary

**Bending Tests**

The results of the evaluation of the static load carrying capacity of the investigated pallet designs are presented in Table 1. More information on the testing protocol is presented in Chapter 2.

**Table 1** Summary table of the racking, static and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Top deck bending (Static Rating) | 11,700+ | 23,405+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity.

**Incline Impact Tests**

The durability of the pallet design was evaluated using incline impact test 42.75 in. pallet edges. More information on the test can be found in Chapter 3. The 42.75 in. pallet edge was impacted until the capacity of the machine was reached. The average cumulative kinetic energy at failure when the 42.75 in. pallet edge was impacted was 8,319 lb-ft.

USAO_02702139

# 1. Pallet Designs

The top and bottom view of the investigated 48 in. x 42 in. stringer class, aluminum pallet design are presented in Figure 1.



**Figure 1** Top (a) and bottom (b) views of the 48 in. x 42 in. aluminum pallet design. Weight of the pallet design is 42-43 lbs.

USAO_02702140

## 2. Bending Test – Top Deck Bending



**Figure 2** Experimental setup for bending test on top pallet decks loaded across its 42 in. width.

The bending stiffness and strength of the deck and blocks were tested using floor stacking support conditions (Figure 2). During the test three (3) 4" inches wide box-beams were used to fully support all blocks of the specimen. To determine the strength of the pallet, one (1) pallet was loaded until failure. Following the failure test, two- hour creep test was performed on three (3) specimens at the calculated creep test load while the loading beams were racked across the 42.75 in. width of the pallet. The load was provided by a rigid load beams defined in ISO 8611-2011 Part 1. The residual deflection was determined one-hour after the creep load was removed. The deflection was monitored using string potentiometers in locations A, B, C and D (Figure 3).



**Figure 3** Locations of deflection measurements for bending test on top pallet decks.

The results of the bending test on pallet decks are presented in Table 2 while the load-deflection diagram of the test are presented in Figure 4. The strength of the pallet exceeded the capacity of the equipment thus, no physical failure of the pallet was observed.

**Table 2** Results of bending test on pallet decks loaded with rigid beams across its 42 in. width Std. Dev. - Standard Deviation, COV- Coefficient of Variation.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – Failure | | | | | 23,404 | 0.19 |
| Pallet – Creep 1 | 11,700 | 0.12 | 0.12 | 0.02 | 23,398 | 0.17 |
| Pallet – Creep 2 | 11,700 | 0.13 | 0.13 | 0.01 | 23,400 | 0.18 |
| Pallet – Creep 3 | 11,700 | 0.12 | 0.12 | 0.01 | 23,407 | 0.18 |
| Limit[1] | | | <0.38 | <0.13 | | <1.15 |
| Average | | 0.12 | 0.12 | 0.01 | 23,402 | 0.18 |
| Std. Dev. | | 0.00 | 0.00 | 0.01 | 5 | 0.01 |
| COV % | | 2 | 2 | 54 | 0 | 6 |

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*



**Figure 4** Load-deflection diagram of the investigated pallet design during bending test on top pallet decks loaded across its 42 in. width using ISO rigid bars until failure. Average creep amount is 1.6%. RAW – Racked Across the Width

USAO_02702143

## 3. Incline Impact Test on Pallet Edges



**Figure 5** Experimental Setup for incline impact test on 42 in. pallet edges.

The durability of the pallet edges were tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in Figure 5. More information about the experimental setup can be found in ISO 8611-2011. The impact started 12-inches with a 250-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased increments of 12-inches. Ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in Table 3-4 while the representative damages of the 42 in. pallet edges are displayed in Figure 6. Only minor scuffing was observed for the pallet edges before the capacity of the equipment was exceeded.

USAO_02702144

**Table 3** Results of incline impact resistance on 42 in. pallet edge. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 250lbs | 12 in. 700lbs | 24 in. 700lbs | 36 in. 700lbs | 48 in. 700lbs |
| Pallet 1 | | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 42 in. End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | | 10 | 10 | 10 | 10 | 10 |
| Average | | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 |

**Table 4** Average estimated kinetic energy caused by the impact of the 42 in. pallet edge of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| Investigated Pallet Design | 8,319 | 1 |
| Wooden pallet design[1] | 800 – 3,000 | |

1 The results of the presented wooden perimeter based block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.




**Figure 6** Representative damages observed for the investigated pallet design during the incline impact test on 42 in. pallet edge.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

## Standard Terms and Conditions

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client. Therefore, we offer a range of testing services to meet the specifications of each Client. The Scope of Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including email) which may serve to augment or modify the terms herein.

Standards and Accuracy: All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory. Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them. Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable. While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

Materials: In the absence of specifications to the contrary in the Scope of Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD within two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

Timing of Deliverables: Client is advised that testing cannot begin until the Scope of Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD. If materials are not provided in a timely manner, the deliverables may not be completed in accordance with the time estimates provided in the Scope of Statement. From time to time, additional testing materials to be provided by the Client may be required to complete the testing, in which case completion of deliverables may be affected. As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact delivery timetables.

Reports: The deliverable report(s) shall not be reproduced, except in full, without the written approval of CPULD.

Warrantees: The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties regarding (stated or implied) performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

Disputes: In the event of a dispute of any sort relating to any aspect of this Scope of Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Statement.

USAO_02702146



College of **Natural Resources** and Environment

**Center for Packaging and Unit Load Design**
Virginia Tech
1650 Research Center Dr.
Blacksburg, Virginia 24061
540-231-7107  Fax: 540-231-8868
email: unitload@vt.edu
www.unitload.vt.edu

# Evaluation of a 47.81 in. x 42.75 in. Stringer Class, Aluminum Pallet Design Weighing 170 lbs.
Test Report-No: 2017-0058-2

## Client

**Company:** Homeland Security Investigations
**Contact Name:** John Chopp
**Email:** John.R.Chopp@ice.dhs.gov
**Phone:** (562) 208-2011

## Purpose of the Test

Evaluation of the strength and durability of a 47.81 in. x 42.75 in. stringer class, aluminum pallet design weighing 170 lbs.

## Test Program

**ISO 8611-2011 – Pallets for Material Handling – Flat Pallets – Nominal Load Test**

## Test Period

**08/07/2017-12/15/2017**

## Test Performed By

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University,
1650 Research Center Dr., Blacksburg, Virginia 24061.
Phone: (540) 231-7673  Fax: (540) 231-8868  email: lhorvat@vt.edu

## Executive Summary

### Bending Tests

The results of the evaluation of the racking, static and dynamic load carrying capacity of the investigated pallet designs are presented in Table 1. More information on the testing protocol is presented in Chapter 2-5.

**Table 1** Summary table of the racking, static and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Rack Support (Rack Rating) | 11,700+ | 23,422+ |
| Top deck bending (Static Rating) | 11,700+ | 23,405+ |
| Bottom deck bending | 11,700+ | 23,412+ |
| Fork tine support (Dynamic Rating) | 11,700+ | 23,412+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity.

### Incline Impact Tests

The durability of the pallet design was evaluated using incline impact test on middle pallet stringers and 42.75 in. pallet edges. More information on the test can be found in Chapter 6-7. Both the edges of the middle stringers and the 42.75 in. pallet edges were impacted until the capacity of the machine was reached. The average cumulative kinetic energy at failure when the end of the stringers was impacted was 24,599 lb-ft while the average cumulative kinetic energy at failure when the 42.75 in. pallet edge was impacted was 9,878 lb-ft.

### Free Fall Drop

The durability of the pallet design was evaluated using free-fall drop test on pallet corners. More information on the test can be found in Chapter 18. The pallet experienced lost its acceptable squareness level after the second drop from 40 in. Some weld failures were also observed.

### Coefficient of Friction Test

The Coefficient of Friction (CoF) of the investigated pallet design was measured using two test methods: pallet-on-corrugated and pallet-on-fork-tine. More information on the test protocol is presented in Chapter 19. The measured coefficient of friction of the pallet design complies with the recommendations of ANSI MH1-2005 for automated material handling where the minimum CoF for pallet-on-fork-tine test is 0.15. The average static coefficient of friction of the pallet on a corrugated board is 0.63 while the average static coefficient of friction of the pallet on a polished fork tine is 0.38.

USAO_02702148

## 1. Pallet Designs

The top and bottom view of the investigated 47.81 in. x 42/75 in. stringer class, aluminum pallet design are presented in Figure 1.

 

**Figure 1** Top (a) and bottom (b) views of the 47.81 in. x 42.75 in. aluminum pallet design. Weight of the pallet design is 170 lbs.

USAO_02702149

## 2. Bending Test – Rack Support



**Figure 2** Experimental setup for pallet bending test racked across the 42.75 in. width.

Two (2) rigid box-beam supports were used to support the two sides of the pallet (Figure 2). The beams were positioned 75 mm from the edge of the pallet. To determine the weakest orientation, one (1) pallet was failed racked across the length (RAL) and one was failed racked across the width (RAW). Following the failure test, two-hour creep test was performed on three (3) specimens at the calculated creep test load while they were racked across their weakest orientation. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. The residual deflection was determined one-hour after the creep load was removed. The deflection was monitored using string potentiometers in locations A, B and C (Figure 3). Following the creep test, each pallet was loaded until failure.

ISO 8611-2011 Part 2 was used for the deflection limits at the failure and creep tests.



**Figure 3** Locations of deflection measurements for pallet bending test. (a) racked across the width pallet bending test, (b) racked across the length pallet bending test.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702150

The results of the pallet bending test are presented in Table 2 while the load-deflection diagram of the failure tests are presented in Figure 4. The strength of the pallet exceeded the capacity of the equipment thus, no physical failure of the pallet was observed.

**Table 2** Results of bending test of the investigated pallet design while it was racked across its 47.81 in. length and 42.75 in. width and was loaded with ISO rigid bars. RAL – Racked Across the Length, RAW – Racked Across the Width, Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (inches) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAL failure | | | | | 23,414 | 0.23 |
| Pallet – RAW failure | | | | | 23,418 | 0.60 |
| Pallet – RAW Creep 1 | 11,700 | 0.27 | 0.27 | 0.02 | 23,434 | 0.54 |
| Pallet – RAW Creep 2 | 11,700 | 0.31 | 0.32 | 0.04 | 23,424 | 0.73 |
| Pallet – RAW Creep 3 | 11,700 | 0.28 | 0.28 | 0.02 | 23,411 | 0.69 |
| RAW Limit[1] | | | 0.79 | 0.26 | | 2.20 |
| RAW Average | | 0.29 | 0.29 | 0.03 | 23,422 | 0.64 |
| RAW Std. Dev. | | 0.02 | 0.02 | 0.01 | 10 | 0.09 |
| RAW CoV (%) | | 8 | 8 | 54 | 0 | 14 |

USAO_02702151



**Figure 4** Load-deflection diagram of the investigated pallet design racked across its 47.81 in. length and 42.75 in. width while it was loaded with ISO rigid bars until failure. Average creep load is 1.53%.

USAO_02702152

## 3. Bending Test – Top Deck Bending



**Figure 5** Experimental setup for bending test on top pallet decks loaded across its 42.75 in. width.

The bending stiffness and strength of the deck and blocks were tested using floor stacking support conditions (Figure 5). During the test three (3) 4" inches wide box-beams were used to fully support all blocks of the specimen. To determine the strength of the pallet, one (1) pallet was loaded until failure. Following the failure test, two- hour creep test was performed on three (3) specimens at the calculated creep test load while the loading beams were racked across the 42.75 in. width of the pallet. The load was provided by a rigid load beams defined in ISO 8611-2011 Part 1. The residual deflection was determined one-hour after the creep load was removed. The deflection was monitored using string potentiometers in locations A, B, C and D (Figure 6).



**Figure 6** Locations of deflection measurements for bending test on top pallet decks.

VIRGINIA  POLYTECHNIC  INSTITUTE  AND  STATE  UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702153

The results of the bending test on pallet decks are presented in Table 3 while the load-deflection diagram of the test are presented in Figure 7. The strength of the pallet exceeded the capacity of the equipment thus, no physical failure of the pallet was observed.

