# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cr-00282-RGK | Date | August 10, 2021 |
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | | | |

| Sharon Williams | Sheri Kleeger | Roger Hsieh; Poonam Kumar; Gregory Bernstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (5) Perfectus Aluminium, Inc. | | | X | Robert Ruyak | X | | X |
| (6) Perfectuis Aluminum Acquisitions, Inc. | | | X | Robert Ruyak | X | | X |
| (7) Scuderia Development, LLC | | | X | Hillary Potashner/Stephen Larson/A. Alexander Lowder | X | | X |
| (8) 1001 Doubleday, LLC | | | X | Hillary Potashner/Stephen Larson/A. Alexander Lowder | X | | X |
| (9) Von-Karman - Main Street, LLC | | | X | Hillary Potashner/Stephen Larson/A. Alexander Lowder | X | | X |
| (10) 10681 Production Avenue, LLC | | | X | Hillary Potashner/Stephen Larson/A. Alexander Lowder | X | | X |

ALSO PRESENT: Jay Huang, HSI

| | Day COURT TRIAL | 1st | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X | Held & continued; | Completed by jury verdict/submitted to court. |
| X | The Jury is impaneled and sworn. | | | | |
| X | Opening statements made | Government and defendants | | | |
| X | Witnesses called, sworn and testified. | | | | |
| X | Exhibits identified | X | Exhibits admitted | | |
| | Government rests. | | Defendant(s) | | rest. |
| | Motion for mistrial by | | is | granted | denied | submitted |
| | Motion for judgment of acquittal (FRCrP 29) | is | granted | denied | submitted |
| | Closing arguments made | Court instructs jury | | Bailiff sworn | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | | |
| | Alternates excused | Jury retires to deliberate | | Jury resumes deliberations | |
| | Finding by Court as follows: | | Jury Verdict as follows: | | |
| Dft # | Guilty on count(s) | | Not Guilty on count(s) | | |
| | Jury polled | Polling waived | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | Filed Witness & Exhibit lists | | Filed Jury notes | | Filed Jury Instructions | | Filed Jury Verdict |

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

____ Dft # ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

 X   Case continued to   August 11, 2021 at 8:30 am   for further trial/further jury deliberation.

____ Other:

                                                                                            4  :  35

Initials of Deputy Clerk   sw