# LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT
**8/23/2021**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ *igr* _____ DEPUTY

| Case Number | 2:19-cr-00282-RGK | Title | USA v. Liu et al |
|---|---|---|---|

| Judge | R. GARY KLAUSNER |
|---|---|

| Dates of Trial or Hearing | 08/10/21; *08·11·21; 08·12·21; 08·13·21; 08·16·21; 08·17·21; 08·18·21; 08·19·21 08·20·21* |
|---|---|

| Court Reporters or Tape No. | Sheri Kleeger |
|---|---|

| Deputy Clerks | Sharon Williams ; *PATRICIA GOMEZ* |
|---|---|

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Roger Hsieh, AUSA | Stephen Larson |
| Poonam Kumar, AUSA | Hilary Potashner |
| Gregory Bernstein, AUSA | A. Alexander Lowder |
| Jay Huang, HSI | Robert Ruyak |
| | |

| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | *WILLIAM RILEY* | *π* |
| *37* | ✓ | ✓ | | | | | |
| *377* | ✓ | ✓ | | | | | |
| | | | *1000* | ✓ | ✓ | *PCA BUSINESS RECORD PGS 1,4,5-6* | |
| *45* | ✓ | ✓ | | | | | |
| *48* | ✓ | ✓ | | | | | |
| | | | *1001* | ✓ | ✓ | *PHOTO* | |
| | | | | | | *SHAUN HAMER* | *π* |
| *42* | ✓ | ✓ | | | | *PG 1-3* | |
| *54* | ✓ | ✓ | | | | *PG 1-7, 9-15* | |
| *319* | ✓ | ✓ | | | | *PG 1* | |
| *317* | ✓ | *NO* | | | | | |
| | | | | | | *OLIVIA RESENDEZ* | *π* |
| *40* | ✓ | ✓ | | | | *PG 1,4,6,16* | |
| | | | | | | *RICKY CHAVARRIA* | *π* |
| *744* | ✓ | ✓ | | | | | |
| *745* | ✓ | ✓ | | | | | |
| *752* | ✓ | ✓ | | | | | |
| *1* | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. 2:19-CR-00282-RGK     Title: USA V. LIU

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 108 | ✓ | ✓ | | | | PGS 1, 4, 6, 8 | |
| 704 | ✓ | ✓ | | | | | |
| 701 | ✓ | ✓ | | | | | |
| 705 | ✓ | ✓ | | | | | |
| | | | | | | SUK LUO | π |
| 57 | ✓ | ✓ | | | | | |
| 107 | ✓ | ✓ | | | | | |
| | | | | | | JACKIE ZHOU | π |
| 238 | ✓ | ✓ | | | | PG 1, 6 | |
| | | | 1002 | ✓ | ✓ | FACTORY PHOTOS | |
| | | | | | | | |
| | | | | | | PANUCHAI PRABITRATANGA | π |
| 500 | ✓ | NO | | | | | |
| 501 | ✓ | ✓ | | | | | |
| 504 | ✓ | NO | | | | | |
| 505 | ✓ | ✓ | | | | | |
| 506 | ✓ | NO | | | | | |
| 507 | ✓ | ✓ | | | | | |
| 510 | ✓ | NO | | | | | |
| 511 | ✓ | ✓ | | | | | |
| 540 | ✓ | NO | | | | | |
| 541 | ✓ | ✓ | | | | | |
| 546 | ✓ | NO | | | | | |
| 547 | ✓ | ✓ | | | | | |
| 514 | ✓ | NO | | | | | |
| 515 | ✓ | ✓ | | | | | |
| 516 | ✓ | NO | | | | | |
| 517 | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19-00282-RGK   Title: USA v. LIN

| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | Exhibit Description / Witness | Called By |
|-------|-----|-----|-------|-----|-----|------------------------------|-----------|
| | Plaintiff(s) | | | Defendant(s) | | | |
| 552 | ✓ | NO | | | | | |
| 553 | ✓ | ✓ | | | | | |
| 570 | ✓ | NO | | | | | |
| 571 | ✓ | ✓ | | | | | |
| 534 | ✓ | NO | | | | | |
| 535 | ✓ | ✓ | | | | | |
| 583 | ✓ | NO | | | | | |
| 584 | ✓ | ✓ | | | | | |
| 522 | ✓ | NO | | | | | |
| 523 | ✓ | ✓ | | | | | |
| 215 | ✓ | ✓ | | | | | |
| 216 | ✓ | ✓ | | | | | |
| | | | 1003 | ✓ | NO | EMAIL WITH PHOTOS | |
| | | | | | | CHRISTIAN ROBLES | π |
| 533 | ✓ | ✓ | | | | | |
| 532 | ✓ | ✓ | | | | | |
| 554 | ✓ | ✓ | | | | | |
| 555 | ✓ | ✓ | | | | | |
| 556 | ✓ | ✓ | | | | | |
| 558 | ✓ | ✓ | | | | | |
| 559 | ✓ | | | | | | |
| 560 | ✓ | ✓ | | | | | |
| 564 | ✓ | ✓ | | | | | |
| 565 | ✓ | ✓ | | | | | |
| 566 | ✓ | ✓ | | | | | |
| | | | | | | MARK LI | π |
| 357 | ✓ | ✓ | | | | PGS 1-3 | |
| 358 | ✓ | ✓ | | | | PGS 1-2, 3 | |
| 359 | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19-00282-RGK          Title: USA v. LIN

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 262 | ✓ | ✓ | | | | PGS 1-5 | |
| 366 | ✓ | ✓ | | | | PGS 1-5 | |
| 368 | ✓ | ✓ | | | | PGS 1, 3, 4-5 | |
| 375 | ✓ | ✓ | | | | PGS 1-2, 5-13 | |
| 416 | ✓ | ✓ | | | | PG 1-2 | |
| 379 | ✓ | ✓ | | | | PGS 1-3 | |
| 381 | ✓ | ✓ | | | | PG 1 | |
| 370 | ✓ | ✓ | | | | PG 8-9 | |
| 371 | ✓ | ✓ | | | | | |
| 328 | ✓ | ✓ | | | | PG 1, 3-4 | |
| 411 | ✓ | ✓ | | | | | |
| 340 | ✓ | ✓ | | | | PG 1-2 | |
| 349 A | ✓ | ✓ | | | | PG 1, 3, 4, 5 | |
| 371 | ✓ | ✓ | | | | PG 3-7 | |
| 384 | ✓ | ✓ | | | | PG 1-3 | |
| 344 | ✓ | ✓ | | | | | |
| 356 | ✓ | ✓ | | | | PG 1-2 | |
| 307 | ✓ | ✓ | | | | PG 1-4 | |
| 309 | ✓ | ✓ | | | | | |
| 311 | ✓ | ✓ | | | | PG 1 | |
| 310 | ✓ | ✓ | | | | PG 1-30 | |
| 313 | ✓ | ✓ | | | | PG 1 | |
| 312 | ✓ | ✓ | | | | PG 1-29 | |
| 382 | ✓ | ✓ | | | | PG 1 | |
| 390 | ✓ | ✓ | | | | PG 1, 4 | |
| 401 | ✓ | ✓ | | | | PG 1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19-00282-RGK    Title: USA V. LIU

