08:47:13

1                    UNITED STATES OF AMERICA

2                  UNITED STATES DISTRICT COURT

3                  CENTRAL DISTRICT OF CALIFORNIA

4                      WESTERN DIVISION

5                           - - -

6                 HONORABLE R. GARY KLAUSNER,

7           UNITED STATES DISTRICT JUDGE PRESIDING

8                           - - -

9
UNITED STATES OF AMERICA,        )
10                               )   CERTIFIED COPY
              PLAINTIFF,         )
11                               )
VS.                              )   CR 19-00282 RGK
12                               )
PERFECTUS ALUMINUM,              )
13 INCORPORATED, PERFECTUS       )
ALUMINUM ACQUISITIONS, LLC;      )
14 SCUDERIA DEVELOPMENT, LLC;     )
1001 DOUBLEDAY, LLC; VON         )
15 KARMAN-MAIN STREET, LLC;       )
10681 PRODUCTION AVENUE,         )
16 LLC,                          )
                                 )
17              DEFENDANTS.       )
   _____)
18

19                    TRIAL - DAY 1
            REPORTER'S TRANSCRIPT OF PROCEEDINGS
20             TUESDAY, AUGUST 10, 2021
                   A.M. SESSION
21             LOS ANGELES, CALIFORNIA

22

23

               SHERI S. KLEEGER, CSR 10340
24         FEDERAL OFFICIAL COURT REPORTER
            312 NORTH SPRING STREET, ROOM 402
25           LOS ANGELES, CALIFORNIA 90012
                 PH:  (213)894-6604

```
 1

 2

 3
     APPEARANCES OF COUNSEL:
 4
     ON BEHALF OF PLAINTIFF:
 5
             UNITED STATES ATTORNEY
 6           BY:  POONAM KUMAR, AUSA
                  GREGORY BERNSTEIN, AUSA
 7                ROGER HSIEH, AUSA
             ASSISTANT UNITED STATES ATTORNEY
 8           1100 UNITED STATES COURTHOUSE
             312 NORTH SPRING STREET
 9           LOS ANGELES, CA 90012

10

11   ON BEHALF OF DEFENDANT:
             LARSON LLP
12           BY:  STEVEN LARSON, ESQUIRE
                  HILARY POTASHNER, ATTORNEY AT LAW
13                A. ALEXANDER LOWDER, ESQUIRE
             555 SOUTH FLOWER STREET
14           SUITE 4400
             LOS ANGELES, CA 90071
15
             RUYAK CHERIAN LLP
16           BY:  ROBERT F. RUYAK, ESQUIRE
             1700 K STREET NW, SUITE 810
17           WASHINGTON, DC 20006

18

19

20

21

22

23

24

25
```

1                          I   N   D   E   X

2

3        WITNESS:   DIRECT    CROSS    REDIRECT    RECROSS

4   RILEY, William   165        198

5

6                      E   X   H   I   B   I   T   S

7                          NUMBER PAGE
                             37      170
8                            377     184

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 10, 2021

2                    A.M. SESSION

3                        - - -

4

08:47:14   5        THE CLERK:  Calling calendar Item Number 1,

08:47:15   6   case number is CR 19-282-RGK, United States of America

08:47:18   7   versus Liu, et al.

08:47:22   8   Counsel, please state your appearances.

08:47:25   9        MS. KUMAR:  Good morning, Your Honor, Poonam

08:47:28   10  Kumar, Gregory Bernstein, and Roger Hsieh on behalf of

11  the United States, and sitting with us at counsel table

08:47:32   12  is special agent Jay Huang.

08:47:33   13        THE COURT:  Thank you, Counsel.

08:47:34   14        MR. RUYAK:  Good morning, Your Honor, Robert

08:47:36   15  Ruyak on behalf of the Perfectus defendants.

16        THE COURT:  Okay.  Thank you, Counsel.

08:47:40   17        I'm sorry, go ahead.

08:47:40   18        MS. POTASHNER:  I apologize, Your Honor.

08:47:41   19  Good morning, Your Honor, Hillary Potashner, Steven

08:47:46   20  Larson, Alex Lowder on behalf of the warehouse

08:47:50   21  defendants.

08:47:50   22        THE COURT:  Okay.  Thank you very much,

08:47:51   23  Counsel.

08:47:58   24        The case is going to be coming in -- we will

08:48:00   25  have the jury coming in at about quarter of ten.  And so

08:48:06  1   we will probably spend about 15 minutes here, talking to

08:48:08  2   you, maybe ten minutes, as far as what to expect as far

08:48:12  3   as the trial is concerned.  And then we will give you a

08:48:14  4   few minutes to get ready and we'll start right about

08:48:16  5   quarter of -- hopefully, at quarter of ten and pick the

08:48:18  6   jury.

08:48:20  7                On the motions in limine, I'm going to tell

08:48:22  8   you, these motions in limine were different.  Normally,

08:48:27  9   you don't make motions in limine where you say I object

08:48:30  10  to hearsay.  Because you are just asking the Court to

08:48:33  11  follow the law.  And I'm going to try to do that.

08:48:36  12               But then when you put all kind of different

08:48:38  13  issues in the hearsay, you really have like five or six

08:48:41  14  motions in limine in one.  So I will go through this.

08:48:44  15  It is convoluted, but I'm going to go through this and

08:48:48  16  kind of give you an indication of where I'm going on the

08:48:50  17  motions in limine.

08:48:51  18               Keep in mind a couple of things.  Motions in

08:48:53  19  limine normally are objections -- evidentiary objections

08:48:56  20  that are made.

08:48:57  21               Evidentiary objections that are made can

08:49:02  22  change when they get into the trial, because something

08:49:04  23  might not be relevant and then it becomes relevant.  So

08:49:06  24  there are all kind of tentative rulings.

08:49:09  25               The importance is, is that, if we exclude

08:49:12  1   something, you can't talk about it in opening statement

08:49:14  2   or until it is going to be received into evidence if

08:49:18  3   things change.  All these are kind of a tentative.  But

08:49:21  4   I can give you a feeling of where the Court will go on

08:49:24  5   it.

08:49:25  6            On the defendants' motion in limine on

08:49:28  7   hearsay, we talked about it.  Hopefully, you're

08:49:33  8   knowledgeable enough about the motions in limine, you

08:49:35  9   can know what I'm going to be talking about.  Because I

08:49:37 10   can't get into it in detail or we will be here for the

08:49:39 11   next three hours.

08:49:40 12            When you talk about the report or the third

08:49:44 13   party, that's going to be granted.  When you talk about

08:49:46 14   the deposition, that's only used for impeachment;

08:49:51 15   otherwise, it will be granted.  Talk about the

08:49:53 16   affidavits of the employees, that's going to be granted.

08:49:58 17            The -- except for if they are speaking on

08:50:02 18   behalf of the company, it will be received.

08:50:04 19            On the second motion in limine --

08:50:20 20            We got a phone going on out there.  If you

08:50:22 21   want to take a few seconds to turn your phones off, go

08:50:25 22   ahead.

08:50:26 23            On the second motion in limine, I am not

08:50:29 24   going to let the Government get into talking about

08:50:34 25   sanctions that were issued for nonappearances, and the

08:50:39  1   shredding of documents was done after the indictment was
08:50:40  2   filed, I believe.
08:50:42  3           MS. KUMAR:  No, Your Honor.  It was done in
08:50:43  4   the days after the search warrant was executed in 2017.
08:50:48  5           THE COURT:  Was it before the indictment?
08:50:49  6           MS. KUMAR:  Yes.
08:50:50  7           THE COURT:  Okay.  Then that may come in.  I
08:50:52  8   will have to take a look at that at the time.
08:50:55  9           The shipping in mass amounts out to Mexico,
08:51:00  10  I don't know if that was before or after the indictment.
08:51:02  11          MS. KUMAR:  It was all during the timeframe
08:51:04  12  of the -- well before the indictment.
08:51:06  13          THE COURT:  Okay.  Well, if it's before the
08:51:07  14  indictment, it will probably come in.  If it's after the
08:51:09  15  indictment, it will not come in.
08:51:13  16          Under the plaintiffs' motions in limine, the
08:51:20  17  argument that adding another element that, if it is
08:51:26  18  stored, it doesn't affect commerce, that's not an
08:51:30  19  improper argument and that will be granted as to that.
08:51:33  20          Whether or not the cause fell outside the
08:51:41  21  scope of the order, the scope order, the scope order is
08:51:47  22  what it is and that can come in.  You can't argue that
08:51:52  23  that's not the law, because that is the law now.  But
08:51:54  24  you can certainly argue, when we're doing the scope
08:51:57  25  order, as to see entering whether or not the defendant

08:52:00   1   should have known or did know about the scope order.

08:52:04   2          The motion to admit self-authenticating

08:52:20   3   foreign records, will be granted.  The -- and I

08:52:28   4   apologize for jumping all over the motions in limine.

08:52:33   5   Jumping all over.

08:52:35   6          The defendants, when we're talking about the

08:52:36   7   introduction, when the defendants did not object to the

08:52:39   8   introduction of the government record, but they did

08:52:41   9   object to Zhao and Wang testifying, that will be denied

08:52:48   10  as to those two.  They can testify -- yeah, they can

08:52:53   11  testify or their statements can be read in.

08:53:00   12         Things that were in a different case, that

08:53:00   13  came out in a different case, cannot come in.  Testimony

08:53:03   14  in a different case cannot come in.

08:53:05   15         And the last one, where it says motion to

08:53:11   16  admit self-authenticating business records, that was too

08:53:15   17  broad.  So that's going to be denied, not on substance,

08:53:18   18  but because it is too broad of a motion in limine.

08:53:20   19         Let me talk to you about the case and how we

08:53:24   20  are going to conduct the case.  First of all, I think

08:53:28   21  we've already talked to you.  Every day, I need a

08:53:31   22  statement of the witnesses -- not a statement, the order

08:53:34   23  of the witness.  You can do it on scratch paper, as far

08:53:37   24  as I'm concerned.  Just give it to the clerk, so I know

08:53:40   25  what witnesses are going to be called that day and in

9

08:53:41    1    what order.

08:53:42    2           The voir dire, I think -- I don't know if I

08:53:45    3    have to go through that with you or not.  The Court

08:53:48    4    conducts the entire voir dire itself.  I will

08:53:50    5    incorporate any questions that you have asked the Court

08:53:52    6    to incorporate, to the extent I feel it is appropriate.

08:53:55    7           If you want to -- and I will probably be

08:53:57    8    boring you with this, but I'll go quickly.  We'll bring

08:54:00    9    in 19 jurors.  We'll voir dire those 19 jurors.  When I

08:54:05   10    get through voir diring them, we will meet over here at

08:54:08   11    the side bench and any objections you have, any

08:54:12   12    challenges you have for cause, should be to any one of

08:54:15   13    the 19.

08:54:15   14           When you get to challenge -- peremptory

08:54:18   15    challenges, only as to the first 12.  Does that make

08:54:22   16    sense?  Everybody understand what I'm saying?

08:54:26   17           You don't want to use a peremptory challenge

08:54:28   18    on somebody that's not one of the first 12 yet.  So

08:54:30   19    peremptory challenges just as to the first 12.

08:54:31   20           We will go through that process.  If you

08:54:34   21    waive a peremptory challenge, you don't lose it.  You

08:54:36   22    can use it at a later date if you wish.  As long as you

08:54:39   23    realize that if you waive and they waive, then you've

08:54:42   24    got the jury and we are there.

08:54:43   25           On the challenges -- when we go through the

08:54:51  1   -- let me tell you about the number of challenges.  We

08:54:54  2   are going to have 15 jurors.  The Government has six

08:54:57  3   challenges.  The defense has ten challenges.  As to the

08:55:01  4   other three coming in, one per side.

08:55:04  5            So you will have basically 11 and 7.  But it

08:55:11  6   should be the first 6 and 10 as to the first 12.

08:55:15  7            I will also tell you, so you can be aware of

08:55:17  8   this and think about it upfront, when we get to the 12

08:55:21  9   jurors that we have -- we are just looking at the

08:55:23 10   alternate jurors that will be selected -- I will ask you

08:55:27 11   if the two sides would agree as to which three

08:55:31 12   alternates you want.  And if you do, we will put them

08:55:33 13   in.

08:55:34 14            If you don't, then we will just go through

08:55:37 15   the peremptory challenges and challenges for causes.

08:55:41 16            So keep that in mind, that if you -- let me

08:55:44 17   just say, and in cases like this, I'm sure this will be

08:55:46 18   true, but the more cooperation and the more discussion

08:55:50 19   we have between both sides, the better the case comes

08:55:53 20   out.

08:55:55 21            I don't mind making decisions, but always

08:55:57 22   better decisions if you make them yourselves and both

08:56:00 23   sides agree.  So discuss things and if you can work it

08:56:02 24   out, that's fine.  If not, I'm more than happy to make

08:56:06 25   the decision.

08:56:07  1        Now, after we go through what would be eight

08:56:11  2   peremptory challenges, is that right?  If we have 19,

08:56:18  3   yeah, the peremptory challenges or challenges, I will

08:56:18  4   come back to the bench, I will excuse those eight.  They

08:56:21  5   will be excused en banc, which means they'll leave.  No

08:56:24  6   one will know why they were excused or who excused them

08:56:27  7   or anything else.  They will just leave here.  We will

08:56:29  8   bring in eight more jurors and we'll go through the

08:56:31  9   process until we select the jury and the alternates.

08:56:39  10        I don't think -- any questions on voir dire?

08:56:45  11   I will get to the other things later.  But any questions

08:56:48  12   on voir dire that you have?

08:56:51  13        MS. POTASHNER:  No.  Thank you, Your Honor.

08:56:57  14        THE COURT:  Let me talk about the Court.

08:56:58  15   And as far the Court is concerned, every Court runs

08:57:01  16   things differently.  There is no right or wrong way to

08:57:04  17   run it.  Every Court runs it differently.  Let me tell

08:57:05  18   you how we run it here.

08:57:06  19        First of all, any time you are asking any

08:57:09  20   questions at all, it is from the lectern up there.  And

08:57:12  21   it is not only from the lectern, it is from the

08:57:14  22   microphones at the lectern, so the reporter can hear

08:57:17  23   what's being asked.

08:57:19  24        We don't wander around the court.  It has to

08:57:24  25   be from the lectern.  There is an exception to that,

08:57:25  1   obviously.  And that is, if you make an objection, I
08:57:27  2   don't want you to run up to the lectern to make an
08:57:31  3   objection.  But when you make the objection, do me a
08:57:34  4   favor and please stand when you make the objection.
08:57:36  5   Because many times, I will hear an objection and I'll
08:57:38  6   look up and I have no idea who made the objection.  So
08:57:41  7   stand when you make the objection.
08:57:42  8           When you make the objection, you state what
08:57:45  9   it is, like hearsay or whatever it is, but we don't
08:57:47  10  argue.  We do not argue any matter of law in front of
08:57:50  11  the jury.  The other side can say not offered for the
08:57:54  12  truth of the matter.  But that's it.  We don't argue any
08:57:56  13  more than that.
08:57:57  14          I'll make a call on it.  And I feel
08:58:00  15  comfortable, in the years that I have been here, that I
08:58:02  16  can make evidentiary calls on it.  But we will proceed.
08:58:05  17          And I guess what I'm going to tell you is,
08:58:08  18  is that there is no bench conferences.  We do not come
08:58:10  19  to the bench to argue anything.  If I will make the call
08:58:13  20  on it and it's wrong or you think that some explanation
08:58:18  21  has to be made, we all make mistakes.  Even me.  We all
08:58:23  22  make mistakes.
08:58:24  23          So on the next break, when the jury is not
08:58:26  24  here, we will discuss those matters.  And if we made
08:58:30  25  some broad error on it, then we will correct that error,

08:58:33   1   et cetera.  There are no bench conferences other than

08:58:36   2   the voir dire on the jury.  Everything will be done in

08:58:40   3   open court, outside the presence of the jury, when it

08:58:43   4   gets to legal matters.

08:58:44   5          When you -- let's see what else we have

08:58:48   6   here.  When you have evidence that you want to present

08:58:51   7   to a juror, always do it through the clerk.  Never

08:58:54   8   approach a juror directly yourself.  Hand it to the

08:58:57   9   clerk.  Whether it's an exhibit or whether it's

08:58:59  10   something to refresh somebody's memory, the clerk will

08:59:07  11   hand it to the witness up here.

08:59:08  12          The other thing is, is that so many people

08:59:12  13   feel that when something is introduced into evidence,

08:59:15  14   and you really don't have any objection to it, you feel

08:59:18  15   comfortable getting up and saying no objection.  If you

08:59:20  16   want to do that, that's fine.  But you don't have to

08:59:22  17   waste your time doing that, if you don't want to.

08:59:24  18          What I do is, when I hear introduction of

08:59:27  19   evidence, or anything like that, I will wait two or

08:59:30  20   three seconds to see if there is an objection.  If there

08:59:33  21   is not, I will go ahead and rule on it.  But don't feel

08:59:36  22   that you're obligated and you have to say no objection,

08:59:37  23   if you don't have an objection.  Obviously, if you have

08:59:40  24   an objection, let me know right away that you have an

08:59:42  25   objection on it.

08:59:43  1          Couple of other things that I'm sure you
08:59:46  2   know, but I always go over these things.  On expert
08:59:49  3   testimony, if experts have testified, they can testify
08:59:53  4   to hypotheticals.  They are not percipient witnesses.
08:59:56  5   So make sure it's couched in terms of hypotheticals; if
08:59:59  6   this is true, what is your opinion.
09:00:01  7          And then it is up to you to prove the facts
09:00:03  8   underlying that, as to whether or not it is true or not.
09:00:07  9          Anything else I can think of that might help
09:00:10  10  you?  Any questions you have on behalf of either party?
09:00:18  11          MR. BERNSTEIN:  No, Your Honor.  Just one
09:00:19  12  clarification on the motions in limine, when you get a
09:00:22  13  chance.  Doesn't have to be this minute, though.
09:00:24  14          THE COURT:  I don't understand what you
09:00:25  15  mean.  We've had the motions in limine.  We've had the
09:00:28  16  objections to motions in limine.  The Court has ruled on
09:00:30  17  it.  I don't know what you are talking about.  Anything
09:00:33  18  that I've ruled on, you can't talk about in opening
09:00:36  19  statement or until it becomes relevant.
09:00:39  20          MR. BERNSTEIN:  Yes, Your Honor.  And I
09:00:39  21  think we just want clarification on your ruling as to
09:00:42  22  one of the motions in limine, if that's okay.
09:00:44  23          THE COURT:  Okay.  We will do that at the
09:00:46  24  end here.
09:00:47  25          MR. BERNSTEIN:  Sure.

| | | |
|---|---|---|
| 09:00:48 | 1 | THE COURT:  Anything else? |
| 09:00:51 | 2 | MS. KUMAR:  Your Honor, does Your Honor have |
| 09:00:53 | 3 | a preferred practice with regard to masks during the |
| 09:00:56 | 4 | course of trial? |
| 09:00:57 | 5 | THE COURT:  We go by CDC rules on it, and |
| 09:01:01 | 6 | basically, it's this:  Anybody within six feet of |
| 09:01:03 | 7 | somebody else, should probably be wearing a mask.  If |
| 09:01:07 | 8 | you're talking from the podium or the lectern up there, |
| 09:01:09 | 9 | I prefer you not wear a mask.  Because we can't hear you |
| 09:01:10 | 10 | through a mask.  Witnesses should not be wearing a mask |
| 09:01:16 | 11 | when they testify, because you have the Plexiglass |
| 09:01:18 | 12 | around it.  But that's basically it.  If you're within |
| 09:01:19 | 13 | six feet, you probably should be wearing a mask. |
| 09:01:23 | 14 | If you're going to be within six feet of the |
| 09:01:24 | 15 | jurors, you should wear a mask.  So this side should |
| 09:01:29 | 16 | always be wearing a mask.  This side, if you want to |
| 09:01:32 | 17 | live dangerously, you're next to each other. |
| 09:01:36 | 18 | Okay.  Let me get to the other part, if |
| 09:01:38 | 19 | there's no questions up to that, And that is the timing |
| 09:01:38 | 20 | on the case.  And let me talk to you a little bit about |
| 09:01:43 | 21 | that.  First of all, I've got to tell you, not the first |
| 09:01:45 | 22 | rodeo.  We have been through these types of cases many, |
| 09:01:49 | 23 | many times in the past.  And I understand time.  I will |
| 09:01:51 | 24 | tell you right now, this type of case should never take |
| 09:01:54 | 25 | as long as it's been indicated here, for a couple |

09:01:57  1    reasons.

09:01:57  2           One is, you know and I know, this type of

09:02:00  3    case, you're going to lose the jury like that, unless

09:02:04  4    you keep it focused and succinct and move it along.

09:02:09  5    I've often used the example and I'm going to use it

09:02:12  6    again.  I am old enough to remember Ken Burns, when he

09:02:15  7    did the entire Civil War in 16 hours.  This case is not

09:02:19  8    as complicated as the entire Civil War, and he did an

09:02:24  9    excellent job on that.  And you may say, well, we've had

09:02:24 10    thousands of hours of preparation.  They had thousands

09:02:26 11    of hours of preparation on that documentary.  They did

09:02:29 12    it within 16 hours.

09:02:32 13           It will probably take you a little more than

09:02:34 14    16 hours, since that's three days.  But I'm not too sure

09:02:38 15    how much more.  I've got another case coming in next

09:02:39 16    week that's almost identical to this case, except it's a

09:02:43 17    civil case.  But it's an antidumping case before the

09:02:48 18    Court.  I gave them four days to try the case.  They

09:02:51 19    should be able to try that in four days.

09:02:52 20           We have very simple issues here.  We have

09:02:55 21    whether or not there is a fraudulent inflation of the

09:02:58 22    stock prices, et cetera.  Okay.  You know, how long does

09:03:01 23    that take.  You have whether or not there was a

09:03:04 24    violation in the antidumping rule.  That's really going

09:03:06 25    to go to scienter.  How long is that going to take, to

09:03:09   1   talk about your knowledge of it.

09:03:10   2           Then you have the money laundering.  This

09:03:12   3   case really should be -- and I understand and I have no

09:03:18   4   problem with the fact that you get the bare-bones

09:03:21   5   skeleton in there, and then you put on the flesh that

09:03:24   6   you want to or the icing on the cake that you want to.

09:03:26   7           But the upside is, you make your case a

09:03:28   8   little bit better that way.  The downside is, you lose

09:03:32   9   the jury that way.  Jurors are good for a few minutes, a

09:03:35  10   few days.  After that, you lose them and they won't

09:03:38  11   remember what you said three days ago.

09:03:41  12           And one of the things that I'm very

09:03:42  13   sensitive to is, when I look over to that jury, and I'm

09:03:43  14   going to ask you-all to do that during the case, and

09:03:45  15   they're sleeping over there, or they're looking up in

09:03:47  16   the air or they're fiddling around.  They're just very

09:03:51  17   frustrated.

09:03:52  18           Keep an eye when trying a case in front of

09:03:55  19   the jury, and it will give you a good sense as to

09:03:56  20   whether or not they are picking up on what you're

09:03:59  21   saying.  And remember, they are the audience you are

09:04:00  22   addressing.  Not me, not somebody that might be

09:04:03  23   interested in the law.  You're talking about the jury

09:04:04  24   and how interested they are in the case, and you want to

09:04:07  25   keep them interested on it.

09:04:09    1          I can tell you another problem that we have
09:04:11    2    is that we -- with the pandemic and all -- we only have
09:04:14    3    jurors that are qualified for ten days.  I'll tell you
09:04:22    4    right now.  So after ten days, you may see jurors being
09:04:24    5    lost.  And if they're lost, we may see a mistrial in the
09:04:28    6    case.  So keep that in mind.
09:04:29    7          There is no way -- and I've been through
09:04:31    8    this many times.  There is no way this cannot be tried
09:04:31    9    within that period of time.  It just depends on how much
09:04:36   10    fluff you want to put on it.  So keep that in mind.
09:04:39   11          Opening, let me ask you -- well, I'll tell
09:04:43   12    you what, I guess.  As far as opening statement, it
09:04:49   13    seems to me that that can be done in 20 or 30 minutes --
09:04:51   14    within 20 to 30 minutes.  I don't know if anybody has
09:04:53   15    any input on that or not.  I can't see why it couldn't
09:04:55   16    be.  So your time limit on the opening statements would
09:05:00   17    be up to 20, 30 minutes on it.
09:05:04   18          Let me talk to you about one more thing
09:05:05   19    that's very critical in this court.  Every court
09:05:07   20    differs.  I'm very sensitive to the jury and the jury
09:05:09   21    time and what we put the jury through on these trials.
09:05:16   22    They are called in against their will.  Almost
09:05:18   23    involuntarily servitude.  And we make them sit here.  So
09:05:24   24    I'm very, very cognizant that it is not a frustrating
09:05:28   25    experience for them.

09:05:28  1          Therefore, what we do -- after today.  Today

09:05:31  2  is all screwed up because we have jury selection.  After

09:05:33  3  today, every day, we start at 8:30.  We don't start at

09:05:38  4  8:31.  We don't start at 8:29.  We start at 8:30.  I

09:05:43  5  will talk to the jury about that too.  You can set your

09:05:45  6  clock by that.  We go from 8:30 until 11:30.  At 11:30,

09:05:50  7  we break.  We will have lunch from 11:30 to 1.  We come

09:05:56  8  back at 1:00 o'clock, and we go from 1:00 o'clock until

09:05:57  9  4.  You'll get a 15-minute break in there, a rest break

09:06:00  10  in there.  But basically, that's two hours and

09:06:03  11  45 minutes in the morning, and two hours and 45 minutes

09:06:06  12  in the afternoon.  That will be your time.  You can use

09:06:10  13  that effectively.  And you can count on that.

09:06:11  14          At 4:00 o'clock, if you're halfway through

09:06:13  15  a question and it's 4:00 o'clock, I'm going to say,

09:06:15  16  remember that question for tomorrow.  We don't finish

09:06:18  17  that question.

09:06:18  18          If you have a witness that has to get back

09:06:20  19  to New York and his flight's out today, tough.  At

09:06:23  20  4:00 o'clock, this jury will know that they're free to

09:06:26  21  go home to their family, their friends, pick up people,

09:06:29  22  et cetera.  They know that they will be excused at

09:06:32  23  4:00 o'clock.  So you really can set your watch by those

09:06:35  24  restrictions.  We are very, very tight on those

09:06:36  25  restrictions.

09:06:37  1          If -- any questions you might have as far as

09:06:47  2   the case is concerned?

09:06:49  3          One of the things I am encouraged about and

09:06:51  4   seeing is, it seems like both teams on both sides get

09:06:56  5   along professionally with each other pretty well.  Am I

09:07:00  6   misreading that?

09:07:02  7          MS. KUMAR:  No, Your Honor.

09:07:04  8          THE COURT:  That always makes it much, much

09:07:05  9   easier.  And I really like to stay out of it as much as

09:07:09 10   possible and let the attorneys -- you're the experts on

09:07:11 11   your case.  With words of encouragement that I've given

09:07:13 12   you, and particularly as far as time is concerned,

09:07:13 13   because I really hate to see the jury suffer over there.

09:07:16 14   As long as you are effective, efficient, focused and get

09:07:20 15   through what you want them to get through efficiently,

09:07:25 16   I'm very encouraged that this will be a trial that I

09:07:28 17   don't even have to get into very much at all.

09:07:32 18          Okay.  They're going to come in at quarter

09:07:35 19   of.  Are there any questions you have?

          20          Counsel, it looks like you have a question.

09:07:35 21          MR. LOWDER:  I do, Your Honor.  I agree with

          22   Mr. Bernstein.  Just a couple of quick points on

09:07:42 23   Government's motion in limine Number 1 and Number 2,

09:07:43 24   just for clarification.

09:07:44 25          THE COURT:  Okay.

09:07:48   1          MR. LOWDER:  One of the issues is the talk

09:07:50   2    about extra element.  I think we understand that we

09:07:53   3    can't insert an extra element into the custom fraud

09:07:57   4    count.  But I think how this conduct may or may not

09:07:59   5    impact the market is something we would like to get into

09:08:02   6    and it's important to our defense of our case.  I would

09:08:05   7    like to know --

09:08:07   8          THE COURT:  Are you saying -- and this was

09:08:11   9    my question as I was looking at it.  If you're saying

09:08:12  10    that you want to argue that that's not the scope ruling,

09:08:14  11    that's not the law, you can't get into that.  Because

09:08:16  12    you can't argue against the law.

09:08:20  13          MR. LOWDER:  Understand.

09:08:20  14          THE COURT:  If you are saying that the

09:08:21  15    ruling, whatever it is, and the ruling is going to

09:08:23  16    change and has an effect on things like scienter or

09:08:24  17    anything else, you can get into that.  I don't know if

09:08:27  18    that clarifies it.

09:08:29  19          MR. LOWDER:  Okay.  That clarifies number

09:08:31  20    two, because there's a timing issue for motion in limine

09:08:33  21    Number 2.

09:08:33  22          Number one, there's also, when we're talking

09:08:35  23    about the conduct at issue, the importing, whether or

09:08:38  24    not it actually harmed the market, I think it also gets

09:08:41  25    into intent and what was actually going on here, it's

09:08:44  1   scienter for these defendants.

09:08:46  2          So understand that there is not an extra

09:08:50  3   element that the Government has to prove.  I understand

09:08:52  4   the ruling there.  But in terms of the argument for

09:08:54  5   openings, I think that point about how the conduct at

09:08:55  6   issue impacted the market --

09:08:58  7          THE COURT:  You can get into that.

09:09:00  8          Okay.  You had a question?

09:09:02  9          MR. BERNSTEIN:  Yes, Your Honor.  This is on

09:09:05  10  defense motion in limine Number 1 about the Dupre'

09:09:12  11  report.  They move to exclude the Dupre' report itself.

09:09:17  12  It's 51 pages.  And I understand Your Honor's ruling

09:09:18  13  that that's not coming in.  We offered up to introduce

09:09:24  14  some limited testimony from -- it's not the report

09:09:26  15  itself -- not for the truth of the matter asserted, just

09:09:30  16  to explain why CZW suspended trading and issued

09:09:34  17  clarification statements and et cetera.

09:09:37  18          THE COURT:  Have you talked to each other

09:09:38  19  about that carve-out?

09:09:41  20          MR. BERNSTEIN:  It is in our opposition,

09:09:43  21  Your Honor.  We haven't talked specifically about it.

09:09:45  22          THE COURT:  Talk to each other about it and

09:09:47  23  see if you can come up with an agreement on that.  If

09:09:48  24  you can't, we'll rule on that.  Just don't mention it

09:09:50  25  during opening statement.

09:09:51    1            MR. BERNSTEIN:  Okay.  I'll stay away on

09:09:53    2   opening statement.  And then -- I think that was the

09:09:55    3   only clarification.  Thank you.

09:09:56    4            THE COURT:  Keep in mind, opening statement,

09:09:58    5   again, so I don't have to get into again, is just what

09:10:01    6   you think the evidence is going to produce.  It is not

09:10:05    7   argument.  It is not presenting the case.  It is just

09:10:08    8   what you feel the evidence is going to produce.

09:10:11    9            MS. POTASHNER:  Your Honor, may I ask one

09:10:13   10   more question?

09:10:13   11            THE COURT:  Sure.  The attorney can always

09:10:17   12   ask another question.

09:10:19   13            MS. POTASHNER:  Exactly.  Need the last

09:10:21   14   word.

09:10:21   15            So, Your Honor, the reason that we raised --

09:10:23   16   one of the reasons that we flagged for the Court the

09:10:26   17   hearsay issue, was that we anticipate there is going to

09:10:28   18   be a lot of hearsay issues in this case.

09:10:31   19            It appears, from what we can see of the

09:10:35   20   Government's case, they will be relying on the exception

09:10:38   21   of co-conspirator statements.

09:10:42   22            And -- so because Your Honor obviously

09:10:45   23   doesn't want us to come to side-bar, when we are

09:10:47   24   objecting on hearsay grounds with respect to those

09:10:50   25   things, what we would like the Court to be aware of is

09:10:53   1   obviously, as the Court knows, the Government, before

09:10:56   2   bringing those statements, would need to prove

09:10:58   3   sufficiently that there was a conspiracy; that the

09:11:01   4   hearsay declarant was a member of that conspiracy, and

09:11:04   5   that hearsay statement is coming in because it

09:11:08   6   demonstrates furtherance of that conspiracy.

09:11:11   7            So the reason we flagged that for Your Honor

09:11:14   8   is because we are anticipating that and in open court,

09:11:16   9   once the bell is rung, it is very hard to unring.

09:11:19   10           THE COURT:  That is true.

09:11:21   11           MR. BERNSTEIN:  Your Honor, so it is --

09:11:24   12   co-conspirator statement is one of the rules that I

09:11:28   13   think we'll be relying on throughout this case.  But we

09:11:29   14   also have other provisions of 801(d), such as agent of

09:11:34   15   the defendant, employee of the defendant.

09:11:36   16           THE COURT:  And those are not uncommon

09:11:40   17   objections that are going to be made during the trial.

09:11:42   18   You know, we will handle it like we always do in the

09:11:46   19   trials.

09:11:47   20           Okay.  The other thing I was going to

09:11:50   21   mention is that apparently, last night, there a motion

09:11:57   22   in limine filed.  Not really that timely, when you think

09:11:59   23   about it, because the jury is starting today.  And it

09:12:01   24   goes to the expert witnesses, I believe.

09:12:03   25           MS. KUMAR:  Yes, Your Honor.  The defendant

09:12:05   1   disclosed a new witness on Sunday evening, as to the

09:12:07   2   Government.

09:12:07   3          THE COURT:  Well, one of the witnesses you

09:12:08   4   objected to was disclosed long before Sunday.

09:12:11   5          MS. KUMAR:  Yes, Your Honor, but we were

09:12:12   6   waiting for clarification from the defendants.

09:12:14   7          THE COURT:  That one will be denied.  Let's

09:12:16   8   talk about the one that was on Sunday.

09:12:18   9          MS. KUMAR:  Yes, Your Honor.  The defendants

09:12:19   10  disclosed John Peterson.  The disclosure itself just

09:12:23   11  talked about general topics that Mr. Peterson is going

09:12:26   12  to testify.  It does not elucidate any opinions that he

09:12:30   13  is planning on reaching.

09:12:31   14         THE COURT:  Would he not be a rebuttal

09:12:34   15  witness?

09:12:35   16         MS. KUMAR:  Your Honor, we're not quite sure

09:12:37   17  who he is rebutting, and we are not sure -- they told

09:12:40   18  what he is going to rely on, but not what he's going to

09:12:43   19  say.  So it's hard for the Government --

09:12:44   20         THE COURT:  Let me ask them.

09:12:44   21         Wasn't that a rebuttal witness, I thought

09:12:47   22  you said --

09:12:48   23         MS. POTASHNER:  Yes, Your Honor.

09:12:49   24         THE COURT:  Okay.  I can't even rule on that

09:12:51   25  until we get to whether or not it is proper rebuttal or

09:12:53   1   not.  So I'm going to hold that until we get to that

09:12:56   2   part of the case.

09:12:56   3           MS. KUMAR:  There also was a Government --

09:13:00   4   as to the defendant now -- and request for judicial

09:13:01   5   notice on certain point, including the stock price of

09:13:07   6   China Zhongwang and certain currency conversion rates.

          7           THE COURT:  And you bring that up now?

09:13:10   8           MS. KUMAR:  We filed something, Your Honor,

09:13:12   9   several weeks ago.

09:13:12  10           THE COURT:  I have to take a look at that.

09:13:16  11           Again, I'm going to make the statement

09:13:17  12   again.  It is much better if both sides -- you know, we

09:13:21  13   are all primarily -- and before everything else, even

09:13:25  14   before our clients, we are officers of the court.  And

09:13:28  15   as officers of the court, we're all lawyers.  We all

09:13:32  16   know the same law.  We know what the law is concerning

09:13:39  17   conspiracy statements, et cetera.

09:13:42  18           So I have always felt that 99 percent of

09:13:44  19   these issues can be decided by the attorneys talking

09:13:49  20   with each other.  And if you can't, that's fine, we'll

09:13:49  21   make the call.  But we all know what the law is.  We all

09:13:52  22   know -- you worked on it for years.  So there should be

09:13:57  23   an agreement on those things.  So do please talk with

09:13:59  24   each other about the case.

09:14:00  25           Okay.  We will see you at quarter of.

| | | |
|---|---|---|
| 09:14:03 | 1 | THE CLERK:  All rise. |
| 09:25:11 | 2 | (BREAK TAKEN.) |
| 09:54:41 | 3 | Calling calendar Item Number 1, case number |
| 09:54:49 | 4 | criminal 19-282-RGK, United States of America versus |
| 09:54:55 | 5 | Liu, et al. |
| 09:54:58 | 6 | Counsel, please state your appearances. |
| 09:55:00 | 7 | MS. KUMAR:  Good morning, Your Honor, Poonam |
| 09:55:02 | 8 | Kumar, Gregory Bernstein and Robert Hsieh on behalf of |
| 09:55:05 | 9 | the United States, with Homeland Security investigations |
| 09:55:05 | 10 | special agent Jay Wong. |
| 09:55:07 | 11 | THE COURT:  Thank you, Counsel. |
| 09:55:09 | 12 | MR. RUYAK:  Good morning, Your Honor, Robert |
| 09:55:11 | 13 | Ruyak on behalf of the Perfectus defendants. |
| 09:55:13 | 14 | THE COURT:  Thank you, Counsel. |
| 09:55:14 | 15 | MS. POTASHNER:  Good morning, Your Honor, |
| 09:55:16 | 16 | Hillary Potashner, Steven Larson, and Alex Lowder on |
| 09:55:21 | 17 | behalf of Scudaria Development, 1001 Doubleday, Von |
| 09:55:24 | 18 | Karman-Main Street and 10681 Production Avenue. |
| 09:55:28 | 19 | THE COURT:  Okay.  Thank you very much. |
| 09:55:36 | 20 | Okay.  Ladies and gentlemen, we are going to |
| 09:55:39 | 21 | be calling the names of 19 jurors. We're going to have |
| 09:55:44 | 22 | you come up here and take your seats up here, starting |
| 09:55:46 | 23 | with the back row, going all the way down to the last |
| 09:55:49 | 24 | seat, then you will fill up the middle row and then you |
| 09:55:51 | 25 | fill up this last row here. |

09:55:53  1          I will be asking questions of those jurors

09:55:57  2   that are up here in the box.  But I also will be asking

09:56:02  3   questions of jurors out in the audience.  So pay very

09:56:05  4   close attention to what we are doing.  I guess we have

09:56:09  5   to wait for the clerk to come back to start calling the

09:56:12  6   names.

09:56:13  7          Can everybody hear me back there?  Any

09:56:13  8   questions?  I'm assuming the hand is yes, and not no.

09:56:20  9   I'm assuming if you can't hear me, you wouldn't know the

09:56:23  10  question anyway.

09:56:24  11         We will call the jurors in and, as I say,

09:56:27  12  take the seat in the last row, please.

09:56:29  13         THE CLERK:  For seat number one is Shannon

09:56:38  14  Kow, K-O-W. Number two would is Sarah Lahti, L-A-H-T-I.

09:57:21  15  Jesse Colville, C-O-L-V-I-L-L-E.

09:57:43  16         Again, I will request that you come and be

09:57:46  17  on this side, please.

09:57:47  18         Alexander, last name M-O-Z-A-R-M-I. Nathan

09:58:05  19  Morris, M-O-R-R-I-S. Lucille Thomas, T-H-O-M-A-S.

09:58:35  20  William Folkner, F-O-L-K-N-E-R.  William, last name

09:58:55  21  B-A-L-L-O-U. Gabriel Garcia, G-A-R-C-I-A.

09:59:21  22         If you could take that little chair right

09:59:24  23  back there.

09:59:27  24         And then for the first seat in the second

09:59:29  25  row, Darryl York, Y-O-R-K. Michael Buck, B-U-C-K. Next

| | | |
|---|---|---|
| 10:00:09 | 1 | juror, the first name is spelled N-G-H-I. Last name L-Y. |
| 10:00:28 | 2 | Daniel Cracium, C-R-A-C-I-U-M.  Mitchel, spelled |
| 10:00:59 | 3 | M-I-T-C-H-E-L.  Last name Long, L-O-N-G. Carlos Cardona, |
| 10:01:21 | 4 | C-A-R-D-O-N-A. |
| 10:01:21 | 5 |          And then for the first seat in the front |
| 10:01:23 | 6 | row, it is Ricardo Gomez, G-O-M-E-Z. Charlie Bean, |
| 10:01:46 | 7 | B-E-A-N. Stephen, S-T-E-P-H-E-N. Last name Kwan, |
| 10:01:51 | 8 | K-W-A-N. And then for the last seat, first name |
| 10:02:10 | 9 | P-H-U-O-N-G. Last name Pham, P-H-A-M. |
| 10:02:32 | 10 |          THE COURT:  Okay.  Ladies and gentlemen, we |
| 10:02:33 | 11 | have 19 jurors that have come up here to sit in the box. |
| 10:02:37 | 12 | We have a lot of jurors out there that have not been |
| 10:02:39 | 13 | called yet.  I will ask questions of these 19 jurors up |
| 10:02:42 | 14 | here, and having them respond. |
| 10:02:44 | 15 |          We won't be asking questions of those that |
| 10:02:46 | 16 | are out in the audience yet.  But I will ask you to |
| 10:02:50 | 17 | listen very carefully to the questions I ask of all the |
| 10:02:53 | 18 | members of the jury here.  Because later on in the |
| 10:02:55 | 19 | trial, you may be called to take the seat of one of the |
| 10:02:58 | 20 | jurors up here.  And the first question I will ask is, |
| 10:03:01 | 21 | have you listened to all the questions and is there |
| 10:03:03 | 22 | anything you should tell us about your ability to hear |
| 10:03:05 | 23 | this trial. You can't do that unless you have listened |
| 10:03:08 | 24 | to all the questions.  So listen very carefully.  You |
| 10:03:11 | 25 | will have to do the same work they're going to do, other |

10:03:12  1   than we won't be asking you direct questions right now.

10:03:15  2   But I guess what I want to get across to you is that

10:03:17  3   it's important that if you can't see something, or hear

10:03:19  4   something, that you raise your hand and let us know.

10:03:21  5   Because it is just as important that you hear and see

10:03:25  6   everything and the jurors up here.  Everybody with us?

10:03:29  7   Okay.

10:03:30  8           THE JURORS:  Yes.

10:03:31  9           THE COURT:  The matter before the Court

10:03:32  10  today is the United States versus Liu, L-I-U, and let me

10:03:40  11  tell you a little bit about what the allegations are

10:03:43  12  going to be so you know what the case is going to be

10:03:46  13  about.

10:03:47  14          The indictment charges the defendants with

10:03:51  15  conspiracy to defraud the United States and conspiracy

10:03:53  16  to commit wire fraud, alleging defendants engaged in a

10:03:58  17  scheme to fraudulently inflate the value of Chinese

10:04:02  18  Zhongtian Holdings' stock by, among other things,

10:04:05  19  falsely inflating sales revenue, its volume of exports

10:04:09  20  to the United States, and overall financial position.

10:04:12  21          Number two, the custom fraud alleging the

10:04:16  22  defendants evaded $1.8 billion in antidumping and

10:04:22  23  countervailing duties owed to the United States Custom

10:04:26  24  Bureau and Protections and the United States Treasury,

10:04:29  25  when defendants imported 2.2 million aluminium

10:04:35   1   extrusions in the shape of pallets in the United States.

10:04:40   2            And number three, intentional promotional

10:04:42   3   money laundering, alleging defendants moved hundreds of

10:04:46   4   millions of dollars through accounts in the United

10:04:48   5   States to promote investor fraud and evasion of duties.

10:04:53   6            Also, the defendants are charged

10:04:55   7   individually with substantive counts -- charged with

10:04:59   8   substantive counts of international promotion,

10:05:02   9   promotional money laundering, wire fraud, and custom

10:05:08  10  fraud.  The defendants have pled not guilty to the

10:05:10  11  charge and are presumed innocent of the allegations.

10:05:16  12           So that's the real general allegation as to

10:05:18  13  what the case is about.  At this time, I will have each

10:05:20  14  side introduce to you themselves, the attorneys.  And

10:05:27  15  any witnesses that you intend to call, if you let us

10:05:30  16  know what city they come from.  The reason we are doing

10:05:32  17  this is to find out if you know anybody involved in this

10:05:35  18  case.

10:05:36  19           Counsel.

10:05:41  20           MR. HSIEH:  Good morning, everyone, Roger

10:05:44  21  Hsieh on behalf of the United States.

10:05:46  22           MS. KUMAR:  Good morning, everyone, Poonam

10:05:48  23  Kumar, also on behalf of the United States.

10:05:50  24           MR. BERNSTEIN:  Good morning, everyone.  My

10:05:51  25  name is Greg Bernstein for the United States.  And you

| | | |
|---|---|---|
| 10:05:54 | 1 | will see at counsel table, Jay Huang, special agent of |
| 10:05:58 | 2 | the Department of Homeland Security. |
| 10:06:02 | 3 | MR. BERNSTEIN:  And, Your Honor, you want us |
| 10:06:03 | 4 | to go through the witness list now? |
| 10:06:05 | 5 | THE COURT:  Yes.  If you can go through |
| 10:06:07 | 6 | the witness -- yeah.  And I know it is a long witness |
| 10:06:09 | 7 | list, but if you can go quickly through it. |
| 10:06:11 | 8 | And again, we want to know if you know any |
| 10:06:11 | 9 | of these people. |
| 10:06:12 | 10 | MR. BERNSTEIN:  Yes, the witnesses that we |
| 10:06:17 | 11 | anticipate to call are Bill Riley, Shaun Hamer, Olivia |
| 10:06:27 | 12 | Resendez, Ricky Chavarria, Suk Luo, Jackie Zhao, Yan |
| 10:06:36 | 13 | Huang, Samuel Chong, Praditbatuga Panuchai, Cristian |
| 10:06:43 | 14 | Robles, Mark Li, Alex Villanueva, Kim Nguyen, Maurice |
| 10:06:56 | 15 | Moore, Oliver Chi, Po-Chi Shen, also known as Eric Shen; |
| 10:06:59 | 16 | George Wang, Julie Wang, Angela Hersley, Jay Huang, Gene |
| 10:07:12 | 17 | Henson, Laszlo Horvath, Robert Otterbein, Wayne |
| 10:07:16 | 18 | Reichert, Daniel Porter, Ben Chou, Garry Goehring, |
| 10:07:23 | 19 | Steven Ng, Fritz Neuschel, Christopher Holbert, David |
| 10:07:33 | 20 | Pimental, Steven Austin, Dr. Torben Voetmann, Yihwou |
| 10:07:41 | 21 | Howard Chen, Thanh Nguyen, Bruce Raine, Lori Carmack, |
| 10:07:49 | 22 | Jannie Zhong, Peter Thompson, Russel Loh, Clark Liang, |
| 10:07:54 | 23 | Stanley Wu, and Shawn Li. |
| 10:07:59 | 24 | THE COURT:  Okay.  These are witnesses that |
| 10:08:00 | 25 | may or may not be called.  But these are any potential |

10:08:02   1   witnesses that they may call.

10:08:04   2           And, Counsel, can you introduce us to the

10:08:06   3   defense, please.

10:08:08   4           MR. RUYAK:  Ladies and gentlemen, my name is

10:08:10   5   Robert Ruyak, and I'm with my colleague, Joshua Benson.

10:08:16   6   We are representing two of the corporate defendants,

10:08:18   7   Perfectus Acquisitions and Perfectus Aluminum, both

10:08:21   8   located in the L.A. area.  And we have -- I will let the

10:08:28   9   other defendants introduce themselves.

10:08:30  10           MS. POTASHNER:  Good morning, everyone.  I'm

10:08:32  11   Hillary Potashner and I'm here with my colleagues,

10:08:37  12   Stephen Larson and Alex Lowder.  We represent four

10:08:41  13   corporate entities:  Scuderia Development, 1001

10:08:46  14   Doubleday, Von Karman-Main Street, and 10681 Production

10:08:53  15   Avenue.

10:08:53  16           THE COURT:  Thank you, Counsel.

10:08:55  17           Are there any witnesses that you care to

10:08:56  18   share with the jury at this time?

10:08:58  19           MR. RUYAK:  Yes, Your Honor, we have a list

10:08:59  20   of witnesses.  I will try to also give their locations,

10:09:04  21   since most of them are outside of this area.  We have

10:09:10  22   Velda Griffin.  We have Solomon Rosenthal, who is from

10:09:14  23   the New Jersey area.  Julia Kezios, Dr. Marshall White,

10:09:21  24   who is from Virginia, Dr. Bryan Becker, who's from

10:09:25  25   Washington, D.C., Dr. Denis Simon, who's from North

| | | |
|---|---|---|
| 10:09:29 | 1 | Carolina, and we also have special agent Joseph |
| 10:09:35 | 2 | Spielman.  And one other witness, John Peterson, is from |
| 10:09:38 | 3 | New York City. |
| 10:09:41 | 4 | THE COURT:  Thank you very much, Counsel. |
| 10:09:42 | 5 | As you noticed, we have -- as defendants, we |
| 10:09:46 | 6 | have a group of four corporations and a group of two |
| 10:09:50 | 7 | corporations.  So that's six corporations total. |
| 10:09:52 | 8 | So, ladies and gentlemen, we have told you a |
| 10:09:54 | 9 | little bit about what this case is going to be about. |
| 10:09:57 | 10 | We've introduced you to the people involved.  So my |
| 10:10:00 | 11 | question is, as I indicated before, do any of you know |
| 10:10:04 | 12 | any of these people involved in this case or anything |
| 10:10:07 | 13 | about this case at all? |
| 10:10:08 | 14 | Yes, sir. |
| 10:10:10 | 15 | By the way, before you start, I will refer |
| 10:10:12 | 16 | to you by jury number, because you may be moving around, |
| 10:10:13 | 17 | rather than first name or middle -- or excuse me, last |
| 10:10:17 | 18 | name.  So I apologize for that. |
| 10:10:20 | 19 | THE CLERK:  I will give the mic to him. |
| 10:10:23 | 20 | THE COURT:  Sir? |
| 10:10:24 | 21 | THE JUROR:  It is a common name, but if it |
| 10:10:27 | 22 | is the same Alex Villanueva who works for the LAPD, I do |
| 10:10:31 | 23 | have a -- not a close relationship, but I work with him |
| 10:10:33 | 24 | in -- and done different coffee events with him. |
| 10:10:35 | 25 | THE COURT:  Let me find out. |

10:10:37  1          MR. BERNSTEIN:  It is not, Your Honor.

10:10:38  2          THE COURT:  It's not from LAPD.  Okay.

10:10:41  3          Thank you very much, sir.

10:10:42  4          One more time, anybody know anybody that's

10:10:45  5  involved in this case or know anything about this case?

10:10:49  6          Just hold on to the microphone.  We will get

10:10:51  7  you later.

10:10:53  8          In watching your reaction, I've got to ask

10:10:55  9  this question.  How many have served on a jury before,

10:10:58  10  where you've gone through deliberation?

10:11:03  11          One, two, three, four.  That's what I

10:11:04  12  thought.  Four or five of the 20 jurors.  That means

10:11:08  13  most of you are new here.

10:11:12  14          So let me talk to you a little bit about

10:11:12  15  that.  There's two ways we can handle a case.  We can

10:11:17  16  handle a case by asking every single juror every single

10:11:18  17  question, and we will be here until Christmas.  Or we

10:11:22  18  can go through and ask general questions and get through

10:11:26  19  this very quickly.  But the only way we can ask general

10:11:28  20  questions is, if I ask a question, I need a response

10:11:31  21  from all 19 of you.  Either raise your hand, stand up,

10:11:34  22  say yes or no, something, so I know what your response

10:11:38  23  will be.  That way, I don't have to go through every

10:11:40  24  single juror and ask every single question.  It will

10:11:44  25  make it much more efficient and a much faster trial that

| | | |
|---|---|---|
| 10:11:48 | 1 | way. |
| 10:11:49 | 2 | Let me try again.  Does anybody know |
| 10:11:52 | 3 | anything about this case.  Because last time, only about |
| 10:11:55 | 4 | three people responded.  Everyone else looked like they |
| 10:11:55 | 5 | didn't know why they were here.  Let me ask you this, |
| 10:11:58 | 6 | anybody know anything about this case or anybody |
| 10:12:02 | 7 | involved in this case? |
| 10:12:03 | 8 | THE JURORS:  No.  No. |
| 10:12:06 | 9 | THE COURT:  Perfect.  Okay.  It will go much |
| | 10 | faster that way, if you all respond. |
| 10:12:07 | 11 | So since they're new jurors, I probably |
| 10:12:10 | 12 | should explain to you what you do in here and what your |
| 10:12:12 | 13 | function is, because a lot of you have not sat on a jury |
| 10:12:16 | 14 | before. |
| 10:12:16 | 15 | Basically, the jury has a twofold duty. |
| 10:12:20 | 16 | Your first duty is to determine what the facts of this |
| 10:12:23 | 17 | case are. |
| 10:12:25 | 18 | Well, how are you going to do that? You've |
| 10:12:28 | 19 | already told me you don't know a thing about this case. |
| 10:12:30 | 20 | Well, the law is very clear.  It says you |
| 10:12:33 | 21 | must determine the facts of the case, from and only from |
| 10:12:36 | 22 | the evidence that's received in the trial. |
| 10:12:39 | 23 | Well, that may not help, because the |
| 10:12:41 | 24 | question is, what's evidence? |
| 10:12:43 | 25 | Evidence is also defined by the law as being |

10:12:46   1    the testimony of the people here in court, under oath,

10:12:50   2    and any exhibits that are received into evidence, or

10:12:52   3    anything that the attorneys have agreed upon and

10:12:57   4    stipulated to as being facts.  From those things and

10:12:58   5    only those three things, you are to determine what the

10:13:00   6    facts of the case are.

10:13:01   7          Your second duty is to apply the law that I

10:13:05   8    give to you at the end the case, and I will talk to you

10:13:07   9    about that in a second.  But let me talk to you about

10:13:09  10    that first duty that you have, to determine the facts of

10:13:12  11    the case.

10:13:13  12          Most of you -- let me ask.  How many of you

10:13:15  13    have -- let's see if we can get everyone to react.  How

10:13:20  14    many of you have done or seen jigsaw puzzles being

10:13:22  15    worked out?

10:13:23  16          Okay.  Everybody has.  Basically, what you

10:13:25  17    do with a jigsaw puzzle is you take the box and you

10:13:28  18    throw the pieces out there on the table, and you start

10:13:31  19    putting it together.

10:13:34  20          Oddly enough, in this case, no one is going

10:13:36  21    to ask you what happened on a certain date, at a certain

10:13:39  22    time, at a certain place.  We will be asking you, what

10:13:43  23    does the evidence show happened at a certain place, at a

10:13:47  24    certain time, at a certain date.  Sounds kind of

10:13:50  25    sophisticated, but it's really not when you think about

10:13:52   1   it.

10:13:53   2           If you have that crossword puzzle in front

10:13:56   3   of you, we're going to ask you to put the pieces

10:13:58   4   together and tell us what it says.  You may have, when

10:14:01   5   put it together, a picture of a dog.  You look at the

10:14:04   6   box top and it's a boat.  No one is asking you what's on

10:14:07   7   the box top.  We are asking you, what is the result when

10:14:09   8   you put the pieces together, the evidence together, and

10:14:12   9   what does that show, what does the evidence show, and

10:14:15  10   the evidence is limited just to those three things.

10:14:19  11   Little subtle, but that's really important that you

10:14:21  12   understand that.

10:14:21  13           Any questions in that area?  Do you

10:14:24  14   understand what we are talking about?  Okay.

10:14:27  15           Interesting enough, whether we like the

10:14:30  16   evidence or not is not material at all.  In fact, being

10:14:32  17   a juror is kind of a humbling experience. No one is

10:14:35  18   asking how we would like the case to come out.  What we

10:14:38  19   are asking is, what does the evidence say when you put

10:14:40  20   the evidence out there.  And whether we like it or not,

10:14:43  21   the cards fall where they may.  You just follow the

10:14:44  22   evidence and you tell us what the picture has painted

10:14:46  23   when you put those -- that evidence together.

10:14:49  24           Second thing you do is, you have to follow

10:14:51  25   the law.  The second duty you have, to follow the law

| | |
|---|---|
| 10:14:53 | 1 |
| 10:14:56 | 2 |
| 10:15:00 | 3 |
| 10:15:03 | 4 |
| 10:15:05 | 5 |

that I will give to you at the end of the case.  Whether
you like that law or not, if you don't like it, go up to
Sacramento and change it.  Go back to Washington, D.C.
and change it.  But we have to follow the law that I
give to you at the end of the case.

            The reason we don't follow the law as you
might want it to be is because if I ask ten people what
the law is, I'll get ten different responses.  We can't
try cases that way.  We have to have one standard to try
a case by.  You must follow the law as I give it to you.
Whether you agree with it or not, whether you like it or
not, you take whatever law I give to you at the end of
the case, you apply it to those facts that you find to
be true, and then you come up with your verdict.

            So that is going to be basically all the
questions that will be directed to your ability to do
that.  Any questions of that area?  Okay.

            I've talked to you about asking questions of
you in general.  But I'm going to break from that now
and ask you just four specific questions, specific to
you.  And I will go through each juror one by one.  Not
that hard.  You know, it's not like school, we will give
you the questions before we ask for the answers.  But
basically, it is, what is your name.  Most of you can
handle that.  What area do you live in.  We don't want a

10:16:10  1  street address; just the city that you live in.  What is

10:16:12  2  your employment?  If you happen to be retired, do me a

10:16:17  3  favor and tell me what your employment was before.

10:16:19  4  Don't just say retired, because all that does is make me

10:16:22  5  jealous.  So just tell me what your employment was while

10:16:26  6  you were working.

10:16:27  7          And the fourth thing is, does anybody work

10:16:31  8  outside the home, that you live with in the home.

10:16:34  9  Anyone in the home that works outside the home.  Then I

10:16:37  10  will ask some follow-up questions.  Don't get insulted

10:16:41  11  with the follow-up questions because most of those

10:16:43  12  questions will be asked to really educate the jury as to

10:16:45  13  what the duties are.  But we may ask some follow-up

10:16:47  14  questions, and then I will get back to the general

10:16:49  15  questions.

10:16:50  16          Let's start with Juror Number 1.  If you can

10:16:52  17  pass the mic.  The reporter has to take down everything

10:16:55  18  that's said.  That's why we need the mic.

10:16:58  19          Juror Number 1, what is your name, please?

10:17:01  20          THE JUROR:  Shannon Kow.

10:17:03  21          THE COURT:  What location do you live in?

10:17:04  22          THE JUROR:  Diamond Bar.

10:17:07  23          THE COURT:  What is your occupation?

10:17:08  24          THE JUROR:  Private tutor.

10:17:14  25          THE COURT:  Tutor?

10:17:16  1                    THE JUROR:  Yes.

10:17:17  2                    THE COURT:  What area?  What do you tutor

10:17:18  3   in?

10:17:18  4                    THE JUROR:  High school and college

10:17:20  5   sciences.

10:17:21  6                    THE COURT:  In that, do you get in to the

10:17:22  7   area of civics at all or law or anything?

10:17:25  8                    THE JUROR:  No.

10:17:27  9                    THE COURT:  Okay.  And the last question is:

10:17:29  10  Is there anyone that works inside the home -- excuse me,

10:17:32  11  anyone that's inside the home, that works outside the

10:17:33  12  home?

10:17:34  13                   THE JUROR:  Yes.

10:17:35  14                   THE COURT:  What's that person do?

10:17:36  15                   THE JUROR:  Accountant.

10:17:39  16                   THE COURT:  Accountant?

10:17:41  17                   THE JUROR:  Yes.

10:17:41  18                   THE COURT:  Okay.  In this case, and we will

10:17:43  19  be talking more about this in general questions, there's

10:17:45  20  going to probably be some testimony, and in a case like

10:17:47  21  this, there may be some accounting testimony.  It is

10:17:51  22  very important that what anything you may have heard or

10:17:55  23  your friends have told you about accounting, you leave

10:17:58  24  it out of this trial, and you go just by the evidence.

10:18:02  25  If they don't tell you what it is here, you can't

10:18:04   1   consider it.  You understand that?

10:18:06   2               THE JUROR:  Yes.

10:18:07   3               THE COURT:  Do you think you can do that?

10:18:09   4               THE JUROR:  Yes.

10:18:13   5               THE COURT: Okay. Thank you very much.  You

           6   can pass it to the next juror.

10:18:13   7               Your name, please.

10:18:15   8               THE JUROR:  Sarah Lahti.

10:18:18   9               THE COURT:  And what location do you live

10:18:19  10   in?

10:18:20  11               THE JUROR:  Santa Monica.

10:18:21  12               THE COURT: And your occupation?

10:18:24  13               THE JUROR:  Marketing.

10:18:25  14               THE COURT:  Marketing in what area?

10:18:27  15               THE JUROR:  Video games.

10:18:29  16               THE COURT:  Anyone in the home that works

10:18:31  17   outside the home?

10:18:32  18               THE JUROR:  Yes.  Ad tech.

10:18:34  19               THE COURT:  Sorry?

10:18:36  20               THE JUROR:  Ad tech.

10:18:37  21               THE COURT:  I don't know if anything in this

10:18:38  22   case would touch on your experiences in marketing, but

10:18:41  23   the same thing that I said to the juror right before

10:18:45  24   you, if something comes in and you can say, well, I

10:18:48  25   remember it goes this way, you can't do that.  You have

10:18:51   1   to follow what the evidence says and you don't consider

10:18:54   2   it unless it's in evidence.  You understand that?

10:18:56   3                   THE JUROR:  Yes.

10:18:57   4                   THE COURT:  You can do that?

10:18:58   5                   THE JUROR:  Yes.

10:18:59   6                   THE COURT:  Thank you very much.

10:18:59   7                   Next juror.

10:19:00   8                   THE JUROR:  Jesse Colville.

10:19:02   9                   THE COURT:  What location do you live in?

10:19:04  10                   THE JUROR:  Los Angeles.

10:19:04  11                   THE COURT:  L.A. is a pretty big place.

10:19:06  12                   THE JUROR:  Mar Vista.

10:19:08  13                   THE COURT:  That's fine.  I was going to

10:19:09  14   say, you can be even more general than that, East L.A.,

10:19:12  15   West L.A., whatever.

10:19:14  16                   What is your occupation?

10:19:15  17                   THE JUROR:  I work at an investment bank.

10:19:18  18                   THE COURT:  And anyone that works outside

10:19:20  19   the home?

10:19:21  20                   THE JUROR:  Yes.  My wife works in TV.

10:19:24  21                   THE COURT:  Investment banking, we are going

10:19:26  22   to get into investments here. We're going to get into

10:19:28  23   stocks, et cetera, things like that.

10:19:30  24                   Same question I asked the other two.  We

10:19:32  25   have to try this case by you telling us what the facts

| | | |
|---|---|---|
| 10:19:35 | 1 | say, not what you might have heard outside.  Do you |
| 10:19:37 | 2 | understand that? |
| 10:19:38 | 3 | THE JUROR:  Yep. |
| 10:19:39 | 4 | THE COURT:  You can do that? |
| 10:19:40 | 5 | THE JUROR:  Yep. |
| 10:19:42 | 6 | THE COURT:  Okay.  Thank you. |
| 10:19:42 | 7 | Next. |
| 10:19:43 | 8 | THE JUROR:  My name is Alex Mozarmi. I'm |
| 10:19:47 | 9 | self-employed, living in Canoga, California. |
| 10:19:49 | 10 | THE COURT:  Okay. And what was your |
| 10:19:49 | 11 | occupation? |
| 10:19:50 | 12 | THE JUROR:  I'm self-employed. |
| 10:19:52 | 13 | THE COURT:  Okay.  And anyone that works |
| 10:19:53 | 14 | outside the home? |
| 10:19:54 | 15 | THE JUROR:  Nope. |
| 10:19:55 | 16 | THE COURT:  Anything in your background that |
| 10:19:56 | 17 | you think would affect your ability to be a good juror |
| 10:19:59 | 18 | in this case? |
| 10:20:00 | 19 | THE JUROR:  No. |
| 10:20:01 | 20 | THE COURT:  You think you could listen to |
| 10:20:02 | 21 | both sides and give both sides a fair trial? |
| 10:20:05 | 22 | THE JUROR:  Of course. |
| 10:20:11 | 23 | THE COURT:  Okay.  Next juror. |
| 10:20:13 | 24 | THE JUROR:  Nathan Morris, Lancaster. |
| 10:20:15 | 25 | THE COURT:  Occupation? |

| | | |
|---|---|---|
| 10:20:17 | 1 | THE JUROR:  Retail. |
| 10:20:18 | 2 | THE COURT:  In what general area of retail? |
| 10:20:19 | 3 | THE JUROR:  Skateboarding. |
| 10:20:22 | 4 | THE COURT:  And anyone that works outside |
| 10:20:23 | 5 | the home? |
| 10:20:24 | 6 | THE JUROR:  No. |
| 10:20:24 | 7 | THE COURT:  Anything that you can think of |
| 10:20:27 | 8 | that would cause you problems in being a good juror? |
| 10:20:28 | 9 | THE JUROR:  No. |
| 10:20:29 | 10 | THE COURT:  Okay.  And the important thing |
| 10:20:30 | 11 | is, you can be fair to either side.  I mean, if you were |
| 10:20:35 | 12 | sitting over here or if you were sitting there, you |
| 10:20:38 | 13 | would say 12 jurors would be fair to me.  Do you think |
| 10:20:39 | 14 | you could say that -- I'm sorry.  Do you think 12 jurors |
| 10:20:41 | 15 | like you would be fair? |
| 10:20:42 | 16 | THE JUROR:  Uh-huh. |
| 10:20:43 | 17 | THE COURT:  Okay.  Next juror. |
| 10:20:45 | 18 | THE JUROR:  Lucille Thomas, retired, |
| 10:20:49 | 19 | accounts payable. |
| 10:20:50 | 20 | THE COURT:  I told you not to say that. |
| 10:20:52 | 21 | No, go ahead. |
| 10:20:55 | 22 | THE JUROR:  Accounts payables. |
| 10:20:56 | 23 | THE COURT:  And anyone in the home that |
| 10:20:58 | 24 | works outside the home? |
| 10:20:59 | 25 | THE JUROR:  No. |

| | | |
|---|---|---|
| 10:20:59 | 1 | THE COURT:  What area did you say you live |
| 10:21:00 | 2 | in? |
| 10:21:01 | 3 | THE JUROR:  South L.A. |
| 10:21:02 | 4 | THE COURT:  South L.A. |
| 10:21:05 | 5 | Okay.  Anything that you can think of that |
| 10:21:09 | 6 | would affect your ability to hear this case? |
| 10:21:10 | 7 | THE JUROR:  No. |
| 10:21:11 | 8 | THE COURT:  Thank you very much. |
| 10:21:13 | 9 | Next juror. |
| 10:21:13 | 10 | THE JUROR:  My name is William Folkner.  I |
| 10:21:17 | 11 | live in Altadena.  I was an aerospace engineer.  I live |
| 10:21:22 | 12 | alone, so there's no one outside the home. |
| 10:21:25 | 13 | THE COURT:  And you can't think of any |
| 10:21:26 | 14 | reason why you would not be a good juror in this case? |
| 10:21:29 | 15 | THE JUROR:  No, I can't. |
| 10:21:31 | 16 | THE COURT:  Thank you very much, sir. |
| 10:21:32 | 17 | Next juror. |
| 10:21:33 | 18 | THE JUROR:  William Ballou.  I live in |
| 10:21:36 | 19 | Studio City.  I'm a theatrical technical director.  My |
| 10:21:40 | 20 | wife is a retired L.A. prosecutor and criminal defense |
| 10:21:44 | 21 | attorney. |
| 10:21:47 | 22 | THE COURT:  Okay.  So has worked both sides |
| 10:21:48 | 23 | of the aisle. |
| 10:21:49 | 24 | THE JUROR:  At the moment, yes. |
| 10:21:51 | 25 | THE COURT:  It is important that anything |

| | | |
|---|---|---|
| 10:21:54 | 1 | that she may have told you about the law, et cetera, |
| 10:21:57 | 2 | again, you have to leave that out and follow the law |
| 10:22:00 | 3 | that I give you.  You understand that? |
| 10:22:02 | 4 | THE JUROR:  I will do my best. |
| 10:22:04 | 5 | THE COURT:  Oddly enough, we've had judges |
| 10:22:06 | 6 | that have sat out there as jurors, and I'll ask them the |
| 10:22:09 | 7 | same questions and they know what's going on.  And I'll |
| 10:22:11 | 8 | say, well, can you follow the law, even though you think |
| 10:22:12 | 9 | it may be wrong?  And they say, yeah, I will follow the |
| 10:22:16 | 10 | law that you give.  And it has to be one law that we |
| 10:22:18 | 11 | give.  And you have no problem with that? |
| 10:22:20 | 12 | THE JUROR:  No. |
| 10:22:21 | 13 | THE COURT:  Okay.  Let's pass it over. |
| 10:22:24 | 14 | We're not ignoring you.  We're just looking |
| 10:22:25 | 15 | through glass to see you over there. |
| 10:22:26 | 16 | Can we have your name, please. |
| 10:22:27 | 17 | THE JUROR:  Gabriel Garcia. |
| 10:22:31 | 18 | THE COURT:  And your occupation? |
| 10:22:33 | 19 | THE JUROR:  Operation analyst for an |
| 10:22:35 | 20 | insurance company. |
| 10:22:36 | 21 | THE COURT:  In what area do you live in? |
| 10:22:37 | 22 | THE JUROR:  San Fernando City. |
| 10:22:40 | 23 | THE COURT:  And anyone that works outside |
| 10:22:41 | 24 | the home? |
| 10:22:41 | 25 | THE JUROR:  My wife is a social worker. |

10:22:44  1          THE COURT:  You know a little bit about what

10:22:46  2   this case is, very little.  But you know a little bit

10:22:48  3   about what this case is about. Is there any reason why

10:22:50  4   you think, anything in your background that would

10:22:52  5   prevent you from being a good juror?

10:22:54  6          THE JUROR:  No.

10:22:55  7          THE COURT:  Let me ask you the hardest

10:22:57  8   question that we ask here.  Can you figure out how to

10:23:00  9   get that mic down to the next juror, juror ten?

10:23:07 10          Well done.  Thank you.

10:23:12 11          Okay.

10:23:14 12          THE JUROR:  Darryl York.  I reside in Santa

10:23:17 13   Clarita Valley.  I'm an attorney, former law

10:23:19 14   enforcement.  And the wife does not work outside the

10:23:21 15   home.

10:23:21 16          THE COURT:  Have you ever been on a jury

10:23:23 17   before?

10:23:23 18          THE JUROR:  No, sir.

10:23:24 19          THE COURT:  But you've been involved with

10:23:26 20   juries in your work?

10:23:27 21          THE JUROR:  I have, Your Honor.

10:23:28 22          THE COURT:  Because you know every question,

10:23:30 23   you didn't give me a chance to ask you who you were.

10:23:33 24          THE JUROR:  I've been before you, Your

10:23:34 25   Honor.

10:23:34   1          THE COURT:  Okay.  Let me ask you a couple
10:23:37   2   of questions, and you know what these questions will be.
10:23:39   3   First of all, being an attorney, you have an awful lot
10:23:43   4   of background as far as law, et cetera.  Are you okay
10:23:46   5   with understanding that you just have to follow the law
10:23:48   6   that I give to you at the end of the case, whether you
10:23:50   7   like it or not?
10:23:51   8          THE JUROR:  Yes, Your Honor.
10:23:52   9          THE COURT:  You also mentioned that you were
10:23:53   10  with law enforcement.  I don't know what that -- how
10:23:57   11  that would affect this case.  But one way or the other,
10:24:00   12  would that cause you any problems hearing the case, make
10:24:02   13  you lean one way or the other?
10:24:05   14         THE JUROR:  No, Your Honor.
10:24:06   15         THE COURT:  So let me ask you this question.
10:24:07   16  As an attorney, you understand how important this is.
10:24:09   17  If you were the defendant sitting over here, would you
10:24:12   18  be satisfied that 12 people like you, would give you a
10:24:14   19  fair trial?
10:24:15   20         THE JUROR:  Yes, Your Honor.
10:24:16   21         THE COURT:  If you were the Government,
10:24:18   22  would you be satisfied that 12 people like you,  would
10:24:22   23  give you a fair trial?
10:24:23   24         THE JUROR:  Yes, Your Honor.
10:24:23   25         THE COURT:  So you're saying that you would

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 10:24:24 | 1  | be good for either side.                                 |
| 10:24:26 | 2  | THE JUROR:  Either side.                                 |
| 10:24:27 | 3  | THE COURT:  Okay.  Thank you very much.                  |
| 10:24:28 | 4  | Next juror.                                              |
| 10:24:30 | 5  | THE JUROR:  Hi, I'm Michael Buck.  I live in             |
| 10:24:32 | 6  | North Hollywood.  I work as a project manager for a      |
| 10:24:37 | 7  | bank.  And no work outside the home.                     |
| 10:24:38 | 8  | THE COURT:  How about you, what background               |
| 10:24:40 | 9  | should we -- anything about your background that would   |
| 10:24:42 | 10 | affect a case like this?                                 |
| 10:24:44 | 11 | THE JUROR:  No, sir.                                     |
| 10:24:44 | 12 | THE COURT:  You feel you could be fair to               |
| 10:24:46 | 13 | both sides?                                              |
| 10:24:47 | 14 | THE JUROR:  Yes, sir.                                    |
| 10:24:48 | 15 | THE COURT:  Next juror.                                  |
| 10:24:50 | 16 | THE JUROR:  My name is Nghi Ly.  I live in               |
| 10:24:55 | 17 | Rosemead, California.  I work as IT for the probation    |
| 10:25:04 | 18 | department and the sheriff's department.  My wife works  |
| 10:25:06 | 19 | for Bank of Cal as fraud and money laundering.  I don't  |
| 10:25:11 | 20 | know her exact title.                                    |
| 10:25:16 | 21 | THE COURT:  Okay.  So let me ask you a                   |
| 10:25:17 | 22 | couple of questions along this line.  One of the         |
| 10:25:17 | 23 | allegations is money laundering.  You would have to just |
| 10:25:22 | 24 | go on the evidence you receive here and the law that I   |
| 10:25:24 | 25 | give to you.  If your wife or something that you knew    |

| | | |
|---|---|---|
| 10:25:31 | 1 | outside, you can't bring into trial.  You understand |
| 10:25:33 | 2 | that? |
| 10:25:34 | 3 | THE JUROR:  Yes, sir. |
| 10:25:34 | 4 | THE COURT:  You have to tell us what the |
| 10:25:36 | 5 | evidence is and apply the law that I give you. |
| 10:25:39 | 6 | THE JUROR:  Yes, sir. |
| 10:25:40 | 7 | THE COURT:  Your connections that you work |
| 10:25:41 | 8 | with in law enforcement, et cetera, that wouldn't affect |
| 10:25:43 | 9 | you one way or another in a case like this? |
| 10:25:46 | 10 | THE JUROR:  No. |
| 10:25:47 | 11 | THE COURT:  Next juror, please. |
| 10:25:48 | 12 | THE JUROR:  My name is Daniel Cracium. I am |
| 10:25:51 | 13 | from West Los Angeles, California.  My wife is a nanny |
| 10:25:53 | 14 | and personal assistant for a family in West L.A. as |
| 10:25:59 | 15 | well. And I'm a pastor full-time, Christian pastor. |
| 10:26:04 | 16 | THE COURT:  Same question I asked everybody |
| 10:26:06 | 17 | else.  You know a little bit about what this case is |
| 10:26:09 | 18 | about.  Is there anything in your background that would |
| 10:26:10 | 19 | cause you to not be able to sit on a case like this? |
| 10:26:13 | 20 | THE JUROR:  No, Your Honor. |
| 10:26:14 | 21 | THE COURT:  You could be fair to both sides, |
| 10:26:16 | 22 | you could be objective, tell us what the evidence is, |
| 10:26:19 | 23 | let the cards fall where they may.  You're just going to |
| 10:26:21 | 24 | tell us what happened. |
| 10:26:23 | 25 | THE JUROR:  Yes, sir. |

| | | |
|---|---|---|
| 10:26:24 | 1 | THE COURT:  Perfect. |
| 10:26:25 | 2 | Next juror. |
| 10:26:25 | 3 | THE JUROR:  My name is Mitchel Long.  I'm a |
| 10:26:29 | 4 | bar back.  I live in San Luis Obispo.  And my father |
| 10:26:34 | 5 | works as a teacher. |
| 10:26:36 | 6 | THE COURT:  What level does your father |
| 10:26:39 | 7 | teach at? |
| 10:26:39 | 8 | THE JUROR:  Junior high. |
| 10:26:41 | 9 | THE COURT:  They don't get into law or |
| 10:26:44 | 10 | anything like that? |
| 10:26:45 | 11 | THE JUROR:  No, sir. |
| 10:26:45 | 12 | THE COURT:  They don't get into money |
| 10:26:47 | 13 | laundering or fraud or anything? |
| 10:26:48 | 14 | THE JUROR:  Not that I know of, sir. |
| 10:26:50 | 15 | THE COURT:  So is there anything in your |
| 10:26:52 | 16 | background that would prevent you from being a good |
| 10:26:54 | 17 | juror? |
| 10:26:55 | 18 | THE JUROR:  No, sir. |
| 10:26:55 | 19 | THE COURT:  Thank you very much. |
| 10:26:56 | 20 | Next juror. |
| 10:26:57 | 21 | THE JUROR:  My name is Carlos Cardona.  I'm |
| 10:27:01 | 22 | from Downey.  What was the other question? |
| 10:27:04 | 23 | THE COURT:  Occupation. |
| 10:27:05 | 24 | THE JUROR:  I'm a librarian. |
| 10:27:07 | 25 | THE COURT:  Anyone in the home that works |

| | | |
|---|---|---|
| 10:27:10 | 1 | outside the home? |
| 10:27:11 | 2 | THE JUROR:  My wife, she is a homemaker. |
| 10:27:14 | 3 | THE COURT:  Can you think of any reason in |
| 10:27:17 | 4 | your background that would affect you on a case like |
| 10:27:20 | 5 | this? |
| 10:27:20 | 6 | THE JUROR:  No. |
| 10:27:21 | 7 | THE COURT:  You think you can be fair to |
| 10:27:21 | 8 | both sides? |
| 10:27:22 | 9 | THE JUROR:  Yes. |
| 10:27:24 | 10 | THE COURT:  Let's see if you can get that |
| 10:27:25 | 11 | down to juror Number 16, please. |
| 10:27:28 | 12 | THE JUROR:  My name is Ricardo Gomez.  I |
| 10:27:33 | 13 | live in Glendora.  I'm a construction superintendent. |
| 10:27:37 | 14 | And my wife is a neuromuscular massage therapist. |
| 10:27:43 | 15 | THE COURT:  I don't see any of those things |
| 10:27:45 | 16 | affecting a case like this.  Let me ask you, is there |
| 10:27:47 | 17 | anything in your background that would cause you any |
| 10:27:51 | 18 | problem in hearing a case like this? |
| 10:27:52 | 19 | THE JUROR:  No, sir. |
| 10:27:52 | 20 | THE COURT:  Okay.  And you feel you can be |
| 10:27:53 | 21 | fair to both sides? |
| 10:27:54 | 22 | THE JUROR:  Yes, sir. |
| 10:27:56 | 23 | THE COURT:  Thank you very much. |
| 10:27:57 | 24 | Next juror. |
| 10:27:57 | 25 | THE JUROR:  My name is Charlie Bean.  I'm a |

| | | |
|---|---|---|
| 10:28:00 | 1 | film maker.  I live in Hollywood. |
| 10:28:04 | 2 | THE COURT:  Anybody that works outside the |
| 10:28:05 | 3 | home? |
| 10:28:06 | 4 | THE JUROR:  No. |
| 10:28:07 | 5 | THE COURT:  Can you think of any reason why |
| 10:28:08 | 6 | you cannot be fair to both sides? |
| 10:28:10 | 7 | THE JUROR:  I don't think so. |
| 10:28:12 | 8 | THE COURT:  You understand both sides -- and |
| 10:28:14 | 9 | again, I'm using you as a springboard to talk to |
| 10:28:17 | 10 | everybody.  You understand that both sides are entitled |
| 10:28:19 | 11 | to a jury that would give them a fair trial and be very |
| 10:28:22 | 12 | objective on their evaluation of the evidence and law, |
| 10:28:26 | 13 | do you understand that? |
| 10:28:27 | 14 | THE JUROR:  Yes. |
| 10:28:28 | 15 | THE COURT:  And so you would be comfortable |
| 10:28:30 | 16 | being on either side of the bench, then. |
| 10:28:32 | 17 | THE JUROR:  I would like to think so. |
| 10:28:34 | 18 | THE COURT:  Next juror. |
| 10:28:36 | 19 | THE JUROR:  My name is Kwan Stephen. I'm a |
| 10:28:42 | 20 | chef before, and my wife works as an airline pricing |
| 10:28:47 | 21 | analyst. |
| 10:28:49 | 22 | THE COURT:  What area do you live in? |
| 10:28:53 | 23 | THE JUROR:  I live in city of Alhambra, |
| 10:28:55 | 24 | Los Angeles.  And my son is a financial lawyer.  He work |
| 10:28:59 | 25 | in New York.  Paul Hastings.  And then my daughter is a |

| | | |
|---|---|---|
| 10:29:04 | 1 | graphic designer.  She work freelance at home. |
| 10:29:12 | 2 | THE COURT:  Okay.  Let me ask you, |
| 10:29:13 | 3 | particularly with your son.  Anything that he may tell |
| 10:29:15 | 4 | you about the law, or anything he may tell you about |
| 10:29:16 | 5 | finances, you have to leave out of this trial.  You |
| 10:29:19 | 6 | understand that? |
| 10:29:19 | 7 | THE JUROR:  Yes.  Yes. |
| 10:29:20 | 8 | THE COURT:  And you decide this case just on |
| 10:29:22 | 9 | the evidence we receive here. |
| 10:29:23 | 10 | THE JUROR:  Yes.  I will follow the law in |
| 10:29:26 | 11 | here. |
| 10:29:27 | 12 | THE COURT:  So you would be fair to both |
| 10:29:29 | 13 | sides. |
| 10:29:29 | 14 | THE JUROR:  Yes, sir. |
| 10:29:30 | 15 | THE COURT:  Okay.  Next juror. |
| 10:29:32 | 16 | THE JUROR:  My name is Phuong Pham. I live |
| 10:29:35 | 17 | in East Los Angeles.  I'm a legal practice manager for |
| 10:29:39 | 18 | an environmental law and nonprofit.  My partner is an |
| 10:29:45 | 19 | artist.  I think that is everything. |
| 10:29:47 | 20 | THE COURT:  Okay. Yeah.  Is there anything |
| 10:29:48 | 21 | in your background that you'd bring into this trial? |
| 10:29:51 | 22 | THE JUROR:  No. |
| 10:29:52 | 23 | THE COURT:  Okay.  So you could decide it |
| 10:29:53 | 24 | just on the evidence that is presented here? |
| 10:29:55 | 25 | THE JUROR:  Uh-huh. |

10:29:56   1          THE COURT:  Let me ask some questions in

10:29:59   2    general, and we will have to move the microphone around

10:30:03   3    if we need to here.

10:30:05   4          We have -- as you know, this is a criminal

10:30:07   5    trial.  So we have the Government saying that there has

10:30:10   6    been an offense committed here.  And we have the

10:30:13   7    defendant saying no, no.  I have not committed any

10:30:16   8    offense here.

10:30:17   9          But in presenting the case, the Government

10:30:23  10    will -- I'm assuming will reply -- will call certain

10:30:29  11    witnesses that are law enforcement.  So let me ask you

10:30:33  12    some questions about that.

10:30:34  13          Does anybody here -- and I think one or two

10:30:36  14    have mentioned it.  But has anybody here had any

10:30:38  15    experience or training with law enforcement?

10:30:44  16          Pass it down.

10:30:45  17          I think we've already talked to you, but

10:30:48  18    let's talk to you.

10:30:49  19          Okay.  This was before you went into law?

10:30:51  20          THE JUROR:  Yes, Your Honor.

10:30:52  21          THE COURT:  Were you with a particular

10:30:54  22    department?

10:30:54  23          THE JUROR:  Yes.

10:30:55  24          THE COURT:  And can you see that affecting

10:30:58  25    you in this case, or can you be fair to either side?

10:31:01   1              THE JUROR:  I could be fair to either side.

10:31:05   2              THE COURT:  And you wouldn't bring anything

10:31:06   3    that you learned from your training into this.  You

10:31:08   4    would let the evidence speak for itself?

10:31:10   5              THE JUROR:  Yes.

10:31:11   6              THE COURT:  Let me ask you this question,

10:31:13   7    and ask of the entire jury.  I'm talking about

10:31:16   8    testimony.  Law enforcement officers may come up and

10:31:19   9    testify.  You have to understand that you may be a

10:31:22   10   lawyer or doctor or bricklayer, whatever it is, that's

10:31:26   11   your occupation.  But once you come up and take the

10:31:29   12   stand here, your occupation is a witness.  We will give

10:31:32   13   you the instructions to judge the credibility of

10:31:36   14   witnesses that have testified here.  That applies to

10:31:40   15   every witness.  Whatever your background is.

10:31:43   16              So I guess my question is this:  Is anybody

10:31:44   17   going to give a police officer or law enforcement

10:31:46   18   officer testimony any more weight or any less weight

10:31:48   19   than it's entitled to under the instructions I give you

10:31:51   20   at the end of the case?  Just because they are police

10:31:55   21   officers?  You can judge them like any other witness?

10:32:02   22   Is that correct?

10:32:03   23              THE JUROR:  Yes.

10:32:04   24              THE COURT:  Okay.  How many of you -- and

10:32:06   25   I'm sure Juror Number 10 has some.  But let me ask you,

```
10:32:08   1    how many of you have friends or relatives that are
10:32:11   2    connected to law enforcement?
10:32:13   3              Okay.  Let's start with the back row first,
10:32:15   4    if we can get the microphone.  Raise your hands again.
10:32:20   5    Let's go to the gentleman in front of you.
10:32:23   6              Is this a friend, a relative, what?
10:32:25   7              THE JUROR:  My niece is a L.A. County
10:32:28   8    Sheriff's deputy.
10:32:29   9              THE COURT:  Okay.  And do you ever talk to
10:32:30  10    her about her cases?
10:32:31  11              THE JUROR:  No.
10:32:32  12              THE COURT:  I'm assuming that she would not
10:32:33  13    be connected with something in this area that we are
10:32:36  14    talking about.
10:32:36  15              THE JUROR:  She is a jailer.
10:32:38  16              THE COURT:  Is there anything about that
10:32:41  17    relationship that would make you feel that you have to
10:32:45  18    go one way or the other in a case like this?  You know,
10:32:47  19    if you go out to dinner with her after the case is over,
10:32:50  20    and you decide one way or the other, would you be
10:32:53  21    embarrassed to tell her how you decided the case?
10:32:55  22              THE JUROR:  No, sir.
10:32:56  23              THE COURT:  Okay.  So that would not affect
10:32:58  24    you one way or the other on your decision.
10:33:00  25              THE JUROR:  No, sir.
```

10:33:01  1          THE COURT:  Anybody else down here?

10:33:03  2          THE JUROR:  At the church, I've had the

10:33:07  3  pleasure of working with lots of law enforcement at

10:33:10  4  various events.  And then on our security staff, we have

10:33:13  5  a couple of law enforcement officers that we've become

10:33:15  6  close with.

10:33:16  7          THE COURT:  Anything they ever talked to you

10:33:17  8  about you can leave out of this case, unless you hear it

10:33:21  9  here; is that correct?

10:33:22 10          THE JUROR:  Yes, sir.

10:33:22 11          THE COURT:  Would that influence you one way

10:33:24 12  or the other, as far as putting pressure on you to

10:33:26 13  decide for or against law enforcement?

10:33:28 14          THE JUROR:  No, sir.

10:33:29 15          THE COURT:  Okay.  You understand this case

10:33:31 16  is not for or against law enforcement.  This is whether

10:33:36 17  or not there's been a violation and whether or not

10:33:37 18  someone is guilty of it.

10:33:39 19          Anybody else?

10:33:40 20          THE JUROR:  I have a girlfriend that -- she

10:33:41 21  is a retired police lieutenant, and she does not discuss

10:33:52 22  anything.

10:33:53 23          THE COURT:  And that wouldn't put pressure

10:33:55 24  on you one way or the other in a case like this?

10:33:56 25          THE JUROR:  Not at all.

10:33:57   1          THE COURT:  Thank you very much.

10:33:58   2          Last question on law enforcement is:  Has

10:34:03   3   anybody had an experience with law enforcement, like you

10:34:06   4   got that bad ticket that we never -- and you figure,

10:34:10   5   well, maybe this is the way to pay the law enforcement

10:34:12   6   back, because I never should have had that?  Anybody

10:34:15   7   feel that way, that you have any leanings one way or the

           8   other?

10:34:20   9          THE JURORS:  No.

10:34:20  10          THE COURT:  Okay.  How about law enforcement

10:34:21  11   found a lost child or something, you really feel good

10:34:24  12   about it and you feel that maybe this is my chance to

10:34:26  13   pay it back.

10:34:27  14          So none of that would pay any part in any of

10:34:30  15   your deliberations.

10:34:31  16          Let me talk to you about experience.  And if

10:34:34  17   you've already mentioned it, you don't have to mention

10:34:36  18   it again.  But I'm interested in anybody that's had any

10:34:39  19   experience or knowledge in the area of law.  Other than

10:34:41  20   those we've already mentioned?

10:34:43  21          Have you been to law school?  Is your spouse

10:34:47  22   an attorney?  Anything like that?

10:34:50  23          Okay.  How about accounting?  We had one

10:34:54  24   mention accounting.  Anybody else have experience with

10:34:56  25   accounting?

10:34:57   1          Accounting may or may not come up in this

10:34:59   2   case.  If it does, you have to leave any experience you

10:35:03   3   have out of it, and you can do that?

10:35:06   4          Anybody else?

10:35:06   5          How about the area of investments?  We are

10:35:10   6   going to talk about corporations.  We're going to be

10:35:15   7   talking about IPOs and things like that.  Anybody had

10:35:18   8   any experience in that area?

10:35:19   9          Gentleman raised.  Okay.  Juror Number 3.

10:35:22  10   Do we have a microphone here?

10:35:24  11          How about you, sir?  What type of experience

10:35:27  12   have you had?  Just investing yourself or?

10:35:30  13          THE JUROR:  No.  I work for a firm that does

10:35:31  14   mergers and acquisitions, capital raises, IPOs.

10:35:35  15          THE COURT:  Right.  And there's going to be

10:35:37  16   testimony about that here.  Again, so important that

10:35:41  17   anything you heard outside, you can leave out and just

10:35:42  18   hear all the facts in this case; is that correct?

10:35:44  19          THE JUROR:  Yes, Your Honor.

10:35:45  20          THE COURT:  Okay.  And that wouldn't

10:35:47  21   influence you one way or the other?

10:35:49  22          THE JUROR:  No, Your Honor.

10:35:50  23          THE COURT:  Has anybody invested in the

10:35:52  24   Chinese stock market?  Anything along that -- any

10:35:59  25   investments in China?

| | | |
|---|---|---|
| 10:36:04 | 1 | Okay.  Juror Number 2. |
| 10:36:06 | 2 | THE JUROR: Hi. I was employed by a Chinese |
| 10:36:12 | 3 | company that gave us stock as par of signing on.  I |
| 10:36:15 | 4 | don't know if that counts. |
| 10:36:16 | 5 | THE COURT:  Anything counts.  We like to |
| 10:36:18 | 6 | hear as much information as we can.  But you didn't get |
| 10:36:21 | 7 | into actually buying the stock yourself or -- |
| 10:36:23 | 8 | THE JUROR:  I did, yeah. |
| 10:36:24 | 9 | THE COURT:  And anything that you did with |
| 10:36:26 | 10 | that stock market, you are not going to assume it was |
| 10:36:28 | 11 | the same in this case, unless you heard it here in |
| 10:36:31 | 12 | court.  Is that correct? |
| 10:36:33 | 13 | THE JUROR:  Correct. |
| 10:36:34 | 14 | THE COURT:  Okay.  How many of you have had |
| 10:36:35 | 15 | dealings with customs or boarder patrols on duties that |
| 10:36:41 | 16 | had to be paid, anything like that?  Anybody had any |
| 10:36:42 | 17 | experience with that? |
| 10:36:42 | 18 | You again.  Okay. |
| 10:36:44 | 19 | THE JUROR:  We shipped merchandise back and |
| 10:36:46 | 20 | forth from China all the time. |
| 10:36:47 | 21 | THE COURT:  Well, then, it's going to be, I |
| 10:36:49 | 22 | think testimony concerning duties and all with Chinese |
| 10:36:55 | 23 | goods coming into the United States or whatever.  Again, |
| 10:36:57 | 24 | same question to you: Can you really leave any |
| 10:37:01 | 25 | experience you have had out of this and judge this just |

10:37:04  1  on its own facts?

10:37:07  2          THE JUROR:  Yes.

10:37:07  3          THE COURT:  That's not going to influence

10:37:09  4  you one way or the other?

10:37:11  5          THE JUROR:  No.

10:37:12  6          THE COURT:  Okay.  Anybody else?  Okay.  Down

10:37:13  7  here, first row.  All the way to Juror Number 9 -- nine,

10:37:17  8  back here first.  Eight, I think it is.

10:37:21  9          THE JUROR:  I think, not very relevant, but

10:37:22  10  working with international shipping a number of times.

10:37:26  11  But I don't think it --

10:37:26  12          THE COURT: Okay.  Have you have gotten into

10:37:27  13  disputes with or discussions of duties and what had to

10:37:32  14  be paid and what didn't?

10:37:33  15          THE JUROR:  Nothing major, no.

10:37:35  16          THE COURT:  And anything you did get, you

10:37:36  17  would leave out of this trial.

10:37:37  18          THE JUROR:  Yes.

10:37:39  19          THE COURT:  Somebody up in front here.

10:37:41  20          THE JUROR:  I was previously employed by an

10:37:48  21  apparel company and processed logistics, CBP invoices

10:37:52  22  and things like that.

10:37:54  23          THE COURT:  Okay.  You know the next

10:37:55  24  question.  Any of that, can you leave it out of this

10:37:58  25  case and just decide it on its own merits?

10:38:01  1                    THE JUROR:  Yes.

10:38:01  2                    THE COURT:  Wouldn't bias you one way or the

10:38:04  3      other?

10:38:05  4                    THE JUROR:  No.

10:38:06  5                    THE COURT:  Do any of you have any disputes

10:38:08  6      with any other governmental agency right now, that you

10:38:10  7      have going on or have had?  Any disputes with government

10:38:14  8      agencies?

10:38:15  9                    How about, have any of you been a victim of

10:38:24  10     a crime in the last ten years?

10:38:25  11                    Let's go back to -- Juror Number 2 has all

10:38:30  12     the answers for us.

10:38:34  13                    What type of crime was it?

10:38:36  14                    THE JUROR:  Domestic violence.

10:38:38  15                    THE COURT:  Nothing of that would relate to

10:38:40  16     this at all.

10:38:41  17                    THE JUROR:  No.

10:38:41  18                    THE COURT:  Okay.  And you can't see that

10:38:43  19     affecting you one way or the other?

10:38:44  20                    THE JUROR:  No.

10:38:47  21                    THE COURT:  And how that was handled

10:38:49  22     wouldn't make you upset with one side or the other in

10:38:49  23     this case?

10:38:50  24                    THE JUROR:  It is still open.  But no.

10:38:53  25                    THE COURT:  But you could leave it out of

10:38:54  1  this trial entirely?

10:38:56  2          THE JUROR:  Yes.

10:38:56  3          THE COURT:  And it's not going to make you

10:38:58  4  lean one way or the other in a case like this?

10:39:01  5          THE JUROR:  No.

10:39:02  6          THE COURT:  Okay.  Juror Number 16, is it,

10:39:04  7  down here?

10:39:05  8          THE JUROR:  We were victims of a burglary,

10:39:11  9  break-in, and then followed up with the attempted home

10:39:16  10  invasion the following morning.

10:39:18  11          THE COURT:  Well, again, that should not

10:39:20  12  affect you in a case like this.

10:39:22  13          THE JUROR:  No, sir.

10:39:23  14          THE COURT:  And the way that it was handled,

10:39:26  15  that's not going to make you have pressure one way or

10:39:27  16  the other in a case like this?

10:39:28  17          THE JUROR:  No, sir.

10:39:29  18          THE COURT:  Okay.  Anybody else?

10:39:31  19          How many people have been -- either yourself

10:39:33  20  or a close friend or relative -- arrested or charged

10:39:36  21  with a crime?  Anybody?

10:39:40  22          Juror No. 2.  Other than the case you

10:39:43  23  mentioned?

10:39:44  24          THE JUROR:  No.

10:39:46  25          THE COURT:  Okay.  Okay.

10:39:55   1          You've raised your hands before on this.

10:39:57   2   How many people have served on a jury before?  And if

10:40:00   3   you could raise your hands again.  Let's get the

10:40:01   4   microphone to those people.

10:40:03   5          Let's start in the back, the back row down

10:40:05   6   here.  And we will just go right through.

10:40:08   7          How many cases have you sat on?

10:40:13   8          THE JUROR:  Actually, two.

10:40:16   9          THE COURT:  Do you know if they were

10:40:17   10  criminal or civil?

10:40:18   11         THE JUROR:  Civil.  It was like a

10:40:22   12  hit-and-run.  They were both hit-and-runs.  They were.

10:40:29   13         THE COURT:  Obviously, it's a different case

10:40:30   14  than this.

10:40:32   15         THE JUROR:  Different cases.

10:40:33   16         THE COURT:  But I guess it's important.  I

10:40:35   17  don't know if hit-and-run, the way you described it, it

10:40:36   18  might have been a civil, it might have been a criminal.

10:40:39   19         In a criminal case -- this is a criminal

10:40:41   20  case here.

10:40:42   21         THE JUROR:  Right.

10:40:42   22         THE COURT:  In a civil case, the burden of

10:40:44   23  proof is by a preponderance of the evidence.  That means

10:40:48   24  that whatever side convinces you by 51 percent, they

10:40:57   25  take all the marbles and go home.  It's a tipping of the

10:40:59   1   scale.

10:40:59   2              This is a criminal case, which means that

10:41:03   3   the Government has the burden of proving beyond a

10:41:04   4   reasonable doubt, and I'll instruct you on that later.

10:41:04   5   Beyond a reasonable doubt, much higher standard.  I

10:41:06   6   don't want you to confuse the two.  This is a criminal

10:41:09   7   case, not a civil case.  You understand that?

10:41:11   8              THE JUROR:  Yes.

10:41:12   9              THE COURT:  Were you able to reach a verdict

10:41:14   10  in that case?

10:41:15   11             THE JUROR:  Yes.

10:41:15   12             THE COURT:  Is there anything about that

10:41:16   13  case that you think you would bring into this case?

10:41:19   14             THE JUROR:  Not at all.

10:41:20   15             THE COURT:  Anybody else?

10:41:21   16             THE JUROR:  I served on four criminal

10:41:23   17  trials, juries that reached decisions, and one civil.

10:41:28   18             THE COURT:  Okay.  And you understand the

10:41:30   19  distinction between the burden of proofs on it.

10:41:34   20             THE JUROR:  Yes, I do.

10:41:35   21             THE COURT:  Okay.

           22             Are you a professional juror or what?

10:41:36   23  You've got five?

10:41:36   24             THE JUROR:  It seems like at the NASA

10:41:37   25  center, everybody gets called for juror duty every

| | | |
|---|---|---|
| 10:41:40 | 1 | 30 days. |
| 10:41:41 | 2 | THE COURT:  Okay.  On those criminal trials, |
| 10:41:44 | 3 | were any of them similar to this case? |
| 10:41:46 | 4 | THE JUROR:  None of them were financial at |
| 10:41:48 | 5 | all. |
| 10:41:50 | 6 | THE COURT:  Okay.  Were you able to reach |
| 10:41:52 | 7 | verdicts in most of those cases? |
| 10:41:53 | 8 | THE JUROR:  So the most recent criminal |
| 10:41:56 | 9 | trial I served on a jury for, we did not reach a |
| 10:41:58 | 10 | decision. |
| 10:41:59 | 11 | THE COURT:  Is there anything about that |
| 10:42:00 | 12 | experience that makes you frustrated with the system, |
| 10:42:02 | 13 | that you -- it's useless to try to reach a decision, |
| 10:42:07 | 14 | because you can't do it?  Or is just the facts of that |
| 10:42:10 | 15 | case or the makeup of that jury? |
| 10:42:13 | 16 | THE JUROR:  So I think the nondecision came |
| 10:42:16 | 17 | down to people's individual belief about what reasonable |
| 10:42:20 | 18 | doubt means. |
| 10:42:22 | 19 | THE COURT:  Okay.  But in your case, that |
| 10:42:23 | 20 | doesn't discourage you from trying to reach a decision |
| 10:42:26 | 21 | on this case? |
| 10:42:27 | 22 | THE JUROR:  I think having a jury decision |
| 10:42:29 | 23 | is a tremendously valuable aspect of our country. |
| 10:42:34 | 24 | THE COURT:  Good. |
| 10:42:35 | 25 | Okay.  Can you see how that case would |

| | | |
|---|---|---|
| 10:42:39 | 1 | affect you at all in this case? |
| 10:42:41 | 2 | THE JUROR:  It would have no bearing. |
| 10:42:43 | 3 | THE COURT:  Okay. |
| 10:42:43 | 4 | Next juror. |
| 10:42:44 | 5 | THE JUROR:  I think just one criminal case |
| 10:42:46 | 6 | in New York, probably 35 years ago.  It was a drug case, |
| 10:42:53 | 7 | a couple bags of cocaine. |
| 10:42:54 | 8 | THE COURT:  I'm assuming nothing like this |
| 10:42:55 | 9 | case, nothing would affect you in this case? |
| 10:42:58 | 10 | THE JUROR:  Nothing. |
| 10:42:59 | 11 | THE COURT:  And in that case, were they able |
| 10:43:00 | 12 | to reach a verdict? |
| 10:43:00 | 13 | THE JUROR:  It took a few days, but yes. |
| 10:43:03 | 14 | THE COURT:  Okay.  And you understand the |
| 10:43:04 | 15 | burden of proof, like there, is beyond a reasonable |
| 10:43:07 | 16 | doubt? |
| 10:43:07 | 17 | THE JUROR:  Yes. |
| 10:43:08 | 18 | THE COURT:  Somebody in the second row, |
| 10:43:10 | 19 | anybody, jury duty?  All the way down to Juror Number |
| 10:43:14 | 20 | 11, I guess it is. |
| 10:43:16 | 21 | THE JUROR:  I was an alternate on a jury in |
| 10:43:20 | 22 | New York, for a criminal assault case, about a decade |
| 10:43:23 | 23 | ago. |
| 10:43:26 | 24 | THE COURT:  Is there anything about that |
| 10:43:27 | 25 | case that's similar to this case? |

| | | |
|---|---|---|
| 10:43:29 | 1 | THE JUROR:  No. |
| 10:43:29 | 2 | THE COURT:  And you don't see that affecting |
| 10:43:32 | 3 | you at all in this case? |
| 10:43:35 | 4 | THE JUROR:  No. |
| 10:43:35 | 5 | THE COURT:  Anybody in the front row? |
| 10:43:38 | 6 | Anybody else in the last two rows, first of all?  Then |
| 10:43:40 | 7 | let's go to the front row. |
| 10:43:42 | 8 | THE JUROR:  I have a criminal and assault |
| 10:43:47 | 9 | with deadly weapon.  And I -- about 50-day, and the |
| 10:43:52 | 10 | defendant and the prosecutor, they come to agreement |
| 10:43:59 | 11 | outside the court. |
| 10:44:00 | 12 | THE COURT:  Okay.  Well, there's nothing in |
| 10:44:01 | 13 | that case that would affect you in this case. |
| 10:44:03 | 14 | THE JUROR:  No. |
| 10:44:03 | 15 | THE COURT:  Okay.  And you do understand |
| 10:44:04 | 16 | that, in this case, the burden of proof, the Government |
| 10:44:06 | 17 | would have to meet the burden of proof beyond a |
| 10:44:09 | 18 | reasonable doubt.  You understand that? |
| 10:44:12 | 19 | THE JUROR:  Yes. |
| 10:44:12 | 20 | THE COURT:  Anybody else? |
| 10:44:14 | 21 | Okay.  Ladies and gentlemen, we have talked |
| 10:44:15 | 22 | about a lot of things.  What's important is that what I |
| 10:44:19 | 23 | said in the very beginning, that you can hear this case, |
| 10:44:24 | 24 | decide it just on the evidence as presented.  That's all |
| 10:44:27 | 25 | we are asking you about.  Nothing outside.  Just what |

| | | |
|---|---|---|
| 10:44:29 | 1 | does the evidence show, and apply the law that I give to |
| 10:44:30 | 2 | you at the end of the case, and come up with a decision. |
| 10:44:33 | 3 | And that way, you would be fair to both the defendant |
| 10:44:36 | 4 | and the Government. |
| 10:44:38 | 5 | Does anybody here feel that 12 people like |
| 10:44:40 | 6 | you would not give both sides a fair trial? |
| 10:44:46 | 7 | Can anybody think of any reason why you |
| 10:44:48 | 8 | should not sit on this jury? |
| 10:44:50 | 9 | Okay.  Can I have counsel over on the side |
| 10:44:51 | 10 | bench. |
| 10:44:53 | 11 | And as they come over, we will be talking |
| 10:44:53 | 12 | over at the side bench.  We will be whispering.  And you |
| 10:44:56 | 13 | may not believe it, that's because we don't particularly |
| 10:45:00 | 14 | want you to hear what we're talking about.  So can I |
| 10:45:01 | 15 | have your promise that no one will try to read lips or |
| | 16 | eavesdrop? |
| 10:45:06 | 17 | I can tell you right now, you would bored to |
| 10:45:08 | 18 | death with what we're talking about over here.  But we |
| 10:45:09 | 19 | have to do this outside the presence of the jury.  But |
| | 20 | we'll be back to you shortly. |
| 10:45:47 | 21 | (SIDEBAR.) |
| 10:45:48 | 22 | THE COURT:  First of all, if you could |
| 10:45:50 | 23 | identify when you are speaking.  She has no idea who's |
| 10:45:53 | 24 | talking.  Identify yourself. |
| 10:45:57 | 25 | The first question I have, is there a |

10:45:59  1   challenge for cause on either side?

10:46:01  2            MR. HSIEH:  From the Government -- this is

10:46:03  3   Roger Hsieh.  No challenges for cause.

10:46:05  4            MS. POTASHNER:  Your Honor, if I may.  There

10:46:06  5   were a number of questions that we requested that the

10:46:09  6   Court consider --

10:46:12  7            THE COURT:  To the extent I covered them if

10:46:14  8   appropriate.

10:46:15  9            MS. POTASHNER:  Thank you.  Hillary

10:46:17  10  Potashner.

10:46:17  11            THE COURT:  Thank you, Counsel.  Challenges

10:46:20  12  for cause.

10:46:23  13            MS. POTASHNER:  You go first.  I don't

10:46:25  14  believe I have challenges for cause.

10:46:28  15            THE COURT:  I'm treating you as a side.

10:46:31  16  Each one of you have ten total.  You only get 10 and 10

10:46:37  17  challenges for cause.  I want you to confer.

10:46:41  18            MS. POTASHNER:  Let me withdraw my last

10:46:43  19  answer.

10:47:51  20            MS. POTASHNER:  Okay.

10:47:53  21            THE COURT:  Challenge for cause at this

10:47:54  22  time.  Counsel.

10:47:56  23            MR. RUYAK:  No challenge for cause.

10:47:58  24            THE COURT:  Perfectus and Perfectus only as

10:48:00  25  to the first 12 in the box.  Per peremptory with the

| | | |
|---|---|---|
| 10:48:05 | 1 | Government first. |
| 10:48:07 | 2 | MR. HSIEH:  Your Honor, the Government would |
| 10:48:09 | 3 | like to use a peremptory -- this is Roger Hsieh.  Juror |
| 10:48:12 | 4 | Number 7, William Folkner. |
| 10:48:17 | 5 | THE COURT:  13 goes into seven.  Peremtory |
| 10:48:25 | 6 | is with the defense. |
| 10:48:26 | 7 | MS. POTASHNER:  Thank you, Your Honor.  The |
| 10:48:27 | 8 | defense would ask the Court to excuse Juror Number 3. |
| 10:48:32 | 9 | THE COURT:  Three will be excused.  And 14 |
| 10:48:36 | 10 | will go into three. |
| 10:48:40 | 11 | Back with the Government. |
| 10:48:42 | 12 | MR. HSIEH:  This is Roger Hsieh.  The |
| 10:48:52 | 13 | Government will thank and excuse the Juror Number 7. |
| 10:48:58 | 14 | THE COURT:  Juror No. 15 will go into seven |
| 10:49:02 | 15 | position.  You get two this time. |
| 10:49:08 | 16 | MR. HSIEH:  Sorry, Your Honor.  Who went to |
| 10:49:11 | 17 | the seven position? |
| 10:49:14 | 18 | THE COURT:  15. |
| 10:49:16 | 19 | MS. POTASHNER:  Your Honor, this the Hillary |
| 10:49:18 | 20 | Potashner.  We would ask the Court to excuse Juror |
| 10:49:21 | 21 | Number 10. |
| 10:49:23 | 22 | THE COURT:  Sorry? |
| 10:49:24 | 23 | MS. POTASHNER:  Juror Number 10, Your Honor. |
| 10:49:27 | 24 | THE COURT:  Ten.  And 16 will go into 10's |
| 10:49:30 | 25 | position.  You have one more. |

10:49:47   1        MS. POTASHNER:  Your Honor, the defense

10:49:58   2   would like to thank and excuse Juror Number 12.

10:50:02   3        THE COURT:  Number 12.  And Juror Number 17

10:50:07   4   will go into 12's position.  We are back with the

10:50:11   5   Government.

10:50:14   6        MR. HSIEH:  This is Roger Hsieh, Your Honor.

10:50:16   7   The Government would like to thank and excuse Juror

10:50:23   8   Number 8.

10:50:23   9        THE COURT:  Juror Number 8, and 18 will go

10:50:26  10   into 8's position.  Okay.

10:50:33  11        MS. POTASHNER:  So I'm not confused.  That's

10:50:36  12   Mr. Kwan, right?

10:50:39  13        MS. POTASHNER:  Yes.

10:50:41  14        THE COURT:  Kwan is the one going in there.

10:50:44  15        MS. POTASHNER:  Yes.  Thank you.  So the

10:50:51  16   defense would like to thank and excuse Juror Number 6.

10:50:55  17        THE COURT:  Juror Number 6.  And 19 will go

10:51:00  18   into 6's position.  And you get one more.

10:51:31  19        MS. POTASHNER:  Your Honor, the defense

10:51:32  20   would like to thank and excuse Juror Number 2.

10:51:34  21        THE COURT:  Okay.  And then we'll have to

10:51:36  22   fill that one.

10:51:38  23        Okay.  We will go back and bring in eight

10:51:44  24   more jurors.

10:51:45  25        MS. POTASHNER:  Thank you.

| | | |
|---|---|---|
| 10:52:02 | 1 | (SIDEBAR ENDED.) |
| 10:52:02 | 2 | THE COURT:  Okay.  Ladies and gentlemen, I |
| 10:52:03 | 3 | will ask the following jurors, if you could please stand |
| 10:52:06 | 4 | up:  Juror Number 7, Juror Number 3, Juror Number 13, |
| | 5 | Juror Number 12, Juror Number 10, Juror Number 8, and |
| | 6 | Juror Number 6. |
| 10:52:47 | 7 | Who are we missing? |
| 10:52:47 | 8 | MR. HSIEH:  May we have a moment to confer |
| 10:52:49 | 9 | with counsel? |
| 10:52:50 | 10 | THE COURT:  We are missing Number 2. |
| 10:52:53 | 11 | Number 2, if you could stand up also. |
| 10:53:04 | 12 | Okay, Counsel? |
| 10:53:07 | 13 | Okay. The eight of you are excused at this |
| 10:53:09 | 14 | time.  I have just been informed that the jury room is |
| 10:53:13 | 15 | going to be closed.  So you can go home.  Thank you very |
| 10:53:16 | 16 | much for being here.  You are excused at this time.  If |
| 10:53:18 | 17 | you want to stay to hear the trial, that's fine too. |
| 10:53:20 | 18 | But right now, you are excused. |
| 10:53:49 | 19 | Okay.  This is the fun part.  Juror Number |
| 10:53:53 | 20 | 14, if you can go back and to take seat Number 3, |
| 10:53:55 | 21 | please.  I think you are 14, aren't you? |
| 10:54:02 | 22 | THE JUROR:  Yes. |
| 10:54:04 | 23 | THE COURT:  14 is going back to take seat |
| 10:54:08 | 24 | Number 3. |
| 10:54:12 | 25 | Since you are already back there, Juror |

10:54:15  1   Number 15, you can take seat Number 7.  One more down.

10:54:28  2           Juror Number 19, if you could take seat

10:54:31  3   Number 6, please.

10:54:36  4           Juror Number 18, if you could take seat

10:54:39  5   Number 8, back here.

10:54:44  6           THE CLERK:  On the end.

10:54:50  7           THE COURT:  Juror Number 16, if you could

10:54:53  8   take seat Number 10.

10:54:57  9           Juror Number 17, if you can follow him in

10:55:00  10  there and take seat Number 12.

10:55:03  11          Ten is all the way down to the end.

10:55:38  12          We are going to call eight new jurors.  And

10:55:42  13  if you come up and start up filing seat Number 2, and

10:55:47  14  then fill up these rows, the second and third row.

10:55:50  15          THE CLERK:  For seat Number 2, Gloria

10:55:54  16  Tovalin, T-O-V-A-L-I-N. And for seat Number 13, Julia

10:56:43  17  Kerr, K-E-R-R. Seat Number 14, Melissa Simon, S-I-M-O-N.

10:57:05  18  Seat Number 15, Tanisha.  Last name spelled

10:57:35  19  S-E-N-A-R-A-T-M-E. And then for the first seat in the

10:57:38  20  front row, Felisa, F-E-L-I-S-A.  Last name, Formacion,

10:57:57  21  F-O-R-M-A-C-I-O-N.  First row, thank you.

10:58:00  22          Mitchell Molnar, M-O-L-N-A-R.  The next

10:58:16  23  juror, first name, I will spell it. O-L-A-Y-I-N-K-A.

10:58:38  24  Last name, G-B-O-N-E-G-U-N. And then for the last seat,

          25  Ismael Prado, P-R-A-D-O.

10:59:01  1          Someone still have the microphone?  Pass to

10:59:04  2     Number 2.  Thank you.

10:59:06  3          THE COURT:  Okay.  Ladies and gentlemen, I'm

10:59:17  4     going to be addressing myself to the seven new jurors

10:59:20  5     that have just been seated.  And let me -- since I've

10:59:24  6     already promised you, let me ask that question, have all

10:59:27  7     of you, the seven of you been listening to all of the

10:59:29  8     questions we asked the other jurors?

10:59:32  9          THE JURORS:  Yes.

10:59:33  10          THE COURT:  Thank you for answering out

10:59:35  11     loud.  That saves quite a bit of time.

10:59:38  12          Do any of the seven of you know before we

10:59:41  13     get started, as to why you should not be seated on this

10:59:43  14     trial or some reason you cannot hear this case?

10:59:46  15          THE JURORS:  No.

10:59:47  16          THE COURT:  Let me start with Juror Number

10:59:51  17     2.  Can we have your name, please.

10:59:52  18          THE JUROR:  My name is Gloria Tovalin.

10:59:56  19          THE COURT:  Okay.  And what area do you live

10:59:57  20     in?

10:59:58  21          THE JUROR:  I live in South Central.

10:59:59  22          THE COURT:  What is your employment?

11:00:00  23          THE JUROR:  I work for Chic Shoes as a

11:00:05  24     manager.

11:00:06  25          THE COURT:  And is there anyone in the home

| | | |
|---|---|---|
| 11:00:08 | 1 | that works outside the home? |
| 11:00:09 | 2 | THE JUROR:  Yes, my husband.  He works for a |
| 11:00:11 | 3 | company creating airplane parts. |
| 11:00:15 | 4 | THE COURT:  Now, you've been out there, |
| 11:00:17 | 5 | you've listened, so you know all the questions we've |
| 11:00:19 | 6 | been asking.  Is that correct? |
| 11:00:19 | 7 | THE JUROR:  Correct. |
| 11:00:20 | 8 | THE COURT:  Is there anything that you can |
| 11:00:22 | 9 | think of in your background that would affect you from |
| 11:00:25 | 10 | being a good juror for both sides? |
| 11:00:28 | 11 | THE JUROR:  Well, my brother is a police |
| 11:00:32 | 12 | officer, and I have a felony -- a misdemeanor. |
| 11:00:36 | 13 | THE COURT:  Okay.  We will talk about that |
| 11:00:37 | 14 | later. |
| 11:00:38 | 15 | Anything else about the facts of the case, |
| 11:00:40 | 16 | where you might have some outside information that you |
| 11:00:42 | 17 | would bring into this case? |
| 11:00:44 | 18 | THE JUROR:  No. |
| 11:00:46 | 19 | THE COURT:  Okay.  I'll get back to you on |
| 11:00:48 | 20 | those other two questions in just a few minutes. |
| 11:00:51 | 21 | Let's go down to Juror Number 13. |
| 11:00:59 | 22 | Okay.  Can we have your name, please? |
| 11:01:02 | 23 | THE JUROR:  Yes.  It's Julia Kerr, spelled |
| 11:01:07 | 24 | K-E-R-R. |
| 11:01:07 | 25 | THE COURT:  Can you -- what area do you live |

11:01:09    1    in?

11:01:09    2                    THE JUROR:  I live in Pasadena.

11:01:11    3                    THE COURT:  And do you have -- anyone in the

11:01:15    4    home that works outside the home?

11:01:16    5                    THE JUROR:  Yes.  My husband is an

11:01:18    6    electrical engineer.

11:01:20    7                    THE COURT: And your occupation?

11:01:21    8                    THE JUROR:  I'm retired from marketing.

11:01:23    9                    THE COURT:  Okay.  You've heard every

11:01:24   10    question we've asked.  I hate to be so redundant on

11:01:28   11    everything, but is there anything about you we should

11:01:29   12    know about, that might affect your ability to hear a

11:01:32   13    case like this?

11:01:33   14                    THE JUROR:  No, sir.

11:01:34   15                    THE COURT:  Do you feel you can be fair to

11:01:35   16    both sides in this case?

11:01:36   17                    THE JUROR:  Yes, sir.

11:01:37   18                    THE COURT:  And you wouldn't be pressure one

11:01:38   19    way or the other, as you sit here right now, to decide

11:01:39   20    the case one way or the other?

11:01:41   21                    THE JUROR:  No, sir.

11:01:42   22                    THE COURT:  Okay.  You can tell us what the

11:01:44   23    evidence is, whether you like it or not, just let the

11:01:46   24    cards fall where they may?

11:01:48   25                    THE JUROR:  Yes.

11:01:50  1              THE COURT:  Okay.  Let's go to the next

11:01:51  2   juror.

11:01:53  3              THE JUROR:  Yep, sir.

11:01:54  4              THE COURT:  Thank you.

11:01:54  5              Can I have your name, please.

11:01:55  6              THE JUROR:  Melissa Simon.

11:01:58  7              THE COURT:  And can we have your occupation,

11:01:59  8   please.

11:01:59  9              THE JUROR:  Journalist.

11:02:01  10             THE COURT:  And what area do you live in?

11:02:03  11             THE JUROR:  Simi Valley.

11:02:04  12             THE COURT:  Anyone that works outside the

11:02:06  13  home?

11:02:06  14             THE JUROR:  My sister is a marriage and

11:02:08  15  family therapist.

11:02:09  16             THE COURT:  Okay. Same questions to you, is

11:02:10  17  there anything in your background that you might bring

11:02:13  18  into this case?

11:02:14  19             THE JUROR:  No.

11:02:15  20             THE COURT:  Do you feel you could be fair to

11:02:16  21  both sides and just tell us what the evidence says?

11:02:20  22             THE JUROR:  Yes.

11:02:20  23             THE COURT:  Okay.  So you're telling me you

11:02:21  24  would be a good juror?

11:02:23  25             THE JUROR:  Yes.

11:02:23  1                    THE COURT:  Okay.  Next juror.

11:02:26  2                    THE JUROR:  Tanisha Senaratne.  I work in

11:02:29  3      human resources.  I live in Koreatown.  And I don't see

11:02:33  4      anything in my background that would affect me.

11:02:36  5                    THE COURT:  Anyone that lives with you that

11:02:38  6      works outside the home?

11:02:39  7                    THE JUROR:  No.

11:02:40  8                    THE COURT:  Okay.  So you really come in

11:02:41  9      with an empty slate as far as this type of case is

11:02:45  10     concerned.

11:02:47  11                   THE JUROR:  Correct.

11:02:48  12                   THE COURT:  And you feel you can be fair to

11:02:48  13     both sides?

11:02:49  14                   THE JUROR:  Correct.

11:02:50  15                   THE COURT:  Okay.  Let's see if we can get

11:02:51  16     the microphone down to Juror Number 16.  All the way

          17     down.

11:02:58  18                   Okay.  Name, please.

11:02:59  19                   THE JUROR:  Felisa Formacion.

11:03:02  20                   THE COURT:  And occupation?

11:03:04  21                   THE JUROR:  I worked as a banker.

11:03:06  22                   THE COURT:  And what area do you live in?

11:03:08  23                   THE JUROR:  Chinatown.

11:03:10  24                   THE COURT:  And do you have anyone that you

11:03:12  25     live with who works outside the home?

| | | |
|---|---|---|
| 11:03:15 | 1 | THE JUROR:  My partner works as a nurse. |
| 11:03:19 | 2 | THE COURT:  Okay.  As far -- |
| 11:03:22 | 3 | THE JUROR:  And my son is a student. |
| 11:03:24 | 4 | THE COURT:  Anything about your background |
| 11:03:26 | 5 | at all that would affect a case like this? |
| 11:03:28 | 6 | THE JUROR:  No. |
| 11:03:29 | 7 | THE COURT:  So you think you could be fair |
| 11:03:31 | 8 | and impartial to both sides and listen to the evidence |
| 11:03:33 | 9 | and tell us what the evidence says? |
| 11:03:35 | 10 | THE JUROR:  Yes. |
| 11:03:36 | 11 | THE COURT:  Okay.  Next juror. |
| 11:03:39 | 12 | THE JUROR:  My name is Mitch Molnar. I live |
| 11:03:42 | 13 | in Marina del Rey.  I work in an accounting company.  My |
| 11:03:49 | 14 | uncle lives -- well, I live with my uncle, and he is a |
| 11:03:53 | 15 | consultant, financial consultant and deals with mergers |
| 11:03:58 | 16 | and acquisitions and things of that nature. |
| 11:04:01 | 17 | THE COURT:  Okay.  Let me talk to you a |
| 11:04:02 | 18 | little bit about that, because you say you're an |
| 11:04:04 | 19 | accountant.  There may be some testimony on accountants |
| 11:04:08 | 20 | -- on the subject of accountancy.  Anything that you may |
| 11:04:12 | 21 | have learned outside, can you leave outside and just |
| 11:04:15 | 22 | base it on the evidence you hear here? |
| 11:04:17 | 23 | THE JUROR:  Yes, I can. |
| 11:04:18 | 24 | THE COURT:  Same thing for financial |
| 11:04:20 | 25 | investments and things like that. Because -- is it your |

11:04:22  1   uncle, you said?

11:04:23  2                THE JUROR:  Yes.

11:04:23  3                THE COURT:  Anything he may have told you or

11:04:25  4   anything you may have heard from him, any knowledge you

11:04:29  5   picked up about financial dealings, can you leave that

11:04:32  6   out of this case also?

11:04:34  7                THE JUROR:  Yes, I can.

11:04:35  8                THE COURT:  And you can treat both sides to

11:04:37  9   a fair trial. Is that correct?

11:04:38  10                THE JUROR:  Yes.

11:04:40  11                THE COURT:  Okay.  Next juror.

11:04:42  12                THE JUROR:  Hi.  My name is Olayinka

11:04:45  13   Gbonegun.  I live in Palmdale, California.  I'm a tutor

11:04:47  14   for English literature and essay writing.  And my dad

11:04:52  15   works outside the home as an instructor for biology,

11:04:56  16   with a focus on neuroanatomy.

11:04:59  17                THE COURT:  Okay.  Well, it doesn't sound

11:05:02  18   like there's anything that would affect you in a case

11:05:04  19   like this. Is that correct?

11:05:05  20                THE JUROR:  No, there isn't anything.

11:05:07  21                THE COURT:  So you can't think of any reason

11:05:08  22   why you would not be a good juror?

11:05:11  23                THE JUROR:  No, I can't.

11:05:12  24                THE COURT:  Next juror.

11:05:13  25                THE JUROR:  My name is Ismael Prado. I am a

11:05:18  1   caretaker for IHSS.

11:05:21  2              THE COURT:  And anyone that works outside

11:05:22  3   the home?

11:05:22  4              THE JUROR:  No.

11:05:23  5              THE COURT:  And what area do you live in.

11:05:25  6              THE JUROR:  I live in northeast Los Angeles.

11:05:27  7              THE COURT:  And how about you, is there

11:05:30  8   anything in your background at all that might affect

11:05:32  9   your ability to hear this case?

11:05:34  10              THE JUROR:  No, Your Honor.

11:05:35  11              THE COURT:  You don't feel any tendency to

11:05:37  12   go one way or the other until you hear the evidence?

11:05:40  13              THE JUROR:  No.

11:05:41  14              THE COURT:  Okay.  Then let me get to some

11:05:42  15   general questions to the seven of you, and I would

11:05:44  16   appreciate it if you could all answer.  Because that

11:05:46  17   way, I don't have to go individually.  Dealing with law

11:05:51  18   enforcement, any of the -- I guess, the eight of you,

11:05:58  19   any of you have any training or experience in law

11:05:59  20   enforcement?

11:06:00  21              THE JURORS:  No.

11:06:01  22              THE COURT:  Anybody would give a police

11:06:03  23   officer's testimony any more weight or any less weight

11:06:06  24   than it's entitled to under the law?

11:06:09  25              THE JURORS:  No.

| | | |
|---|---|---|
| 11:06:10 | 1 | THE COURT:  Anybody have strong feelings |
| 11:06:12 | 2 | about law enforcement, that you feel like you want to go |
| 11:06:15 | 3 | one way or the other because it is law enforcement? |
| 11:06:18 | 4 | THE JURORS:  No. |
| 11:06:19 | 5 | THE COURT:  Any of you have close friends or |
| 11:06:22 | 6 | relatives that work in law enforcement? |
| | 7 | Juror Number 2, didn't you say you had some |
| 11:06:31 | 8 | connection with law enforcement? |
| 11:06:31 | 9 | THE JUROR:  Yes, sir. My brother is an LAPD |
| 11:06:38 | 10 | officer. |
| 11:06:38 | 11 | THE COURT:  Is there anything about that, |
| 11:06:40 | 12 | that would affect you in a trial like this? |
| 11:06:43 | 13 | THE JUROR:  No. |
| 11:06:44 | 14 | THE COURT:  The fact that he's an LAPD |
| 11:06:48 | 15 | officer, you wouldn't feel any pressure to decide a case |
| 11:06:49 | 16 | like this one way or the other? |
| 11:06:50 | 17 | THE JUROR:  No. |
| 11:06:51 | 18 | THE COURT:  And if you saw him after the |
| 11:06:52 | 19 | case, you would not be embarrassed to tell him, I |
| 11:06:52 | 20 | decided this way or that way?  Wouldn't make any |
| 11:06:55 | 21 | difference to you? |
| 11:06:55 | 22 | THE JUROR:  No. |
| 11:06:56 | 23 | THE COURT:  You also brought up something |
| 11:06:58 | 24 | else.  I think it was that -- |
| 11:07:00 | 25 | THE JUROR:  That I have a misdemeanor. |

11:07:02  1          THE COURT:  I can get into that now.  That
11:07:06  2  could be my next question.  How long ago was that?
11:07:10  3          THE JUROR:  About it's -- this is my last
11:07:14  4  year of probation.
11:07:16  5          THE COURT:  Okay.  And what type of an
11:07:17  6  offense was that?
11:07:18  7          THE JUROR: DUI.
11:07:20  8          THE COURT:  Okay.
11:07:22  9          THE JUROR:  And it involves drugs on the
11:07:24  10  side.
11:07:25  11          THE COURT:  Okay.  Any events that would
11:07:29  12  affect you in this case?
11:07:30  13          THE JUROR:  No.
11:07:31  14          THE COURT:  How you were treated or how the
11:07:33  15  process went down, you still feel you could be fair to
11:07:37  16  both sides in a case like this?
11:07:39  17          THE JUROR:  Yes, sir.
11:07:40  18          THE COURT:  Anybody else that has had --
11:07:41  19  either themselves or close friends or relatives that
11:07:43  20  have been arrested or charged with a crime, of the eight
11:07:47  21  of you?
11:07:48  22          THE JURORS:  No.
11:07:49  23          THE COURT:  Okay.  Do any of you have
11:07:52  24  experience and knowledge and training in either the law
11:07:55  25  or finances, accounting, investments?

11:08:00 1              You've heard the question we asked everybody

11:08:02 2    else.  Any of the eight of you?

11:08:04 3              Yes.  Juror Number 16.

11:08:07 4              THE JUROR:  I'm a licensed banker.

11:08:09 5              THE COURT:  Let's get the mic to you.

11:08:12 6              THE JUROR:  I'm a licensed banker, and I

11:08:14 7    have like a class for money laundering as well.

11:08:19 8              THE COURT:  Okay.  One of the counts in here

11:08:20 9    will be money laundering or conspiracy to enter into

11:08:23 10   money laundering.  Can you leave anything you've heard

11:08:25 11   outside of this court and just tell us what the evidence

11:08:28 12   of this case says and apply the law that I give to you?

11:08:32 13             THE JUROR:  Yes.

11:08:33 14             THE COURT:  And you feel you could be fair

11:08:34 15   to both sides?

11:08:35 16             THE JUROR:  Yes.

11:08:36 17             THE COURT:  Anybody else?

11:08:37 18             Anybody been a victim of a crime in the last

11:08:40 19   ten years?

11:08:40 20             THE JURORS:  No.

11:08:41 21             THE COURT:  You know, let me ask this of all

11:08:48 22   of the jury, not just the eight ones. Because I didn't

11:08:51 23   mention it before.  Does anybody speak either Mandarin

11:08:54 24   or Cantonese?

11:08:58 25             THE JURORS:  No.

| | | |
|---|---|---|
| 11:09:00 | 1 | THE COURT:  Okay. Juror Number 1 does. |
| 11:09:01 | 2 | And you also, Juror Number 8?  You speak |
| 11:09:05 | 3 | Mandarin or Chinese? |
| 11:09:06 | 4 | THE JUROR:  Mandarin. |
| 11:09:08 | 5 | THE COURT:  Let me talk to everybody, but |
| 11:09:11 | 6 | specifically for the two of you.  It's been indicated |
| 11:09:13 | 7 | that we may have some testimony and it is going to be |
| 11:09:15 | 8 | interpreted into English from Mandarin or Cantonese. And |
| 11:09:20 | 9 | I will be instructing you that the testimony you are to |
| 11:09:24 | 10 | consider is what the interpreter says.  So you have to |
| 11:09:29 | 11 | resist the temptation to try to listen to what the |
| 11:09:33 | 12 | person is saying, because the official testimony is |
| 11:09:36 | 13 | going to be what the interpreter says.  So you have to |
| 11:09:40 | 14 | try to, as I say, ignore what the witness is testifying, |
| 11:09:44 | 15 | if it's in a different language.  You understand that? |
| 11:09:46 | 16 | THE JURORS:  Yes. |
| 11:09:47 | 17 | THE COURT:  Both of you can do that? |
| 11:09:48 | 18 | THE JURORS:  Yes. |
| 11:09:49 | 19 | THE COURT:  Any problems with that? |
| 11:09:51 | 20 | Okay.  Anybody else that speaks that |
| 11:09:53 | 21 | language? |
| 11:09:54 | 22 | Okay.  Getting back down to the eight of |
| 11:09:56 | 23 | you, how many of you have been in jury trials before? |
| 11:10:02 | 24 | Just one.  Okay.  Let's go back to Juror |
| | 25 | Number 2. |

| | | |
|---|---|---|
| 11:10:09 | 1 | What type of case was that? |
| 11:10:10 | 2 | THE JUROR:  To be honest, I don't really |
| 11:10:14 | 3 | remember.  I just ended up in the seat and they told me |
| 11:10:17 | 4 | to leave. |
| 11:10:17 | 5 | THE COURT:  Okay.  You didn't go through |
| | 6 | deliberation? |
| 11:10:20 | 7 | THE JUROR: No.  I just ended up where I'm |
| 11:10:22 | 8 | at. |
| 11:10:23 | 9 | THE COURT:  Okay.  Let me just use you as a |
| 11:10:24 | 10 | springboard to talk to everybody.  This is a criminal |
| 11:10:28 | 11 | case.  The burden of proof in this case is the |
| 11:10:30 | 12 | Government must prove their case beyond a reasonable |
| 11:10:32 | 13 | doubt.  And I will define that to you in the |
| 11:10:34 | 14 | instructions.  But it is a much higher standard than |
| 11:10:37 | 15 | just tipping the scales.  It is beyond a reasonable |
| 11:10:40 | 16 | doubt.  Everyone understand that? |
| 11:10:42 | 17 | THE JURORS:  Yes. |
| 11:10:42 | 18 | THE COURT:  Of the eight of you, can you |
| 11:10:45 | 19 | think of any reason why you should not sit on this jury? |
| 11:11:00 | 20 | THE JURORS:  No. |
| | 21 | THE COURT:  Okay.  Counsel, let me see you |
| | 22 | over at the side bench. |
| 11:11:55 | 23 | (SIDEBAR.) |
| 11:11:55 | 24 | THE COURT:  First of all, I'll explain to |
| 11:11:56 | 25 | the both of you so that he knows what's going on, even |

```
11:12:00   1   if we pick the jury right away, I'm not going to have
11:12:03   2   opening statement until the afternoon.  I might do the
11:12:06   3   pre-instructions.  But don't worry about having to make
11:12:09   4   opening statements.  Okay.
11:12:12   5              MR. RUYAK:  I have to make some adjustments.
11:12:16   6              THE COURT:  Okay.  Peremptory with the
11:12:17   7   Government.
11:12:19   8              MR. HSIEH:  This is Roger Hsieh for the
11:12:20   9   Government.  No challenge for cause.
11:12:25  10              THE COURT:  No challenge for causes.
11:12:28  11              MR. RUYAK:  No challenge for cause.
11:12:29  12              THE COURT:  Peremptory.
11:12:32  13              MR. HSIEH:  I would like to thank and excuse
11:12:35  14   Juror Number 5.  This is Roger Hsieh again.
11:12:38  15              THE COURT:  Juror Number 5.  13 goes into
11:12:43  16   that position.
11:12:50  17              And now we are back with the defense.  You
11:12:52  18   have two.
11:12:52  19              MS. POTASHNER:  Thank you, Your Honor.  We
11:12:54  20   would like to thank and excuse Juror Number 2 and Juror
11:12:59  21   Number 10.
11:12:59  22              THE COURT:  14 goes into 2's position.  And
11:13:07  23   15 goes into 10's position.
11:13:11  24              THE CLERK:  Yes.
11:13:12  25              THE COURT:  Okay.  Back with the Government.
```

11:13:20  1          MR. HSIEH:  Roger Hsieh again.  The

11:13:22  2   Government would like to thank and excuse Juror Number

11:13:24  3   12.

11:13:25  4          THE COURT:  Juror Number 12, and 16 goes

11:13:29  5   into that position.

11:13:33  6          MS. POTASHNER:  Not for long, Your Honor.

11:13:38  7   The defense would like to thank and excuse Juror Number

11:13:42  8   12.

11:13:42  9          THE COURT:  You got it.  16.  Yep.  17 goes

11:13:49  10  into that position.

11:13:52  11         MS. POTASHNER:  And we are on defense seven,

11:13:54  12  right?

11:13:57  13         THE CLERK:  Nine.

11:13:59  14         THE COURT:  You have one, two more.  And let

11:14:03  15  me make sure I got that correct.

11:14:05  16         MS. POTASHNER:  Really?

11:14:05  17         THE COURT:  Government has one more and you

11:14:08  18  got two more.

11:14:09  19         MS. POTASHNER:  We have two more?

11:14:12  20         THE CLERK:  Yes.

11:14:16  21         MS. POTASHNER:  Defense would like to thank

11:14:17  22  and excuse Juror Number 12.

11:14:20  23         THE COURT:  Juror Number 12.  That is a hot

11:14:25  24  seat.  18 goes into Juror Number 12's position.  And

11:14:31  25  peremptory back with the Government.

11:14:34  1           THE CLERK:  Where did 17 go?

11:14:41  2           THE COURT:  Just been excused.  Went in, 12

11:14:43  3  got excused.  18.  With the government now.

11:14:57  4           MR. HSIEH:  The Government would like to

11:14:58  5  thank and excuse Juror Number 3.

11:15:03  6           THE COURT:  Juror 19 there.

11:15:14  7           Now with the defense.

11:15:15  8           MS. POTASHNER:  May we have one moment, Your

11:15:17  9  Honor?

11:15:42  10          THE COURT:  I have 5, 2, 10, 12, 16, to 17,

11:15:46  11 and 3.

11:17:01  12          MS. POTASHNER:  Well, after prolonged

11:17:03  13 deliberation, we are not going to use our last

11:17:06  14 peremptory.

11:17:07  15          THE COURT:  That is as far as the jury goes.

11:17:12  16 What I'll do is impanel these 12 and then put seven more

11:17:13  17 and go there peremptory challenges.  If you want to get

11:17:19  18 together to pick the three, that's fine.  And you can do

11:17:22  19 that.  If not, we will go through the peremptory

11:17:27  20 challenges.

11:17:28  21          MS. POTASHNER:  We each get one.

11:17:52  22          (SIDEBAR ENDED.)

11:17:52  23          THE COURT:  If I could have the following

11:17:55  24 jurors please stand up:  Juror Number 5, Juror Number 2,

11:18:07  25 Juror Number 10, Juror Number 12, Juror Number 16, Juror

11:18:09 1   Number 17, Juror Number 3.

11:18:23 2              Okay.  At this time, ladies and gentlemen,

11:18:24 3   thank you very much for being with us.  You are excused

11:18:26 4   at this time, and you do not have to go back to the jury

11:18:28 5   room.

11:18:56 6              Juror Number 14, if you'd go back to seat

11:19:00 7   Number 2, please.  Juror Number 19, if you'd go to seat

11:19:05 8   Number 3, please.  Juror Number 13, if you would go back

11:19:09 9   to seat Number 5.  Juror Number 15, if you'd go down to

11:19:26 10  seat Number 10, please.  Juror Number 18, if you would

11:19:31 11  go to seat Number 12, please.

11:19:49 12             Okay.  Ladies and gentlemen, at this time, I

11:19:51 13  will have the 12 of you, please, all stand up and be

11:19:56 14  sworn in.

11:19:57 15        THE CLERK:  Could you please raise your

11:20:01 16  right hand.

11:20:02 17             Ladies and gentlemen, do you solemnly swear

11:20:06 18  that you will well and truly try the cause now before

11:20:10 19  the Court and a true verdict therein rendered, according

11:20:13 20  to the evidence and instructions of the Court, so help

11:20:16 21  you God?

11:20:16 22             THE JURORS:  I do.

11:20:19 23             THE CLERK:  Thank you.

11:20:19 24             THE COURT:  Please have a seat.

11:20:20 25             We're going to call the names of seven other

11:20:22  1   jurors.  We have to pick alternates that might sit on

11:20:26  2   this case.  So when your name is called, just fill in

11:20:30  3   the rows.  The middle row first and then the front row.

11:20:34  4          THE CLERK:  Michelle Blanco, B-L-A-N-C-O.

11:20:56  5   James Medina, M-E-D-I-N-A.  Jenny Gonzales,

          6   G-O-N-Z-A-L-E-S.

11:21:38  7          Okay.  For the first seat in the front row,

11:21:43  8   Rebecca Garfias, G-A-R-F-I-A-S.  Miguel Delacruz,

11:22:00  9   D-E-L-A-C-R-U-Z.  Isidro, I-S-I-D-R-O.  Last name,

          10  Piedra-Hernandez, P-I-E-D-R-A, hyphen,

11:22:30  11  H-E-R-N-A-N-D-E-Z.  And Ryan Mazie, M-A-Z-I-E.

11:22:37  12         THE COURT:  Okay.  Again, like we did with

11:22:52  13  the last group, of the seven new people that are here,

11:22:56  14  have you all heard the questions we've asked everybody

11:23:00  15  else?

11:23:00  16         THE JURORS:  Yes.

11:23:01  17         THE COURT:  Okay.  Is there anything that

11:23:01  18  you want to indicate as to why you could not sit on a

11:23:03  19  jury like this?

11:23:04  20         THE JURORS:  No.

11:23:05  21         THE COURT:  Then, let me go through and we

11:23:07  22  will do it quickly.  Let me go through and ask those

11:23:11  23  questions of each one of you individually.

11:23:13  24         Juror Number 13, first of all, what is your

11:23:15  25  name?

```
11:23:18   1                    THE JUROR:  Michelle Blanco.
11:23:22   2                    THE COURT:  Sorry, we have to get the mic to
11:23:26   3      you.
11:23:27   4                    THE JUROR:  Michelle Blanco.
11:23:28   5                    THE COURT: What is your occupation?
11:23:30   6                    THE JUROR:  I'm an office manager for a
11:23:31   7      traditional Chinese herbal supplement company.
11:23:36   8                    THE COURT: Okay.  Anyone that works outside
11:23:37   9      the home?
11:23:37  10                    THE JUROR: My brother.
11:23:38  11                    THE COURT:  As?
11:23:39  12                    THE JUROR:  He's an analyst for the district
11:23:41  13      attorney office.
11:23:42  14                    THE COURT:  And is there anything in your
11:23:43  15      background -- excuse me -- is there anybody that --
11:23:45  16      sorry.
11:23:46  17                    What area do you live in?
11:23:47  18                    THE JUROR:  Culver City.
11:23:52  19                    THE COURT: Okay.  I don't know if that would
11:23:53  20      affect you one way or the other, that your brother works
11:23:57  21      with the district attorney's office.  Would that have
11:23:59  22      any bearing on this case at all?
11:24:01  23                    THE JUROR:  I don't believe so.
11:24:01  24                    THE COURT:  You don't have any preference
11:24:02  25      one way or the other?  You wouldn't feel pressure to go
```

| | | |
|---|---|---|
| 11:24:06 | 1 | one way or the other in a case like this? |
| 11:24:07 | 2 | THE JUROR:  No. |
| 11:24:08 | 3 | THE COURT:  Let me ask you the bottom-line |
| 11:24:10 | 4 | question.  If you were the defendant sitting over here, |
| 11:24:12 | 5 | would you be satisfied that 12 people like you would |
| 11:24:13 | 6 | give you a fair trial and decide this just on the |
| 11:24:16 | 7 | evidence in this trial and the law that applies? |
| 11:24:20 | 8 | THE JUROR:  I don't believe I would be very |
| 11:24:22 | 9 | comfortable. |
| 11:24:23 | 10 | THE COURT:  Is that because you feel as a |
| 11:24:24 | 11 | person, you would not be able to just limit yourself to |
| 11:24:27 | 12 | the evidence? |
| 11:24:27 | 13 | THE JUROR:  I think I would. |
| 11:24:30 | 14 | THE COURT:  Well, that's what I'm asking. |
| 11:24:32 | 15 | You are the only one that knows your mindset.  And so |
| 11:24:35 | 16 | what I'm asking is, if you are the defendant, knowing |
| 11:24:37 | 17 | what your mindset is, would you be satisfied that 12 |
| 11:24:40 | 18 | people like you would give you a fair trial? |
| 11:24:43 | 19 | THE JUROR:  Yes. |
| 11:24:44 | 20 | THE COURT:  There is a difference between |
| 11:24:45 | 21 | well, do you want the person -- but, you the only one |
| 11:24:49 | 22 | that knows.  And you are saying, I know my mindset and I |
| 11:24:51 | 23 | would give you a fair trial? |
| 11:24:53 | 24 | THE JUROR:  Yes. |
| 11:24:54 | 25 | THE COURT:  Okay.  Next juror. |

11:24:58    1              THE JUROR:  James Medina.  I live in Oxnard,
11:25:02    2    California.
11:25:02    3              THE COURT:  What is your occupation?
11:25:05    4              THE JUROR:  Public information officer for
11:25:06    5    the California Department of Transportation.
11:25:08    6              THE COURT:  And anyone that works outside
11:25:11    7    the home?
11:25:11    8              THE JUROR:  Yes.  My wife is a
11:25:13    9    schoolteacher, fourth grade.
11:25:15   10              THE COURT:  How about you, anything in your
11:25:17   11    background that you would bring into a trial like this?
11:25:20   12              THE JUROR:  No.
11:25:20   13              THE COURT:  Do you feel you could be fair to
11:25:22   14    both sides?
11:25:22   15              THE JUROR:  Yes.
11:25:23   16              THE COURT:  Okay.  Next juror.
11:25:25   17              THE JUROR:  My name is Jenny Gonzales. I'm
11:25:30   18    an elementary school assistant principal.  I live in
11:25:32   19    Whittier.
11:25:33   20              THE COURT:  Anyone in the home that works
11:25:35   21    outside the home?
11:25:35   22              THE JUROR:  No.  My son does not live with
11:25:38   23    me.  He lives in San Francisco.  And he works for an
11:25:41   24    asset management company.
11:25:44   25              THE COURT:  Anything about that or anything

11:25:45    1    in your background at all that you think you would bring

11:25:48    2    into this trial?

11:25:49    3                    THE JUROR:  No.

11:25:50    4                    THE COURT: You think you can be fair to both

11:25:51    5    sides?

11:25:51    6                    THE JUROR:  Yes.

11:25:52    7                    THE COURT:  Do you think you could get that

11:25:58    8    microphone all the way down to Juror Number 16, please.

11:26:02    9                    THE JUROR:  Rebecca Garfias from East L.A.

11:26:06   10    And I'm an account manager for a fintech company, and I

11:26:09   11    live alone.

11:26:10   12                    THE COURT:  You got all the answers.

11:26:11   13                    THE JUROR:  Yes.

11:26:12   14                    THE COURT:  How about, is there anything in

11:26:13   15    your background at all, anything at all that would

11:26:16   16    affect you in this trial?

11:26:17   17                    THE JUROR:  I don't think so.

11:26:19   18                    THE COURT:  And the same question I've asked

11:26:20   19    many others.  If you were on either side of these tables

11:26:24   20    here, if you were the prosecution, if you were the

11:26:24   21    defense, would you be satisfied that the 12 people with

11:26:29   22    your mental disposition, would give you a fair trial?

11:26:32   23                    THE JUROR:  Yes, Your Honor.

11:26:33   24                    THE COURT:  Either side?

11:26:34   25                    THE JUROR:  Yes.

| | | |
|---|---|---|
| 11:26:34 | 1 | THE COURT:  Next juror. |
| 11:26:36 | 2 | THE JUROR:  My name is Miguel Delacruz. I |
| 11:26:39 | 3 | live in East Los Angeles.  I work retail. |
| 11:26:44 | 4 | THE COURT:  Anyone that works outside the |
| 11:26:45 | 5 | home? |
| 11:26:46 | 6 | THE JUROR:  My girlfriend works Los Angeles |
| 11:26:51 | 7 | Sheriff's Department. |
| 11:26:51 | 8 | THE COURT:  Okay.  Anything about your |
| 11:26:53 | 9 | background that would affect you on this trial? |
| 11:26:55 | 10 | THE JUROR:  No. |
| 11:26:58 | 11 | THE COURT:  The fact that your girlfriend |
| 11:27:00 | 12 | works with the police department, or sheriff's |
| 11:27:03 | 13 | department. |
| 11:27:04 | 14 | THE JUROR:  Sheriff's department. |
| 11:27:06 | 15 | THE COURT:  Can you leave that out of this |
| 11:27:07 | 16 | trial and just tell us what the evidence says in this |
| 11:27:09 | 17 | trial? |
| 11:27:10 | 18 | THE JUROR:  Yes. |
| 11:27:11 | 19 | THE COURT:  And more important than that, |
| 11:27:16 | 20 | would you have any bias or -- in other words, if you and |
| 11:27:20 | 21 | your girlfriend were talking the day after the trial is |
| 11:27:23 | 22 | over, and you decided one way or the other, would you be |
| 11:27:26 | 23 | embarrassed to tell her about it? |
| 11:27:29 | 24 | THE JUROR:  No. |
| 11:27:29 | 25 | THE COURT:  Okay.  So you pretty much can |

| | | |
|---|---|---|
| 11:27:31 | 1 | let the cards fall where they may.  And if they fall one |
| 11:27:34 | 2 | way or the other, you're just going to go with what the |
| 11:27:37 | 3 | evidence says and apply the law. |
| 11:27:39 | 4 | THE JUROR:  Yes. |
| 11:27:40 | 5 | THE COURT:  Next juror. |
| 11:27:40 | 6 | THE JUROR:  Isidro Jose Piedra-Hernandez. |
| 11:27:44 | 7 | I'm a project engineer for a construction project |
| 11:27:46 | 8 | management company.  I live alone. And I did work for a |
| 11:27:49 | 9 | mergers and acquisitions company about a decade ago.  I |
| 11:27:54 | 10 | don't think it should affect me. |
| 11:27:56 | 11 | THE COURT:  So anything that you learned |
| 11:27:57 | 12 | when you were in that business, you could leave out of |
| 11:27:59 | 13 | this.  And if it doesn't come in here, you can't say, |
| 11:28:02 | 14 | let me tell you, ladies and gentlemen, what it's really |
| 11:28:05 | 15 | like.  You have to just base it on the evidence in here. |
| 11:28:09 | 16 | You understand that? |
| 11:28:09 | 17 | THE JUROR:  Of course, Your Honor. |
| 11:28:10 | 18 | THE COURT:  Next juror. |
| 11:28:13 | 19 | THE JUROR:  I'm Ryan Mazie. I live in Van |
| 11:28:15 | 20 | Nuys.  I'm a TV producer and my partner is as well. |
| 11:28:19 | 21 | THE COURT:  And how about you, anything in |
| 11:28:20 | 22 | your background that would affect you in a case like |
| 11:28:22 | 23 | this? |
| 11:28:22 | 24 | THE JUROR:  No, sir. |
| 11:28:23 | 25 | THE COURT:  You feel you can be fair to |

11:28:24  1    either side?

11:28:25  2              THE JUROR:  Yes.

11:28:28  3              THE COURT:  Let me take you through -- now,

11:28:29  4    some of you have already talked about some areas, but

11:28:33  5    experience and training in law enforcement, any of you

11:28:37  6    have had experience and training in law enforcement?

11:28:39  7              THE JURORS:  No.

11:28:40  8              THE COURT:  Have any of you had experience

11:28:41  9    with the police department, that makes you lean one way

11:28:43  10   or the other because, you know, you got a bad rap or you

11:28:49  11   got a child returned to you, anything like that, that

11:28:51  12   would affect you in this trial?

11:28:52  13             THE JURORS:  No.

11:28:53  14             THE COURT:  How about testimony of a police

11:28:55  15   officer or a law enforcement, you can judge that by the

11:28:58  16   same standard that I will tell you at the end of the

11:29:01  17   case to judge all witnesses by.  Anybody give any more

11:29:05  18   weight or less weight because of law enforcement?

11:29:07  19             THE JURORS:  No.

11:29:08  20             THE COURT:  How about friends or relatives

          21   -- we've already talked about one -- friends or

11:29:09  22   relatives that are connected with law enforcement?

11:29:14  23             Yes, sir.

11:29:15  24             Let's get the mic back to him.

11:29:17  25             THE JUROR:  I have a cousin who's a

| | | |
|---|---|---|
| 11:29:19 | 1 | sheriff's deputy in San Jose. |
| 11:29:21 | 2 | THE COURT:  Does he talk to you about his |
| 11:29:22 | 3 | cases? |
| 11:29:23 | 4 | THE JUROR:  No. |
| 11:29:24 | 5 | THE COURT: Okay.  One way or the other, |
| 11:29:26 | 6 | anything you may have heard from him, could you leave it |
| 11:29:27 | 7 | out of this case? |
| 11:29:28 | 8 | THE JUROR:  Yes. |
| 11:29:29 | 9 | THE COURT:  And would that make -- if there |
| 11:29:30 | 10 | are friends or relatives, would that make you more |
| 11:29:32 | 11 | inclined to lean over one way or another in a case like |
| 11:29:35 | 12 | this? |
| 11:29:35 | 13 | THE JUROR:  No. |
| 11:29:36 | 14 | THE COURT:  Do you think you could be fair |
| 11:29:37 | 15 | to both sides? |
| 11:29:38 | 16 | THE JUROR:  Yes. |
| 11:29:39 | 17 | THE COURT:  How about, any family that's had |
| 11:29:43 | 18 | knowledge or experience in the area of the law, |
| 11:29:45 | 19 | accounting, investments, IPOs, deal with the stock |
| 11:29:51 | 20 | exchange, anybody that has any experience in those |
| 11:29:54 | 21 | areas? |
| 11:29:55 | 22 | THE JUROR:  I do.  Before my current job, I |
| 11:29:57 | 23 | was an editor for a newspaper for 30 years.  I oversaw |
| 11:30:04 | 24 | crime and courts team, as well as I was a business |
| 11:30:07 | 25 | editor at the time too. |

| | | |
|---|---|---|
| 11:30:08 | 1 | THE COURT:  Okay.  Any of that, that would |
| 11:30:13 | 2 | affect you in this case? |
| 11:30:14 | 3 | THE JUROR:  No. |
| 11:30:15 | 4 | THE COURT:  Okay.  So the bottom line is |
| 11:30:16 | 5 | what I told you at the very beginning, just to tell us |
| 11:30:18 | 6 | what the evidence is here, whether you like it or not. |
| 11:30:20 | 7 | Apply the law to it and come up with a ruling.  Do you |
| 11:30:22 | 8 | think you can do that? |
| 11:30:24 | 9 | THE JUROR:  Yes. |
| 11:30:25 | 10 | THE COURT:  Anybody that's had any dealings |
| 11:30:26 | 11 | with customs or border patrol, of the seven of you? |
| 11:30:33 | 12 | How about disputes with any U.S. agency? |
| 11:30:36 | 13 | Anybody had any disputes going on with U.S. agencies? |
| | 14 | You're going to have to give me some answer. |
| 11:30:44 | 15 | THE JURORS:  No. |
| 11:30:45 | 16 | THE COURT:  Okay.  Anybody been the victim |
| 11:30:46 | 17 | of a crime in the last ten years? |
| 11:30:47 | 18 | THE JURORS:  No. |
| 11:30:48 | 19 | THE COURT:  Anybody been charged with or had |
| 11:30:50 | 20 | a close friend or relatives charged with or arrested for |
| 11:30:53 | 21 | a crime in the last ten years? |
| 11:30:57 | 22 | Yes.  Let's go down to juror number -- what |
| 11:31:01 | 23 | is it, Number 16. |
| 11:31:03 | 24 | THE JUROR:  My sibling was arrested a few |
| 11:31:05 | 25 | years ago. |

11:31:06  1              THE COURT:  I'm sorry?

11:31:07  2              THE JUROR:  My sibling was arrested a few

11:31:10  3   years ago.

11:31:10  4              THE COURT:  What type of charge was that?

11:31:11  5              THE JUROR:  Criminal.

11:31:12  6              THE COURT:  Anything to do with money or

11:31:15  7   money laundering or anything like that?

11:31:17  8              THE JUROR:  No.

11:31:18  9              THE COURT:  Is there anything about that

11:31:19 10   experience that would make you feel one way or the other

11:31:23 11   as far as the law enforcement or the criminal justice

11:31:27 12   system, anything at all?

11:31:28 13              THE JUROR:  Being in a courtroom doesn't

11:31:31 14   make me very comfortable.

11:31:34 15              THE COURT:  Join the crowd.  It's never made

11:31:35 16   me feel comfortable either.

11:31:38 17              But the question is, is not whether or not

11:31:39 18   it makes you feel comfortable.  The question is, would

11:31:42 19   it affect your ability to deliberate?

11:31:45 20              THE JUROR:  Probably.

11:31:46 21              THE COURT:  In what way?

11:31:47 22              THE JUROR:  My anxiety, being in here and

11:31:51 23   making a right decision.

11:31:52 24              THE COURT:  Okay.  So it's more of an

11:31:56 25   anxiety issue?

11:31:57   1                    THE JUROR:  Yes.

11:31:58   2                    THE COURT:  Not a leaning one way or the

11:32:00   3   other?

11:32:00   4                    THE JUROR:  No.

11:32:01   5                    THE COURT:  If you did happen to sit on this

11:32:03   6   case, if you were on either side, would you feel that

11:32:05   7   you weren't getting a fair trial because you weren't

11:32:09   8   limiting yourself just to the evidence?

11:32:10   9                    Let me ask it another way.  Could you limit

11:32:15   10  yourself and make the promise that I will just tell you

11:32:17   11  what the facts are that come out of this court, and I'm

11:32:19   12  not going to tell you anything else?

11:32:21   13                   THE JUROR:  I won't limit myself.

11:32:23   14                   THE COURT:  Why not?

11:32:26   15                   Why -- I'm serious.  A lot of people say no

11:32:30   16  because they don't really want to be here or there's

11:32:36   17  going to be anxiety.  But life is not comfortable for

11:32:40   18  any of us.  So the question is, if you have a duty to

11:32:42   19  just tell us what the evidence says and you don't feel

11:32:44   20  that you have some responsibility to get in and tell us

11:32:46   21  what it should be, just tell us what the evidence says,

11:32:50   22  that is all we are asking of you.

11:32:51   23                   THE JUROR:  Okay.

11:32:52   24                   THE COURT:  Do you think you can do that?

11:32:53   25                   THE JUROR:  Yes.

| | | |
|---|---|---|
| 11:32:54 | 1 | THE COURT: How about, any of the seven of |
| 11:32:58 | 2 | you speak Chinese or -- excuse me -- speak Mandarin or |
| 11:33:03 | 3 | Cantonese? |
| 11:33:03 | 4 | THE JURORS: No. |
| 11:33:04 | 5 | THE COURT: And how many of you have been on |
| 11:33:06 | 6 | jury duty before? |
| 11:33:10 | 7 | Any reason, other than what we've already |
| 11:33:12 | 8 | talked about, why you feel you could not be a good juror |
| 11:33:15 | 9 | in this case? |
| 11:33:16 | 10 | Okay.  Let me see the attorneys over at side |
| 11:33:19 | 11 | bench. |
| 11:35:13 | 12 | (SIDE-BAR.) |
| 11:35:13 | 13 | MR. HSIEH: We reached an agreement. |
| 11:35:15 | 14 | THE COURT: When did you do that? |
| 11:35:17 | 15 | MS. POTASHNER: Correct me if I'm wrong, |
| 11:35:19 | 16 | Government agreed on 14, 18, and 19. |
| 11:35:24 | 17 | Can you say the names. |
| 11:35:25 | 18 | MR. HSIEH: James Medina in seat 14.  Isidro |
| 11:35:34 | 19 | Piedra-Hernandez, 18, and Ryan Mazie for 19. |
| 11:35:38 | 20 | THE CLERK: Medina will be seat 13. |
| 11:35:42 | 21 | THE COURT: Okay.  And then, I will excuse |
| 11:35:48 | 22 | them at this time.  We will break at this time and come |
| 11:35:50 | 23 | back in at 1:30 and start with pre-instructions and then |
| 11:35:56 | 24 | go from there. |
| 11:35:59 | 25 | MS. POTASHNER:  Thank you. |

| | | |
|---|---|---|
| 11:36:00 | 1 | MS. KUMAR:  We will be talking to them, at |
| 11:36:02 | 2 | least in the hallways. |
| 11:36:06 | 3 | THE COURT:  I will instruct them. |
| 11:36:28 | 4 | (SIDE-BAR ENDS.) |
| 11:36:28 | 5 | THE COURT:  Will the following jurors, |
| 11:36:30 | 6 | please stand up: Juror Number 13, Juror Number 15, Juror |
| 11:36:33 | 7 | Number 16, Juror Number 17.  Please stand up. |
| 11:36:40 | 8 | Okay.  The four of you are excused at this |
| 11:36:43 | 9 | time.  Thank you very much for coming in. |
| 11:36:58 | 10 | Juror Number 14, if you could take a seat. |
| 11:37:01 | 11 | That's not right. |
| 11:37:02 | 12 | THE CLERK:  Yes. |
| 11:37:04 | 13 | THE COURT:  Juror Number 14 isn't 14. |
| | 14 | Will you take seat Number 13, please, sir. |
| 11:37:21 | 15 | Juror Number 18, if you would take seat |
| 11:37:23 | 16 | Number 14, please.  Juror Number 19, if you'd take seat |
| 11:37:31 | 17 | Number 15, please. |
| 11:37:35 | 18 | Now, those three jurors that I just talked |
| 11:37:38 | 19 | to, if you would please stand up.  Last three, please. |
| 11:37:42 | 20 | And be sworn in as alternates in this case. |
| 11:37:45 | 21 | THE CLERK:  Okay.  Would you please raise |
| 11:37:47 | 22 | your right hand. |
| 11:37:50 | 23 | Do you solemnly swear that you will well and |
| 11:37:53 | 24 | truly try the cause now before this Court and a true |
| 11:37:56 | 25 | verdict therein rendered, according to the evidence and |

| | | |
|---|---|---|
| 11:37:58 | 1 | the instructions of the Court, so help you God? |
| 11:38:01 | 2 | THE JURORS:  Yes. |
| 11:38:02 | 3 | THE COURT:  Thank you.  You can have a seat. |
| 11:38:04 | 4 | I'm going to talk to you just for a few |
| 11:38:06 | 5 | minutes and then we will excuse you for lunch.  It will |
| 11:38:11 | 6 | be maybe three or four minutes.  So I want to explain a |
| 11:38:11 | 7 | couple of things, now that you are the jury in this |
| 11:38:13 | 8 | case. |
| 11:38:14 | 9 | Normally, we go into opening instructions |
| 11:38:19 | 10 | and opening statements, but I'm going to do that after |
| 11:38:21 | 11 | lunch.  We're going to excuse now, rather than wait on |
| 11:38:25 | 12 | it.  But I want to make sure you understand a couple of |
| 11:38:28 | 13 | things. |
| 11:38:28 | 14 | As jurors, it's very important that you |
| 11:38:30 | 15 | don't talk to anybody, particularly anybody involved in |
| 11:38:32 | 16 | the case. |
| 11:38:33 | 17 | You may see somebody, they may say good |
| 11:38:37 | 18 | morning to you, you will have to ignore them.  It's not |
| 11:38:40 | 19 | because good morning means anything, but if one side |
| 11:38:43 | 20 | sees a juror talking to the other side, it looks bad. |
| 11:38:47 | 21 | So we're really instructing you not to have any |
| 11:38:51 | 22 | conversation with any of the parties in this case, any |
| 11:38:52 | 23 | of the witnesses in this case at all. |
| 11:38:54 | 24 | And if they approach you, just ignore them. |
| 11:38:55 | 25 | But if they press it, then let the Court know.  Okay. |

11:39:00   1          I will be instructing you, when we break,

11:39:03   2   that you are not to form or express any opinions about

11:39:06   3   this matter until you retire to the jury room.  I will

11:39:09   4   be giving you that at every break.  I want to make sure

11:39:10   5   you understand, you are the jury, why should you not be

11:39:14   6   able to form or express an opinion on the case.  You are

11:39:17   7   the jury.  Well, the reason is, a jury trial, the way it

11:39:19   8   works is, the 12 jurors, after they hear the evidence

11:39:22   9   and the law, and after they go into the jury room, and

11:39:25  10   after you talk to everybody else in the jury room, then

11:39:28  11   you form or express your opinions.

11:39:32  12          If you do it earlier, you may be reluctant

          13   to change your mind, even though you think you should.

11:39:36  14   So nobody should ever form or express any opinions about

11:39:38  15   the matter until you get back in the jury room and

11:39:44  16   listen to the other jurors and then express your

11:39:45  17   opinion.

          18          I also want to talk to you a little bit

11:39:47  19   about timing.  We will be coming back at 1:30.  We are

11:39:48  20   breaking at 4:00 o'clock today.

11:39:50  21          I've talked with the attorneys.  We really

11:39:55  22   run the court very, very timely here.  We will break at

11:40:03  23   4:00 o'clock, and I've told the attorneys, if they are

11:40:05  24   halfway through a question at 4:00 o'clock, I tell them,

11:40:08  25   remember that question, you can ask it tomorrow.

11:40:10   1          The reason is, is that I want to make sure

11:40:12   2   you, as jurors, know at 4:00 o'clock, you are free, you

11:40:15   3   can pick up people, you can go wherever you want to go,

11:40:19   4   et cetera.

11:40:19   5          Now, I say 4, rather than 4:30 and you may

11:40:22   6   wonder why.  We're here in this court every morning,

11:40:25   7   starting at 8:30 in the morning, and we break at 4.

11:40:27   8          A lot of courts start at 9 and break at

11:40:31   9   4:30.  I've been told by jurors, they really want to get

11:40:34  10   on the road by 4, rather than 4:30.  And so that's why

11:40:37  11   we break at 4 and start at 8:30.  We are very, very

11:40:42  12   insistent on those times.  We don't start at 8:31 or

11:40:46  13   8:29.  We start right at 8:30.  We go through until

11:40:48  14   11:30.  Not today, because today is all screwed up.  But

11:40:51  15   starting tomorrow, 8:30 in the morning, go through to

11:40:54  16   11:30.  Then we'll take a break from 11:30 until 1, and

11:40:58  17   start up again at 1:00 o'clock and go to 4.  So that's

11:41:01  18   three-hour blocks in the morning and the afternoon.

11:41:02  19   You'll get a break in there, to use the restroom or

11:41:05  20   whatever, in that three hours.

11:41:08  21          That way, the case will go efficiently, it

11:41:10  22   will go effectively and we will get through this in a

11:41:12  23   very timely manner.  But it really does depend on you.

11:41:16  24   If a juror comes in late, it's kind of like being on

11:41:20  25   that airplane, where the guy is fidgeting around and

11:41:24  1   they can't get the airplane off the ground because

11:41:28  2   somebody won't come in or he's late or whatever it is.

11:41:30  3   It makes everyone really irritated.

11:41:33  4            You're kind of like on a plane.  If somebody

11:41:34  5   comes in 8:35, you guys will have to wait and everyone

11:41:38  6   has to wait for them.  We lose a lot of time.

11:41:40  7            If that happens, normally what we have to do

11:41:43  8   is, we have to make up the time at the end of the day.

11:41:44  9   And I don't like to do that.  So be here right at 8:30

11:41:48 10   in the morning.  We will break at 11:30.  Right at

11:41:51 11   1:00 o'clock in the afternoon, we will break at

11:41:53 12   4:00 o'clock.  You can set your clock by that.

11:41:56 13            Okay.  When we come back from lunch, I will

11:42:00 14   go ahead and give you the opening instructions and we'll

11:42:02 15   go into opening statement at that time.

11:42:05 16            Any questions you have before -- okay.  We

11:42:06 17   will be in recess.

11:42:07 18                 THE CLERK:  All rise.

         19                 (LUNCH RECESS TAKEN.)

13:33:52 20                 THE COURT:  Okay.  The record will reflect

13:33:54 21   all the members of the jury are in their respective

13:34:02 22   seats in the jury box.

13:34:05 23            Okay.  I'm going to give you some

13:34:08 24   preinstructions so that you know what's happening on

13:34:10 25   this case and understand it a little bit better as far

13:34:13   1   as what your duties are.

13:34:14   2            We'll give you the instructions that control

13:34:16   3   the case at the end of the case.  But these are

13:34:18   4   preinstructions.

13:34:20   5            Now that you are the jury in this case, I

13:34:23   6   want to take a few minutes to tell you something about

13:34:26   7   the duties as a juror and to give you preliminary

13:34:28   8   instructions.  At the end of the trial, I will give you

13:34:31   9   more detailed, written instructions that will control

13:34:33  10   your deliberations.

13:34:34  11            When you deliberate, it will be your duty to

13:34:38  12   weigh and evaluate all the evidence received in this

13:34:40  13   case, and in that process to decide the facts.  To those

13:34:44  14   facts, as you decide them, you will apply the law that I

13:34:47  15   give to you, whether you agree with it or not.  You must

13:34:50  16   decide this case solely on the evidence and the law

13:34:53  17   before you and must be not be influenced by any personal

13:34:55  18   likes or dislikes, opinions, prejudices or sympathy.

13:34:58  19            Please do not take anything that I may say

13:35:01  20   or do during the trial to indicate that I think the

13:35:04  21   evidence -- of what I think about the evidence or what

13:35:07  22   your verdict should be.  That's entirely up to you.

13:35:10  23            This is a criminal case -- and I explained

13:35:13  24   this to you earlier, but this is a criminal case brought

13:35:16  25   by the United States Government.

13:35:17  1         The Government charges the defendant with

13:35:19  2    violation of Section 371 of Title 18 of the United

13:35:24  3    States Code in two different ways; namely, by conspiring

13:35:29  4    to defraud the United States, specifically, U.S. Customs

13:35:35  5    and Border Patrol and to commit an offense against the

13:35:38  6    United States, specifically wire fraud, in violation of

13:35:40  7    Section 1343 of Title 18 of the United States Code;

13:35:44  8    passing false and fraudulent papers through the custom

13:35:47  9    house in violation of Section 545 of Title 18 of the

13:35:53  10   United States Code, and international promotional money

13:35:58  11   laundering, in violation of Section 1956(a)(2)(A) of

13:36:02  12   Title 18 of the United States Code.

13:36:05  13        In addition to conspiracy to commit these

13:36:07  14   crimes, the defendants are also charged with having

13:36:10  15   committed the offense of wire fraud and passing false

13:36:12  16   and fraudulent papers through the custom house.

13:36:17  17   Perfectus Aluminium and Perfectus Acquisitions are also

13:36:26  18   charged with having committed the offense of

13:36:28  19   international promotional money laundering.

13:36:32  20        The charges against the defendant are

13:36:33  21   contained in the indictment.  The indictment simply

13:36:36  22   describes the charges the Government brings against the

13:36:38  23   defendant.  The indictment is not evidence and does not

13:36:41  24   prove anything.

13:36:42  25        Each defendant has plead not guilty of the

13:36:46  1  charge and is presumed to be innocent until and unless

13:36:48  2  the Government proves that the defendant is guilty

13:36:50  3  beyond a reasonable doubt.

13:36:52  4          In addition, the defendant has a right to

13:36:54  5  remain silent and never has to prove innocence or to

13:36:58  6  present any evidence.

13:36:59  7          The evidence you are to consider in deciding

13:37:01  8  what the facts of the case are consist of, as I said

13:37:05  9  before:

13:37:05  10          The sworn testimony of witnesses; the

13:37:08  11  exhibit which were received into evidence, and any facts

13:37:11  12  to which the parties have agreed.

13:37:13  13          The following things are not evidence and

13:37:14  14  you must not consider them as evidence in deciding the

13:37:17  15  facts of this case:

13:37:18  16          Statements or arguments of attorneys are not

13:37:22  17  evidence.  Questions and objections by the attorneys are

13:37:24  18  not evidence.  Testimony I instruct you to disregard or

13:37:28  19  anything that you may have seen or heard when Court is

13:37:30  20  not in session, even if what you see or hear is done

13:37:35  21  said by one of the parties or by one of the witnesses is

13:37:37  22  not evidence.

13:37:38  23          Evidence may be either direct or

13:37:40  24  circumstantial.  Direct evidence is direct proof of a

13:37:44  25  fact, such as the testimony by a witness about what that

13:37:47  1   witness personally saw or heard or did.  Circumstantial

13:37:51  2   evidence is indirect evidence; that is, it is proof of

13:37:53  3   one or more facts from which you could find another fact

13:37:56  4   to be true.

13:37:57  5            You are to consider both direct and

13:37:59  6   circumstantial evidence.  Either can be used to prove

13:38:01  7   any fact.  The law makes no distinction between the

13:38:05  8   weight to be given to either direct or circumstantial

13:38:07  9   evidence.

13:38:07  10           It is for you to decide how much weight is

13:38:10  11  to be given to any evidence.  There are rules of

13:38:13  12  evidence that control what can be received into

13:38:16  13  evidence.

13:38:16  14           When a lawyer asks a question or offers an

13:38:19  15  exhibit into evidence and the lawyer on the other side

13:38:22  16  thinks that it is not permitted by the rules of

13:38:24  17  evidence, that lawyer may object.  If I overrule the

13:38:27  18  objection, the question may be answered and the exhibit

13:38:30  19  received.

13:38:30  20           If I sustain the objection, the question

13:38:33  21  cannot be answered and the exhibit cannot be received.

13:38:36  22           Whether I sustain an objection to a

13:38:40  23  question -- whenever I sustain an objection to a

13:38:42  24  question, you must ignore that question and you must not

13:38:45  25  guess as to what the answer might have been.

116

13:38:48  1            Sometimes I may order that evidence be

13:38:50  2  stricken from the record and that you disregard or

13:38:52  3  ignore that evidence.  That means that when you are

13:38:55  4  deciding this case, you must not consider the evidence

13:38:57  5  that I told you to disregard.

13:38:59  6            In deciding the facts of this case, you may

13:39:04  7  have to decide which testimony to believe and which

13:39:06  8  testimony not to believe.

13:39:07  9            You may believe everything that a witness

13:39:09  10  says or part of it or none of it.  In considering the

13:39:14  11  testimony of a witness, you may take into account,

13:39:16  12  No. 1, the witness' opportunity and the ability to see

13:39:20  13  or hear or know the things testified to.

13:39:23  14            Number 2, the witness' memory.

13:39:26  15            Number 3, the witness' manner while

13:39:27  16  testifying.

13:39:28  17            Number 4, the witness' interest in the

13:39:29  18  outcome of the case, if any.

13:39:30  19            Number 5, the witness' bias or prejudice, if

13:39:32  20  any.

13:39:32  21            Number 6, whether other evidence contradicts

13:39:37  22  the witness' testimony.

13:39:38  23            7, the reasonableness of the witness'

13:39:41  24  testimony in light of all the other evidence.

13:39:42  25            And 8, any other factor that bears on

13:39:46  1   believability.

13:39:46  2          The weight of the evidence as to any fact

13:39:48  3   does not necessarily depend on the number of witnesses

13:39:51  4   who have testified about it.

13:39:53  5          I will now say a few words about your

13:39:55  6   conduct as jurors.  First, keep an open mind through the

13:39:59  7   trial, and do not decide what the verdict should be

13:40:01  8   until you and your fellow jurors have completed your

13:40:04  9   deliberations at the end of the case.

13:40:07  10         Second, because you must decide this case

13:40:09  11  based only on the evidence received in this case and on

13:40:12  12  my instructions as to what the law applies, you will not

13:40:15  13  be exposed to any other information about this case or

13:40:18  14  to the issues it involves during the course of your jury

13:40:21  15  duty.

13:40:22  16         Thus, until the end of the case or until I

13:40:25  17  tell you otherwise, do not communicate with anyone in

13:40:27  18  any way and do not let anyone else communicate with you

13:40:30  19  in any way about this case or the merits of this case.

13:40:33  20         This restriction includes discussing the

13:40:36  21  case in person, in writing, by phone, by tablet, by

13:40:40  22  computer, or any other means; via e-mail or text

13:40:44  23  messaging, or any other form of social media.

13:40:47  24         This restriction also applies to

13:40:48  25  communication with your fellow jurors, until I have

13:40:52  1   given you the case for your deliberations.  And it

13:40:54  2   applies to communication with anyone else, including

13:40:57  3   family members and your employer, and the people

13:40:59  4   involved in this trial.

13:41:01  5          Although you may notify your family or

13:41:05  6   employer as to the fact that you've been seated on this

13:41:08  7   jury and this case and how long you might expect it will

13:41:12  8   take.  But if anyone asks you or approaches you in any

13:41:15  9   way about your jury service or anything about this case,

13:41:19  10  you must respond that you have been ordered not to

13:41:21  11  discuss this matter.  In addition, you must report that

13:41:23  12  contact to the Court.

13:41:24  13         Because you will receive all the evidence

13:41:28  14  and legal instructions, you may consider to return a

13:41:31  15  verdict, make sure you do not do any research; such as

13:41:34  16  consulting dictionaries, searching the Internet or using

13:41:39  17  other reference materials.  And do not make any

13:41:41  18  investigation or in any other way try to learn about

13:41:43  19  this case on your own.

13:41:44  20         These rules protect each parties' rights to

13:41:47  21  have this case decided only on the evidence that has

13:41:50  22  been presented here in Court.

13:41:52  23         Each of the parties is entitled to a fair

13:41:54  24  trial by an impartial jury.  And if you decide this case

13:41:58  25  based on information not presented in Court, you will

13:42:01   1   have denied the parties a fair trial.

13:42:04   2           Remember that you have taken an oath to

13:42:06   3   follow these rules, and it is very important that you

13:42:10   4   follow those rules.

13:42:11   5           A jury who violates these instructions

13:42:15   6   jeopardizes the fairness of the proceedings and a

13:42:17   7   mistrial could result that would require the entire

13:42:19   8   trial process to start over again.

13:42:21   9           Any jurors exposed to any outside

13:42:23   10  information, please notify the Court immediately.

13:42:26   11          At the end the trial, you will have to make

13:42:28   12  a decision base on what you recall of the evidence.  You

13:42:30   13  will not have a written transcript of this trial.  So I

13:42:33   14  urge you to pay very close attention to the testimony as

13:42:36   15  it is given.

13:42:39   16          If you wish, you may take notes to help you

13:42:42   17  remember the evidence.  If you do take notes, please

13:42:44   18  keep them to yourselves until you and your fellow jurors

13:42:47   19  go to the jury room to decide this case.  Do not let

13:42:49   20  notetaking distract you from being attentive.

13:42:53   21          When you leave the courtroom for recess,

13:42:56   22  your notes should be left in the courtroom.  No one will

13:42:59   23  read those notes.  Whether or not you take notes, you

13:43:01   24  should rely on your own memory of the evidence.  Notes

13:43:04   25  are only there to assist memory.  You should not be

13:43:08   1    overly influenced by your notes or those of the jurors.

13:43:12   2                I already talked to you about language.  A

13:43:15   3    language other than English may be used for some

13:43:17   4    evidence during the trial.  When a witness testifies in

13:43:21   5    another language, a witness will be doing so through an

13:43:26   6    official Court interpreter.

13:43:29   7                The evidence you are to consider and on

13:43:29   8    which you must base your decision is only on the English

13:43:34   9    language translation provided through the official Court

13:43:35  10    translator.

13:43:36  11                Although you may know the nonEnglish

13:43:39  12    language used, you must disregard any meaning of that

13:43:43  13    nonEnglish language, the difference from the official

13:43:47  14    Court translation.

13:43:50  15                Although the defendants are being tried

13:43:52  16    together, you must give separate consideration to each

13:43:55  17    defendant.  In doing so, you must determine which

13:43:57  18    evidence in this case applies to which defendant.

13:44:00  19    Disregarding any evidence admitted solely against a

13:44:04  20    single defendant.

13:44:06  21                The fact that you may find one of the

13:44:07  22    defendants guilty or not guilty should not control your

13:44:10  23    verdict as to the other defendant.

13:44:17  24                The next phase of the trial is going to

13:44:18  25    begin now.  First, each side will have an opportunity to

13:44:22  1   make an opening statement.  Opening statement is not

13:44:24  2   evidence.  It is simply an outline to help you

13:44:27  3   understand what the parties expect the evidence will

13:44:29  4   show.  A party is not required to make an opening

13:44:32  5   statement.

13:44:32  6              The Government will then present its

13:44:34  7   evidence and counsel for the defendant may

13:44:36  8   cross-examine.  Then if the defendant chooses to offer

13:44:38  9   any evidence, counsel for the Government may

13:44:40  10  cross-examine.

13:44:42  11             After the evidence has been presented, I

13:44:44  12  will instruct you on the law that applies to this case.

13:44:46  13  And the attorneys will make their closing arguments.

13:44:49  14             After that, you will go back to the jury

13:44:51  15  room to deliberate.

13:44:52  16             The opening statement, I talked with the

13:44:54  17  attorneys about it, and it should be between 20 to

13:44:56  18  30 minutes, opening statement.

13:44:59  19             Any questions before we get started?  If

13:45:01  20  not, Counsel, do you want to proceed with your opening

13:45:03  21  statement.

13:45:04  22             MR. BERNSTEIN:  Thank you, Your Honor.

13:45:45  23             THE COURT:  Counsel.

13:45:46  24             MR. BERNSTEIN:  Thank you, Your Honor.

13:45:47  25             Members of the jury, over ten years the

13:45:53  1    defendants defrauded the United States out of

13:45:55  2    $1.8 billion.  They defrauded shareholders in a publicly

13:46:00  3    traded company.  And to keep this criminal scheme going,

13:46:04  4    they laundered hundreds of millions dollars into the

13:46:10  5    United States.

13:46:10  6              The evidence will show that on a global

13:46:13  7    scale the participants in this fraudulent scheme were

13:46:17  8    con artists.

13:46:18  9              Now, this opening statement is our

13:46:20  10   opportunity to preview some of that evidence.  And to do

13:46:23  11   that, I will talk about a few things.  First I will give

13:46:28  12   you a broad overview of this criminal conspiracy.  Then,

13:46:34  13   second, I'll talk about what the evidence will show in

13:46:40  14   more detail.  I'll go through what these defendants did

13:46:43  15   and how they did it.  And then finally I'll give you

13:46:46  16   sort of a briefing as far as evidence goes on the key

13:46:50  17   players, key participants in this enormous international

13:46:54  18   fraudulent scheme.

13:46:56  19             So starting with the broad overview.  The

13:46:58  20   defendants at trial today are charged with wire fraud,

13:47:02  21   filing false documents with Customs and Border Patrol,

13:47:05  22   what I'll call Customs fraud; international money

13:47:09  23   laundering; and then conspiracy to commit those offenses

13:47:12  24   and to defraud the United States.

13:47:14  25             At the heart of this criminal conspiracy was

13:47:19  1   a wealthy businessman in China named Zhongtian Liu.

13:47:24  2   This is a man who people called the big boss, a man who

13:47:30  3   some compared to emperor.

13:47:33  4          Zhongtian Liu owned an enormous aluminum

13:47:37  5   extrusion manufacturer in China called China Zhongwang

13:47:40  6   or CZW.  This is a photograph of CZW's aluminum

13:47:44  7   extrusions.  And aluminum extrusion is just an extruded

13:47:50  8   aluminum part.  It's just an aluminum part you could use

13:47:53  9   to build something, like a car, a train, a glass window

13:47:57  10  frame, a solar panel, et cetera.

13:48:00  11         This is what China Zhongwang/CZW,

13:48:05  12  manufactured.  In some sense this whole scheme revolves

13:48:09  13  around these aluminum extrusions.  And China Zhongwang,

13:48:15  14  Zhongtian Liu, and the defendants at trial today

13:48:18  15  generally speaking executed the scheme in three ways.

13:48:22  16         First, Zhongtian Liu wanted to trick

13:48:27  17  investors into buying and holding onto CZW stock.  He

13:48:31  18  wanted to deceive investors into believing that China

13:48:37  19  Zhongwang earned more revenue than it actually did; that

13:48:40  20  the company sold mower aluminum extrusions than it

13:48:44  21  actually did.  That the company was more profitable than

13:48:48  22  it actually was.

13:48:50  23         So over the years, Zhongtian Liu had this

13:48:52  24  company, China Zhongwang, sold hundreds of millions of

13:48:56  25  dollars of aluminum to customers in the United States

13:48:59  1    that Zhongtian Liu secretly owned.

13:49:02  2            And then CZW lied to its shareholders.  The

13:49:08  3    company told its shareholders falsely that these sales

13:49:10  4    were real transactions when they were not.  These were

13:49:14  5    bogus sales that were simply designed to make CZW look

13:49:18  6    more profitable than it actually was.  That's the wire

13:49:22  7    fraud or the fraud part of this case.

13:49:24  8            Second, in 2011, the U.S. Department of

13:49:31  9    Commerce imposed duties on the aluminum extrusions that

13:49:38  10   China Zhongwang was trying to export to the United

13:49:40  11   States to it bogus customers.  They were called

13:49:42  12   antidumping and countervailing duties or AD/CVD duties.

13:49:49  13   And I'll talk about what those are in a moment.

13:49:51  14           But for now, the Department of Commerce

13:49:53  15   imposed these duties, which are like taxes on CZW's

13:49:58  16   aluminum extrusions.  And the defendant's did not want

13:50:00  17   to pay these duties.  They wanted to criminally evade

13:50:04  18   the antidumping and countervailing duties.

13:50:08  19           So in China, the defendants tack welded

13:50:12  20   CZW's aluminum extrusions into the shape of aluminum

13:50:17  21   pallets.  And then disguised as aluminum pallets smuggle

13:50:21  22   CZW's aluminum extrusions into the United States without

13:50:25  23   paying the antidumping and countervailing duties.

13:50:28  24           Now, the evidence will show that these

13:50:31  25   aluminum pallets were commercially useless.  The

13:50:36   1   evidence will show that the defendants knew these

13:50:38   2   pallets had no commercial use.  After all, these pallets

13:50:42   3   were just a disguise, just a way for the defendants to

13:50:45   4   smuggle CZW's aluminum extrusions into the country.

13:50:49   5          So over time the defendants at trial today

13:50:52   6   imported millions of these aluminum pallets from CZW in

13:50:57   7   China.  They then stockpiled and concealed the aluminum

13:51:03   8   pallets in four large warehouses in California that

13:51:06   9   several of the defendants at trial today owned.

13:51:10   10          All at the hope that at some point they

13:51:11   11   could take these pallets, melt them down and turn them

13:51:15   12   back into useable, sellable aluminum products.  And when

13:51:20   13   all was said and done, the defendants evaded

13:51:23   14   $1.8 billion in antidumping and countervailing duties

13:51:27   15   that they should have paid to the United States and did

13:51:28   16   not.  That's the Customs fraud part of this case.

13:51:32   17          And then finally, this scheme required

13:51:34   18   money.  The companies in the United States, these bogus

13:51:39   19   customers that made fraudulent aluminum purchases from

13:51:43   20   CZW to artificially up CZW's revenue numbers, they

13:51:48   21   needed money to make these purchases.

13:51:50   22          The defendants in the United States needed

13:51:52   23   money to buy these large warehouses that they could use

13:51:56   24   to stockpile and conceal CZW's aluminum products.

13:52:03   25          You'll hear that at one point Zhongtian Liu

| | | |
|---|---|---|
| 13:52:05 | 1 | wanted to create this illusion, wanted to create this |
| 13:52:08 | 2 | false impression that China Zhongwang had financial |
| 13:52:14 | 3 | packing in the United States; that CZW had a major |
| 13:52:17 | 4 | lender in the U.S. |
| 13:52:19 | 5 | So Liu arranged for one of its companies to |
| 13:52:21 | 6 | make a bogus $200 million loan to China Zhongwang.  All |
| 13:52:27 | 7 | these required funding. |
| 13:52:28 | 8 | So to finance this criminal scheme, |
| 13:52:30 | 9 | Zhongtian Liu with the help of his co-conspirators, |
| 13:52:33 | 10 | laundered hundreds of millions dollars out of China |
| 13:52:37 | 11 | through shell companies in Hong Kong which then wired |
| 13:52:41 | 12 | that money to the defendants at trial today who used |
| 13:52:43 | 13 | that money to advance this criminal conspiracy; to |
| 13:52:47 | 14 | defraud CZW shareholders, to lie to Customs officials |
| 13:52:51 | 15 | and to defraud the United States out of $1.8 billion in |
| 13:52:54 | 16 | antidumping and countervailing duties that they should |
| 13:52:58 | 17 | have paid but wilfully evaded. |
| 13:53:01 | 18 | That's the international money laundering |
| 13:53:04 | 19 | part of the case.  And those three parts of the case, |
| 13:53:06 | 20 | that's the broad overview. |
| 13:53:08 | 21 | Let's talk about the scheme in more detail. |
| 13:53:10 | 22 | Starting with the defendants at trial today.  The |
| 13:53:12 | 23 | defendants at trial today are six U.S. companies that |
| 13:53:16 | 24 | are based right here in California. |
| 13:53:18 | 25 | The first two defendants are Perfectus |

13:53:21   1    Incorporated and its subsidiary, Perfectus Acquisitions,

13:53:25   2    or for simplicity, the Perfectus defendants.

13:53:29   3            To jump to the punch line, China Zhongwang,

13:53:34   4    CZW's bogus customers in the United States, these

13:53:37   5    companies that Zhongtian Liu secretly controlled, that

13:53:41   6    made these fraudulent aluminum purchases from CZW, those

13:53:45   7    bogus customers all eventually merged into the Perfectus

13:53:49   8    defendants.  That's why the Perfectus defendants are at

13:53:51   9    trial today.

13:53:52   10           The next set of defendants are four

13:53:57   11   warehouse defendants:  Scuderia Development, 1001

13:54:02   12   Doubleday, Von Karman Main Street and 10681 Production

13:54:07   13   Avenue.  These are four limited liability companies that

13:54:10   14   each purchased a single large warehouse in California

13:54:13   15   that the Perfectus defendants used to stockpile and

13:54:18   16   conceal the aluminum that they brought into the country

13:54:21   17   from China Zhongwang in China.

13:54:24   18           Now, all six of these companies are

13:54:27   19   companies that Zhongtian Liu secretly owned, that he

13:54:31   20   controlled, and that he used to execute this fraudulent

13:54:34   21   scheme.

13:54:35   22           So who was Zhongtian Liu?  Well, he was the

13:54:40   23   chairman and majority shareholder of China

13:54:46   24   Zhongwang/CZW, this enormous aluminum extrusion factory

13:54:51   25   in China.

13:54:53   1          In 2009, Zhongtian Liu took CZW public on

13:54:57   2   the Hong Kong stock exchange through an initial public

13:55:01   3   offering or IPO.

13:55:03   4          When Liu took CZW public on the Hong Kong

13:55:09   5   stock exchange, that's when he wanted to create this

13:55:12   6   illusion that CZW was more profitable than it actually

13:55:16   7   was.  Specifically, Zhongtian Liu, the chairman, the

13:55:20   8   majority shareholder of CZW, wanted to trick investors

13:55:25   9   into believing that CZW could make a lot of money in the

13:55:28   10  United States; that this was a place where China

13:55:32   11  Zhongwang could sell a lot of aluminum extrusions.

13:55:35   12         So around the time of the IPO and over the

13:55:37   13  next few years, China Zhongwang/CZW, began selling

13:55:42   14  hundreds of millions of dollars of aluminum extrusions

13:55:47   15  to a company in California called Pengcheng Aluminum or

13:55:51   16  PCA, a company that, as you'll see throughout the course

13:55:55   17  of this trial eventually merged into the Perfectus

13:55:58   18  defendants at trial today.

13:55:59   19         So after the IPO, CZW's exports to the

13:56:03   20  United States spike.  They go into the hundreds of

13:56:06   21  millions.  This company in California, Pengcheng

13:56:11   22  Aluminum, this mystery entity in California is buying

13:56:16   23  hundreds of millions of dollars of aluminum extrusions

13:56:19   24  from CZW in China.

13:56:21   25         The problem's that Zhongtian Liu owned and

13:56:24   1    controlled both companies.  Liu was the chairman and

13:56:28   2    majority shareholder of China Zhongwang/CZW.  And at

13:56:30   3    this point he secretly owned and secretly controlled

13:56:35   4    Pengcheng Aluminum.  He controlled both the seller and

13:56:37   5    simultaneously the buyer of the aluminum extrusions.  He

13:56:41   6    was selling aluminum extrusions from one company he

13:56:45   7    owned, CZW, to another company he secretly controlled,

13:56:50   8    Pengcheng Aluminum, and then hiding this fact from his

13:56:52   9    investors.

13:56:53   10           He was having CZW describe these bogus sales

13:57:00   11   to CZW shareholders as real arm's length transactions.

13:57:03   12   When, again, they were not.  They were bogus

13:57:05   13   transactions designed to make CZW look more profitable

13:57:09   14   than it actually was.

13:57:11   15           And it wasn't just Pengcheng Aluminum.

13:57:14   16   There were six other companies right here in California

13:57:16   17   that made fraudulent aluminium purchases from CZW that

13:57:22   18   Zhongtian Liu secretly owned; that Zhongtian Liu

13:57:26   19   secretly controlled, and that just like Pengcheng

13:57:28   20   Aluminum, eventually merged into the Perfectus

13:57:31   21   defendants at trial today.

13:57:32   22           Now, for a few years, from 2009 over the

13:57:35   23   next few years, this criminal scheme goes as planned.

13:57:40   24   Pengcheng Aluminum and the other Perfectus companies buy

13:57:43   25   hundreds of millions of dollars of aluminum from CZW;

13:57:48   1    meanwhile, CZW lies to its shareholders, the company

13:57:53   2    tells its shareholders that these transactions were

13:57:55   3    legitimate arm's length sales.

13:57:58   4           Then in 2011, the defendants encountered a

13:58:01   5    serious problem.  That year the Department of Commerce

13:58:05   6    imposed these duties on CZW's aluminum extrusions.  The

13:58:10   7    extrusions that they were trying to ship to the

13:58:14   8    defendants at trial to conduct these fraudulent sales.

13:58:17   9           Now, the Department of Commerce imposed

13:58:21   10   these duties, these taxes on CZW's aluminum extrusions

13:58:26   11   to deal with the fact that these aluminum products were

13:58:31   12   coming into the United States from China and they were

13:58:33   13   being resold in the United States at extremely low

13:58:38   14   prices and starting to harm the U.S. aluminum market.

13:58:42   15          So the Department of Commerce imposes these

13:58:45   16   duties on CZW's aluminum extrusions.  And they're

13:58:49   17   significant.  They're not 10 percent; they're not

13:58:51   18   20 percent even.  These antidumping and countervailing

13:58:55   19   duties go as high as 400 percent.  For the defendants at

13:59:00   20   trial to defraud CZW's investors, for Zhongtian Liu to

13:59:07   21   sell aluminum extrusions to these companies he secretly

13:59:09   22   loaned, Pengcheng Aluminum and the other Perfectus

13:59:13   23   companies upon importation of those aluminum products

13:59:16   24   would have to pay up to 400 percent or four times the

13:59:21   25   cost of CZW's aluminum extrusions.  And they would have

13:59:26  1    to pay that money to the United States Government.

13:59:28  2              Now, the defendant did not want to pay these

13:59:31  3    antidumping and countervailing duties.  And that's when

13:59:34  4    they found out that they had a way to criminally evade

13:59:40  5    these duties.  That's when they found out about the

13:59:42  6    finished merchandise exception to the antidumping and

13:59:45  7    countervailing duties.

13:59:48  8              Essentially the Department of Commerce said

13:59:51  9    that if you import aluminum extrusions from China, from

13:59:55  10   CZW specifically, whatever form they're in, you have to

13:59:58  11   pay these duties.  But there's an exception.  If you

14:00:00  12   import finished merchandise, a genuinely finished

14:00:06  13   product, that happens to in part contain aluminum

14:00:11  14   extrusions, like a glass window, a glass picture frame

14:00:14  15   or a solar panel, something that is simply in part built

14:00:17  16   with aluminum extrusions, then the duties don't apply.

14:00:22  17              Otherwise, unless they're talking about

14:00:25  18   genuinely finished merchandise, a genuinely finished

14:00:28  19   product, if you bring these aluminum extrusions into the

14:00:31  20   country from CZW in China you have to pay these

14:00:34  21   antidumping and countervailing duties.

14:00:36  22              So the defendants conspired to criminally

14:00:39  23   exploit the finished merchandise exception.  And that's

14:00:42  24   when they came up with this idea of aluminum pallets.

14:00:47  25              In China, the defendants tack welded CZW's

14:00:51  1   aluminum extrusions into the shape of pallets and then

14:00:55  2   disguised as aluminum pallets smuggled CZW's aluminum

14:01:00  3   extrusions into the country without paying the duties.

14:01:02  4            And then at the border the defendants lied

14:01:05  5   to Customs officials.  They filed these forms with

14:01:09  6   Customs and Border Patrol.  They're called form 7501.

14:01:12  7   You'll hear about them throughout the course of trial.

14:01:15  8   The defendants at the border filed these forms with

14:01:20  9   Customs and Border Patrol where they falsely and

14:01:21  10  fraudulently stated that these aluminum pallets were

14:01:24  11  finished merchandise and, therefore, not subject to the

14:01:28  12  antidumping and countervailing duties.

14:01:32  13           The problem is, as the evidence will show,

14:01:34  14  that these aluminum pallets were not actually finished

14:01:37  15  merchandise.  The evidence will show that the defendants

14:01:39  16  knew these aluminum pallets were not finished

14:01:44  17  merchandise.  The evidence in fact will show that these

14:01:47  18  aluminum pallets had no commercial use at all.  They

14:01:51  19  were way too heavy, in most cases 170 pounds.  They were

14:01:56  20  too expensive.  And they were ultimately just a disguise

14:02:00  21  the defendants used to smuggle CZW's aluminum extrusions

14:02:06  22  into the country without paying these antidumping and

14:02:11  23  countervailing duties.

14:02:12  24           But nobody, no company in the United States

14:02:14  25  other than a company that Zhongtian Liu himself

14:02:18   1   controlled would buy these aluminum pallets.

14:02:21   2           As an illustration of this, over the years

14:02:24   3   after the imposition of these duties in 2011, the

14:02:27   4   defendant's, Pengcheng Aluminum and its sister

14:02:31   5   companies, the Perfectus companies, imported millions of

14:02:34   6   these aluminum pallets from CZW in China.  And the

14:02:38   7   number that they could actually resell was zero.

14:02:41   8           So instead, the defendants stockpiled and

14:02:46   9   concealed; they hid these aluminum pallets in four large

14:02:51  10   warehouses that the warehouse defendants owned and

14:02:54  11   controlled, all with the hope that at some point they

14:02:56  12   could take these pallets, melt them down, and turn them

14:03:00  13   back into actually sellable, actually usable aluminum

14:03:05  14   products.

14:03:05  15           And make no mistake about it, the evidence

14:03:07  16   will show that the defendants had a reason to conceal

14:03:10  17   these pallets in warehouses.  Because if federal

14:03:13  18   officials found out that the Perfectus companies had

14:03:16  19   brought millions of these pallets into the country and

14:03:19  20   sold none of them, that would have been this indication

14:03:22  21   that these aluminum pallets were not actually finished

14:03:25  22   merchandise.

14:03:26  23           And, of course, the evidence will show that

14:03:28  24   if CZW shareholders found out that the company's exports

14:03:33  25   to the U.S., the company's sales to the United States

14:03:38  1   consisted of commercially useless and unsellable pallets

14:03:43  2   to companies that Zhongtian Liu himself controlled, they

14:03:46  3   would have known what the evidence will show is that

14:03:50  4   they were the victims of fraud.

14:03:52  5          So Pengcheng Aluminum, the other Perfectus

14:03:57  6   companies import millions of these aluminum pallets from

14:04:02  7   CZW in China.  They evade the antidumping and

14:04:07  8   countervailing duties.  They then get the help of the

14:04:10  9   warehouse defendants.  The warehouse defendants

14:04:13  10  stockpile and conceal the aluminum pallets and with no

14:04:16  11  customers in the United States.  With no companies in

14:04:17  12  the U.S. who wanted to buy these aluminum pallets, the

14:04:22  13  defendant's couldn't make money.

14:04:23  14         So to finance this criminal scheme,

14:04:26  15  Zhongtian Liu, with help of his co-conspirators,

14:04:29  16  laundered hundreds of millions of dollars from China

14:04:33  17  through these Hong Kong shell companies to the defendant

14:04:36  18  at trial today who used that money to advance this

14:04:38  19  conspiracy; again, to defraud CZW's investors, to lie to

14:04:43  20  Customs officials and to defraud the United States out

14:04:46  21  of $1.8 billion and wilfully evaded antidumping and

14:04:51  22  countervailing duties.

14:04:52  23         So in the last few minutes, I want to talk

14:04:54  24  about the key players in this case.  The first two

14:04:59  25  defendants, again, Perfectus, Incorporated and its

14:05:02  1    subsidiary Perfectus acquisitions.

14:05:05  2            In December of 2014, the defendant created

14:05:09  3    Perfectus and then took CZW's bogus customers and merged

14:05:13  4    those customers into Perfectus.

14:05:15  5            So those bogus customers who made these

14:05:21  6    fraudulent aluminum purchases from CZW to artificially

14:05:25  7    inflate CZW's revenue numbers in the U.S., those

14:05:31  8    companies were:  Pengcheng Aluminum, Transport Aluminum,

14:05:34  9    Global Aluminum, American Apex, Century American

14:05:38  10   Aluminum, Aluminum Source and Aluminum Industrial.

14:05:41  11   Those are the seven companies that made these bogus

14:05:44  12   aluminum purchases from CZW.  All seven of those

14:05:48  13   companies merged into Perfectus.

14:05:50  14           Now, when this merger happened, Perfectus

14:05:54  15   inherited these company's liabilities, that includes

14:05:57  16   their criminal liabilities.  So when you see one of

14:06:00  17   these companies at trial, whether it's Pengcheng

14:06:03  18   Aluminum or one of the other six sister companies, those

14:06:07  19   companies are Perfectus.  They are one and the same.

14:06:11  20           The warehouse defendants are Scuderia,

14:06:15  21   Doubleday, Von Karman Main Street and Production Avenue.

14:06:19  22   Again, the four limited liability companies that each

14:06:22  23   purchased an enormous warehouse in California that the

14:06:28  24   Perfectus companies used to stockpile and hide CZW's

14:06:31  25   aluminum.

14:06:32   1            Now, I anticipate throughout the course of

14:06:35   2    this trial that witnesses will refer to these companies

14:06:38   3    not by the name of the LLC, but rather by the city in

14:06:42   4    which the warehouse is located.  So you will hear

14:06:46   5    witnesses talk about Scuderia as the Riverside

14:06:50   6    warehouse; Doubleday as the Ontario warehouse; Von

14:06:55   7    Karman Main Street as Irvine; Production Avenue is the

14:06:57   8    Fontana warehouse.

14:06:59   9            One notable thing about the evidence is that

14:07:01   10   a company called Scuderia Capital Partners was the

14:07:06   11   parent company to all four warehouse defendants.

14:07:08   12           And in 2008, Zhongtian Liu used Scuderia

14:07:14   13   capital partners, again, the parent company to the four

14:07:17   14   warehouse defendants, to defraud CZW shareholders in

14:07:21   15   another way.

14:07:22   16           Specifically, this is when Zhongtian Liu

14:07:25   17   wanted to create this false illusion, wanted to create

14:07:28   18   this false impression in the minds of investors that CZW

14:07:33   19   had this big financial backing in the United States;

14:07:37   20   that CZW had this major lender in the U.S.

14:07:43   21           So Zhongtian Liu, just like he funded the

14:07:46   22   rest of this conspiracy, laundered $200 million to some

14:07:50   23   shell companies in Hong Kong.  Those companies wired

14:07:52   24   that money to Scuderia Capital Partners.  And that

14:07:53   25   Scuderia Capital Partners, a company that Zhongtian Liu

14:07:57    1    himself controlled, that took that $200 million and
14:08:01    2    quote-unquote loaned it right back to CZW in China.  So
14:08:05    3    in other words, for the purpose of defrauding CZW's
14:08:09    4    shareholders, Zhongtian Liu lent $200 million to
14:08:15    5    himself.
14:08:15    6               There are a number of factories involved in
14:08:17    7    this case that Zhongtian Liu either built or owned.
14:08:21    8    Aluminum Shapes was a factory in New Jersey that could
14:08:24    9    melt these aluminum pallets and turn them back into
14:08:27   10    usable aluminum extrusions.
14:08:30   11               You will hear that Customs officials tried
14:08:31   12    to audit the aluminum pallets in this factory's
14:08:35   13    warehouse, and that they were lied to.  They were given
14:08:37   14    misinformation.  They were obstructed, and they were led
14:08:39   15    to the false conclusion that the pallets were not
14:08:41   16    subject to the duties.
14:08:42   17               AluminaCosta was the Mexico version of
14:08:49   18    Perfectus.  It was another bogus customer, this time in
14:08:52   19    Mexico, that Zhongtian Liu secretly owned that made
14:08:57   20    fraudulent aluminum purchases from CZW in China.
14:09:01   21               Global Vietnam was a factory in Vietnam that
14:09:05   22    Zhongtian Liu built.  You'll hear evidence that around
14:09:08   23    2015 the defendants tried to get the evidence of their
14:09:11   24    fraud out of the country so they took CZW's aluminum out
14:09:14   25    of these warehouses and shipped it out of the country.

14:09:17  1   And the place where they shipped the aluminum was Global

14:09:21  2   Vietnam Aluminum.

14:09:23  3            And then Barstow never came to fruition.

14:09:27  4   But this was the defendants unsuccessful attempt to

14:09:34  5   build a $1.5 billion processing facility in California

14:09:36  6   that the defendants could use to melt down the aluminum

14:09:39  7   pallets and turn them back into sellable aluminum

14:09:42  8   products.

14:09:42  9            There were a handful of shell companies

14:09:46  10  involved in this case.  I already talked about how

14:09:49  11  Zhongtian Liu used shell companies to get money to the

14:09:56  12  defendants at trial.

14:09:57  13           You'll also hear that the Perfectus

14:10:01  14  defendants at times paid shell companies for aluminum

14:10:04  15  pallets that CZW manufactured.

14:10:07  16           So you'll hear testimony that Perfectus

14:10:09  17  employees were directed to pay a company called Dalian

14:10:13  18  Liwang, not for anything that Dalian Liwang

14:10:16  19  manufactured, but rather for the aluminum pallets that

14:10:19  20  CZW manufactured and shipped to the Perfectus defendants

14:10:22  21  in the United States.

14:10:23  22           And finally, the human participants in this

14:10:27  23  case:  Zhongtian Liu, he -- again, he was the big boss,

14:10:31  24  he was the chairman, the majority shareholder of China

14:10:36  25  Zhongwang/CZW.  He secretly controlled Pengcheng

14:10:39   1   Aluminum and the other Perfectus companies.  He

14:10:41   2   controlled the warehouse defendants.  He controlled

14:10:43   3   these factors.  He controlled the shell companies.  He

14:10:46   4   was the mastermind of this international criminal

14:10:49   5   scheme.

14:10:53   6          Zhijie Wang also known as Jasmine Wang, his

14:10:58   7   wife.  Some people called her the boss lady.  You'll see

14:11:00   8   evidence that Zhijie Wang throughout the course of this

14:11:04   9   conspiracy did what she needed to do to help her husband

          10   execute this fraudulent scheme.

14:11:11  11          Eric Shen was a participant in the scheme.

14:11:15  12   He was a conspiracy insider.  You will meet Eric Shen.

14:11:15  13   He got caught.  He pled guilty.  And he has agreed to

14:11:17  14   testify for you as the jury about how this fraudulent

14:11:22  15   scheme operated.

14:11:23  16          Now, you'll hear testimony that Eric Shen

14:11:30  17   handled billions of dollars for Zhongtian Liu; that Eric

14:11:32  18   Shen stole a bunch of that money and that now Eric Shen

14:11:36  19   stands to benefit to some extent from his testimony.

          20          With that said, the evidence will go way

14:11:41  21   beyond Eric Shen.  You will hear from dozens of

14:11:42  22   witnesses.  You will see hundreds of documents showing

14:11:45  23   exactly how the scheme worked.

14:11:47  24          Johnson Shao, the evidence will show, was a

14:11:52  25   puppet for Zhongtian Liu on paper.  He managed some of

14:11:56  1   these companies like Perfectus.  Again, the evidence

14:12:00  2   will show that Zhongtian Liu exercised absolute control

14:12:02  3   over Johnson Shao.

14:12:03  4        And then last, Zhaohua Chen.  The evidence

14:12:04  5   will show that Zhaohua Chen was Zhongtian Liu's money

14:12:07  6   man.  He was the guy who helped Zhongtian Liu get these

14:12:11  7   hundreds of millions of dollars from China through the

14:12:14  8   shell companies in Hong Kong to the defendants in the

14:12:16  9   United States who then used that money to execute this

14:12:19  10  fraudulent scheme.

14:12:20  11        And that will be the evidence in this case.

14:12:22  12  It will be overwhelming evidence that the defendants

14:12:25  13  defrauded CZW's shareholders, that they lied to custom's

14:12:30  14  officials; that they defrauded the United States out of

14:12:32  15  $1.8 billions; and that they laundered hundreds of

14:12:35  16  millions of dollars into the United States.  The

14:12:38  17  evidence will prove beyond a reasonable doubt that the

14:12:40  18  defendants committed every crime charged against them in

14:12:43  19  the indictment.  Thank you.

14:12:47  20        THE COURT:  Thank you, Counsel.

14:12:49  21        Counsel.

14:12:49  22        MR. RUYAK:  Your Honor, we have a motion.

14:12:51  23  Government's counsel informed the jury that Mr. Eric

14:12:55  24  Shen --

14:12:55  25        THE COURT:  Counsel, we'll make it outside

14:12:56   1    the presence of the jury.

14:12:58   2                MR. RUYAK:   Okay.

14:12:59   3                THE COURT:   We can do that at the next

14:13:00   4    break.

14:13:46   5                MR. RUYAK:   Okay.

14:13:47   6                Ladies and gentlemen, my name is Robert

14:13:53   7    Ruyak.  I introduced myself earlier about this.  And I

14:13:56   8    represent the Perfectus defendants in this case, the

14:13:59   9    companies that the Government identified before who

14:14:05  10    imported aluminum into the United States.

14:14:08  11                And there are, as he said, six different

14:14:11  12    defendants.  I represent the two on the right.  And my

14:14:14  13    colleagues represent the others on the left.

14:14:20  14                This case really comes down to a relatively

14:14:24  15    short period of time.  It is a period of time between

14:14:29  16    2011, 2014.  In the early period of time when we talked

14:14:37  17    about the importation of extrusions, they were perfectly

14:14:40  18    legal to bring them into the United States and their

14:14:43  19    duties were paid on those.

14:14:44  20                The period of time we're talking about is a

14:14:46  21    different period of time where the Government contends

14:14:48  22    that we illegally imported aluminum.  We'll get into

14:14:52  23    that in just a minute.

14:14:53  24                They also talked about China Zhongwang,

14:14:59  25    which is called CZW which we talk about all the time as

14:15:04  1   a short form of saying that.  And the Government

14:15:06  2   contends that because of this importation of pallets two

14:15:09  3   things happened:  The Government was defrauded and

14:15:13  4   shareholders were defrauded.  That's what they're trying

14:15:16  5   to say.

14:15:17  6          But we believe the evidence will show you

14:15:20  7   something very different.  As you might guess, we are

14:15:23  8   here because there is another side to this story.  The

14:15:29  9   evidence will show you that this is not true.

14:15:33  10          Oh, there are a lot of facts that can be

14:15:38  11   pulled together, like a puzzle as the judge said to you,

14:15:45  12   and camouflage what really happened.  But our job is to

14:15:49  13   show you what really happened and to give you the real

14:15:51  14   story.

14:15:52  15          In order to do that, we have to go back in

14:15:56  16   history a little bit.  Because every story has to have a

14:15:59  17   context.  It has to live in the world it's in.  And at

14:16:03  18   this time, as you remember, maybe as I do, and we'll

14:16:06  19   show you the evidence, the mere period of this time was

14:16:11  20   the Great Recession, which extended between around 2007

14:16:14  21   or '8 into 2013 and '14.

14:16:18  22          That recession was a powerful period of time

14:16:22  23   in this country and around the world when companies were

14:16:25  24   facing extreme difficulties.

14:16:27  25          CZW is a very large company, no question

14:16:32  1  about it; the second largest aluminum company in the

14:16:36  2  world.  This isn't a company, as you'll find out, that

14:16:40  3  was some toy of one man.  No way.  It was too big.  It

14:16:46  4  had shareholders.  It had the responsibility to disclose

14:16:50  5  to those shareholders what it was doing.  And it did.

14:16:55  6          These are the pallets.  You've seen pictures

14:17:01  7  of them.  These are some of the ones that were imported.

14:17:04  8  They were not fake.  The evidence will show that they

14:17:06  9  were real.  They were designed, constructed, welded as

14:17:08  10  pallets before they were imported into the United

14:17:12  11  States.

14:17:13  12          The problem here was not just that companies

14:17:17  13  were facing this massive recession, as we remember, and

14:17:21  14  had to do different things for their companies to

14:17:24  15  survive and continue to function and employ their

14:17:27  16  people, but there's a one-two punch that occurred here.

14:17:31  17  Not necessarily the fault of anyone, but a one-two

14:17:36  18  punch.  And that one-two punch was that there was the

14:17:40  19  recession which was affecting what companies did and

14:17:43  20  what they did for there shareholders.

14:17:46  21          But at that period of time, too, was the

14:17:47  22  recession in America.  And the aluminum companies wanted

14:17:50  23  to stop competition from coming in, particularly low

14:17:53  24  prices.

14:17:53  25          And so they went to the federal Government

14:17:55  1    and they got what's called an antidumping,

14:17:58  2    countervailing duty order which purpose was to eliminate

14:18:03  3    some products from coming in from outside the U.S.

14:18:11  4         Zhongwang Holdings was quite large and made

14:18:12  5    a number of products.  You see some of them there.  Not

14:18:15  6    just extrusions we're talking about, but all kinds of

14:18:16  7    what are called deep process aluminum extrusion

14:18:18  8    products, products made out of them, including metro

14:18:21  9    rail cars and train cars and truck bodies and all kinds

14:18:24  10   of things, and also flat rolled products.  But the

14:18:28  11   extrusions were the thing they were bringing into the

14:18:29  12   United States.

14:18:30  13        Now, also at this period of time they talked

14:18:33  14   about the public offering.  Why did that happen?  It's a

14:18:37  15   very large company.  And when it offered public, it

14:18:41  16   brought money in.  And you can see, and you'll see

14:18:42  17   during that period of time, that it reinvested that

14:18:45  18   money, not in this scheme, but in the company to protect

14:18:51  19   the shareholders and expand its growth in a very

14:18:54  20   difficult time.  That's what that money was used to

14:18:57  21   invest in.

14:18:59  22        So when it became public in 2009, it took on

14:19:02  23   a different, very different type of company.  It had to

14:19:07  24   give annual reports to the shareholders.  It was audited

14:19:11  25   by some of the largest accounting firms in the world who

14:19:15   1    attested to the value of the company.

14:19:18   2              It had an independent audit committee.

14:19:17   3    Mr. Liu did not run it.  It had an independent audit

14:19:22   4    committee of other non company directors.  And it was

14:19:25   5    governed very carefully by the Hong Kong stock exchange.

14:19:29   6              But here is the one-two punch, okay?  Not

14:19:33   7    only was it trying to survive this and grow, but this

14:19:36   8    order came in and it created a duty wall, I call it.

14:19:39   9    407 percent duty.  407 percent.  Four times.  $200 item

14:19:47   10   would be a thousand dollars under those terms.  So it

14:19:49   11   was impossible for them to come into the United States

14:19:52   12   and get around that wall.  Not possible.

14:19:55   13             And in that you'll see Mr. Liu, who was

14:19:58   14   chairman of the company, talked about that.  To his

14:20:04   15   shareholders he said:  China's exports of industrial

14:20:12   16   aluminum extrusions across the United States fell

14:20:14   17   sharply in 2011 as the nation's aluminum extrusion

14:20:16   18   industry remained in the gloom of the antidumping and

14:20:20   19   countervailing duty investigation of the United States.

14:20:22   20             He told them what was going on.  He told

14:20:27   21   them it would be a massive drop.  They couldn't get into

14:20:29   22   the United States anymore.

14:20:32   23             And what did he say?  As China's largest

14:20:34   24   manufacturer of industrial aluminum extrusion products,

14:20:37   25   the group's export business suffered inevitably.

14:20:41   1          Nevertheless, we actively adjusted our

14:20:45   2   market and products and strategies to address such

14:20:47   3   abrupt changes in external business environment.  And

14:20:52   4   quickly shifting our business back to China.

14:20:55   5          You're going to hear what happened here.

14:20:56   6   And what happened was that once you could not get into

14:20:59   7   the United States with your products, this particular

14:21:01   8   company shipped it back and sold 98 percent of them.

14:21:04   9   98 percent in China.

14:21:06   10         This is Mr. Liu.  Mr. Liu is an

14:21:11   11   international businessman.  And you will hear that

14:21:18   12   there's no evidence he's ever been accused of anything

14:21:21   13   like this ever before, even though this company's been

14:21:23   14   around for over 30 years.  He was chairman of CZW, a

14:21:28   15   public company.  He's also the private investor in a

14:21:32   16   number of U.S. companies.  Something that's not unusual

14:21:35   17   at all.  Some of the biggest companies in the world do

14:21:39   18   that with big names, have subsidiaries all over the

14:21:42   19   world.  And they invest in companies all over the world

14:21:46   20   for their products.

14:21:47   21         You also find that Mr. Liu in his reports --

14:21:51   22   and this is in writing.  You'll see his annual reports

14:21:55   23   to his shareholders.  He told them what needed to be

14:21:58   24   done, and what he had to do including saying, We're

14:21:59   25   going to have to make more pallets, because pallets in

14:22:06    1    their view and his belief were finished products that

14:22:09    2    still could be imported from the United States.  And

14:22:12    3    we'll get into that in just a moment.

14:22:17    4           But Mr. Liu was very concerned about his

14:22:19    5    entire company and his investments in the United States.

14:22:21    6    You know how hard it was here during that period of

14:22:24    7    time.

14:22:24    8           The company called Aluminum Shapes in New

14:22:28    9    Jersey, a company that actually manufactures aluminum

14:22:31   10    products, like windows and doors, things like that, he

14:22:34   11    bought that company when it was in bankruptcy and about

14:22:37   12    to go out of business.

14:22:38   13           He not only paid money to do that, but he

14:22:40   14    supported that company for more than ten years.  Ten

14:22:43   15    years to keep that company going.  And its 400 employees

14:22:46   16    in New Jersey all Labor Union members, he kept that

14:22:50   17    company going and invested in them.

14:22:52   18           It tells you this man did this because he

14:22:55   19    wanted to make sure his company survived; that his

14:22:58   20    investments he made in the U.S. survived.

14:23:02   21           Yes, he had multiple companies for doing

14:23:05   22    different things.  But he wanted them to survive.

14:23:08   23           This is what happened with the pallet

14:23:17   24    project.  Once the company was foreclosed from bringing

14:23:22   25    their pallets into the United States as extrusions,

14:23:25  1  couldn't do that.

14:23:27  2          The alternative was to find a finished

14:23:30  3  product of some kind that they felt would meet the

14:23:32  4  requirements.  Because there were two exceptions, two

14:23:36  5  doors in the wall that existed -- two doors in this wall

14:23:39  6  that existed.  One for a thing called kits which our

14:23:44  7  clients didn't import.  They're not at issue here.  But

14:23:48  8  if you had everything in a box that could be assembled

14:23:52  9  in the United States, all the parts were there, you

14:23:52  10  could bring that in because it was going to be a

14:23:54  11  finished product once it was in.

14:23:56  12          The other was to make a completed product,

14:23:58  13  fully assembled, not fake, fully welded, to test as what

14:24:06  14  it is.  And you're going to hear testimony from both

14:24:09  15  experts that we have and the government's expert who

14:24:11  16  tested these that these products fit all -- these

17  pallets fit all the dimensions, the durability, the

14:24:18  18  strength as finished pallets.

14:24:20  19          There was no reason, as you'll see in the

14:24:24  20  evidence, to believe that they were not qualified to

14:24:27  21  come in under that antidumping order.  They still paid a

14:24:31  22  duty, but not that 400 percent duty.

14:24:33  23          And there was a way to keep production

14:24:35  24  going, a way to keep people employed in China, and a way

14:24:39  25  to keep these companies buying aluminium in the United

14:24:42   1    States in the U.S. market.

14:24:44   2          Now, that gets us down to:  What does the

14:24:49   3    Government allege?  And I think this is important.

14:24:53   4    Because this is a case based on intent.  They say all

14:24:57   5    these things happened.  They put them together in some

14:25:00   6    kind of a scheme.  But the important thing is that they

14:25:02   7    arrest on two items.  They say there was intent to

14:25:04   8    defraud the U.S. Government and intent to defraud

14:25:07   9    shareholders.

14:25:08  10          First of all, if there's no fraud, there's

14:25:12  11    no crime.  If there's no intent to defraud, there's no

14:25:16  12    crime.

14:25:17  13          And so the evidence will show that the

14:25:19  14    intentions were the right intentions.  These things were

14:25:23  15    done for the right purpose.

14:25:24  16          Everyone believed, everyone believed that

14:25:28  17    the pallets qualified under the antidumping order,

14:25:32  18    including the Government itself, for years.  For years

14:25:35  19    they believed that.

14:25:38  20          The other thing is the fraud on shareholders

14:25:43  21    did not exist.  There were no shareholders that were

14:25:49  22    harmed.  This was the intent to protect the value of the

14:25:52  23    company for its shareholders.

14:25:54  24          If you just leave a lot of aluminum in your

14:25:57  25    factory, we'll show you, and you'll have experts

14:26:00  1   testify, it has no value.  You suffer losses.  Enormous

14:26:04  2   losses.  These are big companies.

14:26:06  3           You must continue to make products and sell

14:26:08  4   them and get them out the door.  That's how you protect

14:26:11  5   shareholder value, particularly in the life of these

14:26:14  6   double-punch of the recession and this antidumping

14:26:19  7   ruling.

14:26:20  8           Just to show how this was, it was for a very

14:26:25  9   short period of time that this happened.  Four years.

14:26:27  10  This is how much of the pallets were that went into the

14:26:31  11  United States.

14:26:32  12          And then in 2015, absolutely nothing.  And

14:26:35  13  nothing since then.  It was a project.  A failed

14:26:39  14  project.  Didn't work out very well for the company.

14:26:42  15  And they ceased it.

14:26:45  16          But importantly, you'll see evidence then

14:26:46  17  through this period and even after it ended it had no

14:26:49  18  effect on shareholder value in the company.

14:26:55  19          Most importantly they talk about this money

14:26:58  20  moving around.  But we need to get down to what the real

14:27:03  21  evidence shows.  And to make this thing what they say it

14:27:09  22  is, this circular -- you saw the chart they gave you,

14:27:12  23  the circulation of money.  CZW is paying for its own

14:27:18  24  pallets.  That's not true.  And the evidence will show

14:27:22  25  it's not because CZW was a publicly held company.  The

14:27:26  1    value of these pallets were over $600 million over four

14:27:30  2    years.

14:27:30  3            If that money went out of CZW, it would be

14:27:33  4    on the books.  It would be on the books.  This is a

14:27:38  5    company that had annual reports.  It was audited.  Had

14:27:42  6    independent auditors and regulations.  And every year

14:27:46  7    those financials and annual reports were published.  And

14:27:49  8    there was no way, no way that money went out of the

14:27:52  9    company and came back to it as they suggest.

14:27:56  10           What did happen?  Very important what

14:28:00  11   happened.  Those were real transactions for the public

14:28:05  12   company.  They kept production going.  They sold the

14:28:10  13   pallets to the United States and they got paid for them.

14:28:13  14           It's true that in this interim to keep that

14:28:15  15   going, Mr. Liu had to invest -- he and his private

14:28:19  16   companies had to invest money into the United States.

14:28:22  17   But from his own resources, from his own companies in

14:28:24  18   the United States.

14:28:25  19           The evidence will show that he took that

14:28:27  20   risk, and it wasn't a small risk.  It was a very hard to

14:28:34  21   sell these pallets in the United States, in a recession

14:28:36  22   and because there just wasn't the demand they expected.

14:28:40  23           You also heard that the price of aluminum

14:28:43  24   dropped like a rock during this period of time.  But the

14:28:46  25   investment was his, to keep his companies going, to keep

14:28:51  1   them above water, and the transactions were real.  Real

14:28:55  2   pallets.  Real sales.  Real money transferred.  And real

14:29:02  3   revenue for the Chinese publicly held company.

14:29:07  4            So during the period of this we will take

14:29:11  5   you through this time frame.  We will show you what

14:29:14  6   really happened.  And we believe in the end you will

14:29:17  7   realize that there was no fraud here.  And there was no

14:29:20  8   intent to defraud.

14:29:24  9            THE COURT:  Thank you, Counsel.

14:29:33  10           Counsel.

14:29:34  11           MS. POTASHNER:  Thank you, Your Honor.  I'll

14:29:53  12   pick up with where Mr. Ruyak left off.

14:29:56  13           This isn't a case about disguising or hiding

14:29:59  14   or masquerading.  This isn't a case about secreting.

14:30:04  15   This is a case simply about pallets.  Pallets that were

14:30:07  16   fully assembled.  Pallets that were permanently welded.

14:30:11  17   Pallets that openly imported from China.  Pallets that

14:30:14  18   were honestly declared at the border.  Pallets that were

14:30:18  19   inspected by Customs at the border each and every time.

14:30:24  20           These pallets did not slide their way into

14:30:26  21   the United States as the Government would have you

14:30:30  22   believe.  What happened here, these pallets came through

14:30:33  23   the ordinary course of Customs.

14:30:35  24           And when they were inspected at Customs,

14:30:39  25   each and every time Customs indicated it believed that

14:30:42   1    these pallets fell outside of these orders.  Period.

14:30:45   2            Pallets are -- the importers believe that

14:30:51   3    these pallets fell outside the order.  Period.

14:30:55   4            In fact everyone at that time in realtime

14:30:58   5    from 2011 to 2014 believed that these pallets fell

14:31:03   6    outside the order.

14:31:04   7            This is not a case about hiding the ball

14:31:07   8    from U.S. Customs.  This isn't a case about lying to

14:31:12   9    U.S. Customs, and this isn't a case about defrauding

14:31:15  10    U.S. Customs.

14:31:16  11            Now, I represent the four warehouse

14:31:20  12    companies.  And those four warehouse companies operated

14:31:25  13    in the central district.  And they are fully functional

14:31:29  14    and fully operational.  They employed men and women who

14:31:34  15    were working day-in and day-out to feed their families.

14:31:42  16    These were real warehouses housing real pallets.

14:31:47  17            So let's talk about these pallets.  You saw

14:31:55  18    that picture.  And I need to go a little quickly because

14:31:56  19    I understand the Court wants us to move quickly through

14:31:59  20    openings.  But I just want to point out a few things

14:32:01  21    about these pallets.

14:32:02  22            You will learn a lot over the course of this

14:32:04  23    case about these pallets.  But here are some highlights.

14:32:07  24    This is a schematic of the pallet; the top view, the

14:32:10  25    bottom view, and the stringers.  These pallets were

14:32:16  1  designed and constructed well.  These pallets had --

14:32:23  2  were two-way entry pallets; meaning, that in order to

14:32:28  3  pick up the pallets, the forklift could either go

14:32:34  4  through the front or the back.  And the sides were

14:32:38  5  solid.  Absolutely an ordinary construction and model.

14:32:42  6          Now, you heard from the Government about the

14:32:52  7  tack welding about these pallets.  It is true that

14:32:55  8  inside the pallets there were some tack welds.  And the

14:32:59  9  way I would describe the tack welds is it is a spot of

14:33:02  10 welding kind of put in in places inside.

14:33:07  11         And the Government wants to make a big deal

14:33:10  12 about that; that somehow that means that these were

14:33:12  13 extrusions masquerading as pallets.  Absolutely untrue.

14:33:17  14 This is a standard way of building and constructing

14:33:20  15 pallets.

14:33:21  16         First, the inside is tack welded together.

14:33:24  17 And then the outside is fully welded.  And what you will

14:33:34  18 learn through the course of this case is that the top

14:33:37  19 deck had full welding, a full seam of welding, and the

14:33:40  20 bottom deck had full seams of welding, complete welding

14:33:45  21 across.

14:33:46  22         And what you will learn about this welding,

14:33:55  23 about this construction and the welding, you will learn

14:33:59  24 from a number of experts.  One expert is Dr. Marshal

14:34:03  25 White.  And Marshal White will tell you that he is a

14:34:09   1   professor emeritus at Virginia Tech.  He will tell you

14:34:11   2   that he is an expert in pallet construction and pallet

14:34:15   3   design, because he is.  And he will tell you that he

14:34:20   4   evaluated these pallets in his lab and looked at these

14:34:26   5   pallets and evaluated these pallets as his industry

14:34:31   6   pallet, the pallet industry evaluates pallets.

14:34:34   7           They put them through a series of tests.

14:34:38   8   And this is just two pictures of those tests.  But you

14:34:41   9   will learn about a number of the tests.

14:34:42  10           The picture on the left depicts the pallets

14:34:44  11   being put under an extraordinary amount of pressure, an

14:34:50  12   extraordinary amount of force.

14:34:50  13           What Dr. White will tell you is after these

14:34:54  14   pallets were tested and put under that amount of force,

14:34:57  15   they came through that test with flying colors.  These

14:35:01  16   pallets tested strong and durable, and tested -- in

14:35:07  17   fact, tested even better than what the industry

14:35:10  18   standards are.  These pallets were particularly strong.

14:35:14  19           It is important to note that under this

14:35:16  20   pressure, these welds, these full seam welds didn't

14:35:22  21   break, didn't bend, didn't fall apart.

14:35:25  22           The Government would have you believe that

14:35:28  23   this tack welding was a problem, that would make them

14:35:30  24   not strong, that would make them not function as

14:35:33  25   pallets.  Untrue according to the testing.

14:35:36   1          Now the test on the right that's depicted is
14:35:38   2   called a corner drop test.  And what that is is the
14:35:43   3   pallet is lifted up at different heights and dropped.
14:35:49   4   It starts low and it goes higher and higher and higher
14:35:52   5   and higher until the pallet reacts to it.
14:35:56   6          And what you will learn from Dr. Mark White
14:35:59   7   is that through this testing, he came to understand and
14:36:02   8   conclude that these pallets were strong.
14:36:04   9          Again, this test demonstrated that the
14:36:07  10   pallets didn't bend; that the pallets didn't break; that
14:36:11  11   the welds held; and that these items tested as strong
14:36:17  12   durable pallets.  Period.
14:36:20  13          These are not extrusions masquerading as
14:36:25  14   pallets.  These are pallets being pallets.  That's what
14:36:28  15   the evidence will show.
14:36:32  16          Lastly, Dr. White will talk to you about the
14:36:35  17   functionality.  And I started to say something about
14:36:38  18   that, but I will say something more, which is, these
14:36:43  19   pallets, solid on the side, opening on the front and
14:36:46  20   back, they were built and designed to work with
14:36:52  21   forklifts.  They are heavy pallets.  They need forklifts
14:36:55  22   to move them around.  Again, completely standard in the
14:36:58  23   industry.  There are some lightweight pallets for
14:37:01  24   certain purposes and there are heavy weight pallets for
14:37:05  25   other purposes.  These are heavier weighted.  And they

14:37:08  1    worked well with the equipment that they would need to

14:37:10  2    work with.

14:37:13  3                The other thing that you are going to learn

14:37:16  4    through the course of this case is that Dr. White wasn't

14:37:18  5    the only expert who tested, analyzed, evaluated these

14:37:22  6    pallets.

14:37:24  7                Dr. Horvath, H-o-r-v-a-t-h, also associated

14:37:33  8    with Virginia Tech, tested the pallets on behalf of the

14:37:36  9    Government.  And guess what?  He agrees, these pallets

14:37:39 10    outperformed ordinary pallets.

14:37:41 11                These pallets, he will tell you, passed all

14:37:45 12    of the tests that are used in this industry to test the

14:37:50 13    durability, the strength and the functionality of the

14:37:53 14    pallets.  And he will tell you that they performed well.

14:37:56 15                In short, the evidence will show that these

14:38:06 16    items were pallets, plain and simple.

14:38:16 17                The evidence is also going to kind of bear

14:38:19 18    out a long timeline.  I think it's worth talking about a

14:38:23 19    little bit more.  Because this case is about -- this

14:38:26 20    case and the evidence will be about what the intent was.

14:38:29 21                The Government would have you believe that

14:38:31 22    there was an intent somehow to defraud U.S. Customs;

14:38:35 23    that when they pallets were being brought in, the

14:38:40 24    importers believed that these pallets somehow weren't

14:38:46 25    pallets.  Because if the importers believed that these

14:38:49  1    are actually pallets, then there is no intent to

14:38:52  2    defraud.

14:38:53  3         If the importers believed that these were

14:38:56  4    pallets, they weren't lying.  They weren't

14:39:00  5    misrepresenting.  They were giving information as they

14:39:03  6    truly believed.  And they had every right and every

14:39:10  7    piece of evidence to believe that.

14:39:12  8         They were building pallets.  CZ was building

14:39:18  9    pallets in China.  They were being imported.  They were

14:39:20  10   pallets that were being purchased.

14:39:26  11        Let's talk about the timeline a little bit.

14:39:36  12   As Mr. Ruyak explained, for nearly ten years, CZ

14:39:42  13   exported extrusions into the United States.

14:39:45  14        And then in May of 2011 these orders came

14:39:49  15   down and they stopped on a dime.  They couldn't afford

14:39:55  16   to export extrusions into the United States anymore

14:39:59  17   because of the high duties, the 400 percent duties.

14:40:04  18        So they pivoted.  And they start -- they

14:40:07  19   changed gears.  They started exporting these pallets.

14:40:15  20   And they were presented at the border.  They were

14:40:21  21   declared as pallets at the border.  They were inspected

14:40:26  22   by U.S. Customs at the border.  U.S. Customs reviewed

14:40:32  23   the paperwork.  U.S. Customs indicated its belief that

14:40:37  24   these pallets were outside of the orders.  And U.S.

14:40:41  25   Customs confirmed this over and over and over every time

14:40:45  1    these pallets were imported into the United States.

14:40:52  2            And then in 2015, the U.S. Government

14:41:01  3    decided to conduct an audit of these pallets, to

14:41:06  4    evaluate their earlier conclusions that these pallets

14:41:10  5    fell outside of this -- of these duties.

14:41:15  6            And this audit, you'll learn was not a

14:41:21  7    fly-by-night audit.  It wasn't a cursory thing.  It was

14:41:25  8    an audit that took six months, an audit where the U.S.

14:41:29  9    Government was embedded into one of these warehouses

14:41:33  10   where the U.S. Government had access to the pallets that

14:41:34  11   were there; that the U.S. Government could inspect the

14:41:37  12   pallets, could look at the seam welding, could look at

14:41:41  13   the tack welding, could review the testing of the

14:41:43  14   pallets, could do whatever they wanted with respect to

14:41:47  15   these pallets.  And they did.  Because they took six

14:41:49  16   months to do this audit.

14:41:51  17            And at the conclusion of the audit, the

14:42:05  18   Government concluded that these pallets were pallets

14:42:11  19   that fell outside the scope of the order.  Concluded.

14:42:16  20   And put their conclusion on an official document.  Dated

14:42:22  21   September 17th, 2015.  Stamped with U.S. Customs in the

14:42:30  22   corner.  Noted that it was for official use.  Explained

14:42:38  23   that their conclusion was that -- according to the U.S.

14:42:43  24   Government, their conclusion was that these pallets fell

14:42:46  25   outside these orders.  That's what was told to the

| | | |
|---|---|---|
| 14:42:52 | 1 | importers.  And that's what was told to all of the |
| 14:42:56 | 2 | companies involved. |
| 14:43:11 | 3 | This is a case about pallets that after the |
| 14:43:18 | 4 | inspection, after the Government's conclusion repeatedly |
| 14:43:25 | 5 | fell outside these duties; that these fell outside these |
| 14:43:29 | 6 | duties repeatedly, at the border and in the audit.  This |
| 14:43:34 | 7 | is a case that the Government brings years after the |
| 14:43:36 | 8 | fact. |
| 14:43:37 | 9 | This is a misguided prosecution.  This is a |
| 14:43:43 | 10 | prosecution that stems in large part from the |
| 14:43:52 | 11 | Government's overreliance on this man, Eric Shen.  In |
| 14:43:59 | 12 | fact, the Government identified him as a key witness. |
| 14:44:02 | 13 | And he is a key witness for the Government.  And the |
| 14:44:05 | 14 | Government will call him to the stand.  And the |
| 14:44:13 | 15 | Government will claim he was working on behalf of |
| 14:44:17 | 16 | Scuderia. |
| 14:44:19 | 17 | Scuderia is one of the companies that was |
| 14:44:22 | 18 | involved in the implication of the pallets.  That's what |
| 14:44:29 | 19 | the Government will claim.  And he did paperwork for |
| 14:44:32 | 20 | Scuderia. |
| 14:44:33 | 21 | But the person that Eric Shen really worked |
| 14:44:36 | 22 | for during this entire period was actually Eric Shen. |
| 14:44:41 | 23 | He wasn't doing anything on behalf of Scuderia.  He |
| 14:44:44 | 24 | wasn't doing anything in an official capacity.  He was a |
| 14:44:49 | 25 | thief that embedded himself in this company and did what |

14:44:57  1    thiefs do:  He stole millions and millions and millions
14:45:01  2    and millions of dollars.  He will admit to you when he
14:45:03  3    takes the stand that he stole over $80 million himself,
14:45:10  4    in his pocket.
14:45:18  5              THE COURT:  Thinking about wrapping it up
14:45:21  6    soon?
14:45:22  7              MS. POTASHNER:  Yes, Your Honor.
14:45:24  8              You will learn that he had bank accounts all
14:45:26  9    over the world where he was stealing money and putting
14:45:29  10   them in.  Switzerland, Scotland, Singapore.  You will
14:45:34  11   learn that he had a penchant for fancy cars where he was
14:45:38  12   stealing this money and putting them into very, very
14:45:41  13   expensive toys for himself.  You'll learn about the
14:45:45  14   jewelry that he bought with the money that he stole.
14:45:48  15   Eric Shen wasn't working for Scuderia.  Eric Shen was
14:45:53  16   working for Eric this entire time.
14:45:55  17             When the Government explained to you that
14:45:57  18   he, you know, accepted responsibility, plead guilty
14:46:02  19   according to the scheme, that's actually not true.  That
14:46:04  20   is not a fact.
14:46:05  21             He has not plead guilty with respect to any
14:46:09  22   scheme that was happening with the implication of these
14:46:14  23   pallets.  Just not a fact.
14:46:16  24             What is a fact is that he did plead guilty.
14:46:19  25   But what he pled guilty to was tax evasion.  Eric Shen

14:46:24   1   is a liar.  And Eric Shen lied to the U.S. Government,

14:46:27   2   as evidenced by that.  Eric Shen will tell you that he

14:46:34   3   didn't pay taxes on over $50 million.  That's what he

14:46:40   4   pled guilty to.

14:46:44   5          And that's why he is going to take the stand

14:46:47   6   in this case.  Because Eric Shen, you'll learn, is doing

14:46:51   7   everything he can to help the Government, to tell the

14:46:54   8   Government what he believes they want to hear, to lead

14:46:57   9   the Government down this rabbit hole, because he thinks

14:47:01  10   that's going to help work off his case.  You will learn

14:47:05  11   that he is between pleading guilty and being sentenced.

14:47:08  12          And so his testimony, his ability to help to

14:47:16  13   create a story to bring together these pieces is in his

14:47:21  14   best interest.  And what you will learn from Mr. Shen is

14:47:24  15   he always worked in his best interests.  He is a cheat,

14:47:29  16   a liar and a thief.  And that's what cheat, liars and

14:47:33  17   thieves do.

14:47:34  18          At its heart this case is about permanently

14:47:38  19   welded, fully assembled pallets; pallets that were

14:47:41  20   openly imported; pallets that were declared at the

14:47:43  21   border; pallets that were inspected by Customs; and

14:47:44  22   pallets that were believed to be outside of the scope at

14:47:48  23   the time that they were imported, by Customs, by the

14:47:52  24   importers, by everyone involved.

14:47:54  25          There is no secret in here.  There is no

14:47:57  1   concealing.  There is no sliding past the officials.

14:48:01  2   Everybody was inspecting, looking at these pallets,

14:48:05  3   evaluating these pallets, and everyone involved made the

14:48:08  4   same determination.  Everyone involved, Government, non

14:48:12  5   Government, believed they were outside of the scope of

14:48:16  6   these duties.

14:48:17  7              There's no intent to defraud here, ladies

14:48:20  8   and gentlemen.  There was no intent to defraud Customs.

14:48:23  9   And there was no intent to defraud the investors in CZ.

14:48:27 10              Instead, the evidence will show in terms of

14:48:31 11   the investors that all efforts were being made to ensure

14:48:37 12   that their investments were protected; that these

14:48:41 13   companies were stable and continued to grow and develop

14:48:46 14   during the incredibly difficult time in our history,

14:48:52 15   during the greatest economic downturn since the Great

14:48:55 16   Depression.  That's what was going on here.  There is

14:48:58 17   no -- there was no intent to defraud anyone.  And there

14:49:02 18   is no crime here.

14:49:06 19              So at the conclusion of the evidence we will

14:49:08 20   be asking you to return the just and the fair and the

14:49:12 21   only reasonable verdict here:  Not guilty.

14:49:15 22              THE COURT:  Thank you, Counsel.

14:49:18 23              Okay.  Ladies and gentlemen, we are going to

14:49:19 24   take a break at this time.  15-minute break.  Remember

14:49:22 25   the admonishment that you're not to discuss the case

14:49:24   1   among yourselves, or with anybody else or form or

14:49:26   2   express any opinions about the matter until it's

14:49:28   3   submitted to you and you retire to the jury room.

14:49:31   4              Let's take about a 15-minute break.  I'm

14:49:34   5   going to ask you to leave quietly, because I've got to

14:49:37   6   talk to the attorneys during this break.

14:50:34   7              (OUT OF THE PRESENCE OF THE JURY.)

14:50:34   8              THE COURT:  Okay.  The record will reflect

14:50:36   9   that the jurors have all left the courtroom.  You can

14:50:38  10   have seats.

14:50:38  11              Counsel, you wanted to bring up something?

14:50:40  12              MR. RUYAK:  Your Honor, I think -- I didn't

14:50:41  13   realize it but I think my co-counsel took care of the

14:50:43  14   problem.  She explained it.

14:50:44  15              THE COURT:  Counsel, one other thing, just

14:50:46  16   to remind you.  Try to speak from the podium behind the

14:50:49  17   glass and right next to the microphone because you drift

14:50:52  18   off when you walk away from microphone.  So always try

14:50:56  19   to stay right at the podium in the middle, behind the --

14:50:57  20   between the two microphones.  See you back in 15.

14:51:03  21              THE CLERK:  All rise.

15:07:59  22              (BREAK TAKEN.)

15:10:22  23              (IN THE PRESENCE OF THE JURY.)

15:10:22  24              THE COURT:  Let the record reflect all the

15:10:23  25   members of the jury are in the jury box.  We just

15:10:25  1    finished openning statement.

15:10:26  2              Up until now, you haven't heard any evidence

15:10:29  3    at all.  They will start to present their evidence.

15:10:32  4    This is what you use to determine what the facts of the

15:10:34  5    case are, the evidence that will be produced now.

15:10:35  6              Counsel, you want to call your first

15:10:37  7    witness.

15:10:37  8              MR. BERNSTEIN:  Thank you, Your Honor.  The

15:10:38  9    Government calls Bill Riley.

15:11:08  10             THE CLERK:  Good afternoon.  Right here to

15:11:10  11   be sworn, please.

15:11:11  12             Do you solemnly swear the testimony you are

          13   about to give in the matter now before the Court shall

          14   be the truth, the whole truth and nothing but the truth

15:11:15  15   so help you God.

15:11:15  16             THE WITNESS:  Yes, ma'am.

15:11:17  17             THE CLERK:  Thank you.  You may be seated.

15:11:29  18             Would you please state and spell your full

15:11:35  19   name for the record.

15:11:36  20             THE WITNESS:  William Riley, R-i-l-e-y.

15:11:39  21             THE CLERK:  Thank you.

15:11:40  22             THE COURT:  Counsel, you may inquire.

15:11:42  23             MR. BERNSTEIN:  Thank you, Your Honor.

          24             **DIRECT EXAMINATION**

          25   BY MR. BERNSTEIN:

15:11:43  1      Q.   Good afternoon, Mr. Riley.

15:11:44  2      A.   Good afternoon.

15:11:45  3      Q.   Can you start by telling us what you do.

15:11:47  4      A.   Right now I'm retired.

15:11:49  5      Q.   And before you were retired, what did you do?

15:11:52  6      A.   I was a sales manager for Perfectus Aluminum.

15:11:56  7      Q.   And your company, Perfectus Aluminum, did it

15:12:01  8  always go by the name Perfectus or did it go by another

15:12:04  9  name?

15:12:05  10     A.   It went by Pengcheng when I was first hired.

          11     Q.   Can you spell that.

15:12:18  12     A.   P-e-n-g-c-h-e-n-g.

15:12:18  13     Q.   So when you were hired, it went by Pengcheng

15:12:24  14  Aluminum?

15:12:24  15     A.   Correct.

15:12:25  16     Q.   And then became Perfectus?

15:12:26  17     A.   Correct.

15:12:27  18     Q.   Just to go back a few years before that, where

15:12:28  19  did you go to school?

15:12:29  20     A.   UCLA.

15:12:30  21     Q.   What did you study there?

15:12:32  22     A.   Economics.

15:12:33  23     Q.   After you graduated from UCLA, what did you do?

15:12:36  24     A.   I went to work primarily in the aluminum

15:12:39  25  extrusion industry.  I did that for about 30 years.  I

15:12:42  1    did a couple years of sheet metal.  But I was always in

15:12:45  2    the metal sales industry.

15:12:47  3       Q.  And at what point in your 30 years in the

15:12:49  4    aluminum industry did you join Pengcheng Aluminum or

15:12:53  5    Perfectus?

15:12:53  6       A.  2014.

15:12:55  7       Q.  Was that the beginning of 2014?  End?

15:12:59  8       A.  Beginning.  January.

15:13:00  9       Q.  So in January 2014 when you joined Pengcheng

15:13:08  10   Aluminum, what were you hired to do?

15:13:10  11      A.  I was hired to do sales.  They were opening a

15:13:13  12   facility in Vietnam.  And I was to sell for Vietnam.

15:13:22  13      Q.  That facility in Vietnam, what was the name of

15:13:23  14   it?

15:13:24  15      A.  GVA, Global Vietnam Aluminum.

15:13:28  16      Q.  What was your understanding as to what Global

15:13:31  17   Vietnam Aluminum was going to produce?

15:13:32  18      A.  It was going to produce aluminum extrusion, other

15:13:37  19   fabrication that goes along with it, painting it,

15:13:41  20   anodizing it, you know, fabricating it.  But all

15:13:44  21   involving around aluminum extrusion.

15:13:45  22      Q.  January of 2015 when you were hired at Pengcheng

15:13:51  23   Aluminum/Perfectus, was the factory in Vietnam, Global

15:13:55  24   Vietnam Aluminum completed?

15:13:56  25      A.  No, it wasn't open.  2014, when I was hired, not

15:14:01  1   2015.

15:14:01  2       Q.  I'm sorry, January 2014 when you were hired.

15:14:04  3           So the GVA factory wasn't completed.  Was it

15:14:10  4   producing extrusions at that point?

15:14:11  5       A.  It wasn't doing anything at that point.

15:14:13  6       Q.  So in January of 2014 when you joined -- if I

15:14:16  7   call it PCA, will you know what I'm talking about?

          8       A.  Yes.

15:14:20  9       Q.  Instead of Pengcheng Aluminum?

15:14:20  10      A.  Yes.

15:14:24  11      Q.  So when you joined PCA/Perfectus in January of

15:14:29  12  2014, you were hired to sell the Global Vietnam Aluminum

15:14:32  13  extrusions.  If it wasn't finished, what did you do

15:14:35  14  then?

15:14:35  15      A.  I helped out a little bit.  I tried to sell some

15:14:37  16  stock that was on the floor, other materials there, old

15:14:42  17  customers.  A lot of it I spent some time just

15:14:44  18  contacting customers, trying to get them prepared to

15:14:47  19  start doing business with Vietnam when it was ready to

15:14:50  20  go.

15:14:50  21      Q.  In January of 2014 when you were hired at PCA,

15:14:57  22  did PCA have an inventory of aluminum products?

15:15:03  23      A.  Yes, it did.

15:15:03  24      Q.  And where is that inventory stored?

15:15:07  25      A.  Various warehouses.  The warehouse I worked, it

| | | |
|---|---|---|
| 15:15:10 | 1 | was in the City of Industry. |
| 15:15:11 | 2 | Q.  How many warehouses did PCA have by January 2014 |
| 15:15:18 | 3 | that were storing inventory for PCA/Perfectus? |
| 15:15:22 | 4 | A.  That I was aware of in 2014 was three. |
| 15:15:26 | 5 | Q.  Where were those warehouses located? |
| 15:15:28 | 6 | A.  City of Industry, Irvine and Fontana, California. |
| 15:15:37 | 7 | Wait.  I'm sorry.  And Ontario.  There was one in |
| 15:15:40 | 8 | Ontario as well.  There was four. |
| 15:15:43 | 9 | Q.  Have you been to all four of those warehouses? |
| 15:15:46 | 10 | A.  Yes. |
| 15:15:46 | 11 | Q.  Have you seen inside all four warehouses? |
| 15:15:49 | 12 | A.  Yes. |
| 15:15:49 | 13 | Q.  And early 2014, when you were hired, did you get |
| 15:15:53 | 14 | a chance to see inside those warehouses? |
| 15:15:55 | 15 | A.  At the beginning of 2014 I worked in the City of |
| 15:15:58 | 16 | Industry.  And that was the only warehouse I was in for |
| 15:16:01 | 17 | several months. |
| 15:16:02 | 18 | And eventually there -- for one reason or |
| 15:16:04 | 19 | another, I'd go to the other warehouses.  But my first |
| 15:16:06 | 20 | couple months there I was only in the City of Industry |
| 15:16:10 | 21 | warehouse. |
| 15:16:11 | 22 | Q.  I want to show you Exhibit 37.  Do you see that |
| 15:16:20 | 23 | exhibit in front of you? |
| 15:16:21 | 24 | A.  Yes. |
| 15:16:22 | 25 | Q.  And this exhibit, what does it depict? |

15:16:27   1      A.   It is a map of southern California, a highway map

15:16:30   2   pretty much, naming the streets, cities.  And there's a

15:16:33   3   tab for each of the warehouses.

15:16:35   4      Q.   And is it a fair and accurate representation of

15:16:41   5   where PCA -- or as it was later called Perfectus -- had

15:16:44   6   its warehouses?

15:16:46   7      A.   Yes.

15:16:47   8            MR. BERNSTEIN:  Your Honor, the Government

15:16:48   9   moves to admit Exhibit 37.

15:16:50   10            THE COURT:  It will be received.

15:16:53   11            (Exhibit 37 received.)

15:16:54   12            THE CLERK:  Are you asking to publish?

15:16:55   13            MR. BERNSTEIN:  Yes, ma'am, if you could

15:16:57   14   please publish.

         15   BY MR. BERNSTEIN:

15:17:00   16      Q.   So the four warehouses, if you want to go through

15:17:03   17   them quickly.  Is there one in Irvine?

15:17:09   18      A.   Yes.

15:17:10   19      Q.   What was the address of the Irvine warehouse?

15:17:11   20      A.   2323 Main Street in Irvine.

15:17:14   21      Q.   And do you remember -- as part of your job duties

15:17:18   22   at PCA/Perfectus, did you have occasion to learn the

15:17:27   23   size of these warehouses?

15:17:29   24      A.   Yes.

15:17:29   25      Q.   What was the approximate size of the Irvine

15:17:32   1   warehouse?

15:17:33   2       A.   250,000 square feet, I believe.

15:17:36   3       Q.   And when you observed the inside of the Irvine

15:17:40   4   warehouse, what did PCA have stored in that warehouse?

15:17:44   5       A.   I didn't tour the warehouse.  But I did see

15:17:47   6   inside.  And there were pallets, aluminum pallets.

15:17:51   7       Q.   I want to take your attention to the upper

15:17:53   8   left-hand of the screen, 1001 Doubleday.  Is that the

15:17:58   9   Ontario warehouse you mentioned?

15:18:00  10       A.   That's the Ontario warehouse, right.

15:18:02  11       Q.   What was the address of that warehouse?

15:18:03  12       A.   1001 Doubleday Avenue in Ontario.

15:18:07  13       Q.   When you saw inside the Ontario warehouse, what

15:18:11  14   was stored in there?

15:18:12  15       A.   A lot of aluminum extrusion.  There was some

15:18:15  16   customer metal.  There was a lot of raw extrusion that

15:18:22  17   --  and there were pallets.

15:18:24  18       Q.   10681 Production Avenue, the Fontana warehouse,

15:18:28  19   what was the address of that?

15:18:30  20       A.   10681 Production Avenue, Fontana.

15:18:33  21       Q.   I don't think I asked you this:  The Ontario

15:18:35  22   warehouse, what was the size of it approximately?

15:18:36  23       A.   About 400,000 square feet.

15:18:39  24       Q.   And the Fontana warehouse, what was the

15:18:41  25   approximate size of that?

15:18:42  1      A.  1 million, 1.1, if I remember correctly.

15:18:44  2      Q.  1.1 million square feet?

15:18:47  3      A.  Right.

15:18:47  4      Q.  When you saw inside the Fontana warehouse, what

15:18:50  5   did Pengcheng Aluminum Perfectus have stored there?

15:18:54  6      A.  A lot of aluminum extrusion, again that had no

15:18:58  7   purpose that I could see.  Nobody -- we weren't selling

15:19:00  8   it.  There were no customers that bought it.  But a lot,

15:19:02  9   a lot of aluminum extrusion and pallets.

15:19:06  10     Q.  You said a lot of aluminum extrusions and

15:19:10  11  pallets.

15:19:11  12          Is that a lot of aluminum extrusions and a

15:19:14  13  lot of pallets?

15:19:14  14     A.  Correct.  A lot of aluminum and a lot of -- well

15:19:14  15  the extruded parts and pallets.  A lot of each.

15:19:18  16     Q.  Was there any empty space inside the Fontana

15:19:21  17  warehouse when you saw it?

15:19:22  18     A.  No, there wasn't.

15:19:23  19     Q.  Did you see anything -- with the warehouse being

15:19:25  20  full, did you see anything being stored outside the

15:19:28  21  warehouse?

15:19:28  22     A.  Yes.

15:19:29  23     Q.  What did you see outside the warehouse?

15:19:32  24     A.  I'm sorry, pallets.

15:19:34  25     Q.  What kind of pallets?

15:19:36  1       A.   Aluminum pallets.

15:19:39  2       Q.   If we go to the I guess middle right side of this

15:19:42  3   graph, Scuderia Development, LLC.   That's the Riverside

15:19:46  4   warehouse?

15:19:47  5       A.   Yeah, that's the Riverside warehouse.

15:19:50  6       Q.   What was the address of that warehouse?

15:19:53  7       A.   14600 Innovation Drive.

15:19:56  8       Q.   What was the approximate size of that warehouse?

15:19:58  9       A.   It was 600,000 square feet.

15:20:01  10      Q.   Now, when you started at PCA/Perfectus in

15:20:13  11  January 2014, what was the approximate inventory of

15:20:20  12  aluminum pallets that PCA/Perfectus had in its

15:20:24  13  inventory?

15:20:25  14      A.   I didn't know when I first got there.   But I came

15:20:27  15  to find out it was probably about a million pallets

15:20:30  16  maybe a little more.

15:20:32  17      Q.   That's a million pallets that you know of?

15:20:35  18      A.   Yes.

15:20:36  19      Q.   Now, turning back to when you started at

15:20:42  20  PCA/Perfectus, you said this Vietnam factory wasn't

15:20:48  21  finished yet.   So you tried to sell inventory?

15:20:54  22      A.   Yeah.   There was a lot of inventory customer

15:20:56  23  metal that had been purchased before I got there that

15:20:59  24  was on the floor.   And I had contacted some of those

15:21:01  25  customers, try to move that inventory.

15:21:05  1      Q.   Did you ever try to sell the aluminum pallets?

15:21:09  2      A.   Yes, I did.  I was asked to do that when I first

15:21:11  3  started.  I got on the phone and tried to sell pallets.

15:21:15  4      Q.   Who asked you to sell the aluminum pallets?

15:21:16  5      A.   Johnson Shao.

15:21:20  6      Q.   We'll get back to Johnson Shao in a minute.  But

15:21:20  7  what efforts did you make to sell the pallets that

15:21:25  8  PCA/Perfectus had in its inventory?

15:21:27  9      A.   I got on the Internet.  I hadn't sold aluminum in

15:21:31  10  a long time.  I never sold a pallet.  So I got on the

15:21:34  11  Internet, tried to find people that I thought might buy

15:21:37  12  aluminum pallets.  Contacted them by phone to try to

15:21:41  13  sell pallets.

15:21:41  14      Q.   So you started in January 2014.  When did you

15:21:45  15  end?  When you did you stop working at PCA/Perfectus?

15:21:48  16      A.   I believe it was November of 2016.

15:21:51  17      Q.   Almost three years later?

15:21:53  18      A.   Almost three years.

15:21:54  19      Q.   In your three years at PCA/Perfectus, were you

15:21:58  20  ever promoted?

15:22:00  21      A.   Yes.

15:22:00  22      Q.   And what position were you promoted to?

15:22:04  23      A.   Sales manager.

15:22:05  24      Q.   Does that mean you were in charge of the sales

15:22:07  25  team?

15:22:07   1       A.   Yes.

15:22:08   2       Q.   In your three years at Pengcheng Aluminum and

15:22:14   3    then when it became Perfectus, did you or anyone on your

15:22:18   4    sales team ever sell a single one of these aluminum

15:22:22   5    pallets?

15:22:24   6       A.   No.

15:22:26   7       Q.   Did you get to observe these aluminum pallets

15:22:29   8    yourself?

15:22:30   9       A.   Yes.

15:22:31   10      Q.   And the aluminum pallets, there were a few

15:22:36   11   variations of them?

15:22:37   12      A.   Yes.

15:22:37   13      Q.   There was sort of a heavy, medium and light

15:22:40   14   weight?

15:22:40   15      A.   Correct.

15:22:40   16      Q.   I want to ask you about the heavy aluminum

15:22:44   17   pallets.  What did they appear to be constructed out of?

15:22:47   18      A.   Structural angles and flat bar.

15:22:51   19      Q.   Well, it's not a trick question, but what

15:22:54   20   material?

15:22:54   21      A.   I'm sorry?

15:22:55   22      Q.   What material were they made of?

15:22:56   23      A.   It was aluminum.  The shapes would indicate it

15:22:59   24   was 60, 61 alloy.

15:23:02   25      Q.   That's series 6 aluminum?

15:23:05   1       A.   That's series 6.

15:23:06   2       Q.   The aluminum itself, was it extruded aluminum?

15:23:10   3       A.   Yes.

15:23:10   4       Q.   The aluminum extrusions that were used to build

15:23:16   5   these pallets, were they cut to length or extruded to

15:23:20   6   that size?

15:23:20   7       A.   They would have been cut to length.

15:23:22   8       Q.   Did you see any aluminum pallets that were spot

15:23:27   9   welded or tack welded together?

15:23:29   10      A.   Yes.

15:23:29   11      Q.   And how would you describe the weight of these

15:23:35   12   aluminum pallets?

15:23:37   13      A.   Varied.  The light weights, I guess about

15:23:40   14   40 pounds or so.  And the heavy duty ones were a couple

15:23:43   15   hundred pounds.

15:23:44   16      Q.   In your time in the aluminum industry, had you

15:23:49   17   ever seen an aluminum pallet that was a few hundred

15:23:52   18   pounds?

15:23:52   19      A.   No.

15:23:53   20      Q.   What about from your point of view as the sales

15:23:59   21   manager, the durability or the sturdiness of these

15:24:06   22   pallets, how would you describe them?

15:24:09   23      A.   Well, as a sales manager, I don't know if I could

15:24:13   24   speak to that too much.  But the pallets I'd seen, I'd

15:24:17   25   seen quite a few that were flattened, that didn't hold

15:24:19  1  up.  They were not put together well.

15:24:24  2      Q.  And the cost at which -- first, the cost at which

15:24:28  3  you were trying to sale the aluminum pallets, did it

15:24:31  4  change over time?

15:24:34  5      A.  No.  We were given a price and -- there was a

15:24:38  6  book price we were supposed to sell them at.  I honestly

15:24:42  7  can't remember what it was.  But we didn't sell any.

15:24:44  8  And we never lowered the price while I was there.

15:24:47  9      Q.  The exact price itself aside, do you have a -- as

15:24:51 10  far as your memory goes, an approximation of what that

15:24:54 11  price was?

15:24:55 12      A.  Yeah.  I believe it was around 250 for the

15:24:57 13  heavier pallets.  It would have been 350 I think because

15:25:00 14  of the weight of it.

15:25:02 15      Q.  In November 2016, when you left PCA/Perfectus,

15:25:10 16  what was the reason for your departure?

15:25:13 17      A.  Laid off.  The business stopped.  They let

15:25:16 18  everyone go.

15:25:17 19      Q.  And by the business, you mean Perfectus?

15:25:20 20      A.  Correct.

15:25:20 21      Q.  I'm not sure if I asked you this, but you said it

15:25:25 22  was Pengcheng Aluminum when you started and then became

15:25:27 23  Perfectus.  Around what time from your memory did that

15:25:30 24  transition happen?

15:25:34 25      A.  It was certainly after we moved to the -- from

15:25:37    1    City of Industry to Ontario.  I would say sometime in

15:25:40    2    2015.

15:25:42    3        Q.  And the Ontario -- when you say Ontario, are you

15:25:47    4    referring to the Doubleday Avenue warehouse in Ontario,

15:25:51    5    California?

15:25:52    6        A.  Right.  In Ontario.  Prior to that, it was City

15:25:55    7    of Industry.  And we moved from there to Ontario.

15:25:57    8        Q.  And just so we're all clear here, you describe

15:26:01    9    these warehouses in California.  Did each of them have

15:26:03   10    office space as well?

15:26:05   11        A.  Yes.

15:26:05   12        Q.  And so as sales manager, you were in the office

15:26:07   13    space not the warehouse part, right?

15:26:09   14        A.  Correct.

15:26:10   15        Q.  All right.  So I want to talk about the

15:26:12   16    management while you were at Pengcheng Aluminum and then

15:26:19   17    as it became known Perfectus.

15:26:23   18            When you first started at PCA, Pengcheng

15:26:28   19    Aluminum, in January of 2014, who was the highest

15:26:34   20    ranking on-site manager at Pengcheng Aluminum.

15:26:40   21        A.  Johnson Shao.

15:26:42   22        Q.  Did that ever change?

15:26:44   23        A.  Yes.

15:26:44   24        Q.  Around what time?  Let me back up one second.

15:26:46   25            Johnson Shao, what was his role exactly at

15:26:50    1    Pengcheng Aluminum when you started?

15:26:52    2        A.   He was the general manager.

15:26:54    3        Q.   You said the fact that he was general manager

15:26:57    4    changed at some point?

15:26:58    5        A.   Yes.  It was after the move to Ontario.  Exact

15:27:03    6    date, I can't tell you.  Sometime in 2015, I believe --

15:27:07    7    may have been late 2014.  But there was a meeting.

15:27:10    8                I was not in part of the meeting.  But after

15:27:12    9    the meeting was over, I was told that Johnson wasn't the

15:27:15   10    GM anymore and Mark Li was.

15:27:22   11        Q.   That's Mark, M-a-r-k, L-i?

15:27:24   12        A.   Yes, correct.

15:27:25   13        Q.   When you say GM you mean general manager?

15:27:30   14        A.   Correct.

15:27:31   15        Q.   From -- you said middle of 2015 until the time

15:27:34   16    you were laid off from Perfectus, as it became known,

15:27:38   17    was Mark Li the general manager that whole time?

15:27:41   18        A.   Yes.

15:27:46   19        Q.   Have you ever met an individual named Zhongtian

15:27:53   20    Liu?

15:27:54   21        A.   Yes.  I'm familiar with him.

15:27:56   22        Q.   Are you familiar with a company in China called

           23    China Zhongwang Holdings or CZW?

15:28:00   24        A.   Yes.

15:28:01   25        Q.   Sorry.  It's just a little hard to hear,

15:28:04    1   Mr. Riley.

15:28:04    2       A.   Yes.   I'm sorry.

15:28:05    3       Q.   That's okay.

15:28:07    4            We'll get to this in a minute, but have you

15:28:08    5   visited, have you been to China Zhongwang, the factory

15:28:13    6   itself in China?

15:28:13    7       A.   Yes.

15:28:14    8       Q.   Who's the owner of China Zhongwang?

15:28:19    9       A.   Then it was Zhongtian Liu.

15:28:27   10       Q.   We'll get back to your visit to China Zhongwang.

15:28:31   11   But just generally speaking, CZW in China, what was it?

15:28:35   12       A.   It was an aluminum extrusion plant.   It was a

15:28:39   13   very large one.   It was a full-service plant.   They

15:28:41   14   built their dies.   They extruded the aluminum.   They

15:28:44   15   cast the billet.   They painted and anodized.   It's a

15:28:44   16   full-service aluminum shop.

15:28:46   17       Q.   What was the relationship between China Zhongwang

15:28:54   18   Holdings or CZW in China and Pengcheng

15:28:57   19   Aluminum/Perfectus in the United States?

15:28:59   20       A.   Both owned by the same person.

15:29:01   21       Q.   Who was that?

15:29:04   22       A.   Zhongtian Liu.

15:29:06   23       Q.   Did CZW have any relationship with respect to

15:29:09   24   Pengcheng Aluminum in terms of CZW being a supplier?

15:29:15   25       A.   Yes.

15:29:15   1      Q.   What did CZW supply to Pengcheng
15:29:20   2   Aluminum/Perfectus?
15:29:21   3      A.   They supplied aluminum extrusion to Perfectus.
15:29:27   4   But when I was there, it wasn't coming in any longer,
15:29:31   5   but it was going through us to Mexico.
15:29:34   6      Q.   By the time you were getting there, the Pengcheng
15:29:37   7   Aluminum/Perfectus inventory had already been built up?
15:29:41   8      A.   Yes.
15:29:41   9      Q.   And of these four warehouses that PCA/Perfectus
15:29:47  10   used for inventory, how many of the four were full?
15:29:50  11      A.   All of them were full.  The Riverside one may not
15:29:53  12   have been as full because it was newer.  My recollection
15:29:57  13   is it was pretty damn full.  Sorry.
15:29:59  14      Q.   And you said the Fontana one was more than full,
15:30:02  15   and in fact had pallets on the outside?
15:30:04  16      A.   Yes.  A lot of pallets stacked outside.  They
15:30:07  17   couldn't fit them in.
15:30:09  18      Q.   Okay.  So you mentioned Zhongtian Liu owning
15:30:16  19   PCA/Perfectus.  Did he ever visit PCA/Perfectus?
15:30:22  20      A.   Yes.
15:30:24  21      Q.   When I say that, I mean between January 2014 and
15:30:29  22   when you got laid off?
15:30:30  23      A.   Yes.
15:30:31  24      Q.   How many times in your two years and 11 months or
15:30:34  25   so at PCA/Perfectus did Zhongtian Liu visit Perfectus?

15:30:39   1     A.   I don't know the exact number, but once a month
15:30:42   2   on average, maybe 30 times, 35 times.
15:30:46   3     Q.   And that's 30, 35 times over three years?
15:30:49   4     A.   Right.
15:30:50   5     Q.   When Zhongtian Liu came to Perfectus, how was he
15:30:57   6   treated?
15:30:58   7     A.   Treated quite well there.  Everyone deferred to
15:31:03   8   him.
15:31:04   9     Q.   Did you ever attend a meeting in which Zhongtian
15:31:07  10   Liu also attended?
15:31:09  11     A.   Yes.
15:31:09  12     Q.   Well, let's start with this, in terms of formal
15:31:12  13   meetings, how many meetings were you a part of that
15:31:15  14   Zhongtian Liu was also a part of?
15:31:19  15     A.   Three or four, I think.
15:31:21  16     Q.   All right.  Were these meetings also attended by
15:31:25  17   other senior members of PCA/Perfectus, like Mark Li or
15:31:31  18   Johnson Shao?
15:31:31  19     A.   Yes.
15:31:35  20     Q.   At these meetings, who sat at the head of the
15:31:37  21   table?
15:31:38  22     A.   Zhongtian Liu.
15:31:39  23     Q.   Who led the meetings?
15:31:41  24     A.   Zhongtian Liu.
15:31:43  25     Q.   And where were these meetings typically located?

15:31:49   1    A.   Well, Irvine.   The Irvine location on Von Karman

15:31:54   2    is one location.

15:31:55   3              We had a meeting in Vietnam with him.   And

15:31:58   4    we had a meeting, at least one meeting, in the Ontario

15:32:02   5    warehouse.

15:32:05   6    Q.   Were there ever times when you asked Johnson Shao

15:32:12   7    for permission to do something related to your duties as

15:32:16   8    a sales manager at Perfectus and he told you that he

15:32:17   9    needed Zhongtian Liu's permission?

15:32:21   10    A.   Yes.

15:32:21   11    Q.   How frequently did that happen?

15:32:23   12    A.   Not a whole lot.   Johnson had some authority, And

15:32:27   13    then later Mark Li, to make decisions locally.   But if

15:32:30   14    it was an expensive thing, like purchase of a piece of

15:32:33   15    equipment, Mr. Liu had to approve it.

15:32:36   16    Q.   Let me show you Exhibit 377.

15:32:39   17              THE COURT:   Are you moving it in?   Before

15:32:41   18    it's published, are you moving it in?

15:32:45   19              MR. BERNSTEIN:   We will be asking to move it

15:32:47   20    in.   I was going to lay a foundation first.

15:32:50   21              THE COURT:   You can lay a foundation.   But

15:32:51   22    you don't publish anything until it's received into

15:32:54   23    evidence.

15:32:55   24              MR. BERNSTEIN:   I'm sorry.

15:32:57   25              Madam Clerk, could you blackout the screen

| | | |
|---|---|---|
| 15:32:59 | 1 | for the jury.  Thank you so much. |
| | 2 | BY MR. BERNSTEIN: |
| 15:33:01 | 3 | Q.  All right.  I'm showing you 377-1. |
| 15:33:05 | 4 | Mr. Riley, let me zoom in here.  Do you see |
| 15:33:09 | 5 | an e-mail in front of you? |
| 15:33:10 | 6 | A.  Yes. |
| 15:33:11 | 7 | Q.  And is that an e-mail from you to Johnson Shao |
| 15:33:18 | 8 | copying Mark Li? |
| 15:33:19 | 9 | A.  Yes. |
| 15:33:20 | 10 | Q.  And before we read the e-mail, generally |
| 15:33:24 | 11 | speaking, is this an e-mail where you ask Johnson Shao |
| 15:33:29 | 12 | if Mr. Liu will give permission to buy a machine? |
| 15:33:32 | 13 | A.  Yes. |
| 15:33:33 | 14 | MR. BERNSTEIN:  Your Honor, the Government |
| 15:33:34 | 15 | moves 377 into evidence. |
| 15:33:36 | 16 | THE COURT:  It will be received. |
| 15:33:37 | 17 | (Exhibit 377 is received.) |
| 15:33:39 | 18 | MR. BERNSTEIN:  And Madam Clerk, could you |
| 15:33:41 | 19 | publish. |
| 15:33:41 | 20 | Thank you. |
| | 21 | BY MR. BERNSTEIN: |
| 15:33:43 | 22 | Q.  So starting at the top there, it says, |
| 15:33:47 | 23 | "Bill_Riley@PCAU.S.com. |
| | 24 | A.  Yes. |
| 15:33:51 | 25 | Q.  What does PCA U.S. stand for? |

15:33:54  1     A.   Pengcheng.   Pengcheng Aluminum United States.

15:33:59  2     Q.   And the date of the e-mail is what?

15:34:01  3     A.   10/16/2014.

15:34:03  4     Q.   Who is it too?

15:34:04  5     A.   It was addressed to Johnson Shao.  And Mark Li

15:34:08  6  was cc'd.

15:34:10  7     Q.   And I want to have you read the highlighted two

15:34:20  8  sentences.

15:34:21  9     A.   "Hello, Johnson.  Two things.  Kim has asked

15:34:24  10  about buying a wrapping machine to plastic wrap

15:34:28  11  extrusions after they are cut to length, painted and

15:34:30  12  fabricated.  Columbia Aluminum products was anxious for

15:34:36  13  a decision.  Do you know if Mr. Liu will let us buy that

15:34:39  14  machine?"

15:34:40  15     Q.   Okay.  So is this the type of request that you

15:34:41  16  would make to Johnson Shao and Mark Li asking for

15:34:45  17  Mr. Liu's permission to do something?

15:34:47  18     A.   Yes.

15:34:48  19     Q.   And the same question with respect to Mark Li

15:34:52  20  when he took over as general manager, did you have a

15:34:54  21  need to go to him to ask him for something related to

15:34:58  22  your duties as a sales manager and get the response that

15:35:01  23  he needed to get Zhongtian Liu's permission?

15:35:05  24     A.   Yes.

15:35:06  25     Q.   Did Mark Li ever refer to Zhongtian Liu as his

15:35:10   1    boss?

15:35:11   2        A.   Yes.

15:35:11   3        Q.   Did Johnson Shao ever refer to Zhongtian Liu as

15:35:19   4    his boss?

15:35:19   5        A.   Yes.

15:35:20   6        Q.   When I ask these questions, I mean in the context

15:35:22   7    of them being the general manager of PCA and then

15:35:26   8    Perfectus?

15:35:27   9        A.   Yes.

15:35:27  10        Q.   And in your three years there, did you -- you

15:35:31  11    said Zhongtian Liu visited 30, 35 times?

15:35:36  12        A.   Correct.

15:35:36  13        Q.   Did you ever see anyone order Zhongtian Liu

15:35:43  14    around?

15:35:43  15        A.   No.

15:35:44  16        Q.   So I want to talk about the aluminum pallets.

15:35:52  17    And you testified that you got to observe these aluminum

15:35:57  18    pallets?

15:35:58  19        A.   Yes.

15:35:58  20        Q.   What was the reason for you -- if you're the

15:36:01  21    sales manager, what was the reason for you yourself

15:36:04  22    going and looking at these aluminum pallets?

15:36:07  23        A.   They were -- well, when I was first there, I was

15:36:10  24    supposed to sell them.  And they asked me to try to sell

15:36:12  25    them, so I needed to know what they were, what they

15:36:14  1   looked like.  I needed to know something about them.

15:36:17  2             And there was plenty of opportunity or

15:36:20  3   reasons for me to be in the warehouse for all sorts

15:36:24  4   of reasons.  I don't know if the deal with the aluminum

15:36:25  5   pallets, but the pallets were there.  You couldn't help

15:36:27  6   but see them.

15:36:28  7        Q.   Before I get into where these pallets came from,

15:36:31  8   you said in the three years you were there, neither you

15:36:35  9   nor anyone on your sales team ever sold one of these

15:36:39  10  pallets?

15:36:40  11       A.   Never sold one.

15:36:41  12       Q.   At some point did you ever just give up trying to

15:36:45  13  sell the pallets?

15:36:46  14       A.   Yes.

15:36:46  15       Q.   About how long into your time, starting in

15:36:52  16  January 2014 -- how long into your time at PCA was it

15:36:54  17  before you stopped trying to sell the pallets?

15:36:57  18       A.   Just a few weeks.

15:36:59  19       Q.   Are you familiar with someone named Kim Nguyen?

15:37:03  20       A.   Kim Nguyen, correct.

15:37:05  21       Q.   What about a guy named David Pimental?

15:37:07  22       A.   They were both sales people.

15:37:09  23       Q.   Who were they?

15:37:09  24       A.   They were sales people at Pengcheng, PCA.

15:37:14  25       Q.   When you became sales manager, they were on your

15:37:17  1   team?

15:37:17  2       A.   Yes.   They were there before me.

15:37:19  3       Q.   Did you ever tell Kim Nguyen and David Pimental

15:37:24  4   you were trying to sell the pallets when you first

15:37:26  5   started?

15:37:26  6       A.   Yes.

15:37:27  7       Q.   What was their reaction?

15:37:28  8       A.   They chuckled because they had been told to do

15:37:31  9   the same thing, you know, years earlier.

15:37:34 10       Q.   Did you ever raise concerns -- let me back up

15:37:38 11   here.

15:37:39 12            If you gave up after a few weeks, Johnson

15:37:45 13   Shao would have still been the manager?

15:37:47 14       A.   Yes.

15:37:48 15       Q.   Did you raise with Johnson Shao any concerns

15:37:50 16   about not being able to sell these pallets.

         17       A.   Yes.

15:37:55 18       Q.   What response did Mr. Shao give you when you

15:37:58 19   raised your concerns about your inability to sell the

15:38:02 20   pallets?

15:38:02 21       A.   Not much.   He acknowledged that I wasn't -- I

15:38:05 22   told him I wasn't able to sell them.   He wasn't

15:38:09 23   surprised.   He wasn't upset.   He just thanked me and we

15:38:12 24   moved on.

15:38:12 25       Q.   So after the first few weeks after you gave up,

| | | |
|---|---|---|
| 15:38:16 | 1 | how long was it before you went to Johnson Shao and told |
| 15:38:19 | 2 | him you couldn't sell these pallets? |
| 15:38:20 | 3 | A.   It was right away.   I would see Johnson, not |
| 15:38:23 | 4 | every day, but fairy often.   And probably just a couple, |
| 15:38:27 | 5 | three weeks, maybe a month into the job, I told Johnson |
| 15:38:30 | 6 | I wasn't able to sell any of them. |
| 15:38:32 | 7 | Q.   After that initial three weeks or a month after |
| 15:38:35 | 8 | you talked to Johnson Shao and told him you couldn't |
| 15:38:39 | 9 | sell the pallets, you said he thanked you.   But did he |
| 15:38:43 | 10 | ever come back after that and push you harder to sell |
| 15:38:46 | 11 | the pallets? |
| 15:38:47 | 12 | A.   No. |
| 15:38:47 | 13 | Q.   What about Mark Li when he took over, did he ever |
| 15:38:51 | 14 | come to you and say, Mr. Riley, please try to sell these |
| 15:38:55 | 15 | pallets again? |
| 15:38:56 | 16 | A.   No. |
| 15:38:56 | 17 | Q.   So after a few weeks when you gave up on the |
| 15:38:58 | 18 | pallets, did anyone ever return to the subject of |
| 15:39:01 | 19 | selling the aluminum pallets with you? |
| 15:39:03 | 20 | A.   No. |
| 15:39:04 | 21 | Q.   Okay.   You mentioned that you have been to the |
| 15:39:08 | 22 | actual facility China Zhongwang itself, CZW? |
| 15:39:15 | 23 | A.   Yes. |
| 15:39:15 | 24 | Q.   Where is that located? |
| 15:39:17 | 25 | A.   Liaoyang, China. |

15:39:17   1      Q.   How did you end up going to visit China

15:39:23   2   Zhongwang?

15:39:23   3      A.   I was on a trip to Vietnam.  And in Vietnam,

15:39:28   4   Mr. Liu directed me and Mark Li to go to China.

15:39:32   5      Q.   When you say "directed," were you invited or were

15:39:35   6   you ordered; what do you mean by that?

15:39:37   7      A.   Ordered.

15:39:37   8      Q.   Did Zhongtian Liu say why he was ordering you and

15:39:46   9   Mark Li to China?

15:39:49   10      A.   Never did.  At least not to me.  But he had

15:39:52   11   several facilities in China.  And we visited several

15:39:56   12   facilities in China.

15:39:59   13      Q.   And these facilities, they were part of China

15:40:05   14   Zhongwang?

15:40:05   15      A.   Exactly how they were set up, I don't know.  But

15:40:08   16   one was called Zhongwang Tianjin.  So it was a Zhongwang

15:40:13   17   company, it was in Tianjin.  They made -- did flat roll

15:40:14   18   product.  And there was another company, whose name I

15:40:16   19   don't remember, that did -- made billet, cast billet.

15:40:20   20      Q.   Around when was this trip that you and Mark Li

15:40:24   21   took to China?

15:40:25   22      A.   December 2014.

15:40:27   23      Q.   11, 12 months after you started?

15:40:32   24      A.   Yes.

15:40:32   25      Q.   How long did the trip last?

15:40:33  1    A.   I think eight days.

15:40:36  2    Q.   Were you in China the entire time?

15:40:38  3    A.   No.   Started in Vietnam.

15:40:40  4    Q.   So just the China part of it at CZW, how long did

15:40:43  5    that last?

15:40:44  6    A.   Six days.

15:40:45  7    Q.   When you were at China Zhongwang/CZW, did you see

15:40:53  8    CZW manufacturing aluminum pallets?

15:40:57  9    A.   Yes.

15:40:57  10   Q.   The aluminum pallets that CZW was manufacturing,

15:41:01  11   how did those pallets compared to the pallets that

15:41:05  12   PCA/Perfectus had in its warehouses?

15:41:07  13   A.   Looked identical.

15:41:10  14   Q.   Did you ever have an occasion to talk to any of

15:41:18  15   the employees at CZW/China Zhongwang about the aluminum

15:41:25  16   pallets?

15:41:26  17   A.   Yes.

15:41:27  18   Q.   And that -- is there a specific conversation that

15:41:33  19   comes to mind?

15:41:34  20   A.   We were on a tour and there were people working

15:41:36  21   on the pallets.   I commented that those are the

15:41:38  22   pallets -- you know, We got a lot of those pallets,

15:41:41  23   words to that effect.

15:41:42  24              And there was a translator involved.

15:41:45  25   Mentioned -- said -- repeated that to a worker.   And the

15:41:49  1  worker said it was their biggest selling item.

15:41:52  2    Q.  CZW's biggest selling item?

15:41:56  3    A.  Yes.

15:41:56  4    Q.  You said there was a part of this trip where you

15:41:58  5  were in Vietnam too?

15:42:00  6    A.  Yes.

15:42:00  7    Q.  Where did you go in Vietnam?

15:42:01  8    A.  GVA, the aluminum extrusion plant that they were

15:42:05  9  opening up.

15:42:06  10    Q.  GVA stands for what?

15:42:09  11    A.  Global Vietnam Aluminum.

15:42:11  12    Q.  Who else attended this trip?

15:42:13  13    A.  Mark Li, David Pimental, Kim Nguyen, Mr. Liu,

15:42:21  14  Locan (phonetic) Liu.  I think Jacky Cheung was there.

15:42:24  15  And there were other people there, but I don't know all

15:42:25  16  their names.

15:42:25  17    Q.  David Pimental and Kim Nguyen, they were your

15:42:28  18  sales staff?

15:42:29  19    A.  Yes.

15:42:30  20    Q.  Was a man named Eric Shen there?

15:42:35  21    A.  I believe he was there.  I don't -- he was in

15:42:37  22  Vietnam.  But I don't recall him being on the tour of

15:42:42  23  the plant.

15:42:43  24    Q.  I want to ask you a question about Jacky Cheung.

15:42:46  25  Had you met him before you went to Global Vietnam

15:42:51  1   Aluminum in December of 2014?

15:42:52  2       A.  No. I hadn't.  There were meetings in the states.

15:42:54  3   And it's possible he was at those meetings.  But I

15:42:57  4   hadn't been introduced to him before that.

15:42:59  5       Q.  Jacky Cheung, after you met him in December, of

15:43:03  6   2014, did you ever see him at Perfectus?

15:43:05  7       A.  No.  Again, I thought I saw him in a meeting

15:43:08  8   there, but I didn't speak to him.  To be honest, I can't

15:43:11  9   be positive he was there.  But I believe I saw him

15:43:14  10  there.

15:43:15  11      Q.  And after December of 2014 when you met him at

15:43:18  12  GVA, do you remember ever speaking to Jacky Cheung after

15:43:21  13  that?

15:43:21  14      A.  Not after.  I don't remember.

15:43:24  15      Q.  Let me rephrase the question:  After your trip to

15:43:27  16  Global Vietnam Aluminum, in the capacity as an employee

15:43:32  17  of Perfectus, do you remember ever speaking to Jacky

15:43:37  18  Cheung again?

15:43:38  19      A.  No.

15:43:41  20      Q.  What was the purpose of your trip to Global

15:43:47  21  Vietnam Aluminum with Zhongtian Liu and your sales staff

15:43:51  22  and et cetera?

15:43:51  23      A.  We were to be selling product produced off that

15:43:54  24  plant.  So it made sense for us to understand how things

15:43:59  25  worked there, to know the people there.

15:44:01  1          We told them how we like to see things, for

15:44:04  2    example, how we like to see the bundle tags; how we like

15:44:05  3    them to appear; how we like the bundles to be wrapped,

15:44:08  4    that type of thing.  And then we needed to know their

15:44:11  5    capability.  So they gave us a tour, showed us the

15:44:15  6    capabilities, what's already ready and what's going to

15:44:18  7    be built soon.

15:44:18  8    Q.  In December 2014, was the factory complete by

15:44:21  9    that point?

15:44:21  10   A.  Not complete.  There were six extrusion presses

15:44:25  11   in that from what I -- best I could tell were ready to

15:44:28  12   run.  Only one of them seemed to be running.  But they

15:44:29  13   were up and running.  And a paint line and an anodizing

15:44:31  14   line were being installed, but they weren't completed.

15:44:33  15   Q.  Do you have an easy way -- you mention extrusion

15:44:36  16   press -- an easy way to describe what an aluminum

15:44:40  17   extrusion is?

15:44:41  18   A.  Yeah.  Think of a tube of toothpaste and put a

15:44:44  19   shape on the end of it and squeeze the toothpaste.

15:44:47  20          Essentially what you do is you heat the

15:44:47  21   aluminum up, not quite melting but pretty hot, and then

15:44:51  22   you push it through a shaped die and it comes out in

15:44:53  23   that shape at the other end.

15:44:55  24   Q.  So it's extruded aluminum?

15:44:58  25   A.  It's extruded aluminum, yes.

15:45:02   1    Q.   And typically aluminum extrusion, what length are

15:45:06   2    they typically extruded in?

15:45:06   3    A.   They're extruded quite long.  You know, depending

15:45:08   4    on the weight of it and other factors going in there.

15:45:10   5    But they would be extruded, you know, 80, maybe 120 feet

15:45:15   6    long.

15:45:16   7    Q.   And if you wanted to take parts of an aluminum

15:45:19   8    extrusion, you would cut them to length?

15:45:21   9    A.   Right.  Part of the extrusion is -- not to get

15:45:24  10    too far into the weeds, but you've got to stretch it so

15:45:28  11    it has to be pretty long.  Get stretched.  You cut off

15:45:31  12    the bad ends.  And then you cut it to length.

15:45:32  13    Q.   So when you went to Global Vietnam Aluminum, were

15:45:36  14    you with Zhongtian Liu part of that trip?

15:45:41  15    A.   Yes.  He gave the tour.

15:45:48  16    Q.   Starting with the employees at Global Vietnam

15:45:53  17    Aluminum, how did they treat Zhongtian Liu?

15:45:56  18    A.   Very differentially.

15:45:59  19    Q.   What do you mean by that?

15:46:00  20    A.   As we pulled in, the security guard stood at

15:46:05  21    attention and saluted as his car drove in.  Everyone

15:46:06  22    deferred to Zhongtian Liu.  Everyone stepped out of its

15:46:10  23    way.  Everyone followed him.

15:46:10  24    Q.   Did anyone ever salute to you in Vietnam?

15:46:14  25    A.   No, no one saluted me.

15:46:16    1      Q.  Was there a point where you -- you paid some sort

15:46:20    2   of compliment to Zhongtian Liu?

15:46:24    3      A.  Yes.  At the end of the tour we had a meeting.

15:46:27    4   And I mentioned that the plant was very impressive.

15:46:29    5              He said to me, through an interpreter, that

15:46:32    6   he wasn't concerned if I thought it was impressive or

15:46:35    7   not.  I'm to think of him as the emperor and myself as a

15:46:38    8   servant.

15:46:38    9      Q.  And by "him" he meant himself?

15:46:41   10      A.  By him he meant Zhongtian Liu.

15:46:43   11      Q.  I want to ask you just a few more questions as I

15:46:48   12   wind down here.

15:46:49   13              Are you familiar with a guy named Charles

15:46:54   14   Poke or Charles Pok?

15:46:54   15      A.  Yes.

15:46:55   16      Q.  Did he have any role at Perfectus?

15:46:56   17      A.  He represented Liu.  He spoke for Liu.

15:47:01   18   Day-to-day operations, no.  At least not through me.

15:47:05   19      Q.  Did you ever meet Zhongtian Liu's wife?

15:47:10   20      A.  Yes.

15:47:11   21      Q.  And did you know her full name?

15:47:13   22      A.  I didn't until recently.  Jasmine Wang.

15:47:16   23      Q.  And how did you refer to Zhongtian Liu's wife?

15:47:23   24      A.  I'm sorry.  Can you repeat that.

15:47:24   25      Q.  How did you refer to Zhongtian Liu's wife?  What

15:47:27  1    did you call her?

15:47:28  2        A.  Mrs. Wang.  She was the owner's wife.

15:47:30  3            I'm not sure I'm getting your question.

15:47:32  4        Q.  How did you refer to her back when you worked at

15:47:35  5    Perfectus?

15:47:35  6        A.  Mrs. Wang.

15:47:39  7        Q.  What about someone name Zo Pong Liu or Z.P. Liu?

15:47:45  8        A.  Yes.  I knew him.

15:47:46  9        Q.  Who was that?

15:47:47  10       A.  That was Mr. Liu's son.  Zhongtian Liu's son.

15:47:51  11       Q.  Did he ever have a role at Pengcheng Aluminum or

15:47:55  12   Perfectus, you know, after the name change?

15:47:56  13       A.  Yes.  At one point he was put in charge.

15:47:59  14       Q.  Let me back up to the question.

15:48:01  15            At what point was he put in charge?

15:48:03  16       A.  Sorry.  Late.  I'd say 20 -- late 2015.

15:48:14  17       Q.  And did you have a lot of communications directly

15:48:19  18   with -- we'll call him Z.P. Liu?

15:48:20  19       A.  Yes.  When it first started.  When they first put

15:48:23  20   him in charge, significant contact with him.  And then

15:48:26  21   no contact with him.

15:48:28  22       Q.  Okay.  So I want to turn to the middle of 2015,

15:48:35  23   July 2015.  And just a simple yes or no to this one.  In

15:48:41  24   July 2015, did some allegations begin to emerge in the

15:48:46  25   investor community that CZW was selling aluminum to

| | | |
|---|---|---|
| 15:48:51 | 1 | companies that Zhongtian Liu owned and that that |
| 15:48:55 | 2 | aluminum was being stockpiled in California warehouses? |
| 15:48:59 | 3 | A.   Yes. |
| 15:48:59 | 4 | Q.   And after those allegations emerged, what action, |
| 15:49:05 | 5 | if any, did Pengcheng Aluminum or Perfectus take with |
| 15:49:10 | 6 | respect to the inventory of its aluminum in those four |
| 15:49:14 | 7 | warehouses? |
| 15:49:15 | 8 | A.   They packed it up and started shipping it out. |
| 15:49:18 | 9 | Q.   Do you know where they shipped it to? |
| 15:49:20 | 10 | A.   Vietnam. |
| 15:49:21 | 11 | MR. BERNSTEIN:   Just one moment, Your Honor. |
| 15:49:30 | 12 | That's all I have, Your Honor. |
| 15:49:32 | 13 | THE COURT:   Okay.   Cross-examination. |
| 15:49:33 | 14 | **CROSS-EXAMINATION** |
| | 15 | BY MR. RUYAK: |
| 15:49:55 | 16 | Q.   Good afternoon, Mr. Riley. |
| 15:49:56 | 17 | A.   Good afternoon. |
| 15:49:57 | 18 | Q.   I want to first get some time frames here |
| 15:50:03 | 19 | correct.   I want to go back and look at that. |
| 15:50:06 | 20 | So my understanding is that you didn't begin |
| 15:50:11 | 21 | working at Perfectus -- I'm going to call it Perfectus |
| 15:50:18 | 22 | for purposes of this PCA and Perfectus, okay, so we |
| 15:50:20 | 23 | don't have to keep saying "slash." |
| 15:50:22 | 24 | You didn't begin working there until |
| 15:50:25 | 25 | January of 2014, correct? |

15:50:27  1      A.  Correct.

15:50:28  2      Q.  And so you were not working for Perfectus at the

15:50:31  3  time that the antidumping order was issued by the

15:50:35  4  Government, correct?

15:50:36  5      A.  Correct.

15:50:37  6      Q.  And you were not working at Perfectus when any

15:50:40  7  plans or business was discussed about bringing finished

15:50:46  8  products into the U.S. instead of extrusions correct?

15:50:50  9      A.  Correct.

15:50:51 10      Q.  As a matter of fact, you didn't work there in

15:50:54 11  2012, correct?

15:50:56 12      A.  I did not work there in 2012.

15:50:58 13      Q.  And 2013, correct?

15:50:59 14      A.  Correct.

15:51:00 15      Q.  I think you said that by the time you got there

15:51:03 16  in January 2014 that the shipments of pallets had

15:51:06 17  stopped coming in, right?

15:51:07 18      A.  I hadn't seen any come in.  I believe so.  But

15:51:11 19  that's not to say they didn't go somewhere else.

15:51:13 20      Q.  Well, I'm asking you about Perfectus now.  We're

15:51:15 21  talking about -- you're in the warehouses, you're

15:51:17 22  working for Perfectus.  Was Perfectus getting any

15:51:20 23  shipments of these pallets after you started working for

15:51:24 24  Perfectus?

15:51:25 25      A.  I -- I don't believe so.  But I can't say that

15:51:28  1    definitively, because I wasn't the warehouseman.  A

15:51:32  2    shipment of pallets or anything else wouldn't need to be

15:51:35  3    approved by me.  I didn't see any come in though.

15:51:39  4        Q.  So -- but you do know that in 2014 Perfectus

15:51:42  5    stopped buying pallets from -- from CZW, correct?

15:51:47  6        A.  I'm not made aware -- I'm not aware of that, but

15:51:50  7    I believe it.

15:51:51  8        Q.  You believe it.  Okay.

15:51:51  9            So then you said that you went into -- want

15:51:56  10   to make sure I have it right here.  I think you said

15:51:58  11   that you went to the factory in China December 2014; is

15:52:05  12   that right?

15:52:09  13       A.  Right.

15:52:10  14       Q.  That's 12 months after you started?

15:52:12  15       A.  Roughly.

15:52:13  16       Q.  And that's after there were no longer any

15:52:15  17   shipments of pallets coming into Perfectus?

15:52:17  18       A.  Right.

15:52:18  19       Q.  And you said you met somebody in the factory who

15:52:22  20   was making aluminum pallets?

15:52:25  21       A.  Correct.

15:52:25  22       Q.  You said that those pallets from your observation

15:52:27  23   were identical to the pallets that you saw in the

15:52:30  24   warehouses in the U.S., correct?

15:52:32  25       A.  Correct.

15:52:32  1      Q.  So they're continuing to make them in CZW,

15:52:38  2  correct?

15:52:38  3      A.  They were continuing to make them, correct.

15:52:42  4      Q.  You said that one of the people through

15:52:44  5  translator said that this is one their biggest selling

15:52:47  6  items; is that correct?

15:52:49  7      A.  Correct.

15:52:49  8      Q.  Who is the biggest customer in the world for the

15:52:52  9  production of CZW; what country?

15:52:56 10      A.  I don't know.

15:52:57 11      Q.  China?  Do you know that or not know that?

15:53:01 12      A.  I don't know that.  It would be my guess.  But I

15:53:05 13  don't know.

15:53:05 14      Q.  Did you ask anybody at CZW where they were

15:53:10 15  selling all these pallets that were their biggest

15:53:13 16  sellers?

15:53:14 17      A.  No.

15:53:15 18      Q.  But you knew they weren't the United States at

15:53:20 19  this point, correct?

15:53:20 20      A.  I did not know they weren't in the United States.

15:53:23 21  I knew they weren't coming into the warehouse that I was

15:53:26 22  sitting in.

15:53:27 23      Q.  So if they weren't coming to the United States,

15:53:32 24  do you have any idea where those pallets were being

15:53:35 25  sold?

15:53:35  1      A.   I think some went to New Jersey.

15:53:38  2      Q.   Into the United States.

15:53:41  3      A.   Oh, I'm sorry.  If they weren't coming --

15:53:41  4      Q.   If they weren't coming into the United States in

15:53:43  5  December of 2014, where were those pallets being sold?

15:53:49  6      A.   I don't know.

15:53:50  7      Q.   Now, getting to the pallets and a few other

15:54:02  8  things.  I think you mentioned that the pallets at least

15:54:08  9  at some of the warehouses were not all inside the

15:54:11 10  warehouse, correct?

15:54:12 11      A.   Correct.

15:54:13 12      Q.   What warehouses were the pallets being stored

15:54:16 13  outside in plain view?

15:54:17 14      A.   Fontana.

15:54:19 15      Q.   And were they in plain view the whole time that

15:54:23 16  you were there?

15:54:25 17      A.   I can't say they were in plain view from the day

15:54:28 18  I started, but they were certainly in plain view for the

15:54:31 19  first time I went to Fontana, which would have been

15:54:33 20  within a few weeks of my starting.

15:54:34 21      Q.   So they weren't being concealed from anybody

15:54:37 22  driving by or from the Government or anybody else?  They

15:54:39 23  were out there outside the warehouse, correct?

15:54:41 24      A.   They were out there to be seen, yes.

15:54:43 25      Q.   They didn't have tarps over them or any of that

15:54:46   1    kind of thing?

15:54:46   2       A.   No.   They did put slats over the fence.   But they

15:54:49   3    did not tarp the pallets.

15:54:51   4       Q.   So anybody from the Government, customer, anybody

15:54:54   5    could drive by and see the pallets and look at them in

15:54:58   6    the fields of Fontana, correct?

15:55:03   7       A.   Correct.

15:55:04   8       Q.   And as far as you know, there was no other effort

15:55:09   9    to disguise the fact that pallets -- that Perfectus had

15:55:15  10    pallets that it was storing at these warehouses,

15:55:17  11    correct?

15:55:18  12       A.   Incorrect.

15:55:19  13       Q.   What did they do to disguise the pallets?

15:55:23  14       A.   In the Ontario warehouse they moved inventory

15:55:27  15    around in a way to block the view of pallets.

15:55:30  16       Q.   I'm talking -- now, I'm talking about disguising

15:55:32  17    the pallets themselves.

15:55:33  18       A.   No.   They didn't disguise the pallets themselves.

15:55:37  19       Q.   Now, you're an aluminum guy, right?

15:55:42  20       A.   Right.

15:55:42  21       Q.   For 27 years you sold aluminum products, correct?

15:55:45  22       A.   Correct.

15:55:45  23       Q.   Did you ever sell finished aluminum products?

15:55:50  24       A.   Yes.

15:55:50  25       Q.   What finished aluminium products did you sell

15:55:54   1   before you went to Perfectus?

15:55:55   2       A.   I think like thresholds, you know, that go on the

15:55:59   3   bottom underneath the door.  Window frames.  Some frames

15:56:02   4   for solar panels.  That type of thing.  Running boards

15:56:06   5   for trucks.  Roof racks for trucks.

15:56:10   6       Q.   Looking at the pallets that were brought in, they

15:56:14   7   were welded together in some form, correct?

15:56:16   8       A.   In some form, yes.

15:56:17   9       Q.   And do you know whether while you were there any

15:56:22  10   of these pallets were tested that you saw?

15:56:24  11       A.   No.

15:56:24  12       Q.   Are aware of the fact in this case that there are

15:56:28  13   experts that have tested the pallets?

15:56:31  14       A.   I'm not aware.

15:56:33  15       Q.   But you never asked any test to be performed on

15:56:38  16   any of these pallets that were stored in the warehouse?

15:56:41  17       A.   No.

15:56:41  18       Q.   Now, getting back to the timeline for a minute

15:56:50  19   because I want to make sure we're clear on this.  When

15:56:53  20   you were employed and you were asked to sell the

15:56:58  21   pallets, that was a time period when -- or shortly

15:57:02  22   thereafter no more pallets were coming into the

15:57:04  23   warehouses, correct?

15:57:05  24       A.   Correct.  To repeat, I can't be sure that not a

15:57:08  25   single one came in, but I certainly didn't see any come

15:57:11   1   in after I got there.

15:57:13   2      Q.   So you were -- is it fair to say you came in at

15:57:16   3   the end of the period of time that these pallets were

15:57:19   4   being imported?

15:57:20   5      A.   That is fair to say.

15:57:21   6      Q.   So there had been a period of time, probably

15:57:23   7   significant, when these pallets were trying to be sold

15:57:27   8   and just weren't successful, correct?

15:57:29   9      A.   I don't know how significant, but yes.

15:57:32   10     Q.   When you came you were still asked to sell the

15:57:36   11  pallets, correct?

15:57:37   12     A.   Yes.

15:57:38   13     Q.   By the time you came in, you failed to find any

15:57:44   14  customers.  At that time there were at least no more

15:57:47   15  pallets, as far you know, being imported and brought

15:57:50   16  into the warehouse?

15:57:51   17     A.   Correct.

15:57:52   18     Q.   Now, are you aware of any time and in any manner

15:58:07   19  any of these pallets were disassembled and sold as

15:58:11   20  extrusions?

15:58:12   21     A.   No.

15:58:13   22     Q.   Now, it is true and correct, isn't it, that if

15:58:15   23  you had to rip these things apart, certainly the things

15:58:18   24  that you sold as finished products, these portions of

15:58:21   25  pallets couldn't be used for those purposes, correct?

15:58:25  1      A.   That's correct.

15:58:26  2      Q.   I want a spend a little time talking about your

15:58:41  3   trip to China Zhongwang.

15:58:49  4            In your prior life, before you were at

15:58:51  5   Perfectus and you were selling products for companies

15:58:53  6   that were making them, did you visit their factory to

15:58:55  7   see how they made those products?

15:58:57  8      A.   I did, yes.

15:58:58  9      Q.   It wasn't uncommon if you're selling products to

15:59:02  10  go to the factory and see how they're made and meet the

15:59:05  11  people, like you say, see how they're bundled and see

15:59:08  12  how they're going to send them to you, correct?

15:59:11  13     A.   Correct.

15:59:12  14     Q.   So you went to the factories.  While you were

15:59:14  15  there, you saw the products be manufactured, correct?

15:59:18  16     A.   Correct.

15:59:19  17     Q.   Did you also see some of the other products, like

15:59:21  18  the more finished products, shall we say, things like

15:59:27  19  rail cars, truck bodies, things like that?

15:59:31  20     A.   Yes, I did.

15:59:31  21     Q.   Huge quantities of those being manufactured?

15:59:34  22     A.   I can't speak to the quantity, I'm sorry.  But I

15:59:37  23  did see the showroom where there was some that were

15:59:40  24  produced.  I did go to the extrusion line with some of

15:59:44  25  these large extrusions used to make them were being

15:59:46  1    made.  But I can't speak to the quantity.

15:59:48  2        Q.  Some of those were for the purpose of creating

15:59:51  3    lightweight transportation vehicles, correct?

15:59:52  4        A.  Correct.

15:59:53  5        Q.  And that was pretty much what China Zhongwang

15:59:57  6    said they were wanting to make lightweight

16:00:00  7    transportation vehicles?

16:00:01  8        A.  Yes.

16:00:02  9        Q.  That was because they used less energy, right?

16:00:05  10       A.  Yes.

16:00:05  11       Q.  And so a lot of the subway cars and truck they're

16:00:10  12   making were sort of honey combed aluminum, things like

16:00:12  13   that that were lighter weight, correct?

16:00:14  14       A.  Correct.

16:00:14  15       Q.  Did you ever look at the annual reports of CZW;

16:00:19  16   did you ever read any of their annual reports to

16:00:22  17   shareholders?

16:00:23  18       A.  No, I didn't.

16:00:24  19            THE COURT:  Okay.  I'm going to interrupt at

          20   this time.

16:00:26  21            Ladies and gentlemen, it's 4:00 o'clock so

16:00:28  22   we're going to be breaking at this time.  We will have

16:00:29  23   you come back in tomorrow at 8 o'clock.

16:00:31  24            Let me talk to you a little bit about that.

16:00:34  25   I say 8 o'clock because we start right at

16:00:36  1    8:00 o'clock -- oh, excuse me, 8:30.  We start right at

16:00:39  2    8:30.

16:00:40  3              Nobody even questioned that.  Everyone was

16:00:44  4    ready to come in at 8 o'clock.  But we will start right

16:00:46  5    at 8:30.

16:00:47  6              I would suggest that you come in at 8:15,

16:00:50  7    and let me tell you why, you can't believe how many

16:00:52  8    times jurors would be late because they got tied up in

16:00:55  9    traffic or something like that.

16:00:56  10             And as I say, everybody has to wait.  And we

16:00:59  11   may even have to go into the evening if we lose too much

16:01:04  12   time on that.  So try to be here so we can start right

16:01:06  13   at 8:30.  I would say be here at 8:15.  Go get a cup of

16:01:10  14   coffee so that we can start right at 8:30.

16:01:13  15             Some of you have asked about time frames,

16:01:15  16   how long the case will last.  I can't tell you -- on a

16:01:16  17   criminal case, I can't tell you what it was.  All jurors

16:01:18  18   are cleared for and are supposed to serve a minimum --

16:01:22  19   excuse me, not a minimum, but up to ten days.

16:01:24  20             This case, I've talked with the attorneys,

16:01:27  21   I'm convinced that this can be done within ten days.

16:01:30  22   I'm hoping it can be done by next week.  But I can't

16:01:32  23   guarantee anything right now.  But that will give you a

16:01:35  24   little bit of a feeling for it.

16:01:38  25             Remember the admonishment not to discuss the

16:01:40   1   case among yourselves, with anybody else, or form or

16:01:41   2   express any opinions about the matter until it's

16:01:42   3   submitted to you and you retire to the jury room.

16:01:45   4            Have a pleasant evening.  And we'll see you

16:01:46   5   back in tomorrow morning at --

16:01:50   6            THE JUROR:  8:30.  815.

16:01:53   7            THE COURT:  Somebody was listening.

16:01:54   8            Thank you very much.

16:01:55   9            You're excused at this time.  If you leave

16:01:57  10   quietly because I want to talk to the attorneys.

          11            (OUT OF THE PRESENCE OF THE JURY.)

16:03:07  12            THE COURT:  Be here at 8:15.  Many times

16:03:09  13   things will come up and right before 8:30 they say,

16:03:11  14   Well, we have to talk to the Court first.  8:30 we start

16:03:14  15   the jury -- bring in the jury in at 8:30.  So if you can

16:03:19  16   be here 8:15 just in case something comes up.  Okay?

16:03:23  17   See you back then.  Thank you.

          18            (PROCEEDINGS CONCLUDED.)

          19

          20

          21

          22

          23

          24

          25

```
 1
 2                  CERTIFICATE OF REPORTER
 3
 4   COUNTY OF LOS ANGELES      )
 5                              )  SS.
 6   STATE OF CALIFORNIA        )
 7
 8   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
 9   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17
18
19   DATE:  AUGUST 10, 2021
20
21   /S/_____
22   SHERI S. KLEEGER, CSR
23   FEDERAL OFFICIAL COURT REPORTER
24
25
```

## $

**$200** [5] - 126:6, 136:22, 137:1, 137:4, 145:9
**$50** [1] - 162:3
**$600** [1] - 151:1
**$80** [1] - 161:3

## '

**'14** [1] - 142:21

## /

**/S** - 210:21

## 1

**1** [12] - 1:19, 4:5, 19:7, 20:23, 22:10, 27:3, 40:16, 40:19, 88:1, 110:16, 116:12, 172:1
**1.1** [2] - 172:1, 172:2
**1.5** [1] - 138:5
**1.8** [6] - 30:22, 122:2, 125:14, 126:15, 134:21, 140:15
**10** [16] - 1:20, 4:1, 10:6, 57:25, 72:16, 73:21, 73:23, 75:5, 76:8, 90:21, 92:10, 92:25, 93:10, 130:17, 210:19
**10's** [2] - 73:24, 90:23
**10/16/2014** [1] - 185:3
**1001** [6] - 1:14, 27:17, 33:13, 127:11, 171:8, 171:12
**10340** [1] - 1:23
**10681** [6] - 1:15, 27:18, 33:14, 127:12, 171:18, 171:20
**11** [4] - 10:5, 69:20, 181:24, 190:23
**1100** [1] - 2:8
**11:30** [7] - 19:6, 19:7, 110:14, 110:16, 111:10
**12** [32] - 9:15, 9:18, 9:19, 10:6, 10:8, 45:13, 45:14, 49:18, 49:22, 71:5, 72:25, 74:2, 74:3, 75:5,

76:10, 91:3, 91:4, 91:8, 91:22, 91:23, 92:2, 92:10, 92:16, 92:25, 93:11, 93:13, 96:5, 96:17, 98:21, 109:8, 190:23, 200:14
**12's** [2] - 74:4, 91:24
**120** [1] - 195:5
**13** [10] - 73:5, 75:4, 76:16, 78:21, 90:15, 93:8, 94:24, 106:20, 107:6, 107:14
**1343** [1] - 113:7
**14** [13] - 73:9, 75:20, 75:21, 75:23, 76:17, 90:22, 93:6, 106:16, 106:18, 107:10, 107:13, 107:16
**14600** [1] - 173:7
**15** [11] - 5:1, 10:2, 73:14, 73:18, 76:1, 76:18, 90:23, 93:9, 107:6, 107:17, 164:20
**15-minute** [3] - 19:9, 163:24, 164:4
**16** [16] - 16:7, 16:12, 16:14, 53:11, 65:6, 73:24, 76:7, 81:16, 87:3, 91:4, 91:9, 92:10, 92:25, 98:8, 103:23, 107:7
**165** [1] - 3:4
**17** [7] - 74:3, 76:9, 91:9, 92:1, 92:10, 93:1, 107:7
**170** [2] - 3:7, 132:19
**1700** [1] - 2:16
**17th** [1] - 159:21
**18** [12] - 74:9, 76:4, 91:24, 92:3, 93:10, 106:16, 106:19, 107:15, 113:2, 113:7, 113:9, 113:12
**184** [1] - 3:8
**19** [15] - 9:9, 9:13, 11:2, 27:21, 29:11, 29:13, 35:21, 74:17, 76:2, 92:6, 93:7, 106:16, 106:19, 107:16
**19-00282** [1] - 1:11
**19-282-RGK** [2] - 4:6, 27:4
**1956(a)(2)(A** [1] - 113:11
**198** [1] - 3:4
**1:00** [4] - 19:8, 110:17, 111:11
**1:30** [2] - 106:23, 109:19

## 2

**2** [19] - 20:23, 21:21, 62:1, 64:11, 65:22, 74:20, 75:10, 75:11, 76:13, 76:15, 77:2, 77:17, 85:7, 88:25, 90:20, 92:10, 92:24, 93:7, 116:14
**2's** [1] - 90:22
**2.2** [1] - 30:25
**20** [7] - 18:13, 18:14, 18:17, 35:12, 121:17, 130:18, 197:16
**20006** [1] - 2:17
**2007** [1] - 142:20
**2008** [1] - 136:12
**2009** [3] - 128:1, 129:22, 144:22
**2011** [7] - 124:8, 130:4, 133:3, 141:16, 145:17, 153:5, 158:14
**2012** [2] - 199:11, 199:12
**2013** [2] - 142:21, 199:13
**2014** [31] - 135:2, 141:16, 153:5, 167:6, 167:7, 167:9, 167:25, 168:2, 168:6, 168:12, 168:21, 169:2, 169:4, 169:13, 169:15, 173:11, 174:14, 178:19, 179:7, 181:21, 187:16, 190:22, 193:1, 193:6, 193:11, 194:8, 198:25, 199:16, 200:4, 200:11, 202:5
**2015** [13] - 137:23, 150:12, 159:2, 159:21, 167:22, 168:1, 178:2, 179:6, 179:15, 197:16, 197:22, 197:23, 197:24
**2016** [2] - 174:16, 177:15
**2017** [1] - 7:4
**2021** [3] - 1:20, 4:1, 210:19
**213)894-6604** [1] - 1:25
**2323** [1] - 170:20
**250** [1] - 177:12
**250,000** [1] - 171:2
**27** [1] - 203:21
**28** [1] - 210:11

## 3

**3** [10] - 61:9, 73:8, 75:4, 75:20, 75:24, 92:5, 92:11, 93:1, 93:8, 116:15
**30** [12] - 18:13, 18:14, 18:17, 68:1, 102:23, 121:18, 146:14, 166:25, 167:3, 182:2, 182:3, 186:11
**312** [2] - 1:24, 2:8
**35** [4] - 69:6, 182:2, 182:3, 186:11
**350** [1] - 177:13
**37** [4] - 3:7, 169:22, 170:9, 170:11
**371** [1] - 113:2
**377** [4] - 3:8, 183:16, 184:15, 184:17
**377-1** [1] - 184:3

## 4

**4** [7] - 19:9, 110:5, 110:7, 110:10, 110:11, 110:17, 116:17
**40** [1] - 176:14
**400** [5] - 130:19, 130:24, 147:15, 148:22, 158:17
**400,000** [1] - 171:23
**402** [1] - 1:24
**407** [2] - 145:9
**4400** [1] - 2:14
**45** [2] - 19:11
**4:00** [10] - 19:14, 19:15, 19:20, 19:23, 109:20, 109:23, 109:24, 110:2, 111:12, 207:21
**4:30** [3] - 110:5, 110:9, 110:10

## 5

**5** [6] - 90:14, 90:15, 92:10, 92:24, 93:9, 116:19
**50-day** [1] - 70:9
**51** [2] - 22:12, 66:24
**545** [1] - 113:9
**555** [1] - 2:13

## 6

**6** [8] - 10:6, 74:16, 74:17, 75:6, 76:3, 116:21, 175:25, 176:1
**6's** [1] - 74:18
**60** [1] - 175:24
**600,000** [1] - 173:9
**61** [1] - 175:24

## 7

**7** [6] - 10:5, 73:4, 73:13, 75:4, 76:1, 116:23
**7501** [1] - 132:6
**753** [1] - 210:11

## 8

**8** [10] - 74:8, 74:9, 75:5, 76:5, 88:2, 116:25, 142:21, 207:23, 207:25, 208:4
**8's** [1] - 74:10
**80** [1] - 195:5
**801(d** [1] - 24:14
**810** [1] - 2:16
**815** [1] - 209:6
**8:00** [1] - 208:1
**8:15** [4] - 208:6, 208:13, 209:12, 209:16
**8:29** [2] - 19:4, 110:13
**8:30** [17] - 19:3, 19:4, 19:6, 110:7, 110:11, 110:13, 110:15, 111:9, 208:1, 208:2, 208:5, 208:13, 208:14, 209:6, 209:13, 209:14, 209:15
**8:31** [2] - 19:4, 110:12
**8:35** [1] - 111:5

## 9

**9** [2] - 63:7, 110:8
**90012** [2] - 1:25, 2:9
**90071** [1] - 2:14
**98** [2] - 146:8, 146:9
**99** [1] - 26:18

# A

**A.M** [2] - 1:20, 4:2
**ability** [9] - 29:22, 39:16, 44:17, 46:6, 79:12, 84:9, 104:19, 116:12, 162:12
**able** [10] - 16:19, 51:19, 67:9, 68:6, 69:11, 96:11, 109:6, 188:16, 188:22, 189:6
**ABOVE** [1] - 210:14
**ABOVE-ENTITLED** [1] - 210:14
**abrupt** [1] - 146:3
**absolute** [1] - 140:2
**absolutely** [3] - 150:12, 154:5, 154:13
**accepted** [1] - 161:18
**access** [1] - 159:10
**according** [5] - 93:19, 107:25, 155:25, 159:23, 161:19
**account** [2] - 98:10, 116:11
**accountancy** [1] - 82:20
**accountant** [3] - 41:15, 41:16, 82:19
**accountants** [1] - 82:19
**accounting** [10] - 41:21, 41:23, 60:23, 60:24, 60:25, 61:1, 82:13, 86:25, 102:19, 144:25
**accounts** [4] - 31:4, 45:19, 45:22, 161:8
**accurate** [1] - 170:4
**accused** [1] - 146:12
**acknowledged** [1] - 188:21
**Acquisitions** [3] - 33:7, 113:17, 127:1
**acquisitions** [4] - 61:14, 82:16, 100:9, 135:1
**ACQUISITIONS** [1] - 1:13
**action** [1] - 198:4
**actively** [1] - 146:1
**actual** [1] - 189:22
**ad** [2] - 42:18, 42:20
**AD/CVD** [1] - 124:12
**adding** [1] - 7:17
**addition** [3] - 113:13, 114:4, 118:11

**address** [6] - 40:1, 146:2, 170:19, 171:11, 171:19, 173:6
**addressed** [1] - 185:5
**addressing** [2] - 17:22, 77:4
**adjusted** [1] - 146:1
**adjustments** [1] - 90:5
**admit** [4] - 8:2, 8:16, 161:2, 170:9
**admitted** [1] - 120:19
**admonishment** [2] - 163:25, 208:25
**advance** [2] - 126:13, 134:18
**aerospace** [1] - 46:11
**affect** [28] - 7:18, 44:17, 46:6, 49:11, 50:10, 51:8, 53:4, 58:23, 65:12, 69:1, 69:9, 70:13, 78:9, 79:12, 81:4, 82:5, 83:18, 84:8, 85:12, 86:12, 95:20, 98:16, 99:9, 100:10, 100:22, 101:12, 103:2, 104:19
**affecting** [5] - 53:16, 56:24, 64:19, 70:2, 143:19
**affidavits** [1] - 6:16
**afford** [1] - 158:15
**afternoon** [9] - 19:12, 90:2, 110:18, 111:11, 165:10, 166:1, 166:2, 198:16, 198:17
**agencies** [2] - 64:8, 103:13
**agency** [2] - 64:6, 103:12
**agent** [5] - 4:12, 24:14, 27:10, 32:1, 34:1
**ago** [8] - 17:11, 26:9, 69:6, 69:23, 86:2, 100:9, 103:25, 104:3
**agree** [5] - 10:11, 10:23, 20:21, 39:11, 112:15
**agreed** [4] - 37:3, 106:16, 114:12, 139:13
**agreement** [4] - 22:23, 26:23, 70:10, 106:13
**agrees** [1] - 157:9
**ahead** [5] - 4:17,

6:22, 13:21, 45:21, 111:14
**air** [1] - 17:16
**airline** [1] - 54:20
**airplane** [3] - 78:3, 110:25, 111:1
**aisle** [1] - 46:23
**al** [2] - 4:7, 27:5
**Alex** [6] - 4:20, 27:16, 32:14, 33:12, 34:22, 44:8
**ALEXANDER** [1] - 2:13
**Alexander** [1] - 28:18
**Alhambra** [1] - 54:23
**allegation** [1] - 31:12
**allegations** [5] - 30:11, 31:11, 50:23, 197:24, 198:4
**allege** [1] - 149:3
**alleging** [3] - 30:16, 30:21, 31:3
**alloy** [1] - 175:24
**almost** [4] - 16:16, 18:22, 174:17, 174:18
**alone** [3] - 46:12, 98:11, 100:8
**Altadena** [1] - 46:11
**alternate** [2] - 10:10, 69:21
**alternates** [4] - 10:12, 11:9, 94:1, 107:20
**alternative** [1] - 148:2
**AluminaCosta** [1] - 137:17
**Aluminium** [1] - 113:17
**aluminium** [4] - 30:25, 129:17, 148:25, 203:25
**aluminum** [142] - 123:4, 123:6, 123:7, 123:8, 123:13, 123:20, 123:25, 124:9, 124:16, 124:20, 124:21, 124:22, 124:25, 125:4, 125:6, 125:7, 125:12, 125:19, 125:24, 127:6, 127:16, 127:24, 128:11, 128:14, 128:23, 129:5, 129:6, 129:25, 130:6, 130:10, 130:11, 130:14, 130:16, 130:21, 130:23, 130:25, 131:9,

131:13, 131:16, 131:19, 131:24, 132:1, 132:2, 132:10, 132:14, 132:16, 132:18, 132:21, 133:1, 133:6, 133:9, 133:13, 133:21, 134:6, 134:10, 134:12, 135:6, 135:12, 135:25, 137:9, 137:10, 137:12, 137:20, 137:24, 138:1, 138:6, 138:7, 138:14, 138:19, 141:10, 141:22, 143:1, 143:22, 144:7, 145:16, 145:17, 145:24, 147:9, 149:24, 151:23, 166:24, 167:4, 167:18, 167:21, 168:22, 171:6, 171:15, 172:6, 172:9, 172:10, 172:12, 172:14, 173:1, 173:12, 174:1, 174:4, 174:9, 174:12, 175:4, 175:7, 175:10, 175:16, 175:23, 175:25, 176:2, 176:4, 176:8, 176:12, 176:16, 176:17, 177:3, 180:12, 180:14, 180:16, 181:3, 186:16, 186:17, 186:22, 187:4, 189:19, 191:8, 191:10, 191:15, 192:8, 194:16, 194:21, 194:24, 194:25, 195:1, 195:7, 197:25, 198:2, 198:6, 200:20, 203:19, 203:21, 203:23, 207:12
**Aluminum** [50] - 33:7, 128:15, 128:22, 129:4, 129:8, 129:15, 129:20, 129:24, 130:22, 133:4, 134:5, 135:8, 135:9, 135:10, 135:18, 137:8, 138:2, 139:1, 147:8, 166:6, 166:7, 166:14, 167:4, 167:10, 167:15, 167:17, 167:24, 168:9, 168:12, 172:5, 175:2, 177:22, 178:16, 178:19, 178:20, 179:1,

180:24, 185:1, 185:12, 192:11, 193:1, 193:16, 193:21, 195:13, 195:17, 197:11, 198:5
**ALUMINUM** [2] - 1:12, 1:13
**Aluminum/ Perfectus** [4] - 167:23, 180:19, 181:2, 181:7
**America** [3] - 4:6, 27:5, 143:22
**AMERICA** [2] - 1:1, 1:9
**American** [2] - 135:9, 155:12, 155:14
**amount** [1] - 7:9
**amounts** [3] - 155:11, 155:12, 155:14
**analyst** [3] - 47:19, 54:21, 95:12
**analyzed** [1] - 157:5
**AND** [3] - 210:8, 210:12, 210:14
**Angela** [1] - 32:16
**ANGELES** [6] - 1:21, 1:25, 2:9, 2:14, 4:1, 210:4
**Angeles** [7] - 43:10, 51:13, 54:24, 55:17, 84:6, 99:3, 99:6
**angles** [1] - 175:18
**annual** [6] - 144:24, 146:22, 151:5, 151:7, 207:15, 207:16
**anodized** [1] - 180:15
**anodizing** [2] - 167:20, 194:13
**answer** [4] - 72:19, 84:16, 103:14, 115:25
**answered** [2] - 115:18, 115:21
**answering** [1] - 77:10
**answers** [3] - 39:23, 64:12, 98:12
**anticipate** [3] - 23:17, 32:11, 136:1
**anticipating** [1] - 24:8
**antidumping** [22] - 16:17, 16:24, 30:22, 124:12, 124:18, 124:23, 125:14, 126:16, 130:18, 131:3, 131:6, 131:21, 132:12, 132:22, 134:7, 134:21, 144:1, 145:18, 148:21, 149:17, 150:6, 199:3

**anxiety** [3] - 104:22, 104:25, 105:17
**anxious** [1] - 185:12
**anyway** [1] - 28:10
**apart** [2] - 155:21, 205:23
**Apex** [1] - 135:9
**apologize** [3] - 4:18, 8:4, 34:18
**apparel** [1] - 63:21
**appear** [2] - 175:17, 194:3
**APPEARANCES** [1] - 2:3
**appearances** [2] - 4:8, 27:6
**applies** [7] - 57:14, 96:7, 117:12, 117:24, 118:2, 120:18, 121:12
**apply** [9] - 37:7, 39:13, 51:5, 71:1, 87:12, 100:3, 103:7, 112:14, 131:16
**appreciate** [1] - 84:16
**approach** [2] - 13:8, 108:24
**approaches** [1] - 118:8
**appropriate** [2] - 9:6, 72:8
**approve** [1] - 183:15
**approved** [1] - 200:3
**approximate** [4] - 170:25, 171:25, 173:8, 173:11
**approximation** [1] - 177:10
**area** [24] - 33:8, 33:21, 33:23, 38:13, 39:17, 39:25, 41:2, 41:7, 42:14, 45:2, 46:1, 47:21, 54:22, 58:13, 60:19, 61:5, 61:8, 77:19, 78:25, 80:10, 81:22, 84:5, 95:17, 102:18
**areas** [2] - 101:4, 102:21
**argue** [8] - 7:22, 7:24, 12:10, 12:12, 12:19, 21:10, 21:12
**argument** [4] - 7:17, 7:19, 22:4, 23:7
**arguments** [2] - 114:16, 121:13
**arm's** [2] - 129:11, 130:3
**arranged** [1] - 126:5
**arrest** [1] - 149:7

**arrested** [5] - 65:20, 86:20, 103:20, 103:24, 104:2
**artificially** [2] - 125:20, 135:6
**artist** [1] - 55:19
**artists** [1] - 122:8
**aside** [1] - 177:9
**aspect** [1] - 68:23
**assault** [2] - 69:22, 70:8
**assembled** [4] - 148:8, 148:13, 152:16, 162:19
**asserted** [1] - 22:15
**asset** [1] - 97:24
**assist** [1] - 119:25
**assistant** [2] - 51:14, 97:18
**ASSISTANT** [1] - 2:7
**associated** [1] - 157:7
**assume** [1] - 62:10
**assuming** [5] - 28:8, 28:9, 56:10, 58:12, 69:8
**AT** [1] - 2:12
**attempt** [1] - 138:4
**attempted** [1] - 65:9
**attend** [1] - 182:9
**attended** [3] - 182:10, 182:16, 192:12
**attention** [4] - 28:4, 119:14, 171:7, 195:21
**attentive** [1] - 119:20
**attested** [1] - 145:1
**attorney** [7] - 23:11, 46:21, 48:13, 49:3, 49:16, 60:22, 95:13
**ATTORNEY** [3] - 2:5, 2:7, 2:12
**attorney's** [1] - 95:21
**attorneys** [14] - 20:10, 26:19, 31:14, 37:3, 106:10, 109:21, 109:23, 114:16, 114:17, 121:13, 121:17, 164:6, 208:20, 209:10
**audience** [3] - 17:21, 28:3, 29:16
**audit** [11] - 137:12, 145:2, 145:3, 159:3, 159:6, 159:7, 159:8, 159:16, 159:17, 160:6
**audited** [2] - 144:24, 151:5
**auditors** [1] - 151:6
**AUGUST** [3] - 1:20,

4:1, 210:19
**AUSA** [3] - 2:6, 2:6, 2:7
**Austin** [1] - 32:20
**authenticating** [2] - 8:2, 8:16
**authority** [1] - 183:12
**Avenue** [9] - 27:18, 33:15, 127:13, 135:21, 136:7, 171:12, 171:18, 171:20, 178:4
**AVENUE** [1] - 1:15
**average** [1] - 182:2
**aware** [8] - 10:7, 23:25, 169:4, 200:6, 204:12, 204:14, 205:18
**awful** [1] - 49:3

# B

**B-A-L-L-O-U** [1] - 28:21
**B-E-A-N** [1] - 29:7
**B-L-A-N-C-O** [1] - 94:4
**B-U-C-K** [1] - 28:25
**background** [22] - 44:16, 48:4, 49:4, 50:8, 50:9, 51:18, 52:16, 53:4, 53:17, 55:21, 57:15, 78:9, 80:17, 81:4, 82:4, 84:8, 95:15, 97:11, 98:1, 98:15, 99:9, 100:22
**backing** [1] - 136:19
**bad** [4] - 60:4, 101:10, 108:20, 195:12
**bags** [1] - 69:7
**ball** [1] - 153:7
**Ballou** [1] - 46:18
**banc** [1] - 11:5
**bank** [3] - 43:17, 50:7, 161:8
**Bank** [1] - 50:19
**banker** [3] - 81:21, 87:4, 87:6
**banking** [1] - 43:21
**bankruptcy** [1] - 147:11
**BAR** [2] - 106:12, 107:4
**bar** [3] - 23:23, 52:4, 175:18
**Bar** [1] - 40:22

**bare** [1] - 17:4
**bare-bones** [1] - 17:4
**Barstow** [1] - 138:3
**base** [4] - 82:22, 100:15, 119:12, 120:8
**based** [4] - 117:11, 118:25, 126:24, 149:4
**Bean** [2] - 29:6, 53:25
**bear** [1] - 157:17
**bearing** [2] - 69:2, 95:22
**bears** [1] - 116:25
**became** [7] - 144:22, 166:16, 175:3, 177:22, 178:17, 179:16, 187:25
**Becker** [1] - 33:24
**become** [1] - 59:5
**becomes** [2] - 5:23, 14:19
**began** [1] - 128:13
**begin** [4] - 120:25, 197:24, 198:20, 198:24
**beginning** [5] - 70:23, 103:5, 167:7, 167:8, 169:15
**BEHALF** [2] - 2:4, 2:11
**behalf** [13] - 4:10, 4:15, 4:20, 6:18, 14:10, 27:8, 27:13, 27:17, 31:21, 31:23, 157:8, 160:15, 160:23
**behind** [2] - 164:16, 164:19
**belief** [3] - 68:17, 147:1, 158:23
**believability** [1] - 117:1
**believes** [1] - 162:8
**bell** [1] - 24:9
**Ben** [1] - 32:18
**bench** [10] - 9:11, 11:4, 12:18, 12:19, 13:1, 54:16, 71:10, 71:12, 89:22, 106:11
**bend** [2] - 155:21, 156:10
**benefit** [1] - 139:19
**Benson** [1] - 33:5
**Bernstein** [4] - 4:10, 20:22, 27:8, 31:25
**BERNSTEIN** [27] - 2:6, 14:11, 14:20, 14:25, 22:9, 22:20, 23:1, 24:11, 31:24, 32:3, 32:10, 35:1,

121:22, 121:24, 165:8, 165:23, 165:25, 170:8, 170:13, 170:15, 183:19, 183:24, 184:2, 184:14, 184:18, 184:21, 198:11
**best** [4] - 47:4, 162:14, 162:15, 194:11
**better** [6] - 10:19, 10:22, 17:8, 26:12, 111:25, 155:17
**between** [11] - 10:19, 67:19, 96:20, 115:7, 121:17, 141:15, 142:20, 162:11, 164:20, 180:17, 181:21
**beyond** [8] - 67:3, 69:15, 70:17, 89:12, 89:15, 114:3, 139:21, 140:17
**Beyond** [1] - 67:5
**bias** [3] - 64:2, 99:20, 116:19
**big** [8] - 43:11, 123:2, 136:19, 138:23, 143:3, 146:18, 150:2, 154:11
**biggest** [6] - 146:17, 192:1, 192:2, 201:5, 201:8, 201:15
**Bill** [2] - 32:11, 165:9
**Bill_Riley@PCAU.S .com** [1] - 184:23
**billet** [3] - 180:15, 190:19
**billion** [6] - 30:22, 122:2, 125:14, 126:15, 134:21, 138:5
**billions** [2] - 139:17, 140:15
**biology** [1] - 83:15
**bit** [18] - 15:20, 17:8, 30:11, 34:9, 35:14, 48:1, 48:2, 51:17, 77:11, 82:18, 109:18, 111:25, 142:16, 157:19, 158:11, 168:15, 207:24, 208:24
**blackout** [1] - 183:25
**Blanco** [3] - 94:4, 95:1, 95:4
**block** [1] - 203:15
**blocks** [1] - 110:18
**boarder** [1] - 62:15
**boards** [1] - 204:4

**boat** [1] - 38:6
**bodies** [2] - 144:9, 206:19
**bogus** [12] - 124:5, 124:11, 125:18, 126:6, 127:4, 127:7, 129:10, 129:12, 135:3, 135:5, 135:11, 137:18
**bones** [1] - 17:4
**book** [1] - 177:6
**books** [2] - 151:4
**Border** [4] - 113:5, 122:21, 132:6, 132:9
**border** [10] - 103:11, 132:4, 132:8, 152:18, 152:19, 158:20, 158:21, 158:22, 160:6, 162:21
**bored** [1] - 71:17
**boring** [1] - 9:8
**boss** [5] - 123:2, 138:23, 139:7, 186:1, 186:4
**bottom** [5] - 96:3, 103:4, 153:25, 154:20, 204:3
**bottom-line** [1] - 96:3
**bought** [3] - 147:11, 161:14, 172:8
**box** [9] - 28:2, 29:11, 37:17, 38:6, 38:7, 72:25, 111:22, 148:8, 164:25
**break** [24] - 12:23, 19:7, 19:9, 39:19, 65:9, 106:22, 109:1, 109:4, 109:22, 110:7, 110:8, 110:11, 110:16, 110:19, 111:10, 111:11, 141:4, 155:21, 156:10, 163:24, 164:4, 164:6
**BREAK** [2] - 27:2, 164:22
**break-in** [1] - 65:9
**breaking** [2] - 109:20, 207:22
**bricklayer** [1] - 57:10
**briefing** [1] - 122:16
**bring** [18] - 9:8, 11:8, 26:7, 51:1, 55:21, 57:2, 67:13, 74:23, 78:17, 80:17, 97:11, 98:1, 131:19, 141:18, 148:10, 162:13, 164:11, 209:15
**bringing** [4] - 24:2,

144:11, 147:24, 199:7
**brings** [2] - 113:22, 160:7
**broad** [6] - 8:17, 8:18, 12:25, 122:12, 122:19, 126:20
**brother** [4] - 78:11, 85:9, 95:10, 95:20
**brought** [8] - 85:23, 112:24, 127:16, 133:19, 144:16, 157:23, 204:6, 205:15
**Bruce** [1] - 32:21
**Bryan** [1] - 33:24
**Buck** [2] - 28:25, 50:5
**build** [3] - 123:9, 138:5, 176:4
**building** [3] - 154:14, 158:8
**built** [7] - 131:15, 137:7, 137:22, 156:20, 180:14, 181:7, 194:7
**bunch** [1] - 139:18
**bundle** [1] - 194:2
**bundled** [1] - 206:11
**bundles** [1] - 194:3
**burden** [7] - 66:22, 67:3, 67:19, 69:15, 70:16, 70:17, 89:11
**Bureau** [1] - 30:24
**burglary** [1] - 65:8
**Burns** [1] - 16:6
**business** [11] - 8:16, 100:12, 102:24, 145:25, 146:3, 146:4, 147:12, 168:19, 177:17, 177:19, 199:7
**businessman** [2] - 123:1, 146:11
**buy** [7] - 125:23, 129:24, 133:1, 134:12, 174:11, 184:12, 185:13
**buyer** [1] - 129:5
**buying** [6] - 62:7, 123:17, 128:22, 148:25, 185:10, 200:5
**BY** [8] - 2:6, 2:12, 2:16, 165:25, 170:15, 184:2, 184:21, 198:15

## C

**C-A-R-D-O-N-A** [1] - 29:4
**C-O-L-V-I-L-L-E** [1] - 28:15

**C-R-A-C-I-U-M** [1] - 29:2
**CA** [2] - 2:9, 2:14
**cake** [1] - 17:6
**Cal** [1] - 50:19
**calendar** [2] - 4:5, 27:3
**California** [20] - 44:9, 50:17, 51:13, 83:13, 97:2, 97:5, 125:8, 126:24, 127:14, 128:15, 128:21, 128:22, 129:16, 135:23, 138:5, 169:6, 170:1, 178:5, 178:9, 198:2
**CALIFORNIA** [6] - 1:3, 1:21, 1:25, 4:1, 210:6, 210:10
**camouflage** [1] - 142:12
**cannot** [7] - 8:13, 8:14, 18:8, 54:6, 77:14, 115:21
**Canoga** [1] - 44:9
**Cantonese** [3] - 87:24, 88:8, 106:3
**capabilities** [1] - 194:6
**capability** [1] - 194:5
**capacity** [2] - 160:24, 193:16
**Capital** [3] - 136:10, 136:24, 136:25
**capital** [2] - 61:14, 136:13
**car** [2] - 123:9, 195:21
**Cardona** [2] - 29:3, 52:21
**cards** [4] - 38:21, 51:23, 79:24, 100:1
**care** [2] - 33:17, 164:13
**carefully** [3] - 29:17, 29:24, 145:5
**caretaker** [1] - 84:1
**Carlos** [2] - 29:3, 52:21
**Carmack** [1] - 32:21
**Carolina** [1] - 34:1
**cars** [5] - 144:9, 161:11, 206:19, 207:11
**carve** [1] - 22:19
**carve-out** [1] - 22:19
**case** [230] - 4:6, 4:24, 8:12, 8:13, 8:14, 8:19, 8:20, 10:19, 15:20, 15:24, 16:3, 16:7,

16:15, 16:16, 16:17, 16:18, 17:3, 17:7, 17:14, 17:18, 17:24, 18:6, 20:2, 20:11, 21:6, 23:7, 23:18, 23:20, 24:13, 26:2, 26:24, 27:4, 30:12, 31:13, 31:18, 34:9, 34:12, 34:13, 35:5, 35:15, 35:16, 36:3, 36:6, 36:7, 36:17, 36:19, 36:21, 37:6, 37:8, 37:11, 37:20, 38:18, 39:1, 39:5, 39:10, 39:13, 41:18, 41:20, 42:22, 43:25, 44:18, 46:6, 46:14, 48:2, 48:3, 49:6, 49:11, 49:12, 50:10, 51:9, 51:17, 51:19, 53:4, 53:16, 53:18, 55:8, 56:9, 56:25, 57:20, 58:18, 58:19, 58:21, 59:8, 59:15, 59:24, 61:2, 61:18, 62:11, 63:25, 64:23, 65:4, 65:12, 65:16, 65:22, 66:13, 66:19, 66:20, 66:22, 67:2, 67:7, 67:10, 67:13, 68:3, 68:15, 68:19, 68:21, 68:25, 69:1, 69:5, 69:6, 69:9, 69:11, 69:22, 69:25, 70:3, 70:13, 70:16, 70:23, 71:2, 77:14, 78:15, 78:17, 79:13, 79:16, 79:20, 80:18, 81:9, 82:5, 83:6, 83:18, 84:9, 85:15, 85:19, 86:12, 86:16, 87:12, 89:1, 89:11, 89:12, 94:2, 95:22, 96:1, 100:22, 101:17, 102:7, 102:11, 103:2, 105:6, 106:9, 107:20, 108:8, 108:16, 108:22, 108:23, 109:6, 110:21, 111:25, 112:3, 112:5, 112:13, 112:16, 112:23, 112:24, 114:8, 114:15, 116:4, 116:6, 116:18, 117:9, 117:10, 117:11, 117:13, 117:16, 117:19, 117:21, 118:1, 118:7, 118:9, 118:19, 118:21, 118:24, 119:19, 120:18, 121:12,

124:7, 125:16, 126:19, 134:24, 137:7, 138:10, 138:23, 140:11, 141:8, 141:14, 149:4, 152:13, 152:14, 152:15, 153:7, 153:8, 153:9, 153:23, 154:18, 157:4, 157:19, 157:20, 160:3, 160:7, 162:6, 162:10, 162:18, 163:25, 165:5, 204:12, 208:16, 208:17, 208:20, 209:1, 209:16
**cases** [9] - 10:17, 15:22, 39:9, 58:10, 66:7, 66:15, 68:7, 102:3, 132:19
**cast** [2] - 180:15, 190:19
**caught** [1] - 139:13
**causes** [2] - 10:15, 90:10
**CBP** [1] - 63:21
**cc'd** [1] - 185:6
**CDC** [1] - 15:5
**ceased** [1] - 150:15
**center** [1] - 67:25
**Central** [1] - 77:21
**CENTRAL** [2] - 1:3, 210:9
**central** [1] - 153:13
**Century** [1] - 135:9
**certain** [10] - 26:5, 26:6, 37:21, 37:22, 37:23, 37:24, 56:10, 156:24
**certainly** [5] - 7:24, 177:25, 202:18, 204:25, 205:23
**CERTIFICATE** [1] - 210:2
**CERTIFIED** [1] - 1:10
**CERTIFY** [1] - 210:10
**cetera** [12] - 13:1, 16:22, 19:22, 22:17, 26:17, 43:23, 47:1, 49:4, 51:8, 110:4, 123:10, 193:22
**chair** [1] - 28:22
**chairman** [6] - 127:23, 128:7, 129:1, 138:24, 145:14, 146:14
**challenge** [9] - 9:14, 9:17, 9:21, 72:1, 72:21, 72:23, 90:9,

90:10, 90:11
**challenges** [18] - 9:12, 9:15, 9:19, 9:25, 10:1, 10:3, 10:15, 11:2, 11:3, 72:3, 72:11, 72:14, 72:17, 92:17, 92:20
**chance** [4] - 14:13, 48:23, 60:12, 169:14
**change** [9] - 5:22, 6:3, 21:16, 39:3, 39:4, 109:13, 177:4, 178:22, 197:12
**changed** [2] - 158:19, 179:4
**changes** [1] - 146:3
**charge** [7] - 31:11, 104:4, 114:1, 174:24, 197:13, 197:15, 197:20
**charged** [10] - 31:6, 31:7, 65:20, 86:20, 103:19, 103:20, 113:14, 113:18, 122:20, 140:18
**charges** [4] - 30:14, 113:1, 113:20, 113:22
**Charles** [2] - 196:13, 196:14
**Charlie** [2] - 29:6, 53:25
**chart** [1] - 150:22
**Chavarria** [1] - 32:12
**cheat** [2] - 162:15, 162:16
**chef** [1] - 54:20
**Chen** [3] - 32:21, 140:4, 140:5
**CHERIAN** [1] - 2:15
**Cheung** [5] - 192:14, 192:24, 193:5, 193:12, 193:18
**Chi** [2] - 32:15
**Chic** [1] - 77:23
**child** [2] - 60:11, 101:11
**China** [67] - 26:6, 61:25, 62:20, 123:1, 123:5, 123:11, 123:13, 123:18, 123:24, 124:10, 124:19, 125:7, 126:2, 126:6, 126:10, 127:3, 127:17, 127:23, 127:25, 128:10, 128:13, 128:24, 129:2, 130:12, 131:9, 131:20, 131:25, 133:6, 134:7, 134:16, 137:2, 137:20,

138:24, 140:7, 141:24, 146:4, 146:9, 148:24, 152:17, 158:9, 179:22, 179:23, 180:5, 180:6, 180:8, 180:10, 180:11, 180:17, 180:18, 189:22, 189:25, 190:1, 190:4, 190:9, 190:11, 190:12, 190:13, 190:21, 191:2, 191:4, 191:7, 200:11, 201:11, 206:3, 207:5
**China's** [2] - 145:15, 145:23
**Chinatown** [1] - 81:23
**Chinese** [8] - 30:17, 61:24, 62:2, 62:22, 88:3, 95:7, 106:2, 152:3
**Chong** [1] - 32:13
**chooses** [1] - 121:8
**Chou** [1] - 32:18
**Christian** [1] - 51:15
**Christmas** [1] - 35:17
**Christopher** [1] - 32:19
**chuckled** [1] - 188:8
**church** [1] - 59:2
**circular** [1] - 150:22
**circulation** [1] - 150:23
**circumstantial** [4] - 114:24, 115:1, 115:6, 115:8
**cities** [1] - 170:2
**City** [9] - 34:3, 46:19, 47:22, 95:18, 169:1, 169:15, 169:20, 178:1, 178:6
**city** [5] - 31:16, 40:1, 54:23, 136:3, 169:6
**civics** [1] - 41:7
**Civil** [2] - 16:7, 16:8
**civil** [7] - 16:17, 66:10, 66:11, 66:18, 66:22, 67:7, 67:17
**claim** [2] - 160:15, 160:19
**clarification** [6] - 14:12, 14:21, 20:24, 22:17, 23:3, 25:6
**clarifies** [1] - 21:18, 21:19
**Clarita** [1] - 48:13
**Clark** [1] - 32:22
**class** [1] - 87:7

**clear** [3] - 36:20, 178:8, 204:19
**cleared** [1] - 208:18
**CLERK** [23] - 4:5, 27:1, 27:3, 28:13, 34:19, 76:6, 76:15, 90:24, 91:13, 91:20, 92:1, 93:15, 93:23, 94:4, 106:20, 107:12, 107:21, 111:18, 164:21, 165:10, 165:17, 165:21, 170:12
**Clerk** [2] - 183:25, 184:18
**clerk** [5] - 8:24, 13:7, 13:9, 13:10, 28:5
**clients** [2] - 26:14, 148:7
**clock** [2] - 19:6, 111:12
**close** [8] - 28:4, 34:23, 59:6, 65:20, 85:5, 86:19, 103:20, 119:14
**closed** [1] - 75:15
**closing** [1] - 121:13
**co** [5] - 23:21, 24:12, 126:9, 134:15, 164:13
**co-conspirator** [2] - 23:21, 24:12
**co-conspirators** [2] - 126:9, 134:15
**co-counsel** [1] - 164:13
**cocaine** [1] - 69:7
**Code** [4] - 113:3, 113:7, 113:10, 113:12
**CODE** [1] - 210:11
**coffee** [2] - 34:24, 208:14
**cognizant** [1] - 18:24
**colleague** [1] - 33:5
**colleagues** [2] - 33:11, 141:13
**college** [1] - 41:4
**colors** [1] - 155:15
**Columbia** [1] - 185:12
**Colville** [2] - 28:15, 43:8
**combed** [1] - 207:12
**comfortable** [8] - 12:15, 13:15, 54:15, 96:9, 104:14, 104:16, 104:18, 105:17
**coming** [20] - 4:24, 4:25, 10:4, 16:15, 22:13, 24:5, 62:23, 107:9, 109:19,

130:12, 143:23, 144:3, 181:4, 199:17, 200:17, 201:21, 201:23, 202:3, 202:4, 204:22
**commented** [1] - 191:21
**commerce** [1] - 7:18
**Commerce** [6] - 124:9, 124:14, 130:5, 130:9, 130:15, 131:8
**commercial** [2] - 125:2, 132:18
**commercially** [2] - 124:25, 134:1
**commit** [4] - 30:16, 113:5, 113:13, 122:23
**committed** [5] - 56:6, 56:7, 113:15, 113:18, 140:18
**committee** [2] - 145:2, 145:4
**common** [1] - 34:21
**communicate** [2] - 117:17, 117:18
**communication** [2] - 117:25, 118:2
**communications** [1] - 197:17
**community** [1] - 197:25
**companies** [60] - 125:18, 126:5, 126:11, 126:23, 127:5, 127:13, 127:18, 127:19, 129:1, 129:16, 129:24, 130:21, 130:23, 133:5, 133:18, 134:2, 134:6, 134:11, 134:17, 135:8, 135:11, 135:13, 135:17, 135:18, 135:19, 135:22, 135:24, 136:2, 136:23, 138:9, 138:11, 138:14, 139:1, 139:3, 140:1, 140:8, 141:9, 142:23, 143:12, 143:14, 143:19, 143:22, 146:16, 146:17, 146:19, 147:21, 148:25, 150:2, 151:16, 151:17, 151:25, 153:12, 160:2, 160:17, 163:13, 198:1, 206:5
**company** [62] - 6:18, 47:20, 62:3, 63:21,

78:3, 82:13, 95:7, 97:24, 98:10, 100:8, 100:9, 122:3, 123:20, 123:21, 123:24, 124:3, 128:15, 128:16, 128:21, 129:6, 129:7, 130:1, 132:24, 132:25, 136:10, 136:11, 136:13, 136:25, 138:17, 142:25, 143:1, 143:2, 144:15, 144:18, 144:23, 145:1, 145:4, 145:14, 146:8, 146:15, 147:5, 147:8, 147:9, 147:11, 147:14, 147:15, 147:17, 147:19, 147:24, 149:23, 150:14, 150:18, 150:25, 151:5, 151:9, 151:12, 152:3, 160:25, 166:7, 179:22, 190:17, 190:18
**company's** [4] - 133:24, 133:25, 135:15, 146:13
**compared** [2] - 123:3, 191:11
**competition** [1] - 143:23
**complete** [3] - 154:20, 194:8, 194:10
**completed** [5] - 117:8, 148:12, 167:24, 168:3, 194:14
**completely** [1] - 156:22
**complicated** [1] - 16:8
**compliment** [1] - 196:2
**computer** [1] - 117:22
**con** [1] - 122:8
**conceal** [4] - 125:24, 127:16, 133:16, 134:10
**concealed** [2] - 125:7, 133:9, 202:21
**concealing** [1] - 163:1
**concerned** [8] - 5:3, 8:24, 11:15, 20:2, 20:12, 81:10, 147:4, 196:6
**concerning** [2] - 26:16, 62:22
**concerns** [3] -

188:10, 188:15, 188:19
**conclude** [1] - 156:8
**CONCLUDED** [1] - 209:18
**concluded** [2] - 159:18, 159:19
**conclusion** [7] - 137:15, 159:17, 159:20, 159:23, 159:24, 160:4, 163:19
**conclusions** [1] - 159:4
**conduct** [7] - 8:20, 21:4, 21:23, 22:5, 117:6, 130:8, 159:3
**conducts** [1] - 9:4
**confer** [2] - 72:17, 75:8
**CONFERENCE** [1] - 210:16
**conferences** [2] - 12:18, 13:1
**confirmed** [1] - 158:25
**CONFORMANCE** [1] - 210:15
**confuse** [1] - 67:6
**confused** [1] - 74:11
**connected** [3] - 58:2, 58:13, 101:22
**connection** [1] - 85:8
**connections** [1] - 51:7
**consider** [10] - 42:1, 43:1, 72:6, 88:10, 114:7, 114:14, 115:5, 116:4, 118:14, 120:7
**consideration** [1] - 120:16
**considering** [1] - 116:10
**consist** [1] - 114:8
**consisted** [1] - 134:1
**conspiracy** [16] - 24:3, 24:4, 24:6, 26:17, 30:15, 87:9, 113:13, 122:12, 122:23, 122:25, 126:13, 134:19, 136:22, 139:9, 139:12
**conspirator** [2] - 23:21, 24:12
**conspirators** [2] - 126:9, 134:15
**conspired** [1] - 131:22
**conspiring** [1] - 113:3
**constructed** [3] -

143:9, 154:1, 175:17
**constructing** [1] - 154:14
**construction** [5] - 53:13, 100:7, 154:5, 154:23, 155:2
**consultant** [2] - 82:15
**consulting** [1] - 118:16
**contact** [3] - 118:12, 197:20, 197:21
**contacted** [2] - 173:24, 174:12
**contacting** [1] - 168:18
**contain** [1] - 131:13
**contained** [1] - 113:21
**contends** [2] - 141:21, 142:2
**context** [2] - 142:17, 186:6
**continue** [2] - 143:15, 150:3
**continued** [1] - 163:13
**continuing** [2] - 201:1, 201:3
**contradicts** [1] - 116:21
**control** [5] - 112:2, 112:9, 115:12, 120:22, 140:2
**controlled** [15] - 127:5, 127:20, 129:1, 129:3, 129:4, 129:7, 129:19, 133:1, 133:11, 134:2, 137:1, 138:25, 139:2, 139:3
**conversation** [2] - 108:22, 191:18
**conversion** [1] - 26:6
**convinced** [1] - 208:21
**convinces** [1] - 66:24
**convoluted** [1] - 5:15
**cooperation** [1] - 10:18
**COPY** [1] - 1:10
**copying** [1] - 184:8
**corner** [2] - 156:2, 159:22
**corporate** [2] - 33:6, 33:13
**corporations** [4] - 34:6, 34:7, 61:6
**CORRECT** [1] - 210:12

**correct** [68] - 12:25, 57:22, 59:9, 61:18, 62:12, 62:13, 78:6, 78:7, 81:11, 81:14, 83:9, 83:19, 91:15, 106:15, 166:15, 166:17, 172:14, 175:15, 177:20, 178:14, 179:12, 179:14, 186:12, 187:20, 198:19, 198:25, 199:1, 199:4, 199:5, 199:8, 199:9, 199:11, 199:13, 199:14, 200:5, 200:21, 200:24, 200:25, 201:2, 201:3, 201:6, 201:7, 201:19, 202:10, 202:11, 202:23, 203:6, 203:7, 203:11, 203:21, 203:22, 204:7, 204:23, 204:24, 205:8, 205:11, 205:17, 205:22, 205:25, 206:1, 206:12, 206:13, 206:15, 206:16, 207:3, 207:4, 207:13, 207:14
**correctly** [1] - 172:1
**cost** [3] - 130:25, 177:2
**couched** [1] - 14:5
**Counsel** [20] - 4:8, 4:13, 4:16, 4:23, 20:20, 27:6, 27:11, 27:14, 33:2, 33:16, 34:4, 72:11, 75:12, 89:21, 121:20, 140:20, 140:21, 140:25, 152:9, 163:22
**COUNSEL** [1] - 2:3
**counsel** [16] - 4:11, 31:19, 32:1, 71:9, 72:22, 75:9, 121:7, 121:9, 121:23, 140:23, 152:10, 164:11, 164:13, 164:15, 165:6, 165:22
**count** [2] - 19:13, 21:4
**countervailing** [16] - 30:23, 124:12, 124:18, 124:23, 125:14, 126:16, 130:18, 131:3, 131:7, 131:21, 132:12, 132:23, 134:8, 134:22, 144:2, 145:19

**country** [11] - 68:23, 125:4, 127:16, 131:20, 132:3, 132:22, 133:19, 137:24, 137:25, 142:23, 201:9
**counts** [5] - 31:7, 31:8, 62:4, 62:5, 87:8
**COUNTY** [1] - 210:4
**County** [1] - 58:7
**couple** [4] - 5:18, 14:1, 15:25, 20:22, 49:1, 50:22, 59:5, 69:7, 108:7, 108:12, 167:1, 169:20, 176:14, 189:4
**course** [13] - 15:4, 44:22, 100:17, 117:14, 128:16, 132:7, 133:23, 136:1, 139:8, 152:23, 153:22, 154:18, 157:4
**COURT** [420] - 1:2, 1:24, 4:13, 4:16, 4:22, 7:5, 7:7, 7:13, 11:14, 14:14, 14:23, 15:1, 15:5, 20:8, 20:25, 21:8, 21:14, 22:7, 22:18, 22:22, 23:4, 23:11, 24:10, 24:16, 25:3, 25:7, 25:14, 25:20, 25:24, 26:7, 26:10, 27:11, 27:14, 27:19, 29:10, 30:9, 32:5, 32:24, 33:16, 34:4, 34:20, 34:25, 35:2, 36:9, 40:21, 40:23, 40:25, 41:2, 41:6, 41:9, 41:14, 41:16, 41:18, 42:3, 42:5, 42:9, 42:12, 42:14, 42:16, 42:19, 42:21, 43:4, 43:6, 43:9, 43:11, 43:13, 43:18, 43:21, 44:4, 44:6, 44:10, 44:13, 44:16, 44:20, 44:23, 44:25, 45:2, 45:4, 45:7, 45:10, 45:17, 45:20, 45:23, 46:1, 46:4, 46:8, 46:13, 46:16, 46:22, 46:25, 47:5, 47:13, 47:18, 47:21, 47:23, 48:1, 48:7, 48:16, 48:19, 48:22, 49:1, 49:9, 49:15, 49:21, 49:25, 50:3, 50:8, 50:12, 50:15, 50:21, 51:4, 51:7, 51:11, 51:16,

51:21, 52:1, 52:6, 52:9, 52:12, 52:15, 52:19, 52:23, 52:25, 53:3, 53:7, 53:10, 53:15, 53:20, 53:23, 54:2, 54:5, 54:8, 54:15, 54:18, 54:22, 55:2, 55:8, 55:12, 55:15, 55:20, 55:23, 56:1, 56:21, 56:24, 57:2, 57:6, 57:24, 58:9, 58:12, 58:16, 58:23, 59:1, 59:7, 59:11, 59:15, 59:23, 60:1, 60:10, 61:15, 61:20, 61:23, 62:5, 62:9, 62:14, 62:21, 63:3, 63:6, 63:12, 63:16, 63:19, 63:23, 64:2, 64:5, 64:15, 64:18, 64:21, 64:25, 65:3, 65:6, 65:11, 65:14, 65:18, 65:25, 66:9, 66:13, 66:16, 66:22, 67:9, 67:12, 67:15, 67:18, 67:21, 68:2, 68:6, 68:11, 68:19, 68:24, 69:3, 69:8, 69:11, 69:14, 69:18, 69:24, 70:2, 70:5, 70:12, 70:15, 70:20, 71:22, 72:7, 72:11, 72:15, 72:21, 72:24, 73:5, 73:9, 73:14, 73:18, 73:22, 73:24, 74:3, 74:9, 74:14, 74:17, 74:21, 75:2, 75:10, 75:23, 76:7, 77:3, 77:10, 77:16, 77:19, 77:22, 77:25, 78:4, 78:8, 78:13, 78:19, 78:25, 79:3, 79:7, 79:9, 79:15, 79:18, 79:22, 80:1, 80:4, 80:7, 80:10, 80:12, 80:16, 80:20, 80:23, 81:1, 81:5, 81:8, 81:12, 81:15, 81:20, 81:22, 81:24, 82:2, 82:4, 82:7, 82:11, 82:17, 82:24, 83:3, 83:8, 83:11, 83:17, 83:21, 83:24, 84:2, 84:5, 84:7, 84:11, 84:14, 84:22, 85:1, 85:5, 85:11, 85:14, 85:18, 85:23, 86:1, 86:5, 86:8, 86:11, 86:14, 86:18, 86:23, 87:5, 87:8, 87:14, 87:17,

87:21, 88:1, 88:5, 88:17, 88:19, 89:5, 89:9, 89:18, 89:21, 89:24, 90:6, 90:10, 90:12, 90:15, 90:22, 90:25, 91:4, 91:9, 91:14, 91:17, 91:23, 92:2, 92:6, 92:10, 92:15, 92:23, 93:24, 94:12, 94:17, 94:21, 95:2, 95:5, 95:8, 95:11, 95:14, 95:19, 95:24, 96:3, 96:10, 96:14, 96:20, 96:25, 97:3, 97:6, 97:10, 97:13, 97:16, 97:20, 97:25, 98:4, 98:7, 98:12, 98:14, 98:18, 98:24, 99:1, 99:4, 99:8, 99:11, 99:15, 99:19, 99:25, 100:5, 100:11, 100:18, 100:21, 100:25, 101:3, 101:8, 101:14, 101:20, 102:2, 102:5, 102:9, 102:14, 102:17, 103:1, 103:4, 103:10, 103:16, 103:19, 104:1, 104:4, 104:6, 104:9, 104:15, 104:21, 104:24, 105:2, 105:5, 105:14, 105:24, 106:1, 106:5, 106:14, 106:21, 107:3, 107:5, 107:13, 108:3, 111:20, 121:23, 140:20, 140:25, 141:3, 152:9, 161:5, 163:22, 164:8, 164:15, 164:24, 165:22, 170:10, 183:17, 183:21, 184:16, 198:13, 207:19, 209:7, 209:12, 210:8, 210:9, 210:23
   **Court** [33] - 5:10, 6:4, 9:3, 9:5, 11:14, 11:15, 11:17, 14:16, 16:18, 23:16, 23:25, 24:1, 30:9, 72:6, 73:8, 73:20, 93:19, 93:20, 107:24, 108:1, 108:25, 114:19, 118:12, 118:22, 118:25, 119:10, 120:6, 120:9, 120:14, 153:19, 165:13, 209:14
   **court** [14] - 11:24, 13:3, 18:19, 24:8,

26:14, 26:15, 37:1, 62:12, 70:11, 87:11, 105:11, 109:22, 110:6
   **COURTHOUSE** [1] - 2:8
   **courtroom** [4] - 104:13, 119:21, 119:22, 164:9
   **courts** [2] - 102:24, 110:8
   **cousin** [1] - 101:25
   **covered** [1] - 72:7
   **CR** [2] - 1:11, 4:6
   **Cracium** [2] - 29:2, 51:12
   **create** [6] - 126:1, 128:5, 136:17, 162:13
   **created** [2] - 135:2, 145:8
   **creating** [2] - 78:3, 207:2
   **credibility** [1] - 57:13
   **crime** [12] - 64:10, 64:13, 65:21, 86:20, 87:18, 102:24, 137:23, 140:18, 149:11, 149:12, 163:18
   **crimes** [1] - 113:14
   **criminal** [30] - 27:4, 46:20, 56:4, 66:10, 66:18, 66:19, 67:2, 67:6, 67:16, 68:2, 68:8, 69:5, 69:22, 70:8, 89:10, 104:5, 104:11, 112:23, 112:24, 122:3, 122:12, 122:25, 126:8, 126:13, 129:23, 134:14, 135:16, 139:4, 208:17
   **criminally** [3] - 124:17, 131:4, 131:22
   **Cristian** [1] - 32:13
   **critical** [1] - 18:19
   **cross** [3] - 121:8, 121:10, 198:13
   **CROSS** [2] - 3:3, 198:14
   **cross-examination** [1] - 198:13
   **CROSS-EXAMINATION** [1] - 198:14
   **cross-examine** [2] - 121:8, 121:10
   **crossword** [1] - 38:2
   **crowd** [1] - 104:15
   **CSR** [2] - 1:23, 210:22

**Culver** [1] - 95:18
**cup** [1] - 208:13
**currency** [1] - 26:6
**current** [1] - 102:22
**cursory** [1] - 159:7
**custom** [5] - 21:3, 30:21, 31:9, 113:8, 113:16
**Custom** [1] - 30:23
**custom's** [1] - 140:13
**customer** [5] - 137:18, 171:16, 173:22, 201:8, 203:4
**customers** [14] - 123:25, 124:11, 125:19, 127:4, 127:7, 134:11, 135:3, 135:4, 135:5, 168:17, 168:18, 172:8, 173:25, 205:14
**Customs** [26] - 113:4, 122:21, 122:22, 125:16, 126:14, 132:5, 132:6, 132:9, 134:20, 137:11, 152:19, 152:23, 152:24, 152:25, 153:8, 153:9, 153:10, 157:22, 158:22, 158:23, 158:25, 159:21, 162:21, 162:23, 163:8
**customs** [2] - 62:15, 103:11
**cut** [6] - 176:5, 176:7, 185:11, 195:8, 195:11, 195:12
**CZ** [3] - 158:8, 158:12, 163:9
**CZW** [59] - 22:16, 123:6, 123:17, 124:2, 124:5, 125:6, 125:20, 126:3, 126:14, 127:6, 128:1, 128:4, 128:6, 128:8, 128:9, 128:24, 129:7, 129:10, 129:11, 129:13, 129:17, 129:25, 130:1, 131:10, 131:20, 133:6, 133:24, 134:7, 135:6, 135:12, 136:14, 136:18, 136:20, 137:2, 137:20, 138:15, 138:20, 141:25, 142:25, 146:14, 150:23, 150:25, 151:3, 179:23, 180:11,

180:18, 180:23, 180:24, 181:1, 189:22, 191:4, 191:8, 191:10, 197:25, 200:5, 201:1, 201:9, 201:14, 207:15
   **CZW's** [25] - 123:6, 124:15, 124:20, 124:22, 125:4, 125:20, 125:24, 127:4, 128:19, 130:6, 130:10, 130:16, 130:20, 130:25, 131:25, 132:2, 132:21, 134:19, 135:3, 135:7, 135:24, 137:3, 137:24, 140:13, 192:2
   **CZW/China** [1] - 191:15

## D

   **D-E-L-A-C-R-U-Z** [1] - 94:9
   **D.C** [2] - 33:25, 39:3
   **dad** [1] - 83:14
   **Dalian** [2] - 138:17, 138:18
   **damn** [1] - 181:13
   **dangerously** [1] - 15:17
   **Daniel** [3] - 29:2, 32:18, 51:12
   **Darryl** [2] - 28:25, 48:12
   **date** [5] - 9:22, 37:21, 37:24, 179:6, 185:2
   **DATE** [1] - 210:19
   **dated** [1] - 159:20
   **daughter** [1] - 54:25
   **David** [5] - 32:19, 187:21, 188:3, 192:13, 192:17
   **DAY** [1] - 1:19
   **day-in** [1] - 153:15
   **day-out** [1] - 153:15
   **day-to-day** [1] - 196:18
   **days** [14] - 7:4, 16:14, 16:18, 16:19, 17:10, 17:11, 18:3, 18:4, 68:1, 69:13, 191:1, 191:6, 208:19, 208:21
   **DC** [1] - 2:17
   **deadly** [1] - 70:9
   **deal** [4] - 102:19,

130:11, 154:11, 187:4
   **dealing** [1] - 84:17
   **dealings** [3] - 62:15, 83:5, 103:10
   **deals** [1] - 82:15
   **death** [1] - 71:18
   **decade** [2] - 69:22, 100:9
   **deceive** [1] - 123:18
   **December** [8] - 135:2, 190:22, 193:1, 193:5, 193:11, 194:8, 200:11, 202:5
   **decide** [18] - 55:8, 55:23, 58:20, 59:13, 63:25, 70:24, 79:19, 85:15, 96:6, 112:13, 112:14, 112:16, 115:10, 116:7, 117:7, 117:10, 118:24, 119:19
   **decided** [6] - 26:19, 58:21, 85:20, 99:22, 118:21, 159:3
   **deciding** [4] - 114:7, 114:14, 116:4, 116:6
   **decision** [11] - 10:25, 58:24, 68:10, 68:13, 68:20, 68:22, 71:2, 104:23, 119:12, 120:8, 185:13
   **decisions** [4] - 10:21, 10:22, 67:17, 183:13
   **deck** [2] - 154:19, 154:20
   **declarant** [1] - 24:4
   **declared** [3] - 152:18, 158:21, 162:20
   **deep** [1] - 144:7
   **DEFENDANT** [1] - 2:11
   **defendant** [26] - 7:25, 24:15, 24:25, 26:4, 49:17, 56:7, 70:10, 71:3, 96:4, 96:16, 113:1, 113:20, 113:23, 113:25, 114:2, 114:4, 120:17, 120:18, 120:20, 120:23, 121:7, 121:8, 131:2, 134:17, 135:2
   **defendant's** [3] - 124:16, 133:4, 134:13
   **defendants** [74] - 4:15, 4:21, 8:6, 8:7, 22:1, 25:6, 25:9, 27:13, 30:14, 30:16, 30:22, 30:25, 31:3,

31:6, 31:10, 33:6, 33:9, 34:5, 113:14, 120:15, 120:22, 122:1, 122:14, 122:20, 123:14, 124:19, 125:1, 125:3, 125:5, 125:9, 125:13, 125:22, 126:12, 126:22, 126:23, 126:25, 127:2, 127:8, 127:10, 127:11, 127:15, 128:18, 129:21, 130:4, 130:8, 130:19, 131:22, 131:25, 132:4, 132:8, 132:15, 132:21, 133:8, 133:10, 133:16, 134:9, 134:25, 135:20, 136:11, 136:14, 137:23, 138:4, 138:6, 138:12, 138:14, 138:20, 139:2, 140:8, 140:12, 140:18, 141:8, 141:12

**DEFENDANTS** [1] - 1:17

**defendants'** [1] - 6:6
**defense** [16] - 10:3, 21:6, 22:10, 33:3, 46:20, 73:6, 73:8, 74:1, 74:16, 74:19, 90:17, 91:7, 91:11, 91:21, 92:7, 98:21
**deferred** [2] - 182:7, 195:22
**define** [1] - 89:13
**defined** [1] - 36:25
**definitively** [1] - 200:1
**defraud** [19] - 30:15, 113:4, 122:24, 126:14, 126:15, 130:20, 134:19, 134:20, 136:14, 149:8, 149:11, 152:8, 157:22, 158:2, 163:7, 163:8, 163:9, 163:17
**defrauded** [6] - 122:1, 122:2, 140:13, 140:14, 142:3, 142:4
**defrauding** [2] - 137:3, 153:9
**del** [1] - 82:13
**Delacruz** [2] - 94:8, 99:2
**deliberate** [3] - 104:19, 112:11, 121:15
**deliberation** [3] -

35:10, 89:6, 92:13
**deliberations** [4] - 60:15, 112:10, 117:9, 118:1
**demand** [1] - 151:22
**demonstrated** [1] - 156:9
**demonstrates** [1] - 24:6
**denied** [4] - 8:9, 8:17, 25:7, 119:1
**Denis** [1] - 33:25
**department** [7] - 50:18, 56:22, 99:12, 99:13, 99:14, 101:9
**Department** [9] - 32:2, 97:5, 99:7, 124:8, 124:14, 130:5, 130:9, 130:15, 131:8
**departure** [1] - 177:16
**depict** [1] - 169:25
**depicted** [1] - 156:1
**depicts** [1] - 155:10
**deposition** [1] - 6:14
**Depression** [1] - 163:16
**deputy** [2] - 58:8, 102:1
**describe** [6] - 129:10, 154:9, 176:11, 176:22, 178:8, 194:16
**described** [1] - 66:17
**describes** [1] - 113:22
**design** [1] - 155:3
**designed** [5] - 124:5, 129:13, 143:9, 154:1, 156:20
**designer** [1] - 55:1
**detail** [3] - 6:10, 122:14, 126:21
**detailed** [1] - 112:9
**determination** [1] - 163:4
**determine** [6] - 36:16, 36:21, 37:5, 37:10, 120:17, 165:4
**develop** [1] - 163:13
**Development** [4] - 27:17, 33:13, 127:11, 173:3
**DEVELOPMENT** [1] - 1:14
**diamond** [1] - 40:22
**dictionaries** [1] - 118:16
**die** [1] - 194:22
**dies** [1] - 180:14

**difference** [3] - 85:21, 96:20, 120:13
**different** [19] - 5:8, 5:12, 8:12, 8:13, 8:14, 34:24, 39:8, 66:13, 66:15, 88:15, 113:3, 141:11, 141:21, 142:7, 143:14, 144:23, 147:22, 156:3
**differentially** [1] - 195:18
**differently** [2] - 11:16, 11:17
**differs** [1] - 18:20
**difficult** [2] - 144:20, 163:14
**difficulties** [1] - 142:24
**dime** [1] - 158:15
**dimensions** [1] - 148:17
**dinner** [1] - 58:19
**dire** [6] - 9:2, 9:4, 9:9, 11:10, 11:12, 13:2
**DIRECT** [2] - 3:3, 165:24
**direct** [6] - 30:1, 114:23, 114:24, 115:5, 115:8
**directed** [4] - 39:16, 138:17, 190:4, 190:5
**directly** [2] - 13:8, 197:17
**director** [1] - 46:19
**directors** [1] - 145:4
**diring** [1] - 9:10
**disassembled** [1] - 205:19
**disclose** [1] - 143:4
**disclosed** [3] - 25:1, 25:4, 25:10
**disclosure** [1] - 25:10
**discourage** [1] - 68:20
**discuss** [6] - 10:23, 12:24, 59:21, 118:11, 163:25, 208:25
**discussed** [1] - 199:7
**discussing** [1] - 117:20
**discussion** [1] - 10:18
**discussions** [1] - 63:13
**disguise** [5] - 125:3, 132:20, 203:9, 203:13, 203:18

**disguised** [2] - 124:21, 132:2
**disguising** [2] - 152:13, 203:16
**dislikes** [1] - 112:18
**disposition** [1] - 98:22
**disputes** [5] - 63:13, 64:5, 64:7, 103:12, 103:13
**disregard** [4] - 114:18, 116:2, 116:5, 120:12
**disregarding** [1] - 120:19
**distinction** [2] - 67:19, 115:7
**distract** [1] - 119:20
**district** [3] - 95:12, 95:21, 153:13
**DISTRICT** [5] - 1:2, 1:3, 1:7, 210:9, 210:10
**DIVISION** [1] - 1:4
**DO** [1] - 210:10
**doctor** [1] - 57:10
**document** [1] - 159:20
**documentary** [1] - 16:11
**documents** [3] - 7:1, 122:21, 139:22
**dog** [1] - 38:5
**dollars** [13] - 31:4, 122:4, 123:25, 126:10, 128:14, 128:23, 129:25, 134:16, 139:17, 140:7, 140:16, 145:10, 161:2
**domestic** [1] - 64:14
**done** [13] - 7:1, 7:3, 13:2, 18:13, 34:24, 37:14, 48:10, 114:20, 125:13, 146:24, 149:15, 208:21, 208:22
**door** [2] - 150:4, 204:3
**doors** [3] - 147:10, 148:5
**double** [1] - 150:6
**double-punch** [1] - 150:6
**Doubleday** [8] - 27:17, 33:14, 127:12, 135:21, 136:6, 171:8, 171:12, 178:4
**DOUBLEDAY** [1] - 1:14

**doubt** [9] - 67:4, 67:5, 68:18, 69:16, 70:18, 89:13, 89:16, 114:3, 140:17
**down** [30] - 27:23, 40:17, 48:9, 53:11, 56:16, 59:1, 63:6, 65:7, 66:5, 68:17, 69:19, 76:1, 76:11, 78:21, 81:16, 81:17, 86:15, 88:22, 93:9, 98:8, 103:22, 125:11, 133:12, 138:6, 141:14, 149:2, 150:20, 158:15, 162:9, 196:12
**Downey** [1] - 52:22
**downside** [1] - 17:8
**downturn** [1] - 163:15
**dozens** [1] - 139:21
**Dr** [10] - 32:20, 33:23, 33:24, 33:25, 154:24, 155:13, 156:6, 156:16, 157:4, 157:7
**drift** [1] - 164:17
**Drive** [1] - 173:7
**drive** [1] - 203:5
**driving** [1] - 202:22
**drop** [2] - 145:21, 156:2
**dropped** [2] - 151:24, 156:3
**drove** [1] - 195:21
**drug** [1] - 69:6
**drugs** [1] - 86:9
**DUI** [1] - 86:7
**Dupre'** [2] - 22:10, 22:11
**durability** [3] - 148:17, 157:13, 176:21
**durable** [2] - 155:16, 156:12
**during** [16] - 7:11, 15:3, 17:14, 22:25, 24:17, 112:20, 117:14, 120:4, 144:17, 147:6, 151:24, 152:4, 160:22, 163:14, 163:15, 164:6
**duties** [44] - 30:23, 31:5, 40:13, 62:15, 62:22, 63:13, 112:1, 112:7, 124:9, 124:12, 124:15, 124:17, 124:18, 124:23, 125:14, 126:16,

130:6, 130:10, 130:16, 130:19, 131:3, 131:5, 131:7, 131:11, 131:16, 131:21, 132:3, 132:12, 132:23, 133:3, 134:8, 134:22, 137:16, 141:19, 158:17, 159:5, 160:5, 160:6, 163:6, 170:21, 183:7, 185:22

**duty** [18] - 36:15, 36:16, 37:7, 37:10, 38:25, 67:25, 69:19, 105:18, 106:6, 112:11, 117:15, 144:2, 145:8, 145:9, 145:19, 148:22, 176:14

## E

**e-mail** [6] - 117:22, 184:5, 184:7, 184:10, 184:11, 185:2
**early** [2] - 141:16, 169:13
**earned** [1] - 123:19
**easier** [1] - 20:9
**East** [4] - 43:14, 55:17, 98:9, 99:3
**easy** [2] - 194:15, 194:16
**eavesdrop** [1] - 71:16
**economic** [1] - 163:15
**economics** [1] - 166:22
**editor** [2] - 102:23, 102:25
**educate** [1] - 40:12
**effect** [3] - 21:16, 150:18, 191:23
**effective** [1] - 20:14
**effectively** [2] - 19:13, 110:22
**efficient** [2] - 20:14, 35:25
**efficiently** [2] - 20:15, 110:21
**effort** [1] - 203:8
**efforts** [2] - 163:11, 174:7
**eight** [14] - 11:1, 11:4, 11:8, 63:8, 74:23, 75:13, 76:12, 84:18, 86:20, 87:2, 87:22, 88:22, 89:18,

191:1
**either** [23] - 14:10, 35:21, 45:11, 50:1, 50:2, 54:16, 56:25, 57:1, 65:19, 72:1, 86:19, 86:24, 87:23, 98:19, 98:24, 101:1, 104:16, 105:6, 114:23, 115:6, 115:8, 137:7, 154:3
**electrical** [1] - 79:6
**element** [4] - 7:17, 21:2, 21:3, 22:3
**elementary** [1] - 97:18
**eliminate** [1] - 144:2
**elucidate** [1] - 25:12
**embarrassed** [3] - 58:21, 85:19, 99:23
**embedded** [2] - 159:9, 160:25
**emerge** [1] - 197:24
**emerged** [1] - 198:4
**emeritus** [1] - 155:1
**emperor** [2] - 123:3, 196:7
**employ** [1] - 143:15
**employed** [7] - 44:9, 44:12, 62:2, 63:20, 148:24, 153:14, 204:20
**employee** [2] - 24:15, 193:16
**employees** [5] - 6:16, 138:17, 147:15, 191:15, 195:16
**employer** [2] - 118:3, 118:6
**employment** [4] - 40:2, 40:3, 40:5, 77:22
**empty** [2] - 81:9, 172:16
**en** [1] - 11:5
**encountered** [1] - 130:4
**encouraged** [2] - 20:3, 20:16
**encouragement** [1] - 20:11
**end** [25] - 14:24, 37:8, 39:1, 39:5, 39:12, 49:6, 57:20, 71:2, 76:6, 76:11, 101:16, 111:8, 112:3, 112:8, 117:9, 117:16, 119:11, 152:6, 167:7, 174:15, 190:1, 194:19, 194:23, 196:3, 205:3

**ENDED** [2] - 75:1, 92:22
**ended** [2] - 89:3, 89:7, 150:17
**ENDS** [1] - 107:4
**ends** [1] - 195:12
**energy** [1] - 207:9
**enforcement** [28] - 48:14, 49:10, 51:8, 56:11, 56:15, 57:8, 57:17, 58:2, 59:3, 59:5, 59:13, 59:16, 60:2, 60:3, 60:5, 60:10, 84:18, 84:20, 85:2, 85:3, 85:6, 85:8, 101:5, 101:6, 101:15, 101:18, 101:22, 104:11
**engaged** [1] - 30:16
**engineer** [3] - 46:11, 79:6, 100:7
**English** [4] - 83:14, 88:8, 120:3, 120:8
**enormous** [5] - 122:17, 123:4, 127:24, 135:23, 150:1
**ensure** [1] - 163:11
**enter** [1] - 87:9
**entering** [1] - 7:25
**entire** [9] - 9:4, 16:7, 16:8, 57:7, 119:7, 147:5, 160:22, 161:16, 191:2
**entirely** [2] - 65:1, 112:22
**entities** [1] - 33:13
**entitled** [4] - 54:10, 57:19, 84:24, 118:23
**ENTITLED** [1] - 210:14
**entity** [1] - 128:22
**entry** [1] - 154:2
**environment** [1] - 146:3
**environmental** [1] - 55:18
**equipment** [2] - 157:1, 183:15
**Eric** [19] - 32:15, 139:11, 139:12, 139:16, 139:17, 139:18, 139:21, 140:23, 160:11, 160:21, 160:22, 161:15, 161:16, 161:25, 162:1, 162:2, 162:6, 192:20
**error** [2] - 12:25
**ESQUIRE** [3] - 2:12, 2:13, 2:16

**essay** [1] - 83:14
**essentially** [2] - 131:8, 194:20
**et** [14] - 4:7, 13:1, 16:22, 19:22, 22:17, 26:17, 27:5, 43:23, 47:1, 49:4, 51:8, 110:4, 123:10, 193:22
**evade** [1] - 124:17, 131:4, 134:7
**evaded** [4] - 30:22, 125:13, 126:17, 134:21
**evaluate** [2] - 112:12, 159:4
**evaluated** [3] - 155:4, 155:5, 157:5
**evaluates** [1] - 155:6
**evaluating** [1] - 163:3
**evaluation** [1] - 54:12
**evasion** [2] - 31:5, 161:25
**evening** [3] - 25:1, 208:11, 209:4
**events** [3] - 34:24, 59:4, 86:11
**eventually** [4] - 127:7, 128:17, 129:20, 169:18
**evidence** [142] - 6:2, 13:6, 13:13, 13:19, 23:6, 23:8, 36:22, 36:24, 36:25, 37:2, 37:23, 38:8, 38:9, 38:10, 38:16, 38:19, 38:20, 38:22, 38:23, 41:24, 43:1, 43:2, 50:24, 51:5, 51:22, 54:12, 55:9, 55:24, 57:4, 66:23, 70:24, 71:1, 79:23, 80:21, 82:8, 82:9, 82:22, 84:12, 87:11, 93:20, 96:7, 96:12, 99:16, 100:3, 100:15, 103:6, 105:8, 105:19, 105:21, 107:25, 108:9, 112:12, 112:16, 122:21, 113:23, 114:6, 114:7, 114:11, 114:13, 114:14, 114:17, 114:18, 114:22, 114:23, 114:24, 115:2, 115:6, 115:9, 115:11, 115:12, 115:13, 115:15, 115:17, 116:1, 116:3,

116:4, 116:21, 116:24, 117:2, 117:11, 118:13, 118:21, 119:12, 119:17, 119:24, 120:4, 120:7, 120:18, 120:19, 121:2, 121:3, 121:7, 121:9, 121:11, 122:6, 122:10, 122:13, 122:16, 124:24, 125:1, 132:13, 132:15, 132:17, 133:15, 133:23, 134:3, 136:9, 137:22, 137:23, 139:8, 139:20, 139:24, 140:1, 140:4, 140:11, 140:12, 140:17, 142:6, 142:9, 142:19, 143:8, 146:12, 148:20, 149:13, 150:16, 150:21, 150:24, 151:19, 156:15, 157:15, 157:17, 157:20, 158:7, 163:10, 163:19, 165:2, 165:3, 165:5, 183:23, 184:15
**evidenced** [1] - 162:2
**evidentiary** [3] - 5:19, 5:21, 12:16
**exact** [4] - 50:20, 177:9, 179:5, 182:1
**exactly** [4] - 23:13, 139:23, 178:25, 190:15
**examination** [1] - 198:13
**EXAMINATION** [2] - 165:24, 198:14
**examine** [2] - 121:8, 121:10
**example** [2] - 16:5, 194:2
**excellent** [1] - 16:9
**except** [2] - 6:17, 16:16
**exception** [5] - 11:25, 23:20, 131:6, 131:11, 131:23
**exceptions** [1] - 148:4
**exchange** [4] - 102:20, 128:2, 128:5, 145:5
**exclude** [2] - 5:25, 22:11
**excuse** [23] - 11:4,

34:17, 41:10, 73:8, 73:13, 73:20, 74:2, 74:7, 74:16, 74:20, 90:13, 90:20, 91:2, 91:7, 91:22, 92:5, 95:15, 106:2, 106:21, 108:5, 108:11, 208:1, 208:19
**excused** [13] - 11:5, 11:6, 19:22, 73:9, 75:13, 75:16, 75:18, 92:2, 92:3, 93:3, 107:8, 209:9
**execute** [3] - 127:21, 139:10, 140:9
**executed** [2] - 7:4, 123:15
**exercised** [1] - 140:2
**Exhibit** [5] - 169:22, 170:9, 170:11, 183:16, 184:17
**exhibit** [7] - 13:9, 114:11, 115:15, 115:18, 115:21, 169:23, 169:25
**exhibits** [1] - 37:2
**exist** [1] - 149:21
**existed** [2] - 148:5, 148:6
**expand** [1] - 144:19
**expect** [3] - 5:2, 118:7, 121:3
**expected** [1] - 151:22
**expensive** [3] - 132:20, 161:13, 183:14
**experience** [21] - 18:25, 38:17, 56:15, 60:3, 60:16, 60:19, 60:24, 61:2, 61:8, 61:11, 62:17, 62:25, 68:12, 84:19, 86:24, 101:5, 101:6, 101:8, 102:18, 102:20, 104:10
**experiences** [1] - 42:22
**expert** [6] - 14:2, 24:24, 148:15, 154:24, 155:2, 157:5
**experts** [6] - 14:3, 20:10, 148:15, 149:25, 154:24, 204:13
**explain** [4] - 22:16, 36:12, 89:24, 108:6
**explained** [5] - 112:23, 158:12, 159:22, 161:17,

164:14
**explanation** [1] - 12:20
**exploit** [1] - 131:23
**export** [3] - 124:10, 145:25, 158:16
**exported** [1] - 158:13
**exporting** [1] - 158:19
**exports** [4] - 30:19, 128:19, 133:24, 145:15
**exposed** [2] - 117:13, 119:9
**express** [7] - 109:2, 109:11, 109:14, 109:16, 164:2, 209:2
**extended** [1] - 142:20
**extent** [3] - 9:6, 72:7, 139:19
**external** [1] - 146:3
**extra** [3] - 21:2, 21:3, 22:2
**extraordinary** [2] - 155:11, 155:12
**extreme** [1] - 142:24
**extremely** [1] - 130:13
**extruded** [10] - 123:7, 172:15, 176:2, 176:5, 180:14, 194:24, 194:25, 195:2, 195:3, 195:5
**extrusion** [23] - 123:5, 123:7, 127:24, 144:7, 145:17, 145:24, 166:25, 167:18, 167:21, 171:15, 171:16, 172:6, 172:9, 180:12, 181:3, 192:8, 194:10, 194:15, 194:17, 195:1, 195:8, 195:9, 206:24
**extrusions** [46] - 31:1, 123:7, 123:13, 123:20, 124:9, 124:16, 124:20, 124:22, 125:4, 128:11, 128:14, 128:23, 129:5, 129:6, 130:6, 130:7, 130:10, 130:16, 130:21, 130:25, 131:9, 131:14, 131:16, 131:19, 132:1, 132:3, 132:21, 137:10, 141:17, 144:6,

144:11, 145:16, 147:25, 154:13, 156:13, 158:13, 158:16, 168:4, 168:13, 172:10, 172:12, 176:4, 185:11, 199:8, 205:20, 206:25
**eye** [1] - 17:18

## F

**F-E-L-I-S-A** [1] - 76:20
**F-O-L-K-N-E-R** [1] - 28:20
**F-O-R-M-A-C-I-O-N** [1] - 76:21
**fabricated** [1] - 185:12
**fabricating** [1] - 167:20
**fabrication** [1] - 167:19
**facilities** [3] - 190:11, 190:12, 190:13
**facility** [4] - 138:5, 167:12, 167:13, 189:22
**facing** [2] - 142:24, 143:13
**fact** [25] - 17:4, 38:16, 85:14, 99:11, 114:25, 115:3, 115:7, 117:2, 118:6, 120:21, 129:8, 130:11, 132:17, 153:4, 155:17, 160:8, 160:12, 161:20, 161:23, 161:24, 179:3, 181:15, 199:10, 203:9, 204:12
**factor** [1] - 116:25
**factories** [2] - 137:6, 206:14
**factors** [2] - 139:3, 195:4
**factory** [13] - 127:24, 137:8, 137:21, 149:25, 167:23, 168:3, 173:20, 180:5, 194:8, 200:11, 200:19, 206:6, 206:10
**factory's** [1] - 137:12
**facts** [22] - 14:7, 36:16, 36:21, 37:4, 37:6, 37:10, 39:13, 43:25, 61:18, 63:1,

68:14, 78:15, 105:11, 112:13, 112:14, 114:8, 114:11, 114:15, 115:3, 116:6, 142:10, 165:4
**failed** [2] - 150:13, 205:13
**fair** [39] - 44:21, 45:11, 45:13, 45:15, 49:19, 49:23, 50:12, 51:21, 53:7, 53:21, 54:6, 54:11, 55:12, 56:25, 57:1, 71:3, 71:6, 79:15, 80:20, 81:12, 82:7, 83:9, 86:15, 87:14, 96:6, 96:18, 96:23, 97:13, 98:4, 98:22, 100:25, 102:14, 105:7, 118:23, 119:1, 163:20, 190:4, 205:2, 205:5
**fairness** [1] - 119:6
**fairy** [1] - 189:4
**fake** [2] - 143:8, 148:13
**fall** [6] - 38:21, 51:23, 79:24, 100:1, 155:21
**false** [7] - 113:8, 113:15, 122:21, 126:2, 136:17, 136:18, 137:15
**falsely** [3] - 30:19, 124:3, 132:9
**familiar** [4] - 179:21, 179:22, 187:19, 196:13
**families** [1] - 153:15
**family** [6] - 19:21, 51:14, 80:15, 102:17, 118:3, 118:5
**fancy** [1] - 161:11
**far** [19] - 5:2, 8:23, 11:15, 18:12, 20:1, 20:12, 49:4, 59:12, 81:9, 82:2, 92:15, 104:11, 111:25, 122:16, 177:10, 195:10, 203:8, 205:15
**faster** [2] - 35:25, 36:10
**father** [2] - 52:4, 52:6
**fault** [1] - 143:17
**favor** [2] - 12:4, 40:3
**FEDERAL** [2] - 1:24, 210:23
**federal** [2] - 133:17, 143:25
**feed** [1] - 153:15
**feelings** [1] - 85:1

**feet** [8] - 15:6, 15:13, 15:14, 171:2, 171:23, 172:2, 173:9, 195:5
**Felisa** [2] - 76:20, 81:19
**fell** [10] - 7:20, 145:16, 153:1, 153:3, 153:5, 159:5, 159:19, 159:24, 160:5
**fellow** [3] - 117:8, 117:25, 119:18
**felony** [1] - 78:12
**felt** [2] - 26:18, 148:3
**fence** [1] - 203:2
**Fernando** [1] - 47:22
**few** [28] - 5:4, 6:21, 17:9, 17:10, 69:13, 78:20, 103:24, 104:2, 108:4, 112:6, 117:5, 122:11, 128:13, 129:22, 129:23, 134:23, 153:20, 166:18, 175:10, 176:17, 176:25, 187:18, 188:12, 188:25, 189:17, 196:11, 202:7, 202:20
**fiddling** [1] - 17:16
**fidgeting** [1] - 110:25
**fields** [1] - 203:6
**figure** [2] - 48:8, 60:4
**filed** [5] - 7:2, 24:22, 26:8, 132:5, 132:8
**filing** [2] - 76:13, 122:21
**fill** [5] - 27:24, 27:25, 74:22, 76:14, 94:2
**film** [1] - 54:1
**finally** [3] - 122:15, 125:17, 138:22
**finance** [2] - 126:8, 134:14
**finances** [2] - 55:5, 86:25
**financial** [8] - 30:20, 54:24, 68:4, 82:15, 82:24, 83:5, 126:2, 136:19
**financials** [1] - 151:7
**fine** [6] - 10:24, 13:16, 26:20, 43:13, 75:17, 92:18
**finish** [1] - 19:16
**finished** [22] - 131:6, 131:12, 131:18, 131:23, 132:11, 132:14, 132:16, 133:21, 147:1, 148:2, 148:11, 148:18, 165:1, 168:13,

173:21, 199:7, 203:23, 203:25, 205:24, 206:18
**fintech** [1] - 98:10
**firm** [1] - 61:13
**firms** [1] - 144:25
**first** [58] - 8:20, 9:15, 9:18, 9:19, 10:6, 11:19, 15:21, 28:24, 29:1, 29:5, 29:8, 29:20, 34:17, 36:16, 37:10, 49:3, 58:3, 63:7, 63:8, 70:6, 71:22, 71:25, 72:13, 72:25, 73:1, 76:19, 76:21, 76:23, 89:24, 94:3, 94:7, 94:24, 117:6, 120:25, 122:11, 123:16, 126:25, 134:24, 149:10, 154:16, 165:6, 166:10, 169:19, 173:14, 174:2, 177:2, 178:18, 183:20, 186:23, 188:4, 188:25, 197:19, 198:18, 202:19, 209:14
**fit** [3] - 148:16, 148:17, 181:17
**five** [3] - 5:13, 35:12, 67:23
**flagged** [2] - 23:16, 24:7
**flat** [3] - 144:10, 175:18, 190:17
**flattened** [1] - 176:25
**flesh** [1] - 17:5
**flight's** [1] - 19:19
**floor** [2] - 168:16, 173:24
**FLOWER** [1] - 2:13
**fluff** [1] - 18:10
**fly** [1] - 159:7
**fly-by-night** [1] - 159:7
**flying** [1] - 155:15
**focus** [1] - 83:16
**focused** [2] - 16:4, 20:14
**Folkner** [3] - 28:20, 46:10, 73:4
**follow** [19] - 5:11, 38:21, 38:24, 38:25, 39:4, 39:6, 39:10, 40:10, 40:11, 40:13, 43:1, 47:2, 47:8, 47:9, 49:5, 55:10, 76:9, 119:3, 119:4
**follow-up** [3] - 40:10,

40:11, 40:13
**followed** [2] - 65:9, 195:23
**following** [5] - 65:10, 75:3, 92:23, 107:5, 114:13
**Fontana** [11] - 136:8, 169:6, 171:18, 171:20, 171:24, 172:4, 172:16, 181:14, 202:14, 202:19, 203:6
**FOR** [2] - 210:8, 210:9
**force** [2] - 155:12, 155:14
**foreclosed** [1] - 147:24
**FOREGOING** [1] - 210:12
**foreign** [1] - 8:3
**forklift** [1] - 154:3
**forklifts** [2] - 156:21
**form** [12] - 109:2, 109:6, 109:11, 109:14, 117:23, 131:10, 132:6, 142:1, 164:1, 204:7, 204:8, 209:1
**Formacion** [2] - 76:20, 81:19
**formal** [1] - 182:12
**FORMAT** [1] - 210:15
**former** [1] - 48:13
**forms** [2] - 132:5, 132:8
**forth** [1] - 62:20
**foundation** [2] - 183:20, 183:21
**Four** [1] - 35:12
**four** [30] - 16:18, 16:19, 33:12, 34:6, 35:11, 39:20, 67:16, 107:8, 108:6, 125:8, 127:10, 127:13, 130:24, 133:9, 135:22, 136:11, 136:13, 145:9, 150:9, 151:1, 153:11, 168:9, 169:8, 169:9, 169:11, 170:16, 181:9, 181:10, 182:15, 198:6
**fourth** [2] - 40:7, 97:9
**frame** [3] - 123:10, 131:14, 152:5
**frames** [4] - 198:18, 204:3, 208:15
**Francisco** [1] - 97:23

**fraud** [20] - 21:3, 30:16, 30:21, 31:5, 31:9, 31:10, 50:19, 52:13, 113:6, 113:15, 122:20, 122:22, 124:7, 125:16, 134:4, 137:24, 149:10, 149:20, 152:7
**fraudulent** [15] - 16:21, 113:8, 113:16, 122:7, 122:18, 125:19, 127:6, 127:20, 129:17, 130:8, 135:6, 137:20, 139:10, 139:14, 140:10
**fraudulently** [2] - 30:17, 132:10
**free** [2] - 19:20, 110:2
**freelance** [1] - 55:1
**frequently** [1] - 183:11
**friend** [3] - 58:6, 65:20, 103:20
**friends** [8] - 19:21, 41:23, 58:1, 85:5, 86:19, 101:20, 101:21, 102:10
**Fritz** [1] - 32:19
**front** [15] - 12:10, 17:18, 29:5, 38:2, 58:5, 63:19, 70:5, 70:7, 76:20, 94:3, 94:7, 154:4, 156:19, 169:23, 184:5
**fruition** [1] - 138:3
**frustrated** [2] - 17:17, 68:12
**frustrating** [1] - 18:24
**full** [15] - 51:15, 154:19, 154:20, 155:20, 165:18, 172:20, 180:13, 180:16, 181:10, 181:11, 181:12, 181:13, 181:14, 196:21
**full-service** [2] - 180:13, 180:16
**full-time** [1] - 51:15
**fully** [7] - 148:13, 152:16, 153:13, 153:14, 154:17, 162:19
**fun** [1] - 75:19
**function** [3] - 36:13, 143:15, 155:24
**functional** [1] -

153:13
**functionality** [2] - 156:17, 157:13
**funded** [1] - 136:21
**funding** [1] - 126:7
**furtherance** [1] - 24:6

# G

**G-A-R-C-I-A** [1] - 28:21
**G-A-R-F-I-A-S** [1] - 94:8
**G-B-O-N-E-G-U-N** [1] - 76:24
**G-O-M-E-Z** [1] - 29:6
**G-O-N-Z-A-L-E-S** [1] - 94:6
**Gabriel** [2] - 28:21, 47:17
**games** [1] - 42:15
**Garcia** [2] - 28:21, 47:17
**Garfias** [2] - 94:8, 98:9
**Garry** [1] - 32:18
**GARY** [1] - 1:6
**Gbonegun** [1] - 83:13
**gears** [1] - 158:19
**Gene** [1] - 32:16
**general** [17] - 25:11, 31:12, 35:18, 35:19, 39:19, 40:14, 41:19, 43:14, 45:2, 56:2, 84:15, 179:2, 179:3, 179:13, 179:17, 185:20, 186:7
**generally** [3] - 123:15, 180:11, 184:10
**gentleman** [2] - 58:5, 61:9
**gentlemen** [15] - 27:20, 29:10, 33:4, 34:8, 70:21, 75:2, 77:3, 93:2, 93:12, 93:17, 100:14, 141:6, 163:8, 163:23, 207:21
**genuinely** [3] - 131:12, 131:18
**George** [1] - 32:16
**girlfriend** [4] - 59:20, 99:6, 99:11, 99:21
**given** [7] - 20:11, 115:8, 115:11, 118:1, 119:15, 137:13, 177:5
**glass** [5] - 47:15,

123:9, 131:14, 164:17
**Glendora** [1] - 53:13
**global** [2] - 122:6, 137:21
**Global** [12] - 135:9, 138:1, 167:15, 167:16, 167:23, 168:12, 192:11, 192:25, 193:16, 193:20, 195:13, 195:16
**gloom** [1] - 145:18
**Gloria** [2] - 76:15, 77:18
**GM** [2] - 179:10, 179:13
**God** [3] - 93:21, 108:1, 165:15
**Goehring** [1] - 32:18
**Gomez** [2] - 29:6, 53:12
**Gonzales** [2] - 94:5, 97:17
**goods** [1] - 62:23
**governed** [1] - 145:5
**Government** [74] - 6:24, 10:2, 22:3, 24:1, 25:2, 25:19, 26:3, 49:21, 56:5, 56:9, 67:3, 70:16, 71:4, 72:2, 73:1, 73:2, 73:11, 73:13, 74:5, 74:7, 89:12, 90:7, 90:9, 90:25, 91:2, 91:25, 92:4, 106:16, 112:25, 113:1, 113:22, 114:2, 121:6, 121:9, 131:1, 141:9, 141:21, 142:1, 142:3, 143:25, 149:3, 149:8, 149:18, 152:21, 154:6, 154:11, 155:22, 157:9, 157:21, 159:2, 159:9, 159:10, 159:11, 159:18, 159:24, 160:7, 160:12, 160:13, 160:14, 160:15, 160:19, 161:17, 162:1, 162:7, 162:8, 162:9, 163:4, 163:5, 165:9, 170:8, 184:14, 199:4, 202:22, 203:4
**government** [4] - 8:8, 64:7, 91:17, 92:3
**Government's** [5] - 20:23, 23:20, 140:23, 160:4, 160:11
**government's** [1] -

148:15
**governmental** [1] - 64:6
**grade** [1] - 97:9
**graduated** [1] - 166:23
**granted** [5] - 6:13, 6:15, 6:16, 7:19, 8:3
**graph** [1] - 173:3
**graphic** [1] - 55:1
**Great** [2] - 142:20, 163:15
**greatest** [1] - 163:15
**Greg** [1] - 31:25
**GREGORY** [1] - 2:6
**Gregory** [2] - 4:10, 27:8
**Griffin** [1] - 33:22
**ground** [1] - 111:1
**grounds** [1] - 23:24
**group** [3] - 34:6, 94:13
**group's** [1] - 145:25
**grow** [2] - 145:7, 163:13
**growth** [1] - 144:19
**guarantee** [1] - 208:23
**guard** [1] - 195:20
**guess** [14] - 12:17, 18:12, 28:4, 30:2, 57:16, 66:16, 69:20, 84:18, 115:25, 142:7, 157:9, 173:2, 176:13, 201:12
**guilty** [14] - 31:10, 59:18, 113:25, 114:2, 120:22, 139:13, 161:18, 161:21, 161:24, 161:25, 162:4, 162:11, 163:21
**guy** [5] - 110:25, 140:6, 187:21, 196:13, 203:19
**guys** [1] - 111:5
**GVA** [5] - 167:15, 168:3, 192:8, 192:10, 193:12

## H

**H-E-R-N-A-N-D-E-Z** [1] - 94:11
**halfway** [2] - 19:14, 109:24
**hallways** [1] - 107:2
**Hamer** [1] - 32:11
**hand** [8] - 13:8, 13:11, 28:8, 30:4,
148:15
**handful** [1] - 138:9
**handle** [4] - 24:18, 35:15, 35:16, 39:25
**handled** [3] - 64:21, 65:14, 139:17
**hands** [3] - 58:4, 66:1, 66:3
**happy** [1] - 10:24
**hard** [6] - 24:9, 25:19, 39:22, 147:6, 151:20, 179:25
**harder** [1] - 189:10
**hardest** [1] - 48:7
**harm** [1] - 130:14
**harmed** [2] - 21:24, 149:22
**Hastings** [1] - 54:25
**hate** [2] - 20:13, 79:10
**head** [1] - 182:20
**hear** [38] - 11:22, 12:5, 13:18, 15:9, 28:7, 28:9, 29:22, 30:3, 30:5, 46:6, 59:8, 61:18, 62:6, 70:23, 71:14, 75:17, 77:14, 79:12, 82:22, 84:9, 84:12, 109:8, 114:20, 116:13, 125:25, 132:7, 136:4, 137:11, 137:22, 138:13, 138:16, 139:16, 139:21, 146:5, 146:11, 148:14, 162:8, 179:25
**heard** [15] - 41:22, 44:1, 61:17, 62:11, 79:9, 83:4, 87:1, 87:10, 94:14, 102:6, 114:19, 115:1, 151:23, 154:6, 165:2
**hearing** [2] - 49:12, 53:18
**hearsay** [9] - 5:10, 5:13, 6:7, 12:9, 23:17, 23:18, 23:24, 24:4, 24:5
**heart** [2] - 122:25, 162:18
**heat** [1] - 194:20
**heavier** [2] - 156:25, 177:13
**heavy** [6] - 132:19, 156:21, 156:24, 175:13, 175:16, 176:14
**heights** [1] - 156:3
**held** [3] - 150:25,
152:3, 156:11
**HELD** [1] - 210:13
**Hello** [1] - 185:9
**help** [15] - 14:9, 36:23, 93:20, 108:1, 119:16, 121:2, 126:9, 134:8, 134:15, 139:9, 162:7, 162:10, 162:12, 165:15, 187:5
**helped** [2] - 140:6, 168:15
**Henson** [1] - 32:17
**herbal** [1] - 95:7
**HEREBY** [1] - 210:10
**Hernandez** [3] - 94:10, 100:6, 106:19
**Hersley** [1] - 32:16
**hi** [3] - 50:5, 62:2, 83:12
**hid** [1] - 133:9
**hide** [1] - 135:24
**hiding** [3] - 129:8, 152:13, 153:7
**high** [4] - 41:4, 52:8, 130:19, 158:17
**higher** [6] - 67:5, 89:14, 156:4, 156:5
**highest** [1] - 178:19
**highlighted** [1] - 185:7
**highlights** [1] - 153:23
**highway** [1] - 170:1
**HILARY** [1] - 2:12
**Hillary** [5] - 4:19, 27:16, 33:11, 72:9, 73:19
**himself** [8] - 132:25, 134:2, 137:1, 137:5, 160:25, 161:3, 161:13, 196:9
**hired** [10] - 166:10, 166:13, 167:10, 167:11, 167:22, 167:25, 168:2, 168:12, 168:21, 169:13
**history** [2] - 142:16, 163:14
**hit** [3] - 66:12, 66:17
**hit-and-run** [2] - 66:12, 66:17
**hit-and-runs** [1] - 66:12
**Holbert** [1] - 32:19
**hold** [3] - 26:1, 35:6, 176:25
**holding** [1] - 123:17
**Holdings** [3] - 144:4, 179:23, 180:18
**Holdings'** [1] - 30:18
**hole** [1] - 162:9
**Hollywood** [2] - 50:6, 54:1
**home** [40] - 19:21, 40:8, 40:9, 41:10, 41:11, 41:12, 42:16, 42:17, 43:19, 44:14, 45:5, 45:23, 45:24, 46:12, 47:24, 48:15, 50:7, 52:25, 53:1, 54:3, 55:1, 65:9, 66:25, 75:15, 77:25, 78:1, 79:4, 80:13, 81:6, 81:25, 83:15, 84:3, 95:9, 97:7, 97:20, 97:21, 99:5
**Homeland** [2] - 27:9, 32:2
**homemaker** [1] - 53:2
**honest** [2] - 89:2, 193:8
**honestly** [2] - 152:18, 177:6
**honey** [1] - 207:12
**Hong** [7] - 126:11, 128:2, 128:4, 134:17, 136:23, 140:8, 145:5
**Honor** [68] - 4:9, 4:14, 4:18, 4:19, 7:3, 11:13, 14:11, 14:20, 15:2, 20:7, 20:21, 22:9, 22:21, 23:9, 23:15, 23:22, 24:7, 24:11, 24:25, 25:5, 25:9, 25:16, 25:23, 26:8, 27:7, 27:12, 27:15, 32:3, 33:19, 35:1, 48:21, 48:25, 49:8, 49:14, 49:20, 49:24, 51:20, 56:20, 61:19, 61:22, 72:4, 73:2, 73:7, 73:16, 73:19, 73:23, 74:1, 74:6, 74:19, 84:10, 90:19, 91:6, 92:9, 98:23, 100:17, 121:22, 121:24, 140:22, 152:11, 161:7, 164:12, 165:8, 165:23, 170:8, 184:14, 198:11, 198:12
**Honor's** [1] - 22:12
**HONORABLE** [1] - 1:6
**hope** [2] - 125:10, 133:11
**hopefully** [2] - 5:5,
6:7
**hoping** [1] - 208:22
**Horvath** [2] - 32:17, 157:7
**HORVATH** [1] - 157:7
**hot** [2] - 91:23, 194:21
**hour** [1] - 110:18
**hours** [9] - 6:11, 16:7, 16:10, 16:11, 16:12, 16:14, 19:10, 19:11, 110:20
**house** [2] - 113:9, 113:16
**housing** [1] - 153:16
**Howard** [1] - 32:21
**Hsieh** [10] - 4:10, 27:8, 31:21, 72:3, 73:3, 73:12, 74:6, 90:8, 90:14, 91:1
**HSIEH** [14] - 2:7, 31:20, 72:2, 73:2, 73:12, 73:16, 74:6, 75:8, 90:8, 90:13, 91:1, 92:4, 106:13, 106:18
**Huang** [4] - 4:12, 32:1, 32:13, 32:16
**huge** [1] - 206:21
**human** [2] - 81:3, 138:22
**humbling** [1] - 38:17
**hundred** [2] - 176:15, 176:17
**hundreds** [12] - 31:3, 122:4, 123:24, 126:10, 128:14, 128:20, 128:23, 129:25, 134:16, 139:22, 140:7, 140:15
**husband** [3] - 78:2, 79:5, 139:9
**hyphen** [1] - 94:10
**hypotheticals** [2] - 14:4, 14:5

## I

**I-S-I-D-R-O** [1] - 94:9
**icing** [1] - 17:6
**idea** [4] - 12:6, 71:23, 131:24, 201:24
**identical** [3] - 16:16, 191:13, 200:23
**identified** [2] - 141:9, 160:12
**identify** [2] - 71:23, 71:24

**ignore** [5] - 88:14, 108:18, 108:24, 115:24, 116:3
**ignoring** [1] - 47:14
**IHSS** [1] - 84:1
**illegally** [1] - 141:22
**illusion** [3] - 126:1, 128:6, 136:17
**illustration** [1] - 133:2
**immediately** [1] - 119:10
**impact** [1] - 21:5
**impacted** [1] - 22:6
**impanel** [1] - 92:16
**impartial** [2] - 82:8, 118:24
**impeachment** [1] - 6:14
**implication** [2] - 160:18, 161:22
**import** [4] - 131:9, 131:12, 134:6, 148:7
**importance** [1] - 5:25
**important** [18] - 21:6, 30:3, 30:5, 38:11, 41:22, 45:10, 46:25, 49:16, 61:16, 66:16, 70:22, 99:19, 108:14, 119:3, 149:3, 149:6, 151:10, 155:19
**importantly** [2] - 150:16, 150:19
**importation** [3] - 130:23, 141:17, 142:2
**imported** [15] - 30:25, 125:6, 133:5, 141:10, 141:22, 143:7, 143:10, 147:2, 152:17, 158:9, 159:1, 162:20, 162:23, 205:4, 205:15
**importers** [6] - 153:2, 157:24, 157:25, 158:3, 160:1, 162:24
**importing** [1] - 21:23
**imposed** [4] - 124:9, 124:15, 130:6, 130:9
**imposes** [1] - 130:15
**imposition** [1] - 133:3
**impossible** [1] - 145:11
**impression** [2] - 126:2, 136:18
**impressive** [2] - 196:4, 196:6
**improper** [1] - 7:19

**IN** [4] - 164:23, 210:8, 210:13, 210:15
**inability** [1] - 188:19
**inclined** [1] - 102:11
**includes** [2] - 117:20, 135:15
**including** [5] - 26:5, 118:2, 144:8, 146:24, 149:18
**incorporate** [2] - 9:5, 9:6
**Incorporated** [2] - 127:1, 134:25
**INCORPORATED** [1] - 1:13
**incorrect** [1] - 203:12
**incredibly** [1] - 163:14
**independent** [3] - 145:2, 145:3, 151:6
**indicate** [3] - 94:18, 112:20, 175:23
**indicated** [5] - 15:25, 34:11, 88:6, 152:25, 158:23
**indication** [2] - 5:16, 133:20
**indictment** [11] - 7:1, 7:5, 7:10, 7:12, 7:14, 7:15, 30:14, 113:21, 113:23, 140:19
**indirect** [1] - 115:2
**individual** [2] - 68:17, 179:19
**individually** [3] - 31:7, 84:17, 94:23
**Industrial** [1] - 135:10
**industrial** [2] - 145:15, 145:24
**Industry** [6] - 169:1, 169:6, 169:16, 169:20, 178:1, 178:7
**industry** [10] - 145:18, 155:5, 155:6, 155:17, 156:23, 157:12, 166:25, 167:2, 167:4, 176:16
**inevitably** [1] - 145:25
**inflate** [2] - 30:17, 135:7
**inflating** [1] - 30:19
**inflation** [1] - 16:21
**influence** [3] - 59:11, 61:21, 63:3
**influenced** [2] - 112:17, 120:1
**information** [7] -

62:6, 78:16, 97:4, 117:13, 118:25, 119:10, 158:5
**informed** [2] - 75:14, 140:23
**inherited** [1] - 135:15
**initial** [2] - 128:2, 189:7
**innocence** [1] - 114:5
**innocent** [2] - 31:11, 114:1
**Innovation** [1] - 173:7
**input** [1] - 18:15
**inquire** [1] - 165:22
**insert** [1] - 21:3
**inside** [13] - 41:10, 41:11, 154:8, 154:10, 154:16, 169:11, 169:14, 171:3, 171:6, 171:13, 172:4, 172:16, 202:9
**insider** [1] - 139:12
**insistent** [1] - 110:12
**inspect** [1] - 159:11
**inspected** [4] - 152:19, 152:24, 158:21, 162:21
**inspecting** [1] - 163:2
**inspection** [1] - 160:4
**installed** [1] - 194:14
**instead** [4] - 133:8, 163:10, 168:9, 199:8
**instruct** [4] - 67:4, 107:3, 114:18, 121:12
**instructing** [3] - 88:9, 108:21, 109:1
**instructions** [15] - 57:13, 57:19, 89:14, 90:3, 93:20, 106:23, 108:1, 108:9, 111:14, 112:2, 112:8, 112:9, 117:12, 118:14, 119:15
**instructor** [1] - 83:15
**insulted** [1] - 40:10
**insurance** [1] - 47:20
**intend** [1] - 31:15
**intent** [14] - 21:25, 149:4, 149:7, 149:8, 149:11, 149:22, 152:8, 157:20, 157:22, 158:1, 163:7, 163:8, 163:9, 163:17
**intentional** [1] - 31:2
**intentions** [2] - 149:14
**interest** [2] - 116:17,

162:14
**interested** [4] - 17:23, 17:24, 17:25, 60:18
**interesting** [1] - 38:15
**interests** [1] - 162:15
**interim** [1] - 151:14
**international** [9] - 31:8, 63:10, 113:10, 113:19, 122:17, 122:22, 126:18, 139:4, 146:11
**Internet** [3] - 118:16, 174:9, 174:11
**interpreted** [1] - 88:8
**interpreter** [4] - 88:10, 88:13, 120:6, 196:5
**interrupt** [1] - 207:19
**introduce** [4] - 22:13, 31:14, 33:2, 33:9
**introduced** [4] - 13:13, 34:10, 141:7, 193:4
**introduction** [3] - 8:7, 8:8, 13:18
**invasion** [1] - 65:10
**inventory** [13] - 168:22, 168:24, 169:3, 173:11, 173:13, 173:21, 173:22, 173:25, 174:8, 181:7, 181:10, 198:6, 203:14
**invest** [4] - 144:21, 146:19, 151:15, 151:16
**invested** [2] - 61:23, 147:17
**investigation** [2] - 118:18, 145:19
**investigations** [1] - 27:9
**investing** [1] - 61:12
**investment** [3] - 43:17, 43:21, 151:25
**investments** [9] - 43:22, 61:5, 61:25, 82:25, 86:25, 102:19, 147:5, 147:20, 163:12
**investor** [3] - 31:5, 146:15, 197:25
**investors** [9] - 123:17, 123:18, 128:8, 129:9, 130:20, 134:19, 136:18, 163:9, 163:11
**invited** [1] - 190:5

**invoices** [1] - 63:21
**involuntarily** [1] - 18:23
**involved** [16] - 31:17, 34:10, 34:12, 35:5, 36:7, 48:19, 108:15, 118:4, 137:6, 138:10, 160:2, 160:18, 162:24, 163:3, 163:4, 191:24
**involves** [2] - 86:9, 117:14
**involving** [1] - 167:21
**IPO** [3] - 128:3, 128:12, 128:19
**IPOs** [3] - 61:7, 61:14, 102:19
**irritated** [1] - 111:3
**Irvine** [9] - 136:7, 169:6, 170:17, 170:19, 170:20, 170:25, 171:3, 183:1
**IS** [2] - 210:12, 210:15
**Isidro** [2] - 100:6, 106:18
**isidro** [1] - 94:9
**Ismael** [2] - 76:25, 83:25
**issue** [6] - 21:20, 21:23, 22:6, 23:17, 104:25, 148:7
**issued** [2] - 6:25, 22:16, 199:3
**issues** [6] - 5:13, 16:20, 21:1, 23:18, 26:19, 117:14
**IT** [1] - 50:17
**item** [3] - 145:9, 192:1, 192:2
**Item** [2] - 4:5, 27:3
**items** [4] - 149:7, 156:11, 157:16, 201:6
**itself** [10] - 9:4, 22:11, 22:15, 25:10, 57:4, 149:18, 176:2, 177:9, 180:6, 189:22

## J

**Jackie** [1] - 32:12
**Jacky** [5] - 192:14, 192:24, 193:5, 193:12, 193:17
**jailer** [1] - 58:15
**James** [3] - 94:5, 97:1, 106:18
**Jannie** [1] - 32:22

**January** [15] - 167:8, 167:9, 167:22, 168:2, 168:6, 168:11, 168:21, 169:2, 173:11, 174:14, 178:19, 181:21, 187:16, 198:25, 199:16
**jasmine** [1] - 196:22
**Jasmine** [1] - 139:6
**Jay** [4] - 4:12, 27:10, 32:1, 32:16
**jealous** [1] - 40:5
**Jenny** [2] - 94:5, 97:17
**jeopardizes** [1] - 119:6
**Jersey** [5] - 33:23, 137:8, 147:9, 147:16, 202:1
**Jesse** [2] - 28:15, 43:8
**jewelry** [1] - 161:14
**jigsaw** [2] - 37:14, 37:17
**job** [5] - 16:9, 102:22, 142:12, 170:21, 189:5
**John** [2] - 25:10, 34:2
**Johnson** [22] - 139:24, 140:3, 174:5, 174:6, 178:21, 178:25, 179:9, 182:18, 183:6, 183:12, 184:7, 184:11, 185:5, 185:9, 185:16, 186:3, 188:12, 188:15, 189:1, 189:3, 189:5, 189:8
**join** [2] - 104:15, 167:4
**joined** [3] - 167:9, 168:6, 168:11
**Jose** [2] - 100:6, 102:1
**Joseph** [1] - 34:1
**Joshua** [1] - 33:5
**journalist** [1] - 80:9
**judge** [6] - 57:13, 57:21, 62:25, 101:15, 101:17, 142:11
**JUDGE** [1] - 1:7
**judges** [1] - 47:5
**judicial** [1] - 26:4
**JUDICIAL** [1] - 210:16
**Julia** [3] - 33:23, 76:16, 78:23

**Julie** [1] - 32:16
**July** [2] - 197:23, 197:24
**jump** [1] - 127:3
**jumping** [2] - 8:4, 8:5
**junior** [1] - 52:8
**juries** [2] - 48:20, 67:17
**Juror** [48] - 40:16, 40:19, 57:25, 63:7, 64:11, 69:19, 73:8, 73:13, 73:20, 74:2, 74:3, 74:7, 74:16, 74:20, 75:4, 75:5, 75:6, 75:25, 77:16, 78:21, 81:16, 85:7, 88:2, 88:24, 90:14, 90:20, 91:2, 91:7, 91:22, 91:24, 92:5, 92:24, 92:25, 93:1, 98:8, 107:6, 107:7, 107:15
**JUROR** [288] - 34:21, 40:20, 40:22, 40:24, 41:1, 41:4, 41:8, 41:13, 41:15, 41:17, 42:2, 42:4, 42:8, 42:11, 42:13, 42:15, 42:18, 42:20, 43:3, 43:5, 43:8, 43:10, 43:12, 43:17, 43:20, 44:3, 44:5, 44:8, 44:12, 44:15, 44:19, 44:22, 44:24, 45:1, 45:3, 45:6, 45:9, 45:16, 45:18, 45:22, 45:25, 46:3, 46:7, 46:10, 46:15, 46:18, 46:24, 47:4, 47:12, 47:17, 47:19, 47:22, 47:25, 48:6, 48:12, 48:18, 48:21, 48:24, 49:8, 49:14, 49:20, 49:24, 50:2, 50:5, 50:11, 50:14, 50:16, 51:3, 51:6, 51:10, 51:12, 51:20, 51:25, 52:3, 52:8, 52:11, 52:14, 52:18, 52:21, 52:24, 53:2, 53:6, 53:9, 53:12, 53:19, 53:22, 53:25, 54:4, 54:7, 54:14, 54:17, 54:19, 54:23, 55:7, 55:10, 55:14, 55:16, 55:22, 55:25, 56:20, 56:23, 57:1, 57:5, 57:23, 58:7, 58:11, 58:15, 58:22, 58:25, 59:2, 59:10, 59:14,

59:20, 59:25, 61:13, 61:19, 61:22, 62:2, 62:8, 62:13, 62:19, 63:2, 63:5, 63:9, 63:15, 63:18, 63:20, 64:1, 64:4, 64:14, 64:17, 64:20, 64:24, 65:2, 65:5, 65:8, 65:13, 65:17, 65:24, 66:8, 66:11, 66:15, 66:21, 67:8, 67:11, 67:14, 67:16, 67:20, 67:24, 68:4, 68:8, 68:16, 68:22, 69:2, 69:5, 69:10, 69:13, 69:17, 69:21, 70:1, 70:4, 70:8, 70:14, 70:19, 75:22, 77:18, 77:21, 77:23, 78:2, 78:7, 78:11, 78:18, 78:23, 79:2, 79:5, 79:8, 79:14, 79:17, 79:21, 79:25, 80:3, 80:6, 80:9, 80:11, 80:14, 80:19, 80:22, 80:25, 81:2, 81:7, 81:11, 81:14, 81:19, 81:21, 81:23, 82:1, 82:3, 82:6, 82:10, 82:12, 82:23, 83:2, 83:7, 83:10, 83:12, 83:20, 83:23, 83:25, 84:4, 84:6, 84:10, 84:13, 85:9, 85:13, 85:17, 85:22, 85:25, 86:3, 86:7, 86:9, 86:13, 86:17, 87:4, 87:6, 87:13, 87:16, 88:4, 89:2, 89:7, 95:1, 95:4, 95:6, 95:10, 95:12, 95:18, 95:23, 96:2, 96:8, 96:13, 96:19, 96:24, 97:1, 97:4, 97:8, 97:12, 97:15, 97:17, 97:22, 98:3, 98:6, 98:9, 98:13, 98:17, 98:23, 98:25, 99:2, 99:6, 99:10, 99:14, 99:18, 99:24, 100:4, 100:6, 100:17, 100:19, 100:24, 101:2, 101:25, 102:4, 102:8, 102:13, 102:16, 102:22, 103:3, 103:9, 103:24, 104:2, 104:5, 104:8, 104:13, 104:20, 104:22, 105:1, 105:4, 105:13, 105:23, 105:25, 209:6
**juror** [82] - 13:7,

13:8, 29:1, 35:16, 35:24, 38:17, 39:21, 42:6, 42:23, 43:7, 44:17, 44:23, 45:8, 45:17, 46:9, 46:14, 46:17, 48:5, 48:9, 50:4, 50:15, 51:11, 52:2, 52:17, 52:20, 53:11, 53:24, 54:18, 55:15, 61:9, 62:1, 65:6, 65:22, 67:22, 67:25, 69:4, 73:3, 73:14, 73:23, 74:9, 74:17, 75:4, 75:19, 76:2, 76:4, 76:7, 76:9, 76:23, 78:10, 80:2, 80:24, 81:1, 82:11, 83:11, 83:22, 83:24, 87:3, 88:1, 90:15, 91:4, 91:23, 92:6, 93:6, 93:7, 93:8, 93:9, 93:10, 94:24, 96:25, 97:16, 99:1, 100:5, 100:18, 103:22, 106:8, 107:10, 107:13, 107:16, 108:20, 110:24, 112:7
**jurors** [47] - 9:9, 10:2, 10:9, 10:10, 11:8, 15:15, 17:9, 18:3, 18:4, 27:21, 28:1, 28:3, 28:11, 29:11, 29:12, 29:13, 29:20, 30:6, 35:12, 36:11, 45:13, 45:14, 47:6, 74:24, 75:3, 76:12, 77:4, 77:8, 92:24, 94:1, 107:5, 107:18, 108:14, 109:8, 109:16, 110:2, 110:9, 117:6, 117:8, 117:25, 119:9, 119:18, 120:1, 164:9, 208:8, 208:17
**JURORS** [25] - 30:8, 36:8, 60:9, 77:9, 77:15, 84:21, 84:25, 85:4, 86:22, 87:20, 87:25, 88:16, 88:18, 89:17, 89:20, 93:22, 94:16, 94:20, 101:7, 101:13, 101:19, 103:15, 103:18, 106:4, 108:2
**JURY** [3] - 164:7, 164:23, 209:11
**jury** [77] - 4:25, 5:6, 9:24, 11:9, 12:11, 12:23, 13:2, 13:3, 16:3, 17:9, 17:13, 17:19, 17:23, 18:20,

18:21, 19:2, 19:5, 19:20, 20:13, 24:23, 29:18, 33:18, 34:16, 35:9, 36:13, 36:15, 40:12, 48:16, 54:11, 57:7, 66:2, 68:9, 68:15, 68:22, 69:19, 69:21, 71:8, 71:19, 75:14, 87:22, 88:23, 89:19, 90:1, 92:15, 93:4, 94:19, 106:6, 108:7, 109:3, 109:5, 109:7, 109:9, 109:10, 109:15, 111:21, 111:22, 112:5, 117:14, 118:7, 118:9, 118:24, 119:5, 119:19, 121:14, 121:25, 139:14, 140:23, 141:1, 164:3, 164:25, 184:1, 209:3, 209:15
**justice** [1] - 104:11

## K

**K-E-R-R** [2] - 76:17, 78:24
**K-O-W** [1] - 28:14
**K-W-A-N** [1] - 29:8
**KARMAN** [1] - 1:15
**Karman** [6] - 27:18, 33:14, 127:12, 135:21, 136:7, 183:1
**KARMAN-MAIN** [1] - 1:15
**Karman-Main** [2] - 27:18, 33:14
**keep** [19] - 5:18, 10:16, 16:4, 17:18, 17:25, 18:6, 18:10, 23:4, 117:6, 119:18, 122:3, 147:15, 148:23, 148:24, 148:25, 151:14, 151:25, 198:23
**Ken** [1] - 16:6
**kept** [2] - 147:16, 151:12
**Kerr** [2] - 76:17, 78:23
**key** [5] - 122:16, 122:17, 134:24, 160:12, 160:13
**Kezios** [1] - 33:23
**Kim** [7] - 32:14, 185:9, 187:19, 187:20, 188:3, 192:13, 192:17
**kind** [14] - 5:12, 5:16,

5:24, 6:3, 37:24, 38:17, 110:24, 111:4, 148:3, 149:6, 154:10, 157:17, 172:25, 203:1
**kinds** [2] - 144:6, 144:9
**kits** [1] - 148:6
**KLAUSNER** [1] - 1:6
**KLEEGER** [3] - 1:23, 210:8, 210:22
**knowing** [1] - 96:16
**knowledge** [5] - 17:1, 60:19, 83:4, 86:24, 102:18
**knowledgeable** [1] - 6:8
**known** [6] - 8:1, 32:15, 134:3, 139:6, 178:17, 179:16
**knows** [4] - 24:1, 89:25, 96:15, 96:22
**Kong** [7] - 126:11, 128:2, 128:4, 134:17, 136:23, 140:8, 145:5
**Koreatown** [1] - 81:3
**Kow** [2] - 28:14, 40:20
**KUMAR** [15] - 2:6, 4:9, 7:3, 7:6, 7:11, 15:2, 20:7, 24:25, 25:9, 25:16, 26:3, 26:8, 27:7, 31:22, 107:1
**kUMAR** [1] - 25:5
**Kumar** [3] - 4:10, 27:8, 31:23
**Kwan** [4] - 29:7, 54:19, 74:12, 74:14

## L

**L-A-H-T-I** [1] - 28:14
**L-O-N-G** [1] - 29:3
**L-Y** [1] - 29:1
**L.A** [10] - 33:8, 43:11, 43:14, 43:15, 46:3, 46:4, 46:20, 51:14, 58:7, 98:9
**lab** [1] - 155:4
**Labor** [1] - 147:16
**ladies** [15] - 27:20, 29:10, 33:4, 34:8, 70:21, 75:2, 77:3, 93:2, 93:12, 93:17, 100:14, 141:6, 163:7, 163:23, 207:21
**lady** [1] - 139:7
**Lahti** [2] - 28:14, 42:8

**laid** [3] - 177:17, 179:16, 181:22
**Lancaster** [1] - 44:24
**language** [8] - 88:15, 88:21, 120:2, 120:3, 120:5, 120:9, 120:12, 120:13
**LAPD** [4] - 34:22, 125:23, 127:14, 133:9, 142:25, 144:4, 144:15, 160:10, 180:13, 206:25
**largest** [3] - 143:1, 144:25, 145:23
**Larson** [3] - 4:20, 27:16, 33:12
**LARSON** [2] - 2:11, 2:12
**Last** [2] - 76:24, 94:9
**last** [35] - 8:15, 23:13, 24:21, 27:23, 27:25, 28:12, 28:18, 28:20, 29:1, 29:3, 29:7, 29:8, 29:9, 34:17, 36:3, 41:9, 60:2, 64:10, 70:6, 72:18, 76:18, 76:20, 76:24, 86:3, 87:18, 92:13, 94:13, 103:17, 103:21, 107:19, 134:23, 140:4, 190:25, 191:5, 208:16
**lastly** [1] - 156:16
**Laszlo** [1] - 32:17
**late** [6] - 110:24, 111:2, 119:7, 197:16, 208:8
**laundered** [5] - 122:4, 126:10, 134:16, 136:22, 140:15
**laundering** [14] - 17:2, 31:3, 31:9, 50:19, 50:23, 52:13, 87:7, 87:9, 87:10, 104:7, 113:11, 113:19, 122:23, 126:18
**law** [81] - 5:11, 7:23, 12:10, 17:23, 21:11, 21:12, 26:16, 26:21, 36:20, 36:25, 37:7, 38:25, 39:2, 39:4, 39:6, 39:8, 39:10, 39:12, 41:7, 47:1, 47:2, 47:8, 47:10, 48:13, 49:4, 49:5, 49:10, 50:24, 51:5,

51:8, 52:9, 54:12, 55:4, 55:10, 55:18, 56:11, 56:15, 56:19, 57:8, 57:17, 58:2, 59:3, 59:5, 59:13, 59:16, 60:2, 60:3, 60:5, 60:10, 60:19, 60:21, 71:1, 84:17, 84:19, 84:24, 85:2, 85:3, 85:6, 85:8, 86:24, 87:12, 96:7, 100:3, 101:5, 101:6, 101:15, 101:18, 101:22, 102:18, 103:7, 104:11, 109:9, 112:14, 112:16, 115:7, 117:12, 121:12
**LAW** [1] - 2:12
**lawyer** [5] - 54:24, 57:10, 115:14, 115:15, 115:17
**lawyers** [1] - 26:15
**lay** [2] - 183:20, 183:21
**lead** [1] - 162:8
**lean** [4] - 49:13, 65:4, 101:9, 102:11
**leaning** [1] - 105:2
**leanings** [1] - 60:7
**learn** [16] - 118:18, 153:22, 154:18, 154:22, 154:23, 155:9, 156:6, 157:3, 159:6, 161:8, 161:11, 161:13, 162:6, 162:10, 162:14, 170:22
**learned** [3] - 57:3, 82:21, 100:11
**least** [6] - 107:2, 183:4, 190:10, 196:18, 202:8, 205:14
**leave** [23] - 11:5, 11:7, 41:23, 47:2, 55:5, 59:8, 61:2, 61:17, 62:24, 63:17, 63:24, 64:25, 82:21, 83:5, 87:10, 89:4, 99:15, 100:12, 102:6, 119:21, 149:24, 164:5, 209:9
**lectern** [6] - 11:20, 11:21, 11:22, 11:25, 12:2, 15:8
**led** [2] - 137:14, 182:23
**left** [7] - 119:22, 141:13, 152:12, 155:10, 164:9, 171:8, 177:15

**left-hand** [1] - 171:8
**legal** [4] - 13:4, 55:17, 118:14, 141:18
**legitimate** [1] - 130:3
**lender** [2] - 126:4, 136:20
**length** [8] - 129:11, 130:3, 176:5, 176:7, 185:11, 195:1, 195:8, 195:12
**lent** [1] - 137:4
**less** [4] - 57:18, 84:23, 101:18, 207:9
**level** [1] - 52:6
**Li** [16] - 32:14, 32:23, 179:10, 179:17, 182:17, 183:13, 184:8, 185:5, 185:16, 185:19, 185:25, 189:13, 190:4, 190:9, 190:20, 192:13
**LI** [1] - 179:11
**liabilities** [2] - 135:15, 135:16
**liability** [1] - 127:13, 135:22
**Liang** [1] - 32:22
**Liaoyang** [1] - 189:25
**liar** [2] - 162:1, 162:16
**liars** [1] - 162:16
**librarian** [1] - 52:24
**licensed** [2] - 87:4, 87:6
**lie** [2] - 126:14, 134:19
**lied** [5] - 124:2, 132:4, 137:13, 140:13, 162:1
**lies** [1] - 130:1
**lieutenant** [1] - 59:21
**life** [3] - 105:17, 150:5, 206:4
**lifted** [1] - 156:3
**light** [3] - 116:24, 175:13, 176:13
**lighter** [1] - 207:13
**lightweight** [3] - 156:23, 207:3, 207:6
**limine** [21] - 5:7, 5:8, 5:9, 5:14, 5:17, 5:19, 6:6, 6:8, 6:19, 6:23, 7:16, 8:4, 8:18, 14:12, 14:15, 14:16, 14:22, 20:23, 21:20, 22:10, 24:22
**limit** [4] - 18:16, 96:11, 105:9, 105:13
**limited** [4] - 22:14,

38:10, 127:13, 135:22
**limiting** [1] - 105:8
**line** [7] - 50:22, 96:3, 103:4, 127:3, 194:13, 194:14, 206:24
**lips** [1] - 71:15
**list** [3] - 32:4, 32:7, 33:19
**listen** [6] - 29:17, 29:24, 44:20, 82:8, 88:11, 109:16
**listened** [3] - 29:21, 29:23, 78:5
**listening** [2] - 77:7, 209:7
**literature** [1] - 83:14
**Liu** [80] - 4:7, 27:5, 30:10, 123:1, 123:4, 123:14, 123:16, 123:23, 124:1, 125:25, 126:5, 126:9, 127:5, 127:19, 127:22, 128:1, 128:4, 128:7, 128:25, 129:1, 129:18, 130:20, 132:25, 134:2, 134:15, 136:12, 136:16, 136:21, 136:25, 137:4, 137:7, 137:19, 137:22, 138:11, 138:23, 139:17, 139:25, 140:2, 140:6, 145:3, 145:13, 146:10, 146:21, 147:4, 151:15, 179:20, 180:9, 180:22, 181:18, 181:25, 182:5, 182:10, 182:14, 182:22, 182:24, 183:15, 184:12, 185:13, 185:25, 186:3, 186:11, 186:13, 190:4, 190:8, 192:13, 192:14, 193:21, 195:14, 195:17, 195:22, 196:2, 196:10, 196:17, 197:7, 197:18, 198:1
**LIU** [1] - 30:10
**Liu's** [9] - 140:5, 183:9, 185:17, 185:23, 196:19, 196:23, 196:25, 197:10
**live** [42] - 15:17, 39:25, 40:1, 40:8, 40:21, 42:9, 43:9, 46:1, 46:11, 46:18,

47:21, 50:5, 50:16,
52:4, 53:13, 54:1,
54:22, 54:23, 55:16,
77:19, 77:21, 78:25,
79:2, 80:10, 81:3,
81:22, 81:25, 82:12,
82:14, 83:13, 84:5,
84:6, 95:17, 97:1,
97:18, 97:22, 98:11,
99:3, 100:8, 100:19,
142:17
  **lives** [3] - 81:5,
82:14, 97:23
  **living** [1] - 44:9
  **Liwang** [2] - 138:18
  **LLC** [7] - 1:13, 1:14,
1:14, 1:15, 1:16,
136:3, 173:3
  **LLP** [2] - 2:11, 2:15
  **loan** [1] - 126:6
  **loaned** [2] - 130:22,
137:2
  **locally** [1] - 183:13
  **Locan** [1] - 192:14
  **located** [5] - 33:8,
136:4, 169:5, 182:25,
189:24
  **location** [5] - 40:21,
42:9, 43:9, 183:1,
183:2
  **locations** [1] - 33:20
  **logistics** [1] - 63:21
  **Loh** [1] - 32:22
  **look** [12] - 7:8, 12:6,
17:13, 26:10, 38:5,
124:5, 129:13,
159:12, 198:19,
203:5, 207:15
  **looked** [4] - 36:4,
155:4, 187:1, 191:13
  **looking** [7] - 10:9,
17:15, 21:9, 47:14,
163:2, 186:22, 204:6
  **looks** [2] - 20:20,
108:20
  **Lori** [1] - 32:21
  **LOS** [6] - 1:21, 1:25,
2:9, 2:14, 4:1, 210:4
  **Los** [7] - 43:10,
51:13, 54:24, 55:17,
84:6, 99:3, 99:6
  **lose** [6] - 9:21, 16:3,
17:8, 17:10, 111:6,
208:11
  **losses** [2] - 150:1,
150:2
  **lost** [3] - 18:5, 60:11
  **loud** [1] - 77:11
  **low** [3] - 130:13,
143:23, 156:4

  **LOWDER** [5] - 2:13,
20:21, 21:1, 21:13,
21:19
  **Lowder** [3] - 4:20,
27:16, 33:12
  **lowered** [1] - 177:8
  **Lucille** [2] - 28:19,
45:18
  **Luis** [1] - 52:4
  **LUNCH** [1] - 111:19
  **lunch** [4] - 19:7,
108:5, 108:11, 111:13
  **Luo** [1] - 32:12
  **Ly** [1] - 50:16
  **lying** [2] - 153:8,
158:4

# M

  **M-A-Z-I-E** [1] - 94:11
  **M-E-D-I-N-A** [1] -
94:5
  **M-I-T-C-H-E-L** [1] -
29:3
  **M-O-L-N-A-R** [1] -
76:22
  **M-O-R-R-I-S** [1] -
28:19
  **M-O-Z-A-R-M-I** [1] -
28:18
  **ma'am** [2] - 165:16,
170:13
  **machine** [3] -
184:12, 185:10,
185:14
  **Madam** [2] - 183:25,
184:18
  **mail** [6] - 117:22,
184:5, 184:7, 184:10,
184:11, 185:2
  **MAIN** [1] - 1:15
  **Main** [6] - 27:18,
33:14, 127:12,
135:21, 136:7, 170:20
  **major** [3] - 63:15,
126:3, 136:20
  **majority** [4] - 127:23,
128:8, 129:2, 138:24
  **maker** [1] - 54:1
  **makeup** [1] - 68:15
  **man** [7] - 123:2,
140:6, 143:3, 147:18,
160:11, 192:20
  **managed** [1] -
139:25
  **management** [3] -
97:24, 100:8, 178:16
  **manager** [22] - 50:6,
55:17, 77:24, 95:6,

98:10, 166:6, 174:23,
176:21, 176:23,
178:12, 178:20,
179:2, 179:3, 179:13,
179:17, 183:8,
185:20, 185:22,
186:7, 186:21,
187:25, 188:13
  **Mandarin** [5] - 87:23,
88:3, 88:4, 88:8,
106:2
  **manner** [2] - 110:23,
116:15, 205:18
  **manufactured** [6] -
123:12, 138:15,
138:19, 138:20,
206:15, 206:21
  **manufacturer** [2] -
123:5, 145:24
  **manufactures** [1] -
147:9
  **manufacturing** [2] -
191:8, 191:10
  **map** [2] - 170:1
  **Mar** [1] - 43:12
  **marbles** [1] - 66:25
  **Marina** [1] - 82:13
  **Mark** [16] - 32:14,
179:10, 179:11,
179:17, 182:17,
183:13, 184:8, 185:5,
185:16, 185:19,
185:25, 189:13,
190:4, 190:9, 190:20,
192:13
  **mark** [1] - 156:6
  **MARK** [1] - 179:11
  **market** [8] - 21:5,
21:24, 22:6, 61:24,
62:10, 130:14, 146:2,
149:1
  **marketing** [4] -
42:13, 42:14, 42:22,
79:8
  **marriage** [1] - 80:14
  **marshal** [1] - 154:24
  **Marshal** [1] - 154:25
  **marshall** [1] - 33:23
  **mask** [7] - 15:7, 15:9,
15:10, 15:13, 15:15,
15:16
  **masks** [1] - 15:3
  **masquerading** [3] -
152:14, 154:13,
156:13
  **mass** [1] - 7:9
  **massage** [1] - 53:14
  **massive** [2] - 143:13,
145:21
  **mastermind** [1] -

139:4
  **material** [3] - 38:16,
175:20, 175:22
  **materials** [2] -
118:17, 168:16
  **MATTER** [1] - 210:14
  **matter** [11] - 12:10,
12:12, 22:15, 30:9,
109:3, 109:15,
118:11, 164:2,
165:13, 199:10, 209:2
  **matters** [2] - 12:24,
13:4
  **Maurice** [1] - 32:14
  **Mazie** [3] - 94:11,
100:19, 106:19
  **mean** [9] - 14:15,
45:11, 174:24,
177:19, 179:13,
181:21, 186:6, 190:6,
195:19
  **meaning** [2] -
120:12, 154:2
  **means** [9] - 11:5,
35:12, 66:23, 67:2,
68:18, 108:19, 116:3,
117:22, 154:12
  **meant** [2] - 196:9,
196:10
  **meanwhile** [1] -
130:1
  **media** [1] - 117:23
  **Medina** [4] - 94:5,
97:1, 106:18, 106:20
  **medium** [1] - 175:13
  **meet** [6] - 9:10,
70:17, 139:12, 148:3,
196:19, 206:10
  **meeting** [9] - 179:7,
179:8, 179:9, 182:9,
183:3, 183:4, 193:7,
196:3
  **meetings** [8] -
182:13, 182:16,
182:20, 182:23,
182:25, 193:2, 193:3
  **Melissa** [2] - 76:17,
80:6
  **melt** [4] - 125:11,
133:12, 137:9, 138:6
  **melting** [1] - 194:21
  **member** [1] - 24:4
  **members** [7] - 29:18,
111:21, 118:3,
121:25, 147:16,
164:25, 182:17
  **memory** [6] - 13:10,
116:14, 119:24,
119:25, 177:10,
177:23

  **men** [1] - 153:14
  **mental** [1] - 98:22
  **mention** [6] - 22:24,
24:21, 60:17, 60:24,
87:23, 194:15
  **mentioned** [11] -
49:9, 56:14, 60:17,
60:20, 65:23, 171:9,
181:18, 189:21,
191:25, 196:4, 202:8
  **merchandise** [9] -
62:19, 131:6, 131:12,
131:18, 131:23,
132:11, 132:15,
132:17, 133:22
  **mere** [1] - 142:19
  **merged** [5] - 127:7,
128:17, 129:20,
135:3, 135:13
  **merger** [1] - 135:14
  **mergers** [3] - 61:14,
82:15, 100:9
  **merits** [2] - 63:25,
117:19
  **messaging** [1] -
117:23
  **met** [5] - 179:19,
192:25, 193:5,
193:11, 200:19
  **metal** [4] - 167:1,
167:2, 171:16, 173:23
  **metro** [1] - 144:8
  **Mexico** [4] - 7:9,
137:17, 137:19, 181:5
  **mic** [7] - 34:19,
40:17, 40:18, 48:9,
87:5, 95:2, 101:24
  **Michael** [2] - 28:25,
50:5
  **Michelle** [3] - 94:4,
95:1, 95:4
  **microphone** [10] -
35:6, 56:2, 58:4,
61:10, 66:4, 77:1,
81:16, 98:8, 164:17,
164:18
  **microphones** [2] -
11:22, 164:20
  **middle** [7] - 27:24,
34:17, 94:3, 164:19,
173:2, 179:15, 197:22
  **might** [18] - 5:23,
14:9, 17:22, 20:1,
39:7, 44:1, 66:18,
78:16, 79:12, 80:17,
84:8, 90:2, 94:1,
115:25, 118:7, 142:7,
174:11
  **Miguel** [2] - 94:8,
99:2

**million** [12] - 30:25, 126:6, 136:22, 137:1, 137:4, 151:1, 161:3, 162:3, 172:1, 172:2, 173:15, 173:17

**millions** [19] - 31:4, 122:4, 123:24, 125:6, 126:10, 128:14, 128:21, 128:23, 129:25, 133:5, 133:19, 134:6, 134:16, 140:7, 140:16, 161:1, 161:2

**mind** [9] - 5:18, 10:16, 10:21, 18:6, 18:10, 23:4, 109:13, 117:6, 191:19

**minds** [1] - 136:18

**mindset** [3] - 96:15, 96:17, 96:22

**minimum** [2] - 208:18, 208:19

**minute** [5] - 14:13, 141:23, 174:6, 180:4, 204:18

**minutes** [15] - 5:1, 5:2, 5:4, 17:9, 18:13, 18:14, 18:17, 19:11, 78:20, 108:5, 108:6, 112:6, 121:18, 134:23

**misdemeanor** [2] - 78:12, 85:25

**misguided** [1] - 160:9

**misinformation** [1] - 137:14

**misreading** [1] - 20:6

**misrepresenting** [1] - 158:5

**missing** [2] - 75:7, 75:10

**mistake** [1] - 133:15

**mistakes** [2] - 12:21, 12:22

**mistrial** [2] - 18:5, 119:7

**Mitch** [1] - 82:12

**Mitchel** [2] - 29:2, 52:3

**Mitchell** [1] - 76:22

**model** [1] - 154:5

**Molnar** [2] - 76:22, 82:12

**moment** [6] - 46:24, 75:8, 92:8, 124:13, 147:3, 198:11

**money** [42] - 17:2, 31:3, 31:9, 50:19, 50:23, 52:12, 87:7, 87:9, 87:10, 104:6,

104:7, 113:10, 113:19, 122:22, 125:18, 125:21, 125:23, 126:12, 126:13, 126:18, 128:9, 131:1, 134:13, 134:18, 136:24, 138:11, 139:18, 140:5, 140:9, 144:16, 144:18, 144:20, 147:13, 150:19, 150:23, 151:3, 151:8, 151:16, 152:2, 161:9, 161:12, 161:14

**Monica** [1] - 42:11

**month** [3] - 182:1, 189:5, 189:7

**months** [7] - 159:8, 159:16, 169:17, 169:20, 181:24, 190:23, 200:14

**Moore** [1] - 32:15

**morning** [20] - 4:9, 4:14, 4:19, 19:11, 27:7, 27:12, 27:15, 31:20, 31:22, 31:24, 33:10, 65:10, 108:18, 108:19, 110:6, 110:7, 110:15, 110:18, 111:10, 209:5

**Morris** [1] - 28:19, 44:24

**most** [9] - 33:21, 35:13, 37:12, 39:24, 40:11, 68:7, 68:8, 132:19, 150:19

**motion** [11] - 6:6, 6:19, 6:23, 8:2, 8:15, 8:18, 20:23, 21:20, 22:10, 24:21, 140:22

**motions** [13] - 5:7, 5:8, 5:9, 5:14, 5:17, 5:18, 6:8, 7:16, 8:4, 14:12, 14:15, 14:16, 14:22

**move** [8] - 16:4, 22:11, 56:2, 153:19, 156:22, 173:25, 179:5, 183:19

**moved** [5] - 31:3, 177:25, 178:7, 188:24, 203:14

**moves** [2] - 170:9, 184:15

**moving** [4] - 34:16, 150:20, 183:17, 183:18

**mower** [1] - 123:20

**Mozarmi** [1] - 44:8

**MR** [55] - 4:14, 14:11,

14:20, 14:25, 20:21, 21:1, 21:13, 21:19, 22:9, 22:20, 23:1, 24:11, 27:12, 31:20, 31:24, 32:3, 32:10, 33:4, 33:19, 35:1, 72:2, 72:23, 73:2, 73:12, 73:16, 74:6, 75:8, 90:5, 90:8, 90:11, 90:13, 91:1, 92:4, 106:13, 106:18, 121:22, 121:24, 140:22, 141:2, 141:5, 164:12, 165:8, 165:23, 165:25, 170:8, 170:13, 170:15, 183:19, 183:24, 184:2, 184:14, 184:18, 184:21, 198:11, 198:15

**MS** [49] - 4:9, 4:18, 7:3, 7:6, 7:11, 11:13, 15:2, 20:7, 23:9, 23:13, 24:25, 25:5, 25:9, 25:16, 25:23, 26:3, 26:8, 27:7, 27:15, 31:22, 33:10, 72:4, 72:9, 72:13, 72:18, 72:20, 73:7, 73:19, 73:23, 74:1, 74:11, 74:13, 74:15, 74:19, 74:25, 90:19, 91:6, 91:11, 91:16, 91:19, 91:21, 92:8, 92:12, 92:21, 106:15, 106:25, 107:1, 152:11, 161:7

**multiple** [1] - 147:21

**must** [17] - 36:21, 39:10, 89:12, 112:15, 112:17, 114:14, 115:24, 116:4, 117:10, 118:10, 118:11, 120:8, 120:12, 120:16, 120:17, 150:3

**mystery** [1] - 128:22

## N

**N-G-H-I** [1] - 29:1

**name** [54] - 28:18, 28:20, 29:1, 29:3, 29:7, 29:8, 29:9, 31:25, 33:4, 34:17, 34:18, 34:21, 39:24, 40:19, 42:7, 44:8, 46:10, 47:16, 50:16, 51:12, 52:3, 52:21,

53:12, 53:25, 54:19, 55:16, 76:18, 76:20, 76:23, 76:24, 77:17, 77:18, 78:22, 80:5, 81:18, 82:12, 83:12, 83:25, 94:2, 94:9, 94:25, 97:17, 99:2, 136:3, 141:6, 165:19, 166:8, 166:9, 167:13, 190:18, 196:21, 197:7, 197:12

**named** [6] - 123:1, 179:19, 187:19, 187:21, 192:20, 196:13

**namely** [1] - 113:3

**names** [6] - 27:21, 28:6, 93:25, 106:17, 146:18, 192:16

**naming** [1] - 170:2

**nanny** [1] - 51:13

**NASA** [1] - 67:24

**Nathan** [2] - 28:18, 44:24

**nation's** [1] - 145:17

**nature** [1] - 82:16

**nearly** [1] - 158:12

**necessarily** [2] - 117:3, 143:17

**need** [12] - 8:21, 23:13, 24:2, 35:20, 40:18, 56:3, 150:20, 153:18, 156:21, 157:1, 185:21, 200:2

**needed** [9] - 125:21, 125:22, 139:9, 146:23, 183:9, 185:23, 186:25, 187:1, 194:4

**neuroanatomy** [1] - 83:16

**neuromuscular** [1] - 53:14

**Neuschel** [1] - 32:19

**never** [12] - 13:7, 15:24, 60:4, 60:6, 104:15, 114:5, 138:3, 174:10, 177:8, 187:11, 190:10, 204:15

**nevertheless** [1] - 146:1

**New** [10] - 19:19, 33:23, 34:3, 54:25, 69:6, 69:22, 137:8, 147:8, 147:16, 202:1

**new** [6] - 25:1, 35:13, 36:11, 76:12, 77:4, 94:13

**newer** [1] - 181:12

**newspaper** [1] - 102:23

**Next** [4] - 46:9, 46:17, 52:2, 100:5

**next** [38] - 6:11, 12:23, 15:17, 16:15, 28:25, 42:6, 43:7, 44:7, 44:23, 45:17, 48:9, 50:4, 50:15, 51:11, 52:20, 53:24, 54:18, 55:15, 63:23, 69:4, 76:22, 80:1, 81:1, 82:11, 83:11, 83:24, 86:2, 96:25, 97:16, 99:1, 100:18, 120:24, 127:10, 128:13, 129:23, 141:3, 164:17, 208:22

**Ng** [1] - 32:19

**Nghi** [1] - 50:16

**Nguyen** [7] - 32:14, 32:21, 187:19, 187:20, 188:3, 192:13, 192:17

**niece** [1] - 58:7

**night** [2] - 24:21, 159:7

**nine** [2] - 63:7, 91:13

**nobody** [4] - 109:14, 132:24, 172:7, 208:3

**non** [2] - 145:4, 163:4

**nonappearances** [1] - 6:25

**nondecision** [1] - 68:16

**none** [4] - 60:14, 68:4, 116:10, 133:20

**nonEnglish** [2] - 120:11, 120:13

**nonprofit** [1] - 55:18

**normally** [4] - 5:8, 5:19, 108:9, 111:7

**North** [2] - 33:25, 50:6

**NORTH** [2] - 1:24, 2:8

**northeast** [1] - 84:6

**notable** [1] - 136:9

**note** [1] - 155:19

**noted** [1] - 159:22

**notes** [7] - 119:16, 119:17, 119:22, 119:23, 119:24, 120:1

**notetaking** [1] - 119:20

**nothing** [9] - 63:15, 64:15, 69:8, 69:9, 69:10, 70:12, 150:12, 150:13, 165:14

**Nothing** [1] - 70:25
**notice** [1] - 26:5
**noticed** [1] - 34:5
**notify** [2] - 118:5, 119:10
**November** [2] - 174:16, 177:15
**Number** [113] - 4:5, 20:23, 21:21, 22:10, 27:3, 30:21, 40:16, 40:19, 53:11, 57:25, 61:9, 62:1, 63:7, 64:11, 65:6, 69:19, 73:4, 73:8, 73:13, 73:21, 73:23, 74:2, 74:3, 74:8, 74:9, 74:16, 74:17, 74:20, 75:4, 75:5, 75:6, 75:10, 75:11, 75:19, 75:20, 75:24, 76:1, 76:2, 76:3, 76:4, 76:5, 76:7, 76:8, 76:9, 76:10, 76:13, 76:15, 76:16, 76:17, 76:18, 77:2, 77:16, 78:21, 81:16, 85:7, 87:3, 88:1, 88:2, 88:25, 90:14, 90:15, 90:20, 90:21, 91:2, 91:4, 91:7, 91:22, 91:23, 91:24, 92:5, 92:24, 92:25, 93:1, 93:6, 93:7, 93:8, 93:9, 93:10, 93:11, 94:24, 98:8, 103:23, 107:6, 107:7, 107:10, 107:13, 107:14, 107:15, 107:16, 107:17, 116:14, 116:15, 116:17, 116:19, 116:21
**NUMBER** [1] - 3:7
**number** [20] - 4:6, 10:1, 21:19, 21:22, 27:4, 28:13, 28:14, 31:2, 34:16, 63:10, 72:5, 103:22, 117:3, 133:7, 137:6, 144:5, 146:16, 154:24, 155:9, 182:1
**numbers** [2] - 125:20, 135:7
**nurse** [1] - 82:1
**Nuys** [1] - 100:20
**NW** [1] - 2:16

**O**

**o'clock** [18] - 19:8, 19:14, 19:15, 19:20,
19:23, 109:20, 109:23, 109:24, 110:2, 110:17, 111:11, 111:12, 207:21, 207:23, 207:25, 208:1, 208:4
**O-L-A-Y-I-N-K-A** [1] - 76:23
**oath** [2] - 37:1, 119:2
**Obispo** [1] - 52:4
**object** [4] - 5:9, 8:7, 8:9, 115:17
**objected** [1] - 25:4
**objecting** [1] - 23:24
**objection** [19] - 12:1, 12:3, 12:4, 12:5, 12:6, 12:7, 12:8, 13:14, 13:15, 13:20, 13:22, 13:23, 13:24, 13:25, 115:18, 115:20, 115:22, 115:23
**objections** [7] - 5:19, 5:21, 9:11, 14:16, 24:17, 114:17
**objective** [2] - 51:22, 54:12
**obligated** [1] - 13:22
**observation** [1] - 200:22
**observe** [2] - 175:7, 186:17
**observed** [1] - 171:3
**obstructed** [1] - 137:14
**obviously** [5] - 12:1, 13:23, 23:22, 24:1, 66:13
**occasion** [2] - 170:22, 191:14
**occupation** [14] - 40:23, 42:12, 43:16, 44:11, 44:25, 47:18, 52:23, 57:11, 57:12, 79:7, 80:7, 81:20, 95:5, 97:3
**occurred** [1] - 143:16
**oddly** [2] - 37:20, 47:5
**OF** [19] - 1:1, 1:3, 1:9, 1:19, 2:3, 2:4, 2:11, 164:7, 164:23, 209:11, 210:2, 210:4, 210:6, 210:10, 210:12, 210:15, 210:16
**offense** [6] - 56:6, 56:8, 86:6, 113:5, 113:15, 113:18
**offenses** [1] - 122:23

**offer** [1] - 121:8
**offered** [3] - 12:11, 22:13, 144:15
**offering** [2] - 128:3, 144:14
**offers** [1] - 115:14
**office** [5] - 95:6, 95:13, 95:21, 178:10, 178:12
**officer** [7] - 57:17, 57:18, 78:12, 85:10, 85:15, 97:4, 101:15
**officer's** [1] - 84:23
**officers** [5] - 26:14, 26:15, 57:8, 57:21, 59:5
**OFFICIAL** [3] - 1:24, 210:8, 210:23
**official** [7] - 88:12, 120:6, 120:9, 120:13, 159:20, 159:22, 160:24
**officials** [7] - 126:14, 132:5, 133:18, 134:20, 137:11, 140:14, 163:1
**often** [2] - 16:5, 189:4
**Olayinka** [1] - 83:12
**old** [2] - 16:6, 168:16
**Oliver** [1] - 32:15
**Olivia** [1] - 32:11
**ON** [2] - 2:4, 2:11
**on-site** [1] - 178:20
**once** [6] - 24:9, 57:11, 146:6, 147:24, 148:11, 182:1
**one** [130] - 5:14, 8:15, 9:12, 9:18, 10:4, 11:6, 14:11, 14:21, 16:2, 17:12, 18:18, 20:3, 21:1, 21:22, 23:9, 23:16, 24:12, 25:3, 25:7, 25:8, 28:13, 29:19, 34:2, 35:4, 35:11, 37:20, 38:6, 38:17, 39:9, 39:21, 46:12, 47:10, 49:11, 49:13, 50:22, 51:9, 56:13, 58:18, 58:20, 58:24, 59:11, 59:24, 60:7, 60:23, 61:21, 63:4, 64:2, 64:19, 64:22, 65:4, 65:15, 67:17, 69:5, 71:15, 72:16, 73:25, 74:14, 74:18, 74:22, 76:1, 79:18, 79:20, 84:12, 85:3, 85:16, 87:8, 88:24, 91:14,

91:17, 92:8, 92:21, 94:23, 95:20, 95:25, 96:1, 96:15, 96:21, 99:22, 100:1, 101:9, 101:21, 102:5, 102:11, 104:10, 105:2, 108:19, 114:21, 115:3, 119:22, 120:21, 125:25, 126:5, 129:6, 135:16, 135:18, 135:19, 136:9, 143:3, 143:16, 143:17, 143:18, 145:6, 148:6, 154:24, 159:9, 160:17, 164:15, 169:7, 169:18, 170:17, 175:4, 178:24, 180:13, 181:11, 181:14, 183:2, 183:4, 187:9, 187:11, 190:16, 194:12, 195:25, 197:13, 197:23, 198:11, 201:4, 201:5, 204:25
**one-two** [4] - 143:16, 143:17, 143:18, 145:6
**ones** [5] - 87:22, 143:7, 176:14
**Ontario** [17] - 136:6, 169:7, 169:8, 171:9, 171:10, 171:12, 171:13, 171:21, 178:1, 178:3, 178:4, 178:6, 178:7, 179:5, 183:4, 203:14
**open** [5] - 13:3, 24:8, 64:24, 117:6, 167:25
**opening** [24] - 6:1, 14:18, 18:11, 18:12, 18:16, 22:25, 23:2, 23:4, 90:2, 90:4, 108:9, 108:10, 111:14, 111:15, 121:1, 121:4, 121:16, 121:18, 121:20, 122:9, 156:19, 167:11, 192:9
**openings** [2] - 22:5, 153:20
**openly** [2] - 152:17, 162:20
**openning** [1] - 165:1
**operated** [2] - 139:15, 153:12
**operation** [1] - 47:19
**operational** [1] - 153:14
**operations** [1] -

196:18
**opinion** [3] - 14:6, 109:6, 109:17
**opinions** [7] - 25:12, 109:2, 109:11, 109:14, 112:18, 164:2, 209:2
**opportunity** [4] - 116:12, 120:25, 122:10, 187:2
**opposition** [1] - 22:20
**order** [19] - 7:21, 7:25, 8:1, 8:22, 9:1, 116:1, 142:15, 144:2, 145:8, 148:21, 149:17, 153:3, 153:6, 154:2, 159:19, 186:13, 199:3
**ordered** [3] - 118:10, 190:6, 190:7
**ordering** [1] - 190:8
**orders** [4] - 153:1, 158:14, 158:24, 159:25
**ordinary** [3] - 152:23, 154:5, 157:10
**otherwise** [3] - 6:15, 117:17, 131:17
**Otterbein** [1] - 32:17
**OUT** [1] - 209:11
**outcome** [1] - 116:18
**outline** [1] - 121:2
**outperformed** [1] - 157:10
**outside** [59] - 7:20, 13:3, 33:21, 40:8, 40:9, 41:11, 42:17, 43:18, 44:1, 44:14, 45:4, 45:24, 46:12, 47:23, 48:14, 50:7, 51:1, 53:1, 54:2, 61:17, 70:11, 70:25, 71:19, 78:1, 78:16, 79:4, 80:12, 81:6, 81:25, 82:21, 83:15, 84:2, 87:11, 95:8, 97:6, 97:21, 99:4, 119:9, 140:25, 144:3, 153:1, 153:3, 153:6, 154:17, 158:24, 159:5, 159:19, 159:25, 160:5, 162:22, 163:5, 172:20, 172:23, 181:15, 181:16, 202:13, 202:23
**overall** [1] - 30:20
**overly** [1] - 120:1
**overreliance** [1] -

160:11
**overrule** [1] - 115:17
**oversaw** [1] - 102:23
**overview** [3] -
122:12, 122:19,
126:20
**overwhelming** [1] -
140:12
**owed** [1] - 30:23
**own** [7] - 63:1, 63:25,
118:19, 119:24,
150:23, 151:17
**owned** [13] - 123:4,
124:1, 125:9, 127:19,
128:25, 129:3, 129:7,
129:18, 133:10,
137:7, 137:19,
180:20, 198:1
**owner** [1] - 180:8
**owner's** [1] - 197:2
**owning** [1] - 181:18
**Oxnard** [1] - 97:1

**P**

**P-e-n-g-c-h-e-n-g** [1]
- 166:12
**P-H-A-M** [1] - 29:9
**P-H-U-O-N-G** [1] -
29:9
**P-R-A-D-O** [1] -
76:25
**packed** [1] - 198:8
**packing** [1] - 126:3
**PAGE** [2] - 3:7,
210:14
**pages** [1] - 22:12
**paid** [10] - 62:16,
63:14, 125:15,
126:17, 138:14,
141:19, 147:13,
148:21, 151:13, 196:1
**paint** [1] - 194:13
**painted** [3] - 38:22,
180:15, 185:11
**painting** [1] - 167:19
**pallet** [10] - 147:23,
153:24, 155:2, 155:6,
156:3, 156:5, 174:10,
176:17
**pallets** [222] - 31:1,
124:21, 124:25,
125:2, 125:6, 125:8,
125:11, 131:24,
132:1, 132:2, 132:10,
132:14, 132:16,
132:18, 133:1, 133:6,
133:9, 133:12,
133:17, 133:19,

133:21, 134:1, 134:6,
134:10, 134:12,
137:9, 137:12,
137:15, 138:7,
138:15, 138:19,
142:2, 143:6, 143:10,
146:25, 147:25,
148:17, 148:18,
149:17, 150:10,
150:24, 151:1,
151:13, 151:21,
152:2, 152:15,
152:16, 152:17,
152:18, 152:20,
152:22, 153:1, 153:2,
153:3, 153:5, 153:16,
153:17, 153:21,
153:23, 153:25,
154:1, 154:2, 154:3,
154:7, 154:8, 154:13,
154:15, 155:4, 155:5,
155:6, 155:10,
155:14, 155:16,
155:18, 155:25,
156:8, 156:10,
156:12, 156:14,
156:19, 156:21,
156:23, 156:24,
157:6, 157:8, 157:9,
157:10, 157:11,
157:14, 157:16,
157:23, 157:24,
157:25, 158:1, 158:4,
158:8, 158:9, 158:10,
158:19, 158:21,
158:24, 159:1, 159:3,
159:4, 159:10,
159:12, 159:14,
159:15, 159:18,
159:24, 160:3,
160:18, 161:23,
162:19, 162:20,
162:21, 162:22,
163:2, 163:3, 171:6,
171:17, 172:9,
172:11, 172:13,
172:15, 172:24,
172:25, 173:1,
173:12, 173:15,
173:17, 174:1, 174:3,
174:4, 174:7, 174:12,
174:13, 175:5, 175:7,
175:10, 175:17,
176:5, 176:8, 176:12,
176:22, 176:24,
177:3, 177:13,
181:15, 181:16,
186:16, 186:18,
186:22, 187:5, 187:7,
187:10, 187:13,
187:17, 188:4,

188:16, 188:20,
189:2, 189:9, 189:11,
189:15, 189:18,
189:19, 191:8,
191:10, 191:11,
191:16, 191:21,
191:22, 199:16,
199:23, 200:2, 200:5,
200:17, 200:20,
200:22, 200:23,
201:15, 201:24,
202:5, 202:7, 202:8,
202:12, 203:3, 203:5,
203:9, 203:10,
203:13, 203:15,
203:17, 203:18,
204:6, 204:10,
204:13, 204:16,
204:21, 204:22,
205:3, 205:7, 205:11,
205:15, 205:19,
205:25
**Palmdale** [1] - 83:13
**pandemic** [1] - 18:2
**panel** [2] - 123:10,
131:15
**panels** [1] - 204:4
**Panuchai** [1] - 32:13
**paper** [2] - 8:23,
139:25
**papers** [2] - 113:8,
113:16
**paperwork** [5] -
158:23, 160:19
**par** [1] - 62:3
**parent** [2] - 136:11,
136:13
**part** [23] - 15:18,
26:2, 60:14, 75:19,
116:10, 123:8, 124:7,
125:16, 126:19,
131:13, 131:15,
160:10, 170:21,
178:13, 179:8,
182:13, 182:14,
190:13, 191:4, 192:4,
195:9, 195:14
**participant** [1] -
139:11
**participants** [3] -
122:7, 122:17, 138:22
**particular** [2] -
56:21, 146:7
**particularly** [7] -
20:12, 55:3, 71:13,
108:15, 143:23,
150:5, 155:18
**parties** [6] - 108:22,
114:12, 114:21,
118:23, 119:1, 121:3

**parties'** [1] - 118:20
**partner** [3] - 55:18,
82:1, 100:20
**Partners** [3] -
136:10, 136:24,
136:25
**partners** [1] - 136:13
**parts** [5] - 78:3,
126:19, 148:9,
172:15, 195:7
**party** [3] - 6:13,
14:10, 121:4
**Pasadena** [1] - 79:2
**pass** [5] - 40:17,
42:6, 47:13, 56:16,
77:1
**passed** [1] - 157:11
**passing** [2] - 113:8,
113:15
**past** [2] - 15:23,
163:1
**pastor** [2] - 51:15
**patrol** [1] - 103:11
**Patrol** [4] - 113:5,
122:21, 132:6, 132:9
**patrols** [1] - 62:15
**Paul** [1] - 54:25
**pay** [5] - 28:3, 60:5,
60:13, 60:14, 119:14,
124:17, 130:24,
131:1, 131:2, 131:11,
131:20, 138:17, 162:3
**payable** [1] - 45:19
**payables** [1] - 45:22
**paying** [4] - 124:23,
132:3, 132:22, 150:23
**PCA** [13] - 128:16,
168:7, 168:21,
168:22, 169:2, 170:5,
171:4, 178:18,
184:25, 186:7,
187:16, 187:24,
198:22
**PCA/Perfectus** [16] -
168:11, 169:3,
170:22, 173:10,
173:12, 173:20,
174:8, 174:15,
174:19, 177:15,
181:9, 181:19,
181:25, 182:17,
191:12
**penchant** [1] -
161:11
**Pengcheng** [35] -
128:15, 128:21,
129:4, 129:8, 129:15,
129:19, 129:24,
130:22, 133:4, 134:5,
135:8, 135:17,

138:25, 166:10,
166:13, 167:4, 167:9,
167:22, 168:9, 172:5,
175:2, 177:22,
178:16, 178:18,
178:20, 179:1,
180:18, 180:24,
181:1, 181:6, 185:1,
187:24, 197:11, 198:5
**people** [33] - 13:12,
19:21, 32:9, 34:10,
34:12, 36:4, 37:1,
39:7, 49:18, 49:22,
65:19, 66:2, 66:4,
71:5, 94:13, 96:5,
96:18, 98:21, 105:15,
110:3, 118:3, 123:2,
139:7, 143:16,
148:24, 174:11,
187:22, 187:24,
191:20, 192:15,
193:25, 201:4, 206:11
**people's** [1] - 68:17
**per** [12] - 10:4, 72:25
**percent** [12] - 26:18,
66:24, 130:17,
130:18, 130:19,
130:24, 145:9, 146:8,
146:9, 148:22, 158:17
**percipient** [1] - 14:4
**peremptory** [15] -
9:14, 9:17, 9:19, 9:21,
10:15, 11:2, 11:3,
72:25, 73:3, 90:6,
90:12, 91:25, 92:14,
92:17, 92:19
**Peremptory** [1] - 73:5
**perfect** [2] - 36:9,
52:1
**perfectly** [1] - 141:17
**Perfectus** [73] - 4:15,
27:13, 33:7, 72:24,
113:17, 126:25,
127:1, 127:2, 127:7,
127:8, 127:15,
128:17, 129:20,
129:24, 130:22,
133:5, 133:18, 134:5,
134:25, 135:1, 135:3,
135:4, 135:13,
135:14, 135:19,
135:24, 137:18,
138:13, 138:16,
138:20, 139:1, 140:1,
141:8, 166:6, 166:7,
166:8, 166:16, 167:5,
170:5, 172:5, 175:3,
177:19, 177:23,
178:17, 179:16,
181:3, 181:25, 182:5,

183:8, 186:8, 193:6, 193:17, 196:16, 197:5, 197:12, 198:5, 198:21, 198:22, 199:2, 199:6, 199:20, 199:22, 199:24, 200:4, 200:17, 203:9, 204:1, 206:5

**PERFECTUS** [2] - 1:12, 1:13

**performed** [2] - 157:14, 204:15

**period** [23] - 18:9, 141:15, 141:16, 141:20, 141:21, 142:19, 142:22, 143:21, 144:13, 144:17, 147:6, 150:9, 150:17, 151:24, 152:4, 153:1, 153:3, 156:12, 160:22, 204:21, 205:3, 205:6

**permanently** [2] - 152:16, 162:18

**permission** [5] - 183:7, 183:9, 184:12, 185:17, 185:23

**permitted** [1] - 115:16

**person** [7] - 41:14, 88:12, 96:11, 96:21, 117:21, 160:21, 180:20

**personal** [2] - 51:14, 112:17

**personally** [1] - 115:1

**Peter** [1] - 32:22

**Peterson** [3] - 25:10, 25:11, 34:2

**PH** [1] - 1:25

**Pham** [2] - 29:9, 55:16

**phase** [1] - 120:24

**phone** [4] - 6:20, 117:21, 174:3, 174:12

**phones** [1] - 6:21

**phonetic** [1] - 192:14

**photograph** [1] - 123:6

**Phuong** [1] - 55:16

**pick** [8] - 5:5, 19:21, 90:1, 92:18, 94:1, 110:3, 152:12, 154:3

**picked** [1] - 83:5

**picking** [1] - 17:20

**picture** [5] - 38:5, 38:22, 131:14, 153:18, 155:10

**pictures** [2] - 143:6,

155:8

**piece** [2] - 158:7, 183:14

**pieces** [4] - 37:18, 38:3, 38:8, 162:13

**Piedra** [3] - 94:10, 100:6, 106:19

**PIEDRA** [1] - 94:10

**Piedra-Hernandez** [3] - 94:10, 100:6, 106:19

**Pimental** [5] - 32:20, 187:21, 188:3, 192:13, 192:17

**pivoted** [1] - 158:18

**place** [5] - 37:22, 37:23, 43:11, 128:10, 138:1

**places** [1] - 154:10

**plain** [5] - 157:16, 202:13, 202:15, 202:17, 202:18

**PLAINTIFF** [2] - 1:10, 2:4

**plaintiffs'** [1] - 7:16

**plane** [1] - 111:4

**planned** [1] - 129:23

**planning** [1] - 25:13

**plans** [1] - 199:7

**plant** [6] - 180:12, 180:13, 192:8, 192:23, 193:24, 196:4

**plastic** [1] - 185:10

**players** [2] - 122:17, 134:24

**plead** [4] - 113:25, 161:18, 161:21, 161:24

**pleading** [1] - 162:11

**pleasant** [1] - 209:4

**pleasure** [1] - 59:3

**pled** [4] - 31:10, 139:13, 161:25, 162:4

**plenty** [1] - 187:2

**Plexiglass** [1] - 15:11

**Po** [1] - 32:15

**Po-Chi** [1] - 32:15

**pocket** [1] - 161:4

**podium** [3] - 15:8, 164:16, 164:19

**point** [18] - 22:5, 26:5, 125:10, 125:25, 129:3, 133:11, 153:20, 167:3, 168:4, 168:5, 176:20, 179:4, 187:12, 194:9, 196:1, 197:13, 197:15, 201:19

**points** [1] - 20:22

Pok [1] - 196:14

**Poke** [1] - 196:14

**police** [8] - 57:17, 57:20, 59:21, 78:11, 84:22, 99:12, 101:9, 101:14

**Pong** [1] - 197:7

**POONAM** [1] - 2:6

**Poonam** [3] - 4:9, 27:7, 31:22

**Porter** [1] - 32:18

**portions** [1] - 205:24

**position** [14] - 30:20, 73:15, 73:17, 73:25, 74:4, 74:10, 74:18, 90:16, 90:22, 90:23, 91:5, 91:10, 91:24, 174:22

**positive** [1] - 193:9

**possible** [3] - 20:10, 145:12, 193:3

**POTASHNER** [35] - 2:12, 4:18, 11:13, 23:9, 23:13, 25:23, 27:15, 33:10, 72:4, 72:9, 72:13, 72:18, 72:20, 73:7, 73:19, 73:23, 74:1, 74:11, 74:13, 74:15, 74:19, 74:25, 90:19, 91:6, 91:11, 91:16, 91:19, 91:21, 92:8, 92:12, 92:21, 106:15, 106:25, 152:11, 161:7

**Potashner** [5] - 4:19, 27:16, 33:11, 72:10, 73:20

**potential** [1] - 32:25

**pounds** [4] - 132:19, 176:14, 176:15, 176:18

**powerful** [1] - 142:22

**practice** [2] - 15:3, 55:17

**Praditbatuga** [1] - 32:13

**Prado** [2] - 76:25, 83:25

**pre** [2] - 90:3, 106:23

**pre-instructions** [2] - 90:3, 106:23

**prefer** [1] - 15:9

**preference** [1] - 95:24

**preferred** [1] - 15:3

**preinstructions** [2] - 111:24, 112:4

**prejudice** [1] - 116:19

**prejudices** [1] -

112:18

**preliminary** [1] - 112:7

**preparation** [2] - 16:10, 16:11

**prepared** [1] - 168:18

**preponderance** [1] - 66:23

**presence** [3] - 13:3, 71:19, 141:1

**PRESENCE** [3] - 164:7, 164:23, 209:11

**present** [4] - 13:6, 114:6, 121:6, 165:3

**presented** [6] - 55:24, 70:24, 118:22, 118:25, 121:11, 158:20

**presenting** [2] - 23:7, 56:9

**PRESIDING** [1] - 1:7

**press** [2] - 108:25, 194:16

**presses** [1] - 194:10

**pressure** [8] - 59:12, 59:23, 65:15, 79:18, 85:15, 95:25, 155:11, 155:20

**presumed** [2] - 31:11, 114:1

**pretty** [8] - 20:5, 43:11, 99:25, 170:2, 181:13, 194:21, 195:11, 207:5

**prevent** [2] - 48:5, 52:16

**preview** [1] - 122:10

**previously** [1] - 63:20

**price** [7] - 26:5, 151:23, 177:5, 177:6, 177:8, 177:9, 177:11

**prices** [3] - 16:22, 130:14, 143:24

**pricing** [1] - 54:20

**primarily** [2] - 26:13, 166:24

**principal** [1] - 97:18

**private** [3] - 40:24, 146:15, 151:15

**probation** [2] - 50:17, 86:4

**problem** [9] - 17:4, 18:1, 47:11, 53:18, 130:5, 132:13, 143:12, 155:23, 164:14

**problem's** [1] - 128:25

**problems** [3] - 45:8, 49:12, 88:19

**proceed** [2] - 12:16, 121:20

**proceedings** [1] - 119:6

**PROCEEDINGS** [3] - 1:19, 209:18, 210:13

**process** [6] - 9:20, 11:9, 86:15, 112:13, 119:8, 144:7

**processed** [1] - 63:21

**processing** [1] - 138:5

**produce** [4] - 23:6, 23:8, 167:17, 167:18

**produced** [3] - 165:5, 193:23, 206:24

**producer** [1] - 100:20

**producing** [1] - 168:4

**product** [7] - 131:13, 131:19, 148:3, 148:11, 148:12, 190:18, 193:23

**production** [3] - 148:23, 151:12, 201:9

**Production** [7] - 27:18, 33:14, 127:12, 135:21, 136:7, 171:18, 171:20

**PRODUCTION** [1] - 1:15

**products** [32] - 125:12, 125:24, 130:11, 130:23, 133:14, 138:8, 144:3, 144:5, 144:8, 144:10, 145:24, 146:2, 146:7, 146:20, 147:1, 147:10, 148:16, 150:3, 168:22, 185:12, 199:8, 203:21, 203:23, 203:25, 205:24, 206:5, 206:7, 206:9, 206:15, 206:17, 206:18

**professional** [1] - 67:22

**professionally** [1] - 20:5

**professor** [1] - 155:1

**profitable** [4] - 123:21, 124:6, 128:6, 129:13

**project** [6] - 50:6, 100:7, 147:24,

150:13, 150:14
**prolonged** [1] -
92:12
**promise** [2] - 71:15,
105:10
**promised** [1] - 77:6
**promote** [1] - 31:5
**promoted** [2] -
174:20, 174:22
**promotion** [1] - 31:8
**promotional** [4] -
31:2, 31:9, 113:10,
113:19
**proof** [7] - 66:23,
69:15, 70:16, 70:17,
89:11, 114:24, 115:2
**proofs** [1] - 67:19
**proper** [1] - 25:25
**prosecution** [3] -
98:20, 160:9, 160:10
**prosecutor** [2] -
46:20, 70:10
**protect** [4] - 118:20,
144:18, 149:22, 150:4
**protected** [1] -
163:12
**Protections** [1] -
30:24
**prove** [8] - 14:7,
22:3, 24:2, 89:12,
113:24, 114:5, 115:6,
140:17
**proves** [1] - 114:2
**provided** [1] - 120:9
**proving** [1] - 67:3
**provisions** [1] -
24:14
**public** [9] - 97:4,
128:1, 128:2, 128:4,
144:14, 144:15,
144:22, 146:15,
151:11
**publicly** [3] - 122:2,
150:25, 152:3
**publish** [4] - 170:12,
170:14, 183:22,
184:19
**published** [2] -
151:7, 183:18
**pulled** [2] - 142:11,
195:20
**punch** [6] - 127:3,
143:16, 143:18,
145:6, 150:6
**puppet** [1] - 139:25
**purchase** [1] -
183:14
**purchased** [4] -
127:14, 135:23,
158:10, 173:23

**purchases** [7] -
125:19, 125:21,
127:6, 129:17, 135:6,
135:12, 137:20
**purpose** [6] - 137:3,
144:2, 149:15, 172:7,
193:20, 207:2
**purposes** [4] -
156:24, 156:25,
198:22, 205:25
**PURSUANT** [1] -
210:10
**push** [2] - 189:10,
194:22
**put** [24] - 5:12, 10:12,
17:5, 18:10, 18:21,
38:3, 38:5, 38:8,
38:19, 38:23, 59:23,
92:16, 149:5, 154:10,
155:7, 155:11,
155:14, 159:20,
177:1, 194:18,
197:13, 197:15,
197:19, 203:2
**putting** [4] - 37:19,
59:12, 161:9, 161:12
**puzzle** [3] - 37:17,
38:2, 142:11
**puzzles** [1] - 37:14

## Q

**qualified** [3] - 18:3,
148:20, 149:17
**quantities** [1] -
206:21
**quantity** [2] - 206:22,
207:1
**quarter** [5] - 4:25,
5:5, 20:18, 26:25
**questioned** [1] -
208:3
**questions** [50] - 9:5,
11:10, 11:11, 11:20,
14:10, 15:19, 20:1,
20:19, 28:1, 28:3,
28:8, 29:13, 29:15,
29:17, 29:21, 29:24,
30:1, 35:18, 35:20,
38:13, 39:16, 39:17,
39:18, 39:20, 39:23,
40:10, 40:11, 40:12,
40:14, 40:15, 41:19,
47:7, 49:2, 50:22,
56:1, 56:12, 72:5,
77:8, 78:5, 78:20,
80:16, 84:15, 94:14,
94:23, 111:16,
114:17, 121:19,
186:6, 196:11

**quick** [1] - 20:22
**quickly** [8] - 9:8,
32:7, 35:19, 94:22,
146:4, 153:18,
153:19, 170:17
**quietly** [2] - 164:5,
209:10
**quite** [7] - 25:16,
77:11, 144:4, 176:25,
182:7, 194:21, 195:3
**quote** [1] - 137:2
**quote-unquote** [1] -
137:2

## R

**R-i-l-e-y** [1] - 165:20
**rabbit** [1] - 162:9
**racks** [1] - 204:5
**rail** [2] - 144:9,
206:19
**Raine** [1] - 32:21
**raise** [7] - 30:4,
35:21, 66:3, 93:15,
107:21, 188:10,
188:15
**Raise** [1] - 58:4
**raised** [4] - 23:15,
61:9, 66:1, 188:19
**raises** [1] - 61:14
**ranking** [1] - 178:20
**rap** [1] - 101:10
**rates** [1] - 26:6
**rather** [6] - 34:17,
108:11, 110:5,
110:10, 136:3, 138:19
**raw** [1] - 171:16
**reach** [6] - 67:9,
66:6, 68:9, 68:13,
68:20, 69:12
**reached** [2] - 67:17,
106:13
**reaching** [1] - 25:13
**react** [1] - 37:13
**reaction** [2] - 35:8,
188:7
**reacts** [1] - 156:5
**read** [6] - 8:11,
71:15, 119:23,
184:10, 185:7, 207:16
**ready** [5] - 5:4,
168:19, 194:6,
194:11, 208:4
**real** [14] - 31:12,
124:4, 129:11,
142:13, 143:9,
150:20, 151:11,
152:1, 152:2, 153:16
**realize** [3] - 9:23,

152:7, 164:13
**really** [28] - 5:13,
13:14, 16:24, 17:3,
19:23, 20:9, 20:13,
24:22, 37:25, 38:11,
40:12, 60:11, 62:24,
81:8, 89:2, 91:16,
100:14, 105:16,
108:21, 109:21,
110:9, 110:23, 111:3,
141:14, 142:12,
142:13, 152:6, 160:21
**realtime** [1] - 153:4
**reason** [21] - 23:15,
24:7, 31:16, 39:6,
46:14, 48:3, 53:3,
54:5, 71:7, 77:14,
83:21, 89:19, 106:7,
109:7, 110:1, 133:16,
148:19, 169:18,
177:16, 186:20,
186:21
**reasonable** [10] -
67:4, 67:5, 68:17,
69:15, 70:18, 89:12,
89:15, 114:3, 140:17,
163:21
**reasonableness** [1] -
116:23
**reasons** [4] - 16:1,
23:16, 187:3, 187:4
**Rebecca** [2] - 94:8,
98:9
**rebuttal** [3] - 25:14,
25:21, 25:25
**rebutting** [1] - 25:17
**receive** [3] - 50:24,
55:9, 118:13
**received** [15] - 6:2,
6:18, 36:22, 37:2,
112:12, 114:11,
115:12, 115:19,
115:21, 117:11,
170:10, 170:11,
183:22, 184:16,
184:17
**recent** [1] - 68:8
**recently** [1] - 196:22
**recess** [2] - 111:17,
119:21
**RECESS** [1] - 111:19
**recession** [6] -
142:22, 143:13,
143:19, 143:22,
150:6, 151:21
**Recession** [1] -
142:20
**recollection** [1] -
181:12
**record** [6] - 8:8,

111:20, 116:2, 164:8,
164:24, 165:19
**records** [2] - 8:3,
8:16
**RECROSS** [1] - 3:3
**REDIRECT** [1] - 3:3
**redundant** [1] -
79:10
**refer** [7] - 34:15,
136:2, 185:25, 186:3,
196:23, 196:25, 197:4
**reference** [1] -
118:17
**referring** [1] - 178:4
**reflect** [3] - 111:20,
164:8, 164:24
**refresh** [1] - 13:10
**regard** [1] - 15:3
**regulations** [1] -
151:6
**REGULATIONS** [1] -
210:15
**Reichert** [1] - 32:18
**reinvested** [1] -
144:17
**relate** [1] - 64:15
**related** [2] - 183:7,
185:21
**relationship** [4] -
34:23, 58:17, 180:17,
180:23
**relative** [2] - 58:6,
65:20
**relatively** [1] -
141:14
**relatives** [7] - 58:1,
85:6, 86:19, 101:20,
101:22, 102:10,
103:20
**relevant** [4] - 5:23,
14:19, 63:9
**reluctant** [1] - 109:12
**rely** [2] - 25:18,
119:24
**relying** [2] - 23:20,
24:13
**remain** [1] - 114:5
**remained** [1] -
145:18
**remember** [20] -
16:6, 17:11, 17:21,
19:16, 42:25, 89:3,
109:25, 119:2,
119:17, 142:18,
143:13, 163:24,
170:21, 172:1, 177:7,
190:19, 193:12,
193:14, 193:17,
208:25
**remind** [1] - 164:16

**rendered** [2] - 93:19, 107:25
**repeat** [2] - 196:24, 204:24
**repeated** [1] - 191:25
**repeatedly** [2] - 160:4, 160:6
**rephrase** [1] - 193:15
**reply** [1] - 56:10
**report** [5] - 6:12, 22:11, 22:14, 118:11
**REPORTED** [1] - 210:13
**REPORTER** [4] - 1:24, 210:2, 210:8, 210:23
**reporter** [2] - 11:22, 40:17
**REPORTER'S** [1] - 1:19
**reports** [7] - 144:24, 146:21, 146:22, 151:5, 151:7, 207:15, 207:16
**represent** [5] - 33:12, 141:8, 141:12, 141:13, 153:11
**representation** [1] - 170:4
**represented** [1] - 196:17
**representing** [1] - 33:6
**request** [3] - 26:4, 28:16, 185:15
**requested** [1] - 72:5
**require** [1] - 119:7
**required** [3] - 121:4, 125:17, 126:7
**requirements** [1] - 148:4
**research** [1] - 118:15
**resell** [1] - 133:7
**Resendez** [1] - 32:12
**reside** [1] - 48:12
**resist** [1] - 88:11
**resold** [1] - 130:13
**resources** [2] - 81:3, 151:17
**respect** [6] - 23:24, 159:14, 161:21, 180:23, 185:19, 198:6
**respective** [1] - 111:21
**respond** [3] - 29:14, 36:10, 118:10
**responded** [1] - 36:4
**response** [4] - 35:20, 35:22, 185:22, 188:18
**responses** [1] - 39:8

**responsibility** [3] - 105:20, 143:4, 161:18
**rest** [2] - 19:9, 136:22
**restriction** [2] - 117:20, 117:24
**restrictions** [1] - 19:24, 19:25
**restroom** [1] - 110:19
**result** [2] - 38:7, 119:7
**retail** [3] - 45:1, 45:2, 99:3
**retire** [3] - 109:3, 164:3, 209:3
**retired** [8] - 40:2, 40:4, 45:18, 46:20, 59:21, 79:8, 166:4, 166:5
**return** [3] - 118:14, 163:20, 189:18
**returned** [1] - 101:11
**revenue** [5] - 30:19, 123:19, 125:20, 135:7, 152:3
**review** [1] - 159:13
**reviewed** [1] - 158:22
**revolves** [1] - 123:12
**Rey** [1] - 82:13
**RGK** [1] - 1:11
**Ricardo** [2] - 29:6, 53:12
**Ricky** [1] - 32:12
**rights** [1] - 118:20
**RILEY** [1] - 3:4
**Riley** [8] - 32:11, 165:9, 165:20, 166:1, 180:1, 184:4, 189:14, 198:16
**rip** [1] - 205:23
**rise** [3] - 27:1, 111:18, 164:21
**risk** [2] - 151:20
**Riverside** [4] - 136:5, 173:3, 173:5, 181:11
**road** [1] - 110:10
**ROBERT** [1] - 2:16
**Robert** [6] - 4:14, 27:8, 27:12, 32:17, 33:5, 141:6
**Robles** [1] - 32:14
**rock** [1] - 151:24
**rodeo** [1] - 15:22
**ROGER** [1] - 2:7
**Roger** [9] - 4:10, 31:20, 72:3, 73:3, 73:12, 74:6, 90:8, 90:14, 91:1

**role** [3] - 178:25, 196:16, 197:11
**roll** [1] - 190:17
**rolled** [1] - 144:10
**roof** [1] - 204:5
**room** [10] - 75:14, 93:5, 109:3, 109:9, 109:10, 109:15, 119:19, 121:15, 164:3, 209:3
**ROOM** [1] - 1:24
**Rosemead** [1] - 50:17
**Rosenthal** [1] - 33:22
**roughly** [1] - 200:15
**row** [18] - 27:23, 27:24, 27:25, 28:12, 28:25, 29:6, 58:3, 63:7, 66:5, 69:18, 70:5, 70:7, 76:14, 76:20, 76:21, 94:3, 94:7
**rows** [3] - 70:6, 76:14, 94:3
**rule** [4] - 13:21, 16:24, 22:24, 25:24
**ruled** [2] - 14:16, 14:18
**rules** [7] - 15:5, 24:12, 115:11, 115:16, 118:20, 119:3, 119:4
**ruling** [8] - 14:21, 21:10, 21:15, 22:4, 22:12, 103:7, 150:7
**rulings** [1] - 5:24
**run** [8] - 11:17, 11:18, 12:2, 66:12, 66:17, 109:22, 145:3, 194:12
**rung** [1] - 24:9
**running** [3] - 194:12, 194:13, 204:4
**runs** [3] - 11:15, 11:17, 66:12
**Russel** [1] - 32:22
**Ruyak** [6] - 4:15, 27:13, 33:5, 141:7, 152:12, 158:12
**RUYAK** [14] - 2:15, 2:16, 4:14, 27:12, 33:4, 33:19, 72:23, 90:5, 90:11, 140:22, 141:2, 141:5, 164:12, 198:15
**Ryan** [3] - 94:11, 100:19, 106:19

**S**

**S-E-N-A-R-A-T-M-E** [1] - 76:19
**S-I-M-O-N** [1] - 76:17
**S-T-E-P-H-E-N** [1] - 29:7
**Sacramento** [1] - 39:3
**sale** [1] - 177:3
**sales** [26] - 30:19, 124:3, 124:5, 129:10, 130:3, 130:8, 133:25, 152:2, 166:6, 167:2, 167:11, 174:23, 174:24, 175:4, 176:20, 176:23, 178:12, 183:8, 185:22, 186:21, 187:9, 187:22, 187:24, 187:25, 192:18, 193:21
**salute** [1] - 195:24
**saluted** [1] - 195:21, 195:25
**Samuel** [1] - 32:13
**San** [4] - 47:22, 52:4, 97:23, 102:1
**sanctions** [1] - 6:25
**Santa** [2] - 42:11, 48:12
**Sarah** [2] - 28:14, 42:8
**sat** [4] - 36:13, 47:6, 66:7, 182:20
**satisfied** [5] - 49:18, 49:22, 96:5, 96:17, 98:21
**saves** [1] - 77:11
**saw** [12] - 85:18, 115:1, 150:22, 153:17, 171:13, 172:4, 172:17, 193:7, 193:9, 200:23, 204:10, 206:15
**scale** [2] - 67:1, 122:7
**scales** [1] - 89:15
**schematic** [1] - 153:24
**scheme** [22] - 30:17, 122:3, 122:7, 122:18, 123:12, 123:15, 125:17, 126:8, 126:21, 127:21, 129:23, 134:14, 139:5, 139:10, 139:11, 139:15, 139:23, 140:10,

144:18, 149:6, 161:19, 161:22
**school** [5] - 39:22, 41:4, 60:21, 97:18, 166:19
**schoolteacher** [1] - 97:9
**sciences** [1] - 41:5
**scienter** [3] - 16:25, 21:16, 22:1
**scope** [9] - 7:21, 7:24, 8:1, 21:10, 159:19, 162:22, 163:5
**Scotland** [1] - 161:10
**scratch** [1] - 8:23
**screen** [2] - 171:8, 183:25
**screwed** [2] - 19:2, 110:14
**Scudaria** [1] - 27:17
**SCUDERIA** [1] - 1:14
**Scuderia** [14] - 33:13, 127:11, 135:20, 136:5, 136:10, 136:12, 136:24, 136:25, 160:16, 160:17, 160:20, 160:23, 161:15, 173:3
**seam** [3] - 154:19, 155:20, 159:12
**seams** [1] - 154:20
**search** [1] - 7:4
**searching** [1] - 118:16
**seat** [37] - 27:24, 28:12, 28:13, 28:24, 29:5, 29:8, 29:19, 75:20, 75:23, 76:1, 76:2, 76:4, 76:8, 76:10, 76:13, 76:15, 76:16, 76:17, 76:18, 76:19, 76:24, 89:3, 91:24, 93:6, 93:7, 93:9, 93:10, 93:11, 93:24, 94:7, 106:18, 106:20, 107:10, 107:14, 107:15, 107:16, 108:3
**seated** [4] - 77:5, 77:13, 118:6, 165:17
**seats** [3] - 27:22, 111:22, 164:10
**second** [14] - 6:19, 6:23, 28:24, 37:7, 37:9, 38:24, 38:25, 69:18, 76:14, 117:10, 122:13, 124:8, 143:1, 178:24
**seconds** [2] - 6:21,

13:20
**secret** [1] - 162:25
**secreting** [1] -
152:14
**secretly** [11] - 124:1,
127:5, 127:19, 129:3,
129:7, 129:18,
129:19, 130:21,
137:19, 138:25
**Section** [4] - 113:2,
113:7, 113:9, 113:11
**SECTION** [1] -
210:11
**security** [2] - 59:4,
195:20
**Security** [2] - 27:9,
32:2
**see** [67] - 7:25, 13:5,
13:20, 18:4, 18:5,
18:15, 20:13, 22:23,
23:19, 26:25, 30:3,
30:5, 32:1, 37:13,
47:15, 53:10, 53:15,
56:24, 64:18, 68:25,
70:2, 81:3, 81:15,
89:21, 106:10,
108:17, 114:20,
116:12, 128:16,
135:16, 139:7,
139:22, 144:5,
144:16, 145:13,
146:22, 148:19,
150:16, 164:20,
169:14, 169:22,
171:5, 172:7, 172:19,
172:20, 172:23,
176:8, 184:4, 186:13,
187:6, 189:3, 191:7,
193:6, 194:1, 194:2,
200:3, 203:5, 204:25,
206:7, 206:10,
206:11, 206:17,
206:23, 209:4, 209:17
**seeing** [1] - 20:4
**sees** [1] - 108:20
**select** [1] - 11:9
**selected** [1] - 10:10
**selection** [1] - 19:2
**self** [4] - 8:2, 8:16,
44:9, 44:12
**self-authenticating**
[2] - 8:2, 8:16
**self-employed** [2] -
44:9, 44:12
**sell** [33] - 128:11,
130:21, 150:3,
151:21, 167:12,
168:12, 168:15,
173:21, 174:1, 174:3,
174:4, 174:7, 174:13,

175:4, 177:6, 177:7,
186:24, 187:13,
187:17, 188:4,
188:16, 188:19,
188:22, 189:2, 189:6,
189:9, 189:10,
189:14, 203:23,
203:25, 204:20,
205:10
**sellable** [3] - 125:12,
133:13, 138:7
**seller** [1] - 129:4
**sellers** [1] - 201:16
**selling** [12] - 128:13,
129:6, 172:7, 189:19,
192:1, 192:2, 193:23,
197:25, 201:5,
201:15, 206:5, 206:9
**Senaratne** [1] - 81:2
**send** [1] - 206:12
**senior** [1] - 182:17
**sense** [4] - 9:16,
17:19, 123:12, 193:24
**sensitive** [2] - 17:13,
18:20
**sentenced** [1] -
162:11
**sentences** [1] -
185:8
**separate** [1] - 120:16
**September** [1] -
159:21
**series** [3] - 155:7,
175:25, 176:1
**serious** [2] - 105:15,
130:5
**servant** [1] - 196:8
**serve** [1] - 208:18
**served** [4] - 35:9,
66:2, 67:16, 68:9
**service** [3] - 118:9,
180:13, 180:16
**servitude** [1] - 18:23
**SESSION** [2] - 1:20,
4:2
**session** [1] - 114:20
**set** [5] - 19:5, 19:23,
111:12, 127:10,
190:15
**seven** [15] - 73:5,
73:14, 73:17, 77:4,
77:7, 77:12, 84:15,
91:11, 92:16, 93:25,
94:13, 103:11, 106:1,
135:11, 135:12
**several** [5] - 26:9,
125:9, 169:17, 190:11
**shall** [2] - 165:13,
206:18
**Shannon** [2] - 28:13,

40:20
**Shao** [18] - 139:24,
140:3, 174:5, 174:6,
178:21, 178:25,
182:18, 183:6, 184:7,
184:11, 185:5,
185:16, 186:3,
188:13, 188:15,
188:18, 189:1, 189:8
**shape** [5] - 31:1,
124:20, 132:1,
194:19, 194:23
**shaped** [1] - 194:22
**shapes** [1] - 175:23
**Shapes** [2] - 137:8,
147:8
**share** [1] - 33:18
**shareholder** [6] -
127:23, 128:8, 129:2,
138:24, 150:5, 150:18
**shareholders** [24] -
122:2, 124:2, 124:3,
126:14, 129:11,
130:1, 130:2, 133:24,
136:14, 137:4,
140:13, 142:4, 143:4,
143:5, 143:20,
144:19, 144:24,
145:15, 146:23,
149:9, 149:20,
149:21, 149:23,
207:17
**sharply** [1] - 145:17
**Shaun** [1] - 32:11
**Shawn** [1] - 32:23
**sheet** [1] - 167:1
**shell** [8] - 126:11,
134:17, 136:23,
138:9, 138:11,
138:14, 139:3, 140:8
**Shen** [20] - 32:15,
139:11, 139:12,
139:16, 139:18,
139:21, 140:24,
160:11, 160:21,
160:22, 161:15,
161:25, 162:1, 162:2,
162:6, 162:14, 192:20
**SHERI** [3] - 1:23,
210:8, 210:22
**Sheriff's** [2] - 58:8,
99:7
**sheriff's** [4] - 50:18,
99:12, 99:14, 102:1
**shifting** [1] - 146:4
**ship** [1] - 130:7
**shipment** [1] - 200:2
**shipments** [3] -
199:16, 199:23,
200:17

**shipped** [6] - 62:19,
137:25, 138:1,
138:20, 146:8, 198:9
**shipping** [3] - 7:9,
63:10, 198:8
**Shoes** [1] - 77:23
**shop** [1] - 180:16
**short** [4] - 141:15,
142:1, 150:9, 157:15
**shortly** [1] - 71:20,
204:21
**show** [34] - 37:23,
38:9, 71:1, 121:4,
122:6, 122:13,
124:24, 125:1,
132:13, 132:15,
132:17, 133:16,
133:23, 134:3,
139:24, 140:2, 140:5,
142:6, 142:9, 142:13,
142:19, 143:8,
149:13, 149:25,
150:8, 150:24,
151:19, 152:5,
156:15, 157:15,
163:10, 169:22,
183:16
**showed** [1] - 194:5
**showing** [2] -
139:22, 184:3
**showroom** [1] -
206:23
**shows** [1] - 150:21
**shredding** [1] - 7:1
**sibling** [2] - 103:24,
104:2
**side** [34] - 9:11, 10:4,
12:11, 15:15, 15:16,
23:23, 28:17, 31:14,
45:11, 50:1, 50:2,
54:16, 56:25, 57:1,
64:22, 66:24, 71:9,
71:12, 72:1, 72:15,
86:10, 89:22, 98:19,
98:24, 101:1, 105:6,
106:10, 108:19,
108:20, 115:15,
120:25, 142:8,
156:19, 173:2
**SIDE** [2] - 106:12,
107:4
**side-bar** [1] - 23:23
**SIDE-BAR** [2] -
106:12, 107:4
**sIDEBAR** [1] - 71:21
**SIDEBAR** [3] - 75:1,
89:23, 92:22
**sides** [29] - 10:11,
10:19, 10:23, 20:4,
26:12, 44:21, 46:22,

50:13, 51:21, 53:8,
53:21, 54:6, 54:8,
54:10, 55:13, 71:6,
78:10, 79:16, 80:21,
81:13, 82:8, 83:8,
86:16, 87:15, 97:14,
98:5, 102:15, 154:4
**significant** [4] -
130:17, 197:20,
205:7, 205:9
**signing** [1] - 62:3
**silent** [1] - 114:5
**Simi** [1] - 80:11
**similar** [2] - 68:3,
69:25
**Simon** [3] - 33:25,
76:17, 80:6
**simple** [3] - 16:20,
157:16, 197:23
**simplicity** [1] - 127:2
**simply** [5] - 113:21,
121:2, 124:5, 131:15,
152:15
**simultaneously** [1] -
129:5
**Singapore** [1] -
161:10
**single** [8] - 35:16,
35:24, 120:20,
127:14, 175:4, 204:25
**sister** [3] - 80:14,
133:4, 135:18
**sit** [9] - 18:23, 29:11,
51:19, 71:8, 79:19,
89:19, 94:1, 94:18,
105:5
**site** [1] - 178:20
**sitting** [4] - 4:11,
45:12, 49:17, 96:4,
201:22
**six** [15] - 5:13, 10:2,
15:6, 15:13, 15:14,
34:7, 126:23, 127:18,
129:16, 135:18,
141:11, 159:8,
159:15, 191:6, 194:10
**size** [6] - 170:23,
170:25, 171:22,
171:25, 173:8, 176:6
**skateboarding** [1] -
45:3
**skeleton** [1] - 17:5
**slash** [1] - 198:23
**slate** [1] - 81:9
**slats** [1] - 203:2
**sleeping** [1] - 17:15
**slide** [1] - 152:20
**sliding** [1] - 163:1
**small** [1] - 151:20
**smuggle** [3] -

124:21, 125:4, 132:21
**smuggled** [1] - 132:2
**social** [2] - 47:25, 117:23
**solar** [3] - 123:10, 131:15, 204:4
**sold** [15] - 123:20, 123:24, 133:20, 146:8, 151:12, 174:9, 174:10, 187:9, 187:11, 201:25, 202:5, 203:21, 205:7, 205:19, 205:24
**solely** [2] - 112:16, 120:19
**solemnly** [1] - 93:17, 107:23, 165:12
**solid** [2] - 154:5, 156:19
**Solomon** [1] - 33:22
**someone** [4] - 59:18, 77:1, 187:19, 197:7
**sometime** [2] - 178:1, 179:6
**sometimes** [1] - 116:1
**somewhere** [1] - 199:19
**son** [6] - 54:24, 55:3, 82:3, 97:22, 197:10
**soon** [2] - 161:6, 194:7
**sophisticated** [1] - 37:25
**sorry** [20] - 4:17, 42:19, 45:14, 73:16, 73:22, 95:2, 95:16, 104:1, 168:2, 169:7, 172:24, 175:21, 179:25, 180:2, 181:13, 183:24, 196:24, 197:16, 202:3, 206:22
**sort** [4] - 122:16, 175:13, 196:1, 207:12
**sorts** [1] - 187:3
**sound** [1] - 83:17
**sounds** [1] - 37:24
**Source** [1] - 135:10
**SOUTH** [1] - 2:13
**south** [2] - 46:3, 46:4
**South** [1] - 77:21
**southern** [1] - 170:1
**space** [3] - 172:16, 178:10, 178:13
**speaking** [7] - 6:17, 71:23, 123:15, 180:11, 184:11, 193:12, 193:17
**speaks** [1] - 88:20

**special** [4] - 4:12, 27:10, 32:1, 34:1
**specific** [3] - 39:20, 191:18
**specifically** [7] - 22:21, 88:6, 113:4, 113:6, 128:7, 131:10, 136:16
**spell** [3] - 76:23, 165:18, 166:11
**spelled** [4] - 29:1, 29:2, 76:18, 78:23
**spend** [2] - 5:1, 206:2
**spent** [1] - 168:17
**Spielman** [1] - 34:2
**spike** [1] - 128:20
**spot** [2] - 154:9, 176:8
**spouse** [1] - 60:21
**SPRING** [2] - 1:24, 2:8
**springboard** [2] - 54:9, 89:10
**square** [4] - 171:2, 171:23, 172:2, 173:9
**squeeze** [1] - 194:19
**SS** [1] - 210:5
**stable** [1] - 163:13
**stacked** [1] - 181:16
**staff** [3] - 59:4, 192:18, 193:21
**stamped** [1] - 159:21
**stand** [15] - 12:4, 12:7, 35:21, 57:12, 75:3, 75:11, 92:24, 93:13, 107:6, 107:7, 107:19, 160:14, 161:3, 162:5, 184:25
**standard** [6] - 39:9, 67:5, 89:14, 101:16, 154:14, 156:22
**standards** [1] - 155:18
**stands** [2] - 139:19, 192:10
**Stanley** [1] - 32:23
**start** [31] - 5:4, 19:3, 19:4, 28:5, 34:15, 37:18, 40:16, 58:3, 66:5, 76:13, 77:16, 106:23, 110:8, 110:11, 110:12, 110:13, 110:17, 119:8, 158:18, 165:3, 166:3, 168:19, 182:12, 207:25, 208:1, 208:4, 208:12, 208:14, 209:14
**started** [19] - 77:13,

121:19, 156:17, 158:19, 173:10, 173:19, 174:3, 174:14, 177:22, 178:18, 179:1, 188:5, 190:23, 191:3, 197:19, 198:8, 199:23, 200:14, 202:18
**starting** [11] - 24:23, 27:22, 110:7, 110:15, 122:19, 126:22, 130:14, 184:22, 187:15, 195:16, 202:20
**starts** [1] - 156:4
**state** [4] - 4:8, 12:8, 27:6, 165:18
**STATE** [1] - 210:6
**statement** [21] - 6:1, 8:22, 14:19, 18:12, 22:25, 23:2, 23:4, 24:5, 24:12, 26:11, 90:2, 111:15, 121:1, 121:5, 121:16, 121:18, 121:21, 122:9, 165:1
**statements** [9] - 8:11, 18:16, 22:17, 23:21, 24:2, 26:17, 90:4, 108:10, 114:16
**states** [1] - 193:2
**STATES** [10] - 1:1, 1:2, 1:7, 1:9, 2:5, 2:7, 2:8, 210:9, 210:11, 210:16
**States** [78] - 4:6, 4:11, 27:4, 27:9, 30:10, 30:15, 30:20, 30:23, 30:24, 31:1, 31:5, 31:21, 31:23, 31:25, 62:23, 112:25, 113:3, 113:4, 113:6, 113:7, 113:10, 113:12, 122:1, 122:5, 122:24, 123:25, 124:11, 124:22, 125:15, 125:18, 125:22, 126:3, 126:15, 127:4, 128:10, 128:20, 130:12, 130:13, 131:1, 132:24, 133:25, 134:11, 134:20, 136:19, 138:21, 140:9, 140:14, 140:16, 141:10, 141:18, 143:11, 144:12, 145:11, 145:16,

145:19, 145:22, 146:7, 147:2, 147:5, 147:25, 148:9, 149:1, 150:11, 151:13, 151:16, 151:18, 151:21, 152:21, 158:13, 158:16, 159:1, 180:19, 185:1, 201:18, 201:20, 201:23, 202:2, 202:4
**stay** [4] - 20:9, 23:1, 75:17, 164:19
**stealing** [2] - 161:9, 161:12
**stems** [1] - 160:10
**STENOGRAPHICA LLY** [1] - 210:13
**Stephen** [3] - 29:7, 33:12, 54:19
**stepped** [1] - 195:22
**Steven** [4] - 4:19, 27:16, 32:19, 32:20
**STEVEN** [1] - 2:12
**still** [7] - 64:24, 77:1, 86:15, 147:2, 148:21, 188:13, 205:10
**stipulated** [1] - 37:4
**stock** [13] - 16:22, 26:5, 30:18, 61:24, 62:3, 62:7, 62:10, 102:19, 123:17, 128:2, 128:5, 145:5, 168:16
**stockpile** [4] - 125:24, 127:15, 134:10, 135:24
**stockpiled** [3] - 125:7, 133:8, 198:2
**stocks** [1] - 43:23
**stole** [4] - 139:18, 161:1, 161:3, 161:14
**stood** [1] - 195:20
**stop** [2] - 143:23, 174:15
**stopped** [5] - 158:15, 177:17, 187:17, 199:17, 200:5
**stored** [8] - 7:18, 168:24, 171:4, 171:14, 172:5, 172:20, 202:12, 204:16
**storing** [2] - 169:3, 203:10
**story** [4] - 142:8, 142:14, 142:16, 162:13
**strategies** [1] - 146:2
**street** [1] - 40:1
**STREET** [5] - 1:15,

1:24, 2:8, 2:13, 2:16
**Street** [6] - 27:18, 33:14, 127:12, 135:21, 136:7, 170:20
**streets** [1] - 170:2
**strength** [2] - 148:18, 157:13
**stretch** [1] - 195:10
**stretched** [1] - 195:11
**stricken** [1] - 116:2
**stringers** [1] - 153:25
**strong** [6] - 85:1, 155:16, 155:18, 155:24, 156:8, 156:11
**structural** [1] - 175:18
**student** [1] - 82:3
**Studio** [1] - 46:19
**study** [1] - 166:21
**sturdiness** [1] - 176:21
**subject** [4] - 82:20, 132:11, 137:16, 189:18
**submitted** [2] - 164:3, 209:3
**subsidiaries** [1] - 146:18
**subsidiary** [2] - 127:1, 135:1
**substance** [1] - 8:17
**substantive** [2] - 31:7, 31:8
**subtle** [1] - 38:11
**subway** [1] - 207:11
**successful** [1] - 205:8
**succinct** [1] - 16:4
**suffer** [2] - 20:13, 150:1
**suffered** [1] - 145:25
**sufficiently** [1] - 24:3
**suggest** [2] - 151:9, 208:6
**SUITE** [2] - 2:14, 2:16
**Suk** [1] - 32:12
**Sunday** [3] - 25:1, 25:4, 25:8
**superintendent** [1] - 53:13
**supplement** [1] - 95:7
**supplied** [1] - 181:3
**supplier** [1] - 180:24
**supply** [1] - 181:1
**supported** [1] - 147:14

**supposed** [3] - 177:6, 186:24, 208:18
**surprised** [1] - 188:23
**survive** [3] - 143:15, 145:7, 147:22
**survived** [2] - 147:19, 147:20
**suspended** [1] - 22:16
**sustain** [3] - 115:20, 115:22, 115:23
**swear** [3] - 93:17, 107:23, 165:12
**Switzerland** [1] - 161:10
**sworn** [4] - 93:14, 107:20, 114:10, 165:11
**sympathy** [1] - 112:18
**system** [2] - 68:12, 104:12

**T**

**T-H-O-M-A-S** [1] - 28:19
**T-O-V-A-L-I-N** [1] - 76:16
**tab** [1] - 170:3
**table** [4] - 4:11, 32:1, 37:18, 182:21
**tables** [1] - 98:19
**tablet** [1] - 117:21
**tack** [9] - 124:19, 131:25, 154:7, 154:8, 154:9, 154:16, 155:23, 159:13, 176:9
**tags** [1] - 194:2
**TAKEN** [3] - 27:2, 111:19, 164:22
**Tanisha** [2] - 76:18, 81:2
**tarp** [1] - 203:3
**tarps** [1] - 202:25
**tax** [1] - 161:25
**taxes** [3] - 124:15, 130:10, 162:3
**teach** [1] - 52:7
**teacher** [1] - 52:5
**team** [5] - 102:24, 174:25, 175:4, 187:9, 188:1
**teams** [1] - 20:4
**Tech** [2] - 155:1, 157:8
**tech** [2] - 42:18, 42:20

**technical** [1] - 46:19
**temptation** [1] - 88:11
**ten** [22] - 4:25, 5:2, 5:5, 10:3, 18:3, 18:4, 39:7, 39:8, 48:9, 64:10, 72:16, 73:24, 76:11, 87:19, 103:17, 103:21, 121:25, 147:14, 158:12, 208:19, 208:21
**tendency** [1] - 84:11
**tentative** [2] - 5:24, 6:3
**terms** [6] - 14:5, 22:4, 145:10, 163:10, 180:24, 182:12
**test** [7] - 148:13, 155:15, 156:1, 156:2, 156:9, 157:12, 204:15
**tested** [10] - 148:16, 155:14, 155:16, 155:17, 156:11, 157:5, 157:8, 204:10, 204:13
**testified** [5] - 14:3, 57:14, 116:13, 117:4, 186:17
**testifies** [1] - 120:4
**testify** [8] - 8:10, 8:11, 14:3, 15:11, 25:12, 57:9, 139:14, 150:1
**testifying** [3] - 8:9, 88:14, 116:16
**testimony** [31] - 8:13, 14:3, 22:14, 37:1, 41:20, 41:21, 57:8, 57:18, 61:16, 62:22, 82:19, 84:23, 88:7, 88:9, 88:12, 101:14, 114:10, 114:18, 114:25, 116:7, 116:8, 116:11, 116:22, 116:24, 119:14, 138:16, 139:16, 139:19, 148:14, 162:12, 165:12
**testing** [3] - 155:25, 156:7, 159:13
**tests** [4] - 155:7, 155:8, 155:9, 157:12
**text** [1] - 117:22
**Thanh** [1] - 32:21
**thanked** [2] - 188:23, 189:9
**THAT** [2] - 210:10, 210:14
**THE** [768] - 4:5, 4:13,

4:16, 4:22, 7:5, 7:7, 7:13, 11:14, 14:14, 14:23, 15:1, 15:5, 20:8, 20:25, 21:8, 21:14, 22:7, 22:18, 22:22, 23:4, 23:11, 24:10, 24:16, 25:3, 25:7, 25:14, 25:20, 25:24, 26:7, 26:10, 27:1, 27:3, 27:11, 27:14, 27:19, 28:13, 29:10, 30:8, 30:9, 32:5, 32:24, 33:16, 34:4, 34:19, 34:20, 34:21, 34:25, 35:2, 36:8, 36:9, 40:20, 40:21, 40:22, 40:23, 40:24, 40:25, 41:1, 41:2, 41:4, 41:6, 41:8, 41:9, 41:13, 41:14, 41:15, 41:16, 41:17, 41:18, 42:2, 42:3, 42:4, 42:5, 42:8, 42:9, 42:11, 42:12, 42:13, 42:14, 42:15, 42:16, 42:18, 42:19, 42:20, 42:21, 43:3, 43:4, 43:5, 43:6, 43:8, 43:9, 43:10, 43:11, 43:12, 43:13, 43:17, 43:18, 43:20, 43:21, 44:3, 44:4, 44:5, 44:6, 44:8, 44:10, 44:12, 44:13, 44:15, 44:16, 44:19, 44:20, 44:22, 44:23, 44:24, 44:25, 45:1, 45:2, 45:3, 45:4, 45:6, 45:7, 45:9, 45:10, 45:16, 45:17, 45:18, 45:20, 45:22, 45:23, 45:25, 46:1, 46:3, 46:4, 46:7, 46:8, 46:10, 46:13, 46:15, 46:16, 46:18, 46:22, 46:24, 46:25, 47:4, 47:5, 47:12, 47:13, 47:17, 47:18, 47:19, 47:21, 47:22, 47:23, 47:25, 48:1, 48:6, 48:7, 48:12, 48:16, 48:18, 48:19, 48:21, 48:22, 48:24, 49:1, 49:8, 49:9, 49:14, 49:15, 49:20, 49:21, 49:24, 49:25, 50:2, 50:3, 50:5, 50:8, 50:11, 50:12, 50:14, 50:15, 50:16, 50:21, 51:3, 51:4, 51:6, 51:7, 51:10, 51:11, 51:12, 51:16, 51:20, 51:21,

51:25, 52:1, 52:3, 52:6, 52:8, 52:9, 52:11, 52:12, 52:14, 52:15, 52:18, 52:19, 52:21, 52:23, 52:24, 52:25, 53:2, 53:3, 53:6, 53:7, 53:9, 53:10, 53:12, 53:15, 53:19, 53:20, 53:22, 53:23, 53:25, 54:2, 54:4, 54:5, 54:7, 54:8, 54:14, 54:15, 54:17, 54:18, 54:19, 54:22, 54:23, 55:2, 55:7, 55:8, 55:10, 55:12, 55:14, 55:15, 55:16, 55:20, 55:22, 55:23, 55:25, 56:1, 56:20, 56:21, 56:23, 56:24, 57:1, 57:2, 57:5, 57:6, 57:23, 57:24, 58:7, 58:9, 58:11, 58:12, 58:15, 58:16, 58:22, 58:23, 58:25, 59:1, 59:2, 59:7, 59:10, 59:11, 59:14, 59:15, 59:20, 59:23, 59:25, 60:1, 60:9, 60:10, 61:13, 61:15, 61:19, 61:20, 61:22, 61:23, 62:2, 62:5, 62:8, 62:9, 62:13, 62:14, 62:19, 62:21, 63:2, 63:3, 63:5, 63:6, 63:9, 63:12, 63:15, 63:16, 63:18, 63:19, 63:20, 63:23, 64:1, 64:2, 64:4, 64:5, 64:14, 64:15, 64:17, 64:18, 64:20, 64:21, 64:24, 64:25, 65:2, 65:3, 65:5, 65:6, 65:8, 65:11, 65:13, 65:14, 65:17, 65:18, 65:24, 65:25, 66:8, 66:9, 66:11, 66:13, 66:15, 66:16, 66:21, 66:22, 67:8, 67:9, 67:11, 67:12, 67:14, 67:15, 67:16, 67:18, 67:20, 67:21, 67:24, 68:2, 68:4, 68:6, 68:8, 68:11, 68:16, 68:19, 68:22, 68:24, 69:2, 69:3, 69:5, 69:8, 69:10, 69:11, 69:13, 69:14, 69:17, 69:18, 69:21, 69:24, 70:1, 70:2, 70:4, 70:5, 70:8, 70:12, 70:14, 70:15, 70:19, 70:20, 71:22,

72:7, 72:11, 72:15, 72:21, 72:24, 73:5, 73:9, 73:14, 73:18, 73:22, 73:24, 74:3, 74:9, 74:14, 74:17, 74:21, 75:2, 75:10, 75:22, 75:23, 76:6, 76:7, 76:15, 77:3, 77:9, 77:10, 77:15, 77:16, 77:18, 77:19, 77:21, 77:22, 77:23, 77:25, 78:2, 78:4, 78:7, 78:8, 78:11, 78:13, 78:18, 78:19, 78:23, 78:25, 79:2, 79:3, 79:5, 79:7, 79:8, 79:9, 79:14, 79:15, 79:17, 79:18, 79:21, 79:22, 79:25, 80:1, 80:3, 80:4, 80:6, 80:7, 80:9, 80:10, 80:11, 80:12, 80:14, 80:16, 80:19, 80:20, 80:22, 80:23, 80:25, 81:1, 81:2, 81:5, 81:7, 81:8, 81:11, 81:12, 81:14, 81:15, 81:19, 81:20, 81:21, 81:22, 81:23, 81:24, 82:1, 82:2, 82:3, 82:4, 82:6, 82:7, 82:10, 82:11, 82:12, 82:17, 82:23, 82:24, 83:2, 83:3, 83:7, 83:8, 83:10, 83:11, 83:12, 83:17, 83:20, 83:21, 83:23, 83:24, 83:25, 84:2, 84:4, 84:5, 84:6, 84:7, 84:10, 84:11, 84:13, 84:14, 84:21, 84:22, 84:25, 85:1, 85:4, 85:5, 85:9, 85:11, 85:13, 85:14, 85:17, 85:18, 85:22, 85:23, 85:25, 86:1, 86:3, 86:5, 86:7, 86:8, 86:9, 86:11, 86:13, 86:14, 86:17, 86:18, 86:22, 86:23, 87:4, 87:5, 87:6, 87:8, 87:13, 87:14, 87:16, 87:17, 87:20, 87:21, 87:25, 88:1, 88:4, 88:5, 88:16, 88:17, 88:18, 88:19, 89:2, 89:5, 89:7, 89:9, 89:17, 89:18, 89:20, 89:21, 89:24, 90:6, 90:10, 90:12, 90:15, 90:22, 90:24, 90:25, 91:4, 91:9, 91:13, 91:14, 91:17, 91:20,

91:23, 92:1, 92:2, 92:6, 92:10, 92:15, 92:23, 93:15, 93:22, 93:23, 93:24, 94:4, 94:12, 94:16, 94:17, 94:20, 94:21, 95:1, 95:2, 95:4, 95:5, 95:6, 95:8, 95:10, 95:11, 95:12, 95:14, 95:18, 95:19, 95:23, 95:24, 96:2, 96:3, 96:8, 96:10, 96:13, 96:14, 96:19, 96:20, 96:24, 96:25, 97:1, 97:3, 97:4, 97:6, 97:8, 97:10, 97:12, 97:13, 97:15, 97:16, 97:17, 97:20, 97:22, 97:25, 98:3, 98:4, 98:6, 98:7, 98:9, 98:12, 98:13, 98:14, 98:17, 98:18, 98:23, 98:24, 98:25, 99:1, 99:2, 99:4, 99:6, 99:8, 99:10, 99:11, 99:14, 99:15, 99:18, 99:19, 99:24, 99:25, 100:4, 100:5, 100:6, 100:11, 100:17, 100:18, 100:19, 100:21, 100:24, 100:25, 101:2, 101:3, 101:7, 101:8, 101:13, 101:14, 101:19, 101:20, 101:25, 102:2, 102:4, 102:5, 102:8, 102:9, 102:13, 102:14, 102:16, 102:17, 102:22, 103:1, 103:3, 103:4, 103:9, 103:10, 103:15, 103:16, 103:18, 103:19, 103:24, 104:1, 104:2, 104:4, 104:5, 104:6, 104:8, 104:9, 104:13, 104:15, 104:20, 104:21, 104:22, 104:24, 105:1, 105:2, 105:4, 105:5, 105:13, 105:14, 105:23, 105:24, 105:25, 106:1, 106:4, 106:5, 106:14, 106:20, 106:21, 107:3, 107:5, 107:12, 107:13, 107:21, 108:2, 108:3, 111:18, 111:20, 121:23, 140:20, 140:25, 141:3, 152:9, 161:5, 163:22, 164:7, 164:8, 164:15,

164:21, 164:23, 164:24, 165:10, 165:16, 165:17, 165:20, 165:21, 165:22, 170:10, 170:12, 183:17, 183:21, 184:16, 198:13, 207:19, 209:6, 209:7, 209:11, 209:12, 210:9, 210:11, 210:12, 210:13, 210:14, 210:15, 210:16
  theatrical [1] - 46:19
  themselves [5] - 31:14, 33:9, 86:19, 203:17, 203:18
  therapist [2] - 53:14, 80:15
  thereafter [1] - 204:22
  therefore [1] - 132:11
  Therefore [1] - 19:1
  therein [2] - 93:19, 107:25
  thief [2] - 160:25, 162:16
  thiefs [1] - 161:1
  thieves [1] - 162:17
  thinking [1] - 161:5
  thinks [2] - 115:16, 162:9
  third [2] - 6:12, 76:14
  Thomas [2] - 28:19, 45:18
  Thompson [1] - 32:22
  thousand [1] - 145:10
  thousands [2] - 16:10
  three [32] - 6:11, 10:4, 10:11, 13:20, 16:14, 17:11, 31:2, 35:11, 36:4, 37:5, 38:10, 73:9, 73:10, 92:18, 107:18, 107:19, 108:6, 110:18, 110:20, 123:15, 126:19, 169:4, 174:17, 174:18, 174:19, 175:2, 182:3, 182:15, 186:10, 187:8, 189:5, 189:7
  three-hour [1] - 110:18
  thresholds [1] - 204:2

throughout [5] - 24:13, 128:16, 132:7, 136:1, 139:8
  throw [1] - 37:18
  Tianjin [2] - 190:16, 190:17
  ticket [1] - 60:4
  tied [1] - 208:8
  tight [1] - 19:24
  timeframe [1] - 7:11
  timeline [3] - 157:18, 158:11, 204:18
  timely [3] - 24:22, 109:22, 110:23
  timing [3] - 15:19, 21:20, 109:19
  tipping [2] - 66:25, 89:15
  TITLE [1] - 210:11
  Title [4] - 113:2, 113:7, 113:9, 113:12
  title [1] - 50:20
  TO [1] - 210:11
  today [20] - 19:1, 19:3, 19:19, 24:23, 30:10, 109:20, 110:14, 122:20, 123:14, 125:5, 125:9, 126:12, 126:22, 126:23, 127:9, 128:18, 129:21, 134:18
  together [15] - 37:19, 38:4, 38:5, 38:8, 38:23, 92:18, 120:16, 142:11, 149:5, 154:16, 162:13, 176:9, 177:1, 204:7
  tomorrow [5] - 19:16, 109:25, 110:15, 207:23, 209:5
  took [14] - 69:13, 128:1, 128:4, 135:3, 137:1, 137:24, 144:22, 151:19, 159:8, 159:15, 164:13, 185:20, 189:13, 190:21
  toothpaste [2] - 194:18, 194:19
  top [5] - 38:6, 38:7, 153:24, 154:18, 184:22
  topics [1] - 25:11
  Torben [1] - 32:20
  total [2] - 34:7, 72:16
  touch [1] - 42:22
  tough [1] - 19:19
  tour [6] - 171:5, 191:20, 192:22,

194:5, 195:15, 196:3
  Tovalin [2] - 76:16, 77:18
  toy [1] - 143:3
  toys [1] - 161:13
  traded [1] - 122:3
  trading [1] - 22:16
  traditional [1] - 95:7
  traffic [1] - 208:9
  train [2] - 123:9, 144:9
  training [6] - 56:15, 57:3, 84:19, 86:24, 101:5, 101:6
  transactions [6] - 124:4, 129:11, 129:13, 130:2, 151:11, 152:1
  TRANSCRIPT [3] - 1:19, 210:12, 210:14
  transcript [1] - 119:13
  transferred [1] - 152:2
  transition [1] - 177:24
  translation [2] - 120:9, 120:14
  translator [1] - 120:10, 191:24, 201:5
  Transport [1] - 135:8
  Transportation [1] - 97:5
  transportation [2] - 207:3, 207:7
  Treasury [1] - 30:24
  treat [2] - 83:8, 195:17
  treated [3] - 86:14, 182:6, 182:7
  treating [1] - 72:15
  tremendously [1] - 68:23
  trial [70] - 5:3, 5:22, 15:4, 20:16, 24:17, 29:19, 29:23, 35:25, 36:22, 41:24, 44:21, 49:19, 49:23, 51:1, 54:11, 55:5, 55:21, 56:5, 63:17, 65:1, 68:9, 71:6, 75:17, 77:14, 83:9, 85:12, 96:6, 96:7, 96:18, 96:23, 97:11, 98:2, 98:16, 98:22, 99:9, 99:16, 99:17, 99:21, 101:12, 105:7, 109:7, 112:8, 112:20, 117:7, 118:4, 118:24, 119:1, 119:8, 119:11,

119:13, 120:4, 120:24, 122:20, 123:14, 125:5, 125:9, 126:12, 126:22, 126:23, 127:9, 128:17, 128:18, 129:21, 130:8, 130:20, 132:7, 134:18, 135:17, 136:2, 138:12
  TRIAL [1] - 1:19
  trials [5] - 18:21, 24:19, 67:17, 68:2, 88:23
  trick [3] - 123:16, 128:8, 175:19
  tried [8] - 18:8, 120:15, 137:11, 137:23, 168:15, 173:21, 174:3, 174:11
  trip [9] - 190:3, 190:20, 190:25, 192:4, 192:12, 193:15, 193:20, 195:14, 206:3
  truck [3] - 144:9, 206:19, 207:11
  trucks [2] - 204:5
  TRUE [1] - 210:12
  true [14] - 10:18, 14:6, 14:8, 24:10, 39:14, 93:19, 107:24, 115:4, 142:9, 150:24, 151:14, 154:7, 161:19, 205:22
  truly [3] - 93:18, 107:24, 158:6
  truth [5] - 12:12, 22:15, 165:14
  try [23] - 5:11, 16:18, 16:19, 33:20, 36:2, 39:9, 43:25, 68:13, 71:15, 88:11, 88:14, 93:18, 107:24, 118:18, 164:16, 164:18, 173:25, 174:1, 174:12, 186:24, 189:14, 208:12
  trying [12] - 17:18, 68:20, 124:10, 130:7, 142:4, 145:7, 168:18, 177:3, 187:12, 187:17, 188:4, 205:7
  tube [1] - 194:18
  TUESDAY [2] - 1:20, 4:1
  turn [6] - 6:21, 125:11, 133:12, 137:9, 138:7, 197:22

**turning** [1] - 173:19
**tutor** [4] - 40:24, 40:25, 41:2, 83:13
**TV** [2] - 43:20, 100:20
**two** [43] - 8:10, 10:11, 13:19, 19:10, 19:11, 21:20, 28:14, 30:21, 33:6, 34:6, 35:11, 35:15, 43:24, 56:13, 66:8, 67:6, 70:6, 73:15, 78:20, 88:6, 90:18, 91:14, 91:18, 91:19, 113:3, 126:25, 134:24, 141:12, 142:2, 143:16, 143:17, 143:18, 145:6, 148:4, 148:5, 149:7, 154:2, 155:8, 164:20, 181:24, 185:7, 185:9
**two-way** [1] - 154:2
**twofold** [1] - 36:15
**type** [12] - 15:24, 16:2, 61:11, 64:13, 81:9, 86:5, 89:1, 104:4, 144:23, 185:15, 194:4, 204:4
**types** [1] - 15:22
**typically** [3] - 182:25, 195:1, 195:2

## U

**U.S** [34] - 103:12, 103:13, 113:4, 124:8, 126:4, 126:23, 130:14, 133:25, 134:12, 135:7, 136:20, 144:3, 146:16, 147:20, 149:1, 149:8, 153:8, 153:9, 153:10, 157:22, 158:22, 158:23, 158:24, 159:2, 159:8, 159:10, 159:11, 159:21, 159:23, 162:1, 184:25, 199:8, 200:24
**UCLA** [2] - 166:20, 166:23
**ultimately** [1] - 132:20
**uncle** [3] - 82:14, 83:1
**uncommon** [2] - 24:16, 206:9
**under** [10] - 7:16, 37:1, 57:19, 84:24, 145:10, 148:21,

149:17, 155:11, 155:14, 155:19
**underlying** [1] - 14:8
**underneath** [1] - 204:3
**Union** [1] - 147:16
**UNITED** [10] - 1:1, 1:2, 1:7, 1:9, 2:5, 2:7, 2:8, 210:9, 210:11, 210:16
**United** [78] - 4:6, 4:11, 27:4, 27:9, 30:10, 30:15, 30:20, 30:23, 30:24, 31:1, 31:4, 31:21, 31:23, 31:25, 62:23, 112:25, 113:2, 113:4, 113:6, 113:7, 113:10, 113:12, 122:1, 122:5, 122:24, 123:25, 124:10, 124:22, 125:15, 125:18, 125:22, 126:3, 126:15, 127:4, 128:10, 128:20, 130:12, 130:13, 131:1, 132:24, 133:25, 134:11, 134:20, 136:19, 138:21, 140:9, 140:14, 140:16, 141:10, 141:18, 143:10, 144:12, 145:11, 145:16, 145:19, 145:22, 146:7, 147:2, 147:5, 147:25, 148:9, 148:25, 150:11, 151:13, 151:16, 151:18, 151:21, 152:21, 158:13, 158:16, 159:1, 180:19, 185:1, 201:18, 201:20, 201:23, 202:2, 202:4
**unless** [7] - 16:3, 29:23, 43:2, 59:8, 62:11, 114:1, 131:17
**unquote** [1] - 137:2
**unring** [1] - 24:9
**unsellable** [1] - 134:1
**unsuccessful** [1] - 138:4
**untrue** [2] - 154:13, 155:25
**unusual** [1] - 146:16
**up** [85] - 11:20, 12:2, 12:6, 13:11, 13:15, 14:7, 15:8, 15:19,

17:15, 17:20, 18:17, 19:2, 19:21, 22:13, 22:23, 26:7, 27:22, 27:24, 27:25, 28:2, 29:11, 29:13, 29:20, 30:6, 35:21, 39:2, 39:14, 40:10, 40:11, 40:13, 57:8, 57:11, 61:1, 63:19, 65:9, 71:2, 75:4, 75:11, 76:13, 76:14, 83:5, 85:23, 89:3, 89:7, 92:24, 93:13, 103:7, 107:6, 107:7, 107:19, 110:3, 110:14, 110:17, 111:8, 112:22, 125:20, 130:24, 131:24, 152:12, 154:3, 156:3, 161:5, 164:11, 165:2, 177:1, 178:24, 181:7, 187:12, 188:10, 188:12, 188:25, 189:17, 190:1, 190:15, 192:9, 194:13, 194:21, 197:14, 198:8, 208:8, 208:19, 209:13, 209:16
**upfront** [1] - 10:8
**upper** [1] - 171:7
**upset** [2] - 64:22, 188:23
**upside** [1] - 17:7
**urge** [1] - 119:14
**usable** [2] - 133:13, 137:10
**useable** [1] - 125:12
**useless** [3] - 68:13, 124:25, 134:1

## V

**Valley** [2] - 48:13, 80:11
**valuable** [1] - 68:23
**value** [7] - 30:17, 145:1, 149:22, 150:1, 150:5, 150:18, 151:1
**Van** [1] - 100:19
**variations** [1] - 175:11
**varied** [1] - 176:13
**various** [2] - 59:4, 168:25
**vehicles** [2] - 207:3, 207:7
**Velda** [1] - 33:22
**verdict** [10] - 39:14,

67:9, 69:12, 93:19, 107:25, 112:22, 117:7, 118:15, 120:23, 163:21
**verdicts** [1] - 68:7
**version** [1] - 137:17
**versus** [3] - 4:7, 27:5, 30:10
**via** [1] - 117:22
**victim** [3] - 64:9, 87:18, 103:16
**victims** [2] - 65:8, 134:4
**video** [1] - 42:15
**Vietnam** [28] - 137:21, 138:2, 167:12, 167:13, 167:15, 167:17, 167:23, 167:24, 168:12, 168:19, 173:20, 183:3, 190:3, 191:3, 192:5, 192:7, 192:11, 192:22, 192:25, 193:16, 193:21, 195:13, 195:16, 195:24, 198:10
**view** [9] - 147:1, 153:24, 153:25, 176:20, 202:13, 202:15, 202:17, 202:18, 203:15
**Villanueva** [2] - 32:14, 34:22
**violates** [1] - 119:5
**violation** [6] - 16:24, 59:17, 113:2, 113:6, 113:9, 113:11
**violence** [1] - 64:14
**Virginia** [3] - 33:24, 155:1, 157:8
**visit** [5] - 180:10, 181:19, 181:25, 190:1, 206:6
**visited** [3] - 180:5, 186:11, 190:11
**Vista** [1] - 43:12
**Voetmann** [1] - 32:20
**voir** [7] - 9:2, 9:4, 9:9, 9:10, 11:10, 11:12, 13:2
**volume** [1] - 30:19
**Von** [6] - 27:17, 33:14, 127:12, 135:21, 136:6, 183:1
**VON** [1] - 1:14
**VS** [1] - 1:11

## W

**wait** [7] - 13:19, 28:5, 108:11, 111:5, 111:6, 169:7, 208:10
**waiting** [1] - 25:6
**waive** [3] - 9:21, 9:23
**walk** [1] - 164:18
**wall** [4] - 145:8, 145:12, 148:5
**wander** [1] - 11:24
**Wang** [8] - 8:9, 32:16, 139:6, 139:8, 196:22, 197:2
**wang** [1] - 197:6
**wants** [2] - 153:19, 154:11
**War** [2] - 16:7, 16:8
**warehouse** [52] - 4:20, 127:11, 127:14, 133:10, 134:9, 135:20, 135:23, 136:4, 136:6, 136:8, 136:11, 136:14, 137:13, 139:2, 153:11, 153:12, 168:25, 169:16, 169:21, 170:19, 171:1, 171:4, 171:5, 171:9, 171:10, 171:11, 171:13, 171:18, 171:22, 171:24, 172:4, 172:17, 172:19, 172:21, 172:23, 173:4, 173:5, 173:6, 173:8, 178:4, 178:13, 183:5, 187:3, 201:21, 202:10, 202:23, 203:14, 204:16, 205:16
**warehouseman** [1] - 200:1
**warehouses** [29] - 125:8, 125:23, 133:10, 133:17, 137:25, 153:16, 159:9, 168:25, 169:2, 169:5, 169:9, 169:11, 169:14, 169:19, 170:3, 170:6, 170:16, 170:23, 178:9, 181:9, 191:12, 198:2, 198:7, 199:21, 200:24, 202:9, 202:12, 203:10, 204:23
**warrant** [1] - 7:4
**WASHINGTON** [1] - 2:17

**Washington** [2] - 33:25, 39:3
**waste** [1] - 13:17
**watch** [1] - 19:23
**watching** [1] - 35:8
**water** [1] - 152:1
**Wayne** [1] - 32:17
**ways** [3] - 35:15, 113:3, 123:15
**wealthy** [1] - 123:1
**weapon** [1] - 70:9
**wear** [2] - 15:9, 15:15
**wearing** [4] - 15:7, 15:10, 15:13, 15:16
**weeds** [1] - 195:10
**week** [2] - 16:16, 208:22
**weeks** [8] - 26:9, 187:18, 188:12, 188:25, 189:5, 189:7, 189:17, 202:20
**weigh** [1] - 112:12
**weight** [15] - 57:18, 84:23, 101:18, 115:8, 115:10, 117:2, 156:24, 175:14, 176:11, 177:14, 195:4, 207:13
**weighted** [1] - 156:25
**weights** [1] - 176:13
**welded** [11] - 124:19, 131:25, 143:9, 148:13, 152:16, 154:16, 154:17, 162:19, 176:9, 204:7
**welding** [11] - 154:7, 154:10, 154:19, 154:20, 154:22, 154:23, 155:23, 159:12, 159:13
**welds** [5] - 154:8, 154:9, 155:20, 156:11
**West** [3] - 43:15, 51:13, 51:14
**WESTERN** [1] - 1:4
**whispering** [1] - 71:12
**White** [4] - 33:23, 154:25, 156:6
**white** [3] - 155:13, 156:16, 157:4
**Whittier** [1] - 97:19
**whole** [5] - 123:12, 165:14, 179:17, 183:12, 202:15
**wife** [16] - 43:20, 46:20, 47:25, 48:14, 50:18, 50:25, 51:13, 53:2, 53:14, 54:20,

97:8, 139:7, 196:19, 196:23, 196:25, 197:2
**wilfully** [2] - 126:17, 134:21
**William** [7] - 3:4, 28:20, 46:10, 46:18, 73:4, 165:20
**wind** [1] - 196:12
**window** [3] - 123:9, 131:14, 204:3
**windows** [1] - 147:10
**wire** [6] - 30:16, 31:9, 113:6, 113:15, 122:20, 124:6
**wired** [2] - 126:11, 136:23
**wish** [2] - 9:22, 119:16
**WITH** [1] - 210:15
**withdraw** [1] - 72:18
**WITNESS** [3] - 3:3, 165:16, 165:20
**witness** [23] - 8:23, 13:11, 19:18, 25:1, 25:15, 25:21, 32:4, 32:6, 34:2, 57:12, 57:15, 57:21, 88:14, 114:25, 115:1, 116:9, 116:11, 120:4, 120:5, 160:12, 160:13, 165:7
**witness'** [7] - 116:12, 116:14, 116:15, 116:17, 116:19, 116:22, 116:23
**witnesses** [22] - 8:22, 8:25, 14:4, 15:10, 24:24, 25:3, 31:15, 32:10, 32:24, 33:1, 33:17, 33:20, 56:11, 57:14, 101:17, 108:23, 114:10, 114:21, 117:3, 136:2, 136:5, 139:22
**women** [1] - 153:14
**wonder** [1] - 110:6
**Wong** [1] - 27:10
**word** [1] - 23:14
**words** [5] - 20:11, 99:20, 117:5, 137:3, 191:23
**worker** [3] - 47:25, 191:25, 192:1
**works** [34] - 34:22, 40:9, 41:10, 41:11, 42:16, 43:18, 43:20, 44:13, 45:4, 45:24, 47:23, 50:18, 52:5, 52:25, 54:2, 54:20, 78:1, 78:2, 79:4,

80:12, 81:6, 81:25, 82:1, 83:15, 84:2, 95:8, 95:20, 97:6, 97:20, 97:23, 99:4, 99:6, 99:12, 109:8
**world** [9] - 142:17, 142:23, 143:2, 144:25, 146:17, 146:19, 161:9, 201:8
**worry** [1] - 90:3
**worth** [1] - 157:18
**wrap** [1] - 185:10
**wrapped** [1] - 194:3
**wrapping** [2] - 161:5, 185:10
**writing** [3] - 83:14, 117:21, 146:22
**written** [2] - 112:9, 119:13
**Wu** [1] - 32:23

## Y

**Y-O-R-K** [1] - 28:25
**Yan** [1] - 32:12
**year** [3] - 86:4, 130:5, 151:6
**years** [39] - 12:15, 26:22, 64:10, 69:6, 87:19, 102:23, 103:17, 103:21, 103:25, 104:3, 121:25, 123:23, 128:13, 129:22, 129:23, 133:2, 146:14, 147:14, 147:15, 149:18, 150:9, 151:2, 158:12, 160:7, 166:18, 166:25, 167:1, 167:3, 174:17, 174:18, 174:19, 175:2, 181:24, 182:3, 186:10, 187:8, 188:9, 203:21
**Yihwou** [1] - 32:20
**York** [7] - 19:19, 28:25, 34:3, 48:12, 54:25, 69:6, 69:22
**you-all** [1] - 17:14
**yourself** [10] - 13:8, 61:12, 62:7, 65:19, 71:24, 96:11, 105:8, 105:10, 175:8, 186:21
**yourselves** [4] - 10:22, 119:18, 164:1, 209:1

## Z

**Z.P** [2] - 197:7, 197:18
**zero** [1] - 133:7
**Zhao** [2] - 8:9, 32:12
**Zhaohua** [2] - 140:4, 140:5
**Zhijie** [2] - 139:6, 139:8
**Zhong** [1] - 32:22
**Zhongtian** [64] - 30:18, 123:1, 123:4, 123:14, 123:16, 123:23, 124:1, 125:25, 126:9, 127:5, 127:19, 127:22, 128:1, 128:7, 128:25, 129:18, 130:20, 132:25, 134:2, 134:15, 136:12, 136:16, 136:21, 136:25, 137:4, 137:7, 137:19, 137:22, 138:11, 138:23, 139:17, 139:25, 140:2, 140:5, 140:6, 179:19, 180:9, 180:22, 181:18, 181:25, 182:5, 182:9, 182:14, 182:22, 182:24, 183:9, 185:23, 185:25, 186:3, 186:11, 186:13, 190:8, 193:21, 195:14, 195:17, 195:22, 196:2, 196:10, 196:19, 196:23, 196:25, 197:10, 198:1
**Zhongwang** [26] - 26:6, 123:5, 123:13, 123:19, 123:24, 124:10, 126:2, 126:6, 127:3, 127:17, 128:11, 141:24, 144:4, 179:23, 180:5, 180:8, 180:10, 180:17, 189:22, 190:2, 190:14, 190:16, 191:15, 206:3, 207:5
**Zhongwang/CZW** [6] - 123:11, 127:24, 128:13, 129:2, 138:25, 191:7
**Zo** [1] - 197:7
**zoom** [1] - 184:4