1          UNITED STATES OF AMERICA
           UNITED STATES DISTRICT COURT
2          CENTRAL DISTRICT OF CALIFORNIA
               WESTERN DIVISION
3
               - - -
4        HONORABLE R. GARY KLAUSNER,
      UNITED STATES DISTRICT JUDGE PRESIDING
5              - - -

6
UNITED STATES OF AMERICA,        )
7                                )   CERTIFIED COPY
           PLAINTIFF,            )
8                                )
VS.                              )   CR 19-00282 RGK
9                                )
PERFECTUS ALUMINUM,              )
10 INCORPORATED, PERFECTUS       )
ALUMINUM ACQUTIONS, LLC;         )
11 SCUDERIA DEVELOPMENT, LLC;     )
1001 DOUBLEDAY, LLC; VON         )
12 KARMAN-MAIN STREET, LLC;       )
10681 PRODUCTION AVENUE,         )
13 LLC,                          )
                                 )
14         DEFENDANTS.           )
   _____)
15

16

17            TRIAL - DAY 2
      REPORTER'S TRANSCRIPT OF PROCEEDINGS
18         WEDNESDAY, AUGUST 11, 2021
             A.M. SESSION
19         LOS ANGELES, CALIFORNIA

20

21

22

23
         SHERI S. KLEEGER, CSR 10340
24     FEDERAL OFFICIAL COURT REPORTER
       312 NORTH SPRING STREET, ROOM 402
25       LOS ANGELES, CALIFORNIA 90012
           PH:  (213)894-6604

```
 1

 2

 3

 4

 5    APPEARANCES OF COUNSEL:

 6    ON BEHALF OF PLAINTIFF:

 7            UNITED STATES ATTORNEY
              BY:  POONAM KUMAR, AUSA
 8                 GREGORY BERNSTEIN, AUSA
                   ROGER HSIEH, AUSA
 9            ASSISTANT UNITED STATES ATTORNEY
              1100 UNITED STATES COURTHOUSE
10            312 NORTH SPRING STREET
              LOS ANGELES, CA 90012

11

12
      ON BEHALF OF DEFENDANT:
13            LARSON LLP
              BY:  STEVEN LARSON, ESQUIRE
14                 HILARY POTASHNER, ATTORNEY AT LAW
                   A. ALEXANDER LOWDER, ESQUIRE
15            555 SOUTH FLOWER STREET
              SUITE 4400
16            LOS ANGELES, CA 90071

17            RUYAK CHERIAN LLP
              BY:  ROBERT F. RUYAK, ESQUIRE
18            1700 K STREET NW, SUITE 810
              WASHINGTON, DC 20006
19

20

21

22

23

24

25
```

```
                          I   N   D   E   X


      WITNESS:     DIRECT   CROSS    REDIRECT    RECROSS

       RILEY, Bill              10,26       40

    HAMER, Shaun      48        71,75      79         81

      RESENDEZ, Oliva  82        98

   CHAVARRIA, Ricky    110     142,146     149

     LUO, Suk         151        168,171

   ZHOU, Jackie    175           183

   PRADITBATUGA, Panuchai 192      230,232

   ROBLES, Cristian   239

                        E   X   H   I   B   I   T   S

                          NUMBER        PAGE

                          1000          14
                          45            31
                          48            33
                          1001          38
                          42            51
                          54            56
                          40-1          86
                          40-4          87
                          40-16         88
                          40-6          87
                          744           113
                          745           115
                          752           116
                          1             119
                          108           126
                          704           131
                          701           134
                          705           135
                          57            160
                          107           162
                          216           205
                          505           211
                          584           227
```

```
1
2                    E  X  H  I  B  I  T  S
                        NUMBER        PAGE
3                        523           229
                         1002          185
                         215           197
4                        216           205
                         501           208
5                        505           211
                         507           214
6                        511           216
                         541           217
7                        547           219
                         515           220
8                        517           222
                         553           223
9                        571           224
                         535           225
10                       534           226
                         584           227
11                       533           246
                         532           248
12                       554,555       250
                         556           252
13                       558,559       255
                         560           256
14                       564,565       257
                         566           259
15
16
17
18
19
20
21
22
23
24
25
```

|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
|        | 1  | LOS ANGELES, CALIFORNIA; WEDNESDAY, AUGUST 11, 2021          |
|        | 2  | A.M. SESSION                                                 |
|        | 3  | - - -                                                        |
| 08:16:32 | 4 |                                                              |
| 08:16:32 | 5 | THE COURT:  Okay.  Counsel, I understand                     |
| 08:16:34 | 6 | there is an issue you want to talk about?                    |
| 08:16:37 | 7 | MS. KUMAR:  Yes, Your Honor.  The Government                  |
| 08:16:38 | 8 | anticipates calling this morning someone by the name of      |
| 08:16:42 | 9 | Suk Luo, L-u-o.  There was briefing prior to trial on        |
| 08:16:46 | 10 | this -- one of these issues.  One of the things the         |
| 08:16:48 | 11 | Government anticipates she will testify to is that she       |
| 08:16:51 | 12 | was asked to incorporate one of the Perfectus               |
| 08:16:54 | 13 | predecessor entities by Zhongsuo Liu.  And then, you        |
| 08:16:59 | 14 | know, put her name on the company.  And that                |
| 08:17:02 | 15 | subsequently prior to indictment, but during the            |
| 08:17:05 | 16 | Government's investigation, she was instructed by           |
| 08:17:09 | 17 | Zhongsuo Liu not to tell the Government that he had          |
| 08:17:12 | 18 | asked her to do that, to say it was Johnson Shao.           |
| 08:17:15 | 19 | She was further directed to delete all of                   |
| 08:17:18 | 20 | her lead chats and communications with him.                 |
|        | 21 | THE COURT:  Okay.                                            |
| 08:17:21 | 22 | MS. KUMAR:  She also had conversations with                 |
| 08:17:23 | 23 | Johnson Shao separately in which he told her not to        |
| 08:17:26 | 24 | trust her attorneys and not to tell them the full truth    |
| 08:17:28 | 25 | and to contact him only in person not by phone.            |

08:17:32 | 1          THE COURT:  Okay.  What's the issue?  Why

08:17:34 | 2   are you coming to me now?

08:17:36 | 3          MS. POTASHNER:  Your Honor, the issue is

08:17:38 | 4   that that's all hearsay.  And before -- and I know Your

08:17:41 | 5   Honor said not to raise it until we were in Court, but

08:17:43 | 6   the Government wanted to -- brought this to our

08:17:46 | 7   attention this morning.

08:17:47 | 8          THE COURT:  Let me start out:  I don't blame

08:17:49 | 9   attorneys for anything they're doing out there.  So I

08:17:52 | 10  don't want anybody to feel that, you know, that I'm

08:17:55 | 11  upset with you or anything else.  You got to raise these

08:17:57 | 12  things.  And I appreciate you raising them.  So don't

08:18:00 | 13  get to feeling that I'm upset with you one way or the

08:18:03 | 14  other.  But go ahead.

08:18:04 | 15         MS. POTASHNER:  Thank you, Your Honor.

08:18:05 | 16         And so because, obviously, these are

08:18:07 | 17  out-of-Court statements that they would qualify as

08:18:09 | 18  hearsay but for exception.  The exception that I would

08:18:12 | 19  advise the Government would be using or attempting to

08:18:14 | 20  use is the co-conspirator statement.

08:18:16 | 21         There has been no evidence of the conspiracy

08:18:18 | 22  yet.  There's been no establishment of that.

08:18:21 | 23         And prior to the establishment by evidence

08:18:23 | 24  of a conspiracy and is leading to that conspiracy, then

08:18:29 | 25  this exception would not apply.  In other words, there's

08:18:32   1   no foundation.

08:18:33   2          THE COURT:  Let me ask counsel then.  I'm

08:18:35   3   sorry to move you along quickly, but I've got to get the

           4   jury.

08:18:37   5          Let me ask you a question then:  Do you have

08:18:41   6   any problem with their position that you cannot

08:18:43   7   introduce a statement before the conspiracy is shown?

08:18:45   8          MS. KUMAR:  Yes, Your Honor.  Because the

08:18:47   9   Court has the ability to admit it subject to connection.

08:18:50  10   We believe that there will be evidence of a conspiracy

08:18:53  11   at the time she testifies.

08:18:54  12          THE COURT:  Can either side state any law

08:18:56  13   that says that you cannot introduce a statement until

08:18:58  14   you show the conspiracy, but you have to do it before --

08:19:03  15   excuse me.  You have to show the conspiracy before you

08:19:05  16   introduce the statement.  Anybody have any law on that?

08:19:09  17          MS. KUMAR:  The clear law, Your Honor, is

08:19:10  18   that the Court has discretion to allow it subject to

08:19:11  19   connection even if the Court finds that at the time --

08:19:13  20          THE COURT:  Well since you're not the one

08:19:14  21   objecting to it.  So let me hear from counsel.

08:19:17  22          MS. POTASHNER:  Your Honor, we can brief

08:19:19  23   that.  The citation I would give is the hearsay rule.

08:19:21  24   Absent a demonstration that an exception applies, it

08:19:26  25   does not apply.

08:19:27   1          And so the idea that hearsay would come in

08:19:29   2   and then it would later be tied up is highly problematic

08:19:33   3   because, obviously, you cannot unring that bell.  I

08:19:37   4   believe that allowing it in this order -- I believe that

08:19:39   5   the Government should be required to lay the foundation

08:19:42   6   first.  Once the foundation is laid, then, of course, if

08:19:45   7   the Court finds that there's sufficient evidence of a

08:19:47   8   conspiracy, then that exception would apply.

08:19:51   9          MS. KUMAR:  Could I address the Court's

08:19:52   10  question about a citation?

08:19:53   11         THE COURT:  No.  Counsel, I don't want to

08:19:55   12  spend too much time on this, because my understanding of

08:19:56   13  the years I've been on it, is there's no problem with

08:19:58   14  allowing it in before the conspiracy is shown.  And if

08:20:00   15  you can't show the conspiracy, it will be stricken and

08:20:03   16  maybe the case will be dismissed because of -- if you

08:20:08   17  present evidence that is not admissible later and the

08:20:11   18  Court finds it's not admissible later, there's remedies.

08:20:14   19  And the Court doesn't mind taking those remedies even as

08:20:18   20  far as dismissing the case because it's been improperly

08:20:21   21  introduced.  So I have no problem with that.

08:20:24   22         I don't want to -- I want you to feel

08:20:27   23  comfortable if there's real issues that you want to

08:20:29   24  raise before trial.  I don't want to have to come out on

08:20:33   25  hearsay exceptions and prerulings on evidentiary

08:20:36  1   hearings if it's not necessary.

08:20:37  2           This is something I can rule about when it

08:20:39  3   comes into evidence.  And I will rule at that time.

08:20:41  4           But I want counsel for the defense to feel

08:20:46  5   comfortable that if something comes in that is

08:20:48  6   inappropriate or should not have come in and they can't

08:20:52  7   prove it up later, first, it's an opening statement

08:20:56  8   maybe they'll say something that they can't prove up

08:20:57  9   later, I have no problems with taking sanctions,

08:21:00  10  including dismissing the case.  So there are remedies.

08:21:03  11          MS. POTASHNER:  Yes, Your Honor.  I do

08:21:05  12  appreciate that.  But I would ask, because I'm aware of

08:21:08  13  the witness list, I would ask the Court to request a

08:21:11  14  proffer from the Government on how they anticipate

08:21:15  15  proving a conspiracy absent these statements.  Because

08:21:17  16  my understanding is that there are no witnesses that can

08:21:21  17  testify as to the conspiracy.  So I would ask the

08:21:24  18  Court --

08:21:25  19          THE COURT:  So if they can't testify to the

08:21:26  20  conspiracy, the case is thrown out; is it not?

08:21:30  21          MS. POTASHNER:  No.  It --

08:21:31  22          THE COURT:  If they can't show a conspiracy,

08:21:33  23  it's gone.

08:21:34  24          MS. POTASHNER:  That's true, Your Honor.

08:21:35  25  But my concern is that it's a little bit of a circular

08:21:38   1   thing.  Putting in statements in order to prove the

08:21:41   2   conspiracy in order to admit the statements, that is my

08:21:44   3   problem and that's what it appears to me --

08:21:45   4            THE COURT:  I understand that.  I'd be

08:21:46   5   making the same objections that you're making, Counsel.

08:21:49   6   I understand where you're coming from on it.

08:21:51   7            But the Court feels that there are remedies.

08:21:55   8   And the Court is not hesitant to take those remedies if

08:22:00   9   it can't be proved out.

08:22:00   10            MS. POTASHNER:  Thank you, Your Honor.

08:22:01   11            THE COURT:  See you back in at -- if we're

08:22:03   12   lucky and the jurors were really listening yesterday, we

08:22:07   13   will see you back in at 8:30.

           14            (BRIEF RECESS.)

08:27:22   15            (IN THE PRESENCE OF THE JURY.)

08:33:29   16            THE COURT:  The record will reflect that all

08:33:31   17   the members of the jury are in their respective seats in

08:33:34   18   the jury box.  And the witness is on the witness stand.

08:33:36   19            We're in cross-examination, Counsel.

08:33:38   20            MR. RUYAK:  Thank you, Your Honor.

08:33:40   21            THE CLERK:  Mr. Riley, I will remind you are

08:33:43   22   still under oath at this time.

08:33:45   23            THE WITNESS:  Thank you.

08:33:47   24                     **CROSS-EXAMINATION**

           25   BY MR. RUYAK:

08:33:54   1       Q.   Good morning, Mr. Riley.

08:33:56   2       A.   Good morning.

08:33:57   3       Q.   Yesterday when we broke at 4:00 o'clock I was

08:34:01   4   going to ask you some questions about China

08:34:07   5   Zhongwang/CZW, the Chinese company, the manufacturer

08:34:09   6   back in China where you visited.

08:34:12   7            And you mentioned yesterday, I believe in

08:34:16   8   examination, that you at least believed that China ZW

08:34:22   9   was owned by Mr. Liu; is that correct?

08:34:25  10       A.   Correct.

08:34:25  11       Q.   And that was your view, correct?

08:34:30  12       A.   Yes.  I mean, it was a corporation.  He was the

08:34:31  13   chairman of the board.

08:34:33  14       Q.   Yeah.  Well, you understand that CZW at the time

08:34:36  15   you went there was a public corporation, correct?

08:34:38  16       A.   Yes.

08:34:39  17       Q.   It had shareholders, correct?

08:34:43  18       A.   Correct.

08:34:44  19       Q.   And in a public corporation, there's a board of

08:34:46  20   directors, correct?

08:34:47  21       A.   Correct.

08:34:48  22       Q.   And there's an audit committee of independent

08:34:50  23   directors, correct?

08:34:51  24       A.   Correct.

08:34:51  25       Q.   And those public companies are beholden to all

08:34:54   1   the shareholders, correct?

08:34:56   2       A.   I believe they are here.  I don't know about

08:34:58   3   China.

08:34:58   4       Q.   Well, okay.  But when you said that Mr. Liu owned

08:35:04   5   the company, that's not true; the shareholders own a

08:35:07   6   public company, do they not?

08:35:09   7       A.   Yes.

08:35:10   8       Q.   Okay.  I would like to go to another piece of

08:35:17   9   your testimony yesterday, the marketing of the pallets.

08:35:20  10   And I believe you said that at some point in 2014, you

08:35:24  11   were asked to sell the pallets that were in the

08:35:28  12   warehouse, correct?

08:35:29  13       A.   Correct.

08:35:29  14       Q.   You said you tried to do that for about two

08:35:33  15   weeks?

08:35:33  16       A.   Give or take, yes.

08:35:35  17       Q.   Okay.  And in conversations with the Government

08:35:37  18   you told them that it took you about two hours, right?

08:35:41  19       A.   Took me about two hours to figure out what was

08:35:43  20   going on.  But I had a job to do.  And I did as I was

08:35:47  21   told to do.

08:35:48  22       Q.   You had a job to do; you're in sales.  You had

08:35:50  23   been in sales for, what, 27 years before that?

08:35:52  24       A.   Yes.

08:35:53  25       Q.   Did you make any marketing plans on how to sell

08:35:57   1    sale the pallets when you came to Perfectus?

08:35:59   2        A.   No.

08:35:59   3        Q.   Did you create any marketing materials to sell

08:36:03   4    the pallets?

08:36:05   5        A.   No.

08:36:05   6        Q.   Did you ask the people that had been there

08:36:07   7    selling whether there were any marketing materials for

08:36:11   8    selling the pallets?

08:36:12   9        A.   No.  I never asked directly.  I asked if they had

08:36:15  10    any luck selling the pallets.

08:36:17  11        Q.   But you never asked them whether there was

08:36:19  12    marketing materials in the years 2011, '12, '13 to sell

08:36:23  13    the pallets, correct?

08:36:25  14        A.   Correct.

08:36:25  15        Q.   You weren't interested in whether there had been

08:36:29  16    marketing materials?

08:36:31  17        A.   Yeah.  I would have been very interested in the

08:36:33  18    marketing materials if somebody had mentioned it to me.

08:36:35  19    I didn't think to ask anybody else.  To create marketing

08:36:39  20    materials, I need to know something about what the

08:36:42  21    customers might have wanted.

08:36:44  22             And what I got to from my phone calls is the

08:36:46  23    customers just didn't want to know about it.

08:36:51  24             MR. RUYAK:  Your Honor, I would like to mark

08:36:53  25    the first exhibit for Defendants' 1000.

08:37:02  1            What I'd like to offer into evidence is a
08:37:08  2   business record of Perfectus.
08:37:11  3            THE COURT:  It will be received.
08:37:12  4            (Exhibit 1000 is received.)
08:37:14  5            MR. RUYAK:  Would you please put it up on
08:37:16  6   the screen, Luis.
          7   BY MR. RUYAK:
08:37:19  8      Q.  Okay.  Mr. Riley, have you seen this document
08:37:22  9   before?
08:37:22  10     A.  I have not.
08:37:23  11     Q.  You have not.
08:37:24  12           And you see it says PCA up in the corner.
08:37:27  13  Do you recognize that as the logo for the Perfectus --
08:37:32  14  the previous company before it was called Perfectus?
08:37:35  15     A.  Yes.
08:37:36  16     Q.  And you see on this document -- it's a
08:37:39  17  PowerPoint, right?
08:37:42  18     A.  I don't see that it's a PowerPoint.  I accept it.
08:37:46  19     Q.  Okay.  And this is the first page.  And it talks
08:37:48  20  about PCA.  That's the company you worked for, correct?
08:37:51  21     A.  Correct.
08:37:52  22     Q.  Talks about aluminum pallets.  And it says, "For
08:37:57  23  a cleaner and greener shipping solution we make a better
08:38:01  24  world to live."
08:38:02  25           Do you see that?

08:38:02  1      A.   Yes.

08:38:02  2      Q.   Let's look at the next page, right.  You're used

08:38:06  3  to giving pitches to customers, right?  You've done it

08:38:09  4  for a lot of years?

08:38:11  5      A.   Yes.

08:38:11  6      Q.   Right?  Before you came to Perfectus, right?

08:38:14  7      A.   Right.

08:38:14  8      Q.   And when you do that, a lot of times you use

08:38:18  9  PowerPoints, right?

08:38:19  10      A.   No.  Very rarely.

08:38:20  11      Q.   You don't use PowerPoints?

08:38:22  12           You know that people do use PowerPoints to

08:38:24  13  pitch customers, don't you?

08:38:26  14      A.   Yes, I do.

08:38:27  15      Q.   So let's look at this PowerPoint.  The first

08:38:29  16  thing is, "Why aluminum pallets?"

08:38:37  17           "Aluminum, 100 recycle.  Green solution."

08:38:39  18  That's correct, isn't it?

08:38:39  19      A.   Right.

08:38:40  20      Q.   That if you don't use the pallets as pallets, you

08:38:43  21  can recycle those, right?

08:38:44  22      A.   Yes.

08:38:44  23      Q.   Because aluminum is recyclable, correct?

08:38:48  24      A.   Correct.

08:38:49  25      Q.   So it says there, "Such as disposable waste,

08:38:53   1   hygiene, portability, durability, strength, economics,

08:38:56   2   and the best investment solution."

08:38:59   3           Those are all things that the company was

08:39:01   4   saying about the PCA, Perfectus was saying about the

08:39:05   5   aluminum pallets, correct?

08:39:06   6       A.  That's what this document is saying, yes.

08:39:08   7       Q.  Next is, "It can be easily cleaned and

08:39:11   8   sanitized."  That's correct, isn't it?

08:39:14   9       A.  I believe so.

08:39:15   10      Q.  Yeah.  Because aluminum can be sterilized and

08:39:18   11  sanitized where wood can't be because it can be infected

08:39:22   12  with things, correct?

08:39:23   13      A.  Correct.

08:39:24   14      Q.  "They are nonabsorbing," right?

08:39:26   15      A.  Correct.

08:39:27   16      Q.  "They will not rust or rot"?

08:39:30   17      A.  Correct.

08:39:30   18      Q.  "And has a smooth surface that helps prevent

08:39:35   19  bacterial contamination," correct?

08:39:37   20      A.  Correct.

08:39:38   21      Q.  Those are things all true about aluminum pallets,

08:39:41   22  correct?

08:39:41   23      A.  Correct.

08:39:41   24      Q.  By the way, Perfectus wasn't the only company in

08:39:44   25  the country -- in the U.S. that was importing and

08:39:46    1    selling aluminum pallets at the time, correct?

08:39:49    2        A.   I don't know.

08:39:49    3        Q.   You never investigated whether you had

08:39:54    4    competitors selling aluminum pallets in the U.S. when

08:39:57    5    you were trying to sell them?

08:39:57    6        A.   Through my phone calls trying to find business, I

08:40:01    7    never found anybody using aluminum pallets, so I

08:40:02    8    couldn't ask them where they were getting them.

08:40:03    9        Q.   Did you look on the Internet to see whether

08:40:06   10    aluminum pallets were available from other sources?

08:40:08   11        A.   I looked on the Internet quite a bit.  I don't

08:40:11   12    remember specifically looking for that.  I was looking

08:40:13   13    for buyers not sellers.

08:40:14   14        Q.   Are you familiar with the company called

08:40:17   15    Grainger?

08:40:17   16        A.   No.  Grainger, the industrial company --

           17        Q.   Yes.

08:40:20   18        A.   -- I'm familiar with them.

08:40:21   19        Q.   The industrial supply company.

08:40:23   20        A.   I'm familiar with them.

08:40:24   21        Q.   Did you look to see if the same time they were

08:40:26   22    selling aluminum pallets to customers?

08:40:29   23        A.   No, I didn't.

08:40:30   24        Q.   So you weren't interested in your competition at

08:40:32   25    all?

08:40:32 1    A.  I didn't have any competition at that time that I

08:40:34 2    knew of.  I didn't have a customer.

08:40:35 3    Q.  That's because you didn't look to see if you had

08:40:37 4    competition, correct?

08:40:38 5    A.  I didn't have a customer to compete with to get

08:40:41 6    the -- for competing to get the business, so...

08:40:44 7    Q.  Let's look at the next one.

08:40:48 8         It says, "PCA's mission is to create an

08:40:50 9    environmentally sustainable global green packaging

08:40:54 10   solutions to improve the world's supply chain."

08:40:59 11        Do you see that?

08:41:00 12   A.  Yes.

08:41:00 13   Q.  That's customer pitch, correct?

08:41:01 14   A.  I'm sorry?

08:41:02 15   Q.  That's a customer pitch, right?

08:41:04 16   A.  Yes.

08:41:05 17   Q.  And let's look down at No. 3.  It says, "PCA

08:41:08 18   offers standard pallets; extra heavy duty, heavy duty,

08:41:12 19   medium pallet and light pallets."  Right?

08:41:16 20   A.  Yes.

08:41:16 21   Q.  And you did see in the warehouses there wasn't

08:41:18 22   just one kind of pallet, there were at least three, four

08:41:21 23   kinds of pallets in the warehouse, correct?

08:41:22 24   A.  There were three that I saw.

08:41:24 25   Q.  Which ones were the three that you saw?

08:41:26  1      A.   The regular, medium duty and heavy duty.

08:41:32  2      Q.   Okay.  And it says that "PCA offers customized

08:41:37  3  pallets using standard extrusions with only six weeks'

08:41:41  4  lead time."

08:41:41  5           Do you see that?

08:41:42  6      A.   I do.

08:41:43  7      Q.   And "PCA offers substantial credit for unusable

08:41:50  8  pallets to when you order replacement pallets."

08:41:54  9           Do you see that?

08:41:54  10     A.   I see that.

08:41:55  11     Q.   Did you know that that was part of the business

08:41:57  12  plan that when the pallets got damaged or destroyed,

08:41:59  13  that PCA would take them back and replace them and give

08:42:02  14  a credit to the customers?

08:42:03  15     A.   No.  There were no -- no pallets ever left PCA

08:42:08  16  while I was there or came back to PCA while I was there.

08:42:11  17     Q.   But that is what they were promoting to

08:42:12  18  customers --

08:42:12  19     A.   Correct.  That's what this document is saying

08:42:15  20  they were offering to customers.  I was never told to

08:42:17  21  offer that to customers.

08:42:18  22     Q.   You were never told that.

08:42:19  23           And did you -- you never looked for this

08:42:21  24  PowerPoint that existed at the time?

08:42:23  25     A.   Absolutely not.  I had no idea there was a

08:42:26  1    PowerPoint that existed.  I wouldn't know where to begin

08:42:29  2    looking.

08:42:30  3        Q.  Well, wait a minute.  What about the people that

08:42:32  4    worked there before you that were selling?  You said

08:42:34  5    there were people that worked before.  What were their

08:42:37  6    names before?

08:42:38  7        A.  Kim Nguyen and David Pimental.

08:42:40  8        Q.  You didn't ask them:  Do you have a PowerPoint

08:42:42  9    that we can use to sell these pallets?

08:42:44  10       A.  No, I didn't.  And I would say, you've mentioned

08:42:48  11   my 27 years selling.  The only time I ever used a

08:42:51  12   PowerPoint myself was to sell to my own management on a

08:42:55  13   plan for sales.  I never used a PowerPoint to show a

08:42:58  14   customer, ever, not once.  It's not something I would

08:43:00  15   have thought to do, not something I would have expected

08:43:02  16   David or Kim to do.

08:43:03  17            If they wanted me to look at this

08:43:05  18   PowerPoint, management simply had to tell me:  Bill,

08:43:08  19   look at the PowerPoint.  It was never done.

08:43:09  20       Q.  So you lived in the old school world?

08:43:13  21       A.  Yeah, I guess so.

08:43:14  22       Q.  You're just the old school world, right?

08:43:15  23            THE COURT:  Counsel, that's getting

08:43:16  24   argumentative.

           25            Go ahead.

1    BY MR. RUYAK:

08:43:18    2    Q.   Did you live in the old school world where --

08:43:20    3         THE COURT:   Counsel, what's an "old school

08:43:23    4    world"?

08:43:23    5         Why don't you ask the question

08:43:25    6    appropriately.

7    BY MR. RUYAK:

08:43:26    8    Q.   The next thing it says is "The extra heavy duty

08:43:28    9    pallets had a 10,000 pound capacity."

08:43:31    10        Do you see that?

08:43:31    11   A.   I see that.

08:43:32    12   Q.   And it also says, "They're ideal for industries

08:43:33    13   like chemical and metal industries."

08:43:35    14   A.   Uh-huh.

08:43:36    15   Q.   Also said they "had a 100 percent seam welds."

08:43:38    16        Do you see that?

08:43:38    17   A.   It's sealed welds, I believe.

08:43:41    18   Q.   Sealed welds.  Hard to see this.  I'm sorry.

08:43:43    19   Sealed welds.  Okay.

08:43:46    20        And then it talks about the 6,000-pound

08:43:49    21   pallet.

08:43:49    22        What would the 6,000-pound pallet be?  Heavy

08:43:54    23   duty?

08:43:55    24   A.   I don't know what the 6,000-pouind pallet was.

08:43:57    25   Q.   Well, it bears weight of 6,000 pounds, correct?

08:44:01  1      A.   Okay.

08:44:02  2      Q.   Would that be a heavy duty pallet in your --

08:44:04  3      A.   I would guess that is a heavy duty pallet.

08:44:06  4  Correct.

08:44:07  5      Q.   Would a wooden pallet bear 6,000 pounds without

08:44:12  6  flexing?

08:44:12  7      A.   I'm not an expert on that sort of thing.  I would

08:44:15  8  guess not.

08:44:16  9      Q.   But it says, "It's ideal for food, pharmaceutical

         10  and chemical industries."

         11          Do you see that?

08:44:20 12          "These light-weight aluminum pallets resist

08:44:23 13  and withstand pressure washing, steam and scrubbing

08:44:26 14  processes, reinforced with three stringers, they support

08:44:30 15  loads up to 4500-pounds dynamic and 6,000 pounds static

08:44:35 16  capacity."

08:44:36 17          Do you see that.

08:44:36 18      A.   I see that.

08:44:38 19      Q.   And then it says, "Textured, nonskid surface

08:44:42 20  keeps loads in place during transport."

08:44:44 21          Do you see that?

08:44:45 22      A.   I see that.

08:44:46 23      Q.   Now the ones that you saw in the warehouse, did

08:44:48 24  they have this nonskid surface on them?

08:44:51 25      A.   Yeah, I believe they did.  I didn't take

08:44:54  1   particular note of it.  But I think they did have the
08:44:56  2   little ridges on the top of some of them.
08:44:57  3       Q.  And that's so things won't slide off, right?
08:45:00  4   It's sort of like when they put the grooves in the road
08:45:03  5   so the car doesn't slide, right, when it rains?
08:45:05  6       A.  Yes.
08:45:06  7       Q.  You're familiar with extrusions, correct --
08:45:09  8       A.  Correct.
08:45:10  9       Q.  -- as extrusions?
        10           Don't extrusions that are made, these long
08:45:12 11   extrusions all have nonskid surfaces on them?
08:45:15 12       A.  No.
08:45:17 13       Q.  When you took over in the sales, and they told
08:45:32 14   you to shift from selling for Vietnam -- I understand
08:45:36 15   that it was your main job at the beginning and you were
08:45:39 16   supposed to sell these pallets.  Did you ask at any time
08:45:43 17   for a briefing on what is in this PowerPoint?
08:45:50 18       A.  I wasn't aware of the PowerPoint, so I never
08:45:55 19   asked for a briefing.
08:45:56 20       Q.  Let's forget the PowerPoint for a minute here.
08:45:59 21           The subject matter here, the fact that they
08:46:00 22   could bear weight, the fact that they were sanitary, the
08:46:02 23   fact they could be used for things like food and
08:46:04 24   chemicals and -- did you ask -- you weren't familiar
08:46:08 25   with pallets, correct?

08:46:09    1        A.   Correct.

08:46:11    2        Q.   Did you ask for a briefing on it; what's the deal

08:46:13    3   here; why do we make them; why are we trying to sell

08:46:16    4   them; what's the benefits of them to a customer?

08:46:20    5        A.   No.

08:46:21    6        Q.   And you didn't do that before you talked to

08:46:23    7   customers, right -- potential customers?

08:46:27    8        A.   I didn't do that.  I potentially called customers

08:46:29    9   when I was directed to try to sell the pallets.  I

08:46:33   10   wasn't looking for features of benefits.  The things

08:46:36   11   that are mentioned in here, I would have been aware of.

08:46:38   12             I would have been aware and was aware that

08:46:41   13   aluminum would be cleaner, easier to take care of.  You

08:46:44   14   won't have to worry about the rotting and that sort of

08:46:46   15   thing.  It would be good for a chemical industry.  I

08:46:49   16   knew that.  Just the nature of the material as opposed

08:46:52   17   to wood.  So I didn't ask for someone to explain that to

08:46:55   18   me.

08:46:56   19        Q.   All right.  Let's -- so how many times did you

08:47:06   20   meet with the Government in preparation for your

08:47:09   21   testimony today?

08:47:10   22        A.   I met twice by a video conference, and I believe

08:47:15   23   three times total in person.

08:47:17   24        Q.   So five times you met with the Government?

08:47:19   25        A.   I think so.

08:47:20  1      Q.   I take you know nothing about how Perfectus --

08:47:33  2  where the funds came to buy the pallets from Perfectus?

08:47:37  3  You have no knowledge of that?

08:47:38  4      A.   I have no knowledge of that.

08:47:40  5      Q.   And you took a trip to Vietnam with Mr. Liu,

08:47:45  6  right?  He was with you?

08:47:47  7      A.   Correct.

08:47:48  8      Q.   And how long a flight was that?

08:47:50  9      A.   It was like 14 to 16 hours.

08:47:54  10     Q.   A 14- to 16-hour flight.

08:47:58  11          Did you take it from L.A.?

08:47:58  12     A.   LAX.

08:48:00  13     Q.   LAX to Vietnam, 14 to 16 hours.  On that flight

08:48:05  14  you sat next to Mr. Liu the entire flight, right?

08:48:07  15     A.   No.  I sat behind him.  We changed seats.  I

08:48:10  16  think I sat next to him for a period of time.  Sat

08:48:13  17  behind him for a period of time.

08:48:15  18     Q.   And you were flying coach, right?

08:48:16  19     A.   We were, yes.

08:48:17  20     Q.   And Mr. Liu was flying coach with you?

08:48:20  21     A.   He was.

08:48:20  22     Q.   And he told you, "We're flying coach because

08:48:24  23  we're flying for the company and we're not going to

08:48:26  24  spend a lot of money on other things," right?

08:48:29  25     A.   No.  Mr. Liu didn't say that to me.  I remember

08:48:32  1    that conversation.  I think that was more with Mark Li

08:48:35  2    than Mr. Liu.

08:48:37  3        Q.  So Mr. Liu, but you're saying the big boss, all

08:48:41  4    this stuff, he didn't fly business, he didn't fly first

08:48:47  5    class, he flew in coach with you for 16 hours --

08:48:50  6        A.  Yeah.

08:48:50  7        Q.  -- is that right?

08:48:51  8        A.  Yes.

08:48:52  9        Q.  So the emperor flew with the servant, coach for

08:48:57  10   16 hours; is that what you're telling us?

08:49:00  11       A.  He did.

08:49:09  12           MR. RUYAK:  Go ahead.

08:49:11  13           MS. POTASHNER:  Your Honor, if I may.

08:49:13  14           THE COURT:  Yes, Counsel.  I didn't realize

08:49:16  15   he was through.

08:49:18  16           MS. POTASHNER:  Thank you.

08:49:29  17                    **CROSS-EXAMINATION**

08:49:31  18   BY MS. POTASHNER:

08:49:31  19       Q.  Good morning, Mr. Riley.

08:49:34  20       A.  Good morning.

08:49:35  21       Q.  So yesterday you testified that you went to a

08:49:44  22   number of warehouses in the course of your --

08:49:48  23       A.  I'm sorry.  I'm having a hard time.

08:49:50  24       Q.  I'll take that off.

08:49:50  25           You testified that you visited a number of

08:49:52    1    warehouses while you were working for Perfectus,

08:49:54    2    correct?

08:49:55    3        A.  Correct.

08:49:55    4        Q.  You visited the Fontana warehouse?

08:49:58    5        A.  Yes.

08:49:58    6        Q.  You visited the walnut warehouse?

08:50:02    7        A.  Yes.

08:50:02    8        Q.  You visited -- what other warehouse did you

08:50:06    9    visit?

08:50:06   10        A.  There was Fontana, Walnut, Riverside, Ontario,

08:50:12   11    and Irvine.

08:50:14   12        Q.  And it's fair to say over the course of the

08:50:18   13    two-plus years that you worked there, you visited these

08:50:20   14    warehouses multiple times --

08:50:23   15        A.  Yes.

08:50:23   16        Q.  -- right?

08:50:24   17                You were in and out of each and every one of

08:50:28   18    those?

08:50:28   19        A.  Primarily out of Ontario.  But I did have reason

08:50:31   20    to go to each of the other warehouses more than once.

08:50:34   21        Q.  Let's focus on Fontana first.  When you went to

08:50:39   22    Fontana, you went into the front office of the Fontana

08:50:41   23    warehouse, right?

08:50:42   24        A.  Correct.

08:50:42   25        Q.  But you also walked around the warehouse itself?

08:50:45  1        A.   Yes, I did.

08:50:46  2        Q.   And you saw items in the warehouse?

08:50:47  3        A.   Yes.

08:50:47  4        Q.   And you saw a number of pallets in the warehouse?

08:50:49  5        A.   Yes.

08:50:50  6        Q.   Over a course of a period of time, right?

08:50:52  7        A.   Correct.

08:50:53  8        Q.   You saw -- the pallets that you saw in Fontana,

08:50:55  9   you saw them stacked up, right?

08:50:58  10        A.   Yes.

08:50:59  11        Q.   And they were stacked multiple pallets high?

08:51:03  12        A.   Correct.

08:51:03  13        Q.   And they were stacked higher than your height?

08:51:05  14        A.   Yes.

08:51:06  15        Q.   Substantially higher than your height?

08:51:08  16        A.   Substantially higher than me.

08:51:10  17        Q.   What's your best guess on how tall the stacks

08:51:14  18   were?

08:51:14  19        A.   12, 15 feet.

08:51:15  20        Q.   12, 15 feet.  So what's your best guess in terms

08:51:19  21   of how many pallets were stacked one on top of the

08:51:22  22   other?

08:51:23  23        A.   30, 40.  I -- I would have to do the math.  But a

08:51:31  24   lot, 15 to 20 of them.

08:51:32  25        Q.   And so it's also fair to say when pallets are

08:51:37   1   stacked on each other, the bottom pallets is carrying

08:51:40   2   the weight of all the pallets on top of it --

           3   A.   Yes.

08:51:43   4   Q.   -- correct?  And so on and so forth.  So the

08:51:46   5   second pallet is carrying the weight of all the pallets

08:51:49   6   above it, right?

08:51:50   7   A.   Yes.

08:51:50   8   Q.   And I think you indicated that you saw some

08:51:53   9   damage on some pallets, right?

08:51:56  10   A.   I did.

08:51:57  11   Q.   But it's fair to say that most of the pallets in

08:52:01  12   this configuration were not damaged, right?

08:52:04  13   A.   True.

08:52:04  14   Q.   It's fair to say that the overwhelming majority

08:52:08  15   of the pallets maintained the weight that was stacked on

08:52:11  16   them, right?

08:52:12  17   A.   Yes.

08:52:12  18   Q.   It is fair to say these pallets were strong?

08:52:15  19   A.   Yes.  Well, I don't know how much strength that

08:52:19  20   it really takes.  But strong enough to do that.

08:52:21  21   Q.   Well, okay.  Fair enough.

08:52:23  22        But we're talking -- you said there were

08:52:26  23   different caliber pallets, right?

08:52:29  24   A.   Correct.

08:52:29  25   Q.   Some were heavier-weighted and some were

08:52:32  1   lighter-weighted, right?  And the heavyweight ones, you

08:52:35  2   saw that same configuration, right?

08:52:38  3       A.   I didn't look at the individual configurations.

08:52:41  4   If we're talking about Fontana, there were quite a few

08:52:44  5   that were -- I'm sure they were all there.  But I didn't

08:52:47  6   look at the large stacks to see which ones were made up

08:52:49  7   the individual stacks.  I don't know if they were mixed.

08:52:52  8   I don't know if they were all one style.  I just don't

08:52:55  9   know.

08:52:56  10      Q.   In terms of the pallets generally, the majority

08:53:00  11  of the pallets were the heavier-weight pallets, right?

08:53:03  12      A.   I dont know that.  The majority of the weight

08:53:05  13  would have been I think.  But I don't know if the number

08:53:06  14  of pallets was different.

08:53:13  15               MS. POTASHNER:  And, Your Honor, I would ask

08:53:15  16  for the witness to view Government's Exhibit 45.  The

08:53:21  17  witness only at this point.

08:53:26  18               THE COURT:  Sure.

08:53:27  19               MS. POTASHNER:  Are you going to put it up

08:53:29  20  electronically or --

08:53:32  21               MS. POTASHNER:  Okay.

08:53:33  22               THE COURT:  We can do it either way.  You

08:53:35  23  want it electronically?

08:53:36  24               MS. POTASHNER:  Electronically would be my

08:53:39  25  preference.  Thank you.

```
 1                    THE COURT:  Sure.  Let's do it.
 2     BY MS. POTASHNER:
 3          Q.  Mr. Riley, do you have Government's 45 in front
 4     of you now?
 5          A.  Yes.
 6          Q.  And that is a fair and accurate portrayal or
 7     picture of the Fontana warehouse, correct?
 8          A.  Yes.
 9                    MS. POTASHNER:  Your Honor, may I publish?
10                    THE COURT:  Yes.
11     BY MS. POTASHNER:
12          Q.  In that photograph --
13                    THE COURT:  You also moved it into evidence,
14     Counsel?
15                    MS. POTASHNER:  Please, Your Honor.
16                    THE COURT:  And the number on it?
17                    MS. POTASHNER:  Government 45, Your Honor.
18                    THE COURT:  Government 45.
19                    And the last exhibit, Counsel, that you put
20     up was defense 1000?
21                    MR. RUYAK:  Yes, Your Honor.
22                    THE COURT:  Okay.  And that will be received
23     too.
24                    (Exhibit 45 is received.)
25                    THE COURT:  Go ahead, Counsel.
```

08:54:24    1            MS. POTASHNER:  Thank you, Your Honor.

            2    BY MS. POTASHNER:

08:54:28    3        Q.  Mr. Riley, this is a picture of the stacked

08:54:30    4    pallets that we were just discussing, correct?

08:54:33    5        A.  Yes, it is.

08:54:42    6            MS. POTASHNER:  And if I could put -- ask --

08:54:48    7    ask the Court to put Exhibit 48 in front of the witness

08:54:54    8    without publishing.

08:55:05    9            And if I could direct the witness' attention

08:55:07   10    to page 6 of Exhibit 48.

08:55:09   11            THE COURT:  Okay.  It's on the screen.

08:55:12   12            MS. POTASHNER:  Thank you, Your Honor.

           13    BY MS. POTASHNER:

08:55:16   14        Q.  Now, you testified you also went to the Walnut

08:55:19   15    warehouse as well, right?

08:55:21   16        A.  Correct.

08:55:22   17        Q.  The photograph in front of you is a picture of

08:55:24   18    the stacking at the Walnut warehouse, correct?

08:55:26   19        A.  I can't tell which warehouse it is.  It is

08:55:31   20    clearly stacking of pallets.

08:55:35   21        Q.  And it's a fair and accurate representation of

08:55:37   22    the stacking that you saw, right?

08:55:39   23            MS. POTASHNER:  Your Honor, I would ask to

08:55:40   24    publish this and move to admit.

08:55:42   25            THE COURT:  It will be received.

| | | |
|---|---|---|
| 08:55:43 | 1 | (Exhibit 48 is received.) |
| 08:55:43 | 2 | THE CLERK:  That was 48, page 6? |
| 08:55:46 | 3 | MS. POTASHNER:  Yes.  Thank you. |
| | 4 | BY MS. POTASHNER: |
| 08:55:48 | 5 | Q.  Okay.  Mr. Riley, I would ask you to take a look |
| 08:55:51 | 6 | at this exhibit, this photograph of the pallets at the |
| 08:55:57 | 7 | Walnut warehouse. |
| 08:55:59 | 8 | Do you see any damage in that photograph on |
| 08:56:03 | 9 | any particular pallet? |
| 08:56:07 | 10 | A.  No. |
| 08:56:07 | 11 | Q.  And how many pallets high is -- let's talk about |
| 08:56:12 | 12 | the stack in the very front, the foreground of the |
| 08:56:18 | 13 | photograph. |
| 08:56:26 | 14 | A.  Looks like one, two, three, four, five -- seven |
| 08:56:32 | 15 | per package.  Four packages.  28.  There's damage though |
| 08:56:36 | 16 | on the one on top. |
| 08:56:39 | 17 | Q.  Let's focus on that. |
| 08:56:42 | 18 | A.  Okay. |
| 08:57:12 | 19 | Q.  Let's go back to the earlier exhibit we were just |
| 08:57:14 | 20 | looking at, Exhibit 45.  And looking at that exhibit, do |
| 08:57:24 | 21 | you see the trees in the foreground? |
| 08:57:25 | 22 | A.  Yes. |
| 08:57:27 | 23 | Q.  And do you see the building in the foreground? |
| 08:57:31 | 24 | A.  Yes. |
| 08:57:31 | 25 | Q.  And in looking at the tree in the foreground, you |

08:57:34  1    can tell from that picture that those stacks are

08:57:40  2    multiple pallets high as well, correct?

08:57:42  3        A.  Correct.

08:57:43  4        Q.  And you estimated earlier that there were --

08:57:56  5    well, why don't you remind me, how many pallets do you

08:58:01  6    estimate you saw stacked?

08:58:03  7        A.  The one you showed me a minute ago, I think was

08:58:06  8    28.

08:58:06  9        Q.  And when you walked around the different

08:58:08  10   warehouses, was that a common view that you saw, pallets

08:58:14  11   stacked that high?

08:58:15  12       A.  Yes.

08:58:15  13       Q.  Because in your estimation, there were -- the

08:58:20  14   warehouses were filled with these pallets, correct?

08:58:24  15       A.  Among other things, but yes.

08:58:27  16       Q.  In order to hold those pallets, they obviously

08:58:30  17   had to be stored in that way?

08:58:32  18       A.  Correct.

08:58:39  19       Q.  Now, you were in aluminum sales for 30 years?

08:58:43  20       A.  Yes.

08:58:45  21       Q.  And your integrity as a salesperson was important

08:58:50  22   to you?

08:58:51  23       A.  Yes.

08:58:52  24       Q.  And your reputation was important to you?

08:58:54  25       A.  Yes.

08:58:54  1    Q.  And you wouldn't lie to make a sale?

08:58:56  2    A.  Sorry?

08:58:57  3    Q.  You wouldn't lie in order to make a sale?

08:58:59  4    A.  No, I would not.

08:59:00  5    Q.  You wouldn't try to cheat someone?

08:59:03  6    A.  No.

08:59:04  7    Q.  And it's your testimony that you made a

08:59:07  8    good-faith attempt to try to sell these pallets,

08:59:11  9    correct?

08:59:11  10   A.  Yes.

08:59:12  11   Q.  You called customers that you had relationships

08:59:15  12   with?

08:59:15  13   A.  No.

08:59:15  14   Q.  You tried to build new relationships?

08:59:18  15   A.  Right.  Correct.

08:59:19  16   Q.  And tried to sell these pallets in these new

08:59:22  17   relationships, right?

08:59:24  18   A.  Correct.

08:59:24  19   Q.  And the four warehouses -- actually, the five

08:59:31  20   warehouses that you visited, those warehouses were in

08:59:37  21   cities in southern California, right?

08:59:40  22   A.  Sorry?

08:59:40  23   Q.  Those four warehouses were in cities in southern

08:59:46  24   California?

08:59:46  25   A.  Correct.

08:59:46   1        Q.   Each of those warehouses had a city street
08:59:49   2   address, right?
08:59:50   3        A.   Sorry?
08:59:51   4        Q.   Each of those warehouses had an address?
08:59:54   5        A.   Yes.
08:59:54   6        Q.   And each of those warehouses were accessible from
09:00:00   7   public roads, right?
09:00:01   8        A.   Yes.
09:00:01   9        Q.   And you could see the facilities from the public
09:00:05  10   roads, right?
09:00:06  11        A.   Correct.
09:00:07  12        Q.   And while there was probably security fencing
09:00:11  13   around there, there wasn't a big wall around any of
09:00:15  14   those warehouses, right?
09:00:17  15        A.   Correct.
09:00:18  16        Q.   So you could see from the public street all the
09:00:21  17   way to the warehouse?
09:00:23  18        A.   Yes.
09:00:23  19        Q.   And the Fontana warehouse that had the stacks and
09:00:32  20   stacks of pallets on the outside of the warehouse, you
09:00:34  21   could see that from the public street, right?
09:00:37  22        A.   Yes.  Try to remember because I was able to get
09:00:41  23   inside, but they did have the security fence, which was
09:00:45  24   tinted or slatted.  But if I remember right, the pallets
09:00:48  25   were high enough you could see them from the street.

09:00:51  1      Q.   And in terms of the other warehouses, same thing,
09:00:58  2  warehouses were out in the open?
09:01:00  3      A.   Warehouses were out in the open.
09:01:02  4      Q.   And there was no -- there were no high walls
09:01:07  5  around the warehouse trying to conceal what was going on
09:01:09  6  in those warehouses, correct?
09:01:12  7      A.   Yeah, correct.  There was no modifications on the
09:01:16  8  buildings that I'm aware of.
09:01:18  9      Q.   When you had discussions about selling these
09:01:21  10  pallets with your coworkers and your manager, you were
09:01:26  11  encouraged to try to sell these pallets, right?
09:01:29  12      A.   Yes.
09:01:29  13      Q.   Try to market them?
09:01:32  14      A.   Yes.
09:01:32  15      Q.   Discuss with potential customers?
09:01:35  16      A.   Correct.
09:01:35  17      Q.   You were never encouraged to keep them secret?
09:01:39  18      A.   No.
09:01:39  19      Q.   Never encouraged to hide them?
09:01:42  20      A.   No.
09:01:42  21      Q.   Never encouraged to pretend they didn't exist?
09:01:48  22      A.   No.
09:02:05  23           MS. POTASHNER:  Your Honor, may I approach
09:02:07  24  with Defense Exhibit 1001?
09:02:09  25           THE COURT:  Sure.

09:02:10    1                    Counsel, have you seen the exhibit?

09:02:15    2                    MR. BERNSTEIN:  No, Your Honor.

09:02:26    3                    THE COURT:  Is the Government going to have

09:02:27    4    any objection to it?

09:02:28    5                    MR. BERNSTEIN:  No, Your Honor.

09:02:29    6                    THE COURT:  You may publish it, Counsel.

09:02:34    7                    MS. POTASHNER:  Thank you, Your Honor.

09:02:07    8                    (Exhibit 1001 is received.)

            9    BY MS. POTASHNER:

09:02:35   10                    Mr. Riley, taking a look at Exhibit 1001.

09:02:42   11        A.   Yes.

09:02:43   12        Q.   Do the pallets in this photograph look like the

09:02:46   13    pallets that you saw during the course of your

09:02:49   14    business -- your work at Perfectus?

09:02:51   15        A.   Yes.

09:02:51   16        Q.   Is there anything about these pallets that look

09:02:54   17    different in your mind from the pallets that you viewed

09:02:58   18    at Perfectus?

09:02:59   19        A.   No.

09:03:05   20        Q.   In this photograph --

09:03:08   21                    MS. POTASHNER:  Your Honor, may I publish?

09:03:10   22                    THE COURT:  Yes.

           23    BY MS. POTASHNER:

09:03:14   24        Q.   In this photograph is another stack of these

09:03:18   25    pallets, correct?

09:03:19    1      A.   Correct.

09:03:20    2      Q.   And, again, in this photograph, you can see that

09:03:22    3   the bottom pallets are bearing the weight of all the

09:03:25    4   pallets above it, correct?

09:03:28    5      A.   Correct.

09:03:29    6      Q.   And in this photograph, you don't see the bottom

09:03:33    7   pallets buckling under the weight of the pallets above

09:03:36    8   it?

09:03:36    9      A.   Correct.

09:03:36   10      Q.   You don't see the second row buckling under the

09:03:40   11   weight?

09:03:40   12      A.   Correct.

09:03:40   13      Q.   Third row?

09:03:41   14      A.   Right.

09:03:42   15      Q.   Fourth row?

09:03:43   16      A.   Right.

09:03:44   17      Q.   So on and so forth?

09:03:45   18      A.   Right.

09:03:46   19      Q.   They are all maintaining their squareness, right?

09:03:50   20      A.   Yes.

09:03:51   21      Q.   All the welds are holding?

09:03:52   22      A.   Best I can tell.

09:03:53   23      Q.   Well, this photograph doesn't demonstrate

09:03:56   24   anything different, does it?

09:03:59   25      A.   No.

09:04:08    1          MS. POTASHNER:  I have no further questions.

09:04:11    2          THE COURT:  Any redirect?

09:04:16    3               **REDIRECT EXAMINATION**

           4   BY MR. BERNSTEIN:

09:04:17    5     Q.  Good morning, Mr. Riley.

09:04:19    6     A.  Good morning.

09:04:19    7     Q.  Yesterday you were asked on cross-examination

09:04:22    8   about efforts to conceal the pallets inside the

09:04:25    9   warehouses?

09:04:26   10     A.  Correct.

09:04:26   11     Q.  And you said something about inventory being

09:04:29   12   moved around to hide the pallets?

09:04:31   13     A.  I think I misunderstood the question.  Pallets

09:04:34   14   were moved around to hide other inventory.

09:04:38   15     Q.  You also testified that the Fontana warehouse

09:04:41   16   when you saw it was filled with pallets?

09:04:43   17     A.  Yes.

09:04:44   18     Q.  And you were just shown -- can we see -- I'm

09:04:48   19   going to pull up Exhibit 45.  This is Government's

09:04:58   20   Exhibit 45 which is in evidence.  I'm going to publish

09:05:07   21   this.

09:05:10   22     A.  I don't see it.

09:05:11   23          THE COURT:  It will be on the screen.

09:05:13   24          THE WITNESS:  Yes, I see it.

          25   BY MR. BERNSTEIN:



09:05:14   1     Q.   You also testified that when you went to the

09:05:20   2   Fontana warehouse full on the inside but there were all

09:05:24   3   these pallets we see in Exhibit 45 on the outside as

09:05:28   4   well?

09:05:28   5     A.   Well, there were pallets on the inside.  And

09:05:31   6   we're looking at the pallets on the outside.

09:05:33   7     Q.   Right.  Are you familiar with a man named Toby

09:05:40   8   Henson?

09:05:40   9     A.   Yes.

09:05:41  10     Q.   What role did Toby Henson have with the Perfectus

09:05:45  11   companies in the warehouses?

09:05:47  12     A.   He was the logistics guy.  He managed the

09:05:50  13   warehouses, managed shipping and receiving.

09:05:52  14     Q.   Was Toby Henson in charge of managing the Fontana

09:05:57  15   warehouse?

09:05:58  16     A.   Yes.

09:05:58  17     Q.   Logistically, that is?

09:06:02  18     A.   Yes.

09:06:02  19     Q.   Around the time that you saw aluminium pallets on

09:06:06  20   the outside of the Fontana warehouse, and shortly

09:06:09  21   thereafter, was there some change with respect to

09:06:13  22   Mr. Henson's employment with Perfectus?

09:06:15  23     A.   Sometime after he was let go.

09:06:18  24     Q.   By "let go," you mean his employment was

09:06:22  25   terminated?

09:06:24  1       A.   Correct.

09:06:25  2       Q.   I want to ask you a few questions about these

09:06:29  3   marketing plans.

09:06:31  4            You said that it -- you were -- you never

09:06:35  5   put together a PowerPoint presentation like we saw?

09:06:39  6       A.   Yeah.  I never did.

09:06:42  7       Q.   You said you gave up after a few weeks.  And

09:06:45  8   then -- well, gave up on trying to sell the pallets?

09:06:49  9       A.   Yes.

09:06:49  10      Q.   In the -- the two years and 11 months after you

09:06:57  11  started working at Perfectus, did Johnson Shao or Mark

09:07:03  12  Li ever give you or suggest a PowerPoint to sell the

09:07:08  13  pallets?

09:07:09  14      A.   No.

09:07:09  15      Q.   After that initial few weeks, did anybody ask you

09:07:12  16  to sell the pallets?

09:07:13  17      A.   No.

09:07:14  18      Q.   You were also asked about the efforts that David

09:07:17  19  Pimental and Kim Nguyen might have made to sell the

09:07:21  20  pallets.  Did you ever speak to them about their

09:07:24  21  efforts?

09:07:24  22      A.   Yes.

09:07:25  23      Q.   What did they tell you?

09:07:27  24           MR. RUYAK:  Objection.  Hearsay.

09:07:28  25           THE COURT:  Sorry.  Objection.

09:07:29  1          MR. RUYAK:  Objection.  Hearsay.

09:07:31  2          THE COURT:  Okay.

09:07:33  3          MR. BERNSTEIN:  In 1D2D, Your Honor?

09:07:35  4          THE COURT:  It's going to be sustained.

          5  BY MR. BERNSTEIN:

09:07:43  6     Q.  Okay.  I'm going to pull up defendants -- I'm

09:07:56  7  going to pull up Defendants' Exhibit 1000.  This should

09:08:06  8  be in evidence.  Okay.  This is page 1 of Exhibit --

09:08:35  9  Defense Exhibit 1000.

09:08:37  10          And, again, you said you never saw this

09:08:40  11  PowerPoint presentation?

09:08:42  12     A.  I did not.

09:08:44  13     Q.  You were asked a few questions about it on

09:08:47  14  cross-examination.

09:08:48  15     A.  Yes.

09:08:48  16     Q.  Now, you have been in shipping and distribution

09:08:54  17  before you retired for a number of years?

09:08:58  18     A.  Well, shipping is a part of shipping the products

09:09:02  19  I was selling.

09:09:03  20     Q.  And do -- in your experience, your products take

09:09:07  21  more or less fossil fuel to ship?

09:09:13  22          THE COURT:  Do you understand the question?

          23          THE WITNESS:  No.

09:09:16  24          THE COURT:  Nor do I.

09:09:17  25          Why don't you restate the question, Counsel.

1    BY MR. BERNSTEIN:

09:09:19    2       Q.   If you want to ship heavier products, if the

09:09:23    3    products are heavier, does that take up more gasoline?

09:09:26    4       A.   Yes.

09:09:27    5       Q.   When you see -- up here, it says, "a greener

09:09:30    6    shipping solution."

09:09:33    7       A.   I see it.

09:09:34    8       Q.   The heavy Perfectus pallets, how heavy did you

09:09:38    9    say they were?

09:09:38    10      A.   I believe they were couple hundred, 250 pounds.

09:09:42    11      Q.   Had you ever seen pallets that heavy before?

09:09:45    12      A.   No.   Outside of Perfectus.

09:09:47    13      Q.   I am going to go to page 2 and direct you to the

09:10:07    14   second-to-last sentence.   "Our pallets offer the lowest

09:10:11    15   tare weight.   What's tare weight mean?

09:10:14    16      A.   The weight of the packaging, rather than the

09:10:17    17   weight of the product.

09:10:18    18      Q.   And by packaging, what do you mean?

09:10:20    19      A.   The way it's all put together; what's holding it

09:10:23    20   together, the box it's in, the pallets it's sitting on

09:10:26    21   would be tare weight.   And the product weight would be

09:10:28    22   obviously the product.

09:10:29    23      Q.   So the tare weight of the pallet is the pallet

09:10:32    24   without anything on it?

09:10:33    25      A.   Correct.

09:10:34  1      Q.   When you see "lowest tare weight," that's not
09:10:37  2  true?
09:10:38  3      A.   That's not true in the industries I was in.
09:10:41  4      Q.   All right.  I'm going to go to page 4 of Defense
09:10:47  5  Exhibit 1000.
09:10:50  6           You see where it says "100 percent sealed
09:10:54  7  welds."
09:10:55  8      A.   Yes.
09:10:55  9      Q.   Yesterday did you testify that these pallets, at
09:10:59 10  least some of them, had tack welds?
09:11:01 11      A.   Some of them certainly had tack welds.  I did see
09:11:04 12  complete weld lines, as I said.  But I also saw just
09:11:09 13  tack welds.
09:11:10 14      Q.   So they were not 100 percent sealed?
09:11:12 15      A.   No.  The ones I saw were not 100 percent sealed.
09:11:17 16      Q.   I'm going to go to Defense Exhibit 1000, page 5
09:11:21 17  now.
09:11:25 18           First of all, at the top, 48 by 42 by 6.
09:11:29 19  You never got a chance to take the exact measurements of
09:11:33 20  the pallets?
09:11:33 21      A.   I never took the measurements.  I was -- 48 by 2,
09:11:36 22  6 --
09:11:37 23      Q.   So you don't know if that's true?
09:11:40 24      A.   Yeah.  That's probably about right.
09:11:42 25      Q.   And it says, "Ideal for food and pharmaceutical."

09:11:46  1        A.  I see that.

09:11:48  2        Q.  Of the -- you said over a million pallets that

09:11:51  3   you had in your inventory, did you sell any of these

09:11:54  4   pallets to the food industry?

09:11:56  5        A.  No.

09:11:56  6        Q.  Did you sell any of pallets to the pharmaceutical

09:12:00  7   industry?

09:12:01  8        A.  No.

09:12:02  9        Q.  And then finally, I want to go to Defense

09:12:11  10  Exhibit 1000, page 6.

09:12:13  11            Do you see where it says at the top, "heavy

09:12:15  12  duty pallet specifications"?

09:12:17  13       A.  Yes.

09:12:18  14       Q.  And it has seven specifications:  length, width,

09:12:27  15  height capacity, dynamic openings and status capacity.

09:12:31  16       A.  Yes.

09:12:31  17       Q.  Anywhere on the purported specification sheet, do

09:12:35  18  you see the weight of the pallets?

09:12:38  19       A.  I do not.

09:12:39  20       Q.  And I won't go back to these pictures, but the

09:12:47  21  photographs we just saw of the pallets at the Fontana

09:12:51  22  warehouse and otherwise, those pallets, were they being

09:12:56  23  used to hold anything except pallets?

09:12:58  24       A.  No.  Just pallets.

09:13:00  25            MR. BERNSTEIN:  No further questions, Your

09:13:02  1   Honor.

09:13:03  2                 THE COURT:  Recross?

09:13:04  3                 MR. RUYAK:  Nothing, Your Honor.

09:13:06  4                 THE COURT:  Counsel?

09:13:07  5                 MS. POTASHNER:  No, Your Honor.  Thank you.

09:13:08  6                 THE COURT:  Okay.  You may step down.

09:13:10  7            May this witness be excused?  Or do you want

09:13:12  8   him to remain?

09:13:14  9                 MS. KUMAR:  He can be excused in the

09:13:15  10  Government's view, Your Honor.

09:13:18  11                MR. RUYAK:  He can be excused, Your Honor.

09:13:19  12                THE COURT:  You're free to go.  Thank you

          13  for coming in.

09:13:22  14           Next witness.

09:13:23  15                MS. KUMAR:  Government calls Shaun Hamer to

09:13:26  16  the stand.

09:13:55  17                THE CLERK:  Good morning.  Right here to be

09:13:57  18  sworn, please.  That is fine.  Right there.

09:13:59  19           Please raise your right hand.  Do you

          20  solemnly swear the testimony your are about to give in

          21  the matter now before the Court shall be the truth, the

          22  whole truth and nothing but the truth, so help you God?

          23                THE WITNESS:  I do.

          24                THE CLERK:  Please be seated.

          25           Would you please state and spell your full

09:14:21  1   name for the record.  And you should remove your mask

09:14:23  2   while testifying.

09:14:27  3              THE WITNESS:  Shaun Hamer, H-a-m-e-r.

09:14:33  4              THE CLERK:  Thank you.

09:14:33  5              THE COURT:  Thank you very much.

         6              Counsel, you may inquire.

         7              **DIRECT EXAMINATION**

         8   BY MS. KUMAR:

09:14:34  9       Q.   Good morning, Mr. Hamer.

09:14:35 10       A.   Good morning.

09:14:36 11       Q.   Could you give us just a brief overview of your

09:14:39 12   education after high school.

09:14:41 13       A.   I graduated from Port Smith University in England

09:14:45 14   with an honor's degree in mechanical engineering.

09:14:49 15       Q.   When did you graduate?

09:14:51 16       A.   It was around 1990.

09:14:53 17       Q.   And from 1990 to the present, in what industry

09:14:56 18   have you worked?

09:14:56 19       A.   I've work primarily in the aluminium industry.

09:14:59 20       Q.   And in what aspects of the aluminium industry?

09:15:03 21       A.   In -- it's primarily been in the field of casting

09:15:07 22   and multi metal application.

09:15:10 23       Q.   Let's back up a little bit.  Can you tell us a

09:15:14 24   little bit how aluminium is casted, how it's made?

09:15:16 25       A.   Okay.  There's two fundamental processes.  One is

09:15:20  1   through primary or virgin aluminum where it's taken as

09:15:25  2   in the liquid state and then cast into a net shape.  Or

09:15:32  3   there is the secondary remelt process where solid

09:15:36  4   aluminum, whether primering it or aluminum scrap.

09:15:43  5   Recycled aluminum is put into a furnace, it is melted.

09:15:50  6   Certain alloying elements are added.  And then cast into

09:15:54  7   a defined shape for future processing.

09:15:57  8       Q.   What is aluminum billet?

09:15:59  9       A.   Aluminum billet is a cylindrical-shaped casting

09:16:11  10  primarily used for extrusion or forging processes.

09:16:17  11      Q.   You just mentioned the word extrusion.  Can you

09:16:20  12  describe to us what an aluminum extrusion is.

09:16:22  13      A.   Aluminum extrusion, the easiest analogy is

09:16:29  14  analogizing it to a -- squeezing toothpaste from a

09:16:32  15  toothpaste tube where you take a solid material and

09:16:35  16  squeeze it through a predetermined die shape to give you

09:16:39  17  a final product for application, such as window frames,

09:16:44  18  aerospace applications.  The benches outside of this

09:16:48  19  courthouse are actually -- the frames are aluminum

09:16:51  20  extrusions.

09:16:52  21      Q.   And the billet is being squeezed through to make

09:16:55  22  an extrusion?

09:16:56  23      A.   That is correct.

09:16:57  24      Q.   I would like to direct your attention to 2010.

09:17:00  25  How were you employed at that time?

09:17:03  1      A.   I was employed in early 2010 with a company

09:17:07  2   called Almex U.S.A.  They were an equipment supplier to

09:17:11  3   the aluminum cast die industry.

09:17:13  4           And then I was approached by management from

09:17:19  5   Scuderia Development to join their team to -- to

09:17:25  6   conceive and build a casting facility.  Originally it

09:17:29  7   was going to be in Long Beach, California.

09:17:32  8      Q.   And who were the members of the management team

09:17:35  9   that came to approach you?

09:17:36  10     A.   There were two.  It was Eric Shen and Steven Ng.

09:17:40  11     Q.   What did they say they wanted to build?

09:17:43  12     A.   They wanted to build an aluminum cast --

09:17:47  13           MR. LOWDER:  Hearsay.

09:17:48  14           THE COURT:  Overruled.

09:17:50  15           THE WITNESS:  Sorry.  Can you repeat the

09:17:51  16   question.

          17   BY MS. KUMAR:

09:17:52  18     Q.   What did they say they wanted to build?

09:17:53  19     A.   They wanted to build an aluminum casting

09:17:55  20   facility.  So it was originally in Long Beach for

09:18:02  21   producing around 300 tons of aluminum.

09:18:05  22     Q.   And did you eventually accept a job with

09:18:07  23   Scuderia?

09:18:08  24     A.   I did.

09:18:08  25     Q.   When did you accept that job?

09:18:11  1      A.   I think I joined around December 2010.

09:18:14  2      Q.   How long did you work at Scuderia?

09:18:15  3      A.   I worked there until April 2017.

09:18:19  4      Q.   And when you were hired, were you hired to work

09:18:22  5  on the Long Beach project?

09:18:25  6      A.   By the time I was actually hired, the Long Beach

09:18:29  7  project had -- didn't go through.   And they decided to

09:18:35  8  build the plant in Mexico.

09:18:37  9      Q.   Okay.   While you were working at Scuderia, where

09:18:40  10  did you work from?

09:18:41  11      A.   I worked on -- in the Scuderia offices in Main

09:18:47  12  Street, Irvine.

09:18:47  13      Q.   Was that 2323 Main Street?

09:18:51  14      A.   That's correct.

09:18:52  15              MS. KUMAR:   I would like to show the witness

09:18:54  16  only Exhibit 42, please.

09:18:56  17              THE COURT:   Has the defense seen it?   42?

09:18:59  18              MR. LOWDER:   No objection, Your Honor.

09:19:01  19              THE COURT:   No objection?   Okay.

09:19:02  20              MR. KUMAR:   Publish, Your Honor?

09:19:03  21              THE COURT:   You may introduce it and publish

09:19:06  22  it.

09:19:06  23              MS. KUMAR:   Thank you, Your Honor.

09:19:15  24              (Exhibit 42 is received.)

09:19:15  25              THE WITNESS:   I got nothing here.

09:19:16   1                THE COURT:  It will come up on your screen
09:19:18   2   in front of you.
09:19:28   3                You understand that lawyers are not
09:19:30   4   necessarily techies so it will take some time.
09:19:36   5                THE WITNESS:  I fully understand.
09:19:59   6                MS. KUMAR:  There it is.
           7   BY MS. KUMAR:
09:20:02   8       Q.   Mr. Hamer, do you recognize what's depicted in
09:20:05   9   that photograph?
09:20:06  10       A.   Yes, I do.  That's the side entrance to the Main
09:20:10  11   Street buildings that we used as offices.
09:20:12  12       Q.   Turning your attention to the second page of the
09:20:14  13   exhibit, Exhibit 42.
09:20:15  14                Do you recognize what's in that photograph?
09:20:17  15       A.   That is the inside of Main Street.  It wasn't --
09:20:19  16   it didn't look like that when we were there.  It had
09:20:21  17   been refurbished.
09:20:24  18       Q.   But you recognize it as the inside of the
09:20:25  19   offices; is that right?
09:20:26  20       A.   I recognize it as the offices, correct.
09:20:27  21       Q.   Do you recognize the logo in that photograph?
09:20:30  22       A.   Yes.  That is the logo for Scuderia Development.
09:20:34  23       Q.   That's Exhibit 42, page 3.
09:20:38  24                Mr. Hamer, you said -- while you were
09:20:41  25   working at Scuderia, did you for the six or seven years

09:20:46   1   that you worked there, did you meet anyone by the name

09:20:51   2   of Zhongtian Liu?

09:20:51   3       A.  Yes, I did.

09:20:52   4       Q.  How did you come to meet him?

09:20:55   5       A.  I was introduced to him.  We were actually, I

09:20:58   6   was -- actually the first time I met with him, a group

09:21:02   7   from Scuderia flew to China to met Mr. Liu at the

09:21:08   8   Zhongwang offices in Liaoyang.

09:21:10   9       Q.  Did you also see him at the Scuderia offices?

09:21:14   10      A.  Yes, I did after that time.

09:21:15   11      Q.  How he was treated when he came to the office?

09:21:18   12      A.  He was treated as an important executive.

09:21:20   13      Q.  How did you refer to Mr. -- Zhongtian Liu?

09:21:25   14      A.  Most of the people at Scuderia referred to him as

09:21:29   15   Uncle Liu.  That didn't fit well with me.  So I always

09:21:34   16   referred to him as Mr. Liu.

09:21:36   17      Q.  Had you been -- in this six to seven years

09:21:38   18   working at Scuderia, were you part of meetings in which

09:21:42   19   Zhongtian Liu participated?

09:21:44   20      A.  Yes, I was.

09:21:46   21      Q.  Who ran those meetings?

09:21:48   22      A.  It was generally Mr. Liu who was in charge of the

09:21:51   23   meetings.

09:21:52   24      Q.  Had you ever seen -- you mentioned Eric Shen

09:21:55   25   earlier.  Have you seen Eric Shen and Zhongtian Liu

09:21:58   1    together?

09:21:58   2        A.   Yes, I have.

09:21:59   3        Q.   What did you observe about their relationship?

09:22:01   4        A.   They were -- they had a close relationship.  But

09:22:03   5    it was -- it was clear.  And you know, I was told on

09:22:06   6    many occasions that Mr. Liu was the person who Eric

09:22:09   7    primarily answered to.

09:22:11   8        Q.   And you said you visited China.  Could you remind

09:22:16   9    us where you visited in China?

09:22:17   10       A.   It was the Zhongwang offices in Liaoyang.

09:22:25   11       Q.   What did you understand Mr. Liu's connection to

09:22:29   12   Zhongwang to be?

09:22:31   13       A.   He was the chairman of Zhongwang.

09:22:33   14       Q.   Did you sit in on any meetings with him during

09:22:35   15   that time there?

09:22:36   16       A.   Yes, I did.

09:22:37   17       Q.   And were there other China Zhongwang employees

09:22:42   18   present?

09:22:43   19       A.   Yes, there were.  Mei Mai was one of those.  And

09:22:48   20   there were two or three others who I cannot recollect.

09:22:50   21       Q.   How did they refer to Zhongtian Liu?

09:22:52   22       A.   He was always referred to in China as the boss.

09:22:56   23       Q.   Now, you mentioned earlier that the Long Beach

09:22:58   24   facility did not go forward.  Was there another project

09:23:02   25   that came after that?

09:23:03  1    A.   Yes, it was the project in Mexico.  By the time I
09:23:09  2  was employed, that was the project that I was employed
09:23:12  3  to work on.
09:23:13  4    Q.   What was that project?
09:23:15  5    A.   It was to build an aluminum casting facility.
09:23:20  6    Q.   And what was the name of the eventual facility?
09:23:23  7    A.   It Aluminicaste.
09:23:26  8    Q.   And did you visit Mexico during the course of
09:23:28  9  that project?
09:23:29  10    A.   I was in Mexico for most of my time during the
09:23:34  11  execution of that project.
09:23:35  12    Q.   Could you describe to us how large the site was
09:23:38  13  for this casting facility.
09:23:40  14    A.   If I remember, the footprint was on 3.7 hectares.
09:23:48  15  The scope of the project, it was -- the original scope I
09:23:52  16  was asked to conceive was for producing 300,000 tons of
09:23:58  17  aluminum product which is -- which would have probably
09:24:02  18  been the largest remelt facility in North America at the
09:24:06  19  time.
09:24:07  20    Q.   How long did the project take to complete?
09:24:12  21    A.   The project -- we started production middle to
09:24:19  22  late 2012.  It was fundamentally a two-year project to
09:24:24  23  get into production from conception.
09:24:26  24    Q.   So from conception about 2010 to 2012; does that
09:24:30  25  sound right?

09:24:30  1      A.  Correct.  Correct.

09:24:31  2      Q.  While you were building the plant did you see any

09:24:33  3  aluminum stored on the site?

09:24:34  4      A.  Yes, I did.

09:24:35  5      Q.  And how much aluminum did you see?

09:24:38  6      A.  At the peak there was over 1 million tons of

09:24:42  7  aluminum, which is a vast amount of aluminum.

09:24:47  8              MS. KUMAR:  I would like to show the witness

09:24:48  9  only Exhibit 54.

09:24:50 10              THE COURT:  Okay.  Has defense seen it?

09:24:51 11              MS. KUMAR:  Yes, Your Honor.  The defense

09:24:53 12  has all of the Government's exhibits.

09:24:55 13              THE COURT:  Any objection?

09:24:56 14              MR. LOWDER:  No objection.

09:24:57 15              THE COURT:  It may be received and

09:25:00 16  published.

09:25:01 17              (Exhibit 54 is received.)

09:25:01 18              MS. KUMAR:  Thank you, Your Honor.

         19  BY MS. KUMAR:

09:25:03 20      Q.  I'm putting up on the screen, Mr. Hamer, page 1

09:25:05 21  of Exhibit 54.

09:25:06 22              Do you recognize this photo?

09:25:07 23      A.  Yes, I do.

09:25:08 24      Q.  What is it of?

09:25:09 25      A.  That is the Aluminicaste facility.  And that's

09:25:12   1   some of the aluminum that was stored at the facility.

09:25:15   2       Q.   At the time of this picture, was the facility

09:25:18   3   built yet?

09:25:18   4       A.   No.   That was prior to -- prior to construction

09:25:24   5   of the actual building.

09:25:25   6       Q.   This is page 2.   Do you recognize that photo?

09:25:28   7       A.   That's continuation of some of the aluminum that

09:25:31   8   was stored at the Aluminicaste.

09:25:34   9       Q.   Page 3 of Exhibit 54, is that more aluminum?

09:25:38  10       A.   That's the same, yes.

09:25:39  11       Q.   Page 4, is that even more aluminum?

09:25:41  12       A.   Correct.

09:25:41  13       Q.   Page 5, is that even more aluminum?

09:25:44  14       A.   Correct.

09:25:45  15       Q.   Page 6, Mr. Hamer?

09:25:47  16       A.   Correct.   Yes.

09:25:49  17       Q.   Page 7?

09:25:50  18       A.   Yes.

09:25:51  19       Q.   And page 9.

09:25:54  20       A.   Yes.

09:25:54  21       Q.   10?

09:25:55  22       A.   Yes.

09:25:56  23       Q.   11?

09:25:58  24       A.   Yes.

09:25:59  25       Q.   12?

09:25:59   1      A.   Yes.

09:26:00   2      Q.   13?

09:26:02   3      A.   Yes.

09:26:02   4      Q.   14?

09:26:03   5      A.   Yes.

09:26:04   6      Q.   And 15?

           7      A.   Yes.

09:26:06   8      Q.   Okay.  Where did this aluminum come from?

09:26:10   9      A.   Most of it came -- it all came from China, from

09:26:17  10   the Zhongwang facility.

09:26:21  11      Q.   Were there any customers for that aluminum?

09:26:23  12      A.   No, there was not.

09:26:25  13      Q.   While working on the Aluminicaste project, who

09:26:28  14   did you report to?

09:26:30  15      A.   At the start of the project I reported to -- when

09:26:34  16   I first joined Aluminicaste I worked -- I reported to

09:26:38  17   Steven Ng.  Steven Ng was released.  And then I reported

09:26:42  18   directly to Eric Shen.  When Eric Shen was released, I

09:26:45  19   was then reporting to Zuopeng Liu.

09:26:50  20      Q.   Zuopeng Liu, is that Z-u-o-p-e-n-g, last name

09:26:50  21   L-i-u?

09:26:56  22      A.   He is the son of Mr. Liu.

09:26:59  23      Q.   And when did he take charge of the Aluminicaste

09:27:03  24   plant if you recall?

09:27:05  25      A.   I can't remember the exact date.  It was around

09:27:07  1    the 2014, 2015 timeline.

09:27:09  2        Q.   You reported directly to him?

09:27:11  3        A.   Yes, I did.

09:27:11  4        Q.   Did you ever discuss the Aluminicaste project

09:27:15  5    with Mr. Liu, Zhongtian, the father?

09:27:18  6        A.   Yes, I did.

09:27:19  7        Q.   In what context?

09:27:22  8        A.   Prior to the project moving forward and I

09:27:25  9    mentioned my first trip to Beijing, that was actually a

09:27:29  10   budget meeting to get approval for moving forward with

09:27:33  11   the project.

09:27:34  12       Q.   From whom were you getting approval?

09:27:36  13       A.   From Mr. Liu.

09:27:37  14       Q.   During the course of the meeting was the budget

09:27:41  15   discussed?

09:27:41  16       A.   Yes, it was.

09:27:42  17       Q.   Who was making the decisions?

09:27:44  18       A.   Mr. Liu.

09:27:46  19       Q.   Have you ever heard of name Jackie Chung,

09:27:52  20   Mr. Hamer?

09:27:52  21       A.   I've heard the name, yes.

09:27:54  22       Q.   Have you ever met that person?

09:27:56  23       A.   No, I have not.

09:27:57  24       Q.   You testified earlier that you worked with China

09:28:01  25   Zhongwang employees.  On what particular project did you

09:28:04   1   work with employees on?

09:28:05   2       A.   There was some connection with the Aluminicaste

09:28:08   3   project and with the Aluminum Shapes project and also a

09:28:12   4   project in Vietnam.

09:28:13   5       Q.   You mentioned the name of one employee.  Could

09:28:15   6   you tell us her name again, please.

09:28:17   7       A.   That is Mei Ma.

09:28:20   8              MS. KUMAR:   I would like to show the witness

09:28:23   9   only Exhibit 319.

09:28:38  10              MR. LOWDER:   Objection.  Hearsay, Your

09:28:39  11   Honor.

09:28:39  12              THE COURT:   It hasn't been introduced yet.

09:28:43  13              MS. KUMAR:   That's right, Your Honor.

          14   BY MS. KUMAR:

09:28:44  15       Q.   Do you recognize this document, Mr. Hamer?

09:28:46  16       A.   Yes, I do.

09:28:47  17       Q.   Is that your e-mail address on the top?

09:28:49  18       A.   That's correct.

09:28:50  19       Q.   It's the e-mail address you used while working at

09:28:53  20   Aluminicaste; is that right?

09:28:55  21       A.   Yeah.  I used the Scuderia Development address

09:28:57  22   initially.  But when the Aluminicaste project moved

09:29:03  23   forward, I switched to the Aluminicaste.com e-mail

09:29:05  24   address.

09:29:05  25       Q.   And you used it for your business purposes; is

| | | |
|---|---|---|
| 09:29:07 | 1 | that right? |
| 09:29:07 | 2 | A. That's correct. |
| 09:29:08 | 3 | Q. On the "To" line is Eric Shen at a Scuderia |
| 09:29:11 | 4 | Capital e-mail; is that right? |
| 09:29:12 | 5 | A. Yeah. The e-mail's a little fuzzy here. I'm not |
| 09:29:16 | 6 | sure if there's any way -- |
| 09:29:18 | 7 | Q. Is that better, Mr. Hamer? |
| 09:29:19 | 8 | A. That is better. Thank you. |
| 09:29:21 | 9 | Q. And you see an Eric Shen, Scuderia Capital |
| 09:29:23 | 10 | e-mail; is that right? |
| 09:29:24 | 11 | A. Correct. |
| 09:29:25 | 12 | Q. And a Steven Ng, Scuderia Capital e-mail -- |
| 09:29:29 | 13 | Scuderia Development e-mail; is that right? |
| 09:29:30 | 14 | A. Right. |
| 09:29:31 | 15 | Q. And a Lance e-mail at Scuderia Development; is |
| 09:29:35 | 16 | that right? |
| 09:29:35 | 17 | A. Yes. |
| 09:29:36 | 18 | Q. Were you communicating in this e-mail about your |
| 09:29:38 | 19 | business, the work at Aluminicaste? |
| 09:29:41 | 20 | A. Yes, correct. |
| 09:29:43 | 21 | Q. The date of the e-mail is August 8th, 2011. |
| 09:29:45 | 22 | Would the e-mail have been sent on or around that time? |
| 09:29:48 | 23 | A. That's correct. |
| 09:29:49 | 24 | MS. KUMAR: Your Honor, I move to admit. |
| 09:29:51 | 25 | THE COURT: Is this an e-mail that you sent? |

09:29:52   1              THE WITNESS:  This is an e-mail I sent,
09:29:54   2    correct.
09:29:54   3              THE COURT:  Okay.  The objection will be
09:29:56   4    overruled.
09:29:57   5              THE WITNESS:  I'm sorry?
09:29:58   6              THE COURT:  No.  You may publish.
09:30:07   7              THE CLERK:  Sorry.  The number.
09:30:09   8              MS. KUMAR:  It was 319.
           9    BY MS. KUMAR:
09:30:11  10      Q.  I'm going to first direct your attention to the
09:30:13  11    bottom e-mail, Mr. Hamer.  This is page 8.  This is an
09:30:18  12    e-mail to you.
09:30:18  13              Do you see that?
09:30:19  14      A.  Yes.
09:30:21  15      Q.  Who sent the e-mail?
          16      A.  This was from --
09:30:24  17              MR. LOWDER:  Objection.
09:30:25  18              THE COURT:  Counsel.
09:30:28  19              Bring it down.
09:30:30  20              THE COURT:  Okay.  Go ahead.
09:30:33  21              You can ask your question.  No foundation
09:30:35  22    has been laid for this part of the e-mail.
09:30:37  23              The e-mail we asked before is it something
09:30:38  24    he sent out.  Now you're talking about something someone
09:30:40  25    sent to him.

09:30:41    1          MS. KUMAR:  Can I just show the witness

09:30:43    2     then?

09:30:43    3          THE COURT:  Sure.  Sure.

            4     BY MS. KUMAR:

09:30:54    5        Q.  Mr. Hamer, are these e-mails you sent and

09:30:56    6     received from Ms. Ma?

09:31:00    7        A.  That is correct.  Yes.

09:31:01    8        Q.  In the course of your work at Aluminicaste?

09:31:04    9        A.  Correct.

09:31:05   10        Q.  And you did this in the normal course of

09:31:07   11     business?

09:31:07   12        A.  Yes.

09:31:08   13          MS. KUMAR:  Your Honor, I move to admit the

09:31:10   14     entire e-mail frame which is e-mails back and forth with

09:31:12   15     this witness.

09:31:13   16          MR. LOWDER:  Objection, Your Honor.

09:31:15   17          THE COURT:  Sustained.

09:31:17   18          MS. KUMAR:  Your Honor, I will show the

09:31:19   19     first page of the e-mail which --

09:31:20   20          THE COURT:  First page has been accepted.

09:31:25   21          MR. LOWDER:  Your Honor, the first message.

09:31:31   22          THE COURT:  The first message has been

09:31:33   23     accepted.

           24          Thank you, Counsel.

           25     BY MS. KUMAR:

09:31:34  1      Q.  Can you tell us what's happening in this e-mail

09:31:36  2  that's on your screen, Mr. Hamer?

09:31:39  3      A.  Yes.  I'd been -- Mei had asked me to review some

09:31:44  4  of the drawings for a new facility that she was

09:31:47  5  responsible for building in Vietnam.

09:31:49  6           And I had assisted her.  And this was an

09:31:55  7  e-mail to Eric Shen because Eric was -- who was my boss

09:31:59  8  at the time was a little concerned that that was taking

09:32:01  9  my time away from the Aluminicaste project.  So this was

09:32:05  10  a clarification to Eric that, yes, I did some work with

09:32:09  11  Mei on that project, but the Aluminicaste project was my

09:32:13  12  highest priority.

09:32:15  13      Q.  Mr. Hamer, what was the project that Ms. Ma

09:32:17  14  wanted your help on?

09:32:18  15      A.  Sorry.  It was a -- a new or expansion to a

09:32:24  16  casting facility they were building in Vietnam.

09:32:28  17      Q.  Okay.  And when you say "they," who's they?

09:32:34  18      A.  Zhongwang

09:32:34  19      Q.  So we talked about aluminum in Mexico and

09:32:37  20  Vietnam.  I'd like to now talk about aluminum here in

09:32:39  21  the United States, specifically here in the southern

22  California.

09:32:42  23           While working at Scuderia, did you ever

09:32:43  24  visit any of the warehouses in southern California?

09:32:46  25      A.  Before I joined Scuderia, I was taken by Eric

09:32:53   1   Shen to a warehouse in the Fontana, Ontario area to be

09:33:00   2   shown a large volume of aluminum extrusions.  And he was

09:33:06   3   using that as a justification for -- for -- or proof

09:33:11   4   that the Mexico project was going to be built to try to

09:33:17   5   bring me onboard and prove to me that it was a real

09:33:19   6   project.

09:33:20   7       Q.   Was there a large inventory of aluminum when you

09:33:23   8   went to the warehouse?

09:33:25   9       A.   There was.  It was one of the large warehouses in

09:33:28   10  the area.  And it was pretty full to the roof with

09:33:30   11  aluminum extrusion.

09:33:32   12      Q.   What did you understand was going to be used --

09:33:34   13  that aluminum was going to be used for?

09:33:37   14      A.   That I believe was -- was a storage that was

09:33:40   15  being sold to the open market.  But I -- I wasn't

09:33:46   16  explained.  It was --

09:33:50   17      Q.   Mr. Hamer, did you come to see aluminum pallets

09:33:53   18  while working at Scuderia?

09:33:55   19      A.   Yes, I did.

09:33:56   20      Q.   When was that?

09:33:57   21      A.   That was probably around 2011, some pallets

09:34:02   22  started turning up at the Main Street office.

09:34:05   23      Q.   And prior to that time, had you ever seen an

09:34:08   24  aluminum pallet in your years working in the industry?

09:34:10   25      A.   No.  It wasn't familiar to me.

09:34:12   1       Q.   Did you have any involvement in the importation

09:34:16   2   of the pallets?

09:34:16   3       A.   No, I did not.

09:34:17   4       Q.   Did you see where the pallets were stored?

09:34:20   5       A.   There was -- there was some that were stored at

09:34:23   6   Main Street.  And then later -- in late year, probably

09:34:27   7   around 2015, 2016 I saw of lot of them stored at

09:34:33   8   Aluminum Shapes.  And then on the final visit to Main

09:34:36   9   Street before I was terminated, the whole warehouse area

09:34:41   10  of Main Street was full of aluminum pallets.

09:34:44   11      Q.   Do you understand what the pallets were made of?

09:34:47   12      A.   They were aluminum extrusions, welded aluminum

09:34:52   13  extrusions.

09:34:53   14              MS. KUMAR:  I would like to show the witness

09:34:54   15  only Exhibit 317.

09:34:58   16              THE COURT:  Okay.

           17  BY MS. KUMAR:

09:35:05   18      Q.   Mr. Hamer, do you recognize this e-mail?

09:35:08   19      A.   Yes, I do.

09:35:11   20      Q.   Who was it sent from?

09:35:13   21      A.   It's sent from Louis Lee.

09:35:15   22      Q.   And who is Louis Lee?

09:35:16   23      A.   He was one of the managers at Scuderia

09:35:19   24  Development.

09:35:19   25      Q.   Who was it sent to?

09:35:22   1      A.   To -- to several of us at Scuderia Development;

09:35:26   2    Steven Ng, myself, Eric Shen and Lance Cubayama

09:35:32   3    (phonetic).

09:35:32   4      Q.   This e-mail address that's listed here, is that

09:35:35   5    your Scuderia Development e-mail address?

09:35:36   6      A.   That is correct.

09:35:36   7      Q.   You used it to send and receive e-mails in the

09:35:40   8    regular course of business?

09:35:42   9      A.   That's correct.

09:35:42   10     Q.   The e-mail date is June 20th, 2011; is that

09:35:45   11   right?

09:35:46   12     A.   Correct.

09:35:46   13     Q.   Would it have been received on or about that

09:35:48   14   date?

09:35:48   15     A.   Yes.

09:35:49   16          MS. KUMAR:   Your Honor, I move to admit

09:35:52   17   Exhibit 317.

09:35:54   18          MR. LOWDER:   Objection, Your Honor.

09:35:55   19          THE COURT:   Sustained.

09:35:56   20          MS. KUMAR:   Your Honor, may I respond?

09:35:58   21          THE COURT:   You're going to use it as a

09:35:59   22   business record?

09:36:01   23          MS. KUMAR:   Also under 801(d)(2)(E), Your

09:36:04   24   Honor.

09:36:04   25          THE COURT:   Sustained.

BY MS. KUMAR:

09:36:05  Q.  What involvement did you have with the pallets
09:36:08  after they arrived?

09:36:09  A.  I was asked by Eric Shen to see if I could find a
09:36:15  customer to test some of the pallets for -- for the
09:36:21  chemical analysis.  And also to see if I can find a
09:36:27  customer who would like to use the pallets for -- for
09:36:30  remelting for a casting process.

09:36:32  Q.  Did you find such a customer?

09:36:34  A.  Yes, I did.

09:36:34  Q.  And who was that customer?

09:36:36  A.  It was Sierra Aluminum in Riverside, California.

09:36:40  Q.  What kind of company is Sierra Aluminum?

09:36:43  A.  Sierra is an extrusion company with their own
09:36:46  inhouse aluminum casting capability.

09:36:49  Q.  Did you, in fact, sell any pallets to them?

09:36:52  A.  We sold two pallets to them for them to try.

09:36:57  Q.  What did they do with them, to your knowledge?

09:36:59  A.  They did melt them.  They tested them.  And they
09:37:01  were actually very satisfied with how they performed.
09:37:05  And wanted more.

09:37:06  Q.  For melting purposes; is that right?

09:37:09  A.  That's correct.

09:37:10  Q.  Did you see pallets anywhere else other than
09:37:13  Irvine warehouse?

09:37:15   1        A.   Actually there was Aluminum Shapes.

09:37:18   2        Q.   Tell us about Aluminum Shapes.   What is Aluminum

09:37:21   3   Shapes?

09:37:21   4        A.   Aluminum Shapes is an extrusion facility with

09:37:24   5   their own inhouse casting capability.

09:37:27   6        Q.   What was your role there?

09:37:29   7        A.   I was asked by Zuopeng Liu, who I answered to at

09:37:38   8   the time, to go there on a consulting basis to help them

09:37:41   9   improve their processes.

09:37:43  10        Q.   You said Zuopeng Liu, that's Mr. Liu's son, asked

09:37:49  11   you to do that?

09:37:49  12        A.   That's correct.

09:37:50  13        Q.   Who did you report to while you worked there?

09:37:52  14        A.   I reported to Zuopeng.

09:37:54  15        Q.   Does Zuopeng Liu go by any other name?

09:37:59  16        A.   He was typically known as ZP Liu.

09:38:02  17        Q.   Did you see employees of Zhongwang while working

09:38:04  18   at Aluminum Shapes?

09:38:05  19        A.   Yes, I did.

09:38:06  20        Q.   Were you ever told what to say about China

09:38:11  21   Zhongwang's connection to Aluminum Shapes?

09:38:12  22        A.   Yes, I do -- yes, I was.

09:38:13  23        Q.   What were you told?

09:38:15  24             MR. LOWDER:   Objection, Your Honor.

09:38:16  25             THE COURT:   Overruled.

09:38:17  1          THE WITNESS:  They actually had a public

09:38:18  2    relations company brought into Aluminum Shapes who

09:38:22  3    coached us into how to respond to any press inquiries or

09:38:25  4    any external inquiries regarding Zhongwang.

          5    BY MS. KUMAR:

09:38:29  6       Q.  What were you supposed to say?

09:38:31  7       A.  We were supposed to deny --

09:38:32  8          MR. LOWDER:  Objection, Your Honor.

09:38:36  9          THE WITNESS: -- any connection.

09:38:36 10          THE COURT:  As what, hearsay?

09:38:37 11          MR. LOWDER:  Yes, Your Honor.

09:38:38 12          THE COURT:  Overruled.

09:38:38 13          THE WITNESS:  We were asked to deny any

09:38:41 14    connection to Zhongwang and Aluminum Shapes.

         15    BY MS. KUMAR:

09:38:44 16       Q.  Were you ever told what to say about Zhongwang's

09:38:47 17    connection to Aluminicaste?

09:38:49 18          MR. LOWDER:  Objection, Your Honor.

09:38:50 19          THE COURT:  Overruled.

09:38:52 20          THE WITNESS:  Yes, we were, again, clearly

09:38:54 21    told not to state any connection between Zhongwang and

09:39:01 22    Aluminicaste.

09:39:02 23          MS. KUMAR:  Thank you.  No questions at this

09:39:04 24    time.

09:39:04 25          THE COURT:  Okay.  Cross-examination,

| | | |
|---|---|---|
| 09:39:06 | 1 | Counsel. |
| 09:39:16 | 2 | First of all, I want to make sure, any |
| 09:39:17 | 3 | questions from you, Counsel, first? |
| 09:39:17 | 4 | We have two different defendants. |
| 09:39:21 | 5 | MR. RUYAK:  He's taking the main.  I will |
| 09:39:24 | 6 | follow up. |
| 09:39:25 | 7 | THE COURT:  I'm confused with which |
| 09:39:27 | 8 | defendant.  You two are together? |
| 09:39:29 | 9 | MR. LOWDER:  I'm with Ms. Potashner.  We |
| 09:39:31 | 10 | represent the warehouse. |
| 09:39:32 | 11 | MR. RUYAK:  I'm Perfectus. |
| 09:39:33 | 12 | THE COURT:  That's what I'm saying. |
| 09:39:35 | 13 | Do you have any questions? |
| 09:39:36 | 14 | MR. RUYAK:  I do. |
| 09:39:38 | 15 | THE COURT:  He should go first. |
| 09:39:40 | 16 | MR. RUYAK:  Okay.  That makes sense. |
| 09:39:46 | 17 | **CROSS-EXAMINATION** |
| | 18 | BY MR. RUYAK: |
| 09:39:48 | 19 | Q.  Good morning, Mr. Hamer. |
| 09:39:50 | 20 | A.  Good morning. |
| 09:39:51 | 21 | Q.  You mentioned that you went to Aluminum Shapes, |
| 09:39:54 | 22 | correct? |
| 09:39:54 | 23 | A.  That's correct. |
| 09:39:55 | 24 | Q.  And Aluminum Shapes is in New Jersey? |
| 09:39:58 | 25 | A.  That's correct. |

09:39:59  1     Q.   In the U.S.?

09:39:59  2     A.   Yes.

09:40:00  3     Q.   And did you observe the operations there?

09:40:02  4     A.   Yes, I did.

09:40:03  5     Q.   And you've had a lot of experience in aluminum

09:40:07  6  casting and aluminum extrusion, correct?

09:40:09  7     A.   Correct.

09:40:09  8     Q.   How would you describe what the business was of

09:40:12  9  Aluminum Shapes in New Jersey when you visited?

09:40:16  10    A.   Aluminum Shapes, I would say they were primarily

09:40:19  11  an extrusion company.  And they were selling to a range

09:40:23  12  of customers; U-Haul and various other customers.

09:40:31  13  Aluminum extrusions, both as aluminum -- as extrusion

09:40:36  14  shapes, also as prefabricated parts.

09:40:39  15    Q.   So what things, like window frames, door frames,

09:40:43  16  what other things were they making?

09:40:44  17    A.   Aluminum Shapes were primarily into more

09:40:50  18  automotive transportation.  So customers, say, like

09:40:54  19  U-Haul or Wabash who make truck trailers, et cetera.

09:41:01  20         There was a range of -- a range of extrusion

09:41:06  21  profile sold to the open market.  I would say primarily,

09:41:12  22  as I say, transportation.  But they had other markets.

09:41:15  23  But I really wasn't involved in that end of the

09:41:18  24  business.

09:41:19  25    Q.   Okay.  They were taking things like billets,

09:41:21  1  correct, and they were melting them down into

09:41:23  2  extrusions; is that right?

09:41:25  3  　　A.　They were taking aluminum scraps.  So it could

09:41:28  4  have been in the forms of wheels, et cetera, et cetera,

09:41:31  5  and then casting them into the billet form for the

09:41:35  6  extrusion process.

09:41:36  7  　　Q.　So they were recycling aluminum, a lot of what

09:41:39  8  they were doing?

09:41:39  9  　　A.　There's a lot of recycling, correct.

09:41:42 10  　　Q.　They were concentrating on this idea that making

09:41:45 11  lighter weight vehicle bodies, right, for trucks and

09:41:48 12  things like that out of aluminum, right?

09:41:50 13  　　A.　Correct.

09:41:51 14  　　Q.　Which are more energy efficient, correct?

09:41:55 15  　　A.　Correct.

09:41:56 16  　　Q.　They were real customers for Shapes?

09:41:59 17  　　A.　Correct.

09:42:00 18  　　Q.　And when you were there, you saw the production

09:42:02 19  facility?

09:42:03 20  　　A.　Yes, I did.

09:42:04 21  　　Q.　How many people were working at Shapes?

09:42:07 22  　　A.　I really didn't get into the extrusion finishing

09:42:13 23  side of things.  So it would be very difficult to say

09:42:16 24  that.

09:42:17 25  　　　　　　　I would say they were between 2-, 300

09:42:22  1    people.

09:42:22  2        Q.   And you mentioned that -- did you know the

09:42:28  3    history of Shapes?  Did you know that it had gone

09:42:32  4    through bankruptcy?

09:42:33  5        A.   I was aware of that.

09:42:34  6        Q.   And that Mr. Liu and his companies bought Shapes

09:42:38  7    out of bankruptcy?

09:42:40  8        A.   Correct.

09:42:40  9        Q.   Do you know whether in those years Shapes was

09:42:44 10    making money or losing money?

09:42:47 11        A.   From what I was told early in Shapes they were

09:42:50 12    losing money.  And, obviously, part of that they went

09:42:54 13    bankrupt.  So I assume they were losing money prior to

09:42:59 14    that as well.

09:43:00 15        Q.   So Mr. Liu and his companies were investing money

09:43:02 16    into Shapes to keep it operational, correct?

09:43:05 17        A.   That was the understanding, yes.

09:43:07 18        Q.   They did that for quite a period of time,

09:43:09 19    correct?

09:43:10 20        A.   Yeah, I -- I believe they purchased Shapes around

09:43:16 21    2013, somewhere around that time.  And I believe they

09:43:22 22    still own Aluminum Shapes today.

09:43:28 23             MR. RUYAK:  That's all I have.

09:43:30 24             THE COURT:  Counsel.

09:43:32 25                      **CROSS-EXAMINATION**

BY MR. LOWDER:

09:43:44  Q.  Mr. Hamer, you testified earlier that you're a

09:43:47  mechanical engineer; is that correct?

09:43:49  A.  That's correct.

09:43:50  Q.  You were hired to help with casting facilities;

09:43:53  is that right?

09:43:54  A.  I was hired to actually conceive and build

09:43:58  casting facility for Scuderia Development.

09:44:01  Q.  And that's part of your training as an engineer,

09:44:05  right?

09:44:06  A.  It was an advancement of my abilities, but it was

09:44:11  something that I felt comfortable in taking on.

09:44:13  Q.  You weren't hired as a management employee for

09:44:17  Scuderia Development; is that right?

09:44:19  A.  When I was hired, that's correct.  Yes.

09:44:21  Q.  And same for Aluminum Shapes, you weren't part of

09:44:26  the management of Aluminum Shapes, were you?

09:44:30  A.  No, I wasn't.  I was a consultant there.

09:44:33  Q.  And you don't know whether or not CZW actually

09:44:39  has any connection to Aluminum Shapes; is that right?

09:44:42  A.  They do have connection to Aluminum Shapes, yes.

09:44:46  Q.  You don't know the ownership, I think -- sorry?

09:44:50  A.  Yes.  As we just discussed.

09:44:55  Q.  In your mind, do you view Zhongtian Liu and CZW

09:45:01  as the same?

09:45:02  1       A.   Well, Zhongtian Liu is the chairman of CZW, so
09:45:08  2   yeah, there is that connection.
09:45:11  3       Q.   Okay.  But, sir, you understand that CZW is a
09:45:14  4   public company, correct?
09:45:16  5       A.   Correct.
09:45:16  6       Q.   And is traded on a public exchange?
09:45:19  7       A.   In Hong Kong, Shanghai, I believe, yes.
09:45:22  8       Q.   And it has a board of directors, correct?
09:45:26  9       A.   Correct.
09:45:27  10      Q.   So Mr. Liu is not the only owner of CZW, so they
09:45:31  11  are not co-chairmans?
09:45:36  12      A.   He was the founder of CZW.  And, yeah, he's the
09:45:43  13  chairman.  So, yes, there's a board of directors.  But
09:45:47  14  he runs the company -- or ran the company at the time I
09:45:50  15  was employed there -- or employed with Scuderia.
09:45:57  16      Q.   Mr. Hamer, you talked earlier about a visit to
09:46:02  17  one of the warehouses in southern California.  Do you
09:46:05  18  remember that testimony?
09:46:05  19      A.   Yes, I do.
09:46:06  20      Q.   And when you visited that warehouse, you saw
09:46:09  21  aluminum on the warehouse floor; is that right?
09:46:11  22      A.   That's right.
09:46:12  23      Q.   It was out in the open?
09:46:13  24      A.   It was within the warehouse.
09:46:16  25      Q.   In the warehouse you could see?

09:46:19  1        A.   Correct.

09:46:19  2        Q.   There was nothing obstructing your view?

09:46:22  3        A.   No.

09:46:22  4        Q.   No one tried to hide that aluminum from you?

09:46:25  5        A.   No.   But there was a large security to actually

09:46:28  6    enter into the warehouse area.

09:46:30  7               But once you go through security, then it

09:46:32  8    was an open -- open viewing of the contents of that

09:46:37  9    warehouse.

09:46:38  10       Q.   No problem having security to secure valuable

09:46:42  11   merchandise, right?

09:46:45  12       A.   No.   But there was -- even Eric Shen who was

09:46:50  13   taking me there had to get authority from -- from

09:46:55  14   another party to be able to enter the building.   Johnson

09:47:04  15   Shao was -- had to approve Eric Shen's entrance into the

09:47:10  16   warehouse.

09:47:11  17       Q.   And you received that approval, correct?

09:47:12  18       A.   That's correct.

09:47:12  19       Q.   And no one stopped you from looking at the

09:47:15  20   aluminum once you were inside; is that correct?

09:47:17  21       A.   That's correct.

09:47:18  22       Q.   You also said you saw aluminum pallets at the

09:47:22  23   Irvine warehouse?

09:47:24  24       A.   That's correct.

09:47:24  25       Q.   And no one stopped you from looking at those

09:47:26  1   pallets?

09:47:27  2       A.   No.

09:47:27  3       Q.   They were out on the warehouse floor; is that

09:47:30  4   right?

09:47:31  5       A.   That's correct.   Initially when they first

09:47:33  6   started coming in.

09:47:34  7       Q.   In plain view, right?

09:47:37  8       A.   Yes.

09:47:38  9       Q.   And they were stacked very high.

09:47:41  10      A.   Initially there were only 20, 30 pallets.   So

09:47:44  11  they were stored at the back of the building.   I would

09:47:47  12  say by the time I left Aluminicaste or Scuderia, that

09:47:54  13  whole area was completely full with pallets.

09:47:56  14      Q.   And the Irvine warehouse was a large warehouse,

09:47:59  15  correct?

09:47:59  16      A.   Correct.

09:48:00  17      Q.   It would have been difficult to try and conceal

09:48:03  18  that volume of pallets within that space, correct?

09:48:05  19      A.   The warehouse has office area in front.   And then

09:48:08  20  there's doors leading to the warehouse.   So there had to

09:48:12  21  be a reason to go into the warehouse to be able to see

09:48:15  22  the pallets.   Generally visitors to the offices wouldn't

09:48:21  23  see those pallets.

09:48:22  24      Q.   If you had access to the warehouse floor you can

09:48:25  25  see those pallets?

09:48:25  1        A.   Correct.

09:48:25  2        Q.   And it would be a futile effort to try to

09:48:27  3    disguise them on the warehouse floor; is that correct?

09:48:30  4        A.   That's correct.

09:48:39  5        Q.   You also mentioned you sold I believe it was two

09:48:41  6    pallets to Sierra Aluminum; is that right?

09:48:43  7        A.   That's correct.

09:48:43  8        Q.   And were those the only two pallets that you sold

09:48:46  9    to Sierra Aluminum?

09:48:48  10       A.   That's correct.

09:48:53  11            MR. LOWDER:   No further questions, Your

09:48:55  12   Honor.

09:48:55  13            THE COURT:   Any redirect?

09:48:56  14            MS. KUMAR:   Just briefly, Your Honor.

09:49:00  15            **REDIRECT EXAMINATION**

          16   BY MS. KUMAR:

09:49:06  17       Q.   Mr. Hamer, on cross-examination you were asked

09:49:08  18   about CZW's connection to Aluminum Shapes; do you recall

09:49:11  19   that?

09:49:11  20       A.   Yes.

09:49:12  21       Q.   Did you see China Zhongwang employees at Aluminum

09:49:17  22   Shapes while you were there?

09:49:18  23       A.   Yes, I did.

09:49:18  24       Q.   Did you also work with CZW employees who were

09:49:23  25   working on the plant?

09:49:23   1       A.   Yes, I did.

09:49:24   2       Q.   What was the purpose of the projects at Aluminum

09:49:27   3   Shapes that you were working on?

09:49:28   4       A.   I was working on improving their casting

09:49:32   5   operations, so I was consulting to improve their

09:49:35   6   operation.

09:49:35   7       Q.   And that means the casting process you described

09:49:38   8   of remelting the aluminum; is that right?

09:49:40   9       A.   That's correct.

09:49:41   10      Q.   And you talked about how Aluminum Shapes melts

09:49:46   11  down scrap and makes it into billet and then extrusions;

09:49:49   12  is that right?

09:49:49   13      A.   That's correct.

09:49:50   14      Q.   And when you say "scrap," what do you mean?

09:49:54   15      A.   It can be scrap from their extrusion process.  So

09:49:57   16  if there's scrap products from their extrusion process

09:50:02   17  that would go back to be remelted.  It would be

09:50:07   18  purchased scraps, such as old aluminum wheels.

09:50:12   19      Q.   So when you sold the pallets to Sierra Aluminum

09:50:16   20  they were sold as scrap; is that right?

09:50:19   21      A.   That was the fundamental purpose, yes.

09:50:21   22      Q.   At Aluminum Shapes, did you see a lot of pallets

09:50:23   23  being stored?

09:50:26   24      A.   Yes, I did.

09:50:28   25           MS. KUMAR:  Thank you.  No further

09:50:29  1    questions, Your Honor.

09:50:29  2                    THE COURT:   Okay.

09:50:33  3                    MR. RUYAK:   Just one.

          4                    **RECROSS EXAMINATION**

          5    BY MR. RUYAK:

09:50:34  6        Q.   Mr. Hamer, just so we are clear on the pallets,

09:50:37  7    you never saw and you're not aware of any instance

09:50:40  8    whatsoever in which one of these aluminum pallets was

09:50:44  9    disassembled and the parts were sold as extrusions,

09:50:49  10   correct?

09:50:49  11       A.   That's correct.

09:50:50  12                   MR. RUYAK:   Thank you.

09:50:52  13                   THE COURT:   Counsel, I've got to

09:50:55  14   congratulate you.  That's the first time I've had an

09:50:56  15   attorney say "Just one question," and you keep it to one

09:50:58  16   question.

09:51:00  17                   Counsel.

09:51:01  18                   MR. LOWDER:   No further questions.

09:51:02  19                   THE COURT:   Any redirect?

09:51:03  20                   MS. KUMAR:   No, Your Honor.

09:51:04  21                   THE COURT:   You may step down.

09:51:06  22                   May this witness be excused?

09:51:08  23                   MS. KUMAR:   Yes, Your Honor.

09:51:10  24                   THE COURT:   Any objections?

09:51:10  25                   MR. LOWDER:   No objection.

```
09:51:14   1              THE COURT:  You're free to go.  Thank you
           2    for coming in.
09:51:15   3              Next witness.
09:51:18   4              MR. HSIEH:  Your Honor, the Government calls
09:51:19   5    Olivia Resendez.
09:51:45   6              THE CLERK:  Good morning, Ms. Resendez.
09:51:55   7              Do you solemnly swear the testimony you are
           8    about to give in the matter now before the Court shall
           9    be the truth, the whole truth and nothing but the truth
          10    so help you God.
          11              THE WITNESS:  Yes.
          12              THE CLERK:  Please be seated.
09:52:05  13              May I please ask that you state your full
09:52:08  14    name for the record.  Spell your last name.
09:52:10  15              THE WITNESS:  Olivia Resendez, O-l-i-v-i-a,
09:52:12  16    R-e-s-e-n-d-e-z.
09:52:20  17              THE CLERK:  Thank you.
09:52:21  18              THE COURT:  Okay.  You may inquire, Counsel.
09:52:24  19              **DIRECT EXAMINATION**
          20    BY MR. HSIEH:
09:52:24  21       Q.  Good morning, Ms. Resendez.
09:52:26  22       A.  Good morning.
09:52:26  23       Q.  Where did you work in 2007?
09:52:28  24       A.  Pengcheng Aluminum.
09:52:30  25       Q.  Where is Pengcheng Aluminum located?
```

| 09:52:32 | 1 | A.   The city of Walnut, California. |
| 09:52:34 | 2 | Q.   What were you hired to do at Pengcheng Aluminum? |
| 09:52:36 | 3 | A.   I was a customer service representative. |
| 09:52:41 | 4 | Q.   Prior to working at Pengcheng Aluminum, would you |
| 09:52:44 | 5 | please briefly describe your work experience. |
| 09:52:46 | 6 | A.   I used to work at a call center at previous |
| 09:52:49 | 7 | banks. |
| 09:52:50 | 8 | Q.   And once you were hired at Pengcheng Aluminum, |
| 09:52:52 | 9 | what do you understand Pengcheng Aluminum to do as a |
| 09:52:55 | 10 | business? |
| 09:52:56 | 11 | A.   They were an aluminum extrusion company. |
| 09:52:59 | 12 | Q.   And did you have understanding of where Pengcheng |
| 09:53:03 | 13 | Aluminum received their aluminum from? |
| 09:53:05 | 14 | A.   China. |
| 09:53:05 | 15 | Q.   Did the company in China have a particular name |
| 09:53:08 | 16 | you that were familiar with? |
| 09:53:10 | 17 | A.   Zhongwang. |
| 09:53:12 | 18 | Q.   What were your duties as a customer service |
| 09:53:16 | 19 | representative with Pengcheng Aluminum? |
| 09:53:17 | 20 | A.   My responsibilities were to take -- process |
| 09:53:20 | 21 | orders for our customers. |
| 09:53:23 | 22 | Q.   And how would that process work?  Would you |
| 09:53:25 | 23 | please briefly explain to the jury. |
| 09:53:27 | 24 | A.   Sure.  I worked closely with a salesperson.  Her |
| 09:53:30 | 25 | name was Kim.  And I'm the one that was responsible for |

09:53:33   1   entering and processing all orders.  She would provide

09:53:37   2   me with documentation as far as like drawing for that

09:53:39   3   particular order, to make sure that it meets the

09:53:43   4   customer's specifications.  And they were all custom

09:53:46   5   orders.

09:53:46   6        Q.  Now, once you received this information from Kim

09:53:49   7   for a custom order, what would you do with this

09:53:51   8   information?

09:53:52   9        A.  I would process the order and e-mail it off to

09:53:55   10   China to Karen at Zhongwang.

09:54:01   11        Q.  Did you always e-mail your orders to someone at

09:54:06   12   Zhongwang?

09:54:06   13        A.  Yes.

09:54:06   14        Q.  Do you recognize a vendor with the name Dalian

09:54:10   15   Liwang?

09:54:10   16        A.  Yes.

09:54:11   17        Q.  If the vendor was Dalian Liwang, who would you

09:54:14   18   send that order to?

09:54:15   19        A.  Still to Zhongwang.

09:54:16   20        Q.  Who did you report to during your time at

09:54:19   21   Pengcheng Aluminum?

09:54:20   22        A.  Mark Li.

09:54:21   23        Q.  Do you recognize -- was there a manager prior to

09:54:25   24   Mark Li that you reported to?

09:54:27   25        A.  Well, Johnson Shao was the main manager.  And

09:54:31  1    Mark Li was the officer manager.

09:54:33  2        Q.   And did you report personally to the office at

09:54:36  3    Pengcheng Aluminum?

09:54:37  4        A.   Yes.

09:54:39  5             MR. HSIEH:   The Government would like to

09:54:40  6    bring up Exhibit 40 just for the witness.

09:54:43  7             THE COURT:   Okay.

09:55:02  8             MR. HSIEH:   So what has been marked for

09:55:04  9    identification purposes is page 1 of Government

09:55:08  10   Exhibit 40.

          11   BY MR. HSIEH:

09:55:09  12       Q.   What is page 1 of Government's Exhibit 40,

09:55:10  13   Ms. Resendez?

09:55:11  14             THE COURT:   Counsel, is it on the screen?

09:55:13  15             THE WITNESS:   There's nothing on the screen.

          16   BY MR. HSIEH:

09:55:25  17       Q.   What is page 1 of Government's Exhibit 40,

09:55:28  18   Ms. Resendez?

09:55:28  19       A.   It's Pengcheng Aluminum, the business where I

09:55:31  20   worked at.

09:55:31  21       Q.   Is this a fair and accurate depiction of the

09:55:34  22   outside of Pengcheng Aluminum from your time going to

09:55:38  23   work there?

09:55:39  24       A.   Yes.

09:55:40  25             MR. HSIEH:   The Government moves to admit

| | | |
|---|---|---|
| 09:55:42 | 1 | page 1 of Exhibit 40 into evidence. |
| 09:55:45 | 2 | THE COURT:  It will be received. |
| 09:55:46 | 3 | (Exhibit 40, page 1 is received.) |
| 09:55:47 | 4 | MR. HSIEH:  Would the Court please -- |
| 09:55:49 | 5 | THE COURT:  It may be published. |
| | 6 | THE CLERK: Okay. |
| | 7 | BY MR. HSIEH: |
| 09:55:51 | 8 | Q.  And Ms. Resendez, I'm now going to show you pages |
| 09:55:55 | 9 | 4, 6, 8, and 16 of Government's Exhibit 40. |
| 09:56:01 | 10 | And just to the witness at this moment, |
| 09:56:04 | 11 | please. |
| 09:56:06 | 12 | THE COURT:  Okay. |
| | 13 | BY MR. HSIEH: |
| 09:56:14 | 14 | Q.  What is page 4 of Government's Exhibit 40? |
| 09:56:19 | 15 | A.  That is the Pengcheng Aluminum building where I |
| 09:56:23 | 16 | was employed. |
| 09:56:23 | 17 | Q.  Do you recognize the building to the left and |
| 09:56:25 | 18 | that lettering where other cars are? |
| 09:56:28 | 19 | A.  Yes. |
| 09:56:28 | 20 | Q.  Is this a fair and accurate depiction of a little |
| 09:56:34 | 21 | wider out of Pengcheng Aluminum? |
| 09:56:36 | 22 | A.  Yes. |
| 09:56:38 | 23 | MR. HSIEH:  Government moves to admit page 4 |
| 09:56:40 | 24 | of 40 into evidence. |
| 09:56:42 | 25 | THE COURT:  It will be received. |

09:56:44   1                    (Exhibit 40, page 4 is received.)

2    BY MR. HSIEH:

09:56:47   3       Q.   Now, zooming in on the left-hand portion of page

09:56:51   4    4.  Can you see what the green lettering says there,

09:56:54   5    Ms. Resendez?

09:56:55   6       A.   Yes.

09:56:55   7       Q.   What does that say?

09:56:57   8       A.   Actually it is kind of small.  I don't have any

09:57:00   9    glasses on.

09:57:01   10                  MR. HSIEH:  I will move to -- just for the

09:57:02   11   witness, page 6 of Exhibit 40.

09:57:06   12                  THE COURT:  Okay.

13   BY MR. HSIEH:

09:57:12   14      Q.   What's page 6 of Government Exhibit 40?

09:57:16   15      A.   What does it say?

09:57:18   16      Q.   Do you recognize this photograph, Ms. Resendez?

09:57:20   17      A.   I do.

09:57:20   18      Q.   Is it a fair and accurate depiction of the

09:57:24   19   outside of where you went to work?

09:57:26   20      A.   Yes.

09:57:27   21                  MR. HSIEH:  Government moves to admit page 6

09:57:30   22   of Exhibit 40 into evidence.

09:57:32   23                  THE COURT:  It will be received.

09:57:33   24                  (Exhibit 40, page 6 is received.)

25   BY MR. HSIEH:

09:57:34  1      Q.   Is that a little clearer?  Can you see that

09:57:37  2   Ms. Resendez?

09:57:37  3      A.   Yes.

09:57:38  4      Q.   What does that say?

09:57:40  5      A.   Liao Ning Zhong Wang Group.

09:57:48  6      Q.   Is that the warehouse portion of the Walnut

09:57:50  7   facility where you work?

09:57:51  8      A.   Yes.

09:57:52  9      Q.   Just for the witness, I would like to show page

09:57:57  10  16 of Exhibit 40.

09:58:04  11            Do you recognize page 16 of Exhibit 40,

09:58:06  12  Ms. Resendez?

09:58:07  13     A.   Yes.

09:58:07  14     Q.   What is page 16 of Government Exhibit 40?

09:58:10  15     A.   It's a picture of the office, the inside of the

09:58:14  16  office.

09:58:14  17     Q.   From going to work, is it a fair and accurate

09:58:16  18  depiction of the inside of the office of where you went

09:58:19  19  to work?

09:58:20  20     A.   Yes.

09:58:21  21            MR. HSIEH:  Government moves to admit page

09:58:23  22  16 of Exhibit 40 into evidence.

09:58:25  23            THE COURT:  It will be received.

09:58:27  24            (Exhibit 40, page 16 is received.)

          25  BY MR. HSIEH:

09:58:35   1        Q.   Does this reflect where you went to work,

09:58:37   2    Pengcheng Aluminum Enterprise, Ms. Resendez?

09:58:40   3        A.   Yes.

09:58:40   4        Q.   Also had Zhongwang Group U.S.A. at the top?

09:58:44   5        A.   Yes.

09:58:45   6        Q.   Now, did there come a period of time where your

09:58:51   7    work as a customer service representative began to slow

09:58:54   8    down?

09:58:56   9        A.   Yes, it did.

09:58:57  10        Q.   And prior to the slow-down, approximately how

09:58:59  11    many hours a week did you work at Pengcheng Aluminum?

09:59:02  12        A.   40 hours a week.

09:59:04  13        Q.   Now, during the slow-down, did you have any work

09:59:09  14    to do?

09:59:10  15        A.   No.

09:59:11  16        Q.   What did you do to fill your time when you had

09:59:14  17    nothing to do at Pengcheng Aluminum?

09:59:17  18                  MS. POTASHNER:   Objection.   Vague as to

09:59:18  19    time.

09:59:18  20                  THE COURT:   Sustained.

          21    BY MR. HSIEH:

09:59:20  22        Q.   Ms. Resendez, at approximately what year do you

09:59:25  23    recall having work slow down in your time as a customer

09:59:29  24    service representative at Pengcheng Aluminum?

09:59:34  25        A.   I think 2011.

09:59:36   1      Q.   So around that time in 2011 when work slowed

09:59:40   2   down, what would you do to fill your time during the

09:59:43   3   day?

09:59:43   4      A.   Watch Lifetime.  Polish my nails.  Go for long

09:59:48   5   walks.  I was bored as heck.  Nothing to do.

09:59:54   6      Q.   So prior to this, you were fulfilling customer

09:59:56   7   orders for different sales representatives?

09:59:58   8      A.   No.  For no one.  There was no work.

10:00:01   9      Q.   When you did have work?

10:00:03  10      A.   Yes.

10:00:03  11      Q.   So during the slow-down, does that mean you had

10:00:05  12   no customer orders to fulfill?

10:00:08  13      A.   We fulfilled the orders.  But it started slowing

10:00:12  14   down drastically thereafter.  Just we didn't have too

10:00:15  15   very many orders coming through.  It was sporadically.

10:00:18  16             THE COURT:  Okay.  Ladies and gentlemen,

10:00:18  17   we're going to break at this time.  It's 10:00 o'clock.

10:00:21  18   You can have a 15-minute break.

10:00:23  19             Remember the admonishment that -- and if I

10:00:25  20   forgot, always remember:  You're not to discuss the case

10:00:26  21   among yourselves or with anybody else or form or express

10:00:28  22   any opinions about the matter until submitted and you

10:00:30  23   retire to the jury room.

10:00:31  24             See you back in 15 minutes.

10:11:53  25             (BRIEF RECESS.)

10:17:28    1          THE COURT:  Okay.  The record will reflect

10:17:29    2    all members of the jury are back in their seats in the

10:17:31    3    jury box.  The witness is on the witness stand.

10:17:33    4          Counsel, you may inquire.

            5    BY MR. HSIEH:

10:17:35    6    Q.  Now, Ms. Resendez, before the break, we were

10:17:38    7    talking about a slow-down in work.

10:17:41    8          Will you describe again, what are some of

10:17:43    9    the activities you filled your time with when things

10:17:45   10    slowed down.

10:17:45   11    A.  We would take long walks.  I would watch Lifetime

10:17:48   12    movies.  I would polish my nails.  Try to kill time

10:17:51   13    throughout the day.  There was nothing to do.

10:17:55   14    Q.  Was that for all 40 hours a week there was

10:17:57   15    nothing to do?

10:17:58   16    A.  Yes.

10:17:58   17    Q.  Now around the slow-down in 2011, did you notice

10:18:02   18    any type of new product coming into Pengcheng

10:18:06   19    Aluminum --

10:18:06   20    A.  Yes.

10:18:06   21    Q.  -- in Walnut.  What was that?

10:18:10   22    A.  We were receiving lots of pallets.

10:18:12   23    Q.  And with these pallets, did you process any

10:18:15   24    customer orders for these pallets?

10:18:16   25    A.  I did not.

10:18:17    1      Q.   Would you please try to describe for the jury,

10:18:19    2   what was the volume of pallets that you saw?

10:18:21    3      A.   Thousands of them.

10:18:26    4      Q.   Now, as a customer service representative did you

10:18:27    5   have an understanding of whether Pengcheng Aluminum sold

10:18:31    6   one of these pallets?

10:18:32    7      A.   No.

10:18:32    8      Q.   Let me rephrase that question.  From your

10:18:36    9   understanding did Pengcheng Aluminum sell any of these

10:18:40   10   pallets?

10:18:40   11              MS. POTASHNER:  Objection.  Lack of

10:18:41   12   foundation.

10:18:42   13              THE COURT:  Well, is the question did she

10:18:44   14   know of any pallets that were ever sold?

10:18:47   15              MR. HSIEH:  Correct.

10:18:48   16              THE COURT:  That question.  Did you know if

10:18:50   17   any pallets were sold?

10:18:51   18              THE WITNESS:  No.

10:18:52   19              THE COURT:  Okay.

           20   BY MR. HSIEH:

10:18:53   21      Q.   Now, did you visit other warehouses during your

10:18:56   22   time at Pengcheng Aluminum?

10:18:59   23      A.   Yes.

10:18:59   24      Q.   I will bring up what's been previously admitted

10:19:02   25   as Government's Exhibit 37.

10:19:14    1              Were these some of the other warehouses that

10:19:18    2    you visited, Ms. Resendez?

10:19:19    3        A.   All except the Irvine location.

10:19:22    4        Q.   Now, except -- keeping Irvine location aside,

10:19:29    5    what did you see at the Ontario warehouse, in the top

10:19:32    6    left-hand corner?

10:19:32    7        A.   Lots of pallets and different type of aluminum

10:19:34    8    long bars.

10:19:36    9        Q.   Now what did you see at the Fontana warehouse,

10:19:39   10    which is in the upper right-hand corner of Exhibit 37?

10:19:41   11        A.   Only pallets.

10:19:43   12        Q.   What was the size of the Fontana warehouse, if

10:19:45   13    you remember?

10:19:46   14        A.   It was a good size.  I don't quite remember what

10:19:49   15    was the size of the warehouse.

10:19:52   16        Q.   Looking at the bottom right of Government's

10:19:55   17    Exhibit 37, what, if anything, did you see inside the

10:19:56   18    Riverside warehouse?

10:19:58   19              MS. POTASHNER:  Objection.  Vague as to

10:19:59   20    time.

10:19:59   21              THE COURT:  Sustained.

           22    BY MR. HSIEH:

10:20:02   23        Q.   Now, Ms. Resendez, you talked about these three

10:20:05   24    prior warehouses.  Do you remember the approximate time

10:20:08   25    that you visited the Riverside warehouse?

10:20:10   1     A.   Morning.

10:20:11   2     Q.   Do you remember, what was your task in visiting

10:20:14   3   the Riverside warehouse?

10:20:16   4     A.   We just went there to do inventory.

10:20:19   5     Q.   Do you remember approximately what year you

10:20:22   6   visited the Riverside warehouse?

10:20:24   7     A.   No, I don't remember.

10:20:25   8     Q.   Now, when the pallets arrived, was there any

10:20:30   9   special process that was put in place to track these

10:20:33   10   incoming pallets?

10:20:35   11          MS. POTASHNER:  Objection.  Vague as to

10:20:37   12   time.

10:20:38   13          THE COURT:  Overruled.

10:20:41   14   BY MR. HSIEH:

10:20:41   15     Q.   So when you described the pallets coming around

10:20:43   16   2011, was there any process put in place to track these

10:20:47   17   pallets?

10:20:48   18     A.   I didn't work in the shipping department, so I

10:20:50   19   was not --

10:20:51   20          THE COURT:  You wouldn't know that?

10:20:52   21          THE WITNESS:  -- sure how that was being --

10:20:53   22          THE COURT:  You wouldn't know then?

10:20:55   23          THE WITNESS:  Yeah, I wouldn't know.

          24   BY MR. HSIEH:

10:20:57   25     Q.   Now, Ms. Resendez, during your time at Pengcheng

10:21:01  1    Aluminum, were you aware of any name changes that

10:21:02  2    company went through?

10:21:03  3        A.  Yes, a couple of name changes.

10:21:05  4        Q.  Do you remember any of those names?

10:21:07  5        A.  Well, I first began with Pengcheng Aluminum.  And

10:21:11  6    then it became Century Aluminum -- I believe it was.

10:21:16  7    And then Perfectus Aluminum.  There were quite a few

10:21:22  8    names.

10:21:22  9        Q.  Now, when you worked at Pengcheng Aluminum,

10:21:24 10    Perfectus, were you ever made aware or given advance

10:21:27 11    notice that any visitors were coming to the office?

10:21:31 12        A.  Yes.

10:21:31 13                MS. POTASHNER:  Objection.  Relevancy.

10:21:33 14                THE COURT:  Sustained.

10:21:35 15                Much of these questions are repetitive of

10:21:38 16    other witnesses, Counsel.

10:21:39 17                But go ahead.

         18    BY MR. HSIEH:

10:21:40 19        Q.  Sure.  Did you report to Johnson Shao,

10:21:43 20    Ms. Resendez?

10:21:44 21        A.  Yes.

10:21:44 22        Q.  And through Johnson Shao, did you have an

10:21:46 23    understanding of who the owner of Pengcheng Aluminum

10:21:51 24    was?

10:21:52 25                MS. POTASHNER:  Objection.  Calls for

10:21:53  1   hearsay.  Lack of foundation.

10:21:54  2              THE COURT:  Overruled.

10:21:56  3   BY MR. HSIEH:

10:21:57  4       Q.  Did you have an understanding through Johnson

10:21:59  5   Shao who the owner of Pengcheng Aluminum was?

10:22:01  6       A.  Yes.

10:22:01  7       Q.  Who was that?

10:22:02  8       A.  The Lius.

10:22:04  9       Q.  Who were the Lius?

10:22:07  10      A.  Two brothers.

10:22:09  11      Q.  Did the Lius ever visit Pengcheng Aluminum?

10:22:12  12      A.  Once in a while.

10:22:13  13      Q.  Did you personally see them at Pengcheng

10:22:16  14  Aluminum?

10:22:16  15      A.  Yes.

10:22:16  16      Q.  How were they treated when arrived at Pengcheng

10:22:19  17  Aluminum?

10:22:19  18      A.  Like royalty.

10:22:21  19      Q.  Would they arrive by themselves?

10:22:24  20      A.  No.

10:22:24  21      Q.  Who would they arrive with?

10:22:27  22      A.  An entourage.

10:22:28  23      Q.  Looking back at Exhibit 40, page 1, is that the

10:22:33  24  entourage that the Lius arrived with?

10:22:35  25      A.  Yes.  Oh, I'm sorry.  Not here.

| | | |
|---|---|---|
| 10:22:41 | 1 | Actually, this location and also the Ontario |
| 10:22:43 | 2 | location, both locations. |
| 10:22:46 | 3 | Q.  And did you have an understanding of whether |
| 10:22:48 | 4 | Mr. Liu had any family members working at Pengcheng |
| 10:22:51 | 5 | Aluminum? |
| 10:22:51 | 6 | A.  Yes, he did. |
| 10:22:53 | 7 | Q.  Who was that? |
| 10:22:54 | 8 | A.  Son, and the wife of the Lius. |
| 10:23:00 | 9 | Q.  What do you refer to the wife as? |
| 10:23:02 | 10 | MS. POTASHNER:  Objection.  Relevance. |
| 10:23:05 | 11 | THE COURT:  Sustained. |
| 10:23:06 | 12 | BY MR. HSIEH: |
| 10:23:06 | 13 | Q.  Now, Ms. Resendez, when did you leave Pengcheng |
| 10:23:09 | 14 | Aluminum? |
| 10:23:09 | 15 | A.  2016. |
| 10:23:19 | 16 | Q.  And were you the only one who were let go at that |
| 10:23:23 | 17 | time? |
| 10:23:24 | 18 | A.  No. |
| 10:23:24 | 19 | Q.  Who else was let go? |
| 10:23:27 | 20 | A.  All the employees were let go. |
| 10:23:29 | 21 | MR. HSIEH:  I have no questions at this |
| 10:23:32 | 22 | time. |
| 10:23:32 | 23 | THE COURT:  Cross-examination for the |
| 10:23:33 | 24 | Perfectus defendant? |
| 10:23:41 | 25 | **CROSS-EXAMINATION** |

BY MR. RUYAK:

Q.  Good morning, Ms. Resendez.

A.  Good morning.

Q.  You mentioned that there came a time when there was a slow-down, right, in 2011.

Were you aware of the fact that there was an antidumping, countervailing duty order in place that restricted the importation of extrusions in the U.S. from China?

A.  No.

Q.  And then after the slow-down, were you happy to continue to have a job and get paid even though there was no ability to sell the extrusions in the U.S.?

A.  Yes.  I got paid.

Q.  Thank you.  No further questions.

THE COURT:  Counsel.

MS. POTASHNER:  Thank you, Your Honor.

**CROSS-EXAMINATION**

BY MS. POTASHNER:

Q.  Good morning, Ms. Resendez.

A.  Good morning.

Q.  You just testified you were happy to continue to work.  Happy to continue to be paid.  Correct?

A.  Yes.

Q.  And there were others who also continued to be

| | | |
|---|---|---|
| 10:24:57 | 1 | employed during this slow-down period, right? |
| 10:24:59 | 2 | A.  Correct. |
| 10:25:00 | 3 | Q.  A number of people who were working at Perfectus |
| 10:25:03 | 4 | who continued to receive paychecks, right -- |
| 10:25:05 | 5 | A.  Yes.  Yes. |
| 10:25:06 | 6 | Q.  -- in order to support themselves and support |
| 10:25:09 | 7 | their families? |
| 10:25:19 | 8 | A.  Correct. |
| 10:25:19 | 9 | Q.  You testified that you started working in 2007, |
| 10:25:23 | 10 | right? |
| 10:25:24 | 11 | A.  Correct.  Yes. |
| 10:25:25 | 12 | Q.  And at that time, it was in the business of |
| 10:25:28 | 13 | extrusions? |
| 10:25:30 | 14 | A.  Yes. |
| 10:25:30 | 15 | Q.  And then in 2011, that business cut off, right? |
| 10:25:38 | 16 | A.  Yes. |
| 10:25:38 | 17 | Q.  And you also testified -- |
| 10:25:41 | 18 | MS. POTASHNER:  And if we could put |
| 10:25:48 | 19 | Exhibit 40, page 4 back up -- it's been previously |
| 10:25:51 | 20 | admitted, Your Honor. |
| 10:25:52 | 21 | THE COURT:  Yes. |
| | 22 | BY MS. POTASHNER: |
| 10:25:55 | 23 | Q.  You looked at this photograph during your direct |
| 10:25:58 | 24 | examination, right? |
| 10:26:00 | 25 | A.  Yes. |

10:26:00    1       Q.   And this is a photograph of the exterior of the
10:26:02    2    building?
10:26:03    3       A.   Yes.
10:26:04    4       Q.   And the street would be right in front of the
10:26:09    5    that building, right?
10:26:10    6       A.   Yes.
10:26:11    7       Q.   So you could see that building from the street?
10:26:14    8       A.   Correct.
10:26:14    9       Q.   And that was in what city?
10:26:17   10       A.   City of Walnut.
10:26:18   11       Q.   Right here in southern California?
10:26:20   12       A.   Yes.
10:26:22   13       Q.   The street that it's on is a pretty busy street,
10:26:26   14    right?
10:26:26   15       A.   Yes, it is.
10:26:27   16       Q.   Cars going back and forth all day long?
10:26:29   17       A.   Yes.
10:26:29   18       Q.   Private citizens back and forth?
10:26:31   19       A.   Yes.
10:26:32   20       Q.   Law enforcement?
10:26:33   21       A.   Yes.
10:26:33   22       Q.   It is well -- it is a well-traveled street; it is
10:26:39   23    fair to say?
10:26:39   24       A.   Yes.
10:26:40   25       Q.   And right -- and if we can now put -- actually,

10:26:47   1   let's leave it.

10:26:48   2          On the right side of this photograph, we see

10:26:50   3   a logo; is that right?

10:26:52   4   A.   Yes.

10:26:52   5   Q.   And that's the PCA logo?

10:26:55   6   A.   Yes.

10:26:55   7   Q.   That later became Perfectus?

10:26:57   8   A.   That was for Pengcheng Aluminum, PCA.

10:27:02   9   Q.   Okay.   You're right.   Thank you.   So PCA right

10:27:05   10  there on the front of the building?

10:27:07   11  A.   Yes.

10:27:07   12  Q.   Big, bold letters?

10:27:10   13  A.   Yes.

10:27:10   14  Q.   On the same building, right there, front of the

10:27:13   15  building, big bold letters of a company right next door,

10:27:18   16  right?

10:27:18   17  A.   Yes.

10:27:18   18  Q.   If we could now look at Exhibit 40, page 6.   And

10:27:23   19  if we could zoom in on those words.   That was the logo

10:27:36   20  right next door to PCA?

10:27:38   21  A.   Yes.

10:27:38   22  Q.   Open for everyone to see?

10:27:40   23  A.   Yes.

10:27:41   24  Q.   Bright letters, big font, correct?

10:27:45   25  A.   Yes.

10:27:46  1      Q.   Two different languages.   What's the top

10:27:49  2  language?

10:27:49  3      A.   Liaoning Zhongwang Group.

10:27:56  4      Q.   I mean, what languages are the red letters there?

10:27:58  5      A.   Chinese.

10:27:59  6      Q.   Chinese, right?   So if you could read Chinese,

10:28:01  7  you could read the top line, right?

10:28:02  8      A.   Yes.

10:28:03  9      Q.   If you could read English, you could read the

10:28:04  10  bottom line, right?

11      A.   Yes.

12      Q.   Nice and bright?

10:28:08  13      A.   Yes.

10:28:08  14      Q.   And it was there the entire time you worked

10:28:10  15  there, right?

10:28:11  16      A.   Yes.

10:28:12  17      Q.   Both logos right out there?

10:28:14  18      A.   Yes.

10:28:14  19      Q.   And in this logo, the -- what does the green say?

10:28:21  20      A.   That stands for Zhongwang.

10:28:24  21      Q.   What does the whole line say?

10:28:28  22      A.   On the bottom below or --

10:28:31  23             THE COURT:   The green line.

24  BY MS. POTASHNER:

25      Q.   The green writing from left to right.   If you

10:28:36   1    could read that.

10:28:36   2        A.   Liao Ning Zhong Wang Group.

10:28:42   3        Q.   Liao is the first word, right?

10:28:44   4        A.   Yes.

10:28:44   5        Q.   Ning, second?

10:28:45   6        A.   Correct.

10:28:45   7        Q.   Zhong, the third?

10:28:46   8        A.   Yes.

10:28:47   9        Q.   Wang, fourth, Group?  Right?

10:28:50   10       A.   Yes.

10:28:51   11       Q.   So it's clear that Zhongwang is in the name of

10:28:55   12   that company, right?

10:28:56   13       A.   Yes.

10:28:56   14       Q.   And are you familiar that there are a number of

10:29:00   15   companies with the name Zhongwang in them, right?

10:29:04   16       A.   Yes.

10:29:10   17       Q.   And just because it's got the name Zhongwang does

10:29:10   18   not mean it's exactly the same company, correct?

10:29:13   19                THE COURT:  If you know.

10:29:15   20                THE WITNESS:  It is the same company.

           21   BY MS. POTASHNER:

10:29:22   22       Q.   Just because the name has the name Zhongwang that

10:29:26   23   does not necessarily mean it's the same company, right?

10:29:30   24       A.   I understood it to be the same company.

10:29:30   25       Q.   That was your assumption, right?

10:29:34   1     A.   Yes.

10:29:34   2     Q.   But you've never seen the incorporation documents

10:29:36   3   of Liaoning Zhongwang Group, have you?

10:29:41   4     A.   On our purchase orders it had a Liaoning

10:29:46   5   Zhongwang as the vendor.

10:29:48   6     Q.   Right.  Okay.

10:29:50   7          But my question was:  You've never seen the

10:29:52   8   incorporation documents for Liaoning Zhongwang Group,

10:29:55   9   right?

10:29:55   10    A.   Not documents.

10:29:57   11    Q.   The documents that incorporated that company,

10:30:00   12   you've never --

10:30:01   13    A.   No.

10:30:02   14    Q.   Because that was outside the scope of your job,

10:30:04   15   right?

10:30:04   16    A.   Yes.

10:30:05   17    Q.   You were working to assist with purchase orders?

10:30:08   18         THE COURT:  Counsel, we're losing you on it.

10:30:11   19         MS. POTASHNER:  Sorry.  I've got to stand

10:30:12   20   still.  I'm sorry, Your Honor.  Too much coffee.

           21         THE COURT:  That's okay.

           22   BY MS. POTASHNER:

10:30:15   23    Q.   So your job was focused on purchase orders?

10:30:18   24    A.   Correct.

10:30:19   25    Q.   Right?  Your job wasn't focused on researching

10:30:22   1   the different companies that PCA did business with,

10:30:27   2   right?

10:30:30   3       A.   That was not part of my responsibilities to know

10:30:32   4   that, no.

10:30:33   5       Q.   It wasn't your responsibility to look at the

10:30:35   6   corporate documents?

10:30:36   7       A.   No.

10:30:37   8       Q.   It wasn't your responsibility to figure out if

10:30:39   9   two companies that had similar names were in fact the

10:30:44   10  same company, right?   That was outside the scope of your

10:30:47   11  employment, right?

10:30:48   12      A.   Right.

10:30:48   13      Q.   You didn't take the time to do that, did you?

10:30:50   14      A.   No.

10:30:51   15      Q.   You are also familiar that there is a company in

10:30:59   16  China called China Zhongwang, right?

10:31:03   17      A.   Yes.

10:31:04   18      Q.   You're familiar that that is a public company,

10:31:06   19  right?

10:31:07   20              THE COURT:   If you know.  Do you know if it

10:31:14   21  is a public company or not?

10:31:15   22              THE WITNESS:   No, I don't know.

           23  BY MS. POTASHNER:

10:31:16   24      Q.   You don't know the corporate structure of that

10:31:19   25  company?

| | | |
|---|---|---|
| 10:31:19 | 1 | A.   No. |
| 10:31:20 | 2 | Q.   You don't know if there are shareholders? |
| 10:31:22 | 3 | A.   No. |
| 10:31:22 | 4 | Q.   You don't know if it's privately owned? |
| 10:31:26 | 5 | A.   No. |
| 10:31:27 | 6 | Q.   You don't know who is on the board of directors? |
| 10:31:29 | 7 | A.   No. |
| 10:31:30 | 8 | Q.   You don't know if there's an external auditing |
| 10:31:33 | 9 | committee? |
| 10:31:34 | 10 | A.   No. |
| 10:31:34 | 11 | Q.   You don't know if there are private firms that |
| 10:31:39 | 12 | are required to audit from the outside China Zhongwang? |
| 10:31:47 | 13 | A.   No. |
| 10:31:48 | 14 | Q.   That is all outside of what you did day-to-day? |
| 10:31:54 | 15 | A.   Correct. |
| 10:31:55 | 16 | Q.   You used the term "royalty" during your direct |
| 10:32:14 | 17 | examination, right? |
| 10:32:14 | 18 | A.   Yes. |
| 10:32:14 | 19 | Q.   You said Mr. Liu was treated like royalty? |
| 10:32:19 | 20 | A.   Right. |
| 10:32:20 | 21 | Q.   In other words, he was treated with respect? |
| 10:32:21 | 22 | A.   Yes. |
| 10:32:22 | 23 | Q.   He was treated nicely? |
| 10:32:23 | 24 | A.   Yes. |
| 10:32:24 | 25 | Q.   He was treated like a person who was important? |

| 10:32:26 | 1 | A. Correct. |
| 10:32:27 | 2 | Q. Like a person who cared about that business? |
| 10:32:32 | 3 | A. Yes. |
| 10:32:32 | 4 | Q. Like a person who was investing in that business? |
| 10:32:36 | 5 | A. Yes. |
| 10:32:36 | 6 | Q. Like a person who had an interest in that |
| 10:32:39 | 7 | business? |
| 10:32:40 | 8 | A. Yes. |
| 10:32:40 | 9 | Q. And when he came to visit, he didn't just come |
| 10:32:45 | 10 | once, you saw him multiple times, right? |
| 10:32:47 | 11 | A. Yes. |
| 10:32:47 | 12 | Q. And he brought colleagues with him? |
| 10:32:49 | 13 | A. Yes. |
| 10:32:49 | 14 | Q. Other people who are interested in that business? |
| 10:32:52 | 15 | MR. HSIEH:  Objection.  Foundation. |
| 10:32:53 | 16 | THE COURT:  Sustained. |
| | 17 | BY MS. POTASHNER: |
| 10:32:53 | 18 | Q. If you know. |
| 10:32:57 | 19 | A. I don't know. |
| 10:32:58 | 20 | Q. Did they come inside the business? |
| 10:33:00 | 21 | A. No. |
| 10:33:01 | 22 | Q. They just stood outside? |
| 10:33:02 | 23 | A. Yes. |
| 10:33:03 | 24 | Q. But Mr. Liu came inside the business? |
| 10:33:06 | 25 | A. Yes. |

10:33:06   1       Q.   He had different conversations with people
10:33:09   2   working there?
10:33:09   3       A.   Some, yes.
10:33:10   4       Q.   And he came repeatedly to see people there?
10:33:15   5       A.   Not repeatedly.  Once in a while he would show
10:33:19   6   up.
10:33:19   7       Q.   Multiple times?
10:33:23   8       A.   Well, I guess.  Yes.
10:33:25   9       Q.   Well, you were there for how many years?
10:33:29  10       A.   Nine.
10:33:29  11       Q.   You were employed for nine years.  And you --
10:33:33  12   would you say he came more than five times?
10:33:39  13       A.   Yes.
10:33:49  14           MS. POTASHNER:  If I can have a moment, Your
10:33:50  15   Honor.
10:33:50  16           THE COURT:  Certainly.
          17   BY MS. POTASHNER:
10:34:00  18       Q.   So you visited a few warehouses during the time
10:34:03  19   that you were working processing orders, right?
10:34:07  20       A.   Yes.
10:34:08  21       Q.   You never went to China for work, did you?
10:34:12  22       A.   No.
10:34:13  23       Q.   You never visited China Zhongwang, right?
10:34:18  24       A.   No.
10:34:18  25       Q.   You never saw the factory there?

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | A.   No.                                               |
| 10:34:21 | 2  | Q.   The production there?                             |
| 10:34:23 | 3  | A.   No.                                               |
| 10:34:24 | 4  | Q.   The number of people employed there?              |
| 10:34:25 | 5  | A.   No.                                               |
| 10:34:26 | 6  | Q.   You never went to Hong Kong for work?             |
| 10:34:28 | 7  | A.   No.                                               |
| 10:34:35 | 8  | Q.   Your focus was simply on incoming purchase        |
| 10:34:40 | 9  | orders?                                                |
| 10:34:40 | 10 | A.   Correct.                                          |
| 10:34:42 | 11 | Q.   No further questions.                             |
| 10:34:44 | 12 | MS. POTASHNER:  Thank you, Your Honor.                 |
| 10:34:51 | 13 | THE COURT:  Redirect?                                  |
| 10:34:52 | 14 | MR. HSIEH:  No, Your Honor.                            |
| 10:34:53 | 15 | THE COURT:  May this witness be excused,               |
| 10:34:56 | 16 | Counsel?                                               |
| 10:34:56 | 17 | You're free to go.  Thank you for coming in.           |
| 10:35:02 | 18 | Next witness.                                          |
| 10:35:04 | 19 | MR. BERNSTEIN:  Your Honor, the Government             |
| 10:35:05 | 20 | calls Special Agent Ricky Chavarria.                   |
| 10:35:29 | 21 | THE CLERK:  Good morning.  Right here to be            |
| 10:35:30 | 22 | sworn.                                                 |
| 10:35:32 | 23 | THE WITNESS:  Good morning.                            |
| 10:35:33 | 24 | THE CLERK:  Please raise your right hand.              |
| 10:35:37 | 25 | Do you solemnly swear the testimony your are           |

1    about to give in the matter now before the Court shall

2    be the truth, the whole truth and nothing but the truth

3    so help you God.

4              THE WITNESS:  I do.

10:35:53   5              THE CLERK:  Please be seated.

10:35:53   6              THE WITNESS:  May I remove my mask?

10:35:55   7              THE CLERK:  Yes.  May I please ask that you

10:35:59   8    state and spell your name for the record.

10:36:01   9              THE WITNESS:  Yes.  My name is Ricky

10:36:03  10    Chavarria.  First name is R-i-c-k-y.  Last name

10:36:03  11    C-h-a-v-a-r-r-i-a.

10:36:09  12              THE COURT:  Thank you, Counsel.

13              You may inquire.

14                      **DIRECT EXAMINATION**

15    BY MR. BERNSTEIN:

10:36:11  16      Q.  Good morning.  Can you tell us what you do.

10:36:13  17      A.  Yes.  I'm a special agent for the Internal

10:36:16  18    Revenue Service, Criminal Investigation.

10:36:16  19      Q.  And how long have you been doing that?

10:36:18  20      A.  Approximately two and a half years.

10:36:22  21      Q.  Were you asked to assist in some part of this

10:36:27  22    investigation?

10:36:27  23      A.  Yes, that's correct.

10:36:28  24      Q.  And that's the investigation into the warehouse

10:36:31  25    and Perfectus defendants?

10:36:32   1       A.   Yes.

10:36:33   2       Q.   I want to start with tax returns.  You work for

10:36:38   3   the IRS?

10:36:39   4       A.   Yes, that's correct.

10:36:40   5       Q.   And were you asked to, by us, authenticate

10:36:48   6   certain tax returns that the Government had made into

10:36:54   7   exhibits?

10:36:55   8       A.   Yes.

10:36:55   9       Q.   I want to turn your attention to those exhibits

10:36:58   10   now, Exhibits 706 through 738 and Exhibit 740 through

10:37:04   11   764.  Did you review those exhibits before today?

10:37:08   12       A.   Yes.  Am I supposed to see something on the

10:37:10   13   monitor?

10:37:10   14       Q.   No, not yet.  Just a question, Special Agent.

10:37:13   15       A.   Yes, I did review those.

10:37:14   16       Q.   And those exhibits, are they true copies of tax

10:37:18   17   returns that were filed with the IRS?

10:37:21   18       A.   Yes.  Those were the documents --

10:37:21   19            MS. POTASHNER:  Objection.  Lack of

10:37:22   20   foundation as to what was filed with the IRS.

10:37:25   21            THE COURT:  Overruled.

10:37:28   22            THE WITNESS:  Those are the returns that

10:37:29   23   were filed and received by the IRS.

           24   BY MR. BERNSTEIN:

10:37:32   25       Q.   Just so we're clear, you compared those exhibits

10:37:35  1    to the tax returns that were filed in the IRS system?

10:37:38  2        A.   That's correct.

10:37:39  3        Q.   And they were the same?

10:37:40  4        A.   Yes.

10:37:41  5        Q.   And Exhibit 739, was this a letter that was sent

10:37:44  6    to the IRS?

10:37:46  7        A.   That was a letter obtained by the IRS, yes.

10:37:50  8        Q.   And you verified that Exhibit 739 as a true copy

10:37:56  9    of the letter obtained by the IRS?

10:37:59  10               MS. POTASHNER:  Objection.  Hearsay.  Motion

10:38:00  11   to strike.

10:38:02  12               THE WITNESS:  Yes.

10:38:02  13               THE COURT:  He hasn't introduced anything

10:38:04  14   yet.  It is premature.

10:38:07  15               MR. BERNSTEIN:  Okay.  Just for the witness

10:38:09  16   only, I want to bring up Exhibit 744.

10:38:17  17               THE COURT:  Okay.

          18   BY MR. BERNSTEIN:

10:38:23  19       Q.   Special Agent Chavarria, do you see that in front

10:38:26  20   of you?

10:38:26  21       A.   Yes.

10:38:27  22       Q.   And this is in that range I give you, this is one

10:38:33  23   of the tax returns that was filed with the IRS?

10:38:37  24       A.   Yes, that's correct.

10:38:38  25       Q.   What tax return is this?

10:38:40  1    A.   This is a form 1120 for Pengcheng Aluminum

10:38:46  2  Enterprise, Incorporated for the tax year 2018.

10:38:50  3              MR. BERNSTEIN:  Your Honor, the Government

10:38:50  4  moves to admit Exhibit 744.

10:38:53  5              THE WITNESS:  2008, I apologize.

10:38:56  6              THE COURT:  It will be received.

10:38:57  7              (Exhibit 744 is received.)

10:38:58  8              MR. BERNSTEIN:  May I publish, Your Honor?

10:39:00  9              THE COURT:  Yes.

         10  BY MR. BERNSTEIN:

10:39:01 11    Q.   So starting on page 1 of Exhibit 744, you said

10:39:10 12  this was the form 1120?

10:39:13 13    A.   That's correct.

10:39:14 14    Q.   What does that mean?

10:39:15 15    A.   That is a form filed by corporations for income

10:39:18 16  tax returns with the IRS.

10:39:20 17    Q.   And the name of the corporation is what?

10:39:25 18    A.   Pengcheng Aluminum Enterprise, Incorporated.

10:39:31 19    Q.   The tax year is what?

10:39:33 20    A.   2008.

10:39:35 21    Q.   I want to take you down to page 3 of this

10:39:39 22  exhibit.  For the 2008 tax year, who was listed as

10:39:54 23  owning voting stock in Pengcheng Aluminum?

10:40:00 24    A.   I believe the section is farther down.  If you

10:40:04 25  can scroll down for me.

10:40:06  1          MR. BERNSTEIN:  You know what?  I'm sorry.

10:40:07  2    Your Honor, this is -- this is not on the right -- okay.

10:40:16  3    There we go.

10:40:21  4          THE WITNESS:  I'm sorry.  Go ahead.

10:40:22  5    BY MR. BERNSTEIN:

10:40:22  6    Q.  Page 3 of Exhibit 744, you see where it says

10:40:30  7    "Percent owned in voting stock"?

10:40:31  8    A.  Yes.

10:40:32  9    Q.  Who's listed as the 100 percent owner?

10:40:36  10   A.  Zhongtian Liu.

10:40:38  11   Q.  Are there any other owners of -- as having voting

10:40:46  12   stock in Pengcheng Aluminum for this section?

10:40:46  13   A.  This is the only person listed on this tax year.

10:40:49  14         MR. BERNSTEIN:  I want to show just the

10:40:50  15   witness Exhibit 745.

         16   BY MR. BERNSTEIN:

10:41:02  17   Q.  Special Agent Chavarria, is this a true copy --

10:41:12  18   is this a true copy of the 2009 tax return for Pengcheng

10:41:17  19   Aluminum?

10:41:19  20   A.  This is a copy of the return received and filed

10:41:22  21   with the IRS.

10:41:24  22   Q.  For PCA?

10:41:26  23   A.  For Pengcheng Aluminum Enterprise, Incorporated.

10:41:29  24         MR. BERNSTEIN:  Your Honor, the Government

10:41:30  25   moves to admit Exhibit 745.

10:41:33   1          THE COURT:  It will be received.

10:41:35   2          MR. BERNSTEIN:  And permission to publish,

10:41:37   3   Your Honor?

10:41:37   4          THE COURT:  Yes.

10:41:32   5          (Exhibit 745 received.)

           6   BY MR. BERNSTEIN:

10:41:42   7      Q.  Okay.  So this time we see -- now that we have it

10:41:47   8   on the lectern here, we see this is the 1120 for

10:41:53   9   Pengcheng Aluminum?

10:41:55  10      A.  That's correct.

10:41:55  11      Q.  And it is the tax year of 2009?

10:41:58  12      A.  That's correct.

10:41:59  13      Q.  So this is the year after the last exhibit we

10:42:03  14   saw?

10:42:04  15      A.  That's correct.

10:42:05  16      Q.  I want to take you down to page 3 of Exhibit 744.

10:42:13  17   This year, are there any owners listed as having voting

10:42:19  18   stock in Pengcheng Aluminum?

10:42:21  19      A.  There is no individual listed in this section.

10:42:23  20      Q.  Is the section now blank?

10:42:26  21      A.  That's correct.

10:42:29  22          MR. BERNSTEIN:  I want to show just the

10:42:31  23   witness Exhibit 752.

10:42:35  24          THE COURT:  Okay.

          25   BY MR. BERNSTEIN:

10:42:47  1      Q.   Special Agent Chavarria, do you have 752 in front

10:42:50  2  of you?

10:42:51  3      A.   Yes.   The document form 1120 is in front of me.

10:42:55  4      Q.   And it is an 1120 for what entity, for what year?

10:43:01  5      A.   Form 1120 for Perfectus Aluminum, Incorporated

10:43:08  6  for the tax year 2014.

10:43:11  7              MR. BERNSTEIN:   Your Honor, the Government

10:43:13  8  moves to admit Exhibit 752.

10:43:15  9              THE COURT:   It will be received.

10:43:17 10              (Exhibit 752 is received.)

10:43:18 11              MR. BERNSTEIN:   It is now published for the

10:43:20 12  jury.

         13  BY MR. BERNSTEIN:

10:43:21 14      Q.   Okay.   So this is the 1120 corporate tax return

10:43:23 15  for Perfectus in 2014?

10:43:25 16      A.   That's correct.

10:43:26 17      Q.   What's the address listed for Perfectus in 2014?

10:43:29 18      A.   The address is 1001 South Doubleday Avenue in

10:43:33 19  Ontario, California.   Zip code 91761.

10:43:39 20      Q.   Now the numbers on the tax return, is anything

10:43:42 21  listed?

10:43:44 22      A.   There's no figures listed on the first page of

10:43:46 23  this tax return.

10:43:47 24      Q.   If you go to the second page, what about there?

10:43:52 25      A.   There's no information listed in these sections.

| | | |
|---|---|---|
| 10:43:55 | 1 | Q.   Third page? |
| 10:43:56 | 2 | A.   No information. |
| 10:43:57 | 3 | Q.   Fourth page? |
| 10:44:00 | 4 | A.   There's no figures listed in this page.  There's |
| 10:44:04 | 5 | some information in the other section -- the other |
| 10:44:07 | 6 | information section. |
| 10:44:08 | 7 | Q.   Now, the -- down towards the bottom, Schedule K. |
| 10:44:14 | 8 | A.   That's correct. |
| 10:44:15 | 9 | Q.   And it says what? |
| 10:44:18 | 10 | A.   It says, "The business activity is wholesale |
| 10:44:21 | 11 | sales.  And the product is aluminum products." |
| 10:44:28 | 12 | Q.   And if we click out of this and go down to page 9 |
| 10:44:34 | 13 | of Exhibit 752, do you see it under Schedule G, part 2? |
| 10:44:45 | 14 | A.   Yes, I can see that. |
| 10:44:48 | 15 | Q.   What does Schedule G, part 2 depict? |
| 10:44:52 | 16 | A.   It lists certain individuals.  And it states |
| 10:44:54 | 17 | owning corporation voting stock. |
| 10:44:58 | 18 | Q.   And who's listed as the 100 percent owner of |
| 10:45:02 | 19 | Perfectus in 2014? |
| 10:45:04 | 20 | A.   The individual would be Zuopeng Liu, a hundred |
| 10:45:08 | 21 | percent voting stock. |
| 10:45:14 | 22 | Q.   Okay.  I want to ask you about some corporate |
| 10:45:16 | 23 | documents now.  Did you review Exhibits 100 through 124 |
| 10:45:28 | 24 | before today? |
| 10:45:28 | 25 | A.   Yes, that's correct. |

10:45:29  1    Q.   And those are certified corporate documents?

10:45:31  2    A.   Yes, that's correct.

10:45:32  3    Q.   Did you take those documents along with the

10:45:34  4    ownership items on the tax returns and create a summary

10:45:37  5    chart out of them?

10:45:39  6    A.   Yes, I did.

10:45:40  7              MR. BERNSTEIN:   Your Honor, for just the

10:45:41  8    witness, I want to pull up Exhibit 1.

10:45:44  9              THE COURT:   Okay.

        10     BY MR. BERNSTEIN:

10:45:51  11   Q.   You have Exhibit 1 in front of you?

10:45:52  12   A.   Yes, that's correct.

10:45:53  13   Q.   Do you recognize this exhibit?

10:45:54  14   A.   Yes, I do.

10:45:54  15   Q.   What is this exhibit?

10:45:56  16   A.   This was a list of information on which I

10:45:59  17   compiled from state corporate information and federal

10:46:05  18   tax returns.

10:46:06  19   Q.   And that's primarily information for the

10:46:09  20   Perfectus warehouse defendants?

10:46:11  21   A.   Yes, that's correct.

10:46:12  22   Q.   This summary, is it a fair and accurate summary

10:46:17  23   of the underlying corporate records?

10:46:19  24   A.   Yes.

10:46:19  25   Q.   And is it a summary based on voluminous

| | | |
|---|---|---|
| 10:46:24 | 1 | documents? |
| 10:46:25 | 2 | A.  Yes, it is. |
| 10:46:26 | 3 | MR. BERNSTEIN:  Your Honor, the Government |
| 10:46:26 | 4 | moves to admit Exhibit 1. |
| 10:46:29 | 5 | THE COURT:  It will be received. |
| 10:46:30 | 6 | (Exhibit 1 is received.) |
| 10:46:32 | 7 | BY MR. BERNSTEIN: |
| 10:46:32 | 8 | Q.  Now, it's now published in front of you, Special |
| 10:46:36 | 9 | Agent Chavarria.  Just to get the basics of this chart |
| 10:46:43 | 10 | down, what's the name of it? |
| 10:46:46 | 11 | A.  Perfectus and Warehouse Defendants Corporation's |
| 10:46:49 | 12 | Analyses. |
| 10:46:52 | 13 | Q.  And if we focus on the columns, going from left |
| 10:46:56 | 14 | to right, what information is displayed in each column? |
| 10:47:01 | 15 | There are five columns.  Walk us through each one. |
| 10:47:04 | 16 | A.  The first column is the entity name.  The second |
| 10:47:07 | 17 | is the address of the entity.  The third is the |
| 10:47:11 | 18 | formation, the date of the formation.  The fourth is the |
| 10:47:14 | 19 | agent listing individuals who were an agent with the |
| 10:47:19 | 20 | entities. |
| 10:47:21 | 21 | And the last one is the owner listed on the |
| 10:47:24 | 22 | federal tax returns. |
| 10:47:26 | 23 | Q.  Okay.  And an address -- you see them depicted by |
| 10:47:33 | 24 | a street name and then a city? |
| 10:47:36 | 25 | A.  Yes, that's correct. |

10:47:37   1        Q.   I want to take you down to page 4.  Did you

10:47:44   2   include a sort of index for each one of these addresses?

10:47:48   3        A.   Yes.

10:47:48   4        Q.   And so East Bluff is 2549 East Bluff Drive in

10:47:55   5   Newport and so on?

10:47:56   6        A.   That's correct.

10:47:57   7        Q.   All right.  Back to page 1.

10:47:58   8             The first set of defendants for which you

10:48:06   9   summarized corporate and tax information, the warehouse

10:48:12  10   defendants.

10:48:14  11        A.   Yes.

10:48:15  12        Q.   The first warehouse company, what's the name of

10:48:19  13   it?

10:48:19  14        A.   Scuderia Development, LLC.

10:48:23  15        Q.   Sorry.  Let me get the column names too.  And I

10:48:30  16   will quickly go through this.

10:48:32  17             Date of formation for Scuderia, LLC was

10:48:35  18   what?

10:48:36  19        A.   October 22, 2007.

10:48:38  20        Q.   And when it was originally formed who was the

10:48:42  21   member of Scuderia Development, LLC?

10:48:46  22        A.   It was listed that Scuderia Capital Partners,

10:48:49  23   LLC.  And then also the member -- signed by member Eric

10:48:53  24   Shen.

10:48:55  25        Q.   And just very generally, what does it mean to be

10:48:59  1  a member of an LLC?

10:49:00  2      A.  For LLCs, the member is equated to like owner.

10:49:04  3      Q.  Okay.  In September of 2013, did another person

10:49:13  4  get added to the corporate documentation?

10:49:16  5      A.  Yes.

10:49:17  6      Q.  Was that Zhijie Wang?

10:49:19  7      A.  Yes.

10:49:20  8      Q.  What was her title?

10:49:23  9      A.  She was listed as the CEO.

10:49:24  10     Q.  Next one.  1001 Doubleday, LLC.  That was at Main

10:49:32  11  Street in Irvine?

10:49:32  12     A.  That's correct.

10:49:34  13     Q.  When was that formed?

10:49:35  14     A.  October 7, 2008.

10:49:37  15     Q.  The initial manager was, again, Eric Shen?

10:49:40  16     A.  That's correct.

10:49:40  17     Q.  And was there an addition starting in September

10:49:45  18  of 2013?

10:49:47  19     A.  Yes.

10:49:47  20     Q.  And what was that?

10:49:54  21     A.  Ms. Wang was added as CEO.

10:49:57  22     Q.  Von Karman, Main Street also in Irvine?

10:50:02  23     A.  Yes, that's correct.

10:50:02  24     Q.  And the formation was on what date?

10:50:04  25     A.  March 4th, 2009.

10:50:07   1       Q.   I will do both of these at once:   Production

10:50:09   2   Avenue in Irvine was formed in August of 2009?

10:50:12   3       A.   That's correct.

10:50:13   4       Q.   And in both cases, Eric Shen was the initial CEO?

10:50:20   5       A.   Eric Shen was listed as CEO on the corporate

10:50:24   6   documents -- on the LLC documents.   I apologize.

10:50:27   7       Q.   Von Karman, Main Street, that changed in

10:50:31   8   July 2017?

10:50:33   9       A.   Sorry.   Can you repeat.

10:50:34  10       Q.   For Von Karman, Main Street, LLC in July of 2017,

10:50:41  11   did that change?

10:50:42  12       A.   Yes.

10:50:42  13       Q.   Who was added to the corporate documentation?

10:50:44  14       A.   Ms. Wang became the CEO.

10:50:47  15       Q.   And member manager?

10:50:48  16       A.   She's listed under a section where you list a

10:50:53  17   member or manager.

10:50:54  18       Q.   And then 2013 for Production Avenue, LLC in

10:50:58  19   Irvine, Ms. Wang also added as the CEO manager or

10:51:04  20   member?

10:51:04  21       A.   That's correct.

10:51:04  22       Q.   So we saw Scuderia Capital Partners as the entity

10:51:11  23   member of Scuderia Development.   So I want to go down to

10:51:13  24   that.

10:51:14  25            And same thing here.   For all of these

10:51:17  1   entities, you took corporate documents and tax records

10:51:21  2   and summarized them into this chart?

10:51:25  3       A.  Yes, that's correct.

10:51:26  4       Q.  So for Scuderia Capital Partners, the formation

10:51:31  5   date was -- for the LLC, what was it?

10:51:34  6       A.  October 22nd, 2007.

10:51:36  7       Q.  And then the related corporation?

10:51:41  8       A.  November 16th, 2010.

10:51:44  9       Q.  Who was originally on the paperwork as the

10:51:49  10  members of Scuderia Capital Partners?

10:51:55  11      A.  Zuopeng Liu was listed as a member.  And Eric

10:52:00  12  Shen was listed as a member.

10:52:03  13      Q.  At some point did ZP Liu in writing formally

10:52:07  14  resign as member of Scuderia Capital Partners?

10:52:11  15      A.  Yes, that's correct.

10:52:12  16      Q.  This date specifically, what was the exact date

10:52:15  17  of that?

10:52:15  18      A.  Zuopeng Liu resigned as a manager on July 28,

10:52:22  19  2008.

10:52:23  20      Q.  Based on the tax returns for Scuderia Capital

10:52:26  21  Partners, who had 100 percent of the voting stock in

10:52:29  22  this company from 2013 to 2017?

10:52:32  23      A.  Ms. Wang.

10:52:34  24      Q.  Okay.  I want to go to the Perfectus defendants

10:52:49  25  and the predecessors to Perfectus on page 2 of

10:52:56   1    Exhibit 1.

10:52:57   2              You have that in front of you?

10:52:59   3    A.   Yes, that's correct.

10:53:00   4    Q.   So let's start out with Perfectus Aluminum and

10:53:08   5    its subsidiary Perfectus Acquisitions.

10:53:11   6              What was the date of formation for the

10:53:13   7    parent company Perfectus Incorporated?

10:53:17   8    A.   Perfectus Aluminum, Incorporated, the formation

10:53:20   9    date was December 4, 2014.

10:53:24   10   Q.   And the subsidiary, when was that formed?

10:53:28   11   A.   Perfectus Aluminum Acquisitions, LLC was formed

10:53:33   12   on December 10th, 2014.

10:53:34   13   Q.   Who was initially listed as the president and

10:53:36   14   secretary of the parent company, Perfectus Aluminum,

10:53:39   15   Incorporated?

10:53:40   16   A.   That would be Zuopeng Liu.

10:53:42   17   Q.   And did that change in August of 2015?

10:53:47   18   A.   Yes.  Jackie Chung became the CEO and CFO and

10:53:54   19   secretary, August 3rd, 2015.

10:53:57   20   Q.   That was reflected on the corporate documents?

10:54:01   21   A.   That's correct.

10:54:02   22   Q.   All right.  What about the subsidiary?  Who was

10:54:04   23   initially -- the only listed manager of Perfectus

10:54:07   24   Aluminum Acquisitions, LLC?

10:54:09   25   A.   Zuopeng Liu was listed as the manager.

10:54:13   1      Q.   And as of 12/31/14?

10:54:16   2      A.   That's correct.

10:54:17   3      Q.   And the owner as reflected on the tax return for

10:54:22   4   the 2014 tax return was who?

10:54:25   5      A.   Zuopeng Liu was a hundred percent.  Owned a

10:54:28   6   hundred percent voting stock in 2014.

10:54:30   7      Q.   That was the tax return we specifically looked

10:54:33   8   at?

10:54:34   9      A.   Yes, that's correct.

10:54:35   10     Q.   The 2015 tax return for the parent company

10:54:41   11   Perfectus Aluminum, Incorporated, did the 100 percent

10:54:45   12   owner in the voting stock change by the next year?

10:54:48   13     A.   Yes.

10:54:49   14     Q.   And by next year, I'm sorry, I mean 2015.

10:54:51   15     A.   That's correct.

10:54:52   16     Q.   How did it change?

10:54:55   17     A.   The individual listed was Jackie Chung as hundred

10:54:58   18   percent voting stock owner 2015.

10:55:02   19     Q.   Now, I want to talk about the Perfectus

10:55:04   20   predecessors like Pengcheng Aluminum.

10:55:10   21          MR. BERNSTEIN:  But actually before I do,

10:55:11   22   Your Honor, could I have the screen just for the

10:55:13   23   witness?  I want to show the witness Exhibit 108.

           24   BY MR. BERNSTEIN:

10:55:37   25     Q.   I am going to show you page 4, Special Agent

10:55:39   1   Chavarria.

10:55:40   2              Is this one of the corporate documents you

10:55:42   3   reviewed before today?

10:55:43   4      A.  Yes, that's correct.

10:55:44   5      Q.  As reflected at the top, this is an agreement and

10:55:48   6   merger plan?

10:55:48   7      A.  That's correct.

10:55:49   8      Q.  It's certified?

10:55:52   9      A.  It's filed with the Secretary of the State

10:55:55   10  California.

10:55:55   11     Q.  And the merger plans for Perfectus and its

10:55:58   12  predecessor companies?

10:56:00   13     A.  Yes, that's correct.

10:56:02   14              MR. BERNSTEIN:  Your Honor, the Government

10:56:03   15  moves to admit Exhibit 108.

10:56:07   16              THE COURT:  It will be received.

10:56:08   17              (Exhibit 108 is received.)

10:56:13   18              MR. BERNSTEIN:  And I want to publish just

10:56:14   19  the first page.

           20  BY MR. BERNSTEIN:

10:56:16   21     Q.  We see Articles of Incorporation?

10:56:21   22     A.  Yes, I can see that.

10:56:23   23     Q.  I want to go down to page 4.  Let me try that

10:56:32   24  again.

10:56:33   25              The Agreement and Merger Plan.  Can you tell

10:56:40  1   us who the parent company of this merger is going to be?

10:56:44  2      A.   Parent company was Perfectus Aluminum,

10:56:47  3   Incorporated.

10:56:48  4      Q.   And its subsidiary the surviving entity?

10:56:52  5      A.   The surviving entity was Perfectus Aluminum

10:56:56  6   Acquisitions, LLC.

10:56:57  7      Q.   Do you see seven companies that, based on this

10:57:00  8   document, are merging into Perfectus?

10:57:02  9      A.   That's correct.

10:57:03  10     Q.   One of those companies is Pengcheng Aluminum?

10:57:07  11     A.   Yes.  One of the companies listed.

10:57:09  12     Q.   And then can you tell us what the other six

10:57:11  13  companies are?

10:57:12  14     A.   The first company is Aluminum Industrial,

10:57:17  15  Incorporated.  Then there's Century American Aluminum,

10:57:22  16  Incorporated.  Transport Aluminum, Incorporated.  Global

10:57:27  17  Aluminum U.S.A., Incorporated.  American Apex Aluminum,

10:57:32  18  Incorporated.  And Aluminum Source, Incorporated.

10:57:36  19     Q.   And these seven companies, they're all listed as

10:57:40  20  what in parentheses?

10:57:42  21     A.   They're listed as a disappearing entity.

10:57:47  22     Q.   So they're the companies that will merge into

10:57:49  23  Perfectus?

10:57:49  24     A.   They will merge into the surviving entity.

10:57:53  25     Q.   I want to take you down to page 6.  And we see --

10:58:15  1   do we see terms that the merging parties are going to be

10:58:18  2   legally bound by?

10:58:20  3        A.   Yes.   That's correct.

10:58:21  4        Q.   And what does paragraph 1 say?

10:58:27  5        A.   "Constitute corporations surviving entity.

10:58:30  6   Pursuant to this agreement and plan of merger, the

10:58:33  7   disappearing entity shall merge into the surviving

10:58:38  8   entity.   With the surviving entity being the, quote,

10:58:43  9   surviving entity.   The surviving entity's name shall be

10:58:49  10  Perfectus Aluminum Acquisitions, LLC."

10:58:51  11       Q.   That is surviving opposed to disappearing?

10:58:54  12       A.   That's correct.

10:58:55  13       Q.   Okay.   I want to take you down to the paragraph

10:59:15  14  B, 2B.   So it's the second full paragraph of item 2.

10:59:22  15            And does it provide an agreement as to the

10:59:28  16  determination of existence of disappearing entities?

10:59:33  17       A.   Yes.

10:59:33  18       Q.   What does that paragraph say?

10:59:37  19       A.   It states that "At the effective time the

10:59:39  20  separate existence of the disappearing entities shall

10:59:44  21  cease and all rights, privileges, powers, franchises,

10:59:47  22  properties, assets, duties, obligations and liabilities

10:59:51  23  of the disappearing entity shall be vested in the

10:59:54  24  surviving entity without any further act or deed and

10:59:57  25  shall be effectively the property of the surviving

| | | |
|---|---|---|
| 11:00:00 | 1 | entity as they were of the disappearing entities." |
| 11:00:06 | 2 | Q.  I will show you paragraph 6, the last one we will |
| 11:00:10 | 3 | go over. |
| 11:00:12 | 4 | Where it says "Membership interest of the |
| 11:00:15 | 5 | surviving entity."  What does that say? |
| 11:00:17 | 6 | A.  It states, "The outstanding membership interests |
| 11:00:20 | 7 | of the surviving entity shall remain outstanding and are |
| 11:00:25 | 8 | not affected by the merger." |
| 11:00:27 | 9 | Q.  Go down to page 8.  At the top, what does it say? |
| 11:00:39 | 10 | A.  "In witness whereof, the parties have caused this |
| 11:00:42 | 11 | agreement to be executed as of the date first written |
| 11:00:45 | 12 | above by the respective officers."  I can't read the |
| 11:00:50 | 13 | next word.  "There unto dually authorized." |
| 11:00:54 | 14 | Q.  And the parent listed as Perfectus Aluminum, |
| 11:00:58 | 15 | Incorporated? |
| 11:00:59 | 16 | A.  Sorry, can you repeat that? |
| 11:01:00 | 17 | Q.  The parent's listed as Perfectus Aluminum, |
| 11:01:06 | 18 | Incorporated? |
| 11:01:06 | 19 | A.  That's correct. |
| 11:01:08 | 20 | Q.  And the individual who signed as president and |
| 11:01:10 | 21 | secretary, who is that? |
| 11:01:11 | 22 | A.  Zuopeng Liu. |
| 11:01:15 | 23 | Q.  What about the individual who signed as the |
| 11:01:22 | 24 | manager of the surviving entity, the subsidiary, |
| 11:01:27 | 25 | Perfectus Aluminum Acquisitions? |

11:01:29   1      A.   Zuopeng Liu signed this.

11:01:36   2      Q.   Did Zuopeng Liu do the same for the disappearing

11:01:42   3   entities, aluminum Industrial and Century American

11:01:46   4   Aluminum?

11:01:47   5      A.   That is correct.

11:01:48   6      Q.   And on the next page, did Zuopeng Liu do the same

11:01:59   7   for Transport Aluminum, Pengcheng Aluminum, Global

11:02:02   8   Aluminum, American Apex Aluminum and Aluminum Source?

11:02:08   9      A.   That's correct.

11:02:09  10      Q.   Last page on this document I want to show you is

11:02:17  11   Exhibit 20.

11:02:19  12           We won't go through all the signatures

11:02:22  13   again, but up at the top is this the certificate of

11:02:27  14   merger.

11:02:27  15      A.   That's correct.

11:02:30  16      Q.   And ZP Liu signed again as president and

11:02:35  17   secretary for all the companies here as well?

11:02:37  18      A.   Yes, that's correct.

11:02:41  19      Q.   Okay.

11:02:41  20           MR. BERNSTEIN:   I want to show just the

11:02:42  21   witness exhibits -- I will start with Exhibit 704.

          22   BY MR. BERNSTEIN:

11:02:59  23      Q.   Special Agent Chavarria, you mentioned that you

11:03:01  24   reviewed certified employment records before today?

11:03:05  25      A.   Yes, that's correct.

11:03:06   1      Q.   And for now 701, 704, and 705 were certified
11:03:11   2   employment records that you reviewed?
11:03:13   3      A.   That's correct.
11:03:14   4      Q.   From what state?
11:03:19   5      A.   State of California.
11:03:21   6      Q.   Now, you have 704 in front of you.  That is the
11:03:27   7   employment records for who?
11:03:31   8      A.   This is employment history information for
11:03:35   9   Zhongtian Liu.
11:03:36  10      Q.   What years?
11:03:37  11      A.   2009 through 2017.
11:03:40  12           MR. BERNSTEIN:  Your Honor, the Government
11:03:41  13   moves to admit Exhibit 704.
11:03:43  14           THE COURT:  It will be received.
11:03:44  15           (Exhibit 704 is received.)
          16   BY MR. BERNSTEIN:
11:03:51  17      Q.   Okay.  Up at the top here, we see the name of the
11:03:57  18   individual -- the employee listed with the State of
11:04:05  19   California.
11:04:06  20      A.   Yes, that's correct.
11:04:06  21      Q.   And the years are 2009 to 2017?
11:04:11  22      A.   That's correct.
11:04:12  23      Q.   The columns go year and quarter?
11:04:14  24      A.   Yes.
11:04:15  25      Q.   What's the second column?

11:04:17  1       A.   Employer name and address.

11:04:19  2       Q.   And the two remaining columns depict the wages?

11:04:23  3       A.   That's correct.

11:04:24  4       Q.   All right.   I want to go down to the last page.

11:04:28  5   These records, they're reverse chronological order?

11:04:33  6       A.   Yes.

11:04:33  7       Q.   The last page is earliest in time.

11:04:36  8       A.   Yes, that's correct.

11:04:38  9       Q.   All right.   I want to focus in on what happens in

11:04:43  10  2009.   That year, where was Mr. Liu reported as an

11:04:54  11  employee?

11:04:55  12      A.   According to this document, he was an employee of

11:04:58  13  Pengcheng Aluminum Enterprise, Incorporated.

11:05:01  14      Q.   What about through the first quarter of 2010?

11:05:05  15      A.   He was also through the first quarter with

11:05:09  16  Pengcheng Aluminum Enterprise, Incorporated.

11:05:16  17      Q.   Starting in the second quarter of 2010.

11:05:21  18      A.   Starting in the second quarter of 2010 he was --

11:05:24  19      Q.   I'm sorry.   Wait.   Let me zoom in one more time.

11:05:28  20           Let me rephrase.   Starting in the first

11:05:30  21  quarter of 2010, was Mr. Liu listed with another

11:05:35  22  company?

11:05:35  23      A.   Yes, that's correct.

11:05:36  24      Q.   What was that?

11:05:38  25      A.   Fortune Universal, Incorporated.

11:05:42   1       Q.   Through the first quarter of 2011, where is

11:05:46   2   Mr. Liu listed as being employed?

11:05:49   3       A.   Same employer, Fortune Universal, Incorporated.

11:05:53   4       Q.   I'm going to go up to the next year through 2013.

11:06:10   5   Where is Mr. Liu listed as being employed?

11:06:14   6       A.   Fortune Universal, Incorporated.

11:06:20   7       Q.   And then starting in 2014, where is Mr. Liu

11:06:25   8   listed as being employed?

11:06:27   9       A.   Alston International, Incorporated.

11:06:30   10      Q.   From the second page of Exhibit 704, that goes

11:06:32   11   through the first quarter of 2015?

11:06:35   12      A.   Yes, that's correct.

11:06:36   13      Q.   And through the end of these records we have,

11:06:43   14   Mr. Liu stays with Alston International, Incorporated?

11:06:47   15      A.   Yes.   Through the second quarter of 2017.

11:06:51   16      Q.   What is the listed address on this document of

11:06:54   17   Alston International, Incorporated?

11:06:56   18      A.   The address is 2323 Main Street, Irvine

11:06:59   19   California.   Zip code 92414.

11:07:04   20      Q.   I will show you exhibit -- just the witness,

11:07:07   21   Exhibit 701.

11:07:16   22            Are these the same records, the California

11:07:18   23   employment records for Johnson Shao?

11:07:21   24      A.   Yes, that's correct.

11:07:21   25      Q.   And same time frame, 2009 to 2017?

11:07:25   1      A.   Yes, that's correct.

11:07:27   2              MR. BERNSTEIN:   Your Honor, Government moves

11:07:28   3   to admit Exhibit 701?

11:07:30   4              THE COURT:   It will be received.

11:07:33   5              (Exhibit 701 is received.)

11:07:33   6   BY MR. BERNSTEIN:

11:07:33   7      Q.   And I will go down to page 3.   That depicts

11:07:42   8   the -- starting in 2009, quarter 1?

11:07:46   9      A.   Yes, that's correct.

11:07:47   10      Q.   And just starting in 2009, where did Johnson Shao

11:07:55   11   work based on these records?

11:07:59   12      A.   It states that Johnson Shao worked at Pengcheng

11:08:03   13   Aluminum Enterprise, Incorporated.

11:08:05   14      Q.   Base on the California employment records, how

11:08:08   15   much money did he earn in wages in 2009?

11:08:12   16      A.   In the first three quarters he earned 24,000 each

11:08:17   17   quarter.   And then in the last quarter it shows that he

11:08:20   18   earned $2,502.84 in the first column.

11:08:26   19      Q.   So for the year around $75,000.

11:08:31   20      A.   Yes, that's approximately correct.

11:08:34   21      Q.   Based on these records, Mr. Shao stayed with

11:08:39   22   Pengcheng Aluminum to what year?

11:08:43   23      A.   Through the fourth quarter of 2014.

11:08:47   24      Q.   And where does he go in the first quarter of 2015

11:08:50   25   based on the California employment records?

11:08:53  1      A.   The new employer's Alston International,

11:08:58  2   Incorporated.

11:09:03  3      Q.   Does that appear to be the case through the end

11:09:05  4   of the records you reviewed in 2017?

11:09:08  5      A.   Yes.  To the end of second quarter 2017.

11:09:15  6              MR. BERNSTEIN:  Okay.  One more exhibit for

11:09:17  7   just the witness, Your Honor.  It will be Exhibit 705.

11:09:24  8              And this is the California employment

11:09:28  9   records for Zhongsuo Liu from 2009 to '17.

11:09:35  10             THE WITNESS:  Correct.

11:09:35  11             MR. BERNSTEIN:  Your Honor, the Government

11:09:36  12  moves to admit 705.

11:09:38  13             THE COURT:  It will be received.

11:09:39  14             (Government Exhibit 705 is received.)

          15  BY MR. BERNSTEIN:

11:09:46  16     Q.   For Zhongsuo Liu, between the first quarter of

11:09:50  17  2009 through the first quarter of 2010, California

11:09:55  18  employment records list Zhongsuo Liu as working where?

11:10:01  19     A.   At Pengcheng Aluminum Enterprise, Incorporated.

11:10:05  20     Q.   And then same thing, starting in the first

11:10:07  21  quarter 2010, the records reflect what employment?

11:10:10  22     A.   The records reflect he was employed with Fortune

11:10:16  23  Universal, Incorporated.

11:10:16  24     Q.   And that is the same company and address that we

11:10:19  25  saw on Zhongtian Liu's employment records?

11:10:26  1      A.   The address for Fortune Universal?

11:10:28  2      Q.   Yes, sir.

11:10:29  3      A.   I can't recall the address on the other records.

11:10:32  4      Q.   601 West Woodruff Avenue in Arcadia?

11:10:36  5      A.   Right.  This document lists that address.

11:10:38  6      Q.   For 704-1 for Zhongtian Liu, do you see the same

11:10:45  7  address?

11:10:46  8      A.   Yes, that's correct.  Yes.

11:10:47  9      Q.   So back to 705, page 3.  And Zhongsuo Liu

11:10:58 10  through -- on page 2, from quarter 3 of 2011 to quarter

11:11:04 11  1 of 2015, is listed as working for Fortune Universal?

11:11:10 12      A.   Yes, that's correct.

11:11:11 13      Q.   And that stays the same through -- if you go to

11:11:15 14  page 1 of Exhibit 705, through the duration of the

11:11:19 15  records we have?

11:11:23 16      A.   It stays the same except for the quarters in

11:11:26 17  which it's not listed.

11:11:27 18      Q.   Which would be?

11:11:28 19      A.   The first quarter of 2017 and the third quarter

11:11:31 20  of 2017.

11:11:33 21      Q.   And the records end in quarter 3 of 2017?

11:11:38 22      A.   That's correct.

11:11:39 23      Q.   Back to Exhibit 1.  I want to actually go through

11:11:43 24  the companies that merge into Perfectus, starting with

11:11:51 25  Pengcheng Aluminum.

11:11:54   1      A.   Yes, I can see that.

11:11:56   2      Q.   And when was it formed?

11:11:59   3      A.   It was formed January 20th, 2004.

11:12:02   4      Q.   And the secretary by December of 2008 was who?

11:12:10   5      A.   Another individual known as Johnson Shao.

11:12:13   6      Q.   And ZP Liu became the listed CEO, CFO and

11:12:19   7   secretary in what month and year?

11:12:22   8      A.   November 25, 2014.

11:12:25   9      Q.   And then -- we saw this on the tax return, but

11:12:29   10  this is now summarized in your chart, that Zhongtian Liu

11:12:33   11  was the 100 percent owner through '08 and then Johnson

11:12:38   12  Shao takes over after that?

11:12:39   13     A.   That's correct.

11:12:40   14     Q.   The other companies that merged into Perfectus --

11:12:53   15  Transport Aluminum, was that also at the Doubleday

11:12:57   16  address?

11:12:58   17     A.   That address was listed on the corporate records.

11:13:01   18     Q.   And what month and year was it formed?

11:13:04   19     A.   August 3, 2010.

11:13:06   20     Q.   The management went from Johnson Shao and Mark Li

11:13:15   21  to ZP Liu?

11:13:20   22     A.   That's correct.

11:13:22   23     Q.   And the individual listed on the tax return for

11:13:24   24  2014 as having 100 percent voting stock was who?

11:13:29   25     A.   Johnson Shao.

11:13:30  1      Q.   All right.  Century Aluminum.  Also at Doubleday?

11:13:34  2      A.   Also, yes, listed at that address.

11:13:37  3      Q.   When was it formed?

11:13:38  4      A.   January 13, 2009.

11:13:40  5      Q.   The CEO, CFO and secretary as of November 12th,

11:13:48  6  2013 was who?

11:13:50  7      A.   Johnson Shao.

11:13:50  8      Q.   And then a little over a year later, November 25,

11:13:57  9  2014, who became the listed CEO, CFO and secretary?

11:14:02  10     A.   ZP Liu.

11:14:03  11     Q.   And the -- on the tax returns, the voting stock

11:14:07  12  in 2010 through 2013 was Johnson Shao, and then in 2014,

11:14:14  13  100 percent was divested with ZP Liu?

11:14:18  14     A.   That's correct.

11:14:18  15     Q.   Okay.  American Apex at Ontario.

11:14:23  16     A.   Yes.

11:14:23  17     Q.   And the year of formation, 2009?

11:14:27  18     A.   Yes.  That's correct.

11:14:28  19     Q.   The initial CEO, CFO and secretary as of

11:14:34  20  April 2013 was who?

11:14:37  21     A.   Johnson Shao.

11:14:38  22     Q.   And then on November 26th of 2014, who was it?

11:14:44  23     A.   ZP Liu.

11:14:45  24     Q.   And then the tax returns reflected a similar

11:14:48  25  pattern of the voting stock going from Johnson Shao to

11:14:52   1   ZP Liu in 2014?

11:14:55   2        A.   That's correct.

11:14:57   3        Q.   With Global, was that also at the 1001 Doubleday

11:15:01   4   address?

11:15:02   5        A.   Yes.

11:15:02   6        Q.   And formation May of 09?

11:15:05   7        A.   That's correct.

11:15:05   8        Q.   The initial secretary was who?

11:15:09   9        A.   The initial secretary was listed as Johnson Shao.

11:15:13   10       Q.   And then, again, November 2014 who became the

11:15:17   11   CEO, CFO, secretary?

11:15:18   12       A.   ZP Liu.

11:15:20   13       Q.   And then 2011, who had the -- all the voting

11:15:25   14   stock of Global Aluminum?

11:15:28   15       A.   That is would be Johnson Shao.

11:15:29   16       Q.   By 2014, the tax return reflected who having the

11:15:34   17   voting stock?

11:15:35   18       A.   ZP Liu.

11:15:37   19       Q.   All right.  Two more.  Aluminum Source, that was

11:15:40   20   at Doubleday and also formed in 2009?

11:15:44   21       A.   That's correct.

11:15:45   22       Q.   The CEO, CFO, secretary as of June 2014?

11:15:50   23       A.   Johnson Shao.

11:15:52   24       Q.   And then a few months later in November of 2014

11:15:59   25   who became the CEO, CFO, secretary?

11:16:03  1      A.   ZP Liu.

11:16:04  2      Q.   And the tax returns show Johnson Shao from 2010

11:16:12  3  to '13 as 100 percent owner.   And then ZP Liu in 2014?

          4      A.   That's correct.

11:16:20  5      Q.   And then finally, Aluminum Industrial,

11:16:23  6  Incorporated, also at 1001 Doubleday in Ontario?

          7      A.   Yes, that's correct.

11:16:26  8      Q.   And formed in 2009?

11:16:29  9      A.   Yes.

11:16:30  10      Q.   And then Johnson Shao as secretary as of

11:16:32  11  September 2012?

11:16:34  12      A.   Yes, that's correct.

11:16:35  13      Q.   And then ZP Liu as CEO, CFO, secretary as of

11:16:41  14  when?

11:16:41  15      A.   November 26, 2014.

11:16:44  16      Q.   And then by 2014, who was the 100 percent owner

11:16:51  17  of Aluminum Industrial?

11:16:52  18      A.   ZP Liu.

11:16:57  19      Q.   I'm going to skip a few of these for now and just

11:17:00  20  go to the bottom here.

11:17:05  21           The Alston International Investment Group

11:17:09  22  and Alston International, Incorporated, where is that

11:17:13  23  located?

11:17:13  24      A.   They both have address for the Main Street in

11:17:17  25  Irvine.

11:17:17   1      Q.   Starting with Alston International Investment

11:17:21   2   Group, when was it formed?

11:17:22   3      A.   February 7th, 2014.

11:17:27   4      Q.   Who was the CEO, CFO and secretary listed on the

11:17:31   5   corporate records as of June 5th, 2017?

11:17:34   6      A.   Ms. Wang.

11:17:35   7      Q.   And that's Zhijie Wang?

11:17:37   8      A.   Yes, Zhijie Wang.

11:17:39   9      Q.   And was Zhijie Wang also the 100 percent

11:17:43  10   controlling voter -- owner of Alston International Group

11:17:48  11   between 2014 and '17 on the tax returns?

11:17:51  12      A.   She held 100 percent voting stock.

11:17:54  13      Q.   And then Alston International, Incorporated,

11:17:58  14   where is that located?

11:17:59  15      A.   At the Main Street address in Irvine.

11:18:02  16      Q.   And the date of formation was what?

11:18:04  17      A.   November 22, 2013.

11:18:07  18      Q.   As of 2015, who are the initial officers in

11:18:13  19   Alston International, Incorporated?

11:18:15  20      A.   The officers listed for the year 2015 were

11:18:21  21   Zhongtian Liu, Wen Peng and Charles Pok.

11:18:25  22      Q.   And then by June of 2017, who was it?

11:18:29  23      A.   Ms. Zhijie Wang was listed as the CEO, CFO and

11:18:32  24   secretary.

11:18:32  25      Q.   And on the tax returns between 2014 and '17, who

| | | |
|---|---|---|
| 11:18:36 | 1 | held 100 percent of the voting stock for each of those |
| 11:18:41 | 2 | years? |
| 11:18:41 | 3 | A.  Ms. Zhijie Wang. |
| 11:18:48 | 4 | MR. BERNSTEIN:  That is all I have, Your |
| 11:18:49 | 5 | Honor. |
| 11:18:49 | 6 | THE COURT:  Cross-examination? |
| 11:18:53 | 7 | MR. RUYAK:  Would you please leave that |
| 11:18:56 | 8 | exhibit up there. |
| 11:19:08 | 9 | **CROSS-EXAMINATION** |
| 11:19:11 | 10 | BY MR. RUYAK: |
| 11:19:15 | 11 | Q.  Good morning, Agent. |
| 11:19:16 | 12 | A.  Good morning. |
| 11:19:17 | 13 | Q.  I just have a few questions on some of these |
| 11:19:21 | 14 | exhibits. |
| 11:19:22 | 15 | If you look at this exhibit, let's go a page |
| 11:19:29 | 16 | up on that.  I want to get -- this is a good one.  Let's |
| 11:19:34 | 17 | look at just a page up. |
| 11:19:37 | 18 | Look at Transport Aluminum.  Let's look at |
| 11:19:41 | 19 | that one.  And you see there that it is pointed out by |
| 11:19:43 | 20 | the Government that Mr. Shao was secretary until |
| 11:19:49 | 21 | 7/30/14.  And then there were changes thereafter, I |
| 11:19:52 | 22 | guess. |
| 11:19:55 | 23 | Let me ask you this:  When you're filing |
| 11:19:56 | 24 | returns with the Government and someone leaves the |
| 11:20:01 | 25 | company, they are no longer involved as an employee, it |

11:20:05  1   would be inappropriate to continue to list them as a

11:20:09  2   secretary or CEO or CFO, correct?

11:20:13  3       A.  If they are no longer with the company and did

11:20:16  4   not hold the title?

11:20:18  5       Q.  Yes.

11:20:18  6       A.  That's correct.

11:20:19  7       Q.  So one of the things you have to do is list

11:20:21  8   someone who's really employed there at the time, right?

11:20:24  9       A.  With the State of California?

11:20:27  10      Q.  Yes.

11:20:28  11      A.  They're required to filed updated information

11:20:31  12   with the state of California.

11:20:33  13      Q.  So a lot of these changes, where Mr. Shao is

11:20:36  14   replaced by Mr. Liu, it looks like in most of these

11:20:40  15   cases it's a similar day; meaning Mr. -- do you know

11:20:43  16   that Mr. Johnson left the company in 2014?  He was no

11:20:47  17   longer involved?

11:20:49  18      A.  I don't know that information.  These dates are

11:20:52  19   the dates stamp of the records or effective date.

11:20:55  20      Q.  But if -- hypothetically, if he left the company,

11:20:58  21   then there would be changes required by the State of

11:21:01  22   California to see who is now in charge, not the person

11:21:03  23   who was in charge, correct?

11:21:06  24      A.  That's correct.

11:21:06  25      Q.  And also on the other side, where it says

11:21:11   1   "100 percent voting stock," now, from your experience

11:21:15   2   you know that doesn't mean that that's all the owners in

11:21:18   3   the company, correct?

11:21:19   4       A.   That's correct.

11:21:20   5       Q.   That's only the people who are able to vote

11:21:23   6   stock, correct?

11:21:24   7       A.   That's correct.

11:21:25   8       Q.   You can have many other investors in the company

11:21:28   9   who own a share in the company, but they just don't have

11:21:32   10   any voting stock, correct?

11:21:33   11       A.   Correct.

11:21:34   12       Q.   I want to go back and clarify Exhibit 752.  If we

11:21:41   13   could pull that up.   752.

11:21:43   14            And this is the one that was used at

11:21:46   15   Perfectus Aluminum, Inc.

11:21:48   16            And was this the first income tax you found

11:21:50   17   when you were searching for Perfectus Aluminum, Inc.?

11:21:54   18       A.   That's correct.  It reconciles with the date of

11:21:57   19   incorporation.

11:21:58   20       Q.   Right.  Because the date of incorporation was

11:22:01   21   right at the end, December of 2014, correct?

11:22:04   22       A.   Correct.

11:22:05   23       Q.   So this is income tax return filed for a company

11:22:08   24   that just had been incorporated, right?

11:22:11   25       A.   Yes.

11:22:11   1      Q.   Is it unusual to file a tax return with zero

11:22:14   2   revenue and zero expenses if the company was just

11:22:18   3   incorporated and not yet started doing business?

11:22:22   4      A.   The companies are required to follow the rules of

11:22:24   5   the Internal Revenue Code.

11:22:27   6      Q.   Right.  So if a company is just incorporated but

11:22:29   7   hadn't been doing any business, they may not have any

11:22:34   8   revenue or expenses, correct?

11:22:36   9      A.   That's correct.

11:22:37  10      Q.   This was incorporated right at the end of I think

11:22:38  11   December 4th, 2014, correct?

11:22:40  12      A.   That's correct.

11:22:41  13      Q.   This was a separate corporation from PCA that

11:22:44  14   you've looked at before, correct?

11:22:47  15      A.   Pengcheng Aluminum?

11:22:50  16      Q.   Yes.

11:22:50  17      A.   Yes.  This is a separate corporation.

11:22:52  18      Q.   So at this time there are two separate

11:22:54  19   corporations in 2014.  PCA, Pengcheng had existed, and

11:22:59  20   you looked at the income tax returns, right?

          21      A.   Uh-huh.

11:23:01  22      Q.   And then this new company was formed, but they

11:23:04  23   weren't part of one company at this point, correct?

11:23:07  24      A.   At which point?  Sorry.

11:23:09  25      Q.   In 2014.  Two separate companies.

11:23:11   1       A.   The date matters.   The effectiveness of the

11:23:14   2   merger was dated December 31st, 2014.

11:23:17   3       Q.   Right.   So on the last day of the year, these

11:23:19   4   other companies were merged into Perfectus Aluminum

11:23:24   5   Inc., correct?

11:23:24   6       A.   They were merged into the surviving entity.

11:23:28   7       Q.   Surviving entity.

11:23:30   8            So on January 1 you have a new company.   And

11:23:33   9   did that company, Perfectus Aluminum, that new company

11:23:37  10   file tax returns thereafter?

11:23:39  11       A.   Sorry.   Can you repeat that question.

11:23:41  12       Q.   Did the new company, Perfectus Aluminum,

11:23:45  13   Incorporated, file tax returns which included all those

11:23:47  14   other companies merged into it in the 2015 tax returns?

11:23:52  15       A.   They filed a 2015 tax return.

11:24:01  16            MR. RUYAK:   That's all I have, Your Honor.

11:24:02  17            THE COURT:   Okay.

11:24:03  18            Counsel.

          19                      **CROSS-EXAMINATION**

          20   BY MS. POTASHNER:

11:24:21  21       Q.   Good morning.

11:24:23  22       A.   Good morning.

11:24:24  23       Q.   I just have a couple quick questions.

11:24:26  24            You were asked to participate in this

11:24:28  25   investigation on behalf of the Government, right?

11:24:31  1    A.  Yes, that's correct.

11:24:32  2    Q.  And to review a number of different records,

11:24:35  3  right?

11:24:35  4    A.  Yes, that's correct.

11:24:36  5    Q.  EDD records, right?

11:24:40  6    A.  Uh-huh.

11:24:42  7    Q.  Tax returns?

11:24:43  8    A.  Yes.

11:24:44  9    Q.  And you were asked by this trial team to do that,

11:24:49  10  right?

11:24:50  11    A.  Yes, that's correct.

11:24:51  12    Q.  Did the Government ask you to review the records

11:24:55  13  of China Zhongwang?

11:25:00  14    A.  I don't believe so.

11:25:01  15    Q.  Did the Government ask you to interview the --

11:25:07  16  well, that's a public company.  You know that, right?

11:25:10  17    A.  Yes, that's correct.

11:25:11  18    Q.  Traded on the Hong Kong stock exchange.  You know

11:25:15  19  that?

11:25:15  20    A.  Yes.

11:25:16  21    Q.  Did the Government ask you to interview the board

11:25:19  22  of directors of that company?

11:25:24  23    A.  Not that I can recall.

11:25:26  24    Q.  But you would remember if you reached out to the

11:25:28  25  board of directors of this publicly held company in

11:25:31  1    China to interview in the context of this case, right?

11:25:35  2        A.   Right.

11:25:36  3        Q.   That wasn't asked of you?

11:25:37  4        A.   Not that I believe so.

11:25:40  5        Q.   And the Government didn't ask you to interview

11:25:43  6    the freestanding, independent audit committee of China

11:25:49  7    Zhongwang either, right?

11:25:52  8        A.   Not that I'm aware of.

11:25:53  9        Q.   They didn't even ask you to like compile a list

11:25:56  10   of individuals in that community, right?

11:25:58  11       A.   Not that I'm aware of.

11:26:00  12       Q.   Or e-mail them?

11:26:02  13       A.   I was not asked to make that type of

11:26:04  14   communication.

11:26:05  15       Q.   And the Government, in using your expertise,

11:26:11  16   didn't ask you to review the audits that were routinely

11:26:16  17   done of this publicly held company in China, right,

11:26:21  18   CZWang?

11:26:23  19       A.   I did not review any documentation like that.

11:26:26  20       Q.   Okay.

11:26:27  21            MS. POTASHNER:   I have no further questions.

11:26:29  22   Thank you.

11:26:29  23            THE COURT:   Redirect?

11:26:32  24            MR. BERNSTEIN:   Yes, Your Honor.

11:26:35  25            **DIRECT EXAMINATION**

1    BY MR. BERNSTEIN:

11:26:37   2    Q.   Special Agent Chavarria, just two questions:

11:26:40   3    Were you the lead case agent on this investigation?

11:26:45   4    A.   I became involved in this investigation in

11:26:47   5    November of 2019.

11:26:49   6    Q.   That question was:  Were you the lead case agent,

11:26:52   7    the primary case agent?

11:26:54   8    A.   At the time I came onboard, yes.

11:26:57   9    Q.   And as part of your preparation for trial today,

11:27:00   10   was it limited to reviewing corporate records and tax

11:27:04   11   records and then making that chart?

11:27:06   12   A.   Yes, that's correct.

11:27:07   13         MR. BERNSTEIN:  No further questions, Your

11:27:09   14   Honor.

11:27:09   15         THE COURT:  Any recross in any of those

11:27:11   16   areas?

11:27:12   17         MS. POTASHNER:  No, thank you.

11:27:12   18         THE COURT:  You may step down.  Thank you.

11:27:15   19         May this witness be excused, Counsel?

11:27:17   20         MR. BERNSTEIN:  Yes, Your Honor.

11:27:18   21         THE COURT:  Any objection?

11:27:21   22         MR. RUYAK:  No objection.

11:27:22   23         THE COURT:  You're free to go.  Thank you

24   for coming in.

11:27:22   25         Next witness.

| | | |
|---|---|---|
| 11:27:23 | 1 | MS. KUMAR:  Your Honor, the Government calls |
| 11:27:29 | 2 | Suk Luo to the stand. |
| 11:27:56 | 3 | And, Your Honor, this witness is going to |
| 11:27:59 | 4 | need a Mandarin interpreter who's in the back of the |
| | 5 | courtroom. |
| 11:28:02 | 6 | Can I ask -- |
| 11:28:03 | 7 | THE COURT:  Sure, to come forward. |
| 11:28:12 | 8 | THE CLERK:  I will go ahead and swear in the |
| 11:28:15 | 9 | interpreter. |
| 11:28:18 | 10 | (Interpreter sworn.) |
| 11:28:19 | 11 | THE WITNESS:  Jie Ma.  M-a. |
| 11:28:22 | 12 | THE CLERK:  Spell the first name. |
| 11:28:25 | 13 | THE WITNESS:  J-i-e. |
| 11:28:27 | 14 | THE CLERK:  And it was Mandarin? |
| 11:28:36 | 15 | THE INTERPRETER:  Correct. |
| 11:28:48 | 16 | THE CLERK:  Please come forward to be sworn. |
| 11:29:02 | 17 | Okay.  Raise your right hand. |
| 11:29:05 | 18 | Do you solemnly swear that the testimony you |
| 11:29:09 | 19 | are about to give in the matter now before the Court |
| 11:29:11 | 20 | shall be the truth, whole truth examine nothing but the |
| 11:29:14 | 21 | truth so help you God. |
| 11:29:18 | 22 | THE WITNESS:  Yes. |
| 11:29:26 | 23 | THE CLERK:  Okay.  You may be seated.  Thank |
| 11:29:28 | 24 | you. |
| 11:29:37 | 25 | THE COURT:  We need the microphone on you |

| | | |
|---|---|---|
| 11:29:40 | 1 | rather than her. |
| 11:29:52 | 2 | THE CLERK:  May I please ask that you state |
| 11:29:54 | 3 | and spell your full name. |
| 11:29:55 | 4 | THE COURT:  Let's move the microphone over |
| 11:29:57 | 5 | to the interpreter. |
| 11:30:01 | 6 | THE CLERK:  If you could please state and |
| 11:30:04 | 7 | spell your full name for the record. |
| 11:30:18 | 8 | THE WITNESS:  First name Suk, S-u-k.  And |
| 11:30:29 | 9 | last name Luo, L-u-o. |
| 11:30:30 | 10 | THE COURT:  Ladies and gentlemen, remember |
| 11:30:31 | 11 | the admonishment I gave you before when we have an |
| 11:30:35 | 12 | interpreter, the testimony of the witness comes through |
| 11:30:37 | 13 | the interpreter.  That's all you need to take.  If you |
| 11:30:40 | 14 | happen to know Mandarin and you hear something, do not |
| 11:30:44 | 15 | consider that at all.  All the testimony comes through |
| 11:30:46 | 16 | the interpreter -- the official testimony through the |
| 11:30:48 | 17 | interpreter. |
| 11:30:49 | 18 | And now that we have done that and gotten |
| 11:30:51 | 19 | through the logistics of it, it is 11:30.  I promised |
| 11:30:55 | 20 | you at 11:30 we'd break.  So we will break at this time. |
| 11:30:58 | 21 | And come back 1:00 o'clock.  And take up at |
| 11:31:02 | 22 | 1:00 o'clock. |
| 11:31:03 | 23 | Remember the admonishment not to discuss the |
| 11:31:06 | 24 | case among yourselves or with anybody else or form or |
| 11:31:06 | 25 | express any opinions about the matter until it is |

11:31:09   1   submitted to you and you retire to the jury room.

11:31:11   2              We will see you back at 1:00 o'clock.

11:32:04   3              (OUT OF THE PRESENCE OF THE JURY.)

11:32:04   4         THE COURT:  Let the record reflect that all

11:32:06   5   the jurors have left the courtroom.  You can step down.

11:32:13   6   You can have seats.  Somebody said they wanted to bring

11:32:16   7   up something.

11:32:16   8         MR. BERNSTEIN:  That was the Government Your

11:32:18   9   Honor.  And I will try to make this point in 30 seconds

11:32:21  10   or less.

11:32:24  11         THE COURT:  You can name it one note, go

          12   ahead.

11:32:27  13         MR. BERNSTEIN:  Four notes, Your Honor.

11:32:28  14         I want to get the Government's bases for

11:32:31  15   some of these statements out there.

11:32:32  16         My colleague brought up 801(d)(2)(E) which

11:32:35  17   comes up all the time, co-conspirator statement.

11:32:38  18         THE COURT:  Sure.

11:32:38  19         MR. BERNSTEIN:  The one that admittedly does

11:32:39  20   not come up as much is 801(d)(2)(D).  And the rules of

11:32:43  21   evidence say this, that if you have a party opponent

11:32:46  22   that is a company, the statements of its employees or

11:32:48  23   agents with the scope of their duties are excluded from

11:32:50  24   the definition of hearsay.

11:32:53  25         So when, for example, I'm trying to elicit

11:32:57  1    that the sales staff told Bill Riley that they couldn't

11:33:02  2    sell these pallets, those are statements of the party

11:33:06  3    opponent's employees within the scope of their duties.

11:33:08  4    Those are excluded from the definition of hearsay.

11:33:10  5              And I understand, Your Honor's rule about no

11:33:13  6    sidebars.  I think it makes sense.  That's why we waited

11:33:15  7    until bring it up until now.

11:33:18  8              THE COURT:  I'm happy to hear you think the

11:33:20  9    Judge makes sense.  Go ahead.

11:33:22  10             MR. BERNSTEIN:  The point, Your Honor, we

11:33:23  11   have a rule in the rules of evidence that explicitly

11:33:26  12   carves out for hearsay the statements -- the only other

11:33:28  13   point, Your Honor, is that I think a lot of these fall

11:33:31  14   within three categories, which do come up more.

11:33:35  15             Questions and directives obviously not

11:33:37  16   hearsay because they're not assertions.  And some of

11:33:39  17   these -- and they were overruled, so I won't be labor

11:33:43  18   them.  But they explained why the witness did what he

11:33:45  19   did.

11:33:45  20             But I think the big point was 801(d)(2)(D),

11:33:48  21   employee statements within their scope when you have a

11:33:51  22   company that's a party opponent.

11:33:52  23             I think I went over 30 seconds.  Sorry, Your

11:33:55  24   Honor.

11:33:55  25             THE COURT:  Close.

11:33:56  1          Any opposition?  Any reply to that?

11:33:58  2          MR. RUYAK:  Yes, Your Honor.  I think the

11:33:59  3  person has to be within some management ability of the

11:34:02  4  company.  You can't just have any employee of the

11:34:04  5  company make a statement that is hearsay.

11:34:08  6          THE COURT:  Okay.  Okay.

11:34:09  7          Counsel, you want to respond to that?

11:34:13  8          I'm sorry.  Counsel, do you want to be heard

11:34:14  9  also?

11:34:15  10          MS. POTASHNER:  And I also just wanted to

11:34:16  11  highlight that we have six companies present.  And so

11:34:20  12  when statements are coming in under that exception, they

11:34:25  13  shouldn't be coming in across the board.

11:34:29  14          MR. BERNSTEIN:  That's true.  That's well

11:34:31  15  taken, Your Honor.

11:34:32  16          But to respond to the first comment -- I'll

11:34:34  17  give the text of the rule:  Was made by the parties

11:34:36  18  agent or employee on a matter within the scope of that

11:34:38  19  relationship and while it existed.  So it explicitly

11:34:42  20  says "employee," Your Honor.

11:34:44  21          THE COURT:  Do you want to address her

11:34:48  22  objections?

11:34:48  23          MR. BERNSTEIN:  I think what Ms. Potashner

11:34:50  24  said is correct.  We don't object to a limiting

11:34:51  25  instruction because it's under 801(d)(2) so it's

11:34:54   1    statements of a party opponent.  So she's right about

11:34:55   2    that.

            3            THE COURT:  Okay.

11:34:56   4            MR. BERNSTEIN:  There should be a limiting

11:34:58   5    instruction to state that it only comes in against that

11:34:59   6    defendant.

11:35:00   7            THE COURT:  Thank you for bringing that to

11:35:03   8    my attention.

11:35:03   9            Anything else?  Because I do want to talk to

11:35:06  10    you about one other area?  Anything else?

11:35:07  11            MS. POTASHNER:  No, Your Honor.  But just

11:35:07  12    for the record, I would object to that cure being just a

11:35:11  13    limiting instruction.  I think that that wouldn't be

11:35:13  14    sufficient.  If statements are coming in that the jury

11:35:18  15    hears across the board and then is told to disregard.

11:35:21  16            THE COURT:  Any time you have limiting

11:35:22  17    instructions as to one defendant and opposed to another,

11:35:25  18    you've got that problem.  You are right.

11:35:28  19            Okay.  The area I wanted to bring up is just

11:35:31  20    to -- I was very impressed with this jury holding on as

11:35:35  21    long as they did.  In the last 15 minutes we started to

11:35:38  22    lose them.

11:35:38  23            Just keep in mind when you're putting on a

11:35:42  24    case, I know you want to cross all the T's and dot all

11:35:46  25    the I's, but in doing that you may completely lose your

11:35:49  1   audience.  Keep that in mind.  I can remember a minister

11:35:54  2   once telling me that when he gives a sermon during the

11:35:55  3   first ten minutes he saves a lot of souls, during the

11:35:58  4   next ten minutes he loses a lot.  Keep that in mind.  We

11:36:02  5   will be in recess.

          6                    (LUNCH RECESS TAKEN.)

13:05:10  7                    THE COURT:  Okay.  The record will reflect

13:05:11  8   that all the jurors are present and the witness is on

13:05:13  9   the witness stand.

13:05:14  10                   I have had some notes from some of the

13:05:17  11  jurors asking to be excused.  I've got to tell you,

13:05:20  12  excuses have to be done before the jury is impaneled.

13:05:20  13  Once you are impaneled, you are impaneled for the

13:05:23  14  duration the case. We asked you several times before you

13:05:26  15  even get into this courtroom, I asked you if you are in

13:05:29  16  courtroom, if there's any reason.  Once you are

13:05:31  17  impaneled, I can't do much about it.  Once you're the

13:05:34  18  jury, you are jury.  If some emergency comes up, let me

13:05:39  19  know.  But if it's something you knew beforehand, I

13:05:42  20  can't do a thing about it.

13:05:44  21                   Okay.  Counsel, do you wish to inquire?

13:05:45  22                   MS. KUMAR:  Thank you, Your Honor.

          23                   **DIRECT EXAMINATION**

          24  BY MS. KUMAR:

13:05:49  25     Q.  Good afternoon, Ms. Luo.  Can you please tell

13:05:54  1   what your highest level of education is?

13:05:57  2       A.   High school.

13:05:58  3       Q.   Where did you attend high school?

13:06:03  4       A.   China.

13:06:04  5       Q.   And after -- did you then come to the United

13:06:07  6   States?

13:06:10  7       A.   Correct.

13:06:10  8       Q.   And after you came to the United States, how were

13:06:13  9   you employed?

13:06:21  10      A.   My ex-husband introduced me to a factory to sew

13:06:29  11  the clothing.

13:06:31  12      Q.   And after working at the factory where you sewed

13:06:34  13  the clothing, where did you work?

13:06:40  14      A.   Casino and send out the cards.

13:06:42  15      Q.   And what were you doing at the casino?

13:06:49  16      A.   The card server.

13:06:51  17      Q.   And after you worked at the casino, where did you

13:06:56  18  work?

13:07:04  19      A.   I started to work for a company which title is

13:07:07  20  American aluminum -- American apat aluminum.

13:07:17  21      Q.   Is that American Apex Aluminum, Ms. Luo?

13:07:23  22      A.   Yes.

13:07:26  23      Q.   When did you begin working there?

13:07:38  24      A.   Approximately September 2009.

13:07:41  25      Q.   How did you come to work at American Apex

13:07:46   1    Aluminum?

13:07:46   2        A.   My brother-in-law introduced me to a person whose

13:08:03   3    name is Liu Zhongsuo.   L-I-U is last name.   First name

13:08:12   4    is Z-H-O-N-G-S-U-O. That person introduced me.

13:08:14   5        Q.   What did Zhongsuo Liu tell you to do?

13:08:32   6        A.   That person tells me that I need to work on

13:08:35   7    something related to inventory.   Meanwhile, they ask me

13:08:39   8    to use my name to start another company.

13:08:42   9        Q.   Did -- we will get to that in a minute.

13:08:46   10        Did Zhongsuo Liu refer you to anyone else?

13:09:03   11            THE INTERPRETER:  May interpreter clarify

13:09:05   12    the gender, please?

13:09:24   13            THE WITNESS:  The person named Liu Zhongsuo

13:09:27   14    asked me to go to Peng Chung, P-E-N-G C-H-U-N-G, to find

13:09:30   15    him, but I did not.   So Liu asked me to find another

13:09:37   16    person whose name is Jason Shao -- Johnson Shao,

           17    S-H-A-O.

           18    BY MS. KUMAR:

13:09:44   19        Q.   And did you ultimately come to get a job at

13:09:47   20    American Apex Aluminum?

13:09:54   21        A.   Yes.

13:09:55   22        Q.   And what kind of company is American Apex

13:10:09   23    Aluminum?

13:10:09   24        A.   They import aluminum bar.

13:10:11   25        Q.   At the time you were hired at American Apex, did

13:10:14   1    you have any experience in the aluminum industry?

13:10:28   2        A.   No.

13:10:28   3        Q.   How long did you work at American Apex?

13:10:36   4        A.   Around one or two-month.

13:10:39   5        Q.   And prior to working at American Apex, had you

13:10:43   6    met Zhongsuo Liu?

13:10:52   7        A.   I did not.

13:10:54   8        Q.   And since working at American Apex, have you met

13:10:57   9    him several times, Zhongsuo Liu?

13:11:09   10       A.   Since I started to working for them, yes.

13:11:12   11            MS. KUMAR:   I would like to direct the

13:11:13   12   witness's attention only to Exhibit 57.

13:11:29   13   BY MS. KUMAR:

13:11:29   14       Q.   Ms. Luo, do you recognize the person depicted in

13:11:34   15   that photograph?

13:11:42   16            THE COURT:   Should be on, Counsel.

           17   BY MS. KUMAR:

13:11:43   18       Q.   Do you see that person depicted in that

13:11:46   19   photograph, Ms. Luo?

13:11:48   20       A.   Yes.

13:11:48   21       Q.   And who do you recognize -- do you recognize the

13:11:51   22   person in the photograph?

13:11:58   23       A.   He is Bill Johnson.

13:12:03   24            MS. KUMAR:   The Government moves to admit

13:12:06   25   Exhibit 57.

13:12:07  1                    THE COURT:  It will be received.

13:12:08  2                    (Exhibit 57 is received.)

13:12:09  3                    MS. KUMAR:  Permission to publish?

13:12:13  4                    THE COURT:  Yes.

          5      BY MS. KUMAR:

13:12:16  6           Q.   Ms. Luo, is this a photograph of Zhongsuo Liu?

13:12:20  7           A.   Yes.

13:12:20  8           Q.   While you were working at American Apex, who ran

13:12:24  9      the day-to-day operations?

13:12:39  10          A.   A person whose name is Vincent Wong, W-O-N-G.

13:12:44  11          Q.   Did you have occasion to see Vincent Wong and

13:12:50  12     Zhongsuo Liu together?

13:12:51  13          A.   Yes.

13:12:52  14          Q.   And based on your observations, how did Vincent

13:12:57  15     Wong treat Zhongsuo Liu?

13:13:02  16          A.   Seems like very respectful.

13:13:10  17          Q.   And how did Vincent Wong refer to Zhongsuo Liu?

13:13:18  18          A.   I do not remember entirely, but maybe later, Bill

13:13:34  19     boss Liu, things like that.

13:13:38  20          Q.   What were your job responsibilities at American

13:13:40  21     Apex aluminum?

13:13:55  22          A.   Inventory English.

13:13:56  23          Q.   Where was your office located?

13:14:11  24          A.   The address is 1001 Doubleday, Ontario.

13:14:15  25          Q.   Is there a warehouse located there?

13:14:18   1      A.   Yes.

13:14:18   2      Q.   And during your time working at American Apex,

13:14:21   3   did you go inside the warehouse?

13:14:28   4      A.   Yes.

13:14:29   5      Q.   What did you see inside?

13:14:35   6      A.   A lot of aluminum product.

13:14:39   7      Q.   A lot of aluminum -- sorry, I didn't hear.

13:14:44   8      A.   Bar.

13:14:45   9      Q.   So you said earlier, that you were at American

13:14:49   10   Apex for just about a month or so.   What happened after

13:14:53   11   that?

13:15:09   12      A.   After that, a company titled Aluminum Source,

13:15:14   13   Inc. was formed and then I transferred to that company

13:15:17   14   and work there.

13:15:18   15      Q.   And how did that company come to be created?

13:15:29   16      A.   The company was formed with my name.

13:15:32   17      Q.   And who told you to do that?

13:15:40   18      A.   Previously, Liu Zhongsuo mentioned that they

13:15:46   19   would use my name to form this company.

13:15:48   20      Q.   And you said the name of the company was Aluminum

13:15:51   21   Source; is that right?

13:15:55   22      A.   Correct.

13:15:56   23      Q.   Did you create that company?

13:16:09   24      A.   I do not remember exactly, but either it is a law

13:16:13   25   firm or an accountant's office where I went to sign.

13:16:18   1       Q.   You signed some documents; is that right,

13:16:22   2   Ms. Luo?

13:16:28   3       A.   Correct.

13:16:30   4            MS. KUMAR:   I would like to show just the

13:16:32   5   witness Exhibit 107.

13:16:34   6            THE COURT:   Okay.

           7   BY MS. KUMAR:

13:16:36   8       Q.   Ms. Luo, do you recognize this document?

13:16:41   9       A.   Yes.

13:16:45  10       Q.   Are these the articles of incorporation of

13:16:47  11   Aluminum Source?

13:16:51  12       A.   Correct.

13:16:55  13            MS. KUMAR:   Your Honor, the Government moves

13:16:57  14   to admit Exhibit 107 into evidence.

13:16:59  15            THE COURT:   It will be received.

13:17:01  16            (Exhibit 107 is received.)

13:17:02  17            MS. KUMAR: Publishing page 1 of Exhibit 107.

13:17:02  18   BY MS. KUMAR:

13:17:09  19       Q.   Ms. Luo, do you see here, where it states the

13:17:12  20   name and address of corporation's initial agent?  Do you

13:17:16  21   see that?

13:17:25  22       A.   Yes.

13:17:25  23       Q.   Do you see your name listed underneath?

13:17:29  24       A.   Yes.

13:17:29  25       Q.   Turning to page 2, do you see on the bottom of

13:17:46   1    the page, where -- is that your signature?

13:17:52   2        A.   Correct.

13:17:53   3        Q.   Ms. Luo, did you have any involvement in managing

13:18:03   4    Aluminum Source?

13:18:06   5        A.   No.

13:18:07   6        Q.   Were you the owner?

13:18:12   7        A.   On the paper.

13:18:13   8        Q.   And were you, in fact, the owner?  Did you

13:18:16   9    believe yourself to be the owner?

13:18:22   10       A.   No.

13:18:22   11       Q.   Did you subsequently work at Aluminum Source?

13:18:29   12               THE INTERPRETER:  Counsel, could you please

13:18:30   13   repeat for the interpreter, please.

           14   BY MS. KUMAR:

13:18:32   15       Q.   Did you subsequently work at Aluminum Source?

13:18:38   16       A.   Yes.

13:18:38   17       Q.   For how long did you work there?

13:18:50   18       A.   Until the end of 2013.

13:18:53   19       Q.   While you worked there in that four-year period,

13:18:56   20   from whom did you take direction?

13:18:59   21       A.   Winston Wong.  But from time to time, Johnson

13:19:14   22   Shao would come over and give us some advice as well.

13:19:17   23       Q.   And what about with respect to your salary or

13:19:21   24   other leave you wanted to take, who did you go to for

13:19:26   25   those questions?

13:19:40   1        A.   Liu Zhongsuo.

13:19:41   2        Q.   You mentioned Johnson Shao a moment ago, have you

13:19:44   3   seen Johnson Shao and Zhongsuo Liu together?

13:19:51   4        A.   Yes.

13:19:55   5        Q.   And where would you see them?

13:19:57   6        A.   I do not remember which, but either the Fontana

13:20:09   7   or Ontario warehouse.

13:20:12   8        Q.   And what would they do at the warehouse?

13:20:23   9        A.   They just walked around and they talked and they

13:20:26   10   just look around.

13:20:27   11        Q.   How did Johnson Shao act toward Zhongsuo Liu?

13:20:37   12        A.   Very respectful.

13:20:40   13        Q.   And what line of business was Aluminum Source

13:20:43   14   involved in?

13:20:45   15        A.   Import aluminum bar.

13:20:54   16        Q.   And from where did Aluminum Source import those

13:21:00   17   bars?

13:21:10   18        A.   China.

13:21:11   19        Q.   Did Aluminum Source, while you worked there from

13:21:13   20   2009 to 2013, sell any aluminum in the United States?

13:21:19   21             MR. LOWDER:   Objection.   Lack of foundation.

13:21:21   22             THE COURT:   Sustained.

           23   BY MS. KUMAR:

13:21:22   24        Q.   Ms. Luo, based on your time working at the

13:21:25   25   company, did you ever see Aluminum Source sell aluminum

13:21:31   1   in the United States?

13:21:38   2       A.   No.

13:21:39   3       Q.   Was the aluminum stored somewhere?

13:21:48   4       A.   At the warehouse.

13:21:50   5       Q.   At some time -- point in time, did your office

13:21:56   6   become located at the Fontana warehouse?

13:22:10   7       A.   Are you referring to Ontario?

13:22:12   8       Q.   No, in Fontana.

13:22:14   9              THE INTERPRETER:   Sorry, interpreter's

13:22:17   10  mistake.

13:22:18   11             THE WITNESS:   Correct.

           12  BY MS. KUMAR:

13:22:20   13      Q.   Did you go inside the Fontana warehouse while you

13:22:23   14  worked there?

13:22:27   15      A.   Yes.

13:22:28   16      Q.   And is this in the 2009-to-2013 time frame?

13:22:37   17      A.   Correct.

13:22:38   18      Q.   And what did you see inside the Fontana

13:22:42   19  warehouse?

13:22:48   20      A.   A lot of aluminum bars.

13:22:50   21      Q.   At some point was there a different product

13:22:53   22  stored at the aluminum -- at the Fontana warehouse?

13:22:57   23      A.   Later on, there were some aluminum pallets.

13:23:13   24      Q.   When you left Aluminum Source in 2013, how full

13:23:18   25  was the warehouse?

13:23:33  1     A.   A lot of them.  The warehouse was almost filled,
13:23:37  2  and we had to store some of the products around the
13:23:41  3  parking lot.
13:23:42  4     Q.   Did you ever see Zhongsuo Liu at the warehouse?
13:23:51  5     A.   Yes.
13:23:52  6     Q.   And what would he do there?
13:24:02  7     A.   Looking around and walking around.
13:24:05  8     Q.   And after Aluminum Source, did you work for
13:24:08  9  another aluminum company?
13:24:20  10    A.   Are you saying aluminum company?
13:24:22  11    Q.   Yes.
13:24:24  12    A.   After Aluminum Source, I did not work for any
13:24:33  13 other aluminum company.
13:24:35  14    Q.   Where did you work after Aluminum Source?
13:24:50  15           THE INTERPRETER:  The interpreter asks for
13:24:54  16 clarification, please.
13:25:02  17           THE WITNESS:  After that, I worked for a
13:25:04  18 company named Global Aluminum Wheels.  The company is
13:25:08  19 making aluminum -- the company is selling the aluminum
13:25:22  20 wheel.
          21 BY MS. KUMAR:
13:25:23  22    Q.   Who hired you at that company?
13:25:24  23    A.   Liu Zhongsuo asked me to go there and work there.
13:25:28  24    Q.   And who did you report to during your time at
13:25:33  25 Global aluminum Wheels?

13:25:33  1    A.   Johnson Shao.

13:25:41  2    Q.   Ms. Luo, I would like to direct your attention to

13:25:45  3    2017.  Did there come a time when you talked to Johnson

13:25:50  4    Shao about the Government's investigation?

13:26:03  5    A.   Yes.

13:26:04  6    Q.   What did he say to you?

13:26:06  7              MR. LOWDER:  Objection.  Hearsay.  Lack of

13:26:11  8    foundation.

13:26:12  9              THE COURT:  Overruled.

13:26:19  10             THE WITNESS:  He told me that those aluminum

13:26:49  11   companies are being investigated.  If I have ever asked

13:26:55  12   why I form this company and you can just say because the

13:27:03  13   importation volume is so high, the aluminum bar, and I

13:27:11  14   was eager to learn how to do business.  That's why I

13:27:14  15   form that company.

          16   BY MS. KUMAR:

13:27:16  17   Q.   That's what Johnson Shao told you?

13:27:21  18   A.   Correct.

13:27:22  19   Q.   Did there come a time when you were contacted by

13:27:25  20   Homeland Security Investigations?

13:27:31  21   A.   Yes.

13:27:32  22   Q.   And what did you do after that contact?

13:27:40  23   A.   I contacted Liu Zhongsuo.

13:27:43  24   Q.   What did he tell you to do?

13:27:46  25             MR. LOWDER:  Objection.  Hearsay.

13:27:49   1                THE COURT:  Sustained.

           2   BY MS. KUMAR:

13:27:52   3        Q.  Did you speak to anyone after you spoke to

13:27:57   4   Zhongsuo Liu?

13:27:58   5        A.  Johnson Shao.

13:28:04   6        Q.  And what, if anything, did Johnson Shao tell you?

13:28:07   7                MR. LOWDER:  Objection.  Hearsay.  Crawford.

13:28:12   8                THE COURT:  Overruled.

13:28:17   9                THE WITNESS:  He suggested that it is better

13:28:31  10   for you to find attorney, and also, he provided attorney

13:28:35  11   whose last name is Bo, B-O, Paul.

13:28:44  12   BY MS. KUMAR:

13:28:45  13        Q.  What, if anything, did he tell you to tell your

13:28:47  14   attorneys?

13:28:47  15                MR. LOWDER:  Objection.

13:28:48  16                THE COURT:  Sustained.  And I'm also going

13:28:50  17   to last strike the last testimony as to what was said.

13:28:57  18   BY MS. KUMAR:

13:28:58  19        Q.  Ms. Luo, who asked you to open Aluminum Source?

13:29:02  20        A.  Liu Zhongsuo.

13:29:09  21                MS. KUMAR:  Thank you, no further questions.

13:29:12  22                THE COURT:  Counsel.

13:29:27  23                          **CROSS-EXAMINATION**

13:29:28  24                MR. RUYAK:  Can I have Exhibit 7 up, please.

13:29:33  25   BY MR. RUYAK:

13:29:36    1      Q.   Good afternoon.  I have a few questions for you.

13:29:42    2      A.   Good afternoon.

13:29:43    3      Q.   You referred to this Exhibit 107 as the articles

13:29:47    4   of incorporation of Aluminum Source.  Do you see that?

13:29:58    5      A.   Yes.

13:29:58    6      Q.   And you said that on paper, you were the owner of

13:30:03    7   the company; is that what you said?

13:30:06    8      A.   Yes.

13:30:10    9      Q.   But on this document, let's look at Paragraph 3,

13:30:15   10   it says that the name and address of the State of

13:30:19   11   California, this corporation's initial agent for service

13:30:23   12   of process is, and that is your name there, correct?

13:30:32   13      A.   Yes.

13:30:43   14      Q.   And the address there is where you worked,

13:30:47   15   correct?  Where you worked for the company?

13:30:57   16      A.   Correct.

13:30:59   17      Q.   So under this document, it doesn't say you are an

13:31:02   18   owner of anything; it just says that you were the agent

13:31:06   19   for service of process, correct?

13:31:08   20           MS. KUMAR:  Objection, Your Honor.  Asked

13:31:11   21   and answered.

13:31:11   22           THE COURT:  Overruled.

13:31:19   23           THE WITNESS:  I do not understand what that

13:31:25   24   means.

13:31:26   25   BY MR. RUYAK:

13:31:26    1        Q.   Okay.

13:31:27    2               THE COURT:   The document does speak for

13:31:29    3    itself.

13:31:30    4    BY MR. RUYAK:

13:31:30    5        Q.   Do you know what an agent for service of process

13:31:34    6    is?

13:31:52    7        A.   I was not the one who created this documentation.

13:31:56    8    I merely sign my name on it.   That's it.

13:32:00    9        Q.   But my question is the same: Do you know what an

13:32:04   10    agent for service of process is?

13:32:18   11        A.   I do not.

13:32:19   12        Q.   Did anyone tell you at the time you signed it,

13:32:23   13    that the purpose of this was for you to receive

13:32:26   14    information, if necessary, from the State of California?

13:32:30   15               MS. KUMAR:   Objection, Your Honor.   Lacks

13:32:31   16    foundation.

13:32:32   17               THE COURT:   Overruled.

13:32:42   18               THE WITNESS:   I was not aware of this.   When

13:32:57   19    they asked me to sign on it, I merely going there and

13:33:00   20    sign.

13:33:03   21    BY MR. RUYAK:

13:33:03   22        Q.   Did you sign any document about this company,

13:33:08   23    where it identified you as the owner, using the word

13:33:12   24    "owner"?

13:33:25   25        A.   Yes.

13:33:26  1    Q.  What document -- it's not this document that says

13:33:33  2    owner, is it?

13:33:38  3    A.  No.  I don't really remember, but as I recall, it

13:33:49  4    might be the annual tax return form.

13:33:55  5    Q.  Is it your testimony that you actually signed tax

13:33:59  6    returns on behalf of this company under these articles

13:34:04  7    of corporation?

13:34:12  8    A.  I did.

13:34:12  9    Q.  And did you sign that as the agent for the

13:34:15  10   company?

13:34:27  11   A.  I do not remember the title, either CEO or

13:34:32  12   president.

13:34:33  13           MR. RUYAK:  No further questions.

13:34:34  14           THE COURT:  Okay.

13:34:35  15           Counsel.

13:34:42  16                **CROSS-EXAMINATION**

          17

          18   BY MR. LOWDER:

13:34:56  19   Q.  Ms. Luo, you testified earlier that you -- at the

13:35:01  20   beginning of your employment, you worked at the

13:35:03  21   warehouse in Ontario; is that right?

13:35:14  22   A.  Correct.

13:35:15  23   Q.  And when you started your employment, you said

13:35:17  24   that you observed aluminum bars inside the warehouse in

13:35:27  25   Ontario; is that right?

13:35:30  1       A.   Yes.

13:35:31  2       Q.   And that was in 2009, correct?

13:35:36  3       A.   Yes.

13:35:37  4       Q.   And those bars were out in the open, they were

13:35:41  5   visible, they weren't hidden?

13:35:47  6       A.   Correct.

13:35:47  7       Q.   I believe you also testified that later in your

13:35:50  8   employment, you saw aluminum pallets at the Ontario

13:35:54  9   warehouse; is that correct?

13:36:05  10      A.   Are you referring to Ontario?

13:36:12  11      Q.   Yes, in the Ontario warehouse.

13:36:14  12      A.   At that location, Ontario warehouse, I did not

13:36:17  13   see any aluminum pallets.

13:36:21  14      Q.   You also testified earlier that you later moved

13:36:26  15   to the Fontana warehouse; is that correct?

13:36:36  16      A.   Yes.

13:36:36  17      Q.   And at the Fontana warehouse, you saw aluminum

13:36:40  18   pallets; is that right?

13:36:55  19      A.   Yes.

13:36:55  20      Q.   And at what time frame did you move to the

13:36:58  21   Fontana warehouse?

13:37:07  22      A.   I'm not so sure, but maybe by end of 2009.

13:37:11  23      Q.   Let me make sure I've got that right.  At the end

13:37:13  24   of 2009, you moved to the Fontana warehouse, if I

13:37:22  25   understand you correctly?

13:37:26  1      A.   Either end of that year or beginning of 2010.

13:37:37  2      Q.   Ms. Luo, when you moved to the Fontana warehouse,

13:37:41  3  you saw aluminum bars in that warehouse; is that right?

13:37:53  4      A.   Yes.

13:37:54  5      Q.   And the aluminum bars at the Fontana warehouse,

13:38:00  6  those were out in the open and visible; is that right?

13:38:01  7           THE INTERPRETER:  Counsel, can you repeat

8  for interpreter, thank you.

9  BY MR. LOWDER:

13:38:03  10     Q.   The aluminum bars at the Fontana warehouse were

13:38:06  11  open and visible?

13:38:08  12     A.   Yes.

13:38:13  13     Q.   And later during your time at the Fontana

13:38:16  14  warehouse, you saw aluminum pallets inside the

13:38:19  15  warehouse; is that right?

13:38:30  16     A.   Which one?  Are you asking Fontana or Ontario?

13:38:38  17     Q.   My mistake, Fontana.

13:38:44  18     A.   Over Fontana location, yes.  I saw aluminum

13:38:49  19  pallets.

13:38:49  20     Q.   Ms. Luo, did you see aluminum pallets inside the

13:38:55  21  Fontana warehouse?

13:39:01  22     A.   Yes.

13:39:01  23     Q.   Did you also see aluminum pallets outside of the

13:39:08  24  Fontana warehouse?

13:39:12  25     A.   Over parking lot, yes.

13:39:14   1      Q.   And those were visible from the outside of the

13:39:17   2   building, correct?

13:39:21   3      A.   Correct.

13:39:22   4      Q.   And likewise, the pallets inside the warehouse

13:39:25   5   weren't hidden from view, correct?

13:39:34   6      A.   That's right.

13:39:36   7              MR. LOWDER:   No further questions, Your

13:39:37   8   Honor.

13:39:37   9              MS. KUMAR:   No redirect, Your Honor.

13:39:39  10              THE COURT:   You may step down.

13:39:41  11              May this witness be excused?

13:39:44  12              MS. KUMAR:   Yes, Your Honor.

13:39:45  13              THE COURT:   Any objection?

13:39:46  14              MR. RUYAK:   We are not going to excuse this

13:39:48  15   witness.

          16              THE COURT:   I'm sorry?

13:39:51  17              MR. RUYAK:   We would not like to excuse this

13:39:56  18   witness.

13:39:56  19              THE COURT:   So this witness should remain on

13:40:01  20   call?

13:40:02  21              MR. RUYAK:   Yes.

          22              THE COURT:   Okay.   You may be excused for

13:40:04  23   the time being, but you must remain on call.

13:40:08  24              Counsel, if you could communicate with her

13:40:11  25   on that.

13:40:28   1            MR. HSIEH:  Your Honor, the Government calls

13:40:30   2   Jackie Zhou.

13:41:08   3            THE CLERK:  Please raise your right hand.

13:41:11   4       Do you solemnly swear that the testimony you

5   are about to give in the matter now before the Court,

6   shall be the truth, the whole truth and nothing but the

7   truth, so help you God?

8            THE WITNESS: All truth.

9            THE CLERK:  Please be seated.

10            Would you please state and spell your full

13:41:49   11   name for the record.

13:41:49   12            THE WITNESS:  Jackie Zhou, J-A-C-K-I-E.

13:41:56   13   Last name, Z-H-O-U.

13:41:56   14            THE COURT:  Okay.  You may inquire.

15                    **DIRECT EXAMINATION**

13:41:58   16

13:41:58   17   BY MR. HSIEH:

13:41:59   18       Q.  Good afternoon, Mr. Zhou.

13:42:01   19       A.  Hi.

13:42:02   20       Q.  Are you familiar with an individual by name

13:42:05   21   Zhongtian Liu?

13:42:09   22       A.  Yes.

13:42:10   23       Q.  How are you familiar with Zhongtian Liu?

13:42:27   24       A.  Because I worked for a restaurant and that person

13:42:30   25   came to our restaurant and have meal there.  That's how

13:42:33  1    I got to know him.

13:42:35  2        Q.   Approximately what year did you meet Zhongtian

13:42:41  3    Liu?

13:42:41  4        A.   Around 2005.

13:42:48  5        Q.   When you met Zhongtian Liu around 2005, around

13:42:53  6    how often would he come to your restaurant?

13:42:56  7        A.   Whenever he works as a company, he often came to

13:43:18  8    our restaurant for either lunch or dinner.

13:43:22  9        Q.   When you mentioned the company, through your

13:43:28  10   interactions with Zhongtian Liu, did you have an

13:43:31  11   understanding of what type of business he was in?

13:43:35  12       A.   They were in the aluminum industry.

13:43:46  13       Q.   And did you ever visit Zhongtian Liu in China?

13:43:52  14       A.   Yes.

13:43:52  15       Q.   What did you see in China with Zhongtian Liu?

13:43:58  16       A.   I visited his factory.

13:44:09  17       Q.   Would you briefly describe from your visit to the

13:44:13  18   factor what you remember it looked like.

13:44:15  19       A.   His factory is gigantic.

13:44:26  20       Q.   Now, Mr. Zhou, are you married?

13:44:32  21       A.   Yes.

13:44:33  22       Q.   What is your wife's name?

13:44:39  23       A.   Hong Li.   H-O-N-G.   Last name, L-I.

13:44:42  24       Q.   Did your wife Hong Li meet Zhongtian Liu as well?

13:44:50  25       A.   Yes.

13:44:50   1     Q.   And does your wife work at all?

13:44:53   2     A.   Right now, she is working.  Back then, when she

13:45:07   3   got to know him, she was not working but staying at home

13:45:11   4   and taking care of the children.

13:45:15   5     Q.   Was she staying home and taking care of the

13:45:18   6   children around 2010?

13:45:19   7     A.   Yes.

13:45:23   8     Q.   And do you own several restaurants, Mr. Zhou?

13:45:36   9     A.   Yes.  I'm a shareholder, yes.

13:45:38   10    Q.   Are these Chinese restaurants?

13:45:42   11    A.   Correct.  Chinese restaurants.

13:45:45   12    Q.   Is that your primary line of work and experience

13:45:48   13   in the restaurant industry?

13:45:56   14    A.   Correct.

13:45:56   15         MR. HSIEH:  Now, just for the witness, I

13:45:58   16   would like to bring up page 1 of Exhibit 238.

13:46:12   17         THE COURT:  Okay.

13:46:14   18   BY MR. HSIEH:

13:46:14   19    Q.   Now, page 1 of Exhibit 238, looking at the bottom

13:46:22   20   portion of page 1 --

13:46:25   21         THE COURT:  It's not up, Counsel.

           22   BY MR. HSIEH:

13:46:28   23    Q.   -- do you recognize the name at the bottom of

13:46:31   24   that page?

13:46:42   25         THE COURT: Counsel, it's not up.

13:46:44   1          Okay.

13:46:44   2   BY MR. HSIEH:

13:46:44   3      Q.   Mr. Zhou, do you see the bottom of page 1 of

13:46:49   4   Government's Exhibit 238?

13:46:52   5      A.   Are you referring to the one that's pointed at

13:46:58   6   the right corner of this document?

13:47:03   7      Q.   Let me rephrase.

13:47:05   8          You mentioned your wife's name is Hong Li. Is

13:47:08   9   this her name at the bottom of page 1 of Government's

13:47:12  10   Exhibit 238?

13:47:21  11      A.   Yes.

13:47:22  12      Q.   Are you familiar with this document, and have you

13:47:29  13   seen this document before, including the top portion?

13:47:40  14      A.   I have.

13:47:41  15      Q.   Can you explain to the jury how you are familiar

13:47:46  16   with this document?

13:48:04  17      A.   This is a company that registered by my wife.

13:48:09  18      Q.   And how did your wife come to register this

13:48:21  19   company?

13:48:23  20              MS. POTASHNER:  Objection, Your Honor.  Lack

13:48:25  21   of foundation.  Calls for hearsay.

13:48:28  22              THE COURT:  On the first objection,

13:48:34  23   sustained.  On the second objection, overruled.

13:48:37  24   BY MR. HSIEH:

13:48:39  25      Q.   Mr. Zhou, approximately how many times did you

13:48:41  1   visit Zhongtian Liu in China?

13:48:53  2       A.  I do not remember the exact times.  But as I

13:48:56  3   recall, several times.

13:48:58  4       Q.  In 2010, did you see Zhongtian Liu at your

13:49:01  5   restaurant in person?

13:49:23  6       A.  He always visited our restaurant and dined there

13:49:27  7   when he is in U.S., but in terms of the time, I'm not

13:49:31  8   sure.

13:49:32  9       Q.  Did you have any phone conversations with

13:49:36  10  Zhongtian Liu in May or June of 2010?

13:50:13  11      A.  Most of the times, we just chat when we met in

13:50:16  12  person.  In terms of phone call and phone conversation,

13:50:21  13  it might, but I do not remember.

13:50:25  14      Q.  Now, can you see the date of this document,

13:50:29  15  Mr. Zhao, that you previously said you are familiar

13:50:31  16  with?

13:50:32  17      A.  I'm looking at it.

13:50:44  18      Q.  What is the date of that document?

13:50:45  19      A.  June 18th, 2010.

13:50:58  20      Q.  Are you familiar with the name, prior to today,

13:51:00  21  of Pacific Aluminum Industrial?

13:51:07  22      A.  I was aware of this title because I had memory of

13:51:18  23  it.

13:51:20  24      Q.  And how did you become introduced to Pacific

13:51:32  25  Aluminum Industrial, the name?

13:51:43  1      A.  At the time, we were tried to form a company,

13:51:47  2  this is merely the title of the company without any

13:51:51  3  specific meaning behind it.

13:51:54  4      Q.  When you said we were trying to form a company,

13:51:57  5  who were you referring to?

13:52:46  6      A.  It's like this: Once, when I had a conversation

13:52:50  7  with Mr. Liu, Mr. Liu mentioned that --

13:52:54  8              MS. POTASHNER:  If I may stop.  Objection,

13:52:57  9  Your Honor.  This is hearsay.

13:52:58 10              THE COURT:  Sustained.  I'm sorry.

13:53:01 11  Overruled.

13:53:04 12              THE WITNESS:  It is like this: Once, when I

13:53:07 13  had a conversation with Mr. Liu, Mr. Liu mention that he

13:53:10 14  was developing his business in the U.S., then his

13:53:15 15  suggested to create a company.  Since he has no time for

13:53:20 16  this, so he suggested to form a company first.

13:53:27 17  BY MR. HSIEH:

13:53:27 18      Q.  And is Mr. Liu that you just referred to

13:53:32 19  Zhongtian Liu?

13:53:35 20      A.  Correct.

13:53:35 21      Q.  And based on the conversation with Zhongtian Liu,

13:53:40 22  did you, in fact, become familiar with this document?

13:53:45 23      A.  No.  It was forming this company first and then

13:54:14 24  later on, sitting for the business.

13:54:18 25      Q.  And after that conversation with Zhongtian Liu,

13:54:21   1   did you help form the business with your wife?

13:54:24   2       A.   Yes.

13:54:32   3               MR. HSIEH:   Just for the witness, still, I

13:54:34   4   would like to turn to page 6 of Exhibit 238.

           5   BY MR. HSIEH:

13:54:51   6       Q.   And looking at the blown-up portion of Exhibit

13:54:56   7   238, page 6, is that your name on the bottom portion as

13:54:59   8   manager?

13:55:24   9       A.   Because at the time the company was formed, only

13:55:29  10   has my wife's name on it, and it did not seem so proper

13:55:33  11   and official.  So we added my name as well.

13:55:39  12               MR. HSIEH:   Your Honor, the Government would

13:55:40  13   like to move pages 1 and 6 of Exhibit 238 into evidence.

13:55:43  14               THE COURT:   The one on the screen now is

13:55:46  15   six?

13:55:46  16               MR. HSIEH:   That's correct, Your Honor.

13:55:47  17               THE COURT:   And the one the last one was

13:55:49  18   one?

13:55:49  19               MR. HSIEH:   That's correct.

13:55:51  20               THE COURT:   Any objection?

13:55:52  21               MR. LOWDER:   No.

13:55:54  22               THE COURT:   It will be received.

          23               (Pages 1 and 6 of Exhibit 238 are received.)

          24   BY MR. HSIEH:

13:55:57  25       Q.   After you did this on behalf of Mr. Liu, did you

13:56:01  1   take any action -- did you do any business for Pacific

13:56:06  2   Aluminum Industrial?

13:56:38  3       A.   From the beginning to the end, there was no

13:56:41  4   actual work for this company, besides register for the

13:56:45  5   company first, and then looking for the business

13:56:49  6   opportunities.

13:56:50  7       Q.   Were you familiar if Zhongtian Liu had a brother?

13:56:59  8       A.   Yes.

13:56:59  9       Q.   What was the brother's name?

13:57:11  10      A.   Zhongsuo Liu.  L-I-U is the last name.

13:57:15  11   Z-H-O-N-G-S-U-O.

13:57:15  12      Q.   Did you have any interactions with Zhongsuo Liu

13:57:24  13   regarding any business in the United States?

13:57:26  14      A.   We merely chatted, but didn't involve any actual

13:57:40  15   contents.

13:57:48  16      Q.   Did you visit any potential sites for an aluminum

13:57:52  17   company in the United States?

13:58:02  18      A.   Yes.

13:58:02  19      Q.   Did you go look at a site with anyone in

13:58:05  20   particular?

13:58:48  21      A.   On one occasion, there was a land for sale.  The

13:58:54  22   location is around the intersection of Highway 10 and

13:58:57  23   60.  We were about to go to the outlet.  So we went

13:59:01  24   there and checked the land for sale.

13:59:05  25      Q.   When you say "we," who else went with you?

13:59:09  1    A.   Zhongsuo Liu.

13:59:19  2              MR. HSIEH:   No further questions.

13:59:22  3              THE COURT:   Cross?

13:59:27  4                    **CROSS-EXAMINATION**

13:59:29  5    BY MR. RUYAK:

13:59:29  6    Q.   Good afternoon, Mr. Zhao.

13:59:43  7    A.   Hello, sir.

13:59:44  8    Q.   I wanted to bring back up on the screen, the last

13:59:55  9    exhibit that we had there, 238.  I would like to bring

14:00:04  10   up page 6.

14:00:11  11        So as I understand it, you were friends with

14:00:16  12   Mr. Liu, correct?

14:00:21  13   A.   Yes.

14:00:22  14   Q.   And he told you he wanted to look for some land

14:00:26  15   to buy for the potential building of a facility in

14:00:29  16   California, correct?

14:00:38  17   A.   Yes.

14:00:38  18   Q.   And he invited you and your wife to work with him

14:00:41  19   on this, and form a company to possibly acquire that

14:00:46  20   land, correct?

14:01:22  21   A.   The conversations between us and Mr. Liu had

14:01:26  22   never gone to that deep or a detailed.  And we were

14:01:30  23   merely thinking at the time, since Mr. Liu owns the

14:01:36  24   enterprises with such a strong and powerful image, and

14:01:40  25   it would be good for people like him to come to the

14:01:43   1   United States and invest.

14:01:44   2       Q.   Good.

14:01:46   3           Okay.  So the document here, however, page 6,

14:01:49   4   which the Government showed you --

14:01:52   5               MR. RUYAK:  Could we screen it down a little

14:01:53   6   bit.

14:01:53   7   BY MR. RUYAK:

14:01:54   8       Q.   -- this is actually entitled "A Limited Liability

14:01:58   9   Company Certificate of Cancellation," correct?

14:02:12  10       A.   I do not understand English.

14:02:14  11       Q.   Okay.  So if the company was formed in 2010,

14:02:19  12   that's correct?  Is it not?

14:02:27  13       A.   That's right.

14:02:27  14       Q.   And it was ended, canceled in 2012.  Is that

14:02:37  15   correct?

14:02:44  16       A.   Yes.

14:02:44  17       Q.   And did you really do any business between 2010,

14:02:49  18   2012 with this company?

14:02:51  19       A.   The company was merely registered, but no actual

14:03:08  20   business operation.

14:03:10  21       Q.   Okay.  Now, you do -- you mentioned -- the

14:03:14  22   Government raised that you traveled to China to visit

14:03:17  23   with Mr. Liu and you saw his factory, correct?

14:03:29  24       A.   Yes.

14:03:30  25       Q.   And you said that the factory's -- I think the

14:03:33 | 1    word was gigantic; is that correct?

14:03:41 | 2        A.   Yes.   Extremely.

14:03:43 | 3        Q.   And when you were there in China, did you take

14:03:47 | 4    pictures of the factory?

14:03:55 | 5        A.   I did.

14:03:55 | 6        Q.   And you produced copies of those pictures to the

14:04:04 | 7    Government here, correct?

14:04:06 | 8        A.   Yes.

14:04:18 | 9              MR. RUYAK:   Your Honor, may I approach?

14:04:24 | 10             THE COURT:   Yes.

14:04:25 | 11             MR. RUYAK:   This is Exhibit 1002.

14:04:28 | 12   Defendant's Exhibit 1002.

14:04:38 | 13             Your Honor, I would like to admit

14:04:40 | 14   Exhibit 1002 into evidence, photographs taken by the

14:04:44 | 15   witness.

14:04:45 | 16             THE COURT:   Any objection?

14:04:47 | 17             MR. HSIEH:   No objection.

14:04:49 | 18             THE COURT:   It will be received.

14:04:51 | 19             (Exhibit 1002 is received.)

14:04:51 | 20             MR. HSIEH:   Except for one personal page of

14:04:54 | 21   it.

14:04:56 | 22             MR. RUYAK:   Okay.

14:05:00 | 23   BY MR. RUYAK:

14:05:01 | 24       Q.   Mr. Zhao, I would like to go through a few of

14:05:03 | 25   these pictures so you can tell us what they are.

14:05:05  1        First of all, these are all pictures that you

14:05:08  2    took when you were at the factory; is that correct?

14:05:17  3        A.   Yes.

14:05:18  4        Q.   And this first picture, do you know what these

14:05:25  5    items are that are shown in this pictures in the factory

14:05:30  6    in China, it's CZW?

14:05:37  7        A.   I know nothing about this.  I saw this and I had

14:05:52  8    never seen any aluminum object with this size.  I was so

14:05:58  9    curious and impressed, that's why I took the picture.

14:06:03  10            MR. RUYAK: Let's flip to the next one.

          11    BY MR. RUYAK:

14:06:09  12        Q.   And the next picture looks look a truck.  What is

14:06:12  13    this picture?

14:06:22  14            THE COURT:  Counsel, is this page 2 of the

14:06:23  15    exhibit?

14:06:24  16            MR. RUYAK:  Yes, Your Honor.

14:06:25  17            THE COURT:  Okay.  I just want to make sure

14:06:27  18    we have that.

14:06:28  19            MR. RUYAK:  Page 2.

14:06:29  20            THE WITNESS:  This is inside the showroom to

14:06:32  21    see his products.

          22    BY MR. RUYAK:

14:06:37  23        Q.   So did Mr. Liu explain to you that he was

14:06:41  24    manufacturing truck bodies out of aluminum for purpose

14:06:46  25    of the light-weight transportation?

14:06:49  1      A.   Mr. Liu, including his technician over there,

14:07:42  2   explained to me that the traditional over-wood

14:07:47  3   transportation spent a lot of energy, but the aluminum

14:07:56  4   new technology will save the fuel and it is great.

14:08:03  5   Therefore, the business value is huge.

14:08:07  6              MR. RUYAK:   Let's look at the next slide.

14:08:09  7   Page 3.

          8   BY MR. RUYAK:

14:08:12  9      Q.   Is that a photo of the outside of the factory?

14:08:23  10     A.   This is the factory under the construction.

14:08:26  11             MR. RUYAK:   Let's look at the next photo.

          12   BY MR. RUYAK:

14:08:33  13     Q.   Could you please tell us what this photo is of?

14:08:47  14     A.   This is a train cabin.  All made of aluminum.

14:08:55  15     Q.   And again, was this explained to you that this

14:08:58  16   was for the lighter weight transportation, train bodies

14:09:03  17   made all out of aluminum?

14:09:05  18     A.   According to the engineer working there, they

14:09:54  19   explain to me the aluminum-made materials saved a lot of

14:10:02  20   energies.  Compared to the traditional they made of

14:10:09  21   steel, the energy they can save is about one-third or

14:10:13  22   quarter compared with before.

14:10:15  23     Q.   Were there -- were there just one of these being

14:10:20  24   made, or were there many being made in the factory?

14:10:34  25             THE INTERPRETER:   Interpreter request for

14:10:43  1  clarification.

14:10:43  2          THE WITNESS:  Okay.  I saw this one in a

14:10:47  3  showroom.  In his factory, there are many of this to be

14:11:01  4  made.

14:11:03  5          MR. RUYAK:  Let's look at the next picture.

        6  BY MR. RUYAK:

14:11:07  7      Q.  Who are the two people in this picture that you

14:11:09  8  took, Mr. Zhou?

14:11:15  9      A.  Mr. Liu.

14:11:20  10      Q.  And who is the other gentleman standing next to

14:11:22  11  him?

14:11:25  12      A.  Me.

14:11:27  13          MR. RUYAK:  Could we look at the next

14:11:29  14  picture, please.  Let's flip to the next one.

        15  BY MR. RUYAK:

14:11:36  16      Q.  Is this a picture inside the showroom or the

14:11:39  17  factory?

14:11:47  18      A.  In factory.

14:11:48  19      Q.  And I see there are several of these items.  What

14:11:51  20  are those items that we are seeing there along the line

14:11:54  21  in the factory?

14:12:06  22      A.  Are you referring to this?

14:12:13  23      Q.  Yes, the ones on the line there being built, the

14:12:18  24  white aluminum.

14:12:26  25      A.  No.  This is not.  This might be the billet to

14:12:41   1    process products.

14:12:43   2        Q.   Okay.

14:12:44   3             MR. RUYAK:   Let's go on to the next picture.

14:12:48   4             I think we have already seen this before.

14:12:50   5    Let's go to the next picture.

14:12:54   6             THE COURT:   Page?

14:12:56   7             MR. RUYAK:   Which page is this now?   Ten.

14:13:01   8    Page 10.

           9    BY MR. RUYAK:

14:13:03  10        Q.   What is this a picture of, please, Mr. Zhou?

14:13:07  11        A.   This is the actual factory.

14:13:17  12             MR. RUYAK:   Next picture, please.

          13    BY MR. RUYAK:

14:13:19  14        Q.   Is this also part of the factory, picture 11?

14:13:26  15        A.   Yes.

14:13:28  16             MR. RUYAK:   Next picture.

14:13:29  17    BY MR. RUYAK:

14:13:33  18        Q.   Is this a picture of the rail cars actually being

14:13:40  19    made in the factory, in this picture?

14:13:45  20             THE COURT:   And, again, Counsel, if you

14:13:46  21    could identify the page number.

14:13:48  22             MR. RUYAK:   Page 12.   I'm sorry.

14:13:51  23             THE WITNESS:   There is no wheel.   Look, here

14:13:53  24    is only rack.

14:13:55  25             MR. RUYAK:   Okay.   Next page, please.

1  BY MR. RUYAK:

14:13:58  2     Q.  Do you recognize this picture, Mr. Zhou?  Please

14:14:03  3  tell me what this is.

14:14:05  4              THE COURT:  This is 13?

14:14:06  5              MR. RUYAK:  Number 13.

14:14:09  6              THE WITNESS:  This is a promotional board

14:14:22  7  that they made.

8  BY MR. RUYAK:

14:14:23  9     Q.  What is the picture of on the board?

14:14:25  10    A.  I think it might be a picture to indicate the

14:14:46  11  scale of the factory he wanted to build.

14:14:51  12    Q.  Okay.

14:14:52  13             MR. RUYAK:  Next picture, please.

14:14:53  14             THE COURT:  14?

14:14:55  15             MR. RUYAK:  This is Number 14.

16  BY MR. RUYAK:

14:14:58  17    Q.  And this is a picture, again, of a truck body.

14:15:01  18  Do you recognize this, and could you tell us what this

14:15:04  19  is.

14:15:24  20    A.  This is a vehicle transports the dangerous

14:15:27  21  materials, such as chemicals or fuel or things like

14:15:31  22  that.

23  BY MR. RUYAK:

14:15:32  24    Q.  And was this being made in the factory when you

14:15:35  25  were there, this kind of truck body?

14:15:45   1    A.   Yes.   Yes.   This was in that huge showroom as

14:15:51   2  well.

14:15:53   3             MR. RUYAK:   Next, Number 15.   Next, Number

14:15:57   4  16.   I see another truck body.   Next, Number 17.   Number

14:16:03   5  18.

           6  BY MR. RUYAK:

14:16:05   7    Q.   Is this also a picture of a train body, Mr. Zhou?

14:16:17   8    A.   Supposedly.

14:16:19   9             MR. RUYAK:   Next picture, please.   And I

14:16:21  10  think we are about done.   One more.   That's it.

          11  BY MR. RUYAK:

14:16:29  12    Q.   When you toured the factory, I assume you saw all

14:16:32  13  these different things being made; is that correct?

14:16:58  14    A.   Yes.   A lot of them.   We are not familiar with

14:17:03  15  this industry.   So whenever we saw something that's

14:17:07  16  interesting or we were curious about, we took picture of

14:17:11  17  it.

14:17:12  18    Q.   Thank you.

14:17:15  19             And just one last question.   During this period

14:17:17  20  of time when you had the corporation in existence, did

14:17:22  21  you ever get paid anything by Mr. Liu or any of his

14:17:28  22  companies for having that company in place?

14:17:34  23    A.   No.

14:17:35  24    Q.   Thank you.

14:17:36  25             THE COURT:   Thank you, Counsel.

14:17:38   1          Counsel.

14:17:42   2          MS. POTASHNER:  No questions, thank you.

14:17:44   3          THE COURT:  Any redirect?

14:17:46   4          MR. HSIEH:  No, Your Honor.  Thank you.

14:17:47   5          THE COURT:  You may step down.

14:17:49   6          May this witness be excused?

14:17:51   7          MR. HSIEH:  Yes from the Government.

14:17:53   8          THE COURT:  Any objection?

14:17:58   9          MR. RUYAK:  No objection.

14:17:59  10          THE COURT:  You are free to go.  Thank you

14:18:01  11  for coming in.

14:18:08  12          Next witness.

14:18:10  13          MR. BERNSTEIN:  The Government's next

14:18:46  14  witness is Special Agent Panuchai Praditbatuga.

14:18:46  15          THE CLERK:  Good afternoon.  Raise your

14:18:48  16  hand, please.

14:18:49  17          Do you solemnly swear the testimony that you

          18  are about to give in the matter now before the Court,

          19  shall be the truth, the whole truth and nothing but the

          20  truth, so help you God?

          21          THE WITNESS:  I do.

          22          THE CLERK:  Thank you.  You may be seated.

14:18:58  23          May I please ask that you state and spell

14:19:01  24  your full name for the record.

14:19:02  25          THE WITNESS:  Panuchai Praditbatuga.

| | | |
|---|---|---|
| 14:19:08 | 1 | Spelling of the first name, P-A-N-U-C-H-A-I.  Spelling |
| 14:19:15 | 2 | of the last name, P-R-A-D-I-T-B-A-T-U-G-A. |
| 14:19:26 | 3 | THE CLERK:  Thank you. |
| 14:19:28 | 4 | THE COURT:  Thank you. |
| 14:19:28 | 5 | Counsel, you may inquire. |
| 14:19:31 | 6 | **DIRECT EXAMINATION** |
| 14:19:31 | 7 | BY MR. BERNSTEIN: |
| 14:19:31 | 8 | Q.  Good afternoon.  What do you do, Special Agent |
| 14:19:34 | 9 | Praditbatuga? |
| 14:19:34 | 10 | A.  I'm a special agent with Homeland Security |
| 14:19:37 | 11 | Investigations. |
| 14:19:39 | 12 | Q.  And how long have you been a special agent with |
| 14:19:40 | 13 | Homeland Security Investigations? |
| 14:19:42 | 14 | A.  I have been a special agent since approximately |
| 14:19:45 | 15 | December 2002.  That was with the former U.S. Custom |
| 14:19:51 | 16 | Service, and the organization was reorganized to what is |
| 14:19:56 | 17 | now Homeland Security Investigations. |
| 14:19:57 | 18 | Q.  Were you asked to assist in a limited way with |
| 14:20:02 | 19 | the investigation of the Perfectus warehouse defendants? |
| 14:20:04 | 20 | A.  Yes. |
| 14:20:05 | 21 | Q.  What was your role in this investigation? |
| 14:20:07 | 22 | A.  To be the team leader for a search warrant at a |
| 14:20:11 | 23 | warehouse in Ontario, California. |
| 14:20:14 | 24 | Q.  Now, I want to direct your attention to |
| 14:20:20 | 25 | September 14, 2017.  That day, did Homeland Security |

14:20:25   1    execute a search warrant on 1001 South Doubleday Avenue

14:20:28   2    in Ontario?

14:20:29   3        A.   That is correct.

14:20:30   4        Q.   What was located at that address?

14:20:31   5        A.   It was a warehouse and within the warehouse,

14:20:35   6    there was office space.

14:20:36   7        Q.   And the name of the entity that owned the

14:20:42   8    premises at that time?

14:20:44   9        A.   Perfectus Aluminum.

14:20:45   10       Q.   That was located at the premises?

14:20:47   11       A.   That was located at the premises.

14:20:50   12       Q.   And the warehouse, roughly how big was it?

14:20:52   13       A.   It was approximately 395,000 square feet.

14:20:58   14       Q.   And you said there was an office space too?

14:20:59   15       A.   Yeah, there was office space within the

14:21:02   16   warehouse.

14:21:02   17       Q.   Now, when you executed this search warrant on

14:21:06   18   Perfectus at the Ontario warehouse, was it just you, or

14:21:12   19   were there other agents with you?

14:21:14   20       A.   There was a team of special agents, digital

14:21:19   21   forensics agents, task force officers, import

14:21:21   22   specialists, intelligence research specialists.

14:21:25   23       Q.   And as team leader, what was your responsibility?

14:21:27   24       A.   To organize the execution of the search warrant

14:21:32   25   and be able to approach it safely and identify the areas

14:21:38   1   where the search can take place.

14:21:40   2       Q.   And overseeing the search warrant, would that

14:21:43   3   include the collection and preservation of evidence

14:21:46   4   recovered from the search warrant?

14:21:49   5       A.   Yes.

14:21:49   6       Q.   Now, as the search warrant was executed, did

14:21:57   7   Homeland Security, you and other agents seize evidence

14:22:00   8   or seize documents from Perfectus?

14:22:06   9       A.   Yes.

14:22:06   10      Q.   And that evidence, was it then placed in evidence

14:22:09   11  bags and boxes?

14:22:10   12      A.   There were placed in boxes and bags.

14:22:13   13      Q.   What happened after the documents seized from

14:22:16   14  Perfectus were placed in these evidence bags and boxes?

14:22:18   15      A.   They were transported back to the office location

14:22:22   16  and turned over to the evidence custodian, where they

14:22:25   17  are locked in a safe evidence room.

14:22:28   18      Q.   And those documents are preserved -- the original

14:22:33   19  documents seized from Perfectus are preserved in those

14:22:38   20  evidence bags and boxes in the evidence room to this

14:22:40   21  day?

14:22:41   22      A.   Correct.  In one of the evidence rooms.

14:22:43   23      Q.   Now, prior to today, did you review a series of

14:22:48   24  the Government's exhibits in preparation for your

14:22:51   25  testimony?

14:22:51   1   A.   Yes.   I reviewed a series of documents seized

14:22:55   2   from the Ontario warehouse, including translation --

14:22:58   3   corresponding translation documents for some of them.

14:23:02   4   Q.   Okay.   So I want to give you some exhibit ranges:

14:23:06   5   Government's exhibits 215 and 216, and then exhibits 500

14:23:10   6   through 598.

14:23:11   7   Were those -- those exhibits all true copies of

14:23:17   8   documents seized from Perfectus and corresponding

14:23:21   9   translations for certain documents?

14:23:23  10   A.   Yes.

14:23:23  11   Q.   And very briefly, how did you go about confirming

14:23:30  12   that the Government's exhibits 215 and 216, and then 500

14:23:35  13   to 598 were true copies of documents that were seized

14:23:40  14   from Perfectus, as compared to the originals?

14:23:44  15   A.   I matched the exhibits with the original in the

14:23:47  16   boxes in which they were sealed and packaged.

14:23:51  17   Q.   So if you took Exhibit 215, you took the exhibit

14:23:55  18   and matched it with the document in the evidence bag or

14:23:59  19   evidence box?

14:24:00  20   A.   That is correct.

14:24:02  21   MR. BERNSTEIN:   Okay.   I want to now show

14:24:06  22   you Exhibit 215, for just the witness.

14:24:15  23   THE COURT:   Okay.

          24   BY MR. BERNSTEIN:

14:24:20  25   Q.   And, Special Agent, you have that in front of

14:24:22   1    you?

14:24:23   2              THE COURT:  Not yet.  It hasn't come up.

14:24:36   3              Okay.

14:24:37   4              MR. BERNSTEIN:  All set, Your Honor?

14:24:39   5              THE COURT:  Yes.

           6    BY MR. BERNSTEIN:

14:24:40   7       Q.  Okay.  This is one of the documents seized from

14:24:42   8    Perfectus?

14:24:42   9       A.  Yes.

14:24:43  10       Q.  And this document is a -- well, why don't you

14:24:48  11    tell us.

14:24:48  12       A.  It is a request for information from U.S. Customs

14:24:51  13    and Border Protection.

14:24:52  14       Q.  Who is it addressed to?

14:24:54  15       A.  It is addressed to Aluminum Shapes, LLC at 9000

14:24:58  16    River Road, Delair, New Jersey, 08110-3204.

14:25:08  17              MR. BERNSTEIN:  Your Honor, the Government

14:25:10  18    moves to admit Exhibit 215.

14:25:13  19              THE COURT:  It will be received.

14:25:14  20              (Exhibit 215 is received.)

14:25:15  21    BY MR. BERNSTEIN:

14:25:15  22       Q.  Okay.  I'll click out very briefly.  I want to

14:25:20  23    fly through these, Special Agent, so just let me know if

14:25:25  24    I need to slow down.

14:25:26  25              So up at the top, we see from U.S. Customs and

14:25:30  1    Border Protection, a request for information?

14:25:32  2        A.  That's correct.

14:25:32  3        Q.  To Aluminum Shapes?

14:25:34  4        A.  That's correct.

14:25:35  5        Q.  And the date of the request is what?

14:25:38  6        A.  06/25/2013.

14:25:41  7        Q.  And what is a Department of Homeland Security CBP

14:25:47  8    request for information?

14:25:47  9        A.  It's a form where they request additional

14:25:50  10   information to assist them in a determination on whether

14:25:54  11   a shipment is compliant with existing laws and

14:26:01  12   regulations.

14:26:02  13       Q.  And let me ask just one clarifying question.  You

14:26:04  14   mentioned there were digital forensic people that went

14:26:07  15   to the search warrant.  The exhibit that you reviewed

14:26:09  16   today and that we are going to talk about, were they

14:26:12  17   found on computers, or were they all printed out and

14:26:16  18   stored as records at Perfectus?

14:26:17  19       A.  They were printed-out documents stored as

14:26:21  20   records.

14:26:21  21       Q.  I want to take you to Exhibit 215, page 2.  Was

14:26:31  22   there at the request for information that you found, a

14:26:34  23   series of pages that were attached to it?

14:26:39  24       A.  Yes.

14:26:39  25       Q.  And this document lists the buyer as what?

14:26:50  1     A.   Aluminum Shapes, LLC.

14:26:52  2     Q.   And the seller as what?

14:26:53  3     A.   The seller was listed as Dalian Liwang Trade

14:26:56  4  Company LTD.

14:26:58  5     Q.   And it's in reference to aluminum pallets that

14:27:01  6  are extra heavy?

14:27:03  7     A.   That is correct.

14:27:04  8     Q.   At the price of what?

14:27:06  9     A.   355 U.S. dollars.

14:27:11  10    Q.   Per unit?

14:27:12  11    A.   Per-unit price.

14:27:17  12    Q.   If we go down to page 4 of this document, was

14:27:21  13  there additional information that was found underneath

14:27:25  14  the Customs and Border Protection request for

14:27:29  15  information?

14:27:30  16    A.   Yes.

14:27:30  17    Q.   And is that depicted on page 4?

14:27:33  18    A.   Yes.

14:27:34  19    Q.   Do you see what it says where I just highlighted?

14:27:39  20    A.   Yes.  It's one --

         21    Q.   Yeah.

14:27:43  22    A.   It's 100 percent sealed weld.

14:27:44  23    Q.   And when we see underneath that answer is 13 C,

14:27:49  24  and section 14, question 42, we go up to the request for

14:27:55  25  information itself.  Zoom in on 13 C.

14:28:07   1          What does -- what is the information requested

14:28:13   2    under 13 C of this form?

14:28:15   3      A.   It is requesting the breakdown of components,

14:28:19   4    materials or ingredients by weight, and the actual cost

14:28:22   5    of the components at the time of assembly into the

14:28:25   6    finished article.

14:28:27   7      Q.   And then we see section 14.4.  The other question

14:28:36   8    we noticed.  Please provide the following information,

14:28:40   9    and then what does it say there?

14:28:42  10      A.   A description of manufacturing process used to

14:28:46  11    produce the goods.

14:28:48  12      Q.   The information sheet attached -- or the response

14:28:56  13    sheet attached to the request for information, for 13 C,

14:29:02  14    the manufacturing process, what does it say?

14:29:05  15      A.   None.  We buy finished products only.

14:29:08  16      Q.   And then the next one, section 14, question 4,

14:29:14  17    what does that say?

14:29:14  18      A.   None.  See attached copy of specification.

14:29:18  19      Q.   I want to show you Exhibit 216, just for the

14:29:21  20    witness.

14:29:30  21          This is another document you found at Perfectus?

14:29:31  22      A.   Yes.

14:29:31  23      Q.   And, again, this is a -- this is also a customs

14:29:38  24    and border patrol request for information, this time to

14:29:42  25    Pengcheng Aluminum?

14:29:43   1      A.   Yes.   Customs and Border Protection's request for

14:29:47   2   information form to Pengcheng Aluminum Enterprise.

14:29:51   3                  MR. BERNSTEIN:   Your Honor, Government moves

14:29:53   4   to admit Exhibit 216.

14:29:56   5                  MS. POTASHNER:   Objection, Your Honor.   Does

14:29:57   6   not fall within the exception.

14:30:01   7                  I would direct Your Honor to 216.

14:30:06   8                  THE COURT:   Let me help you out here,

14:30:07   9   because it is 2:30 right now.   And 2:30 is when we take

14:30:11   10   our afternoon break.

14:30:13   11                  So I'm going to excuse the jury at this time

14:30:15   12   for your break.   I will see you back in 15 minutes.

14:31:00   13   Leave quietly, because I will be talking to the

14:31:05   14   attorneys.

           15                  (Jurors exit the courtroom.)

14:31:06   16                  THE COURT:   Okay.   The record will reflect

14:31:07   17   that the jurors have left the courtroom.

14:31:08   18                  You can have your seats.

14:31:10   19                  You may step down, sir.

14:31:12   20                  Counsel, go ahead.

14:31:14   21                  MS. POTASHNER:   Thank you.

14:31:14   22                  THE COURT:   Your timing was wonderful.

14:31:17   23                  MS. POTASHNER:   Thank you, Your Honor.

14:31:19   24                  I understand that the Government's trying to

14:31:20   25   move this in as business records.   However, there are

14:31:23    1    annotations on it.  It's unclear that the annotations

14:31:26    2    were made in the course of ordinary business, and so I

14:31:29    3    would object.  I don't think it lays the proper

14:31:31    4    foundation.

14:31:33    5                MR. BERNSTEIN:  So if we are just talking

14:31:35    6    about the annotations, Your Honor, this is records that

14:31:38    7    were found in the custody of Perfectus.  The top page is

14:31:45    8    Customs and Border Protection's request for information

14:31:46    9    from Pengcheng Aluminum, which merged into Perfectus.

14:31:49   10    And this is the information that they prepared to

14:31:53   11    provide to Customs and Border Protection.  It

14:31:58   12    squarely --

14:31:58   13                THE COURT:  Let me ask you.  What she's

14:31:59   14    saying is, is there's an interlineation on it and that

14:32:01   15    may or may not be part of the business record.  That may

14:32:04   16    have been earlier or later.  Are you saying you can

14:32:06   17    redact that?

14:32:07   18                MR. BERNSTEIN:  Could I show, Your Honor? I

14:32:08   19    think it might --

14:32:08   20                THE COURT:  Well, my question is: Is it

14:32:12   21    necessary?  Can it be redacted?  Or are you saying no,

14:32:13   22    that's part of the business record?

14:32:13   23                MR. BERNSTEIN:  That's part of the record,

14:32:14   24    Your Honor.  I mean, these are the answers that --

14:32:16   25                THE COURT:  Do you have anybody that can

14:32:17    1    substantiate that that was on there and is part of the

14:32:21    2    business records?  We don't know if somebody wrote it in

14:32:24    3    later or if somebody in your office wrote it on there

14:32:28    4    when they were looking at it.  What she's saying is,

14:32:30    5    she's not objecting to the business records.  She

14:32:33    6    objecting to the interlineation that's on the business

14:32:36    7    record.  And there's no evidence as to when it was put

14:32:39    8    on there and when it wasn't.

14:32:40    9             MR. BERNSTEIN:  So if the objection is just

14:32:41    10   to the handwriting, I can skip to the printed part.

14:32:44    11            THE COURT:  I think that's what it is.

14:32:46    12            Am I right, Counsel?

14:32:47    13            MS. POTASHNER:  Yes, Your Honor.

14:32:48    14            THE COURT:  Okay.  You can do what?

14:32:51    15            MR. BERNSTEIN:  I can skip over and just get

14:32:53    16   to the printed part of it.

14:32:54    17            THE COURT: Okay.  Why don't you see if you

14:32:57    18   can work it out with them.  I think that's the

14:33:02    19   objection.  Because there's no proof to the Court that

14:33:04    20   that was made as part of the business record.  It could

14:33:06    21   have been made by a secretary yesterday.

14:33:08    22            MR. BERNSTEIN:  Your Honor, my only response

14:33:09    23   is that the special act testified that these exhibits

14:33:14    24   that were introduced, are identical to the exhibits as

14:33:16    25   they were found at the search warrant.  He said he

14:33:19   1   compared each one of them.  So it obviously wasn't a

14:33:24   2   Government --

14:33:24   3                THE COURT:  Well, if that is what he's going

14:33:25   4   to testify to, that's fine.  But why don't you talk with

14:33:27   5   counsel first and find out.  Because as of now, the

14:33:28   6   objection is a pretty good objection.  We don't know

14:33:30   7   exactly what they are.  If he can go back and testify,

14:33:31   8   the writing was on there when I got it, that's something

14:33:35   9   different.  Okay?  So just talk to each other and see if

14:33:38   10  there's any problem on it.

14:33:39   11               We will be in recess.

14:54:27   12               (BREAK TAKEN.)

14:54:27   13               THE COURT:  Okay.  The record reflects that

14:54:30   14  the jurors are all in their respective seats in the

14:54:30   15  jury box.  The witness is on the witness stand.

14:54:33   16               And, Counsel, you may continue in your

14:54:34   17  examination.

14:54:34   18               MR. BERNSTEIN:  Thank you, Your Honor.

14:54:35   19               I want to bring back up 216, page 1, for

14:54:39   20  just the witness.

14:54:47   21  BY MR. BERNSTEIN:

14:54:47   22     Q.  And, Special Agent, you testified about what page

14:54:49   23  1 is.  I want to go down to page 2.

14:54:54   24               First, as a general matter, Exhibit 216, did that

14:54:57   25  match the original document that was seized from

14:55:01  1    Perfectus?

14:55:01  2        A.  Yes.

14:55:02  3        Q.  And you are looking at page -- or Exhibit 216,

14:55:08  4    page 2.  The handwriting on this document, was that on

14:55:10  5    the original document seized from Perfectus?

14:55:13  6        A.  Yes.

14:55:14  7             MR. BERNSTEIN:  Your Honor, the Government

14:55:14  8    moves to admit Exhibit 216.

14:55:18  9             MS. POTASHNER:  Same objection, Your Honor,

14:55:19  10   as well as relevancy.

14:55:21  11            THE COURT:  Okay.  It will be noted for the

14:55:22  12   record and overruled.

          13            (Exhibit 216 is received.)

          14   BY MR. BERNSTEIN:

14:55:25  15       Q.  So first, let's go back to -- page up to

14:55:30  16   Exhibit 1, just very quickly.

14:55:35  17            Is this the same form and request for information

14:55:39  18   from Customs and Border Protection?

14:55:42  19       A.  Yes.

14:55:42  20       Q.  And this time, instead of Aluminum Shapes, it's

14:55:46  21   addressed to Pengcheng Aluminum?

14:55:50  22       A.  Yes.

14:55:50  23       Q.  And the date of the request is what?

14:55:52  24       A.  03/11/2013.

14:55:57  25       Q.  I'm going to take you to page 2 now, and let me

14:56:09  1   zoom in on one part first.  First, the merchandise, that

14:56:15  2   this is about is what?

14:56:17  3      A.  Aluminum pallet.

14:56:18  4      Q.  And the document you found at Perfectus, did it

14:56:24  5   have some printed text as well as some handwriting on

14:56:31  6   it?

14:56:31  7      A.  Yes.

14:56:31  8      Q.  I want you to read the question I just

14:56:34  9   highlighted on page 2 of Exhibit 216.

14:56:38  10     A.  "What's the product and how is it going to be

14:56:40  11  used?"

14:56:41  12     Q.  What does the handwriting say:

14:56:42  13     A.  Pallet for moving stuff or storage."

14:56:45  14     Q.  And then the sentence I just highlighted, what

14:56:51  15  does that say?

14:56:52  16     A.  "Where is the raw material obtained?"

14:56:54  17     Q.  And then what's the handwriting above it?

14:56:56  18     A.  "We don't know."  And "Buy finished products."

14:57:01  19     Q.  And then, comma, "Connection between Pengcheng

14:57:04  20  and Yingkou Qianxiang Trading Company."  Do you see

14:57:10  21  handwriting underneath that?

14:57:12  22     A.  Yes.

14:57:13  23     Q.  I want to show you page 3.

14:57:17  24         Do you see some of those answers transposed in

14:57:23  25  print?

14:57:31  1          I'll zoom in on the top here.  The same question

14:57:34  2   we saw before 13 C, what does it say?

14:57:37  3      A.   "None.  We buy finished products only."

14:57:40  4      Q.   And then at the bottom, you see where it says,

14:57:54  5   "Where is the raw material obtained?"

14:57:56  6      A.   I do.

14:57:56  7      Q.   What does it say underneath that?

14:57:58  8      A.   "We do not know.  We just buy finished products."

14:58:02  9      Q.   What about the question under that? What does

14:58:04  10  that say?

14:58:04  11     A.   "How is the material extruded?"

14:58:06  12     Q.   And under that, what does it say?

14:58:08  13     A.   "We do not know.  We just buy finished products."

14:58:12  14     Q.   All right.  I'm going to show you -- just the

14:58:19  15  witness -- Exhibit 504.  Let me start with 500,

14:58:29  16  actually.

14:58:35  17          Is this one of the documents that you found at

14:58:37  18  Perfectus?

14:58:38  19     A.   Yes.

14:58:39  20     Q.   And I'm going to go to 501.

14:58:46  21          Is this the translation of that document?

14:58:49  22     A.   Yes.

14:58:49  23     Q.   The e-mail, is it from a Wendy Li with a

14:59:01  24  Zhongwang e-mail address?

14:59:02  25     A.   Yes.

14:59:05   1      Q.   And is it to Johnson Shao at Pencheng aluminum

14:59:11   2   U.S.com?

14:59:12   3      A.   Yes.

14:59:13   4      Q.   And the date is what?

14:59:14   5      A.   November 30th, 2010.

14:59:17   6              MR. BERNSTEIN:   Your Honor, the Government

14:59:18   7   moves to admit Exhibit 501.

14:59:22   8              MS. POTASHNER:   Objection, Your Honor.

14:59:23   9   Hearsay.

14:59:24  10              THE COURT:   Overruled.   It will be received.

          11              (Exhibit 501 is received.)

          12   BY MR. BERNSTEIN:

14:59:27  13      Q.   Okay.   So the jury can see this, the e-mail said

14:59:33  14   from Wendy at Zhongwang?

14:59:36  15      A.   Yes.

14:59:37  16      Q.   And it's to Johnson Shao on November 30, 2010?

14:59:41  17      A.   Yes.

14:59:42  18      Q.   And underneath it, do you see directions --

14:59:51  19   sorry.

14:59:52  20              MR. BERNSTEIN:   Ms. Williams, could you

14:59:54  21   publish for the jury.

          22   BY MR. BERNSTEIN:

15:00:00  23      Q.   We have Wendy Lee at Zhongwang to Johnson Shao,

15:00:05  24   November 30th, 2010.

15:00:07  25              And do you see directions from the Zhongwang

15:00:13   1    employee to Johnson Shao to order pallets?

15:00:16   2        A.   Yes.

15:00:17   3        Q.   And we are not going to read all this text, but

15:00:19   4    addressed to Mr. Zhou?

15:00:23   5        A.   Correct.

15:00:23   6        Q.   And then, can you just read the highlighted text?

15:00:27   7        A.   "Please divide Pengcheng U.S.'s pallet order into

15:00:31   8    two orders and send it to Harriet Lau from the Hong Kong

15:00:35   9    company.  Each order has one container.  Please include

15:00:38   10   full details, such as price, delivery time, quality

15:00:44   11   requirement and so on.  Harriet Lau's contact details

15:00:49   12   are as follows:  Hong Kong office.  Contact:  Harriet

15:00:52   13   Lau.  E-mail: Harriet Lau at Zhongwang.com.  Phone

15:00:56   14   number" --

15:00:58   15       Q.   You don't need to read the phone number.

15:01:04   16            It's signed by Wendy?

15:01:04   17       A.   Correct.

15:01:05   18       Q.   Did you see e-mails that were printed and saved

15:01:08   19   at Perfectus to Johnson Shao, where Johnson Shao was

15:01:11   20   given the language of e-mails to send to Zhongwang to

15:01:16   21   order pallet?

15:01:18   22            MS. POTASHNER:  Objection.  Calls for

15:01:19   23   hearsay.

15:01:19   24            THE COURT:  Sustained.  Excuse me.

15:01:21   25   Overruled.

15:01:23  1   BY MR. BERNSTEIN:

15:01:23  2        Q.   I want to show you Exhibit 504, just the witness.

15:01:29  3             THE COURT:   Okay.

15:01:31  4             MR. BERNSTEIN:   Thank you, Ms. Williams.

15:01:33  5   BY MR. BERNSTEIN:

15:01:34  6        Q.   Special Agent, this is one of the e-mails you

15:01:36  7   found?

15:01:36  8        A.   Yes.

15:01:37  9        Q.   And if I go to 505, this is the translation of

15:01:44  10  that e-mail?

15:01:45  11       A.   Yes.

15:01:48  12       Q.   The e-mail itself is from someone identified as

15:01:58  13  triple H with a 163.com e-mail address?

15:02:04  14       A.   Correct.

15:02:04  15       Q.   Who is it to?

15:02:06  16       A.   Johnson Shao at PCAUS.com.

15:02:10  17       Q.   And does this person -- start at the top --

15:02:16  18  identify herself as Yajuan Zhao from CCW's international

15:02:23  19  business department?

15:02:24  20       A.   Yes.

15:02:24  21       Q.   And underneath that, does it say this e-mail

15:02:28  22  needs to be sent to you, with my personal account?

15:02:30  23       A.   Yes.

15:02:31  24       Q.   And then it has other instructions through

15:02:33  25  e-mail, Harriet Lau?

15:02:35  1       A.   Correct.

15:02:36  2            MR. BERNSTEIN:   Your Honor, the Government

15:02:37  3  moves to admit 505.

15:02:39  4            THE COURT:   Same objection?

15:02:41  5            MS. POTASHNER:   Same objection, Your Honor.

15:02:42  6            THE COURT:   Okay.   In fact, Counsel, I'm

15:02:44  7  going to be treating it as a continuing objection.   If

15:02:46  8  you wish to make it, fine.   But if not, I will always

15:02:48  9  treat it as a continuing objection on these.

15:02:50  10           It will be overruled. Counsel.

15:02:52  11           (Exhibit 505 is received.)

15:02:52  12           THE CLERK:   Sorry.   Was that 504, or 505?

15:02:58  13           MR. BERNSTEIN:   505.

15:03:00  14           Okay.   So we have it published now.

          15  BY MR. BERNSTEIN:

15:03:03  16      Q.   The from, who is that from?

15:03:03  17      A.

15:03:08  18           MR. HSIEH:   At Zhao Yajuan 1206 at 163.com.

          19           MR. BERNSTEIN:   And for the court reporter,

          20  that's Z-H-A-O Y-A-J-U-A-N 1206.

          21  BY MR. BERNSTEIN:

15:03:18  22      Q.   And to Johnson Shao at Pengcheng Aluminum U.S.?

15:03:23  23      A.   Correct.

15:03:24  24      Q.   And the date of this e-mail is what?

15:03:28  25      A.   December 7, 2010.

15:03:30  1     Q.   All right.   I'm going to zoom in on the text of

15:03:34  2     the e-mail.   Let me zoom in on less of it.

15:03:41  3          The e-mail to Johnson Shao, can you read the text

15:03:46  4     of the first paragraph?

15:03:47  5     A.   "Mr. Shao, hello.   I am Yajuan Zhao from

15:03:58  6     Zhongwang's international business department.   This is

15:04:02  7     my personal e-mail.   This e-mail needs to be sent to you

15:04:07  8     with my personal e-mail.   The following content is the

15:04:11  9     e-mail you need to send to Harriet Lau in Hong Kong.

15:04:15 10     Please be sure to send it to Harriet Lau on

15:04:20 11     December 7th.   Thank you.   Please write another e-mail.

15:04:24 12     Don't CC us in the e-mail to Hong Kong or forward this

15:04:29 13     e-mail.   Thank you."

15:04:36 14     Q.   Now, underneath that, do you see some suggested

15:04:39 15     text to Harriet Lau?

15:04:41 16     A.   I do.

15:04:42 17     Q.   And can you please read the text that was

15:04:47 18     provided to Johnson Shao to send to Harriet.

15:04:51 19     A.   "Dear Harriet, we are pleased to contact you.   We

15:04:55 20     require about 520 each of aluminum pallet, and we have

15:05:01 21     attached the product specifications for your

15:05:03 22     information.   If you can produce, please give us an

15:05:08 23     estimate with your best prices and fulfillment date.   We

15:05:11 24     look forward to receiving an early reply."

15:05:17 25          Skip space.   "Hello.   Nice to meet you.   We would

15:05:20  1  like to purchase about 520 each aluminum pallets from

15:05:25  2  your company.  Please refer to the attached drawings for

15:05:29  3  the product specifications.  Please provide a product

15:05:33  4  quote and delivery date if production is possible.  We

15:05:38  5  will look forward for your reply.  Best regards."  In

15:05:43  6  brackets, "extrusion Pengcheng Aluminum."

15:05:48  7      Q.  Okay.  So after Johnson Shao in December 7, 2010,

15:05:55  8  got the e-mail from Yajuan Zhao from CZW, did you find

15:06:08  9  an e-mail printed at Perfectus, where he then e-mailed

15:06:11  10  Harriet Lau?

15:06:12  11      A.  Yes.

15:06:13  12      Q.  I want to show you Exhibit 506.

15:06:17  13          MR. BERNSTEIN:  Just the witness.  I'm

15:06:18  14  sorry.

           15  BY MR. BERSTEIN:

15:06:26  16      Q.  Do you have 506 in front of you?

15:06:28  17      A.  Yes.

15:06:29  18      Q.  And, again, that's one the printed e-mails you

15:06:33  19  found at Perfectus?

15:06:34  20      A.  Yes.

15:06:35  21      Q.  Let me show you 507.  And tell me if that is

15:06:39  22  the -- the translation of Exhibit 506?

15:06:43  23      A.  Yes.

15:06:45  24      Q.  And is this the e-mail that you just referenced,

15:06:48  25  where Johnson Shao then sends the language to Harriet

15:06:54  1    Lau?

15:06:54  2        A.   Yes.

15:06:55  3             MR. BERNSTEIN:   Your Honor, the Government

15:06:57  4    moves to admit Exhibit 507.

15:07:00  5             THE COURT:   Will be received.

15:07:02  6             (Exhibit 507 is received.)

15:07:03  7             MR. BERNSTEIN:   And permission to publish.

15:07:05  8    Thank you, Your Honor.

         9    BY MR. BERNSTEIN:

15:07:06  10       Q.   So going to the top quickly here, now we have an

15:07:13  11   e-mail from Johnson Shao at PCAUS.com?

15:07:22  12       A.   Yes.

15:07:26  13       Q.   And is it to Harriet Lau at a Zhongwang e-mail

15:07:27  14   address?

15:07:27  15       A.   Yes.

15:07:28  16       Q.   And let me do it like this.  I'm going to show

15:07:33  17   you on the left side, Exhibit 505-1, which you just

15:07:40  18   testified about, and then on the right side,

15:07:46  19   Exhibit 507-1.  I'm going to blow up the suggested

15:07:52  20   e-mail to Johnson Shao, move that to the top from

15:08:01  21   Exhibit 505, page 1.  And then on the bottom, I'm going

15:08:08  22   to blow up from Exhibit 507, page 1, the e-mail that

15:08:12  23   Johnson Shao wrote to Harriet Lau.

15:08:16  24            How did these two e-mails compare?

15:08:19  25       A.   The text from the suggested e-mail is on --

15:08:22  1          MR. RUYAK:  Your Honor, I object.

15:08:25  2          THE COURT:  I was going to sustain, anyway.

15:08:27  3  It's something the jury can do on their own.

15:08:31  4          MR. RUYAK:  Right.

15:08:32  5          THE COURT:  The documents speak for

15:08:34  6  themselves.

15:08:35  7          MR. BERNSTEIN:  Fair enough, Your Honor.

15:08:36  8  BY MR. BERNSTEIN:

15:08:36  9     Q.  I want to show you exhibit --

15:08:40  10          MR. BERNSTEIN:  Just the witness, Your

15:08:40  11  Honor.

15:08:43  12  BY MR. BERNSTEIN:

15:08:45  13     Q.  -- Exhibit 510.

15:08:46  14          THE COURT:  Okay.

          15  BY MR. BERNSTEIN:

15:08:49  16     Q.  And, Special Agent, is that another e-mail that

15:08:53  17  you found printed at Perfectus?

15:08:55  18     A.  Yes.

15:08:56  19     Q.  And 511, is that the translation?

15:09:02  20     A.  Yes.

15:09:02  21     Q.  And is this another e-mail from Yajuan Zhao from

15:09:13  22  the CZW international business to Johnson Shao?

15:09:16  23     A.  Yes.

15:09:18  24     Q.  And this time, it's December 9, 2010?

15:09:23  25     A.  Yes.

15:09:23   1       Q.   And, again, does Yajuan Zhao give Johnson Shao

15:09:28   2   the language to use when e-mailing CZW?

15:09:32   3       A.   Yes.

15:09:33   4                MR. BERNSTEIN:   Your Honor, the Government

15:09:34   5   moves to admit Exhibit 511.

15:09:38   6                THE COURT:   It will be received.

           7                (Exhibit 511 is received.)

           8   BY MR. BERNSTEIN:

15:09:45   9       Q.   Again, we won't read through all this, but just

15:09:49  10   very select portions, from the 126.com e-mail address to

15:09:56  11   Johnson Shao.   And does it again direct Mr. Shao to

15:10:03  12   e-mail Harriet Lau?

15:10:05  13       A.   Yes.

15:10:05  14       Q.   And then provides language to send to Harriet

15:10:10  15   Lau?

15:10:11  16       A.   Yes.

15:10:14  17       Q.   I'm going to show you exhibit --

15:10:16  18                MR. BERNSTEIN:   Just the witness, Your

15:10:18  19   Honor.

15:10:18  20   BY MR. BERSTEIN:

15:10:19  21       Q.   -- 540.

15:10:31  22            This is a true copy of one of the e-mails you

15:10:34  23   found at Perfectus?

15:10:35  24       A.   Yes.

15:10:35  25       Q.   And 541, is this the translation?

15:10:39  1      A.   Yes.

15:10:40  2      Q.   Is this another e-mail, this time from

15:10:45  3  November 14th of 2011, from Yajuan Zhao to Johnson Shao?

15:10:50  4      A.   Yes.

15:10:51  5      Q.   And does it again give him instructions to place

15:10:59  6  an order to CZW?

15:11:01  7      A.   Yes.

15:11:02  8           MR. BERNSTEIN:   Your Honor, the Government

15:11:03  9  moves to admit Exhibit 541.

15:11:06  10          THE COURT:   It will be received.

15:11:07  11          (Exhibit 541 is received.)

          12  BY MR. BERNSTEIN:

15:11:16  13     Q.   Again, the date is November 14, 2011, and it's

15:11:19  14 from Yajuan Zhao to Johnson Shao?

15:11:22  15     A.   That's correct.

15:11:23  16     Q.   Can you read the highlighted text for me.

15:11:26  17     A.   "Hello, Mr. Shao. Please send an e-mail to Hong

15:11:30  18 Kong again to let them know that the latest order of six

15:11:34  19 boxes of thin pallets needs to be sent out by this

15:11:39  20 month, because the client is in a hurry to use the

15:11:43  21 goods.  In addition, place another order of eight boxes

15:11:46  22 of thin pallets, two boxes for delivery this month and

15:11:51  23 the remaining six boxes for next month.  Wish smooth

15:11:57  24 work and good health."

15:12:02  25     Q.   And now, so that was November 14th of 2011 at --

15:12:07    1    what's the time?

15:12:08    2        A.   8:26 a.m.

            3              MR. BERNSTEIN:   I want to show just the
15:12:15    4    witness, Exhibit 546.

            5    BY MR. BERSTEIN:

15:12:21    6        Q.   Is this one of the printed e-mails you found at
15:12:26    7    the search warrant site?

15:12:28    8        A.   Yes.

15:12:29    9        Q.   Exhibit 547, is this the translation of that
15:12:31   10    e-mail?

15:12:32   11        A.   Yes.

15:12:32   12        Q.   This time, is it from Johnson Shao to -- who is
15:12:38   13    it to?

15:12:38   14        A.   To Steve Fung at Zhongwang.com.

15:12:43   15        Q.   And what's the subject?

15:12:44   16        A.   New order.

15:12:45   17        Q.   And what's the date of this e-mail?

15:12:52   18        A.   11/15/2011.

15:12:55   19        Q.   And underneath that, do you see text where
15:12:57   20    Johnson Shao then, in fact, sends an order to CZW for
15:13:06   21    pallets?

15:13:07   22        A.   Yes.

15:13:08   23              MR. BERNSTEIN:   Your Honor, the Government
15:13:09   24    moves to admit Exhibit 547.

15:13:14   25              THE COURT:   It will be received.

15:13:15   1                    (Exhibit 547 is received.)

15:13:20   2   BY MR. BERSTEIN:

15:13:20   3       Q.   So the e-mail from Johnson Shao to Steve Fung is

15:13:23   4   depicted at the top.

15:13:27   5            And, sir, could you read the text that I just

15:13:28   6   highlighted.

15:13:28   7       A.   "Hi, Steve.  Since our customers expect to get

15:13:31   8   these pallets early, we hope that you can arrange to

15:13:35   9   ship six containers by the end of this month.  Could you

15:13:38  10   please change your delivery plan?  Also, we'd like to

15:13:43  11   order eight more containers of same kind of aluminum

15:13:49  12   pallets, and please arrange to ship two contains by the

15:13:52  13   end of this month too.  Six containers by the end of

15:13:56  14   December.  Please let us know if you have questions

15:13:58  15   about new orders."

15:14:05  16       Q.   I want to look at just two more of these. I want

15:14:11  17   to show you, just the witness, Exhibit 514.

15:14:13  18            Same thing.  Just another e-mail that was found

15:14:16  19   printed at Perfectus?

15:14:19  20       A.   Yes.

15:14:19  21       Q.   And Exhibit 515, that's the translation?

15:14:24  22       A.   Yes.

15:14:26  23       Q.   And, again, is this another e-mail from Yajuan

15:14:33  24   Zhao, directing Johnson Shao to send an order to CZW

15:14:41  25   with language suggested?

15:14:43   1    A.  Yes.

15:14:44   2         MR. BERNSTEIN:  Your Honor, the Government

15:14:45   3    moved to admit Exhibit 515.

15:14:48   4         THE COURT:  It will be received.

15:14:49   5         (Exhibit 515 is received.)

15:14:49   6    BY MR. BERSTEIN:

15:14:50   7    Q.  And this one, I want to highlight the date.  What

15:14:56   8    does it say?

15:14:56   9    A.  Monday, January 17, 2011, at 2:04 a.m.

15:15:02  10    Q.  And Yajuan Zhao, is she still using the 126.com

15:15:08  11    e-mail?

15:15:08  12    A.  Yes.

15:15:09  13    Q.  And it's to Johnson Shao?

15:15:13  14    A.  Yes.

15:15:13  15    Q.  Does she again identify herself as from the

15:15:16  16    international business department?

15:15:18  17    A.  Yes.

15:15:18  18    Q.  And what does this say?

15:15:20  19    A.  "This is my personal e-mail."

15:15:23  20    Q.  Okay.  Can you read the text that I just

15:15:29  21    highlighted?

15:15:30  22    A.  "The leader said the second batch of pallet

15:15:34  23    orders will also follow the same process as the last

15:15:37  24    pallet order.  Therefore, please send an e-mail to

15:15:41  25    Harriet Lau in Hong Kong.  The general content of the

15:15:45  1  e-mail to Harriet Lau is as follows:"

15:15:50  2      Q.  And then the text after that, what does it say?

15:15:56  3      A.  "Mrs. Lau, hello.  We have received the last

15:15:58  4  pallet order and the quality is good.  I want to order

15:16:02  5  another batch of pallets now.  The pallets profiled in

15:16:07  6  section and assembly drawing are detailed in the

15:16:11  7  attached drawings.  Please quote us as soon as possible.

15:16:15  8  Thank you."

15:16:18  9      Q.  Okay.  So that's January 17th at 2:11, and then

15:16:23  10  after that, did you see an e-mail from Johnson Shao to

15:16:28  11  CZW?

15:16:33  12           MR. BERNSTEIN: I will pull up, while I'm at

15:16:35  13  it, Exhibit 516, just for the witness.

          14  BY MR. BERSTEIN:

15:16:42  15      Q.  Is this one of the e-mails you found printed at

15:16:45  16  Perfectus?

15:16:46  17      A.  Yes.

15:16:46  18      Q.  And 517, is that the translation?

15:16:49  19      A.  Yes.

15:16:50  20      Q.  And this is the follow-up e-mail from Johnson

15:16:55  21  Shao to Harriet Lau at Zhongwang.com?

15:17:00  22      A.  Yes.

15:17:01  23           MR. BERNSTEIN:  Your Honor, the Government

15:17:01  24  moves to admit Exhibit 517.

15:17:05  25           THE COURT:  It will be received.

15:17:06  1              (Exhibit 517 is received.)

15:17:07  2    BY MR. BERNSTEIN:

15:17:11  3         Q.   And you see the same date up there?

15:17:16  4         A.   Yes.

15:17:16  5         Q.   And from Johnson Shao to Harriet Lau, at

15:17:21  6    Zhongwang.com?

15:17:23  7         A.   Yes.

15:17:23  8         Q.   That same language, is it then used?

15:17:27  9         A.   Yes.

15:17:27  10        Q.   And how does Johnson Shao sign his name?

15:17:31  11        A.   Johnson Shao, Pengcheng Aluminum.

15:17:48  12             MR. BERNSTEIN:  Just for the witness, Your

15:17:49  13   Honor, I want to bring up Exhibit 552.

          14   BY MR. BERNSTEIN:

15:17:55  15        Q.   Same thing, Special Agent, a printed e-mail that

15:17:58  16   was found at Perfectus?

15:18:00  17        A.   Yes.

15:18:00  18        Q.   And Exhibit 553, that's the translation?

15:18:04  19        A.   Yes.

15:18:05  20        Q.   This time in March of 2012?

15:18:12  21        A.   Yes.

15:18:14  22        Q.   So sometime after the last e-mail we saw?

15:18:17  23        A.   Yes.

15:18:18  24             MR. BERNSTEIN: Your Honor, the Government

15:18:19  25   moves to admit Exhibit 553.

15:18:22  1          THE COURT:  It will be received.

15:18:23  2              (Exhibit 553 is received.)

15:18:25  3  BY MR. BERNSTEIN:

15:18:25  4     Q.  And we won't go through all this text, but can

15:18:33  5  you read the highlighted portion of this e-mail from

15:18:41  6  Yajuan Zhao to Johnson Shao?

15:18:42  7     A.  "Please place another order for the second

15:18:46  8  quarter of 2012."

15:18:49  9     Q.  And still using the 126.com e-mail?

15:18:53  10    A.  Yes.

15:18:59  11    Q.  Okay.  One more of these.

15:18:59  12              MR. BERNSTEIN:  Just for the witness, Your

15:19:00  13  Honor, Exhibit 570.

         14  BY MR. BERNSTEIN:

15:19:05  15    Q.  Special Agent, this is another printed e-mail

15:19:07  16  that you found at Perfectus?

15:19:09  17    A.  Yes.

15:19:09  18    Q.  And Exhibit 571, the translation?

15:19:14  19    A.  Yes.

15:19:21  20    Q.  And another e-mail with directions from Yajuan

15:19:27  21  Zhao to Johnson Shao?

15:19:27  22    A.  Yes.

15:19:29  23              MR. BERNSTEIN:  Your Honor, the Government

15:19:29  24  moves to admit Exhibit 571.

15:19:33  25              THE COURT:  It will be received.

1                    (Exhibit 571 is received.)

2      BY MR. BERNSTEIN:

15:19:36   3      Q.   And this one now is a few months later,

15:19:40   4      June 12th, 2012?

15:19:41   5      A.   Yes.

15:19:42   6      Q.   And the "from" still at the Yajuan Zhao, the 126

15:19:49   7      address?

15:19:50   8      A.   Correct.

15:19:52   9      Q.   To Johnson Shao?

15:19:53   10     A.   Yes.

15:19:54   11     Q.   And then, what's the subject line?

15:19:56   12     A.   "Mr. Shao, please place pallet orders for the

15:19:59   13     third quarter of 2012."

15:20:03   14     Q.   And then, can you read this highlighted text.

15:20:07   15     A.   "Please send an inquiry e-mail to Hong Kong about

15:20:12   16     the price, delivery date, et cetera."

15:20:22   17     Q.   Okay.

15:20:23   18               MR. BERNSTEIN:   I want to show just the

15:20:24   19     witness Exhibit 535.

15:20:32   20               I will start with 534, actually.

21     BY MR. BERSTEIN:

15:20:37   22     Q.   Was this another document you found printed out

15:20:39   23     at the Perfectus warehouse?

15:20:43   24     A.   Yes.

15:20:44   25     Q.   Exhibit 535, is this the translation?

15:20:50  1    A.  Yes.

15:20:51  2    Q.  Is this an e-mail from a Craig Wang at

15:21:04  3    Zhongwang.com?

15:21:07  4    A.  Yes.

15:21:07  5    Q.  To Johnson Shao?

15:21:08  6    A.  Yes.

15:21:08  7    Q.  And does it confirm that they are shipping out

15:21:12  8    pallets to PCA or Perfectus?

15:21:16  9    A.  Yes.

15:21:18  10         MR. BERNSTEIN:  Your Honor, the Government

15:21:19  11   moves to admit Exhibit 535.

15:21:23  12         THE COURT:  It will be received.

15:21:24  13         (Exhibit 535 is received.)

15:21:27  14         MR. BERNSTEIN:  And, actually, if I could

15:21:28  15   just go back to 534, just for witness.

         16    BY MR. BERNSTEIN:

15:21:40  17   Q.  You said this was the original printed version

15:21:43  18   that you found, not the translation?

15:21:45  19   A.  Yes.

15:21:45  20   Q.  And this exhibit, did you compare it to the

15:21:50  21   original document that was seized, that was in the

15:21:52  22   evidence bag?

15:21:53  23   A.  Evidence box, yes.

15:21:54  24   Q.  Did it match, including the handwriting?

15:21:57  25   A.  Yes.

15:21:58   1          MR. BERNSTEIN:  Your Honor, the Government

15:21:59   2   moves to admit Exhibit 534.

15:22:03   3          THE COURT:  It will be received.

15:22:04   4          (Exhibit 534 is received.)

           5   BY MR. BERNSTEIN:

15:22:09   6     Q.  So this is the original of the translation we

15:22:13   7   just saw?

15:22:13   8     A.  Yes.

15:22:14   9     Q.  The Craig at Zhongwang to Johnson Shao?

15:22:24  10     A.  I don't see Craig up there.  But yes.  The CZW

15:22:30  11   WW.

15:22:30  12     Q.  What does the highlighted text say there?

15:22:33  13     A.  Vendor, Dalian Liwang.

15:22:36  14     Q.  And next to that?

15:22:37  15     A.  Double heavy duty.  Heavy duty.  3,672 by -- I

15:22:47  16   can't make out their dollar sign.

15:22:50  17     Q.  That's okay.  I just meant the --

15:22:55  18          All right.  Last exhibit for you, Special Agent.

15:22:57  19   I'm going to show you Exhibit 583.

15:23:02  20          MR. BERNSTEIN:  Just the witness.

          21   BY MR. BERNSTEIN:

15:23:07  22     Q.  Is this one of the printed Perfectus e-mails you

15:23:09  23   found -- one of the printed e-mails you found at the

15:23:12  24   Perfectus warehouse?

15:23:14  25     A.  Yes.

15:23:15   1      Q.   And 584, is that the translation?

15:23:20   2      A.   Yes.

15:23:21   3      Q.   And same thing, does it -- is the e-mail from

15:23:30   4   someone with a Zhongwang e-mail address to Johnson Shao?

15:23:35   5      A.   Yes.

15:23:35   6      Q.   Does it confirm that pallets will be shipped out

15:23:38   7   to -- from CZW to Perfectus?

15:23:45   8      A.   Yes.

15:23:46   9           MR. BERNSTEIN:   Your Honor, the Government

15:23:47  10   moves to admit Exhibit 384 -- sorry, 584.

15:23:51  11           THE COURT:   The handwriting on there, was

15:23:53  12   that on there, on the original?

15:23:56  13           THE WITNESS:   Yes.

15:23:56  14           THE COURT:   It will be received.

15:24:00  15           (Exhibit 584 is received.)

          16   BY MR. BERNSTEIN:

15:24:02  17      Q.   Okay.  Can you tell us the date?

15:24:04  18      A.   Thursday, October 25th, 2012.

15:24:07  19      Q.   And the text of the e-mail says what?

15:24:12  20      A.   "Hi, Mr. Shao. Starting November 1st, there will

15:24:16  21   be 80 thick pallets for a total of 20,160 counts,

15:24:21  22   shipped from Lee Wang, and one ZWP number is needed,"

15:24:30  23   parentheses, nothing inside the parentheses. "And there

15:24:34  24   will also be 70 boxes of new thin pallets for a total of

15:24:39  25   23,940 counts, shipped from Lee Wang, and one ZWP number

15:24:45  1   is needed."  Again, blank parentheses.

15:24:50  2       Q.  And then we see these numbers in handwriting, and

15:24:56  3   it had a double heavy duty and medium duty?

15:24:58  4       A.  Yes.

15:24:58  5       Q.  And then, what does it say next to vendor?

15:25:02  6       A.  Vendor, Dalian Liwang.

15:25:06  7            MR. BERNSTEIN:  Your Honor, I actually have

15:25:07  8   one more exhibit.  Is that okay?

15:25:09  9            THE COURT:  Sure.

15:25:10  10           MR. BERNSTEIN:  I feel like I -- I promised

15:25:13  11  everyone I was done.  But just one more.

15:25:15  12           Just for the witness.  Thank you,

15:25:16  13  Ms. Williams.

          14  BY MR. BERNSTEIN:

15:25:17  15      Q.  I want to show you Exhibit 522.

15:25:25  16           Is this one of the printed e-mails you found at

15:25:28  17  Perfectus?

15:25:28  18      A.  Yes.

15:25:29  19      Q.  And I will show you Exhibit 523-1.

15:25:40  20           Is this the translation for that exhibit?

15:25:42  21      A.  Yes.

15:25:43  22      Q.  And then, is this another e-mail from Yajuan Zhao

          23  at 126.com?

          24      A.  Yes.

15:25:58  25      Q.  With directions to place orders for pallets to

15:26:02    1    CZW?

15:26:05    2        A.   Yes.

15:26:06    3             MR. BERNSTEIN:   Your Honor, the Government

15:26:07    4    moves to admit Exhibit 523.

15:26:09    5             THE COURT:   It will be received.

            6             (Exhibit 523 is received.)

            7    BY MR. BERNSTEIN:

15:26:16    8        Q.   Again, does it say:  "Please send an e-mail to

15:26:19    9    Harriet Lau in Hong Kong"?

15:26:22   10        A.   Yes.

15:26:22   11        Q.   And suggested text for that e-mail?

15:26:26   12        A.   Yes.

15:26:26   13        Q.   And what's the subject line?

15:26:27   14        A.   "Mr. Shao, please help with the following

15:26:30   15    matters."

15:26:33   16        Q.   Okay.  And I asked this for a bunch of exhibits,

15:26:37   17    just to confirm your process with all of the exhibits

15:26:40   18    that you reviewed.  Exhibits 215 and 216, and then 500

15:26:47   19    through 598, did you go through that same process, where

15:26:49   20    you took the Government's exhibit and matched it to the

15:26:52   21    original seized exhibit in the evidence bag or box?

15:26:57   22        A.   Yes, I did.

15:26:58   23        Q.   And they were all true copies?

15:26:59   24        A.   Yes.

15:27:00   25             MR. BERNSTEIN:   That's all I have, Your

15:27:02  1    Honor.

15:27:02  2                    THE COURT:  Okay.

15:27:03  3                    Cross-examination.

15:27:26  4                    From Perfectus, no cross?

15:27:28  5                    Counsel?

15:27:29  6                    MR. RUYAK:  Sorry.  Getting late in the day.

15:27:32  7                    Your Honor, I have an exhibit here.

15:27:54  8                    THE COURT:  Sure.

15:27:59  9                    The only consolation is the day will be over

15:27:59  10   in 33 minutes.

15:28:12  11                    **CROSS-EXAMINATION**

15:28:12  12

          13   BY MR. RUYAK:

15:28:12  14       Q.  Good afternoon, Agent.

15:28:14  15       A.  Good afternoon.

15:28:15  16       Q.  In addition to going to the facility at the

15:28:21  17   Walnut location, what -- when you said Walnut location,

15:28:24  18   which are you talking about?  Which warehouse are you

15:28:27  19   talking about?  I know you've been using it here today.

15:28:32  20       A.  I don't recall the exact name of the location,

15:28:36  21   but it was a location at Walnut address.

15:28:40  22       Q.  Do you remember which warehouse that is?

15:28:46  23       A.  No, I don't.  I do not remember the name of the

15:28:48  24   warehouse at that time.  If you have some other notes

15:28:53  25   where I can see, help me jog my memory.

15:28:57   1     Q.   I'm sorry.  I think we have been referring to it

15:28:59   2   here as the Ontario warehouse.  Does that ring a bell?

15:29:01   3     A.   The Ontario warehouse, yeah.  Because you said

15:29:05   4   Walnut warehouse.

15:29:05   5     Q.   Well, you've got the Walnut location.  I want to

15:29:09   6   make sure it's the same one.

15:29:09   7     A.   Yes.

15:29:10   8     Q.   In addition to seizing documents, you also seized

15:29:22   9   aluminum pallets, correct?

15:29:23  10     A.   At the Ontario location?

15:29:26  11     Q.   Warehouse, yes.

15:29:26  12     A.   I don't recall that.

15:29:27  13     Q.   But you at least took pictures of the pallets at

15:29:33  14   the Ontario warehouse, correct?

15:29:33  15     A.   This looks like photos from the Walnut location.

15:29:37  16     Q.   Right.  Ontario.

15:29:39  17     A.   Ontario.

15:29:40  18     Q.   Which is the Walnut location, so we can get this

15:29:49  19   straight?

15:29:49  20          So let me start over so we can get it

15:29:52  21   straight.  The Walnut location is a Government facility?

15:29:57  22     A.   That's where we went to check the inventory, yes,

15:30:01  23   it would be.  Wait, it's not -- it's where the

15:30:10  24   Government had it stored.  I don't recall.  It's by

15:30:13  25   contract.  I don't recall the location.

15:30:15   1      Q.   Let's get this straight.   We have some pictures

15:30:17   2   here, and I want to know whether or not you took those

15:30:19   3   pictures at the Ontario facility, which is a -- one of

15:30:24   4   the defendants here warehouse, or whether you took these

15:30:27   5   at another facility, where the Government was storing

15:30:31   6   seized pallets.

15:30:33   7      A.   I'm looking at the photo.   It looks like a

15:30:36   8   facility where -- by my recollection, where the pallets

15:30:40   9   were stored.

15:30:42   10      Q.   Stored after seizure by the Government?

15:30:45   11      A.   That's what it appears to me, yes, from my

15:30:50   12   recollection.

15:30:50   13           MR. RUYAK:   Okay.   I have no further

15:30:52   14   questions.

15:30:53   15           THE COURT:   Okay.

15:30:53   16           Counsel.

15:30:54   17           MS. POTASHNER:   Your Honor, may I bring my

15:30:56   18   tablet up to ask questions off of it?

15:30:59   19           THE COURT:   Sure.

15:31:02   20                     **CROSS-EXAMINATION**

           21   BY MS. POTASHNER:

15:31:04   22      Q.   Agent, you testified that you executed a search

15:31:08   23   warrant at PCA, correct?

15:31:11   24      A.   At where?

15:31:13   25      Q.   Well, let me ask you.   It is getting late in the

15:31:15   1    day.  Where did you execute a search warrant?

15:31:18   2         A.  At 1001 South Doubleday Avenue, Ontario.

15:31:23   3         Q.  And what was the business that was the subject of

15:31:25   4    the search warrant?

15:31:27   5         A.  Perfectus Aluminum.

15:31:29   6         Q.  And you are not a custodian of records for

15:31:31   7    Perfectus Aluminum, are you?

15:31:33   8         A.  No.

15:31:34   9         Q.  And the records that you just went over in -- on

15:31:40   10   your testimony, Exhibit 216, you can't say whether that

15:31:48   11   record was kept in the course of ordinary business, can

15:31:51   12   you?

15:31:51   13        A.  What do you mean?  It was -- it -- what do you

15:31:58   14   mean, it was kept in the course of the business for the

15:32:01   15   location or for us?

15:32:05   16        Q.  For the location -- for Perfectus, you can't say

15:32:09   17   that that document was kept in the ordinary course of

15:32:12   18   business, can you?

15:32:13   19        A.  I don't have an opinion on that.

15:32:15   20        Q.  And you also -- you cannot say that, right?

15:32:19   21   That's a "yes," you cannot say whether it was kept in

15:32:22   22   the ordinary course of business or not?

15:32:25   23        A.  I'm not saying that.  I -- I.

15:32:28   24             THE COURT:  Why don't we ask the question

15:32:30   25   the other way around.  Can you say?

|   |   |
|---|---|
| | 1 |
| | 2 |
| 15:32:34 | 3 |
| 15:32:37 | 4 |
| 15:32:39 | 5 |
| 15:32:40 | 6 |
| 15:32:41 | 7 |
| | 8 |
| 15:32:42 | 9 |
| 15:32:45 | 10 |
| 15:32:50 | 11 |
| 15:32:53 | 12 |
| 15:32:56 | 13 |
| 15:32:56 | 14 |
| 15:32:57 | 15 |
| 15:33:02 | 16 |
| 15:33:05 | 17 |
| 15:33:06 | 18 |
| 15:33:09 | 19 |
| 15:33:10 | 20 |
| 15:33:13 | 21 |
| 15:33:15 | 22 |
| 15:33:15 | 23 |
| 15:33:18 | 24 |
| 15:33:19 | 25 |

1      MS. POTASHNER:  Thank you, Your Honor.

2  BY MS. POTASHNER:

3      Q.  Can you say that document was kept in the

4  ordinary course of business for Perfectus, when you are

5  not a custodian of record?

6      A.  No.

7          THE COURT:  Okay.

8  BY MS. POTASHNER:

9      Q.  Can you say that that record was a regular

10  practice of Perfectus?

11      A.  I can't say for sure.

12      Q.  That's a "no."

13      A.  I --

14      Q.  Correct?

15      A.  That's a -- for Perfectus, no.  I mean, I can say

16  based on my training and experience, I have seen other

17  companies --

18      Q.  Let me stop you there.  Because I'm not asking

19  you about your training and experience in other

20  companies.  I'm asking about your ability to testify as

21  a custodian of records for Perfectus.

22      A.  Yeah, I can't.

23      Q.  The answer is you can't, right?

24      A.  I can't, no.

25      Q.  Okay.  And that was with Exhibit 216.  And then

15:33:21   1    you talked about Exhibit 500.  Same question:  Not a

15:33:25   2    custodian of record for Perfectus, correct?

15:33:27   3        A.  That is correct.

15:33:28   4        Q.  You can't say that that record was kept in the

15:33:30   5    ordinary course of business for Perfectus, can you?

15:33:32   6        A.  No.

15:33:33   7        Q.  504, not a custodian of Perfectus?

15:33:39   8        A.  Not a custodian of Perfectus.

15:33:41   9        Q.  You can't say that record was kept in the

15:33:43   10   ordinary course, can you?

15:33:44   11       A.  No.

15:33:45   12       Q.  506, you're not a custodian of record for

15:33:49   13   Perfectus, correct?

15:33:50   14       A.  I am not.

15:33:51   15       Q.  Can't say 506 was kept in the ordinary course of

15:33:55   16   business, can you?

15:33:55   17       A.  No.

15:33:56   18       Q.  510, can't say that was kept in the ordinary

15:33:59   19   course of business either?

15:34:00   20       A.  No.

15:34:00   21       Q.  540, can't say that was kept in the ordinary

15:34:03   22   course of business?

15:34:03   23       A.  No.

15:34:04   24       Q.  546, can't say that was kept in the ordinary

15:34:08   25   course?

15:34:08  1      A.   No.

15:34:09  2      Q.   514, can't say that was kept in the ordinary

15:34:13  3   course of business?

15:34:14  4      A.   No.

15:34:15  5      Q.   516, can't say that was kept in the ordinary

15:34:18  6   course of business?

15:34:18  7      A.   No.

15:34:19  8      Q.   My tablet is locked.

15:34:24  9           552, can't say that was kept in the ordinary

15:34:28  10  course of business?

15:34:29  11     A.   No.

15:34:29  12     Q.   570, can't say that was kept in the ordinary

15:34:34  13  course of business?

15:34:34  14     A.   No.

15:34:35  15     Q.   534, can't say that was kept in the ordinary

15:34:38  16  course of business?

15:34:40  17     A.   No.

15:34:40  18     Q.   583, can't say that that document was kept in the

15:34:45  19  ordinary course of business?

15:34:47  20     A.   No.

15:34:48  21     Q.   535, can't say that document was kept in the

15:34:52  22  ordinary course of business?

15:34:52  23     A.   No.

15:34:53  24     Q.   584, can't say that document was kept in the

15:34:56  25  ordinary course of business?

15:34:56   1      A.   No.   And I'm referring to the exhibits that we

15:34:59   2   just went over, right?

15:35:00   3      Q.   We just went over.

15:35:02   4      A.   Because I'm not seeing the exhibits in front of

15:35:05   5   me.

15:35:05   6      Q.   We will get back to that.   That's a good point.

15:35:09   7      A.   Okay.

15:35:10   8      Q.   But 522, that was just shown to you, can't say

15:35:13   9   that was kept in the ordinary course of business?

15:35:15   10     A.   No.

15:35:16   11     Q.   523, that document was shown to you.   Can't say

15:35:20   12   that was kept in the ordinary course of business for

15:35:22   13   Perfectus, can you?

15:35:23   14     A.   No.

15:35:24   15     Q.   So to answer your -- or to respond to what you

15:35:27   16   just said, you can't say that any single document that

15:35:32   17   was seized, that you testified about, was kept in the

15:35:36   18   ordinary course of business of Perfectus, can you?

15:35:40   19     A.   No.   I'm not the custodian of records for that

15:35:45   20   company.

15:35:47   21           MS. POTASHNER:   Your Honor, if I may have

15:35:53   22   one moment.

15:35:55   23           THE COURT:   Yes.

15:36:03   24           MS. POTASHNER:   I have no further questions.

15:36:04   25   Thank you.

| | | |
|---|---|---|
| 15:36:04 | 1 | THE COURT:  Any redirect? |
| 15:36:05 | 2 | MR. BERNSTEIN:  No, Your Honor. |
| 15:36:06 | 3 | THE COURT:  You may step down. |
| 15:36:08 | 4 | May this witness be excused? |
| 15:36:09 | 5 | MR. BERNSTEIN:  Yes, Your Honor. |
| 15:36:11 | 6 | THE COURT:  Counsel? |
| 15:36:12 | 7 | MR. RUYAK:  No objection. |
| 15:36:13 | 8 | THE COURT:  You are free to go.  Thanks for |
| 15:36:16 | 9 | coming in. |
| 15:36:17 | 10 | Next witness. |
| 15:36:18 | 11 | MS. KUMAR:  The Government calls Cristian |
| 15:36:20 | 12 | Robles to the stand. |
| 15:36:46 | 13 | THE CLERK:  Good afternoon.  Right here to |
| 15:36:48 | 14 | be sworn, please. |
| 15:36:51 | 15 | That's fine.  Can you please raise your |
| 15:36:53 | 16 | right hand. |
| 15:36:57 | 17 | Do you solemnly swear the testimony that you |
| | 18 | are about to give in the matter now before the Court, |
| | 19 | shall be the truth, the whole truth and nothing but the |
| | 20 | truth, so help you God? |
| | 21 | THE WITNESS:  Yes, I do. |
| | 22 | THE CLERK:  Thank you.  Please be seated. |
| | 23 | Would you please state and spell your full |
| 15:37:19 | 24 | name for the record. |
| 15:37:19 | 25 | THE WITNESS:  Yes. My name is Cristian |

15:37:22  1    Robles.  C-R-I-S-T-I-A-N.  Robles, R-O-B-L-E-S.

15:37:30  2                THE CLERK:  Thank you.

15:37:30  3                THE COURT:  You may inquire, Counsel.

15:37:33  4                    **DIRECT EXAMINATION**

15:37:33  5    BY MS. KUMAR:

15:37:33  6    Q.  Mr. Robles, how are you currently employed?

15:37:36  7    A.  I work for a company called King Taco

15:37:39  8    Restaurants.

15:37:39  9    Q.  I'd like to direct your attention to 2005.  How

15:37:42  10   were you employed at that time?

15:37:44  11   A.  I was working for a company called Pengcheng

15:37:47  12   Aluminum.

15:37:48  13   Q.  And when you began working there, what was your

15:37:50  14   job?

15:37:50  15   A.  I was driving the forklift.

15:37:53  16   Q.  And where did you work?

15:37:54  17   A.  In City of Industry.

15:37:58  18   Q.  Was that in Walnut?

15:37:59  19   A.  On Walnut Drive, yes.

15:38:01  20   Q.  How long did you work at Pengcheng Aluminum?

15:38:04  21   A.  About 12 years.

15:38:05  22   Q.  Until about 2016, '17?

15:38:08  23   A.  Yes.

15:38:08  24   Q.  What kind of company was Pengcheng Aluminum?

15:38:12  25   A.  They used to sell aluminum extrusions.

15:38:15  1      Q.   Did you know -- I'm going to call it PCA.   Will

15:38:18  2  you know what I mean?

15:38:19  3      A.   Yes.

15:38:20  4      Q.   Did you know PCA by any other names?

15:38:23  5      A.   Yes.   They had Transport aluminum, Perfectus

15:38:26  6  Aluminum, Plastics, Global aluminum.

15:38:38  7      Q.   When you were working at the warehouse -- when

15:38:44  8  you were working at PCA, in Walnut, was there a

15:38:46  9  warehouse?

15:38:46  10     A.   Yes.

15:38:47  11     Q.   And did you see what was stored inside the

15:38:49  12  warehouse?

15:38:49  13     A.   Yes.

15:38:49  14     Q.   And what was stored in there?

15:38:51  15     A.   Aluminum extrusions and also vinyl extrusions.

15:38:56  16     Q.   After working as a forklift driver, what did you

15:38:59  17  do at PCA?

15:39:00  18     A.   I worked in the clerical in the shipping

15:39:04  19  department.

15:39:04  20     Q.   What does that mean? Can you just give us a

15:39:05  21  little bit of background on that?

15:39:07  22     A.   I was creating bills of lading for shipments

15:39:11  23  going out, as well as receiving material from China.

15:39:16  24     Q.   During your time working at Pengcheng Aluminum,

15:39:18  25  did you come to learn where PCA got its materials from

15:39:22  1   your job as -- in the clerical shipping receiving

15:39:26  2   office?

15:39:26  3        A.   Yes.  From China.

15:39:27  4        Q.   Do you remember which company?

15:39:28  5        A.   It was Zhongwang.

15:39:30  6        Q.   Is that China Zhongwang?

15:39:35  7        A.   Yes.

15:39:35  8        Q.   Did you understand there to be a connection,

15:39:37  9   based on your time at PCA, between Zhongwang and PCA?

15:39:41  10       A.   Yes.  From what I understood, it was the same

15:39:45  11  owners.

15:39:45  12       Q.   While you worked at PCA, did you come to see

15:39:47  13  someone by the name of Zhongtian Liu?

15:39:52  14       A.   Yes.

15:39:53  15       Q.   Did you have an understanding of who he was?

15:39:55  16       A.   Yes.

15:39:56  17       Q.   Who was he?

15:39:57  18       A.   The owner.

15:39:58  19       Q.   Who did he interact with when he came to the PCA

15:40:02  20  offices?

15:40:03  21       A.   Mainly with the CEO, the higher position, the

15:40:07  22  general manager, I suppose.

15:40:08  23       Q.   And who was that person?

15:40:09  24       A.   In the beginning, it was Mike Rowan.  He was the

15:40:13  25  very first that I knew of.  And then Johnson Shao.

15:40:20   1      Q.   Can you describe how Johnson Shao treated

15:40:22   2   Mr. Liu?

15:40:23   3      A.   They were very courteous. They will cater to him.

15:40:31   4      Q.   During your time working at PCA, later becoming

15:40:35   5   Perfectus, had you ever heard of someone named Jackie

15:40:39   6   Chung?

15:40:40   7      A.   No, not that I recall.

15:40:41   8      Q.   After you worked in the clerical and shipping/

15:40:45   9   receiving office, what role, if any, did you take on at

15:40:47   10  PCA?

15:40:48   11     A.   I moved to the customer service department.

15:40:50   12     Q.   What did you do there?

15:40:51   13     A.   We will receive the order acknowledgments from

15:40:57   14  the customers. We will input them into system and then

15:41:01   15  create purchase orders that will go to China.

15:41:03   16     Q.   About what time did you take on this role?  What

15:41:06   17  year?

15:41:06   18     A.   I want to say 2010.  Around 2010.

15:41:10   19     Q.   Now, you said that you would get the customer

15:41:12   20  acknowledgements.  Can you just walk us through what you

15:41:15   21  would do in this job?

15:41:16   22     A.   We will get those from the sales people.  We will

15:41:20   23  get basically a spreadsheet that will state all the type

15:41:25   24  of the material that they will request.  And we will

15:41:29   25  basically input those into the system and then from

15:41:33   1   that, create an order and than a purchase order.

15:41:36   2       Q.   And what would you do with the purchase order

15:41:39   3   once you created it?

15:41:40   4       A.   It will be sent in an e-mail to China, so that

15:41:44   5   they will produce the material.

15:41:45   6       Q.   Where -- what company in China?

15:41:48   7       A.   Zhongwang.

15:41:50   8       Q.   When you started working at PCA, what kind of

15:41:55   9   product orders -- customer orders were there, for what

15:41:58   10  product?

15:41:59   11      A.   For aluminum extrusions for engineering, windows,

15:42:04   12  ladders, RV.

15:42:06   13      Q.   At some point in time, does the kind of product

15:42:09   14  that's being delivered change?

15:42:11   15      A.   Yes.

15:42:11   16      Q.   When about is that?

15:42:14   17      A.   I want to say 2010 or '11.

15:42:18   18      Q.   Was there something in particular that prompted

15:42:20   19  the change, to your memory?

15:42:23   20      A.   Not that I recall, but everyone -- I think it was

15:42:27   21  linked to the taxation of the aluminum.

15:42:32   22      Q.   And what kind of products started arriving at

15:42:35   23  that time?

15:42:35   24      A.   They started receiving the pallets.

15:42:37   25      Q.   Is that aluminum pallets?

15:42:39   1          A.   Yes.

15:42:39   2          Q.   So you've walked us through a sales process that

15:42:41   3     you used for the extrusions.   Did the same process occur

15:42:46   4     for the pallets?

15:42:47   5          A.   No.

15:42:47   6          Q.   Tell us about that process.

15:42:49   7          A.   I will get the orders from my superior.   I will

15:42:54   8     place the order to China, and then we will receive the

15:42:58   9     material months later.

15:43:00   10         Q.   When you said that you would be told what to

15:43:05   11    order by a superior, who was that?

15:43:07   12         A.   Johnson Shao.

15:43:08   13         Q.   How would he communicate that to you?

15:43:10   14         A.   Usually in an e-mail or in a written paper.

15:43:13   15         Q.   And what kind of information would he give you in

15:43:16   16    that e-mail or piece of paper?

15:43:18   17         A.   The amount of --

15:43:20   18              MS. POTASHNER:   Objection, Your Honor.

15:43:21   19    Calls for hearsay, Your Honor.   And I'm assuming you

15:43:23   20    want me to make a continuing objection.

15:43:25   21              THE COURT:   I'm sorry, I didn't hear the

15:43:27   22    last part.

15:43:27   23              MS. POTASHNER:   I'm assuming you would like

15:43:29   24    me to make that a continuing objection as well.

15:43:30   25              THE COURT:   Yes. And it will be treated as a

15:43:32  1    continued objection.  Thank you, Counsel.

15:43:34  2              Overruled.  Go ahead.

15:43:35  3    BY MS. KUMAR:

15:43:36  4      Q.  What kind of information did he generally give

15:43:38  5    you when he provided you the information?

15:43:41  6      A.  He will give me the amount of pallets that were

15:43:48  7    needed, or that he would like me to place in the

15:43:50  8    purchase order.

15:43:53  9      Q.  Now, during your time at PCA, did any of customer

15:43:56  10   service representatives ever come to you with customer

15:43:59  11   acknowledgement, like with the extrusions?

15:44:02  12     A.  For the pallets, no.

15:44:04  13     Q.  It always worked through Johnson Shao; is that

15:44:06  14   right?

15:44:06  15     A.  Yes, that's correct.

15:44:08  16              MS. KUMAR:  Showing just the witness, if I

15:44:09  17   may, Exhibit 533.

15:44:13  18              THE COURT:  Yes.

15:44:19  19              It will come on your screen in just a

15:44:21  20   second.

15:44:23  21   BY MS. KUMAR:

15:44:37  22     Q.  Mr. Robles, do you see a document on your screen?

15:44:40  23     A.  Yes.

15:44:40  24     Q.  Do you recognize it?

15:44:41  25     A.  Yeah, that's an e-mail.

15:44:43   1      Q.   And it is an e-mail sent from Johnson Shao?   Is

15:44:46   2   that his e-mail address?

15:44:48   3      A.   Yes.   That is correct.

15:44:49   4      Q.   And is it sent to you?

15:44:50   5      A.   Yes.

15:44:50   6      Q.   Cristian Robles?

15:44:52   7      A.   That's correct.

15:44:53   8      Q.   And is this the kind of e-mail that you were just

15:44:56   9   referring to, that you would receive from Johnson Shao,

15:44:58  10   your supervisor, about a pallet?

15:45:00  11      A.   Yes, that's correct.

15:45:00  12      Q.   And you received these how often?

15:45:06  13      A.   To my recalling, every two weeks.

15:45:08  14      Q.   Was it part of your job to respond to these

15:45:11  15   e-mails and to act on these e-mails?

15:45:13  16      A.   Yes.

15:45:15  17           MS. KUMAR:   Your Honor, the Government moves

15:45:16  18   to admit 533 into evidence.

15:45:19  19           THE COURT:   It will be received.

15:45:21  20           (Exhibit 533 is received.)

15:45:22  21           MS. KUMAR:   Permission to publish?

          22   BY MS. KUMAR:

15:45:24  23      Q.   Mr. Robles, do you see this document on your

15:45:27  24   screen?

15:45:27  25      A.   Yes.

15:45:28 1      Q.   Okay.   So it's from Johnson Shao.   What is the

15:45:29 2   date?

15:45:30 3      A.   July 20th, 2011.

15:45:35 4      Q.   What is the subject?

15:45:36 5      A.   It is about creating an order for 918 pieces of

15:45:45 6   heavy-duty pallets.

15:45:46 7      Q.   So what were you to do upon receipt of this

15:45:49 8   e-mail?

15:45:50 9      A.   I will create -- using the software that we use,

15:45:52 10   I will create a purchase order stating the 918 pieces

15:45:56 11   for the heavy-duty pallet and the 918 for the double

15:45:59 12   heavy-duty pallet.

15:46:01 13      Q.   Okay.

15:46:01 14           MS. KUMAR:   Permission to show just the

15:46:02 15   witness Exhibit 532.

15:46:05 16           THE COURT:   Okay.

17   BY MS. KUMAR:

15:46:13 18      Q.   Mr. Robles, do you recognize this document?

15:46:15 19      A.   Yes.

15:46:16 20      Q.   And what is it?

15:46:17 21      A.   It is a purchase order.

15:46:19 22      Q.   Did you create it?

15:46:20 23      A.   Yes, I did.

15:46:20 24      Q.   How do you know that?

15:46:21 25      A.   In the buyer square, it has my initials, C.R.

15:46:28  1      Q.   And did you do this response to the e-mail to

15:46:30  2   Mr. Shao we just saw?

15:46:32  3      A.   That would be correct, yes.

15:46:33  4      Q.   You did this in your regular course of business;

15:46:35  5   is that right?

15:46:36  6      A.   Yes.

15:46:39  7           MS. KUMAR:  Your Honor, the Government moves

15:46:39  8   to admit 532 into evidence.

15:46:43  9           THE COURT:  It will be received.

15:46:44  10          (Exhibit 532 is received.)

15:46:44  11  BY MR. KUMAR:

15:46:44  12     Q.   Mr. Robles, can you tell us who the vendor for

15:46:47  13  this particular purchase order is?

15:46:48  14     A.   Dalian Liwang Trade.

15:46:51  15     Q.   Can you tell us how many pieces of aluminum

15:46:54  16  pallets are being ordered?

15:46:55  17     A.   918 pieces of each.

15:46:58  18     Q.   And the total cost is about 202,000 and then

15:47:04  19  367,000; is that right?

15:47:05  20     A.   Yes, that is correct.

15:47:06  21     Q.   After you created a purchase order like this,

15:47:08  22  what would you do with it?

15:47:09  23     A.   I will either send it by e-mail or will give it

15:47:13  24  to him in a paper.

15:47:17  25     Q.   And if you sent it by e-mail, who did you send it

| | | |
|---|---|---|
| 15:47:20 | 1 | to? |
| 15:47:21 | 2 | A.  Craig. |
| 15:47:21 | 3 | Q.  At what company? |
| 15:47:23 | 4 | A.  Zhongwang. |
| 15:47:27 | 5 | MS. KUMAR:  I would like to show only the |
| 15:47:28 | 6 | witness Exhibit 540 -- 554.  Excuse me. |
| 15:47:33 | 7 | THE COURT:  Okay. |
| | 8 | BY MS. KUMAR: |
| 15:47:38 | 9 | Q.  Mr. Robles, do you recognize this document? |
| 15:47:42 | 10 | A.  Yes. |
| 15:47:43 | 11 | Q.  Do you recognize the handwriting on it? |
| 15:47:44 | 12 | A.  Yes. |
| 15:47:44 | 13 | Q.  Whose handwriting is it? |
| 15:47:46 | 14 | A.  That would be Johnson Shao. |
| 15:47:48 | 15 | Q.  Is this a document he would have handed to you to |
| 15:47:51 | 16 | create a purchase order? |
| 15:47:53 | 17 | A.  Yes. |
| 15:47:53 | 18 | Q.  And he would do this every few weeks, you said, |
| 15:47:56 | 19 | right? |
| 15:47:56 | 20 | A.  Yes, that's correct. |
| 15:47:58 | 21 | Q.  And then you would create the purchase order? |
| 15:48:00 | 22 | A.  Uh-huh. |
| 15:48:02 | 23 | MS. KUMAR:  Your Honor, the Government moves |
| 15:48:04 | 24 | Exhibit 554 and its translation, 555, into evidence. |
| 15:48:06 | 25 | THE COURT:  It will be received. |

15:48:09   1              (Exhibits 554 and 555 are received.)

15:48:09   2              THE CLERK:  Sorry, you wanted both?

15:48:12   3              MS. KUMAR:  Yes, Your Honor -- I mean, yes,

15:48:16   4      Ms. Williams.

15:48:17   5              Showing 555 that's in evidence.

15:48:20   6              Let me blow it up for you.  Sorry.

           7      BY MS. KUMAR:

15:48:26   8        Q.  Could you tell us who this e-mail is from?

15:48:31   9              Just the -- could you read the e-mail address to

15:48:33  10      us.

          11        A.  The e-mail address?

          12        Q.  Yes.

15:48:37  13        A.  That's CZW WW at Zhongwang.com.

15:48:43  14        Q.  And then the e-mail is to?

15:48:43  15        A.  Johnson Shao at PCAUS.com.

15:48:46  16        Q.  And you said you recognize the handwriting.  Is

15:48:47  17      that this handwriting here?

15:48:49  18        A.  Yes.

15:48:49  19        Q.  Okay.  And he would provide you this document and

15:48:52  20      you would create purchase orders; is that right?

15:48:55  21        A.  That will be correct.

15:48:56  22              MS. POTASHNER:  Objection.  Leading.

15:48:57  23              THE COURT:  Overruled up to this point.

15:49:00  24      BY MS. KUMAR:

15:49:01  25        Q.  Could you read for us, Mr. Robles, just the

15:49:04  1    highlighted portion.

15:49:06  2        A.  It will say:  "Hi, Mr. Shao. In April, May and

15:49:10  3    June, there will be a total of 12 boxes of thin pallets

15:49:13  4    shipped through Hong Kong, for a total of 3,672 counts.

15:49:18  5    On April 1st, there will be 42 boxes of thin pallets,

15:49:22  6    for a total of 12,852 counts, and 25 boxes of thick

15:49:27  7    pallets for a total of 6,300 counts, shipped from

15:49:33  8    Liaoyang.  Three ZWP numbers in total are needed.  Thank

15:49:38  9    you."

15:49:38  10       Q.  What are is the ZWP numbers?

15:49:41  11       A.  It will be an automatic number created by the

15:49:44  12   system, which is a PO order.

15:49:46  13       Q.  And that's in the PCA system; is that right?

15:49:49  14       A.  Yes, that will be correct.

15:49:54  15            MS. KUMAR:  Now, showing just the witness

15:49:57  16   Exhibit 556.

          17   BY MS. KUMAR:

15:49:59  18       Q.  Mr. Robles, this is a three-page document.  Do

15:50:01  19   you recognize page 1?

15:50:03  20       A.  Yes.

15:50:03  21       Q.  And did you create it?

15:50:05  22       A.  Yes, I did.

15:50:05  23       Q.  And do you know that because it bears your

15:50:08  24   initials?

15:50:08  25       A.  Yes, that's correct.

15:50:10  1     Q.  Page 2, does that also bear your initials?

15:50:14  2     A.  Yes.  It does.

15:50:16  3     Q.  And page 3, does that also bear your initials?

15:50:20  4     A.  Yes, it does.

15:50:20  5     Q.  And if it bears your initials, that means you

15:50:23  6  created it; is that what you said?

15:50:27  7     A.  Yes.

15:50:29  8              MS. KUMAR:  Your Honor, the Government moves

15:50:30  9  to admit Exhibit 556 into evidence.

15:50:32  10             THE COURT:  It will be received.

15:50:33  11             (Exhibit 556 is received.)

15:50:35  12  MS. KUMAR:

15:50:35  13    Q.  Mr. Robles, this particular -- is this a purchase

15:50:43  14  order?

15:50:44  15    A.  Yes, it is.

15:50:44  16    Q.  And in this purchase order, there is 12,852 each,

15:50:50  17  written in the quantity ordered column; is that right?

15:50:53  18    A.  Yes.

15:50:53  19    Q.  Is there handwriting underneath?

15:50:55  20    A.  Yes.

15:50:55  21    Q.  Do you recognize whose handwriting that is?

15:50:57  22    A.  Yes, that would be Johnson Shao.

15:50:59  23    Q.  What does he say?

15:51:00  24    A.  To change the amount of the order to

15:51:06  25  9,180 pieces.

15:51:07  1      Q.  I'm just going to show you exhibit -- page 2 of

15:51:10  2  this exhibit.

15:51:14  3          Is that the same as the purchase order that you

15:51:16  4  created?

15:51:17  5      A.  Yes.

15:51:17  6      Q.  And it's for 6,300 double heavy-duty aluminum

15:51:23  7  pallets; is that right?

15:51:24  8      A.  Yes, that is correct.

15:51:26  9      Q.  And the unit cost is?

15:51:27  10     A.  $760, yes.

15:51:30  11     Q.  And where would you get the price from?

15:51:32  12     A.  It was a price that was set by them.

15:51:35  13     Q.  Now, turning your attention to page 3 of this

15:51:40  14  exhibit.  Is this also a purchase order that you

15:51:42  15  created?

15:51:43  16     A.  Yes.

15:51:43  17     Q.  What is the date of it?

15:51:44  18     A.  March 19, 2012.

15:51:47  19     Q.  And the vendor in the typewritten box says what?

15:51:51  20     A.  Zhongwang China.

15:51:55  21     Q.  There is handwriting above it.  Do you recognize

15:51:57  22  that handwriting?

15:51:58  23     A.  Yes.

15:51:58  24     Q.  Whose handwriting is it?

15:52:00  25     A.  Johnson Shao.

15:52:00  1      Q.  What does it say?

15:52:01  2      A.  To change it to Dalian Liwang.

15:52:04  3      Q.  What is the product that's being ordered in this

15:52:08  4  purchase order?

15:52:09  5      A.  Heavy-duty aluminum pallets.

15:52:11  6      Q.  3,672 of them; is that right?

15:52:15  7      A.  That's correct.

15:52:16  8      Q.  I would like to now turn your attention -- just

15:52:22  9  for the witness -- to Exhibit 558.

15:52:29  10          Mr. Robles, do you recognize this document?

15:52:31  11     A.  Yes.

15:52:32  12     Q.  Do you recognize the handwriting on it?

15:52:35  13     A.  Yes, I do.

15:52:36  14     Q.  Whose handwriting is it?

15:52:37  15     A.  That will be Johnson Shao.

15:52:38  16     Q.  And Exhibit 559 here, would be the translation of

15:52:46  17  558?

15:52:49  18     A.  Yes.

15:52:50  19     Q.  And this is the document that you would receive

15:52:53  20  from Johnson Shao to create a purchase order; is that

15:52:56  21  right?

15:52:56  22     A.  Yes, that's correct.

15:52:57  23          MS. KUMAR:  Your Honor, the Government would

15:52:59  24  move 558 and 559 into evidence.

15:53:02  25          THE COURT:  It will be received.

15:53:04   1              (Exhibits 558 and 559 are received.)

15:53:04   2   BY MS. KUMAR:

15:53:04   3      Q.   Showing you 559 on the screen in front of you,

15:53:09   4   Mr. Robles.  Could you tell us what company the e-mail

15:53:14   5   is from?

15:53:15   6      A.   Zhongwang.

15:53:16   7      Q.   And who is it sent to?

15:53:19   8      A.   Johnson Shao.

15:53:20   9      Q.   In handwriting, can you read for us what it says?

15:53:24  10      A.   It says double heavy-duty at 315.  19,404 pieces.

15:53:32  11   Vendor, Yingkou Qianxiang Trade.  And the fulfillment

15:53:42  12   date of 4/30/2012.

15:53:45  13      Q.   What do you understand the fulfillment date to

15:53:48  14   be?

15:53:48  15      A.   The requested date.

15:53:50  16      Q.   To receive it?

15:53:52  17      A.   Yeah.

15:53:53  18      Q.   And this is -- okay.

15:53:58  19           Could you read for us -- my apologies -- what it

15:54:02  20   says in the text right here, beginning "In April."

15:54:07  21      A.   It says:  "Hi, Mr. Shao. In April, there are

15:54:10  22   77 boxes of thick pallets shipped from Yingkou.  One ZWP

15:54:15  23   number is needed."

15:54:20  24      Q.   And the person who signed it is?

15:54:23  25      A.   Craig.

15:54:23  1      Q.  Is that the person you referenced earlier?

15:54:25  2      A.  Yes.

15:54:25  3      Q.  And he worked at what company?

15:54:27  4      A.  Zhongwang.

15:54:29  5              MS. KUMAR:  Showing just the witness

15:54:32  6   Exhibit 560, please.

        7   BY MS. KUMAR:

15:54:41  8      Q.  Mr. Robles, do you recognize this document?

15:54:43  9      A.  Yes.

15:54:43  10     Q.  Is it a purchase order you created?

15:54:46  11     A.  That's correct.

15:54:48  12             MS. KUMAR:  Your Honor, the Government moves

15:54:50  13  into evidence Exhibit 560.

15:54:53  14             THE COURT:  It will be received.

15:54:54  15             (Exhibit 560 is received.)

15:54:55  16  BY MS. KUMAR:

15:54:57  17     Q.  Mr. Robles, what is the -- what is the company

15:55:00  18  name at the very top of the purchase?

15:55:04  19     A.  Pengcheng Aluminum.

15:55:06  20     Q.  That's where you worked, right?

15:55:08  21     A.  Yes.

15:55:09  22     Q.  And the vendor is Yingkou Qianxiang Trade; is

15:55:13  23  that right?

15:55:13  24     A.  Yes.

15:55:13  25     Q.  In Liaoning?

15:55:15   1      A.   Yes, that's correct.

15:55:16   2      Q.   And how many pallets are purportedly being

15:55:18   3   ordered on the purchase order?

15:55:20   4      A.   19,404.

15:55:45   5           MS. KUMAR:  Showing just the witness

15:55:47   6   Exhibit 564.

           7   BY MS. KUMAR:

15:55:55   8      Q.   Mr. Robles, do you recognize this document?

15:55:57   9      A.   Yes, I do.

15:55:58  10      Q.   Is it a document like the ones Mr. Shao would

15:56:01  11   give you?

15:56:02  12      A.   Yes, that's correct.

15:56:02  13      Q.   Is that his handwriting on it?

15:56:04  14      A.   Yes.

15:56:07  15           MS. KUMAR: Your Honor, the Government would

15:56:08  16   move 564 and its translation, 565, into evidence.

15:56:12  17           THE COURT:  It will be received.

15:56:13  18           (Exhibits 564 and 565 are received.)

15:56:14  19   BY MS. KUMAR:

15:56:15  20      Q.   Let me show you, Mr. Robles, 565.  Make that a

15:56:28  21   little bigger.

15:56:31  22           Mr. Robles, what company sends this -- what

15:56:34  23   company is the employee sending this e-mail from?

15:56:36  24      A.   Zhongwang.

15:56:37  25      Q.   And it is to Mr. Shao?

15:56:40   1    A.   Yes, that's correct.

15:56:41   2    Q.   Would you please read the text I just

15:56:43   3    highlighted.

15:56:44   4    A.   It says:  "On May 4th, there will be 42 boxes of

15:56:48   5    thin pallets, for a total of 12,852 counts, and 35 boxes

15:56:52   6    of thick pallets, for a total of 8,820 counts shipped

15:56:57   7    from Liaoning.  This month, Yingkou has 77 boxes of

15:57:01   8    thick pallets, for a total of 19,404 counts."

15:57:12   9              MS. KUMAR:  And now showing only the witness

15:57:15   10   566.

           11   BY MS. KUMAR:

15:57:18   12   Q.   And, Mr. Robles, are these purchase orders that

15:57:20   13   you created?  Is this a purchase order that you created?

15:57:24   14   A.   Yes, that's correct.

15:57:26   15   Q.   And you know that from your initials on it?

15:57:29   16   A.   Yes.

15:57:29   17   Q.   This is page 1 of this exhibit.  And can you tell

15:57:33   18   us who the vendor is?

15:57:35   19   A.   Yingkou Qianxiang.

15:57:37   20   Q.   How many pallets are being ordered?

15:57:40   21   A.   19,404.

15:57:42   22   Q.   If we look at Exhibit 566, page 2, could you tell

15:57:48   23   us who the vendor is for this purchase order?

15:57:51   24   A.   Dalian Liwang.

15:57:52   25   Q.   And how pallets are being ordered?

15:57:55  1        A.   12,852.

15:57:58  2        Q.   Now looking at page 3 of this exhibit, who is the

15:58:04  3   vendor for this purchase order?

15:58:05  4        A.   Dalian Liwang.

15:58:07  5        Q.   What is the date of this purchase order?

15:58:09  6        A.   April 24th, 2012.

15:58:11  7        Q.   Now, these three purchase orders with two

15:58:14  8   different vendors came from the same document we saw

15:58:18  9   before; is that right?

15:58:19  10       A.   Yes, that's correct.

15:58:21  11       Q.   Okay.   I'm showing you --

15:58:34  12                 THE COURT:   Are you going to be introducing

15:58:36  13  this?

15:58:37  14                 MS. KUMAR:   Sorry?

15:58:37  15                 THE COURT:   Are you going to be introducing

          16  this?

15:58:38  17                 MS. KUMAR:   I believe I did, Your Honor.

15:58:39  18                 Oh, I'm sorry.   Move 566 into evidence, Your

15:58:43  19  Honor.   I apologize.

15:58:43  20                 THE COURT:   It will be received.

          21                 (Exhibit 566 is received into evidence.)

          22  BY MS. KUMAR:

15:58:45  23       Q.   So just so that we can do it for the jury's sake,

15:58:48  24  is this page 1?

15:58:52  25                 Yes?   Mr. Robles?

15:58:53   1      A.   Yes, that is correct.

15:58:53   2      Q.   And this is from Yingkou; is that right?

15:58:55   3      A.   Yes.

15:58:55   4      Q.   And 566, 2?

15:59:00   5      A.   Yes.

15:59:01   6      Q.   And then this is page 3.  566, 3.  Again, a

15:59:13   7   purchase order that you created; is that right?

15:59:14   8      A.   Yes, that's correct.

15:59:16   9      Q.   Just one last set of documents, Mr. Robles.

15:59:20  10           Directing your attention to --

15:59:22  11                MS. KUMAR:  Only Mr. Robles's attention --

          12   BY MS. KUMAR:

15:59:23  13      Q.   -- to Exhibit 571.

15:59:25  14                THE COURT:  You're probably going to want to

15:59:26  15   pick it up tomorrow, because it's 4:00 o'clock.  So

          16   we're going to be breaking at this time.

15:59:31  17                Ladies and gentlemen, remember the

15:59:31  18   admonishment not to discuss the case among yourselves or

15:59:34  19   with anybody else, or form or express any opinions about

15:59:35  20   the matter until the case is submitted to you and you

15:59:38  21   retire to the jury room for your deliberations.

15:59:41  22                We'll see you back in tomorrow morning.  You

15:59:44  23   guys have been golden up to now, as far coming in right

15:59:45  24   on time.

15:59:45  25                So what time tomorrow morning?

15:59:47    1          THE JURORS:  8:15.

15:59:50    2          THE COURT:  Somebody remembered.

            3     Okay.  We'll see you back at 8:15.

            4     (PROCEEDINGS CONCLUDED.)

            5

            6

            7

            8

            9

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

```
 1                    CERTIFICATE OF REPORTER
 2
 3
 4   COUNTY OF LOS ANGELES      )
 5                              )  SS.
 6   STATE OF CALIFORNIA        )
 7
 8   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
 9   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17
18
19   DATE:  AUGUST 11, 2021
20
21   /S/_____
22   SHERI S. KLEEGER, CSR
23   FEDERAL OFFICIAL COURT REPORTER
24
25
```

## $

**$2,502.84** [1] - 134:18
**$75,000** [1] - 134:19
**$760** [1] - 253:10

## '

**'08** [1] - 137:11
**'11** [1] - 243:17
**'12** [1] - 13:12
**'13** [2] - 13:12, 140:3
**'17** [4] - 135:9, 141:11, 141:25, 239:22

## /

**/S** [1] - 262:21

## 0

**03/11/2013** [1] - 205:24
**06/25/2013** [1] - 198:6
**08110-3204** [1] - 197:16
**09** [1] - 139:6

## 1

**1** [39] - 3:20, 43:8, 56:6, 56:20, 85:9, 85:12, 85:17, 86:1, 86:3, 96:23, 113:11, 118:8, 118:11, 119:4, 119:6, 120:7, 124:1, 128:4, 134:8, 136:11, 136:14, 136:23, 146:8, 162:17, 177:16, 177:19, 177:20, 178:3, 178:9, 181:13, 181:23, 204:19, 204:23, 205:16, 214:21, 214:22, 251:19, 258:17, 259:24
**10** [3] - 57:21, 182:22, 189:8
**10,000** [1] - 21:9
**10,26** [1] - 3:4
**100** [20] - 15:17, 21:15, 45:6, 45:14, 45:15, 114:9, 117:18, 117:23, 132:1,

**125:11, 137:11, 137:24, 138:13, 140:3, 140:16, 141:9, 141:12, 142:1, 144:1, 199:22**
**1000** [9] - 3:14, 13:25, 14:4, 31:20, 43:7, 43:9, 45:5, 45:16, 46:10
**1001** [12] - 1:11, 3:15, 37:24, 38:8, 38:10, 116:18, 121:10, 139:3, 140:6, 160:24, 194:1, 233:2
**1002** [5] - 4:3, 185:11, 185:12, 185:14, 185:19
**10340** [1] - 1:23
**10681** [1] - 1:12
**107** [6] - 3:23, 162:5, 162:14, 162:16, 162:17, 169:3
**108** [4] - 3:21, 125:23, 126:15, 126:17
**10:00** [1] - 90:17
**10th** [1] - 124:12
**11** [6] - 1:18, 5:1, 42:10, 57:23, 189:14, 262:19
**11/15/2011** [1] - 218:18
**110** [1] - 3:7
**1100** [1] - 2:9
**1120** [7] - 113:1, 113:12, 115:8, 116:3, 116:4, 116:5, 116:14
**113** [1] - 3:19
**115** [1] - 3:19
**116** [1] - 3:20
**119** [1] - 3:20
**11:30** [2] - 151:19, 151:20
**12** [6] - 28:19, 28:20, 57:25, 189:22, 239:21, 251:3
**12,852** [4] - 251:6, 252:16, 258:5, 259:1
**12/31/14** [1] - 125:1
**1206** [2] - 211:18, 211:20
**124** [1] - 117:23
**126** [2] - 3:21, 224:6
**126.com** [4] - 216:10, 220:10, 223:9, 228:23
**12th** [2] - 138:5, 224:4
**13** [9] - 58:2, 138:4, 190:4, 190:5, 199:23,

**199:25, 200:2, 200:13, 207:2**
**131** [1] - 3:21
**134** [1] - 3:22
**135** [1] - 3:22
**14** [1] - 3:14, 25:9, 25:10, 25:13, 58:4, 190:14, 190:15, 193:25, 199:24, 200:16, 217:13
**14.4** [1] - 200:7
**142,146** [1] - 3:7
**149** [1] - 3:7
**14th** [2] - 217:3, 217:25
**15** [8] - 28:19, 28:20, 28:24, 58:6, 90:24, 155:21, 191:3, 201:12
**15-minute** [1] - 90:18
**151** [1] - 3:8
**16** [11] - 25:9, 25:13, 26:5, 26:10, 86:9, 88:10, 88:11, 88:14, 88:22, 88:24, 191:4
**16-hour** [1] - 25:10
**160** [1] - 3:23
**162** [1] - 3:23
**163.com** [2] - 210:13, 211:18
**168,171** [1] - 3:8
**16th** [1] - 123:8
**17** [2] - 191:4, 220:9
**1700** [1] - 2:18
**175** [1] - 3:9
**17th** [1] - 221:9
**18** [1] - 191:5
**183** [1] - 3:9
**185** [1] - 4:3
**18th** [1] - 179:19
**19** [1] - 253:18
**19,404** [4] - 255:10, 257:4, 258:8, 258:21
**19-00282** [1] - 1:8
**192** [1] - 3:10
**197** [1] - 4:3
**1990** [2] - 48:16, 48:17
**1:00** [3] - 151:21, 151:22, 152:2
**1D2D** [1] - 43:3
**1st** [2] - 227:20, 251:5

## 2

**2** [22] - 1:17, 44:13, 45:21, 57:6, 73:25, 117:13, 117:15, 123:25, 128:14,

**136:10, 162:25, 186:14, 186:19, 198:21, 204:23, 205:4, 205:25, 206:9, 252:1, 253:1, 258:22, 260:4**
**20** [3] - 28:24, 78:10, 130:11
**20,160** [1] - 227:21
**20006** [1] - 2:18
**2002** [1] - 193:15
**2004** [1] - 137:3
**2005** [3] - 176:4, 176:5, 239:9
**2007** [4] - 82:23, 99:9, 120:19, 123:6
**2008** [6] - 113:5, 113:20, 113:22, 121:14, 123:19, 137:4
**2009** [22] - 114:18, 115:11, 121:25, 122:2, 131:11, 131:21, 132:10, 133:25, 134:8, 134:10, 134:15, 135:9, 135:17, 138:4, 138:17, 139:20, 140:8, 157:24, 164:20, 172:2, 172:22, 172:24
**2009-to-2013** [1] - 165:16
**2010** [30] - 49:24, 50:1, 51:1, 55:24, 123:8, 132:14, 132:17, 132:18, 132:21, 135:17, 135:21, 137:19, 138:12, 140:2, 173:1, 177:6, 179:4, 179:10, 179:19, 184:11, 184:17, 208:5, 208:16, 208:24, 211:25, 213:7, 215:24, 242:18, 243:17
**2011** [18] - 13:12, 61:21, 65:21, 67:10, 89:25, 90:1, 91:17, 94:16, 98:5, 99:15, 133:1, 136:10, 139:13, 217:3, 217:13, 217:25, 220:9, 247:3
**2012** [12] - 55:22, 55:24, 140:11, 184:14, 184:18, 222:20, 223:8, 224:4, 224:13, 227:18, 253:18, 259:6

**2013** [13] - 74:21, 121:3, 121:18, 122:18, 123:22, 133:4, 138:6, 138:12, 138:20, 141:17, 163:18, 164:20, 165:24
**2014** [34] - 12:10, 59:1, 116:6, 116:15, 116:17, 117:19, 124:9, 124:12, 125:4, 125:6, 133:7, 134:23, 137:8, 137:24, 138:9, 138:12, 138:22, 139:1, 139:10, 139:16, 139:22, 139:24, 140:3, 140:15, 140:16, 141:3, 141:11, 141:25, 143:16, 144:21, 145:11, 145:19, 145:25, 146:2
**2015** [14] - 59:1, 66:7, 124:17, 124:19, 125:10, 125:14, 125:18, 133:11, 134:24, 136:11, 141:18, 141:20, 146:14, 146:15
**2016** [3] - 66:7, 97:15, 239:22
**2017** [17] - 51:3, 122:8, 122:10, 123:22, 131:11, 131:21, 133:15, 133:25, 135:4, 135:5, 136:19, 136:20, 141:22, 167:3, 193:25
**2018** [1] - 113:2
**2019** [1] - 149:5
**202,000** [1] - 248:18
**2021** [3] - 1:18, 5:1, 262:19
**205** [2] - 3:24, 4:4
**208** [1] - 4:4
**20th** [3] - 67:10, 137:3, 247:3
**211** [2] - 3:24, 4:5
**213)894-6604** [1] - 1:25
**214** [1] - 4:5
**215** [2] - 4:3, 196:5, 196:12, 196:17, 196:22, 197:18, 197:20, 198:21, 229:18
**216** [17] - 3:24, 4:4, 4:6, 196:5, 196:12, 200:19, 201:4, 201:7,

204:19, 204:24, 205:3, 205:8, 205:13, 206:9, 229:18, 233:10, 234:25

**217** [1] - 4:6
**219** [1] - 4:7
**22** [2] - 120:19, 141:17
**220** [1] - 4:7
**222** [1] - 4:8
**223** [1] - 4:8
**224** [1] - 4:9
**225** [1] - 4:9
**226** [1] - 4:10
**227** [2] - 3:25, 4:10
**229** [1] - 4:2
**22nd** [1] - 123:6
**23,940** [1] - 227:25
**230,232** [1] - 3:10
**2323** [2] - 51:13, 133:18
**238** [9] - 177:16, 177:19, 178:4, 178:10, 181:4, 181:7, 181:13, 181:23, 183:9
**239** [1] - 3:11
**24,000** [1] - 134:16
**246** [1] - 4:11
**248** [1] - 4:11
**24th** [1] - 259:6
**25** [3] - 137:8, 138:8, 251:6
**250** [2] - 4:12, 44:10
**252** [1] - 4:12
**2549** [1] - 120:4
**255** [1] - 4:13
**256** [1] - 4:13
**257** [1] - 4:14
**259** [1] - 4:14
**25th** [1] - 227:18
**26** [1] - 140:15
**26th** [1] - 138:22
**27** [2] - 12:23, 20:11
**28** [4] - 33:15, 34:8, 123:18, 262:11
**2:04** [1] - 220:9
**2:11** [1] - 221:9
**2:30** [1] - 201:9
**2B** [1] - 128:14

### 3

**3** [19] - 18:17, 52:23, 57:9, 113:21, 114:6, 115:16, 134:7, 136:9, 136:10, 136:21, 137:19, 169:9, 187:7, 206:23, 252:3, 253:13, 259:2, 260:6

**3,672** [3] - 226:15, 251:4, 254:6
**3.7** [1] - 55:14
**30** [6] - 28:23, 34:19, 78:10, 152:9, 153:23, 208:16
**300** [2] - 50:21, 73:25
**300,000** [1] - 55:16
**30th** [2] - 208:5, 208:24
**31** [1] - 3:14
**312** [2] - 1:24, 2:10
**315** [1] - 255:10
**317** [2] - 66:15, 67:17
**319** [2] - 60:9, 62:8
**31st** [1] - 146:2
**33** [2] - 3:15, 230:10
**35** [1] - 258:5
**355** [1] - 199:9
**367,000** [1] - 248:19
**37** [3] - 92:25, 93:10, 93:17
**38** [1] - 3:15
**384** [1] - 227:10
**395,000** [1] - 194:13
**3rd** [1] - 124:19

### 4

**4** [15] - 45:4, 57:11, 86:9, 86:14, 86:23, 87:1, 87:4, 99:19, 120:1, 124:9, 125:25, 126:23, 199:12, 199:17, 200:16
**4/30/2012** [1] - 255:12
**40** [26] - 3:4, 28:23, 85:6, 85:10, 85:12, 85:17, 86:1, 86:3, 86:9, 86:14, 86:24, 87:1, 87:11, 87:14, 87:22, 87:24, 88:10, 88:11, 88:14, 88:22, 88:24, 89:12, 91:14, 96:23, 99:19, 101:18
**40-1** [1] - 3:17
**40-16** [1] - 3:18
**40-4** [1] - 3:17
**40-6** [1] - 3:18
**402** [1] - 1:24
**42** [10] - 3:16, 45:18, 51:16, 51:17, 51:24, 52:13, 52:23, 199:24, 251:5, 258:4
**4400** [1] - 2:15
**45** [10] - 3:14, 30:16, 31:3, 31:17, 31:18, 31:24, 33:20, 40:19,

40:20, 41:3
**4500-pounds** [1] - 22:15
**48** [8] - 3:5, 3:15, 32:7, 32:10, 33:1, 33:2, 45:18, 45:21
**4:00** [2] - 11:3, 260:15
**4th** [3] - 121:25, 145:11, 258:4

### 5

**5** [2] - 45:16, 57:13
**500** [5] - 196:5, 196:12, 207:15, 229:18, 235:1
**501** [4] - 4:4, 207:20, 208:7, 208:11
**504** [4] - 207:15, 210:2, 211:12, 235:7
**505** [8] - 3:24, 4:5, 210:9, 211:3, 211:11, 211:12, 211:13, 214:21
**505-1** [1] - 214:17
**506** [2] - 213:12, 213:16, 213:22, 235:12, 235:15
**507** [5] - 4:5, 213:21, 214:4, 214:6, 214:22
**507-1** [1] - 214:19
**51** [1] - 3:16
**510** [2] - 215:13, 235:18
**511** [4] - 4:6, 215:19, 216:5, 216:7
**514** [2] - 219:17, 236:2
**515** [4] - 4:7, 219:21, 220:3, 220:5
**516** [2] - 221:13, 236:5
**517** [4] - 4:8, 221:18, 221:24, 222:1
**520** [2] - 212:20, 213:1
**522** [2] - 228:15, 237:8
**523** [4] - 4:2, 229:4, 229:6, 237:11
**523-1** [1] - 228:19
**532** [4] - 4:11, 247:15, 248:8, 248:10
**533** [4] - 4:11, 245:17, 246:18, 246:20
**534** [6] - 4:10, 224:20, 225:15,

226:2, 226:4, 236:15
**535** [6] - 4:9, 224:19, 224:25, 225:11, 225:13, 236:21
**54** [5] - 3:16, 56:9, 56:17, 56:21, 57:9
**540** [3] - 216:21, 235:21, 249:6
**541** [4] - 4:6, 216:25, 217:9, 217:11
**546** [2] - 218:4, 235:24
**547** [4] - 4:7, 218:9, 218:24, 219:1
**552** [2] - 222:13, 236:9
**553** [4] - 4:8, 222:18, 222:25, 223:2
**554** [3] - 249:6, 249:24, 250:1
**554,555** [1] - 4:12
**555** [4] - 2:15, 249:24, 250:1, 250:5
**556** [4] - 4:12, 251:16, 252:9, 252:11
**558** [4] - 254:9, 254:17, 254:24, 255:1
**558,559** [1] - 4:13
**559** [4] - 254:16, 254:24, 255:1, 255:3
**56** [1] - 3:16
**560** [4] - 4:13, 256:6, 256:13, 256:15
**564** [3] - 257:6, 257:16, 257:18
**564,565** [1] - 4:14
**565** [3] - 257:16, 257:18, 257:20
**566** [7] - 4:14, 258:10, 258:22, 259:18, 259:21, 260:4, 260:6
**57** [4] - 3:23, 159:12, 159:25, 160:2
**570** [2] - 223:13, 236:12
**571** [5] - 4:9, 223:18, 223:24, 224:1, 260:13
**583** [2] - 226:19, 236:18
**584** [6] - 3:25, 4:10, 227:1, 227:10, 227:15, 236:24
**598** [3] - 196:6, 196:13, 229:19
**5th** [1] - 141:5

### 6

**6** [20] - 32:10, 33:2, 45:18, 45:22, 46:10, 57:15, 86:9, 87:11, 87:14, 87:21, 87:24, 101:18, 127:25, 129:2, 181:4, 181:7, 181:13, 181:23, 183:10, 184:3
**6,000** [3] - 21:25, 22:5, 22:15
**6,000-pouind** [1] - 21:24
**6,000-pound** [2] - 21:20, 21:22
**6,300** [2] - 251:7, 253:6
**60** [1] - 182:23
**601** [1] - 136:4

### 7

**7** [5] - 57:17, 121:14, 168:24, 211:25, 213:7
**7/30/14** [1] - 142:21
**70** [1] - 227:24
**701** [5] - 3:22, 131:1, 133:21, 134:3, 134:5
**704** [7] - 3:21, 130:21, 131:1, 131:6, 131:13, 131:15, 133:10
**704-1** [1] - 136:6
**705** [7] - 3:22, 131:1, 135:7, 135:12, 135:14, 136:9, 136:14
**706** [1] - 111:10
**71,75** [1] - 3:5
**738** [1] - 111:10
**739** [2] - 112:5, 112:8
**740** [1] - 111:10
**744** [7] - 3:19, 112:16, 113:4, 113:7, 113:11, 114:6, 115:16
**745** [4] - 3:19, 114:15, 114:25, 115:5
**752** [3] - 3:20, 115:23, 116:1, 116:8, 116:10, 117:13, 144:12, 144:13
**753** [1] - 262:11
**764** [1] - 111:11
**77** [2] - 255:22, 258:7
**79** [1] - 3:5
**7th** [2] - 141:3, 212:11

# 8

**8** [3] - 62:11, 86:9, 129:9
**8,820** [1] - 258:6
**80** [1] - 227:21
**801(d)(2** [1] - 154:25
**801(d)(2)(D** [1] - 153:20
**801(d)(2)(D)** [1] - 152:20
**801(d)(2)(E** [2] - 67:23, 152:16
**81** [1] - 3:5
**810** [1] - 2:18
**82** [1] - 3:6
**86** [1] - 3:17
**87** [2] - 3:17, 3:18
**88** [1] - 3:18
**8:15** [2] - 261:1, 261:3
**8:26** [1] - 218:2
**8:30** [1] - 10:13
**8th** [1] - 61:21

# 9

**9** [3] - 57:19, 117:12, 215:24
**9,180** [1] - 252:25
**9000** [1] - 197:15
**90012** [2] - 1:25, 2:10
**90071** [1] - 2:16
**91761** [1] - 116:19
**918** [4] - 247:5, 247:10, 247:11, 248:17
**92414** [1] - 133:19
**98** [1] - 3:6

# A

**A.M** [2] - 1:18, 5:2
**a.m** [2] - 218:2, 220:9
**abilities** [1] - 75:11
**ability** [4] - 7:9, 98:13, 154:3, 234:20
**able** [5] - 36:22, 77:14, 78:21, 144:5, 194:25
**ABOVE** [1] - 262:14
**ABOVE-ENTITLED** [1] - 262:14
**absent** [2] - 7:24, 9:15
**absolutely** [1] - 19:25

**accept** [3] - 14:18, 50:22, 50:25
**accepted** [2] - 63:20, 63:23
**access** [1] - 78:24
**accessible** [1] - 36:6
**according** [2] - 132:12, 187:18
**account** [1] - 210:22
**accountant's** [1] - 161:25
**accurate** [7] - 31:6, 32:21, 85:21, 86:20, 87:18, 88:17, 118:22
**acknowledgement** [1] - 245:11
**acknowledgements** [1] - 242:20
**acknowledgments** [1] - 242:13
**acquire** [1] - 183:19
**Acquisitions** [6] - 124:5, 124:11, 124:24, 127:6, 128:10, 129:25
**ACQUTIONS** [1] - 1:10
**act** [4] - 128:24, 164:11, 203:23, 246:15
**action** [1] - 182:1
**activities** [1] - 91:9
**activity** [1] - 117:10
**actual** [6] - 57:5, 182:4, 182:14, 184:19, 189:11, 200:4
**added** [6] - 49:6, 121:4, 121:21, 122:13, 122:19, 181:11
**addition** [4] - 121:17, 217:21, 230:16, 231:8
**additional** [2] - 198:9, 199:13
**address** [43] - 8:9, 36:2, 36:4, 60:17, 60:19, 60:21, 60:24, 67:4, 67:5, 116:17, 116:18, 119:17, 119:23, 132:1, 133:16, 133:18, 135:24, 136:1, 136:3, 136:5, 136:7, 137:16, 137:17, 138:2, 139:4, 140:24, 141:15, 154:21, 160:24, 162:20, 169:10, 169:14, 194:4, 207:24, 210:13, 214:14, 216:10,

224:7, 227:4, 230:21, 246:2, 250:9, 250:11
**addressed** [4] - 197:14, 197:15, 205:21, 209:4
**addresses** [1] - 120:2
**admissible** [2] - 8:17, 8:18
**admit** [41] - 7:9, 10:2, 32:24, 61:24, 63:13, 67:16, 85:25, 86:23, 87:21, 88:21, 113:4, 114:25, 116:8, 119:4, 126:15, 131:13, 134:3, 135:12, 159:24, 162:14, 185:13, 197:18, 201:4, 205:8, 208:7, 211:3, 214:4, 216:5, 217:9, 218:24, 220:3, 221:24, 222:25, 223:24, 225:11, 226:2, 227:10, 229:4, 246:18, 248:8, 252:9
**admitted** [2] - 92:24, 99:20
**admittedly** [1] - 152:19
**admonishment** [4] - 90:19, 151:11, 151:23, 260:18
**advance** [1] - 95:10
**advancement** [1] - 75:11
**advice** [1] - 163:22
**advise** [1] - 6:19
**aerospace** [1] - 49:18
**affected** [1] - 129:8
**afternoon** [11] - 156:25, 169:1, 169:2, 175:18, 183:6, 192:15, 193:8, 201:10, 230:14, 230:15, 238:13
**Agent** [21] - 109:20, 111:14, 112:19, 114:17, 116:1, 119:9, 125:25, 130:23, 142:11, 149:2, 192:14, 193:8, 196:25, 197:23, 204:22, 210:6, 215:16, 222:15, 223:15, 226:18, 230:14
**agent** [17] - 110:17, 119:19, 149:3, 149:6, 149:7, 154:18,

162:20, 169:11, 169:18, 170:5, 170:10, 171:9, 193:10, 193:12, 193:14, 232:22
**agents** [5] - 152:23, 194:19, 194:20, 194:21, 195:7
**ago** [2] - 34:7, 164:2
**agreement** [4] - 126:5, 128:6, 128:15, 129:11
**Agreement** [1] - 126:25
**ahead** [12] - 6:14, 20:25, 26:12, 31:25, 62:20, 95:17, 114:4, 150:8, 152:12, 153:9, 201:20, 245:2
**ALEXANDER** [1] - 2:14
**allow** [1] - 7:18
**allowing** [2] - 8:4, 8:14
**alloying** [1] - 49:6
**Almex** [1] - 50:2
**almost** [1] - 166:1
**Alston** [10] - 133:9, 133:14, 133:17, 135:1, 140:21, 140:22, 141:1, 141:10, 141:13, 141:19
**Aluminicaste** [17] - 55:7, 56:25, 57:8, 58:13, 58:16, 58:23, 59:4, 60:2, 60:20, 60:22, 61:19, 63:8, 64:9, 64:11, 70:17, 70:22, 78:12
**Aluminicaste.com** [1] - 60:23
**aluminium** [4] - 41:19, 48:19, 48:20, 48:24
**ALUMINUM** [2] - 1:9, 1:10
**Aluminum** [163] - 60:3, 66:8, 68:12, 68:13, 69:1, 69:2, 69:4, 69:18, 69:21, 70:2, 70:14, 71:21, 71:24, 72:9, 72:10, 72:17, 74:22, 75:16, 75:17, 75:20, 75:21, 79:6, 79:9, 79:18, 79:21, 80:2, 80:10, 80:19, 80:22, 82:24, 82:25, 83:2, 83:4, 83:8, 83:9, 83:13,

83:19, 84:21, 85:3, 85:19, 85:22, 86:15, 86:21, 89:2, 89:11, 89:17, 89:24, 91:19, 92:5, 92:9, 92:22, 95:1, 95:5, 95:6, 95:7, 95:9, 95:23, 96:5, 96:11, 96:14, 96:17, 97:5, 97:14, 101:8, 113:1, 113:18, 113:23, 114:12, 114:19, 114:23, 115:9, 115:18, 116:5, 124:4, 124:8, 124:11, 124:14, 124:24, 125:11, 125:20, 127:2, 127:5, 127:10, 127:14, 127:15, 127:16, 127:17, 127:18, 128:10, 129:14, 129:17, 129:25, 130:4, 130:7, 130:8, 132:13, 132:16, 134:13, 134:22, 135:19, 136:25, 137:15, 138:1, 139:14, 139:19, 140:5, 140:17, 142:18, 144:15, 144:17, 145:15, 146:4, 146:9, 146:12, 157:21, 158:1, 158:20, 158:23, 161:12, 161:20, 162:11, 163:4, 163:11, 163:15, 164:13, 164:16, 164:19, 164:25, 165:24, 166:8, 166:12, 166:14, 166:18, 168:19, 169:4, 179:21, 179:25, 182:2, 194:9, 197:15, 198:3, 199:1, 200:25, 201:2, 202:9, 205:20, 205:21, 211:22, 213:6, 222:11, 233:5, 233:7, 239:12, 239:20, 239:24, 240:6, 240:24, 256:19
**aluminum** [131] - 14:22, 15:16, 15:17, 15:23, 16:5, 16:10, 16:21, 17:1, 17:4, 17:7, 17:10, 17:22, 22:12, 24:13, 34:19, 49:1, 49:4, 49:5, 49:8, 49:9, 49:12, 49:13, 49:19, 50:3, 50:12, 50:19, 50:21, 55:5,

55:17, 56:3, 56:5, 56:7, 57:1, 57:7, 57:9, 57:11, 57:13, 58:8, 58:11, 64:19, 64:20, 65:2, 65:7, 65:11, 65:13, 65:17, 65:24, 66:10, 66:12, 68:15, 72:5, 72:6, 72:13, 73:3, 73:7, 73:12, 76:21, 77:4, 77:20, 77:22, 80:8, 80:18, 81:8, 83:11, 83:13, 93:7, 117:11, 130:3, 157:20, 158:24, 159:1, 160:21, 161:6, 161:7, 164:15, 164:20, 164:25, 165:3, 165:20, 165:22, 165:23, 166:9, 166:10, 166:13, 166:19, 166:25, 167:10, 167:13, 171:24, 172:8, 172:13, 172:17, 173:3, 173:5, 173:10, 173:14, 173:18, 173:20, 173:23, 176:12, 182:16, 186:8, 186:24, 187:3, 187:14, 187:17, 187:19, 188:24, 199:5, 206:3, 208:1, 212:20, 213:1, 219:11, 231:9, 239:25, 240:5, 240:6, 240:15, 243:11, 243:21, 243:25, 248:15, 253:6, 254:5
**aluminum-made** [1] - 187:19
**AMERICA** [2] - 1:1, 1:6
**America** [1] - 55:18
**American** [19] - 127:15, 127:17, 130:3, 130:8, 138:15, 157:20, 157:21, 157:25, 158:20, 158:22, 158:25, 159:3, 159:5, 159:8, 160:8, 160:20, 161:2, 161:9
**amount** [4] - 56:7, 244:17, 245:6, 252:24
**analogizing** [1] - 49:14
**analogy** [1] - 49:13
**Analyses** [1] - 119:12

**analysis** [1] - 68:6
**AND** [3] - 262:8, 262:12, 262:14
**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 262:4
**annotations** [3] - 202:1, 202:6
**annual** [1] - 171:4
**answer** [3] - 199:23, 234:23, 237:15
**answered** [3] - 54:7, 69:7, 169:21
**answers** [2] - 202:24, 206:24
**anticipate** [1] - 9:14
**anticipates** [2] - 5:8, 5:11
**antidumping** [1] - 98:7
**anyway** [1] - 215:2
**apat** [1] - 157:20
**Apex** [15] - 127:17, 130:8, 138:15, 157:21, 157:25, 158:20, 158:22, 158:25, 159:3, 159:5, 159:8, 160:8, 160:21, 161:2, 161:10
**apologies** [1] - 255:19
**apologize** [3] - 113:5, 122:6, 259:19
**appear** [1] - 135:3
**APPEARANCES** [1] - 2:5
**application** [2] - 48:22, 49:17
**applications** [1] - 49:18
**applies** [1] - 7:24
**apply** [3] - 6:25, 7:25, 8:8
**appreciate** [2] - 6:12, 9:12
**approach** [4] - 37:23, 50:9, 185:9, 194:25
**approached** [1] - 50:4
**appropriately** [1] - 21:6
**approval** [3] - 59:10, 59:12, 77:17
**approve** [1] - 77:15
**approximate** [1] - 93:24
**April** [7] - 51:3, 138:20, 251:2, 251:5, 255:20, 255:21, 259:6
**Arcadia** [1] - 136:4

**area** [8] - 65:1, 65:10, 66:9, 77:6, 78:13, 78:19, 155:10, 155:19
**areas** [2] - 149:16, 194:25
**argumentative** [1] - 20:24
**arrange** [2] - 219:8, 219:12
**arrive** [2] - 96:19, 96:21
**arrived** [4] - 68:3, 94:8, 96:16, 96:24
**arriving** [1] - 243:22
**article** [1] - 200:6
**Articles** [1] - 126:21
**articles** [3] - 162:10, 169:3, 171:6
**aside** [1] - 93:4
**aspects** [1] - 48:20
**assembly** [2] - 200:5, 221:6
**assertions** [1] - 153:16
**assets** [1] - 128:22
**assist** [4] - 104:17, 110:21, 193:18, 198:10
**ASSISTANT** [1] - 2:9
**assisted** [1] - 64:6
**assume** [2] - 74:13, 191:12
**assuming** [2] - 244:19, 244:23
**assumption** [1] - 103:25
**AT** [1] - 2:14
**attached** [7] - 198:23, 200:12, 200:13, 200:18, 212:21, 213:2, 221:7
**attempt** [1] - 35:8
**attempting** [1] - 6:19
**attend** [1] - 157:3
**attention** [15] - 6:7, 32:9, 49:24, 52:12, 62:10, 111:9, 155:8, 159:12, 167:2, 193:24, 239:9, 253:13, 254:8, 260:10, 260:11
**ATTORNEY** [3] - 2:7, 2:9, 2:14
**attorney** [1] - 81:15, 168:10
**attorneys** [4] - 5:24, 6:9, 168:14, 201:14
**audience** [1] - 156:1
**audit** [3] - 11:22,

106:12, 148:6
**auditing** [1] - 106:8
**audits** [1] - 148:16
**AUGUST** [3] - 1:18, 5:1, 262:19
**August** [5] - 61:21, 122:2, 124:17, 124:19, 137:19
**AUSA** [3] - 2:7, 2:8, 2:8
**authenticate** [1] - 111:5
**authority** [1] - 77:13
**authorized** [1] - 129:13
**automatic** [1] - 251:11
**automotive** [1] - 72:18
**available** [1] - 17:10
**Avenue** [6] - 116:18, 122:2, 122:18, 136:4, 194:1, 233:2
**AVENUE** [1] - 1:12
**aware** [15] - 9:12, 23:18, 24:11, 24:12, 37:8, 74:5, 81:7, 95:1, 95:10, 98:6, 148:8, 148:11, 170:18, 179:22

## B

**background** [1] - 240:21
**bacterial** [1] - 16:19
**bag** [3] - 196:18, 225:22, 229:21
**bags** [4] - 195:11, 195:12, 195:14, 195:20
**bankrupt** [1] - 74:13
**bankruptcy** [2] - 74:4, 74:7
**banks** [1] - 83:7
**bar** [4] - 158:24, 161:8, 164:15, 167:13
**bars** [8] - 93:8, 164:17, 165:20, 171:24, 172:4, 173:3, 173:5, 173:10
**base** [1] - 134:14
**based** [11] - 118:25, 123:20, 127:7, 134:11, 134:21, 134:25, 160:14, 164:24, 180:21, 234:16, 241:9
**bases** [1] - 152:14

**basics** [1] - 119:9
**basis** [1] - 69:8
**batch** [2] - 220:22, 221:5
**Beach** [5] - 50:7, 50:20, 51:5, 51:6, 54:23
**bear** [4] - 22:5, 23:22, 252:1, 252:3
**bearing** [1] - 39:3
**bears** [3] - 21:25, 251:23, 252:5
**became** [7] - 95:6, 101:7, 122:14, 124:18, 137:6, 138:9, 139:10, 139:25, 149:4
**become** [3] - 165:6, 179:24, 180:22
**becoming** [1] - 242:4
**beforehand** [1] - 156:19
**began** [3] - 89:7, 95:5, 239:13
**begin** [2] - 20:1, 157:23
**beginning** [6] - 23:15, 171:20, 173:1, 182:3, 241:24, 255:20
**behalf** [3] - 146:25, 171:6, 181:25
**BEHALF** [2] - 2:6, 2:12
**behind** [3] - 25:15, 25:17, 180:3
**beholden** [1] - 11:25
**Beijing** [1] - 59:9
**bell** [2] - 8:3, 231:2
**below** [1] - 102:22
**benches** [1] - 49:18
**benefits** [2] - 24:4, 24:10
**BERNSTEIN** [136] - 2:8, 38:2, 38:5, 40:4, 40:25, 43:3, 43:5, 44:1, 46:25, 109:19, 110:15, 111:24, 112:15, 112:18, 113:3, 113:8, 113:10, 114:1, 114:5, 114:14, 114:16, 114:24, 115:2, 115:6, 115:22, 115:25, 116:7, 116:11, 116:13, 118:7, 118:10, 119:3, 119:7, 125:21, 125:24, 126:14, 126:18, 126:20, 130:20, 130:22, 131:12, 131:16, 134:2, 134:6, 135:6,

135:11, 135:15,
142:4, 148:24, 149:1,
149:13, 149:20,
152:8, 152:13,
152:19, 153:10,
154:14, 154:23,
155:4, 192:13, 193:7,
196:21, 196:24,
197:4, 197:6, 197:17,
197:21, 201:3, 202:5,
202:18, 202:23,
203:9, 203:15,
203:22, 204:18,
204:21, 205:7,
205:14, 208:6,
208:12, 208:20,
208:22, 210:1, 210:4,
210:5, 211:2, 211:13,
211:15, 211:19,
211:21, 213:13,
214:3, 214:7, 214:9,
215:7, 215:8, 215:10,
215:12, 215:15,
216:4, 216:8, 216:18,
217:8, 217:12, 218:3,
218:23, 220:2,
221:12, 221:23,
222:2, 222:12,
222:14, 222:24,
223:3, 223:12,
223:14, 223:23,
224:2, 224:18,
225:10, 225:14,
225:16, 226:1, 226:5,
226:20, 226:21,
227:9, 227:16, 228:7,
228:10, 228:14,
229:3, 229:7, 229:25,
238:2, 238:5
  **BERSTEIN** [7] -
213:15, 216:20,
218:5, 219:2, 220:6,
221:14, 224:21
  **best** [6] - 16:2,
28:17, 28:20, 39:22,
212:23, 213:5
  **better** [4] - 14:23,
61:7, 61:8, 168:9
  **between** [9] - 70:21,
73:25, 135:16,
141:11, 141:25,
183:21, 184:17,
206:19, 241:9
  **big** [7] - 26:3, 36:13,
101:12, 101:15,
101:24, 153:20,
194:12
  **bigger** [1] - 257:21
  **bill** [1] - 20:18
  **Bill** [4] - 3:4, 153:1,

159:23, 160:18
  **billet** [6] - 49:8, 49:9,
49:21, 73:5, 80:11,
188:25
  **billets** [1] - 72:25
  **bills** [1] - 240:22
  **bit** [6] - 9:25, 17:11,
48:23, 48:24, 184:6,
240:21
  **blame** [1] - 6:8
  **blank** [2] - 115:20,
228:1
  **blow** [3] - 214:19,
214:22, 250:6
  **blown** [1] - 181:6
  **blown-up** [1] - 181:6
  **Bluff** [2] - 120:4
  **Bo** [1] - 168:11
  **BO** [1] - 168:11
  **board** [11] - 11:13,
11:19, 76:8, 76:13,
106:6, 147:21,
147:25, 154:13,
155:15, 190:6, 190:9
  **bodies** [3] - 73:11,
186:24, 187:16
  **body** [4] - 190:17,
190:25, 191:4, 191:7
  **bold** [2] - 101:12,
101:15
  **Border** [7] - 197:13,
198:1, 199:14, 201:1,
202:8, 202:11, 205:18
  **border** [1] - 200:24
  **bored** [1] - 90:5
  **boss** [4] - 26:3,
54:22, 64:7, 160:19
  **bottom** [17] - 29:1,
39:3, 39:6, 62:11,
93:16, 102:10,
102:22, 117:7,
140:20, 162:25,
177:19, 177:23,
178:3, 178:9, 181:7,
207:4, 214:21
  **bought** [1] - 74:6
  **bound** [1] - 128:2
  **box** [8] - 10:18,
44:20, 91:3, 196:19,
204:15, 225:23,
229:21, 253:19
  **boxes** [17] - 195:11,
195:12, 195:14,
195:20, 196:16,
217:19, 217:21,
217:22, 217:23,
227:24, 251:3, 251:5,
251:6, 255:22, 258:4,
258:5, 258:7
  **brackets** [1] - 213:6

  **BREAK** [1] - 204:12
  **break** [7] - 90:17,
90:18, 91:6, 151:20,
201:10, 201:12
  **breakdown** [1] -
200:3
  **breaking** [1] - 260:16
  **brief** [2] - 7:22, 48:11
  **BRIEF** [2] - 10:14,
90:25
  **briefing** [4] - 5:9,
23:17, 23:19, 24:2
  **briefly** [6] - 79:14,
83:5, 83:23, 176:17,
196:11, 197:22
  **bright** [2] - 101:24,
102:12
  **bring** [14] - 62:19,
65:5, 85:6, 92:24,
112:16, 152:6, 153:7,
155:19, 177:16,
183:8, 183:9, 204:19,
222:13, 232:17
  **bringing** [1] - 155:7
  **broke** [1] - 11:3
  **brother** [2] - 158:2,
182:7
  **brother's** [1] - 182:9
  **brother-in-law** [1] -
158:2
  **brothers** [1] - 96:10
  **brought** [4] - 6:6,
70:2, 107:12, 152:16
  **buckling** [2] - 39:7,
39:10
  **budget** [2] - 59:10,
59:14
  **build** [10] - 35:14,
50:6, 50:11, 50:12,
50:18, 50:19, 51:8,
55:5, 75:7, 190:11
  **building** [17] - 33:23,
56:2, 57:5, 64:5,
64:16, 77:14, 78:11,
86:15, 86:17, 100:2,
100:5, 100:7, 101:10,
101:14, 101:15,
174:2, 183:15
  **buildings** [2] - 37:8,
52:11
  **built** [3] - 57:3, 65:4,
188:23
  **bunch** [1] - 229:16
  **business** [73] - 14:2,
17:6, 18:6, 19:11,
26:4, 38:14, 60:25,
61:19, 63:11, 67:8,
67:22, 72:8, 72:24,
83:10, 85:19, 99:12,
99:15, 105:1, 107:2,

107:4, 107:7, 107:14,
107:20, 107:24,
117:10, 145:3, 145:7,
164:13, 167:14,
176:11, 180:14,
180:24, 181:1, 182:1,
182:5, 182:13,
184:17, 184:20,
187:5, 201:25, 202:2,
202:15, 202:22,
203:2, 203:5, 203:6,
203:20, 210:19,
212:6, 215:22,
220:16, 233:3,
233:11, 233:14,
233:18, 233:22,
234:4, 235:5, 235:16,
235:19, 235:22,
236:3, 236:6, 236:10,
236:13, 236:16,
236:19, 236:22,
236:25, 237:9,
237:12, 237:18, 248:4
  **busy** [1] - 100:13
  **Buy** [1] - 206:18
  **buy** [6] - 25:2,
183:15, 200:15,
207:3, 207:8, 207:13
  **buyer** [2] - 198:25,
247:25
  **buyers** [1] - 17:13
  **BY** [184] - 2:7, 2:13,
2:17, 10:25, 14:7,
21:1, 21:7, 26:18,
31:2, 31:11, 32:2,
32:13, 33:4, 38:9,
38:23, 40:4, 40:25,
43:5, 44:1, 48:8,
50:17, 52:7, 56:19,
60:14, 62:9, 63:4,
63:25, 66:17, 68:1,
70:5, 70:15, 71:18,
75:1, 79:16, 81:5,
82:20, 85:11, 85:16,
86:7, 86:13, 87:2,
87:13, 87:25, 88:25,
89:21, 91:5, 92:20,
93:22, 94:14, 94:24,
95:18, 96:3, 97:12,
98:1, 98:19, 99:22,
102:24, 103:21,
104:22, 105:23,
107:17, 108:17,
110:15, 111:24,
112:18, 113:10,
114:5, 114:16, 115:6,
115:25, 116:13,
118:10, 119:7,
125:24, 126:20,
130:22, 131:16,

134:6, 135:15,
142:10, 146:20,
149:1, 156:24,
159:13, 159:17,
160:5, 162:7, 162:18,
163:14, 164:23,
165:12, 166:21,
167:16, 168:2,
168:12, 168:18,
168:25, 169:25,
170:4, 170:21, 173:9,
175:17, 177:18,
177:22, 178:2,
178:24, 180:17,
181:5, 181:24, 183:5,
184:7, 185:23,
186:11, 186:22,
187:8, 187:12, 188:6,
188:15, 189:9,
189:13, 189:17,
190:1, 190:8, 190:16,
190:23, 191:6,
191:11, 193:7,
196:24, 197:6,
197:21, 204:21,
205:14, 208:12,
208:22, 210:1, 210:5,
211:15, 211:21,
213:15, 214:9, 215:8,
215:12, 215:15,
216:8, 216:20,
217:12, 218:5, 219:2,
220:6, 222:2, 222:14,
223:3, 223:14, 224:2,
224:21, 225:16,
226:5, 226:21,
227:16, 228:14,
229:7, 230:13,
232:21, 234:2, 234:8,
239:5, 245:3, 245:21,
246:22, 247:17,
248:11, 249:8, 250:7,
250:24, 251:17,
255:2, 256:7, 256:16,
257:7, 257:19,
258:11, 259:22,
260:12

## C

  **C-h-a-v-a-r-r-i-a** [1] -
110:11
  **C-R-I-S-T-I-A-N** [1] -
239:1
  **C.R** [1] - 247:25
  **CA** [2] - 2:10, 2:16
  **cabin** [1] - 187:14
  **caliber** [1] - 29:23
  **CALIFORNIA** [6] -
1:2, 1:19, 1:25, 5:1,

262:6, 262:10

**California** [26] - 35:21, 35:24, 50:7, 64:22, 64:24, 68:12, 76:17, 83:1, 100:11, 116:19, 126:10, 131:5, 131:19, 133:19, 133:22, 134:14, 134:25, 135:8, 135:17, 143:9, 143:12, 143:22, 169:11, 170:14, 183:16, 193:23

**canceled** [1] - 184:14

**Cancellation** [1] - 184:9

**cannot** [6] - 7:6, 7:13, 8:3, 54:20, 233:20, 233:21

**capability** [2] - 68:15, 69:5

**capacity** [4] - 21:9, 22:16, 46:15

**Capital** [9] - 61:4, 61:9, 61:12, 120:22, 122:22, 123:4, 123:10, 123:14, 123:20

**car** [1] - 23:5

**card** [1] - 157:16

**cards** [1] - 157:14

**care** [2] - 24:13, 177:4, 177:5

**cared** [1] - 107:2

**carrying** [2] - 29:1, 29:5

**cars** [3] - 86:18, 100:16, 189:18

**carves** [1] - 153:12

**case** [15] - 8:16, 8:20, 9:10, 9:20, 90:20, 135:3, 148:1, 149:3, 149:6, 149:7, 151:24, 155:24, 156:14, 260:18, 260:20

**cases** [2] - 122:4, 143:15

**casino** [3] - 157:14, 157:15, 157:17

**cast** [4] - 49:2, 49:6, 50:3, 50:12

**casted** [1] - 48:24

**casting** [16] - 48:21, 49:9, 50:6, 50:19, 55:5, 55:13, 64:16, 68:8, 68:15, 69:5, 72:6, 73:5, 75:5, 75:8, 80:4, 80:7

**categories** [1] - 153:14

**cater** [1] - 242:3

**caused** [1] - 129:10

**CBP** [1] - 198:7

**CC** [1] - 212:12

**CCW's** [1] - 210:18

**cease** [1] - 128:21

**center** [1] - 83:6

**CENTRAL** [2] - 1:2, 262:9

**Century** [4] - 95:6, 127:15, 130:3, 138:1

**CEO** [20] - 121:9, 121:21, 122:4, 122:5, 122:14, 122:19, 124:18, 137:6, 138:5, 138:9, 138:19, 139:11, 139:22, 139:25, 140:13, 141:4, 141:23, 143:2, 171:11, 241:21

**certain** [4] - 49:6, 111:6, 117:16, 196:9

**certainly** [2] - 45:11, 108:16

**Certificate** [1] - 184:9

**CERTIFICATE** [1] - 262:2

**certificate** [1] - 130:13

**certified** [4] - 118:1, 126:8, 130:24, 131:1

**CERTIFIED** [1] - 1:7

**CERTIFY** [1] - 262:10

**cetera** [4] - 72:19, 73:4, 224:16

**CFO** [12] - 124:18, 137:6, 138:5, 138:9, 138:19, 139:11, 139:22, 139:25, 140:13, 141:4, 141:23, 143:2

**chain** [1] - 18:10

**chairman** [4] - 11:13, 54:13, 76:1, 76:13

**chairmans** [1] - 76:11

**chance** [1] - 45:19

**change** [10] - 41:21, 122:11, 124:17, 125:12, 125:16, 219:10, 243:14, 243:19, 252:24, 254:2

**changed** [2] - 25:15, 122:7

**changes** [5] - 95:1, 95:3, 142:21, 143:13,

143:21

**charge** [5] - 41:14, 53:22, 58:23, 143:22, 143:23

**Charles** [1] - 141:21

**chart** [5] - 118:5, 119:9, 123:2, 137:10, 149:11

**chat** [1] - 179:11

**chats** [1] - 5:20

**chatted** [1] - 182:14

**CHAVARRIA** [1] - 3:7

**Chavarria** [9] - 109:20, 110:10, 112:19, 114:17, 116:1, 119:9, 126:1, 130:23, 149:2

**cheat** [1] - 35:5

**check** [1] - 231:22

**checked** [1] - 182:24

**chemical** [4] - 21:13, 22:10, 24:15, 68:6

**chemicals** [2] - 23:24, 190:21

**CHERIAN** [1] - 2:17

**children** [2] - 177:4, 177:6

**China** [42] - 11:4, 11:6, 11:8, 12:3, 53:7, 54:8, 54:9, 54:17, 54:22, 58:9, 59:24, 69:20, 79:21, 83:14, 83:15, 84:10, 98:9, 105:16, 106:12, 108:21, 108:23, 147:13, 148:1, 148:6, 148:17, 157:4, 164:18, 176:13, 176:15, 179:1, 184:22, 185:3, 186:6, 240:23, 241:3, 241:6, 242:15, 243:4, 243:6, 244:8, 253:20

**Chinese** [6] - 11:5, 102:5, 102:6, 177:10, 177:11

**chronological** [1] - 132:5

**CHUNG** [1] - 158:14

**Chung** [5] - 59:19, 124:18, 125:17, 158:14, 242:6

**circular** [1] - 9:25

**citation** [2] - 7:23, 8:10

**cities** [2] - 35:21, 35:23

**citizens** [1] - 100:18

**city** [4] - 36:1, 83:1,

100:9, 119:24

**City** [2] - 100:10, 239:17

**clarification** [3] - 64:10, 166:16, 188:1

**clarify** [2] - 144:12, 158:11

**clarifying** [1] - 198:13

**class** [1] - 26:5

**cleaned** [1] - 16:7

**cleaner** [2] - 14:23, 24:13

**clear** [5] - 7:17, 54:5, 81:6, 103:11, 111:25

**clearer** [1] - 88:1

**clearly** [2] - 32:20, 70:20

**clerical** [3] - 240:18, 241:1, 242:8

**CLERK** [31] - 10:21, 33:2, 47:17, 47:24, 48:4, 62:7, 82:6, 82:12, 82:17, 86:6, 109:21, 109:24, 110:5, 110:7, 150:8, 150:12, 150:14, 150:16, 150:23, 151:2, 151:6, 175:3, 175:9, 192:15, 192:22, 193:3, 211:12, 238:13, 238:22, 239:2, 250:2

**click** [2] - 117:12, 197:22

**client** [1] - 217:20

**close** [2] - 54:4, 153:25

**closely** [1] - 83:24

**clothing** [2] - 157:11, 157:13

**co** [3] - 6:20, 76:11, 152:17

**co-chairmans** [1] - 76:11

**co-conspirator** [2] - 6:20, 152:17

**coach** [5] - 25:18, 25:20, 25:22, 26:5, 26:9

**coached** [1] - 70:3

**Code** [1] - 145:5

**CODE** [1] - 262:11

**code** [2] - 116:19, 133:19

**coffee** [1] - 104:20

**colleague** [1] - 152:16

**colleagues** [1] - 107:12

**collection** [1] - 195:3

**column** [6] - 119:14, 119:16, 120:15, 131:25, 134:18, 252:17

**columns** [4] - 119:13, 119:15, 131:23, 132:2

**comfortable** [3] - 8:23, 9:5, 75:12

**coming** [17] - 6:2, 10:6, 47:13, 78:6, 82:2, 90:15, 91:18, 94:15, 95:11, 109:17, 149:24, 154:12, 154:13, 155:14, 192:11, 238:9, 260:23

**comma** [1] - 206:19

**comment** [1] - 154:16

**committee** [3] - 11:22, 106:9, 148:6

**common** [1] - 34:10

**communicate** [2] - 174:24, 244:13

**communicating** [1] - 61:18

**communication** [1] - 148:14

**communications** [1] - 5:20

**community** [1] - 148:10

**companies** [26] - 11:25, 41:11, 74:6, 74:15, 103:15, 105:1, 105:9, 126:12, 127:7, 127:10, 127:11, 127:13, 127:19, 127:22, 130:17, 136:24, 137:14, 145:4, 145:25, 146:4, 146:14, 154:11, 167:11, 191:22, 234:17, 234:20

**Company** [3] - 184:9, 199:4, 206:20

**company** [127] - 5:14, 11:5, 12:5, 12:6, 14:14, 14:20, 16:3, 16:24, 17:14, 17:16, 17:19, 25:23, 50:1, 68:13, 68:14, 70:2, 72:11, 76:4, 76:14, 83:11, 83:15, 95:2, 101:15, 103:12, 103:18, 103:20, 103:23, 103:24, 104:11, 105:10, 105:15, 105:18,

105:21, 105:25,
120:12, 123:22,
124:7, 124:14,
125:10, 127:1, 127:2,
127:14, 132:22,
135:24, 142:25,
143:3, 143:16,
143:20, 144:3, 144:8,
144:9, 144:23, 145:2,
145:6, 145:22,
145:23, 146:8, 146:9,
146:12, 147:16,
147:22, 147:25,
148:17, 152:22,
153:22, 154:4, 154:5,
157:19, 158:8,
158:22, 161:12,
161:13, 161:15,
161:16, 161:19,
161:20, 161:23,
164:25, 166:9,
166:10, 166:13,
166:18, 166:19,
166:22, 167:12,
167:15, 169:7,
169:15, 170:22,
171:6, 171:10, 176:7,
176:9, 178:17,
178:19, 180:1, 180:2,
180:4, 180:15,
180:16, 180:23,
181:9, 182:4, 182:5,
182:17, 183:19,
184:11, 184:18,
184:19, 191:22,
209:9, 213:2, 237:20,
239:7, 239:11,
239:24, 241:4, 243:6,
249:3, 255:4, 256:3,
256:17, 257:22,
257:23

**compare** [2] -
214:24, 225:20
**compared** [5] -
111:25, 187:20,
187:22, 196:14, 204:1
**compete** [1] - 18:5
**competing** [1] - 18:6
**competition** [3] -
17:24, 18:1, 18:4
**competitors** [1] -
17:4
**compile** [1] - 148:9
**compiled** [1] -
118:17
**complete** [2] - 45:12,
55:20
**completely** [2] -
78:13, 155:25
**compliant** [1] -

198:11
**components** [2] -
200:3, 200:5
**computers** [1] -
198:17
**conceal** [3] - 37:5,
40:8, 78:17
**conceive** [3] - 50:6,
55:16, 75:7
**concentrating** [1] -
73:10
**conception** [2] -
55:23, 55:24
**concern** [1] - 9:25
**concerned** [1] - 64:8
**CONCLUDED** [1] -
261:4
**conference** [1] -
24:22
**CONFERENCE** [1] -
262:16
**configuration** [2] -
29:12, 30:2
**configurations** [1] -
30:3
**confirm** [3] - 225:7,
227:6, 229:17
**confirming** [1] -
196:11
**CONFORMANCE** [1]
- 262:15
**confused** [1] - 71:7
**congratulate** [1] -
81:14
**Connection** [1] -
206:19
**connection** [14] -
7:9, 7:19, 54:11, 60:2,
69:21, 70:9, 70:14,
70:17, 70:21, 75:20,
75:21, 76:2, 79:18,
241:8
**consider** [1] - 151:15
**consolation** [1] -
230:9
**conspiracy** [15] -
6:21, 6:24, 7:7, 7:10,
7:14, 7:15, 8:8, 8:14,
8:15, 9:15, 9:17, 9:20,
9:22, 10:2
**conspirator** [2] -
6:20, 152:17
**constitute** [1] - 128:5
**construction** [2] -
57:4, 187:10
**consultant** [1] -
75:18
**consulting** [2] - 69:8,
80:5
**contact** [5] - 5:25,

167:22, 209:11,
209:12, 212:19
**contacted** [2] -
167:19, 167:23
**container** [1] - 209:9
**containers** [3] -
219:9, 219:11, 219:13
**contains** [1] - 219:12
**contamination** [1] -
16:19
**content** [2] - 212:8,
220:25
**contents** [2] - 77:8,
182:15
**context** [2] - 59:7,
148:1
**continuation** [1] -
57:7
**continue** [5] - 98:12,
98:22, 98:23, 143:1,
204:16
**continued** [3] -
98:25, 99:4, 245:1
**continuing** [4] -
211:7, 211:9, 244:20,
244:24
**contract** [1] - 231:25
**controlling** [1] -
141:10
**conversation** [6] -
26:1, 179:12, 180:6,
180:13, 180:21,
180:25
**conversations** [5] -
5:22, 12:17, 108:1,
179:9, 183:21
**copies** [5] - 111:16,
185:6, 196:7, 196:13,
229:23
**COPY** [1] - 1:7
**copy** [6] - 112:8,
114:17, 114:18,
114:20, 200:18,
216:22
**corner** [4] - 14:12,
93:6, 93:10, 178:6
**corporate** [17] -
105:6, 105:24,
116:14, 117:22,
118:1, 118:17,
118:23, 120:9, 121:4,
122:5, 122:13, 123:1,
124:20, 126:2,
137:17, 141:5, 149:10
**corporation** [10] -
11:12, 11:15, 11:19,
113:17, 117:17,
123:7, 145:13,
145:17, 171:7, 191:20
**Corporation's** [1] -

119:11
**corporation's** [2] -
162:20, 169:11
**corporations** [3] -
113:15, 128:5, 145:19
**CORRECT** [1] -
262:12
**correct** [319] - 11:9,
11:10, 11:11, 11:15,
11:17, 11:18, 11:20,
11:21, 11:23, 11:24,
12:1, 12:12, 12:13,
13:13, 13:14, 14:20,
14:21, 15:18, 15:23,
15:24, 16:5, 16:8,
16:12, 16:13, 16:15,
16:17, 16:19, 16:20,
16:22, 16:23, 17:1,
18:4, 18:13, 18:23,
19:19, 21:25, 22:4,
23:7, 23:8, 23:25,
24:1, 25:7, 27:2, 27:3,
27:24, 28:7, 28:12,
29:4, 29:24, 31:7,
32:4, 32:16, 32:18,
34:2, 34:3, 34:14,
34:18, 35:9, 35:15,
35:18, 35:25, 36:11,
36:15, 37:6, 37:7,
37:16, 38:25, 39:1,
39:4, 39:5, 39:9,
39:12, 40:10, 42:1,
44:25, 49:23, 51:14,
52:20, 56:1, 57:12,
57:14, 57:16, 60:18,
61:2, 61:11, 61:20,
61:23, 62:2, 63:7,
63:9, 67:6, 67:9,
67:12, 68:23, 69:12,
71:22, 71:23, 71:25,
72:6, 72:7, 73:1, 73:9,
73:13, 73:14, 73:15,
73:17, 74:8, 74:16,
74:19, 75:3, 75:4,
75:15, 76:4, 76:5,
76:8, 76:9, 77:1,
77:17, 77:18, 77:20,
77:21, 77:24, 78:5,
78:15, 78:16, 78:18,
79:1, 79:3, 79:4, 79:7,
79:10, 80:9, 80:13,
81:10, 81:11, 92:15,
98:23, 99:2, 99:8,
99:11, 100:8, 101:24,
103:6, 103:18,
104:24, 106:15,
107:1, 109:10,
110:23, 111:4, 112:2,
112:24, 113:13,
115:10, 115:12,
115:15, 115:21,

116:16, 117:8,
117:25, 118:2,
118:12, 118:21,
119:25, 120:6,
121:12, 121:16,
121:23, 122:3,
122:21, 123:3,
123:15, 124:3,
124:21, 125:2, 125:9,
125:15, 126:4, 126:7,
126:13, 127:9, 128:3,
128:12, 129:19,
130:5, 130:9, 130:15,
130:18, 130:25,
131:3, 131:20,
131:22, 132:3, 132:8,
132:23, 133:12,
133:24, 134:1, 134:9,
134:20, 135:10,
136:8, 136:12,
136:22, 137:13,
137:22, 138:14,
138:18, 139:2, 139:7,
139:21, 140:4, 140:7,
140:12, 143:2, 143:6,
143:23, 143:24,
144:3, 144:4, 144:6,
144:7, 144:10,
144:11, 144:18,
144:21, 144:22,
145:8, 145:9, 145:11,
145:12, 145:14,
145:23, 146:5, 147:1,
147:4, 147:11,
147:17, 149:12,
150:15, 154:24,
157:7, 161:22, 162:3,
162:12, 163:2,
165:11, 165:17,
167:18, 169:12,
169:15, 169:16,
169:19, 171:22,
172:2, 172:6, 172:9,
172:15, 174:2, 174:3,
174:5, 177:11,
177:14, 180:20,
181:16, 181:19,
183:12, 183:16,
183:20, 184:9,
184:12, 184:15,
184:23, 185:1, 185:7,
186:2, 191:13, 194:3,
195:22, 196:20,
198:2, 198:4, 199:7,
209:5, 209:17,
210:14, 211:1,
211:23, 217:15,
224:8, 231:9, 231:14,
232:23, 234:14,
235:2, 235:3, 235:13,
245:15, 246:3, 246:7,

246:11, 248:3, 248:20, 249:20, 250:21, 251:14, 251:25, 253:8, 254:7, 254:22, 256:11, 257:1, 257:12, 258:1, 258:14, 259:10, 260:1, 260:8

**correctly** [1] - 172:25
**corresponding** [2] - 196:3, 196:8
**cost** [3] - 200:4, 248:18, 253:9
**Counsel** [32] - 10:5, 10:19, 26:14, 31:14, 31:19, 31:25, 38:6, 43:25, 48:6, 63:24, 71:1, 71:3, 82:18, 91:4, 95:16, 109:16, 110:12, 149:19, 159:16, 163:12, 173:7, 177:21, 177:25, 189:20, 191:25, 203:12, 204:16, 211:6, 211:10, 230:5, 239:3, 245:1
**COUNSEL** [1] - 2:5
**counsel** [30] - 5:5, 7:2, 7:21, 8:11, 9:4, 20:23, 21:3, 38:1, 47:4, 62:18, 74:24, 81:13, 81:17, 85:14, 98:16, 104:18, 146:18, 154:7, 154:8, 156:21, 168:22, 171:15, 174:24, 186:14, 192:1, 193:5, 201:20, 204:5, 232:16, 238:6
**countervailing** [1] - 98:7
**country** [1] - 16:25
**counts** [8] - 227:21, 227:25, 251:4, 251:6, 251:7, 258:5, 258:6, 258:8
**COUNTY** [1] - 262:4
**couple** [3] - 44:10, 95:3, 146:23
**course** [34] - 8:6, 26:22, 27:12, 28:6, 38:13, 55:8, 59:14, 63:8, 63:10, 67:8, 202:2, 233:11, 233:14, 233:17, 233:22, 234:4, 235:5, 235:10, 235:15, 235:19, 235:22, 235:25, 236:3, 236:6,

236:10, 236:13, 236:16, 236:19, 236:22, 236:25, 237:9, 237:12, 237:18, 248:4
**COURT** [274] - 1:1, 1:24, 5:5, 5:21, 6:1, 6:8, 7:2, 7:12, 7:20, 8:11, 9:19, 9:22, 10:4, 10:11, 10:16, 14:3, 20:23, 21:3, 26:14, 30:18, 30:22, 31:1, 31:10, 31:13, 31:16, 31:18, 31:22, 31:25, 32:11, 32:25, 37:25, 38:3, 38:6, 38:22, 40:2, 40:23, 42:25, 43:2, 43:4, 43:22, 43:24, 47:2, 47:4, 47:6, 47:12, 48:5, 50:14, 51:17, 51:19, 51:21, 52:1, 56:10, 56:13, 56:15, 60:12, 61:25, 62:3, 62:6, 62:18, 62:20, 63:3, 63:17, 63:20, 63:22, 66:16, 67:19, 67:21, 67:25, 69:25, 70:10, 70:12, 70:19, 70:25, 71:7, 71:12, 71:15, 74:24, 79:13, 81:2, 81:13, 81:19, 81:21, 81:24, 82:1, 82:18, 85:7, 85:14, 86:2, 86:5, 86:12, 86:25, 87:12, 87:23, 88:23, 89:20, 90:16, 91:1, 92:13, 92:16, 92:19, 93:21, 94:13, 94:20, 94:22, 95:14, 96:2, 97:11, 97:23, 98:16, 99:21, 102:23, 103:19, 104:18, 104:21, 105:20, 107:16, 108:16, 109:13, 109:15, 110:12, 111:21, 112:13, 112:17, 113:6, 113:9, 115:1, 115:4, 115:24, 116:9, 118:9, 119:5, 126:16, 131:14, 134:4, 135:13, 142:6, 146:17, 148:23, 149:15, 149:18, 149:21, 149:23, 150:7, 150:25, 151:4, 151:10, 152:4, 152:11, 152:18, 153:8, 153:25, 154:6, 154:21, 155:3, 155:7,

155:16, 156:7, 159:16, 160:1, 160:4, 162:6, 162:15, 164:22, 167:9, 168:1, 168:8, 168:16, 168:22, 169:22, 170:2, 170:17, 171:14, 174:10, 174:13, 174:16, 174:19, 174:22, 175:14, 177:17, 177:21, 177:25, 178:22, 180:10, 181:14, 181:17, 181:20, 181:22, 183:3, 185:10, 185:16, 185:18, 186:14, 186:17, 189:6, 189:20, 190:4, 190:14, 191:25, 192:3, 192:5, 192:8, 192:10, 193:4, 196:23, 197:2, 197:5, 197:19, 201:8, 201:16, 201:22, 202:13, 202:20, 202:25, 203:11, 203:14, 203:17, 204:3, 204:13, 205:11, 208:10, 209:24, 210:3, 211:4, 211:6, 214:5, 215:2, 215:5, 215:14, 216:6, 217:10, 218:25, 220:4, 221:25, 223:1, 223:25, 225:12, 226:3, 227:11, 227:14, 228:9, 229:5, 230:2, 230:8, 232:15, 232:19, 233:24, 234:7, 237:23, 238:1, 238:3, 238:6, 238:8, 239:3, 244:21, 244:25, 245:18, 246:19, 247:16, 248:9, 249:7, 249:25, 250:23, 252:10, 254:25, 256:14, 257:17, 259:12, 259:15, 259:20, 260:14, 261:2, 262:8, 262:9, 262:23
**Court** [22] - 6:5, 6:17, 7:9, 7:18, 7:19, 8:7, 8:18, 8:19, 9:13, 9:18, 10:7, 10:8, 32:7, 47:21, 82:8, 86:4, 110:1, 150:19, 175:5, 192:18, 203:19, 238:18
**court** [1] - 211:19

**Court's** [1] - 8:9
**courteous** [1] - 242:3
**courthouse** [1] - 49:19
**COURTHOUSE** [1] - 2:9
**courtroom** [6] - 150:5, 152:5, 156:15, 156:16, 201:15, 201:17
**coworkers** [1] - 37:10
**CR** [1] - 1:8
**Craig** [5] - 225:2, 226:9, 226:10, 249:2, 255:25
**Crawford** [1] - 168:7
**create** [16] - 13:3, 13:19, 18:8, 118:4, 161:23, 180:15, 242:15, 243:1, 247:9, 247:10, 247:22, 249:16, 249:21, 250:20, 251:21, 254:20
**created** [12] - 161:15, 170:7, 243:3, 248:21, 251:11, 252:6, 253:4, 253:15, 256:10, 258:13, 260:7
**creating** [2] - 240:22, 247:5
**credit** [2] - 19:7, 19:14
**Criminal** [1] - 110:18
**Cristian** [4] - 3:11, 238:11, 238:25, 246:6
**cross** [11] - 10:19, 40:7, 43:14, 70:25, 79:17, 97:23, 142:6, 155:24, 183:3, 230:3, 230:4
**CROSS** [14] - 3:3, 10:24, 26:17, 71:17, 74:25, 97:25, 98:18, 142:9, 146:19, 168:23, 171:16, 183:4, 230:11, 232:20
**cross-examination** [8] - 10:19, 40:7, 43:14, 70:25, 79:17, 97:23, 142:6, 230:3
**CROSS-EXAMINATION** [13] - 10:24, 26:17, 71:17, 74:25, 97:25, 98:18, 142:9, 146:19, 168:23, 171:16, 183:4, 230:11, 232:20

**CSR** [2] - 1:23, 262:22
**Cubayama** [1] - 67:2
**cure** [1] - 155:12
**curious** [2] - 186:9, 191:16
**custodian** [9] - 195:16, 233:6, 234:5, 234:21, 235:2, 235:7, 235:8, 235:12, 237:19
**custody** [1] - 202:7
**Custom** [1] - 193:15
**custom** [2] - 84:4, 84:7
**customer** [23] - 18:2, 18:5, 18:13, 18:15, 20:14, 24:4, 68:5, 68:7, 68:9, 68:11, 83:3, 83:18, 89:7, 89:23, 90:6, 90:12, 91:24, 92:4, 242:11, 242:19, 243:9, 245:9, 245:10
**customer's** [1] - 84:4
**customers** [22] - 13:21, 13:23, 15:3, 15:13, 17:22, 19:14, 19:18, 19:20, 19:21, 24:7, 24:8, 35:11, 37:15, 58:11, 72:12, 72:18, 73:16, 83:21, 219:7, 242:14
**customized** [1] - 19:2
**Customs** [6] - 197:12, 197:25, 199:14, 202:8, 202:11, 205:18
**customs** [2] - 200:23, 201:1
**cut** [1] - 99:15
**cylindrical** [1] - 49:9
**cylindrical-shaped** [1] - 49:9
**CZW** [20] - 11:14, 75:19, 75:24, 76:1, 76:3, 76:10, 76:12, 79:24, 186:6, 213:8, 215:22, 216:2, 217:6, 218:20, 219:24, 221:11, 226:10, 227:7, 229:1, 250:13
**CZW's** [1] - 79:18
**CZWang** [1] - 148:18

**D**

**Dalian** [5] - 84:14, 84:17, 199:3, 226:13,

228:6, 248:14, 254:2, 258:24, 259:4

**damage** [3] - 29:9, 33:8, 33:15

**damaged** [2] - 19:12, 29:12

**dangerous** [1] - 190:20

**date** [38] - 58:25, 61:21, 67:10, 67:14, 119:18, 120:17, 121:24, 123:5, 123:16, 124:6, 124:9, 129:11, 141:16, 143:19, 144:18, 144:20, 146:1, 179:14, 179:18, 198:5, 205:23, 208:4, 211:24, 212:23, 213:4, 217:13, 218:17, 220:7, 222:3, 224:16, 227:17, 247:2, 253:17, 255:12, 255:13, 255:15, 259:5

**DATE** [1] - 262:19

**dated** [1] - 146:2

**dates** [2] - 143:18, 143:19

**David** [3] - 20:7, 20:16, 42:18

**DAY** [1] - 1:17

**day-to-day** [2] - 106:14, 160:9

**DC** [1] - 2:18

**deal** [1] - 24:2

**dear** [1] - 212:19

**December** [13] - 51:1, 124:9, 124:12, 137:4, 144:21, 145:11, 146:2, 193:15, 211:25, 212:11, 213:7, 215:24, 219:14

**decided** [1] - 51:7

**decisions** [1] - 59:17

**deed** [1] - 128:24

**deep** [1] - 183:22

**DEFENDANT** [1] - 2:12

**defendant** [4] - 71:8, 97:24, 155:6, 155:17

**defendant's** [1] - 185:12

**Defendants** [1] - 119:11

**DEFENDANTS** [1] - 1:14

**defendants** [9] - 43:6, 71:4, 110:25,

118:20, 120:8, 120:10, 123:24, 193:19, 232:4

**Defendants'** [2] - 13:25, 43:7

**Defense** [5] - 37:24, 43:9, 45:4, 45:16, 46:9

**defense** [5] - 9:4, 31:20, 51:17, 56:10, 56:11

**defined** [1] - 49:7

**definition** [2] - 152:24, 153:4

**degree** [1] - 48:14

**Delair** [1] - 197:16

**delete** [1] - 5:19

**deliberations** [1] - 260:21

**delivered** [1] - 243:14

**delivery** [5] - 209:10, 213:4, 217:22, 219:10, 224:16

**demonstrate** [1] - 39:23

**demonstration** [1] - 7:24

**deny** [2] - 70:7, 70:13

**department** [6] - 94:18, 210:19, 212:6, 220:16, 240:19, 242:11

**Department** [1] - 198:7

**depict** [2] - 117:15, 132:2

**depicted** [6] - 52:8, 119:23, 159:14, 159:18, 199:17, 219:4

**depiction** [4] - 85:21, 86:20, 87:18, 88:18

**depicts** [1] - 134:7

**describe** [8] - 49:12, 55:12, 72:8, 83:5, 91:8, 92:1, 176:17, 242:1

**described** [2] - 80:7, 94:15

**description** [1] - 200:10

**destroyed** [1] - 19:12

**detailed** [2] - 183:22, 221:6

**details** [2] - 209:10, 209:11

**determination** [2] - 128:16, 198:10

**developing** [1] -

180:14

**Development** [13] - 50:5, 52:22, 60:21, 61:13, 61:15, 66:24, 67:1, 67:5, 75:8, 75:14, 120:14, 120:21, 122:23

**DEVELOPMENT** [1] - 1:11

**die** [2] - 49:16, 50:3

**different** [16] - 29:23, 30:14, 34:9, 38:17, 39:24, 71:4, 90:7, 93:7, 102:1, 105:1, 108:1, 147:2, 165:21, 191:13, 204:9, 259:8

**difficult** [2] - 73:23, 78:17

**digital** [2] - 194:20, 198:14

**dined** [1] - 179:6

**dinner** [1] - 176:8

**direct** [12] - 32:9, 44:13, 49:24, 62:10, 99:23, 106:16, 159:11, 167:2, 193:24, 201:7, 216:11, 239:9

**DIRECT** [9] - 3:3, 48:7, 82:19, 110:14, 148:25, 156:23, 175:15, 193:6, 239:4

**directed** [2] - 5:19, 24:9

**directing** [1] - 219:24

**Directing** [1] - 260:10

**direction** [1] - 163:20

**directions** [4] - 208:18, 208:25, 223:20, 228:25

**directives** [1] - 153:15

**directly** [3] - 13:9, 58:18, 59:2

**directors** [7] - 11:20, 11:23, 76:8, 76:13, 106:6, 147:22, 147:25

**disappearing** [8] - 127:21, 128:7, 128:11, 128:16, 128:20, 128:23, 129:1, 130:2

**disassembled** [1] - 81:9

**discretion** [1] - 7:18

**discuss** [5] - 37:15, 59:4, 90:20, 151:23, 260:18

**discussed** [2] -

59:15, 75:23

**discussing** [1] - 32:4

**discussions** [1] - 37:9

**disguise** [1] - 79:3

**dismissed** [1] - 8:16

**dismissing** [2] - 8:20, 9:10

**displayed** [1] - 119:14

**disposable** [1] - 15:25

**disregard** [1] - 155:15

**distribution** [1] - 43:16

**DISTRICT** [5] - 1:1, 1:2, 1:4, 262:9, 262:10

**divested** [1] - 138:13

**divide** [1] - 209:7

**DIVISION** [1] - 1:2

**DO** [1] - 262:10

**document** [58] - 14:8, 14:16, 16:6, 19:19, 60:15, 116:3, 127:8, 130:10, 132:12, 133:16, 136:5, 162:8, 169:9, 169:17, 170:2, 170:22, 171:1, 178:6, 178:12, 178:13, 178:16, 179:14, 179:18, 180:22, 184:3, 196:18, 197:10, 198:25, 199:12, 200:21, 204:25, 205:4, 205:5, 206:4, 207:21, 224:22, 225:21, 233:17, 234:3, 236:18, 236:21, 236:24, 237:11, 237:16, 245:22, 246:23, 247:18, 249:9, 249:15, 250:19, 251:18, 254:10, 254:19, 256:8, 257:8, 257:10, 259:8

**documentation** [5] - 84:2, 121:4, 122:13, 148:19, 170:7

**documents** [31] - 104:2, 104:8, 104:10, 104:11, 105:6, 111:18, 117:23, 118:1, 118:3, 119:1, 122:6, 123:1, 124:20, 126:2, 162:1, 195:8,

195:13, 195:18, 195:19, 196:1, 196:3, 196:8, 196:9, 196:13, 197:7, 198:19, 207:17, 215:5, 231:8, 260:9

**dollar** [1] - 226:16

**dollars** [1] - 199:9

**done** [7] - 15:3, 20:19, 148:17, 151:18, 156:12, 191:10, 228:11

**door** [3] - 72:15, 101:15, 101:20

**doors** [1] - 78:20

**dot** [1] - 155:24

**double** [5] - 226:15, 228:3, 247:11, 253:6, 255:10

**DOUBLEDAY** [1] - 1:11

**Doubleday** [10] - 116:18, 121:10, 137:15, 138:1, 139:3, 139:20, 140:6, 160:24, 194:1, 233:2

**down** [44] - 18:17, 47:6, 62:19, 73:1, 80:11, 81:21, 89:8, 89:10, 89:13, 89:23, 90:2, 90:11, 90:14, 91:7, 91:10, 91:17, 98:5, 98:11, 99:1, 113:21, 113:24, 113:25, 115:16, 117:7, 117:12, 119:10, 120:1, 122:23, 126:23, 127:25, 128:13, 129:9, 132:4, 134:7, 149:18, 152:5, 174:10, 184:5, 192:5, 197:24, 199:12, 201:19, 204:23, 238:3

**drastically** [1] - 90:14

**drawing** [2] - 84:2, 221:6

**drawings** [3] - 64:4, 213:2, 221:7

**Drive** [1] - 120:4, 239:19

**driver** [1] - 240:16

**driving** [1] - 239:15

**dually** [1] - 129:13

**durability** [1] - 16:1

**duration** [2] - 136:14, 156:14

**during** [26] - 5:15, 22:20, 38:13, 54:14,

55:8, 55:10, 59:14, 84:20, 89:13, 90:2, 90:11, 92:21, 94:25, 99:1, 99:23, 106:16, 108:18, 156:2, 156:3, 161:2, 166:24, 173:13, 191:19, 240:24, 242:4, 245:9
  **duties** [4] - 83:18, 128:22, 152:23, 153:3
  **duty** [20] - 18:18, 19:1, 21:8, 21:23, 22:2, 22:3, 46:12, 98:7, 226:15, 228:3, 247:6, 247:11, 247:12, 253:6, 254:5, 255:10
  **dynamic** [2] - 22:15, 46:15

## E

  **e-mail** [104] - 60:17, 60:19, 60:23, 61:4, 61:10, 61:12, 61:13, 61:15, 61:18, 61:21, 61:22, 61:25, 62:1, 62:11, 62:12, 62:15, 62:22, 62:23, 63:14, 63:19, 64:1, 64:7, 66:18, 67:4, 67:5, 67:10, 84:9, 84:11, 148:12, 207:23, 207:24, 208:13, 209:13, 210:10, 210:12, 210:13, 210:21, 210:25, 211:24, 212:2, 212:3, 212:7, 212:8, 212:9, 212:11, 212:12, 212:13, 213:8, 213:9, 213:24, 214:11, 214:13, 214:20, 214:22, 214:25, 215:16, 215:21, 216:10, 216:12, 217:2, 217:17, 218:10, 218:17, 219:3, 219:18, 219:23, 220:11, 220:19, 220:24, 221:1, 221:10, 221:20, 222:15, 222:22, 223:5, 223:9, 223:15, 223:20, 224:15, 225:2, 227:3, 227:4, 227:19, 228:22, 229:8, 229:11, 243:4, 244:14, 244:16,

245:25, 246:1, 246:2, 246:8, 247:8, 248:1, 248:23, 248:25, 250:8, 250:9, 250:11, 250:14, 255:4, 257:23
  **e-mail's** [1] - 61:5
  **e-mailed** [1] - 213:9
  **e-mailing** [1] - 216:2
  **e-mails** [16] - 63:5, 63:14, 67:7, 209:18, 209:20, 210:6, 213:18, 214:24, 216:22, 218:6, 221:15, 226:22, 226:23, 228:16, 246:15
  **eager** [1] - 167:14
  **earliest** [1] - 132:7
  **early** [4] - 50:1, 74:11, 212:24, 219:8
  **earn** [1] - 134:15
  **earned** [2] - 134:16, 134:18
  **easier** [1] - 24:13
  **easiest** [1] - 49:13
  **easily** [1] - 16:7
  **East** [2] - 120:4
  **economics** [1] - 16:1
  **EDD** [1] - 147:5
  **education** [2] - 48:12, 157:1
  **effective** [2] - 128:19, 143:19
  **effectively** [1] - 128:25
  **effectiveness** [1] - 146:1
  **efficient** [1] - 73:14
  **effort** [1] - 79:2
  **efforts** [3] - 40:8, 42:18, 42:21
  **eight** [2] - 217:21, 219:11
  **either** [10] - 7:12, 30:22, 148:7, 161:24, 164:6, 171:11, 173:1, 176:8, 235:19, 248:23
  **electronically** [3] - 30:20, 30:23, 30:24
  **elements** [1] - 49:6
  **elicit** [1] - 152:25
  **emergency** [1] - 156:18
  **emperor** [1] - 26:9
  **employed** [18] - 49:25, 50:1, 55:2, 76:15, 86:16, 99:1, 108:11, 109:4, 133:2, 133:5, 133:8, 135:22, 143:8, 157:9, 239:6,

239:10
  **employee** [12] - 60:5, 75:13, 131:18, 132:11, 132:12, 142:25, 153:21, 154:4, 154:18, 154:20, 209:1, 257:23
  **employees** [9] - 54:17, 59:25, 60:1, 69:17, 79:21, 79:24, 97:20, 152:22, 153:3
  **employer** [2] - 132:1, 133:3
  **employer's** [1] - 135:1
  **employment** [17] - 41:22, 41:24, 105:11, 130:24, 131:2, 131:7, 131:8, 133:23, 134:14, 134:25, 135:8, 135:14, 135:21, 135:25, 171:20, 171:23, 172:8
  **encouraged** [4] - 37:11, 37:17, 37:19, 37:21
  **end** [15] - 72:23, 133:13, 135:3, 135:5, 136:21, 144:21, 145:10, 163:18, 172:22, 172:23, 173:1, 182:3, 219:9, 219:13
  **ended** [1] - 184:14
  **energies** [1] - 187:20
  **energy** [3] - 73:14, 187:3, 187:21
  **enforcement** [1] - 100:20
  **engineer** [3] - 75:3, 75:9, 187:18
  **engineering** [2] - 48:14, 243:11
  **England** [1] - 48:13
  **English** [3] - 102:9, 160:22, 184:10
  **enter** [2] - 77:6, 77:14
  **entering** [1] - 84:1
  **Enterprise** [9] - 89:2, 113:2, 113:18, 114:23, 132:13, 132:14, 134:13, 135:19, 201:2
  **enterprises** [1] - 183:24
  **entire** [3] - 25:14, 63:14, 102:14
  **entirely** [1] - 160:18
  **entities** [7] - 5:13,

119:20, 123:1, 128:16, 128:20, 129:1, 130:3
  **ENTITLED** [1] - 262:14
  **entitled** [1] - 184:8
  **entity** [22] - 116:4, 119:16, 119:17, 122:22, 127:4, 127:5, 127:21, 127:24, 128:5, 128:7, 128:8, 128:9, 128:23, 128:24, 129:1, 129:5, 129:7, 129:24, 146:6, 146:7, 194:7
  **entity's** [1] - 128:9
  **entourage** [2] - 96:22, 96:24
  **entrance** [2] - 52:10, 77:15
  **environmentally** [1] - 18:9
  **equated** [1] - 121:2
  **equipment** [1] - 50:2
  **Eric** [21] - 50:10, 53:24, 53:25, 54:6, 58:18, 61:3, 61:9, 64:7, 64:10, 64:25, 67:2, 68:4, 77:12, 77:15, 120:23, 121:15, 122:4, 122:5, 123:11
  **ESQUIRE** [3] - 2:13, 2:14, 2:17
  **establishment** [2] - 6:22, 6:23
  **estimate** [2] - 34:6, 212:23
  **estimated** [1] - 34:4
  **estimation** [1] - 34:13
  **et** [4] - 72:19, 73:4, 224:16
  **eventual** [1] - 55:6
  **eventually** [1] - 50:22
  **evidence** [45] - 6:21, 6:23, 7:10, 8:7, 8:17, 9:3, 14:1, 31:13, 40:20, 43:8, 86:1, 86:24, 87:22, 88:22, 152:21, 153:11, 162:14, 181:13, 185:14, 195:3, 195:7, 195:10, 195:14, 195:16, 195:17, 195:20, 195:22, 196:18, 196:19, 203:7, 225:22, 225:23, 229:21,

246:18, 248:8, 249:24, 250:5, 252:9, 254:24, 256:13, 257:16, 259:18, 259:21
  **evidentiary** [1] - 8:25
  **ex** [1] - 157:10
  **ex-husband** [1] - 157:10
  **exact** [5] - 45:19, 58:25, 123:16, 179:2, 230:20
  **exactly** [3] - 103:18, 161:24, 204:7
  **examination** [12] - 10:19, 11:8, 40:7, 43:14, 70:25, 79:17, 97:23, 99:24, 106:17, 142:6, 204:17, 230:3
  **EXAMINATION** [24] - 10:24, 26:17, 40:3, 48:7, 71:17, 74:25, 79:15, 81:4, 82:19, 97:25, 98:18, 110:14, 142:9, 146:19, 148:25, 156:23, 168:23, 171:16, 175:15, 183:4, 193:6, 230:11, 232:20, 239:4
  **examine** [1] - 150:20
  **example** [1] - 152:25
  **except** [5] - 46:23, 93:3, 93:4, 136:16, 185:20
  **exception** [7] - 6:18, 6:25, 7:24, 8:8, 154:12, 201:6
  **exceptions** [1] - 8:25
  **exchange** [2] - 76:6, 147:18
  **excluded** [2] - 152:23, 153:4
  **excuse** [6] - 7:15, 174:14, 174:17, 201:11, 209:24, 249:6
  **excused** [11] - 47:7, 47:9, 47:11, 81:22, 109:15, 149:19, 156:11, 174:11, 174:22, 192:6, 238:4
  **excuses** [1] - 156:12
  **execute** [2] - 194:1, 233:1
  **executed** [4] - 129:11, 194:17, 195:6, 232:22
  **execution** [2] - 55:11, 194:24
  **executive** [1] - 53:12
  **exhibit** [35] - 13:25,

31:19, 33:6, 33:19, 33:20, 38:1, 51:24, 52:13, 113:22, 115:13, 118:13, 118:15, 133:20, 135:6, 142:8, 142:15, 183:9, 186:15, 196:4, 196:17, 198:15, 215:9, 216:17, 225:20, 226:18, 228:8, 228:20, 229:20, 229:21, 230:7, 253:1, 253:2, 253:14, 258:17, 259:2

**Exhibit** [195] - 14:4, 30:16, 31:24, 32:7, 32:10, 33:1, 33:20, 37:24, 38:8, 38:10, 40:19, 40:20, 41:3, 43:7, 43:8, 43:9, 45:5, 45:16, 46:10, 51:16, 52:13, 52:23, 56:9, 56:17, 56:21, 57:9, 60:9, 66:15, 67:17, 85:6, 85:10, 85:12, 85:17, 86:1, 86:3, 86:9, 86:14, 87:1, 87:11, 87:14, 87:22, 87:24, 88:10, 88:11, 88:14, 88:22, 88:24, 92:25, 93:10, 93:17, 96:23, 99:19, 101:18, 111:10, 112:5, 112:8, 112:16, 113:4, 113:7, 113:11, 114:6, 114:15, 114:25, 115:5, 115:16, 115:23, 116:8, 116:10, 117:13, 118:8, 118:11, 119:4, 119:6, 124:1, 125:23, 126:15, 126:17, 130:11, 130:21, 131:13, 131:15, 133:10, 133:21, 134:3, 134:5, 135:7, 135:14, 136:14, 136:23, 144:12, 159:12, 159:25, 160:2, 162:5, 162:14, 162:16, 162:17, 168:24, 169:3, 177:16, 177:19, 178:4, 178:10, 181:4, 181:6, 181:13, 181:23, 185:11, 185:12, 185:14, 185:19, 196:17, 196:22, 197:18, 197:20, 198:21, 200:19, 201:4,

204:24, 205:3, 205:8, 205:13, 205:16, 206:9, 207:15, 208:7, 208:11, 210:2, 211:11, 213:12, 213:22, 214:4, 214:6, 214:17, 214:19, 214:21, 214:22, 215:13, 216:5, 216:7, 217:9, 217:11, 218:4, 218:9, 218:24, 219:1, 219:17, 219:21, 220:3, 220:5, 221:13, 221:24, 222:1, 222:13, 222:18, 222:25, 223:2, 223:13, 223:18, 223:24, 224:1, 224:19, 224:25, 225:11, 225:13, 226:2, 226:4, 226:19, 227:10, 227:15, 228:15, 228:19, 229:4, 229:6, 233:10, 234:25, 235:1, 245:17, 246:20, 247:15, 248:10, 249:6, 249:24, 251:16, 252:9, 252:11, 254:9, 254:16, 256:6, 256:13, 256:15, 257:6, 258:22, 259:21, 260:13

**Exhibits** [6] - 111:10, 117:23, 229:18, 250:1, 255:1, 257:18

**exhibits** [20] - 56:12, 111:7, 111:9, 111:11, 111:16, 111:25, 130:21, 142:14, 195:24, 196:5, 196:7, 196:12, 196:15, 203:23, 203:24, 229:16, 229:17, 237:1, 237:4

**exist** [1] - 37:21

**existed** [4] - 19:24, 20:1, 145:19, 154:19

**existence** [3] - 128:16, 128:20, 191:20

**existing** [1] - 198:11

**exit** [1] - 201:15

**expansion** [1] - 64:15

**expect** [1] - 219:7

**expected** [1] - 20:15

**expenses** [2] - 145:2, 145:8

**experience** [8] - 43:20, 72:5, 83:5, 144:1, 159:1, 177:12, 234:16, 234:19

**expert** [1] - 22:7

**expertise** [1] - 148:15

**explain** [5] - 24:17, 83:23, 178:15, 186:23, 187:19

**explained** [4] - 65:16, 153:18, 187:2, 187:15

**explicitly** [2] - 153:11, 154:19

**express** [3] - 90:21, 151:25, 260:19

**exterior** [1] - 100:1

**external** [2] - 70:4, 106:8

**extra** [3] - 18:18, 21:8, 199:6

**extremely** [1] - 185:2

**extruded** [1] - 207:11

**extrusion** [18] - 49:10, 49:11, 49:12, 49:13, 49:22, 65:11, 68:14, 69:4, 72:6, 72:11, 72:13, 72:20, 73:6, 73:22, 80:15, 80:16, 83:11, 213:6

**extrusions** [22] - 19:3, 23:7, 23:9, 23:10, 23:11, 49:20, 65:2, 66:12, 66:13, 72:13, 73:2, 80:11, 81:9, 98:8, 98:13, 99:13, 239:25, 240:15, 243:11, 244:3, 245:11

## F

**facilities** [2] - 36:9, 75:5

**facility** [23] - 50:6, 50:20, 54:24, 55:5, 55:6, 55:13, 55:18, 56:25, 57:1, 57:2, 58:10, 64:4, 64:16, 69:4, 73:19, 75:8, 88:7, 183:15, 230:16, 231:21, 232:3, 232:5, 232:8

**fact** [10] - 23:21, 23:22, 23:23, 68:16, 98:6, 105:9, 163:8, 180:22, 211:6, 218:20

**factor** [1] - 176:18

**factory** [22] - 108:25, 157:10, 157:12, 176:16, 176:19, 184:23, 185:4, 186:2, 186:5, 187:9, 187:10, 187:24, 188:3, 188:17, 188:18, 188:21, 189:11, 189:14, 189:19, 190:11, 190:24, 191:12

**factory's** [1] - 184:25

**Fair** [1] - 215:7

**fair** [14] - 27:12, 28:25, 29:11, 29:14, 29:18, 29:21, 31:6, 32:21, 85:21, 86:20, 87:18, 88:17, 100:23, 118:22

**faith** [1] - 35:8

**fall** [2] - 153:13, 201:6

**familiar** [20] - 17:14, 17:18, 17:20, 23:7, 23:24, 41:7, 65:25, 83:16, 103:14, 105:15, 105:18, 175:20, 175:23, 178:12, 178:15, 179:15, 179:20, 180:22, 182:7, 191:14

**families** [1] - 99:7

**family** [1] - 97:4

**far** [3] - 8:20, 84:2, 260:23

**father** [1] - 59:5

**features** [1] - 24:10

**February** [1] - 141:3

**federal** [2] - 118:17, 119:22

**FEDERAL** [2] - 1:24, 262:23

**feet** [3] - 28:19, 28:20, 194:13

**felt** [1] - 75:12

**fence** [1] - 36:23

**fencing** [1] - 36:12

**few** [14] - 30:4, 42:2, 42:7, 42:15, 43:13, 95:7, 108:18, 139:24, 140:19, 142:13, 169:1, 185:24, 224:3, 249:18

**field** [1] - 48:21

**figure** [2] - 12:19, 105:8

**figures** [2] - 116:22, 117:4

**file** [3] - 145:1, 146:10, 146:13

**filed** [11] - 111:17, 111:20, 111:23, 112:1, 112:23, 113:15, 114:20, 126:9, 143:11, 144:23, 146:15

**filing** [1] - 142:23

**fill** [2] - 89:16, 90:2

**filled** [4] - 34:14, 40:16, 91:9, 166:1

**final** [2] - 49:17, 66:8

**finally** [2] - 46:9, 140:5

**fine** [4] - 47:18, 204:4, 211:8, 238:15

**finished** [6] - 200:6, 200:15, 206:18, 207:3, 207:8, 207:13

**finishing** [1] - 73:22

**firm** [1] - 161:25

**firms** [1] - 106:11

**first** [63] - 8:6, 9:7, 13:25, 14:19, 15:15, 26:4, 27:21, 45:18, 53:6, 58:16, 59:9, 62:10, 63:19, 63:20, 63:21, 63:22, 71:2, 71:3, 71:15, 78:5, 81:14, 95:5, 103:3, 110:10, 116:22, 119:16, 120:8, 120:12, 126:19, 127:14, 129:11, 132:14, 132:15, 132:20, 133:1, 133:11, 134:16, 134:18, 134:24, 135:16, 135:17, 135:20, 136:19, 144:16, 150:12, 151:8, 154:16, 156:3, 158:3, 178:22, 180:16, 180:23, 182:5, 186:1, 186:4, 193:1, 204:5, 204:24, 205:15, 206:1, 212:4, 241:25

**fit** [1] - 53:15

**five** [5] - 24:24, 33:14, 35:19, 108:12, 119:15

**flew** [3] - 26:5, 26:9, 53:7

**flexing** [1] - 22:6

**flight** [4] - 25:8, 25:10, 25:13, 25:14

**flip** [2] - 186:10, 188:14

**floor** [4] - 76:21, 78:3, 78:24, 79:3

**FLOWER** [1] - 2:15
**fly** [3] - 26:4, 197:23
**flying** [4] - 25:18, 25:20, 25:22, 25:23
**focus** [5] - 27:21, 33:17, 109:8, 119:13, 132:9
**focused** [2] - 104:23, 104:25
**follow** [4] - 71:6, 145:4, 220:23, 221:20
**follow-up** [1] - 221:20
**following** [3] - 200:8, 212:8, 229:14
**follows** [2] - 209:12, 221:1
**font** [1] - 101:24
**Fontana** [36] - 27:4, 27:10, 27:21, 27:22, 28:8, 30:4, 31:7, 36:19, 40:15, 41:2, 41:14, 41:20, 46:21, 65:1, 93:9, 93:12, 164:6, 165:6, 165:8, 165:13, 165:18, 165:22, 172:15, 172:17, 172:21, 172:24, 173:2, 173:5, 173:10, 173:13, 173:16, 173:17, 173:18, 173:21, 173:24
**food** [4] - 22:9, 23:23, 45:25, 46:4
**footprint** [1] - 55:14
**FOR** [2] - 262:8, 262:9
**force** [1] - 194:21
**FOREGOING** [1] - 262:12
**foreground** [4] - 33:12, 33:21, 33:23, 33:25
**forensic** [1] - 198:14
**forensics** [1] - 194:21
**forget** [1] - 23:20
**forging** [1] - 49:10
**forgot** [1] - 90:20
**forklift** [2] - 239:15, 240:16
**form** [22] - 73:5, 90:21, 113:1, 113:12, 113:15, 116:3, 116:5, 151:24, 161:19, 167:12, 167:15, 171:4, 180:1, 180:4, 180:16, 181:1, 183:19, 198:9, 200:2,

201:2, 205:17, 260:19
**formally** [1] - 123:13
**FORMAT** [1] - 262:15
**formation** [10] - 119:18, 120:17, 121:24, 123:4, 124:6, 124:8, 138:17, 139:6, 141:16
**formed** [17] - 120:20, 121:13, 122:2, 124:10, 124:11, 137:2, 137:3, 137:18, 138:3, 139:20, 140:8, 141:2, 145:22, 161:13, 161:16, 181:9, 184:11
**former** [1] - 193:15
**forming** [1] - 180:23
**forms** [1] - 73:4
**forth** [5] - 29:4, 39:17, 63:14, 100:16, 100:18
**fortune** [2] - 132:25, 133:6
**Fortune** [4] - 133:3, 135:22, 136:1, 136:11
**forward** [9] - 54:24, 59:8, 59:10, 60:23, 150:7, 150:16, 212:12, 212:24, 213:5
**fossil** [1] - 43:21
**foundation** [13] - 7:1, 8:5, 8:6, 62:21, 92:12, 96:1, 107:15, 111:20, 164:21, 167:8, 170:16, 178:21, 202:4
**founder** [1] - 76:12
**four** [7] - 18:22, 33:14, 33:15, 35:19, 35:23, 152:13, 163:19
**four-year** [1] - 163:19
**fourth** [5] - 39:15, 103:9, 117:3, 119:18, 134:23
**frame** [4] - 63:14, 133:25, 165:16, 172:20
**frames** [4] - 49:17, 49:19, 72:15
**franchises** [1] - 128:21
**free** [6] - 47:12, 82:1, 109:17, 149:23, 192:10, 238:8
**freestanding** [1] - 148:6
**friends** [1] - 183:11
**front** [21] - 27:22, 31:3, 32:7, 32:17,

33:12, 52:2, 78:19, 100:4, 101:10, 101:14, 112:19, 116:1, 116:3, 118:11, 119:8, 124:2, 131:6, 196:25, 213:16, 237:4, 255:3
**fuel** [3] - 43:21, 187:4, 190:21
**fulfill** [1] - 90:12
**fulfilled** [1] - 90:13
**fulfilling** [1] - 90:6
**fulfillment** [3] - 212:23, 255:11, 255:13
**full** [15] - 5:24, 41:2, 47:25, 65:10, 66:10, 78:13, 82:13, 128:14, 151:3, 151:7, 165:24, 175:10, 192:24, 209:10, 238:23
**fully** [1] - 52:5
**fundamental** [2] - 48:25, 80:21
**fundamentally** [1] - 55:22
**funds** [1] - 25:2
**Fung** [2] - 218:14, 219:3
**furnace** [1] - 49:5
**futile** [1] - 79:2
**future** [1] - 49:7
**fuzzy** [1] - 61:5

## G

**GARY** [1] - 1:4
**gasoline** [1] - 44:3
**gender** [1] - 158:12
**general** [3] - 204:24, 220:25, 241:22
**generally** [5] - 30:10, 53:22, 78:22, 120:25, 245:4
**gentleman** [1] - 188:10
**gentlemen** [3] - 90:16, 151:10, 260:17
**gigantic** [2] - 176:19, 185:1
**given** [2] - 95:10, 209:20
**glasses** [1] - 87:9
**global** [2] - 18:9, 127:16
**Global** [6] - 130:7, 139:3, 139:14, 166:18, 166:25, 240:6
**God** [7] - 47:22,

82:10, 110:3, 150:21, 175:7, 192:20, 238:20
**golden** [1] - 260:23
**good-faith** [1] - 35:8
**goods** [2] - 200:11, 217:21
**Government** [82] - 5:7, 5:11, 5:17, 6:6, 6:19, 8:5, 9:14, 12:17, 24:20, 24:24, 31:17, 31:18, 38:3, 47:15, 82:4, 85:5, 85:9, 85:25, 86:23, 87:14, 87:21, 88:14, 88:21, 109:19, 111:6, 113:3, 114:24, 116:7, 119:3, 126:14, 131:12, 134:2, 135:11, 135:14, 142:20, 142:24, 146:25, 147:12, 147:15, 147:21, 148:5, 148:15, 150:1, 152:8, 159:24, 162:13, 175:1, 181:12, 184:4, 184:22, 185:7, 192:7, 197:17, 201:3, 204:2, 205:7, 208:6, 211:2, 214:3, 216:4, 217:8, 218:23, 220:2, 221:23, 222:24, 223:23, 225:10, 226:1, 227:9, 229:3, 231:21, 231:24, 232:5, 232:10, 238:11, 246:17, 248:7, 249:23, 252:8, 254:23, 256:12, 257:15
**government's** [1] - 196:5
**Government's** [21] - 5:16, 30:16, 31:3, 40:19, 47:10, 56:12, 85:12, 85:17, 86:9, 86:14, 92:25, 93:16, 152:14, 167:4, 178:4, 178:9, 192:13, 195:24, 196:12, 201:24, 229:20
**graduate** [1] - 48:15
**graduated** [1] - 48:13
**Grainger** [2] - 17:15, 17:16
**great** [1] - 187:4
**green** [6] - 15:17, 18:9, 87:4, 102:19, 102:23, 102:25
**greener** [2] - 14:23,

44:5
**GREGORY** [1] - 2:8
**grooves** [1] - 23:4
**group** [1] - 53:6
**Group** [10] - 88:5, 89:4, 102:3, 103:2, 103:9, 104:3, 104:8, 140:21, 141:2, 141:10
**guess** [7] - 20:21, 22:3, 22:8, 28:17, 28:20, 108:8, 142:22
**guy** [1] - 41:12
**guys** [1] - 260:23

## H

**H-a-m-e-r** [1] - 48:3
**H-O-N-G** [1] - 176:23
**half** [1] - 110:20
**Hamer** [21] - 47:15, 48:3, 48:9, 52:8, 52:24, 56:20, 57:15, 59:20, 60:15, 61:7, 62:11, 63:5, 64:2, 64:13, 65:17, 66:18, 71:19, 75:2, 76:16, 79:17, 81:6
**HAMER** [1] - 3:5
**hand** [9] - 47:19, 87:3, 93:6, 93:10, 109:24, 150:17, 175:3, 192:16, 238:16
**handed** [1] - 249:15
**handwriting** [22] - 203:10, 205:4, 206:5, 206:12, 206:17, 206:21, 225:24, 227:11, 228:2, 249:11, 249:13, 250:16, 250:17, 252:19, 252:21, 253:21, 253:22, 253:24, 254:12, 254:14, 255:9, 257:13
**happy** [1] - 98:11, 98:22, 98:23, 153:8
**hard** [2] - 21:18, 26:23
**Harriet** [21] - 209:8, 209:11, 209:12, 209:13, 210:25, 212:9, 212:10, 212:15, 212:18, 212:19, 213:10, 213:25, 214:13, 214:23, 216:12, 216:14, 220:25, 221:1, 221:21, 222:5, 229:9

**Haul** [2] - 72:12, 72:19
**health** [1] - 217:24
**hear** [5] - 7:21, 151:14, 153:8, 161:7, 244:21
**heard** [4] - 59:19, 59:21, 154:8, 242:5
**hearings** [1] - 9:1
**hears** [1] - 155:15
**hearsay** [25] - 6:4, 6:18, 7:23, 8:1, 8:25, 42:24, 43:1, 50:13, 60:10, 70:10, 96:1, 112:10, 152:24, 153:4, 153:12, 153:16, 154:5, 167:7, 167:25, 168:7, 178:21, 180:9, 208:9, 209:23, 244:19
**heavier** [4] - 29:25, 30:11, 44:2, 44:3
**heavier-weight** [1] - 30:11
**heavier-weighted** [1] - 29:25
**heavy** [21] - 18:18, 19:1, 21:8, 21:22, 22:2, 22:3, 44:8, 44:11, 46:11, 199:6, 226:15, 228:3, 247:6, 247:11, 247:12, 253:6, 254:5, 255:10
**heavy-duty** [6] - 247:6, 247:11, 247:12, 253:6, 254:5, 255:10
**heavyweight** [1] - 30:1
**heck** [1] - 90:5
**hectares** [1] - 55:14
**height** [3] - 28:13, 28:15, 46:15
**HELD** [1] - 262:13
**held** [4] - 141:12, 142:1, 147:25, 148:17
**hello** [5] - 183:7, 212:5, 212:25, 217:17, 221:3
**help** [14] - 47:22, 64:14, 69:8, 75:5, 82:10, 110:3, 150:21, 175:7, 181:1, 192:20, 201:8, 229:14, 230:25, 238:20
**helps** [1] - 16:18
**Henson** [3] - 41:8, 41:10, 41:14
**henson's** [1] - 41:22
**HEREBY** [1] - 262:10

**herself** [2] - 210:18, 220:15
**hesitant** [1] - 10:8
**hi** [3] - 175:19, 219:7, 251:2
**Hi** [2] - 227:20, 255:21
**hidden** [2] - 172:5, 174:5
**hide** [4] - 37:19, 40:12, 40:14, 77:4
**high** [11] - 28:11, 33:11, 34:2, 34:11, 36:25, 37:4, 48:12, 78:9, 157:2, 157:3, 167:13
**higher** [4] - 28:13, 28:15, 28:16, 241:21
**highest** [2] - 64:12, 157:1
**highlight** [2] - 154:11, 220:7
**highlighted** [12] - 199:19, 206:9, 206:14, 209:6, 217:16, 219:6, 220:21, 223:5, 224:14, 226:12, 251:1, 258:3
**highly** [1] - 8:2
**Highway** [1] - 182:22
**HILARY** [1] - 2:14
**hired** [1] - 51:4, 51:6, 75:5, 75:7, 75:13, 75:15, 83:2, 83:8, 158:25, 166:22
**history** [2] - 74:3, 131:8
**hold** [3] - 34:16, 46:23, 143:4
**holding** [3] - 39:21, 44:19, 155:20
**home** [2] - 177:3, 177:5
**Homeland** [7] - 167:20, 193:10, 193:13, 193:17, 193:25, 195:7, 198:7
**Hong** [15] - 76:7, 109:6, 147:18, 176:23, 176:24, 178:8, 209:8, 209:12, 212:9, 212:12, 217:17, 220:25, 224:15, 229:9, 251:4
**Honor** [168] - 5:7, 6:3, 6:5, 6:15, 7:8, 7:17, 7:22, 9:11, 9:24, 10:10, 10:20, 13:24, 26:13, 30:15, 31:9,

31:15, 31:17, 31:21, 32:1, 32:12, 32:23, 37:23, 38:2, 38:5, 38:7, 38:21, 43:3, 47:1, 47:3, 47:5, 47:10, 47:11, 51:18, 51:20, 51:23, 56:11, 56:18, 60:11, 60:13, 61:24, 63:13, 63:16, 63:18, 63:21, 67:16, 67:18, 67:20, 67:24, 69:24, 70:8, 70:11, 70:18, 79:12, 79:14, 81:1, 81:20, 81:23, 82:4, 98:17, 99:20, 104:20, 108:15, 109:12, 109:14, 109:19, 113:3, 113:8, 114:2, 114:24, 115:3, 116:7, 118:7, 119:3, 125:22, 126:14, 131:12, 134:2, 135:7, 135:11, 142:5, 146:16, 148:24, 149:14, 149:20, 150:1, 150:3, 152:9, 152:13, 153:10, 153:13, 153:24, 154:2, 154:15, 154:20, 155:11, 156:22, 162:13, 169:20, 170:15, 174:8, 174:9, 174:12, 175:1, 178:20, 180:9, 181:12, 181:16, 185:9, 185:13, 186:16, 192:4, 197:4, 197:17, 201:3, 201:5, 201:7, 201:23, 202:6, 202:18, 202:24, 203:13, 203:22, 204:18, 205:7, 205:9, 208:6, 208:8, 211:2, 211:5, 214:3, 214:8, 215:1, 215:7, 215:11, 216:4, 216:19, 217:8, 218:23, 220:2, 221:23, 222:13, 222:24, 223:13, 223:23, 225:10, 226:1, 227:9, 228:7, 229:3, 230:1, 230:7, 232:17, 234:1, 237:21, 238:2, 238:5, 244:18, 244:19, 246:17, 248:7, 249:23, 250:3, 252:8, 254:23, 256:12, 257:15, 259:17, 259:19
**Honor's** [1] - 153:5

**honor's** [1] - 48:14
**HONORABLE** [1] - 1:4
**hope** [1] - 219:8
**hours** [9] - 12:18, 12:19, 25:9, 25:13, 26:5, 26:10, 89:11, 89:12, 91:14
**HSIEH** [52] - 2:8, 82:4, 82:20, 85:5, 85:8, 85:11, 85:16, 85:25, 86:4, 86:7, 86:13, 86:23, 87:2, 87:10, 87:13, 87:21, 87:25, 88:21, 88:25, 89:21, 91:5, 92:15, 92:20, 93:22, 94:14, 94:24, 95:18, 96:3, 97:12, 97:21, 107:15, 109:14, 175:1, 175:17, 177:15, 177:18, 177:22, 178:2, 178:24, 180:17, 181:3, 181:5, 181:12, 181:16, 181:19, 181:24, 183:2, 185:17, 185:20, 192:4, 192:7, 211:18
**huge** [2] - 187:5, 191:1
**hundred** [5] - 44:10, 117:20, 125:5, 125:6, 125:17
**hurry** [1] - 217:20
**husband** [1] - 157:10
**hygiene** [1] - 16:1
**hypothetically** [1] - 143:20

**I**

**I's** [1] - 155:25
**idea** [3] - 8:1, 19:25, 73:10
**Ideal** [1] - 45:25
**ideal** [2] - 21:12, 22:9
**identical** [1] - 203:24
**identification** [1] - 85:9
**identified** [2] - 170:23, 210:12
**identify** [4] - 189:21, 194:25, 210:18, 220:15
**image** [1] - 183:24
**impaneled** [4] - 156:12, 156:13, 156:17

**import** [4] - 158:24, 164:15, 164:16, 194:21
**important** [4] - 34:21, 34:24, 53:12, 106:25
**importation** [3] - 66:1, 98:8, 167:13
**importing** [1] - 16:25
**impressed** [2] - 155:20, 186:9
**improperly** [1] - 8:20
**improve** [3] - 18:10, 69:9, 80:5
**improving** [1] - 80:4
**IN** [4] - 10:15, 262:8, 262:13, 262:15
**inappropriate** [2] - 9:6, 143:1
**Inc** [4] - 144:15, 144:17, 146:5, 161:13
**include** [3] - 120:2, 195:3, 209:9
**included** [1] - 146:13
**including** [5] - 9:10, 178:13, 187:1, 196:2, 225:24
**income** [4] - 113:15, 144:16, 144:23, 145:20
**incoming** [2] - 94:10, 109:8
**incorporate** [1] - 5:12
**incorporated** [5] - 104:11, 144:24, 145:3, 145:6, 145:10
**INCORPORATED** [1] - 1:10
**Incorporated** [34] - 113:2, 113:18, 114:23, 116:5, 124:7, 124:8, 124:15, 125:11, 127:3, 127:15, 127:16, 127:17, 127:18, 129:15, 129:18, 132:13, 132:16, 132:25, 133:3, 133:6, 133:9, 133:14, 133:17, 134:13, 135:2, 135:19, 135:23, 140:6, 140:22, 141:13, 141:19, 146:13
**incorporation** [6] - 104:2, 104:8, 144:19, 144:20, 162:10, 169:4
**Incorporation** [1] - 126:21

independent [2] - 11:22, 148:6
index [1] - 120:2
indicate [1] - 190:10
indicated [1] - 29:8
indictment [1] - 5:15
individual [11] - 30:3, 30:7, 115:19, 117:20, 125:17, 129:20, 129:23, 131:18, 137:5, 137:23, 175:20
individuals [3] - 117:16, 119:19, 148:10
industrial [2] - 17:16, 17:19
Industrial [7] - 127:14, 130:3, 140:5, 140:17, 179:21, 179:25, 182:2
industries [4] - 21:12, 21:13, 22:10, 45:3
industry [12] - 24:15, 46:4, 46:7, 48:17, 48:19, 48:20, 50:3, 65:24, 159:1, 176:12, 177:13, 191:15
Industry [1] - 239:17
infected [1] - 16:11
information [36] - 84:6, 84:8, 116:25, 117:2, 117:5, 117:6, 118:16, 118:17, 118:19, 119:14, 120:9, 131:8, 143:11, 143:18, 170:14, 197:12, 198:1, 198:8, 198:10, 198:22, 199:13, 199:15, 199:25, 200:1, 200:8, 200:12, 200:13, 200:24, 201:2, 202:8, 202:10, 205:17, 212:22, 244:15, 245:4, 245:5
ingredients [1] - 200:4
inhouse [2] - 68:15, 69:5
initial [9] - 42:15, 121:15, 122:4, 138:19, 139:8, 139:9, 141:18, 162:20, 169:11
initials [6] - 247:25, 251:24, 252:1, 252:3, 252:5, 258:15
input [2] - 242:14,

242:25
inquire [8] - 48:6, 82:18, 91:4, 110:13, 156:21, 175:14, 193:5, 239:3
inquiries [2] - 70:3, 70:4
inquiry [1] - 224:15
inside [24] - 36:23, 40:8, 41:2, 41:5, 52:15, 52:18, 77:20, 88:15, 88:18, 93:17, 107:20, 107:24, 161:3, 161:5, 165:13, 165:18, 171:24, 173:14, 173:20, 174:4, 186:20, 188:16, 227:23, 240:11
instance [1] - 81:7
instead [1] - 205:20
instructed [1] - 5:16
instruction [3] - 154:25, 155:5, 155:13
instructions [3] - 155:17, 210:24, 217:5
integrity [1] - 34:21
intelligence [1] - 194:22
interact [1] - 241:19
interactions [2] - 176:10, 182:12
interest [2] - 107:6, 129:4
interested [4] - 13:15, 13:17, 17:24, 107:14
interesting [1] - 191:16
interests [1] - 129:6
interlineation [2] - 202:14, 203:6
Internal [2] - 110:17, 145:5
International [10] - 133:9, 133:14, 133:17, 135:1, 140:21, 140:22, 141:1, 141:10, 141:13, 141:19
international [4] - 210:18, 212:6, 215:22, 220:16
Internet [2] - 17:9, 17:11
interpreter [11] - 150:4, 150:9, 151:5, 151:12, 151:13, 151:16, 151:17, 158:11, 163:13,

166:15, 173:8
Interpreter [2] - 150:10, 187:25
INTERPRETER [7] - 150:15, 158:11, 163:12, 165:9, 166:15, 173:7, 187:25
interpreter's [1] - 165:9
intersection [1] - 182:22
interview [4] - 147:15, 147:21, 148:1, 148:5
introduce [4] - 7:7, 7:13, 7:16, 51:21
introduced [9] - 8:21, 53:5, 60:12, 112:13, 157:10, 158:2, 158:4, 179:24, 203:24
introducing [2] - 259:12, 259:15
inventory [8] - 40:11, 40:14, 46:3, 65:7, 94:4, 158:7, 160:22, 231:22
invest [1] - 184:1
investigated [2] - 17:3, 167:11
Investigation [1] - 110:18
investigation [9] - 5:16, 110:22, 110:24, 146:25, 149:3, 149:4, 167:4, 193:19, 193:21
Investigations [4] - 167:20, 193:11, 193:13, 193:17
investing [2] - 74:15, 107:4
investment [1] - 16:2
Investment [2] - 140:21, 141:1
investors [1] - 144:8
invited [1] - 183:18
involve [1] - 182:14
involved [5] - 72:23, 142:25, 143:17, 149:4, 164:14
involvement [3] - 66:1, 68:2, 163:3
IRS [11] - 111:3, 111:17, 111:20, 111:23, 112:1, 112:6, 112:7, 112:9, 112:23, 113:16, 114:21
Irvine [14] - 27:11, 51:12, 68:25, 77:23, 78:14, 93:3, 93:4,

121:11, 121:22, 122:2, 122:19, 133:18, 140:25, 141:15
IS [2] - 262:12, 262:15
issue [3] - 5:6, 6:1, 6:3
issues [2] - 5:10, 8:23
item [1] - 128:14
items [5] - 28:2, 118:4, 186:5, 188:19, 188:20
itself [4] - 27:25, 170:3, 199:25, 210:12

J

J-A-C-K-I-E [1] - 175:12
J-i-e [1] - 150:13
Jackie [7] - 3:9, 59:19, 124:18, 125:17, 175:2, 175:12, 242:5
January [5] - 137:3, 138:4, 146:8, 220:9, 221:9
Jason [1] - 158:16
Jersey [3] - 71:24, 72:9, 197:16
Jie [1] - 150:11
job [15] - 12:20, 12:22, 23:15, 50:22, 50:25, 98:12, 104:14, 104:23, 104:25, 158:19, 160:20, 239:14, 241:1, 242:21, 246:14
jog [1] - 230:25
Johnson [86] - 5:18, 5:23, 42:11, 77:14, 84:25, 95:19, 95:22, 96:4, 133:23, 134:10, 134:12, 137:5, 137:11, 137:20, 137:25, 138:7, 138:12, 138:21, 138:25, 139:9, 139:15, 139:23, 140:2, 140:10, 143:16, 158:16, 159:23, 163:21, 164:2, 164:3, 164:11, 167:1, 167:3, 167:17, 168:5, 168:6, 208:1, 208:16, 208:23, 209:1, 209:19, 210:16, 211:22,

212:3, 212:18, 213:7, 213:25, 214:11, 214:20, 214:23, 215:22, 216:1, 216:11, 217:3, 217:14, 218:12, 218:20, 219:3, 219:24, 220:13, 221:10, 221:20, 222:5, 222:10, 222:11, 223:6, 223:21, 224:9, 225:5, 226:9, 227:4, 241:25, 242:1, 244:12, 245:13, 246:1, 246:9, 247:1, 249:14, 250:15, 252:22, 253:25, 254:15, 254:20, 255:8
join [1] - 50:5
joined [3] - 51:1, 58:16, 64:25
JUDGE [1] - 1:4
Judge [1] - 153:9
JUDICIAL [1] - 262:16
July [4] - 122:8, 122:10, 123:18, 247:3
June [8] - 67:10, 139:22, 141:5, 141:22, 179:10, 179:19, 224:4, 251:3
jurors [6] - 10:12, 152:5, 156:8, 156:11, 201:17, 204:14
Jurors [1] - 201:15
JURORS [1] - 261:1
jury [22] - 7:4, 10:17, 10:18, 83:23, 90:23, 91:2, 91:3, 92:1, 116:12, 152:1, 155:14, 155:20, 156:12, 156:18, 178:15, 201:11, 204:15, 208:13, 208:21, 215:3, 260:21
JURY [2] - 10:15, 152:3
jury's [1] - 259:23
justification [1] - 65:3

K

Karen [1] - 84:10
KARMAN [1] - 1:12
Karman [3] - 121:22, 122:7, 122:10
KARMAN-MAIN [1] -

1:12
  **keep** [6] - 37:17,
74:16, 81:15, 155:23,
156:1, 156:4
  **keeping** [1] - 93:4
  **keeps** [1] - 22:20
  **kept** [22] - 233:11,
233:14, 233:17,
233:21, 234:3, 235:4,
235:9, 235:15,
235:18, 235:21,
235:24, 236:2, 236:5,
236:9, 236:12,
236:15, 236:18,
236:21, 236:24,
237:9, 237:12, 237:17
  **kill** [1] - 91:12
  **Kim** [5] - 20:7, 20:16,
42:19, 83:25, 84:6
  **kind** [13] - 18:22,
68:13, 87:8, 158:22,
190:25, 219:11,
239:24, 243:8,
243:13, 243:22,
244:15, 245:4, 246:8
  **kinds** [1] - 18:23
  **King** [1] - 239:7
  **KLAUSNER** [1] - 1:4
  **KLEEGER** [3] - 1:23,
262:8, 262:22
  **knowledge** [3] -
25:3, 25:4, 68:18
  **known** [2] - 69:16,
137:5
  **Kong** [12] - 76:7,
109:6, 147:18, 209:8,
209:12, 212:9,
212:12, 217:18,
220:25, 224:15,
229:9, 251:4
  **KUMAR** [111] - 2:7,
5:7, 5:22, 7:8, 7:17,
8:9, 47:9, 47:15, 48:8,
50:17, 51:15, 51:20,
51:23, 52:6, 52:7,
56:8, 56:11, 56:18,
56:19, 60:8, 60:13,
60:14, 61:24, 62:8,
62:9, 63:1, 63:4,
63:13, 63:18, 63:25,
66:14, 66:17, 67:16,
67:20, 67:23, 68:1,
70:5, 70:15, 70:23,
79:14, 79:16, 80:25,
81:20, 81:23, 150:1,
156:22, 156:24,
158:18, 159:11,
159:13, 159:17,
159:24, 160:3, 160:5,
162:4, 162:7, 162:13,

162:17, 162:18,
163:14, 164:23,
165:12, 166:21,
167:16, 168:2,
168:12, 168:18,
168:21, 169:20,
170:15, 174:9,
174:12, 238:11,
239:5, 245:3, 245:16,
245:21, 246:17,
246:21, 246:22,
247:14, 247:17,
248:7, 248:11, 249:5,
249:8, 249:23, 250:3,
250:7, 250:24,
251:15, 251:17,
252:8, 252:12,
254:23, 255:2, 256:5,
256:7, 256:12,
256:16, 257:5, 257:7,
257:15, 257:19,
258:9, 258:11,
259:14, 259:17,
259:22, 260:11,
260:12

## L

  **L-l** [1] - 176:23
  **L-u-o** [2] - 5:9, 151:9
  **L.A** [1] - 25:11
  **labor** [1] - 153:17
  **lack** [6] - 92:11, 96:1,
111:19, 164:21,
167:7, 178:20
  **lacks** [1] - 170:15
  **ladders** [1] - 243:12
  **Ladies** [1] - 260:17
  **ladies** [2] - 90:16,
151:10
  **lading** [1] - 240:22
  **laid** [2] - 8:6, 62:22
  **Lance** [2] - 61:15,
67:2
  **land** [4] - 182:21,
182:24, 183:14,
183:20
  **language** [7] - 102:2,
209:20, 213:25,
216:2, 216:14,
219:25, 222:8
  **languages** [2] -
102:1, 102:4
  **large** [7] - 30:6,
55:12, 65:2, 65:7,
65:9, 77:5, 78:14
  **largest** [1] - 55:18
  **LARSON** [2] - 2:13,
2:13

  **Last** [1] - 175:13
  **last** [31] - 31:19,
44:14, 58:20, 82:14,
110:10, 115:13,
119:21, 129:2,
130:10, 132:4, 132:7,
134:17, 146:3, 151:9,
155:21, 158:3,
168:11, 168:17,
176:23, 181:17,
182:10, 183:8,
191:19, 193:2,
220:23, 221:3,
222:22, 226:18,
244:22, 260:9
  **late** [4] - 55:22, 66:6,
230:6, 232:25
  **latest** [1] - 217:18
  **Lau** [19] - 209:8,
209:13, 210:25,
212:9, 212:10,
212:15, 213:10,
214:1, 214:13,
214:23, 216:12,
216:15, 220:25,
221:1, 221:3, 221:21,
222:5, 229:9
  **Lau's** [1] - 209:11
  **law** [6] - 7:12, 7:16,
7:17, 100:20, 158:2,
161:24
  **LAW** [1] - 2:14
  **laws** [1] - 198:11
  **lawyers** [1] - 52:3
  **LAX** [2] - 25:12,
25:13
  **lay** [1] - 8:5
  **lays** [1] - 202:3
  **lead** [4] - 5:20, 19:4,
149:3, 149:6
  **leader** [3] - 193:22,
194:23, 220:22
  **leading** [3] - 6:24,
78:20, 250:22
  **learn** [2] - 167:14,
240:25
  **least** [4] - 11:8,
18:22, 45:10, 231:13
  **leave** [5] - 97:13,
101:1, 142:7, 163:24,
201:13
  **leaves** [1] - 142:24
  **lectern** [1] - 115:8
  **Lee** [5] - 66:21,
66:22, 208:23,
227:22, 227:25
  **left** [13] - 19:15,
78:12, 86:17, 87:3,
93:6, 102:25, 119:13,
143:16, 143:20,

152:5, 165:24,
201:17, 214:17
  **left-hand** [2] - 87:3,
93:6
  **legally** [1] - 128:2
  **length** [1] - 46:14
  **less** [3] - 43:21,
152:10, 212:2
  **letter** [3] - 112:5,
112:7, 112:9
  **lettering** [2] - 86:18,
87:4
  **letters** [4] - 101:12,
101:15, 101:24, 102:4
  **level** [1] - 157:1
  **Li** [10] - 26:1, 42:12,
84:22, 84:24, 85:1,
137:20, 176:23,
176:24, 178:8, 207:23
  **liabilities** [1] -
128:22
  **Liability** [1] - 184:8
  **Liao** [3] - 88:5,
103:2, 103:3
  **Liaoning** [6] - 102:3,
104:3, 104:4, 104:8,
256:25, 258:7
  **Liaoyang** [3] - 53:8,
54:10, 251:8
  **lie** [2] - 35:1, 35:3
  **Lifetime** [2] - 90:4,
91:11
  **light** [3] - 18:19,
22:12, 186:25
  **light-weight** [2] -
22:12, 186:25
  **lighter** [3] - 30:1,
73:11, 187:16
  **lighter-weighted** [1]
- 30:1
  **likewise** [1] - 174:4
  **limited** [2] - 149:10,
193:18
  **Limited** [1] - 184:8
  **limiting** [4] - 154:24,
155:4, 155:13, 155:16
  **line** [11] - 61:3,
102:7, 102:10,
102:21, 102:23,
164:13, 177:12,
188:20, 188:23,
224:11, 229:13
  **lines** [1] - 45:12
  **linked** [1] - 243:21
  **liquid** [1] - 49:2
  **list** [7] - 9:13, 118:16,
122:16, 135:18,
143:1, 143:7, 148:9
  **listed** [47] - 67:4,
113:22, 114:9,

114:13, 115:17,
115:19, 116:17,
116:21, 116:22,
116:25, 117:4,
117:18, 119:21,
120:22, 121:9, 122:5,
122:16, 123:11,
123:12, 124:13,
124:23, 124:25,
125:17, 127:11,
127:19, 127:21,
129:14, 129:17,
131:18, 132:21,
133:2, 133:5, 133:8,
133:16, 136:11,
136:17, 137:6,
137:17, 137:23,
138:2, 138:9, 139:9,
141:4, 141:20,
141:23, 162:23, 199:3
  **listening** [1] - 10:12
  **listing** [1] - 119:19
  **lists** [3] - 117:16,
136:5, 198:25
  **Liu** [133] - 5:13, 5:17,
11:9, 12:4, 25:5,
25:14, 25:20, 25:25,
26:2, 26:3, 53:2, 53:7,
53:13, 53:15, 53:16,
53:19, 53:22, 53:25,
54:6, 54:21, 58:19,
58:20, 58:22, 59:5,
59:13, 59:18, 69:7,
69:10, 69:15, 69:16,
74:6, 74:15, 75:24,
76:1, 76:10, 97:4,
106:19, 107:24,
114:10, 117:20,
123:11, 123:13,
123:18, 124:16,
124:25, 125:5,
129:22, 130:1, 130:2,
130:6, 130:16, 131:9,
132:10, 132:21,
133:2, 133:5, 133:7,
133:14, 135:9,
135:16, 135:18,
136:6, 136:9, 137:6,
137:10, 137:21,
138:10, 138:13,
138:23, 139:1,
139:12, 139:18,
140:1, 140:3, 140:13,
140:18, 141:21,
143:14, 158:3, 158:5,
158:10, 158:13,
158:15, 159:6, 159:9,
160:6, 160:12,
160:15, 160:17,
160:19, 161:18,
164:1, 164:3, 164:11,

166:4, 166:23,
167:23, 168:4,
168:20, 175:21,
175:23, 176:3, 176:5,
176:10, 176:13,
176:15, 176:24,
179:1, 179:4, 179:10,
180:7, 180:13,
180:18, 180:19,
180:21, 180:25,
181:25, 182:7,
182:10, 182:12,
183:1, 183:12,
183:21, 183:23,
184:23, 186:23,
187:1, 188:9, 191:21,
241:13, 242:2
   **LIU** [3] - 58:21,
158:3, 182:10
   **Liu's** [3] - 54:11,
69:10, 135:25
   **Lius** [5] - 96:8, 96:9,
96:11, 96:24, 97:8
   **live** [2] - 14:24, 21:2
   **lived** [1] - 20:20
   **Liwang** [9] - 84:15,
84:17, 199:3, 226:13,
228:6, 248:14, 254:2,
258:24, 259:4
   **LLC** [21] - 1:10, 1:11,
1:11, 1:12, 1:13,
120:14, 120:17,
120:21, 120:23,
121:1, 121:10, 122:6,
122:10, 122:18,
123:5, 124:11,
124:24, 127:6,
128:10, 197:15, 199:1
   **LLCs** [1] - 121:2
   **LLP** [2] - 2:13, 2:17
   **loads** [2] - 22:15,
22:20
   **located** [9] - 82:25,
140:23, 141:14,
160:23, 160:25,
165:6, 194:4, 194:10,
194:11
   **location** [20] - 93:3,
93:4, 97:1, 97:2,
172:12, 173:18,
182:22, 195:15,
230:17, 230:20,
230:21, 231:5,
231:10, 231:15,
231:18, 231:21,
231:25, 233:15,
233:16
   **locations** [1] - 97:2
   **locked** [2] - 195:17,
236:8

   **logistically** [1] -
41:17
   **logistics** [2] - 41:12,
151:19
   **logo** [7] - 14:13,
52:21, 52:22, 101:3,
101:5, 101:19, 102:19
   **logos** [1] - 102:17
   **look** [36] - 15:2,
15:15, 17:9, 17:21,
18:3, 18:7, 18:17,
20:17, 20:19, 30:3,
30:6, 33:5, 38:10,
38:12, 38:16, 52:16,
101:18, 105:5,
142:15, 142:17,
142:18, 164:10,
169:9, 182:19,
183:14, 186:12,
187:6, 187:11, 188:5,
188:13, 189:23,
212:24, 213:5,
219:16, 258:22
   **looked** [7] - 17:11,
19:23, 99:23, 125:7,
145:14, 145:20,
176:18
   **looking** [21] - 17:12,
20:2, 24:10, 33:20,
33:25, 41:6, 77:19,
77:25, 93:16, 96:23,
166:7, 177:19,
179:17, 181:6, 182:5,
203:4, 205:3, 232:7,
259:2
   **looks** [5] - 33:14,
143:14, 186:12,
LOS [6] - 1:19, 1:25,
2:10, 2:16, 5:1, 262:4
   **lose** [2] - 155:22,
155:25
   **loses** [1] - 156:4
   **losing** [4] - 74:10,
74:12, 74:13, 104:18
   **Louis** [2] - 66:21,
66:22
   **LOWDER** [27] - 2:14,
50:13, 51:18, 56:14,
60:10, 62:17, 63:16,
63:21, 67:18, 69:24,
70:8, 70:11, 70:18,
71:9, 75:1, 79:11,
81:18, 81:25, 164:21,
167:7, 167:25, 168:7,
168:15, 171:18,
173:9, 174:7, 181:21
   **lowest** [2] - 44:14,
45:1
   **LTD** [1] - 199:4

   **luck** [1] - 13:10
   **lucky** [1] - 10:12
   **Luis** [1] - 14:6
   **LUNCH** [1] - 156:6
   **lunch** [1] - 176:8
   **LUO** [1] - 3:8
   **Luo** [18] - 5:9, 150:2,
151:9, 156:25,
157:21, 159:14,
159:19, 160:6, 162:2,
162:8, 162:19, 163:3,
164:24, 167:2,
168:19, 171:19,
173:2, 173:20

---

# M

   **m-a** [1] - 150:11
   **Mai** [1] - 54:19
   **mail** [104] - 60:17,
60:19, 60:23, 61:4,
61:10, 61:12, 61:13,
61:15, 61:18, 61:21,
61:22, 61:25, 62:1,
62:11, 62:12, 62:15,
62:22, 62:23, 63:14,
63:19, 64:1, 64:7,
66:18, 67:4, 67:5,
67:10, 84:9, 84:11,
148:12, 207:23,
207:24, 208:13,
209:13, 210:10,
210:12, 210:13,
210:21, 210:25,
211:24, 212:2, 212:3,
212:7, 212:8, 212:9,
212:11, 212:12,
212:13, 213:8, 213:9,
213:24, 214:11,
214:13, 214:20,
214:22, 214:25,
215:16, 215:21,
217:2, 217:17,
218:10, 218:17,
219:3, 219:18,
219:23, 220:11,
220:19, 220:24,
221:1, 221:10,
221:20, 222:15,
222:22, 223:5, 223:9,
223:15, 223:20,
224:15, 225:2, 227:3,
227:4, 227:19,
228:22, 229:8,
229:11, 243:4,
244:14, 244:16,
245:25, 246:1, 246:2,
246:8, 247:8, 248:1,
248:23, 248:25,

250:8, 250:9, 250:11,
250:14, 255:4, 257:23
   **mail's** [1] - 61:5
   **mailed** [1] - 213:9
   **mailing** [1] - 216:2
   **mails** [16] - 63:5,
63:14, 67:7, 209:18,
209:20, 210:6,
213:18, 214:24,
216:22, 218:6,
221:15, 226:22,
226:23, 228:16,
246:15
   **Main** [15] - 51:11,
51:13, 52:10, 52:15,
65:22, 66:6, 66:8,
66:10, 121:10,
121:22, 122:7,
122:10, 133:18,
140:24, 141:15
   **MAIN** [1] - 1:12
   **maintained** [1] -
29:15
   **maintaining** [1] -
39:19
   **majority** [3] - 29:14,
30:10, 30:12
   **man** [1] - 41:7
   **managed** [2] - 41:12,
41:13
   **management** [8] -
20:12, 20:18, 50:4,
50:8, 75:13, 75:17,
137:20, 154:3
   **manager** [14] -
37:10, 84:23, 84:25,
85:1, 121:15, 122:15,
122:17, 122:19,
123:18, 124:23,
124:25, 129:24,
181:8, 241:22
   **managers** [1] - 66:23
   **managing** [2] -
41:14, 163:3
   **Mandarin** [3] - 150:4,
150:14, 151:14
   **manufacturer** [1] -
11:5
   **manufacturing** [3] -
186:24, 200:10,
200:14
   **March** [3] - 121:25,
222:20, 253:18
   **mark** [1] - 13:24
   **Mark** [6] - 26:1,
42:11, 84:22, 84:24,
85:1, 137:20
   **marked** [1] - 85:8

   **market** [3] - 37:13,
65:15, 72:21
   **marketing** [9] - 12:9,
12:25, 13:3, 13:7,
13:12, 13:16, 13:18,
13:19, 42:3
   **markets** [1] - 72:22
   **married** [1] - 176:20
   **mask** [2] - 48:1,
110:6
   **match** [2] - 204:25,
225:24
   **matched** [3] -
196:15, 196:18,
229:20
   **material** [9] - 24:16,
49:15, 206:16, 207:5,
207:11, 240:23,
242:24, 243:5, 244:9
   **materials** [10] - 13:3,
13:7, 13:12, 13:16,
13:18, 13:20, 187:19,
190:21, 200:4, 240:25
   **math** [1] - 28:23
   **matter** [13] - 23:21,
47:21, 82:8, 90:22,
110:1, 150:19,
151:25, 154:18,
175:5, 192:18,
204:24, 238:18,
260:20
   **MATTER** [1] - 262:14
   **matters** [2] - 146:1,
229:15
   **meal** [1] - 175:25
   **mean** [20] - 11:12,
41:24, 44:15, 44:18,
80:14, 90:11, 102:4,
103:18, 103:23,
113:14, 120:25,
125:14, 144:2,
202:24, 233:13,
233:14, 234:15,
240:2, 240:20, 250:3
   **meaning** [2] -
143:15, 180:3
   **means** [3] - 80:7,
169:24, 252:5
   **meant** [1] - 226:17
   **meanwhile** [1] -
158:7
   **measurements** [2] -
45:19, 45:21
   **mechanical** [2] -
48:14, 75:3
   **medium** [3] - 18:19,
19:1, 228:3
   **meet** [6] - 24:20,
53:1, 53:4, 176:2,
176:24, 212:25

**meeting** [2] - 59:10, 59:14

**meetings** [4] - 53:18, 53:21, 53:23, 54:14

**meets** [1] - 84:3

**Mei** [4] - 54:19, 60:7, 64:3, 64:11

**melt** [1] - 68:19

**melted** [1] - 49:5

**melting** [2] - 68:22, 73:1

**melts** [1] - 80:10

**member** [12] - 120:21, 120:23, 121:1, 121:2, 122:15, 122:17, 122:20, 122:23, 123:11, 123:12, 123:14

**members** [5] - 10:17, 50:8, 91:2, 97:4, 123:10

**Membership** [1] - 129:4

**membership** [1] - 129:6

**memory** [3] - 179:22, 230:25, 243:19

**mention** [1] - 180:13

**mentioned** [21] - 11:7, 13:18, 20:10, 24:11, 49:11, 53:24, 54:23, 59:9, 60:5, 71:21, 74:2, 79:5, 98:4, 130:23, 161:18, 164:2, 176:9, 178:8, 180:7, 184:21, 198:14

**merchandise** [2] - 77:11, 206:1

**merely** [6] - 170:8, 170:19, 180:2, 182:14, 183:23, 184:19

**merge** [4] - 127:22, 127:24, 128:7, 136:24

**merged** [5] - 137:14, 146:4, 146:6, 146:14, 202:9

**merger** [7] - 126:6, 126:11, 127:1, 128:6, 129:8, 130:14, 146:2

**Merger** [1] - 126:25

**merging** [2] - 127:8, 128:1

**message** [2] - 63:21, 63:22

**met** [9] - 24:22, 24:24, 53:6, 53:7, 59:22, 159:6, 159:8, 176:5, 179:11

**metal** [2] - 21:13,

48:22

**Mexico** [6] - 51:8, 55:1, 55:8, 55:10, 64:19, 65:4

**microphone** [2] - 150:25, 151:4

**middle** [1] - 55:21

**might** [7] - 13:21, 42:19, 171:4, 179:13, 188:25, 190:10, 202:19

**Mike** [1] - 241:24

**million** [2] - 46:2, 56:6

**mind** [6] - 8:19, 38:17, 75:24, 155:23, 156:1, 156:4

**minister** [1] - 156:1

**minute** [4] - 20:3, 23:20, 34:7, 158:9

**minutes** [6] - 90:24, 155:21, 156:3, 156:4, 201:12, 230:10

**mission** [1] - 18:8

**mistake** [2] - 165:10, 173:17

**misunderstood** [1] - 40:13

**mixed** [1] - 30:7

**modifications** [1] - 37:7

**moment** [4] - 86:10, 108:14, 164:2, 237:22

**Monday** [1] - 220:9

**money** [7] - 25:24, 74:10, 74:12, 74:13, 74:15, 134:15

**monitor** [1] - 111:13

**month** [10] - 137:7, 137:18, 159:4, 161:10, 217:20, 217:22, 217:23, 219:9, 219:13, 258:7

**months** [4] - 42:10, 139:24, 224:3, 244:9

**morning** [30] - 5:8, 6:7, 11:1, 11:2, 26:19, 26:20, 40:5, 40:6, 47:17, 48:9, 48:10, 71:19, 71:20, 82:6, 82:21, 82:22, 94:1, 98:2, 98:3, 98:20, 98:21, 109:21, 109:23, 110:16, 142:11, 142:12, 146:21, 146:22, 260:22, 260:25

**most** [6] - 29:11, 53:14, 55:10, 58:9, 143:14, 179:11

**motion** [1] - 112:10

**move** [14] - 7:3, 32:24, 61:24, 63:13, 67:16, 87:10, 151:4, 172:20, 181:13, 201:25, 214:20, 254:24, 257:16, 259:18

**moved** [9] - 31:13, 40:12, 40:14, 60:22, 172:14, 172:24, 173:2, 220:3, 242:11

**moves** [35] - 85:25, 86:23, 87:21, 88:21, 113:4, 114:25, 116:8, 119:4, 126:15, 131:13, 134:2, 135:12, 159:24, 162:13, 197:18, 201:3, 205:8, 208:7, 211:3, 214:4, 216:5, 217:9, 218:24, 221:24, 222:25, 223:24, 225:11, 226:2, 227:10, 229:4, 246:17, 248:7, 249:23, 252:8, 256:12

**movies** [1] - 91:12

**moving** [3] - 59:8, 59:10, 206:13

**MR** [303] - 10:20, 10:25, 13:24, 14:5, 14:7, 21:1, 21:7, 26:12, 31:21, 38:2, 38:5, 40:4, 40:25, 42:24, 43:1, 43:3, 43:5, 44:1, 46:25, 47:3, 47:11, 50:13, 51:18, 51:20, 56:14, 60:10, 62:17, 63:16, 63:21, 67:18, 69:24, 70:8, 70:11, 70:18, 71:5, 71:9, 71:11, 71:14, 71:16, 71:18, 74:23, 75:1, 79:11, 81:3, 81:5, 81:12, 81:18, 81:25, 82:4, 82:20, 85:5, 85:8, 85:11, 85:16, 85:25, 86:4, 86:7, 86:13, 86:23, 87:2, 87:10, 87:13, 87:21, 87:25, 88:21, 88:25, 89:21, 91:5, 92:15, 92:20, 93:22, 94:14, 94:24, 95:18, 96:3, 97:12, 97:21, 98:1, 107:15, 109:14, 109:19, 110:15, 111:24, 112:15, 112:18,

113:3, 113:8, 113:10, 114:1, 114:5, 114:14, 114:16, 114:24, 115:2, 115:6, 115:22, 115:25, 116:7, 116:11, 116:13, 118:7, 118:10, 119:3, 119:7, 125:21, 125:24, 126:14, 126:18, 126:20, 130:20, 130:22, 131:12, 131:16, 134:2, 134:6, 135:6, 135:11, 135:15, 142:4, 142:7, 142:10, 146:16, 148:24, 149:1, 149:13, 149:20, 149:22, 152:8, 152:13, 152:19, 153:10, 154:2, 154:14, 154:23, 155:4, 164:21, 167:7, 167:25, 168:7, 168:15, 168:24, 168:25, 169:25, 170:4, 170:21, 171:13, 171:18, 173:9, 174:7, 174:14, 174:17, 174:21, 175:1, 175:17, 177:15, 177:18, 177:22, 178:2, 178:24, 180:17, 181:3, 181:5, 181:12, 181:16, 181:19, 181:21, 181:24, 183:2, 183:5, 184:5, 184:7, 185:9, 185:11, 185:17, 185:20, 185:22, 185:23, 186:10, 186:11, 186:16, 186:19, 186:22, 187:6, 187:8, 187:11, 187:12, 188:6, 188:15, 189:3, 189:7, 189:9, 189:12, 189:13, 189:16, 189:17, 189:22, 189:25, 190:1, 190:5, 190:8, 190:13, 190:15, 190:16, 190:23, 191:3, 191:6, 191:9, 191:11, 192:4, 192:7, 192:9, 192:13, 193:7, 196:21, 196:24, 197:4, 197:6, 197:17, 197:21, 201:3, 202:5, 202:18, 202:23, 203:9, 203:15, 203:22,

204:18, 204:21, 205:7, 205:14, 208:6, 208:12, 208:20, 208:22, 210:1, 210:4, 210:5, 211:2, 211:13, 211:15, 211:18, 211:19, 211:21, 213:13, 213:15, 214:3, 214:7, 214:9, 215:1, 215:4, 215:7, 215:8, 215:10, 215:12, 215:15, 216:4, 216:8, 216:18, 216:20, 217:8, 217:12, 218:3, 218:5, 218:23, 219:2, 220:2, 220:6, 221:12, 221:14, 221:23, 222:2, 222:12, 222:14, 222:24, 223:3, 223:12, 223:14, 223:23, 224:2, 224:18, 224:21, 225:10, 225:14, 225:16, 226:1, 226:5, 226:20, 226:21, 227:9, 227:16, 228:7, 228:10, 228:14, 229:3, 229:7, 229:25, 230:6, 230:13, 232:13, 238:2, 238:5, 238:7, 248:11

**MS** [190] - 5:7, 5:22, 6:3, 6:15, 7:8, 7:17, 7:22, 8:9, 9:11, 9:21, 9:24, 10:10, 26:13, 26:16, 26:18, 30:15, 30:19, 30:21, 30:24, 31:2, 31:9, 31:11, 31:15, 31:17, 32:1, 32:2, 32:6, 32:12, 32:13, 32:23, 33:3, 33:4, 37:23, 38:7, 38:9, 38:21, 38:23, 40:1, 47:5, 47:9, 47:15, 48:8, 50:17, 51:15, 51:23, 52:6, 52:7, 56:8, 56:11, 56:18, 56:19, 60:8, 60:13, 60:14, 61:24, 62:8, 62:9, 63:1, 63:4, 63:13, 63:18, 63:25, 66:14, 66:17, 67:16, 67:20, 67:23, 68:1, 70:5, 70:15, 70:23, 79:14, 79:16, 80:25, 81:20, 81:23, 89:18, 92:11, 93:19, 94:11, 95:13, 95:25, 97:10, 98:17, 98:19, 99:18,

99:22, 102:24, 103:21, 104:19, 104:22, 105:23, 107:17, 108:14, 108:17, 109:12, 111:19, 112:10, 146:20, 148:21, 149:17, 150:1, 154:10, 155:11, 156:22, 156:24, 158:18, 159:11, 159:13, 159:17, 159:24, 160:3, 160:5, 162:4, 162:7, 162:13, 162:17, 162:18, 163:14, 164:23, 165:12, 166:21, 167:16, 168:2, 168:12, 168:18, 168:21, 169:20, 170:15, 174:9, 174:12, 178:20, 180:8, 192:2, 201:5, 201:21, 201:23, 203:13, 205:9, 208:8, 209:22, 211:5, 232:17, 232:21, 234:1, 234:2, 234:8, 237:21, 237:24, 238:11, 239:5, 244:18, 244:23, 245:3, 245:16, 245:21, 246:17, 246:21, 246:22, 247:14, 247:17, 248:7, 249:5, 249:8, 249:23, 250:3, 250:7, 250:22, 250:24, 251:15, 251:17, 252:8, 252:12, 254:23, 255:2, 256:5, 256:7, 256:12, 256:16, 257:5, 257:7, 257:15, 257:19, 258:9, 258:11, 259:14, 259:17, 259:22, 260:11, 260:12

  **multi** [1] - 48:22
  **multiple** [5] - 27:14, 28:11, 34:2, 107:10, 108:7
  **must** [1] - 174:23

**N**

  **nails** [2] - 90:4, 91:12
  **name** [82] - 5:8, 5:14, 48:1, 53:1, 55:6, 58:20, 59:19, 59:21,

60:5, 60:6, 69:15, 82:14, 83:15, 83:25, 84:14, 95:1, 95:3, 103:11, 103:15, 103:17, 103:22, 110:8, 110:9, 110:10, 113:17, 119:10, 119:16, 119:24, 120:12, 128:9, 131:17, 132:1, 150:12, 151:3, 151:7, 151:8, 151:9, 152:11, 158:3, 158:8, 158:16, 160:10, 161:16, 161:19, 161:20, 162:20, 162:23, 168:11, 169:10, 169:12, 170:8, 175:11, 175:13, 175:20, 176:22, 176:23, 177:23, 178:8, 178:9, 179:20, 179:25, 181:7, 181:10, 181:11, 182:9, 182:10, 192:24, 193:1, 193:2, 194:7, 222:10, 230:20, 230:23, 238:24, 238:25, 241:13, 256:18
  **named** [4] - 41:7, 158:13, 166:18, 242:5
  **names** [6] - 20:6, 95:4, 95:8, 105:9, 120:15, 240:4
  **nature** [1] - 24:16
  **necessarily** [2] - 52:4, 103:23
  **necessary** [3] - 9:1, 170:14, 202:21
  **need** [8] - 13:20, 150:4, 150:25, 151:13, 158:6, 197:24, 209:15, 212:9
  **needed** [5] - 227:22, 228:1, 245:7, 251:8, 255:23
  **needs** [3] - 210:22, 212:7, 217:19
  **net** [1] - 49:2
  **never** [28] - 13:9, 13:11, 17:3, 17:7, 19:20, 19:22, 19:23, 20:13, 20:19, 23:18, 37:17, 37:19, 37:21, 42:4, 42:6, 43:10, 45:19, 45:21, 81:7, 104:2, 104:7, 104:12, 108:21, 108:23, 108:25, 109:6,

183:22, 186:8
  **New** [3] - 71:24, 72:9, 197:16
  **new** [14] - 35:14, 35:16, 64:4, 64:15, 91:18, 135:1, 145:22, 146:8, 146:9, 146:12, 187:4, 218:16, 219:15, 227:24
  **Newport** [1] - 120:5
  **next** [44] - 15:2, 16:7, 18:7, 21:8, 25:14, 25:16, 47:14, 82:3, 101:15, 101:20, 109:18, 121:10, 125:12, 125:14, 129:13, 130:6, 133:4, 149:25, 156:4, 186:10, 186:12, 187:6, 187:11, 188:5, 188:10, 188:13, 188:14, 189:3, 189:5, 189:12, 189:16, 189:25, 190:13, 191:3, 191:4, 191:9, 192:12, 192:13, 200:16, 217:23, 226:14, 228:5, 238:10
  **Ng** [5] - 50:10, 58:17, 61:12, 67:2
  **Nguyen** [2] - 20:7, 42:19
  **nice** [1] - 102:12
  **Nice** [1] - 212:25
  **nicely** [1] - 106:23
  **nine** [2] - 108:10, 108:11
  **Ning** [3] - 88:5, 103:2, 103:5
  **nonabsorbing** [1] - 16:14
  **none** [3] - 200:15, 200:18, 207:3
  **nonskid** [3] - 22:19, 22:24, 23:11
  **normal** [1] - 63:10
  **NORTH** [1] - 1:24, 2:10
  **North** [1] - 55:18
  **note** [2] - 23:1, 152:11
  **noted** [1] - 205:11
  **notes** [3] - 152:13, 156:10, 230:24
  **nothing** [18] - 25:1, 47:3, 47:22, 51:25, 77:2, 82:9, 85:15, 89:17, 90:5, 91:13, 91:15, 110:2, 150:20, 175:6, 186:7, 192:19,

227:23, 238:19
  **notice** [2] - 91:17, 95:11
  **noticed** [1] - 200:8
  **November** [17] - 123:8, 137:8, 138:5, 138:8, 138:22, 139:10, 139:24, 140:15, 141:17, 149:5, 208:5, 208:16, 208:24, 217:3, 217:13, 217:25, 227:20
  **Number** [5] - 190:5, 190:15, 191:3, 191:4
  **NUMBER** [2] - 3:13, 4:2
  **number** [19] - 26:22, 26:25, 28:4, 30:13, 31:16, 43:17, 62:7, 99:3, 103:14, 109:4, 147:2, 189:21, 191:4, 209:14, 209:15, 227:22, 227:25, 251:11, 255:23
  **numbers** [4] - 116:20, 228:2, 251:8, 251:10
  **NW** [1] - 2:18

**O**

  **o'clock** [6] - 11:3, 90:17, 151:21, 151:22, 152:2, 260:15
  **oath** [1] - 10:22
  **object** [5] - 154:24, 155:12, 186:8, 202:3, 215:1
  **objecting** [3] - 7:21, 203:5, 203:6
  **objection** [54] - 38:4, 42:24, 42:25, 43:1, 51:18, 51:19, 56:13, 56:14, 62:3, 62:17, 70:8, 81:25, 89:18, 92:11, 93:19, 94:11, 95:13, 95:25, 97:10, 107:15, 111:19, 112:10, 149:21, 149:22, 164:21, 167:7, 167:25, 168:7, 168:15, 169:20, 174:13, 178:20, 178:22, 178:23, 181:20, 185:16, 185:17, 192:8, 192:9, 203:9, 203:19, 204:6, 205:9, 209:22, 211:4, 211:5, 211:7, 211:9,

238:7, 244:20, 244:24, 245:1, 250:22
  **Objection** [10] - 60:10, 63:16, 67:18, 69:24, 70:18, 170:15, 180:8, 201:5, 208:8, 244:18
  **objections** [3] - 10:5, 81:24, 154:22
  **obligations** [1] - 128:22
  **observations** [1] - 160:14
  **observe** [2] - 54:3, 72:3
  **observed** [1] - 171:24
  **obstructing** [1] - 77:2
  **obtained** [4] - 112:7, 112:9, 206:16, 207:5
  **obviously** [7] - 6:16, 8:3, 34:16, 44:22, 74:12, 153:15, 204:1
  **occasion** [2] - 160:11, 182:21
  **occasions** [1] - 54:6
  **occur** [1] - 244:3
  **October** [4] - 120:19, 121:14, 123:6, 227:18
  **OF** [17] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 10:15, 152:3, 262:2, 262:4, 262:6, 262:10, 262:12, 262:15, 262:16
  **offer** [3] - 14:1, 19:21, 44:14
  **offering** [1] - 19:20
  **offers** [3] - 18:18, 19:2, 19:7
  **office** [20] - 27:22, 53:11, 65:22, 78:19, 85:2, 88:15, 88:16, 88:18, 95:11, 160:23, 161:25, 165:5, 194:6, 194:14, 194:15, 195:15, 203:3, 209:12, 241:2, 242:9
  **officer** [1] - 85:1
  **officers** [4] - 129:12, 141:18, 141:20, 194:21
  **offices** [9] - 51:11, 52:11, 52:19, 52:20, 53:8, 53:9, 54:10, 78:22, 241:20
  **official** [2] - 151:16, 181:11
  **OFFICIAL** [3] - 1:24,

262:8, 262:23
**often** [3] - 176:6,
176:7, 246:12
**old** [5] - 20:20,
20:22, 21:2, 21:3,
80:18
**Oliva** [1] - 3:6
**Olivia** [2] - 82:5,
82:15
**OLIVIA** [1] - 82:15
**ON** [2] - 2:6, 2:12
**onboard** [2] - 65:5,
149:8
**once** [18] - 8:6,
20:14, 27:20, 77:7,
77:20, 83:8, 84:6,
96:12, 107:10, 108:5,
122:1, 156:2, 156:13,
156:16, 156:17,
180:6, 180:12, 243:3
**one** [96] - 5:10, 5:12,
6:13, 7:20, 18:7,
18:22, 27:17, 28:21,
30:8, 33:14, 33:16,
34:7, 48:25, 54:19,
60:5, 65:9, 66:23,
76:17, 77:4, 77:19,
77:25, 81:3, 81:8,
81:15, 83:25, 90:8,
92:6, 97:16, 112:22,
119:15, 119:21,
120:2, 121:10, 126:2,
127:10, 127:11,
129:2, 132:19, 135:6,
142:16, 142:19,
143:7, 144:14,
145:23, 152:11,
152:19, 155:10,
155:17, 159:4, 170:7,
173:16, 178:5,
181:14, 181:17,
181:18, 182:21,
185:20, 186:10,
187:21, 187:23,
188:2, 188:14,
191:10, 191:19,
195:22, 197:7,
198:13, 199:20,
200:16, 204:1, 206:1,
207:17, 209:9, 210:6,
213:18, 216:22,
218:6, 220:7, 221:15,
223:11, 224:3,
226:22, 226:23,
227:22, 227:25,
228:8, 228:11,
228:16, 231:6, 232:3,
237:22, 255:22, 260:9
**one-third** [1] -
187:21

**ones** [7] - 18:25,
22:23, 30:1, 30:6,
45:15, 188:23, 257:10
**Ontario** [30] - 27:10,
27:19, 65:1, 93:5,
97:1, 116:19, 138:15,
140:6, 160:24, 164:7,
165:7, 171:21,
171:25, 172:8,
172:10, 172:11,
172:12, 173:16,
193:23, 194:2,
194:18, 196:2, 231:2,
231:3, 231:10,
231:14, 231:16,
231:17, 232:3, 233:2
**open** [12] - 37:2,
37:3, 65:15, 72:21,
76:23, 77:8, 101:22,
168:19, 172:4, 173:6,
173:11
**opening** [1] - 9:7
**openings** [1] - 46:15
**operation** [2] - 80:6,
184:20
**operational** [1] -
74:16
**operations** [3] -
72:3, 80:5, 160:9
**opinion** [1] - 233:19
**opinions** [3] - 90:22,
151:25, 260:19
**opponent** [3] -
152:21, 153:22, 155:1
**opponent's** [1] -
153:3
**opportunities** [1] -
182:6
**opposed** [3] - 24:16,
128:11, 155:17
**opposition** [1] -
154:1
**order** [57] - 8:4, 10:1,
10:2, 19:8, 34:16,
35:3, 84:3, 84:7, 84:9,
84:18, 98:7, 99:6,
132:5, 209:1, 209:7,
209:9, 209:21, 217:6,
217:18, 217:21,
218:16, 218:20,
219:11, 219:24,
220:24, 221:4, 223:7,
242:13, 243:1, 243:2,
244:8, 244:11, 245:8,
247:5, 247:10,
247:21, 248:13,
248:21, 249:16,
249:21, 251:12,
252:14, 252:16,
252:24, 253:3,

253:14, 254:4,
254:20, 256:10,
257:3, 258:13,
258:23, 259:3, 259:5,
260:7
**ordered** [6] - 248:16,
252:17, 254:3, 257:3,
258:20, 258:25
**orders** [26] - 83:21,
84:1, 84:5, 84:11,
90:7, 90:12, 90:13,
90:15, 91:24, 104:4,
104:17, 104:23,
108:19, 109:9, 209:8,
219:15, 220:23,
224:12, 228:25,
242:15, 243:9, 244:7,
250:20, 258:12, 259:7
**ordinary** [22] - 202:2,
233:11, 233:17,
233:22, 234:4, 235:5,
235:10, 235:15,
235:18, 235:21,
235:24, 236:2, 236:5,
236:9, 236:12,
236:15, 236:19,
236:22, 236:25,
237:9, 237:12, 237:18
**organization** [1] -
193:16
**organize** [1] - 194:24
**original** [10] - 55:15,
195:18, 196:15,
204:25, 205:5,
225:17, 225:21,
226:6, 227:12, 229:21
**originally** [4] - 50:6,
50:20, 120:20, 123:9
**originals** [1] - 196:14
**otherwise** [1] - 46:22
**out-of-Court** [1] -
6:17
**outlet** [1] - 182:23
**outside** [6] - 36:20,
41:3, 41:6, 41:20,
44:12, 49:18, 85:22,
87:19, 104:14,
105:10, 106:12,
106:14, 107:22,
173:23, 174:1, 187:9
**outstanding** [2] -
129:6, 129:7
**over-wood** [1] -
187:2
**Overruled** [1] - 245:2
**overruled** [20] -
50:14, 62:4, 69:25,
70:12, 70:19, 94:13,
96:2, 111:21, 153:17,
167:9, 168:8, 169:22,

170:17, 178:23,
180:11, 205:12,
208:10, 209:25,
211:10, 250:23
**overseeing** [1] -
195:2
**overview** [1] - 48:11
**overwhelming** [1] -
29:14
**own** [8] - 12:5, 20:12,
68:14, 69:5, 74:22,
144:9, 177:8, 215:3
**owned** [6] - 11:9,
12:4, 106:4, 114:7,
125:5, 194:7
**owner** [23] - 76:10,
95:23, 96:5, 114:9,
117:18, 119:21,
121:2, 125:3, 125:12,
125:18, 137:11,
140:3, 140:16,
141:10, 163:6, 163:8,
163:9, 169:6, 169:18,
170:23, 170:24,
171:2, 241:18
**owners** [4] - 114:11,
115:17, 144:2, 241:11
**ownership** [2] -
75:22, 118:4
**owning** [2] - 113:23,
117:17
**owns** [1] - 183:23

**P**

**P-A-N-U-C-H-A-I** [1] -
193:1
**P-R-A-D-I-T-B-A-T-
U-G-A** [1] - 193:2
**Pacific** [3] - 179:21,
179:24, 182:1
**package** [1] - 33:15
**packaged** [1] -
196:16
**packages** [1] - 33:15
**packaging** [3] - 18:9,
44:16, 44:18
**page** [121] - 14:19,
15:2, 32:10, 33:2,
43:8, 44:13, 45:4,
45:16, 46:10, 52:12,
52:23, 56:20, 57:6,
57:9, 57:11, 57:13,
57:15, 57:17, 57:19,
62:11, 63:19, 63:20,
85:9, 85:12, 85:17,
86:1, 86:3, 86:14,
86:23, 87:1, 87:3,
87:11, 87:14, 87:21,

87:24, 88:9, 88:11,
88:14, 88:21, 88:24,
96:23, 99:19, 101:18,
113:11, 113:21,
114:6, 115:16,
116:22, 116:24,
117:1, 117:3, 117:4,
117:12, 120:1, 120:7,
123:25, 125:25,
126:19, 126:23,
127:25, 129:9, 130:6,
130:10, 132:4, 132:7,
133:10, 134:7, 136:9,
136:10, 136:14,
142:15, 142:17,
162:17, 162:25,
163:1, 177:16,
177:19, 177:20,
177:24, 178:3, 178:9,
181:4, 181:7, 183:10,
184:3, 185:20,
186:14, 186:19,
187:7, 189:6, 189:7,
189:8, 189:21,
189:22, 189:25,
198:21, 199:12,
199:17, 202:7,
204:19, 204:22,
204:23, 205:3, 205:4,
205:15, 205:25,
206:9, 206:23,
214:21, 214:22,
251:18, 251:19,
252:1, 252:3, 253:1,
253:13, 258:17,
258:22, 259:2,
259:24, 260:6
**PAGE** [3] - 3:13, 4:2,
262:14
**Pages** [1] - 181:23
**pages** [2] - 86:8,
181:13, 198:23
**paid** [4] - 98:12,
98:14, 98:23, 191:21
**pallet** [26] - 18:19,
18:22, 21:21, 21:22,
21:24, 22:2, 22:3,
22:5, 29:5, 33:9,
44:23, 46:12, 65:24,
206:3, 206:13, 209:7,
209:21, 212:20,
220:22, 220:24,
221:4, 224:12,
246:10, 247:11,
247:12
**pallets** [188] - 12:9,
12:11, 13:1, 13:4,
13:8, 13:10, 13:13,
14:22, 15:16, 15:20,
16:5, 16:21, 17:1,

17:4, 17:7, 17:10,
17:22, 18:18, 18:19,
18:23, 19:3, 19:8,
19:12, 19:15, 20:9,
21:9, 22:12, 23:16,
23:25, 24:9, 25:2,
28:4, 28:8, 28:11,
28:21, 28:25, 29:1,
29:2, 29:5, 29:9,
29:11, 29:15, 29:18,
29:23, 30:10, 30:11,
30:14, 32:4, 32:20,
33:6, 33:11, 34:2,
34:5, 34:10, 34:14,
34:16, 35:8, 35:16,
36:20, 36:24, 37:10,
37:11, 38:12, 38:13,
38:16, 38:17, 38:25,
39:3, 39:4, 39:7, 40:8,
40:12, 40:13, 40:16,
41:3, 41:5, 41:6,
41:19, 42:8, 42:13,
42:16, 42:20, 44:8,
44:11, 44:14, 44:20,
45:9, 45:20, 46:2,
46:4, 46:6, 46:18,
46:21, 46:22, 46:23,
46:24, 65:17, 65:21,
66:2, 66:4, 66:10,
66:11, 68:2, 68:5,
68:7, 68:16, 68:17,
68:24, 77:22, 78:1,
78:10, 78:13, 78:18,
78:22, 78:23, 78:25,
79:6, 79:8, 80:19,
80:22, 81:6, 81:8,
91:22, 91:23, 91:24,
92:2, 92:6, 92:10,
92:14, 92:17, 93:7,
93:11, 94:8, 94:10,
94:15, 94:17, 153:2,
165:23, 172:8,
172:13, 172:18,
173:14, 173:19,
173:20, 173:23,
174:4, 199:5, 209:1,
213:1, 217:19,
217:22, 218:21,
219:8, 219:12, 221:5,
225:8, 227:6, 227:21,
227:24, 228:25,
231:9, 231:13, 232:6,
232:8, 243:24,
243:25, 244:4, 245:6,
245:12, 247:6,
248:16, 251:3, 251:5,
251:7, 253:7, 254:5,
255:22, 257:2, 258:5,
258:6, 258:8, 258:20,
258:25
  **Panuchai** [3] - 3:10,

192:14, 192:25
  **paper** [5] - 163:7,
169:6, 244:14,
244:16, 248:24
  **paperwork** [1] -
123:9
  **Paragraph** [1] -
169:9
  **paragraph** [6] -
128:4, 128:13,
128:14, 128:18,
129:2, 212:4
  **parent** [6] - 124:7,
124:14, 125:10,
127:1, 127:2, 129:14
  **parent's** [1] - 129:17
  **parentheses** [4] -
127:20, 227:23, 228:1
  **parking** [2] - 166:3,
173:25
  **part** [24] - 19:11,
43:18, 53:18, 62:22,
74:12, 75:9, 75:16,
105:3, 110:21,
117:13, 117:15,
145:23, 149:9,
189:14, 202:15,
202:22, 202:23,
203:1, 203:10,
203:16, 203:20,
206:1, 244:22, 246:14
  **participate** [1] -
146:24
  **participated** [1] -
53:19
  **particular** [9] - 23:1,
33:9, 59:25, 83:15,
84:3, 182:20, 243:18,
248:13, 252:13
  **parties** [3] - 128:1,
129:10, 154:17
  **Partners** [6] -
120:22, 122:22,
123:4, 123:10,
123:14, 123:21
  **parts** [2] - 72:14,
81:9
  **party** [5] - 77:14,
152:21, 153:2,
153:22, 155:1
  **patrol** [1] - 200:24
  **pattern** [1] - 138:25
  **Paul** [1] - 168:11
  **paychecks** [1] - 99:4
  **PCA** [33] - 14:12,
14:20, 16:4, 18:17,
19:2, 19:7, 19:13,
19:15, 19:16, 101:5,
101:8, 101:9, 101:20,
105:1, 114:22,

145:13, 145:19,
225:8, 232:23, 240:1,
240:4, 240:8, 240:17,
240:25, 241:9,
241:12, 241:19,
242:4, 242:10, 243:8,
245:9, 251:13
  **PCA's** [1] - 18:8
  **PCAUS.com** [3] -
210:16, 214:11,
250:15
  **peak** [1] - 56:6
  **Pencheng** [1] - 208:1
  **PENG** [1] - 158:14
  **Peng** [2] - 141:21,
158:14
  **Pengcheng** [66] -
82:24, 82:25, 83:2,
83:4, 83:8, 83:9,
83:12, 83:19, 84:21,
85:3, 85:19, 85:22,
86:15, 86:21, 89:2,
89:11, 89:17, 89:24,
91:18, 92:5, 92:9,
92:22, 94:25, 95:5,
95:9, 95:23, 96:5,
96:11, 96:13, 96:16,
97:4, 97:13, 101:8,
113:1, 113:18,
113:23, 114:12,
114:18, 114:23,
115:9, 115:18,
125:20, 127:10,
130:7, 132:13,
132:16, 134:12,
134:22, 135:19,
136:25, 145:15,
145:19, 200:25,
201:2, 202:9, 205:21,
206:19, 209:7,
211:22, 213:6,
222:11, 239:11,
239:20, 239:24,
240:24, 256:19
  **people** [17] - 13:6,
15:12, 20:3, 20:5,
53:14, 73:21, 74:1,
99:3, 107:14, 108:1,
108:4, 109:4, 144:5,
183:25, 188:7,
198:14, 242:22
  **per** [3] - 33:15,
199:10, 199:11
  **per-unit** [1] - 199:11
  **percent** [22] - 21:15,
45:6, 45:14, 45:15,
114:9, 117:18,
117:21, 123:21,
125:5, 125:6, 125:11,
125:18, 137:11,

137:24, 138:13,
140:3, 140:16, 141:9,
141:12, 142:1, 144:1,
199:22
  **Percent** [1] - 114:7
  **PERFECTUS** [2] -
1:9, 1:10
  **Perfectus** [107] -
5:12, 13:1, 14:2,
14:13, 14:14, 15:6,
16:4, 16:24, 25:1,
25:2, 27:1, 38:14,
38:18, 41:10, 41:22,
42:11, 44:8, 44:12,
71:11, 95:7, 95:10,
97:24, 99:3, 101:7,
110:25, 116:5,
116:15, 116:17,
117:19, 118:20,
119:11, 123:24,
123:25, 124:4, 124:5,
124:7, 124:8, 124:11,
124:14, 124:23,
125:11, 125:19,
126:11, 127:2, 127:5,
127:8, 127:23,
128:10, 129:14,
129:17, 129:25,
136:24, 137:14,
144:15, 144:17,
146:4, 146:9, 146:12,
193:19, 194:9,
194:18, 195:8,
195:14, 195:19,
196:8, 196:14, 197:8,
198:18, 200:21,
202:7, 202:9, 205:1,
205:5, 206:4, 207:18,
209:19, 213:9,
213:19, 215:17,
216:23, 219:19,
221:16, 222:16,
223:16, 224:23,
225:8, 226:22,
226:24, 227:7,
228:17, 230:4, 233:5,
233:7, 233:16, 234:4,
234:10, 234:15,
234:21, 235:2, 235:5,
235:7, 235:8, 235:13,
237:13, 237:18,
240:5, 242:5
  **performed** [1] -
68:20
  **period** [8] - 25:16,
25:17, 28:6, 74:18,
89:6, 99:1, 163:19,
191:19
  **permission** [5] -
115:2, 160:3, 214:7,

246:21, 247:14
  **person** [28] - 5:25,
24:23, 54:6, 59:22,
106:25, 107:2, 107:4,
107:6, 114:13, 121:3,
143:22, 154:3, 158:2,
158:4, 158:6, 158:13,
158:16, 159:14,
159:18, 159:22,
160:10, 175:24,
179:5, 179:12,
210:17, 241:23,
255:24, 256:1
  **personal** [5] -
185:20, 210:22,
212:7, 212:8, 220:19
  **personally** [2] - 85:2,
96:13
  **PH** [1] - 1:25
  **pharmaceutical** [3] -
22:9, 45:25, 46:6
  **phone** [8] - 5:25,
13:22, 17:6, 179:9,
179:12, 209:13,
209:15
  **phonetic** [1] - 67:3
  **photo** [6] - 56:22,
57:6, 187:9, 187:11,
187:13, 232:7
  **photograph** [22] -
31:12, 32:17, 33:6,
33:8, 33:13, 38:12,
38:20, 38:24, 39:2,
39:6, 39:23, 52:9,
52:14, 52:21, 87:16,
99:23, 100:1, 101:2,
159:15, 159:19,
159:22, 160:6
  **photographs** [2] -
46:21, 185:14
  **photos** [1] - 231:15
  **pick** [1] - 260:15
  **picture** [30] - 31:7,
32:3, 32:17, 34:1,
57:2, 88:15, 186:4,
186:9, 186:12,
186:13, 188:5, 188:7,
188:14, 188:16,
189:3, 189:5, 189:10,
189:12, 189:14,
189:16, 189:18,
189:19, 190:2, 190:9,
190:10, 190:13,
190:17, 191:7, 191:9,
191:16
  **pictures** [9] - 46:20,
185:4, 185:6, 185:25,
186:1, 186:5, 231:13,
232:1, 232:3
  **piece** [2] - 12:8,

244:16
  **pieces** [6] - 247:5,
247:10, 248:15,
248:17, 252:25,
255:10
  **Pimental** [2] - 20:7,
42:19
  **pitch** [3] - 15:13,
18:13, 18:15
  **pitches** [1] - 15:3
  **place** [13] - 22:20,
94:9, 94:16, 98:7,
191:22, 195:1, 217:5,
217:21, 223:7,
224:12, 228:25,
244:8, 245:7
  **placed** [3] - 195:10,
195:12, 195:14
  **plain** [1] - 78:7
  **PLAINTIFF** [2] - 1:7,
2:6
  **Plan** [1] - 126:25
  **plan** [5] - 19:12,
20:13, 126:6, 128:6,
219:10
  **plans** [3] - 12:25,
42:3, 126:11
  **plant** [4] - 51:8, 56:2,
58:24, 79:25
  **Plastics** [1] - 240:6
  **pleased** [1] - 212:19
  **plus** [1] - 27:13
  **PO** [1] - 251:12
  **point** [14] - 12:10,
30:17, 123:13,
145:23, 145:24,
152:9, 153:10,
153:13, 153:20,
165:5, 165:21, 237:6,
243:13, 250:23
  **pointed** [2] - 142:19,
178:5
  **Pok** [1] - 141:21
  **polish** [2] - 90:4,
91:12
  **POONAM** [1] - 2:7
  **Port** [1] - 48:13
  **portability** [1] - 16:1
  **portion** [8] - 87:3,
88:6, 177:20, 178:13,
181:6, 181:7, 223:5,
251:1
  **portions** [1] - 216:10
  **portrayal** [1] - 31:6
  **position** [2] - 7:6,
241:21
  **possible** [2] - 213:4,
221:7
  **possibly** [1] - 183:19
  **POTASHNER** [83] -

2:14, 6:3, 6:15, 7:22,
9:11, 9:21, 9:24,
10:10, 26:13, 26:16,
26:18, 30:15, 30:19,
30:21, 30:24, 31:2,
31:9, 31:11, 31:15,
31:17, 32:1, 32:2,
32:6, 32:12, 32:13,
32:23, 33:3, 33:4,
37:23, 38:7, 38:9,
38:21, 38:23, 40:1,
47:5, 89:18, 92:11,
93:19, 94:11, 95:13,
95:25, 97:10, 98:17,
98:19, 99:18, 99:22,
102:24, 103:21,
104:19, 104:22,
105:23, 107:17,
108:14, 108:17,
109:12, 111:19,
112:10, 146:20,
148:21, 149:17,
154:10, 155:11,
178:20, 180:8, 192:2,
201:5, 201:21,
201:23, 203:13,
205:9, 208:8, 209:22,
211:5, 232:17,
232:21, 234:1, 234:2,
234:8, 237:21,
237:24, 244:18,
244:23, 250:22
  **Potashner** [2] - 71:9,
154:23
  **potential** [4] - 24:7,
37:15, 182:16, 183:15
  **potentially** [1] - 24:8
  **pound** [1] - 21:9
  **pounds** [4] - 21:25,
22:5, 22:15, 44:10
  **powerful** [1] - 183:24
  **PowerPoint** [16] -
14:17, 14:18, 15:15,
19:24, 20:1, 20:8,
20:12, 20:13, 20:18,
20:19, 23:17, 23:18,
23:20, 42:5, 42:12,
43:11
  **PowerPoints** [3] -
15:9, 15:11, 15:12
  **powers** [1] - 128:21
  **practice** [1] - 234:10
  **PRADITBATUGA** [1]
- 3:10
  **Praditbatuga** [3] -
192:14, 192:25, 193:9
  **predecessor** [2] -
5:13, 126:12
  **predecessors** [2] -
123:25, 125:20

  **predetermined** [1] -
49:16
  **prefabricated** [1] -
72:14
  **preference** [1] -
30:25
  **premature** [1] -
112:14
  **premises** [3] - 194:8,
194:10, 194:11
  **preparation** [3] -
24:20, 149:9, 195:24
  **prepared** [1] -
202:10
  **prerulings** [1] - 8:25
  **PRESENCE** [2] -
10:15, 152:3
  **present** [5] - 8:17,
48:17, 54:18, 154:11,
156:8
  **presentation** [2] -
42:5, 43:11
  **preservation** [1] -
195:3
  **preserved** [2] -
195:18, 195:19
  **president** [4] -
124:13, 129:20,
130:16, 171:12
  **PRESIDING** [1] - 1:4
  **press** [1] - 70:3
  **pressure** [1] - 22:13
  **pretend** [1] - 37:21
  **pretty** [3] - 65:10,
100:13, 204:6
  **prevent** [1] - 16:18
  **previous** [2] - 14:14,
83:6
  **previously** [4] -
92:24, 99:19, 161:18,
179:15
  **price** [6] - 199:8,
199:11, 209:10,
224:16, 253:11,
253:12
  **prices** [1] - 212:23
  **primarily** [9] - 27:19,
48:19, 48:21, 49:10,
54:7, 72:10, 72:17,
72:21, 118:19
  **primary** [3] - 49:1,
149:7, 177:12
  **primering** [1] - 49:4
  **print** [1] - 206:25
  **printed** [19] - 198:17,
198:19, 203:10,
203:16, 206:5,
209:18, 213:9,
213:18, 215:17,
218:6, 219:19,

221:15, 222:15,
223:15, 224:22,
225:17, 226:22,
226:23, 228:16
  **printed-out** [1] -
198:19
  **priority** [1] - 64:12
  **private** [2] - 100:18,
106:11
  **privately** [1] - 106:4
  **privileges** [1] -
128:21
  **problem** [7] - 7:6,
8:13, 8:21, 10:3,
77:10, 155:18, 204:10
  **problematic** [1] - 9:2
  **problems** [1] - 9:9
  **PROCEEDINGS** [2] -
1:17, 262:13
  **pROCEEDINGS** [1] -
261:4
  **process** [25] - 49:3,
68:8, 73:6, 80:7,
80:15, 80:16, 83:20,
83:22, 84:9, 91:23,
94:9, 94:16, 169:12,
169:19, 170:5,
170:10, 189:1,
200:10, 200:14,
220:23, 229:17,
229:19, 244:2, 244:3,
244:6
  **processes** [4] -
22:14, 48:25, 49:10,
69:9
  **processing** [3] -
49:7, 84:1, 108:19
  **produce** [3] - 200:11,
212:22, 243:5
  **produced** [1] - 185:6
  **producing** [2] -
50:21, 55:16
  **product** [17] - 44:17,
44:21, 44:22, 49:17,
55:17, 91:18, 117:11,
161:6, 165:21,
206:10, 212:21,
213:3, 243:9, 243:10,
243:13, 254:3
  **PRODUCTION** [1] -
1:12
  **Production** [1] -
122:18
  **production** [6] -
55:21, 55:23, 73:18,
109:2, 122:1, 213:4
  **products** [15] -
43:18, 43:20, 44:2,
44:3, 80:16, 117:11,
166:2, 186:21, 189:1,

200:15, 206:18,
207:3, 207:8, 207:13,
243:22
  **proffer** [1] - 9:14
  **profile** [1] - 72:21
  **profiled** [1] - 221:5
  **project** [28] - 51:5,
51:7, 54:24, 55:1,
55:2, 55:4, 55:9,
55:11, 55:15, 55:20,
55:21, 55:22, 58:13,
58:15, 59:4, 59:8,
59:11, 59:25, 60:3,
60:4, 60:22, 64:9,
64:11, 64:13, 65:4,
65:6
  **projects** [1] - 80:2
  **promised** [2] -
151:19, 228:10
  **promoting** [1] -
19:17
  **promotional** [1] -
190:6
  **prompted** [1] -
243:18
  **proof** [2] - 65:3,
203:19
  **proper** [2] - 181:10,
202:3
  **properties** [1] -
128:22
  **property** [1] - 128:25
  **Protection** [5] -
197:13, 198:1,
199:14, 202:11,
205:18
  **Protection's** [2] -
201:1, 202:8
  **prove** [4] - 9:7, 9:8,
10:1, 65:5
  **proved** [1] - 10:9
  **provide** [6] - 84:1,
128:15, 200:8,
202:11, 213:3, 250:19
  **provided** [3] -
168:10, 212:18, 245:5
  **provides** [1] - 216:14
  **proving** [1] - 9:15
  **public** [14] - 11:15,
11:19, 11:25, 12:6,
36:7, 36:9, 36:16,
36:21, 70:1, 76:4,
76:6, 105:18, 105:21,
147:16
  **publicly** [2] - 147:25,
148:17
  **publish** [15] - 31:9,
32:24, 38:6, 38:21,
40:20, 51:20, 51:21,
62:6, 113:8, 115:2,

126:18, 160:3,
208:21, 214:7, 246:21
**published** [5] -
56:16, 86:5, 116:11,
119:8, 211:14
**publishing** [1] - 32:8
**Publishing** [1] -
162:17
**pull** [6] - 40:19, 43:6,
43:7, 118:8, 144:13,
221:12
**purchase** [32] -
104:4, 104:17,
104:23, 109:8, 213:1,
242:15, 243:1, 243:2,
245:8, 247:10,
247:21, 248:13,
248:21, 249:16,
249:21, 250:20,
252:13, 252:16,
253:3, 253:14, 254:4,
254:20, 256:10,
256:18, 257:3,
258:12, 258:13,
258:23, 259:3, 259:5,
259:7, 260:7
**purchased** [2] -
74:20, 80:18
**purported** [1] - 46:17
**purportedly** [1] -
257:2
**purpose** [4] - 80:2,
80:21, 170:13, 186:24
**purposes** [3] - 60:25,
68:22, 85:9
**pursuant** [1] - 128:6
**PURSUANT** [1] -
262:10
**put** [15] - 5:14, 14:5,
23:4, 30:19, 31:19,
32:6, 32:7, 42:5,
44:19, 49:5, 94:9,
94:16, 99:18, 100:25,
203:7
**putting** [2] - 10:1,
56:20, 155:23

## Q

**Qianxiang** [4] -
206:20, 255:11,
256:22, 258:19
**qualify** [1] - 6:17
**quality** [2] - 209:10,
221:4
**quantity** [1] - 252:17
**quarter** [26] - 131:23,
132:14, 132:15,
132:17, 132:18,

132:21, 133:1,
133:11, 133:15,
134:8, 134:17,
134:23, 134:24,
135:5, 135:16,
135:17, 135:21,
136:10, 136:19,
136:21, 187:22,
223:8, 224:13
**quarters** [2] -
134:16, 136:16
**questions** [32] -
11:4, 40:1, 42:2,
43:13, 46:25, 70:23,
71:3, 71:13, 79:11,
81:1, 81:18, 95:15,
97:21, 98:15, 109:11,
142:13, 146:23,
148:21, 149:2,
149:13, 153:15,
163:25, 168:21,
169:1, 171:13, 174:7,
183:2, 192:2, 219:14,
232:14, 232:18,
237:24
**quick** [1] - 146:23
**quickly** [4] - 7:3,
120:16, 205:16,
214:10
**quietly** [1] - 201:13
**quite** [5] - 17:11,
30:4, 74:18, 93:14,
95:7
**quote** [3] - 128:8,
213:4, 221:7

## R

**R-e-s-e-n-d-e-z** [1] -
82:16
**R-i-c-k-y** [1] - 110:10
**R-O-B-L-E-S** [1] -
239:1
**rack** [1] - 189:24
**rail** [1] - 189:18
**rains** [1] - 23:5
**raise** [9] - 6:5, 6:11,
8:24, 47:19, 109:24,
150:17, 175:3,
192:15, 238:15
**raised** [1] - 184:22
**raising** [1] - 6:12
**ran** [3] - 53:21,
76:14, 160:8
**range** [4] - 72:11,
72:20, 112:22
**ranges** [1] - 196:4
**rarely** [1] - 15:10
**rather** [2] - 44:16,

151:1
**raw** [2] - 206:16,
207:5
**reached** [1] - 147:24
**read** [23] - 102:6,
102:7, 102:9, 103:1,
129:12, 206:8, 209:3,
209:6, 209:15, 212:3,
212:17, 216:9,
217:16, 219:5,
220:20, 223:5,
224:14, 250:9,
250:25, 255:9,
255:19, 258:2
**real** [3] - 8:23, 65:5,
73:16
**realize** [1] - 26:14
**really** [7] - 10:12,
29:20, 72:23, 73:22,
143:8, 171:3, 184:17
**reason** [3] - 27:19,
78:21, 156:16
**recalling** [1] - 246:13
**receipt** [1] - 247:7
**receive** [8] - 67:7,
99:4, 170:13, 242:13,
244:8, 246:9, 254:19,
255:16
**received** [97] - 14:3,
14:4, 31:22, 31:24,
32:25, 33:1, 38:8,
51:24, 56:15, 56:17,
63:6, 67:13, 77:17,
83:13, 84:6, 86:2,
86:3, 86:25, 87:1,
87:23, 87:24, 88:23,
88:24, 111:23, 113:6,
113:7, 114:20, 115:1,
115:5, 116:9, 116:10,
119:5, 119:6, 126:16,
126:17, 131:14,
131:15, 134:4, 134:5,
135:13, 135:14,
160:1, 160:2, 162:15,
162:16, 181:22,
181:23, 185:18,
185:19, 197:19,
197:20, 205:13,
208:10, 208:11,
211:11, 214:5, 214:6,
216:6, 216:7, 217:10,
217:11, 218:25,
219:1, 220:4, 220:5,
221:3, 221:25, 222:1,
223:1, 223:2, 223:25,
224:1, 225:12,
225:13, 226:3, 226:4,
227:14, 227:15,
229:5, 229:6, 246:12,
246:19, 246:20,

248:9, 248:10,
249:25, 250:1,
252:10, 252:11,
254:25, 255:1,
256:14, 256:15,
257:17, 257:18,
259:20, 259:21
**receiving** [7] - 41:13,
91:22, 212:24,
240:23, 241:1, 242:9,
243:24
**RECESS** [3] - 10:14,
90:25, 156:6
**recess** [2] - 156:5,
204:11
**recognize** [35] -
14:13, 52:8, 52:14,
52:18, 52:20, 52:21,
56:22, 57:6, 60:15,
66:18, 84:14, 84:23,
86:17, 87:16, 88:11,
118:13, 159:14,
159:21, 162:8,
177:23, 190:2,
190:18, 245:24,
247:18, 249:9,
249:11, 250:16,
251:19, 252:21,
253:21, 254:10,
254:12, 256:8, 257:8
**recollect** [1] - 54:20
**recollection** [2] -
232:8, 232:12
**reconciles** [1] -
144:18
**record** [29] - 10:16,
14:2, 48:1, 67:22,
82:14, 91:1, 110:8,
151:7, 152:4, 155:12,
156:7, 175:11,
192:24, 201:16,
202:15, 202:22,
202:23, 203:7,
203:20, 204:13,
205:12, 233:11,
234:5, 234:9, 235:2,
235:4, 235:9, 235:12,
238:24
**records** [40] -
118:23, 123:1,
130:24, 131:2, 131:7,
132:5, 133:13,
133:22, 133:23,
134:11, 134:14,
134:21, 134:25,
135:4, 135:9, 135:18,
135:21, 135:22,
135:25, 136:3,
136:15, 136:21,
137:17, 141:5,

143:19, 147:2, 147:5,
147:12, 149:10,
149:11, 198:18,
198:20, 201:25,
202:6, 203:2, 203:5,
233:6, 233:9, 234:21,
237:19
**recovered** [1] - 195:4
**recross** [2] - 47:2,
149:15
**RECROSS** [3] - 3:3,
81:4
**recyclable** [1] -
15:23
**recycle** [2] - 15:17,
15:21
**recycled** [1] - 49:5
**recycling** [2] - 73:7,
73:9
**red** [1] - 102:4
**redact** [1] - 202:17
**redacted** [1] - 202:21
**redirect** [8] - 40:2,
79:13, 81:19, 109:13,
148:23, 174:9, 192:3,
238:1
**REDIRECT** [3] - 3:3,
40:3, 79:15
**refer** [6] - 53:13,
54:21, 97:9, 158:10,
160:17, 213:2
**reference** [1] - 199:5
**referenced** [2] -
213:24, 256:1
**referred** [5] - 53:14,
53:16, 54:22, 169:3,
180:18
**referring** [8] - 165:7,
172:10, 178:5, 180:5,
188:22, 231:1, 237:1,
246:9
**reflect** [8] - 10:16,
89:1, 91:1, 135:21,
135:22, 152:4, 156:7,
201:16
**reflected** [5] -
124:20, 125:3, 126:5,
138:24, 139:16
**reflects** [1] - 204:13
**refurbished** [1] -
52:17
**regarding** [2] - 70:4,
182:13
**regards** [1] - 213:5
**register** [2] - 178:18,
182:4
**registered** [2] -
178:17, 184:19
**regular** [4] - 19:1,
67:8, 234:9, 248:4

**regulations** [1] - 198:12

**REGULATIONS** [1] - 262:15

**reinforced** [1] - 22:14

**related** [2] - 123:7, 158:7

**relations** [1] - 70:2

**relationship** [3] - 54:3, 54:4, 154:19

**relationships** [3] - 35:11, 35:14, 35:17

**released** [2] - 58:17, 58:18

**relevance** [1] - 97:10

**relevancy** [2] - 95:13, 205:10

**remain** [4] - 47:8, 129:7, 174:19, 174:23

**remaining** [2] - 132:2, 217:23

**remedies** [5] - 8:18, 8:19, 9:10, 10:7, 10:8

**remelt** [2] - 49:3, 55:18

**remelted** [1] - 80:17

**remelting** [2] - 68:8, 80:8

**remember** [32] - 17:12, 25:25, 36:22, 36:24, 55:14, 58:25, 76:18, 90:19, 90:20, 93:13, 93:14, 93:24, 94:2, 94:5, 94:7, 95:4, 147:24, 151:10, 151:23, 156:1, 160:18, 161:24, 164:6, 171:3, 171:11, 176:18, 179:2, 179:13, 230:22, 230:23, 241:4, 260:17

**remembered** [1] - 261:2

**remind** [3] - 10:21, 34:5, 54:8

**remove** [2] - 48:1, 110:6

**reorganized** [1] - 193:16

**repeat** [6] - 50:15, 122:9, 129:16, 146:11, 163:13, 173:7

**repeatedly** [2] - 108:4, 108:5

**repetitive** [1] - 95:15

**rephrase** [3] - 92:8, 132:20, 178:7

**replace** [1] - 19:13

**replaced** [1] - 143:14

**replacement** [1] - 19:8

**reply** [3] - 154:1, 212:24, 213:5

**report** [6] - 58:14, 69:13, 84:20, 85:2, 95:19, 166:24

**REPORTED** [1] - 262:13

**reported** [7] - 58:15, 58:16, 58:17, 59:2, 69:14, 84:24, 132:10

**reporter** [1] - 211:19

**REPORTER** [4] - 1:24, 262:2, 262:8, 262:23

**REPORTER'S** [1] - 1:17

**reporting** [1] - 58:19

**represent** [1] - 71:10

**representation** [1] - 32:21

**representative** [5] - 83:3, 83:19, 89:7, 89:24, 92:4

**representatives** [2] - 90:7, 245:10

**reputation** [1] - 34:24

**request** [17] - 9:13, 187:25, 197:12, 198:1, 198:5, 198:8, 198:9, 198:22, 199:14, 199:24, 200:13, 200:24, 201:1, 202:8, 205:17, 205:23, 242:24

**requested** [2] - 200:1, 255:15

**requesting** [1] - 200:3

**require** [1] - 212:20

**required** [6] - 8:5, 106:12, 143:11, 143:21, 145:4

**requirement** [1] - 209:11

**research** [1] - 194:22

**researching** [1] - 104:25

**RESENDEZ** [1] - 3:6

**Resendez** [21] - 82:5, 82:6, 82:15, 82:21, 85:13, 85:18, 86:8, 87:5, 87:16, 88:2, 88:12, 89:2, 89:22, 91:6, 93:2, 93:23, 94:25, 95:20, 97:13, 98:2, 98:20

**resign** [1] - 123:14

**resigned** [1] - 123:18

**resist** [1] - 22:12

**respect** [3] - 41:21, 106:21, 163:23

**respectful** [2] - 160:16, 164:12

**respective** [3] - 10:17, 129:12, 204:14

**respond** [6] - 67:20, 70:3, 154:7, 154:16, 237:15, 246:14

**response** [3] - 200:12, 203:22, 248:1

**responsibilities** [3] - 83:20, 105:3, 160:20

**responsibility** [3] - 105:5, 105:8, 194:23

**responsible** [2] - 64:5, 83:25

**restate** [1] - 43:25

**restaurant** [7] - 175:24, 175:25, 176:6, 176:8, 177:13, 179:5, 179:6

**Restaurants** [1] - 239:8

**restaurants** [3] - 177:8, 177:10, 177:11

**restricted** [1] - 98:8

**retire** [3] - 90:23, 152:1, 260:21

**retired** [1] - 43:17

**return** [17] - 112:25, 114:18, 114:20, 116:14, 116:20, 116:23, 125:3, 125:4, 125:7, 125:10, 137:9, 137:23, 139:16, 144:23, 145:1, 146:15, 171:4

**returns** [23] - 111:2, 111:6, 111:17, 111:22, 112:1, 112:23, 113:16, 118:4, 118:18, 119:22, 123:20, 138:11, 138:24, 140:2, 141:11, 141:25, 142:24, 145:20, 146:10, 146:13, 146:14, 147:7, 171:6

**revenue** [2] - 145:2, 145:8

**Revenue** [2] - 110:18, 145:5

**reverse** [1] - 132:5

**review** [9] - 64:3, 111:1, 111:15, 117:23, 147:2, 147:12, 148:16, 148:19, 195:23

**reviewed** [7] - 126:3, 130:24, 131:2, 135:4, 196:1, 198:15, 229:18

**reviewing** [1] - 149:10

**RGK** [1] - 1:8

**Ricky** [3] - 3:7, 109:20, 110:9

**ridges** [1] - 23:2

**right-hand** [1] - 93:10

**rights** [1] - 128:21

**riley** [1] - 14:8

**Riley** [9] - 10:21, 11:1, 26:19, 31:3, 32:3, 33:5, 38:10, 40:5, 153:1

**RILEY** [1] - 3:4

**ring** [1] - 231:2

**River** [1] - 197:16

**Riverside** [2] - 27:10, 68:12, 93:18, 93:25, 94:3, 94:6

**road** [1] - 23:4

**Road** [1] - 197:16

**roads** [2] - 36:7, 36:10

**ROBERT** [1] - 2:17

**ROBLES** [1] - 3:11

**Robles** [22] - 238:12, 239:1, 239:6, 245:22, 246:6, 246:23, 247:18, 248:12, 249:9, 250:25, 251:18, 252:13, 254:10, 255:4, 256:8, 256:17, 257:8, 257:20, 257:22, 258:12, 259:25, 260:9

**robles** [1] - 239:1

**Robles's** [1] - 260:11

**ROGER** [1] - 2:8

**role** [5] - 41:10, 69:6, 193:21, 242:9, 242:16

**roof** [1] - 65:10

**room** [5] - 90:23, 152:1, 195:17, 195:20, 260:21

**ROOM** [1] - 1:24

**rooms** [1] - 195:22

**rot** [1] - 16:16

**rotting** [1] - 24:14

**roughly** [1] - 194:12

**routinely** [1] - 148:16

**row** [3] - 39:10, 39:13, 39:15

**Rowan** [1] - 241:24

**royalty** [3] - 96:18,

147:12, 148:16, 148:19, 195:23

106:16, 106:19

**rule** [6] - 7:23, 9:2, 9:3, 153:5, 153:11, 154:17

**rules** [3] - 145:4, 152:20, 153:11

**runs** [1] - 76:14

**rust** [1] - 16:16

**RUYAK** [86] - 2:17, 2:17, 10:20, 10:25, 13:24, 14:5, 14:7, 21:1, 21:7, 26:12, 31:21, 42:24, 43:1, 47:3, 47:11, 71:5, 71:11, 71:14, 71:16, 71:18, 74:23, 81:3, 81:5, 81:12, 98:1, 142:7, 142:10, 146:16, 149:22, 154:2, 168:24, 168:25, 169:25, 170:4, 170:21, 171:13, 174:14, 174:17, 174:21, 183:5, 184:5, 184:7, 185:9, 185:11, 185:22, 185:23, 186:10, 186:11, 186:16, 186:19, 186:22, 187:6, 187:8, 187:11, 187:12, 188:5, 188:6, 188:13, 188:15, 189:3, 189:7, 189:9, 189:12, 189:13, 189:16, 189:17, 189:22, 189:25, 190:1, 190:5, 190:8, 190:13, 190:15, 190:16, 190:23, 191:3, 191:6, 191:9, 191:11, 192:9, 215:1, 215:4, 230:6, 230:13, 232:13, 238:7

**RV** [1] - 243:12

**S**

**S-H-A-O** [1] - 158:17

**S-u-k** [1] - 151:8

**safe** [1] - 195:17

**safely** [1] - 194:25

**sake** [1] - 259:23

**salary** [1] - 163:23

**sale** [5] - 13:1, 35:1, 35:3, 182:21, 182:24

**sales** [10] - 12:22, 12:23, 20:13, 23:13, 34:19, 90:7, 117:11, 153:1, 242:22, 244:2

**salesperson** [2] -

34:21, 83:24
**sanctions** [1] - 9:9
**sanitary** [1] - 23:22
**sanitized** [2] - 16:8, 16:11
**sat** [4] - 25:14, 25:15, 25:16
**satisfied** [1] - 68:20
**save** [2] - 187:4, 187:21
**saved** [2] - 187:19, 209:18
**saves** [1] - 156:3
**saw** [48] - 18:24, 18:25, 22:23, 28:2, 28:4, 28:8, 28:9, 29:8, 30:2, 32:22, 34:6, 34:10, 38:13, 40:16, 41:19, 42:5, 43:10, 45:12, 45:15, 46:21, 66:7, 73:18, 76:20, 77:22, 81:7, 92:2, 107:10, 108:25, 115:14, 122:22, 135:25, 137:9, 172:8, 172:17, 173:3, 173:14, 173:18, 184:23, 186:7, 188:2, 191:12, 191:15, 207:2, 222:22, 226:7, 248:2, 259:8
**scale** [1] - 190:11
**Schedule** [3] - 117:7, 117:13, 117:15
**school** [7] - 20:20, 20:22, 21:2, 21:3, 48:12, 157:2, 157:3
**scope** [8] - 55:15, 104:14, 105:10, 152:23, 153:3, 153:21, 154:18
**scrap** [6] - 49:4, 80:11, 80:14, 80:15, 80:16, 80:20
**scraps** [2] - 73:3, 80:18
**screen** [16] - 14:6, 32:11, 40:23, 52:1, 56:20, 64:2, 85:14, 85:15, 125:22, 181:14, 183:8, 184:5, 245:19, 245:22, 246:24, 255:3
**scroll** [1] - 113:25
**scrubbing** [1] - 22:13
**Scuderia** [37] - 50:5, 50:23, 51:2, 51:9, 51:11, 52:22, 52:25, 53:7, 53:9, 53:14,

53:18, 60:21, 61:3, 61:9, 61:12, 61:13, 61:15, 64:23, 64:25, 65:18, 66:23, 67:1, 67:5, 75:8, 75:14, 76:15, 78:12, 120:14, 120:17, 120:21, 120:22, 122:22, 122:23, 123:4, 123:10, 123:14, 123:20
**SCUDERIA** [1] - 1:11
**sealed** [8] - 21:17, 21:18, 21:19, 45:6, 45:14, 45:15, 196:16, 199:22
**seam** [1] - 21:15
**search** [14] - 193:22, 194:1, 194:17, 194:24, 195:1, 195:2, 195:4, 195:6, 198:15, 203:25, 218:7, 232:22, 233:1, 233:4
**searching** [1] - 144:17
**seated** [7] - 47:24, 82:12, 110:5, 150:23, 175:9, 192:22, 238:22
**seats** [6] - 10:17, 25:15, 91:2, 152:6, 201:18, 204:14
**second** [18] - 29:5, 39:10, 44:14, 52:12, 103:5, 116:24, 119:16, 128:14, 131:25, 132:17, 132:18, 133:10, 133:15, 135:5, 178:23, 220:22, 223:7, 245:20
**second-to-last** [1] - 44:14
**secondary** [1] - 49:3
**seconds** [2] - 152:9, 153:23
**secret** [1] - 37:17
**secretary** [21] - 124:14, 124:19, 129:21, 130:17, 137:4, 137:7, 138:5, 138:9, 138:19, 139:8, 139:9, 139:11, 139:22, 139:25, 140:10, 140:13, 141:4, 141:24, 142:20, 143:2, 203:21
**Secretary** [1] - 126:9
**section** [11] - 113:24, 114:12, 115:19, 115:20, 117:5, 117:6,

122:16, 199:24, 200:7, 200:16, 221:6
**SECTION** [1] - 262:11
**sections** [1] - 116:25
**secure** [1] - 77:10
**Security** [7] - 167:20, 193:10, 193:13, 193:17, 193:25, 195:7, 198:7
**security** [5] - 36:12, 36:23, 77:5, 77:7, 77:10
**see** [143] - 10:11, 10:13, 14:12, 14:16, 14:18, 14:25, 17:9, 17:21, 18:3, 18:11, 18:21, 19:5, 19:9, 19:10, 21:10, 21:11, 21:16, 21:18, 22:11, 22:17, 22:18, 22:21, 22:22, 30:6, 33:8, 33:21, 33:23, 36:9, 36:16, 36:21, 36:25, 39:2, 39:6, 39:10, 40:18, 40:22, 40:24, 41:3, 44:5, 44:7, 45:1, 45:6, 45:11, 46:1, 46:11, 46:18, 53:9, 56:2, 56:5, 61:9, 62:13, 65:17, 66:4, 68:4, 68:6, 68:24, 69:17, 76:25, 78:21, 78:23, 78:25, 79:21, 80:22, 87:4, 88:1, 90:24, 93:5, 93:9, 93:17, 96:13, 100:7, 101:2, 101:22, 108:4, 111:12, 112:19, 114:6, 115:7, 115:8, 117:13, 117:14, 119:23, 126:21, 126:22, 127:7, 127:25, 128:1, 131:17, 136:6, 137:1, 142:19, 143:22, 152:2, 159:18, 160:11, 161:5, 162:19, 162:21, 162:23, 162:25, 164:5, 164:25, 165:18, 166:4, 169:4, 172:13, 173:20, 173:23, 176:15, 178:3, 179:4, 179:14, 186:21, 188:19, 191:4, 197:25, 199:19, 199:23, 200:7, 200:18, 201:12, 203:17,

204:9, 206:20, 206:24, 207:4, 208:13, 208:18, 208:25, 209:18, 212:14, 218:19, 221:10, 222:3, 226:10, 228:2, 230:25, 240:11, 241:12, 245:22, 246:23, 260:22, 261:3
**seeing** [2] - 188:20, 237:4
**seem** [1] - 181:10
**seize** [2] - 195:7, 195:8
**seized** [13] - 195:13, 195:19, 196:1, 196:8, 196:13, 197:7, 204:25, 205:5, 225:21, 229:21, 231:8, 232:6, 237:17
**seizing** [1] - 231:8
**seizure** [1] - 232:10
**select** [1] - 216:10
**sell** [26] - 12:11, 12:25, 13:3, 13:12, 17:5, 20:9, 20:12, 23:16, 24:3, 24:9, 35:8, 35:16, 37:11, 42:8, 42:12, 42:16, 42:19, 46:3, 46:6, 68:16, 92:9, 98:13, 153:2, 164:20, 164:25, 239:25
**seller** [2] - 199:2, 199:3
**sellers** [1] - 17:13
**selling** [13] - 13:7, 13:8, 13:10, 17:1, 17:4, 17:22, 20:4, 20:11, 23:14, 37:9, 43:19, 72:11, 166:19
**send** [16] - 67:7, 84:18, 157:14, 209:8, 209:20, 212:9, 212:10, 212:18, 216:14, 217:17, 219:24, 220:24, 224:15, 229:8, 248:23, 248:25
**sending** [1] - 257:23
**sends** [3] - 213:25, 218:20, 257:22
**sense** [3] - 71:16, 153:6, 153:9
**sent** [19] - 61:22, 61:25, 62:1, 62:15, 62:24, 62:25, 63:5, 66:20, 66:21, 66:25, 112:5, 210:22, 212:7,

217:19, 243:4, 246:1, 246:4, 248:25, 255:7
**sentence** [2] - 44:14, 206:14
**separate** [5] - 128:20, 145:13, 145:17, 145:18, 145:25
**separately** [1] - 5:23
**September** [5] - 121:3, 121:17, 140:11, 157:24, 193:25
**series** [3] - 195:23, 196:1, 198:23
**sermon** [1] - 156:2
**servant** [1] - 26:9
**server** [1] - 157:16
**service** [11] - 83:3, 83:18, 89:7, 89:24, 92:4, 169:11, 169:19, 170:5, 170:10, 242:11, 245:10
**Service** [2] - 110:18, 193:16
**SESSION** [2] - 1:18, 5:2
**set** [4] - 120:8, 197:4, 253:12, 260:9
**seven** [6] - 33:14, 46:14, 52:25, 53:17, 127:7, 127:19
**several** [6] - 67:1, 156:14, 159:9, 177:8, 179:3, 188:19
**sew** [1] - 157:10
**sewed** [1] - 157:12
**shall** [13] - 47:21, 82:8, 110:1, 128:7, 128:9, 128:20, 128:23, 128:25, 129:7, 150:20, 175:6, 192:19, 238:19
**Shanghai** [1] - 76:7
**Shao** [99] - 5:18, 5:23, 42:11, 77:15, 84:25, 95:19, 95:22, 96:5, 133:23, 134:10, 134:12, 134:21, 137:5, 137:12, 137:20, 137:25, 138:7, 138:12, 138:21, 138:25, 139:9, 139:15, 139:23, 140:2, 140:10, 142:20, 143:13, 158:16, 163:22, 164:2, 164:3, 164:11, 167:1, 167:4, 167:17, 168:5, 168:6,

208:1, 208:16, 208:23, 209:1, 209:19, 210:16, 211:22, 212:3, 212:5, 212:18, 213:7, 213:25, 214:11, 214:20, 214:23, 215:22, 216:1, 216:11, 217:3, 217:14, 217:17, 218:12, 218:20, 219:3, 219:24, 220:13, 221:10, 221:21, 222:5, 222:10, 222:11, 223:6, 223:21, 224:9, 224:12, 225:5, 226:9, 227:4, 227:20, 229:14, 241:25, 242:1, 244:12, 245:13, 246:1, 246:9, 247:1, 248:2, 249:14, 250:15, 251:2, 252:22, 253:25, 254:15, 254:20, 255:8, 255:21, 257:10, 257:25

**shape** [3] - 49:2, 49:7, 49:16

**shaped** [1] - 49:9

**shapes** [1] - 72:14

**Shapes** [37] - 60:3, 66:8, 69:1, 69:2, 69:3, 69:4, 69:18, 69:21, 70:2, 70:14, 71:21, 71:24, 72:9, 72:10, 72:17, 73:16, 73:21, 74:3, 74:6, 74:9, 74:11, 74:16, 74:20, 74:22, 75:16, 75:17, 75:20, 75:21, 79:18, 79:22, 80:3, 80:10, 80:22, 197:15, 198:3, 199:1, 205:20

**share** [1] - 144:9

**shareholder** [1] - 177:9

**shareholders** [4] - 11:17, 12:1, 12:5, 106:2

**Shaun** [3] - 3:5, 47:15, 48:3

**sheet** [3] - 46:17, 200:12, 200:13

**Shen** [17] - 50:10, 53:24, 53:25, 58:18, 61:3, 61:9, 64:7, 65:1, 67:2, 68:4, 77:12, 120:24, 121:15, 122:4, 122:5, 123:12

**Shen's** [1] - 77:15

**SHERI** [3] - 1:23, 262:8, 262:22

**shift** [1] - 23:14

**ship** [4] - 43:21, 44:2, 219:9, 219:12

**shipment** [1] - 198:11

**shipments** [1] - 240:22

**shipped** [7] - 227:6, 227:22, 227:25, 251:4, 251:7, 255:22, 258:6

**shipping** [11] - 14:23, 41:13, 43:16, 43:18, 44:6, 94:18, 225:7, 240:18, 241:1, 242:8

**shortly** [1] - 41:20

**show** [45] - 7:14, 7:15, 8:15, 9:22, 20:13, 51:15, 56:8, 60:8, 63:1, 63:18, 66:14, 86:8, 88:9, 108:5, 114:14, 115:22, 125:23, 125:25, 129:2, 130:10, 130:20, 133:20, 140:2, 162:4, 196:21, 200:19, 202:18, 206:23, 207:14, 210:2, 213:12, 213:21, 214:16, 215:9, 216:17, 218:3, 219:17, 224:18, 226:19, 228:15, 228:19, 247:14, 249:5, 253:1, 257:20

**showed** [2] - 34:7, 184:4

**showing** [8] - 245:16, 250:5, 251:15, 255:3, 256:5, 257:5, 258:9, 259:11

**shown** [7] - 7:7, 8:14, 40:18, 65:2, 186:5, 237:8, 237:11

**showroom** [4] - 186:20, 188:3, 188:16, 191:1

**shows** [1] - 134:17

**side** [7] - 7:12, 52:10, 73:23, 101:2, 143:25, 214:17, 214:18

**sidebars** [1] - 153:6

**Sierra** [5] - 68:12, 68:13, 79:6, 79:9, 80:19

**sierra** [1] - 68:14

**sign** [8] - 161:25, 170:8, 170:19, 170:20, 170:22, 171:9, 222:10, 226:16

**signature** [1] - 163:1

**signatures** [1] - 130:12

**signed** [10] - 120:23, 129:20, 129:23, 130:1, 130:16, 162:1, 170:12, 171:5, 209:16, 255:24

**similar** [3] - 105:9, 138:24, 143:15

**simply** [2] - 20:18, 109:8

**single** [1] - 237:16

**sit** [1] - 54:14

**site** [4] - 55:12, 56:3, 182:19, 218:7

**sites** [1] - 182:16

**sitting** [2] - 44:20, 180:24

**six** [10] - 19:3, 52:25, 53:17, 127:12, 154:11, 181:15, 217:18, 217:23, 219:9, 219:13

**size** [4] - 93:12, 93:14, 93:15, 186:8

**skip** [4] - 140:19, 203:10, 203:15, 212:25

**slatted** [1] - 36:24

**slide** [3] - 23:3, 23:5, 187:6

**slow** [1] - 89:7, 89:10, 89:13, 89:23, 90:11, 91:7, 91:17, 98:5, 98:11, 99:1, 197:24

**slow-down** [1] - 89:10, 89:13, 90:11, 91:7, 91:17, 98:5, 98:11, 99:1

**slowed** [2] - 90:1, 91:10

**slowing** [1] - 90:13

**small** [1] - 87:8

**Smith** [1] - 48:13

**smooth** [2] - 16:18, 217:23

**so..** [1] - 18:6

**software** [1] - 247:9

**sold** [6] - 65:15, 68:17, 72:21, 79:5, 79:8, 80:19, 80:20, 81:9, 92:5, 92:14, 92:17

**solemnly** [7] - 47:20, 82:7, 109:25, 150:18, 175:4, 192:17, 238:17

**solid** [2] - 49:3, 49:15

**solution** [4] - 14:23, 15:17, 16:2, 44:6

**solutions** [1] - 18:10

**someone** [11] - 5:8, 24:17, 35:5, 62:24, 84:11, 142:24, 143:8, 210:12, 227:4, 241:13, 242:5

**sometime** [2] - 41:23, 222:22

**somewhere** [2] - 74:21, 165:3

**son** [3] - 58:22, 69:10, 97:8

**soon** [1] - 221:7

**sorry** [43] - 7:3, 18:14, 21:18, 26:23, 35:2, 35:22, 36:3, 42:25, 50:15, 62:5, 62:7, 64:15, 75:22, 96:25, 104:19, 104:20, 114:1, 114:4, 120:15, 122:9, 125:14, 129:16, 132:19, 145:24, 146:11, 153:23, 154:8, 161:7, 165:9, 174:16, 180:10, 189:22, 208:19, 211:12, 213:14, 227:10, 230:6, 231:1, 244:21, 250:2, 250:6, 259:14, 259:18

**sort** [4] - 22:7, 23:4, 24:14, 120:2

**souls** [1] - 156:3

**sound** [1] - 55:25

**Source** [19] - 127:18, 130:8, 139:19, 161:12, 161:21, 162:11, 163:4, 163:11, 163:15, 164:13, 164:16, 164:19, 164:25, 165:24, 166:8, 166:12, 166:14, 168:19, 169:4

**sources** [1] - 17:10

**South** [3] - 116:18, 194:1, 233:2

**SOUTH** [1] - 2:15

**southern** [6] - 35:21, 35:23, 64:21, 64:24, 76:17, 100:11

**space** [5] - 78:18,

194:6, 194:14, 194:15, 212:25

**special** [13] - 94:9, 110:17, 112:19, 114:17, 116:1, 130:23, 149:2, 193:10, 193:12, 193:14, 194:20, 203:23, 210:6

**Special** [13] - 109:20, 111:14, 119:8, 125:25, 192:14, 193:8, 196:25, 197:23, 204:22, 215:16, 222:15, 223:15, 226:18

**specialists** [2] - 194:22

**specific** [1] - 180:3

**specifically** [4] - 17:12, 64:21, 123:16, 125:7

**specification** [2] - 46:17, 200:18

**specifications** [5] - 46:12, 46:14, 84:4, 212:21, 213:3

**spell** [9] - 47:25, 82:14, 110:8, 150:12, 151:3, 151:7, 175:10, 192:23, 238:23

**spelling** [1] - 193:1

**spend** [2] - 8:12, 25:24

**spent** [1] - 187:3

**sporadically** [1] - 90:15

**spreadsheet** [1] - 242:23

**SPRING** [2] - 1:24, 2:10

**square** [2] - 194:13, 247:25

**squarely** [1] - 202:12

**squareness** [1] - 39:19

**squeeze** [1] - 49:16

**squeezed** [1] - 49:21

**squeezing** [1] - 49:14

**SS** [1] - 262:5

**stack** [2] - 33:12, 38:24

**stacked** [10] - 28:9, 28:11, 28:13, 28:21, 29:1, 29:15, 32:3, 34:6, 34:11, 78:9

**stacking** [3] - 32:18, 32:20, 32:22

**stacks** [6] - 28:17,

30:6, 30:7, 34:1,
36:19, 36:20
**staff** [1] - 153:1
**stamp** [1] - 143:19
**stand** [8] - 10:18,
47:16, 91:3, 104:19,
150:2, 156:9, 204:15,
238:12
**standard** [2] - 18:18,
19:3
**standing** [1] - 188:10
**stands** [1] - 102:20
**start** [10] - 6:8, 58:15,
111:2, 124:4, 130:21,
158:8, 207:15,
210:17, 224:20,
231:20
**started** [14] - 42:11,
55:21, 65:22, 78:6,
90:13, 99:9, 145:3,
155:21, 157:19,
159:10, 171:23,
243:8, 243:22, 243:24
**starting** [12] -
113:11, 121:17,
132:17, 132:18,
132:20, 133:7, 134:8,
134:10, 135:20,
136:24, 141:1, 227:20
**State** [7] - 126:9,
131:5, 131:18, 143:9,
143:21, 169:10,
170:14
**STATE** [1] - 262:6
**state** [16] - 7:12,
47:25, 49:2, 70:21,
82:13, 110:8, 118:17,
131:4, 143:12, 151:2,
151:6, 155:5, 175:10,
192:23, 238:23,
242:23
**statement** [7] - 6:20,
7:7, 7:13, 7:16, 9:7,
152:17, 154:5
**statements** [12] -
6:17, 9:15, 10:1, 10:2,
152:15, 152:22,
153:2, 153:12,
153:21, 154:12,
155:1, 155:14
**STATES** [10] - 1:1,
1:1, 1:4, 1:6, 2:7, 2:9,
2:9, 262:9, 262:11,
262:16
**states** [5] - 117:16,
128:19, 129:6,
134:12, 162:19
**States** [8] - 64:21,
157:6, 157:8, 164:20,
165:1, 182:13,

182:17, 184:1
**static** [1] - 22:15
**stating** [1] - 247:10
**status** [1] - 46:15
**stayed** [1] - 134:21
**staying** [2] - 177:3,
177:5
**stays** [3] - 133:14,
136:13, 136:16
**steam** [1] - 22:13
**steel** [1] - 187:21
**STENOGRAPHICA
LLY** [1] - 262:13
**step** [8] - 47:6,
81:21, 149:18, 152:5,
174:10, 192:5,
201:19, 238:3
**sterilized** [1] - 16:10
**Steve** [3] - 218:14,
219:3, 219:7
**Steven** [5] - 50:10,
58:17, 61:12, 67:2
**STEVEN** [1] - 2:13
**still** [8] - 10:22,
74:22, 84:19, 104:20,
181:3, 220:10, 223:9,
224:6
**stock** [21] - 113:23,
114:7, 114:12,
115:18, 117:17,
117:21, 123:21,
125:6, 125:12,
125:18, 137:24,
138:11, 138:25,
139:14, 139:17,
141:12, 142:1, 144:1,
144:6, 144:10, 147:18
**stood** [1] - 107:22
**stop** [2] - 180:8,
234:18
**stopped** [2] - 77:19,
77:25
**storage** [2] - 65:14,
206:13
**store** [1] - 166:2
**stored** [18] - 34:17,
56:3, 57:1, 57:8, 66:4,
66:5, 66:7, 78:11,
80:23, 165:3, 165:22,
198:18, 198:19,
231:24, 232:9,
232:10, 240:11,
240:14
**storing** [1] - 232:5
**straight** [3] - 231:19,
231:21, 232:1
**STREET** [5] - 1:12,
1:24, 2:10, 2:15, 2:18
**street** [10] - 36:1,
36:16, 36:21, 36:25,

100:4, 100:7, 100:13,
100:22, 119:24
**Street** [15] - 51:12,
51:13, 52:11, 52:15,
65:22, 66:6, 66:9,
66:10, 121:11,
121:22, 122:7,
122:10, 133:18,
140:24, 141:15
**strength** [2] - 16:1,
29:19
**stricken** [1] - 8:15
**strike** [2] - 112:11,
168:17
**stringers** [1] - 22:14
**strong** [3] - 29:18,
29:20, 183:24
**structure** [1] -
105:24
**stuff** [2] - 26:4,
206:13
**style** [1] - 30:8
**subject** [8] - 7:9,
7:18, 23:21, 218:15,
224:11, 229:13,
233:3, 247:4
**submitted** [3] -
90:22, 152:1, 260:20
**subsequently** [3] -
5:15, 163:11, 163:15
**subsidiary** [5] -
124:5, 124:10,
124:22, 127:4, 129:24
**substantial** [1] - 19:7
**substantially** [2] -
28:15, 28:16
**substantiate** [1] -
203:1
**sufficient** [2] - 8:7,
155:14
**suggest** [1] - 42:12
**suggested** [8] -
168:9, 180:15,
180:16, 212:14,
214:19, 214:25,
219:25, 229:11
**SUITE** [2] - 2:15,
2:18
**Suk** [4] - 3:8, 5:9,
150:2, 151:8
**summarized** [3] -
120:9, 123:2, 137:10
**summary** [4] - 118:4,
118:22, 118:25
**superior** [2] - 244:7,
244:11
**supervisor** [1] -
246:10
**supplier** [1] - 50:2
**supply** [2] - 17:19,

18:10
**support** [3] - 22:14,
99:6
**suppose** [1] - 241:22
**supposed** [4] -
23:16, 70:6, 70:7,
111:12
**supposedly** [1] -
191:8
**surface** [3] - 16:18,
22:19, 22:24
**surfaces** [1] - 23:11
**surviving** [16] -
127:4, 127:5, 127:24,
128:5, 128:7, 128:8,
128:9, 128:11,
128:24, 128:25,
129:5, 129:7, 129:24,
146:6, 146:7
**sustain** [1] - 215:2
**sustainable** [1] -
18:9
**sustained** [15] -
43:4, 63:17, 67:19,
67:25, 89:20, 93:21,
95:14, 97:11, 107:16,
164:22, 168:1,
168:16, 178:23,
180:10, 209:24
**swear** [8] - 47:20,
82:7, 109:25, 150:8,
150:18, 175:4,
192:17, 238:17
**switched** [1] - 60:23
**sworn** [5] - 47:18,
109:22, 150:10,
150:16, 238:14
**system** [5] - 112:1,
242:14, 242:25,
251:12, 251:13

---

# T

**T's** [1] - 155:24
**tablet** [2] - 232:18,
236:8
**tack** [3] - 45:10,
45:11, 45:13
**Taco** [2] - 239:7
**TAKEN** [2] - 156:6,
204:12
**talks** [3] - 14:19,
14:22, 21:20
**tall** [1] - 28:17
**tare** [5] - 44:15,
44:21, 44:23, 45:1
**task** [2] - 94:2,
194:21
**tax** [47] - 111:2,

111:6, 111:16, 112:1,
112:23, 112:25,
113:2, 113:16,
113:19, 113:22,
114:13, 114:18,
115:11, 116:6,
116:14, 116:20,
116:23, 118:4,
118:18, 119:22,
120:9, 123:1, 123:20,
125:3, 125:4, 125:7,
125:10, 137:9,
137:23, 138:11,
138:24, 139:16,
140:2, 141:11,
141:25, 144:16,
144:23, 145:1,
145:20, 146:10,
146:13, 146:14,
146:15, 147:7,
149:10, 171:4, 171:5
**taxation** [1] - 243:21
**team** [6] - 50:5, 50:8,
147:9, 193:22,
194:20, 194:23
**techies** [1] - 52:4
**technician** [1] -
187:1
**technology** [1] -
187:4
**ten** [3] - 156:3,
156:4, 189:7
**term** [1] - 106:16
**terminated** [2] -
41:25, 66:9
**terms** [6] - 28:20,
30:10, 37:1, 128:1,
179:7, 179:12
**test** [1] - 68:5
**tested** [1] - 68:19
**testified** [18] - 26:21,
26:25, 32:14, 40:15,
41:1, 59:24, 75:2,
98:22, 99:9, 99:17,
171:19, 172:7,
172:14, 203:23,
204:22, 214:18,
232:22, 237:17
**testifies** [1] - 7:11
**testify** [7] - 5:11,
9:17, 9:19, 45:9,
204:4, 204:7, 234:20
**testifying** [1] - 48:2
**testimony** [18] -
12:9, 24:21, 35:7,
47:20, 76:18, 82:7,
109:25, 150:18,
151:12, 151:15,
151:16, 168:17,
171:5, 175:4, 192:17,

195:25, 233:10,
238:17

**text** [21] - 154:17,
206:5, 209:3, 209:6,
212:1, 212:3, 212:15,
212:17, 214:25,
217:16, 218:19,
219:5, 220:20, 221:2,
223:4, 224:14,
226:12, 227:19,
229:11, 255:20, 258:2

**Textured** [1] - 22:19

**THAT** [2] - 262:10,
262:14

**THE** [374] - 5:5, 5:21,
6:1, 6:8, 7:2, 7:12,
7:20, 8:11, 9:19, 9:22,
10:4, 10:11, 10:15,
10:16, 10:21, 10:23,
14:3, 20:23, 21:3,
26:14, 30:18, 30:22,
31:1, 31:10, 31:13,
31:16, 31:18, 31:22,
31:25, 32:11, 32:25,
33:2, 37:25, 38:3,
38:6, 38:22, 40:2,
40:23, 40:24, 42:25,
43:2, 43:4, 43:22,
43:23, 43:24, 47:2,
47:4, 47:6, 47:12,
47:17, 47:23, 47:24,
48:3, 48:4, 48:5,
50:14, 50:15, 51:17,
51:19, 51:21, 51:25,
52:1, 52:5, 56:10,
56:13, 56:15, 60:12,
61:25, 62:1, 62:3,
62:5, 62:6, 62:7,
62:18, 62:20, 63:3,
63:17, 63:20, 63:22,
66:16, 67:19, 67:21,
67:25, 69:25, 70:1,
70:9, 70:10, 70:12,
70:13, 70:19, 70:20,
70:25, 71:7, 71:12,
71:15, 74:24, 79:13,
81:2, 81:13, 81:19,
81:21, 81:24, 82:1,
82:6, 82:11, 82:12,
82:15, 82:17, 82:18,
85:7, 85:14, 85:15,
86:2, 86:5, 86:6,
86:12, 86:25, 87:12,
87:23, 88:23, 89:20,
90:16, 91:1, 92:13,
92:16, 92:18, 92:19,
93:21, 94:13, 94:20,
94:21, 94:22, 94:23,
95:14, 96:2, 97:11,
97:23, 98:16, 99:21,
102:23, 103:19,

103:20, 104:18,
104:21, 105:20,
105:22, 107:16,
108:16, 109:13,
109:15, 109:21,
109:23, 109:24,
110:4, 110:5, 110:6,
110:7, 110:9, 110:12,
111:21, 111:22,
112:12, 112:13,
112:17, 113:5, 113:6,
113:9, 114:4, 115:1,
115:4, 115:24, 116:9,
118:9, 119:5, 126:16,
131:14, 134:4,
135:10, 135:13,
142:6, 146:17,
148:23, 149:15,
149:18, 149:21,
149:23, 150:7, 150:8,
150:11, 150:12,
150:13, 150:14,
150:15, 150:16,
150:22, 150:23,
150:25, 151:2, 151:4,
151:6, 151:8, 151:10,
152:3, 152:4, 152:11,
152:18, 153:8,
153:25, 154:6,
154:21, 155:3, 155:7,
155:16, 156:7,
158:13, 159:16,
160:1, 160:4, 162:6,
162:15, 163:12,
164:22, 165:9,
165:11, 166:15,
166:17, 167:9,
167:10, 168:1, 168:8,
168:9, 168:16,
168:22, 169:22,
169:23, 170:2,
170:17, 170:18,
171:14, 173:7,
174:10, 174:13,
174:16, 174:19,
174:22, 175:3, 175:8,
175:9, 175:12,
175:14, 177:17,
177:21, 177:25,
178:22, 180:10,
180:12, 181:14,
181:17, 181:20,
181:22, 183:3,
185:10, 185:16,
185:18, 186:14,
186:17, 186:20,
187:25, 188:2, 189:6,
189:20, 189:23,
190:4, 190:6, 190:14,
191:25, 192:3, 192:5,
192:8, 192:10,

192:15, 192:21,
192:22, 192:25,
193:3, 193:4, 196:23,
197:2, 197:5, 197:19,
201:8, 201:16,
201:22, 202:13,
202:20, 202:25,
203:11, 203:14,
203:17, 204:3,
204:13, 205:11,
208:10, 209:24,
210:3, 211:4, 211:6,
211:12, 214:5, 215:2,
215:5, 215:14, 216:6,
217:10, 218:25,
220:4, 221:25, 223:1,
223:25, 225:12,
226:3, 227:11,
227:13, 227:14,
228:9, 229:5, 230:2,
230:8, 232:15,
232:19, 233:24,
234:7, 237:23, 238:1,
238:3, 238:6, 238:8,
238:13, 238:21,
238:22, 238:25,
239:2, 239:3, 244:21,
244:25, 245:18,
246:19, 247:16,
248:9, 249:7, 249:25,
250:2, 250:23,
252:10, 254:25,
256:14, 257:17,
259:12, 259:15,
259:20, 260:14,
261:1, 261:2, 262:9,
262:11, 262:12,
262:13, 262:14,
262:15, 262:16

**themselves** [2] -
96:19, 99:6, 215:6

**thereafter** [4] -
41:21, 90:14, 142:21,
146:10

**therefore** [2] - 187:5,
220:24

**thick** [5] - 227:21,
251:6, 255:22, 258:6,
258:8

**thin** [6] - 217:19,
217:22, 227:24,
251:3, 251:5, 258:5

**thinking** [1] - 183:23

**third** [7] - 39:13,
103:7, 117:1, 119:17,
136:19, 187:21,
224:13

**thousands** [1] - 92:3

**three** [13] - 18:22,
18:24, 18:25, 22:14,

24:23, 33:14, 54:20,
93:23, 134:16,
153:14, 251:8,
251:18, 259:7

**three-page** [1] -
251:18

**throughout** [1] -
91:13

**thrown** [1] - 9:20

**Thursday** [1] -
227:18

**tied** [1] - 8:2

**timeline** [1] - 59:1

**timing** [1] - 201:22

**tinted** [1] - 36:24

**title** [6] - 121:8,
143:4, 157:19,
171:11, 179:22, 180:2

**TITLE** [1] - 262:11

**titled** [1] - 161:12

**TO** [1] - 262:11

**Toby** [3] - 41:7,
41:10, 41:14

**today** [1] - 24:21,
74:22, 111:11,
117:24, 126:3,
130:24, 149:9,
179:20, 195:23,
198:16, 230:19

**together** [7] - 42:5,
44:19, 44:20, 54:1,
71:8, 160:12, 164:3

**tomorrow** [3] -
260:15, 260:22,
260:25

**tons** [3] - 50:21,
55:16, 56:6

**took** [16] - 12:18,
12:19, 23:13, 25:5,
45:21, 123:1, 186:2,
186:9, 188:8, 191:16,
196:17, 229:20,
231:13, 232:2, 232:4

**toothpaste** [2] -
49:14, 49:15

**top** [24] - 23:2, 28:21,
29:2, 33:16, 45:18,
46:11, 60:17, 89:4,
93:5, 102:1, 102:7,
126:5, 129:9, 130:13,
131:17, 178:13,
197:25, 202:7, 207:1,
210:17, 214:10,
214:20, 219:4, 256:18

**total** [12] - 24:23,
227:21, 227:24,
248:18, 251:3, 251:4,
251:6, 251:7, 251:8,
258:5, 258:6, 258:8

**toured** [1] - 191:12

**toward** [1] - 164:11

**towards** [1] - 117:7

**track** [2] - 94:9,
94:16

**Trade** [4] - 199:3,
248:14, 255:11,
256:22

**traded** [2] - 76:6,
147:18

**Trading** [1] - 206:20

**traditional** [2] -
187:2, 187:20

**trailers** [1] - 72:19

**train** [3] - 187:14,
187:16, 191:7

**training** [3] - 75:9,
234:16, 234:19

**TRANSCRIPT** [3] -
1:17, 262:12, 262:14

**transferred** [1] -
161:13

**translation** [20] -
196:2, 196:3, 207:21,
210:9, 213:22,
215:19, 216:25,
218:9, 219:21,
221:18, 222:18,
223:18, 224:25,
225:18, 226:6, 227:1,
228:20, 249:24,
254:16, 257:16

**translations** [1] -
196:9

**transport** [2] - 22:20,
127:16

**Transport** [4] -
130:7, 137:15,
142:18, 240:5

**transportation** [5] -
72:18, 72:22, 186:25,
187:3, 187:16

**transported** [1] -
195:15

**transports** [1] -
190:20

**transposed** [1] -
206:24

**traveled** [2] - 100:22,
184:22

**treat** [2] - 160:15,
211:9

**treated** [9] - 53:11,
53:12, 96:16, 106:19,
106:21, 106:23,
106:25, 242:1, 244:25

**treating** [1] - 211:7

**tree** [1] - 33:25

**trees** [1] - 33:21

**TRIAL** [1] - 1:17

**trial** [4] - 5:9, 8:24,

147:9, 149:9
**tried** [5] - 12:14,
35:14, 35:16, 77:4,
180:1
**trip** [2] - 25:5, 59:9
**triple** [1] - 210:13
**truck** [6] - 72:19,
186:12, 186:24,
190:17, 190:25, 191:4
**trucks** [1] - 73:11
**TRUE** [1] - 262:12
**true** [16] - 9:24, 12:5,
16:21, 29:13, 45:2,
45:3, 45:23, 111:16,
112:8, 114:17,
114:18, 154:14,
196:7, 196:13,
216:22, 229:23
**trust** [1] - 5:24
**truth** [23] - 5:24,
47:21, 47:22, 82:9,
110:2, 150:20,
150:21, 175:6, 175:7,
175:8, 192:19,
192:20, 238:19,
238:20
**try** [14] - 24:9, 35:5,
35:8, 36:22, 37:11,
37:13, 65:4, 68:17,
78:17, 79:2, 91:12,
92:1, 126:23, 152:9
**trying** [8] - 17:5,
17:6, 24:3, 37:5, 42:8,
152:25, 180:4, 201:24
**tube** [1] - 49:15
**turn** [3] - 111:9,
181:4, 254:8
**turned** [1] - 195:16
**turning** [4] - 52:12,
65:22, 162:25, 253:13
**twice** [1] - 24:22
**two** [33] - 12:14,
12:18, 12:19, 27:13,
33:14, 42:10, 48:25,
50:10, 54:20, 55:22,
68:17, 71:4, 71:8,
79:5, 79:8, 96:10,
102:1, 105:9, 110:20,
132:2, 139:19,
145:18, 145:25,
149:2, 159:4, 188:7,
209:8, 214:24,
217:22, 219:12,
219:16, 246:13, 259:7
**two-month** [1] -
159:4
**two-plus** [1] - 27:13
**two-year** [1] - 55:22
**type** [5] - 91:18,
93:7, 148:13, 176:11,

242:23
**typewritten** [1] -
253:19
**typically** [1] - 69:16

## U

**U-Haul** [2] - 72:12,
72:19
**U.S** [12] - 16:25,
17:4, 72:1, 98:8,
98:13, 179:7, 180:14,
193:15, 197:12,
197:25, 199:9, 211:22
**U.S.'s** [1] - 209:7
**U.S.A** [3] - 50:2,
89:4, 127:17
**U.S.com** [1] - 208:2
**ultimately** [1] -
158:19
**Uncle** [1] - 53:15
**unclear** [1] - 202:1
**under** [14] - 10:22,
39:7, 39:10, 67:23,
117:13, 122:16,
154:12, 154:25,
169:17, 171:6,
187:10, 200:2, 207:9,
207:12
**underlying** [1] -
118:23
**underneath** [10] -
162:23, 199:13,
199:23, 206:21,
207:7, 208:18,
210:21, 212:14,
218:19, 252:19
**understood** [2] -
103:24, 241:10
**unit** [3] - 199:10,
199:11, 253:9
**United** [8] - 64:21,
157:5, 157:8, 164:20,
165:1, 182:13,
182:17, 184:1
**UNITED** [10] - 1:1,
1:1, 1:4, 1:6, 2:7, 2:9,
2:9, 262:9, 262:11,
262:16
**Universal** [6] -
132:25, 133:3, 133:6,
135:23, 136:1, 136:11
**University** [1] - 48:13
**unring** [1] - 8:3
**unto** [1] - 129:13
**unusable** [1] - 145:1
**unusual** [1] - 145:1
**up** [68] - 8:2, 9:7, 9:8,
14:5, 14:12, 22:15,

28:9, 30:6, 30:19,
31:20, 40:19, 42:7,
42:8, 43:6, 43:7, 44:3,
44:5, 48:23, 52:1,
56:20, 65:22, 71:6,
85:6, 92:24, 99:19,
108:6, 112:16, 118:8,
130:13, 131:17,
133:4, 142:8, 142:16,
142:17, 144:13,
151:21, 152:7,
152:16, 152:17,
152:20, 153:7,
153:14, 155:19,
156:18, 168:24,
177:17, 177:21,
177:25, 181:6, 183:8,
183:10, 197:2,
197:25, 199:24,
204:19, 205:15,
214:19, 214:22,
221:12, 221:20,
222:3, 222:13,
226:10, 232:18,
250:6, 250:23,
260:15, 260:23
**updated** [1] - 143:11
**upper** [1] - 93:10
**upset** [2] - 6:11, 6:13

## V

**vague** [3] - 89:18,
93:19, 94:11
**valuable** [1] - 77:10
**value** [1] - 187:5
**various** [1] - 72:12
**vast** [1] - 56:7
**vehicle** [2] - 73:11,
190:20
**vendor** [13] - 84:14,
84:17, 104:5, 226:13,
228:5, 228:6, 248:12,
253:19, 255:11,
256:22, 258:18,
258:23, 259:3
**vendors** [1] - 259:8
**verified** [1] - 112:8
**version** [1] - 225:17
**vested** [1] - 128:23
**video** [1] - 24:22
**Vietnam** [7] - 23:14,
25:5, 25:13, 60:4,
64:5, 64:16, 64:20
**view** [8] - 11:11,
30:16, 34:10, 47:10,
75:24, 77:2, 78:7,
174:5
**viewed** [1] - 38:17

**viewing** [1] - 77:8
**Vincent** [4] - 160:10,
160:11, 160:14,
160:17
**vinyl** [1] - 240:15
**virgin** [1] - 49:1
**visible** [4] - 172:5,
173:6, 173:11, 174:1
**visit** [13] - 27:9, 55:8,
64:24, 66:8, 76:16,
92:21, 96:11, 107:9,
176:13, 176:17,
179:1, 182:16, 184:22
**visited** [18] - 11:6,
26:25, 27:4, 27:6,
27:8, 27:13, 35:20,
54:8, 54:9, 72:9,
76:20, 93:2, 93:25,
94:6, 108:18, 108:23,
176:10, 179:6
**visiting** [1] - 94:2
**visitors** [2] - 78:22,
95:11
**volume** [4] - 65:2,
78:18, 92:2, 167:13
**voluminous** [1] -
118:25
**Von** [3] - 121:22,
122:7, 122:10
**VON** [1] - 1:11
**vote** [1] - 144:5
**voter** [1] - 141:10
**voting** [19] - 113:23,
114:7, 114:11,
115:17, 117:17,
117:21, 123:21,
125:6, 125:12,
125:18, 137:24,
138:11, 138:25,
139:13, 139:17,
141:12, 142:1, 144:1,
144:10
**VS** [1] - 1:8

## W

**W-O-N-G** [1] - 160:10
**Wabash** [1] - 72:19
**wages** [2] - 132:2,
134:15
**wait** [3] - 20:3,
132:19, 231:23
**waited** [1] - 153:6
**walk** [2] - 119:15,
242:20
**walked** [4] - 27:25,
34:9, 164:9, 244:2
**walking** [1] - 166:7
**walks** [2] - 90:5,

91:11
**wall** [1] - 36:13
**walls** [1] - 37:4
**walnut** [1] - 27:6
**Walnut** [19] - 27:10,
32:14, 32:18, 33:7,
83:1, 88:6, 91:21,
100:10, 230:17,
230:21, 231:4, 231:5,
231:15, 231:18,
231:21, 239:18,
239:19, 240:8
**Wang** [17] - 88:5,
103:2, 103:9, 121:6,
121:21, 122:14,
122:19, 123:23,
141:6, 141:7, 141:8,
141:9, 141:23, 142:3,
225:2, 227:22, 227:25
**warehouse** [109] -
12:12, 18:23, 22:23,
27:4, 27:6, 27:8,
27:23, 27:25, 28:2,
28:4, 31:7, 32:15,
32:18, 32:19, 33:7,
36:17, 36:19, 36:20,
37:5, 40:15, 41:2,
41:15, 41:20, 46:22,
65:1, 65:8, 66:9,
68:25, 71:10, 76:20,
76:21, 76:24, 76:25,
77:6, 77:9, 77:16,
77:23, 78:3, 78:14,
78:19, 78:20, 78:21,
78:24, 79:3, 88:6,
93:5, 93:9, 93:12,
93:15, 93:18, 93:25,
94:3, 94:6, 110:24,
118:20, 120:9,
120:12, 160:25,
161:3, 164:7, 164:8,
165:4, 165:6, 165:13,
165:19, 165:22,
165:25, 166:1, 166:4,
171:21, 172:4,
172:9, 172:11,
172:12, 172:15,
172:17, 172:21,
172:24, 173:2, 173:3,
173:5, 173:10,
173:14, 173:15,
173:21, 173:24,
174:4, 193:19,
193:23, 194:5,
194:12, 194:16,
194:18, 196:2,
224:23, 226:24,
230:18, 230:22,
230:24, 231:2, 231:3,
231:4, 231:14, 232:4,

240:7, 240:9, 240:12
**Warehouse** [2] - 119:11, 231:11
**warehouses** [29] - 18:21, 26:22, 27:1, 27:14, 27:20, 34:10, 34:14, 35:19, 35:20, 35:23, 36:1, 36:4, 36:6, 36:14, 37:1, 37:2, 37:3, 37:6, 40:9, 41:11, 41:13, 64:24, 65:9, 76:17, 92:21, 93:1, 93:24, 108:18
**warrant** [13] - 193:22, 194:1, 194:17, 194:24, 195:2, 195:4, 195:6, 198:15, 203:25, 218:7, 232:23, 233:1, 233:4
**washing** [1] - 22:13
**WASHINGTON** [1] - 2:18
**waste** [1] - 15:25
**watch** [2] - 90:4, 91:11
**WEDNESDAY** [2] - 1:18, 5:1
**week** [3] - 89:11, 89:12, 91:14
**weeks** [5] - 12:15, 42:7, 42:15, 246:13, 249:18
**weeks'** [1] - 19:3
**weight** [24] - 21:25, 22:12, 23:22, 29:2, 29:5, 29:15, 30:11, 30:12, 39:3, 39:7, 39:11, 44:15, 44:16, 44:17, 44:21, 44:23, 45:1, 46:18, 73:11, 186:25, 187:16, 200:4
**weighted** [2] - 29:25, 30:1
**weld** [2] - 45:12, 199:22
**welded** [1] - 66:12
**welds** [9] - 21:15, 21:17, 21:18, 21:19, 39:21, 45:7, 45:10, 45:11, 45:13
**well-traveled** [1] - 100:22
**Wen** [1] - 141:21
**Wendy** [4] - 207:23, 208:14, 208:23, 209:16
**West** [1] - 136:4
**WESTERN** [1] - 1:2
**whatsoever** [1] -

81:8
**wheel** [2] - 166:20, 189:23
**wheels** [2] - 73:4, 80:18
**Wheels** [2] - 166:18, 166:25
**whereof** [1] - 129:10
**white** [1] - 188:24
**whole** [10] - 47:22, 66:9, 78:13, 82:9, 102:21, 110:2, 150:20, 175:6, 192:19, 238:19
**wholesale** [1] - 117:10
**wider** [1] - 86:21
**width** [1] - 46:14
**wife** [8] - 97:8, 97:9, 176:24, 177:1, 178:17, 178:18, 181:1, 183:18
**wife's** [3] - 176:22, 178:8, 181:10
**Williams** [4] - 208:20, 210:4, 228:13, 250:4
**window** [2] - 49:17, 72:15
**windows** [1] - 243:11
**Winston** [1] - 163:21
**wish** [3] - 156:21, 211:8, 217:23
**WITH** [1] - 262:15
**withstand** [1] - 22:13
**witness** [81] - 9:13, 10:18, 30:16, 30:17, 32:7, 47:7, 47:14, 51:15, 56:8, 60:8, 63:1, 63:15, 66:14, 81:22, 82:3, 85:6, 86:10, 87:11, 88:9, 91:3, 109:15, 109:18, 112:15, 114:15, 115:23, 118:8, 125:23, 129:10, 130:21, 133:20, 135:7, 149:19, 149:25, 150:3, 151:12, 153:18, 156:8, 156:9, 162:5, 174:11, 174:15, 174:18, 174:19, 177:15, 181:3, 185:15, 192:6, 192:12, 192:14, 196:22, 200:20, 204:15, 204:20, 207:15, 210:2,

213:13, 215:10, 216:18, 218:4, 219:17, 221:13, 222:12, 223:12, 224:19, 225:15, 226:20, 228:12, 238:4, 238:10, 245:16, 247:15, 249:6, 251:15, 254:9, 256:5, 257:5, 258:9
**WITNESS** [55] - 3:3, 10:23, 40:24, 43:23, 47:23, 48:3, 50:15, 51:25, 52:5, 62:1, 62:5, 70:1, 70:9, 70:13, 70:20, 82:11, 82:15, 85:15, 92:18, 94:21, 94:23, 103:20, 105:22, 109:23, 110:4, 110:6, 110:9, 111:22, 112:12, 113:5, 114:4, 135:10, 150:11, 150:13, 150:22, 151:8, 158:13, 165:11, 166:17, 167:10, 168:9, 169:23, 170:18, 175:8, 175:12, 180:12, 186:20, 188:2, 189:23, 190:6, 192:21, 192:25, 227:13, 238:21, 238:25
**witness'** [1] - 32:9
**witness's** [1] - 159:12
**witnesses** [2] - 9:16, 95:16
**wonderful** [1] - 201:22
**Wong** [5] - 160:10, 160:11, 160:15, 160:17, 163:21
**wood** [3] - 16:11, 24:17, 187:2
**wooden** [1] - 22:5
**Woodruff** [1] - 136:4
**word** [5] - 49:11, 103:3, 129:13, 170:23, 185:1
**words** [3] - 6:25, 101:19, 106:21
**works** [1] - 176:7
**world** [5] - 14:24, 20:20, 20:22, 21:2, 21:4
**world's** [1] - 18:10
**worry** [1] - 24:14
**write** [1] - 212:11

**writing** [3] - 102:25, 123:13, 204:8
**written** [3] - 129:11, 244:14, 252:17
**wrote** [3] - 203:2, 203:3, 214:23
**WW** [2] - 226:11, 250:13

**Y**

**Yajuan** [14] - 210:18, 211:18, 212:5, 213:8, 215:21, 216:1, 217:3, 217:14, 219:23, 220:10, 223:6, 223:20, 224:6, 228:22
**YAJUAN** [1] - 211:20
**year** [30] - 55:22, 66:6, 89:22, 94:5, 113:2, 113:19, 113:22, 114:13, 115:11, 115:13, 115:17, 116:4, 116:6, 125:12, 125:14, 131:23, 132:10, 133:4, 134:19, 134:22, 137:7, 137:18, 138:8, 138:17, 141:20, 146:3, 163:19, 173:1, 176:2, 242:17
**years** [20] - 8:13, 12:23, 13:12, 15:4, 20:11, 27:13, 34:19, 42:10, 43:17, 52:25, 53:17, 65:24, 74:9, 108:9, 108:11, 110:20, 131:10, 131:21, 142:2, 239:21
**yesterday** [8] - 10:12, 11:3, 11:7, 12:9, 26:21, 40:7, 45:9, 203:21
**Yingkou** [7] - 206:20, 255:11, 255:22, 256:22, 258:7, 258:19, 260:2
**yourself** [1] - 163:9
**yourselves** [3] - 90:21, 151:24, 260:18

**Z**

**Z-H-O-N-G-S-U-O** [2] - 158:4, 182:11
**Z-H-O-U** [1] - 175:13
**zero** [2] - 145:1, 145:2

**Zhao** [17] - 179:15, 183:6, 185:24, 210:18, 211:18, 212:5, 213:8, 215:21, 216:1, 217:3, 217:14, 219:24, 220:10, 223:6, 223:21, 224:6, 228:22
**ZHAO** [1] - 211:20
**Zhijie** [6] - 121:6, 141:7, 141:8, 141:9, 141:23, 142:3
**Zhong** [3] - 88:5, 103:2, 103:7
**Zhongsuo** [28] - 5:13, 5:17, 135:9, 135:16, 135:18, 136:9, 158:3, 158:5, 158:10, 158:13, 159:6, 159:9, 160:6, 160:12, 160:15, 160:17, 161:18, 164:1, 164:3, 164:11, 166:4, 166:23, 167:23, 168:4, 168:20, 182:10, 182:12, 183:1
**Zhongtian** [30] - 53:2, 53:13, 53:19, 53:25, 54:21, 59:5, 75:24, 76:1, 114:10, 131:9, 135:25, 136:6, 137:10, 141:21, 175:21, 175:23, 176:2, 176:5, 176:10, 176:13, 176:15, 176:24, 179:1, 179:4, 179:10, 180:19, 180:21, 180:25, 182:7, 241:13
**Zhongwang** [49] - 53:8, 54:10, 54:12, 54:13, 54:17, 58:10, 59:25, 64:18, 69:17, 70:4, 70:14, 70:21, 79:21, 83:17, 84:10, 84:12, 84:19, 89:4, 102:3, 102:20, 103:11, 103:15, 103:17, 103:22, 104:3, 104:5, 104:8, 105:16, 106:12, 108:23, 147:13, 148:7, 207:24, 208:14, 208:23, 208:25, 209:20, 214:13, 226:9, 227:4, 241:5, 241:6, 241:9, 243:7, 249:4, 253:20, 255:6, 256:4, 257:24

**Zhongwang's** [3] - 69:21, 70:16, 212:6

**Zhongwang.com** [6] - 209:13, 218:14, 221:21, 222:6, 225:3, 250:13

**Zhongwang/CZW** [1] - 11:5

**ZHOU** [1] - 3:9

**Zhou** [12] - 175:2, 175:12, 175:18, 176:20, 177:8, 178:3, 178:25, 188:8, 189:10, 190:2, 191:7, 209:4

**zip** [2] - 116:19, 133:19

**zoom** [6] - 101:19, 132:19, 206:1, 207:1, 212:1, 212:2

**Zoom** [1] - 199:25

**zooming** [1] - 87:3

**ZP** [15] - 69:16, 123:13, 130:16, 137:6, 137:21, 138:10, 138:13, 138:23, 139:1, 139:12, 139:18, 140:1, 140:3, 140:13, 140:18

**Zuopeng** [16] - 58:19, 58:20, 69:7, 69:10, 69:14, 69:15, 117:20, 123:11, 123:18, 124:16, 124:25, 125:5, 129:22, 130:1, 130:2, 130:6

**ZUOPENG** [1] - 58:20

**ZW** [1] - 11:8

**ZWP** [5] - 227:22, 227:25, 251:8, 251:10, 255:22