1                    UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
2               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
3
                          - - -
4              HONORABLE R. GARY KLAUSNER,
          UNITED STATES DISTRICT JUDGE PRESIDING
5                         - - -

6
   UNITED STATES OF AMERICA,        )
7                                   )   CERTIFIED COPY
              PLAINTIFF,            )
8                                   )
   VS.                              )   CR 19-00282 RGK
9                                   )
   PERFECTUS ALUMINUM,              )
10 INCORPORATED, PERFECTUS          )
   ALUMINUM ACQUISITIONS, LLC;      )
11 SCUDERIA DEVELOPMENT, LLC;       )
   1001 DOUBLEDAY, LLC; VON         )
12 KARMAN-MAIN STREET, LLC;         )
   10681 PRODUCTION AVENUE,         )
13 LLC,                             )
                                    )
14            DEFENDANTS.           )
   _____)
15

16

17                    TRIAL - DAY 3
             REPORTER'S TRANSCRIPT OF PROCEEDINGS
18              THURSDAY, AUGUST 12, 2021
                    A.M. SESSION
19              LOS ANGELES, CALIFORNIA

20

21

22

23
              SHERI S. KLEEGER, CSR 10340
24          FEDERAL OFFICIAL COURT REPORTER
            312 NORTH SPRING STREET, ROOM 402
25           LOS ANGELES, CALIFORNIA 90012
                 PH:  (213)894-6604

```
 1

 2

 3

 4

 5    APPEARANCES OF COUNSEL:

 6    ON BEHALF OF PLAINTIFF:

 7         UNITED STATES ATTORNEY
           BY:  POONAM KUMAR, AUSA
 8              GREGORY BERNSTEIN, AUSA
                ROGER HSIEH, AUSA
 9         ASSISTANT UNITED STATES ATTORNEY
           1100 UNITED STATES COURTHOUSE
10         312 NORTH SPRING STREET
           LOS ANGELES, CA 90012
11

12
      ON BEHALF OF DEFENDANT:
13         LARSON LLP
           BY:  STEVEN LARSON, ESQUIRE
14              HILARY POTASHNER, ATTORNEY AT LAW
                A. ALEXANDER LOWDER, ESQUIRE
15         555 SOUTH FLOWER STREET
           SUITE 4400
16         LOS ANGELES, CA 90071

17         RUYAK CHERIAN LLP
           BY:  ROBERT F. RUYAK, ESQUIRE
18         1700 K STREET NW, SUITE 810
           WASHINGTON, DC 20006
19

20

21

22

23

24

25
```

```
 1                    I   N   D   E   X

 2

 3        WITNESS:     DIRECT    CROSS     REDIRECT     RECROSS

 4  ROBLES, Cristian    5          15

 5    LI, Mark         24          86,104       110          113

 6  NGUYEN, Kim        115          134, 140

 7  VILLANUEVA, Alex   143          179

 8

 9

10

11                    E   X   H   I   B   I   T   S

12                        NUMBER      PAGE

13                        572,573      6
                          574          8
14                        580,581     10
                          582         11
15                        590,591     12
                          357         37
16                        358         39
                          592         13
17                        359         40
                          362         41
18                        366         43
                          368         45
19                        370         50
                          371         59
20                        375         47
                          416         49
21                        379         51
                          381         52
22                        370         54
                          328         56
23                        340         59
                          349(A)      62
24                        371         63
                          384         65
25
```

1

2

3

E  X  H  I  B  I  T  S

4                NUMBER            PAGE

5                    344              66
                     356              67
6                    307              68
                     309              69
7                    310,311          69
                     313              71
8                    312              71
                     382              74
9                    390              75
                     401              81
10                   411              83
                     324             124
11                   376             129
                     242             162
12                   243             164
                     200             166
13                   201             168
                     202             170
14                   203             174

15

16

17

18

19

20

21

22

23

24

25

|  |  |
|---|---|
|  | 1 |
|  | 2 |
|  | 3 |
| 08:33:41 | 4 |
| 08:33:42 | 5 |
| 08:33:43 | 6 |
| 08:33:46 | 7 |
| 08:33:47 | 8 |
| 08:33:48 | 9 |
| 08:33:50 | 10 |
|  | 11 |
|  | 12 |
| 08:33:52 | 13 |
| 08:33:54 | 14 |
| 08:33:54 | 15 |
| 08:33:57 | 16 |
| 08:33:59 | 17 |
| 08:33:59 | 18 |
| 08:34:01 | 19 |
| 08:34:03 | 20 |
| 08:34:09 | 21 |
|  | 22 |
| 08:34:12 | 23 |
| 08:34:15 | 24 |
| 08:34:15 | 25 |

LOS ANGELES, CALIFORNIA; THURSDAY, AUGUST 12, 2021

A.M. SESSION

- - -

THE COURT:  Okay.  The record will reflect that all the members of the jury are in their respective seats in the jury box.  The witness is on the witness stand.

Counsel, you may continue your direct.

MS. KUMAR:  Thank you, Your Honor.

**DIRECT EXAMINATION**

BY MS. KUMAR:

Q.  Good morning, Mr. Robles.

A.  Good morning.

Q.  Yesterday we were talking about your creation of purchase orders for pallets.

Do you remember that?

A.  Yes, that's correct.

MS. KUMAR:  I'd like to direct your attention, and the witness only, to Exhibit 572.

THE COURT:  Okay.

BY MS. KUMAR:

Q.  Mr. Robles, do you recognize this document?

A.  Yes.

Q.  Do you recognize the handwriting on the document?

08:34:18   1       A.   Yes, I do.

08:34:19   2       Q.   These are documents that you would be handed by

08:34:21   3   Johnson Shao to prepare purchase orders; is that right?

08:34:25   4       A.   That's would be correct.

08:34:26   5       Q.   Directing your attention to Exhibit 573, which is

08:34:30   6   the translation of the document.

08:34:31   7            Do you see that in front of you?

08:34:32   8       A.   Yes, I do.

08:34:35   9            MS. KUMAR:   Your Honor, the Government moves

08:34:37   10  Exhibit 572 and 573 into evidence.

08:34:39   11           THE COURT:   Will be received.

08:34:40   12           (Exhibits 572 and 573 are received.)

           13  BY MS. KUMAR:

08:34:41   14      Q.   Directing your attention to the translation,

08:34:43   15  particularly you see that this is an e-mail from -- an

08:34:47   16  e-mail -- what's the e-mail -- what's the -- after the

08:34:51   17  "at" in the e-mail address?

08:34:52   18      A.   Zhongwang.

08:34:55   19      Q.   All right.   And the date of the e-mail?

08:34:56   20      A.   July 24, 2012.

08:34:58   21      Q.   Who is it to?

08:34:59   22      A.   Johnson Shao.

08:35:00   23      Q.   Could you just read the highlighted portion for

08:35:03   24  us.

08:35:04   25      A.   "August 1st, 40 boxes of thick pallets, a total

08:35:07  1  of 10,080 counts will be shipped from Liaoyang.  1 ZWP

08:35:13  2  number is needed.

08:35:13  3        "On August 1st, 80 boxes of thick pallets, a

08:35:17  4  total of 20,000, 160 counts will be shipped from

08:35:21  5  Yingkou.  1 ZWP is needed.

08:35:25  6        "On August 1st, 36 boxes of old style thin

08:35:29  7  pallets, a total 11,016 count will be shipped from

08:35:33  8  Liaoyang.  1 ZWP number is needed."

08:35:36  9  Q.   Below Mr. Shao has written out in handwriting a

08:35:38  10  summary of what's in the e-mail above; is that right?

08:35:42  11  A.   Yes, that's correct.

08:35:44  12        MS. POTASHNER:  Your Honor, continuing

08:35:46  13  objection.

08:35:47  14        THE COURT:  Counsel, again, for the record,

08:35:48  15  I want to make sure that we're treating this as a

08:35:50  16  continuing objection and will in the future.

08:35:53  17        MS. POTASHNER:  Thank you, Your Honor.

08:35:        18        MR. KUMAR:  Now directing, just for the

08:35:58  19  witness, Exhibit 574.

08:36:05  20        THE COURT:  Oh, just for the witness?

08:36:10  21        MS. KUMAR:  Thank you.

08:36:        22  BY MS. KUMAR:

08:36:11  23  Q.   Mr. Robles, do you recognize the first page of

08:36:13  24  this exhibit?

08:36:14  25  A.   Yes, I do.

08:36:15  1      Q.  Is that a purchase order you created?

08:36:17  2      A.  Yes, it is.

08:36:17  3      Q.  Second page as well?

08:36:19  4      A.  Yes.

08:36:20  5      Q.  Third page as well?

08:36:21  6      A.  Yes.

08:36:22  7          MS. KUMAR:  The Government would admit

08:36:24  8  Exhibit 574 into evidence, Your Honor.

08:36:26  9          THE COURT:  Pages 1, 2, 3 -- how many pages?

08:36:30  10          MS. KUMAR:  Three pages, Your Honor.

08:36:32  11          Permission to publish?

08:36:34  12          THE COURT:  Yes, it should be received and

08:36:35  13  it will be published.

          14          (Exhibit 574 is received.)

          15  BY MS. KUMAR:

08:36:36  16      Q.  This is an example of a purchase order that you

08:36:38  17  prepared during your time working at Pengcheng; is that

08:36:43  18  right?

08:36:43  19      A.  Yes, that would be correct.

08:36:44  20      Q.  Just to use this one as an example, how many

08:36:47  21  pallets were there for this purchase order?

08:36:48  22      A.  10,080 pieces.

08:36:49  23      Q.  And the total cost?

08:36:50  24      A.  $3,628,800.

08:36:56  25      Q.  And page 2 is a second one, is that right, for

08:37:03  1    20,000 pallets?

08:37:05  2        A.   Yes.

08:37:05  3        Q.   And the total cost is over $7 million?

08:37:08  4        A.   That's correct.

08:37:09  5        Q.   And then -- that's from Yingkou; is that right?

08:37:14  6        A.   Yes, that's correct.

08:37:16  7        Q.   And then the third one as well; third page, is

08:37:20  8    that right?

08:37:21  9        A.   Yes.

08:37:24  10             MS. KUMAR:   Directing just the witness'

08:37:25  11   attention to Exhibit 580.

08:37:32  12             THE COURT:   Okay.

08:37:34  13   BY MR. KUMAR:

08:37:34  14       Q.   Mr. Robles, do you recognize the document on the

08:37:36  15   screen?

08:37:37  16       A.   Yes, I do.

08:37:38  17       Q.   Is that Mr. Shao's handwriting?

08:37:42  18       A.   Yes, it is.

08:37:43  19       Q.   And the document that you were provided on a

08:37:43  20   regular basis to prepare purchase orders; is that right?

08:37:47  21       A.   Yes, correct.

08:37:48  22       Q.   And 581, Mr. Robles.  581.  581 appears to be the

08:37:58  23   translation of that document; is that right?  The upper

08:38:02  24   e-mail is translated?

08:38:04  25       A.   Yes.

08:38:05   1          MS. KUMAR:  Your Honor, the Government moves

08:38:08   2    580 and 581 into evidence.

08:38:10   3          THE COURT:  Received.

08:38:11   4          (Exhibit 580 and 581 are received.)

08:38:12   5          MS. KUMAR:  Thank you, Your Honor.

           6    BY MS. KUMAR:

08:38:13   7      Q.  Mr. Robles, just blowing up the e-mail.  We won't

08:38:17   8    read the whole thing.  But if you could just tell us,

08:38:19   9    what's the date of this e-mail?

08:38:21  10      A.  August 23rd of 2012.

08:38:23  11      Q.  It's from Zhongwang; is that right?

08:38:26  12      A.  Yes, that's correct.

08:38:26  13      Q.  And it's to Johnson Shao; is that right?

08:38:27  14      A.  Yes.

08:38:28  15      Q.  And again it's discussing pallets to be shipped

08:38:30  16    from Lee Wang and Yingkou; is that right?

08:38:34  17      A.  Yes.

08:38:34  18      Q.  Would you just read us the quantities, if you

08:38:37  19    could.

08:38:37  20      A.  The first one is 16,416 count.  The second one is

08:38:42  21    11,340.  And the third one is for 31,500.

08:38:50  22          MS. KUMAR:  Then directing only the witness'

08:38:51  23    attention to Exhibit 582.

08:38:54  24          THE COURT:  Okay.

          25    BY MS. KUMAR:

08:38:59   1       Q.   Are these the purchase orders that correspond to

08:39:02   2   the e-mail, Mr. Robles?

08:39:04   3       A.   Yes, that would be correct.

08:39:06   4       Q.   This is page 1; is that right?

08:39:07   5       A.   Yes.

08:39:07   6       Q.   From Yingkou?

08:39:09   7       A.   Yes.

08:39:10   8       Q.   And three pages corresponding to the three orders

08:39:13   9   we saw on the prior e-mail; is that right?

08:39:15   10      A.   Yes.

08:39:16   11           MS. KUMAR:   And Your Honor, the Government

08:39:18   12   moves to admit Exhibit 582 into evidence.

08:39:22   13           THE COURT:   It will be received.

08:39:22   14           (Exhibit 582 is received.)

           15   BY MS. KUMAR:

08:39:23   16      Q.   This is the first purchase order.  What's the

08:39:25   17   date of it, Mr. Robles?

08:39:27   18      A.   August 23, 2012.

08:39:29   19      Q.   Just as a reminder, are those your initials, sir?

08:39:32   20      A.   Yes, that's correct.

08:39:35   21      Q.   Okay.  And then page 2 is another purchase order;

08:39:40   22   is that right?

08:39:41   23      A.   Yes.

08:39:41   24      Q.   And then page 3, another purchase order; is that

08:39:44   25   right?

08:39:44   1    A.   That's correct.

08:39:45   2    Q.   Last set, Mr. Robles.

08:39:50   3         MS. KUMAR:  Directing only the witness'

08:39:52   4   attention to Exhibit 590.

08:39:57   5    Q.   Mr. Robles, do you recognize the e-mail on the

08:40:00   6   top?

08:40:01   7    A.   Yes.

08:40:01   8    Q.   Is that your e-mail address that you used at

08:40:04   9   Pengcheng Aluminum?

08:40:04  10    A.   That would be correct.

08:40:05  11    Q.   You e-mailed Johnson Shao; is that right?

08:40:09  12    A.   Yes.

08:40:09  13    Q.   And below that is another e-mail from Zhongwang,

08:40:14  14   similar to what we've seen in the past; is that right?

08:40:17  15    A.   Yes.

08:40:18  16         MS. KUMAR:  Your Honor, the Government moves

08:40:20  17   to admit 590 and its corresponding translation 591 into

08:40:26  18   evidence.

08:40:27  19          THE COURT:  It will be received.

08:40:28  20          (Exhibit 590 and 591 are received.)

08:40:29  21         MS. KUMAR:  591 which is the translation.

         22   BY MS. KUMAR:

08:40:32  23    Q.   Directing your attention, could you tell us the

08:40:42  24   date of this particular e-mail.

08:40:45  25    A.   March 26th of 2013.

08:40:47  1    Q.  And it's from Zhongwang; is that right?

2    A.  Yes.

08:40:50  3    Q.  And it's to you, Cristian Robles; is that right?

08:40:54  4    A.  That's correct.

08:40:55  5    Q.  And then it talks about pallets that are being

08:40:58  6  shipped; is that right?

08:40:58  7    A.  Yes, that's correct.

08:41:01  8    Q.  Can you just tell us the quantities, please.

08:41:03  9    A.  57,960 pieces and 18,144 pieces.

08:41:17  10        MS. KUMAR:  And last document, Mr. Robles,

08:41:19  11  just for the witness' attention, Exhibit 592.

08:41:23  12    Q.  Mr. Robles, are those the corresponding purchase

08:41:28  13  orders?

08:41:28  14    A.  Yes, that will be correct.

08:41:30  15        MS. KUMAR:  Your Honor, the Government moves

08:41:31  16  to admit Exhibit 592 into evidence.

08:41:34  17        THE COURT:  It will be received.

08:41:40  18        (Exhibit 592 is received.)

08:41:43  19  BY MR. KUMAR:

08:41:43  20    Q.  Mr. Robles, can you tell us the total amount of

08:41:46  21  pallets that are the subject of this purchase order?

08:41:47  22    A.  18,144.

08:41:49  23    Q.  And what's the total cost?

08:41:50  24    A.  $6,531,840.

08:41:55  25    Q.  And then how many in this particular purchase

08:42:05  1  order?

08:42:07  2      A.  57,960 pieces.

08:42:10  3      Q.  And the total cost?

08:42:11  4      A.  $20,865,600.

08:42:15  5      Q.  And the fulfillment date?

08:42:16  6      A.  April 1st, 2013.

08:42:19  7      Q.  Mr. Robles, the vendor on this particular

08:42:23  8  purchase order is Dalian Liwang; is that right?

08:42:27  9      A.  That's correct.

08:42:28  10     Q.  Regardless of who the vendor was, where would the

08:42:31  11  purchase order be sent to, what company?

08:42:33  12     A.  Zhongwang.

08:42:35  13     Q.  And during the entire time you worked at

08:42:38  14  Pengcheng Aluminum, did a sales associate ever come to

08:42:40  15  you with a customer order for pallets?

08:42:42  16     A.  No.

08:42:44  17             MS. KUMAR:  No further questions at this

08:42:45  18  time.

08:42:46  19             THE COURT:  Okay.

08:42:47  20             Counsel for Perfectus.

08:42:51  21             THE CLERK:  Counsel, sorry, how many pages

08:42:53  22  were 592?

08:42:56  23             MS. KUMAR:  I think it's two.

08:43:01  24             THE CLERK:  Thank you.

08:43:05  25             THE COURT:  Okay.  Counsel.

**CROSS-EXAMINATION**

BY MR. RUYAK:

Q.   Good morning, Mr. Robles.

A.   Good morning.

Q.   First I want to talk a little bit about what you were doing with these -- we've seen a lot of purchase orders today.

A.   Yes.

Q.   You were preparing them and submitting them to China Zhongwang, correct?

A.   Yes.  That is correct.

Q.   And when we talk about the company China Zhongwang, who is China Zhongwang?

A.   The main company that was established in China, the vendor.

Q.   They're the ones that are manufacturing the pallets, correct?

A.   Yes, that's correct.

Q.   Before the pallets, when you were working there, they were manufacturing extrusions, correct?

A.   Yes, that's correct.

Q.   So that was the company that was actually fulfilling the purchase orders, correct?

A.   Yes.

Q.   Either through itself or through Dalian Liwang,

08:43:55  1    right?

08:43:55  2        A.   The profiles, the extrusions were being fulfilled

08:44:00  3    were through Zhongwang.

08:44:02  4        Q.   Okay.  And so you understand that there were

08:44:05  5    different companies that used the name Zhongwang in the

08:44:08  6    name, correct?

08:44:09  7        A.   Yes.

08:44:10  8        Q.   As a matter of fact, next door to PCA there was

08:44:14  9    Zhongwang U.S.A., correct?

08:44:16  10       A.   Yes.

08:44:16  11       Q.   And that was not the manufacturer of the pallets,

08:44:21  12   correct, U.S.A.?

08:44:23  13       A.   U.S.A.?

08:44:24  14       Q.   Zhongwang U.S.A. was the U.S. company not the

08:44:28  15   Chinese company manufacturing the pallets?

08:44:30  16       A.   Well, I don't know.  I understand that Zhongwang

08:44:32  17   was based in China.

08:44:33  18       Q.   So you didn't understand that there were separate

08:44:36  19   companies?

08:44:37  20       A.   No.

08:44:37  21       Q.   Did you know that China Zhongwang was a publicly

08:44:41  22   held company with shareholders?

08:44:43  23       A.   No.

08:44:44  24       Q.   You didn't know that?

08:44:45  25       A.   No.

08:44:46  1      Q.   Now, when you said -- you mentioned you were

08:44:48  2   sending the purchase orders to someone named Craig; is

08:44:51  3   that correct?

08:44:52  4      A.   Yes.

08:44:52  5      Q.   Where was Craig located?

08:44:53  6      A.   To my understanding, Zhongwang.  In China.

08:44:57  7      Q.   And China Zhongwang, correct?

08:45:00  8      A.   Yes.

08:45:00  9      Q.   The Chinese manufacturer, correct?

08:45:03  10     A.   Yes.

08:45:04  11     Q.   So when you sent him the purchase orders, you

08:45:07  12  were sending them to the manufacturer, and you expected

08:45:08  13  the manufacturer to fulfill those orders, correct?

08:45:12  14     A.   Yes, that's correct.

08:45:13  15     Q.   And other than taking what Mr. Shao told you to

08:45:20  16  order, did you have any other role in the purchase and

08:45:23  17  sale like my client Perfectus of the pallets from China

08:45:30  18  Zhongwang?

08:45:30  19     A.   Was there any other role?

08:45:32  20     Q.   Did you have any other role in the purchasing and

08:45:35  21  sale between China Zhongwang and my client Perfectus

08:45:40  22  other than submitting a purchase order?

08:45:42  23     A.   Just serving as a customer service as well to the

08:45:46  24  existing customers that Perfectus had.

08:45:48  25     Q.   I'm talking about now the transaction between

08:45:52   1   China Zhongwang, the manufacturer in China, and my

08:45:57   2   client Perfectus who bought the pallets, who you worked

08:46:00   3   for --

           4       A.   Yes.

08:46:00   5       Q.   -- did you have any other role other than

08:46:02   6   submitting purchase orders?

08:46:04   7       A.   No, no.

08:46:05   8       Q.   So you weren't involved in negotiating between

08:46:09   9   China Zhongwang and Perfectus what the price would be?

08:46:11  10       A.   No, not at all.

08:46:13  11       Q.   You do know the prices changed over time,

08:46:16  12   correct?

08:46:16  13       A.   Yes.

08:46:16  14       Q.   Depending on the pallets and price of aluminum,

08:46:20  15   things like that, right?

08:46:20  16       A.   Yes.

08:46:20  17       Q.   So someone else negotiated the prices with China

08:46:24  18   Zhongwang?

08:46:25  19       A.   Yes.  Someone else did.

08:46:26  20       Q.   And you weren't responsible for submitting the

          21   specifications, the design specifications and blueprints

08:46:31  22   to China Zhongwang for the pallets that Perfectus wanted

08:46:35  23   to buy, correct?

08:46:35  24       A.   No, no.

08:46:36  25       Q.   But you know there were specifications and

08:46:37  1   designs submitted, correct?

08:46:39  2       A.   They should have, yeah.

08:46:41  3       Q.   And you weren't responsibile for determining when

08:46:48  4   the shipments would be made, correct?

08:46:50  5       A.   No, I'm not.

08:46:54  6       Q.   You just fulfilled this by making the purchase

08:46:56  7   order, submitting to the Craig at the China

08:46:58  8   manufacturing facility, correct?

08:47:01  9       A.   Yes, that is correct.

08:47:14  10           MR. RUYAK:   I am missing one of my notes

08:47:16  11  here.  I want to make sure I cover what you said.

08:47:18  12           THE COURT:   Sure.

          13  BY MR. RUYAK:

08:47:25  14      Q.   Now, you also while you were there, is it true

08:47:27  15  that you actually placed purchase orders from companies

08:47:30  16  other than China Zhongwang?

08:47:33  17      A.   They had that -- there was a Vietnamese company,

08:47:39  18  I believe.  Or Indonesian.  There were other vendors

08:47:44  19  other than Zhongwang.

08:47:45  20      Q.   There was at least an Indonesian supplier?

08:47:49  21      A.   To my recall, yes.

08:47:51  22      Q.   They had nothing to do with China Zhongwang?

08:47:57  23      A.   Not to my knowledge.

08:47:58  24      Q.   So that was real business that PCA was doing with

08:48:00  25  the company other than China Zhongwang, correct?

08:48:03   1          MS. KUMAR:  Objection, Your Honor.  Lacks

08:48:04   2   foundation.

08:48:04   3          THE COURT:  Overruled.

08:48:05   4          If you know.

08:48:06   5          THE WITNESS:  I don't really know.  I

08:48:07   6   believe -- I didn't have enough information on that.

08:48:16   7   BY MR. RUYAK:

08:48:16   8      Q.  Now, you recall a time in 2015 when Mr. Pok came

08:48:20   9   into the company and said he wanted to sell the pallets

08:48:23   10   and the aluminium, and he would give people bonuses if

08:48:26   11   they did so?

08:48:27   12      A.  Yeah, I remember that.

08:48:28   13      Q.  So in 2015, now, let's -- the last purchase order

08:48:33   14   you submitted to China Zhongwang was sometime in 2014,

08:48:37   15   correct?

08:48:38   16      A.  I don't recall exactly the date.

08:48:41   17      Q.  Not exactly.  But you remember it was 2014,

08:48:45   18   correct?

08:48:46   19      A.  Yeah, probably.

08:48:47   20      Q.  And you were still employed until when?

08:48:50   21      A.  2017.

08:48:51   22      Q.  '17.  Okay.

08:48:53   23      A.  2016.

08:48:55   24      Q.  2016.  Okay.

08:48:57   25          So after you were no longer importing the

08:48:59  1    pallets at Perfectus, Mr. Pok came in and said to

08:49:01  2    employees:  If you can sell these aluminium pallets and

08:49:06  3    other aluminium extrusions, we will give you bonuses,

08:49:09  4    correct?

08:49:09  5        A.   Yes.

08:49:09  6        Q.   And he actually increased your salary -- or your

08:49:13  7    hourly rate --

08:49:14  8        A.   Yes.

08:49:14  9        Q.   -- right?  For that purpose, right?

08:49:16  10       A.   Yes.  But I believe it was more for the

08:49:21  11   extrusions rather than the pallets, because the pallets

08:49:24  12   were not moving.

08:49:24  13       Q.   They weren't moving.  People weren't buying them

08:49:28  14   at that point?

08:49:28  15       A.   No, not at all.  Extrusions were easier to sell.

08:49:32  16       Q.   Those were extrusions that were brought in prior

08:49:35  17   to the antidumping order?

08:49:37  18       A.   Yes.

08:49:37  19       Q.   The people in the company knew about the

08:49:39  20   antidumping order, right?

08:49:41  21       A.   Yeah.  There was talks about it.

08:49:43  22       Q.   You knew that what happened was that there was a

08:49:46  23   big hit to the company that can no longer bring in

08:49:48  24   extrusions and sell them, right?

08:49:51  25       A.   Yeah.

08:49:52    1       Q.   So a lot of people had the jobs, but they didn't

08:49:54    2   have much to do after that, right?

08:49:56    3       A.   Well, I was working with one the salesmen that

08:49:58    4   was still selling material from China to Columbia and

08:50:08    5   Mexico.  So I was fairly busy with the orders that he

08:50:12    6   was bringing in.

08:50:12    7       Q.   So you were still busy?

08:50:13    8       A.   Yes.

08:50:13    9       Q.   But there were other people who weren't very

08:50:17   10   busy, right, because their jobs were curtailed?

08:50:19   11       A.   Yes.

08:50:19   12       Q.   Did Mr. Liu lay off anyone at Perfectus?

08:50:22   13       A.   Not that I recall.

08:50:23   14       Q.   He kept them employed, even if they weren't busy,

08:50:27   15   right, paying them their full salaries?

08:50:28   16       A.   Yes.

08:50:37   17               MR. RUYAK:  That is all I have, Your Honor.

08:50:39   18               THE COURT:  Counsel.

08:50:42   19               MS. POTASHNER:  No questions, Thank you,

08:50:44   20   Your Honor.

08:50:45   21               THE COURT:  Any redirect in that area?

08:50:46   22               MS. KUMAR:  No, Your Honor.

08:50:47   23               THE COURT:  You may step down.

08:50:49   24               Any objection to this witness being excused?

08:50:53   25               MS. KUMAR:  No, Your Honor.

| | | |
|---|---|---|
| 08:50:55 | 1 | THE COURT:  Counsel? |
| 08:50:55 | 2 | MS. POTASHNER:  No, Your Honor. |
| 08:50:56 | 3 | THE COURT:  Okay. |
| 08:50:57 | 4 | Thank you very much for coming in. |
| 08:50:59 | 5 | Next witness. |
| 08:51:00 | 6 | MR. HSIEH:  Your Honor, the Government calls |
| 08:51:02 | 7 | Mark Li. |
| 08:53:08 | 8 | THE CLERK:  Okay.  I will place the |
| 08:53:10 | 9 | interpreter under oath, and then we will get to the |
| 08:53:13 | 10 | witness after that. |
| 08:53:14 | 11 | If I could please have you raise your right |
| 08:53:17 | 12 | hand. |
| 08:53:28 | 13 | (INTERPRETER WAS SWORN.) |
| 08:53:28 | 14 | THE INTERPRETER:  Yes, I do. |
| 08:53:31 | 15 | THE CLERK:  May I please have you state your |
| 08:53:33 | 16 | name for the record. |
| 08:53:35 | 17 | THE INTERPRETER:  Court certified |
| 08:53:38 | 18 | interpreter.  301304.  Sunny Johnston. |
| 08:53:43 | 19 | THE CLERK:  Thank you. |
| 08:53:45 | 20 | If the interpreter -- we want to make sure |
| 08:53:47 | 21 | the microphone is only on you not on the witness. |
| 08:53:55 | 22 | THE INTERPRETER:  Yes, Your Honor. |
| 08:53:57 | 23 | THE CLERK:  Okay.  So if I could ask the |
| 08:54:26 | 24 | witness to raise his right hand. |
| 08:54:31 | 25 | Do you solemnly swear the testimony your are |

```
 1   about to give in the matter now before the Court shall
 2   be the truth, the whole truth and nothing but the truth
 3   so help you God.
 4              THE WITNESS:  I do.
 5              THE CLERK:  Please be seated.
 6              Would you please state and spell your full
 7   name for the record.
 8              THE WITNESS:  First name Mark, M-a-r-k.
 9   Middle name Lidong, L-i-d-o-n-g.  Last name L-i.
10              THE COURT:  I don't know if it's more
11   comfortable for you or not.  Yesterday the interpreter
12   stood on the side down on the floor level.  If that is
13   more comfortable for you.  It may not be.  Anywhere you
14   want to stand is fine with us.
15              Counsel, you may inquire.
16              MR. HSIEH:  Thank you, Your Honor.
17                      DIRECT EXAMINATION
18   BY MR. HSIEH:
19      Q.  Good morning, Mr. Lee.
20      A.  Good morning.
21      Q.  What is your educational background?
22      A.  Master of science in accountancy.
23      Q.  Now, after receiving a masters in accountancy,
24   did you work as an accountant?
25      A.  Yes.  I did it for 12 years, at an accounting
```

08:56:15  1    firm.  In 2003, I received my certified license in
08:56:25  2    C.P.A.
08:56:26  3        Q.  Now, after working for accountants for 12 years,
08:56:30  4    are you familiar with a company called Pengcheng
08:56:33  5    Aluminum?
08:56:33  6        A.  No.
08:56:39  7        Q.  Did you ever work at a company called Pengcheng
08:56:44  8    Aluminum?
08:56:51  9        A.  Yes, after the 12th year.
08:56:54  10       Q.  Approximately what year did you start at
08:56:57  11   Pengcheng Aluminum?
08:56:58  12       A.  January 2009.
08:57:03  13       Q.  When you were hired at Pengcheng Aluminum 2009,
08:57:07  14   what were your titles and some of your roles and
08:57:11  15   responsibilities?
08:57:21  16       A.  My title was accounting manager.
08:57:24  17       Q.  Now, as accounting manager at Pengcheng Aluminum,
08:57:26  18   what were some of your roles and responsibilities,
08:57:37  19   Mr. Li?
08:57:41  20       A.  Manage four accountants.  Also manage account
08:57:51  21   receivable and account payable.
08:57:53  22       Q.  Would you prepare and review financial statements
08:57:55  23   and prepare tax returns?
08:58:13  24       A.  Yes.  I -- I prepare the monthly financial
08:58:16  25   statements, as well as any financial statements for

08:58:29  1    preparation of filing tax.

08:58:32  2        Q.  And in preparing those reports and conducting

08:58:35  3    your duties as accounting manager, did you have access

08:58:40  4    to things, including the company's bank accounts

08:58:42  5    incoming and outgoing wires?

08:58:45  6        A.  Yes.

08:58:46  7        Q.  What did you understand Pengcheng Aluminum to do

08:58:53  8    as a company?

08:59:05  9        A.  Wholesale aluminium extrusion.

08:59:07  10       Q.  Who did you understand Pengcheng Aluminum to

08:59:11  11   receive its aluminium extrusions from?

08:59:17  12       A.  China Zhongwang.

08:59:18  13       Q.  Mr. Li, who did you report to as your boss at

08:59:26  14   Pengcheng Aluminum?

08:59:28  15       A.  Johnson Shao.

08:59:31  16       Q.  Now, after starting at Pengcheng Aluminum as the

08:59:35  17   accounting manager in January 2009, when did you finish

08:59:39  18   your employment with Pengcheng Aluminum?

08:59:57  19       A.  Eventually I left the company on November 30th,

09:00:17  20   2016.  But between 2012 to '13 I also left the company

09:00:21  21   for one year.

09:00:22  22       Q.  During your time at Pengcheng Aluminum, including

09:00:24  23   a one-year break, approximately from 2009 to 2016, were

09:00:28  24   you ever promoted from accounting manager to CEO?

09:00:31  25       A.  Yes.  In November 2014.

09:00:50  1    Q.   Describe the circumstances under which you were

09:00:52  2  promoted from accounting manager to the CEO at Pengcheng

09:01:00  3  Aluminum.

09:01:17  4    A.   Mr. Zhongtian Liu held a meeting in November with

09:01:33  5  all sales associate and staff and managers attending.

09:01:42  6  During that meeting he emphasized there was a need to

09:01:46  7  increase sales and increase direction for sales.

09:01:52  8         At the same time, he also appointed me as

09:02:01  9  the CEO.

09:02:03  10   Q.   Did you have any notice, Mr. Li, that you were

09:02:05  11  going to be promoted to CEO during that meeting?

09:02:16  12   A.   No.

09:02:17  13   Q.   Did Zhongtian Liu give you any direction about

09:02:26  14  what you should do as CEO?

09:02:46  15   A.   Not much.  But he did mention that it was

09:02:49  16  necessary to increase sales as well as increase sales

09:02:54  17  associate to 300 people.

09:02:57  18   Q.   In your background as a CPA, Mr. Li, did you have

09:03:01  19  any prior experience in sales?

09:03:10  20   A.   No.

09:03:11  21   Q.   When you were appointed CEO, what happened to

09:03:15  22  Johnson Shao?

09:04:09  23   A.   Even though I was appointed as CEO, however, the

09:04:13  24  paperwork with the secretary of state in November still

09:04:17  25  showed Johnson Shao as the CEO and CFO.  A month after

09:04:23  1   in December the person was changed to ZP Liu.

09:04:30  2       Q.  Who's ZP Liu?

09:04:37  3       A.  He was Zhongtian Liu's son.

09:04:40  4       Q.  What does ZP stand for?

09:04:53  5           THE INTERPRETER:  The interpreter will

09:04:55  6   provide the phonetic spelling.  It may not be the actual

09:05:03  7   spelling.  It's Z-u-o-p-e-n-g.  Zuopeng Liu.

          8   BY MR. HSIEH:

09:05:04  9       Q.  So even after you were appointed CEO, you had to

09:05:09 10   report to ZP Liu, Mr. Liu's son?

09:05:21 11       A.  Yes.  That was why I changed my own title to

09:05:25 12   general manager.

09:05:31 13       Q.  How did people treat Zhongtian Liu during that

09:05:34 14   meeting in which he appointed you CEO in November 2014?

09:05:48 15       A.  How they treated him?  We were just listening to

09:05:59 16   what he was saying.

09:06:00 17       Q.  Now, who did you understand owned Perfectus?

09:06:16 18       A.  Zhongtian Liu.  Because he was the one that

09:06:18 19   appointed me to be the CEO.

09:06:21 20       Q.  Now, Mr. Li, I'm going to bring up page 4 of

09:06:29 21   Exhibit 108 which has previously been introduced into

09:06:33 22   evidence.

09:06:49 23           Mr. Li, in your time at Pengcheng Aluminum,

09:06:51 24   from 2009 to 2016, with approximately one-year break in

09:06:56 25   the middle, are you familiar with the names that are

09:06:59   1   displayed on page 4 of Government's Exhibit 108?

09:07:03   2       A.   Yes.

09:07:04   3       Q.   And can you please briefly describe for the jury

09:07:16   4   how you're familiar with these names and through your

09:07:20   5   work?

09:07:22   6       A.   Okay.  This was a merger document.  There were

09:07:36   7   seven companies merged into one.  At the Pengcheng

09:07:56   8   location there were three companies.  It's called

09:07:58   9   Pengcheng Aluminum, Global Aluminum, Transport Aluminum.

09:08:10  10           There were four other companies at a

09:08:14  11   separate location.  They didn't have much contact with

09:08:20  12   us.

09:08:20  13           Those were Aluminum Industrial, Inc.,

09:08:35  14   Century American Aluminum, American Apex Aluminum,

09:08:42  15   Aluminum Source, Inc.

09:08:44  16       Q.   Those four companies you just mentioned, Mr. Li,

09:08:47  17   were those located in Ontario?

09:08:53  18       A.   Yes.

09:08:53  19       Q.   And where was your office located for Pengcheng

09:08:59  20   Aluminum initially?

09:09:03  21       A.   In Walnut.

09:09:04  22       Q.   And was Transport Aluminum and Global Aluminum

09:09:08  23   also located in Walnut?

09:09:12  24       A.   Yes.

09:09:13  25       Q.   Now, after you became CEO, did you have access to

09:09:17  1    bank accounts for all the companies listed here?

09:09:27  2        A.  Yes.

09:09:28  3        Q.  Now, Mr. Li in your time at Pengcheng Aluminum

09:09:32  4    Perfectus as both an accounting manager and CEO, would

09:09:35  5    you please briefly describe to the jury what type of

09:09:40  6    products you understood Pengcheng Aluminum and

09:09:42  7    eventually Perfectus to import from China Zhongwang.

09:09:46  8        A.  My understanding is there were three different

09:10:12  9    types.  The first type was customized product, aluminum

09:10:22  10   extrusion.  The second one was noncustomized aluminum

09:10:32  11   extrusion.  The third one was pallet.

09:10:37  12       Q.  So please briefly describe, what is a custom

09:10:40  13   order for an aluminum extrusion that you understood.

09:11:15  14       A.  First, the sales associate will come up in

09:11:34  15   agreement with the customer.  It would include specific

09:11:39  16   things like a diagram and shapes, et cetera.

09:11:44  17            After the sales agreement was generated,

09:11:47  18   there was a sales order as well.

09:11:49  19            Then these two items would be sent to China

09:11:55  20   Zhongwang.  And then product would be shipped here.  And

09:11:58  21   then it would be sold to the customers.

09:12:07  22       Q.  Now, Mr. Li, approximately what year do you

09:12:08  23   recall that pallets starting coming from China Zhongwang

09:12:12  24   to PCR [sic] Perfectus?

09:12:21  25       A.  2011.

09:12:22  1      Q.   Did you have any notice that the pallets were

09:12:26  2  coming from China Zhongwang to PCA?

09:12:43  3      A.   Yes, I did notice.

09:12:45  4      Q.   In your time at Pengcheng Aluminum Perfectus,

09:12:52  5  were any of these pallets actually sold to customers?

09:13:05  6      A.   No.

09:13:05  7      Q.   Now, Mr. Li, in your time as accounting manager

09:13:11  8  and CEO, you had access to different bank accounts; is

9  that right?

09:13:20  10      A.   Yes.

09:13:22  11      Q.   And through bank accounts, would you be able to

09:13:27  12  see incoming and outgoing wires into the company's bank

09:13:31  13  accounts?

09:13:37  14      A.   Yes.

09:13:38  15      Q.   Now, let's take you back to the time prior to

09:13:42  16  November 2014 when you were appointed CEO by Zhongtian

09:13:53  17  Liu.

09:13:55  18           Johnson Shao was your boss at the time,

09:13:57  19  right?

09:13:58  20      A.   Yes.

09:13:58  21      Q.   What direction, if any, would Johnson Shao

09:14:02  22  provide you regarding incoming wires and how to classify

09:14:05  23  them?

09:14:17  24      A.   It was categorized as a loan.

09:14:22  25      Q.   Now, Mr. Li, in your role as accounting manager

09:14:25   1   and CEO, did you ever see any loan documents regarding

09:14:30   2   these incoming wires?

09:14:35   3       A.   No.

09:14:41   4       Q.   Did you see any payments for these loans?

09:14:44   5       A.   No.

09:14:50   6       Q.   Now, after you received these incoming wires that

09:14:55   7   Johnson Shao told you to classify as loans, what would

09:14:57   8   you have to do within a few days after receiving these

09:15:01   9   incoming wires?

09:15:01  10       A.   Usually we sent wires out, outgoing wires to pay

09:15:35  11   for the product cost.

09:15:39  12       Q.   Who would you send those outgoing wires to after

09:15:43  13   receiving them a few days earlier?

09:16:11  14       A.   We would send the outgoing wires to either

09:16:18  15   Zhongwang or Liwang or Zhongwang Investment in Hong

09:16:24  16   Kong.  Based on the invoice and how they request to be

09:16:27  17   paid.

09:16:29  18       Q.   To back up, did you have an understanding where

09:16:34  19   the incoming wires were coming from?

09:16:47  20       A.   I didn't know in the beginning when it was

09:16:51  21   started to come.  But from the bank statements I was

09:17:01  22   able to tell they came from Hong Kong.

09:17:04  23       Q.   And who provided you direction as to how much to

09:17:11  24   send in outgoing wires to China Zhongwang or Liwang, as

09:17:19  25   you mentioned?

09:17:36    1    A.   Staff from Zhongwang international office.

09:17:40    2    Q.   Would they contact you via e-mail?

09:17:47    3    A.   Yes.  To me.  Or it was possible it was also sent

09:17:54    4    to another person.

09:17:56    5    Q.   Would you regularly contact China Zhongwang in

09:18:00    6    the regular course of your business as accounting

09:18:03    7    manager and later CEO?

09:18:06    8    A.   Actually, rarely.  Besides loans.

09:18:24    9    Q.   Would you send China Zhongwang confirmations to

09:18:27   10    outgoing wires?

09:18:37   11    A.   Yes.  Confirmation.

09:18:39   12    Q.   And Mr. Li, just to clarify, I think you

09:18:42   13    mentioned a Liwang.  Was that a Dalian Liwang?

09:18:49   14    A.   Yes.

09:18:49   15    Q.   When Johnson Shao was your boss, did he work with

09:18:55   16    you in the Walnut office of Pengcheng Aluminum?

09:18:59   17    A.   Yes.

09:19:08   18    Q.   And did he work with you when you moved to

09:19:12   19    Ontario as well?

09:19:17   20    A.   No.

09:19:18   21    Q.   Was that because you were CEO at the time?

09:19:21   22    A.   No.  He went to New Jersey.

09:19:28   23    Q.   Now, Mr. Li, would there sometimes be breaks in

09:19:38   24    between the incoming wires -- let me back up.

09:19:42   25         Approximately how regularly would the

09:19:45   1   incoming wires from Hong Kong come to bank accounts at

09:19:49   2   Pengcheng Aluminum and other entities?

09:20:11   3      A.   There was no set schedule.   Sometimes it was once

09:20:14   4   a week, sometimes every two weeks.

09:20:16   5      Q.   Now, if there's a break of two weeks in between

09:20:19   6   incoming wires, Mr. Li, would you still have to send an

09:20:23   7   outgoing wire Zhongwang within a few days of receiving

09:20:26   8   it?

09:20:27   9             MS. POTASHNER:   Objection.   Calls for

09:20:29  10   speculation.

09:20:30  11             THE COURT:   Sustained.

          12   BY MR. HSIEH:

09:20:38  13      Q.   Mr. Li, after receiving an incoming wire from

09:20:42  14   Hong Kong, how soon thereafter, based on your experience

09:20:45  15   as accounting manager and later CEO, would you process

09:20:47  16   an outgoing wire?

09:20:49  17             MS. POTASHNER:   Objection.   Same objection.

09:20:50  18   Speculation.

09:20:51  19             THE COURT:   Overruled.

09:21:19  20             THE WITNESS:   Soon after.   Two to three days

09:21:21  21   later.

          22   BY MR. HSIEH:

09:21:21  23      Q.   Now before you were CEO, Mr. Li, would you have

09:21:24  24   to obtain Johnson Shao's signature to send outgoing

09:21:26  25   wires?

09:21:45   1     A.   Yes.   We did need Johnson Shao signature for

09:21:47   2   outgoing wires.

09:21:48   3     Q.   Now, Mr. Li, I'm going to walk you through some

09:21:57   4   exhibits that show wire transfers.   I think you touched

09:22:00   5   upon this before, but could you just very briefly for

09:22:02   6   the jury describe the process in which you and others at

09:22:04   7   PCA were involved in sending outgoing wires to China

09:22:10   8   Zhongwang.

09:22:25   9     A.   Okay.

09:22:29  10     Q.   So briefly explain that process to the jury of

09:22:32  11   sending outgoing wires, how that worked.

09:22:53  12     A.   First, we would receive an e-mail from Zhongwang

09:22:58  13   International.   They would also include instructions as

09:23:16  14   to the specific amount and which invoices need to be

09:23:20  15   paid.

09:23:22  16          Once we receive the money, we would prepare

09:23:37  17   a sheet for outgoing wires.

09:23:45  18          With this letter, we would obtain Johnson

09:23:48  19   Shao's signature and then fax it to Cathay Bank.   And

09:23:57  20   then Cathay Bank would provide us with a confirmation.

09:24:05  21     Q.   And did you participate in this process or

09:24:07  22   oversee it as accounting manager at PCA, Mr. Li?

09:24:18  23     A.   Yes.

09:24:22  24          MR. HSIEH:   Now, for just the witness, I

09:24:24  25   would like to bring up Government's Exhibit 357.

09:24:29    1                   THE COURT:   Okay.

09:24:46    2                   MR. HSIEH:   And I'm going to start with

09:24:48    3    page 2.

09:24:49    4        Q.   Mr. Li, is this one of the wire transfer order

09:24:53    5    forms from Cathay Bank you were describing?

09:24:56    6        A.   Yes.

09:24:57    7        Q.   And whose signature --

09:25:02    8        A.   Johnson Shao.

09:25:03    9        Q.   And who's sending this outgoing wire?

09:25:17   10        A.   Pengcheng Aluminum.

09:25:18   11        Q.   Who is the recipient of this wire?

09:25:28   12        A.   China Zhongwang Investment, Hong Kong.

09:25:30   13        Q.   What is the date on this wire transfer order?

09:25:39   14        A.   June 19, '14.

09:25:42   15        Q.   Are you familiar with Johnson Shao's signature

09:25:44   16    from your time as accounting manager and obtaining it

09:25:47   17    for these wire transfer orders?

09:25:58   18        A.   Yes.

09:25:59   19                   MR. HSIEH:   Now, turning just to the witness

09:26:01   20    page 3 of Government's Exhibit 357.

09:26:22   21        Q.   Mr. Li, is this an e-mail you're describing in

09:26:25   22    the course of your business as accounting manager that

09:26:27   23    you might receive from Zhongwang?

09:26:32   24        A.   Yes.

09:26:32   25        Q.   Who's the e-mail titled to?

09:26:38    1        A.   To me.

09:26:39    2        Q.   And who's cc'd?

09:26:43    3        A.   Johnson Shao.

09:26:46    4        Q.   What's the subject of the e-mail?

09:26:55    5        A.   Payment reminder.

09:26:56    6        Q.   What is the total balance?

09:27:12    7        A.   1,126,080.

09:27:18    8        Q.   Going back to page 2, what's the amount of this

09:27:35    9    outgoing wire?

09:27:41   10        A.   Same as the one before.

09:27:45   11        Q.   Does the date of this wire reflect the date on or

09:27:50   12    about in which it was sent from Cathay Bank, the

09:27:56   13    June 19th, 2014 date?

09:28:06   14        A.   Yes.

09:28:07   15             MR. HSIEH:   Your Honor, the Government moves

09:28:08   16    to admit 357 into evidence.

09:28:13   17             MR. RUYAK:   No objection.

09:28:14   18             THE COURT:   It will be received.

09:28:15   19             (Exhibit 357 is received.)

09:28:16   20             MR. HSIEH:   Now, to publish to the jury, I

09:28:19   21    will just show --

09:28:29   22        Q.   Very briefly, Mr. Li, this is Johnson Shao's

09:28:32   23    signature on the bottom of page 2?

09:28:35   24        A.   Yes.

09:28:36   25        Q.   And then for the record I'm going to show page 1

09:28:38   1   as well of Government's Exhibit 357.

09:28:49   2           Is this a confirmation sheet from Cathay

09:28:50   3   Bank, Mr. Li?

09:28:52   4     A.  Yes.

09:28:52   5     Q.  And who's the beneficiary of this wire?

09:29:04   6     A.  Zhongwang China International, same as the one

09:29:08   7   before.

09:29:08   8     Q.  I will just now for the jury's benefit briefly

09:29:12   9   show page 3.

09:29:25  10           Mr. Li, regarding these wires in the regular

09:29:29  11   course of business, Zhongwang would send you these

09:29:34  12   reminder e-mails?

09:29:36  13     A.  Yes.  Also they were sent to other accounting

09:29:52  14   clerks.

09:29:52  15     Q.  Would this be within a few days of receiving an

09:29:56  16   incoming wire to Pengcheng bank accounts?

09:30:03  17     A.  Yes.  There were also times even occurred before

09:30:12  18   reminder was sent.

09:30:28  19           MR. HSIEH:  Now, just for the witness, I

09:30:30  20   would like to pull up Government's Exhibit 358.

09:30:49  21     Q.  Now, looking at Exhibit 358, Mr. Li, do you

09:30:53  22   recognize your e-mail address there?

09:30:55  23     A.  Yes.

09:30:56  24     Q.  And is this related to Exhibit 357 in which we

09:31:06  25   just introduced regarding the outgoing wire?

09:31:20  1      A.   Yes, it was related.  It was the confirmation.

09:31:23  2      Q.   Who are you sending that confirmation of a PCA

09:31:28  3  wire to?

09:31:31  4      A.   Steven Fung, F-u-n-g.

09:31:42  5      Q.   At which company?

09:31:44  6      A.   Zhongwang.

09:31:46  7           MR. HSIEH:   Your Honor, the Government

09:31:48  8  wishes to admit Exhibit 358 into evidence.

09:31:51  9           MS. POTASHNER:   Continuing objection, Your

09:31:53 10  Honor.

09:31:53 11           THE COURT:   Overruled.

09:31:54 12           It will be received.

09:31:55 13           (Exhibit 358 is received.)

         14  BY MR. HSIEH:

09:32:07 15      Q.   Now, what's going on in the bottom portion of

09:32:10 16  page 1 of Government's Exhibit 358, Mr. Li?

09:32:13 17           Would you read that for us.

09:32:15 18      A.   "Dear Mark, can you update me a payment status.

09:32:29 19  Thanks."

09:32:30 20           And then I confirmed.

09:32:34 21           MR. HSIEH:   One moment.  I'll show page 2 of

09:32:55 22  Government Exhibit 358.

09:33:07 23      Q.   Looking at the bottom of page 2 of Government's

09:33:13 24  Exhibit 358, is this you communicating regarding the

09:33:16 25  payment of invoices with Steve Fung at China Zhongwang,

| | | |
|---|---|---|
| 09:33:22 | 1 | Mr. Li? |
| 09:33:27 | 2 | A.  Yes. |
| 09:33:28 | 3 | MR. HSIEH:  Now, for just the witness. |
| 09:33:30 | 4 | Q.  Mr. Li, I'm going to show you another document |
| 09:33:32 | 5 | which is an e-mail, Exhibit 359. |
| 09:33:49 | 6 | Do you recognize your e-mail address on this |
| 09:33:52 | 7 | exhibit, Mr. Li? |
| 09:33:54 | 8 | A.  Yes. |
| 09:33:54 | 9 | Q.  Is this another communication to Zhongwang |
| 09:33:57 | 10 | regarding confirmation of a signed wire transfer order? |
| 09:34:08 | 11 | A.  Yes. |
| 09:34:11 | 12 | MR. HSIEH:  Your Honor, the Government moves |
| 09:34:12 | 13 | to admit Exhibit 359 into evidence. |
| 09:34:15 | 14 | THE COURT:  It will be received. |
| 09:34:16 | 15 | (Exhibit 359 is received.) |
| 09:34:19 | 16 | BY MR. HSIEH: |
| 09:34:21 | 17 | Q.  So, again, is this Johnson Shao's e-mail address, |
| 09:34:25 | 18 | Mr. Li? |
| 09:34:26 | 19 | A.  Yes. |
| 09:34:27 | 20 | Q.  So I'm looking at this exhibit.  Is it fair to |
| 09:34:29 | 21 | say sometimes Johnson would send this confirmation and |
| 09:34:33 | 22 | sometimes you would send the confirmation? |
| 09:34:41 | 23 | A.  Yes. |
| 09:34:42 | 24 | Q.  Just to clarify, Jannie Zhong, which company did |
| 09:34:52 | 25 | she work for? |

09:34:52   1      A.   Pengcheng Aluminum.   She was accounting clerk.

09:35:10   2      Q.   I'm going to go to page 2 of this exhibit --

09:35:20   3   excuse me, page 3.

09:35:30   4            What is this page, Mr. Li?

09:35:43   5      A.   Wire transfer order form.   Same as the one

09:35:47   6   before.

09:36:09   7            MR. HSIEH:   Just to make sure I've shown the

09:36:12   8   jury, I'm going to pull up page 4 of Government's

09:36:18   9   Exhibit 357.

09:36:27  10            Now, just for the witness I'm going to show

09:36:29  11   Government's Exhibit 362.

09:36:42  12      Q.   Going to page 2, is this another wire transfer

09:36:44  13   order, Mr. Li?

09:36:46  14      A.   Yes.

09:36:51  15            MR. HSIEH:   Your Honor, the Government moves

09:36:53  16   to admit Exhibit 362 into evidence.

09:36:58  17            THE COURT:   It will be received.

09:36:59  18            (Exhibit 362 is received.)

09:37:01  19   BY MR. HSIEH:

09:37:04  20      Q.   Looking at page 2 of Government's Exhibit 362,

09:37:09  21   who's the sender of this wire, Mr. Li?

09:37:18  22      A.   Pengcheng Aluminum.

09:37:19  23      Q.   Did you recognize this Pengcheng Aluminum bank

09:37:21  24   account ending in 9191?

09:37:24  25      A.   Yes.

09:37:28   1      Q.   Who is the recipient of this wire?

09:37:37   2      A.   Dalian Liwang Trade.

09:37:40   3           MR. HSIEH:   Just so we can for the record

09:37:43   4   show other pages, go to page 1.

09:37:49   5      Q.   Mr. Li, is this the confirmation page regarding

09:37:52   6   that wire?

09:37:53   7      A.   Yes.

09:37:54   8      Q.   And what's page 3 of Government's Exhibit 362,

09:38:07   9   Mr. Li?

09:38:19  10      A.   It was invoices and amounts from Zhongwang.  It

09:38:51  11   also included our amount.  But there were discrepancies.

09:38:57  12   So someone did a reconciliation.  But in the end, the

09:39:02  13   amount we paid was the one on the bottom, $8 million

09:39:06  14   something.

09:39:07  15      Q.   That's what was reflected on the outgoing wire on

09:39:11  16   page 2 of Exhibit 362?

09:39:15  17      A.   Yes, 8.5 million something.

09:39:24  18           THE COURT:   Counsel, let me ask you if you

09:39:25  19   can clear the screen.  Any time the screen is touched

09:39:28  20   the red mark goes on it.  If you can't, we'll do it

09:39:34  21   later.

09:39:36  22           MR. HSIEH:   Thank you, Your Honor.

09:39:37  23           THE COURT:   Okay.

          24   BY MR. HSIEH:

09:39:41  25      Q.   Looking at page 4 of Government's Exhibit 362, is

09:39:45  1   this a bank statement that you had access to showing the

09:39:55  2   debit of the outgoing wire from the 9191 checking

09:39:59  3   account?

09:40:01  4      A.  Yes.

09:40:02  5      Q.  Is page 5 a fax transmission confirmation?

09:40:17  6      A.  Yes, it was.

09:40:22  7           MR. HSIEH:  Now, just turning to the

09:40:23  8   witness.

09:40:23  9           THE COURT:  Was there an answer on that?

09:40:26  10           THE WITNESS:  Yes, it was fax sent from us.

09:40:29  11   And this was the confirmation.

09:40:31  12           THE COURT:  Okay.

09:40:32  13           Next question.

09:40:34  14           MR. HSIEH:  Government's Exhibit 366 for

09:40:40  15   just the witness.

09:40:46  16      Q.  I'll take the witness through page 1, page 2, 3,

09:40:57  17   4, 5.

09:41:03  18           I'm going back to page 2.  Is this another

09:41:06  19   wire transfer order form, Mr. Li?

09:41:09  20      A.  Yes.

09:41:11  21           MR. HSIEH:  Government moves to admit

09:41:13  22   Exhibit 366 into evidence.

09:41:14  23           THE COURT:  It will be received.

09:41:16  24           (Exhibit 366 is received.)

09:41:19  25   BY MR. HSIEH:

09:41:19  1      Q.  I will try to go a little quicker, Mr. Lee.

09:41:25  2              Who is the sender of this wire?

09:41:27  3      A.  Pengcheng Aluminum.

09:41:29  4      Q.  And who's the recipient?

09:41:36  5      A.  Zhongwang China Investment.

09:41:45  6              MR. HSIEH:  For the jury I'll briefly show

09:41:48  7  page 1.

09:41:50  8      Q.  Is this a confirmation sheet showing the wire was

09:41:53  9  successful?

09:41:54  10     A.  Yes.  From Cathay Bank.

09:41:57  11     Q.  Is page 3 just an unsigned wire transfer form?

09:42:16  12     A.  This is what it looked like before we send it to

09:42:19  13  Johnson Shao for his signature.

09:42:21  14     Q.  Understood.

09:42:24  15              Page 4.  This is a fax confirmation sheet.

09:42:29  16     A.  Our fax confirmation sheet.

09:42:32  17     Q.  What is page 5 of Government's Exhibit 366?

09:42:49  18     A.  It shows Zhongwang's invoice number as well as

09:42:56  19  invoice amount.

09:42:57  20     Q.  Is this the invoice you would use to base the

09:43:03  21  outgoing wires from Pengcheng Aluminum to Zhongwang?

09:43:09  22     A.  Yes.  The amount as well as which invoice it came

09:43:13  23  from.

09:43:23  24              MR. HSIEH:  Now, just for the witness I'm

09:43:26  25  pulling up Government's Exhibit 368.  It's a six-page

09:43:30  1    exhibit.  I will page through the pages so the witness

09:43:32  2    can see.

09:43:49  3        Q.  Mr. Li, is Government's 368 another example of a

09:43:52  4    wire transfer order form that we have been discussing

09:43:55  5    that you used in regular course of your business?

09:43:57  6        A.  Yes.

09:43:58  7             MR. HSIEH:  Government moves to submit

09:43:59  8    Exhibit 368 into evidence.

09:44:04  9             THE COURT:  It will be received.

09:44:05  10            (Exhibit 368 is received.)

09:44:07  11            MR. HSIEH:  For the record, we are looking

09:44:08  12   at page 3 of Government's Exhibit 368.

          13

09:44:13  14       Q.  What is the amount of this wire, Mr. Li?

09:44:28  15       A.  5,027,807.

09:44:36  16       Q.  Who's the recipient of this wire, Mr. Li?

09:44:40  17       A.  Dalian Liwang Trade.

09:44:42  18       Q.  Who is sending this wire?

09:44:48  19       A.  Pengcheng Aluminum.

09:44:49  20       Q.  Just so we can talk about it for a minute, is

09:44:55  21   this a wire you would send within several days receiving

09:45:00  22   an incoming wire from Pengcheng Aluminum?

09:45:04  23       A.  Yes.  Usually it was like that.

09:45:08  24            MR. HSIEH:  For the record, I'm showing the

09:45:11  25   witness page 1 of Government's Exhibit 368.

09:45:15   1      Q.   Is this a confirmation page, Mr. Li?

09:45:19   2      A.   Yes.  Yes.

09:45:25   3      Q.   Page 4 and 5, is that a reflection of Cathay

09:45:31   4   Bank's checking account ending in 9191?

09:45:37   5      A.   Yes.  That was the wire out amount.

09:45:43   6      Q.   Page 6, a fax confirmation?

09:45:46   7      A.   Yes.

09:45:56   8              MR. HSIEH:  Now, just for the witness, I

09:45:57   9   would like to show Government's Exhibit 375.

09:46:13  10      Q.   On page 1 of Government Exhibit 375, do you see

09:46:16  11   your email address, Mr. Li?

09:46:19  12      A.   Yes.

09:46:19  13      Q.   Is it from someone from Zhongwang regarding

09:46:24  14   revised invoices?

09:46:31  15      A.   Yes.

09:46:32  16      Q.   Do you see your e-mail address on page 2 of

09:46:40  17   Government's Exhibit 375 as well, Mr. Li -- or your

09:46:46  18   name?

09:46:46  19      A.   Yes.

09:46:47  20      Q.   Did you work with a woman named Jannie Zhong at

09:47:00  21   PCA?

09:47:00  22      A.   Yes.

09:47:02  23              MR. HSIEH:  Government moves the next

09:47:02  24   Exhibit 375 into evidence.

09:47:04  25              THE COURT:  It will be received.

09:47:05  1            (Exhibit 375 is received.)

09:47:06  2            MR. HSIEH:  For the record, we are showing

09:47:07  3  the witness and the jury page 1 of Government's

09:47:12  4  Exhibit 375.

09:47:24  5       Q.  Mr. Li, please read for the jury the highlighted

09:47:27  6  portion of page 1 of Government's Exhibit 375.

09:47:30  7       A.  "Hi, Jannie.  Please check the attached invoice

09:47:40  8  and packing list."

09:47:43  9       Q.  I'm showing page 2.  Is this an earlier portion

09:47:57  10  of that e-mail chain, Mr. Li?

09:48:00  11      A.  Yes.

09:48:03  12      Q.  Now, I'm on, I believe, page 5.  Is this an

09:48:15  13  invoice received from -- that was part of that e-mail

09:48:19  14  chain, Mr. Li?

09:48:29  15      A.  Yes, it is an invoice.

09:48:31  16      Q.  What is the product?

09:48:37  17      A.  Aluminum pallet.

09:48:38  18      Q.  So in the course of your business you would

09:48:40  19  communicate via e-mail regarding invoices for things

09:48:46  20  like pallets; is that right?

09:48:54  21      A.  Yes.

09:48:54  22      Q.  Turn to go page 6 of Government's Exhibit 375.

09:49:10  23  Is this also -- is this also an invoice for pallets,

09:49:20  24  Mr. Li?

09:49:21  25      A.  Yes.

09:49:22   1       Q.   Page 7 of Government's Exhibit 375, is this also
09:49:33   2   for pallets, Mr. Li?
09:49:35   3       A.   Yes.
09:49:36   4       Q.   Page 8, pallets as well?
09:49:42   5       A.   Yes.
09:49:43   6       Q.   Page 9, does this include pallets, as well?
09:49:52   7       A.   Yes.
09:49:53   8       Q.   Page 10, pallets as well?
09:49:59   9       A.   Yes.  Pallet.
09:50:00  10       Q.   Page 11, pallets as well?
09:50:07  11       A.   Yes.
09:50:09  12       Q.   I believe page -- that may have been page 11.
09:50:13  13            Page 12, pallets as well?
09:50:15  14       A.   Yes.
09:50:16  15       Q.   And now it's marked I believe on page 13, the
09:50:22  16   final page of this exhibit, which are pallets?
09:50:26  17       A.   Pallets, yes.
09:50:27  18       Q.   So who is this invoice from, Mr. Li?
09:50:52  19       A.   Dalian Liwang.
09:50:55  20       Q.   Now, returning to, I believe, page 1.
09:51:04  21            Even though it is a Dalian Liwang invoice,
09:51:12  22   what company are you communicating with?
09:51:23  23       A.   This is an e-mail from Zhongwang.  The person's
09:51:30  24   name was Amy.
09:51:33  25       Q.   Now, just for the witness, I'm turning to

09:51:39  1    Government's Exhibit 416.  Is this your e-mail address,

09:51:59  2    Mr. Li?

09:52:00  3        A.  Yes.

09:52:01  4        Q.  And is it from a sender called Johnson Shao?

09:52:07  5        A.  Yes.

09:52:07  6        Q.  Is this requesting payment of $8,800.

09:52:18  7        A.  Yes.

09:52:20  8            MR. HSIEH:  Now, just for the witness, still

09:52:23  9    page 1.

09:52:25  10       Q.  Is that a check for $8,800?

09:52:30  11       A.  Yes.

09:52:32  12           MR. HSIEH:  Government moves to admit

09:52:36  13   Exhibit 416 into evidence.

09:52:37  14           THE COURT:  It will be received.

09:52:38  15           (Exhibit 416 is received.)

09:52:39  16   BY MR. HSIEH:

09:52:42  17       Q.  Now, for the jury, this is a June 11, 2014,

09:52:48  18   e-mail Mr. Li; is that right?

09:52:51  19       A.  Yes.

09:52:51  20       Q.  That's before Zhongtian Liu promoted you CEO in

09:52:59  21   November 2014?

09:53:01  22       A.  Yes.

09:53:02  23       Q.  And this is to your e-mail address?

09:53:06  24       A.  Yes.

09:53:12  25       Q.  This is from Johnson Shao?

09:53:13   1      A.   Yes.

09:53:14   2      Q.   What e-mail address is he using here?

09:53:20   3      A.   Global Aluminum at Gmail.

09:53:25   4           MR. HSIEH:  Very briefly for the jury, page

09:53:28   5   1 showing for the record.

09:53:29   6      Q.   Does this appear to be the check that was cut out

09:53:32   7   for $8800?

09:53:37   8      A.   Yes.

09:53:41   9           MR. HSIEH:  Now, turning to just the witness

09:53:43  10   for identification purposes, Government's Exhibit 379.

09:54:05  11      Q.   Is this your e-mail address, Mr. Li?

09:54:09  12      A.   Yes.

09:54:10  13      Q.   And you would understand that Johnson Shao is on

09:54:16  14   this e-mail as well?

09:54:20  15      A.   Yes.

09:54:21  16      Q.   And he would also communicate with China

09:54:34  17   Zhongwang; is that right?

09:54:35  18      A.   Yes.

09:54:36  19           MR. HSIEH:  Before admitting, I want to go

09:54:39  20   down to page 2 and page 3 as well.

09:54:46  21           Your Honor, the Government moves to admit

09:54:50  22   Government's Exhibit 379 into evidence.

09:54:53  23           THE COURT:  Those three pages?

09:54:55  24           MR. HSIEH:  Yes, Your Honor.

09:54:55  25           THE COURT:  It will be received.

09:54:57   1          (Exhibit 379 is received.)

09:54:58   2          MR. HSIEH:  Now, for the jury, we are

09:54:59   3   showing page 2 of Government's Exhibit 379, and

09:55:04   4   enlarging the bottom portion.

09:55:19   5   Q.  Is this regarding expenses that are requested,

09:55:21   6   from what you see?

09:55:30   7   A.  Yes.

09:55:31   8   Q.  On page 3, does this show a breakdown of the

09:55:47   9   requested expenses, Mr. Li?

09:56:16   10   A.  From here I can guess that the companies listed

09:56:21   11   here are American Apex, American Industrial, Aluminum

09:56:33   12   Source, Central Aluminum -- American Aluminum.  Those

09:56:40   13   four companies I mentioned earlier in Ontario.

09:56:47   14   Q.  And this is an e-mail between PCA and Zhongwang,

09:56:53   15   is that right, Mr. Li?

09:56:58   16   A.  Yes.

09:57:00   17          MR. RUYAK:  Objection.  Leading, leading,

09:57:04   18   leading.

09:57:04   19          THE COURT:  Sustained.  Sustained.

09:57:07   20   BY MR. HSIEH:

09:57:07   21   Q.  Mr. Li, would you read the bottom portion of page

09:57:11   22   1 of Government's Exhibit 379 that I will highlight.

09:57:15   23   A.  "I would like to request $1,680,000 for AII rent,

09:58:05   24   Aluminum Industrial," it's abbreviation here, "and

09:58:09   25   Security.  AS request $56,000 for payroll and insurance.

09:58:15  1    And CAA request $880,000 for rent, payroll and

09:58:21  2    expenses."

09:58:26  3                MR. HSIEH:  Now, for just the witness, I'm

09:58:27  4    going to show what has been marked for identification

09:58:30  5    purposes as Exhibit 381.

09:58:54  6        Q.   Mr. Li, for just the witness we are looking at

09:58:57  7    page 1 of Government's Exhibit 381.

09:59:00  8                What is the top, the "From"?  You don't need

09:59:08  9    the name, but what company?

09:59:10  10       A.   Zhongwang.

09:59:12  11       Q.   What company is in the "To" and "CC" line?

09:59:29  12       A.   It was sent to Jannie Zhong.

09:59:36  13       Q.   At which company, Mr. Li?

09:59:41  14       A.   At Pengcheng Aluminum.  And the "CC" to Johnson

09:59:52  15    Shao and Mark Li.

09:59:54  16                MR. HSIEH:  I'm going to page down for the

09:59:57  17    witness.

10:00:04  18                The Government moves to admit Government's

10:00:08  19    Exhibit 381 for the evidence.

10:00:11  20                THE COURT:  It will be received.

10:00:12  21                (Exhibit 381 is received.)

10:00:13  22                THE COURT:  Counsel, it is 10:00 o'clock so

10:00:14  23    we're going to take our morning recess at this time.

10:00:14  24                Ladies and gentlemen, remember the

10:00:15  25    admonishment not to discuss the case among yourselves or

10:00:17  1   with anybody else or form or express any opinions about

10:00:19  2   the matter until it is submitted to you and you have

10:00:20  3   retired to the jury room.

10:00:21  4                    We will see you back in 15 minutes.

          5                    (BREAK TAKEN.)

10:20:39  6                    THE COURT:  Okay.  May the record reflect

10:20:40  7   that all the members of the jury are in their respective

10:20:41  8   seats in the jury box.  The witness is on the witness

          9   stand.

10:20:43 10                    And counsel, you were examining, you may

10:20:45 11   continue.

         12                    MR. HSIEH:  Thank you, Your Honor.

         13   BY MR. HSIEH:

10:20:47 14      Q.  Mr. Li, before the break we had Government's

10:20:51 15   Exhibit 381.

10:20:52 16                    Now we are on page 1 of Government's

10:20:55 17   Exhibit 381, which you had highlighted or described with

10:21:05 18   Zhongwang, Pengcheng Aluminum.

10:21:10 19                    And who is this e-mail from.

10:21:11 20      A.  From Wendy Li.  Wendy.

10:21:19 21      Q.  At which company does Wendy work for according to

10:21:23 22   this e-mail address?

10:21:26 23      A.  Zhongwang.

10:21:30 24      Q.  And from your review of this e-mail, what is the

10:21:36 25   purpose or subject of this e-mail?

| | | |
|---|---|---|
| 10:21:51 | 1 | A.   Need transfer in for October's expenses. |
| 10:21:58 | 2 | Q.   What did you understand "transfer in" to be? |
| 10:22:09 | 3 | A.   Wire in. |
| 10:22:11 | 4 | Q.   Wire into PCA? |
| 10:22:23 | 5 | Mr. Li, I will put the bottom portion of |
| 10:22:25 | 6 | page 1 of Government's Exhibit 381. |
| 10:22:36 | 7 | A.   It was an e-mail sent from Jannie to Wendy |
| 10:22:41 | 8 | stating that we did not receive this money. |
| 10:22:46 | 9 | Q.   Does "we" refer to Pengcheng Aluminum? |
| 10:22:53 | 10 | A.   I think so. |
| 10:22:55 | 11 | MR. HSIEH:  Now, for just the witness I'm |
| 10:22:58 | 12 | going to turn to Exhibit 370. |
| 10:23:24 | 13 | Q.   Is the e-mail from someone at PCA, Mr. Li? |
| 10:23:35 | 14 | A.   Yes.  Johnson Shao from PCA. |
| 10:23:40 | 15 | Q.   To someone at Zhongwang? |
| 10:23:44 | 16 | A.   To Wendy at Zhongwang. |
| 10:23:47 | 17 | Q.   And Wendy is someone you would communicate with? |
| 10:23:49 | 18 | A.   Yes. |
| 10:23:54 | 19 | MR. HSIEH:  Now, I'm going to turn to just |
| 10:23:55 | 20 | the witness Exhibit 371 which is a translation of |
| 10:24:01 | 21 | Government's Exhibit 370. |
| 10:24:24 | 22 | Your Honor, Government moves to admit |
| 10:24:33 | 23 | Exhibit 370 into evidence. |
| 10:24:35 | 24 | THE COURT:  It will be received. |
| 10:24:36 | 25 | (Exhibit 370 is received.) |

10:24:39  1    BY MR. HSIEH:

10:24:42  2        Q.   Now, Mr. Li, would you read this highlighted

10:24:44  3    portion, please.

10:24:45  4        A.   "Attached is the details of the U.S. company's

10:25:13  5    expenses for August and September.  A total of U.S.

10:25:16  6    dollars $680,000 was requested in July.  And the funds

10:25:21  7    was received on July 28th."

10:25:28  8        Q.   Which company is making that request?

10:25:33  9        A.   Pengcheng Aluminum.

10:25:35  10       Q.   Pengcheng Aluminum is making the request to whom?

10:25:39  11            MS. POTASHNER:  Your Honor, leading the

10:25:40  12   witness with all this highlighting.

10:25:42  13            THE COURT:  Overruled.

10:25:45  14            THE WITNESS:  Zhongwang.

          15   BY MR. HSIEH:

10:25:53  16       Q.   Now I'm going to turn to just a few pages of

10:26:01  17   Exhibit 370, the original e-mail.

10:26:05  18            THE CLERK:  So you are going to move 370

10:26:09  19   into evidence?

10:26:10  20            MR. HSIEH:  Move 370 into evidence as well,

10:26:13  21   Your Honor.

10:26:14  22            THE COURT:  It will be received.

10:26:15  23            (Exhibit 370 is received.)

10:26:17  24   BY MR. HSIEH:

10:26:21  25       Q.   Now, I'm on page 8 and 9 of Government's

| | | |
|---|---|---|
| 10:26:31 | 1 | Exhibit 370. |
| 10:26:35 | 2 | What's page 8 of Government's Exhibit 370, |
| 10:26:41 | 3 | Mr. Li? |
| 10:26:51 | 4 | A.  Monthly payments and expenses schedule. |
| 10:26:55 | 5 | MS. POTASHNER:  Again, Your Honor, I'm going |
| 10:26:57 | 6 | to renew my objection.  Counsel is highlighting the |
| 10:27:00 | 7 | answer before the answer is given.  This is leading. |
| 10:27:03 | 8 | THE COURT:  Overruled. |
| 10:27:10 | 9 | MR. HSIEH:  Now, to just the witness, I |
| 10:27:11 | 10 | would like to show Government's Exhibit 328. |
| 10:27:31 | 11 | Q.  Mr. Li, like the last exhibit we looked at, who's |
| 10:27:38 | 12 | sending this e-mail?  Which company?  The top portion of |
| 10:27:45 | 13 | page 1? |
| 10:27:48 | 14 | A.  It was sent by Johnson Shao. |
| 10:27:50 | 15 | Q.  Which company is it sent to? |
| 10:27:55 | 16 | A.  Zhongwang. |
| 10:28:00 | 17 | MR. HSIEH:  Government moves to admit 328 |
| 10:28:06 | 18 | into evidence. |
| 10:28:08 | 19 | THE COURT:  It will be received. |
| 10:28:09 | 20 | (Exhibit 328 is received.) |
| 10:28:09 | 21 | BY MR. HSIEH: |
| 10:28:09 | 22 | Q.  Page 1 is published for the jury.  What is the |
| 10:28:14 | 23 | date of this e-mail? |
| 10:28:16 | 24 | A.  September 26, 2012. |
| 10:28:20 | 25 | Q.  Who is sending this e-mail? |

| | | |
|---|---|---|
| 10:28:27 | 1 | A.   Johnson Shao. |
| 10:28:28 | 2 | Q.   Would you please read the highlighted portion. |
| 10:28:54 | 3 |         THE INTERPRETER:  Counsel, can you just |
| 10:28:56 | 4 | enlarge it for the interpreter's benefit.  I can't see |
| 10:29:00 | 5 | it.  It is too small. |
| 10:29:01 | 6 |         MR. HSIEH:  Yes. |
| 10:29:05 | 7 |         THE WITNESS:  "Wendy received U.S. dollar |
| 10:29:08 | 8 | $800,000 today.  Received U.S. dollar 790,000 |
| 10:29:13 | 9 | yesterday." |
| 10:29:15 | 10 | BY MR. HSIEH: |
| 10:29:20 | 11 | Q.   Now, looking at the middle portion of page 1 of |
| 10:29:31 | 12 | Government's Exhibit 328, who sent this e-mail, Mr. Li? |
| 10:29:39 | 13 | A.   Johnson Shao. |
| 10:29:40 | 14 | Q.   Would you please read the highlighted portion. |
| 10:29:45 | 15 |         THE COURT:  There is no highlight. |
| 10:29:48 | 16 |         MR. HSIEH:  Sorry.  Give me one moment. |
| | 17 | BY MR. HSIEH: |
| 10:30:08 | 18 | Q.   So now that I highlighted the middle portion of |
| 10:30:12 | 19 | Government 328, page 1, please read that, Mr. Li. |
| 10:30:34 | 20 | A.   "To September 12th, a total of U.S. dollar, |
| 10:31:36 | 21 | $9,440,200 was received, remitted from Hong Kong for |
| 10:31:42 | 22 | receiving of aluminum pallets and hard alloys.  Remitted |
| 10:31:47 | 23 | back to Hong Kong company U.S. dollar, $5,673.09."  Text |
| 10:31:56 | 24 | cutoff.  "And paid import duties, shipping costs, et |
| 10:32:01 | 25 | cetera, of U.S. dollar, $5,880,554.78.  This effects the |

10:32:12  1   arrangement of our return payment.  In fact, when the

10:32:16  2   chairman came to the United States in June, I mentioned

10:32:19  3   to him the funding situation of Pengcheng."

          4   BY MR. HSIEH:

10:32:24  5       Q.  Now, Mr. Li, I'm going to turn to page 3 of

10:32:27  6   what's just been admitted, the same document of

10:32:32  7   Exhibit 328.

10:32:39  8               For the record, I'm enlarging the middle

10:32:43  9   portion.

10:32:48  10              Mr. Li, who's accepting this e-mail?

10:32:53  11      A.  Johnson Shao.

10:32:54  12      Q.  Mr. Li, would you please read the highlighted

10:33:03  13  portion of the middle of page 3 of Government's

10:33:07  14  Exhibit 328.

10:33:09  15      A.  "Pengcheng received a total of U.S. dollar,

10:33:56  16  $6,546,520 for receiving the products.  Remitted U.S.

10:34:05  17  dollars, $4,975,416 to the Hong Kong holding company.

10:34:14  18  And the balance of the remittance is U.S. dollar,

10:34:23  19  $1,571,104.

10:34:23  20      Q.  Who is this e-mail sent to, Mr. Li?

10:34:27  21      A.  To Wendy at Zhongwang.

10:34:32  22      Q.  Now, I'm going to enlarge the bottom portion of

10:34:36  23  page 3 of this Exhibit 328.

10:34:42  24              Who's sending this e-mail, Mr. Li.

10:34:46  25      A.  From Johnson Shao.

10:34:47  1    Q.  Who's the e-mail to?

10:34:48  2    A.  Wendy at Zhongwang.

10:34:52  3    Q.  Now, I'm going to turn to page 4 of Government

10:34:57  4    Exhibit 328.  I understand it is a continuation.

10:35:21  5            Mr. Li, would you please read the

10:35:22  6    highlighted portion on page 4 of Government's

10:35:25  7    Exhibit 328.

10:35:28  8    A.  "Mr. Chen arranged for the remittance of a total

10:36:06  9    of $4 million to Pengcheng.  Pengcheng remitted

10:36:12  10   $3,928,896 to the Hong Kong holding company leaving a

10:36:18  11   balance of $71,104 in Pengcheng's account."

10:36:27  12   Q.  Now, Mr. Li, I'd like to show just the witness

10:36:30  13   Government's Exhibit 340.

10:36:46  14            We have been reviewing a few e-mails, Mr.

10:36:48  15   Li.  Who's the sender of this e-mail, which company?

10:36:58  16   A.  Johnson Shao.

10:36:59  17   Q.  And which company is he sending the e-mail to?

10:37:05  18   A.  Zhongwang.

10:37:06  19            MR. HSIEH:  And just for the witness, I'm

10:37:08  20   showing page 2 of the translation which is Government's

10:37:11  21   Exhibit 340.

10:37:20  22            Your Honor, the Government moves to admit

10:37:25  23   Exhibit 340 into evidence.

10:37:26  24            THE COURT:  It will be received.

10:37:27  25            (Exhibit 340 is received.)

| | | |
|---|---|---|
| 10:37:28 | 1 | BY MR. HSIEH: |
| 10:37:29 | 2 | Q.   Enlarging the bottom of page 1 of Government |
| 10:37:37 | 3 | Exhibit 340. |
| 10:37:38 | 4 | Who is sending this e-mail, again, Mr. Li? |
| 10:37:41 | 5 | A.   Johnson Shao. |
| 10:37:43 | 6 | Q.   And who's the e-mail to? |
| 10:37:47 | 7 | A.   Wendy at China Zhongwang. |
| 10:37:52 | 8 | Q.   Would you please read the highlighted portion on |
| 10:38:04 | 9 | page 1 of Government's Exhibit 340. |
| 10:38:51 | 10 | MR. RUYAK:   Your Honor, objection.  He's not |
| 10:38:54 | 11 | either a sender or receiver of these e-mails.  He's just |
| 10:38:57 | 12 | reading them. |
| 10:38:57 | 13 | THE COURT:   I'm sorry, say that again.  He's |
| 10:38:59 | 14 | not a sender... |
| 10:39:00 | 15 | MR. RUYAK:   He's not a sender or receiver of |
| 10:39:03 | 16 | these e-mails.  He is just being asked to read them. |
| 10:39:06 | 17 | THE COURT:   I'm not sure of your objection. |
| 10:39:08 | 18 | Is it the document speaks for itself?  They can read the |
| 10:39:10 | 19 | document or is it -- |
| 10:39:11 | 20 | MR. RUYAK:   It's also -- it's hearsay |
| 10:39:13 | 21 | overall.  It speaks for itself.  He's tasked to read it. |
| 10:39:20 | 22 | It makes no sense. |
| 10:39:20 | 23 | THE COURT:   I agree that the document does |
| 10:39:24 | 24 | speak for itself, Counsel. |
| 10:39:25 | 25 | MR. RUYAK:   Yes, it does. |

| | | |
|---|---|---|
| 10:39:27 | 1 | THE COURT:  The document is in evidence. |
| 10:39:30 | 2 | It's already been presented into evidence.  The jury can |
| 10:39:30 | 3 | read it as well as he can read it.  And it doesn't make |
| 10:39:34 | 4 | a lot of sense to have him read it in English and |
| 10:39:36 | 5 | translate it in English, et cetera. |
| 10:39:38 | 6 | The jury can read it themselves. |
| 10:39:41 | 7 | MR. HSIEH:  Understood. |
| 10:39:49 | 8 | I will move along.  We just admitted |
| 10:39:53 | 9 | Exhibit 340. |
| 10:39:53 | 10 | So for just the witness, Exhibit 349-A. |
| 10:40:22 | 11 | Q.  Without reading the text of the e-mail, Mr. Li, |
| 10:40:26 | 12 | looking at page 4 of Government's Exhibit 349-A, similar |
| 10:40:39 | 13 | questions to the four we have been over e-mails already, |
| 10:40:42 | 14 | who's the sender of this e-mail? |
| 10:40:46 | 15 | A.  Johnson Shao. |
| 10:40:47 | 16 | Q.  Which company is he sending it to? |
| 10:40:51 | 17 | A.  Zhongwang. |
| 10:40:53 | 18 | Q.  And what's it regarding? |
| 10:40:56 | 19 | MS. POTASHNER:  Objection, Your Honor.  He |
| 10:40:58 | 20 | is being asked to interpret evidence that's already in |
| 10:41:01 | 21 | the record. |
| 10:41:01 | 22 | THE COURT:  Overruled. |
| 10:41:03 | 23 | And so that everyone is clear on it, I don't |
| 10:41:05 | 24 | want you reading exactly what's in the paper.  You can |
| 10:41:09 | 25 | say, Well, what's it about.  But you can't have him read |

| | | |
|---|---|---|
| 10:41:11 | 1 | exactly what's in the document. |
| 10:41:15 | 2 | Go ahead. |
| 10:41:17 | 3 | Overruled. |
| 10:41:18 | 4 | You may want to ask the question again, |
| 10:41:21 | 5 | Counsel. |
| | 6 | BY MR. HSIEH: |
| 10:41:22 | 7 | Q.  From review of page 4 of Government's |
| 10:41:26 | 8 | Exhibit 349-A, what is this e-mail regarding?  Without |
| 10:41:30 | 9 | reading the text out loud of the e-mail to the jury. |
| 10:41:33 | 10 | MS. POTASHNER:  Objection, Your Honor. |
| 10:41:34 | 11 | The Court has not -- I know I have a |
| 10:41:37 | 12 | standing objection.  The Court has not allowed that |
| 10:41:40 | 13 | document in evidence. |
| 10:41:42 | 14 | THE COURT:  Sustained.  It is not in |
| 10:41:43 | 15 | evidence yet. |
| 10:41:47 | 16 | MR. HSIEH:  Government moves to admit |
| 10:42:01 | 17 | Exhibit 349-A into evidence. |
| 10:42:02 | 18 | THE COURT:  It will be received. |
| 10:42:03 | 19 | (Exhibit 349-A is received.) |
| 10:42:04 | 20 | BY MR. HSIEH: |
| 10:42:04 | 21 | Q.  Now that Government Exhibit 349-A is into |
| 10:42:07 | 22 | evidence, without reading the text of this e-mail which |
| 10:42:10 | 23 | is page 4 of Exhibit 349-A, what is this e-mail |
| 10:42:14 | 24 | regarding? |
| 10:42:25 | 25 | A.  Expense plan. |

| | | |
|---|---|---|
| 10:42:34 | 1 | MR. HSIEH:  And just so the jury can see, |
| 10:42:37 | 2 | I'm on page 1 of Government's Exhibit 349-A. |
| 10:42:42 | 3 | Are these the same people that you mentioned |
| 10:42:44 | 4 | earlier on page 3 in terms of sender and recipient, Mr. |
| 10:42:49 | 5 | Li? |
| 10:43:03 | 6 | A.  Yes. |
| 10:43:03 | 7 | Q.  And I'll try to do it quickly:  Is that the same |
| 10:43:06 | 8 | for page 2 of this exhibit? |
| 10:43:12 | 9 | A.  Yes.  Johnson and Wendy. |
| 10:43:16 | 10 | Q.  Same for page 3? |
| 10:43:23 | 11 | A.  Yes. |
| 10:43:25 | 12 | Q.  Finally, same for page 5? |
| 10:43:32 | 13 | A.  Yes. |
| 10:43:36 | 14 | MR. HSIEH:  I would like to show just the |
| 10:43:38 | 15 | witness Exhibit 371. |
| 10:43:54 | 16 | Q.  Looking at page 1 of Government's Exhibit 371, |
| 10:43:58 | 17 | are these the same individuals we've seen in prior |
| 10:44:03 | 18 | exhibits? |
| 10:44:04 | 19 | A.  Yes. |
| 10:44:05 | 20 | MR. HSIEH:  And Government moves to admit |
| 10:44:08 | 21 | Exhibit 371 into evidence. |
| 10:44:11 | 22 | THE COURT:  It will be received. |
| | 23 | (Exhibit 371 is received.) |
| | 24 | BY MR. HSIEH: |
| 10:44:14 | 25 | Q.  Now, without reading the text of the e-mail, |

10:44:18   1   meaning the body, who is this e-mail from, Mr. Li?

10:44:24   2       A.   Johnson Shao.

10:44:25   3       Q.   Who is it sent to?

10:44:28   4       A.   Wendy Li and Zhongwang.

10:44:35   5       Q.   Are those the same -- do we only them one time on

10:44:40   6   page 2 of Government's Exhibit 371?

10:44:59   7       A.   More than once, no.

10:45:02   8       Q.   At least once?

10:45:04   9       A.   Yes.  Once.

10:45:07   10           MR. HSIEH:  Now, without -- I'm going to

10:45:09   11   show the jury and the witness each page without reading

10:45:12   12   the text and just ask him at the end.

10:45:15   13       Q.   Looking at page 3, of Government's Exhibit 371,

10:45:21   14   Mr. Li, I will ask you at the end whether you have seen

10:45:25   15   a Johnson Shao and Wendy Li e-mail address on these

10:45:30   16   pages.

10:45:34   17       A.   Yes.

10:45:35   18       Q.   Page 4?

10:45:41   19       A.   Yes.

10:45:41   20       Q.   Page 5?

10:45:48   21       A.   Yes.

10:45:48   22       Q.   Page 6?

10:45:56   23       A.   Yes.

10:45:56   24       Q.   Page 7?

10:46:03   25       A.   Yes.

10:46:06  1         MR. HSIEH:  Now, for just the witness, I

10:46:08  2  would like to show what's been marked for identification

10:46:11  3  purposes, it is Government's Exhibit 384, which is a

10:46:36  4  translation of Exhibit 383.

10:46:45  5     Q.  Do you recognize -- or who -- which company is

10:46:49  6  sending this e-mail?

10:46:53  7     A.  Pengcheng Aluminum.

10:46:54  8     Q.  And to which company?

10:46:58  9     A.  Pengcheng Aluminum.

10:47:12  10         MR. HSIEH:  And just still for the witness

10:47:14  11  we will look at page 3 of Government's Exhibit 384.  I'm

10:47:32  12  looking at page 2.  Government moves to admit 384 into

10:47:41  13  evidence.

10:47:41  14         THE COURT:  It will be received.

10:47:42  15         (Exhibit 384 is received.)

10:47:43  16  BY MR. HSIEH:

10:47:48  17     Q.  Looking at page 3, who's sending this e-mail,

10:47:54  18  without reading the text of the actual body of the

10:48:01  19  e-mail, just the sender?

10:48:05  20     A.  Johnson Shao.

10:48:06  21     Q.  And same on page 2 of Government's Exhibit 384,

10:48:09  22  without reading the text of the actual e-mail, who's the

10:48:14  23  sender?

10:48:18  24     A.  Johnson Shao.

10:48:19  25     Q.  Finally, page 1 of Government's Exhibit 384,

10:48:27   1   who's the sender, without reading the text of the

10:48:31   2   e-mail?

10:48:33   3        A.   I did.

10:48:45   4             MR. HSIEH:   Now, I'm going to turn to just

10:48:50   5   the witness.   Government's Exhibit 340.

10:49:06   6        Q.   Which company is sending this e-mail without

10:49:09   7   reading the text of the e-mail itself?

10:49:15   8        A.   Pengcheng and Johnson Shao.

10:49:23   9             MR. HSIEH:   One moment, Your Honor.

10:49:54  10             I'm going to switch to Exhibit 340, to just

10:49:59  11   the witness.   Exhibit 344.   Government's Exhibit 344 is

10:50:32  12   one page.

10:50:33  13        Q.   Are these the same recipients -- or who -- what

10:50:37  14   company is sending this e-mail, Mr. Li?

10:50:41  15        A.   Pengcheng Aluminum.

10:50:42  16        Q.   Without reading the body of the e-mail, which

10:50:46  17   company is he sending it to?

10:50:51  18        A.   Zhongwang.

10:50:52  19             MR. HSIEH:   Government moves to admit

10:50:56  20   Exhibit 344 into evidence.

10:50:57  21             THE COURT:   It will be received.

10:50:58  22             (Exhibit 344 is received.)

10:51:00  23             MR. HSIEH:   And the jury is now viewing page

10:51:02  24   1, the only page of Government's Exhibit 344.

10:51:09  25        Q.   Is this the same Wendy Li we have been discussing

| | | |
|---|---|---|
| 10:51:13 | 1 | before, Mr. Li? |
| 10:51:16 | 2 | A. Yes. |
| 10:51:35 | 3 | MR. HSIEH: I'm turning to just the witness |
| 10:51:38 | 4 | Exhibit 356, which is the translation of Exhibit 355. |
| 10:51:51 | 5 | Showing the witness page 1 and 2. |
| 10:51:59 | 6 | Government moves to admit Exhibit 356 into |
| 10:52:04 | 7 | evidence. |
| 10:52:04 | 8 | THE COURT: It will be received. |
| 10:52:07 | 9 | (Exhibit 356 is received.) |
| 10:52:08 | 10 | BY MR. HSIEH: |
| 10:52:08 | 11 | Q. Without reading the text of the actual e-mail |
| 10:52:11 | 12 | body, looking at page 1 of Government's Exhibit 356, who |
| 10:52:17 | 13 | is the sender, Mr. Li? |
| 10:52:20 | 14 | A. Johnson Shao. |
| 10:52:21 | 15 | Q. Who's the recipient? |
| 10:52:25 | 16 | A. Wendy Li. |
| 10:52:27 | 17 | MR. HSIEH: Showing the jury page 2 of |
| 10:52:29 | 18 | Government's Exhibit 356. |
| 10:52:32 | 19 | Q. Does this appear to be a continuation of the |
| 10:52:34 | 20 | previous page, Mr. Li? |
| 10:52:55 | 21 | Let me enlarge the bottom portion of |
| 10:52:58 | 22 | Government Exhibit 356. |
| 10:53:09 | 23 | A. Can you go back to the second page. I think so. |
| 10:53:22 | 24 | MR. HSIEH: Now, for just the witness, I |
| 10:53:25 | 25 | would like to turn to what's been marked for |

10:53:30   1   identification purposes, Exhibit 307.

10:53:44   2       Q.   Have you seen the e-mail addresses on page 1 of

10:53:48   3   Government's Exhibit 307, Mr. Li?

10:53:55   4       A.   Yes.

10:53:57   5            MR. HSIEH:   Government moves to admit

10:54:00   6   Exhibit 307 into evidence.

10:54:01   7            THE COURT:   It will be received.

10:54:02   8            (Exhibit 307 is received.)

           9   BY MR. HSIEH:

10:54:05  10       Q.   Now, that it's published to the jury, page 1,

10:54:09  11   who's the sender of this e-mail?

10:54:14  12       A.   Johnson Shao.

10:54:14  13       Q.   Who's the recipient?

10:54:16  14       A.   Wendy Li.

10:54:24  15            MR. HSIEH:   And just showing the witness and

10:54:26  16   the jury page 2 of Government's Exhibit 307.  3 is now

10:54:48  17   visible.  And page 4 is now visible.

10:54:51  18            Now, to just the witness I'm going to show

10:54:56  19   Exhibit 309, which is a translation of Exhibit 308.

10:55:05  20       Q.   Similar to Exhibit 307, do you recognize the

10:55:10  21   e-mail addresses at the top of page 1, Exhibit 309?

10:55:15  22       A.   Yes.

10:55:16  23            MR. HSIEH:   Government moves to admit

10:55:20  24   Exhibit 309 into evidence.

10:55:21  25            THE COURT:   It will be received.

| | | |
|---|---|---|
| 10:55:23 | 1 | (Exhibit 309 is received.) |
| 10:55:24 | 2 | MR. HSIEH:  The jury can now see page 1 of |
| 10:55:28 | 3 | Exhibit 309. |
| 10:55:29 | 4 | Q.  Who is sending the e-mail, without reading the |
| 10:55:31 | 5 | body of the e-mail? |
| 10:55:33 | 6 | A.  Johnson Shao. |
| 10:55:34 | 7 | Q.  Again, without reading the body of the e-mail, |
| 10:55:40 | 8 | who's the recipient of the e-mail? |
| 10:55:48 | 9 | A.  Wendy Li. |
| 10:55:52 | 10 | MR. HSIEH:  Now, I'm going to just show the |
| 10:55:54 | 11 | witness what's been marked for identification purposes |
| 10:56:00 | 12 | as Exhibit 311, which is the translation of Exhibit 310. |
| 10:56:14 | 13 | Q.  And who is the center -- what company is sending |
| 10:56:16 | 14 | this e-mail? |
| 10:56:21 | 15 | A.  Pengcheng Aluminum. |
| 10:56:22 | 16 | Q.  Which company is receiving this e-mail? |
| 10:56:24 | 17 | A.  Zhongwang. |
| 10:56:27 | 18 | MR. HSIEH:  The Government moves to admit |
| 10:56:30 | 19 | Exhibit 311 and 310 into evidence. |
| 10:56:33 | 20 | THE COURT:  It will be received. |
| 10:56:34 | 21 | (Exhibit 310 and 311 are received.) |
| | 22 | BY MR. HSIEH: |
| 10:56:38 | 23 | Q.  Looking at the only page, page 1 of Exhibit 311, |
| 10:56:44 | 24 | without reading the text of the e-mail, who's the |
| 10:56:54 | 25 | sender? |

| | | |
|---|---|---|
| 10:56:54 | 1 | A.   Johnson Shao. |
| 10:56:56 | 2 | Q.   Which company, again, is the recipient of this |
| 10:56:57 | 3 | e-mail? |
| 10:56:59 | 4 | A.   Zhongwang. |
| 10:57:01 | 5 | MR. HSIEH:   Now, publishing what's just been |
| 10:57:02 | 6 | admitted as Exhibit 310, which is the original version |
| 10:57:16 | 7 | of Government's Exhibit 311 with the attachment. |
| 10:57:20 | 8 | And I'm going to show the witness and the |
| 10:57:22 | 9 | jury, without reading the text of the attachment, I'm |
| 10:57:28 | 10 | going to admit it as Exhibit 310. |
| 10:57:35 | 11 | Showing page 2.  And I will, just for |
| 10:57:44 | 12 | expedient's sake page through and announce the pages |
| 10:57:50 | 13 | that I'm briefly showing to the witness and the jury. |
| 10:57:52 | 14 | Page 3.  Page 4.  Page five.  Page 6.  Page |
| 10:58:04 | 15 | 7.  Page 8.  Page 9.  Page 10.  Page 11.  Page 12.  Page |
| 10:58:17 | 16 | 13.  Page 14, Page 15.  Page 16.  Page 17.  Page 18. |
| 10:58:30 | 17 | Page 19, Page 20.  Page 21.  Page 22.  Page 23.  Page |
| 10:58:45 | 18 | 24.  Page 25.  Page 26.  Page 27.  Page 28.  Page 29. |
| 10:58:56 | 19 | And page 30. |
| 10:59:01 | 20 | Now, for just the witness, I would like to |
| 10:59:04 | 21 | show Government's Exhibit 313. |
| 10:59:14 | 22 | Q.   Similar to Government's Exhibit 311, which |
| 10:59:17 | 23 | company is sending this e-mail? |
| 10:59:28 | 24 | A.   Johnson Shao, Pengcheng Aluminum. |
| 10:59:32 | 25 | MR. HSIEH:   And the bottom portion, the |

10:59:35  1   Government moves to admit Exhibit 313 into evidence.

10:59:39  2           THE COURT:  It will be received.

10:59:40  3           (Exhibit 313 is received.)

10:59:41  4           MR. HSIEH:  As well as 312 the, original

10:59:45  5   nontranslated version.

10:59:47  6           THE COURT:  It will be received.

10:59:48  7           (Exhibit 312 is received.)

10:59:48  8           MR. HSIEH:  Now the jury can see page 1, the

10:59:51  9   only page of Exhibit 313.

10:59:56  10      Q.  At the bottom of page 1, which company is the

11:00:01  11  signatory associated with?

11:00:11  12      A.  China Zhongwang.

11:00:13  13          MR. HSIEH:  Now turning to what's been just

11:00:14  14  admitted as Exhibit 312.  The original, I'm showing jury

11:00:21  15  page 1.

11:00:22  16          And similar to the last exhibit, I will not

11:00:24  17  have the witness read specific portions but page through

11:00:30  18  so the jury and witness --

11:00:30  19          THE COURT:  Counsel, I'm going to stop you,

11:00:31  20  because it seems like you misinterpreted the ruling.

11:00:33  21          You can't have them read word for word

11:00:36  22  what's on there because the jury already has it.  They

11:00:39  23  can read it themselves.  That doesn't stop you from

11:00:44  24  saying, What is this document about?  Or what --

          25          MR. HSIEH:  Sure.

| | | |
|---|---|---|
| 11:00:46 | 1 | THE COURT:  To give it relevance. |
| 11:00:47 | 2 | The only thing I'm saying is you can't have |
| 11:00:50 | 3 | them read word for word for word.  Because the jury can |
| 11:00:53 | 4 | read. |
| 11:00:54 | 5 | Okay.  But they still can tell what it's |
| 11:00:55 | 6 | about. |
| 11:01:00 | 7 | MR. HSIEH:  So we'll ask maybe some brief |
| 11:01:03 | 8 | questions. |
| 11:01:05 | 9 | THE COURT:  Sure. |
| | 10 | BY MR. HSIEH: |
| 11:01:05 | 11 | Q.  Mr. Li, looking at page 2 of Exhibit 312, what |
| 11:01:10 | 12 | company is -- or firm is this related to? |
| 11:01:21 | 13 | A.  Global Aluminum. |
| 11:01:22 | 14 | Q.  Were you familiar with Global Aluminum based on |
| 11:01:24 | 15 | your time as accounting manager and later CEO of |
| 11:01:29 | 16 | Pengcheng Aluminum and Perfectus? |
| 11:01:40 | 17 | A.  Yes. |
| 11:01:40 | 18 | Q.  Was that company located in Walnut, California? |
| 11:01:44 | 19 | A.  Yes. |
| 11:01:53 | 20 | MR. HSIEH:  Now, showing -- I won't announce |
| 11:01:55 | 21 | each page out loud, but I am going to show the witness |
| 11:01:59 | 22 | and the jury the rest of Exhibit 312 and may stop at |
| 11:02:03 | 23 | certain portions -- |
| 11:02:03 | 24 | THE COURT:  Okay. |
| 11:02:05 | 25 | MR. HSIEH:  -- and ask particular questions. |

11:02:08   1      Q.   And we'll stop at page 3.  Was this the address
11:02:12   2  that you understood Global Aluminum U.S.A. to use?
11:02:20   3      A.   Yes.
11:02:21   4      Q.   And looking -- we have gone through all the pages
11:02:35   5  up to page 6.
11:02:41   6           Is this consistent with what you testified
11:02:44   7  to earlier that you at one point reported to Johnson
11:02:47   8  Shao when you worked at Pengcheng Aluminum?
11:02:51   9      A.   Yes.
11:02:52  10      MS. POTASHNER:  Objection.  Relevancy as to what
11:02:53  11  he testified to earlier.  Objection.
11:02:56  12           THE COURT:  Why don't you restate the
11:02:58  13  question without referring back to that.
          14  BY MR. HSIEH:
11:03:01  15      Q.   Prior to becoming CEO, who was your boss at
11:03:07  16  Pengcheng Aluminum?
11:03:07  17      A.   Johnson Shao.
11:03:15  18      Q.   Now, continuing to page through the exhibit
11:03:19  19  sequentially.
11:03:49  20           I've now shown the witness and the jurors
11:03:50  21  briefly every page of Government's Exhibit 312.
11:03:54  22           THE COURT:  How many pages in that in total?
11:03:57  23           MR. HSIEH:  29, I believe.  Let me
11:03:59  24  double-check, Your Honor.  29 pages, Your Honor.
11:04:05  25           THE COURT:  Okay.

11:04:15  1          MR. HSEIH:  Now to just the witness -- or

11:04:18  2   excuse me.  Yes.  For just the witness, I will show

11:04:30  3   what's been marked for identification purposes as

11:04:34  4   Government's Exhibit 382.

11:04:44  5      Q.  Which company is sending this e-mail, Mr. Li?

11:04:48  6      A.  Pengcheng Aluminum.

11:04:53  7          MR. HSIEH:  The Government moves to admit

11:04:56  8   Exhibit 382 into evidence.

11:04:57  9          THE COURT:  It will be received.

11:04:59  10          (Exhibit 382 is received.)

11:05:00  11          MR. HSIEH:  Now, with the jury being able to

11:05:02  12   see page 1 of Exhibit 382.

11:05:04  13      Q.  Who do you understand Mr. Liu to be?

11:05:19  14      A.  Liu Zhongtian.

11:05:26  15      Q.  Now, just showing the witness Exhibit 384 which

11:05:29  16   is a translation of Exhibit 383.

11:05:34  17          Now just showing the witness.  I'm showing

11:05:52  18   the witness page 1 of Exhibit 384.  Page 2.

11:06:17  19          My apologies.  This exhibit has already been

11:06:19  20   admitted into evidence.

11:06:21  21          THE COURT:  Okay.

11:06:26  22          MR. HSIEH:  Now, I would like to show just

11:06:27  23   the witness Exhibit 390.

11:06:32  24          THE COURT:  Okay.

          25   BY MR. HSIEH:

11:06:51  1      Q.  Mr. Li, we just reviewed a lot of e-mails, do you

11:06:54  2  recognize -- or what is page 2 of Government's

11:07:00  3  Exhibit 390?

11:07:06  4      A.  Wire transfer order.

11:07:08  5           MR. HSIEH:  Government moves to admit

11:07:11  6  Exhibit 390 into evidence.

11:07:14  7               THE COURT:  It will be received.

11:07:15  8           (Exhibit 390 is received.)

11:07:22  9           MR. HSIEH:  I think we are getting toward

11:07:23  10  the end thankfully of the documents for this witness.

        11  BY MR. HSIEH:

11:07:27  12      Q.  Who is the sender of this wire, Mr. Li?

11:07:32  13      A.  Transport Aluminum.

11:07:35  14      Q.  And is this the associated account that was used

11:07:44  15  to send the wire?

11:07:46  16      A.  I think so.  But I don't remember exactly.

11:07:55  17      Q.  According to this wire document, who is the

11:07:58  18  recipient of -- now, I'm going to turn to page 1 of

11:08:01  19  Government's Exhibit -- excuse me, page 1 of

11:08:06  20  Government's Exhibit 390.

11:08:12  21           Who is the beneficiary of this outgoing wire

11:08:15  22  from PCA?

11:08:21  23      A.  Liaoning Zhongwang Import and Export Trade

11:08:26  24  Company.

11:08:30  25           MR. HSIEH:  Now, showing the witness and

11:08:31   1   jury page 4 of the Exhibit 390.

11:08:45   2      Q.   What company is the sender associated with in the

11:08:51   3   signature line?

11:08:58   4      A.   Zhongwang Liaoning.

           5            MR. HSIEH:  May I have one moment, Your

           6   Honor?

           7            THE COURT:  Yes.

           8   BY MR. HSIEH:

11:09:17   9      Q.   Now, after you're appointed CEO by Zhongtian Liu

11:09:22  10   in November 2014, did you take any trips abroad based on

11:09:27  11   your work at Pengcheng Aluminum and Perfectus?

11:09:31  12            THE INTERPRETER:  Can you repeat?  I didn't

11:09:32  13   hear you correctly.

          14   BY MR. HSIEH:

11:09:34  15      Q.   Mr. Li, after you were appointed CEO by Zhongtian

11:09:40  16   Liu, did you take any trips abroad --

11:09:45  17            THE INTERPRETER:  Abroad.

11:09:47  18   BY MR. HSIEH:

11:09:47  19      Q.   Outside of the United States.

11:09:49  20      A.   Yes.

11:09:49  21      Q.   Describe that.

11:09:54  22      A.   Yes.  Mr. Liu arranged us to a factory in

11:10:05  23   Vietnam, as well as the factory -- Zhongwang factory in

11:10:15  24   China.

11:10:15  25      Q.   From what you remember, what was the purpose of

11:10:18    1    that trip to Vietnam and China?

11:10:31    2        A.   The reason that we went to Vietnam was for

11:10:35    3    product supply.

11:10:37    4        Q.   What specifically about product supply?

11:10:52    5        A.   Because at the time, the factory was being built,

11:10:57    6    so there was really nothing specific.

11:11:00    7        Q.   Which factory was being built?

11:11:06    8        A.   Vietnam.  The Vietnam factory.  Global Aluminum

11:11:12    9    Vietnam.

11:11:13   10        Q.   Now, Mr. Li, I'm going to bring up what's been

11:11:17   11    previously admitted as Government's Exhibit 37.

11:11:29   12                   In your time at Pengcheng and Aluminum

11:11:31   13    Perfectus, did you visit the warehouses identified in

11:11:38   14    Government's Exhibit 37?

11:11:48   15        A.   I've been to all of them.

11:11:51   16        Q.   What did you see inside the Ontario warehouse

11:11:55   17    from your time working there?

11:11:58   18                   MS. POTASHNER:  Objection.  Vague as to

11:12:00   19    time.

11:12:01   20                   THE COURT:  Okay.  Why don't you clear that

11:12:03   21    up, Counsel.

11:12:04   22    BY MR. HSIEH:

11:12:05   23        Q.   Mr. Li, approximately when did you move from

11:12:09   24    Walnut to Ontario?

11:12:19   25        A.   In or around March 2014 I moved from Walnut to

11:12:25  1    Ontario.

11:12:27  2        Q.   Shortly after moving from Walnut to Ontario in or

11:12:31  3    around March 2014, what did you observe in the warehouse

11:12:36  4    at Ontario?

11:12:46  5        A.   Aluminum extrusion and pallet.

11:12:50  6        Q.   How full was the warehouse at that time?

11:12:53  7        A.   Full.

11:12:57  8        Q.   Now, I want to take you to 2015.

11:13:02  9             Did you have a chance to visit the Fontana

11:13:05  10   warehouse around that time?

11:13:12  11       A.   Yes, I have.

11:13:13  12       Q.   What, if anything, did you see inside the

11:13:16  13   warehouse?

11:13:25  14       A.   I saw pallet and aluminum extrusion.

11:13:28  15       Q.   How full was the warehouse?

11:13:31  16       A.   Full.  Full.

11:13:32  17       Q.   Was there anything stored outside of the Fontana

11:13:36  18   warehouse?

11:13:43  19       A.   Full of pallet.

11:13:45  20       Q.   Were there any employees working at the Fontana

11:13:48  21   warehouse?

11:13:52  22             MS. POTASHNER:  Objection.  Lack of

11:13:54  23   foundation.

11:13:55  24             THE COURT:  Why don't you restate the

11:13:57  25   question.

11:13:58   1          Did you see anybody working there when you

11:14:01   2   visited?

11:14:04   3          THE WITNESS:  I only saw a security company

11:14:06   4   from outside the company.

11:14:08   5          THE COURT:  Okay.

11:14:09   6   BY MR. HSIEH:

11:14:09   7   Q.  Did you work with a man named Toby Henson, Mr.

11:14:15   8   Li?

11:14:16   9   A.  Yes.

11:14:17   10  Q.  What was Mr. Henson's role?

11:14:24   11  A.  Warehouse manager.

11:14:27   12         MR. HSIEH:  Now, I'm going to bring up

11:14:29   13  what's been previously admitted as Government's

11:14:34   14  Exhibit 45.

11:14:37   15  Q.  Are you familiar with this picture, what's been

11:14:39   16  previously admitted, Mr. Li?

11:14:42   17  A.  Yes.

11:14:43   18  Q.  Which warehouse is this?

11:14:47   19  A.  Fontana warehouse.

11:14:48   20  Q.  Was there any inspection in the Fontana warehouse

11:14:58   21  in 2015?

11:15:05   22  A.  I heard about that.

11:15:10   23  Q.  And when did you finish your time at Pengcheng

11:15:15   24  Aluminum -- or, excuse me, Perfectus?

11:15:25   25  A.  November 30th, 2016.

11:15:31  1    Q.  Was Mr. Henson still working at Perfectus when
11:15:39  2  you finished your time there in November 2016?
11:15:45  3    A.  No.
11:15:46  4    Q.  When did Mr. Henson leave the company?
11:16:01  5    A.  Based on what I can recall, he left one year
11:16:04  6  prior to me leaving.
11:16:10  7    Q.  So around 2015; is that right?
11:16:15  8    A.  I guess.
11:16:16  9    Q.  What was your role, if any, in facilitating
11:16:25  10  Mr. Henson's departure?
11:17:02  11    A.  I received an order to let Mr. Henson leave so I
11:17:08  12  prepared his severance paper, payroll and walking paper.
11:17:17  13    Q.  Now, going back to Exhibit 37, did you visit the
11:17:30  14  Riverside warehouse in around 2015, Mr. Li?
11:17:41  15    A.  Yes.
11:17:41  16    Q.  What did you see inside?
11:17:44  17    A.  Empty.
11:17:45  18    Q.  Later did you see Riverside and see anything
11:17:49  19  inside?
11:17:54  20    A.  No.  They did not allow me to go there again.
11:18:01  21    Q.  And who's "they"?
11:18:13  22    A.  Irvine.  People from Irvine warehouse.
11:18:22  23    Q.  Did you ever visit the Irvine warehouse?
11:18:25  24    A.  Yes.
11:18:26  25    Q.  What did you see inside?

11:18:33  1    A.  We were in the office.  Through an open door I

11:18:37  2  saw pallets.

11:18:46  3         MR. HSIEH:  Now, I apologize, I actually

11:18:48  4  have two more documents.  They will hopefully be brief.

11:18:53  5         So I would like to show just the witness

11:18:57  6  Exhibit 401.

11:19:02  7    Q.  In your time as accounting manager and CEO of

11:19:05  8  Perfectus, do you have access to financial reports,

11:19:13  9  Mr. Li?

11:19:23  10   A.  Yes.

11:19:25  11        MR. HSIEH:  Government moves to admit

11:19:29  12  Exhibit 401, which is one page, into evidence.

11:19:31  13            THE COURT:  It will be received.

11:19:32  14            (Exhibit 401 is received.)

          15  BY MR. HSIEH:

11:19:36  16   Q.  What's the date of this report, Mr. Li?

11:19:46  17   A.  July 27, 2015 to July 31, 2015.  One week.

11:19:53  18   Q.  So where I highlighted "total balance," under

11:19:56  19  "cash balance," what does this $2,588,216.34 represent?

11:20:15  20   A.  It represents the total amount for all seven

11:20:19  21  companies.

11:20:23  22   Q.  When you say "all seven companies" --

11:20:31  23   A.  Bank account from all seven companies.

11:20:35  24   Q.  Is that what we discussed earlier on page 4 of

11:20:43  25  Government's Exhibit 108?

11:20:48   1       A.   Yes.

11:20:49   2              MR. HSIEH:   Which is now displayed to the

11:20:50   3   witness.

11:20:54   4              Turning to back to Exhibit 401 which was

11:20:57   5   just admitted.   Enlarging the second portion of the

11:21:04   6   first and only page.

11:21:11   7       Q.   What does the highlighted number represent?

11:21:15   8   $1,500,975,544.84?

11:21:41   9       A.   It represented the total inventory value on that

11:21:46   10  day.

11:21:50   11      Q.   When you say "inventory value," inventory for

11:21:55   12  whom?

11:22:08   13      A.   Pengcheng Aluminum, a combination of all seven

11:22:11   14  companies.

11:22:13   15      Q.   Enlarging the third portion.

11:22:19   16              What does AR stand for?

11:22:28   17      A.   Account receivable.

11:22:30   18      Q.   What is the amount of account receivable

11:22:34   19  reflected on this report?

11:22:44   20      A.   497,480.49.

11:22:52   21      Q.   Now, looking to the next to last portion of

11:22:58   22  Government's Exhibit 401, what is the amount for loan

11:23:08   23  payable?

11:23:20   24      A.   1,283,995,616.

11:23:39   25      Q.   From your experience as accounting manager at

| | | |
|---|---|---|
| 11:23:42 | 1 | PCA, does that include the incoming wires you described |
| 11:23:46 | 2 | earlier? |
| 11:23:56 | 3 | A.  Yes, it did. |
| 11:23:59 | 4 | MR. HSIEH:  So for shorthand sake, I'll |
| 11:24:01 | 5 | estimate that as 1.28 billion. |
| 11:24:09 | 6 | And now to show only the witness |
| 11:24:16 | 7 | Exhibit 411. |
| 11:24:27 | 8 | Q.  Mr. Li, were you still working at Perfectus in |
| 11:24:31 | 9 | July 2016? |
| 11:24:36 | 10 | A.  Yes. |
| 11:24:37 | 11 | Q.  Is this another weekly operation report? |
| 11:24:43 | 12 | A.  Yes. |
| 11:24:43 | 13 | MR. HSIEH:  Government moves to admit |
| 11:24:47 | 14 | Exhibit 411 into evidence. |
| 11:24:48 | 15 | THE COURT:  It will be received. |
| 11:24:50 | 16 | (Exhibit 411 is received.) |
| | 17 | BY MR. HSIEH: |
| 11:24:52 | 18 | Q.  Enlarging the first portion of Exhibit 411, |
| 11:24:58 | 19 | what's the total cash balance? |
| 11:25:09 | 20 | A.  $1,170,902.19. |
| 11:25:25 | 21 | Q.  What's the total on this report for accounts |
| 11:25:30 | 22 | receivable? |
| 11:25:38 | 23 | A.  $51,458.43 was paid. |
| 11:25:47 | 24 | Q.  What does MTD invoices highlighted on the |
| 11:25:54 | 25 | right-hand middle portion of the screen mean? |

11:26:01   1      A.   Monthly to date -- it means monthly to date

11:26:18   2   invoices.  It shows how much was sold.

11:26:25   3      Q.   Is that sold aluminum products?

11:26:29   4      A.   Yes.

11:26:30   5      Q.   What is the total?

11:26:36   6      A.   $14,522.

11:26:40   7      Q.   I'm going to enlarge the next portion -- or the

11:26:45   8   next-to-last portion of this exhibit.  I think I'd

11:26:48   9   mentioned estimating the prior, 1.28 billion.

11:26:55   10           What is the total amount of the loan payable

11:26:58   11   in this weekly report, Government's Exhibit 411?

11:27:09   12      A.   Same as the one before, 1.2 billion.

11:27:13   13      Q.   When you received incoming wires, did you make

11:27:22   14   any loan payments?

11:27:24   15           THE INTERPRETER:  Sorry.  One more time.

      16   BY MR. HSIEH:

11:27:26   17      Q.   When you received incoming wires classified as

11:27:30   18   loans, did Perfectus make any loan payments?

11:27:40   19      A.   Based on what I recall, no money was paid back.

11:27:47   20           MR. HSIEH:  No further questions at this

11:27:48   21   time, Your Honor.

11:27:49   22           THE COURT:  Okay.

11:27:52   23           Perfectus.  You got about three minutes.

11:28:01   24           MR. RUYAK:  Okay.

11:28:02   25                 **CROSS-EXAMINATION**

1    BY MR. RUYAK:

11:28:14   2       Q.   Good morning, Mr. Li.

11:28:18   3            And, first of all, I represent Perfectus,

11:28:22   4    the company you used to work for.

11:28:24   5            Do you understand that?

11:28:31   6       A.   I do.

11:28:31   7       Q.   And we have never met before or had any

11:28:34   8    discussions before today, correct?

11:28:42   9       A.   Yes.

11:28:42   10      Q.   But you have met several times with the

11:28:45   11   Government, correct?

11:28:50   12      A.   Yes.

11:28:50   13      Q.   And you fully cooperated with them and given them

11:28:53   14   all the information they wanted, correct?

11:28:56   15      A.   Yes.

11:29:01   16      Q.   And no one from Perfectus or from China CZ or any

11:29:11   17   company restricted you from talking to the Government

11:29:15   18   and not providing them information, correct?

11:29:19   19      A.   Correct.

11:29:23   20      Q.   So we've gone through a lot of documents.  I'm

11:29:29   21   going to try to break them down into groups so we can

11:29:33   22   deal with them a little easier.

11:29:38   23            THE COURT:  Counsel, this may be -- it's

11:29:41   24   within a half minute of 11:30.  So this may be a

11:29:47   25   convenient time to stop.

11:29:48   1          Ladies and gentlemen, we will break for

11:29:50   2   lunch at this time.  Remember the admonishment not to

11:29:52   3   discuss the case among yourselves or anybody else or

11:29:54   4   form or express any opinions about the matter until

11:29:57   5   submitted to you and you retire to the jury room.

11:30:00   6          Have a pleasant lunch.  See you back in.

11:30:04   7   We'll start right at 1:00 o'clock.

           8          (LUNCH BREAK TAKEN.)

13:02:34   9          THE COURT:  Okay.  The record will reflect

13:02:35  10   that all the members of the jury are in their respective

13:02:38  11   seats in the jury box.  The witness is on the witness

13:02:41  12   stand.

13:02:41  13          And you are in cross-examination, Counsel.

13:02:44  14          MR. RUYAK:  Thank you, Your Honor.

13:02:45  15                  **CROSS-EXAMINATION**

13:02:46  16   BY MR. RUYAK:

13:02:46  17     Q.  Good afternoon, Mr. Li.

13:02:47  18     A.  Good afternoon.

13:02:49  19     Q.  I would like to turn your attention first to a

13:02:57  20   group of documents that were shown to you, that are all

13:03:00  21   payments on invoices.  I will characterize it as that.

13:03:07  22   Okay?

13:03:11  23          And I would like to bring up Exhibit 357 that was

13:03:15  24   used in the case.  And let's look at the first page of

13:03:22  25   that exhibit, if we can.

13:03:28  1          And this is the outgoing FED message.  Do you see

13:03:33  2   that, sir?

13:03:37  3      A.  I see it.

13:03:39  4      Q.  And on this document, there are a number of

13:03:43  5   pieces of information like that -- I would like to

13:03:46  6   address a few of them. It shows -- this is a payment

13:03:49  7   that was made by -- I will call it Perfectus, okay, when

13:03:54  8   I include the prior companies.  Perfectus.  And this

13:03:58  9   shows a payment made for invoices for pallets that were

13:04:03  10  shipped and purchased by Perfectus, correct?

13:04:22  11     A.  I'm not sure.  I need to see the invoice that's

13:04:25  12  after this page.

13:04:27  13     Q.  Okay.  Let's look at the next page, then.  Okay.

13:04:34  14  All right.  Now, looking at this page, does this help

13:04:37  15  you with -- because it has a list of invoices, correct?

13:04:43  16  Listed under OBI?

13:04:46  17     A.  Yes.  Invoice.

13:04:48  18     Q.  So we looked at a lot of these documents, but for

13:04:52  19  each of these documents, like this one, where there are

13:04:56  20  invoices listed, those were -- you were making payments

13:05:00  21  for actual purchases of pallets by Perfectus from China

13:05:06  22  Zhongwang, correct?

13:05:20  23     A.  I'm not sure.

13:05:21  24     Q.  Okay.  What would you need to see to determine

13:05:25  25  whether you were making payments for pallets that were

13:05:27    1    shipped and sold to Perfectus?

13:05:43    2        A.  I need to see the actual invoice.

13:05:46    3        Q.  Okay.  Let's go to the next page.  Maybe this

13:05:48    4    will help, then.  Let's look at this one.  And this one,

13:05:53    5    you see it is from Steve Fung; is that correct?

13:06:00    6        A.  Yes.

13:06:01    7        Q.  And he is requesting -- this is a payment

13:06:05    8    reminder, correct?

13:06:08    9        A.  Yes.

13:06:09   10        Q.  And can you see below in the box there, there are

13:06:14   11    a list of invoices, correct?

13:06:17   12        A.  Yes.

13:06:18   13        Q.  And then there is a total of $1,126,080, correct?

13:06:26   14        A.  Yes.  Yes.

13:06:27   15        Q.  And these are invoices for aluminum pallets that

13:06:32   16    were purchased by Perfectus and made by China Zhongwang,

13:06:37   17    correct?

13:06:46   18        A.  I'm not sure.  I need to see the actual invoice,

13:06:50   19    the exact invoice.

13:06:52   20        Q.  Okay.  But rather than showing you each

13:06:55   21    individual invoice, let's talk generally, then.  When

13:07:08   22    Perfectus purchased pallets that were made by China

13:07:11   23    Zhongwang, there was an invoice generated for those

13:07:13   24    pallets, right, that particular shipment?

13:07:25   25        A.  Yes.

13:07:25  1     Q.  And then it was your job to pay those invoices,

13:07:32  2  correct?

13:07:40  3     A.  My job was to prepare the wire-out sheet and have

13:07:46  4  Johnson sign and then fax.

13:07:48  5     Q.  But my point is that you were -- the payments

13:07:52  6  made were for specific invoices that you identified as

13:07:57  7  being purchases by Perfectus, correct?

13:08:01  8     A.  Yes.

13:08:02  9     Q.  And so what you were doing was paying for

13:08:07  10  products that were purchased by Perfectus, correct?

13:08:16  11     A.  Yes.

13:08:17  12     Q.  Was your practice to ever pay anyone any money

13:08:22  13  unless you had an invoice?

13:08:29  14     A.  That's right.

13:08:30  15     Q.  So each of these invoices represented money owed

13:08:34  16  by Perfectus and you paid those invoices, correct?

13:08:46  17     A.  Yes.

13:08:46  18     Q.  Let's go back to the second page of this exhibit

13:08:51  19  for a moment.

13:08:52  20        Okay.  Now, on this page, I would like to address

13:08:58  21  a couple of points.  There is an originator's name as

13:09:05  22  Pengcheng Aluminum Enterprise, correct?

13:09:10  23     A.  Yes.

13:09:11  24     Q.  And that is Perfectus, my client, correct?

13:09:15  25     A.  Yes.

13:09:15  1      Q.  And then there's a beneficiary named, which is

13:09:28  2   Zhongwang China Investment (HK) Limited.  Do you see

13:09:32  3   that?

          4      A.  Yes.

13:09:34  5      Q.  And do you know who Zhongwang China Investment

13:09:38  6   (HK) was at this point?

13:09:58  7      A.  My feeling was it was a company related to

13:10:02  8   Zhongwang.

13:10:03  9      Q.  Right.  And so, it is true, is it not, that

13:10:06  10  Zhongwang China Investment (HK) was part of China

13:10:12  11  Zhongwang, that handled the financial transactions for

13:10:17  12  China Zhongwang?

13:10:28  13     A.  I think so.

13:10:29  14     Q.  So in order to pay China Zhongwang, you would

13:10:35  15  send a payment to Zhongwang China Investment Limited,

13:10:43  16  correct?

13:10:51  17     A.  It wasn't like that.  The order was made to

13:11:01  18  Zhongwang, but the product made came from China

13:11:10  19  Zhongwang Investment or Lee Wong, or some companies I

13:11:13  20  don't know.

13:11:16  21     Q.  So Zhongwang China Investment was a company that

13:11:26  22  was part of China Zhongwang, the Chinese publicly held

13:11:31  23  company, correct?

13:11:41  24     A.  That, I'm not sure.

13:11:42  25     Q.  You don't know the answer to that?

| | | |
|---|---|---|
| 13:11:44 | 1 | A.  No. |
| 13:11:45 | 2 | Q.  Let's look at the next page that has -- go back |
| 13:11:48 | 3 | to the second page now.  And there is a person, Steven |
| 13:11:54 | 4 | Fung.  Did you have communications with Mr. Fung over |
| 13:11:58 | 5 | time? |
| 13:11:58 | 6 | A.  Maybe, but very few times. |
| 13:12:12 | 7 | Q.  But you had e-mails like this with him from time |
| 13:12:15 | 8 | to time; is that correct? |
| 13:12:19 | 9 | A.  Yes. |
| 13:12:20 | 10 | Q.  And Steven Fung was with the Zhongwang China |
| 13:12:32 | 11 | Investment Limited, correct? |
| 13:12:34 | 12 | A.  I'm not sure. |
| 13:12:37 | 13 | Q.  Okay.  Let's -- do you know the corporate |
| 13:12:42 | 14 | structure of Zhongwang Group? |
| 13:12:54 | 15 | A.  I don't. |
| 13:12:55 | 16 | Q.  Do you know, however, that China Zhongwang was a |
| 13:13:00 | 17 | publicly held company? |
| 13:13:05 | 18 | A.  That, I do know. |
| 13:13:06 | 19 | Q.  And did you have access to the financial |
| 13:13:09 | 20 | statements of China Zhongwang, the Chinese publicly held |
| 13:13:14 | 21 | company? |
| 13:13:22 | 22 | A.  No. |
| 13:13:22 | 23 | Q.  So I take it that the only financial statements |
| 13:13:25 | 24 | you had access to were the Perfectus company and the |
| 13:13:30 | 25 | previous companies' financial statements, correct? |

13:13:39   1      A.   Yes.

13:13:39   2      Q.   And I believe you said you started working first

13:13:47   3   time for Perfectus in 2009; is that correct?

13:13:56   4      A.   Yes.

13:13:57   5      Q.   And when you started working in 2009, was China

13:14:04   6   Zhongwang already a publicly held company?

13:14:12   7      A.   I don't know.

13:14:13   8      Q.   You don't know.

13:14:24   9           What company is China Zhongwang International

13:14:31  10   Limited?

13:14:39  11      A.   I don't know about that either.

13:14:40  12      Q.   Have you ever had any communications with anyone

13:14:43  13   from China Zhongwang International Limited?

13:14:54  14      A.   I don't recall.

13:14:56  15      Q.   Okay.  So you see on the exhibit in front of you,

13:15:03  16   you see Steve Fung and in parentheses, it has the e-mail

13:15:08  17   Steve Fung at Zhongwang.com.  Do you see that?

13:15:13  18      A.   Yes.

13:15:13  19      Q.   And I believe the Government suggested that that

13:15:16  20   e-mail address, Zhongwang.com, was for China

13:15:21  21   Zhongwang.com.  Do you see that?

13:15:30  22      A.   Yes.

13:15:30  23      Q.   Now, you're aware that Zhongwang.com is used by

13:15:36  24   many people who are not part of China Zhongwang,

13:15:45  25   correct?

13:15:49  1          MR. HSIEH:  Objection.  Foundation.  Calls

13:15:50  2  for speculation.

13:15:51  3          THE COURT:  If you know.

13:15:56  4          THE WITNESS:  I'm not sure.

          5  BY MR. RUYAK:

13:16:00  6     Q.  So when you were communicating with Mr. Fung,

13:16:04  7  though, to talk about paying the invoices, you thought

13:16:07  8  you were communicating with China Zhongwang to pay the

13:16:10  9  invoices, correct?

13:16:24 10     A.  I thought he was from China Zhongwang

13:16:26 11  international office.  I thought he was a staff there.

13:16:31 12     Q.  So there are also people in Zhongwang Group

13:16:38 13  Holdings, that were not part of China Zhongwang, that

13:16:41 14  also used Zhongwang.com as their address, if you know?

13:16:47 15          MR. HSIEH:  Objection.  Calls for facts not

13:16:49 16  in evidence.

13:16:50 17          THE COURT:  Again, if you know.

13:16:51 18          THE WITNESS:  I don't know.

13:16:52 19  BY MR. RUYAK:

13:16:53 20     Q.  Okay.  Are you familiar with the corporate

13:17:00 21  structure of Zhongwang Holdings Company before China

13:17:08 22  Zhongwang became a public company?

13:17:26 23     A.  I don't.

13:17:26 24     Q.  So your job, very clearly from at least this set

13:17:31 25  of documents, was to wire money to pay for invoices that

13:17:36    1    were presented to you for payment to China Zhongwang in

13:17:42    2    China, correct?

13:18:11    3        A.   It's possible was -- I paying to Zhongwang or it

13:18:14    4    was possible to Lee Wong or this one, China Zhongwang

13:18:39    5    Investment.

13:18:39    6        Q.   You then mentioned, I think, there was a series

13:18:42    7    of documents that were shown to you, that were based on

13:18:46    8    money that was coming into Perfectus to pay for the

13:18:49    9    pallets and expenses.  Do you remember those documents

13:18:53   10    being shown to you?

13:18:55   11        A.   Yes.

13:18:55   12        Q.   And among those documents, some of them were to

13:19:09   13    pay for the pallets coming in, correct?

13:19:13   14        A.   I need to see it.  Then I will know.

13:19:16   15        Q.   Well, I'm just generally speaking now, some of

13:19:19   16    the documents related to the payment for pallets or

13:19:22   17    materials coming in that were purchased by Perfectus,

13:19:26   18    correct?

13:19:27   19        A.   Yes.  Some.

13:19:28   20        Q.   And some of them referred to expenses, operating

13:19:31   21    expenses, salaries, things that were expenses of

13:19:36   22    Perfectus, that weren't related directly to the purchase

13:19:39   23    of the pallets, correct?

13:19:51   24        A.   Correct.

13:19:51   25        Q.   And you mentioned in one of the documents, I

13:19:58   1   believe, that Mr. Liu had been at Perfectus and you had

13:20:05   2   a discussion with him about the payment of expenses,

13:20:10   3   correct?

13:20:22   4       A.   It wasn't me.  It was either Johnson or someone

13:20:27   5   else.

13:20:28   6       Q.   So the times that Mr. Liu was there, you met with

13:20:31   7   him, you did not discuss with him how the expenses and

13:20:35   8   the payment for pallets were going to be made; is that

13:20:39   9   correct?

13:20:45   10      A.   Correct.

13:20:46   11      Q.   And so you have no idea where the funds are

13:20:49   12   coming from to pay the expenses or for the pallets,

13:20:53   13   correct?

13:21:00   14      A.   Correct.

13:21:01   15      Q.   And so all that you know is that money was coming

13:21:05   16   from banks in Hong Kong into the Perfectus accounts,

13:21:09   17   correct?

13:21:15   18      A.   Yes.  I saw that on bank statements.

13:21:21   19      Q.   Okay.  And you are familiar with Hong Kong,

13:21:25   20   correct, the kind of place it is?

13:21:30   21      A.   No, I'm not.

13:21:30   22      Q.   Have you ever been to Hong Kong?

13:21:37   23      A.   Actually, no, just pass by.

13:21:41   24      Q.   Okay. But as an accountant --

13:21:42   25      A.   Not out to go there.

13:21:45  1    Q.   As an accountant, you are familiar of the fact

13:21:50  2    that Hong Kong is a very large financial center with a

13:21:54  3    lot of big banks, correct?

13:21:55  4              MR. HSIEH:  Objection.  Calls for

13:21:56  5    speculation.  Foundation.

13:21:57  6              THE COURT:  Overruled.

13:21:58  7              THE WITNESS:  Yes.

13:22:02  8    BY MR. RUYAK:

13:22:02  9    Q.   So it is not unusual for companies in Asia,

13:22:09  10   dealing with other countries, to use the banks in Hong

13:22:12  11   Kong to make the financial transactions, correct?

13:22:22  12   A.   I heard about that.

13:22:25  13   Q.   And Hong Kong is part of China, correct?

13:22:28  14   A.   Right now, yes.

13:22:30  15   Q.   And Hong Kong is also one of the largest shipping

13:22:35  16   ports in the world, correct?

13:22:44  17   A.   I'm not sure.

13:22:45  18   Q.   You know it's a very large shipping port,

13:22:49  19   correct?

13:22:50  20   A.   I heard about that.

13:22:52  21   Q.   Do you know that many of the products that come

13:22:55  22   to the United States, go through the port of Hong Kong,

13:22:59  23   coming from mainland China and other places?

13:23:16  24   A.   From Hong Kong, I'm not sure.  Because my career

13:23:23  25   was an accountant and a CPA.

13:23:26  1      Q.   Accountant, not a CPA.  Okay.

13:23:30  2      A.   Both.  CPA.

13:23:36  3      Q.   Accountant and a CPA?

13:23:38  4      A.   I'm not a businessman.

13:23:48  5      Q.   Now, I noticed on some of the invoices that were

13:23:51  6  shown to you, and I think we can pull one up just to

13:23:54  7  focus you on this, dealt with, I think, 356.  Let's look

13:24:05  8  at Number 356.  Exhibit 356.

13:24:10  9      Okay.  Let's scroll up a little bit.  I got to

13:24:15  10  find -- that's good there.

13:24:17  11      And you looked at this document, Exhibit 356,

13:24:21  12  correct?  And this document refers to dollars spent for

13:24:32  13  factory equipment; is that correct?

13:24:39  14      A.   Yes.

13:24:40  15      Q.   Were you familiar with what this factory

13:24:43  16  equipment was going to be used for?

13:24:51  17      A.   I was not.

13:24:52  18      Q.   But nevertheless, this document says that there

13:24:56  19  was over $2 million that was paid for factory equipment,

13:25:02  20  correct?

13:25:10  21      A.   Yes.  But it says New Jersey factory.  It had

13:25:18  22  nothing to do with us.

13:25:20  23      Q.   So what was the factory in New Jersey, if you

13:25:23  24  know?

13:25:31  25      A.   It was also an aluminum extrusion factory.

13:25:37    1      Q.   Is the name of that factory aluminum Shapes?

13:25:43    2      A.   Yes.

13:25:44    3      Q.   Were there any other factories that you know

13:25:47    4   about in New Jersey other than Aluminum Shapes?

13:25:58    5      A.   No.

13:25:58    6      Q.   So in this particular e-mail, can I conclude from

13:26:13    7   your review of this, knowing the company, that this

13:26:16    8   equipment was to be paid for to be used at Aluminum

13:26:22    9   Shapes?

13:26:33   10      A.   I think so.

13:26:35   11      Q.   Okay.

13:26:36   12           MR. RUYAK:   Can we pull up 411, please.

           13   BY MR. RUYAK:

13:26:45   14      Q.   And before we get to this document, I have a few

13:26:50   15   preparation questions to ask you.  You were at Perfectus

13:26:55   16   until the end of 2016, correct?

13:27:03   17      A.   Yes.

13:27:03   18      Q.   And you came back to Perfectus, and I believe you

13:27:08   19   said around 2013; is that correct?

13:27:13   20      A.   Yes.

13:27:16   21      Q.   And you were gone for one year, correct?

13:27:19   22      A.   A little bit more than --

13:27:21   23      Q.   Where were you for that one year that you weren't

           24   at Perfectus?

13:27:22   25           I'm sorry.

13:27:22  1        A.   A little bit more than a year.

13:27:25  2        Q.   A little bit more than a year.  I'm sorry.

13:27:28  3             Where were you during that one year that you were

13:27:30  4   not employed by Perfectus?

13:27:37  5        A.   I went to work for a company called Topical

13:27:41  6   Sales.

13:27:42  7        Q.   So when you came back to Perfectus, were you made

13:27:45  8   aware that there had been an antidumping order that

13:27:50  9   eliminated the ability for Perfectus to purchase

13:27:53 10   extrusions from China?

13:28:13 11        A.   Yes, I was aware of it.

13:28:17 12        Q.   And you know that had a major effect on the

13:28:19 13   company, in that it could not import and sell extrusions

13:28:23 14   in the United States, correct?

13:28:33 15        A.   Yes.

13:28:33 16        Q.   And you mentioned before that, while there is

13:28:39 17   attempts to sell the pallets, very few were sold while

13:28:45 18   you were at the company, correct?

13:28:47 19             MR. HSIEH:  Objection.  Misstates the

13:28:49 20   witness's testimony about number of pallets sold.

13:28:51 21             THE COURT:  Restate the question, Counsel.

         22   BY MR. RUYAK:

13:28:54 23        Q.   While you were there, coming back in 2013 through

13:28:57 24   '16, I think you stated that you had trouble selling the

13:29:01 25   pallets that were at Perfectus, correct?

13:29:19    1          THE CLERK:  Counsel, I don't have 411 in

13:29:22    2    evidence.  Were you seeking to move that in?

13:29:29    3          MR. RUYAK:  I thought it was put in by the

13:29:33    4    Government.

13:29:34    5          THE COURT:  Both sides agree --

13:29:36    6          MR. RUYAK:  We will offer it.

13:29:38    7          THE COURT:  -- 411 can be received.  It will

13:29:40    8    be received.

13:29:40    9          (Exhibit 411 is received.)

13:29:54   10          THE WITNESS:  First of all, I was still -- I

13:29:58   11    was the accounting manager.  I was not managing sales.

13:30:04   12    Second, based on my experience, no pallet was sold.

13:30:08   13    BY MR. RUYAK:

13:30:08   14      Q.  And you mentioned on your direct testimony,

13:30:10   15    however, that you were -- Mr. Shao was removed and you

13:30:17   16    were made the general manager because there were

13:30:19   17    problems with sales of pallets, correct?

13:30:34   18      A.  No.  When I was there, I was suddenly appointed

13:30:54   19    as the CEO during -- without any reasons.  Johnson

13:31:09   20    Shao -- no one told us the reasons why Johnson Shao

13:31:12   21    left.

13:31:12   22      Q.  But I thought you said in your direct testimony,

13:31:14   23    Mr. Liu told you to increase the sales staff.

13:31:24   24      A.  Yes, after I was appointed.

13:31:30   25      Q.  Okay.  I'm sorry, I had the wrong timing.  I'm

13:31:34   1    sorry.

13:31:34   2         So as the accountant for the company, you're

13:31:37   3    familiar also with the company's balance sheet, correct?

13:31:49   4    A.  Yes.

13:31:50   5    Q.  Now, the Government didn't show you the balance

13:31:53   6    sheet, so we'll just talk about it.  And I would like to

13:31:57   7    start with this Exhibit 411.

13:32:10   8    A.  Okay.

13:32:11   9    Q.  And I believe that you mentioned that there were

13:32:13   10   loans on the books of Perfectus, and those were the

13:32:18   11   monies that were given to Perfectus to pay for pallets

13:32:23   12   and expenses, correct?

13:32:57   13   A.  Yes, but I wanted to let you know, out of the

13:33:01   14   loan, the majority was paid for extrusions.  There were

13:33:05   15   not many paid for pallets.

13:33:09   16   Q.  Okay.  But you had a loan balance -- there were

13:33:14   17   not very many loans paid for pallets; is that what you

13:33:19   18   said?

13:33:19   19            THE INTERPRETER:  I'm sorry, sir?

13:33:21   20            MR. RUYAK:  Did he say that there were not

13:33:23   21   many loans used to pay for pallets?

           22            THE INTERPRETER:  Correct.

13:33:26   23   BY MR. RUYAK:

13:33:26   24   Q.  At the total, you see here, total loan payable,

13:33:30   25   and the Government discussed this with you, 1.2, almost

13:33:34  1   $1.3 billion in loans.  Do you see that?

13:33:39  2       A.  I see it.

13:33:40  3       Q.  On the company's balance sheet, the company also

13:33:45  4   had assets, correct?

13:33:52  5       A.  Yes.

13:33:53  6       Q.  And those assets included the pallets that were

13:33:57  7   stored; is that correct?

13:34:12  8       A.  You can see it from here under assets.  You will

13:34:17  9   see there were warehouse inventory, as well as -- if you

13:34:28  10  go down a little bit, if you bring the document down a

13:34:31  11  little bit, you will see main assets.

13:34:38  12            MR. RUYAK:  Bring it up.  Right.

13:34:53  13            THE COURT:  We have to do it through the

13:34:56  14  translator.

13:35:06  15            THE WITNESS:  The main asset was inventory.

13:35:10  16  And you can see inventory was divided into three

13:35:16  17  categories:  Pallet, customized -- okay -- special

13:35:27  18  order.  That means customized extrusion.  And also

13:35:33  19  non-customized extrusion.  That's how I divided it,

13:35:49  20  three categories.

          21  BY MR. RUYAK:

13:35:51  22      Q.  Mr. Li, would you more comfortable asking

13:35:54  23  questions just in English?

13:35:56  24            THE COURT:  I think we've already started.

13:35:58  25            MR. RUYAK:  Okay.  I think we are having a

13:36:00  1    little bit a problem here.

13:36:01  2            THE COURT:  We probably should have asked

13:36:03  3    that at the very beginning.

13:36:05  4    BY MR. RUYAK:

13:36:05  5    Q.  I thank you for your help on that.  My first

13:36:08  6    question was:  You also had assets in the company,

13:36:10  7    correct?

13:36:19  8    A.  On that day, yes.

13:36:21  9    Q.  The assets are -- most of them are in the

13:36:25  10   inventory balance that we are seeing on this document,

13:36:30  11   right, the 1.47 billion, correct?

13:36:32  12   A.  Yes.

13:36:33  13   Q.  So while you had loans of 1.3 billion, the

13:36:38  14   company at this time had assets of about 1.5 billion,

13:36:52  15   correct?

13:36:52  16   A.  Yes.

13:36:53  17   Q.  And so as an accountant, if you could sell that

13:36:56  18   inventory for that value, you could repay those loans,

13:37:01  19   correct?

13:37:07  20   A.  Yes.

13:37:08  21            MR. RUYAK:  Thank you.  That's all I have.

13:37:10  22            THE COURT:  Thank you.

13:37:16  23            Counsel.

13:37:19  24            MS. POTASHNER:  Thank you, Your Honor.

13:37:32  25                    **CROSS-EXAMINATION**

13:37:36   1   BY MS. POTASHNER:

13:37:36   2       Q.   Mr. Li, you started working for Perfectus in

13:37:41   3   2009; is that correct?

13:37:43   4       A.   Yes.

13:37:44   5       Q.   And so as a baseline, you never worked for 1001

13:37:53   6   Doubleday LLC, right?

13:38:01   7       A.   Correct.

13:38:01   8       Q.   And you never worked for 10681 Production Avenue

13:38:08   9   LLC;; is that right?

13:38:17  10       A.   Correct, no.

13:38:18  11       Q.   And you never worked for Scuderia Development

13:38:22  12   LLC?

13:38:27  13       A.   Correct.

13:38:28  14       Q.   And you never worked for Von Karman-Main Street

13:38:32  15   LLC;; is that right?

13:38:39  16       A.   No.

13:38:40  17       Q.   But you did work for Perfectus for a substantial

13:38:44  18   period of time, right?

13:38:49  19       A.   Yes.

13:38:50  20       Q.   Starting in 2009, all the way until 2016, with a

13:38:56  21   one-year break, right?

13:38:59  22       A.   Yes.

13:39:01  23       Q.   And you worked for that company in the capacity

13:39:07  24   of a CPA at first?

13:39:14  25       A.   In the beginning, I was an accountant, accounting

13:39:21  1    manager.

13:39:22  2        Q.   Okay.  And then you were promoted.

13:39:30  3        A.   In 2014, I was promoted to CPA -- CEO.  But I was

13:39:39  4    doing the job duties as a general manager.  Actually, I

13:39:50  5    was a general manager, because Secretary of State says

13:40:00  6    someone else was the CEO.

13:40:02  7        Q.   Okay.  And for the years that you were working

13:40:06  8    for Perfectus, it was important to you to keep

13:40:11  9    meticulous records, right?

13:40:24  10       A.   Yes.

13:40:24  11       Q.   And, in fact, the Government showed us some

13:40:27  12   documents where there were reconciliations to make sure

13:40:30  13   that every dollar and cent was properly accounted for.

13:40:46  14       A.   Yes.

13:40:46  15       Q.   And that was important to you?

13:40:51  16       A.   Yes.

13:40:51  17       Q.   You view yourself as a professional.

13:41:00  18       A.   Yes.  For accounting.

13:41:02  19       Q.   And you conduct yourself in a professional way.

13:41:16  20       A.   Yes.

13:41:17  21       Q.   And it was important for you to work for a

13:41:19  22   professional business, right?

13:41:21  23       A.   Yes.

13:41:22  24       Q.   And that was important to you in 2009?

13:41:27  25       A.   Yes.

13:41:30  1      Q.   2010?

13:41:35  2      A.   Yes.

13:41:36  3      Q.   2011?

13:41:38  4      A.   No.

13:41:41  5      Q.   It was no longer important to you to be in a

13:41:47  6  professional environment in 2011?

13:41:54  7      A.   Correct.

13:41:55  8      Q.   You stopped wanting to be in a professional

13:42:00  9  environment.

         10           THE INTERPRETER: I'm sorry?

         11           MS. POTASHNER:   I think there might be a

         12  translation problem here.

13:42:02 13  BY MS. POTASHNER:

13:42:02 14      Q.   Did you continue to conduct yourself in a

13:42:07 15  professional way in 2011?

13:42:20 16      A.   I was still conducting it in a professional

13:42:25 17  manner, but I thought the company was hopeless.

13:42:28 18      Q.   You thought the company was hopeless?

13:42:31 19      A.   Correct.

13:42:31 20      Q.   Because sales had fallen -- had fallen down,

13:42:36 21  right, or fallen off?

13:42:49 22      A.   Because the antidumping policy came out.

13:42:53 23      Q.   And that caused the company you were working for

13:42:56 24  to no longer be permitted to import extrusions, right?

13:43:07 25      A.   Correct.

13:43:07  1      Q.  And so your company had to change direction in

13:43:10  2  2011, right?

13:43:20  3      A.  I think it was like that.

13:43:22  4      Q.  So your company started importing pallets in

13:43:30  5  2011.

13:43:31  6      A.  Yes.

13:43:32  7      Q.  Because your company viewed those pallets as not

13:43:36  8  being subject to the same duties.

13:43:43  9              MS. POWELL:  Objection.  Foundation.  Calls

13:43:45  10  for speculation.

        11  BY MS. POTASHNER:

13:43:48  12      Q.  If you know.

13:43:48  13              THE COURT:  Overruled.

13:43:50  14              THE WITNESS:  Yes.  Based on what I know.

13:43:55  15  Yes.

        16  BY MS. POTASHNER:

13:43:56  17      Q.  That your company viewed the pallets not to be

13:43:58  18  subject to the antidumping countervailing duty, correct?

13:44:21  19      A.  I think that's how they thought of it.  At that

13:44:26  20  time, I was still the accounting manager.  I was not in

13:44:30  21  charge of sales and import.

13:44:33  22      Q.  But that was your understanding?

13:44:36  23      A.  Yes.

13:44:37  24      Q.  Based on conversations at the office.

13:44:43  25              MR. HSIEH:  Objection.  Hearsay.

13:44:45  1    Speculation.

13:44:46  2                    THE COURT:  Overruled.

13:44:47  3                    THE WITNESS:  Yes.

13:44:50  4                    MS. POTASHNER:  I'm sorry, the answer was?

13:44:51  5                    THE INTERPRETER:  Yes.

13:44:52  6    BY MS. POTASHNER:

13:44:52  7        Q.  Now, when your company pivoted to trying to sell

13:44:59  8    the pallets and extrusions, that was around the same

13:45:06  9    time that you were put in charge?

13:45:18  10       A.  No.  I left already.  I left the company in 2012.

13:45:22  11       Q.  Okay.  And then when you came back -- I'm sorry,

13:45:25  12   I got my dates confused.  When you came back, you knew

13:45:29  13   that it was a big priority for Perfectus to try to sell

13:45:32  14   both pallets and the extrusions that they had in

13:45:38  15   inventory, right?

13:45:47  16       A.  I'm not sure.  I just saw there was a sales

13:45:57  17   commission policy.  I didn't see anything being sold.

13:46:03  18       Q.  Okay.  But when -- you talked about a meeting

13:46:06  19   that happened with Zhongtian Liu, right?

13:46:16  20       A.  Yes.

13:46:17  21       Q.  And at that meeting, he told you and everyone

13:46:19  22   there, that that was a big priority of Perfectus, right?

13:46:22  23       A.  Yes.

13:46:24  24       Q.  And he instructed Perfectus to increase the sales

13:46:26  25   force, right?

13:46:30  1    A.   Yes.

13:46:30  2    Q.   With the intention of trying to sell as many

13:46:35  3    pallets as possible, right?

13:46:43  4    A.   He didn't mention any specific product.

13:46:47  5    Q.   Okay.  All the products in the inventory.

13:46:50  6    A.   I'm not sure either.

13:46:54  7    Q.   Well, Perfectus was in the market or in the

13:46:57  8    business of selling -- well, let me back up.

13:47:02  9         In terms of inventory -- we are talking about

13:47:04 10    inventory -- you said that Perfectus had extrusions in

13:47:09 11    its inventory, correct?

13:47:12 12    A.   Yes.

13:47:12 13    Q.   And pallets?

13:47:14 14    A.   Yes.

13:47:18 15    Q.   Now, putting you to the time period where this

13:47:21 16    meeting occurred, okay.  When was that meeting?

13:47:30 17    A.   November 2014.

13:47:32 18    Q.   Okay.  And at that time, Perfectus had extrusions

13:47:38 19    in its inventory?

13:47:46 20    A.   A lot.

13:47:48 21    Q.   And?

13:47:48 22    A.   Customized.  Customized.

13:47:52 23    Q.   And also had pallets in its inventory.

13:47:57 24    A.   Yes, a lot of pallets.

13:47:59 25    Q.   And at that meeting, Zhongtian Liu said, I want

13:48:06  1   us to focus on selling, right?

13:48:08  2       A.   Yes.

13:48:23  3            MS. POTASHNER:   If I may have one moment,

13:48:25  4   Your Honor.

13:48:51  5            Thank you.  No further questions.

13:48:54  6            THE COURT:  Thank you.

13:48:54  7            Any redirect?

13:48:56  8            MR. HSIEH:  Yes, Your Honor.

13:49:01  9                   **REDIRECT EXAMINATION**

13:49:13  10  BY MR. HSIEH:

13:49:39  11      Q.   Now, Mr. Li, Mr. Ruyak asked you on

13:49:42  12  cross-examination, whether outgoing wires were used to

13:49:47  13  pay for pallets.  Was a single pallet sold during your

13:49:52  14  time at Perfectus?

13:49:53  15      A.   Invoice -- the outgoing wire was to pay either

13:50:25  16  aluminum extrusion or pallets, based on the invoice.

13:50:33  17  Based on what I know, not a single pallet was sold.

13:50:40  18      Q.   Now, Mr. Ruyak also asked you a question or two

13:50:46  19  about China Zhongwang's relationship with others.

13:50:52  20           I'd like to pull up what has been previously

13:50:54  21  admitted as Government's Exhibit 358, page 4.  Excuse

13:51:39  22  me, page 3. And I think Mr. Ruyak had asked you about

13:51:43  23  Steven Fung as well.

13:51:58  24           Can you read the highlighted portion, please.

13:52:12  25      A.   "China Zhongwang Investment (HK) Limited, a

13:52:21 1    subsidiary of China Zhongwang Holdings Limited."

13:52:23 2        Q.   And Mr. Ruyak asked you whether you had specific

13:52:27 3    discussions with Zhongtian Liu about pallets.

13:52:38 4        A.   No.

13:52:39 5        Q.   Prior to being CEO, who did you report to?

13:52:45 6        A.   Before, it was through Johnson Shao.

13:52:48 7        Q.   Who did you understand Johnson Shao reported to?

13:52:57 8        A.   To Zhongtian Liu.

13:53:03 9        Q.   After you were made CEO, did you report to Zuo

13:53:10 10   Peng Lui?

         11       A.   Yes.

13:53:19 12       Q.   And who did you understand Zuo Peng Liu reported

13:53:22 13   to?

13:53:25 14       A.   His father, Zhongtian Liu.

13:53:40 15       Q.   Now, Ms. Potashner asked you a few questions

13:53:45 16   regarding whether you worked for any of her clients in

13:53:51 17   particular, including the entities I believe shown on

13:53:57 18   page 1 of Government's Exhibit 37, which is visible to

13:54:02 19   the witness and the jury.

13:54:05 20       A.   I have not.  Many of the company was the first

13:54:09 21   time I hear about their name.

13:54:13 22       Q.   But you visited different warehouses; is that

13:54:17 23   right, Mr. Li?

13:54:20 24       A.   Yes.

13:54:20 25       Q.   And you testified on direct how you saw aluminum

13:54:24  1   extrusions and pallets in different warehouses;; is that

2   right?

13:54:30  3       A.  Yes.

13:54:31  4       Q.  I'm now pulling up Government's Exhibit 411,

13:54:35  5   which I believe Mr. Ruyak or Potashner showed you.  I

13:54:57  6   believe he showed you this middle portion regarding

13:55:00  7   inventory balance.  Was this the inventory totaling

13:55:12  8   1.4 billion or more that was stored in the warehouses?

13:55:25  9           MS. POTASHNER:  Objection.  Lack of

13:55:26  10  foundation.

13:55:27  11          THE COURT:  Sustained.

13:55:28  12          THE WITNESS:  Yes, on that day.

13:55:29  13          THE COURT:  Sustained.

13:55:30  14          Next question.

13:55:34  15          MS. POTASHNER:  Motion to strike the answer,

13:55:37  16  Your Honor.

13:55:37  17          THE COURT:  It will be stricken.

18  BY MR. HSIEH:

13:55:44  19      Q.  Rephrasing, does this total balance reflect the

13:55:48  20  value of the inventory that Perfectus had on a given

13:55:56  21  day?

13:56:05  22      A.  On that day, July 18.

13:56:13  23      Q.  I'm bringing up Government's Exhibit 401.

13:56:18  24          As accounting manager and later CEO, I believe

13:56:22  25  you testified on direct that you had access to various

13:56:26    1    bank accounts, including the ten listed on Government's

13:56:31    2    Exhibit 401;; is that right?

          3         A.  Yes.

13:56:33    4            MS. POTASHNER:  Objection.  Outside the

13:56:34    5    scope of cross.

13:56:35    6            THE COURT:  Sustained.

          7    BY MR. HSIEH:

13:56:38    8         Q.  Now, Mr. Li, I believe Ms. Potashner asked you

13:56:42    9    about AD/CVD orders.  Was your expertise in accounting?

13:56:58   10         A.  My major was accounting.

13:57:01   11         Q.  Were you an expert in commerce for AD/CVD duties?

13:57:16   12         A.  No, I was not.

13:57:19   13            MR. HSIEH:  No further questions.

13:57:21   14            THE COURT:  Redirect.  Recross, I'm sorry.

          15            MR. RUYAK:  Just one clarification.

13:57:26   16                   **RECROSS-EXAMINATION**

13:57:26   17    BY MR. RUYAK:

13:57:32   18         Q.  Mr. Li, just so that we're clear, because I think

13:57:35   19    it might be a little confusing here on purchasing

13:57:39   20    pallets.  When you looked at the inventory on a given

13:57:43   21    day, it is true that all that inventory, including the

13:57:48   22    pallets and extrusions, were products that were

13:57:50   23    purchased by Perfectus from the suppliers like China

13:57:56   24    Zhongwang, correct?

13:57:58   25            They were bought and paid for, correct?

13:58:01  1      A.  Yes.  But not paid off.

13:58:07  2      Q.  So when the Government is talking about -- you

13:58:10  3  were talking about -- they were talking about the

13:58:11  4  customers that Perfectus may have, but the products that

13:58:13  5  were in inventory were purchased by Perfectus, correct?

13:58:19  6      A.  Yes.

13:58:21  7              MR. RUYAK:  Thank you.

13:58:22  8              THE COURT:  Counsel, any further recross?

13:58:25  9              MS. POTASHNER:  No, thank you.

13:58:28  10              MR. HSIEH:  Nothing further for this

13:58:29  11  witness, Your Honor.

13:58:31  12              THE COURT:  Okay.  You may step down.

13:58:31  13              May this witness be excused, Counsel?

13:58:35  14              MS. KUMAR:  Yes, Your Honor.

13:58:36  15              MS. POTASHNER:  Yes, Your Honor.  Thank you.

13:58:41  16              THE COURT:  Thank you for coming in.  You

13:58:45  17  are free to go now.

13:58:47  18              THE INTERPRETER:  Mr. Li wants to know if he

13:58:52  19  can go.

13:58:52  20              THE COURT:  I just told him.  Thank you for

13:58:55  21  coming.  You are free to go.

13:59:27  22              MR. BERNSTEIN:  Your Honor, the Government

13:59:28  23  calls Kim Nguyen.

14:01:14  24              THE CLERK:  Good afternoon.  Right here to

14:01:17  25  be sworn, please.

14:01:21   1              Can you please raise your right hand.

14:01:27   2              Do you solemnly swear the testimony you're

3    about to give in the matter now before the Court, shall

4    be the truth, the whole truth and nothing but the truth,

5    so help you God?

6              THE WITNESS:  I do.

7              THE CLERK:  Thank you.  Please be seated.

8              Would you please state and spell your full

14:01:51   9    name for the record.

14:01:51  10              THE WITNESS:  Kim Nguyen.  Last name,

14:02:04  11    N-G-U-Y-E-N.

14:02:04  12              THE COURT:  Okay. Counsel, you may inquire.

14:02:07  13              MR. BERNSTEIN:  Thank you, Your Honor.

14:02:07  14                    **<u>DIRECT EXAMINATION</u>**

14:02:07  15    BY MR. BERNSTEIN:

14:02:08  16     Q.  Good afternoon, Ms. Nguyen.

14:02:10  17     A.  Good afternoon.

14:02:11  18     Q.  What do you do?

14:02:12  19     A.  I'm sorry?

14:02:13  20     Q.  What do you do for work?

14:02:17  21     A.  I work for an aluminum distributor in Las Vegas.

14:02:21  22     Q.  And going back to 1992, is that when you

14:02:28  23    graduated from college?

14:02:30  24     A.  Yes.

14:02:30  25     Q.  And after graduating from college, did you get

14:02:33  1   into the aluminum industry?

14:02:35  2        A.   Yes.

14:02:35  3        Q.   I want to turn your attention to 2005.  That

14:02:38  4   year, did you start working at a company called

14:02:41  5   Pengcheng Aluminum?

14:02:42  6        A.   That is correct.

14:02:42  7        Q.   And when did you leave Pengcheng Aluminum?

14:02:45  8        A.   2016.

14:02:49  9        Q.   And at some point, did Pengcheng Aluminum start

14:02:52  10  going by a different name?

14:02:54  11       A.   Yes.  Many.

14:02:57  12       Q.   Around 2014, did it merge with another company or

14:03:01  13  start going by a different name?

14:03:04  14       A.   Yes.

14:03:04  15       Q.   What name was that?

14:03:05  16       A.   Perfectus aluminum.

14:03:06  17       Q.   So if I say PCA/Perfectus or just Perfectus, you

14:03:12  18  will know what I'm talking about?

14:03:14  19       A.   Correct.

14:03:14  20       Q.   Your position that you got hired into at PCA in

14:03:19  21  2005, what was it?

14:03:23  22       A.   Regional sales manager.

14:03:25  23       Q.   Did you ever get promoted?

14:03:28  24       A.   Yes.

14:03:28  25       Q.   When did you get promoted and what to?

14:03:34  1     A.   Well, I was an area manager, and I was

14:03:38  2  promoted -- I would say three years later.

14:03:41  3     Q.   So 2008?  And your entire time between 2005 and

14:03:47  4  2016, when you left the company, were you in sales that

14:03:52  5  whole time?

14:03:53  6     A.   Yes.

14:03:54  7     Q.   Why did you leave at that point Perfectus?

14:03:57  8     A.   The company had dissolved.

14:04:05  9     Q.   So you were laid off?

14:04:08  10    A.   Correct.

14:04:08  11    Q.   Starting around 2009, who was the -- from your

14:04:13  12 memory, the manager of Perfectus or Pengcheng Aluminum

14:04:16  13 at that time?

14:04:16  14    A.   What year?

14:04:16  15    Q.   2009.

14:04:18  16    A.   2009.  Mr. Yee.

14:04:22  17    Q.   And at any point, did Johnson Shao, to your

14:04:26  18 memory, become the manager of Pengcheng Aluminum?

14:04:30  19    A.   Yes, but I don't recall what year.

14:04:32  20    Q.   The entire time you stayed at Pengcheng Aluminum,

14:04:35  21 was Johnson Shao the manager?

14:04:39  22    A.   No.  There was many.

14:04:41  23    Q.   Who followed Johnson Shao?

14:04:44  24    A.   Mark Li, and then Charles Poke after that.

14:04:49  25    Q.   Have you met a man named Zhongtian Liu before?

14:04:54   1      A.   Yes.

14:04:55   2      Q.   What was your understanding of Zhongtian Liu's

14:04:58   3   relationship to Pengcheng Aluminum, slash, Perfectus?

14:05:02   4      A.   Mr. Liu is the chairman of CZW.   And he is the

14:05:12   5   owner of the company.

14:05:13   6      Q.   When you say that company, which company are you

14:05:16   7   referring to?

14:05:16   8      A.   CZW.

14:05:18   9      Q.   Were you ever at a meeting with Mr. Liu?

14:05:21   10      A.   Yes.   Many.

14:05:23   11      Q.   And were these meetings attended by other senior

14:05:27   12   officials at Pengcheng Aluminum/Perfectus, like Johnson

14:05:31   13   Shao and Mark Li?

14:05:33   14      A.   Yes.   Yes, the rest of the sales rep.

14:05:38   15      Q.   And who sat at the head of the table during these

14:05:42   16   meetings?

14:05:43   17      A.   Mr. Liu.

14:05:44   18      Q.   How did Johnson Shao and Mark Li treat Zhongtian

14:05:49   19   Liu?

14:05:49   20      A.   Very respectful.

14:05:51   21      Q.   Were there times where you had proposals that you

14:05:54   22   conveyed to Johnson Shao, and Mr. Shao said he needed

14:06:06   23   permission to grant those requests?

14:06:08   24      A.   Yes.

14:06:08   25      Q.   Who did Mr. Shao say needed to sign off on the

14:06:14   1   requests you were making?

14:06:14   2       A.   He has to e-mail Mr. Liu or call him to get

14:06:18   3   permission.

14:06:18   4       Q.   Was it the same thing for Mark Li?

14:06:20   5       A.   Yes.

14:06:21   6       Q.   I want to turn your attention now to 2011.  Are

14:06:25   7   you familiar with the -- not in detail, but with the

14:06:27   8   antidumping and countervailing duties that were put on

14:06:36   9   CZW's aluminum extrusions that year?

14:06:40  10       A.   Yes.

14:06:40  11       Q.   Without getting into the details right now of the

14:06:44  12   duties, did that affect drastically business at PCA/

14:06:50  13   Perfectus?

14:06:52  14       A.   Yes, absolutely.  I'm in sales, so --

14:06:56  15       Q.   So I want to talk about the time before 2011 and

14:07:04  16   the antidumping countervailing duties and then after.

14:07:10  17   Before the antidumping and countervailing duties were

14:07:13  18   imposed -- say from 2009 to 2011, what -- or let's start

14:07:26  19   in 2009.  You were in sales?

14:07:29  20       A.   Yes.

14:07:29  21       Q.   In those years, generally before the imposition

14:07:34  22   of the duties, what kind of sales were you doing every

14:07:39  23   year?  What kind of revenue were you personally bringing

14:07:42  24   in?

14:07:43  25       A.   Well, in the beginning, I had to develop the

14:07:45  1   accounts myself.  So I started basically from zero up to

14:07:48  2   $10 million in my best year in 2011.

14:07:51  3       Q.   So your best year, it was $10 million?

14:07:56  4       A.   Yes.

14:07:56  5       Q.   And what were you selling?

14:08:00  6       A.   Aluminum extrusions.

14:08:00  7       Q.   The sales department in total, not just you, but

14:08:07  8   you and your colleagues, do you know what the total

14:08:11  9   revenue around that time was for Pengcheng Aluminum?

14:08:16  10      A.   I would -- I estimate in the high 30s or 40s.

14:08:25  11      Q.   When you say 30s or 40s, what do you mean?

14:08:29  12      A.   Million dollars.

14:08:32  13      Q.   How many customers do you think you had?

14:08:36  14      A.   I would say average 50.  50 -- yes.

14:08:41  15      Q.   And what kind of customers, before the

14:08:44  16  antidumping and countervailing duties, were you selling

14:08:48  17  aluminum extrusions to?

14:08:49  18      A.   Manufacturer, distributors.

14:08:53  19      Q.   And where was Pengcheng Aluminum getting the

14:09:00  20  aluminum extrusions that you were selling?

14:09:04  21      A.   CZW.

14:09:07  22      Q.   Is that an acronym for China Zhongwang?

14:09:11  23      A.   Yes.

14:09:19  24      Q.   So after the imposition of the antidumping and

14:09:25  25  countervailing duties, did Pengcheng Aluminum start

14:09:30   1   getting a different product from CZW?

14:09:33   2        A.   Yes.

14:09:33   3        Q.   What product was that?

14:09:35   4        A.   Aluminum pallets.

14:09:38   5        Q.   After Pengcheng Aluminum, after the AD/CVD orders

14:09:50   6   were imposed, did you attempt to sell those aluminum

14:09:55   7   pallets?

14:09:55   8        A.   Yes, of course.  I have to make a living.

14:09:58   9        Q.   And where was Pengcheng Aluminum getting those

14:10:03  10   aluminum pallets?

14:10:04  11        A.   China.

14:10:05  12        Q.   Where in China?

14:10:07  13        A.   Basically CZW.

14:10:11  14        Q.   To your knowledge, was Pengcheng Aluminum/

14:10:15  15   Perfectus getting aluminum pallets from anyone -- any

14:10:21  16   company besides China Zhongwang?

14:10:23  17        A.   No.

14:10:25  18        Q.   Was that the case between 2011 and 2016, that

14:10:30  19   Pengcheng Aluminum got pallets from CZW?

14:10:35  20        A.   Yes.

14:10:36  21        Q.   And in that entire time, from 2011 to 2016, were

14:10:40  22   you able to personally sell a single aluminum pallet

14:10:43  23   from CZW?

14:10:47  24        A.   Zero.

14:10:48  25        Q.   After the imposition of the antidumping and

14:10:51  1   countervailing duties, how many customers did you

14:10:53  2   typically have at any given time?

14:10:56  3       A.   Zero.

14:10:57  4       Q.   During that time, at least for the first few

14:11:05  5   years after 2011, did PCA nonetheless continue importing

14:11:13  6   aluminum pallets from CZW?

14:11:16  7       A.   Yes.

14:11:17  8       Q.   Did you have a sort of contact people at CZW that

14:11:22  9   you would talk to?

14:11:24  10      A.   Yes.  Several.

14:11:26  11      Q.   Who were they?

14:11:26  12      A.   There is Kitty Tong.  There is Cam Ling, and the

14:11:34  13  -- another person that's in charge of the vinyl

14:11:39  14  extrusions.

14:11:39  15      Q.   Where did they work?

14:11:40  16      A.   At CZW.

14:11:43  17      Q.   And regardless of -- regardless of the year

14:11:49  18  between 2011 and '16, when the aluminum pallets were

14:11:53  19  coming in, if you had a question about the imported

14:11:57  20  product, would you nonetheless talk to the CZW

14:12:03  21  employees?

14:12:03  22      A.   Yes.

14:12:04  23      Q.   Could you describe what the aluminum pallets

14:12:06  24  looked look from your observations.

14:12:09  25      A.   They were basically extruded aluminum they cut to

14:12:14   1   size and they welded together to make it into a pallet,

14:12:18   2   and then no finish.

14:12:24   3       Q.   What were some of the problems you had when you

14:12:26   4   were trying to sell these products?

14:12:27   5       A.   They were too heavy and basically, the pricing is

14:12:31   6   not competitive.   And, in fact, I even talked to Johnson

14:12:34   7   and mentioned that, why would you bring all this in when

14:12:42   8   we can't sell.   You should just talk to us first, and as

14:12:45   9   far as doing all the research and development first,

14:12:51  10   before getting into something wasteful.

14:12:52  11       Q.   And when you raised these concerns with Johnson

14:12:54  12   Shao, did he give you response?

14:12:55  13               MS. POTASHNER:   Objection.   Hearsay.

14:12:56  14               THE COURT:   Overruled.

14:12:57  15               THE WITNESS:   He said basically, he is not

14:13:00  16   in charge of making that decision and it was made in

14:13:03  17   China.

14:13:03  18   BY MR. BERNSTEIN:

14:13:04  19       Q.   And who did he say, if anyone, was in charge of

14:13:06  20   making that decision?

14:13:07  21       A.   I would say Mr. Liu.

14:13:10  22       Q.   I'm going to show you --

14:13:12  23               MR. BERNSTEIN: Just the witness, Your Honor.

14:13:15  24   Exhibit 224.

14:13:30  25               THE COURT:   Go ahead.

1    BY MR. BERNSTEIN:

14:13:32   2        Q.  I'm sorry.  324.

14:13:38   3            Ms. Nguyen, do you recognize this e-mail?

14:13:39   4        A.  Yes.

14:13:40   5        Q.  Who's this e-mail from and to?

14:13:43   6        A.  From me to Johnson.

14:13:44   7        Q.  What was the date of it?

14:13:45   8        A.  July 19th, 2012.

14:13:48   9        Q.  And that's from your PCA e-mail address to

14:13:52  10    Johnson's?

14:13:53  11        A.  That's correct.

14:13:55  12            MR. BERNSTEIN:  Your Honor, the Government

14:13:56  13    moves to admit Exhibit 324.

14:14:00  14            THE COURT:  It will be received.

14:14:01  15            (Exhibit 324 is received.)

14:14:02  16    BY MR. BERNSTEIN:

14:14:02  17        Q.  Okay.  In the subject line of this e-mail, what

14:14:05  18    are you trying to communicate to Mr. Shao?

14:14:08  19        A.  Basically, I was telling him that the plastic

14:14:14  20    pallets, the pricing is basically $18.75, and I can't

14:14:19  21    compete that with aluminum pallets.  It is too high.

14:14:22  22        Q.  Are you forwarding some information to Johnson

14:14:25  23    Shao in this e-mail?

14:14:26  24        A.  Yes.  Because I -- I wanted to let him know that

14:14:30  25    I'm still working hard trying to sell these pallets and

14:14:34  1   I don't want him to fire me because I'm not working.

14:14:37  2      Q.  The information about these plastic pallets,

14:14:41  3   where did you find this information?

14:14:44  4      A.  Research.

14:14:45  5      Q.  And the pricing of the plastic pallets in the

14:14:49  6   information you forward to Johnson Shao, what was it?

14:14:52  7      A.  $18.75.

14:14:54  8      Q.  And if we go down to page 2, we see the weight of

14:15:06  9   the pallets?

14:15:07  10     A.  Yes.  18.6 pounds.

14:15:12  11     Q.  Okay.  I don't think -- you said you didn't sell

14:15:40  12  any pallets and you typically didn't have customers

14:15:43  13  versus the 10 million you were making a year yourself or

14:15:47  14  the revenue you were doing before the duties, after the

14:15:51  15  duties were imposed, what did your sales look like on an

14:15:54  16  annual basis?

14:15:56  17             MR. RUYAK:  Objection, Your Honor.  I didn't

14:15:59  18  even understand that question.

14:15:59  19             THE COURT:  Yeah.  Why don't you just do it

14:16:01  20  again.  It was compound.

          21  BY MR. BERNSTEIN:

          22     Q.  If you can remember, in a given year, after the

          23  duties were imposed, after the pallets started coming

          24  in, what did your typical annual sales look like, for

          25  you personally?

14:16:18   1        A.   I'm sorry, can you repeat that.

14:16:20   2        Q.   The typical revenue that you brought in yourself

14:16:22   3   after the duties were imposed?

14:16:25   4        A.   It was very limited, because the only inventory I

14:16:28   5   could sell was the material that was left on the floor.

14:16:32   6   So we have a depot stock.  And it's standard items that

14:16:37   7   we can sell to distributors.  So it's very limited.

14:16:42   8   Maybe couple of hundred thousand, that's about it.

14:16:45   9        Q.   And that material, was it pallets or extrusions

14:16:47  10   or something else?

14:16:48  11        A.   It was extruded.  We had several million pounds,

14:16:55  12   probably three or four million pounds of it, where we

14:16:57  13   brought in for standard shape we sell to distributors

14:17:04  14   like medicine or close aluminum, standard shape.

14:17:09  15        Q.   Would you describe yourself as busy --

14:17:11  16        A.   Oh, no.

14:17:13  17        Q.   I'm sorry.  Just let me finish the question.

14:17:15  18             -- after the imposition of the antidumping and

14:17:19  19   countervailing duties in 2011, would you describe

14:17:23  20   yourself as busy?

14:17:23  21        A.   No.

14:17:24  22        Q.   Did there ever come a time when you were told not

14:17:30  23   to sell the pallets?

14:17:36  24        A.   There was no point, because pricing was too high,

14:17:38  25   and it is too big and too heavy and there was no point

14:17:43    1    to sell anymore after I try.

14:17:46    2        Q.  And how long did you try to sell the pallets

14:17:49    3    before you gave up and concluded there was no point?

14:17:53    4        A.  I would say after few months, where we did the

14:17:57    5    research and then gathered all the information, do the

14:18:01    6    research and figure out what our pallet capacity and the

14:18:06    7    weight, and then research the competitor and do the

14:18:10    8    PowerPoint presentation.  So when we presented to the

14:18:15    9    clients and the clients just say no.  They are not

14:18:18    10   interested.  That's too high.

14:18:21    11       Q.  Okay.  I want to just ask you a few more

14:18:27    12   questions.

14:18:31    13           Were there ever other companies that Pengcheng

14:18:35    14   Aluminum or Perfectus paid for aluminum pallets that

14:18:38    15   China Zhongwang manufactured?

14:18:46    16       A.  There were other companies too.

14:18:47    17       Q.  And do you remember the names of any of the

14:18:50    18   companies that PCA paid for pallets that CZW

14:18:54    19   manufactured?

14:18:55    20       A.  Well, yes.  They actually brought in other

14:18:57    21   aluminum extrusions before 2011, to other entities as

14:19:01    22   well. Because the reason I know is where my commission

14:19:04    23   check come from.

14:19:05    24       Q.  Okay.  So you are talking about the imports.  But

14:19:10    25   I'm talking about when Pengcheng Aluminum was paying for

14:19:14   1   CZW's aluminum, were there sometimes other companies

14:19:18   2   that it paid instead of CZW?

14:19:21   3       A.   Yes.

14:19:21   4       Q.   Do you remember the name of any of those

14:19:23   5   companies?

14:19:24   6       A.   There is Century aluminum, there is Dragon,

14:19:30   7   Dalian, Dalian something.   There are others.   Many.   I

14:19:40   8   don't recall.

14:19:42   9       Q.   Did you have customer service contacts at those

14:19:45  10   companies, or were your customer service contacts only

14:19:49  11   at CZW?

14:19:55  12       A.   I'm not sure, but I know I have seen paperwork of

14:20:00  13   other companies when I'm in the office.

14:20:02  14       Q.   Are you familiar with the company called Aluminum

14:20:05  15   Shapes?

14:20:05  16       A.   Yes.

14:20:05  17       Q.   What was the relationship between Aluminum Shapes

14:20:09  18   and Pengcheng Aluminum, if you know?

14:20:12  19       A.   To me, it's our sister company.

14:20:15  20       Q.   I want to show you -- just the witness --

14:20:20  21   Exhibit 376.

14:20:30  22           And I'm going to go down to the second page,

14:20:39  23   Ms. Nguyen.   Do you recognize this e-mail?

14:20:41  24       A.   Yes, I do.   Yes, I do.

14:20:43  25       Q.   Who is this e-mail from?

14:20:45   1        A.   October 16, 2014.

14:20:48   2        Q.   So that is the date, but who is it from?

14:20:51   3        A.   Yes.

14:20:51   4        Q.   Who's the e-mail from Ms. Nguyen?

14:20:55   5        A.   From me.

14:20:55   6        Q.   And who did you write this e-mail to?

14:20:59   7        A.   I wrote to Rick, John.  Janet Taylor was my

14:21:07   8   inside customer service at aluminum Shapes.  And Rick is

14:21:10   9   the kind of like operation guy.

14:21:12  10        Q.   Okay.

14:21:14  11             MR. BERNSTEIN:  Your Honor, the Government

14:21:14  12   moves to admit Exhibit 376.

14:21:18  13             THE COURT:  It will be received.

14:21:19  14             (Exhibit 376 is received.)

          15   BY MR. BERNSTEIN:

14:21:20  16        Q.   All right.  And the second sentence that I

14:21:22  17   highlighted, you don't have to read it word for word,

14:21:25  18   but what are you communicating in this sentence?

14:21:28  19        A.   Basically, after a couple years of antidumping

14:21:31  20   and when we discovered that aluminum Shapes -- Mr. Liu

14:21:39  21   bought aluminum Shapes, and I was ecstatic, so I sent

14:21:41  22   this e-mail out to them, to say that we all work for

14:21:44  23   Mr. Liu and PA, slash, PCA is Shapes' sister company, on

14:21:51  24   our sales meeting.  So we talk about that.

14:21:54  25        Q.   Okay.  Are you familiar with someone named Z.P.

14:21:59    1    Liu or Zuo Peng Liu?

14:22:00    2        A.   Yes.

14:22:01    3        Q.   Who is that?

14:22:02    4        A.   That is the son of Mr. Liu.

14:22:04    5        Q.   And Mr. Liu, do you mean Zhongtian?

14:22:06    6        A.   Yes.

14:22:07    7        Q.   What role, if any, did Zuo Peng, Z.P. Liu have at

14:22:15    8    Pengcheng Aluminum?

14:22:16    9        A.   Not much.

14:22:17   10        Q.   You say not much.  Did he have any role at

14:22:23   11    Pengcheng Aluminum?

14:22:23   12        A.   No.

14:22:24   13        Q.   Have you ever been in a meeting with Z.P. Liu?

14:22:29   14        A.   Yes.  At Aluminum Shapes and at Perfectus

14:22:34   15    aluminum.

14:22:34   16        Q.   And do you remember when these meetings were?

14:22:40   17        A.   I would say around 2016.

14:22:43   18        Q.   What did you understand to be the reason for his

14:22:46   19    presence at the meetings?

14:22:47   20        A.   That he is in charge.

14:22:50   21        Q.   Based on your observations, did Zuo Peng seem to

14:22:56   22    know a lot of Pengcheng Aluminum?

14:22:59   23        A.   Yes, he does.

14:23:00   24        Q.   Last topic here.  Are you familiar with something

14:23:03   25    called Global Vietnam aluminum?

14:23:07   1      A.   Yes.

14:23:07   2      Q.   Have you ever been to Global Vietnam aluminum?

14:23:12   3      A.   Yes.

14:23:13   4      Q.   Was it while you were working at PCA/Perfectus?

14:23:17   5      A.   Yes.

14:23:17   6      Q.   And if you can remember this far back, do you

14:23:21   7   remember approximately what year or how long you went to

14:23:26   8   GVA before you left Perfectus?

14:23:30   9      A.   I don't recall the exact date.  But I remember

14:23:32   10   the trip very well because I'm Vietnamese, I never been

14:23:37   11   back to Vietnam.  So it was my first time.  Very

14:23:41   12   excited.  So I was --  we flew there, at Ho Chi Min and

14:23:45   13   stay at the really nice hotel.  And we got to see the

14:23:49   14   plant.  Because we were so excited to be able to be the

14:23:52   15   one to provide the input, what we actually need for our

14:23:55   16   capabilities.

14:23:56   17              THE COURT:  Let me cut you off, because you

14:23:58   18   are going into -- it has to be question and answer.

14:24:04   19              THE WITNESS:  Okay.

14:24:05   20   BY MR. BERNSTEIN:

14:24:05   21      Q.   The trip to Global Vietnam aluminum, who did you

14:24:10   22   go with?

14:24:10   23      A.   Mark Li, David Pimental.  Let's see.  There was a

14:24:21   24   couple more other people.  Another sales rep, Bill

14:24:31   25   Riley.  Mr. Liu was there too.  And the guy that's in

14:24:34   1   charge of Scuderia, he was there too.

14:24:38   2       Q.   Is that Scuderia?

14:24:42   3       A.   I'm sorry?

14:24:44   4       Q.   Did you say Scuderia?

14:24:46   5       A.   Scuderia.

14:24:50   6       Q.   Okay.

14:24:50   7       A.   Eric Shen, that's his name.

14:24:53   8       Q.   And briefly, what was the purpose of the trip to

14:24:58   9   Global Vietnam?  Why did you go out there?

14:25:01   10      A.   To see the factory.

14:25:03   11      Q.   And was the idea that Pengcheng Aluminum would

14:25:06   12   start selling GVA's products?

14:25:11   13      A.   Yes.

14:25:11   14      Q.   When you were out there, did you meet someone by

14:25:15   15   the name of Jackie Cheng?

14:25:18   16      A.   Yes.

14:25:19   17      Q.   Had you met Jackie Cheng before that?

14:25:22   18      A.   No.

14:25:23   19      Q.   And after your visit to Global Vietnam aluminum,

14:25:31   20   did you ever speak to Jackie Cheng again?

14:25:33   21      A.   No.

14:25:34   22      Q.   At some point while viewing the factory, did you

14:25:40   23   make a suggestion to Mr. Liu?

14:25:45   24      A.   Yes.

14:25:45   25      Q.   And what did you suggest to Mr. Liu?

14:25:49  1       A.   To have the anodizing tanks longer to fit all of

14:25:55  2   the capability of the demand for U.S. market.

14:25:57  3       Q.   What was his response, if any?

14:25:59  4                 MS. POTASHNER:  Objection.  Hearsay.

14:26:02  5                 THE WITNESS:  He was very --

14:26:03  6                 THE COURT:  I'm sorry, this is who again?

14:26:06  7                 MR. BERNSTEIN:  Zhongtian Liu's response, if

14:26:09  8   any.

14:26:09  9                 THE COURT:  I'm sorry?

14:26:11  10                 MR. BERNSTEIN:  Zhongtian Liu's response.

14:26:12  11                 THE COURT:  Sustained.

14:26:15  12                 MR. BERNSTEIN:  Okay.  Last thing.  If I

14:26:16  13   could go to -- I'm going to pull up -- I think it's

14:26:27  14   defense Exhibit 1000.  And this is already in evidence.

         15   BY MR. BERNSTEIN:

14:26:31  16       Q.   Mr. Nguyen, do you recognize -- this is defense

14:26:36  17   Exhibit 1000.

14:26:36  18         Do you recognize the document in front of you?

14:26:38  19       A.   Yes.  I created it.

14:26:45  20       Q.   And can we just flip through the six pages very

14:26:49  21   quickly.

14:26:54  22         So you just reviewed at least the first six pages

14:26:57  23   of defense Exhibit 1000.  Do you recognize all of that

14:27:00  24   document?

14:27:01  25       A.   Yes.

14:27:01  1      Q.  And who created this document?

14:27:05  2      A.  It was mainly me and then David Pimental helped

14:27:08  3   me with this.

14:27:15  4      Q.  And why did you create this document?

14:27:17  5      A.  Presentation to our potential customers.

14:27:20  6      Q.  Do you remember around when you created this -- I

14:27:22  7   guess, is it a PowerPoint presentation?

14:27:24  8      A.  Correct.

14:27:25  9      Q.  Do you remember around when you created this

14:27:27  10  presentation?

14:27:27  11     A.  Around 2011.

14:27:29  12     Q.  And who provided the information that -- the

14:27:32  13  words and numbers that you plugged into this

14:27:35  14  presentation?

14:27:36  15     A.  Johnson.

14:27:37  16     Q.  Johnson who?

14:27:38  17     A.  Johnson Shao.

14:27:39  18     Q.  And do you have any personal knowledge about

14:27:41  19  what's in this presentation?

14:27:43  20     A.  No, I do not have.

14:27:47  21          MR. BERNSTEIN:  That is all I have, Your

14:27:48  22  Honor.

14:27:48  23          THE COURT:  Cross.

14:28:06  24                    **CROSS-EXAMINATION**

          25  BY MR. RUYAK:

14:28:08    1        Q.   Good afternoon, Ms. Nguyen.

14:28:10    2        A.   Good afternoon.

14:28:11    3        Q.   And we never met before, correct?

14:28:14    4        A.   Nope.

14:28:15    5        Q.   And this is the first time we are having a

14:28:17    6   conversation?

14:28:19    7        A.   That is correct.

14:28:20    8        Q.   You mentioned a few things I just wanted to go

14:28:22    9   over.  And one was that you worked really hard and did a

14:28:28   10   lot of sales with extrusions for PCA, correct?

14:28:32   11        A.   Yes.

14:28:32   12        Q.   And this antidumping/countervailing order that

14:28:36   13   came in, was pretty devastating to the company and you

14:28:40   14   personally, correct?

14:28:41   15        A.   That's correct.

14:28:42   16        Q.   And you mentioned that you looked at -- the

14:28:45   17   Government showed you -- plastic pallets, much cheaper

14:28:50   18   products out there in the market, correct?

14:28:52   19        A.   Correct.

14:28:53   20        Q.   And there were also wooden pallets back at this

14:28:56   21   time and still today, right?

14:28:57   22        A.   Yes.

14:28:57   23        Q.   Wooden pallets are extremely cheaper as well,

14:29:00   24   right?

14:29:02   25        A.   That's correct.

14:29:02   1      Q.   And there's also pallets made out of steel,

14:29:04   2   correct?

14:29:04   3      A.   I don't recall the steel, but I did actually do

14:29:07   4   the -- there was aluminum pallets, but they are made out

14:29:11   5   of -- 2000 series, and much smaller and much lighter for

14:29:17   6   pharmaceutical industry.

14:29:19   7      Q.   But the company you worked for was an aluminum

14:29:23   8   company, correct?

14:29:24   9      A.   That's correct.

14:29:24   10      Q.   And so they were manufacturing aluminum in China,

14:29:30   11   in extrusions, they weren't making wood pallets or

14:29:32   12   plastic pallets, correct?

14:29:34   13      A.   Correct.

14:29:35   14      Q.   And you -- during the period of time you were

14:29:39   15   there -- and you were there until 2016?

14:29:41   16      A.   That's correct.

14:29:42   17      Q.   That was the time in which finally the company

14:29:46   18   stopped operating and people were laid off, correct?

14:29:48   19      A.   Yes.

14:29:49   20      Q.   But between 2011 and 2016, there were many, many

14:29:54   21   efforts to keep the people there employed and pay them

14:29:57   22   and continue the company, correct?

14:30:00   23      A.   That's correct.

14:30:00   24      Q.   And during that period of time, these aluminum

14:30:05   25   pallets, did you ever see or hear that any aluminum

14:30:08  1    pallet was disassembled to be sold as extrusions?

14:30:14  2        A.   No.

14:30:15  3        Q.   Did you have any customer ever say to you, oh,

14:30:18  4    take them apart and I will buy the pieces?

14:30:28  5        A.   No.

14:30:28  6             THE COURT:   Counsel, I'm going break at this

14:30:30  7    time.   It's 2:30.   So we are going to break for our

14:30:32  8    afternoon recess.

14:30:34  9             Ladies and gentlemen, before we break, there

14:30:37  10   was a question about Monday.   Monday, we are going to be

14:30:40  11   meeting, but only in the afternoon, not in the morning,

14:30:44  12   and I'm going to give you a choice.   I really like to

14:30:50  13   start on time and give you the exact time on it.   I'd

14:30:53  14   really like to start at 1:00 o'clock, but we may not be

14:30:57  15   able to start until 1:15.   I can guarantee you we will

         16    start by 1:15.

14:30:59  17            So my question is:   Do you want to set it

14:31:00  18   for 1:00 o'clock and if we can start earlier, we can and

14:31:03  19   get it in?   Or do you want to just say no, come back at

14:31:09  20   1:15?   Why don't you think about that, and when we break

14:31:10  21   at 4:00 o'clock, I will ask you what you think as a

14:31:13  22   whole.  Okay?

14:31:14  23            Remember the admonishment not to discuss the

14:31:18  24   case among yourselves or with anyone else.   Do not form

14:31:18  25   or express any opinions about the matter until I've

14:31:18   1   submitted it to you and you retire to the jury room.

14:31:21   2   We will be in recess.

3                    THE CLERK:  All rise.

14:51:46   4            (BREAK TAKEN.)

14:51:46   5            THE COURT:  Okay.  The record reflects that

14:51:47   6   all jurors are in their respective seats in the jury box

14:51:50   7   and the witness is on the witness stand.

14:51:51   8            And cross-examination, Counsel.

14:51:55   9            MR. RUYAK:  Thank you, Your Honor.

14:51:57  10                    **CROSS-EXAMINATION**

14:51:57  11   BY MR. RUYAK:

14:51:58  12      Q.  I just want to ask you a few questions about your

14:52:00  13   experience in selling aluminum products.  And it's true,

14:52:06  14   isn't it, that while you were at Perfectus, before the

14:52:09  15   antidumping order, you were perhaps one of the most

14:52:13  16   successful persons in the company, correct?

14:52:17  17      A.  I would say yes.

14:52:18  18      Q.  And you dealt with a lot of customers.  I think

14:52:21  19   you said maybe more than 50, right?

14:52:23  20      A.  Correct.

14:52:24  21      Q.  When you did that, when you are selling your

14:52:27  22   customers, you talk to them about the benefits of the

14:52:31  23   products, the aluminum extrusions that you were selling,

14:52:35  24   correct?

14:52:36  25      A.  Yes.

14:52:37   1       Q.   And among those impressive qualities were things

14:52:39   2   like the fact that the aluminum extrusions were very

14:52:41   3   strong, right?

14:52:45   4       A.   Yes.  And it is lighter compared to steel.

14:52:47   5       Q.   And it lasts a long time?

14:52:48   6       A.   Yes.

14:52:49   7       Q.   Durable, correct?

14:52:52   8       A.   Yes.

14:52:52   9       Q.   And it didn't rot or decay, correct, like other

14:52:57   10  materials?

14:52:57   11      A.   Yes.

14:52:57   12      Q.   Also, when you could no longer use it for its

14:53:01   13  useful life, aluminum was environmentally sound, it was

14:53:03   14  recyclable, correct?

14:53:06   15      A.   Yes.

14:53:06   16      Q.   And so it could be used over and over again,

14:53:09   17  right?

14:53:09   18      A.   That's correct.

14:53:10   19      Q.   And if it couldn't be used for its intended

14:53:13   20  purpose, there was an alternative.  And that is, it

14:53:17   21  could be recycled?

14:53:20   22      A.   That's correct.

14:53:22   23      Q.   And I noticed in the PowerPoint --

14:53:23   24           MR. RUYAK:  Could you bring that up just a

14:53:25   25  minute, Number 1000 there.

1    BY MR. RUYAK:

14:53:26   2    Q.  When you developed this PowerPoint, you put some

14:53:29   3    of those very good qualities in this PowerPoint, right?

14:53:32   4    A.  Yes.

14:53:34   5         MR. RUYAK:  Thank you.  I have no further

14:53:36   6    questions.

14:53:36   7         THE COURT:  Thank you, Counsel.

14:53:38   8         Counsel.

14:53:43   9         MR. LOWDER:  Thank you, Your Honor.

14:53:45   10                   **CROSS-EXAMINATION**

14:53:46   11   BY MR. LOWDER:

14:53:46   12   Q.  Good afternoon, Ms. Nguyen.

14:53:51   13   A.  Good afternoon.

14:53:51   14   Q.  If I understand it correctly, you testified that

14:53:54   15   you were employed by PCA;; is that right?

14:53:58   16   A.  Yes.

14:53:58   17   Q.  Okay.  And you've never been employed by Scuderia

14:54:00   18   Development LLC;; is that right?

14:54:02   19   A.  No.

14:54:02   20   Q.  And you've never been employed by 1001 Doubleday

14:54:07   21   LLC, correct?

14:54:08   22   A.  No.

14:54:08   23   Q.  And, again, never been employed by Von

14:54:12   24   Karman-Main Street LLC, correct?

14:54:13   25   A.  No.

14:54:13  1      Q.   And you've never been employed by 1681 Production

14:54:17  2  Avenue LLC, correct?

14:54:19  3      A.   That's correct.

14:54:20  4      Q.   Now, on direct, you testified a bit about the

14:54:24  5  fact that the 2011 antidumping order affected the

14:54:30  6  business for PCA, right?

14:54:32  7      A.   Yes.

14:54:32  8      Q.   And it limited one of -- a category of products

14:54:36  9  that you were very successful at selling, right?

14:54:39  10      A.   Yes.

14:54:39  11      Q.   And in response to the order of the company, you

14:54:43  12  started to offer aluminum products in the market,

14:54:46  13  correct?

14:54:47  14      A.   I'm sorry?

          15      Q.   Let me rephrase that.

14:54:48  16          In response to the 2011 antidumping order, PCA

14:54:52  17  started to offer aluminum pallets in the market,

14:54:55  18  correct?

14:54:56  19      A.   Yes.

14:54:56  20      Q.   And the company wasn't shy about that, correct?

14:54:59  21      A.   No.

14:55:02  22      Q.   It didn't make it a secretary that it was

14:55:05  23  offering pallets, correct?

14:55:06  24      A.   That's correct.

14:55:07  25      Q.   We just took a look at Exhibit 1000, which is a

14:55:10  1    PowerPoint that you offered to customers, letting them

14:55:12  2    now that PCA was offering aluminum pallets, correct?

14:55:16  3        A.   That's correct.

14:55:17  4        Q.   And I believe you testified that you saw pallets

14:55:20  5    stored in the warehouses for PCA;; is that right?

14:55:24  6        A.   Yes.

14:55:24  7        Q.   And those pallets weren't hidden, were they?

14:55:26  8        A.   I'm sorry?

14:55:28  9        Q.   The pallets weren't hidden?

14:55:29  10       A.   No.

14:55:30  11       Q.   And I also wanted to make sure I understood this,

14:55:37  12   that even after the 2011 order, PCA still had some

14:55:43  13   aluminum products in its inventory, that it was trying

14:55:46  14   to sell, correct?

14:55:47  15       A.   Yes.

14:55:47  16       Q.   And you were able to sell some of those, right?

14:55:50  17       A.   Yes.

14:55:50  18       Q.   Just not at the quantities that you had before?

14:55:53  19       A.   That's correct.

14:55:59  20            MR. RUYAK:  No further questions, Your

14:56:00  21   Honor.

14:56:00  22            THE COURT:  Any redirect?

14:56:03  23            MR. BERNSTEIN:  No, Your Honor.

14:56:04  24            THE COURT:  Okay.  You may step down.  Thank

14:56:06  25   you very much for coming in.

14:56:07  1              Can this witness be excused?

14:56:09  2              MR. RUYAK:  Yes.

14:56:11  3              MR. BERNSTEIN:  Yes.

14:56:12  4              THE COURT:  You are free to go.  Thank you

14:56:12  5   very much for coming in.

14:56:14  6              Next witness.

14:56:17  7              MR. HSIEH:  Your Honor, the Government calls

14:56:20  8   Alex Villanueva.

14:56:48  9              THE CLERK:  Good afternoon.  Right here to

14:56:53  10  be sworn, please.

14:56:59  11             Please raise your right hand.

14:57:01  12             Do you solemnly swear the testimony you're

13  about to give in the matter now before the Court, shall

14  be the truth, the whole truth and nothing but the truth,

15  so help you God?

16              THE WITNESS:  I do.

17              THE CLERK:  Please be seated.

18              Would you please state and spell your full

14:57:23  19  name for the record.

14:57:23  20             THE WITNESS:  Sure.  My name is Alejandro

14:57:27  21  Villanueva.  Alejandro. Last name, V-I-L-L-A-N-U-E-V-A.

14:57:35  22  I also go by Alex as a first name.  A-L-E-X.

14:57:39  23             THE COURT:  Okay.  Counsel, you may inquire.

14:57:42  24             MR. HSIEH:  Thank you, Your Honor.

14:57:43  25                     **DIRECT EXAMINATION**

14:57:43  1  BY MR. HSIEH:

14:57:43  2      Q.   Good afternoon, Mr. Villanueva.

14:57:44  3      A.   Good afternoon.

14:57:45  4      Q.   Where are you employed?

14:57:45  5      A.   At the U.S. Department of Commerce in Washington,

14:57:48  6  D. C.

14:57:49  7      Q.   What is your title at the U.S. Department of

14:57:53  8  Commerce?

14:57:53  9      A.   Senior director for one of our AD/CVD offices in

14:57:59  10  enforcement and compliance, which is one of the bureaus

14:58:02  11  within the Department of Commerce.

14:58:02  12      Q.   What does AD/CVD stand for?

14:58:07  13      A.   AD stands for antidumping, and CVD stands for

14:58:16  14  countervailing duty.

14:58:16  15      Q.   How long have you been with the Department of

14:58:19  16  Commerce?

14:58:19  17      A.   21 years.

          18      Q.   Please give the jury a brief background of your

14:58:23  19  two decades of experience with the Department of

14:58:23  20  Commerce.

14:58:23  21      A.   Sure.  I started in July of 2000, as an AD/CVD

14:58:27  22  analyst.  This is the position of someone who collects

14:58:31  23  and evaluates the information from foreign exporters to

14:58:35  24  determine whether there is unfair pricing or unfair

14:58:41  25  subsidization by foreign governments to its exporters

14:58:45  1  sending merchandise to the United States.  That was in

14:58:48  2  July of 2000.

14:58:49  3      Then in December, 2004, I became a program

14:58:52  4  manager, which is a first-line supervisor of other

14:58:56  5  analysts.

14:58:56  6  Q.  What were some of your roles and responsibilities

14:59:00  7  as a program manager at the Department of Commerce?

14:59:02  8  A.  My main role is to supervise the work of the

14:59:06  9  analysts.  I supervise anywhere between 10 to 12

14:59:11  10  analysts, conducting the AD and CVD analyst work.

14:59:16  11  Q.  After working as a program manager for the

14:59:18  12  Department of Commerce, did you receive a new role in or

14:59:22  13  around January 2012?

14:59:23  14  A.  Yes.  In January of 2012, I was selected to start

14:59:26  15  a new unit called the training and professional

14:59:29  16  development unit, which would provide guidance,

14:59:32  17  instruction and training to all of our staff, both

14:59:37  18  supervisory and non-supervisory.

14:59:39  19  Q.  Did you receive a promotion in or around

14:59:42  20  April 2019?

14:59:43  21  A.  Yes.  In April 2019, I was selected to become a

14:59:47  22  senior office director within our organization.

14:59:50  23  Q.  Now, Senior Director Villanueva, in your two

14:59:53  24  decades at the Department of Commerce, had you worked

14:59:56  25  under different presidential administrations?

15:00:01   1       A.   Yes, I have.

15:00:02   2       Q.   Now, setting the stage for the jury, would you

15:00:04   3   just give a brief description of what the U.S.

15:00:06   4   Department of Commerce is.

15:00:07   5       A.   Sure.   It's our most basic mission is job

15:00:12   6   creation and fostering economic growth.

15:00:15   7       Q.   Now, within the Department of Commerce, are you

15:00:18   8   within a specific bureau or unit?

15:00:21   9       A.   Yes.   The Department of Commerce has 13 different

15:00:25  10   bureaus, and I work in one of the units within one of

15:00:30  11   those 13 bureaus.

15:00:32  12       Q.   What is that specific bureau?

15:00:33  13       A.   It is called Enforcement and Compliance.

15:00:36  14       Q.   And just for the jury, what's the International

15:00:41  15   Trade Administration?

15:00:41  16       A.   The International Trade Administration is the

15:00:45  17   name of the bureau.   The Enforcement and Compliance is

15:00:48  18   one the business units within the International Trade

15:00:51  19   Administration.

15:00:51  20       Q.   Now, you mentioned your role as senior director

15:00:55  21   with an office regarding AD/CVD operations.   What is the

15:00:59  22   purpose of an AD/CVD order?

15:01:01  23       A.   So the purpose of an AD or CVD order is to offset

15:01:06  24   to counter any unfair pricing that we see in the

15:01:13  25   products that enter the United States merchandise.   Or

15:01:16  1   in the case of CVD, to counter any unfair subsidization

15:01:22  2   that a foreign Government is providing to exporters

15:01:26  3   sending merchandise to the United States.

15:01:30  4       Q.   Now, there is both an AD and CVD component in

15:01:35  5   your title.  Are those two different?

15:01:36  6       A.   Yes, they are.

15:01:37  7       Q.   Would you please briefly describe dumping or AD

15:01:41  8   to the jury.

15:01:42  9       A.   Sure.  Dumping is the behavior that an exporter

15:01:47 10   may undertake, such that the price of the merchandise

15:01:51 11   they sell in the United States market is lower than the

15:01:55 12   price that they would otherwise sell that same product

15:01:58 13   for in their own market.  Or the price of the United

15:02:03 14   States product compared to the cost of producing that

15:02:07 15   product.

15:02:08 16       Q.   So in certain cases, the price in the United

15:02:12 17   States is lower than the actual cost of production?

15:02:14 18       A.   Yes.  One way that we can determine dumping is by

15:02:17 19   comparing the price of the product in the United States

15:02:20 20   market to the cost of producing it in the foreign

15:02:23 21   market.

15:02:24 22       Q.   So is it fair to say that dumping is focused on

15:02:27 23   the price of the product?

15:02:29 24       A.   That's correct.

15:02:30 25       Q.   Is there an example you can provide the jury of

15:02:36  1    dumping in the American economy?

15:02:38  2        A.   So for example, we can take a simple product,

15:02:44  3    lumber, used for construction of homes, et cetera.

15:02:48  4    Lumber can enter the United States from any country.

15:02:51  5    Let's say it enters the market from Mexico.  Our goal is

15:02:57  6    to determine whether that lumber entering the U.S.

15:03:01  7    market; in other words, competing with lumber made in

15:03:05  8    the United States, is being dumped.  And if we find that

15:03:09  9    it is dumped, than we can place a duty that can be

15:03:14  10   collected by U.S. Customs and Border Protection to

15:03:19  11   offset that dumping.

15:03:20  12       Q.   And are you familiar with a company called

15:03:24  13   Zenith?

15:03:24  14       A.   Yes, so another example I can give you, and this

15:03:27  15   is a classic example of why we have the antidumping duty

15:03:33  16   law.  The dumping essentially is examining what can be

15:03:36  17   predatory pricing; meaning a foreign exporter is

15:03:42  18   artificially lowering its price to the United States

15:03:45  19   market to gain market share or even eliminate a U.S.

15:03:50  20   manufacturer or even, in the worst case scenario, the

15:03:54  21   entire industry.  This happened with the color

15:03:58  22   television market in the United States.  Foreign

15:04:01  23   exporters of color television basically ran the U.S.

15:04:06  24   industry out of business.

15:04:07  25       Q.   Now, for these duties regarding antidumping

15:04:11   1   duties, who are those duties paid to from exporters?

15:04:16   2       A.   The exporters or importers who pay the duties are

15:04:21   3   collected by U.S. Customs and Border Protection.   And

15:04:23   4   those funds go to the United States Treasury.

15:04:26   5       Q.   Now, regarding antidumping duties, you gave the

15:04:30   6   example of TVs or lumber from Mexico.   Could there be

15:04:35   7   certain ^ exclusions ^ extrusions to these antidumping

15:04:39   8   duties?

15:04:39   9       A.   Yes.   When the product is being examined, one of

15:04:45   10  the first things that we do is define the product.   What

15:04:48   11  are the physical characteristics of the product, et

15:04:51   12  cetera.   There can be within that product, certain

15:04:56   13  products excluded, which are maybe similar or made from

15:05:00   14  some of the product that the U.S. industry has an issue

15:05:07   15  with.

15:05:08   16      Q.   So for the products that are excluded, could

15:05:11   17  those not be competing directly?

15:05:15   18      A.   Right.   So for example, and earlier, I mentioned

15:05:17   19  lumber from Mexico.   If the product at issue is just

15:05:22   20  lumber, two-by-fours, et cetera, used for construction,

15:05:26   21  it's possible for the U.S. industry to not be interested

15:05:29   22  in certain types of lumber.   For example, lumber going

15:05:31   23  into a box spring.   They are either not interested in

15:05:35   24  that; in other words, they are not being dumped or

15:05:40   25  they're not receiving unfair subsidies, or that the U.S.

15:05:43  1  industry doesn't even produce or compete with that

15:05:45  2  product.

15:05:46  3      Q.  Now, we've talked about dumping, focused on

15:05:50  4  price, AD, on one hand.  Can you explain what CVD is on

15:05:55  5  the other hand?

15:05:55  6      A.  Sure.  CVD is the process by which we examine the

15:05:58  7  amount of Government subsidies going to those foreign

15:06:01  8  exporters.  So it's a foreign Government providing

15:06:05  9  subsidies to a foreign exporter, that then allows them

15:06:08  10  to price the merchandise coming to the United States

15:06:11  11  much lower than it otherwise would if they didn't have

15:06:14  12  those subsidies.

15:06:16  13      Q.  Now, is it fair to say that AD or dumping is

15:06:20  14  focused on price, while CVD is focused on subsidies?

15:06:26  15      A.  Yes.  That is correct.

15:06:28  16      Q.  Can you give an example of what types of

15:06:29  17  subsidies you've seen in your 20 years of experience at

15:06:32  18  the Department of Commerce?

15:06:32  19      A.  Subsidies come in many different forms.  It

15:06:34  20  depends on the Government and the industry that we are

15:06:36  21  looking at.  Some of the common types of subsidies are

15:06:39  22  grants.  For example, a foreign Government can give a

15:06:41  23  foreign exporter money, right, just direct funds.

15:06:45  24          They can also give them preferential treatment in

15:06:49  25  loans.  So, for example, instead of getting -- a foreign

15:06:53  1   exporter, instead of getting a loan from the bank, they

15:06:55  2   can get a loan from the Government or one of its

15:06:57  3   institutions at either a very low -- in other words,

15:07:00  4   below market price or interest rate, or they can get

15:07:05  5   loans from the Government at no interest.

15:07:09  6       Q.   Now, Senior Director Villanueva, you mentioned

15:07:13  7   predatory pricing.  What is the Department of Commerce's

15:07:16  8   concerns regarding the effect on American industries,

15:07:21  9   related to predatory pricing?

15:07:21  10      A.   The Department of Commerce, as I mentioned

15:07:23  11  earlier, our mission is to create jobs and foster

15:07:25  12  economic growth.  If we see that foreign exporters,

15:07:29  13  through this predatory pricing, are running U.S.

15:07:33  14  businesses out of the market, or eliminating them

15:07:36  15  entirely, that's a concern to us, because it relates

15:07:40  16  back to our mission of job creation and economic growth.

15:07:45  17      Q.   Now, for certain exports and imports, can there

15:07:48  18  be just antidumping duties imposed?

15:07:54  19      A.   Yes. It's possible to just have antidumping

15:07:56  20  duties or just countervailing duties or both.

15:07:59  21      Q.   Now, from your experience in two decades in

15:08:03  22  commerce, are these AD/CVD duties implemented on

15:08:10  23  products coming from all over the world?

15:08:11  24      A.   Yes.  The Department of Commerce, our Enforcement

15:08:15  25  and Compliance currently administers over 540 orders on

15:08:17  1    products from all over the world.

15:08:20  2        Q.  Now that you've described AD/CVD duties to the

15:08:25  3    jury, I'd like you to walk the jury through the process

15:08:28  4    of how an AD/CVD order gets put into place.  So can you

15:08:32  5    walk the jury through that example, perhaps continuing

15:08:34  6    with your example of lumber from Mexico.

15:08:37  7        A.  Sure.  So continuing with the example of lumber

15:08:40  8    from Mexico, the very first step is for the Department

15:08:43  9    of Commerce to receive an allegation, in this case, from

15:08:46  10   the lumber industry in the United States, alleging that

15:08:49  11   lumber coming from Mexico is an artificially low-priced

15:08:55  12   merchandise, or that the Government of Mexico is

15:08:58  13   subsidizing the lumber that's entering the U.S. market.

15:09:03  14        We will look at that allegation, and if we

15:09:07  15   initiate an investigation, we will go ahead and collect

15:09:09  16   additional information from all the foreign exporters

15:09:13  17   involved in sending lumber to the United States from

15:09:16  18   Mexico.

15:09:17  19        Q.  So you referred to "we," is that the Department

15:09:20  20   of Commerce?

15:09:20  21        A.  The Department of Commerce looks at the dumping,

15:09:24  22   whether a product, in this case, lumber, is being dumped

15:09:30  23   or receiving unfair subsidies.  At same time, the

15:09:33  24   allegation from the domestic industry is filed with a

15:09:35  25   different agency, the U.S. International Trade

15:09:38  1   Commission.  We refer to them as the ITC.  The ITC does

15:09:41  2   a much more in-depth economic analysis of the effects of

15:09:46  3   this alleged dumped or unfairly subsidized product.

15:09:50  4       Q.  So is it fair to say that, once a petition is

15:09:52  5   filed, there's two parallel tracks; one by the

15:09:54  6   Department of Commerce and one by the U.S. International

15:09:58  7   Trade Commission?

15:09:58  8       A.  That's correct.

15:09:59  9       Q.  Now, does the U.S. ITC, can they hold public

15:10:03  10  hearings regarding the petition?

15:10:06  11      A.  Yes, and they do on every case.

15:10:08  12      Q.  And who might be invited to present at these

15:10:11  13  public hearings regarding a petition?

15:10:11  14      A.  Foreign exporters, importers and U.S.

15:10:14  15  manufacturers.

15:10:15  16      Q.  So the foreign importers are provided an

15:10:17  17  opportunity to make their case; is that fair?

15:10:20  18      A.  Yes.

15:10:20  19      Q.  Now, once there is a petition, is there any

15:10:25  20  public notice regarding any preliminary hearings or

15:10:28  21  preliminary determinations?

15:10:29  22      A.  So at the U.S. Department of Commerce, once we

15:10:32  23  initiate a case, we publish that notice of initiation in

15:10:36  24  the Federal Register, which is part of the Government

15:10:41  25  Printing Office, and anyone can see those Federal

15:10:44   1   Register notices freely on their Website.

15:10:47   2       Q.   Now, once a petition has been filed and both the

15:10:51   3   Department of Commerce and U.S. ITC collect the

15:10:54   4   information and perhaps hold a hearing, what is the next

15:10:57   5   step?

15:10:57   6       A.   The next step is for commerce and the ITC to

15:11:00   7   issue preliminary determinations, which is essentially

15:11:04   8   an initial response to the question at commerce, is

15:11:09   9   there dumping or unfair subsidization, and if so, by how

15:11:14   10  much?  We will publish a notice again and a decision

15:11:17   11  memo that outlines our methodology, the information that

15:11:21   12  we've collected and any other relevant information

15:11:23   13  leading to our decision.

15:11:24   14            The International Trade Commission does the

15:11:28   15  exact same thing.

15:11:29   16      Q.   Now, in your example of lumber from Mexico, in

15:11:33   17  making the preliminary determination, are commerce and

15:11:36   18  ITC collecting information from both Mexico and U.S.

15:11:40   19  lumber producers?

15:11:42   20      A.   Yes.  Throughout both our proceeding and commerce

15:11:44   21  and the proceeding at the International Trade

15:11:48   22  Commission, all parties are able to participate and

15:11:50   23  provide information, foreign parties and domestic

15:11:53   24  parties.

15:11:54   25      Q.   And will that preliminary determination include a

15:11:58   1   definition of what is preliminarily determined to be

15:12:03   2   subject to additional duties?

15:12:04   3        A.   Yes.   In our notices, we usually -- not usually,

15:12:10   4   we always identify the product that's the scope of the

15:12:13   5   investigation.

15:12:13   6        Q.   And in these preliminary determinations, could

15:12:18   7   they include ^ exclusions ^ extrusions, including the

15:12:23   8   example you provided before for a finished box spring?

15:12:26   9        A.   Yes.   What I mentioned before was an exclusion of

15:12:28   10   lumber used to produce box springs.   So you can define

15:12:32   11   the lumber that is subject to duties, two-by-fours, you

15:12:36   12   can have sizes, you can have widths, you can have

15:12:37   13   lengths, anything that you can use to physically

15:12:40   14   describe the problem, but at the same time, if there is

15:12:45   15   an exclusion for any product that has lumber, it would

15:12:48   16   also be noted in that same document, the preliminary

15:12:51   17   determination.

15:12:51   18        Q.   From your experience at commerce, could the

15:12:54   19   petitioner be someone interested in a construction

15:12:57   20   business, lumber used for construction?

15:13:00   21        A.   Yes.

15:13:01   22        Q.   And the exclusion of box spring mattresses might

15:13:06   23   not compete directly with construction lumber.

15:13:10   24        A.   Yes.

15:13:10   25        Q.   Now, after commerce publishes that initial

15:13:14  1    preliminary determination, what are the next steps?

15:13:15  2        A.   The next steps is for the commerce analyst to

15:13:18  3    actually go to the sites, in this case, Mexico; visit

15:13:24  4    the foreign exporters, tour the manufacturing

15:13:27  5    facilities, look at their financial records, financial

15:13:29  6    statements, accounting systems.  Essentially conduct a

15:13:33  7    mini audit of the information that we have received.

15:13:36  8    That's called a verification process.

15:13:39  9        Once we finish that verification process, we

15:13:41 10    issue a report, which all parties are able to see,

15:13:44 11    foreign and domestic, and they can comment on the

15:13:49 12    preliminary determination, the verification report in

15:13:53 13    case and rebuttal briefs, before we issue a final

15:13:56 14    determination.

15:13:59 15        Q.   Now, what happens once there is a final

15:14:01 16    determination?  How are parties made aware of that?

15:14:03 17        A.   Just as we did in the preliminary determination,

15:14:06 18    we will issue a memo that outlines all the decision

15:14:10 19    points that we took, all the data that we considered,

15:14:12 20    detailed calculations, et cetera, and publish another

15:14:16 21    notice in the Federal Register, that is accessible to

15:14:19 22    the general public.

15:14:20 23        Q.   Now, in the case of the example you provided,

15:14:23 24    lumber from Mexico, would that final determination

15:14:26 25    include a scope of what type of lumber from Mexico is

15:14:29  1   subject to AD/CVD duties?

15:14:31  2       A.   Yes.   The final determination would include a

15:14:35  3   description of the product that would be subject to

15:14:38  4   duties in that final determination.   If there was an

15:14:42  5   exclusion, it would also be noted there.

15:14:44  6       Q.   Including the hypothetical box spring made of

15:14:47  7   lumber and other materials?

15:14:48  8       A.   Yes.

15:14:48  9       Q.   Would that final determination also include the

15:14:51  10  subsidy rate?

15:14:52  11      A.   Yes.   If we found dumping, if it was an AD case,

15:14:56  12  we would list the dumping margin, which is the amount of

15:15:01  13  the value, essentially a percentage of the value that

15:15:03  14  would be collected as a duty.

15:15:06  15           So, for example, if the dumping margin was ten

15:15:09  16  percent, that would mean that customs would collect ten

15:15:13  17  percent on the value of the product coming in.   So if

15:15:15  18  the product coming in was worth $100, and the dumping

15:15:24  19  margin is ten percent, they would collect $10 as the

15:15:24  20  antidumping duty.

15:15:26  21           If it is a countervailing duty case, after

15:15:28  22  looking at all the subsidies, we would calculate an

15:15:32  23  aggregate subsidy rate.   And just like dumping, if it's

15:15:36  24  ten percent, we would collect ten percent on the value

15:15:39  25  of the product coming in.

15:15:41  1    Q.  Now, if both the AD and CVD duties are imposed on

15:15:45  2  lumber from Mexico, even though it's the same product,

15:15:47  3  would there be two separate preliminary determinations

15:15:50  4  and two separate final determinations?

15:15:53  5    A.  Yes.  We run the investigation separately.  There

15:15:58  6  is antidumping investigation team and a countervailing

15:16:02  7  duty investigation team.  They are run at the same time,

15:16:04  8  but they are two different teams.

15:16:05  9    Q.  Now, in this example, let's say there is a final

15:16:09  10  determination imposing both AD and CVD duties on lumber

15:16:16  11  from Mexico, what agency is the initial point to enforce

15:16:19  12  or collect these AD and CVD duties, and when are the

15:16:23  13  duties due?

15:16:23  14    A.  So the duties would be due starting at the

15:16:26  15  preliminary determination.  And we at commerce, who

15:16:28  16  calculate whether there is dumping or unfair

15:16:32  17  subsidization and by how much, would instruct the U.S.

15:16:37  18  Customs and Border Protection through our internal

15:16:38  19  systems to start collecting duties at that time.

15:16:41  20    Q.  Are these duties due at the time of entry of the

15:16:43  21  product?

15:16:44  22    A.  Yes.  Customs officials will collect the duties

15:16:48  23  at the time of entry of that product.

15:16:49  24    Q.  If CBP fails to collect duties on a product for

15:16:54  25  which it is subject to AD/CVD duties, does that mean no

15:16:56   1   duties need to be paid?

15:16:57   2       A.   Absolutely not.

15:16:59   3       Q.   Why is that?

15:17:00   4       A.   Because customs is there to collect the duties.

15:17:03   5   They are not there to make a decision on what is subject

15:17:06   6   to or not subject to duties.  That authority falls

15:17:10   7   solely within the responsibility of the Department of

15:17:12   8   Commerce.

15:17:13   9       Q.   Now, if either party, in this case, for example,

15:17:19   10  lumber producers from Mexico or those in the United

15:17:23   11  States, are unclear whether their product falls within

15:17:30   12  the scope of AD/CVD orders, are there any tools at their

15:17:34   13  disposal that they can get a determination of whether

15:17:38   14  their products are subject to AD/CVD duties?

15:17:40   15      A.   Yes.  If an exporter or an importer or even a

15:17:42   16  domestic manufacturer ever has a question about whether

15:17:45   17  a product -- and going back to lumber from Mexico --

15:17:48   18  whether any product that's lumber related or has lumber

15:17:52   19  or is lumber is subject to duties, they can come to the

15:17:56   20  U.S. Department of Commerce and request what we call a

15:18:00   21  scope ruling, which is a decision that informs them

15:18:03   22  whether their product would be or not subject to duties.

15:18:08   23      Q.   Now, are these scope rulings available to the

15:18:11   24  public?

15:18:12   25      A.   These scope rulings are available to the public,

15:18:15    1    yes.

15:18:15    2        Q.   Now, in this hypothetical example of lumber from

15:18:19    3    Mexico, let's say the AD/CVD duties were imposed in

15:18:25    4    2015, and there was a scope ruling regarding certain

15:18:30    5    lumber from Mexico in 2018, finding that certain lumber

15:18:37    6    was within the scope of AD/CVD duties, does that mean

15:18:45    7    the lumber was only subject to the duties in 2018?

15:18:49    8        A.   No.

15:18:51    9             MR. RUYAK:   Objection.   Calls for a legal

15:18:53   10    conclusion.

15:18:54   11             THE COURT:   Sustained.

           12    BY MR. HSIEH:

15:18:58   13        Q.   In the example if duties are due, if there is a

15:19:03   14    scope ruling in 2018, what could that scope ruling say

15:19:13   15    regarding the duties?

15:19:16   16        A.   A scope ruling decision can say whether something

15:19:19   17    is subject to duties or not subject to duties.   Our

15:19:23   18    regulations and statutes say that we, at the Department

15:19:27   19    of Commerce, if we find something to be in, then it is

15:19:29   20    always in, and it has been in since the beginning.   If

15:19:33   21    it is found to be out, then it is out since as of the

15:19:37   22    date of that decision.

15:19:40   23        Q.   Now, looking at the actual --

15:19:40   24             MR. RUYAK:   Your Honor, move to strike, Your

15:19:42   25    Honor.   He's stating the law.

15:19:44  1          THE COURT:  No.  He is talking about what

15:19:45  2   the scope ruling is.  He is not stating the law.

15:19:49  3   Overruled.

15:19:54  4          MR. HSIEH:  Now, I would like to show just

15:19:55  5   the witness Exhibit 242.

          6   BY MR. HSIEH:

15:20:13  7      Q.  Now, prior to today, Senior Director Villanueva,

15:20:16  8   had you reviewed Government's Exhibit 242?

15:20:20  9          THE COURT:  It's not up yet, Counsel.

15:20:23 10          MR. HSIEH:  My apologies.

15:20:33 11          THE COURT:  Okay.

15:20:36 12   BY MR. HSIEH:

15:20:36 13      Q.  Prior to today, have you reviewed Government's

15:20:39 14   Exhibit 242, Senior Director Villanueva?

15:20:41 15      A.  Yes.

15:20:42 16      Q.  And what is Government's Exhibit 242?

15:20:44 17      A.  This is a copy of the Federal Register notice

15:20:49 18   discussing the preliminary affirmative countervailing

15:20:52 19   duty determination on aluminum extrusions from China.

15:20:56 20      Q.  So that's CVD rather than AD?

15:21:00 21      A.  Yes, this is a CVD preliminary determination.

15:21:04 22      Q.  What's the effective date?

15:21:06 23      A.  September 7, 2010.

15:21:08 24      Q.  And you had mentioned a petition in your example

15:21:14 25   of lumber from Mexico.  What date was this petition

15:21:19   1   instituted?

15:21:20   2       A.   In you look section under case history, on

15:21:24   3   March 31, 2010, the department the received the petition

15:21:27   4   filed by the domestic industry.

15:21:30   5             MR. HSIEH:   Your Honor, the Government moves

15:21:32   6   to admit Exhibit 242 into evidence.

15:21:34   7             THE COURT:   It will be received.

15:21:35   8             (Exhibit 242 is received.)

15:21:36   9   BY MR. HSIEH:

15:21:46  10       Q.   Now, that the jury can see, I will enlarge the

15:21:52  11   bottom portion of page 1.

15:21:56  12             What is the effective date of this preliminary

15:21:59  13   determination?

15:21:59  14       A.   September 7th, 2010.

15:22:02  15       Q.   And, again, this is focused on CVD?

15:22:06  16       A.   Yes, that's correct.

15:22:07  17       Q.   Now, I'll enlarge the middle portion of case

15:22:12  18   history to show the petition date.

15:22:21  19             Now, turning to page 2 of Government's

15:22:24  20   Exhibit 242 -- first, I'm going to enlarge the bottom

15:22:37  21   left-hand portion of page 2.

15:22:42  22             Is this what you described earlier regarding what

15:22:46  23   material is covered by the scope of the AD or CVD order?

15:22:53  24       A.   Yes.   That is, in this case, under the heading of

15:22:57  25   scope of the investigation, we provide a description of

15:22:59   1   the product that is the subject of this specific

15:23:04   2   investigation.

15:23:04   3       Q.   And in this case, what's the subject of the

15:23:06   4   investigation?

15:23:06   5       A.   Aluminum extrusions.

15:23:08   6       Q.   Just so the jury can see, I will enlarge the top

15:23:20   7   of page 2.  Actually, I will go to column three.

15:23:27   8           And you mentioned certain exclusions, like in

15:23:31   9   your example, lumber from Mexico, box springs with

15:23:33  10   another product.  What is this portion that I have

15:23:36  11   highlighted on page 2?

15:23:38  12       A.   This section describes merchandise that's

15:23:42  13   excluded from the scope of the investigation.

15:23:45  14       Q.   And what's excluded here?

15:23:48  15       A.   This specific language reads that the scope

15:23:51  16   excludes finished merchandise containing aluminum

15:23:55  17   extrusions as parts that are fully and permanently

15:24:02  18   assembled and completed at the time of entry, such as:

15:24:02  19   Finished windows with glass, doors, picture frames, and

15:24:06  20   solar panels.

15:24:08  21       Q.   So includes just the word "doors" here?

15:24:11  22       A.   Yes.

15:24:21  23           MR. HSIEH:   Now, just so the jury can see, I

15:24:24  24   will scroll through the remaining pages of the exhibit.

15:24:43  25           And after having shown all these pages, for

15:24:47  1    just the witness, I would like to bring up Government's

15:24:51  2    Exhibit 243.

          3    BY MR. HSIEH:

15:24:58  4       Q.   Now, we just reviewed in Exhibit 242, a

15:25:03  5    preliminary determination regarding CVD duties.  What's

15:25:10  6    Government's Exhibit 243?

15:25:12  7       A.   This is a Federal -- a copy of the Federal

15:25:16  8    Register notice for the antidumping duty investigation,

15:25:19  9    the preliminary determination specifically on aluminum

15:25:22  10   extrusions from China.

15:25:24  11      Q.   So the prior exhibit was a CVD, on one hand, and

15:25:29  12   this is the AD?

15:25:31  13      A.   Yes, that's correct.

15:25:35  14           MR. HSIEH:  The Government moves to admit

15:25:36  15   Exhibit 243 into evidence.

15:25:38  16           THE COURT:  It will be received.

15:25:39  17           (Exhibit 243 is received.)

15:25:39  18   BY MR. HSIEH:

15:25:40  19      Q.   Now, enlarging the middle portion of page 1, the

15:25:43  20   bottom.

15:25:49  21           Does the targeted dumping down here, Senior

15:25:52  22   Director Villanueva, refer to the AD portion?

15:25:55  23      A.   The preliminary determination of targeted

15:25:58  24   dumping, the entire notice after the colon, notice of

15:26:02  25   preliminary determination, refers to this notice.

15:26:04   1       Q.   What is the effective date of this preliminary

15:26:07   2   determination regarding targeted dumping?

15:26:10   3       A.   November 12, 2010.

15:26:12   4       Q.   Now, we have seen it already in the prior

15:26:15   5   exhibit, but just to show the jury, it is the same or

15:26:19   6   similar date on page 1, regarding the date of the

15:26:22   7   petition?

15:26:23   8       A.   Yes.   The AD and CVD petitions are filed on the

15:26:28   9   same day.

15:26:31   10      Q.   Now, turning to page 2 of Government's

15:26:35   11  Exhibit 243, enlarging the bottom left-hand portion, do

15:26:41   12  you understand, based on your review of these documents,

15:26:45   13  that the scope is the same between the AD and CVD

15:26:50   14  portion?

15:26:50   15      A.   Yes.

15:26:51   16      Q.   Is that aluminum extrusions including those six

15:26:54   17  series?

15:26:55   18      A.   Yes.   That is correct.

15:26:56   19      Q.   And similarly, I will show you another portion of

15:26:59   20  page 2 of Government's Exhibit 243, regarding the

15:27:05   21  exclusion.

15:27:07   22           From your understanding, is this the same

15:27:09   23  exclusion that we saw in Government's Exhibit 242?

15:27:12   24      A.   Yes, it is.

15:27:19   25      Q.   Now, you've described the process of petition,

15:27:22   1    preliminary determination, and final determination.

15:27:25   2              MR. HSIEH:  I would like to show just the

15:27:26   3    witness Exhibit 200.

15:27:42   4    BY MR. HSIEH:

15:27:42   5        Q.  Is page 1 of Exhibit 200, regarding a certified

15:27:46   6    copy of a particular document?

15:27:48   7        A.  Yes, this is a certified copy of the antidumping

15:27:52   8    duty order.

15:27:53   9        Q.  And have you reviewed this document prior to

15:27:57   10   today?

15:27:58   11       A.  Yes.

15:27:58   12       Q.  And is this a final determination regarding the

15:28:02   13   AD portion of the order?

15:28:05   14       A.  This is a copy of the Federal Register notice

15:28:08   15   announcing the issuance of the antidumping duty order.

15:28:13   16             MR. HSIEH:  Your Honor, the Government moves

15:28:14   17   to admit Exhibit 200 into evidence.

15:28:17   18             THE COURT:  It will be received.

15:28:27   19             (Exhibit 200 is received.)

15:28:28   20   BY MR. HSIEH:

15:28:28   21       Q.  Now, enlarging the left-hand column of page 1 of

15:28:31   22   Government's Exhibit 200.

15:28:32   23            Is this the final order?

15:28:34   24       A.  Yes.

15:28:34   25       Q.  What's the effective date?

15:28:39  1    A.   May 26, 2011.

15:28:45  2    Q.   Now, similarly on page 1, does it describe what

15:28:55  3    the scope of the order is?

15:28:57  4         I will enlarge the bottom portion of page 2 of

15:29:05  5    Exhibit 200, under "Scope of the Order."

15:29:06  6    A.   Yes.   Under the heading "Scope of the Order," we

15:29:08  7    provided a physical description of the product.

15:29:11  8    Q.   Now, turning to page 3 of Government's

15:29:16  9    Exhibit 200, enlarging the bottom left-hand portion,

15:29:25  10   does this also include an exclusion to the scope of this

15:29:29  11   order?

15:29:31  12   A.   Yes, it does.

15:29:32  13   Q.   And what's that exclusion?

15:29:36  14   A.   It excludes finished merchandise containing

15:29:39  15   aluminum extrusions as parts, that are fully and

15:29:43  16   permanently assembled and completed at the time of

15:29:46  17   entry, such as:   Finished windows with glass, doors with

15:29:52  18   glass or vinyl, picture frames with glass pane and

15:29:57  19   backing material and solar panels.

15:29:58  20   Q.   I believe we had seen Exhibit 242, the

15:30:00  21   preliminary determination, that had just mentioned

15:30:03  22   doors.   From your experience, can the exclusions and

15:30:08  23   examples slightly change between the preliminary

15:30:09  24   determination and final determination?

15:30:10  25   A.   Yes.   During the investigation, as part of the

15:30:13  1   information that we collect from both domestic and

15:30:16  2   foreign parties, we can collects information that deals

15:30:18  3   with the definition of the product.  So it is possible

15:30:22  4   for us to revise the definition of the product between

15:30:26  5   the preliminary determination and the issuance of the

15:30:32  6   final order.

15:30:33  7              MR. HSIEH:  Showing the witness and the jury

15:30:35  8   page 4 from Government's Exhibit 200, and page 5.

15:30:40  9              Just for the witness, I would like to show

15:30:42  10  page 2 of Government's Exhibit 201.

          11  BY MR. HSIEH:

15:30:53  12     Q.   What is Government's Exhibit 201?

15:30:56  13     A.   This is a copy of Federal Register notice,

15:30:59  14  regarding the issuance of the countervailing duty order

15:31:03  15  on aluminum extrusions from China.

15:31:06  16     Q.   And what is the effective date on this order?

15:31:08  17     A.   May 26, 2011.

15:31:14  18              MR. HSIEH:  The Government moves to admit

15:31:16  19  Exhibit 201 into evidence.

15:31:18  20              THE COURT:  It will be received.

15:31:19  21              (Exhibit 201 is received.)

15:31:20  22  BY MR. HSIEH:

15:31:22  23     Q.   Likewise, the Government's Exhibit 200, does this

15:31:25  24  also have a scope of the order on page 2, as to what's

15:31:31  25  included?

15:31:32  1      A.   Yes, it does.

15:31:33  2      Q.   Is that also aluminum extrusions six series and

15:31:38  3  noted elsewhere in the order from China?

15:31:41  4      A.   Yes.

15:31:42  5      Q.   Turning to page 3 of Government's Exhibit 201,

15:31:51  6  does this CVD order similarly include exclusion to the

15:31:57  7  scope of this order?

15:31:59  8      A.   Yes.  It does.

15:32:34  9           MR. HSIEH:  Now, pursuant to the Court's

15:32:36 10  pretrial ruling, just for the witness, I am going to

15:32:38 11  show Exhibit 202.

         12  BY MR. HSIEH:

15:32:48 13      Q.   Sir, I'm going to turn to page 2 of Exhibit 202.

15:32:57 14           What is Government's Exhibit 202?

15:33:01 15      A.   This is a copy of the scope ruling decision by

15:33:06 16  the Department of Commerce, for certain aluminum

15:33:12 17  pallets, which was a product that was seeking a

15:33:17 18  clarification on the applicability of the antidumping

15:33:22 19  and countervailing duty orders.  The memo is dated

15:33:26 20  December 7, 2016.

15:33:28 21      Q.   And have you reviewed -- in your two decades at

15:33:33 22  commerce, have you reviewed other scope rulings?

15:33:35 23      A.   Yes.

15:33:35 24      Q.   Have you reviewed this document?

15:33:37 25      A.   Yes.

15:33:37   1      Q.   Does it appear to be a fair and accurate copy of

15:33:40   2   a scope ruling?

15:33:41   3      A.   Yes.

15:33:43   4           MR. HSIEH:   Pursuant to the Court's pretrial

15:33:49   5   ruling, the Government moves to admit the certified copy

15:33:49   6   202 into evidence.

15:33:49   7           THE COURT:   It will be received.

15:33:52   8           (Exhibit 202 is received.)

           9   BY MR. HSIEH:

15:34:01  10      Q.   Now, looking at page 2 of Government's

15:34:05  11   Exhibit 202, this was the date of the scope ruling,

15:34:10  12   Senior Director Villanueva?

15:34:10  13      A.   Yes.   That is correct.

15:34:12  14      Q.   And what's the -- first, I'm going to go to page

15:34:18  15   2, and which may be a typo on page 1 -- excuse me, on

15:34:28  16   page 3, for the record.

15:34:30  17           What was the date that this scope ruling request

15:34:35  18   was initiated?

15:34:36  19      A.   December 30th, 2015.

15:34:39  20      Q.   Now, turning back to page 2 of Government's

15:34:42  21   Exhibit 202.

15:34:44  22           And what's the date of the scope ruling?

15:34:48  23      A.   December 7th, 2016.

15:34:50  24      Q.   Was your understanding, the second highlighted

15:34:52  25   portion was just a typo on the first page of

15:34:55   1    December 30th, 2016, when it was initiated?

15:34:59   2       A.   Yes.

15:35:00   3       Q.   Now, what is the scope of this December 7th,

15:35:05   4    2016, scope ruling?

15:35:07   5       A.   This scope ruling was looking at whether certain

15:35:11   6    aluminum extrusions made of series one, aluminum alloy,

15:35:16   7    which are cut to length and welded together in a form of

15:35:20   8    a pallet, produced and exported by China Zhongwang

15:35:26   9    Holdings Limited and its affiliates are subject to the

15:35:27  10    AD and CVD orders on aluminum extrusions from China.

15:35:56  11       Q.   Turning to page 6 of Government's Exhibit 202,

15:36:09  12    does it further describe the description of merchandise

15:36:11  13    subject to the scope request?

15:36:13  14       A.   Yes, it does.

15:36:19  15            MR. HSIEH:   Now, showing the witness all the

15:36:24  16    pages until I get to page 14 of this exhibit.

          17    BY MR. HSIEH:

15:36:40  18       Q.   Now, that I'm on page 14, what was the

15:36:48  19    determination of this scope ruling, whether the one

15:36:51  20    series pallets were in or out of scope?

15:36:54  21       A.   Yes.   On this page, you can see the

15:36:57  22    recommendation that was agreed to by the decision maker,

15:36:59  23    finding that extruded aluminum profiles consisting of

15:37:03  24    series one aluminum alloy, which are cut to length and

15:37:07  25    welded together in the form of a pallet, regardless of

15:37:10  1   producer or exporter are included in the scope of the

15:37:13  2   orders, AD and CVD orders.

15:37:17  3       Q.  So given the date of this order, does the

15:37:18  4   exporter only need to pay duties on these products, 2016

15:37:24  5   going forward?

15:37:25  6       A.  No.

15:37:25  7       Q.  From which date are they required to pay?

15:37:27  8       A.  With this decision, pursuant to the regulations,

15:37:29  9   because the decision was that these were within the

15:37:32  10  scope of the order, that means they are were always

15:37:35  11  within the scope of the order.  So its collection of

15:37:36  12  duties is retroactive to the issuance of the preliminary

15:37:41  13  determination, which is the first point in which we

15:37:43  14  started collecting duties or customs started collecting

15:37:47  15  duties.

15:37:48  16      Q.  I'm just going to show you the remaining pages.

15:37:51  17  I think it's because you had discussed the --

15:37:53  18  differentiating between AD on one hand and CVD on the

15:37:59  19  other.

15:37:59  20          Is this a similar scope ruling regarding the one

15:38:02  21  series pallets, but just separate for AD versus CVD?

15:38:07  22      A.  Yes.  You can see at the top, on the top

15:38:10  23  right-hand corner, the A-570967 is the AD case number,

15:38:20  24  and the C-570968 is the countervailing duty case number.

15:38:20  25      Q.  From your review of this document, was the

15:38:21  1    determination the same, that the one series pallets were

15:38:23  2    within scope?

15:38:24  3        A.  Yes.

15:38:27  4            MR. HSIEH:  Let's page through the remaining

15:38:29  5    pages of this exhibit for the witness and the jury,

15:38:35  6    until page 27, I believe.

          7    BY MR. HSIEH:

15:38:51  8        Q.  Now that we are on the final page and have shown

15:38:56  9    all the pages to the witness and the jury, is this

15:38:58 10    similar to what we discussed before, these are within

15:39:01 11    the scope of the order?

15:39:02 12        A.  Yes.  That's what this indicates, that the

15:39:04 13    extruded aluminum profiles consisting of the one series

15:39:08 14    aluminum alloy, which are cut to length and welded

15:39:11 15    together in the form of a pallet, regardless of producer

15:39:13 16    or exporter, are included within the scope of the

15:39:17 17    orders.

15:39:18 18            MR. HSIEH:  Now, to just the witness,

15:39:19 19    pursuant to the Court's pretrial ruling, I'm showing

15:39:24 20    just the witness Exhibit 203, page 2.

          21    BY MR. HSIEH:

15:39:37 22        Q.  What's Government Exhibit 203?

15:39:39 23        A.  This is a copy of a scope ruling decision

15:39:43 24    involving certain aluminum pallets, and it is dated

15:39:50 25    June 13th, 2017.

15:39:52  1    Q.  Have you reviewed this document prior to your

15:39:54  2  testimony today?

15:39:54  3    A.  Yes.

15:39:55  4    Q.  Is it a fair and accurate copy of the scope

15:39:58  5  ruling dated June 13, 2017?

15:40:02  6    A.  Yes, it is.

15:40:03  7         MR. HSIEH:  Pursuant to the Court's pretrial

        8  ruling, the Government moves to admit the certified copy

15:40:06  9  of Exhibit 203 into evidence.

15:40:08  10         THE COURT:  It will be received.

15:40:10  11         (Exhibit 203 is received.)

        12  BY MR. HSIEH:

15:40:10  13    Q.  Now, that page 1 of Government's Exhibit 203 is

15:40:13  14  visible to the jury, and the date is June 13, 2017?

15:40:22  15    A.  That's correct.

15:40:23  16    Q.  Now, while Exhibit 202 dealt with one series of

15:40:29  17  aluminum pallets, what series did this scope ruling deal

15:40:34  18  with?

15:40:35  19    A.  This deals with aluminum extrusions made of

15:40:43  20  series six.

15:40:45  21    Q.  Can you read the last portion that I have

15:40:50  22  highlighted on the bottom of page 2 of Government's

15:40:53  23  Exhibit 203?

15:40:54  24    A.  Yes.  "Based on the scope ruling request and

15:40:57  25  additional record of evidence, the department determines

15:41:00  1  that certain aluminum extrusions from the PRC, made of

15:41:05  2  series six aluminum alloy, which are cut to length and

15:41:08  3  welded together in a form of a pallet, regardless of

15:41:11  4  producer or exporter, are included within the scope of

15:41:15  5  the orders."

15:41:16  6      Q.   Just for the jury, there was an abbreviation,

15:41:19  7  PRC, what does PRC stand for?

15:41:20  8      A.   It is a common abbreviation for the Peoples

15:41:23  9  Republic of China, China.

15:41:24  10     Q.   Turning to page 3 of Government's Exhibit 203.

15:41:33  11          At the top of page 3 of Government's Exhibit 203,

15:41:39  12 look at the background of the date that petitioner made

15:41:42  13 a similar request.

15:41:44  14     A.   Yes.  The petitioner made this request on

15:41:47  15 March 3rd, 2017.

15:41:48  16     Q.   And did they make it regarding a particular

15:41:52  17 importer's product?

15:41:53  18     A.   Yes.  The petitioner or domestic industry made

15:41:57  19 this request on -- with respect to the merchandise from

15:42:01  20 China Zhongwang Holdings Limited and its affiliates.

15:42:14  21     Q.   Now, I'm going to page through page 17 and stop,

15:42:18  22 and potentially stop at other portions.  But these are

15:42:19  23 now visible to the witness and the jury.

15:42:33  24          Looking at the bottom of page 6 of Government's

15:42:37  25 Exhibit 203, does this again give a description of the

15:42:39  1    merchandise subject to the scope request?

15:42:41  2        A.   Yes.  It does.

15:42:42  3        Q.   What is the note in the final sentence of page 6?

15:42:47  4        A.   It indicates that the merchandise subject to this

15:42:50  5    request does not contain any non-extruded aluminum

15:42:58  6    component.

15:42:59  7        Q.   Now, continuing to page through in sequentially

15:43:03  8    Government's Exhibit 203, does the bottom of page 203

15:43:10  9    reference what we saw in Government's Exhibit 202, the

15:43:14  10   one series scope pallet ruling?

15:43:17  11       A.   Yes, it does.

15:43:18  12       Q.   Does that continue on page 9 of Government's

15:43:22  13   Exhibit 203?

15:43:23  14       A.   Yes, it does.

15:43:25  15       Q.   Does it state the conclusion regarding the one

15:43:31  16   series pallets were within scope?

15:43:35  17       A.   Yes, it does.

15:43:36  18       Q.   Just so we are clear, within scope, does that

15:43:40  19   mean duties need to be paid or do not need to be paid?

15:43:44  20       A.   Within scope, that means duties need to be paid.

15:43:49  21       Q.   Now, continuing to page down through page 17,

15:44:04  22   again, similar to Exhibit 202, the final recommendation

15:44:08  23   again regarding the six series pallet, what is that,

15:44:13  24   Senior Director Villanueva?

15:44:13  25       A.   The Department of Commerce recommended to the

15:44:16  1   decision maker, that the extruded aluminum profiles

15:44:20  2   consisting of series six series aluminum alloy, which

15:44:24  3   are cut to length and welded together in the form of a

15:44:26  4   pallet, regardless of producer or exporter, are included

15:44:28  5   in the scope of the orders.

15:44:29  6        Q.  Again, same question as with Exhibit 202, does

15:44:34  7   this mean that duties regarding this specific product

15:44:37  8   are only due starting the date of this order?

15:44:40  9        A.  No.  It does not.  It means that they were always

15:44:43  10  subject and duties were always due.

15:44:46  11       Q.  Beginning on which date?

15:44:48  12       A.  Back to the date of the preliminary

15:44:50  13  determination, when we first started suspending entries

15:44:54  14  and customs started collecting duties.

15:44:57  15       Q.  Now I will go quickly through the remaining pages

15:45:00  16  of Government's Exhibit 203.

15:45:02  17            As the jury now knows, there is a difference

15:45:04  18  between AD and CVD order.  Is this the related portion

15:45:09  19  of the 2017 scope ruling?

15:45:11  20       A.  Yes.

15:45:12  21       Q.  And it has the same date as the previous portion

15:45:16  22  of Government's Exhibit 203?

15:45:17  23       A.  It is.

15:45:18  24       Q.  And from your review and understanding, is it the

15:45:22  25  same product?

15:45:24   1   A.   It is.

15:45:25   2   Q.   And that six series aluminum alloy cut to length

15:45:29   3   and welded together in the form of a pallet?

15:45:34   4   A.   Yes.

15:45:35   5           MR. HSIEH:   And just for the record, I am

15:45:37   6   paging through all the pages remaining in Government's

15:45:42   7   Exhibit 203, visible to the witness and jury.

15:45:55   8           THE COURT:   Total number of pages, Counsel?

15:45:57   9           MR. HSIEH:   33 total pages.   I'm not moving

15:46:00   10   to admit page 1 of Government's Exhibit 203 or 202, the

15:46:07   11   certification pages.

15:46:09   12           I'm enlarging the bottom portion of

15:46:16   13   Government's Exhibit 203, page 22, under the header

15:46:17   14   "Description of Merchandise Subject to the Scope

15:46:19   15   Request."

16   BY MR. HSIEH:

15:46:23   17   Q.   And, likewise, just pausing on the bottom of page

15:46:28   18   24 of Exhibit 203, similarly, does this portion of

15:46:32   19   Government's Exhibit 203, also reference the one series

15:46:35   20   pallet scope ruling that was shown in Exhibit 202?

15:46:38   21   A.   Yes, it does.

15:46:39   22   Q.   Paging through the remaining pages in sequential

15:46:46   23   order, visible to the jury, stopping on the final page,

15:46:50   24   page 33.

15:46:51   25           Again, what is the final determination regarding

15:46:55  1  whether the six series pallets are within the scope of

15:46:59  2  the order?

15:47:00  3      A.   We recommended finding to the decision maker that

15:47:03  4  extruded aluminum profiles consisting of series X

15:47:08  5  aluminum alloy, which are cut to length and welding

15:47:09  6  together in the form of a pallet, regardless of producer

15:47:11  7  or exporter, are included in the scope of the orders.

15:47:15  8      Q.   What was determined here?

15:47:18  9      A.   Agree.

15:47:22  10             MR. HSIEH:   If I can have one moment.

15:47:28  11             No further questions at this time, Your

15:47:29  12  Honor.

15:47:29  13             THE COURT:   Okay.   Cross-examination.

15:47:32  14             MR. RUYAK:   Thank you, Your Honor.

15:47:41  15             THE COURT:   We have about 13 minutes before

15:47:43  16  we break.   I see counsel looking at the clock.

15:47:50  17             MR. RUYAK:   Let's see what I should do first

15:47:52  18  that I can do in 15 minutes.   I think I know.

15:48:04  19                    **CROSS-EXAMINATION**

15:48:04  20  BY MR. RUYAK:

15:48:09  21      Q.   Good afternoon.

15:48:09  22      A.   Good afternoon.

15:48:11  23      Q.   Mr. Villanueva, I want to direct first your

15:48:15  24  attention to -- first of all, you are appearing as an

15:48:19  25  expert witness in this case, correct?

15:48:22  1      A.   Correct.

15:48:22  2      Q.   So I would like to first talk a little bit about

15:48:27  3  the background that you gave in this case.  You

15:48:32  4  mentioned that it is the obligation of the organization

15:48:38  5  you work for and for you to do investigations on

15:48:45  6  particular products; is that correct?

15:48:47  7      A.   That is correct.

15:48:47  8      Q.   Were you involved at all in the investigation

15:48:50  9  that led to the antidumping/countervailing duty order on

15:48:54  10  Chinese extrusions?

15:48:57  11     A.   I was not.

15:48:58  12     Q.   And, again, I take it you weren't involved in the

15:49:02  13  scope reviews we just identified for the 1000 series or

15:49:06  14  6000 series pallets, correct?

15:49:10  15     A.   I was not.

15:49:11  16     Q.   In this case, we don't have any 1000 series

15:49:14  17  pallets.  I'm going to direct your attention to the 6000

15:49:20  18  series antidumping and countervailing duty orders.

15:49:21  19          Have you personally at any time and any

15:49:23  20  investigation inspected the 6000 series pallets that

15:49:27  21  were involved in this case?

15:49:29  22     A.   I have not inspected any pallets.

15:49:44  23     Q.   The role of the scope rulings, I take it, as you

15:49:49  24  mentioned, is to allow someone to see if one of their

15:49:52  25  products actually fits under the ruling, correct?

15:49:56   1    A.   Yes.

15:49:56   2    Q.   And so it could be either generally fits under

15:50:00   3    the ruling, correct?

15:50:03   4    A.   Can you explain what you mean by "generally"?

15:50:05   5    Q.   Well, first of all, I can take an extrusion, and

15:50:08   6    I can say does this extrusion fit under the ruling,

15:50:12   7    correct?

15:50:12   8    A.   Yes.

15:50:13   9    Q.   Because it's about aluminum extrusions, right?

15:50:19   10   A.   That's correct.

15:50:21   11   Q.   So if I came up with a new alloy, let's say,

15:50:23   12   that's not a 1000 or 6000, I came up with a 9000 alloy,

15:50:24   13   I could get a scope ruling on whether or not that fits

15:50:26   14   under the order, correct?

15:50:27   15   A.   Yes.

15:50:29   16   Q.   And also, if I think the order is unclear to me,

15:50:38   17   then I can request to see whether my product actually

15:50:41   18   fits under an exception to the ruling, correct?

15:50:43   19   A.   Yes.

15:50:44   20   Q.   Now, in your experience, these challenges, I'll

15:50:49   21   say, these scope rulings to certain products, the

15:50:53   22   majority of those come from members of the industry,

15:50:56   23   correct?

15:50:58   24   A.   Scope rulings can come from exporters, importers,

15:51:01   25   domestic manufacturers, people who deal with the

15:51:04   1   product.

15:51:05   2      Q.  Or from people in the industry that don't like

15:51:08   3   the product and they want it to fall under the order,

15:51:13   4   like what happened in this particular case, right?

15:51:15   5      A.  I don't understand that question.  Is there a

15:51:17   6   question there?

15:51:18   7      Q.  Yes.  The question is:  American aluminum

15:51:21   8   industry, right, a couple of them are sitting in this

15:51:23   9   courtroom, actually.  American aluminum industry can

15:51:26  10   request a scope ruling on a product that somebody else

15:51:29  11   is bringing into the country, correct?

15:51:31  12      A.  A U.S. producer of the product can request a

15:51:34  13   clarification on whether something is or is not subject

15:51:37  14   to duties.

15:51:38  15      Q.  Right.  So it is not just the person who's

15:51:40  16   bringing the product in, but the American people brought

15:51:45  17   producers who want to try to keep it out, they can bring

15:51:49  18   a scope review ruling, right?

15:51:50  19      A.  Anybody can bring a scope ruling request before

15:51:53  20   the Department of Commerce.

15:51:55  21      Q.  You also mentioned, I think, that in the course

15:51:58  22   of reviewing products and investigating them, that the

15:52:07  23   American producers can comment and petition and provide

15:52:14  24   information to your bureau during the investigation,

15:52:20  25   correct?

15:52:21   1       A.   Yes.

15:52:22   2       Q.   You also mentioned that if a ruling occurs, scope

15:52:26   3   ruling occurs, and the part is found to be within the

15:52:32   4   scope of the order, that the duties go back all the way

15:52:35   5   to the beginning, when the importer first brought the

15:52:39   6   product in, correct?

15:52:40   7       A.   Yes.

15:52:40   8       Q.   But isn't it true there is a statute of

15:52:42   9   limitations on that, you may not be able to go all the

15:52:45  10   way back?

15:52:47  11       A.   No.   I'm not aware of that.

15:52:50  12       Q.   You're not aware of that.

15:52:52  13           So does that mean that if I bring products in, in

15:52:55  14   1990, that in 2021, 30 years later, I can get a ruling

15:53:00  15   and go back and get those duties back in 1990?

15:53:03  16       A.   The commerce ruling would say that any entries

15:53:06  17   that have not been liquidated by customs, would be

15:53:10  18   subject to the payments of the duty.

15:53:12  19       Q.   And you know of no limitation on that?

15:53:15  20       A.   Not from the commerce regulations and statute.

15:53:25  21       Q.   Now, let's look at -- let's look at one of the

15:53:33  22   main rulings that are involved here.   Let's look at

15:53:37  23   Exhibit 203.   Let's bring that one up.

15:53:44  24           MR. RUYAK:   Okay.   Let's -- is this the

15:53:47  25   right one?

15:53:47  1          MR. HSIEH:  That's just the certification

15:53:51  2   page.

15:53:52  3          MR. RUYAK:  Let's scroll through.  I want to

15:53:53  4   get to the actual finding, where it identifies the

15:53:56  5   reasons why.

15:53:57  6          THE COURT:  Counsel, let me just clear

15:53:59  7   something up.

15:53:59  8          Because you said you can go back

15:54:01  9   indefinitely.  Can you go back to when there was a

15:54:04  10  ruling that it is an antidumping, or can you go back

15:54:08  11  even before there is a ruling that it's antidumping.

15:54:11  12         THE WITNESS:  Our decisions, if a product is

15:54:13  13  found to be within the scope of the order, that decision

15:54:16  14  is applicable back to the date of the order.

15:54:20  15         THE COURT:  That's what I thought.  Only

15:54:21  16  back to the date of the order, not before then.

15:54:24  17         Okay.  I just wanted to clear that up,

15:54:25  18  Counsel.  Thank you.

15:54:28  19  BY MR. RUYAK:

15:54:29  20    Q.  And to shorten this a little bit, I think you

15:54:32  21  will remember this, in the course of the order, the 6000

15:54:36  22  series aluminum -- let's speed this up a little bit --

15:54:40  23  the ruling was that aluminum extrusions cut to length,

15:54:47  24  welded into pallets were within the scope of the order

15:54:50  25  because they didn't contain non-aluminum parts, correct?

15:54:55   1       A.   There is actually -- the rulings show you a

15:54:59   2   two-part decision.   First, the product has to be subject

15:55:01   3   to the order before an exclusion can apply.   And in

15:55:06   4   these decisions, we clearly state that the aluminum

15:55:09   5   extrusion piece is covered by the scope of the order.

15:55:15   6   So that tells you that aluminum extrusions in those

15:55:17   7   pallets are subject to duties.

15:55:19   8       Next, you have to determine whether, now that

15:55:22   9   they are covered, doesn't exclusion apply.   And in these

15:55:26  10   rulings, we said that the exclusion does not apply.

15:55:29  11       Q.   Right.   Thank you for clearing that up.   Because

15:55:31  12   I think that is a better way to put it.

15:55:34  13       First, these are made -- these pallets are made

15:55:36  14   of aluminum extrusions, correct?

15:55:40  15       A.   Yes.

15:55:40  16       Q.   So on that basis, because there are aluminum

15:55:43  17   extrusions cut and formed in a pallet, that they are

15:55:46  18   extrusions under this order, correct?

15:55:49  19       A.   Yes.

15:55:50  20       Q.   But there is an exception.   An exception is for

15:55:53  21   finished merchandise, correct?

15:55:56  22       A.   Yes.   And there is a definition of that.

15:55:58  23       Q.   Let's go to the definition of finished

15:56:00  24   merchandise, which I believe is the first column on page

15:56:06  25   2.

15:56:15  1            MR. RUYAK:  Let's go back to the order,

15:56:17  2  which I believe is -- it is Exhibit 203.  Now, that's

15:56:24  3  the scope order.  Sorry.  We've got different exhibit

15:56:34  4  numbers, Your Honor; one for us, and one for them.

15:56:36  5            Let's go to our exhibit number, so that we

15:56:39  6  don't get confused.  Let's go to 1003.

15:56:44  7            THE COURT:  1003.  Okay.

15:56:55  8            And do you want to introduce that at this

15:56:57  9  time, or do you want to just show it to --

15:57:01  10           MR. RUYAK:  It's identical.

15:57:03  11           THE COURT:  Is there any objection to it

15:57:06  12  being introduced?

15:57:06  13           MR. HSIEH:  No, Your Honor.  It's just more

15:57:07  14  paper for the jury.

15:57:08  15           THE COURT:  That's okay.  They can handle

15:57:13  16  it.

15:57:13  17           Counsel, maybe he can help you, here.

15:57:35  18           MR. RUYAK:  Let's do 201.

15:57:42  19  BY MR. RUYAK:

15:57:43  20    Q.  Let's go back and clarify for just a minute, to

15:57:45  21  make sure I understand this.

15:57:45  22           THE COURT:  Are we going to be talking about

15:57:46  23  201, or are we going to talk about --

15:57:50  24           MR. RUYAK:  Your Honor, I now have the

15:57:52  25  numbers.

15:57:52  1          THE COURT:  That's great.  Thank you.

15:57:57  2          MR. RUYAK:  Dealing exhibits.

          3  BY MR. RUYAK:

15:57:59  4     Q.  Mr. Villanueva, when you look at an order, it

15:58:03  5  covers a broad scope of product, correct?

15:58:07  6     A.  The order describes the product and if there are

15:58:11  7  different types of products to be covered, then it does

15:58:14  8  include those definitions.

15:58:16  9     Q.  And when you get to the exclusion, the exception,

15:58:19  10  there are certain exceptions that you describe.  You

15:58:21  11  used the wood and the mattress and so forth.  In that

15:58:32  12  case, there are certain products -- if I can call them

15:58:33  13  products -- that would be subject to exclusion as it's

15:58:36  14  defined in the order, correct?

15:58:37  15     A.  The exclusion that would apply, would have to be

15:58:41  16  defined in the order, yes.

15:58:42  17     Q.  And in this particular order, because we have

15:58:45  18  extrusions generally, correct?

15:58:49  19     A.  Yes.

15:58:49  20     Q.  There is an exclusion for something called

15:58:54  21  finished merchandise, correct?

15:58:55  22     A.  Yes.

15:58:56  23     Q.  And that finished merchandise is defined in the

15:58:59  24  order.  In this case, it is defined in the second column

15:59:02  25  on the second page of the order, on the bottom left-hand

15:59:07   1   corner.

15:59:12   2        And actually, in this order, there were two

15:59:17   3   exclusions, correct?

15:59:17   4        A.   Yes.

15:59:17   5        Q.   There was an exclusion for what's called finished

15:59:20   6   merchandise, right?

15:59:22   7        A.   Yes.

15:59:22   8        Q.   And there was also an exclusion for something

15:59:25   9   called kits?

15:59:27  10        A.   Yes.

15:59:28  11        Q.   And just so we are clear, kits are all the parts

15:59:33  12   for a product but not yet assembled before it comes into

15:59:37  13   the United States, correct?

15:59:39  14        A.   That's correct.

15:59:40  15        Q.   So here.  Because the pallets were fully

15:59:45  16   assembled and welded, we're talking about whether or not

15:59:47  17   they fall under the finished merchandise section,

15:59:50  18   correct?

15:59:50  19        A.   Yes.

15:59:51  20        Q.   Now, let's read that exception.

15:59:55  21             MR. RUYAK:  Do you have it on the screen?

16:00:00  22             THE COURT:  Counsel, this would probably be

16:00:01  23   a good place, because you are within 30 seconds and it

16:00:05  24   will probably be good to stop here so you can start

16:00:07  25   fresh tomorrow.

16:00:08   1            MR. RUYAK:  We'll get better organized on

16:00:10   2   these exhibits.

16:00:10   3            THE COURT:  Yes.  No problem.

16:00:11   4            Ladies and gentlemen, we are breaking at

16:00:12   5   this time.  Did you decide what you want to do -- we're

16:00:14   6   talking about Monday.  You still come back tomorrow.

16:00:18   7   Tomorrow is Friday.  I just wanted to give you as much

16:00:20   8   notice as possible.

16:00:21   9            Have you decided whether you want to try to

16:00:23   10  start at 1:00 o'clock, understanding we may not start

16:00:27   11  until 1:15?

16:00:29   12            Okay.  We will try to start at 1, but it may

16:00:31   13  not be until 1:15 on Monday.

16:00:36   14            Remember the admonishment not to discuss the

16:00:38   15  case among yourselves or with anybody else.  Don't form

16:00:41   16  or express any opinions about the matter until you

16:00:41   17  retire to the jury room for your deliberations. See you

16:00:44   18  back in tomorrow morning.  You guys have not missed a

16:00:47   19  time yet.  Tomorrow morning at?

16:00:53   20            I didn't hear.  What time tomorrow morning?

16:00:55   21            THE JURORS:  8:15.

16:00:57   22            THE COURT:  Thank you very much.  See you

16:00:58   23  back here in the morning.

          24            (PROCEEDINGS CONCLUDED.)

          25

```
 1                    CERTIFICATE OF REPORTER

 2

 3   COUNTY OF LOS ANGELES       )

 4                               )  SS.

 5   STATE OF CALIFORNIA         )

 6

 7   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

 8   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

 9   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

10   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

11   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

12   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

13   ABOVE-ENTITLED THAT THE TRANSCRIPT PAGE FORMAT IS IN

14   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL

15   CONFERENCE OF THE UNITED STATES.

16

17

18   DATE:  AUGUST 12, 2021

19   /S/_____

20   SHERI S. KLEEGER, CSR

21   FEDERAL OFFICIAL COURT REPORTER

22

23

24

25
```



## $

**$1,126,080** [1] - 88:13
**$1,170,902.19** [1] - 83:20
**$1,500,975,544.84** [1] - 82:8
**$1,571,104** [1] - 58:19
**$1,680,000** [1] - 51:23
**$10** [3] - 120:2, 120:3, 157:19
**$100** [1] - 157:18
**$14,522** [1] - 84:6
**$18.75** [2] - 124:20, 125:7
**$2,588,216.34** [1] - 81:19
**$20,865,600** [1] - 14:4
**$3,628,800** [1] - 8:24
**$3,928,896** [1] - 59:10
**$4,975,416** [1] - 58:17
**$5,673.09** [1] - 57:23
**$5,880,554.78** [1] - 57:25
**$51,458.43** [1] - 83:23
**$56,000** [1] - 51:25
**$6,531,840** [1] - 13:24
**$6,546,520** [1] - 58:16
**$680,000** [1] - 55:6
**$71,104** [1] - 59:11
**$8,800** [2] - 49:6, 49:10
**$800,000** [1] - 57:8
**$880,000** [1] - 52:1
**$8800** [1] - 50:7
**$9,440,200** [1] - 57:21

## '

**'13** [1] - 26:20
**'14** [1] - 36:14
**'16** [2] - 99:24, 122:18
**'17** [1] - 20:22

## /

**/S** [1] - 190:19

## 1

**1** [56] - 7:1, 7:5, 7:8, 8:9, 11:4, 37:25, 39:16, 42:4, 43:16, 44:7, 45:25, 46:10, 47:3, 47:6, 48:20, 49:9, 50:5, 51:22, 52:7, 53:16, 54:6, 56:13, 56:22, 57:11, 57:19, 60:2, 60:9, 63:2, 63:16, 65:25, 66:24, 67:5, 67:12, 68:2, 68:10, 68:21, 69:2, 69:23, 71:8, 71:10, 71:15, 74:12, 74:18, 75:18, 75:19, 111:18, 162:11, 164:19, 165:6, 166:5, 166:21, 167:2, 170:15, 174:13, 178:10, 189:12
**1,126,080** [1] - 37:7
**1,283,995,616** [1] - 82:24
**1.2** [2] - 84:12, 101:25
**1.28** [2] - 83:5, 84:9
**1.3** [2] - 102:1, 103:13
**1.4** [1] - 112:8
**1.47** [1] - 103:11
**1.5** [1] - 103:14
**10** [5] - 3:14, 48:8, 70:15, 125:13, 145:9
**10,080** [2] - 7:1, 8:22
**1000** [8] - 133:14, 133:17, 133:23, 139:25, 141:25, 180:13, 180:16, 181:12
**1001** [3] - 1:11, 104:5, 140:20
**1003** [2] - 186:6, 186:7
**10340** [1] - 1:23
**10681** [2] - 1:12, 104:8
**108** [3] - 28:21, 29:1, 81:25
**10:00** [1] - 52:22
**11** [5] - 3:14, 48:10, 48:12, 49:17, 70:15
**11,016** [1] - 7:7
**11,340** [1] - 10:21
**1100** [1] - 2:9
**11:30** [1] - 85:24
**12** [10] - 1:18, 3:15, 5:1, 24:25, 25:3, 48:13, 70:15, 145:9, 165:3, 190:18
**12th** [2] - 25:9, 57:20
**13** [8] - 3:16, 48:15, 70:16, 146:9, 146:11, 174:5, 174:14, 179:15
**13th** [1] - 173:25
**14** [3] - 70:16, 171:16, 171:18
**15** [4] - 3:4, 53:4, 70:16, 179:18
**16** [2] - 70:16, 129:1
**16,416** [1] - 10:20
**160** [1] - 7:4
**1681** [1] - 141:1
**17** [3] - 70:16, 175:21, 176:21
**1700** [1] - 2:18
**18** [2] - 70:16, 112:22
**18,144** [2] - 13:9, 13:22
**18.6** [1] - 125:10
**19** [2] - 36:14, 70:17
**19-00282** [1] - 1:8
**1990** [2] - 183:14, 183:15
**1992** [1] - 115:22
**19th** [2] - 37:13, 124:8
**1:00** [4] - 86:7, 137:14, 137:18, 189:10
**1:15** [5] - 137:15, 137:16, 137:20, 189:11, 189:13
**1st** [4] - 6:25, 7:3, 7:6, 14:6

## 2

**2** [48] - 8:9, 8:25, 11:21, 36:3, 37:8, 37:23, 39:21, 39:23, 41:2, 41:12, 41:20, 42:16, 43:16, 43:18, 46:16, 47:9, 50:20, 51:3, 59:20, 63:8, 64:6, 65:12, 65:21, 67:5, 67:17, 68:16, 70:11, 72:11, 74:18, 75:2, 97:19, 125:8, 162:19, 162:21, 163:7, 163:11, 165:10, 165:20, 167:4, 168:10, 168:24, 169:13, 170:10, 170:15, 170:20, 173:20, 174:22, 185:25
**20** [2] - 70:17, 150:17
**20,000** [2] - 7:4, 9:1
**200** [9] - 166:3, 166:5, 166:17, 166:19, 166:22, 167:5, 167:9, 168:8, 168:23
**2000** [3] - 136:5, 144:21, 145:2
**20006** [1] - 2:18
**2003** [1] - 25:1
**2004** [1] - 145:3
**2005** [3] - 116:3, 116:21, 117:3
**2008** [1] - 117:3
**2009** [15] - 25:12, 25:13, 26:17, 26:23, 28:24, 92:3, 92:5, 104:3, 104:20, 105:24, 117:11, 117:15, 117:16, 119:18, 119:19
**201** [7] - 168:10, 168:12, 168:19, 168:21, 169:5, 186:18, 186:23
**2010** [5] - 106:1, 161:23, 162:3, 162:14, 165:3
**2011** [23] - 30:25, 106:3, 106:6, 106:15, 107:2, 107:5, 119:6, 119:15, 119:18, 120:2, 121:18, 121:21, 122:5, 122:18, 126:19, 127:21, 134:11, 136:20, 141:5, 141:16, 142:12, 167:1, 168:17
**2012** [9] - 6:20, 10:10, 11:18, 26:20, 56:24, 108:10, 124:8, 145:13, 145:14
**2013** [4] - 12:25, 14:6, 98:19, 99:23
**2014** [15] - 20:14, 20:17, 26:25, 28:14, 31:16, 37:13, 49:17, 49:21, 76:10, 77:25, 78:3, 105:3, 109:17, 116:12, 129:1
**2015** [10] - 20:8, 20:13, 78:8, 79:21, 80:7, 80:14, 81:17, 160:4, 170:19
**2016** [22] - 20:23, 20:24, 26:20, 26:23, 28:24, 79:25, 80:2, 83:9, 98:16, 104:20, 116:8, 117:4, 121:18, 121:21, 130:17, 136:15, 136:20, 169:20, 170:23, 171:1, 171:4, 172:4
**2017** [6] - 20:21, 173:25, 174:5, 174:14, 175:15, 177:19
**2018** [3] - 160:5, 160:7, 160:14
**2019** [2] - 145:20, 145:21
**202** [14] - 169:11, 169:13, 169:14, 170:6, 170:8, 170:11, 170:21, 171:11, 174:16, 176:9, 176:22, 177:6, 178:10, 178:20
**2021** [4] - 1:18, 5:1, 183:14, 190:18
**203** [21] - 173:20, 173:22, 174:9, 174:11, 174:13, 174:23, 175:10, 175:11, 175:25, 176:8, 176:13, 177:16, 177:22, 178:7, 178:10, 178:13, 178:18, 178:19, 183:23, 186:2
**21** [2] - 70:17, 144:17
**213)894-6604** [1] - 1:25
**22** [2] - 70:17, 178:13
**224** [1] - 123:24
**23** [2] - 1:18, 70:17
**23rd** [1] - 10:10
**24** [4] - 3:5, 6:20, 70:18, 178:18
**242** [10] - 161:5, 161:8, 161:14, 161:16, 162:6, 162:8, 162:20, 164:4, 165:23, 167:20
**243** [6] - 164:2, 164:6, 164:15, 164:17, 165:11, 165:20
**25** [2] - 70:18
**26** [4] - 56:24, 70:18, 167:1, 168:17
**26th** [1] - 12:25
**27** [3] - 70:18, 81:17, 173:6
**28** [2] - 70:18, 190:10
**28th** [1] - 55:7
**29** [3] - 70:18, 73:23, 73:24

**2:30** [1] - 137:7

**3**

**3** [29] - 1:17, 8:9, 11:24, 36:20, 38:9, 41:3, 42:8, 43:16, 44:11, 45:12, 50:20, 51:8, 58:5, 58:13, 58:23, 63:4, 63:10, 64:13, 65:11, 65:17, 68:16, 70:14, 73:1, 110:22, 167:8, 169:5, 170:16, 175:10, 175:11
**30** [3] - 70:19, 183:14, 188:23
**300** [1] - 27:17
**301304** [1] - 23:18
**307** [7] - 4:6, 68:1, 68:3, 68:6, 68:8, 68:16, 68:20
**308** [1] - 68:19
**309** [6] - 4:6, 68:19, 68:21, 68:24, 69:1, 69:3
**30s** [2] - 120:10, 120:11
**30th** [4] - 26:19, 79:25, 170:19, 171:1
**31** [2] - 81:17, 162:3
**31,500** [1] - 10:21
**310** [5] - 69:12, 69:19, 69:21, 70:6, 70:10
**310,311** [1] - 4:7
**311** [6] - 69:12, 69:19, 69:21, 69:23, 70:7, 70:22
**312** [9] - 1:24, 2:10, 4:8, 71:4, 71:7, 71:14, 72:11, 72:22, 73:21
**313** [5] - 4:7, 70:21, 71:1, 71:3, 71:9
**324** [3] - 124:2, 124:13, 124:15
**328** [11] - 3:22, 56:10, 56:17, 56:20, 57:12, 57:19, 58:7, 58:14, 58:23, 59:4, 59:7
**33** [2] - 178:9, 178:24
**340** [10] - 3:23, 59:13, 59:21, 59:23, 59:25, 60:3, 60:9, 61:9, 66:5, 66:10
**344** [6] - 4:5, 66:11, 66:20, 66:22, 66:24
**349(A** [1] - 3:23

**349-A** [8] - 61:10, 61:12, 62:8, 62:17, 62:19, 62:21, 62:23, 63:2
**355** [1] - 67:4
**356** [11] - 4:5, 67:4, 67:6, 67:9, 67:12, 67:18, 67:22, 97:7, 97:8, 97:11
**357** [9] - 3:15, 35:25, 36:20, 37:16, 37:19, 38:1, 38:24, 41:9, 86:23
**358** [9] - 3:16, 38:20, 38:21, 39:8, 39:13, 39:16, 39:22, 39:24, 110:21
**359** [4] - 3:17, 40:5, 40:13, 40:15
**36** [1] - 7:6
**362** [8] - 3:17, 41:11, 41:16, 41:18, 41:20, 42:8, 42:16, 42:25
**366** [5] - 3:18, 43:14, 43:22, 43:24, 44:17
**368** [7] - 3:18, 44:25, 45:3, 45:8, 45:10, 45:12, 45:25
**37** [5] - 3:15, 77:11, 77:14, 80:13, 111:18
**370** [12] - 3:19, 3:22, 54:12, 54:21, 54:23, 54:25, 55:17, 55:18, 55:20, 55:23, 56:1, 56:2
**371** [9] - 3:19, 3:24, 54:20, 63:15, 63:16, 63:21, 63:23, 64:6, 64:13
**375** [10] - 3:20, 46:9, 46:10, 46:17, 46:24, 47:1, 47:4, 47:6, 47:22, 48:1
**376** [3] - 128:21, 129:12, 129:14
**379** [6] - 3:21, 50:10, 50:22, 51:1, 51:3, 51:22
**381** [8] - 3:21, 52:5, 52:7, 52:19, 52:21, 53:15, 53:17, 54:6
**382** [5] - 4:8, 74:4, 74:8, 74:10, 74:12
**383** [2] - 65:4, 74:16
**384** [9] - 3:24, 65:3, 65:11, 65:12, 65:15, 65:21, 65:25, 74:15, 74:18
**39** [1] - 3:16
**390** [7] - 4:9, 74:23,

75:3, 75:6, 75:8, 75:20, 76:1
**3rd** [1] - 175:15

**4**

**4** [20] - 28:20, 29:1, 41:8, 42:25, 43:17, 44:15, 46:3, 59:3, 59:6, 59:9, 61:12, 62:7, 62:23, 64:18, 68:17, 70:14, 76:1, 81:24, 110:21, 168:8
**40** [2] - 3:17, 6:25
**401** [8] - 4:9, 81:6, 81:12, 81:14, 82:4, 82:22, 112:23, 113:2
**402** [1] - 1:24
**40s** [2] - 120:10, 120:11
**41** [1] - 3:17
**411** [12] - 4:10, 83:7, 83:14, 83:16, 83:18, 84:11, 98:12, 100:1, 100:7, 100:9, 101:7, 112:4
**416** [4] - 3:20, 49:1, 49:13, 49:15
**43** [1] - 3:18
**4400** [1] - 2:15
**45** [2] - 3:18, 79:14
**47** [1] - 3:20
**49** [1] - 3:20
**497,480.49** [1] - 82:20
**4:00** [1] - 137:21

**5**

**5** [9] - 3:4, 43:5, 43:17, 44:17, 46:3, 47:12, 63:12, 64:20, 168:8
**5,027,807** [1] - 45:15
**50** [4] - 3:19, 120:14, 138:19
**51** [1] - 3:21
**52** [1] - 3:21
**54** [1] - 3:22
**540** [1] - 151:25
**555** [1] - 2:15
**56** [1] - 3:22
**57,960** [2] - 13:9, 14:2
**572** [5] - 5:20, 6:10, 6:12
**572,573** [1] - 3:13
**573** [3] - 6:5, 6:10,

6:12
**574** [4] - 3:13, 7:19, 8:8, 8:14
**580** [3] - 9:11, 10:2, 10:4
**580,581** [1] - 3:14
**581** [5] - 9:22, 10:2, 10:4
**582** [4] - 3:14, 10:23, 11:12, 11:14
**59** [2] - 3:19, 3:23
**590** [3] - 12:4, 12:17, 12:20
**590,591** [1] - 3:15
**591** [3] - 12:17, 12:20, 12:21
**592** [5] - 3:16, 13:11, 13:16, 13:18, 14:22

**6**

**6** [9] - 3:13, 46:6, 47:22, 64:22, 70:14, 73:5, 171:11, 175:24, 176:3
**6000** [5] - 180:14, 180:17, 180:20, 181:12, 184:21
**62** [1] - 3:23
**63** [1] - 3:24
**65** [1] - 3:24
**66** [1] - 4:5
**67** [1] - 4:5
**68** [1] - 4:6
**69** [2] - 4:6, 4:7

**7**

**7** [6] - 9:3, 48:1, 64:24, 70:15, 161:23, 169:20
**71** [2] - 4:7, 4:8
**74** [1] - 4:8
**75** [1] - 4:9
**753** [1] - 190:10
**790,000** [1] - 57:8
**7th** [3] - 162:14, 170:23, 171:3

**8**

**8** [6] - 3:13, 42:13, 48:4, 55:25, 56:2, 70:15
**8.5** [1] - 42:17
**80** [1] - 7:3
**81** [1] - 4:9
**810** [1] - 2:18

**83** [1] - 4:10
**8:15** [1] - 189:21

**9**

**9** [4] - 48:6, 55:25, 70:15, 176:12
**9000** [1] - 181:12
**90012** [2] - 1:25, 2:10
**90071** [1] - 2:16
**9191** [3] - 41:24, 43:2, 46:4

**A**

**A-570967** [1] - 172:23
**A-L-E-X** [1] - 143:22
**A.M** [2] - 1:18, 5:2
**abbreviation** [3] - 51:24, 175:6, 175:8
**ability** [1] - 99:9
**able** [10] - 31:11, 32:22, 74:11, 121:22, 131:14, 137:15, 142:16, 154:22, 156:10, 183:9
**ABOVE** [1] - 190:13
**ABOVE-ENTITLED** [1] - 190:13
**abroad** [3] - 76:10, 76:16, 76:17
**absolutely** [2] - 119:14, 159:2
**accepting** [1] - 58:10
**access** [8] - 26:3, 29:25, 31:8, 43:1, 81:8, 91:19, 91:24, 112:25
**accessible** [1] - 156:21
**according** [2] - 53:21, 75:17
**account** [10] - 25:20, 25:21, 41:24, 43:3, 46:4, 59:11, 75:14, 81:23, 82:17, 82:18
**accountancy** [2] - 24:22, 24:23
**accountant** [9] - 24:24, 95:24, 96:1, 96:25, 97:1, 97:3, 101:2, 103:17, 104:25
**accountants** [2] - 25:3, 25:20
**accounted** [1] - 105:13
**accounting** [28] - 24:25, 25:16, 25:17,

26:3, 26:17, 26:24, 27:2, 30:4, 31:7, 31:25, 33:6, 34:15, 35:22, 36:16, 36:22, 38:13, 41:1, 72:15, 81:7, 82:25, 100:11, 104:25, 105:18, 107:20, 112:24, 113:9, 113:10, 156:6

**accounts** [11] - 26:4, 30:1, 31:8, 31:11, 31:13, 34:1, 38:16, 83:21, 95:16, 113:1, 120:1

**accurate** [2] - 170:1, 174:4

**ACQUISITIONS** [1] - 1:10

**acronym** [1] - 120:22

**actual** [10] - 28:6, 65:18, 65:22, 67:11, 87:21, 88:2, 88:18, 147:17, 160:23, 184:4

**AD** [24] - 144:13, 145:10, 146:23, 147:4, 147:7, 150:4, 150:13, 157:11, 158:1, 158:10, 158:12, 161:20, 162:23, 164:12, 164:22, 165:8, 165:13, 166:13, 171:10, 172:2, 172:18, 172:21, 172:23, 177:18

**AD/CVD** [17] - 113:9, 113:11, 121:5, 144:9, 144:12, 144:21, 146:21, 146:22, 151:22, 152:2, 152:4, 157:1, 158:25, 159:12, 159:14, 160:3, 160:6

**additional** [3] - 152:16, 155:2, 174:25

**address** [19] - 6:17, 12:8, 38:22, 40:6, 40:17, 46:11, 46:16, 49:1, 49:23, 50:2, 50:11, 53:22, 64:15, 73:1, 87:6, 89:20, 92:20, 93:14, 124:9

**addresses** [2] - 68:2, 68:21

**administers** [1] - 151:25

**Administration** [3] - 146:15, 146:16, 146:19

**administrations** [1] -

145:25

**admit** [38] - 8:7, 11:12, 12:17, 13:16, 37:16, 39:8, 40:13, 41:16, 43:21, 49:12, 50:21, 52:18, 54:22, 56:17, 59:22, 62:16, 63:20, 65:12, 66:19, 67:6, 68:5, 68:23, 69:18, 70:10, 71:1, 74:7, 75:5, 81:11, 83:13, 124:13, 129:12, 162:6, 164:14, 166:17, 168:18, 170:5, 174:8, 178:10

**admitted** [10] - 58:6, 61:8, 70:6, 71:14, 74:20, 77:11, 79:13, 79:16, 82:5, 110:21

**admitting** [1] - 50:19

**admonishment** [4] - 52:25, 86:2, 137:23, 189:14

**affect** [1] - 119:12

**affected** [1] - 141:5

**affiliates** [2] - 171:9, 175:20

**afternoon** [16] - 86:17, 86:18, 114:24, 115:16, 115:17, 135:1, 135:2, 137:8, 137:11, 140:12, 140:13, 143:9, 144:2, 144:3, 179:21, 179:22

**agency** [2] - 152:25, 158:11

**aggregate** [1] - 157:23

**agree** [3] - 60:23, 100:5, 179:9

**agreed** [1] - 171:22

**agreement** [2] - 30:15, 30:17

**ahead** [3] - 62:2, 123:25, 152:15

**All** [1] - 51:23

**Alejandro** [1] - 143:20

**alejandro** [1] - 143:21

**Alex** [2] - 143:8, 143:22

**ALEXANDER** [1] - 2:14

**allegation** [3] - 152:9, 152:14, 152:24

**alleged** [1] - 153:3

**alleging** [1] - 152:10

**allow** [2] - 80:20,

180:24

**allowed** [1] - 62:12

**allows** [1] - 150:9

**alloy** [9] - 171:6, 171:24, 173:14, 175:2, 177:2, 178:2, 179:5, 181:11, 181:12

**alloys** [1] - 57:22

**almost** [1] - 101:25

**alternative** [1] - 139:20

**aluminium** [5] - 20:10, 21:2, 21:3, 26:9, 26:11

**ALUMINUM** [2] - 1:9, 1:10

**Aluminum** [93] - 12:9, 14:14, 25:5, 25:8, 25:11, 25:13, 25:17, 26:7, 26:10, 26:14, 26:16, 26:18, 26:22, 27:3, 28:23, 29:9, 29:13, 29:14, 29:15, 29:20, 29:22, 30:3, 30:6, 31:4, 33:16, 34:2, 36:10, 41:1, 41:22, 41:23, 44:3, 44:21, 45:19, 45:22, 50:3, 51:11, 51:12, 51:24, 52:14, 53:18, 54:9, 55:9, 55:10, 65:7, 65:9, 66:15, 69:15, 70:24, 72:13, 72:14, 72:16, 73:2, 73:8, 73:16, 74:6, 75:13, 76:11, 77:8, 77:12, 79:24, 82:13, 89:22, 98:4, 98:8, 116:5, 116:7, 116:9, 117:12, 117:18, 117:20, 118:3, 120:9, 120:19, 120:25, 121:5, 121:9, 121:14, 121:19, 127:14, 127:25, 128:14, 128:17, 128:18, 130:8, 130:11, 130:14, 130:22, 132:11

**aluminum** [94] - 18:14, 30:9, 30:10, 30:13, 47:17, 57:22, 78:5, 78:14, 84:3, 88:15, 97:25, 98:1, 110:16, 111:25, 115:21, 116:1, 116:16, 119:9, 120:6, 120:17, 120:20, 121:4, 121:6, 121:10, 121:15, 121:22,

122:6, 122:18, 122:23, 122:25, 124:21, 126:14, 127:14, 127:21, 128:1, 128:6, 129:8, 129:20, 129:21, 130:15, 130:25, 131:2, 131:21, 132:19, 136:4, 136:7, 136:10, 136:24, 136:25, 138:13, 138:23, 139:2, 139:13, 141:12, 141:17, 142:2, 142:13, 161:19, 163:5, 163:16, 164:9, 165:16, 167:15, 168:15, 169:2, 169:16, 171:6, 171:10, 171:23, 171:24, 173:13, 173:14, 173:24, 174:17, 174:19, 175:1, 175:2, 176:5, 177:1, 177:2, 178:2, 179:4, 179:5, 181:9, 182:7, 182:9, 184:22, 184:23, 184:25, 185:4, 185:6, 185:14, 185:16

**Aluminum/ Perfectus** [1] - 118:12

**AMERICA** [2] - 1:1, 1:6

**American** [11] - 29:14, 51:11, 51:12, 148:1, 151:8, 182:7, 182:9, 182:16, 182:23

**amount** [15] - 13:20, 35:14, 37:8, 42:11, 42:13, 44:19, 44:22, 45:14, 46:5, 81:20, 82:18, 82:22, 84:10, 150:7, 157:12

**amounts** [1] - 42:10

**Amy** [1] - 48:24

**analysis** [1] - 153:2

**analyst** [3] - 144:22, 145:10, 156:2

**analysts** [3] - 145:5, 145:9, 145:10

**AND** [2] - 190:7, 190:11

**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 190:3

**announce** [2] - 70:12, 72:20

**announcing** [1] - 166:15

**annual** [2] - 125:16, 125:24

**anodizing** [1] - 133:1

**answer** [7] - 43:9, 56:7, 90:25, 108:4, 112:15, 131:18

**antidumping** [32] - 21:17, 21:20, 99:8, 106:22, 107:18, 119:8, 119:16, 119:17, 120:16, 120:24, 121:25, 126:18, 129:19, 138:15, 141:5, 141:16, 144:13, 148:15, 148:25, 149:5, 149:7, 151:18, 151:19, 157:20, 158:6, 164:8, 166:7, 166:15, 169:18, 180:18, 184:10, 184:11

**antidumping/ countervailing** [2] - 135:12, 180:9

**apart** [1] - 137:4

**Apex** [2] - 29:14, 51:11

**apologies** [2] - 74:19, 161:10

**apologize** [1] - 81:3

**appear** [3] - 50:6, 67:19, 170:1

**APPEARANCES** [1] - 2:5

**appearing** [1] - 179:24

**applicability** [1] - 169:18

**applicable** [1] - 184:14

**apply** [4] - 185:3, 185:9, 185:10, 187:15

**appointed** [11] - 27:8, 27:21, 27:23, 28:9, 28:14, 28:19, 31:16, 76:9, 76:15, 100:18, 100:24

**April** [3] - 14:6, 145:20, 145:21

**AR** [1] - 82:16

**area** [2] - 22:21, 117:1

**arranged** [2] - 59:8, 76:22

**arrangement** [1] - 58:1

**artificially** [2] - 148:18, 152:11

**AS** [1] - 51:25

Asia [1] - 96:9
assembled [4] - 163:18, 167:16, 188:12, 188:16
asset [1] - 102:15
assets [7] - 102:4, 102:6, 102:8, 102:11, 103:6, 103:9, 103:14
ASSISTANT [1] - 2:9
associate [4] - 14:14, 27:5, 27:17, 30:14
associated [3] - 71:11, 75:14, 76:2
AT [1] - 2:14
attached [2] - 47:7, 55:4
attachment [2] - 70:7, 70:9
attempt [1] - 121:6
attempts [1] - 99:17
attended [1] - 118:11
attending [1] - 27:5
attention [3] - 5:20, 6:5, 6:14, 9:11, 10:23, 12:4, 12:23, 13:11, 86:19, 116:3, 119:6, 179:24, 180:17
ATTORNEY [3] - 2:7, 2:9, 2:14
audit [1] - 156:7
AUGUST [3] - 1:18, 5:1, 190:18
August [6] - 6:25, 7:3, 7:6, 10:10, 11:18, 55:5
AUSA [3] - 2:7, 2:8, 2:8
authority [1] - 159:6
available [2] - 159:23, 159:25
Avenue [2] - 104:8, 141:2
AVENUE [1] - 1:12
average [1] - 120:14
aware [6] - 92:23, 99:8, 99:11, 156:16, 183:11, 183:12

**B**

background [5] - 24:21, 27:18, 144:18, 175:12, 180:3
backing [1] - 167:19
balance [13] - 37:6, 58:18, 59:11, 81:18, 81:19, 83:19, 101:3, 101:5, 101:16, 102:3,

103:10, 112:7, 112:19
bank [14] - 26:4, 30:1, 31:8, 31:11, 31:12, 32:21, 34:1, 38:16, 41:23, 43:1, 81:23, 95:18, 113:1, 151:1
Bank [6] - 35:19, 35:20, 36:5, 37:12, 38:3, 44:10
Bank's [1] - 46:4
banks [3] - 95:16, 96:3, 96:10
base [1] - 44:20
based [16] - 16:17, 32:16, 34:14, 72:14, 76:10, 80:5, 84:19, 94:7, 100:12, 107:14, 107:24, 110:16, 110:17, 130:21, 165:12, 174:24
baseline [1] - 104:5
basic [1] - 146:5
basis [3] - 9:20, 125:16, 185:16
became [3] - 29:25, 93:22, 145:3
become [2] - 117:18, 145:21
becoming [1] - 73:15
beginning [7] - 32:20, 103:3, 104:25, 119:25, 160:20, 177:11, 183:5
BEHALF [2] - 2:6, 2:12
behavior [1] - 147:9
below [4] - 7:9, 12:13, 88:10, 151:4
beneficiary [3] - 38:5, 75:21, 90:1
benefit [2] - 38:8, 57:4
benefits [1] - 138:22
BERNSTEIN [20] - 2:8, 114:22, 115:13, 115:15, 123:18, 123:23, 124:1, 124:12, 124:16, 125:21, 129:11, 129:15, 131:20, 133:7, 133:10, 133:12, 133:15, 134:21, 142:23, 143:3
best [2] - 120:2, 120:3
better [2] - 185:12, 189:1
between [18] - 17:21, 17:25, 18:8, 26:20,

33:24, 34:5, 51:14, 117:3, 121:18, 122:18, 128:17, 136:20, 145:9, 165:13, 167:23, 172:18, 177:18
big [5] - 21:23, 96:3, 108:13, 108:22, 126:25
Bill [1] - 131:24
billion [8] - 83:5, 84:9, 84:12, 102:1, 103:11, 103:13, 103:14, 112:8
bit [12] - 15:5, 97:9, 98:22, 99:1, 99:2, 102:10, 102:11, 103:1, 141:4, 180:2, 184:20, 184:22
blowing [1] - 10:7
blueprints [1] - 18:21
body [6] - 64:1, 65:18, 66:16, 67:12, 69:5, 69:7
bonuses [2] - 20:10, 21:3
books [1] - 101:10
Border [3] - 148:10, 149:3, 158:18
boss [4] - 26:13, 31:18, 33:15, 73:15
bottom [24] - 37:23, 39:15, 39:23, 42:13, 51:4, 51:21, 54:5, 58:22, 60:2, 67:21, 70:25, 71:10, 162:11, 162:20, 164:20, 165:11, 167:4, 167:9, 174:22, 175:24, 176:8, 178:12, 178:17, 187:25
bought [3] - 18:2, 113:25, 129:21
box [11] - 5:7, 53:8, 86:11, 88:10, 138:6, 149:23, 155:8, 155:10, 155:22, 157:6, 163:9
boxes [3] - 6:25, 7:3, 7:6
BREAK [3] - 53:5, 86:8, 138:4
break [12] - 26:23, 28:24, 34:5, 53:14, 85:21, 86:1, 104:21, 137:6, 137:7, 137:9, 137:20, 179:16
breakdown [1] - 51:8
breaking [1] - 189:4

breaks [1] - 33:23
brief [4] - 72:7, 81:4, 144:18, 146:3
briefly [13] - 29:3, 30:5, 30:12, 35:5, 35:10, 37:22, 38:8, 44:6, 50:4, 70:13, 73:21, 132:8, 147:7
briefs [1] - 156:13
bring [15] - 21:23, 28:20, 35:25, 77:10, 79:12, 86:23, 102:10, 102:12, 123:7, 139:24, 164:1, 182:17, 182:19, 183:13, 183:23
bringing [5] - 22:6, 112:23, 119:23, 182:11, 182:16
broad [1] - 187:5
brought [6] - 21:16, 126:2, 126:13, 127:20, 182:16, 183:5
built [2] - 77:5, 77:7
bureau [4] - 146:8, 146:12, 146:17, 182:24
bureaus [3] - 144:10, 146:10, 146:11
business [13] - 19:24, 33:6, 36:22, 38:11, 45:5, 47:18, 105:22, 109:8, 119:12, 141:6, 146:18, 148:24, 155:20
businesses [1] - 151:14
businessman [1] - 97:4
busy [6] - 22:5, 22:7, 22:10, 22:14, 126:15, 126:20
buy [2] - 18:23, 137:4
buying [1] - 21:13
BY [109] - 2:7, 2:13, 2:17, 5:12, 5:22, 6:13, 7:22, 8:15, 9:13, 10:6, 10:25, 11:15, 12:22, 13:19, 15:2, 19:13, 20:7, 24:18, 28:8, 34:12, 34:22, 39:14, 40:16, 41:19, 42:24, 43:25, 49:16, 51:20, 53:13, 55:1, 55:15, 55:24, 56:21, 57:10, 57:17, 58:4, 60:1, 62:6, 62:20, 63:24, 65:16, 67:10, 68:9,

69:22, 72:10, 73:14, 74:25, 75:11, 76:8, 76:14, 76:18, 77:22, 79:6, 81:15, 83:17, 84:16, 85:1, 86:16, 93:5, 93:19, 96:8, 98:13, 99:22, 100:13, 101:23, 102:21, 103:4, 104:1, 106:13, 107:11, 107:16, 108:6, 110:10, 112:18, 113:7, 113:17, 115:15, 123:18, 124:1, 124:16, 125:21, 129:15, 131:20, 134:25, 138:11, 140:1, 140:11, 144:1, 160:12, 161:6, 161:12, 162:9, 164:3, 164:18, 166:4, 166:20, 168:11, 168:22, 169:12, 170:9, 171:17, 173:7, 173:21, 174:12, 178:16, 179:20, 184:19, 186:19, 187:3

**C**

C-570968 [1] - 172:24
C.P.A [1] - 25:2
CA [2] - 2:10, 2:16
CAA [1] - 52:1
calculate [2] - 157:22, 158:16
calculations [1] - 156:20
CALIFORNIA [6] - 1:2, 1:19, 1:25, 5:1, 190:5, 190:9
California [1] - 72:18
Cam [1] - 122:12
capabilities [1] - 131:16
capability [1] - 133:2
capacity [2] - 104:23, 127:6
career [1] - 96:24
case [32] - 52:25, 86:3, 86:24, 121:18, 137:24, 147:1, 148:20, 152:9, 152:22, 153:11, 153:17, 153:23, 156:3, 156:13, 156:23, 157:11, 157:21, 159:9, 162:2, 162:17, 162:24,

163:3, 172:23, 172:24, 179:25, 180:3, 180:16, 180:21, 182:4, 187:12, 187:24, 189:15

**cases** [1] - 147:16
**cash** [2] - 81:19, 83:19
**categories** [2] - 102:17, 102:20
**categorized** [1] - 31:24
**category** [1] - 141:8
**Cathay** [7] - 35:19, 35:20, 36:5, 37:12, 38:2, 44:10, 46:3
**caused** [1] - 106:23
**CBP** [1] - 158:24
**CC** [2] - 52:11, 52:14
**cc'd** [1] - 37:2
**cent** [1] - 105:13
**center** [2] - 69:13, 96:2
**Central** [1] - 51:12
**CENTRAL** [2] - 1:2, 190:8
**Century** [2] - 29:14, 128:6
**CEO** [32] - 26:24, 27:2, 27:9, 27:11, 27:14, 27:21, 27:23, 27:25, 28:9, 28:14, 28:19, 29:25, 30:4, 31:8, 31:16, 32:1, 33:7, 33:21, 34:15, 34:23, 49:20, 72:15, 73:15, 76:9, 76:15, 81:7, 100:19, 105:3, 105:6, 111:5, 111:9, 112:24
**certain** [16] - 72:23, 147:16, 149:7, 149:12, 149:22, 151:17, 160:4, 160:5, 163:8, 169:16, 171:5, 173:24, 175:1, 181:21, 187:10, 187:12
**CERTIFICATE** [1] - 190:1
**certification** [2] - 178:11, 184:1
**CERTIFIED** [1] - 1:7
**certified** [6] - 23:17, 25:1, 166:5, 166:7, 170:5, 174:8
**CERTIFY** [1] - 190:9
**cetera** [7] - 30:16, 57:25, 61:5, 148:3,

149:12, 149:20, 156:20
**CFO** [1] - 27:25
**chain** [2] - 47:10, 47:14
**chairman** [2] - 58:2, 118:4
**challenges** [1] - 181:20
**chance** [1] - 78:9
**change** [2] - 107:1, 167:23
**changed** [3] - 18:11, 28:1, 28:11
**characteristics** [1] - 149:11
**characterize** [1] - 86:21
**charge** [7] - 107:21, 108:9, 122:13, 123:16, 123:19, 130:20, 132:1
**Charles** [1] - 117:24
**cheaper** [2] - 135:17, 135:23
**check** [5] - 47:7, 49:10, 50:6, 73:24, 127:23
**checking** [2] - 43:2, 46:4
**Chen** [1] - 59:8
**Cheng** [3] - 132:15, 132:17, 132:20
**CHERIAN** [1] - 2:17
**Chi** [1] - 131:12
**China** [91] - 15:10, 15:12, 15:13, 15:14, 16:17, 16:21, 17:6, 17:7, 17:17, 17:21, 18:1, 18:9, 18:17, 18:22, 19:7, 19:16, 19:22, 19:25, 20:14, 22:4, 26:12, 30:7, 30:19, 30:23, 31:2, 32:24, 33:5, 33:9, 35:7, 36:12, 38:6, 39:25, 44:5, 50:16, 60:7, 71:12, 76:24, 77:1, 85:16, 87:21, 88:16, 88:22, 90:2, 90:5, 90:10, 90:12, 90:14, 90:15, 90:18, 90:21, 90:22, 91:10, 91:16, 91:20, 92:5, 92:9, 92:13, 92:20, 92:24, 93:8, 93:10, 93:13, 93:21, 94:1, 94:2, 94:4, 96:13, 96:23, 99:10, 110:19, 110:25, 111:1,

113:23, 120:22, 121:11, 121:12, 121:16, 123:17, 127:15, 136:10, 161:19, 164:10, 168:15, 169:3, 171:8, 171:10, 175:9, 175:20
**Chinese** [5] - 16:15, 17:9, 90:22, 91:20, 180:10
**choice** [1] - 137:12
**circumstances** [1] - 27:1
**clarification** [3] - 113:15, 169:18, 182:13
**clarify** [3] - 33:12, 40:24, 186:20
**classic** [1] - 148:15
**classified** [1] - 84:17
**classify** [2] - 31:22, 32:7
**clear** [8] - 42:19, 61:23, 77:20, 113:18, 176:18, 184:6, 184:17, 188:11
**clearing** [1] - 185:11
**clearly** [2] - 93:24, 185:4
**CLERK** [14] - 14:21, 14:24, 23:8, 23:15, 23:19, 23:23, 24:5, 55:18, 100:1, 114:24, 115:7, 138:3, 143:9, 143:17
**clerk** [1] - 41:1
**clerks** [1] - 38:14
**client** [4] - 17:17, 17:21, 18:2, 89:24
**clients** [3] - 111:16, 127:9
**clock** [1] - 179:16
**close** [1] - 126:14
**CODE** [1] - 190:10
**colleagues** [1] - 120:8
**collect** [10] - 152:15, 154:3, 157:16, 157:19, 157:24, 158:12, 158:22, 158:24, 159:4, 168:1
**collected** [4] - 148:10, 149:3, 154:12, 157:14
**collecting** [5] - 154:18, 158:19, 172:14, 177:14
**collection** [1] - 172:11
**collects** [2] - 144:22,

168:2
**college** [2] - 115:23, 115:25
**colon** [1] - 164:24
**color** [2] - 148:21, 148:23
**Columbia** [1] - 22:4
**column** [4] - 163:7, 166:21, 185:24, 187:24
**combination** [1] - 82:13
**comfortable** [3] - 24:11, 24:13, 102:22
**coming** [23] - 23:4, 30:23, 31:2, 32:19, 94:8, 94:13, 94:17, 95:12, 95:15, 96:23, 99:23, 114:16, 114:21, 122:19, 125:23, 142:25, 143:5, 150:10, 151:23, 152:11, 157:17, 157:18, 157:25
**comment** [2] - 156:11, 182:23
**Commerce** [26] - 144:5, 144:8, 144:11, 144:16, 144:20, 145:7, 145:12, 145:24, 146:4, 146:7, 146:9, 150:18, 151:10, 151:24, 152:9, 152:20, 152:21, 153:6, 153:22, 154:3, 159:8, 159:20, 160:19, 169:16, 176:25, 182:20
**commerce** [13] - 113:11, 151:22, 154:6, 154:8, 154:17, 154:20, 155:18, 155:25, 156:2, 158:15, 169:22, 183:16, 183:20
**Commerce's** [1] - 151:7
**commission** [2] - 108:17, 127:22
**Commission** [4] - 153:1, 153:7, 154:14, 154:22
**common** [2] - 150:21, 175:8
**communicate** [4] - 47:19, 50:16, 54:17, 124:18
**communicating** [5] -

39:24, 48:22, 93:6, 93:8, 129:18
**communication** [1] - 40:9
**communications** [2] - 91:4, 92:12
**companies** [24] - 16:5, 16:19, 19:15, 29:7, 29:8, 29:10, 29:16, 30:1, 51:10, 51:13, 81:21, 81:22, 81:23, 82:14, 87:8, 90:19, 96:9, 127:13, 127:16, 127:18, 128:1, 128:5, 128:10, 128:13
**companies'** [1] - 91:25
**Company** [2] - 75:24, 93:21
**company** [100] - 14:11, 15:12, 15:14, 15:22, 16:14, 16:15, 16:22, 19:17, 19:25, 20:9, 21:19, 21:23, 25:4, 25:7, 26:8, 26:19, 26:20, 39:5, 40:24, 48:22, 52:9, 52:11, 52:13, 53:21, 55:8, 56:12, 56:15, 57:23, 58:17, 59:10, 59:15, 59:17, 61:16, 65:5, 65:8, 66:6, 66:14, 66:17, 69:13, 69:16, 70:2, 70:23, 71:10, 72:12, 72:18, 74:5, 76:2, 79:3, 79:4, 80:4, 85:4, 85:17, 90:7, 90:21, 90:23, 91:17, 91:21, 91:24, 92:6, 92:9, 93:22, 98:7, 99:5, 99:13, 99:18, 101:2, 102:3, 103:6, 103:14, 104:23, 106:17, 106:18, 106:23, 107:1, 107:4, 107:7, 107:17, 108:7, 108:10, 111:20, 116:4, 116:12, 117:4, 117:8, 118:5, 118:6, 121:16, 128:14, 128:19, 129:23, 135:13, 136:7, 136:8, 136:17, 136:22, 138:16, 141:11, 141:20, 148:12
**company's** [5] - 26:4, 31:12, 55:4, 101:3, 102:3

compared [2] - 139:4, 147:14
comparing [1] - 147:19
compete [3] - 124:21, 150:1, 155:23
competing [2] - 148:7, 149:17
competitive [1] - 123:6
competitor [1] - 127:7
completed [2] - 163:18, 167:16
Compliance [3] - 146:13, 146:17, 151:25
compliance [1] - 144:10
component [2] - 147:4, 176:6
compound [1] - 125:20
concern [1] - 151:15
concerns [2] - 123:11, 151:8
conclude [1] - 98:6
CONCLUDED [1] - 189:24
concluded [1] - 127:3
conclusion [2] - 160:10, 176:15
conduct [3] - 105:19, 106:14, 156:6
conducting [3] - 26:2, 106:16, 145:10
CONFERENCE [1] - 190:15
confirmation [16] - 33:11, 35:20, 38:2, 39:1, 39:2, 40:10, 40:21, 40:22, 42:5, 43:5, 43:11, 44:8, 44:15, 44:16, 46:1, 46:6
confirmations [1] - 33:9
confirmed [1] - 39:20
CONFORMANCE [1] - 190:14
confused [2] - 108:12, 186:6
confusing [1] - 113:19
considered [1] - 156:19
consistent [1] - 73:6
consisting [4] -

171:23, 173:13, 177:2, 179:4
construction [5] - 148:3, 149:20, 155:19, 155:20, 155:23
contact [4] - 29:11, 33:2, 33:5, 122:8
contacts [2] - 128:9, 128:10
contain [2] - 176:5, 184:25
containing [2] - 163:16, 167:14
continuation [2] - 59:4, 67:19
continue [6] - 5:9, 53:11, 106:14, 122:5, 136:22, 176:12
continuing [8] - 7:12, 7:16, 39:9, 73:18, 152:5, 152:7, 176:7, 176:21
convenient [1] - 85:25
conversation [1] - 135:6
conversations [1] - 107:24
conveyed [1] - 118:22
cooperated [1] - 85:13
COPY [1] - 1:7
copy [12] - 161:17, 164:7, 166:6, 166:7, 166:14, 168:13, 169:15, 170:1, 170:5, 173:23, 174:4, 174:8
corner [2] - 172:23, 188:1
corporate [2] - 91:13, 93:20
Correct [1] - 101:22
correct [193] - 5:18, 6:4, 7:11, 8:19, 9:4, 9:6, 9:21, 10:12, 11:3, 11:20, 12:1, 12:10, 13:4, 13:7, 13:14, 14:9, 15:10, 15:11, 15:17, 15:18, 15:20, 15:21, 15:23, 16:6, 16:9, 16:12, 17:3, 17:7, 17:9, 17:13, 17:14, 18:12, 18:23, 19:1, 19:4, 19:8, 19:9, 19:25, 20:15, 20:18, 21:4, 85:8, 85:11, 85:14, 85:18, 85:19, 87:10, 87:15, 87:22,

88:5, 88:8, 88:11, 88:13, 88:17, 89:2, 89:7, 89:10, 89:16, 89:22, 89:24, 90:16, 90:23, 91:8, 91:11, 91:25, 92:3, 92:25, 93:9, 94:2, 94:13, 94:18, 94:23, 94:24, 95:3, 95:9, 95:10, 95:13, 95:14, 95:17, 95:20, 96:3, 96:11, 96:13, 96:16, 96:19, 97:12, 97:13, 97:20, 98:16, 98:19, 98:21, 99:14, 99:18, 99:25, 100:17, 101:3, 101:12, 102:4, 102:7, 103:7, 103:11, 103:15, 103:19, 104:3, 104:7, 104:10, 104:13, 106:7, 106:19, 106:25, 107:18, 109:11, 113:24, 113:25, 114:5, 116:6, 116:19, 117:10, 124:11, 134:8, 135:3, 135:7, 135:10, 135:14, 135:15, 135:18, 135:19, 135:25, 136:2, 136:8, 136:9, 136:12, 136:13, 136:16, 136:18, 136:22, 136:23, 138:16, 138:20, 138:24, 139:7, 139:9, 139:14, 139:18, 139:22, 140:21, 140:24, 141:2, 141:3, 141:13, 141:18, 141:20, 141:23, 141:24, 142:2, 142:3, 142:14, 142:19, 147:24, 150:15, 153:8, 162:16, 164:13, 165:18, 170:13, 174:15, 179:25, 180:1, 180:6, 180:7, 180:14, 180:25, 181:3, 181:7, 181:10, 181:14, 181:18, 181:23, 182:11, 182:25, 183:6, 184:25, 185:14, 185:18, 185:21, 187:5, 187:14, 187:18, 187:21, 188:3, 188:13, 188:14, 188:18
CORRECT [1] -

190:11
correctly [2] - 76:13, 140:14
correspond [1] - 11:1
corresponding [3] - 11:8, 12:17, 13:12
cost [8] - 8:23, 9:3, 13:23, 14:3, 32:11, 147:14, 147:17, 147:20
costs [1] - 57:24
Counsel [12] - 60:24, 62:5, 77:21, 86:13, 99:21, 114:8, 114:13, 138:8, 140:7, 161:9, 178:8, 184:18
COUNSEL [1] - 2:5
counsel [25] - 5:9, 7:14, 14:20, 14:21, 14:25, 22:18, 23:1, 24:15, 42:18, 52:22, 53:10, 56:6, 57:3, 71:19, 85:23, 100:1, 103:23, 115:12, 137:6, 140:8, 143:23, 179:16, 184:6, 186:17, 188:22
count [2] - 7:7, 10:20
counter [2] - 146:24, 147:1
countervailing [17] - 107:18, 119:8, 119:16, 119:17, 120:16, 120:25, 122:1, 126:19, 144:14, 151:20, 157:21, 158:6, 161:18, 168:14, 169:19, 172:24, 180:18
countries [1] - 96:10
country [2] - 148:4, 182:11
counts [2] - 7:1, 7:4
COUNTY [1] - 190:3
couple [5] - 89:21, 126:8, 129:19, 131:24, 182:8
course [8] - 33:6, 36:22, 38:11, 45:5, 47:18, 121:8, 182:21, 184:21
Court [6] - 23:17, 24:1, 62:11, 62:12, 115:3, 143:13
COURT [155] - 1:1, 1:24, 5:5, 5:21, 6:11, 7:14, 7:20, 8:9, 8:12, 9:12, 10:3, 10:24,

11:13, 12:19, 13:17, 14:19, 14:25, 19:12, 20:3, 22:18, 22:21, 22:23, 23:1, 23:3, 24:10, 34:11, 34:19, 36:1, 37:18, 39:11, 40:14, 41:17, 42:18, 42:23, 43:9, 43:12, 43:23, 45:9, 46:25, 49:14, 50:23, 50:25, 51:19, 52:20, 52:22, 53:6, 54:24, 55:13, 55:22, 56:8, 56:19, 57:15, 59:24, 60:13, 60:17, 60:23, 61:1, 61:22, 62:14, 62:18, 63:22, 65:14, 66:21, 67:8, 68:7, 68:25, 69:20, 71:2, 71:6, 71:19, 72:1, 72:9, 72:24, 73:12, 73:22, 73:25, 74:9, 74:21, 74:24, 75:7, 76:7, 77:20, 78:24, 79:5, 81:13, 83:15, 84:22, 85:23, 86:9, 93:3, 93:17, 96:6, 99:21, 100:5, 100:7, 102:13, 102:24, 103:2, 103:22, 107:13, 108:2, 110:6, 112:11, 112:13, 112:17, 113:6, 113:14, 114:8, 114:12, 114:16, 114:20, 115:12, 123:14, 123:25, 124:14, 125:19, 129:13, 131:17, 133:6, 133:9, 133:11, 134:23, 137:6, 138:5, 140:7, 142:22, 142:24, 143:4, 143:23, 160:11, 161:1, 161:9, 161:11, 162:7, 164:16, 166:18, 168:20, 170:7, 174:10, 178:8, 179:13, 179:15, 184:6, 184:15, 186:7, 186:11, 186:15, 186:22, 187:1, 188:22, 189:3, 189:22, 190:7, 190:8, 190:21
Court's [4] - 169:9, 170:4, 173:19, 174:7
COURTHOUSE [1] - 2:9
courtroom [1] - 182:9
cover [1] - 19:11

**covered** [4] - 162:23, 185:5, 185:9, 187:7
**covers** [1] - 187:5
**CPA** [7] - 27:18, 96:25, 97:1, 97:2, 97:3, 104:24, 105:3
**CR** [1] - 1:8
**Craig** [3] - 17:2, 17:5, 19:7
**create** [2] - 134:4, 151:11
**created** [5] - 8:1, 133:19, 134:1, 134:6, 134:9
**creation** [3] - 5:15, 146:6, 151:16
**Cristian** [2] - 3:4, 13:3
**cross** [6] - 86:13, 110:12, 113:5, 134:23, 138:8, 179:13
**CROSS** [9] - 3:3, 15:1, 84:25, 86:15, 103:25, 134:24, 138:10, 140:10, 179:19
**CROSS-EXAMINATION** [8] - 15:1, 84:25, 86:15, 103:25, 134:24, 138:10, 140:10, 179:19
**cross-examination** [4] - 86:13, 110:12, 138:8, 179:13
**CSR** [2] - 1:23, 190:20
**curtailed** [1] - 22:10
**custom** [1] - 30:12
**customer** [7] - 14:15, 17:23, 30:15, 128:9, 128:10, 129:8, 137:3
**customers** [12] - 17:24, 30:21, 31:5, 114:4, 120:13, 120:15, 122:1, 125:12, 134:5, 138:18, 138:22, 142:1
**customized** [6] - 30:9, 102:17, 102:18, 102:19, 109:22
**Customs** [3] - 148:10, 149:3, 158:18
**customs** [6] - 157:16, 158:22, 159:4, 172:14, 177:14, 183:17
**cut** [12] - 50:6, 122:25, 131:17, 171:7, 171:24,

173:14, 175:2, 177:3, 178:2, 179:5, 184:23, 185:17
**cutoff** [1] - 57:24
**CVD** [25] - 144:13, 145:10, 146:23, 147:1, 147:4, 150:4, 150:6, 150:14, 158:1, 158:10, 158:12, 161:20, 161:21, 162:15, 162:23, 164:5, 164:11, 165:8, 165:13, 169:6, 171:10, 172:2, 172:18, 172:21, 177:18
**CZ** [1] - 85:16
**CZW** [14] - 114:8, 118:8, 120:21, 121:1, 121:13, 121:19, 121:23, 122:6, 122:8, 122:16, 122:20, 127:18, 128:2, 128:11
**CZW's** [2] - 119:9, 128:1

# D

**Dalian** [9] - 14:8, 15:25, 33:13, 42:2, 45:17, 48:19, 48:21, 128:7
**data** [1] - 156:19
**date** [40] - 6:19, 10:9, 11:17, 12:24, 14:5, 20:16, 36:13, 37:11, 37:13, 56:23, 81:16, 84:1, 124:7, 129:2, 131:9, 160:22, 161:22, 161:25, 162:12, 162:18, 165:1, 165:6, 166:25, 168:16, 170:11, 170:17, 170:22, 172:3, 172:7, 174:14, 175:12, 177:8, 177:11, 177:12, 177:21, 184:14, 184:16
**DATE** [1] - 190:18
**dated** [3] - 169:19, 173:24, 174:5
**dates** [1] - 108:12
**David** [2] - 131:23, 134:2
**DAY** [1] - 1:17
**days** [6] - 32:8, 32:13, 34:7, 34:20, 38:15, 45:21
**DC** [1] - 2:18

**deal** [3] - 85:22, 174:17, 181:25
**dealing** [2] - 96:10, 187:2
**deals** [2] - 168:2, 174:19
**dealt** [3] - 97:7, 138:18, 174:16
**dear** [1] - 39:18
**debit** [1] - 43:2
**decades** [4] - 144:19, 145:24, 151:21, 169:21
**decay** [1] - 139:9
**December** [7] - 28:1, 145:3, 169:20, 170:19, 170:23, 171:1, 171:3
**decide** [1] - 189:5
**decided** [1] - 189:9
**decision** [18] - 123:16, 123:20, 154:10, 154:13, 156:18, 159:5, 159:21, 160:16, 160:22, 169:15, 171:22, 172:8, 172:9, 173:23, 177:1, 179:3, 184:13, 185:2
**decisions** [2] - 184:12, 185:4
**DEFENDANT** [1] - 2:12
**DEFENDANTS** [1] - 1:14
**defense** [3] - 133:14, 133:16, 133:23
**define** [2] - 149:10, 155:10
**defined** [4] - 187:14, 187:16, 187:23, 187:24
**definition** [5] - 155:1, 168:3, 168:4, 185:22, 185:23
**definitions** [1] - 187:8
**deliberations** [1] - 189:17
**demand** [1] - 133:2
**Department** [27] - 144:5, 144:7, 144:11, 144:15, 144:19, 145:7, 145:12, 145:24, 146:4, 146:7, 146:9, 150:18, 151:7, 151:10, 151:24, 152:8, 152:19, 152:21, 153:6, 153:22, 154:3, 159:7,

159:20, 160:18, 169:16, 176:25, 182:20
**department** [3] - 120:7, 162:3, 174:25
**departure** [1] - 80:10
**depot** [1] - 126:6
**depth** [1] - 153:2
**describe** [14] - 27:1, 29:3, 30:5, 30:12, 35:6, 76:21, 122:23, 126:15, 126:19, 147:7, 155:14, 167:2, 171:12, 187:10
**described** [5] - 53:17, 83:1, 152:2, 162:22, 165:25
**describes** [2] - 163:12, 187:6
**describing** [2] - 36:5, 36:21
**Description** [1] - 178:14
**description** [6] - 146:3, 157:3, 162:25, 167:7, 171:12, 175:25
**design** [1] - 18:21
**designs** [1] - 19:1
**detail** [1] - 119:7
**detailed** [1] - 156:20
**details** [2] - 55:4, 119:11
**determination** [35] - 154:17, 154:25, 155:17, 156:1, 156:12, 156:14, 156:16, 156:17, 156:24, 157:2, 157:4, 157:9, 158:10, 158:15, 159:13, 161:19, 161:21, 162:13, 164:5, 164:9, 164:23, 164:25, 165:2, 166:1, 166:12, 167:21, 167:24, 168:5, 171:19, 172:13, 173:1, 177:13, 178:25
**determinations** [5] - 153:21, 154:7, 155:6, 158:3, 158:4
**determine** [5] - 87:24, 144:24, 147:18, 148:6, 185:8
**determined** [2] - 155:1, 179:8
**determines** [1] - 174:25
**determining** [1] - 19:3

**devastating** [1] - 135:13
**develop** [1] - 119:25
**developed** [1] - 140:2
**Development** [2] - 104:11, 140:18
**DEVELOPMENT** [1] - 1:11
**development** [2] - 123:9, 145:16
**diagram** [1] - 30:16
**difference** [1] - 177:17
**different** [16] - 16:5, 30:8, 31:8, 111:22, 112:1, 116:10, 116:13, 121:1, 145:25, 146:9, 147:5, 150:19, 152:25, 158:8, 186:3, 187:7
**differentiating** [1] - 172:18
**direct** [10] - 5:9, 5:19, 100:14, 100:22, 111:25, 112:25, 141:4, 150:23, 179:23, 180:17
**DIRECT** [5] - 3:3, 5:11, 24:17, 115:14, 143:25
**directing** [7] - 6:5, 6:14, 7:18, 9:10, 10:22, 12:3, 12:23
**direction** [5] - 27:7, 27:13, 31:21, 32:23, 107:1
**directly** [3] - 94:22, 149:17, 155:23
**Director** [7] - 145:23, 151:6, 161:7, 161:14, 164:22, 170:12, 176:24
**director** [3] - 144:9, 145:12, 146:20
**disassembled** [1] - 137:1
**discovered** [1] - 129:20
**discrepancies** [1] - 42:11
**discuss** [5] - 52:25, 86:3, 95:7, 137:23, 189:14
**discussed** [4] - 81:24, 101:25, 172:17, 173:10
**discussing** [4] - 10:15, 45:4, 66:25, 161:18

discussion [1] - 95:2
discussions [2] - 85:8, 111:3
displayed [2] - 29:1, 82:2
disposal [1] - 159:13
dissolved [1] - 117:8
distributor [1] - 115:21
distributors [3] - 120:18, 126:7, 126:13
DISTRICT [5] - 1:1, 1:2, 1:4, 190:8, 190:9
divided [2] - 102:16, 102:19
DIVISION [1] - 1:2
DO [1] - 190:9
document [35] - 5:23, 5:25, 6:6, 9:14, 9:19, 9:23, 13:10, 29:6, 40:4, 58:6, 60:18, 60:19, 60:23, 61:1, 62:1, 62:13, 71:24, 75:17, 87:4, 97:11, 97:12, 97:18, 98:14, 102:10, 103:10, 133:18, 133:24, 134:1, 134:4, 155:16, 166:6, 166:9, 169:24, 172:25, 174:1
documents [16] - 6:2, 32:1, 75:10, 81:4, 85:20, 86:20, 87:18, 87:19, 93:25, 94:7, 94:9, 94:12, 94:16, 94:25, 105:12, 165:12
dollar [8] - 57:7, 57:8, 57:20, 57:23, 57:25, 58:15, 58:18, 105:13
dollars [4] - 55:6, 58:17, 97:12, 120:12
domestic [8] - 152:24, 154:23, 156:11, 159:16, 162:4, 168:1, 175:18, 181:25
door [2] - 16:8, 81:1
doors [4] - 163:19, 163:21, 167:17, 167:22
double [1] - 73:24
double-check [1] - 73:24
Doubleday [2] - 104:6, 140:20
DOUBLEDAY [1] - 1:11
down [14] - 22:23, 24:12, 50:20, 52:16,

85:21, 102:10, 106:20, 114:12, 125:8, 128:22, 142:24, 164:21, 176:21
Dragon [1] - 128:6
drastically [1] - 119:12
due [6] - 158:13, 158:14, 158:20, 160:13, 177:8, 177:10
dumped [5] - 148:8, 148:9, 149:24, 152:22, 153:3
dumping [20] - 147:7, 147:9, 147:18, 147:22, 148:1, 148:11, 148:16, 150:3, 150:13, 152:21, 154:9, 157:11, 157:12, 157:15, 157:18, 157:23, 158:16, 164:21, 164:24, 165:2
durable [1] - 139:7
during [15] - 8:17, 14:13, 26:22, 27:6, 27:11, 28:13, 99:3, 100:19, 110:13, 118:15, 122:4, 136:14, 136:24, 167:25, 182:24
duties [70] - 26:3, 57:24, 105:4, 107:8, 113:11, 119:8, 119:12, 119:16, 119:17, 119:22, 120:16, 120:25, 122:1, 125:14, 125:15, 125:23, 126:3, 126:19, 148:25, 149:1, 149:2, 149:5, 149:8, 151:18, 151:20, 151:22, 152:2, 155:2, 155:11, 157:1, 157:4, 158:1, 158:10, 158:12, 158:13, 158:14, 158:19, 158:20, 158:22, 158:24, 158:25, 159:1, 159:4, 159:6, 159:14, 159:19, 159:22, 160:3, 160:6, 160:7, 160:13, 160:15, 160:17, 164:5, 172:4, 172:12, 172:14, 172:15, 176:19, 176:20, 177:7, 177:10, 177:14,

182:14, 183:4, 183:15, 185:7
duty [18] - 107:18, 144:14, 148:9, 148:15, 157:14, 157:20, 157:21, 158:7, 161:19, 164:8, 166:8, 166:15, 168:14, 169:19, 172:24, 180:9, 180:18, 183:18

E

e-mail [101] - 6:15, 6:16, 6:17, 6:19, 7:10, 9:24, 10:7, 10:9, 11:2, 11:9, 12:5, 12:8, 12:13, 12:24, 33:2, 35:12, 36:21, 36:25, 37:4, 38:22, 40:5, 40:6, 40:17, 46:16, 47:10, 47:13, 47:19, 48:23, 49:1, 49:18, 49:23, 50:2, 50:11, 50:14, 51:14, 53:19, 53:22, 53:24, 53:25, 54:7, 54:13, 55:17, 56:12, 56:23, 56:25, 57:12, 58:10, 58:20, 58:24, 59:1, 59:15, 59:17, 60:4, 60:6, 61:11, 61:14, 62:8, 62:9, 62:22, 62:23, 63:25, 64:1, 64:15, 65:6, 65:17, 65:19, 65:22, 66:2, 66:6, 66:7, 66:14, 66:16, 67:11, 68:2, 68:11, 68:21, 69:4, 69:5, 69:7, 69:8, 69:14, 69:16, 69:24, 70:3, 70:23, 74:5, 92:16, 92:20, 98:6, 119:2, 124:3, 124:5, 124:9, 124:17, 124:23, 128:23, 128:25, 129:4, 129:6, 129:22
e-mailed [1] - 12:11
e-mails [7] - 38:12, 59:14, 60:11, 60:16, 61:13, 75:1, 91:7
easier [2] - 21:15, 85:22
economic [4] - 146:6, 151:12, 151:16, 153:2
economy [1] - 148:1
ecstatic [1] - 129:21
educational [1] -

24:21
effect [2] - 99:12, 151:8
effective [5] - 161:22, 162:12, 165:1, 166:25, 168:16
effects [2] - 57:25, 153:2
efforts [1] - 136:21
either [11] - 15:25, 32:14, 60:11, 92:11, 95:4, 109:6, 110:15, 149:23, 151:3, 159:9, 181:2
eliminate [1] - 148:19
eliminated [1] - 99:9
eliminating [1] - 151:14
elsewhere [1] - 169:3
email [1] - 46:11
emphasized [1] - 27:6
employed [10] - 20:20, 22:14, 99:4, 136:21, 140:15, 140:17, 140:20, 140:23, 141:1, 144:4
employees [3] - 21:2, 78:20, 122:21
employment [1] - 26:18
empty [1] - 80:17
end [5] - 42:12, 64:12, 64:14, 75:10, 98:16
ending [2] - 41:24, 46:4
enforce [1] - 158:11
enforcement [1] - 144:10
Enforcement [3] - 146:13, 146:17, 151:24
English [3] - 61:4, 61:5, 102:23
enlarge [9] - 57:4, 58:22, 67:21, 84:7, 162:10, 162:17, 162:20, 163:6, 167:4
enlarging [11] - 51:4, 58:8, 60:2, 82:5, 82:15, 83:18, 164:19, 165:11, 166:21, 167:9, 178:12
enter [2] - 146:25, 148:4
entering [2] - 148:6, 152:13

Enterprise [1] - 89:22
enters [1] - 148:5
entire [6] - 14:13, 117:3, 117:20, 121:21, 148:21, 164:24
entirely [1] - 151:15
entities [3] - 34:2, 111:17, 127:21
ENTITLED [1] - 190:13
entries [2] - 177:13, 183:16
entry [4] - 158:20, 158:23, 163:18, 167:17
environment [2] - 106:6, 106:9
environmentally [1] - 139:13
equipment [4] - 97:13, 97:16, 97:19, 98:8
Eric [1] - 132:7
ESQUIRE [3] - 2:13, 2:14, 2:17
essentially [4] - 148:16, 154:7, 156:6, 157:13
established [1] - 15:14
estimate [2] - 83:5, 120:10
estimating [1] - 84:9
et [7] - 30:16, 57:24, 61:5, 148:3, 149:11, 149:20, 156:20
evaluates [1] - 144:23
eventually [2] - 26:19, 30:7
evidence [52] - 6:10, 8:8, 10:2, 11:12, 12:18, 13:16, 28:22, 37:16, 39:8, 40:13, 41:16, 43:22, 45:8, 46:24, 49:13, 50:22, 52:19, 54:23, 55:19, 55:20, 56:18, 59:23, 61:1, 61:2, 61:20, 62:13, 62:15, 62:17, 62:22, 63:21, 65:13, 66:20, 67:7, 68:6, 68:24, 69:19, 71:1, 74:8, 74:20, 75:6, 81:12, 83:14, 93:16, 100:2, 133:14, 162:6, 164:15, 166:17, 168:19, 170:6, 174:9,

9

174:25
**exact** [4] - 88:19, 131:9, 137:13, 154:15
**exactly** [5] - 20:16, 20:17, 61:24, 62:1, 75:16
**examination** [4] - 86:13, 110:12, 138:8, 179:13
**EXAMINATION** [14] - 5:11, 15:1, 24:17, 84:25, 86:15, 103:25, 110:9, 113:16, 115:14, 134:24, 138:10, 140:10, 143:25, 179:19
**examine** [1] - 150:6
**examined** [1] - 149:9
**examining** [2] - 53:10, 148:16
**example** [26] - 8:16, 8:20, 45:3, 147:25, 148:2, 148:14, 148:15, 149:6, 149:18, 149:22, 150:16, 150:22, 150:25, 152:5, 152:6, 152:7, 154:16, 155:8, 156:23, 157:15, 158:9, 159:9, 160:2, 160:13, 161:24, 163:9
**examples** [1] - 167:23
**exception** [5] - 181:18, 185:20, 187:9, 188:20
**exceptions** [1] - 187:10
**excited** [2] - 131:12, 131:14
**excluded** [4] - 149:13, 149:16, 163:13, 163:14
**excludes** [2] - 163:16, 167:14
**exclusion** [18] - 155:9, 155:15, 155:22, 157:5, 165:21, 165:23, 167:10, 167:13, 169:6, 185:3, 185:9, 185:10, 187:9, 187:13, 187:15, 187:20, 188:5, 188:8
**exclusions** [5] - 149:7, 155:7, 163:8, 167:22, 188:3
**excuse** [6] - 41:3, 74:2, 75:19, 79:24, 110:21, 170:15

**excused** [3] - 22:24, 114:13, 143:1
**exhibit** [22] - 7:24, 40:7, 40:20, 41:2, 45:1, 48:16, 56:11, 63:8, 71:16, 73:18, 74:19, 84:8, 86:25, 89:18, 92:15, 163:24, 164:11, 165:5, 171:16, 173:5, 186:3, 186:5
**Exhibit** [273] - 5:20, 6:5, 6:10, 7:19, 8:8, 8:14, 9:11, 10:4, 10:23, 11:12, 11:14, 12:4, 12:20, 13:11, 13:16, 13:18, 28:21, 29:1, 35:25, 36:20, 37:19, 38:1, 38:20, 38:21, 38:24, 39:8, 39:13, 39:16, 39:22, 39:24, 40:5, 40:13, 40:15, 41:9, 41:11, 41:16, 41:18, 41:20, 42:8, 42:16, 42:25, 43:14, 43:22, 43:24, 44:17, 44:25, 45:8, 45:10, 45:12, 45:25, 46:9, 46:10, 46:17, 46:24, 47:1, 47:4, 47:6, 47:22, 48:1, 49:1, 49:13, 49:15, 50:10, 50:22, 51:1, 51:3, 51:22, 52:5, 52:7, 52:19, 52:21, 53:15, 53:17, 54:6, 54:12, 54:20, 54:21, 54:23, 54:25, 55:17, 55:23, 56:1, 56:2, 56:10, 56:20, 57:12, 58:7, 58:14, 58:23, 59:4, 59:7, 59:13, 59:21, 59:23, 59:25, 60:3, 60:9, 61:9, 61:10, 61:12, 62:8, 62:17, 62:19, 62:21, 62:23, 63:2, 63:15, 63:16, 63:21, 63:23, 64:6, 64:13, 65:3, 65:4, 65:11, 65:15, 65:21, 65:25, 66:5, 66:10, 66:11, 66:20, 66:22, 66:24, 67:4, 67:6, 67:9, 67:12, 67:18, 67:22, 68:1, 68:3, 68:6, 68:8, 68:16, 68:19, 68:20, 68:21, 68:24, 69:1, 69:3, 69:12, 69:19, 69:21, 69:23, 70:6, 70:7, 70:10, 70:21,

70:22, 71:1, 71:3, 71:7, 71:9, 71:14, 72:11, 72:22, 73:21, 74:4, 74:8, 74:10, 74:12, 74:15, 74:16, 74:18, 74:23, 75:3, 75:6, 75:8, 75:19, 75:20, 76:1, 77:11, 77:14, 79:14, 80:13, 81:6, 81:12, 81:14, 81:25, 82:4, 82:22, 83:7, 83:14, 83:16, 83:18, 84:11, 86:23, 97:8, 97:11, 100:9, 101:7, 110:21, 111:18, 112:4, 112:23, 113:2, 123:24, 124:13, 124:15, 128:21, 129:12, 129:14, 133:14, 133:17, 133:23, 141:25, 161:5, 161:8, 161:14, 161:16, 162:6, 162:8, 162:20, 164:2, 164:4, 164:6, 164:15, 164:17, 165:11, 165:20, 165:23, 166:3, 166:5, 166:17, 166:19, 166:22, 167:5, 167:9, 167:20, 168:8, 168:10, 168:12, 168:19, 168:21, 168:23, 169:5, 169:11, 169:13, 169:14, 170:8, 170:11, 170:21, 171:11, 173:20, 173:22, 174:9, 174:11, 174:13, 174:16, 174:23, 175:10, 175:11, 175:25, 176:8, 176:9, 176:13, 176:22, 177:6, 177:16, 177:22, 178:7, 178:10, 178:13, 178:18, 178:19, 178:20, 183:23, 186:2
**exhibits** [4] - 35:4, 63:18, 187:2, 189:2
**Exhibits** [1] - 6:12
**existing** [1] - 17:24
**expected** [1] - 17:12
**expedient's** [1] - 70:12
**expense** [1] - 62:25
**expenses** [14] - 51:5, 51:9, 52:2, 54:1, 55:5,

56:4, 94:9, 94:20, 94:21, 95:2, 95:7, 95:12, 101:12
**experience** [11] - 27:19, 34:14, 82:25, 100:12, 138:13, 144:19, 150:17, 151:21, 155:18, 167:22, 181:20
**expert** [2] - 113:11, 179:25
**expertise** [1] - 113:9
**explain** [3] - 35:10, 150:4, 181:4
**Export** [1] - 75:23
**exported** [1] - 171:8
**exporter** [12] - 147:9, 148:17, 150:9, 150:23, 151:1, 159:15, 172:1, 172:4, 173:16, 175:4, 177:4, 179:7
**exporters** [12] - 144:23, 144:25, 147:2, 148:23, 149:1, 149:2, 150:8, 151:12, 152:16, 153:14, 156:4, 181:24
**exports** [1] - 151:17
**express** [4] - 53:1, 86:4, 137:25, 189:16
**extremely** [1] - 135:23
**extruded** [7] - 122:25, 126:11, 171:23, 173:13, 176:5, 177:1, 179:4
**extrusion** [13] - 26:9, 30:10, 30:11, 30:13, 78:5, 78:14, 97:25, 102:18, 102:19, 110:16, 181:5, 181:6, 185:5
**extrusions** [52] - 15:20, 16:2, 21:3, 21:11, 21:15, 21:16, 21:24, 26:11, 99:10, 99:13, 101:14, 106:24, 108:8, 108:14, 109:10, 109:18, 112:1, 113:22, 119:9, 120:6, 120:17, 120:20, 122:14, 126:9, 127:21, 135:10, 136:11, 137:1, 138:23, 139:2, 149:7, 155:7, 161:19, 163:5, 163:17, 164:10, 165:16, 167:15,

168:15, 169:2, 171:6, 171:10, 174:19, 175:1, 180:10, 181:9, 184:23, 185:6, 185:14, 185:17, 185:18, 187:18

---

**F**

---

**F-u-n-g** [1] - 39:4
**facilitating** [1] - 80:9
**facilities** [1] - 156:5
**facility** [1] - 19:8
**fact** [7] - 16:8, 58:1, 96:1, 105:11, 123:6, 139:2, 141:5
**factories** [1] - 98:3
**factory** [15] - 76:22, 76:23, 77:5, 77:7, 77:8, 97:13, 97:15, 97:19, 97:21, 97:23, 97:25, 98:1, 132:10, 132:22
**facts** [1] - 93:15
**fails** [1] - 158:24
**fair** [7] - 40:20, 147:22, 150:13, 153:4, 153:17, 170:1, 174:4
**fairly** [1] - 22:5
**fall** [2] - 182:3, 188:17
**fallen** [3] - 106:20, 106:21
**falls** [2] - 159:6, 159:11
**familiar** [16] - 25:4, 28:25, 29:4, 36:15, 72:14, 79:15, 93:20, 95:19, 96:1, 97:15, 101:3, 119:7, 128:14, 129:25, 130:24, 148:12
**far** [2] - 123:9, 131:6
**father** [1] - 111:14
**fax** [7] - 35:19, 43:5, 43:10, 44:15, 44:16, 46:6, 89:4
**FED** [1] - 87:1
**FEDERAL** [2] - 1:24, 190:21
**Federal** [8] - 153:24, 153:25, 156:21, 161:17, 164:7, 166:14, 168:13
**few** [16] - 32:8, 32:13, 34:7, 38:15, 55:16, 59:14, 87:6, 91:6, 98:14, 99:17,

111:15, 122:4, 127:4, 127:11, 135:8, 138:12
**figure** [1] - 127:6
**filed** [5] - 152:24, 153:5, 154:2, 162:4, 165:8
**filing** [1] - 26:1
**final** [19] - 48:16, 156:13, 156:15, 156:24, 157:2, 157:4, 157:9, 158:4, 158:9, 166:1, 166:12, 166:23, 167:24, 168:6, 173:8, 176:3, 176:22, 178:23, 178:25
**finally** [3] - 63:12, 65:25, 136:17
**financial** [12] - 25:22, 25:24, 25:25, 81:8, 90:11, 91:19, 91:23, 91:25, 96:2, 96:11, 156:5
**fine** [1] - 24:14
**finish** [5] - 26:17, 79:23, 123:2, 126:17, 156:9
**finished** [12] - 80:2, 155:8, 163:16, 163:19, 167:14, 167:17, 185:21, 185:23, 187:21, 187:23, 188:5, 188:17
**fire** [1] - 125:1
**firm** [2] - 25:1, 72:12
**first** [42] - 7:23, 10:20, 11:16, 15:5, 24:8, 30:9, 30:14, 35:12, 82:6, 83:18, 85:3, 86:19, 86:24, 92:2, 100:10, 103:5, 104:24, 111:20, 122:4, 123:8, 123:9, 131:11, 133:22, 135:5, 143:22, 145:4, 149:10, 152:8, 162:20, 170:14, 170:25, 172:13, 177:13, 179:17, 179:23, 179:24, 180:2, 181:5, 183:5, 185:2, 185:13, 185:24
**first-line** [1] - 145:4
**fit** [2] - 133:1, 181:6
**fits** [4] - 180:25, 181:2, 181:13, 181:18
**five** [1] - 70:14
**flew** [1] - 131:12
**flip** [1] - 133:20
**floor** [2] - 24:12,

126:5
**FLOWER** [1] - 2:15
**focus** [2] - 97:7, 110:1
**focused** [5] - 147:22, 150:3, 150:14, 162:15
**followed** [1] - 117:23
**Fontana** [5] - 78:9, 78:17, 78:20, 79:19, 79:20
**FOR** [2] - 190:7, 190:8
**force** [1] - 108:25
**FOREGOING** [1] - 190:11
**foreign** [20] - 144:23, 144:25, 147:2, 147:20, 148:17, 148:22, 150:7, 150:8, 150:9, 150:22, 150:23, 150:25, 151:12, 152:16, 153:14, 153:16, 154:23, 156:4, 156:11, 168:2
**form** [15] - 41:5, 43:19, 44:11, 45:4, 53:1, 86:4, 137:24, 171:7, 171:25, 173:15, 175:3, 177:3, 178:3, 179:6, 189:15
**FORMAT** [1] - 190:13
**formed** [1] - 185:17
**forms** [2] - 36:5, 150:19
**forth** [1] - 187:11
**forward** [2] - 125:6, 172:5
**forwarding** [1] - 124:22
**foster** [1] - 151:11
**fostering** [1] - 146:6
**Foundation** [1] - 96:5
**foundation** [5] - 20:2, 78:23, 93:1, 107:9, 112:10
**four** [6] - 25:20, 29:10, 29:16, 51:13, 61:13, 126:12
**fours** [2] - 149:20, 155:11
**frames** [2] - 163:19, 167:18
**free** [3] - 114:17, 114:21, 143:4
**freely** [1] - 154:1
**fresh** [1] - 188:25
**Friday** [1] - 189:7
**front** [3] - 6:7, 92:15,

133:18
**fulfill** [1] - 17:13
**fulfilled** [2] - 16:2, 19:6
**fulfilling** [1] - 15:23
**fulfillment** [1] - 14:5
**full** [10] - 22:15, 24:6, 78:6, 78:7, 78:15, 78:16, 78:19, 115:8, 143:18
**fully** [4] - 85:13, 163:17, 167:15, 188:15
**funding** [1] - 58:3
**funds** [4] - 55:6, 95:11, 149:4, 150:23
**Fung** [10] - 39:4, 39:25, 88:5, 91:4, 91:10, 92:16, 92:17, 93:6, 110:23
**future** [1] - 7:16

## G

**gain** [1] - 148:19
**GARY** [1] - 1:4
**gathered** [1] - 127:5
**general** [5] - 28:12, 100:16, 105:4, 105:5, 156:22
**generally** [6] - 88:21, 94:15, 119:21, 181:2, 181:4, 187:18
**generated** [2] - 30:17, 88:23
**gentlemen** [4] - 52:24, 86:1, 137:9, 189:4
**given** [8] - 56:7, 85:13, 101:11, 112:20, 113:20, 122:2, 125:22, 172:3
**glass** [4] - 163:19, 167:17, 167:18
**Global** [12] - 29:9, 29:22, 50:3, 72:13, 72:14, 73:2, 77:8, 130:25, 131:2, 131:21, 132:9, 132:19
**Gmail** [1] - 50:3
**goal** [1] - 148:5
**God** [3] - 24:3, 115:5, 143:15
**Government** [69] - 6:9, 8:7, 10:1, 11:11, 12:16, 13:15, 23:6, 37:15, 39:7, 39:22, 40:12, 41:15, 43:21, 45:7, 46:10, 46:23,

49:12, 50:21, 52:18, 54:22, 56:17, 57:19, 59:3, 59:22, 60:2, 62:16, 62:21, 63:20, 65:12, 66:19, 67:6, 67:22, 68:5, 68:23, 69:18, 71:1, 74:7, 75:5, 81:11, 83:13, 85:11, 85:17, 92:19, 100:4, 101:5, 101:25, 105:11, 114:2, 114:22, 124:12, 129:11, 135:17, 143:7, 147:2, 150:7, 150:8, 150:20, 150:22, 151:2, 151:5, 152:12, 153:24, 162:5, 164:14, 166:16, 168:18, 170:5, 173:22, 174:8
**Government's** [114] - 29:1, 35:25, 36:20, 38:1, 38:20, 39:16, 39:23, 41:8, 41:11, 41:20, 42:8, 42:25, 43:14, 44:17, 44:25, 45:3, 45:12, 45:25, 46:9, 46:17, 47:3, 47:6, 47:22, 48:1, 49:1, 50:10, 50:22, 51:3, 51:22, 52:7, 52:18, 53:14, 53:16, 54:6, 54:21, 55:25, 56:2, 56:10, 57:12, 58:13, 59:6, 59:13, 59:20, 60:9, 61:12, 62:7, 63:2, 63:16, 64:6, 64:13, 65:3, 65:11, 65:21, 65:25, 66:5, 66:11, 66:24, 67:12, 67:18, 68:3, 68:16, 70:7, 70:21, 70:22, 73:21, 74:4, 75:2, 75:19, 75:20, 77:11, 77:14, 79:13, 81:25, 82:22, 84:11, 110:21, 111:18, 112:4, 112:23, 113:1, 161:8, 161:13, 161:16, 162:19, 164:1, 164:6, 165:10, 165:20, 165:23, 166:22, 167:8, 168:8, 168:10, 168:12, 168:23, 169:5, 169:14, 170:10, 170:20, 171:11, 174:13, 174:22, 175:10, 175:11, 175:24, 176:8, 176:9, 176:12, 177:16,

177:22, 178:6, 178:10, 178:13, 178:19
**governments** [1] - 144:25
**graduated** [1] - 115:23
**graduating** [1] - 115:25
**grant** [1] - 118:23
**grants** [1] - 150:22
**great** [1] - 187:1
**GREGORY** [1] - 2:8
**group** [1] - 86:20
**Group** [2] - 91:14, 93:12
**groups** [1] - 85:21
**growth** [3] - 146:6, 151:12, 151:16
**guarantee** [1] - 137:15
**guess** [3] - 51:10, 80:8, 134:7
**guidance** [1] - 145:16
**guy** [2] - 129:9, 131:25
**guys** [1] - 189:18
**GVA** [1] - 131:8
**GVA's** [1] - 132:12

## H

**half** [1] - 85:24
**hand** [15] - 23:12, 23:24, 83:25, 115:1, 143:11, 150:4, 150:5, 162:21, 164:11, 165:11, 166:21, 167:9, 172:18, 172:23, 187:25
**handed** [1] - 6:2
**handle** [1] - 186:15
**handled** [1] - 90:11
**handwriting** [1] - 5:25, 7:9, 9:17
**hard** [3] - 57:22, 124:25, 135:9
**head** [1] - 118:15
**header** [1] - 178:13
**heading** [2] - 162:24, 167:6
**hear** [4] - 76:13, 111:21, 136:25, 189:20
**heard** [3] - 79:22, 96:12, 96:20
**hearing** [1] - 154:4
**hearings** [3] -

153:10, 153:13, 153:20

**hearsay** [4] - 60:20, 107:25, 123:13, 133:4

**heavy** [2] - 123:5, 126:25

**held** [6] - 16:22, 27:4, 90:22, 91:17, 91:20, 92:6

**HELD** [1] - 190:12

**help** [7] - 24:3, 87:14, 88:4, 103:5, 115:5, 143:15, 186:17

**helped** [1] - 134:2

**Henson** [1] - 79:7

**henson** [1] - 80:1, 80:4, 80:11

**Henson's** [2] - 79:10, 80:10

**HEREBY** [1] - 190:9

**Hi** [1] - 47:7

**hidden** [2] - 142:7, 142:9

**high** [4] - 120:10, 124:21, 126:24, 127:10

**highlight** [2] - 51:22, 57:15

**highlighted** [18] - 6:23, 47:5, 53:17, 55:2, 57:2, 57:14, 57:18, 58:12, 59:6, 60:8, 81:18, 82:7, 83:24, 110:24, 129:17, 163:11, 170:24, 174:22

**highlighting** [2] - 55:12, 56:6

**HILARY** [1] - 2:14

**hired** [2] - 25:13, 116:20

**history** [2] - 162:2, 162:18

**hit** [1] - 21:23

**HK** [4] - 90:2, 90:6, 90:10, 110:25

**Ho** [1] - 131:12

**hold** [2] - 153:9, 154:4

**holding** [2] - 58:17, 59:10

**Holdings** [5] - 93:13, 93:21, 111:1, 171:9, 175:20

**homes** [1] - 148:3

**Hong** [18] - 32:15, 32:22, 34:1, 34:14, 36:12, 57:21, 57:23, 58:17, 59:10, 95:16, 95:19, 95:22, 96:2,

96:10, 96:13, 96:15, 96:22, 96:24

**Honor** [72] - 5:10, 6:9, 7:12, 7:17, 8:8, 8:10, 10:1, 10:5, 11:11, 12:16, 13:15, 20:1, 22:17, 22:20, 22:22, 22:25, 23:2, 23:6, 23:22, 24:16, 37:15, 39:7, 39:10, 40:12, 41:15, 42:22, 50:21, 50:24, 53:12, 54:22, 55:11, 55:21, 56:5, 59:22, 60:10, 61:19, 62:10, 66:9, 73:24, 76:6, 84:21, 86:14, 103:24, 110:4, 110:8, 112:16, 114:11, 114:14, 114:15, 114:22, 115:13, 123:23, 124:12, 125:17, 129:11, 134:22, 138:9, 140:9, 142:21, 142:23, 143:7, 143:24, 160:24, 160:25, 162:5, 166:16, 179:12, 179:14, 186:4, 186:13, 186:24

**HONORABLE** [1] - 1:4

**hopefully** [1] - 81:4

**hopeless** [2] - 106:17, 106:18

**hotel** [1] - 131:13

**hourly** [1] - 21:7

**HSEIH** [1] - 74:1

**HSIEH** [181] - 2:8, 23:6, 24:16, 24:18, 28:8, 34:12, 34:22, 35:24, 36:2, 36:19, 37:15, 37:20, 38:19, 39:7, 39:14, 39:21, 40:3, 40:12, 40:16, 41:7, 41:15, 41:19, 42:3, 42:22, 42:24, 43:7, 43:14, 43:21, 43:25, 44:6, 44:24, 45:7, 45:11, 45:24, 46:8, 46:23, 47:2, 49:8, 49:12, 49:16, 50:4, 50:9, 50:19, 50:24, 51:2, 51:20, 52:3, 52:16, 53:12, 53:13, 54:11, 54:19, 55:1, 55:15, 55:20, 55:24, 56:9, 56:17, 56:21, 57:6, 57:10, 57:16, 57:17, 58:4,

59:19, 60:1, 61:7, 62:6, 62:16, 62:20, 63:1, 63:14, 63:20, 63:24, 64:10, 65:1, 65:10, 65:16, 66:4, 66:9, 66:19, 66:23, 67:3, 67:10, 67:17, 67:24, 68:5, 68:9, 68:15, 68:23, 69:2, 69:10, 69:18, 69:22, 70:5, 70:25, 71:4, 71:8, 71:13, 71:25, 72:7, 72:10, 72:20, 72:25, 73:14, 73:23, 74:7, 74:11, 74:22, 74:25, 75:5, 75:9, 75:11, 75:25, 76:5, 76:8, 76:14, 76:18, 77:22, 79:6, 79:12, 81:3, 81:11, 81:15, 82:2, 83:4, 83:13, 83:17, 84:16, 84:20, 92:1, 93:15, 96:4, 99:19, 107:25, 110:8, 110:10, 112:18, 113:7, 113:13, 114:10, 143:7, 143:24, 144:1, 160:12, 161:4, 161:6, 161:10, 161:12, 162:5, 162:9, 163:23, 164:3, 164:14, 164:18, 166:2, 166:4, 166:16, 166:20, 168:7, 168:11, 168:18, 168:22, 169:9, 169:12, 170:4, 170:9, 171:15, 171:17, 173:4, 173:7, 173:18, 173:21, 174:7, 174:12, 178:5, 178:9, 178:16, 179:10, 184:1, 186:13

**hundred** [1] - 126:8

**hypothetical** [2] - 157:6, 160:2

## I

**idea** [2] - 95:11, 132:11

**identical** [1] - 186:10

**identification** [6] - 50:10, 52:4, 65:2, 68:1, 69:11, 74:3

**identified** [3] - 77:13, 89:6, 180:13

**identifies** [1] - 184:4

**identify** [1] - 155:4

**implemented** [1] -

151:22

**import** [5] - 30:7, 57:24, 99:13, 106:24, 107:21

**Import** [1] - 75:23

**important** [5] - 105:8, 105:15, 105:21, 105:24, 106:5

**imported** [1] - 122:19

**importer** [2] - 159:15, 183:5

**importer's** [1] - 175:17

**importers** [4] - 149:2, 153:14, 153:16, 181:24

**importing** [3] - 20:25, 107:4, 122:5

**imports** [2] - 127:24, 151:17

**imposed** [8] - 119:18, 121:6, 125:15, 125:23, 126:3, 151:18, 158:1, 160:3

**imposing** [1] - 158:10

**imposition** [4] - 119:21, 120:24, 121:25, 126:18

**impressive** [1] - 139:1

**IN** [3] - 190:7, 190:12, 190:13

**in-depth** [1] - 153:2

**Inc** [2] - 29:13, 29:15

**include** [5] - 30:15, 35:13, 48:6, 83:1, 87:8, 154:25, 155:7, 156:25, 157:2, 157:9, 167:10, 169:6, 187:8

**included** [8] - 42:11, 102:6, 168:25, 172:1, 173:16, 175:4, 177:4, 179:7

**includes** [1] - 163:21

**including** [8] - 26:4, 26:22, 111:17, 113:1, 113:21, 155:7, 157:6, 165:16

**incoming** [16] - 26:5, 31:12, 31:22, 32:2, 32:6, 32:9, 32:19, 33:24, 34:1, 34:6, 34:13, 38:16, 45:22, 83:1, 84:13, 84:17

**INCORPORATED** [1] - 1:10

**increase** [6] - 27:7,

27:16, 100:23, 108:24

**increased** [1] - 21:6

**indefinitely** [1] - 184:9

**indicates** [2] - 173:12, 176:4

**individual** [1] - 88:21

**individuals** [1] - 63:17

**Indonesian** [2] - 19:18, 19:20

**Industrial** [3] - 29:13, 51:11, 51:24

**industries** [1] - 151:8

**industry** [16] - 116:1, 136:6, 148:21, 148:24, 149:14, 149:21, 150:1, 150:20, 152:10, 152:24, 162:4, 175:18, 181:22, 182:2, 182:8, 182:9

**information** [21] - 20:6, 85:14, 85:18, 87:5, 124:22, 125:2, 125:3, 125:6, 127:5, 134:12, 144:23, 152:16, 154:4, 154:11, 154:12, 154:18, 154:23, 156:7, 168:1, 168:2, 182:24

**informs** [1] - 159:21

**initial** [3] - 154:8, 155:25, 158:11

**initials** [1] - 11:19

**initiate** [2] - 152:15, 153:23

**initiated** [2] - 170:18, 171:1

**initiation** [1] - 153:23

**input** [1] - 131:15

**inquire** [3] - 24:15, 115:12, 143:23

**inside** [6] - 77:16, 78:12, 80:16, 80:19, 80:25, 129:8

**inspected** [2] - 180:20, 180:22

**inspection** [1] - 79:20

**instead** [3] - 128:2, 150:25, 151:1

**instituted** [1] - 162:1

**institutions** [1] - 151:3

**instruct** [1] - 158:17

**instructed** [1] - 108:24

**instruction** [1] -

145:17
**instructions** [1] - 35:13
**insurance** [1] - 51:25
**intended** [1] - 139:19
**intention** [1] - 109:2
**interest** [2] - 151:4, 151:5
**interested** [4] - 127:10, 149:21, 149:23, 155:19
**internal** [1] - 158:18
**international** [2] - 33:1, 93:11
**International** [11] - 35:13, 38:6, 92:9, 92:13, 146:14, 146:16, 146:18, 152:25, 153:6, 154:14, 154:21
**interpret** [1] - 61:20
**interpreter** [5] - 23:9, 23:18, 23:20, 24:11, 28:5
**INTERPRETER** [14] - 23:13, 23:14, 23:17, 23:22, 28:5, 57:3, 76:12, 76:17, 84:15, 101:19, 101:22, 106:10, 108:5, 114:18
**interpreter's** [1] - 57:4
**introduce** [1] - 186:8
**introduced** [3] - 28:21, 38:25, 186:12
**inventory** [23] - 82:9, 82:11, 102:9, 102:15, 102:16, 103:10, 103:18, 108:15, 109:5, 109:9, 109:10, 109:11, 109:19, 109:23, 112:7, 112:20, 113:20, 113:21, 114:5, 126:4, 142:13
**investigating** [1] - 182:22
**investigation** [14] - 152:15, 155:5, 158:5, 158:6, 158:7, 162:25, 163:2, 163:4, 163:13, 164:8, 167:25, 180:8, 180:20, 182:24
**investigations** [1] - 180:5
**Investment** [12] - 32:15, 36:12, 44:5, 90:2, 90:5, 90:10, 90:15, 90:19, 90:21, 91:11, 94:5, 110:25

**invited** [1] - 153:12
**invoice** [21] - 32:16, 44:18, 44:19, 44:20, 44:22, 47:7, 47:13, 47:15, 47:23, 48:18, 48:21, 87:11, 87:17, 88:2, 88:18, 88:19, 88:21, 88:23, 89:13, 110:15, 110:16
**invoices** [21] - 35:14, 39:25, 42:10, 46:14, 47:19, 83:24, 84:2, 86:21, 87:9, 87:15, 87:20, 88:11, 88:15, 89:1, 89:6, 89:15, 89:16, 93:7, 93:9, 93:25, 97:5
**involved** [7] - 18:8, 35:7, 152:17, 180:8, 180:12, 180:21, 183:22
**involving** [1] - 173:24
**Irvine** [3] - 80:22, 80:23
**IS** [2] - 190:11, 190:13
**issuance** [4] - 166:15, 168:5, 168:14, 172:12
**issue** [4] - 149:14, 149:19, 154:7, 156:10, 156:13, 156:18
**ITC** [6] - 153:1, 153:9, 154:3, 154:6, 154:18
**items** [2] - 30:19, 126:6
**itself** [5] - 15:25, 60:18, 60:21, 60:24, 66:7

**J**

**Jackie** [3] - 132:15, 132:17, 132:20
**Janet** [1] - 129:7
**Jannie** [5] - 40:24, 46:20, 47:7, 52:12, 54:7
**January** [4] - 25:12, 26:17, 145:13, 145:14
**Jersey** [4] - 33:22, 97:21, 97:23, 98:4
**job** [6] - 89:1, 89:3, 93:24, 105:4, 146:5, 151:16
**jobs** [3] - 22:1,

22:10, 151:11
**John** [1] - 129:7
**Johnson** [67] - 6:3, 6:22, 10:13, 12:11, 26:15, 27:22, 27:25, 31:18, 31:21, 32:7, 33:15, 34:24, 35:1, 35:18, 36:8, 36:15, 37:3, 37:22, 40:17, 40:21, 44:13, 49:4, 49:25, 50:13, 52:14, 54:14, 56:14, 57:1, 57:13, 58:11, 58:25, 59:16, 60:5, 61:15, 63:9, 64:2, 64:15, 65:20, 65:24, 66:8, 67:14, 68:12, 69:6, 70:1, 70:24, 73:7, 73:17, 89:4, 95:4, 100:19, 100:20, 111:6, 111:7, 117:17, 117:21, 117:23, 118:12, 118:18, 118:22, 123:6, 123:11, 124:6, 124:22, 125:6, 134:15, 134:16, 134:17
**Johnson's** [1] - 124:10
**Johnston** [1] - 23:18
**JUDGE** [1] - 1:4
**JUDICIAL** [1] - 190:14
**July** [10] - 6:20, 55:6, 55:7, 81:17, 83:9, 112:22, 124:8, 144:21, 145:2
**June** [7] - 36:14, 37:13, 49:17, 58:2, 173:25, 174:5, 174:14
**jurors** [2] - 73:20, 138:6
**JURORS** [1] - 189:21
**jury** [67] - 5:6, 5:7, 29:3, 30:5, 35:6, 35:10, 37:20, 41:8, 44:6, 47:3, 47:5, 49:17, 50:4, 51:2, 53:3, 53:7, 53:8, 56:22, 61:2, 61:6, 62:9, 63:1, 64:11, 66:23, 67:17, 68:10, 68:16, 69:2, 70:9, 70:13, 71:8, 71:14, 71:18, 71:22, 72:3, 72:22, 74:11, 76:1, 86:5, 86:10, 86:11, 111:19, 138:1, 138:6, 144:18, 146:2,

146:14, 147:8, 147:25, 152:3, 152:5, 162:10, 163:6, 163:23, 165:5, 168:7, 173:5, 173:9, 174:14, 175:6, 175:23, 177:17, 178:7, 178:23, 186:14, 189:17
**jury's** [1] - 38:8

**K**

**Karman** [2] - 104:14, 140:24
**KARMAN** [1] - 1:12
**Karman-Main** [2] - 104:14, 140:24
**KARMAN-MAIN** [1] - 1:12
**keep** [3] - 105:8, 136:21, 182:17
**kept** [1] - 22:14
**Kim** [2] - 114:23, 115:10
**kind** [5] - 95:20, 119:22, 119:23, 120:15, 129:9
**kits** [2] - 188:9, 188:11
**Kitty** [1] - 122:12
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23, 190:7, 190:20
**knowing** [1] - 98:7
**knowledge** [3] - 19:23, 121:14, 134:18
**knows** [1] - 177:17
**Kong** [18] - 32:16, 32:22, 34:1, 34:14, 36:12, 57:21, 57:23, 58:17, 59:10, 95:16, 95:19, 95:22, 96:2, 96:11, 96:13, 96:15, 96:22, 96:24
**KUMAR** [35] - 2:7, 5:10, 5:12, 5:19, 5:22, 6:9, 6:13, 7:18, 7:21, 7:22, 8:7, 8:10, 8:15, 9:10, 9:13, 10:1, 10:5, 10:6, 10:22, 10:25, 11:11, 11:15, 12:3, 12:16, 12:21, 12:22, 13:10, 13:15, 13:19, 14:17, 14:23, 20:1, 22:22, 22:25, 114:14

**L**

**L-i** [1] - 24:9
**L-i-d-o-n-g** [1] - 24:9
**lack** [2] - 78:22, 112:9
**lacks** [1] - 20:1
**ladies** [4] - 52:24, 86:1, 137:9, 189:4
**laid** [2] - 117:9, 136:18
**language** [1] - 163:15
**large** [2] - 96:2, 96:18
**largest** [1] - 96:15
**LARSON** [2] - 2:13, 2:13
**Las** [1] - 115:21
**last** [13] - 12:2, 13:10, 20:13, 24:9, 56:11, 71:16, 82:21, 84:8, 115:10, 130:24, 133:12, 143:21, 174:21
**lasts** [1] - 139:5
**LAW** [1] - 2:14
**law** [3] - 148:16, 160:25, 161:2
**lay** [1] - 22:12
**leading** [6] - 51:17, 51:18, 55:11, 56:7, 154:13
**least** [5] - 19:20, 64:8, 93:24, 122:4, 133:22
**leave** [4] - 80:4, 80:11, 116:7, 117:7
**leaving** [2] - 59:10, 80:6
**led** [1] - 180:9
**Lee** [5] - 10:16, 24:19, 44:1, 90:19, 94:4
**left** [14] - 26:19, 26:20, 80:5, 100:21, 108:10, 117:4, 126:5, 131:8, 162:21, 165:11, 166:21, 167:9, 187:25
**left-hand** [5] - 162:21, 165:11, 166:21, 167:9, 187:25
**legal** [1] - 160:9
**length** [8] - 171:7, 171:24, 173:14, 175:2, 177:3, 178:2, 179:5, 184:23
**lengths** [1] - 155:13

**letter** [1] - 35:18
**letting** [1] - 142:1
**level** [1] - 24:12
**Li** [117] - 23:7, 25:19, 26:13, 27:10, 27:18, 28:20, 28:23, 29:16, 30:3, 30:22, 31:7, 31:25, 33:12, 33:23, 34:6, 34:13, 34:23, 35:3, 35:22, 36:4, 36:21, 37:22, 38:3, 38:10, 38:21, 39:16, 40:1, 40:4, 40:7, 40:18, 41:4, 41:13, 41:21, 42:5, 42:9, 43:19, 45:3, 45:14, 45:16, 46:1, 46:11, 46:17, 47:5, 47:10, 47:14, 47:24, 48:2, 48:18, 49:2, 49:18, 50:11, 51:9, 51:15, 51:21, 52:6, 52:13, 52:15, 53:14, 53:20, 54:5, 54:13, 55:2, 56:3, 56:11, 57:12, 57:19, 58:5, 58:10, 58:12, 58:20, 58:24, 59:5, 59:12, 59:15, 60:4, 61:11, 63:5, 64:1, 64:4, 64:14, 64:15, 66:14, 66:25, 67:1, 67:13, 67:16, 67:20, 68:3, 68:14, 69:9, 72:11, 74:5, 75:1, 75:12, 76:15, 77:10, 77:23, 79:8, 79:16, 80:14, 81:9, 81:16, 83:8, 85:2, 86:17, 102:22, 104:2, 110:11, 111:23, 113:8, 113:18, 114:18, 117:24, 118:13, 118:18, 119:4, 131:23
**LI** [1] - 3:5
**Liaoning** [2] - 75:23, 76:4
**Liaoyang** [2] - 7:1, 7:8
**license** [1] - 25:1
**Lidong** [1] - 24:9
**life** [1] - 139:13
**lighter** [2] - 136:5, 139:4
**likewise** [2] - 168:23, 178:17
**limitation** [1] - 183:19
**limitations** [1] - 183:9

**Limited** [9] - 90:2, 90:15, 91:11, 92:10, 92:13, 110:25, 111:1, 171:9, 175:20
**limited** [3] - 126:4, 126:7, 141:8
**line** [4] - 52:11, 76:3, 124:17, 145:4
**Ling** [1] - 122:12
**liquidated** [1] - 183:17
**list** [4] - 47:8, 87:15, 88:11, 157:12
**Listed** [1] - 87:16
**listed** [4] - 30:1, 51:10, 87:20, 113:1
**listening** [1] - 28:15
**Liu** [43] - 22:12, 27:4, 27:13, 28:1, 28:2, 28:7, 28:10, 28:13, 28:18, 31:17, 49:20, 74:13, 74:14, 76:9, 76:16, 76:22, 95:1, 95:6, 100:23, 108:19, 109:25, 111:3, 111:8, 111:12, 111:14, 117:25, 118:4, 118:9, 118:17, 118:19, 119:2, 123:21, 129:20, 129:23, 130:1, 130:4, 130:5, 130:7, 130:13, 131:25, 132:23, 132:25
**Liu's** [5] - 28:3, 28:10, 118:2, 133:7, 133:10
**living** [1] - 121:8
**Liwang** [10] - 14:8, 15:25, 32:15, 32:24, 33:13, 42:2, 45:17, 48:19, 48:21
**LLC** [13] - 1:10, 1:11, 1:11, 1:12, 1:13, 104:6, 104:9, 104:12, 104:15, 140:18, 140:21, 140:24, 141:2
**LLP** [2] - 2:13, 2:17
**loan** [11] - 31:24, 32:1, 82:22, 84:10, 84:14, 84:18, 101:14, 101:16, 101:24, 151:1, 151:2
**loans** [12] - 32:4, 32:7, 33:8, 84:18, 101:10, 101:17, 101:21, 102:1, 103:13, 103:18, 150:25, 151:5
**located** [5] - 17:5,

29:17, 29:19, 29:23, 72:18
**location** [2] - 29:8, 29:11
**look** [18] - 65:11, 86:24, 87:13, 88:4, 91:2, 97:7, 122:24, 125:15, 125:24, 141:25, 152:14, 156:5, 162:2, 175:12, 183:21, 183:22, 187:4
**looked** [7] - 44:12, 56:11, 87:18, 97:11, 113:20, 122:24, 135:16
**looking** [26] - 38:21, 39:23, 40:20, 41:20, 42:25, 45:11, 52:6, 57:11, 61:12, 63:16, 64:13, 65:12, 65:17, 67:12, 69:23, 72:11, 73:4, 82:21, 87:14, 150:21, 157:22, 160:23, 170:10, 171:5, 175:24, 179:16
**looks** [1] - 152:21
**LOS** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 190:3
**loud** [2] - 62:9, 72:21
**low** [2] - 151:3, 152:11
**low-priced** [1] - 152:11
**LOWDER** [3] - 2:14, 140:9, 140:11
**lower** [3] - 147:11, 147:17, 150:11
**lowering** [1] - 148:18
**Lui** [1] - 111:10
**lumber** [39] - 148:3, 148:4, 148:6, 148:7, 149:6, 149:19, 149:20, 149:22, 152:6, 152:7, 152:10, 152:11, 152:13, 152:17, 152:22, 154:16, 154:19, 155:10, 155:11, 155:15, 155:20, 155:23, 156:24, 156:25, 157:7, 158:2, 158:10, 159:10, 159:17, 159:18, 159:19, 160:2, 160:5, 160:7, 161:25, 163:9
**lunch** [1] - 86:2, 86:6, 86:8

**M**

**M-a-r-k** [1] - 24:8
**mail** [101] - 6:15, 6:16, 6:17, 6:19, 7:10, 9:24, 10:7, 10:9, 11:2, 11:9, 12:5, 12:8, 12:13, 12:24, 33:2, 35:12, 36:21, 36:25, 37:4, 38:22, 40:5, 40:6, 40:17, 46:16, 47:10, 47:13, 47:19, 48:23, 49:1, 49:18, 49:23, 50:2, 50:11, 50:14, 51:14, 53:19, 53:22, 53:24, 53:25, 54:7, 54:13, 55:17, 56:12, 56:23, 56:25, 57:12, 58:10, 58:20, 58:24, 59:1, 59:15, 59:17, 60:4, 60:6, 61:11, 61:14, 62:8, 62:9, 62:22, 62:23, 63:25, 64:1, 64:15, 65:6, 65:17, 65:19, 65:22, 66:2, 66:6, 66:7, 66:14, 66:16, 67:11, 68:2, 68:11, 68:21, 69:4, 69:5, 69:7, 69:8, 69:14, 69:16, 69:24, 70:3, 70:23, 74:5, 92:16, 92:20, 98:6, 119:2, 124:3, 124:5, 124:9, 124:17, 124:23, 128:23, 128:25, 129:4, 129:6, 129:22
**mailed** [1] - 12:11
**mails** [7] - 38:12, 59:14, 60:11, 60:16, 61:13, 75:1, 91:7
**MAIN** [1] - 1:12
**main** [5] - 15:14, 102:11, 102:15, 145:8, 183:22
**Main** [2] - 104:14, 140:24
**mainland** [1] - 96:23
**major** [2] - 99:12, 113:10
**majority** [2] - 101:14, 181:22
**maker** [3] - 171:22, 177:1, 179:3
**man** [2] - 79:7, 117:25
**manage** [2] - 25:20
**manager** [34] - 25:16, 25:17, 26:3,

26:17, 26:24, 27:2, 28:12, 30:4, 31:7, 31:25, 33:7, 34:15, 35:22, 36:16, 36:22, 72:15, 79:11, 81:7, 82:25, 100:11, 100:16, 105:1, 105:4, 105:5, 107:20, 112:24, 116:22, 117:1, 117:12, 117:18, 117:21, 145:4, 145:7, 145:11
**managers** [1] - 27:5
**managing** [1] - 100:11
**manner** [1] - 106:17
**manufactured** [2] - 127:15, 127:19
**manufacturer** [8] - 16:11, 17:9, 17:12, 17:13, 18:1, 120:18, 148:20, 159:16
**manufacturers** [2] - 153:15, 181:25
**manufacturing** [6] - 15:16, 15:20, 16:15, 19:8, 136:10, 156:4
**March** [2] - 12:25, 77:25, 78:3, 162:3, 175:15
**margin** [3] - 157:12, 157:15, 157:19
**mark** [1] - 42:20
**Mark** [10] - 3:5, 23:7, 24:8, 39:18, 52:15, 117:24, 118:13, 118:18, 119:4, 131:23
**marked** [6] - 48:15, 52:4, 65:2, 67:25, 69:11, 74:3
**market** [17] - 109:7, 133:2, 135:18, 141:12, 141:17, 147:11, 147:13, 147:20, 147:21, 148:5, 148:7, 148:19, 148:22, 151:4, 151:14, 152:13
**master** [1] - 24:22
**masters** [1] - 24:23
**material** [5] - 22:4, 126:5, 126:9, 162:23, 167:19
**materials** [3] - 94:17, 139:10, 157:7
**matter** [8] - 16:8, 24:1, 53:2, 86:4, 115:3, 137:25, 143:13, 189:16
**mattress** [1] - 187:11

**mattresses** [1] - 155:22

**mean** [10] - 83:25, 120:11, 130:5, 157:16, 158:25, 160:6, 176:19, 177:7, 181:4, 183:13

**meaning** [2] - 64:1, 148:17

**means** [5] - 84:1, 102:18, 172:10, 176:20, 177:9

**medicine** [1] - 126:14

**meet** [1] - 132:14

**meeting** [13] - 27:4, 27:6, 27:11, 28:14, 108:18, 108:21, 109:16, 109:25, 118:9, 129:24, 130:13, 137:11

**meetings** [4] - 118:11, 118:16, 130:16, 130:19

**members** [4] - 5:6, 53:7, 86:10, 181:22

**memo** [3] - 154:11, 156:18, 169:19

**memory** [2] - 117:12, 117:18

**mention** [2] - 27:15, 109:4

**mentioned** [28] - 17:1, 29:16, 32:25, 33:13, 51:13, 58:2, 63:3, 84:9, 94:6, 94:25, 99:16, 100:14, 101:9, 123:7, 135:8, 135:16, 146:20, 149:18, 151:6, 151:10, 155:9, 161:24, 163:8, 167:21, 180:4, 180:24, 182:21, 183:2

**Merchandise** [1] - 178:14

**merchandise** [19] - 145:1, 146:25, 147:3, 147:10, 150:10, 152:12, 163:12, 163:16, 167:14, 171:12, 175:19, 176:1, 176:4, 185:21, 185:24, 187:21, 187:23, 188:6, 188:17

**merge** [1] - 116:12

**merged** [1] - 29:7

**merger** [1] - 29:6

**message** [1] - 87:1

**met** [6] - 85:7, 85:10,

95:6, 117:25, 132:17, 135:3

**methodology** [1] - 154:11

**meticulous** [1] - 105:9

**Mexico** [22] - 22:5, 148:5, 149:6, 149:19, 152:6, 152:8, 152:11, 152:12, 152:18, 154:16, 154:18, 156:3, 156:24, 156:25, 158:2, 158:11, 159:10, 159:17, 160:3, 160:5, 161:25, 163:9

**microphone** [1] - 23:21

**middle** [10] - 24:9, 28:25, 57:11, 57:18, 58:8, 58:13, 83:25, 112:6, 162:17, 164:19

**might** [5] - 36:23, 106:11, 113:19, 153:12, 155:22

**million** [11] - 9:3, 42:13, 42:17, 59:9, 97:19, 120:2, 120:3, 120:12, 125:13, 126:11, 126:12

**Min** [1] - 131:12

**mini** [1] - 156:7

**minute** [4] - 45:20, 85:24, 139:25, 186:20

**minutes** [4] - 53:4, 84:23, 179:15, 179:18

**misinterpreted** [1] - 71:20

**missed** [1] - 189:18

**missing** [1] - 19:10

**mission** [3] - 146:5, 151:11, 151:16

**Misstates** [1] - 99:19

**moment** [7] - 39:21, 57:16, 66:9, 76:5, 89:19, 110:3, 179:10

**Monday** [4] - 137:10, 189:6, 189:13

**money** [9] - 35:16, 54:8, 84:19, 89:12, 89:15, 93:25, 94:8, 95:15, 150:23

**monies** [1] - 101:11

**month** [1] - 27:25

**monthly** [4] - 25:24, 56:4, 84:1

**months** [1] - 127:4

**morning** [13] - 5:13, 5:14, 15:3, 15:4, 24:19, 24:20, 52:23,

85:2, 137:11, 189:18, 189:19, 189:20, 189:23

**most** [3] - 103:9, 138:15, 146:5

**motion** [1] - 112:15

**move** [6] - 55:18, 55:20, 61:8, 77:23, 100:2, 160:24

**moved** [2] - 33:18, 77:25

**moves** [38] - 6:9, 10:1, 11:12, 12:16, 13:15, 37:15, 40:12, 41:15, 43:21, 45:7, 46:23, 49:12, 50:21, 52:18, 54:22, 56:17, 59:22, 62:16, 63:20, 65:12, 66:19, 67:6, 68:5, 68:23, 69:18, 71:1, 74:7, 75:5, 81:11, 83:13, 124:13, 129:12, 162:5, 164:14, 166:16, 168:18, 170:5, 174:8

**moving** [4] - 21:12, 21:13, 78:2, 178:9

**MR** [265] - 7:18, 9:13, 13:19, 15:2, 19:10, 19:13, 20:7, 22:17, 23:6, 24:16, 24:18, 28:8, 34:12, 34:22, 35:24, 36:2, 36:19, 37:15, 37:17, 37:20, 38:19, 39:7, 39:14, 39:21, 40:3, 40:12, 40:16, 41:7, 41:15, 41:19, 42:3, 42:22, 42:24, 43:7, 43:14, 43:21, 43:25, 44:6, 44:24, 45:7, 45:11, 45:24, 46:8, 46:23, 47:2, 49:8, 49:12, 49:16, 50:4, 50:9, 50:19, 50:24, 51:2, 51:17, 51:20, 52:3, 52:16, 53:12, 53:13, 54:11, 54:19, 55:1, 55:15, 55:20, 55:24, 56:9, 56:17, 56:21, 57:6, 57:10, 57:16, 57:17, 58:4, 59:19, 60:1, 60:10, 60:15, 60:20, 60:25, 61:7, 62:6, 62:16, 62:20, 63:1, 63:14, 63:20, 63:24, 64:10, 65:1, 65:10, 65:16, 66:4, 66:9, 66:19, 66:23, 67:3, 67:10, 67:17,

67:24, 68:5, 68:9, 68:15, 68:23, 69:2, 69:10, 69:18, 69:22, 70:5, 70:25, 71:4, 71:8, 71:13, 71:25, 72:7, 72:10, 72:20, 72:25, 73:14, 73:23, 74:1, 74:7, 74:11, 74:22, 74:25, 75:5, 75:9, 75:11, 75:25, 76:5, 76:8, 76:14, 76:18, 77:22, 79:6, 79:12, 81:3, 81:11, 81:15, 82:2, 83:4, 83:13, 83:17, 84:16, 84:20, 84:24, 85:1, 86:14, 86:16, 93:1, 93:5, 93:15, 93:19, 96:4, 96:8, 98:12, 98:13, 99:19, 99:22, 100:3, 100:6, 100:13, 101:20, 101:23, 102:12, 102:21, 102:25, 103:4, 103:21, 107:25, 110:8, 110:10, 112:18, 113:7, 113:13, 113:15, 113:17, 114:7, 114:10, 114:22, 115:13, 115:15, 123:18, 123:23, 124:1, 124:12, 124:16, 125:17, 125:21, 129:11, 129:15, 131:20, 133:7, 133:10, 133:12, 133:15, 134:21, 134:25, 138:9, 138:11, 139:24, 140:1, 140:5, 140:9, 140:11, 142:20, 142:23, 143:2, 143:3, 143:7, 143:24, 144:1, 160:9, 160:12, 160:24, 161:4, 161:6, 161:10, 161:12, 162:5, 162:9, 163:23, 164:3, 164:14, 164:18, 166:2, 166:4, 166:16, 166:20, 168:7, 168:11, 168:18, 168:22, 169:9, 169:12, 170:4, 170:9, 171:15, 171:17, 173:4, 173:7, 173:18, 173:21, 174:7, 174:12, 178:5, 178:9, 178:16, 179:10, 179:14, 179:17,

179:20, 183:24, 184:1, 184:3, 184:19, 186:1, 186:10, 186:13, 186:18, 186:19, 186:24, 187:2, 187:3, 188:21, 189:1

**MS** [62] - 5:10, 5:12, 5:19, 5:22, 6:9, 6:13, 7:12, 7:17, 7:21, 7:22, 8:7, 8:10, 8:15, 9:10, 10:1, 10:5, 10:6, 10:22, 10:25, 11:11, 11:15, 12:3, 12:16, 12:21, 12:22, 13:10, 13:15, 14:17, 14:23, 20:1, 22:19, 22:22, 22:25, 23:2, 34:9, 34:17, 39:9, 55:11, 56:5, 61:19, 62:10, 73:10, 77:18, 78:22, 103:24, 104:1, 106:11, 106:13, 107:9, 107:11, 107:16, 108:4, 108:6, 110:3, 112:9, 112:15, 113:4, 114:9, 114:14, 114:15, 123:13, 133:4

**MTD** [1] - 83:24

**N**

**N-G-U-Y-E-N** [1] - 115:11

**name** [26] - 16:5, 16:6, 23:16, 24:7, 24:8, 24:9, 46:18, 48:24, 52:9, 89:21, 98:1, 111:21, 115:9, 115:10, 116:10, 116:13, 116:15, 128:4, 132:7, 132:15, 143:19, 143:20, 143:21, 143:22, 146:17

**named** [6] - 17:2, 46:20, 79:7, 90:1, 117:25, 129:25

**names** [3] - 28:25, 29:4, 127:17

**necessary** [1] - 27:16

**need** [16] - 27:6, 35:1, 35:14, 52:8, 54:1, 87:11, 87:24, 88:2, 88:18, 94:14, 131:15, 159:1, 172:4, 176:19, 176:20

**needed** [5] - 7:2, 7:5, 7:8, 118:22, 118:25

**negotiated** [1] - 18:17

**negotiating** [1] - 18:8

**never** [11] - 85:7, 104:5, 104:8, 104:11, 104:14, 131:10, 135:3, 140:17, 140:20, 140:23, 141:1

**nevertheless** [1] - 97:18

**New** [4] - 33:22, 97:21, 97:23, 98:4

**new** [3] - 145:12, 145:15, 181:11

**next** [17] - 16:8, 23:5, 43:13, 46:23, 82:21, 84:7, 84:8, 87:13, 88:3, 91:2, 112:14, 143:6, 154:4, 154:6, 156:1, 156:2, 185:8

**next-to-last** [1] - 84:8

**Nguyen** [9] - 114:23, 115:10, 115:16, 124:3, 128:23, 129:4, 133:16, 135:1, 140:12

**nice** [1] - 131:13

**non** [4] - 102:19, 145:18, 176:5, 184:25

**non-aluminum** [1] - 184:25

**non-customized** [1] - 102:19

**non-extruded** [1] - 176:5

**non-supervisory** [1] - 145:18

**noncustomized** [1] - 30:10

**nonetheless** [2] - 122:5, 122:20

**nontranslated** [1] - 71:5

**NORTH** [2] - 1:24, 2:10

**note** [1] - 176:3

**noted** [3] - 155:16, 157:5, 169:3

**notes** [1] - 19:10

**nothing** [7] - 19:22, 24:2, 77:6, 97:22, 114:10, 115:4, 143:14

**notice** [15] - 27:10, 31:1, 31:3, 153:20, 153:23, 154:10, 156:21, 161:17, 164:8, 164:24, 164:25, 166:14, 168:13, 189:8

**noticed** [2] - 97:5, 139:23

**notices** [2] - 154:1, 155:3

**November** [12] - 26:19, 26:25, 27:4, 27:24, 28:14, 31:16, 49:21, 76:10, 79:25, 80:2, 109:17, 165:3

**NUMBER** [2] - 3:12, 4:4

**number** [10] - 7:2, 7:8, 44:18, 82:7, 87:4, 99:20, 172:23, 172:24, 178:8, 186:5

**Number** [2] - 97:8, 139:25

**numbers** [3] - 134:13, 186:4, 186:25

**NW** [1] - 2:18

## O

**o'clock** [6] - 52:22, 86:7, 137:14, 137:18, 137:21, 189:10

**oath** [1] - 23:9

**OBI** [1] - 87:16

**objection** [29] - 7:13, 7:16, 20:1, 22:24, 34:9, 34:17, 37:17, 39:9, 51:17, 56:6, 60:10, 60:17, 62:10, 62:12, 73:11, 77:18, 78:22, 93:1, 93:15, 96:4, 99:19, 107:9, 107:25, 112:9, 123:13, 133:4, 160:9, 186:11

**Objection** [4] - 61:19, 73:10, 113:4, 125:17

**obligation** [1] - 180:4

**observations** [2] - 122:24, 130:21

**observe** [1] - 78:3

**obtain** [2] - 34:24, 35:18

**obtaining** [1] - 36:16

**occurred** [2] - 38:17, 109:16

**occurs** [2] - 183:2, 183:3

**October** [1] - 129:1

**October's** [1] - 54:1

**OF** [14] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 190:1, 190:3, 190:5, 190:9, 190:11,

190:14, 190:15

**offer** [3] - 100:6, 141:12, 141:17

**offered** [1] - 142:1

**offering** [2] - 141:23, 142:2

**Office** [1] - 153:25

**office** [9] - 29:19, 33:1, 33:16, 81:1, 93:11, 107:24, 128:13, 145:22, 146:21

**offices** [1] - 144:9

**OFFICIAL** [3] - 1:24, 190:7, 190:21

**officials** [2] - 118:12, 158:22

**offset** [2] - 146:23, 148:11

**old** [1] - 7:6

**ON** [2] - 2:6, 2:12

**once** [11] - 34:3, 35:16, 64:7, 64:8, 64:9, 153:4, 153:19, 153:22, 154:2, 156:9, 156:15

**one** [81] - 8:20, 8:25, 9:7, 10:20, 10:21, 19:10, 22:3, 26:21, 26:23, 28:18, 28:24, 29:7, 30:10, 30:11, 36:4, 37:10, 38:6, 39:21, 41:5, 42:13, 57:16, 64:5, 66:9, 66:12, 73:7, 76:5, 80:5, 81:12, 81:17, 84:12, 84:15, 85:16, 87:19, 88:4, 94:4, 94:25, 96:15, 97:6, 98:21, 98:23, 99:3, 100:20, 104:21, 110:3, 113:15, 131:15, 135:9, 138:15, 141:8, 144:9, 144:10, 146:10, 146:18, 147:18, 149:9, 150:4, 151:2, 153:5, 153:6, 164:11, 171:6, 171:19, 171:24, 172:18, 172:20, 173:1, 173:13, 174:16, 176:10, 176:15, 178:19, 179:10, 180:24, 183:21, 183:23, 183:25, 184:6, **one-year** [3] - 26:23, 28:24, 104:21

**ones** [1] - 15:16

**Ontario** [8] - 29:17,

33:19, 51:13, 77:16, 77:24, 78:1, 78:2, 78:4

**open** [1] - 81:1

**operating** [2] - 94:20, 136:18

**operation** [2] - 83:11, 129:9

**operations** [1] - 146:21

**opinions** [4] - 53:1, 86:4, 137:25, 189:16

**opportunity** [1] - 153:17

**order** [86] - 8:1, 8:16, 8:21, 11:16, 11:21, 11:24, 13:21, 14:1, 14:8, 14:11, 14:15, 17:16, 17:22, 19:7, 20:13, 21:17, 21:20, 30:13, 30:18, 36:4, 36:13, 40:10, 41:5, 41:13, 43:19, 45:4, 75:4, 80:11, 90:14, 90:17, 99:8, 102:18, 135:12, 138:15, 141:5, 141:11, 141:16, 142:12, 146:22, 146:23, 152:4, 162:23, 166:8, 166:13, 166:15, 166:23, 167:3, 167:11, 168:6, 168:14, 168:16, 168:24, 169:3, 169:6, 169:7, 172:3, 172:10, 172:11, 173:11, 177:8, 177:18, 178:23, 179:2, 180:9, 181:14, 181:16, 182:3, 183:4, 184:13, 184:14, 184:16, 184:21, 184:24, 185:3, 185:5, 185:18, 186:1, 186:3, 187:4, 187:6, 187:14, 187:16, 187:17, 187:24, 187:25, 188:2

**Order** [2] - 167:5, 167:6

**orders** [28] - 5:16, 6:3, 9:20, 11:1, 11:8, 13:13, 15:7, 15:23, 17:2, 17:11, 17:13, 18:6, 19:15, 22:5, 36:17, 113:9, 121:5, 151:25, 159:12, 169:19, 171:10, 172:2, 173:17, 175:5, 177:5, 179:7, 180:18

**organization** [2] - 145:22, 180:4

**organized** [1] - 189:1

**original** [4] - 55:17, 70:6, 71:4, 71:14

**originator's** [1] - 89:21

**otherwise** [2] - 147:12, 150:11

**outgoing** [24] - 26:5, 31:12, 32:10, 32:12, 32:14, 32:24, 33:10, 34:7, 34:16, 34:24, 35:2, 35:7, 35:11, 35:17, 36:9, 37:9, 38:25, 42:15, 43:2, 44:21, 75:21, 87:1, 110:12, 110:15

**outlines** [2] - 154:11, 156:18

**outside** [4] - 76:19, 78:17, 79:4, 113:4

**overall** [1] - 60:21

**overruled** [12] - 20:3, 34:19, 39:11, 55:13, 56:8, 61:22, 62:3, 96:6, 107:13, 108:2, 123:14, 161:3

**oversee** [1] - 35:22

**owed** [1] - 89:15

**own** [2] - 28:11, 147:13

**owned** [1] - 28:17

**owner** [1] - 118:5

## P

**PA** [1] - 129:23

**packing** [1] - 47:8

**PAGE** [3] - 3:12, 4:4, 190:13

**Page** [2] - 70:16, 70:17

**page** [243] - 7:23, 8:3, 8:5, 8:25, 9:7, 11:4, 11:21, 11:24, 28:20, 29:1, 36:3, 36:20, 37:8, 37:23, 37:25, 38:9, 39:16, 39:21, 39:23, 41:2, 41:3, 41:4, 41:8, 41:12, 41:20, 42:4, 42:5, 42:8, 42:16, 42:25, 43:5, 43:16, 43:18, 44:7, 44:11, 44:15, 44:17, 44:25, 45:1, 45:12, 45:25, 46:1, 46:3, 46:6, 46:10, 46:16, 47:3,

47:6, 47:9, 47:12,
47:22, 48:1, 48:4,
48:6, 48:8, 48:10,
48:12, 48:13, 48:15,
48:16, 48:20, 49:9,
50:4, 50:20, 51:3,
51:8, 51:21, 52:7,
52:16, 53:16, 54:6,
55:25, 56:2, 56:13,
56:22, 57:11, 57:19,
58:5, 58:13, 58:23,
59:3, 59:6, 59:20,
60:2, 60:9, 61:12,
62:7, 62:23, 63:2,
63:4, 63:8, 63:10,
63:12, 63:16, 64:6,
64:11, 64:13, 64:18,
64:20, 64:22, 64:24,
65:11, 65:12, 65:17,
65:21, 65:25, 66:12,
66:23, 66:24, 67:5,
67:12, 67:17, 67:20,
67:23, 68:2, 68:10,
68:16, 68:17, 68:21,
69:2, 69:23, 70:11,
70:12, 70:14, 70:15,
70:16, 70:17, 70:18,
70:19, 71:8, 71:9,
71:10, 71:15, 71:17,
72:11, 72:21, 73:1,
73:5, 73:18, 73:21,
74:12, 74:18, 75:2,
75:18, 75:19, 76:1,
81:12, 81:24, 82:6,
86:24, 87:12, 87:13,
87:14, 88:3, 89:18,
89:20, 91:2, 91:3,
110:21, 110:22,
111:18, 125:8,
128:22, 162:11,
162:19, 162:21,
163:7, 163:11,
164:19, 165:6,
165:10, 165:20,
166:5, 166:21, 167:2,
167:4, 167:8, 168:8,
168:10, 168:24,
169:5, 169:13,
170:10, 170:14,
170:15, 170:16,
170:20, 170:25,
171:11, 171:16,
171:18, 171:21,
173:4, 173:6, 173:8,
173:20, 174:13,
174:22, 175:10,
175:11, 175:21,
175:24, 176:3, 176:7,
176:8, 176:12,
176:21, 178:10,
178:13, 178:17,

178:23, 178:24,
184:2, 185:24, 187:25
**pages** [28] - 8:9,
8:10, 11:8, 14:21,
42:4, 45:1, 50:23,
55:16, 64:16, 70:12,
73:4, 73:22, 73:24,
133:20, 133:22,
163:24, 163:25,
171:16, 172:16,
173:5, 173:9, 177:15,
178:6, 178:8, 178:9,
178:11, 178:22
**paging** [2] - 178:6,
178:22
**paid** [22] - 32:17,
35:15, 42:13, 57:24,
83:23, 84:19, 89:16,
97:19, 98:8, 101:14,
101:15, 101:17,
113:25, 114:1,
127:14, 127:18,
128:2, 149:1, 159:1,
176:19, 176:20
**pallet** [25] - 30:11,
47:17, 48:9, 78:5,
78:14, 78:19, 100:12,
102:17, 110:13,
110:17, 121:22,
123:1, 127:6, 137:1,
171:8, 171:25,
173:15, 175:3,
176:10, 176:23,
177:4, 178:3, 178:20,
179:6, 185:17
**pallets** [125] - 5:16,
6:25, 7:3, 7:7, 8:21,
9:1, 10:15, 13:5,
13:21, 14:15, 15:17,
15:19, 16:11, 16:15,
17:17, 18:2, 18:14,
18:22, 20:9, 21:1,
21:2, 21:11, 30:23,
31:1, 31:5, 47:20,
47:23, 48:2, 48:4,
48:6, 48:8, 48:10,
48:13, 48:16, 48:17,
57:22, 81:2, 87:9,
87:21, 87:25, 88:15,
88:22, 88:24, 94:9,
94:13, 94:16, 94:23,
95:8, 95:12, 99:17,
99:20, 99:25, 100:17,
101:11, 101:15,
101:17, 101:21,
102:6, 107:4, 107:7,
107:17, 108:8,
108:14, 109:3,
109:13, 109:23,
109:24, 110:13,

110:16, 111:3, 112:1,
113:20, 113:22,
121:4, 121:7, 121:10,
121:15, 121:19,
122:6, 122:18,
122:23, 124:20,
124:21, 124:25,
125:2, 125:5, 125:9,
125:12, 125:23,
126:9, 126:23, 127:2,
127:14, 127:18,
135:17, 135:20,
135:23, 136:1, 136:4,
136:11, 136:12,
136:25, 141:17,
141:23, 142:2, 142:4,
142:7, 142:9, 169:17,
171:20, 172:21,
173:1, 173:24,
174:17, 176:16,
179:1, 180:14,
180:17, 180:20,
180:22, 184:24,
185:7, 185:13, 188:15
**pane** [1] - 167:18
**panels** [2] - 163:20,
167:19
**paper** [4] - 61:24,
80:12, 186:14
**paperwork** [2] -
27:24, 128:12
**parallel** [1] - 153:5
**parentheses** [1] -
92:16
**part** [10] - 47:13,
90:10, 90:22, 92:24,
93:13, 96:13, 153:24,
167:25, 183:3, 185:2
**participate** [2] -
35:21, 154:22
**particular** [12] -
12:24, 13:25, 14:7,
72:25, 88:24, 98:6,
111:17, 166:6,
175:16, 180:6, 182:4,
187:17
**particularly** [1] -
6:15
**parties** [6] - 154:22,
154:23, 154:24,
156:10, 156:16, 168:2
**parts** [4] - 163:17,
167:15, 184:25,
188:11
**party** [1] - 159:9
**pass** [1] - 95:23
**past** [1] - 12:14
**pausing** [1] - 178:17
**pay** [17] - 32:10,
89:1, 89:12, 90:14,

93:8, 93:25, 94:8,
94:13, 95:12, 101:11,
101:21, 110:13,
110:15, 136:21,
149:2, 172:4, 172:7
**payable** [4] - 25:21,
82:23, 84:10, 101:24
**paying** [5] - 22:15,
89:9, 93:7, 94:3,
127:25
**payment** [13] - 37:5,
39:18, 39:25, 49:6,
58:1, 87:6, 87:9, 88:7,
90:15, 94:1, 94:16,
95:2, 95:8
**payments** [9] - 32:4,
56:4, 84:14, 84:18,
86:21, 87:20, 87:25,
89:5, 183:18
**payroll** [3] - 51:25,
52:1, 80:12
**PCA** [26] - 16:8,
19:24, 31:2, 35:7,
35:22, 39:2, 46:21,
51:14, 54:4, 54:13,
54:14, 75:22, 83:1,
116:20, 119:12,
122:5, 124:9, 127:18,
129:23, 135:10,
140:15, 141:6,
141:16, 142:2, 142:5,
142:12
**PCA/Perfectus** [2] -
116:17, 131:4
**PCR** [1] - 30:24
**Peng** [5] - 111:10,
111:12, 130:1, 130:7,
130:21
**Pengcheng** [79] -
8:17, 12:9, 14:14,
25:4, 25:7, 25:11,
25:13, 25:17, 26:7,
26:10, 26:14, 26:16,
26:18, 26:22, 27:2,
28:23, 29:7, 29:9,
29:19, 30:3, 30:6,
31:4, 33:16, 34:2,
36:10, 38:16, 41:1,
41:22, 41:23, 44:3,
44:21, 45:19, 45:22,
52:14, 53:18, 54:9,
55:9, 55:10, 58:3,
58:15, 59:9, 65:7,
65:9, 66:8, 66:15,
69:15, 70:24, 72:16,
73:8, 73:16, 74:6,
76:11, 77:12, 79:23,
82:13, 89:22, 116:5,
116:7, 116:9, 117:12,
117:18, 117:20,

118:3, 118:12, 120:9,
120:19, 120:25,
121:5, 121:9, 121:14,
121:19, 127:13,
127:25, 128:18,
130:8, 130:11,
130:22, 132:11
**Pengcheng's** [1] -
59:11
**people** [18] - 20:10,
21:13, 21:19, 22:1,
22:9, 27:17, 28:13,
63:3, 80:22, 92:24,
93:12, 122:8, 131:24,
136:18, 136:21,
181:25, 182:2, 182:16
**Peoples** [1] - 175:8
**percent** [5] - 157:16,
157:17, 157:19,
157:24
**percentage** [1] -
157:13
**Perfectus** [77] -
14:20, 17:17, 17:21,
17:24, 18:2, 18:9,
18:22, 21:1, 22:12,
28:17, 30:4, 30:7,
30:24, 31:4, 72:16,
76:11, 77:13, 79:24,
80:1, 81:8, 83:8,
84:18, 84:23, 85:3,
85:16, 87:7, 87:8,
87:10, 87:21, 88:1,
88:16, 88:22, 89:7,
89:10, 89:16, 89:24,
91:24, 92:3, 94:8,
94:17, 94:22, 95:1,
95:16, 98:15, 98:18,
98:24, 99:4, 99:7,
99:9, 99:25, 101:10,
101:11, 104:2,
104:17, 105:8,
108:13, 108:22,
108:24, 109:7,
109:10, 109:18,
110:14, 112:20,
113:23, 114:4, 114:5,
116:16, 116:17,
117:7, 117:12, 118:3,
119:13, 121:15,
127:14, 130:14,
131:8, 138:14
**PERFECTUS** [2] -
1:9, 1:10
**perhaps** [3] - 138:15,
152:5, 154:4
**period** [4] - 104:18,
109:15, 136:14,
136:24
**permanently** [2] -

163:17, 167:16
**permission** [3] -
8:11, 118:23, 119:3
**permitted** [1] -
106:24
**person** [5] - 28:1,
33:4, 91:3, 122:13,
182:15
**person's** [1] - 48:23
**personal** [1] - 134:18
**personally** [5] -
119:23, 121:22,
125:25, 135:14,
180:19
**persons** [1] - 138:16
**petition** [12] - 153:4,
153:10, 153:13,
153:19, 154:2,
161:24, 161:25,
162:3, 162:18, 165:7,
165:25, 182:23
**petitioner** [4] -
155:19, 175:12,
175:14, 175:18
**petitions** [1] - 165:8
**PH** [1] - 1:25
**pharmaceutical** [1] -
136:6
**phonetic** [1] - 28:6
**physical** [2] -
149:11, 167:7
**physically** [1] -
155:13
**picture** [3] - 79:15,
163:19, 167:18
**piece** [1] - 185:5
**pieces** [6] - 8:22,
13:9, 14:2, 87:5,
137:4
**Pimental** [2] -
131:23, 134:2
**pivoted** [1] - 108:7
**place** [5] - 23:8,
95:20, 148:9, 152:4,
188:23
**placed** [1] - 19:15
**places** [1] - 96:23
**PLAINTIFF** [2] - 1:7,
2:6
**plan** [1] - 62:25
**plant** [1] - 131:14
**plastic** [5] - 124:19,
125:2, 125:5, 135:17,
136:12
**pleasant** [1] - 86:6
**plugged** [1] - 134:13
**point** [13] - 21:14,
73:7, 89:5, 90:6,
116:9, 117:7, 117:17,
126:24, 126:25,

127:3, 132:22,
158:11, 172:13
**points** [2] - 89:21,
156:19
**Pok** [2] - 20:8, 21:1
**Poke** [1] - 117:24
**policy** [2] - 106:22,
108:17
**POONAM** [1] - 2:7
**port** [2] - 96:18,
96:22
**portion** [47] - 6:23,
39:15, 47:6, 47:9,
51:4, 51:21, 54:5,
55:3, 56:12, 57:2,
57:11, 57:14, 57:18,
58:9, 58:13, 58:22,
59:6, 60:8, 67:21,
70:25, 82:5, 82:15,
82:21, 83:18, 83:25,
84:7, 84:8, 110:24,
112:6, 162:11,
162:17, 162:21,
163:10, 164:19,
164:22, 165:11,
165:14, 165:19,
166:13, 167:4, 167:9,
170:25, 174:21,
177:18, 177:21,
178:12, 178:18
**portions** [3] - 71:17,
72:23, 175:22
**ports** [1] - 96:16
**position** [2] - 116:20,
144:22
**possible** [8] - 33:3,
94:3, 94:4, 109:3,
149:21, 151:19,
168:3, 189:8
**POTASHNER** [31] -
2:14, 7:12, 7:17,
22:19, 23:2, 34:9,
34:17, 39:9, 55:11,
56:5, 61:19, 62:10,
73:10, 77:18, 78:22,
103:24, 104:1,
106:11, 106:13,
107:11, 107:16,
108:4, 108:6, 110:3,
112:9, 112:15, 113:4,
114:9, 114:15,
123:13, 133:4
**Potashner** [3] -
111:15, 112:5, 113:8
**potential** [1] - 134:5
**potentially** [1] -
175:22
**pounds** [3] - 125:10,
126:11, 126:12
**POWELL** [1] - 107:9

**PowerPoint** [6] -
127:8, 134:7, 139:23,
140:2, 140:3, 142:1
**practice** [1] - 89:12
**PRC** [3] - 175:1,
175:7
**predatory** [4] -
148:17, 151:7, 151:9,
151:13
**preferential** [1] -
150:24
**preliminarily** [1] -
155:1
**preliminary** [26] -
153:20, 153:21,
154:7, 154:17,
154:25, 155:6,
155:16, 156:1,
156:12, 156:17,
158:3, 158:15,
161:21, 162:11,
162:12, 164:5, 164:9,
164:23, 164:25,
165:1, 166:1, 167:21,
167:23, 168:5,
172:12, 177:12
**preparation** [2] -
26:1, 98:15
**prepare** [7] - 6:3,
9:20, 25:22, 25:23,
25:24, 35:16, 89:3
**prepared** [2] - 8:17,
80:12
**preparing** [2] - 15:9,
26:2
**presence** [1] -
130:19
**present** [1] - 153:12
**presentation** [6] -
127:8, 134:5, 134:7,
134:10, 134:14,
134:19
**presented** [3] - 61:2,
94:1, 127:8
**presidential** [1] -
145:25
**PRESIDING** [1] - 1:4
**pretrial** [4] - 169:10,
170:4, 173:19, 174:7
**pretty** [1] - 135:13
**previous** [3] - 67:20,
91:25, 177:21
**previously** [5] -
28:21, 77:11, 79:13,
79:16, 110:20
**price** [13] - 18:9,
18:14, 147:10,
147:12, 147:13,
147:16, 147:19,
147:23, 148:18,

150:4, 150:10,
150:14, 151:4
**priced** [1] - 152:11
**prices** [2] - 18:11,
18:17
**pricing** [10] - 123:5,
124:20, 125:5,
126:24, 144:24,
146:24, 148:17,
151:7, 151:9, 151:13
**Printing** [1] - 153:25
**priority** [2] - 108:13,
108:22
**problem** [4] - 103:1,
106:12, 155:14, 189:3
**problems** [2] -
100:17, 123:3
**proceeding** [2] -
154:20, 154:21
**PROCEEDINGS** [3] -
1:17, 189:24, 190:12
**process** [9] - 34:15,
35:6, 35:10, 35:21,
150:6, 152:3, 156:8,
156:9, 165:25
**produce** [2] - 150:1,
155:10
**produced** [1] - 171:8
**producer** [6] - 172:1,
173:15, 175:4, 177:4,
179:6, 182:12
**producers** [4] -
154:19, 159:10,
182:17, 182:23
**producing** [2] -
147:14, 147:20
**product** [61] - 30:9,
30:20, 32:11, 47:16,
77:3, 77:4, 90:18,
109:4, 121:1, 121:3,
122:20, 147:12,
147:14, 147:15,
147:19, 147:23,
148:2, 149:9, 149:10,
149:11, 149:12,
149:14, 149:19,
150:2, 152:22, 153:3,
155:4, 155:15, 157:3,
157:17, 157:18,
157:25, 158:2,
158:21, 158:23,
158:24, 159:11,
159:17, 159:18,
159:22, 163:1,
163:10, 167:7, 168:3,
168:4, 169:17,
175:17, 177:7,
177:25, 181:17,
182:1, 182:3, 182:10,
182:12, 182:16,

183:6, 184:12, 185:2,
187:5, 187:6, 188:12
**Production** [2] -
104:8, 141:1
**PRODUCTION** [1] -
1:12
**production** [1] -
147:17
**products** [31] - 30:6,
58:16, 84:3, 89:10,
96:21, 109:5, 113:22,
114:4, 123:4, 132:12,
135:18, 138:13,
138:23, 141:8,
141:12, 142:13,
146:25, 149:13,
149:16, 151:23,
152:1, 159:14, 172:4,
180:6, 180:25,
181:21, 182:22,
183:13, 187:7,
187:12, 187:13
**professional** [8] -
105:17, 105:19,
105:22, 106:6, 106:8,
106:15, 106:16,
145:15
**profiles** [5] - 16:2,
171:23, 173:13,
177:1, 179:4
**program** [3] - 145:3,
145:7, 145:11
**promoted** [9] -
26:24, 27:2, 27:11,
49:20, 105:2, 105:3,
116:23, 116:25, 117:2
**promotion** [1] -
145:19
**properly** [1] - 105:13
**proposals** [1] -
118:21
**Protection** [3] -
148:10, 149:3, 158:18
**provide** [9] - 28:6,
31:22, 35:20, 131:15,
145:16, 147:25,
154:23, 162:25,
182:23
**provided** [7] - 9:19,
32:23, 134:12,
153:16, 155:8,
156:23, 167:7
**providing** [3] -
85:18, 147:2, 150:8
**public** [7] - 93:22,
153:9, 153:13,
153:20, 156:22,
159:24, 159:25
**publicly** [5] - 16:21,
90:22, 91:17, 91:20,

92:6
**publish** [5] - 8:11, 37:20, 153:23, 154:10, 156:20
**published** [3] - 8:13, 56:22, 68:10
**publishes** [1] - 155:25
**publishing** [1] - 70:5
**pull** [6] - 38:20, 41:8, 97:6, 98:12, 110:20, 133:13
**pulling** [2] - 44:25, 112:4
**purchase** [27] - 5:16, 6:3, 8:1, 8:16, 8:21, 9:20, 11:1, 11:16, 11:21, 11:24, 13:12, 13:21, 13:25, 14:8, 14:11, 15:6, 15:23, 17:2, 17:11, 17:16, 17:22, 18:6, 19:6, 19:15, 20:13, 94:22, 99:9
**purchased** [7] - 87:10, 88:16, 88:22, 89:10, 94:17, 113:23, 114:5
**purchases** [2] - 87:21, 89:7
**purchasing** [2] - 17:20, 113:19
**purpose** [7] - 21:9, 53:25, 76:25, 132:8, 139:20, 146:22, 146:23
**purposes** [6] - 50:10, 52:5, 65:3, 68:1, 69:11, 74:3
**PURSUANT** [1] - 190:9
**pursuant** [5] - 169:9, 170:4, 172:8, 173:19, 174:7
**put** [7] - 54:5, 100:3, 108:9, 119:8, 140:2, 152:4, 185:12
**putting** [1] - 109:15

## Q

**qualities** [2] - 139:1, 140:3
**quantities** [3] - 10:18, 13:8, 142:18
**questions** [16] - 14:17, 22:19, 61:13, 72:8, 72:25, 84:20, 98:15, 102:23, 110:5,

111:15, 113:13, 127:12, 138:12, 140:6, 142:20, 179:11
**quicker** [1] - 44:1
**quickly** [3] - 63:7, 133:21, 177:15

## R

**raise** [4] - 23:11, 23:24, 115:1, 143:11
**raised** [1] - 123:11
**ran** [1] - 148:23
**rarely** [1] - 33:8
**rate** [4] - 21:7, 151:4, 157:10, 157:23
**rather** [3] - 21:11, 88:20, 161:20
**read** [30] - 6:23, 10:8, 10:18, 39:17, 47:5, 51:21, 55:2, 57:2, 57:14, 57:19, 58:12, 59:5, 60:8, 60:16, 60:18, 60:21, 61:3, 61:4, 61:6, 61:25, 71:17, 71:21, 71:23, 72:3, 72:4, 110:24, 129:17, 174:21, 188:20
**reading** [17] - 60:12, 61:11, 61:24, 62:9, 62:22, 63:25, 64:11, 65:18, 65:22, 66:1, 66:7, 66:16, 67:11, 69:4, 69:7, 69:24, 70:9
**reads** [1] - 163:15
**real** [1] - 19:24
**really** [6] - 20:5, 77:6, 131:13, 135:9, 137:12, 137:14
**reason** [3] - 77:2, 127:22, 130:18
**reasons** [3] - 100:19, 100:20, 184:5
**rebuttal** [1] - 156:13
**receivable** [4] - 25:21, 82:17, 82:18, 83:22
**receive** [8] - 26:11, 35:12, 35:16, 36:23, 54:8, 145:12, 145:19, 152:9
**received** [100] - 6:11, 6:12, 8:12, 8:14, 10:3, 10:4, 11:13, 11:14, 12:19, 12:20, 13:17, 13:18, 25:1, 32:6, 37:18, 37:19, 39:12,

39:13, 40:14, 40:15, 41:17, 41:18, 43:23, 43:24, 45:9, 45:10, 46:25, 47:1, 47:13, 49:14, 49:15, 50:25, 51:1, 52:20, 52:21, 54:24, 54:25, 55:7, 55:22, 55:23, 56:19, 56:20, 57:7, 57:8, 57:21, 58:15, 59:24, 59:25, 62:18, 62:19, 63:22, 63:23, 65:14, 65:15, 66:21, 66:22, 67:8, 67:9, 68:7, 68:8, 68:25, 69:1, 69:20, 70:1, 71:3, 71:5, 71:6, 71:7, 74:9, 74:10, 75:7, 75:8, 80:11, 81:13, 81:14, 83:15, 83:16, 84:13, 84:17, 100:7, 100:8, 100:9, 124:14, 124:15, 129:13, 129:14, 156:7, 162:3, 162:7, 162:8, 164:16, 164:17, 166:18, 166:19, 168:20, 168:21, 170:7, 170:8, 174:10, 174:11
**receiver** [1] - 60:11, 60:15
**receiving** [12] - 24:23, 32:8, 32:13, 34:17, 34:13, 38:15, 45:21, 57:22, 58:16, 69:16, 149:25, 152:23
**recess** [3] - 52:23, 137:8, 138:2
**recipient** [10] - 36:11, 42:1, 44:4, 45:16, 63:4, 67:15, 68:13, 69:8, 70:2, 75:18
**recipients** [1] - 66:13
**recognize** [16] - 5:23, 5:25, 7:23, 9:14, 12:5, 38:22, 40:6, 41:23, 65:5, 68:20, 75:2, 124:3, 128:23, 133:16, 133:18, 133:23
**recommendation** [2] - 171:22, 176:22
**recommended** [2] - 176:25, 179:3
**reconciliation** [1] - 42:12
**reconciliations** [1] - 105:12
**record** [20] - 5:5,

7:14, 23:16, 24:7, 37:25, 42:3, 45:11, 45:24, 47:2, 50:5, 53:6, 58:8, 61:21, 86:9, 115:9, 138:5, 143:19, 170:16, 174:25, 178:5
**records** [2] - 105:9, 156:5
**Recross** [1] - 113:14
**RECROSS** [2] - 3:3, 113:16
**recross** [1] - 114:8
**RECROSS-EXAMINATION** [1] - 113:16
**recyclable** [1] - 139:14
**recycled** [1] - 139:21
**red** [1] - 42:20
**redirect** [4] - 22:21, 110:7, 113:14, 142:22
**REDIRECT** [2] - 3:3, 110:9
**refer** [3] - 54:9, 153:1, 164:22
**reference** [2] - 176:9, 178:19
**referred** [2] - 94:20, 152:19
**referring** [2] - 73:13, 118:7
**refers** [2] - 97:12, 164:25
**reflect** [5] - 5:5, 37:11, 53:6, 86:9, 112:19
**reflected** [2] - 42:15, 82:19
**reflection** [1] - 46:3
**reflects** [1] - 138:5
**regarding** [38] - 31:22, 32:1, 38:10, 38:25, 39:24, 40:10, 42:5, 46:13, 47:19, 51:5, 61:18, 62:8, 62:24, 111:16, 112:6, 146:21, 148:25, 149:5, 151:8, 153:10, 153:13, 153:20, 160:4, 160:15, 162:22, 164:5, 165:2, 165:6, 165:20, 166:5, 166:12, 168:14, 172:20, 175:16, 176:15, 176:23, 177:7, 178:25
**regardless** [8] - 14:10, 122:17, 171:25, 173:15,

175:3, 177:4, 179:6
**regional** [1] - 116:22
**Register** [7] - 153:24, 154:1, 156:21, 161:17, 164:8, 166:14, 168:13
**regular** [4] - 9:20, 33:6, 38:10, 45:5
**regularly** [2] - 33:5, 33:25
**regulations** [3] - 160:18, 172:8, 183:20
**REGULATIONS** [1] - 190:14
**related** [9] - 38:24, 39:1, 72:12, 90:7, 94:16, 94:22, 151:9, 159:18, 177:18
**relates** [1] - 151:15
**relationship** [3] - 110:19, 118:3, 128:17
**relevance** [1] - 72:1
**relevancy** [1] - 73:10
**relevant** [1] - 154:12
**remaining** [6] - 163:24, 172:16, 173:4, 177:15, 178:6, 178:22
**remember** [20] - 5:17, 20:12, 20:17, 52:24, 75:16, 76:25, 86:2, 94:9, 125:22, 127:17, 128:4, 130:16, 131:6, 131:7, 131:9, 134:6, 134:9, 137:23, 184:21, 189:14
**reminder** [5] - 11:19, 37:5, 38:12, 38:18, 88:8
**remittance** [2] - 58:18, 59:8
**remitted** [4] - 57:21, 57:22, 58:16, 59:9
**removed** [1] - 100:15
**renew** [1] - 56:6
**rent** [2] - 51:23, 52:1
**rep** [2] - 118:14, 131:24
**repay** [1] - 103:18
**repeat** [2] - 76:12, 126:1
**rephrase** [1] - 141:15
**rephrasing** [1] - 112:19
**report** [11] - 26:13, 28:10, 81:16, 82:19, 83:11, 83:21, 84:11, 111:5, 111:9, 156:10, 156:12

**REPORTED** [1] - 190:12

**reported** [3] - 73:7, 111:7, 111:12

**REPORTER** [4] - 1:24, 190:1, 190:7, 190:21

**REPORTER'S** [1] - 1:17

**reports** [2] - 26:2, 81:8

**represent** [3] - 81:19, 82:7, 85:3

**represented** [2] - 82:9, 89:15

**represents** [1] - 81:20

**Republish** [1] - 175:9

**request** [19] - 32:16, 51:23, 51:25, 52:1, 55:8, 55:10, 159:20, 170:17, 171:13, 174:24, 175:13, 175:14, 175:19, 176:1, 176:5, 181:17, 182:10, 182:12, 182:19

**Request** [1] - 178:15

**requested** [3] - 51:5, 51:9, 55:6

**requesting** [2] - 49:6, 88:7

**requests** [2] - 118:23, 119:1

**required** [1] - 172:7

**research** [5] - 123:9, 125:4, 127:5, 127:6, 127:7

**respect** [1] - 175:19

**respectful** [1] - 118:20

**respective** [4] - 5:6, 53:7, 86:10, 138:6

**response** [7] - 123:12, 133:3, 133:7, 133:10, 141:11, 141:16, 154:8

**responsibile** [1] - 19:3

**responsibilities** [3] - 25:15, 25:18, 145:6

**responsibility** [1] - 159:7

**responsible** [1] - 18:20

**rest** [2] - 72:22, 118:14

**Restate** [1] - 99:21

**restate** [2] - 73:12,

78:24

**restricted** [1] - 85:17

**retire** [3] - 86:5, 138:1, 189:17

**retired** [1] - 53:3

**retroactive** [1] - 172:12

**return** [1] - 58:1

**returning** [1] - 48:20

**returns** [1] - 25:23

**revenue** [4] - 119:23, 120:9, 125:14, 126:2

**review** [8] - 25:22, 53:24, 62:7, 98:7, 165:12, 172:25, 177:24, 182:18

**reviewed** [10] - 75:1, 133:22, 161:8, 161:13, 164:4, 166:9, 169:21, 169:22, 169:24, 174:1

**reviewing** [2] - 59:14, 182:22

**reviews** [1] - 180:13

**revise** [1] - 168:4

**revised** [1] - 46:14

**RGK** [1] - 1:8

**Rick** [2] - 129:7, 129:8

**right-hand** [2] - 83:25, 172:23

**Riley** [1] - 131:25

**rise** [1] - 138:3

**Riverside** [2] - 80:14, 80:18

**ROBERT** [1] - 2:17

**Robles** [16] - 5:13, 5:23, 7:23, 9:14, 9:22, 10:7, 11:2, 11:17, 12:2, 12:5, 13:3, 13:10, 13:12, 13:20, 14:7, 15:3

**ROBLES** [1] - 3:4

**ROGER** [1] - 2:8

**role** [13] - 17:16, 17:19, 17:20, 18:5, 31:25, 79:10, 80:9, 130:7, 130:10, 145:8, 145:12, 146:20, 180:23

**roles** [3] - 25:14, 25:18, 145:6

**room** [4] - 53:3, 86:5, 138:1, 189:17

**ROOM** [1] - 1:24

**rot** [1] - 139:9

**ruling** [42] - 71:20, 159:21, 160:4, 160:14, 160:16, 161:2, 169:10,

169:15, 170:2, 170:5, 170:11, 170:17, 170:22, 171:4, 171:5, 171:19, 172:20, 173:19, 173:23, 174:5, 174:8, 174:17, 174:24, 176:10, 177:19, 178:20, 180:25, 181:3, 181:6, 181:13, 181:18, 182:10, 182:18, 182:19, 183:2, 183:3, 183:14, 183:16, 184:10, 184:11, 184:23

**rulings** [9] - 159:23, 159:25, 169:22, 180:23, 181:21, 181:24, 183:22, 185:1, 185:10

**run** [2] - 158:5, 158:7

**running** [1] - 151:13

**Ruyak** [5] - 110:11, 110:18, 110:22, 111:2, 112:5

**RUYAK** [62] - 2:17, 2:17, 15:2, 19:10, 19:13, 20:7, 22:17, 37:17, 51:17, 60:10, 60:15, 60:20, 60:25, 84:24, 85:1, 86:14, 86:16, 93:5, 93:19, 96:8, 98:12, 98:13, 99:22, 100:3, 100:6, 100:13, 101:20, 101:23, 102:12, 102:21, 102:25, 103:4, 103:21, 113:15, 113:17, 114:7, 125:17, 134:25, 138:9, 138:11, 139:24, 140:1, 140:5, 142:20, 143:2, 160:9, 160:24, 179:14, 179:17, 179:20, 183:24, 184:3, 184:19, 186:1, 186:10, 186:18, 186:19, 186:24, 187:2, 187:3, 188:21, 189:1

---

**S**

---

**sake** [2] - 70:12, 83:4

**salaries** [2] - 22:15, 94:21

**salary** [1] - 21:6

**sale** [2] - 17:17, 17:21

**sales** [29] - 14:14, 27:5, 27:7, 27:16, 27:19, 30:14, 30:17, 30:18, 100:11, 100:17, 100:23, 106:20, 107:21, 108:16, 108:24, 116:22, 117:4, 118:14, 119:14, 119:19, 119:22, 120:7, 125:15, 125:24, 129:24, 131:24, 135:10

**Sales** [1] - 99:6

**salesmen** [1] - 22:3

**sat** [1] - 118:15

**saw** [10] - 11:9, 78:14, 79:3, 81:2, 95:18, 108:16, 111:25, 142:4, 165:23, 176:9

**scenario** [1] - 148:20

**schedule** [2] - 34:3, 56:4

**science** [1] - 24:22

**Scope** [3] - 167:5, 167:6, 178:14

**scope** [71] - 113:5, 155:4, 156:25, 159:12, 159:21, 159:23, 159:25, 160:4, 160:6, 160:14, 160:16, 161:2, 162:23, 162:25, 163:13, 163:15, 165:13, 167:3, 167:10, 168:24, 169:7, 169:15, 169:22, 170:2, 170:11, 170:17, 170:22, 171:3, 171:4, 171:5, 171:13, 171:19, 171:20, 172:1, 172:10, 172:11, 172:20, 173:2, 173:11, 173:16, 173:23, 174:4, 174:17, 174:24, 175:4, 176:1, 176:10, 176:16, 176:18, 176:20, 177:5, 177:19, 178:20, 179:1, 179:7, 180:13, 180:23, 181:13, 181:21, 181:24, 182:10, 182:18, 182:19, 183:2, 183:4, 184:13, 184:24, 185:5, 186:3, 187:5

**screen** [5] - 9:15, 42:19, 83:25, 188:21

**scroll** [2] - 97:9, 163:24, 184:3

**Scuderia** [6] - 104:11, 132:1, 132:2, 132:4, 132:5, 140:17

**SCUDERIA** [1] - 1:11

**seated** [3] - 24:5, 115:7, 143:17

**seats** [4] - 5:7, 53:8, 86:11, 138:6

**second** [14] - 8:3, 8:25, 10:20, 30:10, 67:23, 82:5, 89:18, 91:3, 100:12, 128:22, 129:16, 170:24, 187:24, 187:25

**seconds** [1] - 188:23

**Secretary** [1] - 105:5

**secretary** [2] - 27:24, 141:22

**SECTION** [1] - 190:10

**section** [3] - 162:2, 163:12, 188:17

**security** [1] - 79:3

**Security** [1] - 51:25

**see** [65] - 6:7, 6:15, 31:12, 32:1, 32:4, 45:2, 46:10, 46:16, 51:6, 53:4, 57:4, 63:1, 69:2, 71:8, 74:12, 77:16, 78:12, 79:1, 80:16, 80:18, 80:25, 86:6, 87:1, 87:3, 87:11, 87:24, 88:2, 88:5, 88:10, 88:18, 90:2, 92:15, 92:16, 92:17, 92:21, 94:14, 101:24, 102:1, 102:2, 102:8, 102:9, 102:11, 102:16, 108:17, 125:8, 131:13, 131:23, 132:10, 136:25, 146:24, 151:12, 153:25, 156:10, 162:10, 163:6, 163:23, 171:21, 172:22, 179:16, 179:17, 180:24, 181:17, 189:17, 189:22

**seeing** [1] - 103:10

**seeking** [2] - 100:2, 169:17

**seem** [1] - 130:21

**selected** [2] - 145:14, 145:21

**sell** [26] - 20:9, 21:2,

21:15, 21:24, 99:13, 99:17, 103:17, 108:7, 108:13, 109:2, 121:6, 121:22, 123:4, 123:8, 124:25, 125:11, 126:5, 126:7, 126:13, 126:23, 127:1, 127:2, 142:14, 142:16, 147:11, 147:12

**selling** [12] - 22:4, 99:24, 109:8, 110:1, 120:5, 120:16, 120:20, 132:12, 138:13, 138:21, 138:23, 141:9

**send** [13] - 32:12, 32:14, 32:24, 33:9, 34:6, 34:24, 38:11, 40:21, 40:22, 44:12, 45:21, 75:15, 90:15

**sender** [16] - 41:21, 44:2, 49:4, 59:15, 60:11, 60:15, 61:14, 63:4, 65:19, 65:23, 66:1, 67:13, 68:11, 69:25, 75:12, 76:2

**sender..** [1] - 60:14

**sending** [25] - 17:2, 17:12, 35:7, 35:11, 36:9, 39:2, 45:18, 56:12, 56:25, 58:24, 59:17, 60:4, 61:16, 65:6, 65:17, 66:6, 66:14, 66:17, 69:4, 69:13, 70:23, 74:5, 145:1, 147:3, 152:17

**Senior** [7] - 145:23, 151:6, 161:7, 161:14, 164:21, 170:12, 176:24

**senior** [4] - 118:11, 144:9, 145:22, 146:20

**sense** [2] - 60:22, 61:4

**sent** [17] - 14:11, 17:11, 30:19, 32:10, 33:3, 37:12, 38:13, 38:18, 43:10, 52:12, 54:7, 56:14, 56:15, 57:12, 58:20, 64:3, 129:21

**sentence** [3] - 129:16, 129:18, 176:3

**separate** [5] - 16:18, 29:11, 158:3, 158:4, 172:21

**separately** [1] - 158:5

**September** [5] - 55:5, 56:24, 57:20,

161:23, 162:14

**sequential** [1] - 178:22

**sequentially** [2] - 73:19, 176:7

**series** [29] - 94:6, 136:5, 165:17, 169:2, 171:6, 171:20, 171:24, 172:21, 173:1, 173:13, 174:16, 174:17, 174:20, 175:2, 176:10, 176:16, 176:23, 177:2, 178:2, 178:19, 179:1, 179:4, 180:13, 180:14, 180:16, 180:18, 180:20, 184:22

**service** [4] - 17:23, 128:9, 128:10, 129:8

**serving** [1] - 17:23

**SESSION** [2] - 1:18, 5:2

**set** [4] - 12:2, 34:3, 93:24, 137:17

**setting** [1] - 146:2

**seven** [5] - 29:7, 81:20, 81:22, 81:23, 82:13

**several** [4] - 45:21, 85:10, 122:10, 126:11

**severance** [1] - 80:12

**shall** [3] - 24:1, 115:3, 143:13

**shao** [2] - 100:15, 118:22

**Shao** [58] - 6:3, 6:22, 7:9, 10:13, 12:11, 17:15, 26:15, 27:22, 27:25, 31:18, 31:21, 32:7, 33:15, 35:1, 36:8, 37:3, 44:13, 49:4, 49:25, 50:13, 52:15, 54:14, 56:14, 57:1, 57:13, 58:11, 58:25, 59:16, 60:5, 61:15, 64:2, 64:15, 65:20, 65:24, 66:8, 67:14, 68:12, 69:6, 70:1, 70:24, 73:8, 73:17, 100:20, 111:6, 111:7, 117:17, 117:21, 117:23, 118:13, 118:18, 118:22, 118:25, 123:12, 124:18, 124:23, 125:6, 134:17

**Shao's** [6] - 9:17, 34:24, 35:19, 36:15,

37:22, 40:17

**shape** [2] - 126:13, 126:14

**shapes** [1] - 30:16

**Shapes** [9] - 98:1, 98:4, 98:9, 128:15, 128:17, 129:8, 129:20, 129:21, 130:14

**Shapes'** [1] - 129:23

**share** [1] - 148:19

**shareholders** [1] - 16:22

**sheet** [9] - 35:17, 38:2, 44:8, 44:15, 44:16, 89:3, 101:3, 101:6, 102:3

**Shen** [1] - 132:7

**SHERI** [3] - 1:23, 190:7, 190:20

**shipment** [1] - 88:24

**shipments** [1] - 19:4

**shipped** [8] - 7:1, 7:4, 7:7, 10:15, 13:6, 30:20, 87:10, 88:1

**shipping** [3] - 57:24, 96:15, 96:18

**shorten** [1] - 184:20

**shorthand** [1] - 83:4

**shortly** [1] - 78:2

**show** [39] - 35:4, 37:21, 37:25, 38:9, 39:21, 40:4, 41:10, 42:4, 44:6, 46:9, 51:8, 52:4, 56:10, 59:12, 63:14, 64:11, 65:2, 68:18, 69:10, 70:8, 70:21, 72:21, 74:2, 74:22, 81:5, 83:6, 101:5, 123:22, 128:20, 161:4, 162:18, 165:5, 165:19, 166:2, 168:9, 169:11, 172:16, 185:1, 186:9

**showed** [5] - 27:25, 105:11, 112:5, 112:6, 135:17

**showing** [23] - 43:1, 44:8, 45:24, 47:2, 47:9, 50:5, 51:3, 59:20, 67:5, 67:17, 68:15, 70:11, 70:13, 71:14, 72:20, 74:15, 74:17, 75:25, 88:20, 168:7, 171:15, 173:19

**shown** [10] - 41:7, 73:20, 86:20, 94:7, 94:10, 97:6, 111:17, 163:25, 173:8, 178:20

shows [4] - 44:18, 84:2, 87:6, 87:9

**shy** [1] - 141:20

**sic** [1] - 30:24

**side** [1] - 24:12

**sides** [1] - 100:5

**sign** [2] - 89:4, 118:25

**signatory** [1] - 71:11

**signature** [8] - 34:24, 35:1, 35:19, 36:7, 36:15, 37:23, 44:13, 76:3

**signed** [1] - 40:10

**similar** [11] - 12:14, 61:12, 68:20, 70:22, 71:16, 149:13, 165:6, 172:20, 173:10, 175:13, 176:22

**similarly** [4] - 165:19, 167:2, 169:6, 178:18

**simple** [1] - 148:2

**single** [3] - 110:13, 110:17, 121:22

**sister** [2] - 128:19, 129:23

**sites** [1] - 156:3

**sitting** [1] - 182:8

**situation** [1] - 58:3

**six** [11] - 44:25, 133:20, 133:22, 165:16, 169:2, 174:20, 175:2, 176:23, 177:2, 178:2, 179:1

**six-page** [1] - 44:25

**size** [1] - 123:1

**sizes** [1] - 155:12

**slash** [2] - 118:3, 129:23

**slightly** [1] - 167:23

**small** [1] - 57:5

**smaller** [1] - 136:5

**solar** [2] - 163:20, 167:19

**sold** [12] - 30:21, 31:5, 84:2, 84:3, 88:1, 99:17, 99:20, 100:12, 108:17, 110:13, 110:17, 137:1

**solely** [1] - 159:7

**solemnly** [3] - 23:25, 115:2, 143:12

**someone** [15] - 17:2, 18:17, 18:19, 42:12, 46:13, 54:13, 54:15, 54:17, 95:4, 105:6, 129:25, 132:14, 144:22, 155:19,

180:24

**sometime** [1] - 20:14

**sometimes** [6] - 33:23, 34:3, 34:4, 40:21, 40:22, 128:1

**son** [3] - 28:3, 28:10, 130:4

**soon** [2] - 34:14, 34:20

**sorry** [23] - 14:21, 57:16, 60:13, 84:15, 98:25, 99:2, 100:25, 101:1, 101:19, 106:10, 108:4, 108:11, 113:14, 115:19, 124:2, 126:1, 126:17, 132:3, 133:6, 133:9, 141:14, 142:8, 186:3

**sort** [1] - 122:8

**sound** [1] - 139:13

**Source** [2] - 29:15, 51:12

**SOUTH** [1] - 2:15

**speaking** [1] - 94:15

**speaks** [2] - 60:18, 60:21

**special** [1] - 102:17

**specific** [12] - 30:15, 35:14, 71:17, 77:6, 89:6, 109:4, 111:2, 146:8, 146:12, 163:1, 163:15, 177:7

**specifically** [2] - 77:4, 164:9

**specifications** [3] - 18:21, 18:25

**speculation** [6] - 34:10, 34:18, 93:2, 96:5, 107:10, 108:1

**speed** [1] - 184:22

**spell** [3] - 24:6, 115:8, 143:18

**spelling** [2] - 28:6, 28:7

**spent** [1] - 97:12

**SPRING** [2] - 1:24, 2:10

**spring** [4] - 149:23, 155:8, 155:22, 157:6

**springs** [2] - 155:10, 163:9

**SS** [1] - 190:4

**staff** [5] - 27:5, 33:1, 93:11, 100:23, 145:17

**stage** [1] - 146:2

**stand** [9] - 5:8, 24:14, 28:4, 53:9, 82:16, 86:12, 138:7, 144:12, 175:7

**standard** [3] - 126:6, 126:13, 126:14
**standing** [1] - 62:12
**stands** [2] - 144:13
**start** [21] - 25:10, 36:2, 86:7, 101:7, 116:4, 116:9, 116:13, 119:18, 120:25, 132:12, 137:13, 137:14, 137:15, 137:16, 137:18, 145:14, 158:19, 188:24, 189:10, 189:12
**started** [15] - 32:21, 92:2, 92:5, 102:24, 104:2, 107:4, 120:1, 125:23, 141:12, 141:17, 144:21, 172:14, 177:13, 177:14
**starting** [6] - 26:16, 30:23, 104:20, 117:11, 158:14, 177:8
**State** [1] - 105:5
**STATE** [1] - 190:5
**state** [7] - 23:15, 24:6, 27:24, 115:8, 143:18, 176:15, 185:4
**statement** [1] - 43:1
**statements** [9] - 25:22, 25:25, 32:21, 91:20, 91:23, 91:25, 95:18, 156:6
**States** [21] - 58:2, 76:19, 96:22, 99:14, 145:1, 146:25, 147:3, 147:11, 147:14, 147:17, 147:19, 148:4, 148:8, 148:18, 148:22, 149:4, 150:10, 152:10, 152:17, 159:11, 188:13
**STATES** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 190:8, 190:10, 190:15
**stating** [3] - 54:8, 160:25, 161:2
**status** [1] - 39:18
**statute** [2] - 183:8, 183:20
**statutes** [1] - 160:18
**stay** [1] - 131:13
**stayed** [1] - 117:20
**steel** [3] - 136:1, 136:3, 139:4
**STENOGRAPHICALLY** [1] - 190:12

**step** [6] - 22:23, 114:12, 142:24, 152:8, 154:5, 154:6
**steps** [2] - 156:1, 156:2
**Steve** [4] - 39:25, 88:5, 92:16, 92:17
**STEVEN** [1] - 2:13
**Steven** [4] - 39:4, 91:3, 91:10, 110:23
**still** [17] - 20:20, 22:4, 22:7, 27:24, 34:6, 49:8, 65:10, 72:5, 80:1, 83:8, 100:10, 106:16, 107:20, 124:25, 135:21, 142:12, 189:6
**stock** [1] - 126:6
**stood** [1] - 24:12
**stop** [8] - 71:19, 71:23, 72:22, 73:1, 85:25, 175:21, 175:22, 188:24
**stopped** [2] - 106:8, 136:18
**stopping** [1] - 178:23
**stored** [4] - 78:17, 102:7, 112:8, 142:5
**STREET** [5] - 1:12, 1:24, 2:10, 2:15, 2:18
**Street** [2] - 104:14, 140:24
**stricken** [1] - 112:17
**strike** [2] - 112:15, 160:24
**strong** [1] - 139:3
**structure** [2] - 91:14, 93:21
**style** [1] - 7:6
**Subject** [1] - 178:14
**subject** [31] - 13:21, 37:4, 53:25, 107:8, 107:18, 124:17, 155:2, 155:11, 157:1, 157:3, 158:25, 159:5, 159:6, 159:14, 159:19, 159:22, 160:7, 160:17, 163:1, 163:3, 171:9, 171:13, 176:1, 176:4, 177:10, 182:13, 183:18, 185:2, 185:7, 187:13
**submit** [1] - 45:7
**submitted** [5] - 19:1, 20:14, 53:2, 86:5, 138:1
**submitting** [5] - 15:9, 17:22, 18:6, 18:20, 19:7
**subsidiary** [1] -

111:1
**subsidies** [10] - 149:25, 150:7, 150:9, 150:12, 150:14, 150:17, 150:19, 150:21, 152:23, 157:22
**subsidization** [4] - 144:25, 147:1, 154:9, 158:17
**subsidized** [1] - 153:3
**subsidizing** [1] - 152:13
**subsidy** [2] - 157:10, 157:23
**substantial** [1] - 104:17
**successful** [3] - 44:9, 138:16, 141:9
**suddenly** [1] - 100:18
**suggest** [1] - 132:25
**suggested** [1] - 92:19
**suggestion** [1] - 132:23
**SUITE** [2] - 2:15, 2:18
**summary** [1] - 7:10
**Sunny** [1] - 23:18
**supervise** [2] - 145:8, 145:9
**supervisor** [1] - 145:4
**supervisory** [2] - 145:18
**supplier** [1] - 19:20
**suppliers** [1] - 113:23
**supply** [2] - 77:3, 77:4
**suspending** [1] - 177:13
**sustained** [9] - 34:11, 51:19, 62:14, 112:11, 112:13, 113:6, 133:11, 160:11
**swear** [3] - 23:25, 115:2, 143:12
**switch** [1] - 66:10
**SWORN** [1] - 23:13
**sworn** [2] - 114:25, 143:10
**systems** [2] - 156:6, 158:19

**T**

**table** [1] - 118:15
**TAKEN** [1] - 53:5, 86:8, 138:4
**talks** [2] - 13:5, 21:21
**tanks** [1] - 133:1
**targeted** [3] - 164:21, 164:23, 165:2
**tasked** [1] - 60:21
**tax** [2] - 25:23, 26:1
**Taylor** [1] - 129:7
**team** [2] - 158:6, 158:7
**teams** [1] - 158:8
**television** [2] - 148:22, 148:23
**ten** [6] - 113:1, 157:15, 157:16, 157:19, 157:24
**terms** [2] - 63:4, 109:9
**testified** [7] - 73:6, 73:11, 111:25, 112:25, 140:14, 141:4, 142:4
**testimony** [7] - 23:25, 99:20, 100:14, 100:22, 115:2, 143:12, 174:2
**text** [13] - 57:23, 61:11, 62:9, 62:22, 63:25, 64:12, 65:18, 65:22, 66:1, 66:7, 67:11, 69:24, 70:9
**thankfully** [1] - 75:10
**THAT** [2] - 190:9, 190:13
**THE** [211] - 5:5, 5:21, 6:11, 7:14, 7:20, 8:9, 8:12, 9:12, 10:3, 10:24, 11:13, 12:19, 13:17, 14:19, 14:21, 14:24, 14:25, 19:12, 20:3, 20:5, 22:18, 22:21, 22:23, 23:1, 23:3, 23:8, 23:14, 23:15, 23:17, 23:19, 23:22, 23:23, 24:4, 24:5, 24:8, 24:10, 28:5, 34:11, 34:19, 34:20, 36:1, 37:18, 39:11, 40:14, 41:17, 42:18, 42:23, 43:9, 43:10, 43:12, 43:23, 45:9, 46:25, 49:14, 50:23, 50:25, 51:19, 52:20, 52:22, 53:6, 54:24, 55:13, 55:14,

55:18, 55:22, 56:8, 56:19, 57:3, 57:7, 57:15, 59:24, 60:13, 60:17, 60:23, 61:1, 61:22, 62:14, 62:18, 63:22, 65:14, 66:21, 67:8, 68:7, 68:25, 69:20, 71:2, 71:6, 71:19, 72:1, 72:9, 72:24, 73:12, 73:22, 73:25, 74:9, 74:21, 74:24, 75:7, 76:7, 76:12, 76:17, 77:20, 78:24, 79:3, 79:5, 81:13, 83:15, 84:15, 84:22, 85:23, 86:9, 93:3, 93:4, 93:17, 93:18, 96:6, 96:7, 99:21, 100:1, 100:5, 100:7, 100:10, 101:19, 101:22, 102:13, 102:15, 102:24, 103:2, 103:22, 106:10, 107:13, 107:14, 108:2, 108:3, 108:5, 110:6, 112:11, 112:12, 112:13, 112:17, 113:6, 113:14, 114:8, 114:12, 114:16, 114:18, 114:20, 114:24, 115:6, 115:7, 115:10, 115:12, 123:14, 123:15, 123:25, 124:14, 125:9, 129:13, 131:17, 131:19, 133:5, 133:6, 133:9, 133:11, 134:23, 137:6, 138:3, 138:5, 140:7, 142:22, 142:24, 143:4, 143:9, 143:16, 143:17, 143:20, 143:23, 160:11, 161:1, 161:9, 161:11, 162:7, 164:16, 166:18, 168:20, 170:7, 174:10, 178:8, 179:13, 179:15, 184:6, 184:12, 184:15, 186:7, 186:11, 186:15, 186:22, 187:1, 188:22, 189:3, 189:21, 189:22, 190:8, 190:10, 190:11, 190:12, 190:13, 190:14, 190:15

**themselves** [2] - 61:6, 71:23
**thereafter** [1] - 34:14
**thick** [2] - 6:25, 7:3
**thin** [1] - 7:6
**third** [6] - 8:5, 9:7, 10:21, 30:11, 82:15
**thousand** [1] - 126:8
**three** [13] - 8:10, 11:8, 29:8, 30:8, 34:20, 50:23, 84:23, 102:16, 102:20, 117:2, 126:12, 163:7
**throughout** [1] - 154:20
**THURSDAY** [2] - 1:18, 5:1
**timing** [1] - 100:25
**TITLE** [1] - 190:10
**title** [4] - 25:16, 28:11, 144:7, 147:5
**titled** [1] - 36:25
**titles** [1] - 25:14
**TO** [1] - 190:10
**Toby** [1] - 79:7
**today** [8] - 15:7, 57:8, 85:8, 135:21, 161:7, 161:13, 166:10, 174:2
**together** [8] - 123:1, 171:7, 171:25, 173:15, 175:3, 177:3, 178:3, 179:6
**tomorrow** [6] - 188:25, 189:6, 189:7, 189:18, 189:19, 189:20
**Tong** [1] - 122:12
**took** [2] - 141:25, 156:19
**tools** [1] - 159:12
**top** [8] - 12:6, 52:8, 56:12, 68:21, 163:6, 172:22, 175:11
**topic** [1] - 130:24
**Topical** [1] - 99:5
**total** [29] - 6:25, 7:4, 7:7, 8:23, 9:3, 13:20, 13:23, 14:3, 37:6, 55:5, 57:20, 58:15, 59:8, 73:22, 81:18, 81:20, 82:9, 83:19, 83:21, 84:5, 84:10, 88:13, 101:24, 112:19, 120:7, 120:8, 178:8, 178:9
**totaling** [1] - 112:7
**touched** [2] - 35:4, 42:19
**tour** [1] - 156:4

**toward** [1] - 75:9
**tracks** [1] - 153:5
**Trade** [10] - 42:2, 45:17, 75:23, 146:15, 146:16, 146:18, 152:25, 153:7, 154:14, 154:21
**training** [2] - 145:15, 145:17
**transaction** [1] - 17:25
**transactions** [2] - 90:11, 96:11
**TRANSCRIPT** [3] - 1:17, 190:11, 190:13
**transfer** [12] - 36:4, 36:13, 36:17, 40:10, 41:5, 41:12, 43:19, 44:11, 45:4, 54:1, 54:2, 75:4
**transfers** [1] - 35:4
**translate** [1] - 61:5
**translated** [1] - 9:24
**translation** [13] - 6:6, 6:14, 9:23, 12:17, 12:21, 54:20, 59:20, 65:4, 67:4, 68:19, 69:12, 74:16, 106:12
**translator** [1] - 102:14
**transmission** [1] - 43:5
**Transport** [3] - 29:9, 29:22, 75:13
**Treasury** [1] - 149:4
**treat** [2] - 28:13, 118:18
**treated** [1] - 28:15
**treating** [1] - 7:15
**treatment** [1] - 150:24
**TRIAL** [1] - 1:17
**trip** [4] - 77:1, 131:10, 131:21, 132:8
**trips** [2] - 76:10, 76:16
**trouble** [1] - 99:24
**TRUE** [1] - 190:11
**true** [5] - 19:14, 90:9, 113:21, 138:13, 183:8
**truth** [9] - 24:2, 115:4, 143:14
**try** [9] - 44:1, 63:7, 85:21, 108:13, 127:1, 127:2, 182:17, 189:9, 189:12
**trying** [6] - 108:7, 109:2, 123:4, 124:18, 124:25, 142:13
**turn** [13] - 47:22,

54:12, 54:19, 55:16, 58:5, 59:3, 66:4, 67:25, 75:18, 86:19, 116:3, 119:6, 169:13
**turning** [14] - 36:19, 43:7, 48:25, 50:9, 67:3, 71:13, 82:4, 162:19, 165:10, 167:8, 169:5, 170:20, 171:11, 175:10
**TVs** [1] - 149:6
**two** [20] - 14:23, 31:9, 34:4, 34:5, 34:20, 81:4, 110:18, 144:19, 145:23, 147:5, 149:20, 151:21, 153:5, 155:11, 158:3, 158:4, 158:8, 169:21, 185:2, 188:2
**two-by-fours** [2] - 149:20, 155:11
**two-part** [1] - 185:2
**type** [3] - 30:5, 30:9, 156:25
**types** [5] - 30:9, 149:22, 150:16, 150:21, 187:7
**typical** [2] - 125:24, 126:2
**typically** [2] - 122:2, 125:12
**typo** [2] - 170:15, 170:25

## U

**U.S** [35] - 16:14, 55:4, 55:5, 57:7, 57:8, 57:20, 57:23, 57:25, 58:15, 58:16, 58:18, 133:2, 144:5, 144:7, 146:3, 148:6, 148:10, 148:19, 148:23, 149:3, 149:14, 149:21, 149:25, 151:13, 152:13, 152:25, 153:6, 153:9, 153:14, 153:22, 154:3, 154:18, 158:17, 159:20, 182:12
**U.S.A** [5] - 16:9, 16:12, 16:13, 16:14, 73:2
**unclear** [2] - 159:11, 181:16
**under** [19] - 23:9, 27:1, 81:18, 87:16, 102:8, 145:25, 162:2,

162:24, 167:5, 167:6, 178:13, 180:25, 181:2, 181:6, 181:14, 181:18, 182:3, 185:18, 188:17
**understood** [6] - 30:6, 30:13, 44:14, 61:7, 73:2, 142:11
**undertake** [1] - 147:10
**unfair** [8] - 144:24, 146:24, 147:1, 149:25, 152:23, 154:9, 158:16
**unfairly** [1] - 153:3
**unit** [3] - 145:15, 145:16, 146:8
**UNITED** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 190:8, 190:10, 190:15
**United** [28] - 58:2, 76:19, 96:22, 99:14, 145:1, 146:25, 147:3, 147:11, 147:13, 147:16, 147:19, 148:4, 148:8, 148:18, 148:22, 149:4, 150:10, 152:10, 152:17, 159:10, 188:13
**units** [2] - 146:10, 146:18
**unless** [1] - 89:13
**unsigned** [1] - 44:11
**unusual** [1] - 96:9
**up** [35] - 10:7, 28:20, 30:14, 32:18, 33:24, 35:25, 38:20, 41:8, 44:25, 73:5, 77:10, 77:21, 79:12, 86:23, 97:6, 97:9, 98:12, 102:12, 109:8, 110:20, 112:4, 112:23, 120:1, 127:3, 133:13, 139:24, 161:9, 164:1, 181:11, 181:12, 183:23, 184:7, 184:17, 184:22, 185:11
**update** [1] - 39:18
**upper** [1] - 9:23
**useful** [1] - 139:13

## V

**V-I-L-L-A-N-U-E-V-A** [1] - 143:21
**vague** [1] - 77:18

**value** [8] - 82:9, 82:11, 103:18, 112:20, 157:13, 157:17, 157:24
**various** [1] - 112:25
**Vegas** [1] - 115:21
**vendor** [3] - 14:7, 14:10, 15:15
**vendors** [1] - 19:18
**verification** [3] - 156:8, 156:9, 156:12
**version** [2] - 70:6, 71:5
**versus** [2] - 125:13, 172:21
**via** [2] - 33:2, 47:19
**Vietnam** [12] - 76:23, 77:1, 77:2, 77:8, 77:9, 130:25, 131:2, 131:11, 131:21, 132:9, 132:19
**Vietnamese** [2] - 19:17, 131:10
**view** [1] - 105:17
**viewed** [2] - 107:7, 107:17
**viewing** [2] - 66:23, 132:22
**Villanueva** [12] - 143:8, 143:21, 144:2, 145:23, 151:6, 161:7, 161:14, 164:22, 170:12, 176:24, 179:23, 187:4
**vinyl** [2] - 122:13, 167:18
**visible** [7] - 68:17, 111:18, 174:14, 175:23, 178:7, 178:23
**visit** [6] - 77:13, 78:9, 80:13, 80:23, 132:19, 156:3
**visited** [2] - 79:2, 111:22
**Von** [2] - 104:14, 140:23
**VON** [1] - 1:11
**VS** [1] - 1:8

## W

**walk** [3] - 35:3, 152:3, 152:5
**walking** [1] - 80:12
**Walnut** [7] - 29:21, 29:23, 33:16, 72:18, 77:24, 77:25, 78:2
**Wang** [1] - 10:16
**wants** [1] - 114:18

**warehouse** [16] - 77:16, 78:3, 78:6, 78:10, 78:13, 78:15, 78:18, 78:21, 79:11, 79:18, 79:19, 79:20, 80:14, 80:22, 80:23, 102:9

**warehouses** [5] - 77:13, 111:22, 112:1, 112:8, 142:5

**WAS** [1] - 23:13

**Washington** [1] - 144:5

**WASHINGTON** [1] - 2:18

**wasteful** [1] - 123:10

**Website** [1] - 154:1

**week** [2] - 34:4, 81:17

**weekly** [2] - 83:11, 84:11

**weeks** [2] - 34:4, 34:5

**weight** [2] - 125:8, 127:7

**welded** [9] - 123:1, 171:7, 171:25, 173:14, 175:3, 177:3, 178:3, 184:24, 188:16

**welding** [1] - 179:5

**Wendy** [17] - 53:20, 53:21, 54:7, 54:16, 54:17, 57:7, 58:21, 59:2, 60:7, 63:9, 64:4, 64:15, 66:25, 67:16, 68:14, 69:9

**WESTERN** [1] - 1:2

**whole** [6] - 10:8, 24:2, 115:4, 117:5, 137:22, 143:14

**wholesale** [1] - 26:9

**widths** [1] - 155:12

**windows** [2] - 163:19, 167:17

**wire** [44] - 34:7, 34:13, 34:16, 35:4, 36:4, 36:9, 36:11, 36:13, 36:17, 37:9, 37:11, 38:5, 38:16, 38:25, 39:3, 40:10, 41:5, 41:12, 41:21, 42:1, 42:6, 42:15, 43:2, 43:19, 44:2, 44:8, 44:11, 45:4, 45:14, 45:16, 45:18, 45:21, 45:22, 46:5, 54:3, 54:4, 75:4, 75:12, 75:15, 75:17, 75:21, 89:3, 93:25, 110:15

**wire-out** [1] - 89:3

**wires** [27] - 26:5, 31:12, 31:22, 32:2, 32:6, 32:9, 32:10, 32:12, 32:14, 32:19, 32:24, 33:10, 33:24, 34:1, 34:6, 34:25, 35:2, 35:7, 35:11, 35:17, 38:10, 44:21, 83:1, 84:13, 84:17, 110:12

**wishes** [1] - 39:8

**WITH** [1] - 190:14

**WITNESS** [25] - 3:3, 20:5, 24:4, 24:8, 34:20, 43:10, 55:14, 57:7, 79:3, 93:4, 93:18, 96:7, 100:10, 102:15, 107:14, 108:3, 112:12, 115:6, 115:10, 123:15, 131:19, 133:5, 143:16, 143:20, 184:12

**witness** [93] - 5:7, 5:20, 7:19, 7:20, 22:24, 23:5, 23:10, 23:21, 23:24, 35:24, 36:19, 38:19, 40:3, 41:10, 43:8, 43:15, 43:16, 44:24, 45:1, 45:25, 46:8, 47:3, 48:25, 49:8, 50:9, 52:3, 52:6, 52:17, 53:8, 54:11, 54:20, 55:12, 56:9, 59:12, 59:19, 61:10, 63:15, 64:11, 65:1, 65:10, 66:5, 66:11, 67:3, 67:5, 67:24, 68:15, 68:18, 69:11, 70:8, 70:13, 70:20, 71:17, 71:18, 72:21, 73:20, 74:1, 74:2, 74:15, 74:17, 74:18, 74:23, 75:10, 75:25, 81:5, 82:3, 83:6, 86:11, 111:19, 114:11, 114:13, 123:23, 128:20, 138:7, 143:1, 143:6, 161:5, 164:1, 166:3, 168:7, 168:9, 169:10, 171:15, 173:5, 173:9, 173:18, 173:20, 175:23, 178:7, 179:25

**witness'** [4] - 9:10, 10:22, 12:3, 13:11

**witness's** [1] - 99:20

**woman** [1] - 46:20

**Wong** [2] - 90:19, 94:4

**wood** [2] - 136:11, 187:11

**wooden** [2] - 135:20, 135:23

**word** [8] - 71:21, 72:3, 129:17, 163:21

**words** [4] - 134:13, 148:7, 149:24, 151:3

**world** [3] - 96:16, 151:23, 152:1

**worst** [1] - 148:20

**worth** [1] - 157:18

**write** [1] - 129:6

**written** [1] - 7:9

**wrote** [1] - 129:7

## Y

**year** [24] - 25:9, 25:10, 26:21, 26:23, 28:24, 30:22, 80:5, 98:21, 98:23, 99:1, 99:2, 99:3, 104:21, 116:4, 117:14, 117:19, 119:9, 119:23, 120:2, 120:3, 122:17, 125:13, 125:22, 131:7

**years** [10] - 24:25, 25:3, 105:7, 117:2, 119:21, 122:5, 129:19, 144:17, 150:17, 183:14

**yee** [1] - 117:16

**yesterday** [3] - 5:15, 24:11, 57:9

**Yingkou** [4] - 7:5, 9:5, 10:16, 11:6

**yourself** [7] - 105:17, 105:19, 106:14, 125:13, 126:2, 126:15, 126:20

**yourselves** [4] - 52:25, 86:3, 137:24, 189:15

## Z

**Z-u-o-p-e-n-g** [1] - 28:7

**Z.P** [3] - 129:25, 130:7, 130:13

**Zenith** [1] - 148:13

**zero** [3] - 120:1, 121:24, 122:3

**Zhong** [3] - 40:24, 46:20, 52:12

**Zhongtian** [21] - 27:4, 27:13, 28:3, 28:13, 28:18, 31:16, 49:20, 74:14, 76:9, 76:15, 108:19, 109:25, 111:3, 111:8, 111:14, 117:25, 118:2, 118:18, 130:5, 133:7, 133:10

**Zhongwang** [115] - 6:18, 10:11, 12:13, 13:1, 14:12, 15:10, 15:13, 16:3, 16:5, 16:9, 16:14, 16:16, 16:21, 17:6, 17:7, 17:18, 17:21, 18:1, 18:9, 18:18, 18:22, 19:16, 19:19, 19:22, 19:25, 20:14, 26:12, 30:7, 30:20, 30:23, 31:2, 32:15, 32:24, 33:1, 33:5, 33:9, 34:7, 35:8, 35:12, 36:12, 36:23, 38:6, 38:11, 39:6, 39:25, 40:9, 42:10, 44:5, 44:21, 46:13, 48:23, 50:17, 51:14, 52:10, 53:18, 53:23, 54:15, 54:16, 55:14, 56:16, 58:21, 59:2, 59:18, 60:7, 61:17, 64:4, 66:18, 69:17, 70:4, 71:12, 75:23, 76:4, 76:23, 87:22, 88:16, 88:23, 90:2, 90:5, 90:8, 90:10, 90:11, 90:12, 90:14, 90:15, 90:18, 90:19, 90:21, 90:22, 91:10, 91:14, 91:16, 91:20, 92:6, 92:9, 92:13, 92:24, 93:8, 93:10, 93:12, 93:13, 93:21, 93:22, 94:1, 94:3, 94:4, 110:25, 111:1, 113:24, 120:22, 121:16, 127:15, 171:8, 175:20

**Zhongwang's** [2] - 44:18, 110:19

**Zhongwang.com** [5] - 92:17, 92:20, 92:21, 92:23, 93:14

**ZP** [4] - 28:1, 28:2, 28:4, 28:10

**Zuo** [5] - 111:9, 111:12, 130:1, 130:7, 130:21

**zuopeng** [1] - 28:7

**ZWP** [3] - 7:1, 7:5,

7:8