**Table 3** Results of bending test on pallet decks loaded with rigid beams across its 42.75 in. width Std. Dev. - Standard Deviation, COV- Coefficient of Variation.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – Failure | | | | | 23,428 | 0.12 |
| Pallet – Creep 1 | 11,700 | 0.08 | 0.09 | 0.01 | 23,403 | 0.12 |
| Pallet – Creep 2 | 11,700 | 0.08 | 0.08 | 0.01 | 23,410 | 0.15 |
| Pallet – Creep 3 | 11,700 | 0.05 | 0.05 | 0.01 | 23,402 | 0.10 |
| Limit[1] | | | <0.38 | <0.13 | | <1.13 |
| Average | | 0.07 | 0.07 | 0.01 | 23,405 | 0.12 |
| Std. Dev. | | 0.02 | 0.02 | 0.00 | 4 | 0.03 |
| COV % | | 28 | 29 | 18 | 0 | 23 |

USAO_02702154



— Pallet RAW Failure  — Pallet Failure RAW Creep 1
— Pallet Failure RAW Creep 2 — Pallet Failure RAW Creep 3

**Figure 7** Load-deflection diagram of the investigated pallet design during bending test on top pallet decks loaded across its 42.75 in. width using ISO rigid bars until failure. Average creep amount is 0.83%. RAW – Racked Across the Width

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

## 4. Bending Test – Bottom Deck Bending



**Figure 8** Experimental setup for bending test on bottom pallet decks loaded across its 42.75 in. width.

The bending stiffness and strength of the deck and blocks were tested using floor stacking support conditions (Figure 8). During the test three (3) 4" inches wide box-beams were used to fully support all blocks of the specimen. The pallet was placed on the beam in an upside-down orientation. To determine the strength of the pallet, one (1) pallet was loaded until failure. Following the failure test, two-hour creep test was performed on three (3) specimens at the calculated creep test load while the loading beams were racked across the 42.75 in. width of the pallet. The load was provided by a rigid load beams defined in ISO 8611-2011 Part 1. The residual deflection was determined one-hour after the creep load was removed. The deflection was monitored using string potentiometers in locations A, B, C and D (Figure 9).



**Figure 9** Locations of deflection measurements for bending test on bottom pallet decks.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702156

The results of the bending test on bottom pallet decks are presented in Table 4 while the load-deflection diagram of the test is presented in Figure 10. The strength of the pallet exceeded the capacity of the equipment thus, no physical failure of the pallet was observed.

**Table 4** Results of bending test on bottom pallet decks loaded with rigid beams across its 42.75 in. width. Std. Dev. - Standard Deviation, COV- Coefficient of Variation.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – Failure | | | | | 23,428 | 0.14 |
| Pallet – Creep 1 | 11,700 | 0.07 | 0.07 | 0.01 | 23,421 | 0.11 |
| Pallet – Creep 2 | 11,700 | 0.10 | 0.10 | 0.03 | 23,400 | 0.14 |
| Pallet – Creep 3 | 11,700 | 0.08 | 0.09 | 0.02 | 23,415 | 0.12 |
| **Limit[1]** | | | **<0.38** | **<0.13** | | **<1.13** |
| **Average** | | **0.08** | **0.09** | **0.02** | **23,412** | **0.12** |
| **Std. Dev.** | | **0.01** | **0.02** | **0.01** | **11** | **0.02** |
| **COV %** | | **16** | **18** | **64** | **0** | **12** |

USAO_02702157



**Figure 10** Load-deflection diagram of the investigated pallet design using bending test on bottom pallet decks loaded using ISO rigid bars across its 42.75 in. width until failure. Average creep amount is 5.8%. RAW – Racked Across the Width

USAO_02702158

## 5. Bending Test – Fork Tine Support



**Figure 11** Experimental setup for pallet bending test using fork tine support.

The bending stiffness and strength of the deck were tested using fork tine support conditions (Figure 11). During the test two (2) 4in inch wide steel beams were positioned under the top deck half way between the blocks. To determine the weakest orientation, one (1) pallet was failed racked across the length (RAL) and one was failed racked across the width (RAW). Thirty (30) minutes creep test was performed at the calculated creep test load using three (3) specimens from each design. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. The residual deflection was determined thirty (30) minutes after the creep load was removed. The deflection was monitored using string potentiometers in locations A, B, C and D (Figure 12).

USAO_02702159



**Figure 12** Locations of deflection measurements for pallet bending test using fork tine supports.

The results of the failure test are presented in Table 5 while the load-deflection diagram of the failure tests are presented in Figure 13. The strength of the pallet exceeded the capacity of the equipment thus, no physical failure of the pallet was observed.

**Table 5** Results of bending test using fork tine support while it was racked across its 42.75 in. width and was loaded with rigid beams. Std. Dev. - Standard Deviation, COV- Coefficient of Variation.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 30 min. creep test (in.) | Maximum deflection after 30 min. relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – Failure | | | | | 24,019 | 0.30 |
| Pallet – Creep 1 | 11,700 | 0.18 | 0.18 | 0.02 | 24,009 | 0.28 |
| Pallet – Creep 2 | 11,700 | 0.17 | 0.18 | 0.01 | 24,027 | 0.30 |
| Pallet – Creep 3 | 11,700 | 0.16 | 0.17 | 0.02 | 24,021 | 0.30 |
| Limit[1] | | | 0.45 | 0.16 | | 1.35 |
| Average | | 0.17 | 0.17 | 0.02 | 24,019 | 0.29 |
| Std. Dev. | | 0.01 | 0.01 | 0.01 | 7 | 0.01 |
| COV % | | 4 | 4 | 37 | 0 | 4 |

USAO_02702160



**Figure 13** Load-deflection diagram of the investigated pallet design using a fork tine support while it was racked across its 42.75 in. width while it was loaded with ISO rigid bars until failure. Average creep amount is 1.8%. RAW – Racked Across the Width

VIRGINIA  POLYTECHNIC  INSTITUTE  AND  STATE  UNIVERSITY
*An equal opportunity, affirmative action institution*

## 6. Incline Impact Test on Pallet Stringers



**Figure 14** Experimental Setup for incline impact test of the middle stringers.

The durability of the pallet stringers were tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in Figure 14. The impacts start 6- with a 250-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased increments of 6-inches. Ten (10) impacts were repeated until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in Table 6. The representative damages of the pallet design at the end of the testing are presented in Figure 15.

VIRGINIA  POLYTECHNIC  INSTITUTE  AND  STATE  UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702162

**Table 6** Results of incline impact resistance on middle pallet stringer on the 42.75 in. end. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 in. 250lbs | 6 in. 700lbs | 12 in. 700lbs | 18 in. 700lbs | 24 in. 700lbs | 30 in. 700lbs | 36 in. 700lbs | 42 in. 700lbs | 48 in. 700lbs |
| Pallet 1 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 42.75 in. End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 0 |
| Pallet 3 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 0 |
| Average | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 7** Average estimated kinetic energy caused by the impact of the middle pallet stringers on the 40 in. end of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 24,599 | 2% |
| **Wooden pallet design[1]** | 400-500 | |

1 The results of the presented wooden GMA pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.

  

**Figure 15** Representative mode of failure of the middle pallet stringer on the 42.75 in. end of the investigated pallet design during the incline impact test.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702163

## 7. Incline Impact Test on Pallet Edges



**Figure 16** Experimental Setup for incline impact test on 42.75 in. pallet edges.

The durability of the pallet edges were tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in Figure 16. More information about the experimental setup can be found in ISO 8611-2011. The impact started 12-inches with a 250-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased increments of 12-inches.Ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in Table 8 while the representative damages of the 42.75 in. pallet edges are displayed in Figure 17. Only minor scuffing was observed for the pallet edges before the capacity of the equipment was exceeded.

USAO_02702164

**Table 8** Results of incline impact resistance on 42.75 in. pallet edge. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 250lbs | 12 in. 700lbs | 24 in. 700lbs | 36 in. 700lbs | 48 in. 700lbs |
| Pallet 1 | | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 42.75 in. End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | | 10 | 10 | 10 | 10 | 10 |
| Average | | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 |

**Table 9** Average estimated kinetic energy caused by the impact of the 42.75 in. pallet edge of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 9,878 | 2 |
| **Wooden pallet design[1]** | 800 – 3,000 | |

1 The results of the presented wooden perimeter based block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 17** Representative damages observed for the investigated pallet design during the incline impact test on 42.75 in. pallet edge.

USAO_02702165

## 8. Free-Fall Drop Test on Pallet Corners



**Figure 18** Experimental setup for free-fall drop test on pallet corners.

The durability of the pallet was tested using the free-fall drop test on pallet corners from a height of 40 and 80-inches using a modified ISO 8611-2011 standard. The experimental setup is presented in Figure 18. The diagonal dimensions of the top and bottom of the specimen were recorded at the beginning of the test and after each of the drops using a tape measure. Maximum of 10 drops were completed. Three (3) specimens were tested from each design.

The results of the test are presented in Table 10. The representative mode of failure of the pallet design are presented in Figure 19.

USAO_02702166

**Table 10** Results of free-fall drop test on pallet corners. Std. Dev. – Standard Deviation, COV – Coefficient of Variation.

| Pallet ID | Number of drops at 40 inches | Number of drops at 80 inches | Damage causing failure |
|---|---|---|---|
| Pallet 1 | 2 | | Some weld damage and lost squareness |
| Pallet 2 | 2 | | |
| Pallet 3 | 2 | | |
| Average | **2** | | |
| Std. Dev. | **0** | | |
| COV (%) | **0** | | |





**Figure 19** Representative mode of failure of the investigated pallet design during free-fall drop test on pallet corners.

VIRGINIA  POLYTECHNIC  INSTITUTE  AND  STATE  UNIVERSITY
*An equal opportunity, affirmative action institution*

USAO_02702167

## 9. Coefficient of Friction Test

The following laboratory tests were conducted to measure the Coefficient of Friction (CoF):

- Test 1: Laboratory Test of Top Deck CoF on Corrugated Board
- Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

Determination of the static Coefficient of Friction (CoF) was conducted in the same manner for each of the tests. The pallet was exposed to the test surface (ex. steel, corrugated, etc.), and a horizontal force was applied to the pallet at a constant rate of 1.0 in. / minute.  Force was applied until motion was achieved, and that force was recorded as horizontal force $F_h$.  The static coefficient of friction was determined using the following formula:

$$\mu_k = F_h \ / F_n$$

where  $\mu_k$ = static Coefficient of Friction
$F_h$ = horizontal force required to cause motion
$F_n$ = weight of the pallet

### Test 1: Laboratory Test of Top Deck CoF on Corrugated

The pallet was placed inverted on a sheet of corrugated board larger than the dimensions of the pallet.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$). This test was performed parallel to the pallet length.  This test setup is illustrated in Figure 20.



Top
Deck

1.0 in / min

**Figure 20** Laboratory test setup for measuring CoF on corrugated.

### Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

The pallet was supported under the top deck by two 4 inch (10mm) wide polished steel fork tines. A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$).  This test was performed parallel to the pallet length. The fork tine supports had a 26 inch span (outside to outside) and were 40 inches in length.  This test setup is illustrated in Figure 21.

USAO_02702168



1.0 in / min

**Figure 21** Laboratory test setup for measuring CoF on fork tines.

The results of the test are presented in Table 11.

**Table 11** Results of the Coefficient of Friction tests. Std. Dev. - Standard deviation COV-Coefficient of Variance.

| Pallet ID | Coefficient of Friction | |
|---|---|---|
| | Test 1 (Corrugated) | Test 3 (Fork tine) |
| Pallet 1 | 0.69 | 0.45 |
| Pallet 2 | 0.57 | 0.34 |
| Pallet 3 | 0.62 | 0.35 |
| Average | 0.63 | 0.38 |
| Std. Dev. | 0.06 | 0.06 |
| COV | 10% | 17% |

USAO_02702169

## Standard Terms and Conditions

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client. Therefore, we offer a range of testing services to meet the specifications of each Client. The Scope of Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including email) which may serve to augment or modify the terms herein.

Standards and Accuracy: All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory. Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them. Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable. While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

Materials: In the absence of specifications to the contrary in the Scope of Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD within two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

Timing of Deliverables: Client is advised that testing cannot begin until the Scope of Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD. If materials are not provided in a timely manner, the deliverables may not be completed in accordance with the time estimates provided in the Scope of Statement. From time to time, additional testing materials to be provided by the Client may be required to complete the testing, in which case completion of deliverables may be affected. As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact delivery timetables.

Reports: The deliverable report(s) shall not be reproduced, except in full, without the written approval of CPULD.

Warrantees: The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties regarding (stated or implied) performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

Disputes: In the event of a dispute of any sort relating to any aspect of this Scope of Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Statement.

USAO_02702170



**Center for Packaging and Unit Load Design**
1650 Research Center Dr.
Blacksburg, Virginia 24061
P: (540) 231-7107 F: (540) 231-8868
unitload@vt.edu | unitload.vt.edu

# Comprehensive Evaluation of the 48 in. x 40 in. Stringer Class Hollow Aluminum Pallet Design

Test Report-No: 2018-0056-4HO

## Client:

**Contact:** *John Chopp*
**Company:** *Homeland Security Investigations*
**Email:** *John.R.Chopp@ice.dhs.gov*

## Purpose of the Test:

*Comprehensive evaluation of the strength, stiffness of the 48 in. x 40 in. stringer class, hollow aluminum pallet design.*

## Test Program:

*ISO 8611 – Pallets for Material Handling – Flat Pallets*

## Test Period:

*10/15/2018 – 04/19/2019*

## Test Performed By:

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University
1650 Research Center Dr.
Blacksburg, Virginia 24061.
Phone: (540) 231-7673
Fax: (540) 231-8868
Email: lhorvat@vt.edu

1

USAO_02702171

## 1. Executive Summary

**Bending Tests**

The results of the evaluation of the racking, static, and dynamic load carrying capacity of the investigated pallet designs are presented in **Table 1**. More information on the testing protocol is presented in Chapters 3-6.