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | KIM NGUYEN | π |
| 324 | ✓ | ✓ | | | | PG 1-2 | |
| 376 | ✓ | ✓ | | | | | |
| | | | | | | ALEX VILLANUEVA | π |
| 242 | ✓ | ✓ | | | | | |
| 243 | ✓ | ✓ | | | | | |
| 200 | ✓ | ✓ | | | | | |
| 201 | ✓ | ✓ | | | | | |
| 202 | ✓ | ✓ | | | | ALL PAGES EXCEPT PG1 | |
| 203 | ✓ | ✓ | | | | ALL PAGES EXCEPT PG1 | |
| 217 | ✓ | NO | | | | | |
| | | | 1008 | ✓ | ✓ | SCOPE RULING DECISION MEMO | |
| | | | 1014 | ✓ | ✓ | OPINION | |
| | | | | | | | |
| | | | | | | OLIVER CHI | π |
| 350 | ✓ | ✓ | | | | | |
| 351 | ✓ | ✓ | | | | | |
| | | | | | | POI-CHI ERIC SHEN | π |
| 56 | ✓ | ✓ | | | | | |
| 58 | ✓ | ✓ | | | | | |
| 59 | ✓ | ✓ | | | | | |
| 115 | ✓ | ✓ | | | | | |
| 120 | ✓ | ✓ | | | | | |
| 128 | ✓ | ✓ | | | | | |
| 632 | ✓ | ✓ | | | | | |
| 6 | ✓ | ✓ | | | | | |
| 127 | ✓ | ✓ | | | | | |
| 300 | ✓ | ✓ | | | | | |
| 125 | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. _CR19·00282-RGK_          Title: _USA V. LIN_

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 134 | ✓ | ✓ | | | | | |
| 129 | ✓ | ✓ | | | | 1G 1, 100 | |
| 203 | ✓ | ✓ | | | | | |
| 109 | ✓ | ✓ | | | | 1G 1 | |
| 230 | ✓ | ✓ | | | | | |
| 117 | ✓ | ✓ | | | | | |
| 229 | ✓ | ✓ | | | | | |
| 60 | ✓ | ✓ | | | | | |
| 111 | ✓ | ✓ | | | | | |
| 228 | ✓ | ✓ | | | | | |
| 304 | ✓ | ✓ | | | | | |
| 322 | ✓ | ✓ | | | | | |
| 323 | ✓ | ✓ | | | | | |
| 113 | ✓ | ✓ | | | | | |
| 115 | ✓ | ✓ | | | | | |
| 316 | ✓ | ✓ | | | | | |
| 61 | ✓ | ✓ | | | | | |
| 341 | ✓ | ✓ | | | | | |
| 342 | ✓ | ✓ | | | | | |
| 204 | ✓ | ✓ | | | ✓ | | |
| 205 | ✓ | ✓ | | | | | |
| 206 | ✓ | ✓ | | | | | |
| 207 | ✓ | ✓ | | | | | |
| 208 | ✓ | ✓ | | | | | |
| 210 | ✓ | ✓ | | | | | |
| 211 | ✓ | ✓ | | | | | |
| 212 | ✓ | ✓ | | | | | |
| 209 | ✓ | ✓ | | | | | |
| 213 | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19-00282-RGK            Title: USA v. Dot LIN

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | Jay Huang | Gov. |
| 130 | ✓ | ✓ | | | | | |
| 131 | ✓ | ✓ | | | | | |
| 132 | ✓ | ✓ | | | | | |
| 133 | ✓ | ✓ | | | | | |
| 134 | ✓ | ✓ | | | | | |
| 135 | ✓ | ✓ | | | | | |
| 136 | ✓ | ✓ | | | | | |
| 137 | ✓ | ✓ | | | | | |
| 138 | ✓ | ✓ | | | | | |
| 139 | ✓ | ✓ | | | | | |
| 140 | ✓ | ✓ | | | | | |
| 141 | ✓ | ✓ | | | | | |
| 142 | ✓ | ✓ | | | | | |
| 143 | ✓ | ✓ | | | | | |
| 144 | ✓ | ✓ | | | | | |
| 145 | ✓ | ✓ | | | | | |
| 326 | ✓ | ✓ | | | | | |
| 373 | ✓ | NO | | | | | |
| 731 | ✓ | NO | | | | | |
| 231 | ✓ | ✓ | | | | | |
| 227 | ✓ | ✓ | | | | | |
| 232 | ✓ | ✓ | | | | | |
| 233 | ✓ | ✓ | | | | | |
| 234 | ✓ | ✓ | | | | | |
| 235 | ✓ | ✓ | | | | | |
| 47 | ✓ | ✓ | | | | | |
| 49 | ✓ | ✓ | | | | PGS 1-4 | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19-00282-RGK          Title: USA v. LIN

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | DANIEL PORTER | π |
| | | | | | | | |
| | | | | | | GENE TOBY HENSON | π |
| | | | | | | | |
| | | | | | | LASLO HORVATH | π |
| | | | | | | | |
| | | | | | | ROBERT OTTERBEIN | π |
| 332 | ✓ | ✓ | | | | | |
| 217 | ✓ | ✓ | | | | PG 1, 3-10 | |
| 218 | ✓ | ✓ | | | | PG 1, 2 | |
| 219 | ✓ | ✓ | | | | | |
| 335 | ✓ | ✓ | | | | PG 1-2 | |
| 343 | ✓ | ✓ | | | | | |
| | | | | | | SHAYNE REICHERT | π |
| | | | | | | | |
| | | | | | | BRUCE RAINE | π |
| 7 | ✓ | ✓ | | | | | |
| | | ✓ | | | | THANH NGUYEN | π |
| 4 | ✓ | ✓ | | | | PG 1-25 | |
| 5 | ✓ | ✓ | | | | PG 1-25 | |
| 2 | ✓ | ✓ | | | | PGS 1-2 | |
| 3 | ✓ | ✓ | | | | | |
| | | | | | | RICKY CHAVARRIA | π |
| 753-1 | ✓ | ✓ | | | | | |
| 710 | ✓ | ✓ | | | | | |
| 711 | ✓ | ✓ | | | | | |
| 712 | ✓ | ✓ | | | | | |
| 713 | ✓ | ✓ | | | | | |
| 714 | ✓ | ✓ | | | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. _CR 19·00282 - RGK_    Title: _USA V. LIN_

| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | Exhibit Description / Witness | Called By |
|-------|-----|-----|-------|-----|-----|------------------------------|----------|
| | Plaintiff(s) | | | Defendant(s) | | | |
| 715 | ✓ | ✓ | | | | | |
| 716 | ✓ | ✓ | | | | | |
| 717 | ✓ | ✓ | | | | | |
| 718 | ✓ | ✓ | | | | | |
| 719 | ✓ | ✓ | | | | | |
| 720 | ✓ | ✓ | | | | | |
| 721 | ✓ | ✓ | | | | | |
| 722 | ✓ | ✓ | | | | | |
| 723 | ✓ | ✓ | | | | | |
| 724 | ✓ | ✓ | | | | | |
| 725 | ✓ | ✓ | | | | | |
| 726 | ✓ | ✓ | | | | | |
| 727 | ✓ | ✓ | | | | | |
| 728 | ✓ | ✓ | | | | | |
| 729 | ✓ | ✓ | | | | | |
| 730 | ✓ | ✓ | | | | | |
| 731 | ✓ | ✓ | | | | | |
| 732 | ✓ | ✓ | | | | | |
| 733 | ✓ | ✓ | | | | | |
| 734 | ✓ | ✓ | | | | | |
| 735 | ✓ | ✓ | | | | | |
| 736 | ✓ | ✓ | | | | | |
| 737 | ✓ | ✓ | | | | | |
| 738 | ✓ | ✓ | | | | | |
| 739-1 | ✓ | ✓ | | | | | |
| | | | | | | LORI CARMACK | -π |
| 9 | ✓ | ✓ | | | | | |
| 10 | ✓ | ✓ | | | | | |
| 662 | ✓ | ✓ | | | | CERTAIN PAGES ONLY | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 19·00282·RGK     Title: USA v. LIU