**Table 1:** Summary table of the racking, static, and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Rack Support (Rack Rating) | 5,318 | 10,768 |
| Top deck bending (Static Rating) | 11,700+ | 23,412+ |
| Bottom deck bending | 9,520+ | 19,040+ |
| Fork tine support (Dynamic Rating) | 11,700+ | 23,412+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity

Note: The nominal load values include a 100 lbs. from the datum load.

**Incline Impact Tests**

The durability of the pallet design was evaluated using incline impact test on middle pallet stringers and 40 in. pallet edges. More information on the test can be found in Chapter 7-8. The edges of the middle stringers and the 40 in. pallet edges were impacted until failure of the pallet component occured. The average cumulative kinetic energy at failure when the end of the stringers was impacted was 3,814 ft-lb. It is 7.6 times more that the average cumulative kinetic energy causing failure for a wooden pallet. The average cumulative kinetic energy at failure when the 40 in. pallet edge was impacted was 6,131 ft-lb. It is little more than 2 times more than that the average cumulative kinetic energy causing failure for a block class wooden pallet.

**Free Fall Drop**

The durability of the pallet design was evaluated using free-fall drop test on pallet corners. More information on the test can be found in Chapter 9. All three tested pallets experienced major corner damage but almost completed the 10 drops form 40 in. and 10 drops from 80 in.

**Coefficient of Friction Test**

The Coefficient of Friction (CoF) of the investigated pallet design was measured using two test methods: pallet-on-corrugated and pallet-on-fork-tine. The pallet-on-pallet CoF was not measured because when pallets are stacked the only contact point was the top of the weld which made the **whole stack extremely unstable**. More information on the test protocol is presented in Chapter 10. The measured coefficient of friction of the pallet design complies with the recommendations of ANSI MH1-2005 for automated material handling where the minimum CoF for pallet-on-fork-tine test is 0.15. The average static coefficient of friction of the pallet on a corrugated board is 0.59 while the average static coefficient of friction of the pallet on a polished fork tine is 0.58. Both of these values are in line with values observed for wooden pallets.

2

## *2. Pallet Designs*

The investigated pallet design was a double face, non-reversible, 2-way, stringer class, flush, aluminum pallet design. The top and bottom views of the pallet design are presented in **Figure 1**. The dimensions of the pallet design were 48 in. x 40 in. The weight of the pallet was approximately 28.5 lbs.




**Figure 1:** Top (a) and bottom (b) views of the investigated pallet design.

3

### *3. Bending Test – Rack Support*



**Figure 2:** Experimental setup for pallet bending test using a warehouse rack support.

The racking strength and stiffness of the pallet was determined using a warehouse rack support condition based on the guidelines of ISO 8611 (2011) testing standard (**Figure 2**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. Two (2) pieces of 2 in. x 2 in. rigid box-beam supports were used to support the two sides of the pallet. The beams were positioned 75 mm from the edge of the pallet. To determine the weakest orientation, one (1) pallet was tested to failure racked across the length (RAL) and one was tested to failure racked across the width (RAW). Following the failure test, two (2) hours creep test was performed on three (3) specimens using 5,318 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined one (1) hour after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 3**). Following the creep test, each pallet was loaded until failure. ISO 8611-2011 Part 2 was used for the deflection limits at the failure and creep tests.



**Figure 3:** Locations of deflection measurements for pallet bending test. (a) racked across the width pallet bending test, (b) racked across the length pallet bending test.

4

The results of the pallet bending test are presented in **Table 2.** The load-deflection charts are presented in **Figure 4 and 5.** The representative mode of failure is presented in **Figure 6.**

**Table 2:** Results of bending test of the investigated pallet. RAL – Racked Across the Length, Std. Dev. - Standard Deviation, COV- Coefficient of Variance. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAL Failure | | | | | 23,412 | 0.51 |
| Pallet – RAW Failure | | | | | 10,635 | 1.29 |
| Pallet – RAW Creep 1 | 5,318 | 0.63 | 0.64 | 0.04 | 10,306 | 1.28 |
| Pallet – RAW Creep 2 | 5,318 | 0.59 | 0.60 | 0.05 | 11,262 | 1.25 |
| Pallet – RAW Creep 3 | 5,318 | 0.57 | 0.58 | 0.04 | 10,829 | 1.20 |
| **RAW Limit** | | | <0.68 | <0.24 | | <2.04 |
| **RAW Average** | | **0.60** | **0.61** | **0.04** | **10,758** | **1.26** |
| **RAW Std. Dev.** | | **0.03** | **0.03** | **0.00** | **399** | **0.04** |
| **RAW COV %** | | **1** | **1** | **29** | **2** | **6** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

USAO_02702175



**Figure 4:** Load-deflection diagram of the investigated pallet design racked across its 40 in. width and 48 in. length while it was loaded with ISO rigid bars until failure.



**Figure 5:** Load-deflection diagram of the investigated pallet design racked across its 40 in. width while it was loaded with ISO rigid bars during the creep test. Average creep load is 1.7%.

6

USAO_02702176





**Figure 6**: Representative mode of failure of the investigated pallet design during the bending test while the pallet was racked across its 40 in. width.

7

USAO_02702177

## 4. Bending Test – Top Deck Bending



**Figure 7:** Experimental setup for bending test on top pallet decks.

The bending stiffness and strength of the top deck and blocks were determined using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 7)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. A During the test, three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 8)**.



**Figure 8:** Locations of deflection measurements for bending test on top pallet decks.

8

The results of the bending test on pallet decks are presented in **Table 3** while the load-deflection diagram of the test are presented in **Figure 9 and 9.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 3:** Results of bending test on pallet decks. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.14 | 0.15 | 0.03 | 23,412+ | 0.20+ |
| Pallet – RAW Creep 2 | 11,700 | 0.14 | 0.15 | 0.02 | 23,412+ | 0.19+ |
| Pallet – RAW Creep 3 | 11,700 | 0.16 | 0.16 | 0.02 | 23,412+ | 0.20+ |
| **RAW Limit** | | | <0.35 | <0.12 | | <1.05 |
| **RAW Average** | | 0.15 | 0.15 | 0.02 | 23,412 | 0.27 |
| **RAW Std. Dev.** | | 0.01 | 0.01 | 0.01 | 0 | 0.02 |
| **RAW COV %** | | 7 | 7 | 25 | 0 | 6 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



Pallet  RAL Failure          Pallet  RAW Failure          Pallet Failure RAW Creep 1
Pallet Failure RAW Creep 2 — Pallet Failure RAW Creep 3

**Figure 9:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the failure test.

9



**Figure 10:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the creep test. Creep mount: 2%.

10

USAO_02702180

## 5. Bending Test – Bottom Deck Bending



**Figure 11:** Experimental setup for bending test on bottom pallet decks.

The bending stiffness and strength of the bottom deck and blocks were tested using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 11)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. The pallet was placed into the machine upside down. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 12)**.



**Figure 12:** Locations of deflection measurements for bending test on bottom pallet decks.

The results of the bending test on bottom pallet decks are presented in **Table 4** while the load-deflection diagram of the test is presented in **Figure 13 and 13.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

11

**Table 4:** Results of bending test on bottom pallet decks loaded with rigid beams. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.20 | 0.21 | 0.03 | 19,376 | 0.68 |
| Pallet – RAW Creep 2 | 11,700 | 0.23 | 0.24 | 0.04 | 18,672 | 1.04 |
| Pallet – RAW Creep 3 | 11,700 | 0.18 | 0.19 | 0.03 | 19,072 | 0.98 |
| **RAW Limit** | | | <0.35 | <0.12 | | <1.05 |
| **RAW Average** | | 0.21 | 0.21 | 0.03 | 19,040 | 0.90 |
| **RAW Std. Dev.** | | 0.02 | 0.03 | 0.01 | 353 | 0.19 |
| **RAW COV %** | | 12 | 12 | 18 | 2 | 21 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



**Figure 13:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the failure test.

12



**Figure 14:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the creep test. Creep amount: 3.9%.



**Figure 15**: Representative mode of failure of the investigated pallet design during the bottom deck bending test while the pallet was loaded across its 40 in. width.

13

USAO_02702183

## 6. Bending Test – Fork Tine Support



**Figure 16:** Experimental setup for pallet bending test using fork tine support.

The bending stiffness and strength of the deck were tested using fork tine support conditions based on the guidelines of ISO 8611 (2011) testing standard (**Figure 16**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test two (2) 4 in. wide steel beams were positioned under the top deck half way between the blocks. To determine the creep performance of the pallet, 30 minutes creep test was performed on three (3) specimens using 7,875 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined thirty (30) minutes after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 17**).



**Figure 17**: Locations of deflection measurements for pallet bending test using fork tine supports.

14

The results of the failure test are presented in **Table 5** while the load-deflection diagram of the failure tests are presented in **Figure 18 and 17.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 5:** Results of bending test using fork tine support while it was loaded with rigid beams, RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 30 min. creep test (in.) | Maximum deflection after 30 min. relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Failure | | | | | 15,749 | 0.87 |
| Pallet – RAW Creep 1 | 7,875 | 0.27 | 0.28 | 0.02 | 16,231 | 0.87 |
| Pallet – RAW Creep 2 | 7,875 | 0.28 | 0.29 | 0.01 | 14,659 | 0.54 |
| Pallet – RAW Creep 3 | 7,875 | 0.26 | 0.27 | 0.02 | 16,190 | 0.87 |
| **RAW Limit** | | **<0.29** | **<0.10** | | | **<0.87** |
| **RAW Average** | | **0.27** | **0.28** | **0.02** | **15,707** | **0.78** |
| **RAW Std. Dev.** | | **0.01** | **0.01** | **0.00** | **732** | **0.16** |
| **RAW COV %** | | **3** | **3** | **23** | **5** | **21** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

15

USAO_02702185



**Figure 18:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars until failure.



**Figure 19:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars during the creep test. Creep amount: 3.4%.

16

USAO_02702186

## 7. Incline Impact Test on 40 in. Middle Pallet Stringers



**Figure 20:** Experimental setup for incline impact test on 40 in. middle pallet stringer.

The durability of the middle pallet stringer/block was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 20**. The impacts start with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 6in and ten (10) impacts were repeated until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each pallet post design.

The results of the test are presented in **Table 6 and 8**. The representative mode of failure of the pallet design are presented in **Figure 21**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 6:** Results of incline impact resistance on 40 in. middle pallet stringer. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 in. 269lbs | 6 in. 719lbs | 12 in. 719lbs | 18 in. 719lbs | 24 in. 719lbs | 30 in. 719lbs | 36 in. 719lbs | 42 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 | 6 | | | |
| Pallet 2 | 40" End | 10 | 10 | 10 | 1 | | | | | |
| Pallet 3 | 40" End | 10 | 10 | 10 | 1 | | | | | |
| Average | | 10.00 | 10.00 | 10.00 | 4.00 | 3.33 | 2.00 | | | |
| Std. Dev. | | 0.00 | 0.00 | 0.00 | 5.20 | 5.77 | 3.46 | | | |
| COV (%) | | 0.00 | 0.00 | 0.00 | 129 | 173 | 173 | | | |

17

**Table 7:** Average estimated kinetic energy caused by the impact of the 40 in. middle pallet posts on the investigated pallet design.

|  | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 3,814 | 82% |
| **GMA Wooden pallet design[1]** | 400-500 | |

1 The results of the wooden GMA pallet design is presented for informational purposes and represents a theoretical values only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 21**: Representative mode of failure of the middle pallet posts on the 40 in. end of the investigated pallet design during the incline impact test.

18

USAO_02702188

## 8. Incline Impact Test on 40 in. Pallet Edges



**Figure 22:** Experimental Setup for incline impact test on 40 in. pallet edges.

The durability of the 40 in. pallet edges was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 22.** More information about the experimental setup can be found in ISO 8611-2011. The impact started at 12-inches with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 12-inches and ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in **Table 8 and 9.** while the representative damages are displayed in **Figure 23**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 8:** Results of incline impact resistance on 40 in. pallet edge. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 269lbs | 12 in. 719lbs | 24 in. 719lbs | 36 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 4 | 0 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 6 |
| Average | | 10 | 10 | 10 | 8.00 | 5.33 |
| Std. Dev. | | 0 | 0 | 0 | 3.46 | 5.03 |

19

| COV (%) | 0 | 0 | 0 | 43 | 94 | |
|---|---|---|---|---|---|---|

**Table 9:** Average estimated kinetic energy caused by impact on the 40 in. pallet edge of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 6,131 | 45% |
| **Wooden pallet design[1]** | 800-3,000 | |

1 The results of the wooden perimeter base block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 23**: Representative damage mode of the investigated pallet design during the incline impact test on 40 in. pallet edge.