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 674 | ✓ | ✓ | | | | CERTAIN PAGES ONLY | |
| 677 | ✓ | ✓ | | | | | |
| 675 | ✓ | ✓ | | | | PGS 129-130, 136-137 | |
| | | | | | | | |
| | | | | | | TORBEN VOETMANN | π |
| 8 | ✓ | ✓ | | | | | |
| | | | | | | CHRISTOPHER HOLBERT | π |
| | | | | | | RUSSLE LOH | π |
| | | | | | | YIHSION CHEN | π |
| | | | | | | | |
| | | | | | | MARSHALL WHITE | △ |
| | | | 1016 | ✓ | ✓ | PHOTOS | |
| | | | | | | | |
| | | | | | | JULIA KEZIOS | △ |
| | | | | | | | |
| | | | | | | DENIS SIMON | △ |
| | | | | | | | |
| | | | | | | JOHN PETERSON | △ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

### CR NO. 19-282-RGK

### GOVERNMENT'S WITNESS LIST

| WITNESS |
| --- |
| Bill Riley   08·10·21 |
| Shaun Hamer   08·11·21 |
| Olivia Resendez   08·11·21 |
| Ricky Chavarria   08·11·21 ;   08·18·21 |
| Suk Luo   08·11·21 |
| Jackie Zhou   08·11·21 |
| Yan Huang |
| Samuel Chong |
| Praditbatuga, Panuchai   08·11·21 |
| Cristian Robles   08·11·21 |
| Mark Li   08·12·21 |
| Alex Villanueva   08·12·21 |
| Kim Nguyen   08·12·21 |
| Maurice Moore |
| Oliver Chi   08·13·21 |
| Po-Chi Eric Shen   08·13·21 |
| George Hua Wang   08-16-21   08-16-21 |
| Julie Wang |
| Angela Hersley |
| Jay Huang   08·16·21 |

<u>UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS</u>

CR NO. 19-282-RGK

GOVERNMENT'S WITNESS LIST

| |
|---|
| Gene Toby Henson  *08.17.21* |
| Lazlo Horvath  *06.17.21* |
| Robert Otterbein  *08.17.21* |
| Wayne Reichert  *08.17.21* |
| Dan Porter  *08.17.21* |
| Ben Chou |
| Garry Goehring |
| Chase Bank Custodian of Records |
| Cathay Bank Custodian of Records |
| East West Bank Custodian of Records |
| Wells Fargo Custodian of Records |
| Bank of America Custodian of Records |
| Comerica Custodian of Records |
| HSBC Custodian of Records |
| American Continental Bank Custodian of Records |
| Steven Ng |
| Fritz Neuschel |
| Christopher Holbert  *08.18.21* |

2

## UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

### CR NO. 19-282-RGK

### GOVERNMENT'S WITNESS LIST

| |
|---|
| David Pimental |
| Steven Austin |
| Dr. Torben Voetmann NN *08.18.21* |
| Yihwou Howard Chen *08.18.21* |
| Thanh Nguyen *08.18.21* |
| Bruce Raine *08.18.21* |
| Lori Carmack *08.18.21* |
| Jannie Zhong |
| Peter Thompson |
| Russle Loh *08.18.21* |
| Clark Liang |
| Stanley Wu |
| Shawn Li *08.18.21* |

## DEFENDANTS' PROPOSED WITNESS LIST

| Number | Witness Name | |
|--------|--------------|---|
| 1. | John M. Peterson | 08·19·21 |
| 2. | Velda Griffin | |
| 3. | Solomon Rosenthal | |
| 4. | Julia Kezios | 08·19·21 |
| 5. | Dr. Marshall White | 08·18·21 |
| 6. | Dr. Brian Becker | |
| 7. | Dr. Denis Simon | 08·19·21 |
| 8. | Special Agent Joseph M. Spielman IV | |