20

USAO_02702190

## *9. Free-Fall Drop Test on Pallet Corners*



**Figure 24:** Experimental setup for free-fall drop test on pallet corners.

The durability of the pallet was tested using the free-fall drop test on the pallets' corners from a height of 40 and 80-inches using a modified ISO 8611-2011 standard. The experimental setup is presented in **Figure 24**. The diagonal dimensions of the top and bottom of the specimen were recorded at the beginning of the test and after each of the drops using a tape measure. A maximum of 10 drops were completed. Three (3) specimens were tested from each design.

The results of the test are presented in

21

USAO_02702191

**Table** 10. All three pallets were declared failed due to excessive corner damages. The representative mode of failure of the pallet design are presented in **Figure 25.** Two pallets experienced more than 0.25 in. upward bending after 4 drops from 40 in. while the last pallet had the same issues after 6 drops from 80 in. A 0.25 in. upward bending violates the flatness criteria for pallets.

22

**Table 10:** Results of free-fall drop test on pallet corners. Std. Dev. – Standard Deviation, COV – Coefficient of Variation.

| Pallet ID | Number of drops at 40 inches | Number of drops at 80 inches | Damage causing failure |
|---|---|---|---|
| Pallet 1 | 10 | 9 | Corner damage |
| Pallet 2 | 10 | 10 | Corner damage |
| Pallet 3 | 10 | 9 | Corner damage |
| Average | 10.00 | 9.33 | |
| Std. Dev. | 0 | 0.58 | |
| COV (%) | 0 | 6 | |

 

**Figure 25:** Representative mode of failure of the investigated pallet design during free-fall drop test on pallet corners.

23

USAO_02702193

## *10.   Coefficient of Friction Test*

The following laboratory tests were conducted to measure the Coefficient of Friction (CoF):

- Test 1: Laboratory Test of Top Deck CoF on Corrugated Board
- Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

Determination of the static Coefficient of Friction (CoF) was conducted in the same manner for each of the tests. The pallet was exposed to the test surface (ex. steel, corrugated, etc.), and a horizontal force was applied to the pallet at a constant rate of 1.0 in. / minute.   Force was applied until motion was achieved, and that force was recorded as horizontal force $F_h$.  The static coefficient of friction was determined using the following formula:

$$\mu_s = F_h \ / \ F_n$$

where   $\mu_s$ = static Coefficient of Friction
$F_h$ = horizontal force required to cause motion
$F_n$ = weight of the pallet

### Test 1: Laboratory Test of Top Deck CoF on Corrugated

The pallet was placed inverted on a sheet of corrugated board larger than the dimensions of the pallet.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$). This test was performed parallel to the pallet length.  This test setup is illustrated in **Figure 26**.



1.0 in / min

**Figure 26:** Laboratory test setup for measuring CoF on corrugated.

### Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

The pallet was supported under the top deck by two 4 inch (10mm) wide polished steel fork tines.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$).  This test was performed parallel to the pallet length.  The fork tine supports had a 26 inch span (outside to outside) and were 40 inches in length.  This test setup is illustrated in **Figure 27.**



1.0 in / min

**Figure 27**: **Laboratory test setup for measuring CoF on fork tines.**

The results of the tests are presented in **Table 11**.

24

**Table 11:** Results of the Coefficient of Friction tests. Std. Dev. - Standard deviation COV- Coefficient of Variance.

| Pallet ID | Coefficient of Friction | |
|---|---|---|
| | Test 1 (Corrugated) | Test 3 (Fork tine) |
| Pallet 1 | 0.66 | 0.60 |
| Pallet 2 | 0.57 | 0.43 |
| Pallet 3 | 0.52 | 0.70 |
| **Average** | **0.59** | **0.58** |
| **Std. Dev.** | **0.07** | **0.14** |
| **COV** | **12%** | **24%** |

25

USAO_02702195

## *11.   Standard Terms and Conditions*

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client.  Therefore, we offer a range of testing services to meet the specifications of each Client.  The Scope of Work Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including emails) which may serve to augment or modify the terms herein.

**Standards and Accuracy:**  All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory.  Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them.  Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable.  While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

**Materials**: In the absence of specifications to the contrary in the Scope of Work Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

**Timing of Deliverables:**  Client is advised that testing cannot begin until the Scope of Work Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD.  If materials are not provided in a timely manner, the tests may not be completed in accordance with the time estimates provided in the Scope of Work Statement.  From time to time, additional testing materials to be provided by the Client may be required to complete the testing process, in which case completion of testing may be affected.  As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact timetables.

**Reports:**  The deliverable testing report(s) shall not be reproduced, except in full, without the written approval of CPULD.

**Warrantees:**  The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties (stated or implied) regarding performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

**Disputes:**  In the event of a dispute of any sort relating to any aspect of this Scope of Work Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Work

26



**Center for Packaging and Unit Load Design**
1650 Research Center Dr.
Blacksburg, Virginia 24061
P: (540) 231-7107 F: (540) 231-8868
unitload@vt.edu | unitload.vt.edu

# Comprehensive Evaluation of the 48 in. x 43 in. Stringer Class Aluminum Pallet Design

Test Report-No: 2018-0056-1

## Client:

**Contact:** *John Chopp*
**Company:** *Homeland Security Investigations*
**Email:** *John.R.Chopp@ice.dhs.gov*

## Purpose of the Test:

*Comprehensive evaluation of the strength, stiffness of the 48 in. x 43 in. stringer class, aluminum pallet design.*

## Test Program:

*ISO 8611 – Pallets for Material Handling – Flat Pallets*

## Test Period:

*10/15/2018 – 04/01/2019*

## Test Performed By:

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University
1650 Research Center Dr.
Blacksburg, Virginia 24061.
Phone: (540) 231-7673
Fax: (540) 231-8868
Email: lhorvat@vt.edu

1

# 1. Executive Summary

**Bending Tests**

The results of the evaluation of the racking, static, and dynamic load carrying capacity of the investigated pallet designs are presented in **Table 1**. More information on the testing protocol is presented in Chapters 3-6.

**Table 1:** Summary table of the racking, static, and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Rack Support (Rack Rating) | 11,700+ | 23,412+ |
| Top deck bending (Static Rating) | 11,700+ | 23,405+ |
| Bottom deck bending | 11,700+ | 23,412+ |
| Fork tine support (Dynamic Rating) | 11,700+ | 23,412+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity

**Incline Impact Tests**

The durability of the pallet design was evaluated using incline impact test on middle pallet stringers and 43 in. pallet edges. More information on the test can be found in Chapter 7-8. The edges of the middle stringers and the 43 in. pallet edges were impacted until the capacity of the machine was reached. The average cumulative kinetic energy at failure when the end of the stringers was impacted was 24,193 ft-lb. It is 48 times more that the average cumulative kinetic energy causing failure for a wooden pallet. The average cumulative kinetic energy at failure when the 43 in. pallet edge was impacted was 9,835 ft-lb. It is more than 3 times more than that the average cumulative kinetic energy causing failure for a block class wooden pallet.

**Free Fall Drop**

The durability of the pallet design was evaluated using free-fall drop test on pallet corners. More information on the test can be found in Chapter 9. All replicate pallets failed after the first drop from 40 in. because the squareness of the pallet exceeded the maximum 1.5% or 1 in. difference between the diagonals by ANSI MH1 (2016) after the second or the third drops from 40 in.

**Coefficient of Friction Test**

The Coefficient of Friction (CoF) of the investigated pallet design was measured using two test methods: pallet-on-corrugated and pallet-on-fork-tine. The pallet-on-pallet CoF was not measured because when pallets are stacked the only contact point was the top of the weld which made the whole stack extremely unstable. More information on the test protocol is presented in Chapter 10. The measured coefficient of friction of the pallet design complies with the recommendations of ANSI MH1-2005 for automated material handling where the minimum CoF for pallet-on-fork-tine test is 0.15. The average static coefficient of friction of the pallet on a corrugated board is 0.57 while the average static coefficient of friction of the pallet on a polished fork tine is 0.48. Both of these values are in line with values observed for wooden pallets.

2

## 2. Pallet Designs

The investigated pallet design was a double face, non-reversible, 2-way, stringer class, flush, aluminum pallet design. The top and bottom views of the pallet design are presented in **Figure 1**. The dimensions of the pallet design were 47.75 in. x 42.81 in. The weight of the pallet was approximately 170 lbs.

 

**Figure 1:** Top (a) and bottom (b) views of the investigated pallet design.

3

USAO_02702199

### *3. Bending Test – Rack Support*



**Figure 2:** Experimental setup for pallet bending test using a warehouse rack support.

The racking strength and stiffness of the pallet was determined using a warehouse rack support condition based on the guidelines of ISO 8611 (2011) testing standard (**Figure 2**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs load cells was used for the testing. Two (2) pieces of 2 in. x 2 in. rigid box-beam supports were used to support the two sides of the pallet. The beams were positioned 75 mm from the edge of the pallet. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using11,700 lbs creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined one (1) hour after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 3**). Following the creep test, each pallet was loaded until failure. ISO 8611-2011 Part 2 was used for the deflection limits at the failure and creep tests.

4



**Figure 3:** Locations of deflection measurements for pallet bending test. (a) racked across the width pallet bending test, (b) racked across the length pallet bending test.

The results of the pallet bending test are presented in **Table 2.** The load-deflection charts are presented in **Figure 4 and 5.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed.

**Table 2:** Results of bending test of the investigated pallet. RAL – Racked Across the Length, Std. Dev. - Standard Deviation, COV- Coefficient of Variance. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.30 | 0.30 | 0.04 | 23,412+ | 0.63+ |
| Pallet – RAW Creep 2 | 11,700 | 0.34 | 0.34 | 0.03 | 23,412+ | 0.62+ |
| Pallet – RAW Creep 3 | 11,700 | 0.32 | 0.33 | 0.04 | 23,412+ | 0.61+ |
| **RAW Limit** | | | <0.74 | <0.26 | | <2.20 |
| **RAW Average** | | 0.32 | 0.32 | 0.04 | 23,412 | 0.62 |
| **RAW Std. Dev.** | | 0.02 | 0.02 | 0.00 | 0 | 0.01 |
| **RAW COV %** | | 6 | 6 | 12 | 0 | 2 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

5



**Figure 4:** Load-deflection diagram of the investigated pallet design racked across its 43 in. width while it was loaded with ISO rigid bars until failure.



**Figure 5:** Load-deflection diagram of the investigated pallet design racked across its 43 in. width while it was loaded with ISO rigid bars during the creep test. Average creep load is 1.2%.

6

USAO_02702202

## *4. Bending Test – Top Deck Bending*



**Figure 6:** Experimental setup for bending test on top pallet decks.

The bending stiffness and strength of the top deck and blocks were determined using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 6)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. A During the test, three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 7)**.



**Figure 7:** Locations of deflection measurements for bending test on top pallet decks.

USAO_02702203

The results of the bending test on pallet decks are presented in **Table 3** while the load-deflection diagram of the test are presented in **Figure 8 and 9.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 3:** Results of bending test on pallet decks. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.11 | 0.12 | 0.04 | 23,412+ | 0.11+ |
| Pallet – RAW Creep 2 | 11,700 | 0.08 | 0.08 | 0.01 | 23,412+ | 0.11+ |
| Pallet – RAW Creep 3 | 11,700 | 0.06 | 0.07 | 0.01 | 23,412+ | 0.11+ |
| **RAW Limit** | | | <0.38 | <0.13 | | <1.12 |
| **RAW Average** | | **0.09** | **0.09** | **0.02** | **23,412+** | **0.11+** |
| **RAW Std. Dev.** | | **0.03** | **0.02** | **0.02** | **0** | **0.00** |
| **RAW COV %** | | **29** | **28** | **87** | **0** | **4** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



**Figure 8:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the failure test.

8

USAO_02702204



**Figure 9:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the creep test.

9

USAO_02702205

## 5. Bending Test – Bottom Deck Bending



**Figure 10:** Experimental setup for bending test on bottom pallet decks.

The bending stiffness and strength of the bottom deck and blocks were tested using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 10)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. The pallet was placed into the machine upside down. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 11)**.



**Figure 11:** Locations of deflection measurements for bending test on bottom pallet decks.

10

USAO_02702206

The results of the bending test on bottom pallet decks are presented in **Table 4** while the load-deflection diagram of the test is presented in **Figure 12 and 13.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed.