LARSON
LOS ANGELES

*STIPULATED TO BY*
*COUNSEL 08·19·2021*

## UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

### CR NO. 19-282-RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 1 | Corporation and LLC chart | 8/11/21 |
| 2 | Aluminum pallet summary tables | 8/18/21 |
| 3 | Aluminum pallet summary graphs | 8/18/21 |
| 4 | Import summary with value of goods and number of pieces | 8/18/21 |
| 5 | Import summary with value of unpaid AD/CVD duties | 8/18/21 |
| 6 | IPO wire chart | 8/13/21 |
| 7 | Seized pallet count chart | 8/18/21 |
| 8 | CZW revenue and stock price charts | 8/18/21 |
| 9 | Chart (Perfectus and PPE accounts) | 8/18/21 |
| 10 | Chart (Perfectus and PPE wire transfers) | 8/18/21 |
| 10A | Chart (Perfectus and PPE wires, chronological) | |
| 10B | Chart (select wires referenced in emails) | |
| 11 | Chart (wires in indictment) | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 12 | Chart (Perfectus and PPE wire totals) | 8/18/21 |
| 13 | Chart (2014 wires to China and Hong Kong) | |
| 14 | Chart (Perfectus and PPE wire bar chart) | |
| 15 | Chart (Perfectus wire totals) | |
| 16 | Chart (PCA wire totals) | |
| 17 | Chart (Century Aluminum wire totals) | |
| 18 | Chart (Global Aluminum wire totals) | |
| 19 | Chart (American Apex wire totals) | |
| 20 | Chart (Aluminum Industrial wire totals) | |
| 21 | Chart (Transport Aluminum wire totals) | |
| 22 | Chart (sender/beneficiary wire totals) | |
| 23 | Chart (Eric Shen accounts) | 8/18/21 |
| 24 | Chart (Eric Shen account wire transfers) | |
| 25 | Chart (Eric Shen account wire totals) | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---|---|---|
| 26 | Chart (Eric Shen account wire bar chart) | |
| 27 | Chart (Eric Shen, PPE, and Perfectus sender/beneficiaries) | 8/18/21 |
| 28 | Chart (Irvine warehouse purchase) | 8/18/21 |
| 29 | Chart (Fontana warehouse purchase) | 8/18/21 |
| 30 | Chart (Riverside warehouse purchase) | 8/18/21 |
| 31 | Chart (Tax information summarized) | 8/18/21 |
| 32 | Chart (PPE and Perfectus combined returns) | 8/18/21 |
| 33 | Chart (CZW related party transactions) | |
| 34 | Chart (Trend line of Perfectus sales versus inventory purchases) | 8/18/21 |
| 35 | Chart (PCA tax information) | |
| 36 | Chart (Perfectus tax information) | |
| 37 | Warehouse map. | 8/10/21 |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 38 | Intentionally left blank | |
| 39 | Intentionally left blank | |
| 40 | Photographs of Walnut warehouse | 8/11/21 |
| 41 | Photographs of outside of Ontario warehouse | |
| 42 | Photographs of outside of Irvine warehouse | 8/11/21 |
| 43 | Pallet found at Irvine warehouse | 8/17/21 |
| 44 | Photographs of outside Fontana warehouse | |
| 45 | Photographs of Fontana warehouse with pallets | 8/11/21 |
| 46 | Photographs of outside of Riverside warehouse | |
| 47 | Photographs of UNIS warehouse (Valley) | 8/17/21 |
| 48 | Photographs of UNIS warehouse (Walnut) | 8/11/21 |
| 49 | Photographs of AECOM warehouse | 8/17/21 |
| 50 | Photograph heavy pallet from report (Horvath report) | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 51 | Photographs of pallet welding | 8/17/21 |
| 52 | Photographs of welds | |
| 53 | Warehouse safety proposal photographs | |
| 54 | Photographs of Aluminicaste | 8/11/21 |
| 55 | Photographs from Jackie Zhou | |
| 56 | Photograph of Zhongtian Liu | 8/13/21 |
| 57 | Photograph of Zhongsuo Liu | 8/11/21 |
| 58 | Photograph of Zuopeng Liu | 8/13/21 |
| 59 | Photograph of Zhijie Wang | 8/13/21 |
| 60 | Photograph of Zhaohua Chen | 8/13/21 |
| 61 | Photograph of Johnson Shao | 8/13/21 |
| 62 | | |
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 69 | | |
| 70 | | |
| 71-99 | Intentionally Left Blank | |
| 100 | Perfectus Aluminum Inc. Corporate Records | |
| 101 | Perfectus Acquisitions Corporate Records | |
| 102 | Pengcheng Aluminum Enterprise Inc. USA Corporate Records | |
| 103 | Global Aluminum (USA) Inc. Corporate Records | |
| 104 | Transport Aluminum Corporate Records | |
| 105 | Century American Aluminum Corporate Records | |
| 106 | American Apex Aluminum Inc. Corporate Records | |
| 107 | Aluminum Source Corporate Records | 8/11/21 |
| 108 | Aluminum Industrial Corporate Records | 8/11/21 8/18/21 |
| 109 | 1001 Doubleday LLC Corporate Records | 8/13/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 110 | 1001 Doubleday LLC Certificate of Formation | |
| 111 | 10681 Production Avenue LLC Corporate Records | 8/13/21 |
| 112 | 10681 Production Avenue LLC Corporate Records | |
| 113 | Berlinetta Trading LLC Corporate Records | 8/13/21 |
| 114 | Berlinetta Trading LLC Corporate Records | |
| 115 | Scuderia Development LLC Corporate Records | 8/13/21 |
| 116 | Scuderia Development LLC Corporate Records | |
| 117 | Von Karman-Main Street LLC Corporate Records | 8/13/21 |
| 118 | Von Karman-Main Street LLC Corporate Records | |
| 119 | Gazana and Delaney LLC Corporate Records | 8/13/21 |
| 120 | Scuderia Capital Partners Corporate Records | 8/13/21 |
| 121 | Scuderia Capital Partners Corporate Records | |
| 122 | Alston International Corporate Records | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 123 | Alston International Investment Group Corporate Records | |
| 124 | Mojave Aluminum  Corporate Records | |
| 125 | ZP Liu Scuderia Resignation | 8/13/21 |
| 126 | Asset Purchase Agreement between Shapes, Signature Aluminum, and Global Aluminum (USA) Inc. | |
| 127 | Zhongtian Liu Drawdown Request ($200,000,000) | 8/13/21 |
| 128 | Limited Liability Company Agreement (Scuderia Capital Partners) | 8/13/21 |
| 129 | China CZW Prospectus | 8/13/21 |
| 130 | China CZW Annual Report (2009) | 8/16/21<br>8/18/21 |
| 131 | China CZW Annual Report (2010) | 8/16/21 |
| 132 | China CZW Annual Report (2011) | 8/16/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 133 | China CZW Annual Report (2012) | 8/16/21 |
| 134 | China CZW Annual Report (2013) | 8/13/21 <br> 8/16/21 |
| 135 | China CZW Annual Report (2014) | 8/16/21 |
| 136 | China CZW Annual Report (2015) | 8/16/21 |
| 137 | China CZW Annual Report (2016) | 8/18/21 |
| 138 | China CZW Annual Report (2017) | 8/16/21 |
| 139 | CZW Clarification Announcement (July 31, 2015) | 8/16/21 |
| 140 | CZW Announcement Pursuant to Rule 13.09(1) of the Listing Rules (November 2, 2009) | 8/16/21 |
| 141 | CZW Announcement Price-Sensitive Information and Resumption of Trading (August 2, 2010) | 8/16/21 |
| 142 | CZW Clarification Announcement and Resumption of Trading (August 12, 2015) | 8/16/21 |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 143 | CZW Clarification Announcement (September 10, 2015) | 8/16/21 |
| 144 | CZW Clarification Announcement (May 12, 2017) | 8/16/21 |
| 145 | CZW Clarification Announcement (September 17, 2017) | 8/16/21 |
| 146 | | |
| 147 | | |
| 148 | | |
| 149 | | |
| 150 | | |
| 151-199 | Intentionally Left Blank | |
| 200 | Certified 2011 AD Order | 8/12/21 |
| 201 | Certified 2011 CVD Order | 8/12/21 |
| 202 | Certified 2016 Scope Ruling (1xxx) | 8/12/21 |
| 203 | Certified 2017 Scope Ruling (6xxx) | 8/12/21 |
| 204 | CBP Import Records-George Wang (2011) | 8/16/21 |

10

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 205 | CBP Import Records-George Wang (January-June 2012) | 8/16/21 |
| 206 | CBP Import Records-George Wang (July-December 2012) | 8/16/21 |
| 207 | CBP Import Records-George Wang (January-June 2013) | 8/16/21 |
| 208 | CBP Import Records-George Wang (July-December 2013) | 8/16/21 |
| 209 | CBP Import Records-Cargoways Services (2013) | 8/16/21 |
| 210 | CBP Import Records-Success Systems (2013) | 8/16/21 |
| 211 | CBP Import Records-George Wang (2014) | 8/16/21 |
| 212 | CBP Import Records-Success Systems (2014) | 8/16/21 |
| 213 | CBP Import Records-Cargoways Services (2014) | 8/16/21 |
| 214 | ATS line data | |
| 215 | CBP Request for Information dated 6/25/13 | 8/11/21 |
| 216 | CBP Request for Information dated 3/11/13 | 8/11/21 |
| 217 | Aluminum Shapes correspondence | 8/17/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 218 | Aluminum Shapes CBP questionnaire | 8/17/21 |
| 219 | Aluminum Shapes PowerPoint presentation | 8/17/21 |
| 220 | Aluminum Shapes sample invoice records | |
| 221 | Aluminum Shapes CBP email | |
| 222 | Aluminum Shapes pallet shipments | |
| 223 | Deposit for Fontana Warehouse purchase | |
| 224 | Buyer's Final Settlement Statement for Irvine warehouse | |
| 225 | Buyer's Final Settlement Statement for Fontana warehouse | |
| 226 | Title insurance for Ontario warehouse | |
| 227 | Riverside Warehouse grant deed | 8/17/21 |
| 228 | Fontana Warehouse grant deed | 8/13/21 |
| 229 | Irvine Warehouse grant deed | 8/13/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 230 | Ontario Warehouse grant deed | 8/13/21 |
| 231 | Johnson Shao declaration filed in US District Court for CDCA (Certified) | 8/17/21 |
| 232 | Zhijie Wang declaration filed in US District Court for CDCA (Certified) | 8/17/21 |
| 233 | Zhijie Wang declaration filed in US District Court for CDCA (Certified) | 8/17/21 |
| 234 | Zhijie Wang declaration filed in US District Court for CDCA (Certified) | 8/17/21 |
| 235 | Zhijie Wang declaration filed in US District Court for CDCA (Certified) | 8/17/21 |
| 236 | Google records | |
| 237 | Aluminum pallet-vendor comparison | |
| 238 | Pacific Aluminum Industrial Articles of Organization | 8/11/21 |
| 239 | 2011/06/22 Shao email to George Wang re: AD/CVD Orders | |
| 240 | 2016/11/01 George Wang Sworn Statement | |
| 241 | 1993/11/04 CBP CROSS - Aluminum Aircraft Pallet | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 242 | 2010/09/07 Preliminary CVD Order | 8/12/21 |
| 243 | 2010/11/12 Preliminary AD Order | 8/12/21 |
| 244 | | |
| 245 | | |
| 246 | | |
| 247 | | |
| 248 | | |
| 249 | | |
| 250 | | |
| 251-299 | Intentionally Left Blank | |
| 300 | 7/28/08 letter from Eric Shen to UCB Bank to release funds | 8/13/21 |
| 301 | Peng Cheng accounts receivable 2008-2010 | |
| 302 | 4/27/09 Johnson Shao email to Toby Henson-Dragonluxe Limited new shipper in contract | |
| 303 | 12/31/09 Scuderia Capital Partners balance sheet | 8/13/21 |