**Table 4:** Results of bending test on bottom pallet decks loaded with rigid beams. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.08 | 0.08 | 0.01 | 23,412+ | 0.13+ |
| Pallet – RAW Creep 2 | 11,700 | 0.08 | 0.08 | 0.01 | 23,412+ | 0.14+ |
| Pallet – RAW Creep 3 | 11,700 | 0.10 | 0.09 | 0.01 | 23,412+ | 0.14+ |
| **RAW Limit** | | | **<0.38** | **<0.13** | | **<1.12** |
| **RAW Average** | | **0.08** | **0.08** | **0.01** | **23,412+** | **0.14+** |
| **RAW Std. Dev.** | | **0.01** | **0.01** | **0.00** | **0** | **0.00** |
| **RAW COV %** | | **14** | **8** | **15** | **0** | **3** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



— Pallet Failure RAW Creep 1        — Pallet Failure RAW Creep 2        — Pallet Failure RAW Creep 3

**Figure 12:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the failure test.

11



**Figure 13:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the creep test.

12

USAO_02702208

## 6. Bending Test – Fork Tine Support



**Figure 14:** Experimental setup for pallet bending test using fork tine support.

The bending stiffness and strength of the deck were tested using fork tine support conditions based on the guidelines of ISO 8611 (2011) testing standard (**Figure 14**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test two (2) 4 in. wide steel beams were positioned under the top deck half way between the blocks. To determine the creep performance of the pallet, 30 minutes creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined thirty (30) minutes after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 15**).



**Figure 15**: Locations of deflection measurements for pallet bending test using fork tine supports.

13

The results of the failure test are presented in **Table 5** while the load-deflection diagram of the failure tests are presented in **Figure 16 and 17.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 5:** Results of bending test using fork tine support while it was loaded with rigid beams, RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 30 min. creep test (in.) | Maximum deflection after 30 min. relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.16 | 0.17 | 0.01 | 23,412+ | 0.33+ |
| Pallet – RAW Creep 2 | 11,700 | 0.17 | 0.17 | 0.01 | 23,412+ | 0.34+ |
| Pallet – RAW Creep 3 | 11,700 | 0.21 | 0.22 | 0.03 | 23,412+ | 0.37+ |
| **RAW Limit** | | | <0.29 | <0.10 | | <0.87 |
| **RAW Average** | | 0.18 | 0.19 | 0.02 | 23,412+ | 0.35+ |
| **RAW Std. Dev.** | | 0.03 | 0.03 | 0.01 | 0 | 0.02 |
| **RAW COV %** | | 15 | 15 | 41 | 0 | 6 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



Pallet Failure RAW Creep 1 ———— Pallet Failure RAW Creep 2 ———— Pallet Failure RAW Creep 3

14

**Figure 16:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars until failure.



—— Pallet RAW Creep 1      —— Pallet RAW Creep 2      —— Pallet RAW Creep 3

**Figure 17:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars during the creep test.

15

USAO_02702211

## 7. Incline Impact Test on 43 in. Middle Pallet Stringers



**Figure 18:** Experimental setup for incline impact test on 43 in. middle pallet stringer.

The durability of the middle pallet stringer/block was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 18**. The impacts start with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 6in and ten (10) impacts were repeated until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each pallet post design.

The results of the test are presented in **Table 6 and 8.** The representative mode of failure of the pallet design are presented in **Figure 19**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 6:** Results of incline impact resistance on 43 in. middle pallet stringer. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 in. 269lbs | 6 in. 719lbs | 12 in. 719lbs | 18 in. 719lbs | 24 in. 719lbs | 30 in. 719lbs | 36 in. 719lbs | 42 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Average | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Std. Dev. | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COV (%) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

16

USAO_02702212

**Table 7:** Average estimated kinetic energy caused by the impact of the 43 in. middle pallet posts on the investigated pallet design.

|  | **Average Estimated Kinetic Energy (lb-ft)** | **COV (%)** |
|---|---|---|
| **Investigated Pallet Design** | 24,193 | 0% |
| **GMA Wooden pallet design[1]** | 400-500 |  |

1 The results of the wooden GMA pallet design is presented for informational purposes and represents a theoretical values only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.

 

**Figure 19**: Representative mode of failure of the middle pallet posts on the 43 in. end of the investigated pallet design during the incline impact test.

17

USAO_02702213


## *8. Incline Impact Test on 43 in. Pallet Edges*



**Figure 20:** Experimental Setup for incline impact test on 43 in. pallet edges.

The durability of the 43 in. pallet edges was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 20.** More information about the experimental setup can be found in ISO 8611-2011. The impact started at 12-inches with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 12-inches and ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in **Table 8 and 9.** while the representative damages are displayed in **Figure 21**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 8:** Results of incline impact resistance on 43 in. pallet edge. Std. Dev. - Standard Deviation, COV-Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 269lbs | 12 in. 719lbs | 24 in. 719lbs | 36 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Average | | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 |

18

**Table 9:** Average estimated kinetic energy caused by impact on the 43 in. pallet edge of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 9,835 | 1% |
| **Wooden pallet design[1]** | 800-3,000 | |

1 The results of the wooden perimeter base block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 21**: Representative damage mode of the investigated pallet design during the incline impact test on 43 in. pallet edge.

19

USAO_02702215

## *9. Free-Fall Drop Test on Pallet Corners*



**Figure 22:** Experimental setup for free-fall drop test on pallet corners.

The durability of the pallet was tested using the free-fall drop test on the pallets' corners from a height of 40 and 80-inches using a modified ISO 8611-2011 standard. The experimental setup is presented in **Figure 22**. The diagonal dimensions of the top and bottom of the specimen were recorded at the beginning of the test and after each of the drops using a tape measure. A maximum of 10 drops were completed. Three (3) specimens were tested from each design.

The results of the test are presented in **Table 10.** All replicate pallets failed after the first drop from 40 in. because the squareness of the pallet exceeded the maximum 1.5% or 1 in. difference between the diagonals by ANSI MH1 (2016). The representative mode of failure of the pallet design are presented in **Figure 23.**

**Table 10:** Results of free-fall drop test on pallet corners. Std. Dev. – Standard Deviation, COV – Coefficient of Variation.

| Pallet ID | Number of drops at 40 inches | Number of drops at 80 inches | Damage causing failure |
|---|---|---|---|
| Pallet 1 | 3 | | Out of Square |
| Pallet 2 | 2 | | Out of Square |
| Pallet 3 | 2 | | Out of Square |
| Average | 2.33 | | |
| Std. Dev. | 0.58 | | |
| COV (%) | 25 | | |

20



**Figure 23:** Representative mode of failure of the investigated pallet design during free-fall drop test on pallet corners.

21

USAO_02702217

## 10.   Coefficient of Friction Test

The following laboratory tests were conducted to measure the Coefficient of Friction (CoF):

- Test 1: Laboratory Test of Top Deck CoF on Corrugated Board
- Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

Determination of the static Coefficient of Friction (CoF) was conducted in the same manner for each of the tests. The pallet was exposed to the test surface (ex. steel, corrugated, etc.), and a horizontal force was applied to the pallet at a constant rate of 1.0 in. / minute.   Force was applied until motion was achieved, and that force was recorded as horizontal force $F_h$.  The static coefficient of friction was determined using the following formula:

$$\mu_s = F_h \ / \ F_n$$

where   $\mu_s$ = static Coefficient of Friction
$F_h$ = horizontal force required to cause motion
$F_n$ = weight of the pallet

### Test 1: Laboratory Test of Top Deck CoF on Corrugated

The pallet was placed inverted on a sheet of corrugated board larger than the dimensions of the pallet.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$). This test was performed parallel to the pallet length.  This test setup is illustrated in **Figure 24**.



Top Deck

1.0 in / min

**Figure 24:** Laboratory test setup for measuring CoF on corrugated.

### Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

The pallet was supported under the top deck by two 4 inch (10mm) wide polished steel fork tines.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$).  This test was performed parallel to the pallet length.  The fork tine supports had a 26 inch span (outside to outside) and were 40 inches in length.  This test setup is illustrated in **Figure 25.**



1.0 in / min

**Figure 25**: **Laboratory test setup for measuring CoF on fork tines.**

The results of the tests are presented in **Table 11**.

22

**Table 11:** Results of the Coefficient of Friction tests. Std. Dev. - Standard deviation COV- Coefficient of Variance.

| Pallet ID | Coefficient of Friction | |
|---|---|---|
| | Test 1 (Corrugated) | Test 3 (Fork tine) |
| Pallet 1 | 0.56 | 0.45 |
| Pallet 2 | 0.60 | 0.41 |
| Pallet 3 | 0.56 | 0.58 |
| **Average** | **0.57** | **0.48** |
| **Std. Dev.** | **0.02** | **0.09** |
| **COV** | **4%** | **18%** |

23

USAO_02702219

## 11.   *Standard Terms and Conditions*

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client.  Therefore, we offer a range of testing services to meet the specifications of each Client.  The Scope of Work Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including emails) which may serve to augment or modify the terms herein.

**Standards and Accuracy:**  All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory.  Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them.  Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable.  While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

**Materials**: In the absence of specifications to the contrary in the Scope of Work Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

**Timing of Deliverables:**  Client is advised that testing cannot begin until the Scope of Work Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD.  If materials are not provided in a timely manner, the tests may not be completed in accordance with the time estimates provided in the Scope of Work Statement.  From time to time, additional testing materials to be provided by the Client may be required to complete the testing process, in which case completion of testing may be affected.  As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact timetables.

**Reports:**  The deliverable testing report(s) shall not be reproduced, except in full, without the written approval of CPULD.

**Warrantees:**  The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties (stated or implied) regarding performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

**Disputes:**  In the event of a dispute of any sort relating to any aspect of this Scope of Work Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Work

24

USAO_02702220



**Center for Packaging and Unit Load Design**
1650 Research Center Dr.
Blacksburg, Virginia 24061
P: (540) 231-7107 F: (540) 231-8868
unitload@vt.edu | unitload.vt.edu

# Comprehensive Evaluation of the 48 in. x 42 in. Stringer Class Lightweight Aluminum Pallet Design

Test Report-No: 2018-0056-2LT

## Client:

**Contact:** *John Chopp*
**Company:** *Homeland Security Investigations*
**Email:** *John.R.Chopp@ice.dhs.gov*

## Purpose of the Test:

*Comprehensive evaluation of the strength, stiffness of the 48 in. x 42 in. stringer class, lightweight aluminum pallet design.*

## Test Program:

*ISO 8611 – Pallets for Material Handling – Flat Pallets*

## Test Period:

*10/15/2018 – 04/01/2019*

## Test Performed By:

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University
1650 Research Center Dr.
Blacksburg, Virginia 24061.
Phone: (540) 231-7673
Fax: (540) 231-8868
Email: lhorvat@vt.edu

1

USAO_02702221

## 1. Executive Summary

**Bending Tests**

The results of the evaluation of the racking, static, and dynamic load carrying capacity of the investigated pallet designs are presented in **Table 1**. More information on the testing protocol is presented in Chapters 3-6.

**Table 1:** Summary table of the racking, static, and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Rack Support (Rack Rating) | 7,965 | 15,731 |
| Top deck bending (Static Rating) | 11,700+ | 23,412+ |
| Bottom deck bending | 11,700+ | 23,412+ |
| Fork tine support (Dynamic Rating) | 11,700+ | 23,412+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity
Note: The nominal load values include a 100 lbs. from the datum load.

**Incline Impact Tests**

The durability of the pallet design was evaluated using incline impact test on middle pallet stringers and 42 in. pallet edges. More information on the test can be found in Chapters 7-8. The edges of the middle stringers and the 42 in. pallet edges were impacted until the capacity of the machine was reached. The average cumulative kinetic energy at failure when the end of the stringers was impacted was 20,773 ft-lb. It is 41 times more that the average cumulative kinetic energy causing failure for a wooden pallet. The average cumulative kinetic energy at failure when the 42 in. pallet edge was impacted was 8,528 ft-lb. It is almost than 3 times more than that the average cumulative kinetic energy causing failure for a block class wooden pallet.

**Free Fall Drop**

The durability of the pallet design was evaluated using free-fall drop test on pallet corners. More information on the test can be found in Chapter 9. One pallet failed because of a broken weld. The other two pallets survived the drop sequence with minor corner crushing.

**Coefficient of Friction Test**

The Coefficient of Friction (CoF) of the investigated pallet design was measured using two test methods: pallet-on-corrugated and pallet-on-fork-tine. The pallet-on-pallet CoF was not measured because when pallets are stacked the only contact point was the top of the weld which made the whole stack extremely unstable. More information on the test protocol is presented in Chapter 10. The measured coefficient of friction of the pallet design complies with the recommendations of ANSI MH1-2005 for automated material handling where the minimum CoF for pallet-on-fork-tine test is 0.15. The average static coefficient of friction of the pallet on a corrugated board is 0.60 while the average static coefficient of friction of the pallet on a polished fork tine is 0.45. Both of these values are in line with values observed for wooden pallets.