14

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---|---|---|
| 304 | 4/3/10 email from Eric Shen to Steven Ng re: meeting with Uncle Liu | 8/13/21 |
| 305 | 7/9/10 PCA corporate documents (2009 board minutes ZTL transfer to Johnson Shao 1/15/09) | |
| 306 | 10/28/10 Johnson Shao email to Wendy re: preliminary ruling on anti-dumping, final ruling 1/10/11 | |
| 307 | Translation of Exhibit 306 | 8/12/21 |
| 308 | 10/28/10 Johnson Shao follow-up email to Wendy "I called the Chairman, but his phone is turned off. Can you please inform him about the situation" | |
| 309 | Translation of Exhibit 308 | 8/12/21 |
| 310 | 1/29/11 Johnson Shao email to Yan Chen (zwchenyan@gmail.com) with questionnaire filled out by Century American to compare: when filling out importers' questionnaire | 8/12/21 |
| 311 | Translation of Exhibit 310 | 8/12/21 |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---|---|---|
| 312 | 1/29/11 Johnson Shao email to Yan Chen (zwchenyan@gmail.com) with questionnaire, filled out by Global Aluminum to compare when filling out importers' questionnaire | 8/12/21 |
| 313 | Translation of Exhibit 312 | 8/12/21 |
| 314 | 2/9/11 Johnson Shao email to Edward Petronzio (USITC) attaching aluminum extrusions questionnaire | |
| 315 | 4/11/11 Louis Lee email regarding types of pallets | 8/13/21 |
| 316 | 5/3/11 Sander Huang email with Steve Austin's pallet layouts | 8/13/21 |
| 317 | 6/20/11 Louis Lee email regarding alloy of pallets | |
| 318 | 7/19/11 email from Kim Nguyen to Johnson Shao Can't sell pallets b/c price too high compared to plastic | |
| 319 | 8/8/11 emails between Shaun Hamer, May Ma, and Eric Shen | 8/11/21 (top email only) |
| 320 | 8/10/11 emails between Shaun Hamer, May Ma | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 321 | 9/30/11 emails Kim Nguyen to Johnson Shao re: pricing of pallets | |
| 322 | 12/31/11 emails between Louis Lee, Eric Shen, and Ric Jen | 8/13/21 |
| 323 | 12/15/11 emails between Louis Lee, Jeff Hauck, and Eric Shen | 8/13/21 |
| 324 | 7/19/12 email plastic pallets | 8/12/21 |
| 325 | 9/10/12 Johnson Shao email to CZW | |
| 326 | Translation of Exhibit 325 | 8/17/21 |
| 327 | 9/26/12 Johnson Shao email to CZW | |
| 328 | Translation of Exhibit 327 | 8/12/21 |
| 329 | 10/22/12 Johnson Shao email to Ted Riddle with list of people attending including ZTL (Chairman) | |
| 330 | 10/31/12 Johnson Shao email re: purchase of aluminum shapes | |
| 331 | 11/2/12 Johnson Shao email to Chris Boland re: continued interest in Shapes | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 332 | 2/4/13 email Liu's goal to build cast house | 8/17/21 |
| 333 | 3/24/13 email from Richard Jen to Johnson Shao | |
| 334 | 5/24/13 email China delegation and Liu visit Shapes | |
| 335 | 7/22/13 email from Johnson Shao to Bob Otterbein | 8/17/21 |
| 336 | 8/10/13 email from May Ma to Garry Goehring | |
| 337 | 8/30/13 emails between May Ma and Garry Goehring | |
| 338 | 9/6/13 Robert Otterbein email with attachment | |
| 339 | 9/12/13 Johnson Shao and Wendy Pallet cost emails | |
| 340 | Translation of Exhibit 339 | 8/12/21 |
| 341 | 10/14/13 certificate of debt | 8/13/21 |
| 342 | Translation of Exhibit 341 | 8/13/21 |
| 343 | 11/26/13 emails between Johnson Shao and Wendy regarding costs | |
| 344 | Translation of Exhibit 343 | 8/12/21 |

18

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 345 | 12/6/13 emails regarding Fontana warehouse inventory | |
| 346 | 12/12/13 Johnson Shao email to Wendy re: $3.45 million received 9/26 and 10/2 | |
| 347 | Translation of Exhibit 346 | |
| 348 | 1/28/14 CZW invoice to PCA for $244,800 for 1,530 aluminum pallets | |
| 349 | 2/28/14 Johnson Shao emails with Zhongwang | |
| 349A | Translation of Exhibit 349 | 8/12/21 |
| 350 | 3/3/14 Barstow agenda item | 8/13/21 |
| 351 | 4/15/14 letter to Zhongtian Liu | 8/13/21 |
| 352 | 5/13/14 Johnson Shao email re: pallet loans to be paid, "please arrange for the payment approval" | |
| 353 | Translation of Exhibit 352 | |
| 354 | 5/15/14 Shapes emails regarding pallet storage | |
| 355 | 5/19/14 Johnson Shao email to Wendy re: US factory payments, total request of $2.396 million | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---|---|---|
| 356 | Translation of Exhibit 355 | 8/12/21 |
| 357 | 6/19/14 $1,126,080 wire from PCA to CZW China Investment (HK) | 8/12/21 |
| 358 | 6/19/14 Email from Mark to Steve Fung at Zhongwang | 8/12/21 |
| 359 | 7/11/14 Johnson Shao email to Jannie at CZW (copying Li) signed wire transfer order | 8/12/21 |
| 360 | 7/14/14 Jannie and Johnson Shao emails regarding LW invoice | |
| 361 | 7/18/14 Jannie and Johnson Shao emails regarding wire transfer forms | |
| 362 | 7/21/14 $8,558,511.59 wire from PCA to Dalian Liwang | 8/12/21 |
| 363 | 8/14 Wells Fargo customer identification disclosure | 8/17/21 |
| 364 | 8/2/14 Johnson Shao and CZW emails regarding American company | |
| 365 | Translation of Exhibit 364 | |
| 366 | 8/5/14 $244,800 PCA wire to CZW China Investment in HK | 8/12/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 367 | 8/5/14 emails between Johnson Shao and Mark Li regarding signed wire transfer order | |
| 368 | 8/6/14 $5,027,807 outgoing wire from PCA to Dalian Liwang Trade, 8/6/14 Cathay Bank Activity | 8/12/21 |
| 369 | 8/13/14 Mark Li email showing incoming and outgoing wires | |
| 370 | 8/20/14 emails between Wendy and Johnson Shao regarding Payment and Expenses Schedule with two excel spreadsheet attachments | 8/12/21 |
| 371 | Translation of Exhibit 370 | 8/12/21 |
| 372 | 8/21/14 Johnson Shao email to Wendy re: US company's expenses ("Uses of Funds Plan") (with two excel spreadsheets attached) | |
| 373 | Translation of Exhibit 372 | |
| 374 | 9/4/14 Johnson Shao email to Pimentel and Kim Nguyen re: Mrs. Liu to learn "how did we sale (sic) CZW's products" | |
| 375 | 9/4/14 emails between CZW and Jannie and Johnson Shao re: LW invoices | 8/12/21 |