2

## 2. Pallet Designs

The investigated pallet design was a double face, non-reversible, 2-way, stringer class, flush, aluminum pallet design. The top and bottom views of the pallet design are presented in **Figure 1**. The dimensions of the pallet design were 48 in. x 42 in. The weight of the pallet was approximately 42.8 lbs.

 

**Figure 1:** Top (a) and bottom (b) views of the investigated pallet design.

3

USAO_02702223

## *3. Bending Test – Rack Support*



**Figure 2:** Experimental setup for pallet bending test using a warehouse rack support.

The racking strength and stiffness of the pallet was determined using a warehouse rack support condition based on the guidelines of ISO 8611 (2011) testing standard (**Figure 2**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. Two (2) pieces of 2 in. x 2 in. rigid box-beam supports were used to support the two sides of the pallet. The beams were positioned 75 mm from the edge of the pallet. To determine the weakest orientation, one (1) pallet was tested to failure racked across the length (RAL) and one was tested to failure racked across the width (RAW). Following the failure test, two (2) hours creep test was performed on three (3) specimens using 7,850 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined one (1) hour after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 3**). Following the creep test, each pallet was loaded until failure. ISO 8611-2011 Part 2 was used for the deflection limits at the failure and creep tests.

4

USAO_02702224



**Figure 3:** Locations of deflection measurements for pallet bending test. (a) racked across the width pallet bending test, (b) racked across the length pallet bending test.

The results of the pallet bending test are presented in **Table 2.** The load-deflection charts are presented in **Figure 4 and 5.** The representative mode of failure is presented in **Figure 6.**

**Table 2:** Results of bending test of the investigated pallet. RAL – Racked Across the Length, Std. Dev. - Standard Deviation, COV- Coefficient of Variance. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAL Failure | | | | | 23,412 | 0.40 |
| Pallet – RAW Failure | | | | | 15,729 | 1.05 |
| Pallet – RAW Creep 1 | 7,865 | 0.51 | 0.52 | 0.02 | 15,741 | 1.14 |
| Pallet – RAW Creep 2 | 7,865 | 0.52 | 0.53 | 0.03 | 16,061 | 1.17 |
| Pallet – RAW Creep 3 | 7,865 | 0.52 | 0.53 | 0.03 | 15,392 | 1.05 |
| **RAW Limit** | | | **<0.72** | **<0.25** | | **<2.16** |
| **RAW Average** | | **0.52** | **0.53** | **0.03** | **15,731** | **1.10** |
| **RAW Std. Dev.** | | **0.00** | **0.01** | **0.01** | **273** | **0.06** |
| **RAW COV %** | | **1** | **1** | **29** | **2** | **6** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

5

USAO_02702225



**Figure 4:** Load-deflection diagram of the investigated pallet design racked across its 42 in. width while it was loaded with ISO rigid bars until failure.



**Figure 5:** Load-deflection diagram of the investigated pallet design racked across its 42 in. width while it was loaded with ISO rigid bars during the creep test. Average creep load is 1.5%.

6

USAO_02702226





**Figure 6**: Representative mode of failure of the investigated pallet design during the bending test while the pallet was racked across its 42 in. width.

7

## *4. Bending Test – Top Deck Bending*



**Figure 7:** Experimental setup for bending test on top pallet decks.

The bending stiffness and strength of the top deck and blocks were determined using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 7)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. A During the test, three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using11,700 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 8)**.



**Figure 8:** Locations of deflection measurements for bending test on top pallet decks.

8

USAO_02702228

The results of the bending test on pallet decks are presented in **Table 3** while the load-deflection diagram of the test are presented in **Figure 9 and 9.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 3:** Results of bending test on pallet decks. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.14 | 0.14 | 0.02 | 23,412+ | 0.20+ |
| Pallet – RAW Creep 2 | 11,700 | 0.15 | 0.15 | 0.02 | 23,412+ | 0.19+ |
| Pallet – RAW Creep 3 | 11,700 | 0.13 | 0.13 | 0.01 | 23,412+ | 0.20+ |
| **RAW Limit** | | | <0.39 | <0.13 | | <1.15 |
| **RAW Average** | | 0.14 | 0.14 | 0.01 | 23,412 | 0.20 |
| **RAW Std. Dev.** | | 0.01 | 0.01 | 0.00 | 0 | 0.00 |
| **RAW COV %** | | 6 | 6 | 36 | 0 | 1 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



Pallet Failure RAW Creep 1 ———— Pallet Failure RAW Creep 2 ———— Pallet Failure RAW Creep 3

**Figure 9:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the failure test.

9



**Figure 10:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the creep test.

USAO_02702230

## *5. Bending Test – Bottom Deck Bending*



**Figure 11:** Experimental setup for bending test on bottom pallet decks.

The bending stiffness and strength of the bottom deck and blocks were tested using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 11)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. The pallet was placed into the machine upside down. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 12)**.



**Figure 12:** Locations of deflection measurements for bending test on bottom pallet decks.

11

USAO_02702231

The results of the bending test on bottom pallet decks are presented in **Table 4** while the load-deflection diagram of the test is presented in **Figure 13 and 13.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed.

**Table 4:** Results of bending test on bottom pallet decks loaded with rigid beams. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.16 | 0.16 | 0.01 | 23,412 | 0.26 |
| Pallet – RAW Creep 2 | 11,700 | 0.18 | 0.19 | 0.01 | 23,412 | 0.27 |
| Pallet – RAW Creep 3 | 11,700 | 0.19 | 0.19 | 0.02 | 23,412 | 0.27 |
| **RAW Limit** | | | <0.39 | <0.13 | | <1.55 |
| **RAW Average** | | 0.17 | 0.18 | 0.01 | 23,412 | 0.26 |
| **RAW Std. Dev.** | | 0.02 | 0.02 | 0.00 | 0 | 0.00 |
| **RAW COV %** | | 10 | 10 | 31 | 0 | 2 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



Pallet Failure RAW Creep 1          Pallet Failure RAW Creep 2          Pallet Failure RAW Creep 3

**Figure 13:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the failure test.

12

USAO_02702232



**Figure 14:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the creep test.

13

USAO_02702233

## *6. Bending Test – Fork Tine Support*



**Figure 15:** Experimental setup for pallet bending test using fork tine support.

The bending stiffness and strength of the deck were tested using fork tine support conditions based on the guidelines of ISO 8611 (2011) testing standard (**Figure 15**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test two (2) 4 in. wide steel beams were positioned under the top deck half way between the blocks. To determine the creep performance of the pallet, 30 minutes creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined thirty (30) minutes after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 16**).

14

USAO_02702234



**Figure 16**: Locations of deflection measurements for pallet bending test using fork tine supports.

The results of the failure test are presented in **Table 5** while the load-deflection diagram of the failure tests are presented in **Figure 17 and 17.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed.

**Table 5:** Results of bending test using fork tine support while it was loaded with rigid beams, RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| **Pallet ID** | **Applied creep load (lbs.)** | **Maximum deflection after applying the creep load (in.)** | **Maximum deflection after 30 min. creep test (in.)** | **Maximum deflection after 30 min. relaxation time (in.)** | **Maximum load at failure (lbs.)** | **Maximum deflection at failure (in.)** |
|---|---|---|---|---|---|---|
| Pallet – RAW Failure | | | | | 23,412+ | 0.67+ |
| Pallet – RAW Creep 1 | 11,700 | 0.32 | 0.33 | 0.01 | 23,412+ | 0.60+ |
| Pallet – RAW Creep 2 | 11,700 | 0.32 | 0.33 | 0.01 | 23,412+ | 0.57+ |
| Pallet – RAW Creep 3 | 11,700 | 0.28 | 0.30 | 0.01 | 23,412+ | 0.59+ |
| **RAW Limit** | | | <0.29 | <0.16 | | <0.87 |
| **RAW Average** | | 0.31 | 0.32 | 0.01 | 23,412 | 0.61 |
| **RAW Std. Dev.** | | 0.02 | 0.02 | 0.00 | 0 | 0.04 |
| **RAW COV %** | | 7 | 7 | 14 | 0 | 7 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

15



**Figure 17:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars until failure.



**Figure 18:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars during the creep test.

16

USAO_02702236

## 7. Incline Impact Test on 42 in. Middle Pallet Stringers



**Figure 19:** Experimental setup for incline impact test on 42 in. middle pallet stringer.

The durability of the middle pallet stringer/block was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 19**. The impacts start with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 6in and ten (10) impacts were repeated until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each pallet post design.

The results of the test are presented in **Table 6 and 8.** The representative mode of failure of the pallet design are presented in **Figure 20**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 6:** Results of incline impact resistance on 42 in. middle pallet stringer. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 in. 269lbs | 6 in. 719lbs | 12 in. 719lbs | 18 in. 719lbs | 24 in. 719lbs | 30 in. 719lbs | 36 in. 719lbs | 42 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Average | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Std. Dev. | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COV (%) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

17

USAO_02702237

**Table 7:** Average estimated kinetic energy caused by the impact of the 42 in. middle pallet posts on the investigated pallet design.

|  | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 20,773 | 2% |
| **GMA Wooden pallet design[1]** | 400-500 | |

1 The results of the wooden GMA pallet design is presented for informational purposes and represents a theoretical values only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.

 

**Figure 20**: Representative mode of failure of the middle pallet posts on the 42 in. end of the investigated pallet design during the incline impact test.

18

USAO_02702238

## 8. Incline Impact Test on 42 in. Pallet Edges



**Figure 21:** Experimental Setup for incline impact test on 42 in. pallet edges.

The durability of the 42 in. pallet edges was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 21.** More information about the experimental setup can be found in ISO 8611-2011. The impact started at 12-inches with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 12-inches and ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in **Table 8 and 9.** while the representative damages are displayed in **Figure 22**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 8:** Results of incline impact resistance on 42 in. pallet edge. Std. Dev. - Standard Deviation, COV-Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 269lbs | 12 in. 719lbs | 24 in. 719lbs | 36 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 10 |
| Average | | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 |

19

USAO_02702239

**Table 9:** Average estimated kinetic energy caused by impact on the 42 in. pallet edge of the investigated pallet design.

|  | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 8,528 | 3% |
| **Wooden pallet design[1]** | 800-3,000 | |

1 The results of the wooden perimeter base block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 22**: Representative damage mode of the investigated pallet design during the incline impact test on 42 in. pallet edge.

20

## *9. Free-Fall Drop Test on Pallet Corners*



**Figure 23:** Experimental setup for free-fall drop test on pallet corners.

The durability of the pallet was tested using the free-fall drop test on the pallets' corners from a height of 40 and 80-inches using a modified ISO 8611-2011 standard. The experimental setup is presented in **Figure 23**. The diagonal dimensions of the top and bottom of the specimen were recorded at the beginning of the test and after each of the drops using a tape measure. A maximum of 10 drops were completed. Three (3) specimens were tested from each design.

The results of the test are presented in **Table 10**. One pallet failed because of a broken weld. The other two pallets survived the drop sequence with minor corner crushing. The representative mode of failure of the pallet design are presented in **Figure 24.**

**Table 10:** Results of free-fall drop test on pallet corners. Std. Dev. – Standard Deviation, COV – Coefficient of Variation.

| Pallet ID | Number of drops at 40 inches | Number of drops at 80 inches | Damage causing failure |
|---|---|---|---|
| Pallet 1 | 10 | 10 | Out of Square |
| Pallet 2 | 10 | 10 | Out of Square |
| Pallet 3 | 10 | 9 | Top deckboard weld failure |
| **Average** | **10.00** | **9.67** | |
| **Std. Dev.** | **0** | **0.58** | |
| **COV (%)** | **0** | **6** | |

21



**Figure 24:** Representative mode of failure of the investigated pallet design during free-fall drop test on pallet corners.

22

USAO_02702242

## 10.  *Coefficient of Friction Test*

The following laboratory tests were conducted to measure the Coefficient of Friction (CoF):

- Test 1: Laboratory Test of Top Deck CoF on Corrugated Board
- Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

Determination of the static Coefficient of Friction (CoF) was conducted in the same manner for each of the tests. The pallet was exposed to the test surface (ex. steel, corrugated, etc.), and a horizontal force was applied to the pallet at a constant rate of 1.0 in. / minute.   Force was applied until motion was achieved, and that force was recorded as horizontal force $F_h$.  The static coefficient of friction was determined using the following formula:

$$\mu_s = F_h \; / \; F_n$$

where   $\mu_s$ = static Coefficient of Friction
$F_h$ = horizontal force required to cause motion
$F_n$ = weight of the pallet

### Test 1: Laboratory Test of Top Deck CoF on Corrugated

The pallet was placed inverted on a sheet of corrugated board larger than the dimensions of the pallet.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$). This test was performed parallel to the pallet length.  This test setup is illustrated in **Figure 25**.