21

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 376 | 10/16/14 emails between Kim Nguyen and other Shapes products | 8/12/21 |
| 377 | 10/16/14 email from Bill Riley to Johnson Shao | 8/10/21 |
| 378 | 10/27/14 email memorize numbers for Liu | |
| 379 | 12/8/14 Jannie Zhong email to Wendy at CZW asking for funds for rent and expenses (rent, security, payroll) | 8/12/21 |
| 380 | 12/9/14 Bill Riley emails with CZW | |
| 381 | 12/11/14 Wendy at CZW email reply to Jannie Zhong (PCA) checking on payments made to PCA | 8/12/21 |
| 382 | 12/19/14 Jannie Zhong email to Pok that she made 2 wires to NJ $6M and $5M (Canada) per Mr. Liu's request (copying Mark Li) | 8/12/21 |
| 383 | 12/19/14 emails between Jannie and Mark regarding Ric Jen emails 8/1/21 | |
| 384 | Translation for Exhibit 383 | 8/12/21 |
| 385 | Reserved | |

22

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 386 | 1/21/15 email between Mark Li and CZW regarding outstanding payments to Dalian | |
| 387 | Translation of Exhibit 386 | |
| 388 | 1/29/15 email from Pok to Bill Riley, | |
| 389 | 3/16/15 email from Steve Austin to ZP Liu and Stanley Wu regarding expenses for Aluminicaste | |
| 390 | 3/16/15 $493,307.59 wire from Transport Aluminum to Liaoning CZW | 8/12/21 |
| 391 | 4/6/15 ~$1.9M outgoing wire from Transport Aluminum to Dalian Liwang | |
| 392 | 4/14/15 Balance Sheets-PCA $858M in liabilities, Aluminum Industrial $1.7B in liabilities | |
| 393 | 4/16/15 Bill Riley and Mark Li and ZP Liu | |
| 394 | 5/1/15 email Peng Cheng & Transport Aluminum merged into PCA Incorporated | |
| 395 | 5/4/15 company directory | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 396 | 5/27/15 Mark Li email attaching Perfectus Weekly Operation Report ($1.5B in aluminum, $1.2B accounts payable) | |
| 397 | 6/30/15 Shapes emails regarding ZP authorizing wire | |
| 398 | 7/13/15 emails with Toby Henson and Howard Chen regarding fire inspector | |
| 399 | 7/17/15 emails with Shapes regarding ZP authorizing wires | |
| 400 | 7/17/15 emails regarding Meeting at Perfectus | |
| 401 | 7/27/15-7/31/15 Perfectus Weekly Operation Report (~$671M in pallet inventory) and $822M in raw materials, $1.2B in loans payable ($514M A/P to China) | 8/12/21 |
| 402 | 8/19/15 email regarding the "owner of Perfectus" | |
| 403 | 8/27/15 email regarding the Fontana warehouse | |
| 404 | 9/4/15 email from Liz Lu to Howard Chen and others with export summary (with attachment) | |

24

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 405 | 9/11/15 email from Liz Lu to Howard Chen and others with export summary (with attachment) | |
| 406 | 9/16/15 Jannie Zhong email to Mark Li with PA balance sheet (with attachments) | |
| 407 | 10/3/15 email from Howard Chen to Barry Wong | |
| 408 | 12/17/15 invoices for ZP's signature for Aluminicaste | |
| 409 | 1/28/16 Austin email to Brigette Douglass and Otterbein regarding Capital Cash Flow at Shapes | |
| 410 | 6/2/16 Teresa Lau (PCA) emails re: Mark Li is not authorized person | |
| 411 | 7/8/16 Perfectus Weekly Operation Report ($1.5B in aluminum, $1.2B accounts payable) | 8/12/21 |
| 412 | 8/8/16 email from Russel Loh to Richard | |
| 413 | 8/19/16 emails between Russel Loh and Perfectus | |
| 414 | 9/6/16 emails between Cindy Chou and Russel Loh | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 415 | Email from Peter Thompson to Bradley Rhodes attaching Scuderia financials | |
| 416 | 1/1/2014 Shao email to Mark Li | 8/12/21 |
| 417 | | |
| 418 | | |
| 419 | | |
| 420 | | |
| 421 | | |
| 422 | | |
| 423 | | |
| 424 | | |
| 425 | | |
| 426-499 | | |
| 500 | 11/30/10 emails between Johnson Shao and CZW | |
| 501 | Translation of Exhibit 500 | 8/11/21 |
| 502 | 12/1/10 (PM) emails between Johnson Shao and CZW | |
| 503 | Translation of Exhibit 502 | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 504 | 12/7/10 (PM) emails between Johnson Shao and CZW | |
| 505 | Translation of Exhibit 504 | 8/11/21 |
| 506 | 12/7/10 (PM) emails between Johnson Shao and CZW | |
| 507 | Translation of Exhibit 506 | 8/11/21 |
| 508 | 12/9/10 (PM) emails between Johnson Shao and CZW | |
| 509 | Translation of Exhibit 508 | |
| 510 | 12/9/10 emails between Johnson Shao and CZW | |
| 511 | Translation of Exhibit 510 | 8/11/21 |
| 512 | 12/21/10 emails between Johnson Shao and CZW | |
| 513 | Translation of Exhibit 512 | |
| 514 | 1/17/11 emails between Johnson Shao and CZW | |
| 515 | Translation of Exhibit 514 | 8/11/21 |
| 516 | 1/17/11 emails between Johnson Shao and CZW | |
| 517 | Translation of Exhibit 516 | 8/11/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 518 | 1/21/11 emails between Johnson Shao and CZW | |
| 519 | Translation of Exhibit 518 | |
| 520 | 1/27/11 emails between Johnson Shao and CZW | |
| 521 | Translation of Exhibit 520 | |
| 522 | 3/2/11 emails between Johnson Shao and CZW | |
| 523 | Translation of Exhibit 522 | 8/11/21 |
| 524 | 3/18/11 emails between Johnson Shao and CZW | |
| 525 | Translation of Exhibit 524 | |
| 526 | 3/25/11 emails between Johnson Shao and CZW | |
| 527 | Translation of Exhibit 526 | |
| 528 | 3/26/11 emails between Johnson Shao and CZW | |
| 529 | Translation of Exhibit 528 | |
| 530 | 4/5/11 emails between Johnson Shao and CZW | |
| 531 | Translation of Exhibit 530 | |
| 532 | 7/20/11 purchase order for Dalian Liwang for pallets | 8/11/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 533 | 7/20/11 email from Johnson Shao to Cristian Robles regarding purchase order for pallets | 8/11/21 |
| 534 | 8/18/11 emails between Johnson Shao and CZW | 8/11/21 |
| 535 | Translation of Exhibit 534 | 8/11/21 |
| 536 | 8/25/11 emails between Johnson Shao and CZW | |
| 537 | Translation of Exhibit 536 | |
| 538 | 11/5/11 emails between Johnson Shao and CZW | |
| 539 | Translation of Exhibit 538 | |
| 540 | 11/14/11 emails between Johnson Shao and CZW | |
| 541 | Translation of Exhibit 540 | 8/11/21 |
| 542 | 11/14/11 emails between Johnson Shao and CZW | |
| 543 | Translation of Exhibit 542 | |
| 544 | 11/15/11 emails between Johnson Shao and CZW | |
| 545 | Translation of Exhibit 544 | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 546 | 11/15/11 emails between Johnson Shao and CZW | |
| 547 | Translation of Exhibit 546 | 8/11/21 |
| 548 | 12/22/11 emails between Johnson Shao and CZW | |
| 549 | Translation of Exhibit 548 | |
| 550 | 12/29/11 emails between Johnson Shao and CZW | |
| 551 | Translation of Exhibit 550 | |
| 552 | 3/12/12 emails between Johnson Shao and CZW | |
| 553 | Translation of Exhibit 552 | 8/11/21 |
| 554 | 3/19/12 emails between Johnson Shao and CZW | 8/11/21 |
| 555 | Translation of Exhibit 554 | 8/11/21 |
| 556 | 3/19/12 purchase orders | 8/11/21 |
| 557 | 3/29/12 purchase order | |
| 558 | 4/2/12 emails between Johnson Shao and CZW | 8/11/21 |