**Figure 25:** Laboratory test setup for measuring CoF on corrugated.

### Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

The pallet was supported under the top deck by two 4 inch (10mm) wide polished steel fork tines.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$).  This test was performed parallel to the pallet length.  The fork tine supports had a 26 inch span (outside to outside) and were 40 inches in length.  This test setup is illustrated in **Figure 26.**



1.0 in / min

**Figure 26**: **Laboratory test setup for measuring CoF on fork tines.**

The results of the tests are presented in **Table 11**.

23

USAO_02702243

**Table 11:** Results of the Coefficient of Friction tests. Std. Dev. - Standard deviation COV- Coefficient of Variance.

| Pallet ID | Coefficient of Friction | |
|---|---|---|
| | Test 1 (Corrugated) | Test 3 (Fork tine) |
| Pallet 1 | 0.63 | 0.57 |
| Pallet 2 | 0.58 | 0.44 |
| Pallet 3 | 0.59 | 0.36 |
| **Average** | **0.60** | **0.45** |
| **Std. Dev.** | **0.03** | **0.10** |
| **COV** | **4%** | **23%** |

24

USAO_02702244

## 11.   *Standard Terms and Conditions*

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client.  Therefore, we offer a range of testing services to meet the specifications of each Client.  The Scope of Work Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including emails) which may serve to augment or modify the terms herein.

**Standards and Accuracy:**  All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory.  Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them.  Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable.  While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

**Materials**: In the absence of specifications to the contrary in the Scope of Work Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

**Timing of Deliverables:**  Client is advised that testing cannot begin until the Scope of Work Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD.  If materials are not provided in a timely manner, the tests may not be completed in accordance with the time estimates provided in the Scope of Work Statement. From time to time, additional testing materials to be provided by the Client may be required to complete the testing process, in which case completion of testing may be affected.  As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact timetables.

**Reports:**  The deliverable testing report(s) shall not be reproduced, except in full, without the written approval of CPULD.

**Warrantees:**  The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties (stated or implied) regarding performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

**Disputes:**  In the event of a dispute of any sort relating to any aspect of this Scope of Work Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Work

USAO_02702245



**Center for Packaging and Unit Load Design**
1650 Research Center Dr.
Blacksburg, Virginia 24061
P: (540) 231-7107 F: (540) 231-8868
unitload@vt.edu | unitload.vt.edu

# Comprehensive Evaluation of the 48 in. x 42 in. Stringer Class Lightweight Aluminum Pallet Design (First Batch 2017)

Test Report-No: 2018-0056-3LTO

## Client:

**Contact:** *John Chopp*
**Company:** *Homeland Security Investigations*
**Email:** *John.R.Chopp@ice.dhs.gov*

## Purpose of the Test:

*Comprehensive evaluation of the strength, stiffness of the 48 in. x 42 in. stringer class, lightweight aluminum pallet design (First Batch from 2017).*

## Test Program:

*ISO 8611 – Pallets for Material Handling – Flat Pallets*

## Test Period:

*10/15/2018 – 04/19/2019*

## Test Performed By:

The Center for Packaging and Unit Load Design,
Virginia Polytechnic Institute & State University
1650 Research Center Dr.
Blacksburg, Virginia 24061.
Phone: (540) 231-7673
Fax: (540) 231-8868
Email: lhorvat@vt.edu

1

USAO_02702246

# 1. Executive Summary

**Bending Tests**

The results of the evaluation of the racking, static, and dynamic load carrying capacity of the investigated pallet designs are presented in **Table 1**. More information on the testing protocol is presented in Chapters 3-6.

**Table 1:** Summary table of the racking, static, and dynamic load carrying capacity of the investigated pallet design.

| Test Type | Nominal Load (lbs.) | Average Failure Load (lbs.) |
|---|---|---|
| Rack Support (Rack Rating) | 6,409 | 13,030+ |
| Top deck bending (Static Rating) | 11,700+ | 23,402+ |
| Bottom deck bending | 11,700+ | 23,412+ |
| Fork tine support (Dynamic Rating) | 11,700+ | 23,021+ |

Values with "+" indicate that the load capacity of the pallet exceeded the machine capacity
Note: The nominal load values include a 100 lbs. from the datum load.

**Incline Impact Tests**

The durability of the pallet design was evaluated using incline impact test on middle pallet stringers and 42 in. pallet edges. More information on the test can be found in Chapter 7-8. The edges of the middle stringers and the 42 in. pallet edges were impacted until the capacity of the machine was reached. The average cumulative kinetic energy at failure when the end of the stringers was impacted was 20,313 ft-lb. It is 40 times more that the average cumulative kinetic energy causing failure for a wooden pallet. The average cumulative kinetic energy at failure when the 42 in. pallet edge was impacted was 8,319 ft-lb. It is almost than 3 times more than that the average cumulative kinetic energy causing failure for a block class wooden pallet.

**Free Fall Drop**

The durability of the pallet design was evaluated using free-fall drop test on pallet corners. More information on the test can be found in Chapter 9. Two pallet failed because of a broken weld. The other one survived the entire drop sequence with minor corner crushing.

**Coefficient of Friction Test**

The Coefficient of Friction (CoF) of the investigated pallet design was measured using two test methods: pallet-on-corrugated and pallet-on-fork-tine. The pallet-on-pallet CoF was not measured because when pallets are stacked the only contact point was the top of the weld which made the whole stack extremely unstable. More information on the test protocol is presented in Chapter 10. The measured coefficient of friction of the pallet design complies with the recommendations of ANSI MH1-2005 for automated material handling where the minimum CoF for pallet-on-fork-tine test is 0.15. The average static coefficient of friction of the pallet on a corrugated board is 0.62 while the average static coefficient of friction of the pallet on a polished fork tine is 0.62. Both of these values are in line with values observed for wooden pallets.

2

## 2. Pallet Designs

The investigated pallet design was a double face, non-reversible, 2-way, stringer class, flush, aluminum pallet design. The top and bottom views of the pallet design are presented in **Figure 1**. The dimensions of the pallet design were 48 in. x 42 in. The weight of the pallet was approximately 42.8 lbs.

 

**Figure 1:** Top (a) and bottom (b) views of the investigated pallet design.

3

USAO_02702248

## 3. Bending Test – Rack Support



**Figure 2:** Experimental setup for pallet bending test using a warehouse rack support.

The racking strength and stiffness of the pallet was determined using a warehouse rack support condition based on the guidelines of ISO 8611 (2011) testing standard (**Figure 2**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. Two (2) pieces of 2 in. x 2 in. rigid box-beam supports were used to support the two sides of the pallet. The beams were positioned 75 mm from the edge of the pallet. To determine the weakest orientation, one (1) pallet was tested to failure racked across the length (RAL) and one was tested to failure racked across the width (RAW). Following the failure test, two (2) hours creep test was performed on three (3) specimens using 6,409 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined one (1) hour after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 3**). Following the creep test, each pallet was loaded until failure. ISO 8611-2011 Part 2 was used for the deflection limits at the failure and creep tests.

4



**Figure 3:** Locations of deflection measurements for pallet bending test. (a) racked across the width pallet
bending test, (b) racked across the length pallet bending test.

The results of the pallet bending test are presented in **Table 2.** The load-deflection charts are presented in
**Figure 4 and 5.** The representative mode of failure is presented in **Figure 6.**

**Table 2:** Results of bending test of the investigated pallet. RAL – Racked Across the Length, Std. Dev. -
Standard Deviation, COV- Coefficient of Variance. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAL Failure | | | | | 23,412 | 0.42 |
| Pallet – RAW Failure | | | | | 12,818 | 0.90 |
| Pallet – RAW Creep 1 | 6,409 | 0.46 | 0.47 | 0.03 | 13,423 | 0.98 |
| Pallet – RAW Creep 2 | 6,409 | 0.46 | 0.47 | 0.03 | 13,519 | 1.03 |
| Pallet – RAW Creep 3 | 6,409 | 0.45 | 0.46 | 0.02 | 12,360 | 0.85 |
| **RAW Limit** | | | **<0.72** | **<0.25** | | **<2.16** |
| **RAW Average** | | **0.46** | **0.47** | **0.02** | **13,030** | **0.94** |
| **RAW Std. Dev.** | | **0.01** | **0.01** | **0.00** | **544** | **0.08** |
| **RAW COV %** | | **1** | **1** | **6** | **4** | **9** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

5

USAO_02702250



**Figure 4:** Load-deflection diagram of the investigated pallet design racked across its 42 in. width while it was loaded with ISO rigid bars until failure.



**Figure 5:** Load-deflection diagram of the investigated pallet design racked across its 42 in. width while it was loaded with ISO rigid bars during the creep test. Average creep load is 2.2%.

6

USAO_02702251



**Figure 6**: Representative mode of failure of the investigated pallet design during the bending test while the pallet was racked across its 42 in. width.

7

USAO_02702252

## 4. Bending Test – Top Deck Bending



**Figure 7:** Experimental setup for bending test on top pallet decks.

The bending stiffness and strength of the top deck and blocks were determined using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 7)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. A During the test, three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while the pallets were loaded across their width. The load was provided by rigid load beams defined in ISO 8611-2011 Part 1. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 8)**.



**Figure 8:** Locations of deflection measurements for bending test on top pallet decks.

8

USAO_02702253

The results of the bending test on pallet decks are presented in **Table 3** while the load-deflection diagram of the test are presented in **Figure 9 and 9.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 3:** Results of bending test on pallet decks. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet - Failure | | | | | 23,404+ | 0.19 |
| Pallet – RAW Creep 1 | 11,700 | 0.12 | 0.12 | 0.02 | 23,398+ | 0.17+ |
| Pallet – RAW Creep 2 | 11,700 | 0.13 | 0.13 | 0.01 | 23,400+ | 0.18+ |
| Pallet – RAW Creep 3 | 11,700 | 0.12 | 0.12 | 0.01 | 23,407+ | 0.18+ |
| **RAW Limit** | | | <0.38 | <0.13 | | <1.15 |
| **RAW Average** | | **0.12** | **0.12** | **0.01** | **23,402** | **0.18** |
| **RAW Std. Dev.** | | **0.01** | **0.00** | **0.01** | **5** | **0.01** |
| **RAW COV %** | | **2** | **2** | **54** | **0** | **6** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



**Figure 9:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the failure test.

9



**Figure 10:** Load-deflection diagram of the bending test on top pallet decks loaded using ISO rigid bars during the creep test.

10

USAO_02702255

## *5. Bending Test – Bottom Deck Bending*



**Figure 11:** Experimental setup for bending test on bottom pallet decks.

The bending stiffness and strength of the bottom deck and blocks were tested using floor stacking support conditions based on the guidelines of ISO 8611 (2011) testing standard **(Figure 11)**. A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test three (3) 4in. wide box-beams were used to fully support all blocks of the specimen. The pallet was placed into the machine upside down. To determine the creep performance of the pallet, two (2) hours creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined two (2) hours after the creep load was removed. The deflection was monitored using string potentiometers **(Figure 12)**.



**Figure 12:** Locations of deflection measurements for bending test on bottom pallet decks.

11

USAO_02702256

The results of the bending test on bottom pallet decks are presented in **Table 4** while the load-deflection diagram of the test is presented in **Figure 13 and 13.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed**.**

**Table 4:** Results of bending test on bottom pallet decks loaded with rigid beams. RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| Pallet ID | Applied creep load (lbs.) | Maximum deflection after applying the creep load (in.) | Maximum deflection after 2 hours creep test (in.) | Maximum deflection after 1 hour relaxation time (in.) | Maximum load at failure (lbs.) | Maximum deflection at failure (in.) |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.14 | 0.14 | 0.01 | 23,412 | 0.25 |
| Pallet – RAW Creep 2 | 11,700 | 0.17 | 0.17 | 0.01 | 23,412 | 0.31 |
| Pallet – RAW Creep 3 | 11,700 | 0.16 | 0.16 | 0.02 | 23,412 | 0.32 |
| **RAW Limit** | | | <0.39 | <0.13 | | <1.55 |
| **RAW Average** | | **0.16** | **0.16** | **0.01** | **23,412** | **0.29** |
| **RAW Std. Dev.** | | **0.01** | **0.02** | **0.00** | **0** | **0.04** |
| **RAW COV %** | | **9** | **11** | **21** | **0** | **13** |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.



Pallet Failure RAW Creep 1 —— Pallet Failure RAW Creep 2 —— Pallet Failure RAW Creep 3

**Figure 13:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the failure test.

12



**Figure 14:** Load-deflection diagram of the bending test on bottom pallet decks loaded using ISO rigid bars during the creep test.