30

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---|---|---|
| 559 | Translation of Exhibit 558 | 8/11/21 |
| 560 | 4/2/12 purchase orders | 8/11/21 |
| 561 | 4/20/12 emails between Johnson Shao and CZW | |
| 562 | Translation o]f Exhibit 561 | |
| 563 | 4/20/12 purchase order | |
| 564 | 4/24/12 emails between Johnson Shao and CZW | 8/11/21 |
| 565 | Translation of Exhibit 564 | 8/11/21 |
| 566 | 4/24/12 purchase orders | 8/11/21 |
| 567 | 5/9/12 emails between Johnson Shao and CZW | |
| 568 | Translation of Exhibit 567 | |
| 569 | 5/9/12 purchase order | |
| 570 | 6/12/12 emails between Johnson Shao and CZW | |
| 571 | Translation of Exhibit 570 | 8/11/21 |
| 572 | 7/24/12 emails between Johnson Shao and CZW | 8/12/21 |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 573 | Translation of Exhibit 572 | 8/12/21 |
| 574 | 7/24/12 purchase orders | 8/12/21 |
| 575 | 8/14/12 emails between Johnson Shao and CZW | |
| 576 | Translation of Exhibit 575 | |
| 577 | 8/14/12 purchase orders | |
| 578 | 8/20/12 emails between Johnson Shao and CZW | |
| 579 | Translation of Exhibit 578 | |
| 580 | 8/23/12 emails between Johnson Shao and CZW | 8/12/21 |
| 581 | Translation of Exhibit 580 | 8/12/21 |
| 582 | 8/23/12 purchase orders | 8/12/21 |
| 583 | 10/25/12 emails between Johnson Shao and CZW | |
| 584 | Translation of Exhibit 583 | 8/11/21 |
| 585 | 11/8/12 emails between Johnson Shao and CZW | |
| 586 | Translation of Exhibit 585 | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 587 | 11/9/12 purchase order | |
| 588 | Various emails and purchase orders | |
| 589 | Translation of Exhibit 588 | |
| 590 | 3/27/13 emails between Cristian, Johnson Shao and CZW | 8/12/21 |
| 591 | Translation of Exhibit 590 | 8/12/21 |
| 592 | 4/23/13 purchase orders | 8/12/21 |
| 593 | 6/27/13 emails between Johnson Shao and CZW | |
| 594 | Translation of Exhibit 593 | |
| 595 | 7/1/15 emails between Jannie and Ric Jen | |
| 596 | Translation of Exhibit 595 | |
| 597 | 7/1/15 emails between Jannie and Ric Jen | |
| 598 | Translation of Exhibit 597 | |
| 599 | | |
| 600 | Cathay 5060 Exotic Auto Leasing signature card | |
| 601 | Cathay 5060 Exotic Auto Leasing statements | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 602 | Cathay 5060 Exotic Auto Leasing wires | |
| 603 | Cathay 5060 Exotic Auto Leasing checks | |
| 604 | EWB 6293 Exotic Auto Leasing statements | |
| 605 | EWB 6293 Exotic Auto Leasing wires | |
| 606 | EWB 6293 Exotic Auto Leasing checks | |
| 607 | Cathay 0373 Gran Turismo Investments signature card | |
| 608 | Cathay 0373 Gran Turismo Investments statements | |
| 609 | Cathay 0373 Gran Turismo Investments wires | |
| 610 | Cathay 0373 Gran Turismo Investments checks | |
| 611 | EWB 0249 Grand Turismo Investments signature card | |
| 612 | EWB 0249 Gran Turismo Investments statements | |
| 613 | EWB 0249 Grand Turismo Investments wires | |
| 614 | EWB 0249 Grand Turismo Investments checks | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 615 | EWB 0884 Gran Turismo Investments signature card | |
| 616 | EWB 0884 Gran Turismo Investments statements | |
| 617 | EWB 0884 Gran Turismo Investments wires | |
| 618 | EWB 3383 Mojave Aluminum Company signature card | |
| 619 | EWB 3383 Mojave Aluminum Company statements | |
| 620 | EWB 3383 Mojave Aluminum Company wires | |
| 621 | EWB 3383 Mojave Aluminum Company checks | |
| 622 | Cathay 6696 Eric Shen signature card | |
| 623 | Cathay 6696 Eric Shen statements | |
| 624 | Cathay 6696 Eric Shen wires | |
| 625 | Cathay 6696 Eric Shen wires export | |
| 626 | Cathay 6696 Eric Shen checks | |
| 627 | Cathay 9270 Eric Shen signature card | |
| 628 | Cathay 9270 Eric Shen statements | |