13

USAO_02702258

## *6. Bending Test – Fork Tine Support*



**Figure 15:** Experimental setup for pallet bending test using fork tine support.

The bending stiffness and strength of the deck were tested using fork tine support conditions based on the guidelines of ISO 8611 (2011) testing standard (**Figure 15**). A Tinius Olson compression testing equipment, equipped with four 10,000 lbs. load cells was used for the testing. During the test two (2) 4 in. wide steel beams were positioned under the top deck half way between the blocks. To determine the creep performance of the pallet, 30 minutes creep test was performed on three (3) specimens using 11,700 lbs. creep test load while they were racked across their width. The load was provided by a set of rigid beams defined by ISO 8611-2011 situated on the top of the pallet. A 100 lbs. datum load was applied to the top of the pallet prior to the application of the creep load. The datum load included the weight of the loading-beams. The residual deflection was determined thirty (30) minutes after the creep load was removed. The deflection was monitored using string potentiometers (**Figure 16**).

14

USAO_02702259



**Figure 16**: Locations of deflection measurements for pallet bending test using fork tine supports.

The results of the failure test are presented in **Table 5** while the load-deflection diagram of the failure tests are presented in **Figure 17 and 17.** The strength of the pallet exceeded the capacity of the equipment thus; no physical failure of the pallet was observed.

**Table 5:** Results of bending test using fork tine support while it was loaded with rigid beams, RAW – racked across the width, Std. Dev. - Standard Deviation, COV- Coefficient of Variation. The values do not include the 100 lbs. datum load.

| **Pallet ID** | **Applied creep load (lbs.)** | **Maximum deflection after applying the creep load (in.)** | **Maximum deflection after 30 min. creep test (in.)** | **Maximum deflection after 30 min. relaxation time (in.)** | **Maximum load at failure (lbs.)** | **Maximum deflection at failure (in.)** |
|---|---|---|---|---|---|---|
| Pallet – RAW Creep 1 | 11,700 | 0.31 | 0.32 | 0.00 | 23,412+ | 0.67+ |
| Pallet – RAW Creep 2 | 11,700 | 0.32 | 0.32 | 0.02 | 23,412+ | 0.60+ |
| Pallet – RAW Creep 3 | 11,700 | 0.22 | 0.32 | 0.01 | 23,240+ | 0.87+ |
| **RAW Limit** | | | <0.29 | <0.16 | | <0.87 |
| **RAW Average** | | 0.32 | 0.33 | 0.01 | 23,021 | 0.71 |
| **RAW Std. Dev.** | | 0.01 | 0.01 | 0.01 | 677 | 0.14 |
| **RAW COV %** | | 3 | 2 | 64 | 3 | 20 |

**Note:** numbers marked with red exceeded the deflection limit defined by ISO 8611.

15



**Figure 17:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars until failure.



**Figure 18:** Load-deflection diagram of the investigated pallet design using a fork tine support while it was loaded with ISO rigid bars during the creep test.

16

USAO_02702261

## 7. Incline Impact Test on 42 in. Middle Pallet Stringers



**Figure 19:** Experimental setup for incline impact test on 42 in. middle pallet stringer.

The durability of the middle pallet stringer/block was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 19**. The impacts start with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 6in and ten (10) impacts were repeated until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each pallet post design.

The results of the test are presented in **Table 6 and 8.** The representative mode of failure of the pallet design are presented in **Figure 20**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 6:** Results of incline impact resistance on 42 in. middle pallet stringer. Std. Dev. - Standard Deviation, COV- Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 in. 269lbs | 6 in. 719lbs | 12 in. 719lbs | 18 in. 719lbs | 24 in. 719lbs | 30 in. 719lbs | 36 in. 719lbs | 42 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 40" End | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Average | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Std. Dev. | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COV (%) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

17

USAO_02702262

**Table 7:** Average estimated kinetic energy caused by the impact of the 42 in. middle pallet posts on the investigated pallet design.

|  | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 20,313 | 4% |
| **GMA Wooden pallet design[1]** | 400-500 | |

1 The results of the wooden GMA pallet design is presented for informational purposes and represents a theoretical values only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 20**: Representative mode of failure of the middle pallet posts on the 42 in. end of the investigated pallet design during the incline impact test.

USAO_02702263

## 8. Incline Impact Test on 42 in. Pallet Edges



**Figure 21:** Experimental Setup for incline impact test on 42 in. pallet edges.

The durability of the 42 in. pallet edges was tested on the incline impact tester using a modified ISO 8611-2011 standard. The test setup is presented in **Figure 21.** More information about the experimental setup can be found in ISO 8611-2011. The impact started at 12-inches with a 269-pound sled on top of the pallet. After 10 impacts, 450 pounds were added to the sled and another 10 impacts performed. The distance was then increased by increments of 12-inches and ten (10) impacts were repeated for each of the increments until significant strength reduction occurred or the usability of the pallet was compromised. The speed of the pallet was recorded and the potential kinetic energy was calculated. Three (3) samples were tested from each design.

The results of the test are presented in **Table 8 and 9.** while the representative damages are displayed in **Figure 22**. The pallet did not experience physical failure during the test. The testing was stopped because the maximum impact distance was reached.

**Table 8:** Results of incline impact resistance on 42 in. pallet edge. Std. Dev. - Standard Deviation, COV-Coefficient of Variance.

| Pallet ID | Impacted Side | Number of Impacts to Failure | | | | |
|---|---|---|---|---|---|---|
| | | 12 in. 269lbs | 12 in. 719lbs | 24 in. 719lbs | 36 in. 719lbs | 48 in. 719lbs |
| Pallet 1 | 42" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 2 | 42" End | 10 | 10 | 10 | 10 | 10 |
| Pallet 3 | 42" End | 10 | 10 | 10 | 10 | 10 |
| Average | | 10 | 10 | 10 | 10 | 10 |
| Std. Dev. | | 0 | 0 | 0 | 0 | 0 |
| COV (%) | | 0 | 0 | 0 | 0 | 0 |

19

**Table 9:** Average estimated kinetic energy caused by impact on the 42 in. pallet edge of the investigated pallet design.

| | Average Estimated Kinetic Energy (lb-ft) | COV (%) |
|---|---|---|
| **Investigated Pallet Design** | 8,319 | 1% |
| **Wooden pallet design[1]** | 800-3,000 | |

1 The results of the wooden perimeter base block pallet design is presented for informational purposes and represent a theoretical value only. The actual performance depends on the exact specifications of the pallet and it might or might not be higher than the published value.



**Figure 22:** Representative damage mode of the investigated pallet design during the incline impact test on 42 in. pallet edge.

20

USAO_02702265

## *9. Free-Fall Drop Test on Pallet Corners*



**Figure 23:** Experimental setup for free-fall drop test on pallet corners.

The durability of the pallet was tested using the free-fall drop test on the pallets' corners from a height of 40 and 80-inches using a modified ISO 8611-2011 standard. The experimental setup is presented in **Figure 23**. The diagonal dimensions of the top and bottom of the specimen were recorded at the beginning of the test and after each of the drops using a tape measure. A maximum of 10 drops were completed. Three (3) specimens were tested from each design.

The results of the test are presented in **Table 10**. One pallet failed because of a broken weld. The other two pallets survived the drop sequence with minor corner crushing. The representative mode of failure of the pallet design are presented in **Figure 24.**

**Table 10:** Results of free-fall drop test on pallet corners. Std. Dev. – Standard Deviation, COV – Coefficient of Variation.

| Pallet ID | Number of drops at 40 inches | Number of drops at 80 inches | Damage causing failure |
|---|---|---|---|
| Pallet 1 | 10 | 6 | Corner Failure |
| Pallet 2 | 10 | 9 | Weld Failure |
| Pallet 3 | 10 | 10 | Weld Failure |
| Average | 10.00 | 8.33 | |
| Std. Dev. | 0 | 2.08 | |
| COV (%) | 0 | 25 | |

21



**Figure 24:** Representative mode of failure of the investigated pallet design during free-fall drop test on pallet corners.

22

USAO_02702267

## 10.    *Coefficient of Friction Test*

The following laboratory tests were conducted to measure the Coefficient of Friction (CoF):

-    Test 1: Laboratory Test of Top Deck CoF on Corrugated Board
-    Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

Determination of the static Coefficient of Friction (CoF) was conducted in the same manner for each of the tests. The pallet was exposed to the test surface (ex. steel, corrugated, etc.), and a horizontal force was applied to the pallet at a constant rate of 1.0 in. / minute.   Force was applied until motion was achieved, and that force was recorded as horizontal force $F_h$.   The static coefficient of friction was determined using the following formula:

$$\mu_s = F_h \ / \ F_n$$

where   $\mu_s$ = static Coefficient of Friction
$\qquad$ $F_h$ = horizontal force required to cause motion
$\qquad$ $F_n$ = weight of the pallet

### Test 1: Laboratory Test of Top Deck CoF on Corrugated

The pallet was placed inverted on a sheet of corrugated board larger than the dimensions of the pallet.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$). This test was performed parallel to the pallet length.  This test setup is illustrated in **Figure 25**.



**Figure 25:** Laboratory test setup for measuring CoF on corrugated.

### Test 2: Laboratory Test of Bottom of Top Deck CoF on Fork tines

The pallet was supported under the top deck by two 4 inch (10mm) wide polished steel fork tines.  A horizontal force was applied until motion was achieved. The maximum force causing the motion was recorded as the horizontal force ($F_h$).  This test was performed parallel to the pallet length.  The fork tine supports had a 26 inch span (outside to outside) and were 40 inches in length.  This test setup is illustrated in **Figure 26.**



**Figure 26**: **Laboratory test setup for measuring CoF on fork tines.**

The results of the tests are presented in **Table 11**.

23

USAO_02702268

**Table 11:** Results of the Coefficient of Friction tests. Std. Dev. - Standard deviation COV- Coefficient of Variance.

| Pallet ID | Coefficient of Friction | |
|---|---|---|
| | Test 1 (Corrugated) | Test 3 (Fork tine) |
| Pallet 1 | 0.67 | 0.44 |
| Pallet 2 | 0.57 | 0.67 |
| Pallet 3 | 0.64 | 0.76 |
| **Average** | **0.62** | **0.62** |
| **Std. Dev.** | **0.05** | **0.16** |
| **COV** | **8%** | **26%** |

24

USAO_02702269

## 11.   Standard Terms and Conditions

The Virginia Tech Center for Packaging and Unit Load Design (CPULD) recognizes that cost-effective testing is a matter of subjective judgment as determined by the Client.  Therefore, we offer a range of testing services to meet the specifications of each Client.  The Scope of Work Statement forms the sole contractual understanding between the herein named Client and CPULD, and is the result of the information and objectives provided by the Client, and any other written communications (including emails) which may serve to augment or modify the terms herein.

**Standards and Accuracy:**  All lab testing will be done on a best efforts basis in accordance with the specified or applicable Standards (ISO, ASTM, etc.) to the degree specified by the Client and/or CPULD, or to the limits of the laboratory.  Due to the nature of Standards testing, it is likely that Standards will change over time, as will the degree to which CPULD can adhere to them.  Client is advised that deviations from the published Standards may affect the degree to which the results are transferrable or generalizable.  While CPULD takes reasonable measures to ensure accuracy in testing, variations are to be expected.

**Materials**: In the absence of specifications to the contrary in the Scope of Work Statement, all materials supplied by the Client (including but not limited to products, tools, equipment, pallets, packaging materials, etc.) will be disposed of by CPULD two weeks after CPULD submits the final report to the Client and will not be returned to the Client at the conclusion of testing.

**Timing of Deliverables:**  Client is advised that testing cannot begin until the Scope of Work Statement is signed and delivered to CPULD, the required fee or down payment must be paid, and all materials to be provided by the Client are actually received at CPULD.  If materials are not provided in a timely manner, the tests may not be completed in accordance with the time estimates provided in the Scope of Work Statement. From time to time, additional testing materials to be provided by the Client may be required to complete the testing process, in which case completion of testing may be affected.  As an academic research center, the demands of the academic calendar at Virginia Tech may also affect the availability of test equipment and testing personnel, which may impact timetables.

**Reports:**  The deliverable testing report(s) shall not be reproduced, except in full, without the written approval of CPULD.

**Warrantees:**  The Center for Packaging and Unit Load Design at Virginia Tech assumes no responsibility or guarantees / warranties (stated or implied) regarding performance and only assumes responsibility for the test data reported. All other warranties expressed or implied, including any warranty that the product, pallet, or package tested is merchantable, fit for a particular purpose or application or is in compliance with any industry, state, or federal compliance, is disclaimed.

**Disputes:**  In the event of a dispute of any sort relating to any aspect of this Scope of Work Statement and the performance of CPULD (including but not limited to research, testing, or deliverables) produced by CPULD, the Client shall notify CPULD in writing within 30 days of receipt of the last deliverable under the agreed-upon Scope of Work

USAO_02702270