35

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 629 | Cathay 9270 Eric Shen wires | |
| 630 | Cathay 9270 Eric Shen checks | |
| 631 | UCB 5584 Scuderia Capital Partners signature card | |
| 632 | UCB 5584 Scuderia Capital Partners statements | 8/13/21 |
| 633 | Cathay 4292 Scuderia Capital Partners signature card | |
| 634 | Cathay 4292 Scuderia Capital Partners statements | |
| 635 | Cathay 4292 Scuderia Capital Partners wires | |
| 636 | Cathay 4292 Scuderia Capital Partners checks | |
| 637 | Cathay 5116 Scuderia Development signature card | |
| 638 | Cathay 5116 Scuderia Development statements | |
| 639 | Cathay 5116 Scuderia Development wires | |
| 640 | Cathay 5116 Scuderia Development checks | |
| 641 | Chase 9928 Aluminum Industrial signature card | |
| 642 | Chase 9928 Aluminum Industrial statements | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 643 | Chase 3966 Aluminum Industrial signature card | |
| 644 | Intentionally left blank | |
| 645 | Cathay 0365 American Apex Aluminum statements | |
| 646 | Cathay 0365 American Apex Aluminum wires | |
| 647 | Cathay 0365 American Apex Aluminum checks | |
| 648 | Wells Fargo 5919 American Apex signature card | |
| 649 | Wells Fargo 5919 American Apex statements | |
| 650 | Cathay 5353 Century American Aluminum statements | |
| 651 | Cathay 5353 Century American Aluminum and related account wires | |
| 652 | Cathay 5353 Century American Aluminum and related account checks | |
| 653 | BOA 8390 Global Aluminum signature card | |
| 654 | BOA 8390 Global Aluminum statements | |
| 655 | Comerica 4365 Global Aluminum statements | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 656 | HSBC 9850 Global Aluminum signature card | |
| 657 | HSBC 9850 Global Aluminum statements | |
| 658 | HSBC 9850 Global Aluminum wires | |
| 659 | HSBC 0115 Global Aluminum signature card | |
| 660 | HSBC 0115 Global Aluminum statements | |
| 661 | HSBC 0115 Global Aluminum wires | |
| 662 | Cathay 9191 Pengcheng Aluminum Enterprise statements | 8/18/21 |
| 663 | Cathay 9191 Pengcheng Aluminum Enterprise checks | |
| 664 | Cathay 4950 Perfectus Incorporated signature card | |
| 665 | Cathay 4950 Perfectus Incorporated statements | |
| 666 | Cathay 4950 Perfectus Incorporated wires | |
| 667 | Cathay 4950 Perfectus Incorporated checks | |
| 668 | Cathay 5221 Perfectus Incorporated checks | |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 669 | Cathay 5221 Perfectus Incorporated statements | |
| 670 | Cathay 5221 Perfectus Incorporated wires | |
| 671 | Cathay 5221 Perfectus Incorporated checks | |
| 672 | Chase 5610 Perfectus Incorporated signature card | |
| 673 | Chase 5610 Perfectus Incorporated statements | |
| 674 | Cathay 2058 Transport Aluminum statements | 8/18/21 |
| 675 | Cathay 2058 Transport Aluminum wires | 8/18/21 |
| 676 | Cathay 2058 Transport Aluminum checks | |
| 677 | AC 1363 Pengcheng Aluminum signature card and account opening | 8/18/21 |
| 678 | | |
| 679 | | |
| 680 | | |
| 681-699 | Intentionally Left Blank | |
| 700 | Howard Chen EDD records with certification | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 701 | Johnson Shao EDD records with certification | 8/11/21 |
| 702 | Mark Li EDD records with certification | |
| 703 | Zhijie Wang EDD records with certification | |
| 704 | Zhongtian Liu EDD records with certification | 8/11/21 |
| 705 | Zhongsuo Liu EDD records with certification | 8/11/21 |
| 706 | Alston 2013 IRS Form 1120 | |
| 707 | Alston 2014 IRS Form 1120 | |
| 708 | Alston 2015 IRS Form 1120 | |
| 709 | Alston 2016 IRS Form 1120 | |
| 710 | Aluminum Industrial 2010 IRS Form 1120 | 8/18/21 |
| 711 | Aluminum Industrial 2011 IRS Form 1120 | 8/18/21 |
| 712 | Aluminum Industrial 2012 IRS Form 1120 | 8/18/21 |
| 713 | Aluminum Industrial 2013 IRS Form 1120 | 8/18/21 |
| 714 | Aluminum Industrial 2014 IRS Form 1120 | 8/18/21 |

**UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS**

**CR NO. 19-282-RGK**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 715 | Aluminum Shapes 2012 IRS Form 1120 | 8/18/21 |
| 716 | Aluminum Shapes 2013 IRS Form 1120 | 8/18/21 |
| 717 | Aluminum Shapes 2014 IRS Form 1120 | 8/18/21 |
| 718 | Aluminum Source 2010 IRS Form 1120 | 8/18/21 |
| 719 | Aluminum Source 2011 IRS Form 1120 | 8/18/21 |
| 720 | Aluminum Source 2012 IRS Form 1120 | 8/18/21 |
| 721 | Aluminum Source 2013 IRS Form 1120 | 8/18/21 |
| 722 | Aluminum Source 2014 IRS Form 1120 | 8/18/21 |
| 723 | American Apex 2010 IRS Form 1120 | 8/18/21 |
| 724 | American Apex 2011 IRS Form 1120 | 8/18/21 |
| 725 | American Apex 2012 IRS Form 1120 | 8/18/21 |
| 726 | American Apex 2013 IRS Form 1120 | 8/18/21 |
| 727 | American Apex 2014 IRS Form 1120 | 8/18/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 728 | Century American 2010 IRS Form 1120 | 8/18/21 |
| 729 | Century American 2011 IRS Form 1120 | 8/18/21 |
| 730 | Century American 2012 IRS Form 1120 | 8/18/21 |
| 731 | Century American 2013 IRS Form 1120 | 8/18/21 |
| 732 | Century American 2014 IRS Form 1120 | 8/18/21 |
| 733 | Global Aluminum 2009 IRS Form 1120 | 8/18/21 |
| 734 | Global Aluminum 2010 IRS Form 1120 | 8/18/21 |
| 735 | Global Aluminum 2011 IRS Form 1120 | 8/18/21 |
| 736 | Global Aluminum 2012 IRS Form 1120 | 8/18/21 |
| 737 | Global Aluminum 2013 IRS Form 1120 | 8/18/21 |
| 738 | Global Aluminum 2014 IRS Form 1120 | 8/18/21 |
| 739 | Johnson Shao letter Kristy Wong 6/4/15 | 8/18/21 |
| 740 | Peng Cheng Aluminum 2004 IRS Form 1120 | |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 741 | Peng Cheng Aluminum 2005 IRS Form 1120 | |
| 742 | Peng Cheng Aluminum 2006 IRS Form 1120 | |
| 743 | Peng Cheng Aluminum 2007 IRS Form 1120 | |
| 744 | Peng Cheng Aluminum 2008 IRS Form 1120 | 8/11/21 |
| 745 | Peng Cheng Aluminum 2009 IRS Form 1120 | 8/11/21 8/17/21 |
| 746 | Peng Cheng Aluminum 2010 IRS Form 1120 | 8/17/21 |
| 747 | Peng Cheng Aluminum 2011 IRS Form 1120 | 8/17/21 |
| 748 | Peng Cheng Aluminum 2012 IRS Form 1120 | 8/17/21 |
| 749 | Peng Cheng Aluminum 2013 IRS Form 1120 | 8/17/21 |
| 750 | Peng Cheng Aluminum 2014 IRS Form 1120 | 8/17/21 |
| 751 | Perfectus Aluminum Inc. 2013 IRS Form 1120 | |
| 752 | Perfectus Aluminum Inc. 2014 IRS Form 1120 | 8/11/21 |

UNITED STATES v. PERFECTUS AND WAREHOUSE DEFENDANTS

CR NO. 19-282-RGK

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IN EVID. |
|---------|-------------|----------|
| 753 | Perfectus Aluminum Inc. 2015 IRS Form 1120 | 8/18/21 |
| 754 | Perfectus Aluminum Inc. 2015 IRS Form 1120 | |
| 755 | Scuderia Capital 2014 IRS Form 1120 | |
| 756 | Scuderia Capital 2015 IRS Form 1120 | |
| 757 | Scuderia Capital 2016 IRS Form 1120 | |
| 758 | Scuderia Capital 2016 IRS Form 1120 | |
| 759 | Zhongtian Liu 2009 IRS Form 1040X | |
| 760 | Zhongtian Liu 2010 IRS Form 1040X | |
| 761 | Zhongtian Liu 2011 IRS Form 1040NR | |
| 762 | Zhongtian Liu 2014 IRS Form 1040NR | |
| 763 | Zhongtian Liu 2015 IRS Form 1040NR | |
| 764 | Zhongtian Liu 2016 IRS Form 1040NR | |
| | | |
| | | |