```
 1                 UNITED STATES OF AMERICA
                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
 3
                        - - -
 4            HONORABLE R. GARY KLAUSNER,
          UNITED STATES DISTRICT JUDGE PRESIDING
 5                      - - -

 6
   UNITED STATES OF AMERICA,      )
 7                                )   CERTIFIED COPY
              PLAINTIFF,          )
 8                                )
   VS.                            )   CR 19-00282 RGK
 9                                )
   PERFECTUS ALUMINUM,            )
10 INCORPORATED, PERFECTUS        )
   ALUMINUM ACQUISITIONS, LLC;    )
11 SCUDERIA DEVELOPMENT, LLC;     )
   1001 DOUBLEDAY, LLC; VON       )
12 KARMAN-MAIN STREET, LLC;       )
   10681 PRODUCTION AVENUE,       )
13 LLC,                           )
                                  )
14            DEFENDANTS.         )
   _____)
15

16

17                   TRIAL - DAY 4
           REPORTER'S TRANSCRIPT OF PROCEEDINGS
18            FRIDAY, AUGUST 13, 2021
                  A.M. SESSION
19            LOS ANGELES, CALIFORNIA

20

21

22

23
              SHERI S. KLEEGER, CSR 10340
24         FEDERAL OFFICIAL COURT REPORTER
           312 NORTH SPRING STREET, ROOM 402
25           LOS ANGELES, CALIFORNIA 90012
                 PH:  (213)894-6604
```

```
 1

 2

 3

 4

 5    APPEARANCES OF COUNSEL:

 6    ON BEHALF OF PLAINTIFF:

 7          UNITED STATES ATTORNEY
            BY:  POONAM KUMAR, AUSA
 8               GREGORY BERNSTEIN, AUSA
                 ROGER HSIEH, AUSA
 9          ASSISTANT UNITED STATES ATTORNEY
            1100 UNITED STATES COURTHOUSE
10          312 NORTH SPRING STREET
            LOS ANGELES, CA 90012
11

12
      ON BEHALF OF DEFENDANT:
13          LARSON LLP
            BY:  STEVEN LARSON, ESQUIRE
14               HILARY POTASHNER, ATTORNEY AT LAW
                 A. ALEXANDER LOWDER, ESQUIRE
15          555 SOUTH FLOWER STREET
            SUITE 4400
16          LOS ANGELES, CA 90071

17          RUYAK CHERIAN LLP
            BY:  ROBERT F. RUYAK, ESQUIRE
18          1700 K STREET NW, SUITE 810
            WASHINGTON, DC 20006
19

20

21

22

23

24

25
```

```
 1                    I   N   D   E   X

 2

 3      WITNESS:    DIRECT    CROSS    REDIRECT    RECROSS

 4  VILLANUEVA, Alex            5         46            52

 5    CHI, Oliver        82      83

 6    SHEN, Po Chi Eric  87        187,190

 7                  E   X   H   I   B   I   T   S

 8                  NUMBER        PAGE

 9                  1008          32

10                  351           80

11                  56            92

12                  59            96

13                  115           102

14                  120           103

15                  128           104

16                  632           110

17                  6             110

18                  127           114

19                  300           118

20                  125           120

21                  134           124

22                  129           127

23                  303           129

24                  109           131

25                  230           132
```

```
 1

 2

 3                    E  X  H  I  B  I  T  S

 4                    NUMBER        PAGE

 5                     117          135

 6                     229          136

 7                      60          138

 8                     111          141

 9                     228          142

10                     304          147

11                     322          156

12                     323          159

13                     113          166

14                     315          167

15                     316          171

16                      61          175

17                     341          178

18                     342          178

19                     119          182

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; FRIDAY, AUGUST 13, 2021
 2                         A.M. SESSION
 3                            - - -
 4
 5          THE COURT:  Okay.  The record will reflect
 6  that all the jurors are in their respective seats in the
 7  jury box.
 8          You noticed we started late.  IT Equipment
 9  failed, and we had to have someone come in and fix it.
10          Counsel, you may inquire.
11          Remember you are still under oath, sir.
12          CROSS-EXAMINATION (continued)
13  BY MR. RUYAK:
14     Q.  Good morning, Mr. Villanueva.
15     A.  Good morning.
16     Q.  Yesterday, I was addressing the
17  antidumping/countervailing duty order that was entered
18  in May of 2011 -- I'm sorry.  Yes, in May of 2011.
19          And you're familiar with that order,
20  correct?
21     A.  Yes.
22     Q.  So before we get into the substance of the order,
23  I would like to go back and let the jury understand what
24  happens when a product comes into customs, okay, in
25  general terms.
```

08:49:09   1            And my understanding is, and you're the

08:49:11   2   expert, however, you can correct me, is that products

08:49:14   3   come into customs, they're presented with certain

08:49:17   4   documents that declare what the products are, correct?

08:49:21   5       A.   First I'll say that I'm not a customs official.

08:49:24   6   I cannot speak to everything that the customs officials

08:49:28   7   view or collect or consider when merchandise is entered

08:49:31   8   into the United States.

08:49:32   9            But my understanding is that at the time of

08:49:35  10   entry, there are certain documents that are presented to

08:49:37  11   the customs officials in order to get clearance for the

08:49:42  12   entry of that merchandise.

08:49:45  13       Q.   And the merchandise is also present at the time

08:49:48  14   of entry, correct?

08:49:48  15       A.   It may be present at that time.

08:49:50  16       Q.   And then at that time, the -- whatever the

08:49:56  17   declaration is, the duty is actually pay into customs at

08:50:00  18   that point by the importer, correct?

08:50:03  19       A.   If there is an AD or CVD duty that needs to be

08:50:07  20   collected, the customs official will collect it at the

08:50:10  21   time of entry.

08:50:11  22       Q.   So whether it's an antidumping/countervailing

08:50:14  23   duty or just a normal duty -- right?  And products have

08:50:17  24   normal duties on them, correct?

08:50:18  25       A.   That's correct.  There are other duties not

08:50:20   1   related to AD or CVD.

08:50:21   2       Q.   So, for example, if I have a product that I'm

08:50:24   3   bringing in, it's a finished product, and says that it's

08:50:26   4   a 2.5 percent duty, then at the time of entry, I pay

08:50:32   5   that duty to customs?

08:50:33   6       A.   Customs would collect that 2.5 percent as the

08:50:36   7   percentage of the entered value at that time.

08:50:39   8       Q.   And customs holds that money for a period of

08:50:41   9   time, correct?

08:50:41  10       A.   Yes.

08:50:42  11       Q.   How long does customs hold the money that is

08:50:45  12   posted or given at the time of entry?

08:50:47  13       A.   I do not know exactly how long.  They may hold it

08:50:51  14   or they may turn it over to the treasury.  But I can't

08:50:54  15   tell you exactly how long they hold it.

08:50:56  16       Q.   So by the time it is entered, there is something

08:51:00  17   called a liquidation.  What is a liquidation?

08:51:04  18       A.   Liquidation is the procession by which customs

08:51:07  19   issues a final assessment of the duties owed.  In other

08:51:12  20   words, it is like a final bill of the duties that are

08:51:15  21   due on any specific entry.

08:51:19  22       Q.   So if I understand it correctly, the importer

08:51:21  23   like Perfectus, posts the money as sort of a bond, they

08:51:26  24   put the money up, and then customs has a period of time

08:51:29  25   to look at that and determine whether or not they're

08:51:31  1   going to accept it, and that's the liquidation, correct?

08:51:33  2       A.   They would post that as a deposit, not as a bond.

08:51:37  3   That would be an estimate of the duties that would be

08:51:39  4   payable until the final assessment bill is issued by

08:51:43  5   customs.

08:51:43  6       Q.   So at some point after the importation there is a

08:51:48  7   final bill issued by customs to the importer?

08:51:51  8       A.   Yes.

08:51:52  9       Q.   And that's called the liquidation, correct?

08:51:54  10      A.   Yes.

08:51:55  11      Q.   And at that point the money goes from where it's

08:51:57  12  being a deposit, it goes into the United States Treasury

08:52:01  13  as the payment of duty; is that correct?

08:52:03  14      A.   That's correct.

08:52:04  15      Q.   And then there's a period of time after that

08:52:07  16  liquidation that the bill is paid for customs to review

08:52:11  17  that further, correct?

08:52:13  18      A.   Yes.

08:52:13  19      Q.   And how long is that period of time?

08:52:16  20      A.   Again, I don't know exactly how long.  It depends

08:52:18  21  on whether that deposit is being held for other reasons.

08:52:25  22  Customs may have its own, you know, considerations as to

08:52:30  23  why it's holding it and not liquidating it.

08:52:34  24      Q.   But there is a period of 90 days, correct, in

08:52:37  25  which customs can go back and reassess the duty; is that

08:52:42   1   right?

08:52:42   2        A.   That's my understanding.   But, again, I'm not a

08:52:45   3   customs entry expert.

08:52:47   4        Q.   Once that 90 days passes, then customs cannot go

08:52:51   5   back and reassess or reliquidate at that point, correct?

08:52:58   6        A.   There may be circumstances in which customs may

08:52:59   7   do that.   But, again, I do not know because I'm not a

08:53:02   8   customs expert.

08:53:04   9        Q.   And did you investigate this case to see whether

08:53:08   10   or not every single shipment that came in of the

08:53:11   11   aluminium pallets was liquidated by customs?

08:53:14   12        A.   No, I did not work on this investigation.   I did

08:53:16   13   not investigate any part of it.

08:53:19   14        Q.   Okay.   Let's go now to the order.

08:53:22   15             And that's Government's Exhibit 200.   And on

08:53:32   16   page 2 of that order -- again, just so we make sure we

08:53:34   17   have the right one, under Department of Commerce in the

08:53:39   18   first column -- I will pull that up -- it gives the

08:53:43   19   effective date of May 26, 2011, correct?

08:53:48   20        A.   Correct.

08:53:49   21        Q.   And this is the order that we reviewed yesterday

08:53:51   22   with the Government, correct?

08:53:52   23        A.   Yes.

08:53:53   24        Q.   And then if we go to the next page on that

08:53:58   25   document, which is Bates number 2047, the last digits,

08:54:05    1    and we run down the column, we come to the "Scope of
08:54:08    2    exclusion."
08:54:09    3              I would like to bring that up, please.
08:54:15    4              And the scope of exclusion -- now, this
08:54:17    5    exclusion, again, is a product that would normally fall
08:54:22    6    under the order but there is a reason why it would not
08:54:25    7    be -- that the antidumping/countervailing duties would
08:54:31    8    not apply to it, right?
08:54:33    9        A.   Correct.
08:54:33   10        Q.   So it says here, "The scope of exclusion.  This
08:54:37   11    scope also excludes finished merchandise containing
08:54:41   12    aluminium extrusions as parts that are fully and
08:54:44   13    permanently assembled and completed at the time of
08:54:47   14    entry."  Correct.  That's the first part of that?
08:54:49   15        A.   Yes.
08:54:49   16        Q.   So the first part of that, as you read it, and
08:54:55   17    you're a commerce expert, it has to be an assembled and
08:54:59   18    completed product at the time of entry, correct?  The
08:55:04   19    first part.
08:55:04   20        A.   The way I read that is -- first of all, I cannot
08:55:09   21    interpret what's already been decided by commerce, which
08:55:14   22    was in the scope ruling.
08:55:17   23              I do not -- I cannot offer hypothetical
08:55:21   24    decisions here before you.  In fact, we tell all of our
08:55:24   25    staff, that we are not able to do that, even for

08:55:26   1   customs.

08:55:27   2          There is a process by which we can do that,

08:55:32   3   and that is a scope ruling request.

08:55:33   4   Q.   I'm just looking at the language right now.  I

08:55:36   5   want to understand what the scope statement is.  I'm not

08:55:38   6   asking you to interpret it.

08:55:40   7          I'm saying the first part says that "the

08:55:41   8   merchandise has to contain aluminium extrusions as parts

08:55:45   9   that are fully and permanently assembled and completed

08:55:52  10   at the time of entry."  That's what the words say.

08:55:53  11   A.   That is what the words say on that page.

08:55:55  12   Q.   And then it gives some examples and says, such as

08:55:56  13   finished windows with glass doors, doors with glass, or

08:56:02  14   vinyl picture frames with glass pane and backing

08:56:04  15   materials and solar panels.

08:56:06  16          So it gives some examples, right?

08:56:08  17   A.   Yes.

08:56:09  18   Q.   Is there anywhere else in this entire order that

08:56:11  19   there's any further language that describes this

08:56:14  20   exclusion for finished merchandise?

08:56:16  21   A.   No.

08:56:17  22   Q.   But there's also language describes another

08:56:21  23   exclusion, correct?

08:56:23  24   A.   Yes.

08:56:24  25   Q.   And that's exclusion for kits?

08:56:26   1     A.   That's right.

08:56:27   2     Q.   What are kits?

08:56:30   3     A.   I would have to refresh my memory on the

08:56:32   4   definition that's right below this exclusion.

08:56:35   5     Q.   Okay.  Let's bring that up, please.  Let's go

08:56:39   6   down to the next part.  Okay.

08:56:47   7          The scope also excludes finished goods

08:56:50   8   containing aluminium extrusions that are entered

08:56:53   9   unassembled in a finished goods kit, in parentheses.

08:56:57   10         Do you see that?

08:56:58   11    A.   Yes.

08:56:58   12    Q.   "A finished goods kit is understood to mean a

08:57:02   13  packaged combination of parts that contains at the time

08:57:05   14  of importation all of the necessary parts to fully

08:57:10   15  assemble a final finished good.  And require no further

08:57:13   16  finishing or fabrication, such as cutting or punching.

08:57:17   17  It's assembled as is into a finished product."

08:57:21   18         Do you see that?

08:57:22   19    A.   Yes.

08:57:22   20    Q.   So that's a second exclusion, right?

08:57:24   21    A.   That is a second exclusion.

08:57:25   22    Q.   One is a product that comes in, it's already

08:57:27   23  assembled.  The other one as it comes in and it needs to

08:57:30   24  be assembled, but everything's there to assemble it,

08:57:34   25  correct?

08:57:35  1      A.   Yes.

08:57:36  2      Q.   Again, with regard to this finished kit, there is

08:57:40  3   no other place in this order that further describes that

08:57:42  4   exception, correct?

08:57:43  5      A.   That's correct.

08:57:44  6      Q.   Is there any language in this order anywhere that

08:57:56  7   says that -- in words, other than these examples it

08:58:02  8   gives, that says that a fully finished product has to

08:58:05  9   include nonaluminum parts?

08:58:12  10     A.   The first exclusion does say -- if you could go

08:58:16  11  back to that, I can point it out for you.  "The scope

08:58:29  12  also excludes finished merchandise containing aluminium

08:58:32  13  extrusions as parts.  And as" --

08:58:36  14     Q.   Aluminum extrusions as parts.

08:58:39  15     A.   As parts.

08:58:40  16     Q.   Right.  But it doesn't say nonaluminum as parts,

08:58:44  17  right?

08:58:44  18     A.   No.  But it is clarified -- this language is

08:58:46  19  further clarified in the scope rulings that we made with

08:58:49  20  respect to aluminium pallets and many other products.

08:58:52  21     Q.   We'll get to that.  The point I'm making is

08:58:55  22  there's no language here that says nonaluminum parts.

08:58:58  23  That term is not in that order?

08:59:01  24     A.   That term is not in the order.

08:59:03  25     Q.   Now, you mentioned scope reviews.  Okay.  So, as

08:59:11  1   I take it, after an antidumping order comes out, people

08:59:16  2   read it, they could have some confusion on what the

08:59:20  3   order means, so they could ask for a review to interpret

08:59:24  4   the order, correct?

08:59:25  5      A.   Not a review.  That is a very specific term in

08:59:28  6   our process and procedures.

08:59:32  7               What they can ask for is a scope ruling,

08:59:34  8   which is a decision by commerce that would clarify

08:59:37  9   whether the product at issue is in or out of the scope

08:59:41  10  of the inquiry.

08:59:42  11     Q.   And these scope orders, when they are requested

08:59:48  12  by either the American companies who want to try to get

08:59:52  13  a ruling to keep a product out or by someone who's

08:59:56  14  trying to import it, like my client, those scope reviews

08:59:59  15  are published -- I'm sorry.  Those scope orders are

09:00:02  16  published so people can see them, correct?

09:00:05  17     A.   They're scope rulings.  The scope rulings is --

09:00:08  18  the decision by commerce is issued in a memo.  And that

09:00:12  19  memo is available to the public through our online

09:00:15  20  system.  And then every quarter the Department of

09:00:21  21  Commerce publishes a summary of all the scope decisions

09:00:23  22  that have been decided.

09:00:24  23     Q.   So in any event, what happens is they're

09:00:27  24  available to the public, and they're actually published

09:00:28  25  in summaries.  So that people like my client who are

| | | |
|---|---|---|
| 09:00:31 | 1 | importers can look at them and see if that gives any |
| 09:00:34 | 2 | guidance to the order, correct? |
| 09:00:35 | 3 | A.  Yes. |
| 09:00:36 | 4 | Q.  And you mentioned the Website.  What is the name |
| 09:00:39 | 5 | of that Website? |
| 09:00:40 | 6 | A.  Trade.gov. |
| 09:00:43 | 7 | Q.  Okay.  Trade.com. |
| 09:00:45 | 8 | A.  .gov. |
| 09:00:45 | 9 | Q.  Trade.enforcement.gov, right? |
| 09:00:51 | 10 | A.  Well, the mother page, the parent page is |
| 09:00:55 | 11 | Trade.gov.  And on that page there's a link to the scope |
| 09:00:59 | 12 | rulings which takes you to a more specific page. |
| 09:01:03 | 13 | Q.  Let me show you a -- let's see if I've got the |
| 09:01:06 | 14 | right place.  I'll show you a cover of the Website. |
| 09:01:07 | 15 | MR. RUYAK:  Your Honor, I'd like to publish |
| 09:01:08 | 16 | this to the jury as a demonstrative. |
| 09:01:11 | 17 | THE COURT:  Okay. |
| 09:01:14 | 18 | BY MR. RUYAK: |
| 09:01:53 | 19 | Q.  Seem to be having trouble bringing that Website |
| 09:02:08 | 20 | up.  But there is a Website that people can go to and |
| 09:02:09 | 21 | find the rulings, correct? |
| 09:02:11 | 22 | A.  That's correct. |
| 09:02:11 | 23 | Q.  And on that Website -- have you used that Website |
| 09:02:14 | 24 | to look for scope rulings? |
| 09:02:16 | 25 | A.  I have. |

09:02:16   1    Q.   And you can put in there the particular

09:02:22   2    anti-dumping/countervailing duty order and get a list of

09:02:24   3    all the scope rulings, correct?

09:02:26   4    A.   All the scope rulings are organized by country

09:02:29   5    and then by order.

09:02:31   6    Q.   Let me show you the list for the anti-dumping

09:02:37   7    order that we have here, which is Exhibit 200.

09:02:57   8         MR. HSIEH:   I will object to this.   It

09:02:59   9    wasn't presented to Government, counsel.   It's hearsay

09:03:01  10    and you haven't established that this witness has seen

09:03:03  11    this particular page.

09:03:04  12         MR. RUYAK:   This is cross-examination.   He

09:03:06  13    is familiar with the Website.

09:03:07  14         THE COURT:   Overruled.

09:03:09  15    BY MR. RUYAK:

09:03:10  16    Q.   Let's show that.   Now, Mr. Villanueva, what we

09:03:13  17    have done is we've gone to the Website and we've got a

09:03:15  18    printout of all the rulings for that Website.

09:03:20  19         Is that how it looks when you pull it up?

09:03:23  20    A.   I think it is similar, but I cannot confirm it is

09:03:27  21    an exact copy.

09:03:30  22    Q.   So you can go, though -- you know, if you're a

09:03:33  23    user or an importer like me, you can go in and look at

09:03:36  24    these rulings and see how the commerce department has

09:03:39  25    construed the antidumping order, correct?

09:03:42  1      A.   Yes.

09:03:42  2      Q.   And do you know how many rulings have gone

09:03:46  3   through commerce since this anti-dumping order went in

09:03:55  4   place?

09:03:55  5      A.   I do not know the exact number.  I know that

09:03:59  6   there are several rulings.

09:03:59  7      Q.   Do you now there are over a hundred rulings

09:04:03  8   attributable to this antidumping order?

09:04:05  9      A.   I've never counted them before.

09:04:07 10      Q.   Let's scroll up and this list for a moment.

09:04:13 11   Maybe you can put them all on one page.

09:04:22 12           You see on the government's Website we have

09:04:24 13   all these rulings.  At the very bottom they start with

09:04:27 14   October of 2011.

09:04:29 15           Do you see that?

09:04:30 16      A.   Yes.

09:04:31 17      Q.   Okay.  And all these rulings -- just scroll up,

09:04:37 18   Luis, just scroll the way up -- these are all the

09:04:41 19   rulings related to this particular antidumping order.

09:04:50 20   And I counted 114 rulings.

09:04:56 21           MR. HSIEH:   Objection.  Move to strike

09:04:58 22   counsel's testimony.

09:04:59 23           THE COURT:   Sustained.

         24   BY MR. RUYAK:

09:05:00 25      Q.   Of these rulings, if there were hypothetically

09:05:04  1    114 of them --

09:05:07  2                    MR. HSIEH:  Objection.

09:05:08  3                    THE COURT:  Overruled.

09:05:09  4                    MR. RUYAK:  -- how many a month would that

09:05:11  5    be?

09:05:11  6                    THE WITNESS:  I'm sorry.  Can you repeat

09:05:13  7    that.

          8    BY MR. RUYAK:

09:05:13  9        Q.  From the period 2011 to 2019 when this indictment

09:05:18  10   occurred, if there were 114 rulings by commerce, how

09:05:25  11   many would that be a year?

09:05:27  12       A.  I cannot tell you, because scope rulings can come

09:05:30  13   in one at a time.  They can be filed three at a time.

09:05:34  14   At any given point, we can receive a scope ruling.

09:05:37  15   There is no limit per year, per month.

09:05:40  16       Q.  But, Mr. Villanueva, if the ruling is so vague

09:05:46  17   that you have to get over a hundred or more of these, is

09:05:50  18   that unusual for an antidumping order?

09:05:54  19                   MR. HSIEH:  Objection.  Argumentative.

09:05:55  20                   THE COURT:  Overruled.

09:05:56  21                   THE WITNESS:  Can you repeat that.

09:05:59  22                   THE COURT:  Is it unusual to have more than

09:06:01  23   a hundred rulings on an antidumping order?

09:06:07  24                   THE WITNESS:  We have several orders that

09:06:10  25   have multiple scope rulings.  Some may be in the 80s,

09:06:14  1   90s, a hundred or more than even aluminum extrusions.

09:06:18  2           So there are other orders that have

09:06:21  3   clarification scope rulings like this.

          4   BY MR. RUYAK:

09:06:23  5     Q.  You will agree with me, that if that's the

09:06:26  6   number, there's an awful lot of scope rulings people are

09:06:30  7   requesting which means that this order needs a lot, a

09:06:33  8   lot of clarification, correct?

09:06:35  9               MR. HSIEH:  Objection.  Argumentative.

09:06:36  10              THE COURT:  Speculation.  Sustained.

09:06:39  11              THE WITNESS:  I do not agree with that.

09:06:41  12              THE COURT:  When I say "sustained," you

09:06:42  13  don't have to answer.

09:06:47  14  BY MR. RUYAK:

09:06:49  15    Q.  So you did not go back and look?  You yourself

09:06:53  16  did not go back and look at the number of scope rulings

09:06:56  17  that were issued by commerce on this particular

09:06:59  18  antidumping order?

09:07:01  19    A.  I did not go back and review every single one,

09:07:04  20  no.

09:07:04  21    Q.  So you don't know how many were issued in any

09:07:06  22  particular month or year?

09:07:07  23    A.  No.

09:07:09  24    Q.  Okay.  I would like to put up just a timeline on

09:07:17  25  the screen, because I want to focus on some time frames

09:07:20  1    that we have.

09:07:21  2              MR. HSIEH:  Your Honor, may we have one

09:07:22  3    moment?

09:07:30  4              MR. RUYAK:  Cross-examination

09:07:33  5    demonstratives.

09:07:35  6              Can you please just put the timeline up.

          7    BY MR. RUYAK:

09:07:40  8       Q.  So what you talked about yesterday was that the

09:07:43  9    antidumping order came into effect at a certain point in

09:07:46 10    time.  I think you said that was in May of 2011,

09:07:51 11    correct?

09:07:51 12       A.  That was the effective date of the antidumping

09:07:55 13    duty order.

09:07:55 14       Q.  Okay.  And the evidence in this case is that

09:07:59 15    importation of these pallets occurred in a certain

09:08:02 16    period of time, the end of 2011 through -- and I want

09:08:06 17    you to assume as an expert that that's the case -- that

09:08:09 18    that's the evidence in this case.

09:08:10 19              MR. HSIEH:  Your Honor, I would object.  The

09:08:11 20    counsel is allowed to use a demonstrative.  But I

09:08:14 21    haven't seen this before it was presented to the jury.

09:08:17 22    Hearsay and speculation what's published to the jury.

09:08:20 23              THE COURT:  Overruled.  You are not

09:08:23 24    introducing this into evidence.

09:08:26 25              MR. RUYAK:  No.  We're not.  It's just to

09:08:26  1   get the times.

09:08:28  2              THE COURT:  Overruled.

          3   BY MR. RUYAK:

09:08:29  4      Q.  And then the rulings that you are talking about,

09:08:32  5   the one for these pallets occurred in March of 2017,

09:08:36  6   correct?

09:08:38  7      A.  For the 6 series.

09:08:40  8      Q.  And for the number 1 series, that occurred

09:08:43  9   slightly before December 16th, correct?

09:08:46  10     A.  Yes.

09:08:47  11     Q.  So in this case, the scope's reviews, whether

09:08:54  12  it's the end of '16 or '17, was substantially after all

09:08:58  13  the pallets had been imported in this case, correct?

09:09:02  14     A.  I do not know when the pallets were imported.  I

09:09:06  15  know when the scope rulings were made.

09:09:07  16     Q.  Well, assuming -- again, you're an expert.  I'm

09:09:10  17  asking you to assume.  If you assume that the pallets

09:09:13  18  were imported in this period of time and that's the

09:09:16  19  evidence in this case, then the scope ruling came years

09:09:18  20  after the last importation of the pallets, correct?

09:09:20  21              MR. HSIEH:  Objection.  Calls for

09:09:22  22  speculation.

09:09:22  23              THE COURT:  Doesn't call for an opinion,

09:09:24  24  that's for sure.  Anybody can make that determination.

09:09:26  25              Go ahead, Counsel.

09:09:27    1            MR. RUYAK:  All right.

09:09:28    2            THE COURT:  It will be sustained.

            3    BY MR. RUYAK:

09:09:30    4        Q.  So let's look at that scope ruling -- the scope

09:09:34    5    rulings.  I don't want to use both of them, I'll just

09:09:36    6    use the one.  But they're basically pretty much the same

09:09:39    7    result, correct, both the 16 and 17 rulings?

09:09:42    8        A.  Both that the aluminium pallets were included in

09:09:46    9    the scope of the order.

09:09:47   10        Q.  The reason why is because they did not include

09:09:49   11    nonaluminum parts, correct?

09:09:51   12        A.  Because they did not meet the exclusion that was

09:09:54   13    set forth in the language of the antidumping duty order.

09:09:58   14        Q.  Let's look at the scope ruling, 203.  We will use

09:10:11   15    the 2017 which was actually the 6000 series ruling.  And

09:10:16   16    this was on June 13th.  2017; is that correct?

09:10:21   17        A.  That's correct.

09:10:22   18        Q.  And if we go scroll down to the summary, we can

09:10:27   19    see that the person who raised the issue -- or the

09:10:31   20    entity that raised the issue was the Aluminum Extrusion

09:10:38   21    Fair Trade Committee and they're called the petitioner,

09:10:40   22    correct?

09:10:40   23        A.  Correct.

09:10:41   24        Q.  And they filed for the scope ruling, right?

09:10:43   25        A.  That's correct.

| | | |
|---|---|---|
| 09:10:44 | 1 | Q.  Which means they requested that commerce look at |
| 09:10:47 | 2 | the order, look at the pallets and determine whether |
| 09:10:49 | 3 | they were excluded under the antidumping/countervailing |
| 09:10:54 | 4 | duty order, correct? |
| 09:10:55 | 5 | A.  They asked for us whether to determine whether |
| 09:10:57 | 6 | they are included or excluded from the order. |
| 09:11:04 | 7 | Q.  Let's look at page 13 of this document.  And I |
| 09:11:18 | 8 | want you to focus on the second paragraph of the order |
| 09:11:20 | 9 | under the heading.  Starts at -- no, that's not it.  In |
| 09:11:28 | 10 | addition. |
| 09:11:30 | 11 | Under department's position.  Scroll up, |
| 09:11:37 | 12 | please, Luis, little bit further. |
| 09:11:42 | 13 | Right there.  That's the one.  Okay. |
| 09:11:45 | 14 | I want you to focus on this language of the |
| 09:11:48 | 15 | order. |
| 09:11:49 | 16 | "In addition, we agree with the petitioner |
| 09:11:51 | 17 | that the products at issue do not qualify for the |
| 09:11:55 | 18 | finished merchandise exclusion, which excludes finished |
| 09:11:59 | 19 | merchandise containing aluminum extrusions as parts that |
| 09:12:03 | 20 | are fully and permanently assembled and completed at the |
| 09:12:06 | 21 | time of entry." |
| 09:12:09 | 22 | That is a finding, correct? |
| 09:12:11 | 23 | A.  That is what it says on that page, yes. |
| 09:12:16 | 24 | Q.  And then it says -- in one paragraph down it |
| 09:12:19 | 25 | says -- "As previously explained in wind, sign, frames |

| | | |
|---|---|---|
| 09:12:23 | 1 | scope ruling." |
| 09:12:25 | 2 | So there was a previous scope ruling for a |
| 09:12:28 | 3 | different product that commerce looked at, correct? |
| 09:12:30 | 4 | A.  According to this document, yes. |
| 09:12:33 | 5 | Q.  Did you look at that ruling? |
| 09:12:34 | 6 | A.  I have not looked at that ruling. |
| 09:12:36 | 7 | Q.  Do you know when that ruling took place? |
| 09:12:37 | 8 | A.  I know it was referenced in another page of this |
| 09:12:40 | 9 | memo, and that it was prior to this decision. |
| 09:12:43 | 10 | Q.  And that was in 2015, correct? |
| 09:12:46 | 11 | A.  I would have to go back to confirm the date, but |
| 09:12:49 | 12 | it was prior to this decision. |
| 09:12:52 | 13 | Q.  It says -- we'll continue. |
| 09:12:55 | 14 | "This language means that the excluded |
| 09:13:01 | 15 | finished merchandise must contain both aluminum |
| 09:13:04 | 16 | extrusions as parts as well as an additional nonextruded |
| 09:13:10 | 17 | aluminum components." |
| 09:13:14 | 18 | Do you see that? |
| 09:13:15 | 19 | A.  I do see that. |
| 09:13:16 | 20 | Q.  Nonextruded aluminum components.  That's what it |
| 09:13:20 | 21 | says. |
| 09:13:20 | 22 | A.  Right. |
| 09:13:21 | 23 | Q.  It doesn't say nonaluminum parts.  It says |
| 09:13:27 | 24 | nonextruded aluminum components, correct? |
| 09:13:31 | 25 | A.  It says nonextruded aluminum component. |

09:13:35 1      Q.   So there was a ruling before that says that the

09:13:38 2  products will be all aluminum, but they had to have

09:13:42 3  nonextruded aluminum components, correct?

09:13:44 4      A.   It says, "As well an additional nonextruded

09:13:49 5  aluminum component."

09:13:50 6      Q.   So now customs said in 2015, well, you can have

09:13:53 7  all aluminum parts, but they can't all be extruded

09:13:57 8  aluminum parts.  Is that what they said in '15?

09:14:00 9      A.   I'm not aware they said that in '15.

09:14:03 10     Q.   You did look at that?

09:14:04 11     A.   I did not.

09:14:09 12     Q.   Okay.  Then we go back to the bottom, to the last

09:14:12 13 line, it says, "Thus to give effect to the parts

09:14:18 14 language we find that to qualify for the merchandise --

09:14:21 15 finished merchandise exclusion, the product must contain

09:14:23 16 both aluminum extrusions as parts as well as components

09:14:28 17 besides aluminum extrusions."

09:14:31 18     A.   That is what it says there, yes.

09:14:33 19     Q.   So in 2017, we get a ruling that for the first

09:14:45 20 time, 2016, '17, for the first time, says that the

09:14:47 21 finished products have to contain both extruded aluminum

09:14:54 22 parts and nonextruded aluminum parts.  Correct?

09:15:02 23     A.   This scope ruling is defining -- giving effect,

09:15:08 24 essentially defining what the as-parts language is which

09:15:11 25 was part of the original scope of the order from May 26,

09:15:15    1    2011.

09:15:16    2        Q.   So if I'm Perfectus and I'm reading these

09:15:19    3    rulings, and your at commerce, and I read that order,

09:15:25    4    there's nowhere in that AD order that says that the

09:15:28    5    product has to have both aluminum extruded parts and

09:15:32    6    nonaluminum extruded parts.  That's not in that order,

09:15:35    7    is it?

09:15:35    8        A.   The words "nonaluminum parts" are not in the

09:15:39    9    order.

09:15:39   10        Q.   And not even nonextruded aluminum parts?

09:15:45   11        A.   Nonextruded aluminum parts are not in the order.

09:15:51   12        Q.   So did you review any other orders -- just to

09:16:02   13    close it up, did you review any other commerce rulings

09:16:06   14    orders that dealt with aluminum products and whether or

09:16:11   15    not they needed to have nonextruded aluminum or

09:16:15   16    nonaluminum parts in order to be compliant with the

09:16:20   17    antidumping order?

09:16:21   18        A.   I did not review any other rulings.

09:16:24   19        Q.   Looking at that as an expert in commerce -- and

09:16:33   20    you do this for your livelihood.  You look at these

09:16:37   21    orders.  You look at products, correct?  That's what you

09:16:40   22    said?

09:16:40   23        A.   That's right.

09:16:41   24        Q.   Isn't it a fact that that antidumping order is

09:16:46   25    vague because it did not have language that

09:16:48  1  specifically --

09:16:49  2              MR. HSIEH:  Objection.

09:16:50  3              THE COURT:  Sustained.  Sustained.

09:16:52  4              That's not expert opinion.

09:16:56  5              The jury will have to make that

09:16:58  6  determination.

09:16:59  7              MR. RUYAK:  Okay.

09:16:59  8              Let's look at the timeline again, Luis,

09:17:03  9  please.

09:17:05  10     Q.  So as I look at this timeline now, you are not

09:17:11  11  aware of any complaint or order raised by anyone to

09:17:19  12  commerce for a ruling or an order prior, you said, to

09:17:22  13  2016 -- end of 2016, correct?

09:17:27  14              MR. HSIEH:  Objection; vague.

09:17:28  15              THE COURT:  Overruled.

09:17:29  16              THE WITNESS:  Like I said before, I have not

09:17:31  17  reviewed any other scope rulings prior to or after the

09:17:36  18  three series -- excuse me, the 1 series and the 6

09:17:39  19  series.

          20  BY MR. RUYAK:

09:17:39  21     Q.  Well, whether you reviewed them or not, you're at

09:17:42  22  the department and you're in the group, you're a senior

09:17:44  23  guy in the group that gets these requests, correct?

09:17:48  24     A.  My staff does receive the scope ruling requests

09:17:51  25  and if we need to issue an opinion, I review the

09:17:54    1    opinion.

09:17:55    2        Q.   Are you aware of any requests for orders that

09:17:58    3    took place in 2012?

09:18:02    4        A.   This order or any order?

09:18:04    5        Q.   Any order relating to aluminum pallets in 2012.

09:18:09    6        A.   I did not.

09:18:10    7        Q.   Okay.  So nothing in 2012.

09:18:13    8             Are you aware of any request for orders on

09:18:16    9    aluminum pallets in 2013?

09:18:18   10        A.   I did not review any in 2013.

09:18:22   11        Q.   How about 2014, anything come to your attention

09:18:26   12    in 2014?

09:18:28   13        A.   I did not review any rulings in 2014.

09:18:31   14        Q.   I'm asking not just rulings, things come into

09:18:33   15    your staff, people -- did you hear of anything that

09:18:35   16    there is a question about the aluminum pallets in your

09:18:38   17    branch in these years?

09:18:41   18        A.   The way our offices are set up is every office is

09:18:44   19    given a certain number of orders to administer.  My

09:18:47   20    office does not administer the order on aluminum

09:18:49   21    extrusions.  And so I would not necessarily be in a

09:18:53   22    position to know or not know what has come in with

09:18:56   23    respect to the aluminum extrusions order.

09:18:59   24        Q.   I understand.  But are you aware of any that did?

09:19:03   25        A.   I'm not aware of any.

| | | |
|---|---|---|
| 09:19:04 | 1 | Q. How about 2015, are you aware of any in 2015? |
| 09:19:09 | 2 | A. No. |
| 09:19:10 | 3 | Q. How about 2016? |
| 09:19:12 | 4 | A. No. |
| 09:19:20 | 5 | MR. RUYAK: I'd like to show you the |
| 09:19:24 | 6 | Government's Exhibit 217. |
| 09:19:31 | 7 | MR. HSIEH: Objection. This is not in |
| 09:19:32 | 8 | evidence, Your Honor. |
| 09:19:33 | 9 | THE COURT: Okay. |
| 09:19:34 | 10 | MR. RUYAK: I would like to offer it in |
| 09:19:35 | 11 | evidence then if it's not. |
| 09:19:37 | 12 | MR. HSIEH: This witness has no foundation |
| 09:19:39 | 13 | for this particular document. |
| 09:19:41 | 14 | THE COURT: Okay. Lay a foundation then. |
| 09:19:43 | 15 | MR. RUYAK: It's a Government document, Your |
| 09:19:45 | 16 | Honor. It's self-authenticating. It's a customs and |
| 09:19:51 | 17 | border control document. |
| 09:19:53 | 18 | MR. HSIEH: Your Honor, he's a commerce |
| 09:19:56 | 19 | expert, he's never seen this document. My understanding |
| 09:19:57 | 20 | is you can't lay a foundation. |
| 09:19:57 | 21 | MR. RUYAK: He's appearing as an expert |
| 09:19:59 | 22 | witness. |
| 09:20:00 | 23 | THE COURT: Counsel, that doesn't make any |
| 09:20:01 | 24 | difference. |
| 09:20:02 | 25 | The question is whether or not it can be |

09:20:02  1  authenticated.

09:20:04  2          If it is authenticated, you can show it to

09:20:06  3  him.  I don't know if it's been authenticated or not.

09:20:12  4          MR. RUYAK:  Is the Government objecting to

09:20:14  5  their own exhibit?  That's what I --

09:20:14  6          MR. HSIEH:  No.  The Government is saying

09:20:14  7  this witness can't authenticate this particular

09:20:17  8  document.

09:20:17  9          THE COURT:  That's not the question.

09:20:18  10         The question:  Are you objecting to the

09:20:18  11  document itself as not being authenticated?

09:20:21  12         MR. HSIEH:  No.

09:20:22  13         THE COURT:  Then overruled.

09:20:26  14         MR. RUYAK:  Show the document.  I'm doing

09:20:29  15  this to get time sequence here.

09:20:34  16         Your Honor, if that is the case, I'd would

09:20:36  17  like to move this document into evidence.  If they are

09:20:39  18  not objecting to it.

09:20:40  19         THE COURT:  Not at this time.  Because no

09:20:44  20  one knows what the document is.  Let's know what the

09:20:46  21  document is.

09:20:47  22         But it can be presented to him.  And if he

09:20:49  23  knows anything about the document, fine.  If he's never

09:20:50  24  seen it before, he can't testify to it, it may not be

09:20:54  25  received.

09:20:55  1          MR. RUYAK:  Let's go to the second page of
09:20:57  2   the document.  It's the only part that we are looking to
09:20:59  3   enter into evidence.
09:21:01  4          It's the part that has September 17th, 2015.
09:21:05  5   Is that the first page or the second page?
09:21:21  6   Q.   Is it common in the course of an antidumping
09:21:25  7   order for there to be audits by customs and border
09:21:31  8   control to see whether or not past importations comply
09:21:37  9   with any antidumping/countervailing duty orders?
09:21:41  10  A.   I cannot answer that because I'm not a customs
09:21:43  11  employees.
09:21:44  12          THE COURT:  So you don't know?
09:21:47  13          THE WITNESS:  I do not know.
09:21:49  14          THE COURT:  Okay.
          15  BY MR. RUYAK:
09:21:52  16  Q.   You do know, however, because you said you know
09:21:54  17  the rules for liquidation, that there is a period of
09:21:57  18  time by which customs border control can do an audit,
09:22:02  19  correct?
09:22:02  20  A.   I did not say that customs can do an audit in my
09:22:07  21  prior testimony.  I said that I know that liquidation
09:22:10  22  can happen at different times.
09:22:18  23  Q.   So you don't know whether or not customs does
09:22:22  24  audits of past importation or they do not do audits of
09:22:26  25  past importation?

09:22:27  1    A.  I do not know customs does audits of past

09:22:31  2  importations.

09:22:33  3    Q.  I would like to have you look at defense

09:22:37  4  Exhibit 1008.

09:22:38  5            THE COURT:  Is that in evidence?

09:22:40  6            MR. RUYAK:  It is not in evidence.

09:22:41  7            THE COURT:  Okay.

         8  BY MR. RUYAK:

09:22:43  9    Q.  Can you please take a look at that document.

09:22:53  10            Can you identify that as a scopes review

09:22:55  11  order?

09:22:56  12    A.  This is a scope ruling decision memo.

09:23:01  13    Q.  And that is the memo -- this memo would be put on

09:23:07  14  the Website and available to the public, correct?

09:23:11  15    A.  On the Website or in our public document viewing

09:23:14  16  system as well.

09:23:15  17    Q.  And this is the format in which the commerce

09:23:19  18  rulings are made, in this format of this letter,

09:23:23  19  correct?

09:23:23  20    A.  Yes.  This appears to be in that same format.

09:23:27  21            MR. RUYAK:  Your Honor, I move in evidence

09:23:29  22  Defense Exhibit 1008.

09:23:32  23            THE COURT:  It will be received.

09:23:33  24            (Exhibit 1008 is received.)

         25  BY MR. RUYAK:

09:23:35   1     Q.   Okay.   Let's look at this one.   This one is -- up

09:23:38   2  at the top, the date of it, you see, is October 19,

09:23:42   3  2011.

09:23:43   4           Do you see that.

09:23:43   5     A.   I do.

09:23:45   6     Q.   And then going down to the Summary, it says, the

09:23:48   7  subject:  Final scope ruling on banner stands and back

09:23:54   8  wall kits.

09:23:54   9           Do you see that?

09:23:55  10     A.   Yes.

09:23:56  11     Q.   Are you familiar with this order?

09:24:00  12     A.   This is not an order.   This is a scope ruling

09:24:02  13  decision memo.

09:24:04  14     Q.   I'm sorry.   Are you familiar with the scope

09:24:08  15  reviewed decision?

09:24:09  16     A.   No.

09:24:09  17     Q.   Do you know what banner stands and back wall kits

09:24:17  18  are?

09:24:17  19     A.   I do not know what they are at least in reference

09:24:21  20  to how they are being described here.

09:24:23  21     Q.   We see in the summary that in this particular

09:24:26  22  order, there was initiated a formal scope inquiry,

09:24:36  23  right, by Skyline Displays, who was the importer, "to

09:24:40  24  determine if banner stands and back wall kits imported

09:24:44  25  and sold by it should be excluded from the scope of the

09:24:48   1   antidumping and countervailing duty orders."

09:24:52   2          Do you see that language?

09:24:52   3      A.   I do see that language in the memo.

09:24:54   4      Q.   It says, "On the basis of our analysis of the

09:24:57   5   comments received, we determined that banner stands and

09:24:59   6   back wall kits are not within the

09:25:03   7   antidumping/countervailing duty orders on aluminum

09:25:05   8   extrusions from the PRC -- which is China, right?

09:25:09   9      A.   PRC does stand for China.

09:25:12  10      Q.   This is October 19th, which was only maybe five

09:25:15  11   or six months after the antidumping order went into

09:25:20  12   effect, right, in May?

09:25:22  13      A.   Yes.

09:25:23  14          MR. RUYAK:   Let's follow through through the

09:25:27  15   order.   Let's go to page -- highlighted portion, please.

09:25:57  16   I think it is the fifth page in.   Starts out with "The

09:26:01  17   department agreed."   Okay.

09:26:05  18      Q.   This is the order.   And this is what it says.

09:26:08  19   "The department" -- that means commerce, right?

09:26:11  20      A.   Correct.

09:26:14  21      Q.   "-- agreed with petitioner that the kits and

09:26:16  22   finished products are excluded from the scope regardless

09:26:19  23   of the percentage content of aluminum extrusions."

09:26:23  24          Do you see that?

09:26:24  25      A.   I do see that.

09:26:26    1      Q.   Okay.   So in October, after the antidumping order
09:26:32    2   is put into effect, the Department of Commerce says that
09:26:38    3   it doesn't matter what the percentage of content of
09:26:42    4   aluminum extrusions is, correct?
09:26:44    5      A.   It says there "regardless of the percentage
09:26:46    6   content of aluminum extrusions."
09:26:49    7      Q.   So it means it can be a hundred percent aluminum
09:26:52    8   extrusions, correct?
09:26:54    9      A.   I do not know what it means.
09:26:56   10      Q.   It goes on to say that "finished merchandise and
09:27:04   11   unassembled kits containing aluminum extrusions are
09:27:07   12   specifically excluded from the scope with no
09:27:09   13   specification as to the percentage content of aluminum
09:27:12   14   extrusions."
09:27:13   15           Can that mean anything other than it can be
09:27:16   16   a hundred percent aluminum extrusions?
09:27:18   17      A.   I cannot interpret this decision for you today.
09:27:21   18   This is not a decision that I worked on.   And I can only
09:27:25   19   rely on the language that's in this memo.
09:27:27   20      Q.   So if you are a professional at commerce, an
09:27:32   21   expert of antidumping/countervailing duties and you
09:27:38   22   can't explain what that means, how does Perfectus, my
09:27:42   23   client as importer, understand what that means?
09:27:45   24           MR. HSIEH:   Objection.   Argumentative.
09:27:46   25           THE COURT:   Sustained.

09:27:47  1            Let me ask you, you say you can't explain

09:27:48  2   what that means.  Is that because the scope ruling is

09:27:50  3   the only place that can explain what that means?

09:27:52  4            THE WITNESS:  That's correct.

09:27:53  5            In order for me to respond to any party, an

09:27:56  6   importer/exporter domestic industry, I cannot do that

09:28:00  7   over the phone.  I cannot do that over e-mail.  I need

09:28:03  8   for you to file a request.  And we can issue a formal

09:28:05  9   decision at that point.

09:28:07  10           THE COURT:  That is not my question.  My

09:28:09  11  question is, is the only body that can explain what

09:28:12  12  these words mean in the scope ruling?

09:28:15  13           THE WITNESS:  That is correct.

09:28:16  14           THE COURT:  So the scope ruling controls one

09:28:18  15  way or the other?

09:28:19  16           THE WITNESS:  The scope ruling is the

09:28:22  17  controlling decision.

          18           THE COURT:  Okay.  Go ahead.

          19  BY MR. RUYAK:

09:28:23  20      Q.  So the scope ruling is the controlling decision.

09:28:26  21  Then what it says in the scopes ruling right here is

09:28:30  22  what the importer should rely upon, correct?

09:28:33  23      A.  Yes.

09:28:34  24      Q.  So in October of 2011, the language that says,

09:28:38  25  "Finished merchandise and unassembled kits containing

09:28:42  1   aluminum extrusions are specifically excluded from the

09:28:45  2   scope, with no specification as to the percentage

09:28:49  3   content of aluminum extrusions," correct?  That is the

09:28:52  4   ruling?

09:28:53  5       A.   That is the ruling.

09:28:54  6       Q.   And so an importer who reads that ruling can rely

09:28:58  7   on that?  Correct?

09:29:00  8       A.   That's correct.

09:29:01  9       Q.   I want to go back now to, after there's a scope

09:29:19 10   ruling, like the one we had in 2016, '17, what rights

09:29:24 11   then does an importer like my client Perfectus have

09:29:29 12   after the ruling is issued?  What can we do to contest

09:29:34 13   that ruling?

09:29:35 14       A.   Once commerce issues a final decision in the

09:29:38 15   scope ruling in that proceeding, then the parties may

09:29:40 16   appeal the decision to the Court of International Trade

09:29:44 17   which has jurisdiction over any trade remedy cases like

09:29:48 18   AD and CVD.

09:29:51 19       Q.   Do you know whether my client did appeal this

09:29:55 20   decision?

09:29:55 21       A.   My understanding is that there was an appeal to

09:29:58 22   the Court of International Trade.  I'm not sure whether

09:30:01 23   it was your client specifically, since there are

09:30:04 24   multiple parties involved.

09:30:06 25       Q.   But there was an appeal from the scopes ruling

09:30:10  1  saying that you had to have nonaluminum or nonaluminum

09:30:15  2  extruded parts, correct?

09:30:16  3     A.  I'm aware there was an appeal.  I'm not exactly

09:30:21  4  clear on the basis for the appeal.

09:30:22  5     Q.  So you haven't looked at the decision from that

09:30:25  6  appeal, correct?

09:30:26  7     A.  I briefly glanced at the decision of that opinion

09:30:30  8  from the Court.

09:30:30  9     Q.  You did look at it?  Okay.

09:30:32  10          MR. RUYAK:  Let's take a look at that

09:30:34  11  decision from the Court, if we may.  I think that's

09:30:39  12  exhibit -- what exhibit is that?  Defendants Exhibit 14,

09:30:49  13  Your Honor -- oh, 10.  1014.  I'm sorry.

09:30:55  14          THE COURT:  Any objection?

09:30:58  15          MR. RUYAK:  Just for the witness.

09:30:59  16          THE COURT:  Okay.  Okay.

09:31:23  17          MR. RUYAK:  May I hand this to the clerk for

09:31:28  18  the witness.

          19  BY MR. RUYAK:

09:31:38  20     Q.  Okay.  Mr. Villanueva, this is a copy of that

09:31:41  21  opinion.  And you see the date on it, it is July 1st,

09:31:47  22  2019, correct?

09:31:48  23     A.  Correct.

09:31:48  24     Q.  So that's two years after the initial scope --

09:31:53  25  last scope order in 2017, right?

09:31:57  1    A.   Yes.

09:31:57  2    Q.   Okay.   And this is Perfectus Aluminum, Inc.

09:32:01  3  versus the United States, right?   That's what it says at

09:32:05  4  the top.

09:32:06  5    A.   That's what it says at the top.

09:32:08  6    Q.   Appears my client appealed that scopes ruling,

09:32:12  7  correct?

09:32:12  8    A.   I assume that is your client.

09:32:14  9    Q.   Now, the Government elicited from you in your

09:32:19 10  direct that once there is a scope ruling, then the

09:32:24 11  Government can go back and get all the duties all the

09:32:27 12  way back to the beginning for when the first pallets

09:32:30 13  entered the country, correct?

09:32:32 14    A.   What I testified to before was that a decision

09:32:36 15  that finds the product within the scope the order means

09:32:40 16  that it was always within the scope of the order.   And

09:32:42 17  that customs may collect any duties on unliquidated

09:32:47 18  entries that were still pending for that product.

09:32:50 19    Q.   Okay.   Unliquidated entries, correct?

09:32:53 20    A.   That's correct.

09:32:54 21    Q.   And in this opinion -- let's go to the last page,

09:32:57 22  page 15 of 15 -- the Court held on -- if you look on

09:33:07 23  page 15.   Go down to the -- let's see.   Let's pull it

09:33:16 24  up.   Very last page, 15 of 15.   Let's go to the footnote

09:33:26 25  18.   And footnote 18 says that "Voluntarily

09:33:32  1   reliquidation by customs is governed by 19 USC 1501."

09:33:38  2          Are you familiar with 19 USC 1501?

09:33:41  3   A.  I am not.

09:33:42  4   Q.  You're not familiar with it.  Okay.

09:33:44  5          And customs is time barred by the relevant

09:33:47  6   version of the statute from reliquidating those entries

09:33:50  7   to include the assessment of antidumping and

09:33:53  8   countervailing duties.

09:33:54  9          Do you see that?

09:33:55  10  A.  I do see that.

09:33:56  11  Q.  In footnote 19 it says, "The parties" -- and the

09:33:59  12  parties here are Perfectus and the Government who's

09:34:02  13  sitting here, correct?

09:34:05  14  A.  Yes.

09:34:05  15  Q.  "The parties do not dispute that all the entries

09:34:08  16  were liquidated pursuant to customs ordinary practice.

09:34:13  17  To the extent that any entries have remained

09:34:15  18  unliquidated, the Government's instructions to customs

09:34:18  19  were proper."  Right?

09:34:19  20  A.  That is what it says here.

09:34:21  21  Q.  Now, if we look up into the top part of that,

09:34:40  22  paragraph beginning with "The suspension of liquidation

09:34:42  23  is moot.  The suspension of liquidation issue is moot as

09:34:51  24  it appears that Perfectus entries were liquidated

09:34:55  25  without being subject to antidumping and countervailing

09:34:58   1   duties prior to the admission of the anticircumvention

09:35:02   2   inquiry."

09:35:03   3           Do you see that.

09:35:04   4       A.  I do see that.

09:35:05   5           MR. HSIEH:  Your Honor, I will ask if there

09:35:07   6   is a question eventually with this witness.

09:35:11   7           MR. RUYAK:  I will ask that question.

09:35:12   8       Q.  It says, "Anticircumvention inquiry.  What is an

09:35:12   9   anticircumvention inquiry as you understand it as a

09:35:20  10   customs person?

09:35:21  11       A.  A anticircumvention inquiry is a different type

09:35:25  12   of scope ruling proceeding that is under the same part

09:35:28  13   of the regulation, but it is much more specific.  And it

09:35:33  14   looks at whether, for example, a product was later

09:35:38  15   developed that was never part of the scope that purely

09:35:44  16   by its physical aspect can be part of the scope today.

09:35:51  17   That's a very special type of proceeding.

09:35:53  18       Q.  Okay.  And then it says, "The parties do not

09:35:56  19   dispute that these liquidations were final."

09:35:59  20           Do you see that?

09:36:00  21       A.  I do see that.

09:36:00  22       Q.  Now, you understand when liquidation is final,

09:36:04  23   even if there is a scope ruling in the future, customs

09:36:09  24   cannot go back and collect those prior duties, correct?

09:36:14  25       A.  I do not know under which circumstances customs

09:36:17  1    may or may not go back to liquidate.  It is possible

09:36:22  2    that in a legal proceeding they may be asked to do that.

09:36:26  3    And that I believe has happened in the past.

09:36:30  4              MR. RUYAK:  That's all I have, Your Honor.

09:36:31  5              THE COURT:  Okay.

09:36:50  6              MR. LOWDER:  Thank you, Your Honor.

09:36:52  7              THE COURT:  Counsel.

09:36:38  8                        **CROSS-EXAMINATION**

          9    BY MR. LOWDER:

09:36:56  10       Q.  Good morning, Mr. Villanueva.

09:36:57  11       A.  Good morning.

09:36:59  12       Q.  Yesterday, during your direct you provided some

09:37:04  13   testimony about dumping; is that right?

09:37:05  14       A.  That's correct.

09:37:06  15       Q.  And during that testimony, you said that dumping

09:37:10  16   is confirmed with artificially low prices; is that

09:37:14  17   right?

09:37:14  18       A.  That dumping is the examination of basically

09:37:17  19   comparing of the price -- the price of a product in the

09:37:21  20   U.S. market versus the price of a foreign market or the

09:37:24  21   cost of producing that product.

09:37:26  22       Q.  So if the price in the foreign market is higher

09:37:29  23   than the price that's offered in the U.S. market, that

09:37:33  24   would be a dumping problem, correct?

09:37:36  25       A.  Yes.

09:37:36   1      Q.   If the price in the U.S. market was lower than

09:37:40   2   the cost of production in the foreign market, that would

09:37:42   3   be a dumping problem, right?

09:37:44   4      A.   Yes.

09:37:44   5      Q.   But it won't be a dumping product if the price of

09:37:48   6   product was too high?

09:37:49   7      A.   I do not understand what you mean by "too high."

09:37:51   8   I need to look at both prices to tell you whether

09:37:53   9   there's dumping.

09:37:54  10      Q.   Fair enough.  If the price that's being offered

09:37:56  11   in United States is higher than the price that's being

09:37:59  12   offered in the foreign market, that wouldn't be a

09:38:01  13   dumping problem, would it?

09:38:03  14      A.   We look at net prices.  So just because the

09:38:05  15   starting prices in both markets show that the U.S. price

09:38:09  16   is higher, after we make our adjustments pursuant to the

09:38:13  17   variance and the statute it may result in the price not

09:38:16  18   actually being higher.

09:38:17  19      Q.   But if you do your adjustment and you find out

09:38:20  20   that the price is higher, that's not a dumping problem,

09:38:24  21   right?

09:38:24  22      A.   That would show no dumping.

09:38:27  23      Q.   Now, you know --

09:38:38  24           MR. LOWDER:  Actually, can we pull up

09:38:40  25   Exhibit 203.  Sorry.  201.

09:38:45  1          THE COURT:  Has it been received?

09:38:49  2          MR. LOWDER:  201 is in evidence, Your Honor.

09:38:53  3          THE COURT:  Okay.

09:38:53  4          MR. LOWDER:  Can we look at page 3.

          5  BY MR. LOWDER:

09:38:55  6     Q.  Now, we talked about the exclusion here briefly.

09:38:58  7  In the second column I think it's the lower -- last

09:39:02  8  paragraph there.

09:39:05  9          Do you remember that testimony earlier,

09:39:07  10  Mr. Villanueva?

09:39:08  11    A.  I do remember this language.

09:39:09  12    Q.  I just want to focus you on a certain aspect of

09:39:12  13  the exclusion where -- and I'll read it to you.  It

09:39:15  14  says, "The scope also excludes finished merchandise

09:39:19  15  containing aluminum extrusions as parts that are fully

09:39:21  16  and permanently assembled and completed at the time of

09:39:24  17  entry."

09:39:25  18          Do you see that?

09:39:25  19    A.  I do see that.

09:39:26  20    Q.  And then next, it says, "Such as finished windows

09:39:31  21  with glass, doors with glass or vinyl."

09:39:34  22          Do you see that?

09:39:34  23    A.  I do.

09:39:45  24    Q.  Mr. Villanueva, do you see that language?

09:39:47  25    A.  I do.  I do see it.

09:39:49   1    Q.   And my question to you is -- well, let me say

09:39:54   2    this first.

09:39:56   3              When the scope order comes out, importers

09:40:00   4    are supposed to rely on the language that's here in the

09:40:04   5    order; is that right?

09:40:05   6    A.   When Congress publishes the order, importers can

09:40:08   7    review this document for the description of the

09:40:11   8    merchandise.  And importers would also be able to access

09:40:15   9    the instructions from customs to all the ports that

09:40:19   10   mirror this language as well.  So they can access it

09:40:22   11   various ways.

09:40:23   12   Q.   But it is this language that they are going to

09:40:26   13   rely on?

09:40:26   14   A.   It is this language.

09:40:27   15   Q.   In this language it says -- it has a nonexclusive

09:40:30   16   list of products that would fit within the exclusion; is

09:40:33   17   that right?

09:40:33   18   A.   "Such as" is an illustrative, it's examples, it's

09:40:39   19   not an exhaustive list.

09:40:42   20              MR. LOWDER:  Thank you.

09:40:43   21              No further questions, Your Honor.

09:40:44   22              THE COURT:  Redirect?

09:40:45   23              MR. HSIEH:  Yes, Your Honor.

09:40:50   24              One moment, to see if I can get the

09:40:54   25   technology to move.

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
| 09:40:47 | 1  | **REDIRECT EXAMINATION**                                  |
|          | 2  | BY MR. HSIEH:                                             |
| 09:41:20 | 3  | Q.   Good morning, Mr. Villanueva.                        |
| 09:41:21 | 4  | A.   Good morning.                                        |
| 09:41:22 | 5  | Q.   Now, Mr. Ruyak showed you a document, Defense        |
| 09:41:27 | 6  | Exhibit 1014, which was the Court of International        |
| 09:41:30 | 7  | Trades opinion; is that right?                            |
| 09:41:33 | 8  | A.   That's correct.                                      |
| 09:41:34 | 9  | Q.   And did the -- in a brief review, do you             |
| 09:41:37 | 10 | understand that the Court of International Trade found    |
| 09:41:40 | 11 | that the aluminum extrusions in the form of pallets were  |
| 09:41:44 | 12 | within the scope of the orders?                           |
| 09:41:46 | 13 | A.   Yes.   The decision is summarized on page 1.         |
| 09:41:49 | 14 | Q.   Now, I want to show on the doc cam to the            |
| 09:41:52 | 15 | witness, which defense counsel showed, page 15 of that    |
| 09:42:05 | 16 | order.                                                    |
| 09:42:06 | 17 | THE COURT:   Just the witness?                            |
| 09:42:08 | 18 | MR. HSIEH:   No.   To the jury as well.                   |
| 09:42:17 | 19 | THE CLERK:   Sorry.   Was that moved into                 |
| 09:42:19 | 20 | evidence?                                                 |
| 09:42:20 | 21 | MR. HSIEH:   Yes.   By defense on his                     |
| 09:42:22 | 22 | cross-examination.                                        |
| 09:42:23 | 23 | THE COURT:   Okay.                                        |
|          | 24 | BY MR. HSIEH:                                             |
| 09:42:26 | 25 | Q.   What did the conclusion say in part 1 that I'm       |

09:42:29   1   highlighting now?

09:42:32   2       A.   That "the plain meaning of the unambiguous

09:42:37   3   language of the orders includes the merchandise at

09:42:41   4   issue."

09:42:45   5       Q.   What about the second point highlighted?

09:42:51   6       A.   "And the finished merchandise exclusion does not

09:42:55   7   cover the products at issue because they consist

09:42:59   8   entirely of aluminum extrusions without initiating a

09:43:03   9   formal scope inquiry.   Commerce's determination is

09:43:07   10  sustained."

09:43:11   11      Q.   Now, Mr. Ruyak showed you Exhibit 1008 regarding

09:43:16   12  a kits exception.

09:43:18   13           The scope rulings that we discussed

09:43:20   14  yesterday, did those have to deal with the kit exception

09:43:25   15  that AD/CVD orders?

09:43:26   16      A.   That's my understanding.

09:43:28   17      Q.   Or excuse me, did they deal with the finished

09:43:30   18  merchandise exception or the kits?

09:43:31   19      A.   The kits, not the finished merchandise.

09:43:33   20      Q.   That's Mr. Ruyak's order that he showed you; is

09:43:35   21  that right?

09:43:35   22      A.   That's correct.

09:43:36   23      Q.   What about the pallets at issue here?   Were those

09:43:39   24  under the kits exception?

09:43:40   25      A.   No.   The pallets at issue here are whether first

09:43:42  1    the aluminum extrusions is covered by the scope.  And

09:43:46  2    secondly, if they are, whether the exclusion on finished

09:43:49  3    merchandise applies to that product.

09:43:56  4        Q.  Now yesterday we reviewed preliminary scope

09:44:02  5    determination -- excuse me, a preliminary AD/CVD

09:44:04  6    determination.

09:44:06  7               Now, before I get to that, Mr. Ruyak showed

09:44:24  8    you a Website with what he purported to show would be a

09:44:28  9    lot of different requests for scope rulings relating to

09:44:32  10   the AD/CVD orders.

09:44:33  11              To your understanding, were there any other

09:44:36  12   scope ruling requests regarding the pallets besides the

09:44:40  13   two that we reviewed yesterday?

09:44:42  14       A.  Not to my knowledge.

09:44:43  15       Q.  Now, I would like to bring up -- Mr. Ruyak asked

09:44:50  16   you about the finished merchandise exception.  I would

09:44:53  17   like to bring up Exhibit 242, page 2.

09:45:09  18              MR. HSIEH:  And to show the witness, please.

09:45:25  19   Can you publish to the jury please, Ms. Williams?

09:45:30  20              THE COURT:  It's not on the screen, counsel.

09:45:43  21              There you go.

09:45:46  22   BY MR. HSIEH:

09:45:47  23       Q.  Now, Senior Director Villanueva, this is one of

09:45:51  24   the preliminary AD/CVD orders.

09:46:02  25              What does this note, the highlighted

09:46:04  1    portion, regarding the aluminum extrusions?

09:46:08  2        A.   It is part of the definition of the finished

09:46:11  3    merchandise exclusion.  And it says that merchandise

09:46:16  4    containing aluminum extrusions as parts are part of that

09:46:20  5    definition.

09:46:22  6        Q.   Now, what example does it give with finished

09:46:25  7    windows?  Is there another element?

09:46:28  8        A.   Yes.  One of the examples listed there is "such

09:46:31  9    as finished windows with glass."

09:46:34  10       Q.   What about the word "doors" in this preliminary

09:46:37  11   determination; is there anything else with the word

09:46:40  12   "doors"?

09:46:41  13       A.   No.

09:46:42  14            MR. HSIEH:  Leaving up Government's

09:46:44  15   Exhibit 242, can you also bring up side-by-side

09:46:47  16   Government's Exhibit 200, page 3, which has already been

09:46:51  17   admitted into evidence.

09:47:23  18            So now I have Exhibit 242 on the top.  200

09:47:28  19   on the bottom, which is a finished -- or the final scope

09:47:32  20   determination.

09:47:54  21            Now, for the final determination, which is

09:47:56  22   on the bottom of page 3 of Government Exhibit 200, is

09:48:00  23   the word "as parts" still in the finished merchandise

09:48:06  24   exception?

09:48:06  25       A.   Yes, it is.

09:48:06  1    Q.   Now, is the "windows with glass" still in the
09:48:08  2  final determination?
09:48:10  3    A.   Yes, it is.
09:48:12  4    Q.   Now, is the second portion, "just doors" in the
09:48:17  5  final determination?
09:48:18  6    A.   No.   In the second one there's further
09:48:22  7  information, "doors with glass or vinyl."
09:48:26  8    Q.   And was the second decision in May 2011?
09:48:31  9    A.   Yes.
09:48:32 10    Q.   And in the final decision, does it say "picture
09:48:35 11  frames with glass"?
09:48:36 12    A.   Yes, it does.
09:48:42 13    Q.   Now, in your review of the scope rulings, in
09:49:04 14  either scope ruling did it say the text of the AD/CVD
09:49:08 15  orders were ambiguous?
09:49:10 16    A.   No.
09:49:11 17    Q.   In either of the scope rulings, did it say the
09:49:14 18  text of the orders were vague?
09:49:16 19    A.   No.
09:49:17 20    Q.   And what was the ultimate conclusion of the scope
09:49:24 21  orders regarding defendant's 6 series aluminum pallets
09:49:28 22  that were made from 6 series cut to length aluminum
09:49:31 23  extrusions?
09:49:32 24    A.   The ultimate conclusion was that the aluminum
09:49:35 25  extrusions was subject to the order, and that the

09:49:39   1   exclusion of finished merchandise did not apply to

09:49:44   2   aluminum pallets.

09:49:46   3       Q.   And Mr. Villanueva, just generally speaking, do

09:49:48   4   you understand that we are in a criminal proceeding

09:49:51   5   today?

09:49:52   6       A.   I do.

09:49:53   7       Q.   And when Mr. Ruyak asked you about liquidation or

09:49:57   8   pointed to this order, is it your understanding that's

09:50:00   9   not a criminal matter?

09:50:01   10      A.   That's my understanding.

09:50:04   11      Q.   No further -- and who initiated those two scope

09:50:16   12   ruling requests yesterday?

09:50:17   13      A.   Commerce initiated them based on requests from

09:50:21   14   the American Fair Trade Committee, the petitioner.

09:50:25   15      Q.   And those were the only two scope ruling requests

09:50:28   16   you saw regarding defendants' aluminum extrusions cut to

09:50:32   17   length, welded in the form of a pallet?

09:50:36   18      A.   Yes.   Only those two.

09:50:37   19      Q.   So China Zhongwang never requested a scope ruling

09:50:41   20   request?

09:50:41   21      A.   No.

09:50:41   22      Q.   Perfectus never requested a scope ruling request?

09:50:44   23      A.   No.

09:50:45   24           MR. HSIEH:   No further questions at this

09:50:46   25   time.

09:50:47    1          THE COURT:  Any recross in that area?

09:50:54    2                **RECROSS-EXAMINATION**

            3    BY MR. RUYAK:

09:51:01    4       Q.  Mr. Villanueva, is glass made out of nonextruded

09:51:06    5    aluminum?

09:51:08    6       A.  I am not a glass expert.  I cannot answer that.

09:51:12    7       Q.  Thank you.

09:51:16    8          THE COURT:  Counsel.

09:51:22    9                **RECROSS-EXAMINATION**

09:51:27   10    BY MR. LOWDER:

09:51:31   11       Q.  Mr. Villanueva, the progression that we have here

09:51:37   12    for the AD/CVD order is that we had a may 2011 order; is

09:51:45   13    that right?

09:51:45   14       A.  The orders were effective on May 2011.

09:51:49   15       Q.  As you said before, the language that appears in

09:51:51   16    that order is what the importer and the public is to

09:51:55   17    rely on, correct?

09:51:56   18       A.  Correct.

09:51:57   19       Q.  It wasn't until March, as we are dealing with the

09:52:01   20    series 6 aluminum, it wasn't until March of 2017 that

09:52:04   21    there was actually a scope ruling clarifying what that

09:52:08   22    language meant, correct?

09:52:10   23       A.  For which series?

09:52:12   24       Q.  For the 6 series?

09:52:13   25          MR. HSIEH:  Objection, to the word

09:52:14  1    "clarification."

09:52:15  2                THE COURT:  Overruled.

09:52:16  3                THE WITNESS:  Can you repeat the question.

          4    BY MR. LOWDER:

09:52:18  5        Q.   Yes.  It wasn't until March of 2017 that there

09:52:21  6    was a scope ruling on the series 6 aluminum clarifying

09:52:25  7    the language in the 2011 order.

09:52:27  8                THE COURT:  I am going to sustain the

09:52:29  9    objection as to the word "clarifying."

09:52:30  10               But there wasn't a scope ruling on that

09:52:31  11   issue until 2017?

09:52:34  12               THE WITNESS:  It was in 2017.  I don't think

09:52:36  13   it was March of 2017.

          14   BY MR. LOWDER:

09:52:42  15       Q.   June 2017?

09:52:43  16       A.   June 2017.

09:52:46  17       Q.   June 2017 we got a scope ruling for the language

09:52:49  18   in the 2011 order; is that correct?

09:52:52  19       A.   That's correct.

09:52:53  20       Q.   Advising the public of what commerce determined

09:52:56  21   was within the scope of a 2011 order, correct?

09:53:00  22       A.   It was a decision addressing the petitioner's

09:53:04  23   request that we clarify whether the aluminum pallets

09:53:06  24   from this producer exporter were subject to duties.  The

09:53:10  25   public may also view that decision and use it to inform

09:53:15   1    their activity.

09:53:16   2        Q.   It was a clarification as what was requested,

09:53:20   3    right?

09:53:20   4        A.   It is not a clarification.  It is a -- it is

09:53:25   5    commerce's decision on the request that we issue a

09:53:28   6    ruling.

09:53:29   7        Q.   And then in 2019, the ITC -- and we just

09:53:34   8    discussed it -- made a final determination on that

09:53:37   9    ruling, correct?

09:53:37   10       A.   In 2019 July.

09:53:39   11       Q.   We have this process for a reason, right?

09:53:44   12       A.   There -- what is the question exactly?

09:53:47   13       Q.   There's a process where there's an order.  You

09:53:49   14   can request the scope ruling.  The ITC can make a

09:53:53   15   determination for a reason, correct?

09:53:55   16       A.   The reason is there is an appeals reason.  A

09:53:57   17   party who does not agree with our ruling may have the

09:54:01   18   opportunity to appeal it to a Court.

09:54:04   19       Q.   But the scope ruling, however, though, that's --

09:54:06   20   before there's an ITC ruling for an appeal, that's a

09:54:11   21   petitioner who can seek a ruling from the Court about

09:54:12   22   what actually was in within the scope, correct?

09:54:14   23       A.   Yes.  Any party can ask us to issue a ruling.

09:54:18   24       Q.   Because people don't always understand what's

09:54:20   25   actually within or outside the scope of a ruling,

| | | |
|---|---|---|
| 09:54:22 | 1 | correct -- of an order, excuse me. |
| 09:54:23 | 2 | MR. HSIEH:  Objection.  Speculation. |
| 09:54:24 | 3 | THE COURT:  Sustained. |
| | 4 | BY MR. LOWDER: |
| 09:54:28 | 5 | Q.  Mr. Villanueva, if the language in -- for your |
| 09:54:32 | 6 | expertise, if the language in commerce orders was always |
| 09:54:37 | 7 | clear, why is there a need for scope rulings? |
| 09:54:40 | 8 | MR. HSIEH:  Objection.  Outside the scope of |
| 09:54:42 | 9 | redirect. |
| 09:54:43 | 10 | THE COURT:  Sustained. |
| 09:54:43 | 11 | You're not the one that sets up the process |
| 09:54:45 | 12 | or initiated the process or why the process is in |
| 09:54:49 | 13 | existence; is that correct? |
| 09:54:51 | 14 | THE WITNESS:  That's correct. |
| 09:54:51 | 15 | THE COURT:  Okay.  Sustained. |
| 09:55:03 | 16 | MR. LOWDER:  No further questions, Your |
| 09:55:05 | 17 | Honor. |
| 09:55:05 | 18 | THE COURT:  You may step down. |
| 09:55:10 | 19 | May this witness be excused, Counsel? |
| 09:55:14 | 20 | MR. HSIEH:  Yes, from the Government's |
| 09:55:18 | 21 | perspective, Your Honor. |
| 09:55:18 | 22 | MR. RUYAK:  No objection. |
| 09:55:20 | 23 | THE COURT:  You're free to go.  Thank you |
| 09:55:23 | 24 | for coming in, sir. |
| 09:55:24 | 25 | Next witness. |

09:55:27   1                  MR. BERNSTEIN:  Government calls Oliver Chi.

09:55:57   2                  THE CLERK:  Good morning.  Stand right here

09:55:59   3   to be sworn.

09:56:03   4                  Do you solemnly swear the testimony that you

           5   are about to give in the matter now before the Court

           6   shall be the truth, the whole truth and nothing but the

           7   truth so help you God.

           8                  THE WITNESS:  I do.

           9                  THE CLERK:  Please be seated.

          10                  Would you please state and spell your full

09:56:22  11   name for the record.

09:56:22  12                  THE WITNESS:  Certainly.  My name is Oliver

09:56:27  13   Chi.  O-l-i-v-e-r.  Last name Chi, spelled C-h-i.

09:56:34  14                  THE COURT:  You may inquire.

          15                  **DIRECT EXAMINATION**

          16   BY MR. BERNSTEIN:

09:56:36  17   Q.  Good morning, Mr. Chi.  What do you do?

09:56:38  18   A.  I currently serve as the city manager for the

09:56:42  19   City of Huntington Beach.

09:56:43  20   Q.  Back in 2013 and 2014 -- well, sorry, 2013, what

09:56:48  21   did you do then?

09:56:49  22   A.  At that time I was the assistant city manager for

09:56:51  23   the City of Barstow.

09:56:53  24   Q.  That's Barstow, California?

09:56:56  25   A.  Barstow, California.

09:56:57  1      Q.   When did you get that job as Barstow assistant
09:57:01  2   city manager?
09:57:02  3      A.   A few years before that.  And I believe it was
09:57:05  4   2009 or '10.  I apologize.  It was a while ago.
09:57:11  5      Q.   And when did you leave the City of Barstow as
09:57:15  6   assistant city manager?
09:57:16  7      A.   In late 2014 when I took a position as the city
09:57:21  8   manager for the City of Monrovia.
09:57:24  9      Q.   And now you're at Huntington?
09:57:26 10      A.   Now, I'm in Huntington Beach.
09:57:28 11      Q.   Okay.  Back in 2013 specifically, in sort of
09:57:37 12   30 seconds or so, what kind of responsibilities did you
09:57:40 13   have as the assistant city manager of Barstow?
09:57:45 14      A.   I was responsible for a variety of the city's
09:57:47 15   operations.  I had some internal services that I was
09:57:51 16   responsible for, including the human resources operation
09:57:54 17   and the city's budget function.  I was also responsible
09:57:57 18   for the public works department, community development
09:58:01 19   operations.  That would be planning and building.  And
09:58:04 20   one of the things I dabbled in also was running the
09:58:08 21   city's economic development function.
09:58:09 22      Q.   And we'll talk about the economic development.
09:58:13 23   But, again, in sort of 30 seconds, can you describe
09:58:17 24   Barstow, California for us:  Where is it?  What the
09:58:20 25   population is, et cetera.

09:58:21   1      A.   Certainly.   It's a terrific community located

09:58:24   2   about halfway between L.A. and Las Vegas in San

09:58:30   3   Bernardino County.   It's a population of about 25- to

09:58:33   4   30,000 people.   It's fairly rural.   The area is fairly

09:58:40   5   economically depressed.   There was always a lot focus on

09:58:43   6   trying to develop a broader job base, if you will.

09:58:47   7      Q.   And in 2013, did you have occasion to meet the

09:58:52   8   chief executive officer for the defendants Scuderia

09:58:59   9   Development, LLC?

09:59:00  10      A.   I did.

09:59:00  11      Q.   What was that individual's name?

09:59:01  12      A.   His name was Eric Shen.

09:59:05  13      Q.   And under what circumstances did you meet the CEO

09:59:11  14   of defendant Scuderia Development?

09:59:14  15      A.   It was fairly unexpected.   One day I had a call

09:59:19  16   indicating that the CEO of Scuderia Development wanted

09:59:23  17   to talk with an individual at the city responsible for

09:59:28  18   economic development activities.

09:59:30  19            So I went into a conference room, met Eric.

09:59:34  20   He described a potential project he wanted to --

09:59:37  21            MR. LOWDER:   Objection.   Hearsay.

09:59:40  22            MR. BERNSTEIN:   Your Honor, it's the CEO of

09:59:41  23   the defendant.

09:59:41  24            THE COURT:   I'm sorry.

09:59:42  25            MR. BERNSTEIN:   It's the CEO of the

09:59:44   1   defendant.

09:59:44   2                   THE COURT:  Overruled.  He's correct,

09:59:45   3   Counsel.  Overruled.

09:59:49   4                   THE WITNESS:  Came into the conference room

09:59:51   5   where Mr. Shen presented a possible project on a piece

09:59:55   6   of property he represented that he owned.

           7   BY MR. BERNSTEIN:

10:00:00   8      Q.  And before we get into the project itself, did --

10:00:07   9   just so we're clear about who we're talking to, when you

10:00:10  10   talk about Eric Shen, can you refer to him as Mr. Shen?

10:00:13  11      A.  Certainly.  In case there are other Erics out

10:00:16  12   there.

10:00:16  13                   THE COURT:  Counsel, he will refer to him a

10:00:18  14   little later because we are going to take a 15-minute

10:00:21  15   break.

14:49:18  16                   Ladies and gentlemen, remember the

14:49:22  17   admonishment not to discuss the case among yourselves,

14:49:25  18   or with anybody else or form or express any opinions

14:49:28  19   about the matter until it's submitted to you and you

14:49:30  20   retire to the jury room.

10:00:28  21                   See you back in 15 minutes.

10:16:06  22                   (BREAK TAKEN.)

10:18:54  23                   THE COURT:  Counsel, you may inquire.

          24   BY MR. BERNSTEIN:

10:18:59  25      Q.  Mr. Chi, we were at the point where you said that

| | | |
|---|---|---|
| 10:19:00 | 1 | the chief executive officer of defendants Scuderia |
| 10:19:03 | 2 | Development contacted the -- the City of Barstow. |
| 10:19:10 | 3 | And I think you testified that a meeting was |
| 10:19:14 | 4 | set up. |
| 10:19:15 | 5 | A.   Correct.   The only nuance to that, Mr. Shen |
| 10:19:20 | 6 | actually arrived unannounced at city hall the first time |
| 10:19:24 | 7 | that I met him and requested to speak with somebody |
| 10:19:27 | 8 | running the economic development operation.   That was |
| 10:19:30 | 9 | the first interaction I had with him at that point in |
| 10:19:35 | 10 | time. |
| 10:19:35 | 11 | Q.   Just in case it wasn't clear, the time frame of |
| 10:19:38 | 12 | this was what year? |
| 10:19:38 | 13 | A.   2013. |
| 10:19:40 | 14 | Q.   We'll get into that -- and you said it was about |
| 10:19:42 | 15 | a project.   We will get into the specifics of it. |
| 10:19:45 | 16 | But just generally first, Mr. Shen, what did |
| 10:19:48 | 17 | he say this proposal was? |
| 10:19:51 | 18 | MR. LOWDER:   Objection.   Hearsay. |
| 10:19:53 | 19 | THE COURT:   Overruled. |
| 10:19:57 | 20 | MR. RUYAK:   Your Honor, he is not an |
| | 21 | employee of -- |
| | 22 | THE REPORTER:   I'm sorry.   I can't hear you. |
| 10:19:58 | 23 | MR. RUYAK:   Objection.   Perfectus, he is |
| 10:19:59 | 24 | not -- |
| 10:20:00 | 25 | THE COURT:   So you wanted -- you're asking |

| | | |
|---|---|---|
| 10:20:02 | 1 | that it be limited not to your client? |
| 10:20:03 | 2 | MR. RUYAK:  Yes. |
| 10:20:04 | 3 | MR. LOWDER:  Your Honor, there was also |
| 10:20:06 | 4 | three of the four clients we represent Mr. -- |
| 10:20:08 | 5 | THE COURT:  Is this only being offered as to |
| 10:20:10 | 6 | one? |
| 10:20:11 | 7 | MR. BERNSTEIN:  No, Your Honor.  We saw |
| 10:20:12 | 8 | evidence that Mr. Shen was also the chief exec -- or |
| 10:20:14 | 9 | general manager, the CEO, of all four warehouse |
| 10:20:18 | 10 | defendants. |
| 10:20:18 | 11 | THE COURT:  You're only offering as to the |
| 10:20:20 | 12 | warehouse defendants? |
| 10:20:21 | 13 | MR. BERNSTEIN:  That's fine, Your Honor. |
| 10:20:23 | 14 | THE COURT:  Okay. |
| 10:20:25 | 15 | Ladies and gentlemen, I told you in the |
| 10:20:27 | 16 | beginning of trial, sometimes evidence is limited.  We |
| 10:20:31 | 17 | have six different defendants.  This is only being |
| 10:20:33 | 18 | offered as to the four defendants, the warehouse |
| 10:20:36 | 19 | defendants.  And it's not to be considered in any way |
| 10:20:39 | 20 | towards the other two defendants.  Okay? |
| 10:20:42 | 21 | Go ahead.  Counsel. |
| 10:20:49 | 22 | BY MR. BERNSTEIN: |
| 10:20:50 | 23 | Q.  Okay.  Eric Shen, this proposal he had, generally |
| 10:20:56 | 24 | speaking, what was it? |
| 10:20:57 | 25 | A.  The proposal was to build a secondary aluminum |

| | | |
|---|---|---|
| 10:21:02 | 1 | processing facility in Barstow.  He owned a piece of |
| 10:21:06 | 2 | property that would serve as sort of the cornerstone of |
| 10:21:09 | 3 | the proposed project. |
| 10:21:12 | 4 | Mr. Shen indicated he had some fairly |
| 10:21:15 | 5 | extensive experience in the aluminum production industry |
| 10:21:18 | 6 | and that he felt he could deliver this project if the |
| 10:21:21 | 7 | city would be a willing partner. |
| 10:21:26 | 8 | Q.  Okay. |
| 10:21:30 | 9 | MR. BERNSTEIN:  Now, I want to show you |
| 10:21:32 | 10 | Exhibits 350, just the witness only. |
| 10:21:58 | 11 | Q.  Sir, do you have that in front of you? |
| 10:22:00 | 12 | A.  I do. |
| 10:22:01 | 13 | Q.  And is this a public record kept by the City of |
| 10:22:06 | 14 | Barstow? |
| 10:22:07 | 15 | A.  It is. |
| 10:22:07 | 16 | Q.  Is it a true and accurate copy of that public |
| 10:22:09 | 17 | record? |
| 10:22:10 | 18 | A.  Appears to be so, yes. |
| 10:22:12 | 19 | Q.  And what is this document? |
| 10:22:14 | 20 | A.  It's a staff report that I wrote back in 2014, it |
| 10:22:21 | 21 | appears, related to a potential negotiating agreement |
| 10:22:24 | 22 | with Scuderia Development. |
| 10:22:27 | 23 | MR. BERNSTEIN:  Your Honor, the Government |
| 10:22:29 | 24 | moves to admit against all six defendants Exhibit 350. |
| 10:22:34 | 25 | THE COURT:  Against all six? |

| | | |
|---|---|---|
| 10:22:35 | 1 | MR. BERNSTEIN:  Yes, Your Honor. |
| 10:22:37 | 2 | THE COURT:  Under the conspiracy theory? |
| 10:22:39 | 3 | MR. BERNSTEIN:  Yes, Your Honor.  Under |
| 10:22:40 | 4 | 81(D)(2) and public records, Your Honor. |
| 10:22:43 | 5 | THE COURT:  It will be received. |
| 10:22:46 | 6 | BY MR. BERNSTEIN: |
| 10:22:46 | 7 | Q.  Okay.  I'm going to -- we're having technical |
| 10:22:50 | 8 | issues.  So I will do my best to go back and forth. |
| 10:22:57 | 9 | But starting with the document itself, do we |
| 10:23:01 | 10 | see City of Barstow at the top? |
| 10:23:05 | 11 | A.  Yes. |
| 10:23:05 | 12 | Q.  And your name right here? |
| 10:23:08 | 13 | A.  Correct. |
| 10:23:08 | 14 | Q.  And it says "Report"? |
| 10:23:10 | 15 | A.  Correct. |
| 10:23:11 | 16 | Q.  What does that say? |
| 10:23:13 | 17 | A.  It reads, "Agenda item." |
| 10:23:16 | 18 | Q.  In just a few seconds, can you explain what this |
| 10:23:19 | 19 | report is, what it's documenting? |
| 10:23:23 | 20 | A.  Certainly.  In order for a city to move forward |
| 10:23:26 | 21 | engaging any type of formal action, what typically |
| 10:23:30 | 22 | happens is the staff will prepare a report on the |
| 10:23:32 | 23 | requested approvals from the governing body, in this |
| 10:23:37 | 24 | instance, the city council. |
| 10:23:38 | 25 | This particular agenda item related to |

10:23:41  1   negotiating agreement that we have been working to

10:23:44  2   develop -- that Mr. Shen and I worked to develop to bind

10:23:47  3   the city and Scuderia Development together as we tried

10:23:52  4   to pursue the development of a secondary aluminum

10:23:54  5   production facility in Barstow.

10:23:57  6       Q.   And when you say Mr. Shen, you mean in his

10:24:00  7   capacity, to your understanding, as the CEO of Scuderia?

10:24:05  8       A.   Correct.

10:24:05  9       Q.   If we zoom in at the top, is the -- the name

10:24:15  10  Scuderia documented here?

10:24:17  11      A.   It is.

10:24:18  12      Q.   And the second full paragraph of the agenda item

10:24:26  13  under "Discussion", does that document the size of the

10:24:32  14  plant facility?

10:24:33  15      A.   It does.

10:24:34  16      Q.   And the proposed facility was what size?

10:24:40  17      A.   It was proposed to be built on, as the report

10:24:43  18  states, an estimated 2.95 million square feet.  It was

10:24:49  19  going to be to construct an estimated 2.95 million

10:24:53  20  square-foot, state-of-the-art, secondary aluminum

10:24:56  21  manufacturing facility.

10:24:57  22      Q.   The -- the -- and the secondary aluminum

10:25:04  23  manufacturing's memorialized here?

10:25:06  24      A.   Yes, it is.  I can read that.  "Which would have

10:25:07  25  cast house, rolling mill and extrusion mill

10:25:10  1   capabilities."

10:25:12  2     Q.   How much aluminum every year was this facility

10:25:18  3   proposed to process?

10:25:20  4     A.   It was being designed with the production

10:25:22  5   capacity of 1 million metric tons of processed aluminum

10:25:28  6   per year.  And the net result of that would be to

10:25:30  7   deliver a net volume of 600,000 metric tons of processed

10:25:36  8   aluminum annually.

10:25:37  9     Q.   If you know, what is a metric ton?

10:25:40  10     A.   A lot of aluminum.

10:25:42  11     Q.   You don't know the actual number?

10:25:44  12     A.   No, I don't.  It is a large number though.

10:25:46  13     Q.   And what's your understanding of what a secondary

10:25:53  14   aluminum facility would do?

10:25:57  15     A.   Would take unprocessed aluminum alloy and process

10:26:03  16   it to create a product.

10:26:06  17     Q.   And was it described to you how that processing

10:26:13  18   would be done?

10:26:15  19     A.   That aluminum alloys would be manipulated by

10:26:23  20   metallurgists and staff that the company would employ.

10:26:26  21        The metal would be melted down.  And then it

10:26:30  22   would either be extruded -- like you would extrude

10:26:35  23   noodles to make certain types of aluminum product.  Or

10:26:37  24   it would be rolled, which is a more complicated form of

10:26:40  25   aluminum production, to build things like car frames,

10:26:44  1   airplane wings, things like that.

10:26:47  2       Q.   Now, I'm on the second full paragraph under

10:26:53  3   discussion of Exhibit 350, page 1.

10:26:54  4            And does this state "The proposed capital

10:26:59  5   investment of this secondary aluminum facility that

10:27:05  6   Mr. Shen proposed for Barstow, California?

10:27:09  7       A.   It does, yes.   And I can read this if you'd like.

10:27:14  8   It states, overall, the project will require an

10:27:17  9   estimated capital investment of around $1.5 billion and

10:27:21 10   will create a minimum of 2,000 highly skilled

10:27:24 11   manufacturing jobs in Barstow.

10:27:28 12       Q.   And what is the -- we saw that the size of the

10:27:33 13   factory itself would be 2.95 million square feet.   But

10:27:37 14   what about the whole property?   Is that reflected on --

10:27:41 15   in paragraph 3 of Exhibit 350?

10:27:43 16       A.   Yeah.   It is reflected here in this.   I can read

10:27:46 17   this also.   "That a new manufacturing facility is

10:27:49 18   proposed to be located on 964.757 acres of vacant land

10:27:54 19   located south of the now shuttered Sun and Sky Country

10:28:00 20   Club Golf Course.   It's important to note that Scuderia

10:28:03 21   currently own 258.72 acres of the property located

10:28:08 22   within the proposed project site."

10:28:17 23       Q.   And I want to go to page 2.   Does this -- you

10:28:36 24   don't have to read them.   But does this memorialize some

10:28:40 25   of the initial agreements between the City of Barstow

| | | |
|---|---|---|
| 10:28:45 | 1 | and Scuderia? |
| 10:28:47 | 2 | A.  It does. |
| 10:28:48 | 3 | MR. RUYAK:  Objection.  Leading. |
| 10:28:50 | 4 | THE COURT:  Sustained. |
| 10:28:52 | 5 | BY MR. BERNSTEIN: |
| 10:28:52 | 6 | Q.  Okay.  What does this document show, Mr. Chi? |
| 10:28:54 | 7 | A.  In a typical development deal, where there is a |
| 10:28:57 | 8 | city involvement, typically there's two steps to it. |
| 10:29:01 | 9 | Initially you negotiate with the development partner, |
| 10:29:05 | 10 | what's known as an exclusive negotiating agreement.  It |
| 10:29:09 | 11 | binds the two parties, the city, and in this instance, |
| 10:29:13 | 12 | Scuderia, to certain negotiating parameters as we work |
| 10:29:17 | 13 | towards what we typically in our industry call a |
| 10:29:19 | 14 | disposition and development agreement or DDA. |
| 10:29:22 | 15 | So in the initial ENA it's basically saying, |
| 10:29:25 | 16 | Hey, we want to date, if you will, and try to see if we |
| 10:29:27 | 17 | can consummate a marriage.  The marriage would be |
| 10:29:31 | 18 | effectuated through a second agreement known as the DDA |
| 10:29:34 | 19 | document. |
| 10:29:35 | 20 | So what we were trying to do here in this |
| 10:29:36 | 21 | particular first step was establish broad parameters to |
| 10:29:42 | 22 | have the city and Scuderia would approach the |
| 10:29:44 | 23 | negotiations process as we worked towards a development |
| 10:29:47 | 24 | agreement.  And it laid out certain terms and conditions |
| 10:29:50 | 25 | that the city would have to meet, and also that Scuderia |

10:29:52   1    would have to meet.

10:29:54   2        Q.   Okay.  And on page 3 -- you don't have to read

10:30:02   3    word for word, does this reflect the -- the 1.5 billion,

10:30:06   4    the cost that City of Barstow would put in?

10:30:10   5        A.   Yes.

10:30:11   6        Q.   Okay.

10:30:12   7        A.   That was part of the initial discussions.  There

10:30:14   8    was a desire on the part of the Scuderia and the project

10:30:19   9    backers for Scuderia that the city develop a lot of the

10:30:23   10   base preliminary infrastructure to facilitate the

10:30:28   11   aluminum production facility.

10:30:34   12       Q.   Now, this project, was this a small or large

10:30:38   13   project for Scuderia?

10:30:39   14       A.   For Scuderia?

10:30:43   15       Q.   Sorry.  For the City of Barstow?

10:30:44   16       A.   For the City of Barstow it was a massive project.

10:30:49   17   A one and a half billion dollar investment is large no

10:30:55   18   matter what context you put it in.

10:30:56   19            But for a community like Barstow that was

10:30:59   20   really economically distressed, there was a sense this

10:31:01   21   was a potential turning point for the community to make

10:31:05   22   some advances and really establish itself with a more

10:31:09   23   definitive economic identity.

10:31:11   24       Q.   And you said, you joined Barstow in 2009, 2010?

10:31:18   25       A.   Correct.

10:31:18  1    Q.   You to that point in your career, had you ever
10:31:22  2  worked on a project of that size?
10:31:24  3    A.   No.   I worked on lots of large scale deals worth
10:31:28  4  tens or hundreds of millions of dollars in prior
10:31:32  5  jurisdictions but never a deal that was north of a
10:31:34  6  billion dollars.
10:31:38  7    Q.   Now, when you were having these negotiations with
10:31:44  8  the chief executive officer of Scuderia, Eric Shen,
10:31:49  9  did -- was it ever discussed where the -- the aluminum
10:31:55 10  that was going to be processed would come from?
10:31:57 11    A.   Yes.   We did have discussions on the overall
10:32:02 12  supply chain for the project.
10:32:04 13    Q.   And what, if anything, did Mr. Shen say about the
10:32:10 14  source of the aluminum that would go into the melting
10:32:14 15  facility in Barstow?
10:32:18 16            MR. LOWDER:   Objection, Your Honor.
10:32:21 17            THE COURT:   Overruled.
10:32:23 18            MR. LOWDER:   Can we have a continuing
10:32:24 19  objection?
10:32:25 20            THE COURT:   Yes.
10:32:26 21            THE WITNESS:   There were a couple of
10:32:28 22  different sources of the aluminum that Mr. Shen shared
10:32:31 23  where he would be sourcing aluminum from.
10:32:33 24            He identified that part of his background in
10:32:36 25  the aluminum industry, he built the series of large

10:32:39 1   scale warehouses located throughout San Bernardino

10:32:43 2   County in the Inland Empire of -- what we consider to be

10:32:47 3   the Inland Empire.

10:32:49 4          In those facilities he had stores of

10:32:52 5   aluminum pallets that would be brought to this facility

10:32:54 6   for processing.  He also referenced that they had access

10:32:58 7   to aluminum from a facility that they had -- he had

10:33:02 8   recently constructed in Mexico.  And that the financial

10:33:09 9   backers for the project had access to additional

10:33:14 10  aluminum stores that would be used in this facility.

11  BY MR. BERNSTEIN:

10:33:26 12      Q.  Okay.  And just to clarify one thing, you

10:33:32 13  testified the output was supposed to be 600 metric tons?

10:33:36 14      A.  Correct.

10:33:37 15      Q.  And the input -- can you clarify what you mean

10:33:42 16  with reference to the aluminum pallets in the

10:33:45 17  warehouses, what is the input, the 1 million metric

10:33:48 18  tons?

10:33:48 19      A.  The facility was going to be scaled in size so

10:33:51 20  that annually 1 million metric tons of aluminum could be

10:33:56 21  run through the facility.  But then as that aluminum was

10:34:00 22  being shaped and processed into whatever it was, that it

10:34:02 23  would eventually be sold as a consumer good.  The output

10:34:07 24  would be 600,000 metric tons of aluminum that they would

10:34:11 25  be able to mold into something that could be sold.

10:34:14   1        Q.   So the output is the extruded?

10:34:16   2        A.   Either the extrusion or the rolled aluminum.

10:34:20   3        Q.   These warehouses of aluminum pallets that

10:34:24   4   Mr. Shen mentioned, did he say how many there were?

10:34:27   5        A.   He did.  And provided the city with a portfolio

10:34:33   6   of warehouses he had constructed.  I believe there were

10:34:37   7   three or four that he shared with us that he had access

10:34:42   8   to which contained the aluminum in question.

10:34:45   9        Q.   Other than using the pallets in the warehouses --

10:34:47  10   and you mentioned a facility in Mexico, did Mr. Shen, to

10:34:51  11   your memory, mention any other source or primary source

10:34:56  12   of aluminum?

10:34:59  13        A.   He did.  He had shared that one of his primary

10:35:03  14   financial backers for this effort was an individual

10:35:09  15   named Zhongtian who was the chairman of a publicly

10:35:13  16   traded company called China Zhongwang which was one of

10:35:17  17   the largest aluminum production companies in the world.

10:35:21  18             Mr. Shen indicated he helped Mr. Liu,

10:35:27  19   Zhongtian Liu take the company public.  But that through

10:35:30  20   that public vetting process of going public, Mr. Liu had

10:35:34  21   only put 25 percent of the aluminum assets he controlled

10:35:38  22   into the public company and that he retained 75 percent

10:35:41  23   privately, and that this was in a project that Mr. Liu

10:35:44  24   wanted to pursue, to assist with, and assert his private

10:35:50  25   development interests.

10:35:51  1    Q.  I want to talk about Zhongtian Liu.  Was there a

10:36:00  2  meeting sometime in 2013 that related to this Barstow

10:36:03  3  project?

10:36:03  4    A.  I met with Mr. Liu once in either late 2013 or

10:36:08  5  early 2014, yes.

10:36:10  6    Q.  Where was this meeting?

10:36:12  7    A.  It was in the city of Irvine at the headquarters

10:36:15  8  of Scuderia Development.  Located at the intersection of

10:36:18  9  Von Karman and Main Street.

10:36:20  10   Q.  That meeting with Mr. Liu, was it attended by

10:36:23  11 anyone else?

10:36:25  12   A.  It was.  Mr. Shen was there representing the

10:36:31  13 Scuderia Development Group.  There was an attorney,

10:36:33  14 Charles Pok, that was also in attendance.  There were a

10:36:38  15 variety of consultants from different engineering firms

10:36:42  16 and aluminum production firms.  Also a couple of

10:36:46  17 representatives from the city of Barstow, myself, the

10:36:48  18 city manager, our city engineer were all part of that

10:36:51  19 discussion.

10:36:52  20   Q.  About how long did this meeting last?

10:36:55  21   A.  The meeting itself lasted a couple hours.  And we

10:36:58  22 had lunch afterward.

10:37:01  23   Q.  What was the purpose of this meeting?

10:37:05  24   A.  The purpose of the meeting was to convince

10:37:08  25 Mr. Liu that the city had the capacity to be able to

10:37:12  1    deliver on our commitments so that he would financially

10:37:16  2    sign off and say yes this project could move forward.

10:37:20  3              During the discussion it was readily

10:37:23  4    apparent Mr. Liu had some concerns whether or not the

10:37:26  5    city had the capability to deliver the infrastructure

10:37:30  6    improvements needed to operate the proposed factory.

10:37:34  7              And so my job there was to really articulate

10:37:37  8    what the city's position was and why we could deliver on

10:37:41  9    our commitments.

10:37:42  10   Q.  And question:  When you went to Von Karman, Main

10:37:55  11   Street, where did you meet?  Was it in an office; was it

10:37:56  12   inside a warehouse?

10:37:57  13   A.  It's a fairly large parcel of property.  There's

10:38:02  14   warehouse -- there were warehouses there connected to an

10:38:04  15   office.  We met in the office portion of the building in

10:38:08  16   a conference room.

10:38:10  17   Q.  And in that office portion, did you see any

10:38:14  18   staff?

10:38:14  19   A.  No.  Actually it's one of the things that struck

10:38:17  20   me when I went, very modern facility had been recently

10:38:22  21   upgraded, it appeared.  But there didn't appear to be

10:38:25  22   anyone working there.  Appeared to be an empty office,

10:38:29  23   if you will.

10:38:30  24   Q.  Did you get to go inside the warehouse?

10:38:33  25   A.  I didn't get a chance to go inside the warehouse

| | | |
|---|---|---|
| 10:38:38 | 1 | but did walk through some of the office facilities and |
| 10:38:39 | 2 | saw a new gym that had been built and new offices.  And |
| 10:38:41 | 3 | the finishes were fairly high end.  It was an impressive |
| 10:38:45 | 4 | facility. |
| 10:38:46 | 5 | Q.  And the -- when you met Mr. Liu, did he give you |
| 10:38:50 | 6 | a business card? |
| 10:38:51 | 7 | A.  He did.  When I met Mr. Liu, he presented me with |
| 10:38:54 | 8 | the business card.  The business card indicated he was |
| 10:38:58 | 9 | the chairman of China Zhongwang, the chairman and |
| 10:39:02 | 10 | founder of the company. |
| 10:39:04 | 11 | Q.  What kind of concerns did Mr. Liu express during |
| 10:39:11 | 12 | this meeting? |
| 10:39:14 | 13 | MR. LOWDER:  Objection, hearsay. |
| 10:39:15 | 14 | THE COURT:  Overruled. |
| 10:39:16 | 15 | THE WITNESS:  Mr. Liu raised a couple of |
| 10:39:19 | 16 | concerns.  One, concerns about whether or not the city |
| 10:39:21 | 17 | could deliver on some of the normal infrastructure that |
| 10:39:24 | 18 | would need to be built; roads, sewers, water, that kind |
| 10:39:28 | 19 | of thing.  He touched on that a little bit. |
| 10:39:32 | 20 | His biggest concern was electrical power. |
| 10:39:34 | 21 | Could the city work with Edison to deliver the amount of |
| 10:39:37 | 22 | power that would be needed to run a facility of the |
| 10:39:39 | 23 | magnitude that was being envisioned.  It was described |
| 10:39:43 | 24 | by some of the consultants that to power the facility, |
| 10:39:47 | 25 | we would in essence need to double the electrical |

10:39:50   1   capacity that the city of Barstow currently had; that

10:39:54   2   the facility itself would use the same amount of power

10:39:57   3   as the entire city did currently during the course of

10:40:01   4   the year.

10:40:01   5        Obviously a large scale infrastructure

10:40:05   6   project that would have to be undertaken.  And Mr. Liu

10:40:08   7   had doubts as to whether or not the city could mobilize

10:40:13   8   and actually deliver.

           9   BY MR. BERNSTEIN:

10:40:16  10        Q.   When Mr. Liu -- you say he introduced himself as

10:40:22  11   the chairman of CZW.  Did he say whether -- let me ask

10:40:30  12   this first:  Did he seem knowledgeable about the details

10:40:34  13   of the project?

10:40:35  14        A.   He not only was knowledgeable about the details.

10:40:38  15   It seemed like he was the one who was going to, you

10:40:40  16   know, really dictate what those details envisioned.  He

10:40:44  17   prided himself during the conversation on having built

10:40:47  18   multiple facilities of this scale; that this was an

10:40:51  19   incredibly hard thing to do; and that for the Barstow

10:40:55  20   project he knew very, very minute in the week details

10:41:03  21   that Eric and I had been discussing -- that Mr. Shen and

10:41:05  22   I had discussed as we were working to develop the

10:41:07  23   development agreement.

10:41:08  24        Q.   Now, you had these negotiations with Mr. Shen.

10:41:13  25   In his capacity as the CEO of Scuderia, did he ever say

10:41:19  1    yes or no whether or not he had to go through Mr. Liu

10:41:23  2    for key decisions?

10:41:25  3                    MR. LOWDER:  Objection.  Calls for

10:41:27  4    speculation.

10:41:28  5                    THE COURT:  Overruled.

10:41:29  6                    THE WITNESS:  Yes.  There was no doubt that

10:41:30  7    Mr. Liu was the one in charge of the deal and the

10:41:34  8    primary financial backer for the deal.  That was clear

10:41:40  9    that in order for anything to move ahead, Mr. Liu had to

10:41:43  10   be satisfied that -- and he would have to say yes before

10:41:47  11   the project could proceed.

          12   BY MR. BERNSTEIN:

10:41:49  13     Q.  And in this meeting at Scuderia's office, how did

10:41:54  14   Mr. Shen treat Zhongtian Liu?

10:41:59  15     A.  Mr. Shen and everyone at the meeting treated Mr.

10:42:05  16   Liu outsized respect and deference.  It was clear in the

10:42:08  17   meeting that Mr. Liu was in charge.  No one spoke unless

10:42:11  18   Mr. Liu asked them to speak.  No one offered an opinion

10:42:16  19   contrary to anything Mr. Liu had to say.

10:42:20  20                    In fact, one of the points of contention

10:42:24  21   that Mr. Liu had, I respectfully disagreed with him and

10:42:29  22   said, Yes, the city could deliver on some of these

10:42:32  23   projects, here's why.  After the meeting Mr. Shen had

10:42:38  24   shared, "Mr. Liu didn't like you disagreeing with him."

10:42:40  25                    Everyone in the room, you know, really -- it

10:42:42  1   was clear to me that Mr. Liu was the one running

10:42:44  2   everything.

10:42:45  3      Q.   Okay.   This project, to build this -- the

10:42:51  4   $1.5 billion melting facility in Barstow, did it come to

10:42:55  5   fruition?

10:42:55  6      A.   It did not.

10:42:57  7      Q.   And around when did the deal fall apart?

10:42:59  8      A.   In 2014 the deal ultimately fell apart.

10:43:03  9      Q.   And I think you basically said this, but from

10:43:10 10   Barstow, California were you the point person on this

10:43:13 11   deal?

10:43:13 12      A.   I was.

10:43:14 13      Q.   What was the cause of the deal for the melting

10:43:20 14   facility to, you know, fall apart, fall through?

10:43:24 15      A.   There were a lot of reasons.   Two primary reasons

10:43:30 16   though that come to mind.

10:43:31 17      Q.   Let's go through them.   Keep the answers a little

10:43:33 18   bit shorter.   But the first -- you said two reasons.

10:43:36 19                What was the first one?

10:43:37 20      A.   The first reason was the city had at times linked

10:43:41 21   the facility that was proposed in Barstow with China

10:43:47 22   Zhongwang.   When we were questioned at the city, Who is

10:43:51 23   Scuderia Development?   They have no footprint anywhere.

10:43:53 24   Are they even a real company?   How can this unknown

10:43:57 25   company develop this project?   We shared with everyone,

10:44:00  1   no, the actual backing is coming from China Zhongwang,

10:44:04  2   based off of our meetings with Mr. Liu.  And

10:44:08  3   representations from Mr. Shen that China Zhongwang is

10:44:12  4   involved in this, Mr. Liu is involved in this project.

10:44:14  5        Q.   So that was the information you got.

10:44:17  6             What then lead to the -- you said there's

10:44:21  7   one or two reasons.

10:44:21  8        A.   Correct.

10:44:22  9        Q.   What was the problem then?

10:44:23  10       A.   The problem with that, Mr. Shen shared with me

10:44:27  11  that we had to keep those things separate.  That as much

10:44:31  12  as Mr. Liu was involved, we could not bring China

10:44:36  13  Zhongwang -- China Zhongwang was referred to as the

10:44:38  14  mother ship multiple times.  We couldn't embed them in

10:44:41  15  this project.  They were separate and distinct.

10:44:44  16            And at multiple times when this issue first

10:44:47  17  came up, Mr. Shen was frantic that the deal was going to

10:44:50  18  fall apart because we could not include or involve China

10:44:54  19  Zhongwang for whatever reason.

10:44:55  20       Q.   Okay.  Did you yourself deem that sort of

10:44:59  21  betrayed those directions to keep the relationship

10:45:03  22  between CZW and Scuderia separate?

10:45:05  23       A.   We did.  We didn't know that we were supposed to

10:45:08  24  keep the two things separate at the city.  That was

10:45:11  25  never explicitly told to us.  So we shared that the two

10:45:15   1   were linked.  That's when we had some massive pushback
10:45:19   2   from Mr. Shen.  And also from China Zhongwang which had
10:45:23   3   to put out a statement saying they were in no way
10:45:26   4   involved in this deal.  That was one of the major
10:45:30   5   reasons that the deal initially started to falter.
10:45:33   6       Q.  And you mentioned a second primary reason.
          7       A.  It --
10:45:38   8       Q.  Sorry.  Wait for the question, Mr. Chi, just for
10:45:40   9   the record here.
         10       A.  I apologize.
10:45:41  11       Q.  What was the second reason, your understanding as
10:45:45  12   to why the melting facility deal fell through?
10:45:50  13       A.  The second reason and ultimately the final nail
10:45:53  14   in the coffin of this deal, after we worked through some
10:45:58  15   of the initial concerns, we actually had everything on
10:46:01  16   track.  And the city was planning on going to China to
10:46:05  17   meet with Mr. Liu and to see one of these facilities
10:46:08  18   actually in operation.
10:46:10  19            We had a member of our city council, a
10:46:13  20   council woman, took a trip back to New York, which is
10:46:17  21   close to New Jersey.  We had learned that Mr. Shen had
10:46:22  22   involvement with an aluminum processing facility in New
10:46:26  23   Jersey.  Our council woman made an unauthorized visit to
10:46:31  24   that facility.
10:46:33  25       Q.  And after that, did -- did you receive some

10:46:36    1    feedback from Mr. Shen about that unauthorized visit?

10:46:40    2        A.   I did.  I was actually with Mr. Shen when the

10:46:42    3    call came from Mr. Liu saying the deal was dead, and we

10:46:47    4    weren't going to move forward because the council woman

10:46:50    5    had gone to this New Jersey facility.

10:46:52    6        Q.   And after that, did you write an apology letter

10:46:56    7    to Mr. Liu?

10:46:57    8        A.   I did.

10:46:58    9             MR. BERNSTEIN:   I want to show you just the

10:46:59   10    exhibit, Exhibit 351.  Just the witness, Your Honor.

10:47:14   11        Q.   Mr. Chi, do you have Exhibit 351 in front of you?

10:47:18   12        A.   I do.

10:47:18   13        Q.   Is that the apology letter that the city of

10:47:21   14    Barstow through you wrote to Mr. Zhongtian Liu?

10:47:28   15        A.   It is.

10:47:29   16             MR. BERNSTEIN:   Your Honor, 351 in evidence.

10:47:32   17             THE COURT:   It will be received.

10:47:33   18             (Exhibit 351 is received.)

           19    BY MR. BERNSTEIN:

10:47:34   20        Q.   We won't go through all this.  But just for time

10:47:36   21    line, what is the date of this letter?

10:47:38   22        A.   April 15, 2014.

10:47:41   23        Q.   Who did you address it to?

10:47:42   24        A.   To Zhongtian Liu, the board chairman of the

10:47:51   25    Zhongwang Group.

10:47:52   1    Q.  April 15, 2014, is that more or less the time

10:47:56   2   when this deal fell through?

10:47:57   3    A.  Correct.

10:48:06   4    Q.  We will go through two sentences of this.  First,

10:48:13   5   at the top, is this what you were referring to before?

10:48:23   6    A.  It is yes.

10:48:25   7        Would you like me to read that?

10:48:29   8    Q.  No.  That's okay, Mr. Chi.

10:48:31   9        And then I just want to direct you to one

10:48:36  10   sentence.  In addition, we would urge you to direct your

10:48:39  11   disappointment and anger at the city and not toward Eric

10:48:43  12   Shen."

10:48:44  13        Why did you include that sentence?

10:48:45  14    A.  In discussions with Mr. Shen, he had shared that

10:48:51  15   Mr. Liu felt like this failure was Eric's part, that

10:48:54  16   Eric didn't control the situation.

10:48:57  17        And we were still hopeful that maybe --

10:49:00  18   because this project had so many starts and finishes,

10:49:03  19   that maybe we could recover this.

10:49:05  20        And in talking with Mr. Shen, he felt it

10:49:09  21   would be helpful to, you know, really be able to share

10:49:11  22   this with the city's fault, this was nothing that

10:49:14  23   Mr. Shen did.

10:49:14  24    Q.  And signed by you and city manager?

10:49:17  25    A.  Correct.

| | | |
|---|---|---|
| 10:49:22 | 1 | MR. BERNSTEIN:  That is all I have, Your |
| 10:49:23 | 2 | Honor. |
| 10:49:24 | 3 | THE COURT:  Okay.  Cross? |
| 10:49:31 | 4 | No questions, Counsel? |
| 10:49:34 | 5 | MR. RUYAK:  No questions. |
| 10:49:36 | 6 | THE COURT:  Counsel? |

**CROSS-EXAMINATION**

10:49:39    7

8    BY MR. LOWDER:

10:49:54    9    Q.  Mr. Chi, you testified earlier that the project,

10:50:00    10    the financial backer was going to be Mr. Liu with his

10:50:03    11    private capacity, correct?

10:50:05    12    A.  That's what was represented to us.

10:50:08    13    Q.  And his displeasure as communicated to you was

10:50:13    14    that his public company was connected to the deal,

10:50:16    15    correct?

10:50:17    16    A.  That was how Mr. Shen described it, yes.

10:50:20    17    Q.  And you don't have any information disputing the

10:50:25    18    representation that Mr. Liu was backing the project in

10:50:28    19    his private capacity, correct?

10:50:30    20    MR. BERNSTEIN:  Objection.  Misstates the

10:50:32    21    testimony.

10:50:32    22    THE COURT:  Overruled.

10:50:33    23    Cross-examination.

10:50:35    24    THE WITNESS:  I don't have any documents to

10:50:37    25    show where the source of funding that Mr. Liu was

10:50:41  1   pulling the 1.5 billion.  I don't know where he was

10:50:44  2   getting it from, no.

10:50:46  3              MR. LOWDER:  Thank you.  No further

10:50:48  4   questions.

10:50:48  5              THE COURT:  Anything else from this witness?

10:50:50  6              MR. BERNSTEIN:  Just one question, Your

10:50:52  7   Honor.

          8                    **REDIRECT EXAMINATION**

          9   BY MR. BERNSTEIN:

10:50:53 10      Q.  Sir, during these negotiations, the mother ship

10:50:57 11   for the project was described as what?

10:50:59 12      A.  China Zhongwang with --

10:51:05 13              MR. LOWDER:  Objection, argumentative.

10:51:06 14              THE COURT:  Overruled.

         15              MR. BERNSTEIN:  That's all, Your Honor.

10:51:06 16              THE COURT:  Anything else?

10:51:10 17              MR. RUYAK:  I have a question now.

         18              THE COURT:  Sure.

10:51:14 19              MR. RUYAK:  Can you put up the letter, the

10:51:18 20   apology letter.  I'd like you to pull that address up

10:51:24 21   there.

         22                    RE**CROSS-EXAMINATION**

         23   BY MR. RUYAK:

10:51:29 24      Q.  Where did you get the address up there for

10:51:32 25   Mr. Liu?

10:51:35  1      A.   From a business card he had provided to me at the

10:51:38  2   time.

10:51:38  3      Q.   Now, you -- you said to the Government that the

10:51:42  4   business card said China Zhongwang.  Is that what you

10:51:46  5   said?

10:51:48  6      A.   That's what I said.  But it was meant to refer to

10:51:51  7   the company publicly traded on the Hong Kong stock

10:51:55  8   exchange.

10:51:56  9      Q.   Okay.  That's right.  China Zhongwang is on the

10:52:00  10  public company exchange.

10:52:01  11          But this address is Zhongwang Group.

10:52:05  12          MR. BERNSTEIN:  I object.

10:52:06  13          THE COURT:  Excuse me, Counsel.

10:52:07  14          MR. BERNSTEIN:  I object.  Beyond the scope.

10:52:09  15          THE COURT:  Overruled.

10:52:11  16          I'm allowing him go into cross-examination

10:52:14  17  on the first part.  Go ahead.

          18  BY MR. RUYAK:

10:52:17  19     Q.   It says, Zhongwang Group here with an address,

10:52:20  20  correct?

10:52:20  21     A.   That's what that says.

10:52:21  22     Q.   Did you know that there are two entirely

10:52:23  23  different companies --

10:52:24  24          MR. BERNSTEIN:  Your Honor, objection.

10:52:26  25  Speculation.  Lack of foundation.  Or does he know?

10:52:30  1        THE COURT:  He can ask them if they are two

10:52:33  2   separate companies, Counsel.  But we don't assume they

10:52:35  3   are.

          4   BY MR. RUYAK:

10:52:35  5     Q.  Did Mr. Shen ever explain to you, to you

10:52:38  6   personally, tell you that there's two separate

10:52:40  7   companies, a public company and a private company?

10:52:43  8     A.  Mr. Shen explained to me there were multiple

10:52:46  9   companies all controlled by Mr. Liu.

10:52:49 10     Q.  But one was a public company --

10:52:51 11        MR. BERNSTEIN:  Your Honor.  Objection.

10:52:53 12   Counsel's testifying.

10:52:57 13        THE COURT:  Overruled.

         14   BY MR. RUYAK:

10:52:57 15     Q.  You said he told you one was a public company

10:52:59 16   with shareholders, correct?

10:53:00 17     A.  The company that went public, Mr. Shen described

10:53:05 18   to me he was involved in the IPO.  It was one of the

10:53:06 19   larger IPO's at the time when they went public.

10:53:10 20        Mr. Shen, through Scuderia, put up some

10:53:13 21   backing for it.  But that was part of one set of books

10:53:16 22   that they had that Mr. Liu controlled roughly 25 percent

10:53:20 23   of Mr. Liu's aluminum holdings went into that portfolio,

10:53:24 24   that he retained 75 percent for himself.

10:53:30 25     Q.  So you didn't know whether the funding for

| | | |
|---|---|---|
| 10:53:33 | 1 | anything you're talking about was coming from Mr. Liu's |
| 10:53:35 | 2 | private holdings, his own personal wealth or from the |
| 10:53:38 | 3 | public company, correct? |
| 10:53:39 | 4 | A.  I didn't know personally.  What I do know is what |
| 10:53:44 | 5 | Mr. Shen told me, that the public company, the private |
| 10:53:47 | 6 | company were one and the same. |
| 10:53:50 | 7 | Q.  One and the same he said? |
| 10:53:51 | 8 | A.  As it relates to how it ran; that Mr. Liu |
| 10:53:54 | 9 | controlled both companies, and all decisions ran through |
| 10:53:58 | 10 | him. |
| 10:53:59 | 11 | MR. RUYAK:  No further questions. |
| 10:54:00 | 12 | MR. BERNSTEIN:  None, Your Honor. |
| 10:54:01 | 13 | THE COURT:  Anything else of this witness? |
| 10:54:03 | 14 | MR. BERNSTEIN:  No. |
| 10:54:04 | 15 | THE COURT:  You may step down. |
| 10:54:06 | 16 | THE WITNESS:  Thank you. |
| 10:54:09 | 17 | THE COURT:  May this witness be excused? |
| 10:54:14 | 18 | MR. BERNSTEIN:  Yes, Your Honor. |
| 10:54:15 | 19 | THE COURT:  Counsel? |
| 10:54:17 | 20 | He can be released. |
| 10:54:26 | 21 | Next witness. |
| 10:54:28 | 22 | MS. KUMAR:  Your Honor, the Government calls |
| 10:54:30 | 23 | Eric Shen to the stand. |
| 10:54:59 | 24 | THE CLERK:  Good morning.  Right here to be |
| 10:55:01 | 25 | sworn, please.  That's fine. |

10:55:03  1    Could you please raise your right hand.  Do

2    you solemnly swear the testimony your are about to give

3    in the matter now before the Court shall be the truth,

4    the whole truth and nothing but the truth so help you

5    God.

6    THE WITNESS:  I do.

7    THE CLERK:  Thank you.

8    Please be seated.  Would you please state

10:55:24  9    and spell your full name for the record.

10:55:24  10    THE WITNESS:  Po-Chi Eric Shen.  P-o C-h-i

10:55:29  11    E-r-i-c S-h-e-n.

10:55:36  12    THE COURT:  Bring the microphone a little

10:55:39  13    closer to you.  That's perfect.

10:55:41  14    Counsel, you may inquire.

10:55:42  15    MS. KUMAR:  Thank you, Your Honor.

16    **DIRECT EXAMINATION**

17    BY MS. KUMAR:

10:55:43  18    Q.  Mr. Shen, can you give us a brief overview of

10:55:45  19    your educational background.

10:55:47  20    A.  Attended UC Berkeley.  Studied finance and public

10:55:52  21    policy.

10:55:53  22    Q.  And after graduating from college, just give us a

10:55:57  23    brief overview of your professional experience.

10:55:59  24    A.  Went into development services for

10:56:09  25    GreenbergFarrow Architects which handled all of the

10:56:11   1   development for Home Depot stores.

10:56:13   2           Subsequently worked for W Partners which is

10:56:15   3   a new architect that replaced GreenbergFarrow and was

10:56:21   4   sent to China for real estate acquisition assignments on

10:56:25   5   behalf of Home Depot as well.

10:56:27   6       Q.  Mr. Shen, are you testifying today pursuant to

10:56:30   7   the plea agreement with the Government?

10:56:31   8       A.  Yes, I am.

10:56:32   9       Q.  As part of that agreement, to what did you plead

10:56:34   10  guilty?

10:56:35   11      A.  I pled guilty to tax evasion.

10:56:41   12      Q.  Can you give us a brief overview of the facts

10:56:43   13  that ultimately lead to your guilty plea.

10:56:46   14      A.  In the course of working for Mr. Zhongtian Liu

10:56:51   15  from about 2007 to 2015, I didn't report a tremendous

10:57:02   16  amount of money that I took, about $240 million.

10:57:06   17      Q.  And Mr. Shen, you said that you worked for

10:57:09   18  Mr. Liu.  Can you tell us in what years you worked for

10:57:11   19  Mr. Liu.

10:57:12   20      A.  From 2007 until about 2000 -- 2015, 2016.

10:57:20   21      Q.  And just briefly over that time, what kind of

10:57:24   22  activities did you do for Mr. Liu?

10:57:28   23      A.  I helped identify and acquire and operate

10:57:34   24  warehouses for the storage of aluminum.  I moved

10:57:40   25  billions of dollars to function as a straw buyer and

10:57:44  1   acted to pay for the aluminum that was being purchased

10:57:49  2   as a straw buyer.  I renovated personal residents as

10:57:57  3   well as other personal activities that needed assistance

10:58:01  4   from me.

10:58:02  5      Q.  Mr. Shen, as a result of this, your testimony

10:58:05  6   today, do you hope to get a lower jail sentence, if any?

10:58:10  7      A.  Yes, I do.

10:58:11  8      Q.  Now, let's back up a little bit.  You said that

10:58:14  9   you worked on behalf of Mr. Liu.

10:58:15  10          When did you first meet a member of the Liu

10:58:19  11  family.

10:58:19  12     A.  Approximately the summer of 2007.

10:58:22  13     Q.  Who did you meet?

10:58:25  14     A.  Zuopeng Liu, the son of Mr. Zhongtian Liu.

10:58:30  15     Q.  Did you help Mr. Zuopeng Liu with anything at

10:58:34  16  that time?

10:58:35  17     A.  I referred to him as Z.P.  So Z.P. had asked a

10:58:40  18  mutual friend for an introduction on how to acquire high

10:58:43  19  performance luxury vehicles.  I helped Z.P. arrange test

10:58:50  20  drives and obtain such vehicles.

10:58:51  21     Q.  Did you help any other member of the family with

10:58:54  22  purchasing cars at that time?

10:58:55  23     A.  I did.  I helped Mr. Liu Zhongsuo, Mr. Liu

10:59:00  24  Zuopeng's younger brother.  Z.P.s uncle.  And I believe

10:59:07  25  another member was his aunt.

10:59:09   1       Q.   This was 2007 time frame; is that right?

10:59:12   2       A.   Yes.

10:59:13   3       Q.   Did there come a time after that that you met

10:59:17   4   Zhongtian Liu?

10:59:17   5       A.   Shortly after helping Z.P. and his uncle procure

10:59:24   6   the vehicles, Z.P. had asked me to attend a lunch with

10:59:30   7   his father as a way of thanking me on helping them get

10:59:33   8   the vehicles.  I didn't charge them a commission.  So

10:59:38   9   they wanted to thank me.

10:59:39  10       Q.   Did you in fact go to that lunch?

10:59:42  11       A.   I did.

10:59:43  12       Q.   Where was it?

10:59:46  13       A.   It was a very popular Chinese restaurant called

10:59:54  14   Sea Harbor in -- on Rosemead.

10:59:54  15       Q.   And when you arrived, what did you see?

10:59:59  16       A.   Normally Sea Harbor's extremely busy, it's fully

11:00:04  17   packed, and it's got, I don't know, about 50 tables set

11:00:07  18   up.  But for that particular lunch, the parking lot was

11:00:11  19   empty and there was only one table set for Mr. Liu and

11:00:15  20   his family for me to join for lunch.

11:00:19  21       Q.   And during that lunch, did -- what happened at

11:00:26  22   that lunch?

11:00:27  23       A.   Well, Mr. Liu said he remembered who I was, which

11:00:30  24   I found very strange.  He said that he remembered me

11:00:35  25   from investigating one of the potential subject sites on

11:00:42  1    behalf of Home Depot in northeastern China when I was in

11:00:47  2    Shenyang.  And that he was going to be expanding his

11:00:50  3    U.S. operations.  And he hoped that I could teach Z.P.,

11:00:57  4    basically mentor him on how to do that, to do real

11:01:02  5    estate development and acquisition.  And that Mr. Liu

11:01:07  6    wanted me to -- wanted me to help him expand in the U.S.

11:01:12  7    with a U.S. presence -- to grow a U.S. presence.

11:01:17  8        Q.  Just to clarify, Mr. Shen, at this initial

11:01:20  9    meeting and your subsequent meetings with Mr. Liu, what

11:01:21  10   language was being spoken?

11:01:22  11       A.  Mandarin Chinese.

11:01:23  12       Q.  Are you fluent in Mandarin?

11:01:26  13       A.  Yes, I am.

11:01:26  14       Q.  So this first meeting was the beginning of your

11:01:30  15   relationship with Mr. Liu; is that right?

11:01:32  16       A.  Yes, it is.

11:01:33  17       Q.  When you first met him did you know at that first

11:01:36  18   lunch what Mr. Liu did for a living?

11:01:39  19       A.  I did not.

11:01:40  20       Q.  Over the eight to nine years you worked for Mr.

11:01:45  21   Liu, did you learn what his profession was?

11:01:46  22       A.  Yes, I did.

11:01:47  23       Q.  What was that?

11:01:48  24       A.  I learned that he was the chairman of China

11:01:52  25   Zhongwang, one of the world's largest aluminum

11:01:55  1    manufactures by volume.  I think the largest in China.

11:01:59  2    Second or third largest in the world, depending on

11:02:04  3    volume that year.

11:02:06  4              MS. KUMAR:  I'd like to show just the

11:02:07  5    witness what has been marked as Exhibit 56.

11:02:17  6       Q.  Can you see that picture on yours?  Nope.  Sorry.

11:02:23  7              Do you see a picture on your screen,

11:02:26  8    Mr. Shen?

11:02:26  9       A.  I do.

11:02:27  10      Q.  Do you recognize the person depicted in that

11:02:29  11   photograph?

11:02:29  12      A.  It is a picture of Mr. Liu Zhongtian.

11:02:34  13             MS. KUMAR:  Your Honor, moves into evidence,

11:02:38  14   Exhibit 56.

11:02:39  15             THE COURT:  It will be received.

11:02:40  16             (Exhibit 56 is received.)

          17   BY MS. KUMAR:

11:02:40  18      Q.  Mr. Shen, is that a fair and accurate photo of

11:02:44  19   Mr. Liu?

11:02:44  20      A.  Yes, it is.

11:02:45  21      Q.  When you spoke to Mr. Liu over time, what did you

11:02:47  22   refer to him by?

11:02:49  23      A.  Most commonly referring to Mr. Liu as Uncle Liu.

11:02:52  24      Q.  Why is that?

11:02:53  25      A.  Z.P. and I were friends.  And we were at the same

11:03:00  1   level.  So I would respect -- I was taught to respect

11:03:04  2   our elders and show deference to our elders in Chinese

11:03:10  3   culture.  So he was Z.P.'s father and therefore an elder

11:03:14  4   to me, so I referenced to him as Uncle.

11:03:17  5       Q.  Over the nine years you worked with him, how did

11:03:21  6   others refer to Mr. Liu?

11:03:24  7       A.  Either "The chairman, the boss, the leader."

11:03:26  8       Q.  Now, you mentioned Z.P. Liu.  That's Mr. Liu's

11:03:33  9   son; is that right?

11:03:36  10      A.  That is correct.

11:03:36  11      Q.  And you referred to him as Z.P.; is that right?

11:03:40  12      A.  That is correct.

11:03:40  13      Q.  Just for clarity, I'm going to refer to him as

11:03:44  14   Z.P. and Zhongtian Liu is Mr. Liu.  Is that okay?

11:03:49  15      A.  Okay.

11:03:49  16          MS. KUMAR:  I would like to direct the

11:03:51  17   witness' only attention to Exhibit 58.

11:04:02  18      Q.  Mr. Shen, do you recognize the person depicted in

11:04:05  19   that photograph?

11:04:05  20      A.  Yes, I do.

11:04:06  21      Q.  Who is it?

11:04:07  22      A.  It is Zuopeng Liu.

11:04:12  23          MS. KUMAR:  Your Honor, the Government moves

11:04:13  24   to admit Exhibit 58 into evidence.

11:04:14  25          THE COURT:  Received.

| | | |
|---|---|---|
| 11:04:15 | 1 | (Exhibit 58 is received.) |
| | 2 | BY MS. KUMAR: |
| 11:04:16 | 3 | Q.  Mr. Shen, is that a fair and accurate photograph |
| 11:04:19 | 4 | of Z.P. Liu? |
| 11:04:21 | 5 | A.  Yes, it is. |
| 11:04:22 | 6 | Q.  Now, you mentioned earlier that you helped Z.P.'s |
| 11:04:25 | 7 | uncle buy some cars in 2007; is that right? |
| 11:04:30 | 8 | A.  Right around the same time that Z.P. bought his, |
| 11:04:34 | 9 | yes. |
| 11:04:34 | 10 | Q.  You've met that uncle many times over your time |
| 11:04:36 | 11 | working with Mr. Liu? |
| 11:04:38 | 12 | A.  A number of times, yes. |
| 11:04:41 | 13 | MS. KUMAR:  Directing only the witness' |
| 11:04:42 | 14 | attention to Exhibit 57. |
| 11:04:49 | 15 | I'm sorry, Your Honor, I believe this is in |
| 11:04:51 | 16 | evidence. |
| 11:04:52 | 17 | If we can publish it to the jury. |
| 11:04:54 | 18 | Q.  Mr. Shen, do you recognize the photo -- person |
| 11:04:57 | 19 | depicted in that photo? |
| 11:04:58 | 20 | A.  Yes, I do. |
| 11:04:58 | 21 | Q.  Who is it? |
| 11:04:59 | 22 | A.  Mr. Liu Zhongsuo. |
| 11:05:03 | 23 | Q.  He's Mr. Zhongtian Liu younger brother; is that |
| 11:05:07 | 24 | right? |
| 11:05:10 | 25 | A.  That's correct. |

11:05:10   1      Q.   Over the nine years you worked with the Liu

11:05:13   2  family, did you meet any other members of the family?

11:05:15   3      A.   I met ChengCheng Liu, Z.P.'s younger sister.

11:05:21   4  I've met Mrs. Liu.  Also referred to her as Aunt Liu and

11:05:27   5  Wang Zhijie.

11:05:27   6      Q.   Just to be clear, Wang Zhijie, could you spell

11:05:30   7  that for the court reporter.

11:05:31   8      A.   Sur name W-a-n-g.  Z-h-i-j-i-e.

11:05:39   9      Q.   You said you referred to her as Mrs. Liu and

11:05:42   10  Auntie Liu?

11:05:43   11      A.   Yes, that's correct.

11:05:44   12      Q.   Did you know her to go by any other names?

11:05:46   13      A.   Jasmine Wang.

11:05:50   14           MS. KUMAR:  Directing only the witness'

11:05:52   15  attention to Exhibit 59.

11:05:58   16      Q.   Do you recognize the person depicted in that

11:06:00   17  photograph?

11:06:00   18      A.   Yes, I do.

11:06:01   19      Q.   Who is it?

11:06:02   20      A.   That is Jasmine Wang, Wang Zhijie.

11:06:09   21           MS. KUMAR:  Your Honor, the Government moves

11:06:10   22  to admit Exhibit 59 into evidence.

11:06:13   23      Q.   Is that a fair and accurate copy of a photograph

11:06:16   24  of Mrs. Liu or Zhijie Wang?

11:06:19   25      A.   Yes, it is.

11:06:25  1          MS. KUMAR:  Your Honor, this is -- did I
11:06:27  2  move this into evidence, just for the record?
11:06:28  3          THE COURT:  Yes, you did.  It will be
11:06:30  4  received.
11:06:30  5          (Exhibit 59 is received.)
11:06:31  6          MS. KUMAR:  Thank you.
          7  BY MS. KUMAR:
11:06:32  8     Q.  Okay.  So you mentioned in that first meeting
11:06:35  9  that Zhongtian Liu wanted you to mentor Z.P.
11:06:39 10          What was the next thing that happened?
11:06:41 11     A.  Mr. Liu gave instruction to Z.P. to arrange for
11:06:45 12  me to visit the Perfectus Aluminum facility in Walnut,
11:06:52 13  California.  And to review the terms of their existing
11:06:56 14  lease.  And give Z.P. -- or give Mr. Liu an evaluation
11:07:00 15  of the terms of that lease, whether or not it could be
11:07:03 16  renewed, and/or if another facility could be identified
11:07:07 17  to augment or replace the Pengcheng Aluminum facility in
11:07:13 18  Walnut.
11:07:16 19     Q.  Did you ultimately go to that Walnut facility?
11:07:19 20     A.  Yes, I did.
11:07:20 21     Q.  While there, did you go inside the warehouse?
11:07:22 22     A.  I visited both the warehouse and the front
11:07:25 23  office.
11:07:25 24     Q.  And while inside the warehouse, what did you see?
11:07:28 25     A.  Well, at the time -- it was the first time I've

11:07:31   1    seen the products.  I thought it was -- I thought it was

11:07:36   2    a lot of bundled window frames, and bundled sliding door

11:07:41   3    frames.

11:07:41   4        Q.  It was metal, Mr. Shen, of some sort?

11:07:43   5        A.  It was metal.  It was aluminum.

11:07:45   6        Q.  Did you come to learn what kind of business

11:07:49   7    Pengcheng Aluminum was in?

11:07:51   8        A.  I did.

11:07:52   9        Q.  What is it?

11:07:53   10       A.  It served as a buyer of aluminum from China

11:07:57   11   Zhongwang.

11:07:57   12       Q.  Over the nine years you worked for Mr. Liu, did

11:08:00   13   you come to learn the origin of the name Pengcheng -- or

11:08:05   14   Pengcheng Aluminum?

11:08:07   15       A.  It is a combination of ChengCheng, his daughter,

11:08:11   16   and Zuopeng's name combined.

11:08:14   17       Q.  So Zuopeng and ChengCheng combined to Pengcheng;

11:08:21   18   is that right?

11:08:22   19       A.  That is correct.

11:08:23   20       Q.  So we're still in the 2007 time frame; is that

11:08:26   21   right, Mr. Shen?

11:08:27   22       A.  Yes, that's correct.

11:08:29   23       Q.  And during that time frame, did you do any

11:08:32   24   residential real estate work for the Liu family?

11:08:33   25       A.  I was asked by Mr. Liu to attend a tour of a

| | | |
|---|---|---|
| 11:08:42 | 1 | gated residence in Lemon Heights, unincorporated Orange |
| 11:08:51 | 2 | County.  We referred that property as lower lake after |
| 11:08:51 | 3 | its acquisition.  But this was a -- this was a pretty |
| 11:08:56 | 4 | large estate, five-plus acres.  Had it's own private |
| 11:09:01 | 5 | lake.  Had a 90 -- a 9,000-plus square-foot residence, |
| 11:09:05 | 6 | an almost 2,000-square foot guest house, a very long |
| 11:09:09 | 7 | driveway.  And it was -- it was bordering Peters Canyon |
| 11:09:16 | 8 | Park, so on one side there were no neighbors. |
| 11:09:20 | 9 | Q.  Did you visit that property with any members of |
| 11:09:23 | 10 | the Liu family? |
| 11:09:23 | 11 | A.  I visited with Mr. Zhongtian Liu, Mrs. Liu, |
| 11:09:28 | 12 | ChengCheng Liu, Z.P. Liu. |
| 11:09:30 | 13 | Q.  What, if anything, during that tour did Zhongtian |
| 11:09:36 | 14 | Liu tell you? |
| 11:09:36 | 15 | A.  He said that "This is the last house I'm going to |
| 11:09:42 | 16 | buy Z.P." |
| 11:09:42 | 17 | He asked if -- he asked my opinion if he |
| 11:09:43 | 18 | should buy it.  And also he had directed me to make it |
| 11:09:47 | 19 | nice for Z.P. |
| 11:09:48 | 20 | Q.  You mentioned that at that initial lunch and |
| 11:09:53 | 21 | thereafter Mr. Liu tasked you with determining whether |
| 11:09:58 | 22 | Pengcheng should get a new warehouse; is that right? |
| 11:09:59 | 23 | A.  That is correct. |
| 11:10:00 | 24 | Q.  Did you endeavor to start on that process? |
| 11:10:03 | 25 | A.  I did. |

11:10:04   1      Q.   Over the eight years you worked for Mr. Liu, how
11:10:07   2   many warehouses did you purchase for him in southern
11:10:09   3   California?
11:10:09   4      A.   Total of three warehouses in southern California.
11:10:13   5      Q.   Can you tell us where those were located.
11:10:16   6      A.   The first warehouse was in Ontario, California.
11:10:20   7   It had -- 1001 Doubleday.
11:10:23   8           The second warehouse was at 2323 Main Street
11:10:27   9   in Irvine, California.
11:10:30  10           And the third warehouse was 10681 Production
11:10:36  11   Avenue in Fontana, California.
11:10:37  12           MS. KUMAR:  Showing the witness what's
11:10:39  13   already in evidence, Exhibit 37.
11:10:42  14      Q.   Mr. Shen, do you see a map of southern California
11:10:45  15   in front of you?
11:10:46  16      A.   Yes, I do.
11:10:47  17      Q.   Do you see the three warehouses you just
11:10:49  18   referenced on this map?
11:10:50  19      A.   Yes, I do.
11:10:51  20      Q.   Is this one -- my apologizes.  This one here,
11:11:02  21   which warehouse is that?
11:11:04  22      A.   That is the 1001 Doubleday warehouse in Ontario,
11:11:07  23   California.  That was --
11:11:09  24      Q.   And the second one on the bottom?
11:11:12  25      A.   That is the Irvine warehouse.

11:11:15  1      Q.   And this third warehouse on top?

11:11:18  2      A.   That's the Fontana.

11:11:20  3      Q.   And this fourth warehouse, you did not have any

11:11:22  4  involvement in purchasing it; is that right?

11:11:25  5      A.   That is correct.

11:11:25  6      Q.   But the entity Scuderia Development, LLC, you

11:11:31  7  were CEO; is that right?

11:11:33  8      A.   I was.  I formed it 2008, 2007.

11:11:37  9      Q.   Mr. Shen, for each of the warehouses that you

11:11:45  10  purchased on behalf of Mr. Liu, who was the owner of

11:11:49  11  those warehouses, the ultimate beneficiary owner?

11:11:56  12      A.   For the warehouses that I helped acquire, all the

11:12:02  13  funds came from Mr. Liu, so it all belonged to Mr. Liu

11:12:07  14  Zhongtian.

11:12:08  15      Q.   And we are going to talk about each of the

11:12:10  16  purchases in a few moments.

11:12:15  17           But did Mr. Liu give you any direction about

11:12:18  18  how to take title for these warehouses?

11:12:23  19           MS. POTASHNER:  Objection.  Calls for

11:12:25  20  hearsay.

11:12:25  21           THE COURT:  Overruled.

11:12:28  22           THE WITNESS:  In the course of acquiring

11:12:31  23  these warehouses, especially the very first one in

11:12:34  24  Ontario, I had asked Mr. Liu that -- you know, whether

11:12:40  25  or not he would like a member of the family to vest --

11:12:44  1    to hold title and be vested in their name, form a trust,

11:12:49  2    form an entity in one of the members of the family's

11:12:52  3    name in order to hold title to the property.

11:12:55  4              And Mr. Liu's direction to me was that "I

11:12:58  5    trust your judgment," you know, "hold it however you see

11:13:02  6    fit.  Just keep it -- it doesn't need to be a member of

11:13:07  7    the Liu family to hold it.

         8    BY MS. KUMAR:

11:13:09  9       Q.  So did you create -- you mentioned you created

11:13:12 10    Scuderia Development; is that right?

11:13:13 11       A.  That is correct.

11:13:14 12       Q.  Did you also create another entity around the

11:13:16 13    same time?

11:13:17 14       A.  Scuderia Capital Partners.

11:13:23 15              MS. KUMAR:  Directing your attention -- only

11:13:23 16    the witness' attention to Exhibit 115.

11:13:33 17       Q.  Mr. Shen, do you see the document on the screen

11:13:40 18    in front of you?

11:13:40 19       A.  I do.

11:13:41 20       Q.  Do you recognize it?

11:13:42 21       A.  I do.

11:13:42 22       Q.  Is it the LLC registration application for

11:13:46 23    Scuderia Development, LLC?

11:13:47 24       A.  Yes, it is.

11:13:48 25              MS. KUMAR:  Your Honor, the Government moves

| | | |
|---|---|---|
| 11:13:50 | 1 | to admit Exhibit 115. |
| 11:13:53 | 2 | THE COURT:  It will be received. |
| 11:13:55 | 3 | (Exhibit 115 is received.) |
| | 4 | BY MS. KUMAR: |
| 11:13:58 | 5 | Q.  Directing your attention, Mr. Shen, to the bottom |
| 11:14:01 | 6 | of the page. |
| 11:14:01 | 7 | Do you recognize that signature? |
| 11:14:04 | 8 | A.  Yes, I do. |
| 11:14:04 | 9 | Q.  Whose signature is that? |
| 11:14:06 | 10 | A.  That is my signature. |
| 11:14:07 | 11 | Q.  And it states that -- that Scuderia Development |
| 11:14:18 | 12 | was formed on October 22, 2007; is that right? |
| 11:14:23 | 13 | A.  Yes, it does. |
| 11:14:24 | 14 | Q.  That was page 1, Mr. Shen. |
| 11:14:26 | 15 | I'm going to direct your attention to page 3 |
| 11:14:28 | 16 | of this document. |
| 11:14:32 | 17 | Do you recognize this as another secretary |
| 11:14:34 | 18 | of state information for Scuderia Development? |
| 11:14:38 | 19 | A.  I do. |
| 11:14:39 | 20 | Q.  And who's listed as the member or CEO on this |
| 11:14:45 | 21 | page? |
| 11:14:47 | 22 | A.  Wang Zhijie. |
| 11:14:48 | 23 | Q.  That is Mrs. Liu; is that right? |
| 11:14:50 | 24 | A.  That is correct. |
| 11:14:52 | 25 | MS. KUMAR:  I would like to now direct only |

| | | |
|---|---|---|
| 11:14:54 | 1 | the witness' attention to Exhibit 120. |
| 11:15:01 | 2 | THE COURT:  Just the witness? |
| 11:15:03 | 3 | MS. KUMAR:  Just the witness, Your Honor. |
| 11:15:04 | 4 | Thank you. |
| | 5 | BY MS. KUMAR: |
| 11:15:05 | 6 | Q.  Mr. Shen, is this the LLC registration for |
| 11:15:09 | 7 | Scuderia Capital Partners? |
| | 8 | A.  Yes, it is. |
| 11:15:11 | 9 | MS. KUMAR:  Your Honor, the Government moves |
| 11:15:16 | 10 | to admit Exhibit 120. |
| 11:15:17 | 11 | THE COURT:  Received. |
| 11:15:18 | 12 | (Exhibit 120 is received.) |
| | 13 | BY MS. KUMAR: |
| 11:15:18 | 14 | Q.  When was Scuderia Capital Partners formed |
| 11:15:20 | 15 | according to this document? |
| 11:15:21 | 16 | A.  October 22, 2007. |
| 11:15:24 | 17 | Q.  And whose signature is on the bottom of this |
| 11:15:29 | 18 | document? |
| 11:15:29 | 19 | A.  That is my signature. |
| 11:15:30 | 20 | Q.  Did you also come to an LLC agreement for |
| 11:15:37 | 21 | Scuderia Capital, Mr. Shen? |
| 11:15:41 | 22 | A.  Yes. |
| 11:15:42 | 23 | Q.  Who was the partner in that agreement? |
| 11:15:45 | 24 | A.  Mr. Zuopeng, Z.P. Liu. |
| 11:15:48 | 25 | MS. KUMAR:  Directing only the witness' |

```
11:15:50   1    attention to Exhibit 128.

11:15:53   2        Q.  Mr. Shen, do you recognize that document?

11:15:59   3        A.  Yes, I do.

11:16:00   4        Q.  Is that the LLC company agreement for Scuderia

11:16:04   5    Capital Partners LLC as of December 6, 2007?

11:16:07   6        A.  Yes, it is.

11:16:08   7        Q.  And directing your attention to the page 45, do

11:16:22   8    you recognize the signatures on this page?

11:16:23   9        A.  Yes, I do.

11:16:24  10        Q.  Whose signature are there?

11:16:26  11        A.  Zuopeng Liu and myself.

11:16:29  12             MS. KUMAR:  Your Honor, the Government moves

11:16:31  13    to admit Exhibit 128 into evidence.

11:16:35  14             THE COURT:  It will be received.

11:16:36  15             (Exhibit 128 is received.)

11:16:37  16             MS. KUMAR:  Just publishing for the jury.

11:16:39  17        Q.  Those are your signatures and Mr. Z.P. Liu's

11:16:42  18    signature; is that right?

11:16:43  19        A.  That's correct.

11:16:44  20        Q.  And on the bottom of each page, are those your --

11:16:47  21    each of your initials?

11:16:49  22             That is correct.

11:16:50  23        Q.  Mr. Shen, did you get a salary from Scuderia?

11:16:54  24        A.  I did.

11:16:54  25        Q.  And did Mr. Z.P. Liu also draw a salary?
```

| | | |
|---|---|---|
| 11:17:00 | 1 | A.  Yes, he did. |
| 11:17:01 | 2 | Q.  We were just talking about Scuderia Capital.  I |
| 11:17:03 | 3 | would like to direct your attention to summer of 2008. |
| 11:17:06 | 4 | Did Mr. Liu and the Liu family ask you to use Scuderia |
| 11:17:11 | 5 | Capital for a particular purpose? |
| 11:17:15 | 6 | MS. POTASHNER:  Continuing objection. |
| 11:17:16 | 7 | THE COURT:  It will be overruled.  I'm |
| 11:17:18 | 8 | treating it as a continuing objection to statements |
| 11:17:21 | 9 | between this witness and Mr. Liu. |
| 11:17:23 | 10 | MS. POTASHNER:  And others as well. |
| 11:17:25 | 11 | THE COURT:  And others, yeah. |
| 11:17:29 | 12 | BY MS. KUMAR: |
| 11:17:29 | 13 | Q.  Go ahead, Mr. Shen. |
| 11:17:30 | 14 | Would you like me to repeat the question? |
| 11:17:33 | 15 | A.  No, no.  It's okay.  So Z.P. approached me one |
| 11:17:41 | 16 | day and asked me if I could do a favor for his family |
| 11:17:45 | 17 | and his father.  And I said, Sure. |
| 11:17:47 | 18 | And Z.P. said that he wanted me to loan -- |
| 11:17:52 | 19 | lend $200 million to his father's company, to China |
| 11:17:58 | 20 | Zhongwang. |
| 11:17:58 | 21 | Q.  Mr. Shen, did you have $200 million at that time? |
| 11:18:03 | 22 | A.  No, I did not. |
| 11:18:04 | 23 | Q.  So what, if anything, was your reaction? |
| 11:18:07 | 24 | A.  Well, that was my initial reaction to Z.P.  I |
| 11:18:11 | 25 | said, I don't have $200 million to loan. |

11:18:17   1          And Z.P. said, Don't worry, my dad will lend

11:18:21   2    you the money and you will just lend it back to us.

11:18:23   3          So I said I wasn't very comfortable with

11:18:27   4    this.

11:18:28   5          So he says, Let's go to China and meet with

11:18:30   6    my dad.  Let's go to China Zhongwang and we can talk

11:18:34   7    about it in person there.

11:18:36   8          So I went and --

11:18:38   9    Q.   Mr. Shen, you went to China to see China

11:18:42  10    Zhongwang?

11:18:42  11    A.   Yes, that's correct.

11:18:43  12    Q.   And how many times had you been there?

11:18:45  13    A.   Many, many times.

11:18:47  14    Q.   Where is it based?

11:18:50  15    A.   China Zhongwang's campus is based in the province

11:18:55  16    of Liaoning.  It's in Liaoyang City.  So the campus is

11:19:03  17    massive.  It's like it's own little city -- or its own

11:19:06  18    city.  It's probably the size of the city of L.A.

11:19:09  19          So I arrived to China Zhongwang.  You land

11:19:13  20    in Shenyang and then you drive an hour and a half to the

11:19:17  21    campus.  Basically I have to go around the city in order

11:19:22  22    to get to the China Zhongwang hotel where the Liu family

11:19:27  23    resides at the hotel.  And basically the hotel is

11:19:31  24    comprised of three buildings; one main cafeteria, one

11:19:37  25    family tower residence, and then another one for

11:19:39  1  visiting staff.

11:19:41  2     Q.  Mr. Shen, when you arrive at China Zhongwang,

11:19:43  3  what do you see?

11:19:47  4     A.  Endless -- endless buildings.  Endless

11:19:51  5  manufacturing buildings that are in excess of a million

11:19:55  6  square feet.  They just go on and on and on.

11:19:58  7     Q.  So you said that you went to China Zhongwang to

11:20:00  8  discuss this $200 million loan?

11:20:05  9     A.  That is correct.

11:20:05  10     Q.  Did you meet with Mr. Liu during your time there?

11:20:08  11     A.  I did.

11:20:08  12     Q.  Did you also discuss it with Mr. Z.P. Liu?

11:20:12  13     A.  So upon arrival at the residence hotel, I was

11:20:16  14  checked in and put on the fifth floor, where the family

11:20:23  15  lives on the sixth floor.

11:20:25  16          So basically it's, the higher you get to

11:20:28  17  where the family resides, the more respected you are.

11:20:32  18  And I wasn't aware of that at the time.  I learned that

11:20:35  19  later.

11:20:38  20          Z.P. had come to my room to say that his dad

11:20:41  21  was ready to have us -- to meet us for dinner shortly,

11:20:45  22  just relax.

11:20:47  23          And I wanted to talk to Z.P. a little

11:20:49  24  longer.  I said, I'm really uneasy about this.  I

11:20:52  25  can't -- there's no way that I can service a

| | | |
|---|---|---|
| 11:20:55 | 1 | $200 million loan.  If something was to go wrong, I just |
| 11:20:59 | 2 | don't know how to handle it. |
| 11:21:03 | 3 | So Z.P. grabs me by the arm and leads me to |
| 11:21:05 | 4 | window doe of this hotel room and pulls the curtain |
| 11:21:08 | 5 | open.  He says, Everything you see, it's my family's. |
| 11:21:10 | 6 | You don't think that's $200 million. |
| 11:21:13 | 7 | Q.  Did you ultimately agree to partake in the loan? |
| 11:21:16 | 8 | A.  I did. |
| 11:21:17 | 9 | Q.  Did you discuss this loan with Mr. Liu? |
| 11:21:19 | 10 | A.  Yes, I did. |
| 11:21:19 | 11 | Q.  What did he tell you about the loan? |
| 11:21:21 | 12 | A.  He says, Oh -- so I respectfully asked Mr. Liu |
| 11:21:27 | 13 | what the purpose of the loan was.  And he said that this |
| 11:21:32 | 14 | was an anticipation of a IPO, initial public offering, |
| 11:21:37 | 15 | for China Zhongwang.  And the underwriting bank -- the |
| 11:21:40 | 16 | investment banks wanted to make sure that any company |
| 11:21:42 | 17 | that they partake in any sort of preIPO steps is in a |
| 11:21:49 | 18 | strong cash position.  So the purpose of the |
| 11:21:52 | 19 | $200 million loan will serve to restructure cash |
| 11:21:58 | 20 | position of China Zhongwang prior to its IPO.  Basically |
| 11:22:02 | 21 | in an attempt to show the banks, the investment bank, |
| 11:22:04 | 22 | underwriting banks that China Zhongwang had adequate |
| 11:22:09 | 23 | cash on hand. |
| 11:22:10 | 24 | Q.  Did you believe you stood to benefit from |
| 11:22:12 | 25 | participating in this $200 million loan? |

11:22:16   1      A.   I did.  As it was explained to me from Z.P., I

11:22:20   2   would be borrowing 200 million and then lending out the

11:22:23   3   200 million.

11:22:24   4           So the initial benefit that came to my mind

11:22:26   5   was that I would make a profit between the cost of the

11:22:29   6   borrowing and what I could charge as interest on the

11:22:33   7   lending side back to Mr. Liu.

11:22:38   8           I also profited from the interest from the

11:22:41   9   funds that accrued in Scuderia Capital's account at the

11:22:45  10   bank once it was aggregated in the U.S.

11:22:52  11           And the third way that I took advantage of

11:22:54  12   the arrangement was I had lied to Mr. Liu about having a

11:22:59  13   tax exposure on the profit that could be gained from the

11:23:03  14   interest spread.

11:23:04  15      Q.   So you just mentioned that you used a Scuderia

11:23:06  16   Capital Partners Account to go through this transaction;

11:23:11  17   is that right?

11:23:11  18      A.   That is correct.

11:23:13  19           MS. KUMAR:  I would like to direct only the

11:23:16  20   witness' attention to Exhibit 632, bank records.

11:23:26  21      Q.   Mr. Shen, do you recognize these as the Scuderia

11:23:30  22   Capital Partners bank records?

11:23:32  23      A.   I do.

11:23:33  24           MS. KUMAR:  Your Honor, the Government moves

11:23:35  25   Exhibit 632 into evidence.

11:23:37   1              THE COURT:  It will be received.

           2              (Exhibit 632 is received.)

           3    BY MS. KUMAR:

11:23:38   4       Q.  Prior to your testimony today, Mr. Shen, did you

11:23:42   5    review a chart of wires going into and out of this

11:23:45   6    Scuderia Capital account from the end of July to August

11:23:49   7    of 2008?

11:23:50   8       A.  I have.

11:23:51   9       Q.  And did you compare it to the underlying bank

11:23:53  10    records for accuracy?

11:23:55  11       A.  I have.

11:23:56  12              MS. KUMAR:  Showing just the witness

11:23:58  13    Exhibit 6.

11:24:03  14       Q.  Mr. Shen, is that a fair and accurate copy of the

11:24:07  15    chart?

11:24:09  16       A.  Yes, it is.

11:24:11  17              MS. KUMAR:  Your Honor, the Government moves

11:24:12  18    to admit Exhibit 6 into evidence.

11:24:14  19              THE COURT:  It will be received.

11:24:16  20              (Exhibit 6 is received.)

          21    BY MS. KUMAR:

11:24:19  22       Q.  Mr. Shen, at the very top there's a summary.

11:24:22  23              How much money comes into the Scuderia

11:24:24  24    Capital Partners account between July 21st, 2008 and

11:24:29  25    August 7th, 2008?

11:24:30   1      A.   $200,633,013.

11:24:35   2      Q.   And between those same dates, how much in

11:24:37   3  outgoing wires are there to Zhongwang International

11:24:40   4  Group?

11:24:41   5      A.   $200,000,400.

11:24:44   6      Q.   So let's look at the first tranches wires,

11:24:50   7  Mr. Shen.  You see a series of wires on July 21st, 2008

11:24:54   8  and July 22nd; is that right?

11:24:56   9      A.   Yes.

11:24:56  10      Q.   We'll talk about the accounts in a second.  But

11:24:59  11  do you know where those accounts are located?

11:25:02  12      A.   The remitters are all Hong Kong shell companies

11:25:06  13  or offshore companies.

11:25:09  14      Q.   Okay.  And then looking at page 2 up through

11:25:15  15  July 2008, there are a series of additional wires; is

11:25:19  16  that right?

11:25:19  17      A.   That is correct.

11:25:20  18      Q.   And there are small wires of about 2 million,

11:25:23  19  some 8 million, some 4 million; is that right?

11:25:27  20      A.   And some sub million, under a million, yes.

11:25:32  21      Q.   When you were getting this money, whose money --

11:25:37  22  who was facilitating the movement of this money?

11:25:41  23              MS. POTASHNER:  Objection.  Lack of

11:25:42  24  foundation.  Calls for speculation.

11:25:44  25              THE COURT:  Sustained.

11:25:46  1              Why don't you lay a foundation on that,

11:25:48  2  counsel.

11:25:49  3              MS. KUMAR:  Sure.

11:25:50  4     Q.  Mr. Shen, during this process were you talking to

11:25:51  5  people about the incoming and outgoing wires in the

11:25:54  6  Scuderia Capital Partners account?

11:25:56  7              MS. POTASHNER:  Objection; hearsay.

11:25:57  8              THE COURT:  Overruled.

11:25:59  9              THE WITNESS:  Yes, I was.

        10  BY MS. KUMAR:

11:26:00 11     Q.  And who, based on your conversations, and your

11:26:03 12  monitoring of the account, was facilitating the movement

11:26:06 13  into the bank accounts?

11:26:09 14              MS. POTASHNER:  Lack of foundation.

11:26:10 15              THE COURT:  Sustained.

11:26:11 16  BY MS. KUMAR:

11:26:12 17     Q.  Mr. Shen, did you talk to anyone in particular

11:26:13 18  about the movement of money into the account?

11:26:15 19     A.  Yes, I did.

11:26:15 20     Q.  Who did you speak to?

11:26:16 21     A.  A Mr. Chen Zhaohua.

11:26:18 22     Q.  And based on those conversations, what did you

11:26:20 23  understand Chen Zhaohua's role?

11:26:23 24              THE COURT:  Before -- never mind.

        25  BY MS. KUMAR:

11:26:27   1      Q.   What did you understand Chen Zhaohua's role to

11:26:31   2   be?

11:26:31   3               MS. POTASHNER:  Objection.  Lack of

11:26:32   4   foundation.  Calls for speculation.  Multiple layers of

11:26:37   5   hearsay.

11:26:37   6               THE COURT:  Overruled.

11:26:40   7               THE WITNESS:  Sorry.  Can you repeat the

           8   question.

           9   BY MS. KUMAR:

11:26:41  10      Q.   Based on those conversations, what did you

11:26:43  11   understand Chen Zhaohua's role in the movement of money

11:26:47  12   into the account to be?

11:26:49  13      A.   Chen Zhaohua was Mr. Liu's right hand when it

11:26:55  14   comes to holding Mr. Liu's funds outside of the PRC,

11:26:59  15   outside of China.

11:27:01  16               So Mr. Liu would direct Chen Zhaohua on

11:27:04  17   where and how to move the funds, to whom and in what

11:27:07  18   quantities.

11:27:08  19      Q.   Mr. Shen, could you just spell for the court

11:27:11  20   reporter Chen Zhaohua's name.

11:27:12  21      A.   Sur name Chen, C-h-e-n.  Z-h-a-o and h-u-a.

11:27:22  22               I'm sorry, I'm spelling it phonetically.

11:27:24  23      Q.   That's fine, Mr. Shen.

11:27:26  24               And just to be clear, who was directing you

11:27:28  25   to accept these funds into the account?

11:27:30  1    A.   Mr. Liu Zhongtian.

11:27:37  2              MS. KUMAR:   So we've gotten up to the wires

11:27:39  3    through July 28th, 2008.

11:27:40  4              I'd like to show only the witness exhibit --

11:27:42  5    and I'm showing pages 1 and 2 of Exhibit 6 to the

11:27:44  6    witness.

11:27:45  7              I would like to show only the witness

11:27:48  8    Exhibit 127.

11:27:51  9    Q.   Mr. Shen, do you recognize this document?

11:27:53  10   A.   Yes, I do.

11:27:54  11   Q.   Is it a drawdown request?

11:27:58  12   A.   It is a drawdown request.

11:27:59  13   Q.   And what is its date?

11:28:04  14   A.   July 27th, 2008.

11:28:06  15   Q.   And who's it directed to?

11:28:08  16   A.   It is directed to the Scuderia Capital Partners.

11:28:14  17   Q.   And directing your attention to the bottom of the

11:28:23  18   screen, do you recognize the signature there?

11:28:26  19   A.   Yes, I do.

11:28:26  20   Q.   Whose signature is in?

11:28:28  21   A.   Mr. Liu Zhongtian's signature.

11:28:32  22              MS. KUMAR:   Your Honor, the Government moves

11:28:35  23   to admit Exhibit 127 into evidence.

11:28:36  24              THE COURT:   It will be received.

11:28:37  25              (Exhibit 127 is received.)

1    BY MS. KUMAR:

11:28:38   2    Q.   Mr. Shen, showing for the jury page 1 of this

11:28:41   3    document.   What is happening in this document?

11:28:44   4    A.   It is a notice given by Zhongwang International

11:28:50   5    Group to Scuderia Capital that it intends to draw upon

11:28:53   6    the $200 million loan facility that was already

11:28:58   7    arranged.

11:28:59   8    Q.   And directing your attention back to Exhibit 6

11:29:04   9    which is already in evidence, the first wire goes out on

11:29:07   10   what day?

11:29:08   11   A.   July 28th, 2008.

11:29:11   12   Q.   Prior to that money going out of the account, did

11:29:15   13   anything happen?

11:29:21   14   A.   I was -- I took some personal time.  I went on

11:29:25   15   vacation to Hawaii.  While I was on a vacation, the bank

11:29:31   16   would not release the funds back to China Zhongwang.

11:29:38   17         Mrs. Liu was literally calling me every hour

11:29:43   18   asking me where I was, questioning I wasn't in southern

11:29:47   19   California, and why I did not send the funds back.

11:29:51   20         It felt like she thought I ran away with the

11:29:54   21   money.

11:29:55   22   Q.   Did you return to Los Angeles?

11:29:56   23   A.   I did.

11:29:57   24   Q.   And when you returned, what happened?

11:29:59   25   A.   I met Mr. Liu at the airport shortly before he

| | | |
|---|---|---|
| 11:30:03 | 1 | had landed, and he had brought -- Mr. Liu had brought |
| 11:30:07 | 2 | with him a trolley suitcase full of preIPO -- China |
| 11:30:17 | 3 | Zhongwang preIPO and prospectus documentation and |
| 11:30:21 | 4 | financial documentation for me to bring to the bank to |
| 11:30:23 | 5 | justify the release of the funds. |
| 11:30:26 | 6 | THE COURT:  Okay.  We're going to break at |
| 11:30:27 | 7 | this time, ladies and gentlemen.  It's for your lunch |
| 11:30:28 | 8 | break.  See you back in at 1:00 o'clock. |
| 11:30:30 | 9 | Remember the admonishment not to discuss the |
| 11:30:31 | 10 | case among yourselves or with anybody else or form or |
| 11:30:34 | 11 | express any opinions about the matter until it's |
| 11:30:35 | 12 | submitted to you when you retire to the jury room.  We |
| 11:30:39 | 13 | will be in recess. |
| | 14 | (LUNCH BREAK TAKEN.) |
| 13:01:16 | 15 | THE COURT:  Okay.  The record will reflect |
| 13:01:18 | 16 | all the members of the jury are in their respective |
| 13:01:21 | 17 | seats in the jury box, the witness is on the witness |
| | 18 | stand. |
| 13:01:24 | 19 | Counsel, you may continue. |
| 13:01:26 | 20 | MS. KUMAR:  Thank you, Your Honor. |
| | 21 | BY MS. KUMAR: |
| 13:01:26 | 22 | Q.  Mr. Shen, we were talking about a $200 million |
| 13:01:32 | 23 | loan in advance of China Zhongwang's IPO when we broke. |
| | 24 | Do you remember that? |
| 13:01:34 | 25 | A.  Yes, I do. |

13:01:35  1      Q.   So we were looking at this chart that's in

13:01:36  2  evidence, Exhibit 6.  This the page 1.  Going down to

13:01:40  3  page 2, orange.

13:01:43  4      Can you tell us what happened on July 28th, 2008?

13:01:47  5      A.   I remitted $100 million to Zhongwang

13:01:54  6  International Group.

13:01:54  7      Q.   And you were testifying that prior to that wire,

13:01:56  8  there were some conversations with the bank.  Did you

13:01:59  9  have to do anything to get that wire through?

13:02:02  10      A.   Yes, we had to be on several calls, especially

13:02:08  11  with the bank's counsel, to explain why the funds and

13:02:13  12  how the funds would be used, prior to the bank agreeing

13:02:17  13  to release the wire.

13:02:18  14      Q.   Did you write a letter about this?

13:02:21  15      A.   I did.

13:02:21  16      Q.   Directing your attention --

13:02:24  17           MS. KUMAR:  -- the witness's, only, attention

13:02:29  18  to Exhibit 300.

13:02:33  19           THE COURT:  Okay.

13:02:34  20  BY MS. KUMAR:

13:02:34  21      Q.   Mr. Shen, do you recognize this document?

13:02:36  22      A.   I do.

13:02:39  23      Q.   What do you recognize it to be?

13:02:41  24      A.   It was a letter that I had to handwrite at the

13:02:44  25  wiring counter in order for the wire to be released by

13:02:49   1    the bank.

13:02:50   2        Q.   Is that your signature at the bottom?

13:02:51   3        A.   It is.

13:02:51   4        Q.   And the date on the top is?

13:02:52   5        A.   July 28th, 2008.

13:02:55   6             MS. KUMAR:   Your Honor, the Government moves

13:02:56   7    to admit Exhibit 300 into evidence.

13:02:58   8             MS. POTASHNER:   Objection.   Hearsay.

13:02:59   9    Continuing objection.

13:03:01  10             THE COURT:   It will be noted for the record

13:03:03  11    and it will be overruled.

13:03:06  12             (Exhibit 300 is received.)

13:03:06  13             MS. KUMAR:   Permission to publish, Your

13:03:08  14    Honor.

13:03:08  15             THE COURT:   This is a letter you wrote; is

13:03:09  16    that correct?

13:03:09  17             THE WITNESS:   Yes, Your Honor.

13:03:11  18             MS. KUMAR:   Permission to publish, Your

13:03:13  19    Honor?

13:03:13  20             THE COURT:   Yes.

13:03:23  21             MS. KUMAR:   Your Honor, I don't believe it's

13:03:24  22    up on the screen for the jury.

13:03:26  23             THE COURT:   Sorry.   Go ahead.

13:03:27  24    BY MS. KUMAR:

13:03:28  25        Q.   Mr. Shen, is this the letter?

13:03:30  1     A.  Yes, it is.

13:03:32  2     Q.  Okay.  And this is about the $100 million wire;

13:03:36  3  is that right?

13:03:37  4     A.  Yes, it is.

13:03:38  5     Q.  What do you generally say the wire is being used

13:03:41  6  for?

13:03:43  7     A.  To the bank, in this letter, it was as an equity

13:03:46  8  shareholder.

13:03:47  9     Q.  Did you, in fact, get any ownership shares in

13:03:51  10  Zhongwang as a result of this wire?

13:03:52  11     A.  No, I did not.

13:03:53  12     Q.  And at the bottom, it's in anticipation of what?

13:03:55  13     A.  Zhongwang International filing for public trading

13:04:00  14  status, IPO.

13:04:01  15     Q.  At around this time, did ZP Liu take any action

13:04:10  16  with regard to Scudaria Capital?

13:04:15  17             MS. POTASHNER:  Objection.  Vague as to

13:04:17  18  time.

13:04:17  19             THE COURT:  Sustained and as to foundation

13:04:19  20  as to how he would know.

13:04:20  21  BY MS. KUMAR:

13:04:20  22     Q.  Mr. Shen, were you the managing partner -- the

13:04:23  23  CEO of Scuderia Capital?

13:04:24  24     A.  Yes, I was.

13:04:25  25     Q.  And at this same time, in July of 2008 -- and you

13:04:28   1   were a partner in Scuderia Capital with whom?

13:04:31   2       A.   Zuopeng Liu, ZP Liu.

13:04:35   3       Q.   And in around July of 2008, did ZP Liu take any

13:04:38   4   action, that you're aware of, with regard to Scuderia

13:04:40   5   Capital?

13:04:40   6       A.   He gave written notice to resign as partner or

13:04:46   7   any association with Scuderia Capital.

13:04:49   8               MS. KUMAR:   Showing just the witness

13:04:51   9   Exhibit 125.

          10   BY MS. KUMAR:

13:04:55  11       Q.   Mr. Shen, do you recognize this document?

13:04:58  12       A.   Yes, I do.

13:04:59  13       Q.   What is it?

13:04:59  14       A.   It is ZP's letter to resign as the manager of

13:05:05  15   Scuderia Capital.

13:05:07  16       Q.   What day is it dated?

13:05:09  17       A.   July 28, 2008.

13:05:11  18       Q.   Is that the same day as the $100 million wire we

13:05:14  19   were just discussing?

13:05:15  20       A.   It is.

13:05:16  21               MS. KUMAR:   Your Honor, the Government moved

13:05:18  22   to admit Exhibit 125.

13:05:21  23               THE COURT:   Received.

13:05:21  24               (Exhibit 125 is received.)

13:05:22  25   BY MS. KUMAR:

13:05:22   1      Q.   Mr. Shen, can you first, for the record, do you

13:05:25   2   recognize that signature?

13:05:26   3      A.   Yes, I do.

13:05:27   4      Q.   Whose is it?

13:05:28   5      A.   ZP Liu's signature.

13:05:30   6      Q.   And who's this letter addressed to?

13:05:35   7      A.   It is to myself as the manager for Scuderia

13:05:40   8   Capital Partners.

13:05:41   9      Q.   And the letter is -- what is the general

13:05:43   10   substance of the letter?

13:05:45   11      A.   It is ZP's notice to resign as a manager of

13:05:51   12   Scuderia Capital effective immediately.

13:05:53   13      Q.   And the date of the letter, again?

13:05:55   14      A.   July 28th, 2008.

13:05:57   15      Q.   Looking at Exhibit 6, page 2, that's in evidence.

13:06:05   16           Again, what happens on July 28, 2008?

13:06:08   17      A.   $100 million is remitted to Zhongwang

13:06:13   18   International Group from Scuderia Capital Partners.

13:06:16   19      Q.   Mr. Shen, did you ever discuss ZP's resignation

13:06:21   20   from Scuderia with Mr. Liu, Zhongtian Liu?

13:06:25   21      A.   Yes.

13:06:26   22      Q.   What did he say?

13:06:26   23           MS. POTASHNER:  Your Honor, just so the

           24   record is clear, so I don't have to keep interrupting

13:06:28   25   the flow, I'm going to object to all of these documents,

13:06:30   1   as well as all of the hearsay, based on there's no

13:06:32   2   exception as to the foundation that's been laid.  But I

13:06:34   3   don't want to keep interrupting the flow.

13:06:37   4            THE COURT:  Okay.  It will be noted as a

13:06:38   5   continuing objection.

13:06:39   6            MS. POTASHNER:  Thank you, Your Honor.

           7   BY MS. KUMAR:

13:06:42   8       Q.  What, if anything, did Mr. Liu, Mr. Zhongtian Liu

13:06:45   9   tell you about ZP's resignation from Scuderia?

13:06:50  10       A.  Mr. Liu was adamant that ZP's involvement with

13:06:54  11   Scuderia Development Capital be immediately removed.

13:07:00  12   And thoroughly removed.

13:07:02  13       Q.  And so we've talked about the $100 million wire

13:07:06  14   going out.  And on the bottom, we see additional

13:07:09  15   incoming wires on July 29th, 2008; is that right?

13:07:13  16       A.  That is correct.

13:07:14  17       Q.  Now, turning to page 3, of Exhibit 6, what do you

13:07:21  18   see depicted on this page, Mr. Shen?

13:07:27  19       A.  Numerous additional wires being remitted from

13:07:30  20   Hong Kong-based shell companies, via Chen Zhaohua, to

13:07:37  21   Scuderia Capital's account at United Commercial Bank.

13:07:41  22       Q.  Now, directing your attention to page 4 of this

13:07:44  23   exhibit, on August 5th of 2008, what happens?

13:07:49  24       A.  I remitted $90 million to Zhongwang International

13:07:54  25   Group.

13:07:54  1     Q.   And on August 7, 2008?

13:07:57  2     A.   An additional 10 million was remitted from

13:08:02  3   Scuderia Capital's account to Zhongwang International

13:08:06  4   Group.

13:08:07  5     Q.   Mr. Shen, did you speak to anyone at China

13:08:13  6   Zhongwang about this loan?

13:08:14  7     A.   Yes, I did.

13:08:15  8     Q.   Can you tell us who you spoke to?

13:08:19  9     A.   I spoke with Mr. Lu Changqing, who is the

13:08:22  10  executive director for the Zhongwang International Group

13:08:28  11  in the Hong Kong pre-IPO, post-IPO side, as well as Chen

13:08:38  12  Yan, C-H-E-N, space, Y-A-N. He was the executive finance

13:08:40  13  director at China Zhongwang in Laioning.

13:08:45  14    Q.   Could you please spell Changqing Lu for the

13:08:47  15  record?

13:08:47  16    A.   Surname, L-U.  Qianching, I believe was

13:09:01  17  Q-I-A-N-C-H-I-N-G.

13:09:01  18    Q.   Now, I'd like to take a step back.  You say you

13:09:05  19  visited China Zhongwang several times; is that right?

13:09:07  20    A.   That is correct.

13:09:08  21    Q.   And have you met members of the board at China

13:09:11  22  Zhongwang?

13:09:11  23    A.   Yes, I have.

13:09:14  24         MS. KUMAR:  Directing the witness's

13:09:15  25  attention, only, to Exhibit 134.

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
|          | 1  | BY MS. KUMAR:                                                         |
| 13:09:31 | 2  | Q.  Mr. Shen, do you recognize this document?                        |
| 13:09:34 | 3  | A.  Yes, I do.                                                        |
| 13:09:35 | 4  | Q.  What is it?                                                       |
| 13:09:35 | 5  | A.  It is the 2013 annual report for China Zhongwang.                |
| 13:09:45 | 6  |              MS. KUMAR:  Your Honor, pursuant to the                  |
| 13:09:46 | 7  | Court's pretrial ruling, the Government moves to admit               |
| 13:09:47 | 8  | Exhibit 134 into evidence.                                            |
| 13:09:49 | 9  |              THE COURT:  It will be received.                         |
| 13:09:50 | 10 |              (Exhibit 134 is received.)                               |
| 13:09:51 | 11 | BY MS. KUMAR:                                                         |
| 13:09:51 | 12 | Q.  Is that the cover page, Mr. Shen?                                 |
| 13:09:54 | 13 | A.  Yes, I believe so.                                                |
| 13:09:55 | 14 | Q.  I would like to turn your attention to page 4.                   |
| 13:10:07 | 15 |     Does this list corporate information?  Is that                   |
| 13:10:09 | 16 | the title of page, "Corporate Information"?                           |
| 13:10:12 | 17 | A.  Yes, it is.                                                       |
| 13:10:12 | 18 | Q.  Let me zoom in a little bit at the executive                     |
| 13:10:17 | 19 | directors.  Who's listed as the chairman?                            |
| 13:10:19 | 20 |              MS. POTASHNER:  Your Honor, this document                |
| 13:10:20 | 21 | speaks for itself.  It's in evidence.                                 |
| 13:10:22 | 22 |              THE COURT:  It does speak for itself.                    |
|          | 23 | BY MS. KUMAR:                                                         |
| 13:10:25 | 24 | Q.  Do you see the two people you just referenced,                   |
| 13:10:27 | 25 | listed as executive directors?                                        |

13:10:28   1        A.   Yes, I do.

13:10:30   2        Q.   And those were, just for the record, the second

13:10:32   3   and third names; is that right?

13:10:34   4             MS. POTASHNER:   Same objection, Your Honor.

13:10:35   5             THE COURT:   Overruled.

13:10:36   6             THE WITNESS:   Yes, that is correct.

13:10:39   7   BY MS. KUMAR:

13:10:39   8        Q.   And directing your attention to the independent

13:10:42   9   nonexecutive directors.   Have you ever met any of the

13:10:45   10  individuals listed here?

13:10:46   11       A.   Yes, I have.

13:10:47   12       Q.   Which one?

13:10:48   13       A.   Mr. Wen Xianjun and Mr. Shi Ketong.

13:10:53   14       Q.   Which numbers?

13:10:54   15       A.   The second and third individuals.

13:10:58   16       Q.   Who did you understand them to be?

13:11:03   17       A.   I understood them also to operate various

13:11:06   18  facilities within China Zhongwang in China;

13:11:14   19  specifically, a China Zhongwang rolling mill and an

13:11:18   20  aluminum refinery.

13:11:18   21       Q.   Have you seen these individuals, including

13:11:21   22  Mr. Changqing Liu and Chen Yan interact with

13:11:28   23  Mr. Zhongtian Liu?

13:11:28   24       A.   Several times.

13:11:30   25             MS. POTASHNER:   Objection.   Vague as to

13:11:31    1    time.

13:11:31    2                  THE COURT:  Can you lay a foundation,

13:11:33    3    Counsel?

13:11:33    4                  MS. KUMAR:  Sure.

13:11:35    5    BY MS. KUMAR:

13:11:35    6        Q.  Mr. Shen, you said that you've met these

13:11:37    7    individuals; is that right?

13:11:37    8        A.  That is correct.

13:11:38    9        Q.  And when you met them, approximately what time

13:11:41   10    frame would you have met them?

13:11:42   11        A.  Met them several times since 2008, up until 2014.

13:11:51   12        Q.  And during that time frame, did you see any of

13:11:54   13    these individuals with Mr. Zhongtian Liu?

13:11:58   14        A.  Yes.  Several.

13:11:59   15        Q.  Based on these interactions, how did they treat

13:12:02   16    Mr. Liu?

13:12:03   17        A.  With extreme deference and they feared Mr. Liu

13:12:09   18    quite a bit.

13:12:10   19        Q.  Have you observed any of them give Mr. Liu

13:12:13   20    orders?

13:12:13   21        A.  Never.

13:12:14   22        Q.  Did Mr. Liu compensate you for participating in

13:12:22   23    this $200 million loan?

13:12:24   24        A.  Yes, he did.

13:12:26   25        Q.  How so?

13:12:27  1    A.   As I stated earlier, I stood to benefit.  So one

13:12:34  2  of the ways that he compensated me was to compensate for

13:12:40  3  the false tax exposure that I had relayed to him, and

13:12:45  4  additionally, at the conclusion of the $200 million

13:12:49  5  restructuring, Mr. Liu gifted me $3 million.

13:12:54  6    Q.   Mr. Shen, did China Zhongwang ultimately go

13:12:58  7  public?

13:12:58  8    A.   Yes, it did.

13:12:58  9    Q.   And in advance of the IPO, are you aware if China

13:13:03  10  Zhongwang issued a prospectus?

13:13:05  11    A.   Yes, they did.

13:13:08  12         MS. KUMAR:  Directing only the witness's

13:13:09  13  attention to Exhibit 129.

          14  BY MS. KUMAR:

13:13:17  15    Q.   Mr. Shen, do you recognize this document?

13:13:20  16    A.   Yes, I do.

13:13:20  17    Q.   And what is it?

13:13:22  18    A.   It is a prospectus pre-IPO, basically to offer

13:13:29  19  shares for sale.

13:13:30  20         MS. KUMAR:  Your Honor, the Government moves

13:13:31  21  to introduce Exhibit 129, pursuant to the Court's

13:13:36  22  pretrial ruling.

13:13:37  23         THE COURT:  It will be received.

13:13:38  24         (Exhibit 129 is received.)

13:13:39  25  BY MS. KUMAR:

13:13:40  1    Q.  This is the cover page; is that right, Mr. Shen?

13:13:42  2    A.  Yes, it is.

13:13:43  3    Q.  I would like to direct your attention to page 100

13:13:53  4    of this document.

13:13:58  5        You see the middle portion, here.  This middle

13:14:02  6    portion that I highlighted, is that about Scuderia

13:14:05  7    Capital?

13:14:05  8            MS. POTASHNER:  Objection, Your Honor.  This

13:14:06  9    document speaks for itself.

13:14:08  10           THE COURT:  Overruled.

13:14:10  11           THE WITNESS:  Yes, it does.

13:14:11  12   BY MS. KUMAR:

13:14:12  13   Q.  Did any auditor for China Zhongwang call you

13:14:14  14   about this?

13:14:15  15   A.  Not about this specifically, no.

13:14:17  16   Q.  And it indicates here that the loan was fully

13:14:21  17   repaid; is that right?

13:14:23  18   A.  It does indicate that, yes.

13:14:24  19   Q.  And it indicates that it happened when?

13:14:27  20   A.  April 17th of 2009.

13:14:29  21   Q.  And you were the manager of Scuderia Capital

13:14:33  22   Partners at that time; is that right?

13:14:35  23   A.  Yes, I was.

13:14:36  24   Q.  Was the loan repaid by April 17th, 2009?

13:14:40  25   A.  No, it was not.

| | | |
|---|---|---|
| 13:14:41 | 1 | Q.  At any point while you were at Scuderia Capital |
| 13:14:44 | 2 | Partners, was it repaid? |
| 13:14:45 | 3 | A.  No, it was never. |
| 13:14:51 | 4 | THE CLERK:  Counsel, as to Exhibit 129, |
| 13:14:53 | 5 | which pages are you admitting? |
| 13:14:55 | 6 | MS. KUMAR:  That was page 1 and 100.  Thank |
| 13:14:58 | 7 | you. |
| 13:14:59 | 8 | THE CLERK:  Thank you. |
| 13:15:00 | 9 | MS. KUMAR:  Directing only the witness's |
| 13:15:02 | 10 | attention to Exhibit 303.  This is page 1. |
| | 11 | BY MS. KUMAR: |
| 13:15:14 | 12 | Q.  Mr. Shen, what's this document? |
| 13:15:17 | 13 | A.  It is a -- it was -- it is Scuderia Capital |
| 13:15:22 | 14 | Partners' balance sheet as of year end 2009. |
| 13:15:24 | 15 | Q.  And did you, while you were there, maintain the |
| 13:15:27 | 16 | business records of Scuderia Capital Partners in the |
| 13:15:30 | 17 | regular course of business, including its financial |
| 13:15:34 | 18 | records? |
| 13:15:34 | 19 | A.  Yes, I did. |
| 13:15:35 | 20 | MS. KUMAR:  Your Honor, the Government moves |
| 13:15:36 | 21 | to admit 303 into evidence. |
| 13:15:38 | 22 | THE COURT:  It will be received. |
| 13:15:40 | 23 | (Exhibit 303 is received.) |
| 13:15:41 | 24 | BY MS. KUMAR: |
| 13:15:41 | 25 | Q.  So this is the balance sheet as of December 31st, |

13:15:46  1    2009; is that right, Mr. Shen?

13:15:48  2        A.  Yes, it is.

13:15:48  3        Q.  I would like to direct your attention to the

13:15:53  4    bottom portion.  It says here, loan payable to

13:16:07  5    Zhongwang.  What's the amount of that?

13:16:08  6        A.  $200,000,400.

13:16:11  7        Q.  When there is a negative sign, Mr. Shen, do you

13:16:13  8    know what that means?

13:16:14  9        A.  It means that it is owed.

13:16:16  10       Q.  Owed from whom to whom?

13:16:19  11       A.  It's owed from China Zhongwang to Scuderia

13:16:22  12   Capital.

13:16:24  13       Q.  And this is as of December 31st, 2009; is that

13:16:28  14   right?

13:16:29  15       A.  Yes.

13:16:29  16       Q.  Okay.  So you testified earlier that you

13:16:37  17   purchased several warehouses on behalf of Mr. Liu.  What

13:16:40  18   was the first warehouse you purchased?

13:16:42  19       A.  1001 Doubleday in Ontario, California.

13:16:46  20       Q.  Do you recall when that purchase took place?

13:16:49  21       A.  I believe it was early in 2008.

13:16:52  22       Q.  What entity was used to purchase the warehouse?

13:16:56  23       A.  I had formed a single-asset entity called 1001

13:17:01  24   Doubleday, to hold title for the building.

13:17:04  25                 MS. KUMAR:  Directing only the witness's

13:17:05   1   attention to Exhibit 109, page 1.

13:17:08   2   BY MS. KUMAR:

13:17:14   3       Q.   Mr. Shen, do you recognize this document?

13:17:16   4       A.   Yes, I do.

13:17:16   5       Q.   What is it?

13:17:17   6       A.   It is the Secretary of State filing for entity

13:17:22   7   registration.  LLC formation.

13:17:26   8               MS. KUMAR:  Your Honor, the Government moves

13:17:27   9   to admit Exhibit 109 into evidence.

13:17:30   10              THE COURT:  It will be received.

13:17:31   11              (Exhibit 109 is received.)

13:17:32   12  BY MS. KUMAR:

13:17:32   13      Q.   And this LLC was formed when?

13:17:34   14      A.   October 7th, 2008.

13:17:37   15      Q.   Does that refresh your recollection as to when

13:17:39   16  the warehouse was purchased?

13:17:41   17      A.   Yes, it does.

13:17:42   18      Q.   When was it?

13:17:43   19      A.   Toward the end of 2008.

13:17:46   20      Q.   Looking at the bottom, who signed?

13:17:51   21      A.   That is my signature.

13:18:01   22              MS. KUMAR:  Directing only the witness's

13:18:03   23  attention to Exhibit 230.

           24  BY MS. KUMAR:

13:18:11   25      Q.   Mr. Shen, do you recognize this document?

13:18:14  1     A.   It is a grant deed for 1001 Doubleday.

13:18:18  2               MS. KUMAR:  Your Honor, the Government moves

13:18:20  3     to admit Exhibit 230.

13:18:22  4               THE COURT:  It will be received.

13:18:23  5               (Exhibit 230 is received.)

13:18:24  6     BY MS. KUMAR:

13:18:24  7     Q.   And this is the grant deed for the property

13:18:26  8     located in Ontario; is that right?

13:18:28  9     A.   That is correct.

13:18:29  10    Q.   The warehouse?

13:18:30  11    A.   Yes, that is correct.

13:18:31  12    Q.   And the land on which the warehouse sits?

13:18:34  13    A.   I believe it is the entire real asset.

13:18:38  14    Q.   Could you tell us how you went around looking for

13:18:40  15    this warehouse.

13:18:42  16    A.   From my previous position as a real estate deal

13:18:49  17    maker for another developer, I met a gentleman named

13:18:54  18    Steven Ng, who I later hired and became Scuderia's

13:18:58  19    general manager.  So Steven basically hunted and sought

13:19:04  20    in the marketplace on what buildings were available in

13:19:07  21    that size and scale.  So 1001 Doubleday was a 380,000

13:19:17  22    square-foot warehouse and it previously served as the

13:19:19  23    logistics building for Michelin Tires.

13:19:23  24    Q.   Did you visit the warehouse with Mr. Liu?

13:19:25  25    A.   Yes, I did.

13:19:26  1     Q.  And what, if anything, happened during that

13:19:28  2  visit?

13:19:29  3     A.  We walked the building.  We walked the warehouse

13:19:32  4  portion, as well as the office portion.  I pointed out

13:19:36  5  several repairs that needed to be conducted on the

13:19:38  6  building and property, throughout the property.  And as

13:19:43  7  per the previous personal residence for ZP, a vague

13:19:50  8  instruction of make it nice was given to me, and I

13:19:55  9  proceeded to rehabbing the property to make it nice.

13:20:00 10     Q.  And were there renovations done to the warehouse?

13:20:04 11     A.  Extensively.

13:20:05 12     Q.  How much was the warehouse purchased for?

13:20:07 13     A.  I believe the purchase price of the warehouse was

13:20:09 14  32 million.

13:20:10 15     Q.  Were there any mortgages or loans taken out in

13:20:15 16  connection with the purchase?

13:20:17 17     A.  No, there was none.

13:20:18 18     Q.  Did you see the warehouse after it was purchased?

13:20:21 19     A.  Yes, I did.

13:20:21 20     Q.  When it was first purchased, what was inside the

13:20:26 21  warehouse?

13:20:27 22     A.  When it was first purchased, the warehouse was

13:20:30 23  completely vacant and so was the office.

13:20:32 24     Q.  And did there come a time when something was

13:20:36 25  stored in the warehouse?

13:20:37   1      A.   Shortly after the renovations were complete and

13:20:41   2   the loading equipment was replaced for the warehouse

13:20:44   3   portion, massive quantities of aluminum extrusion

13:20:49   4   bundles started coming in to the building.  I believe

13:20:55   5   the whole building was completely filled within a few

13:21:01   6   months of the renovations being completed.

13:21:05   7      Q.   After the Ontario warehouse, what was the next

13:21:08   8   warehouse you purchased for Mr. Liu?

13:21:11   9      A.   2323 Main Street in Irvine, California.

13:21:15   10     Q.   And how did you find this warehouse?

13:21:17   11     A.   It was also located -- identified by Steven Ng.

13:21:23   12     Q.   And what was the purpose of the warehouse?

13:21:26   13     A.   This particular warehouse -- well, when we showed

13:21:32   14   the building to Mr. Liu, he was very excited to acquire

13:21:38   15   it as quickly as possible.  A, because of its location,

13:21:44   16   more or less in downtown Irvine, and it was along the

13:21:49   17   same street as his residence.  So from his house to the

13:21:53   18   Irvine building, it was no more than a seven- or

13:21:58   19   eight-minute drive.

13:21:59   20          The front portion fronted the two main

13:22:02   21   streets in Irvine, Von Karman and Main Street, and

13:22:06   22   Mr. Liu had instructed me to turn that into some sort of

13:22:09   23   financial services, insurance or banking company.  And

13:22:15   24   he was really excited about having that building

13:22:20   25   identified, because the back portion had 260,000

13:22:27  1   square-foot of warehouse space.  So kind of, in his

13:22:31  2   mind, served multiple purposes.

13:22:34  3       Q.  Did you ultimately set up any of the commercial

13:22:37  4   or insurance business you just referenced?

13:22:38  5       A.  No, I did not.

13:22:39  6       Q.  What was stored in the warehouse?

13:22:42  7       A.  Pallets.  Aluminum pallets ultimately began

13:22:45  8   piling up inside the warehouse.

13:22:47  9       Q.  We will get to that.

13:22:48  10          What entity purchased the warehouse, Mr. Shen?

13:22:51  11      A.  Von Karman-Main LLC.

13:22:57  12          MS. KUMAR:  Directing only the witness's

13:23:00  13  attention to Exhibit 117.

         14   BY MS. KUMAR:

13:23:03  15      Q.  Mr. Shen, what is this document?

13:23:04  16      A.  LLC application for sec state.

13:23:09  17      Q.  This is for Von Karman-Main Street; is that

13:23:14  18  right?

13:23:14  19      A.  Yes, it is.

13:23:16  20          MS. KUMAR:  Your Honor, the Government moves

13:23:17  21  to admit Exhibit 117 into evidence.

13:23:18  22          THE COURT:  It will be received.

13:23:19  23          (Exhibit 117 is received.)

13:23:19  24  BY MS. KUMAR:

13:23:19  25      Q.  Mr. Shen, when was this company formed?

13:23:22  1    A.   March 6th of 2009.

13:23:24  2    Q.   Was that around the time you purchased the

13:23:26  3    warehouse?

13:23:26  4    A.   Yes, it is.

13:23:31  5    Q.   And who signed the bottom of the document?

13:23:34  6    A.   It is my signature.

13:23:37  7    Q.   As CEO; is that right?

13:23:39  8    A.   Yes.

13:23:42  9          MS. KUMAR:   Turning only the witness's

13:23:44  10   attention to Exhibit 229.

          11   BY MS. KUMAR:

13:23:51  12   Q.   Mr. Shen, do you recognize this document?

13:23:53  13   A.   It is a grant deed for Von Karman-Main.

13:23:57  14         MS. KUMAR:   Your Honor, the Government moves

13:23:58  15   to admit Exhibit 229 into evidence.

13:24:01  16         THE COURT:   It will be received.

13:24:03  17         (Exhibit 229 is received.)

13:24:06  18         MS. KUMAR:   Permission to publish?

13:24:09  19         THE COURT:   There you go.

13:24:10  20   BY MS. KUMAR:

13:24:11  21   Q.   Mr. Shen, is the grant deed for Von Karman-Main

13:24:15  22   Street, the Irvine warehouse?

13:24:16  23   A.   Yes, it is.

13:24:17  24   Q.   This is page 2 of the document.

13:24:23  25         How much was the Irvine warehouse purchased for?

13:24:26   1      A.   The purchase price was 35 million, roughly, if I
13:24:32   2   recall.
13:24:32   3      Q.   How much -- were there any loans or financing
13:24:35   4   taken out in connection with this purchase?
13:24:37   5      A.   No, there was none.
13:24:38   6      Q.   So at this point, you bought two warehouses on
13:24:42   7   behalf of Mr. Liu and we are in the spring of 2009, and
13:24:44   8   you testified you ultimately bought a third.  Who was
13:24:48   9   the ultimate source of the money?
13:24:51   10     A.   Mr. Liu Zhongtian.
13:24:53   11     Q.   And did Mr. Liu transfer the funds to you
13:24:56   12   directly?
13:24:56   13     A.   No.  It came to me by Chen Zhaohua's shell
13:25:02   14   companies or offshore entities.
13:25:04   15     Q.   Have you met Chen Zhaohua?
13:25:07   16     A.   Several times.
13:25:08   17     Q.   Who did you understand him to be?
13:25:10   18     A.   He was -- he worked for Mr. Liu Zhongtian.  He
13:25:16   19   served as Mr. Liu's right hand, right-hand person to
13:25:20   20   hold all of Mr. Liu's funds outside of the Peoples
13:25:26   21   Republic of China.
13:25:27   22     Q.   How did Chen Zhaohua, based on your years of
13:25:31   23   working with him, refer to Mr. Liu?
13:25:34   24     A.   As the boss.
13:25:37   25               MS. KUMAR:  Directing only the witness's

13:25:39    1    attention to Exhibit 60.

13:25:41    2            THE CLERK:  Sorry.

13:25:42    3    BY MS. KUMAR:

13:25:43    4        Q.  Mr. Shen, do you recognize the person depicted in

13:25:45    5    this photograph?

13:25:45    6        A.  Yes, I do.

13:25:46    7        Q.  And who is it?

13:25:48    8        A.  That's Mr. Chen Zhaohua.

13:25:55    9            MS. KUMAR:  Your Honor, the Government moves

13:25:56   10    to admit Exhibit 60 into evidence.

13:25:57   11            THE COURT:  Received.

13:25:58   12            (Exhibit 60 is received.)

13:25:59   13    BY MS. KUMAR:

13:26:00   14        Q.  Is that a fair and accurate depiction of Chen

13:26:03   15    Zhaohua, Mr. Shen?

13:26:05   16        A.  Yes.

13:26:06   17        Q.  Based on your interactions between Chen Zhaohua

13:26:10   18    and Mr. Liu, who was in charge?

13:26:14   19        A.  Mr. Liu Zhongtian.

13:26:18   20        Q.  Did Mr. Chen Zhaohua work with anyone else to

13:26:23   21    facilitate the movement of money?

13:26:25   22            MS. POTASHNER:  Objection.  Lacks

13:26:27   23    foundation.

13:26:27   24            THE COURT:  If he knows.

           25    BY MS. KUMAR:

13:26:29   1      Q.  If you know, Mr. Shen.

13:26:32   2      A.  Yes, a Mr. Richard Jen.

13:26:34   3             THE COURT:  What's that based on, that

13:26:35   4   knowledge?

13:26:35   5             THE WITNESS:  I've met both Richard Jen

13:26:38   6   several times, as well as observed Mr. Jen receiving

13:26:39   7   direction and instruction from Chen Zhaohua.

        8   BY MS. KUMAR:

13:26:45   9      Q.  And could you please spell his name, if you know.

13:26:45  10      A.  Richard.  Surname, J-E-N.

13:26:53  11      Q.  Now, the money you received for these purposes

13:26:56  12   through Scuderia, how did you account for those monies

13:27:00  13   in Scuderia's books?

13:27:01  14      A.  I believe the CFO booked them as outstanding

13:27:07  15   loans.

13:27:13  16      Q.  So we've talked about the Ontario and the Irvine

13:27:15  17   warehouse.  What was the last warehouse you purchased

13:27:19  18   for Mr. Liu?

13:27:19  19      A.  The last warehouse that I helped acquire was

13:27:24  20   10681 Production Avenue in Fontana, California.  And

13:27:27  21   that's a 1.35 million square feet industrial building on

13:27:34  22   about 45 -- about 50 acres of land in Fontana,

13:27:39  23   California.

13:27:40  24      Q.  Who found that property?

13:27:43  25      A.  Mr. Liu directed me to get involved in that

13:27:46  1   particular transaction, because his brother Liu Zhongsuo

13:27:50  2   and Johnson Shao were having difficulty closing that

13:27:54  3   transaction.  They couldn't get the sellers' brokers to

13:27:58  4   be comfortable, or the bank to get comfortable to enter

13:28:04  5   into a transaction with them.  So Mr. Zhongtian Liu

13:28:09  6   asked me to get involved and I did.

13:28:11  7       Q.  Did you ultimately purchase the warehouse?

13:28:13  8       A.  Yes, I did.

13:28:13  9       Q.  Can you describe to us the size -- you said 1.3

13:28:17  10  million square feet, but what does that --

13:28:18  11      A.  1.3 million square feet is approximately 50 acres

13:28:26  12  under one roof.  So the length of the building was long

13:28:29  13  enough for me to drive a race car from one end to the

13:28:33  14  other inside at top speed.  It's about a little over a

13:28:39  15  quarter mile long.

13:28:40  16      Q.  What entity purchased the Fontana warehouse?

13:28:44  17      A.  10681 Production Avenue LLC.

13:28:48  18          MS. KUMAR:  Directing only the witness's

13:28:49  19  attention to Exhibit 111.

          20  BY MS. KUMAR:

13:28:56  21      Q.  Mr. Shen, do you recognize this document?

13:28:57  22      A.  Yes, I do.

13:28:58  23      Q.  What is it?

13:28:59  24      A.  It's a LLC registration for the Secretary of

13:29:03  25  State.

13:29:03  1          MS. KUMAR:  Your Honor, the Government moves

13:29:05  2   to admit Exhibit 111 into evidence.

13:29:08  3          THE COURT:  It will be received.

13:29:10  4          (Exhibit 111 is received.)

13:29:10  5   BY MS. KUMAR:

13:29:11  6      Q.  When was this entity formed?

13:29:12  7      A.  August 25th of 2009.

13:29:14  8      Q.  And directing your attention to the bottom of the

13:29:18  9   page, who signed that?

13:29:23  10     A.  That is my signature.

13:29:25  11     Q.  As CEO?

13:29:26  12     A.  As CEO.

13:29:28  13     Q.  Mr. Shen, these entities, these LLCs, did they

13:29:34  14   have any other purpose than holding the warehouse?

13:29:37  15     A.  None whatsoever.

13:29:39  16     Q.  Directing your attention to exhibit -- oops.

13:29:44  17          MS. KUMAR:  Just witness's attention to

13:29:46  18   Exhibit 228.

13:29:49  19          THE COURT:  Just the witness?

13:29:51  20          MS. KUMAR:  Yes, Your Honor.

13:29:59  21   BY MS. KUMAR:

13:29:59  22     Q.  Do you recognize this document, Mr. Shen?

13:30:02  23     A.  It is a grant deed for the Fontana warehouse.

13:30:05  24          MS. KUMAR:  Your Honor, the Government moves

13:30:06  25   to admit Exhibit 228.

13:30:08  1                THE COURT:  It will be received.

13:30:10  2                (Exhibit 228 is received.)

13:30:10  3   BY MS. KUMAR:

13:30:12  4       Q.  And is it now on your screen, Mr. Shen, the grant

13:30:15  5   deed for the Fontana warehouse?

13:30:16  6       A.  Yes, it is.

13:30:17  7       Q.  And the date it's executed?

13:30:19  8       A.  September 11th, 2009.

13:30:23  9       Q.  After you purchased these three warehouses for

13:30:36 10   Mr. Liu, what was Scuderia's role with regard to the

13:30:39 11   warehouses?

13:30:41 12       A.  After the renovations were done at these

13:30:43 13   buildings, or repairs, Scuderia's role was to make sure

13:30:47 14   that property taxes were paid, buildings were insured,

13:30:51 15   and general maintenance was performed and ongoing.

13:30:55 16       Q.  And what was stored in these warehouses?

13:30:58 17       A.  Doubleday, the Ontario warehouse was primarily

13:31:05 18   aluminum extrusion bundle profiles.  So one-ton bundles

13:31:10 19   of aluminum extrusions were stored in Ontario.  Same

13:31:14 20   went into Fontana's warehouse, and aluminum pallets went

13:31:19 21   into the Irvine warehouse.

13:31:21 22       Q.  Did you ever see Mr. Liu at the warehouses after

13:31:23 23   they were purchased?

13:31:25 24       A.  Several times.

13:31:26 25       Q.  And what would he do on those visits?

13:31:28  1          MS. POTASHNER:  Objection.  Vague as to

13:31:29  2    time.

13:31:30  3          THE COURT:  Can you narrow that down,

13:31:33  4    Counsel.

13:31:33  5          MS. KUMAR:  Sure, Your Honor.

       6    BY MS. KUMAR:

13:31:34  7      Q.  In the 2007-to-2015 time frame, did you see

13:31:38  8    Mr. Liu at the warehouses?

13:31:40  9      A.  Yes.

13:31:40 10      Q.  And what would he do at the warehouses?

13:31:43 11          MS. POTASHNER:  Same objection, Your Honor.

13:31:44 12    That's eight years.

13:31:46 13          THE COURT:  About what -- did you see him

13:31:48 14    many times during that period of time?

13:31:51 15          THE WITNESS:  Yes, Your Honor.

13:31:52 16          THE COURT:  So you saw him multiple times

13:31:53 17    during those eight years.

13:31:54 18          THE WITNESS:  The whole family -- yes, Your

13:31:57 19    Honor.

13:31:58 20          THE COURT:  Okay.  Overruled.

13:32:00 21    BY MS. KUMAR:

13:32:01 22      Q.  What would you see Mr. Liu do?

13:32:03 23      A.  The entire Liu family, twice a year, would

13:32:05 24    conduct physical audits of the amount of aluminum stored

13:32:09 25    at each of the buildings.  They would, as a family, do a

13:32:13  1    physical count as to how much tonnage of aluminum

13:32:17  2    physically stayed at each building.

13:32:21  3        Q.   Based on your years working with Mr. Liu, what

13:32:25  4    company was the source of the aluminum stored in these

13:32:28  5    warehouses?

13:32:30  6        A.   The aluminum extrusions and the pallets were all

13:32:33  7    produced by China Zhongwang.

13:32:35  8        Q.   Mr. Shen, based on your work with Mr. Liu, are

13:32:37  9    you available -- are you aware of subsidies being

13:32:40  10   available to certain alluminum exporters in China?

13:32:45  11       A.   Yes, I am.

13:32:46  12       Q.   Who told you about those?

13:32:47  13       A.   Several people.  Chen Zhaohua, Louis Lee, my

13:32:52  14   former logistics director.  Zuopeng Liu, ZP Liu,

13:32:59  15   Mr. Liu's son.

13:33:00  16       Q.   And these subsidies were available at the export;

13:33:03  17   is that right?

13:33:03  18       A.   That is correct.

13:33:04  19       Q.   And based on what you learned from these

13:33:06  20   individuals, was this subsidy available on the export of

13:33:10  21   aluminum scrap?

13:33:11  22       A.   No it was not.  It only applies to what was

13:33:13  23   declared as finished goods.

13:33:15  24       Q.   Based on China's definition?

13:33:18  25       A.   Based on the exporter's and China's definition,

13:33:21  1  yes.

13:33:23  2      Q.  What was going to happen with the aluminum

13:33:25  3  stockpile in the warehouses, Mr. Shen?

13:33:27  4              MS. POTASHNER:  Objection.  Calls for

13:33:29  5  speculation.

13:33:30  6              THE COURT:  Overruled.

13:33:31  7              THE WITNESS:  All the aluminum stored in the

13:33:34  8  U.S. warehouses ultimately were to serve as feed stock,

13:33:39  9  so source material for a future plant or a future

13:33:46  10  re-mill facility.

         11  BY MS. KUMAR:

13:33:46  12     Q.  And when you say "feed stock," what do you mean

13:33:49  13  by that?

13:33:50  14     A.  Every aluminum melt -- remelt facility or

13:33:53  15  aluminum cast house facility needs to have some

13:34:00  16  consistent supply of aluminum as raw material.  So all

13:34:04  17  of the extrusions and the pallets that were already

13:34:07  18  imported and stored in the U.S., allowed any future

13:34:11  19  plant that Mr. Liu either builds, develops or acquires,

13:34:15  20  to not to have to go to the open market and buy more

13:34:18  21  metal, he already has it stockpiled.

13:34:20  22  BY MS. KUMAR:

13:34:21  23     Q.  So it would be melted, Mr. Shen?

13:34:22  24     A.  Yes, it would be melted.

13:34:24  25     Q.  In 2009, just to orient you as to time, were

13:34:29  1    there any facilities in southern California for a melt

13:34:34  2    facility for Mr. Liu?

13:34:34  3        A.  No.  Not at the time, no.

13:34:37  4        Q.  Did you look for any such facilities?

13:34:40  5        A.  I was tasked to, yes.  I identified a few sites.

13:34:46  6        Q.  By whom were you tasked to do this?

13:34:49  7        A.  Mr. Liu Zhongtian.

13:34:52  8        Q.  Did you identify any particular site?

13:34:55  9        A.  There was one target that was identified in

13:34:58  10   Long Beach, and it was the former C-130 production

13:35:04  11   building owned by the Boeing corporation.  That location

13:35:11  12   was 75 acres, and it was about 800,000 square feet under

13:35:17  13   roof.

13:35:17  14       Q.  Did that project ultimately go forward?

13:35:20  15       A.  No, it did not.

13:35:22  16            MS. KUMAR:  I would like to direct only the

13:35:24  17   witness's attention to Exhibit 304.

13:35:28  18   BY MS. KUMAR:

13:35:28  19       Q.  Do you recognize this document, Mr. Shen?

13:35:30  20       A.  Yes, I do.

13:35:31  21       Q.  Is it an e-mail?

13:35:34  22       A.  It is an e-mail.

13:35:35  23       Q.  Who sent it?

13:35:38  24       A.  I did.

13:35:38  25       Q.  And from what e-mail address?

13:35:40    1        A.   Scuderia Development's e-mail, my account.

13:35:43    2        Q.   Who was the e-mail sent to?

13:35:44    3        A.   Steven Ng, the general manager I referenced

            4   earlier.

13:35:53    5              MS. KUMAR:   Your Honor, the Government moves

13:35:54    6   to admit Exhibit 304 into evidence.

13:35:56    7              THE COURT:   It will be received.

13:35:57    8              (Exhibit 304 is received.)

13:35:57    9   BY MS. KUMAR:

13:35:57   10        Q.   And what -- just generally speaking, Mr. Shen,

13:36:00   11   what's happening in this e-mail?

13:36:04   12        A.   I am giving Steven an update after having spoken

13:36:08   13   to Mr. Liu Zhongtian, who I referenced as Uncle Liu.

13:36:14   14        Q.   And you're giving him an update about what

13:36:17   15   particular thing?

13:36:17   16        A.   Basically, the pattern of global antidumping

13:36:20   17   tariffs that was coming down the pipeline.

13:36:23   18        Q.   And it impacted that on the Boeing facility?

13:36:26   19        A.   We needed to make sure that the Boeing facility

13:36:32   20   could be acquired for a lower price.

13:36:36   21        Q.   And that project did not go forward; is that

13:36:39   22   right?

13:36:40   23        A.   It didn't go forward because the environmental

13:36:44   24   issues at that building, prevented us from digging

13:36:48   25   through the foundation of the building.  Therefore, we

13:36:51  1   couldn't install the aluminum melting and casting

13:36:56  2   equipment needed.

13:36:58  3      Q.   At around this time in 2009, did you look at any

13:37:02  4   other commercial real estate properties with Mr. Liu?

13:37:05  5      A.   Yes, several.

13:37:06  6      Q.   Any in Downtown Los Angeles?

13:37:09  7      A.   I -- Steven and I also identified the U.S. Bank

13:37:13  8   tower for Mr. Liu's acquisition.

13:37:15  9      Q.   Did you tour that building with him?

13:37:17  10     A.   Yes, we did.

13:37:18  11     Q.   By "him," I mean Mr. Liu.

13:37:21  12     A.   Mr. Liu, Steven Ng, ZP Liu, Zhijie, myself.

13:37:27  13     Q.   Zhijie, is that Mrs. Liu?

13:37:31  14     A.   That is Mrs. Liu.

13:37:33  15     Q.   By the end of 2009, Mr. Shen, you had been

13:37:36  16  working for Mr. Liu for about two years; is that

13:37:38  17  correct?

13:37:38  18     A.   That is correct.

13:37:39  19     Q.   And you bought three warehouses for him, you

13:37:41  20  testified?

13:37:41  21     A.   That is correct.

13:37:42  22     Q.   When you purchased a particular property, how did

13:37:44  23  you communicate to Mr. Liu how much money you needed?

13:37:48  24     A.   Usually by phone.  Sometimes in person.  Either

13:37:56  25  during the tour or shortly thereafter.

13:38:01   1       Q.   And during those conversations about all the work

13:38:03   2   you did for Mr. Liu, did you give him an accurate

13:38:06   3   purchase price?

13:38:07   4       A.   No.   I would always have to inflate the cost of

13:38:09   5   each particular deal.

13:38:10   6       Q.   Why did you inflate the cost?

13:38:12   7       A.   Mr. Liu was very vague.   If he liked a particular

13:38:18   8   asset that was identified, he was very vague when he

13:38:21   9   says make it nice.   So I can't fail, and I can't fail in

13:38:26  10   front of Mr. Liu, so I would have to make it nice.   And

13:38:29  11   not knowing how nice, I would always over a budget, over

13:38:33  12   estimate.

13:38:34  13       Additionally, it was very difficult to go back to

13:38:39  14   Mr. Liu for additional funding on each of these

13:38:42  15   acquisitions.   Again, I would have to overinflate and

13:38:49  16   pad the purchase price.   And the third aspect was

13:38:53  17   Mr. Liu really didn't have any sort of ongoing

13:38:56  18   maintenance cost concept.   So insurance to him was

13:39:02  19   something that was not needed, property tax was

13:39:05  20   something that he really disregarded as existing.

13:39:10  21           So all of these ongoing costs needed to get

13:39:14  22   covered.   So I would overinflate the cost of the

13:39:16  23   acquisitions and whatever funds were not used up, I kept

13:39:21  24   as profit.

13:39:22  25       Q.   And what did you do with those extra funds?

13:39:25   1        A.   I spent them on luxury goods and cars.

13:39:29   2        Q.   Did you tell Mr. Liu you were doing that?

13:39:32   3        A.   No, I did not.

13:39:33   4        Q.   You testified earlier that you moved money for

13:39:38   5   Mr. Liu.  During the time frame you worked for him from

13:39:42   6   2007 to 2015, how much money did you move for Mr. Liu

13:39:46   7   around the world?

13:39:46   8        A.   Approximately seven billion U.S. dollars.

13:39:52   9        Q.   And during the time frame you worked for him, how

13:39:53  10   much did you move in the United States?

13:39:56  11        A.   Approximately $980 million.

13:40:00  12        Q.   During that time frame, how much money did you

13:40:03  13   steal from Zhongtian Liu?

13:40:05  14        A.   I took a little over $240 million.

13:40:09  15        Q.   Okay.  We have discussed the purchases of the

13:40:11  16   warehouses in the United States.  Did you do any work in

13:40:14  17   the 2000 time frame for Mr. Liu in Mexico?

13:40:19  18        A.   Yes, I did.

13:40:20  19        Q.   What did you do?

13:40:23  20        A.   I identified several parcels in Central Mexico,

13:40:26  21   near the city of San Jose del Verde, as well as

13:40:31  22   warehouses for lease in Central Mexico, so that during

13:40:34  23   the period of the antidumping/countervailing duty

13:40:40  24   issuance on Chinese-made extrusions, there would still

13:40:46  25   be an outlet for China Zhongwang to be able to export

13:40:50  1   its goods.

13:40:51  2        Q.   And who instructed you to undertake these

13:40:53  3   activities?

13:40:54  4        A.   Mr. Liu Zhongwang.

13:40:57  5        Q.   And did you ultimately build a factory in Mexico?

13:41:00  6        A.   Yes, I did.

13:41:02  7        Q.   What was the name of that factory?

13:41:02  8        A.   Aluminicaste de Fundicion.

13:41:04  9        Q.   Could you spell that.

13:41:05  10       A.   Yes.   A-L-U-M-I-N-I-C-A-S-T-E, space, D-E, space,

13:41:28  11   F-U-N-D-I-C-I-O-N S-A-D-C-V.

13:41:29  12       Q.   Now, what prompted the need for this factory,

13:41:33  13   Mr. Shen?

13:41:33  14       A.   Because the U.S. had already enacted an

13:41:47  15   antidumping/countervailing duty order, the amounts of

13:41:49  16   extrusions that could continue to be imported in the

13:41:50  17   U.S. was dramatically reduced in its current bundled

13:41:54  18   form.

13:41:55  19            So in order for production to continue at China

13:42:06  20   Zhongwang, straw buyer sales to continue for China

13:42:09  21   Zhongwang, Mexico had to receive all of the aluminum

13:42:14  22   bundled extrusions.   But in order to monetize that, it

13:42:23  23   needed a factory in order to melt those down.

13:42:25  24       Q.   How large of a space did you purchase in Mexico?

13:42:28  25       A.   It was approximately 380 hectares.

13:42:35   1       Q.   How long did it take to build the Mexico
13:42:39   2   facility?
13:42:39   3       A.   27 months.
13:42:40   4       Q.   So give us a year, what years are we talking
13:42:43   5   about?
13:42:43   6       A.   From 2010 to 2000 and -- end of 2012.
13:42:51   7       Q.   And was there aluminum stored at the site of
13:42:54   8   Aluminicaste?
13:42:59   9       A.   Approximately 1 million metric tons of aluminum
13:43:03  10   extrusions were stored in Mexico.
13:43:06  11            MS. KUMAR:   I'm directing the witness to
13:43:12  12   Exhibit 54, that's already in evidence.
13:43:15  13            THE COURT:   Okay.
13:43:16  14   BY MS. KUMAR:
13:43:17  15       Q.   Mr. Shen, do you recognize this photo?
13:43:18  16       A.   Yes.
13:43:18  17       Q.   What is it?
13:43:19  18       A.   It is a picture of a portion of the storage
13:43:22  19   facility in Mexico, that shows how the aluminum
13:43:26  20   extrusion bundles was stacked.   Each bundle was one
13:43:31  21   metric ton.
13:43:32  22       Q.   And you said it was a portion.   So it's not all
13:43:35  23   of the aluminum?
13:43:35  24       A.   No.
13:43:36  25       Q.   This is page 1.   Turning your attention to page

| | | |
|---|---|---|
| 13:43:40 | 1 | 2, does that show a larger -- |
| 13:43:42 | 2 | A.  That's another portion. |
| 13:43:44 | 3 | Q.  And just one more page, Mr. Shen.  Is that again, |
| 13:43:50 | 4 | another portion, another view? |
| 13:43:53 | 5 | A.  Yes. |
| 13:43:54 | 6 | Q.  Were you involved in the payments for the |
| 13:43:58 | 7 | aluminum sent to Aluminicaste? |
| 13:44:03 | 8 | A.  Yes, I was. |
| 13:44:04 | 9 | Q.  Just to be clear, was there any customer for all |
| 13:44:06 | 10 | the aluminum we just saw? |
| 13:44:08 | 11 | A.  There was no end-user customer, no. |
| 13:44:12 | 12 | Q.  Did you sell any of that aluminum to be used as |
| 13:44:15 | 13 | aluminum extrusions in the form it was imported? |
| 13:44:19 | 14 | A.  Never. |
| 13:44:20 | 15 | Q.  So I want to talk a little bit about how you paid |
| 13:44:22 | 16 | for this aluminum.  Let's start with, what entities did |
| 13:44:27 | 17 | you use to pay for the aluminum? |
| 13:44:29 | 18 | A.  I had formed different entities in different |
| 13:44:36 | 19 | jurisdictions to service straw buyers.  So, for example, |
| 13:44:39 | 20 | in Singapore, I formed GT88 and Red Stick Capital, and |
| 13:44:46 | 21 | they would receive funds, aggregate the funds from Hong |
| 13:44:51 | 22 | Kong shell companies, from Chen Zhaohua.  And I would |
| 13:44:55 | 23 | also receive invoice schedules of the aluminum that |
| 13:45:00 | 24 | already been shipped and produced.  So those payment |
| 13:45:03 | 25 | schedules would then need to be paid from my shell |

13:45:06  1    companies, my straw buyer companies in Singapore.

13:45:11  2        Q.  So you mentioned GT88 and a few other names; is

13:45:14  3    that right?

13:45:15  4        A.  Red Stick Capital.

13:45:17  5        Q.  And where were those companies based?

13:45:20  6        A.  Those two were based in Singapore.

13:45:24  7        Q.  So let's just take each part.  If you have GT88,

13:45:28  8    hypothetically, as a straw buyer, what entity would GT88

13:45:36  9    pay?

13:45:36  10       A.  It paid several.  It would pay several of the

13:45:39  11   China-based trading companies that were owned by Liu

13:45:43  12   Zhongtian.

13:45:43  13       Q.  Do you remember any of those names?

13:45:44  14       A.  Tienging Boruxian, B-O-R-U-X-I-A-N, Trade

13:45:56  15   Company.  Yongli Xingda, Y-O-N-G-L-I X-I-N-G-D-A.

13:46:11  16           And there were several others I can't recall off

13:46:15  17   the top of my head.

13:46:16  18       Q.  In each instance, where was the aluminum

13:46:18  19   manufactured?

13:46:19  20       A.  China Zhongwang.

13:46:20  21       Q.  And where was the aluminum shipped from?

13:46:22  22       A.  Either Dalian Port or San Jung Port or Yao Ming

13:46:31  23   Port.

13:46:31  24       Q.  Where would the aluminum be shipped to?

13:46:39  25       A.  The aluminum extrusions would ultimately go

13:46:41  1   directly from China to Mexico.  But there would be a

13:46:45  2   bill of lading swap to conceal to the Mexico customs,

13:46:52  3   the source of the production.  So...

13:46:55  4      Q.  Okay.  But it would go from China to Mexico; is

13:46:59  5   that right?

13:46:59  6      A.  That is correct.

13:47:01  7      Q.  And where did the money come from that you would

13:47:05  8   use -- let's use GT88 -- to pay for the aluminum?

13:47:09  9      A.  It would come from Hong Kong shell companies

13:47:15  10  controlled by Chen Zhaohua.

13:47:18  11     Q.  Would you communicate with Chen Zhaohua and

13:47:23  12  Richard Jen about the movement of this money?

13:47:25  13     A.  I would consistently receive payment schedules

13:47:29  14  that needed to be adhered to.  So if Richard had

13:47:33  15  prepared a list of payment schedules that needed to be

13:47:41  16  process, I would need to process those from the

13:47:43  17  Singapore straw buyers.

13:47:45  18     Q.  And how did you receive these schedules?  In what

13:47:47  19  form?

13:47:48  20     A.  By e-mail.

13:47:49  21          MS. KUMAR:  Directing only the witness's

13:47:50  22  attention to Exhibit 322.

13:47:56  23  BY MS. KUMAR:

13:47:56  24     Q.  Do you recognize this document, Mr. Shen?

13:48:00  25     A.  Yes, I do.

13:48:00  1        Q.   Is that an e-mail that you received?

13:48:05  2        A.   I was BCC'd on it.

13:48:07  3        Q.   Who sent it?

13:48:08  4        A.   Louis Lee.

13:48:09  5        Q.   Who's Louis Lee?

13:48:11  6        A.   Louis Lee was the former director of logistics

13:48:15  7   for Scuderia Development and Aluminicaste.

13:48:20  8        Q.   Did he help you move this money?

13:48:22  9        A.   Yes, he did.

13:48:24  10             MS. KUMAR:  Your Honor, I move to admit

13:48:26  11   Exhibit 322 into evidence.

13:48:27  12             THE COURT:  It will be received.

13:48:31  13             (Exhibit 322 is received.)

13:48:33  14             MS. KUMAR:  Permission to publish?

13:48:38  15   BY MS. KUMAR:

13:48:38  16        Q.   Mr. Shen, I'm just going to blow this up a little

13:48:42  17   bit so it's a little clearer.

13:48:46  18             Could you just describe generally what's

13:48:48  19   happening in this e-mail.

13:48:50  20        A.   Louis Lee is trying to -- Louis Lee is trying to

13:48:57  21   verify the wiring instructions for Lead Max Zheshang

13:49:02  22   Bank -- for Lead Max's account with Zheshang Bank.

13:49:06  23        Q.   What is Lead Max, just to be clear?

13:49:07  24        A.   Lead Max was a PRC trade company controlled by

13:49:11  25   Mr. Liu, that had bought the aluminum extrusions from

13:49:16  1   China Zhongwang.

13:49:18  2       Q.   And what are -- I have highlighted three names:

13:49:21  3   Red Stick, Gran Cabrio, Red Stone.  What are those?

13:49:25  4       A.   Those were the straw buyer entities I had formed

13:49:29  5   in Singapore.

13:49:30  6       Q.   And you're saying to send money to which

13:49:33  7   entities?

13:49:33  8       A.   Lead Max Trade Company and Alliance J. Company.

13:49:37  9       Q.   Those entities were what, again?

13:49:40  10      A.   They were the Chinese trade companies controlled

13:49:43  11  by Mr. Zhongtian Liu.

13:49:45  12      Q.   Where would they buy the aluminum from?

13:49:47  13      A.   China Zhongwang.

13:49:49  14      Q.   And could you tell us what's happening in Number

13:49:56  15  5.

13:49:56  16      A.   Louis is asking Richard Jen whether or not he

13:50:01  17  needed to make the invoice amounts more realistic.  So

13:50:05  18  instead of ending in whole dollars, to end them in

13:50:10  19  random cents.

13:50:13  20      Q.   This is page 1 of Exhibit 322.  I'm now going to

13:50:21  21  direct your attention to the attachment.  I'm going to

13:50:23  22  blow it up so that we can actually see it.

13:50:30  23           I'm going to blow it up a little bit more.

13:50:34  24           Okay.  Could you just tell us what's Supreme

13:50:41  25  Wealth, Eastwise, Pop Team, and Qianxiang.

13:50:48  1    A.   Supreme Wealth, Eastwise Global and Pop Team were

13:50:53  2   Singapore entities that I had formed to mirror the names

13:50:58  3   of the Hong Kong trade companies that were originally

13:51:03  4   formed by Chen Zhaohua.  So once he was unable to

13:51:05  5   continue to pay invoices from his Hong Kong shell

13:51:08  6   companies, I was instructed to take over that

13:51:12  7   responsibility by mirroring the same names, but in

13:51:15  8   Singapore, at a different jurisdiction.  Chen Zhong was

13:51:22  9   one of the trade companies in China, that I referenced

13:51:24  10  earlier, that belonged to Liu Zhongtian -- or controlled

13:51:30  11  by Liu Zhongtian.

13:51:30  12   Q.   And that would be the purported seller of the

13:51:32  13  aluminum to something like GT88; is that right?

13:51:35  14   A.   That is correct.

13:51:36  15   Q.   The aluminum that was ultimately manufactured by

13:51:38  16  China Zhongwang?

13:51:39  17   A.   So China Zhongwang would manufacture the

13:51:43  18  aluminum, sell it to Qianxiang within China, export it

13:51:47  19  as a sale to an entity that I formed in Singapore,

13:51:51  20  either GT88, Supreme Wealth, Eastwise, Pop Team, Gran

13:52:00  21  Cabrio, Red Stick or Red Stone.

13:52:00  22   Q.   Do you recall the full name of this entity?

13:52:03  23   A.   I believe it is Qianxiang Yongli or Yongli

13:52:18  24  Qianxiang.  Y-O-N-G-L-I.  Qianxiang, Q -- sorry.

          25  Q-I-A-N-X-I-A-N-G.

| | | |
|---|---|---|
| 13:52:47 | 1 | MS. KUMAR:  Showing just the witness |
| 13:52:50 | 2 | Exhibit 323. |
| | 3 | BY MS. KUMAR: |
| 13:52:57 | 4 | Q.  Mr. Shen, do you recognize this document? |
| 13:53:01 | 5 | A.  Yes, I do. |
| 13:53:01 | 6 | Q.  Is this another e-mail from Louis Lee? |
| 13:53:06 | 7 | A.  Yes, it is. |
| 13:53:07 | 8 | Q.  Did you receive it? |
| 13:53:08 | 9 | A.  I did. |
| 13:53:09 | 10 | Q.  Just generally, without telling us what it |
| 13:53:11 | 11 | specifically says, what is it about? |
| 13:53:16 | 12 | A.  It is about a modification to a payment schedule |
| 13:53:18 | 13 | from Chen Zhaohua.  The e-mail is to myself and Jeff |
| 13:53:25 | 14 | Helk, the CFO for Scuderia Capital. |
| 13:53:27 | 15 | MS. KUMAR:  Your Honor, the Government moves |
| 13:53:29 | 16 | to admit Exhibit 323. |
| 13:53:32 | 17 | THE COURT:  It will be received. |
| 13:53:33 | 18 | (Exhibit 323 is received.) |
| 13:53:34 | 19 | BY MS. KUMAR: |
| 13:53:36 | 20 | Q.  Mr. Shen, what is Liwang or Liwang? |
| 13:53:38 | 21 | A.  Liwang is another PRC or China-based trade |
| 13:53:41 | 22 | company controlled Liu Zhongtian. |
| 13:53:43 | 23 | Q.  Do you know its full name? |
| 13:53:44 | 24 | A.  Dalian Liwang. |
| 13:53:46 | 25 | Q.  Could you spell that for us. |

1    A.   D-A-L-I-A-N, space, Liwang, L-I-W-A-N-G, Trade

13:53:54    2    Company.

13:53:54    3    Q.   Are you familiar with an entity called Yingko

13:54:00    4    Qianxiang?

13:54:00    5    A.   Yes.

13:54:01    6    Q.   Could you spell that for us.

13:54:03    7    A.   Y-I-N-G-K-O Q-I-A-N-X-I-A-N-G.

13:54:12    8    Q.   And could you describe for us what Dalian Liwang

13:54:17    9    and Yingko were.

13:54:17    10    A.   They were both China-based trade companies

13:54:22    11    controlled by Liu Zhongtian.

13:54:24    12    Q.   So in these sales, Mr. Liu [sic], who controlled

13:54:28    13    the seller?

13:54:30    14    A.   Mr. Liu.

13:54:31    15    Q.   And who controlled the buyer?

13:54:33    16    A.   Mr. Liu.

13:54:35    17    Q.   You mentioned that you paid for aluminum shipped

13:54:39    18    to Mexico.  Did you pay for aluminum shipped anywhere

13:54:43    19    else?

13:54:44    20    A.   I paid for aluminum that was shipped from China

13:54:51    21    Zhongwang to Vietnam.  I also paid for aluminum produced

13:54:57    22    by China Zhongwang in Germany, Canada, and Australia.

13:55:02    23    Q.   Let's talk about Vietnam, have you ever visited

13:55:06    24    Vietnam?

13:55:06    25    A.   I have.

13:55:07    1        Q.   Were you there with Mr. Liu ever?

13:55:09    2        A.   Yes, I was.

13:55:10    3        Q.   Where did you visit with Mr. Liu in Vietnam?

13:55:13    4        A.   I visited the Global Vietnam -- Global Vietnam

13:55:19    5   aluminum facility in -- near Ho Chi Minh City.

13:55:24    6        Q.   And what is Global Vietnam aluminum?

13:55:28    7        A.   It was very similar to Aluminicaste Fundicion in

13:55:33    8   Mexico.   It basically was able to close the loop and

13:55:36    9   melt the aluminum extrusions exported from China into

13:55:41   10   Vietnam.

13:55:41   11        Q.   Who ran the Global Vietnam facility, if you know,

13:55:44   12   on a day-to-day basis?

13:55:46   13        A.   Barry Wong -- Wong Tong.

13:55:49   14        Q.   Could you spell that.

13:55:50   15        A.   W-O-N-G, space, T-O-N-G.

13:55:53   16        Q.   Who did you understand him to be?

13:55:55   17        A.   I believe he was Mr. Liu's nephew or some family

13:56:00   18   member.

13:56:05   19        Q.   We talked about Mexico and Vietnam, I would like

13:56:08   20   to now turn back to the United States, specifically up

13:56:11   21   to 2009.   What kind of aluminum is being imported into

13:56:18   22   the United States?

13:56:21   23        A.   Up to 2009, I believe it was still aluminum

13:56:24   24   extrusion, bundled aluminum extrusion profiles.

13:56:29   25        Q.   Did there come a time when the character of that

13:56:32   1   aluminum changed?

13:56:33   2       A.   Yes.  It did.

13:56:34   3       Q.   To what?

13:56:36   4       A.   To aluminum pallets.

13:56:39   5       Q.   And did you -- and what happened in the 2010-2011

13:56:45   6   time frame that prompted that change?

13:56:47   7       A.   The United States was enacting its

13:56:52   8   antidumping/countervailing duty order.  Thereby imposing

13:56:55   9   378 percent tariff against all Chinese-produced aluminum

13:57:01   10   extrusion products.

13:57:02   11       Q.   Did you discuss the antidumping and

13:57:05   12   countervailing duties with Mr. Liu?

13:57:08   13       A.   Yes, I have.

13:57:08   14       Q.   On several occasions?

13:57:10   15       A.   Yes.

13:57:10   16       Q.   And how did you discuss, in what form?

13:57:14   17       A.   In person and by phone.

13:57:16   18       Q.   And where were the meetings in person?

13:57:20   19       A.   The meetings in person took place at the Irvine

13:57:25   20   warehouse at 2323 Main Street.

13:57:27   21       Q.   And did one of those meetings happen in late

13:57:30   22   2010?

13:57:31   23       A.   Yes.

13:57:31   24       Q.   And who else was present?

13:57:36   25       A.   Chen Zhaohua, Louis Lee, ZP Liu, myself, and Liu

13:57:44  1    Zhongtian.

13:57:44  2        Q.   At this meeting, what happened?

13:57:45  3        A.   We had lot of heated dialogue regarding how to

13:57:52  4    get around -- Mr. Liu had inquired on how whether I can

13:57:59  5    come up with ways for him to get around the antidumping/

13:58:01  6    countervailing duty order.   And my response was, there

13:58:05  7    was none.   The only way was to bring in finished goods

13:58:08  8    that an end user could buy and use, such as ladders,

13:58:14  9    sliding doors, sliding window frames, anything that was

13:58:19  10   packaged and an end user could basically use right away

13:58:23  11   or put together themselves.

13:58:25  12       Q.   What was Mr. Liu's reaction to your suggestion?

13:58:29  13       A.   He did not like my suggestion.   He accused me of

13:58:36  14   scaring myself.   He accused me of not trying to come up

13:58:41  15   with a solution.   He accused me of not thinking for ways

13:58:46  16   to help him save, basically save the market, allowing

13:58:53  17   him to continue to export into the U.S.

13:58:55  18       Q.   Did Chen Zhaohua tell you anything at this

13:58:59  19   meeting?

13:58:59  20       A.   Chen Zhaohua took me aside after that exchange

13:59:04  21   and said that I have to find a way.   Otherwise, tens of

13:59:07  22   thousands of people would be unemployed in China, and

13:59:10  23   the company would go under.   China Zhongwang would go

13:59:16  24   under.

13:59:16  25       Q.   What was Mr. Liu's problem with the ideas you had

13:59:20  1   presented?

13:59:22  2       A.   Specifically, it was volume.  My suggestions for

13:59:26  3   finished product was more expensive to produce than the

13:59:30  4   existing extrusions being produce by China Zhongwang.

13:59:33  5   Additionally, a typical container being shipped into the

13:59:39  6   U.S. was able to contain 20 to 21 metric tons of

13:59:44  7   aluminum.  And my suggestions for finished product

13:59:49  8   dramatically reduced that.

13:59:51  9       So, for example, a 20-foot container full of

13:59:54  10  aluminum ladders would amount to less than one ton of

13:59:59  11  metal, and that didn't make financial sense to Mr. Liu.

14:00:02  12      Q.   Why didn't it make financial sense?

14:00:04  13      A.   Because if the amount of metal is greatly

14:00:08  14  reduced, the amount of VAT rebate would be tremendously

14:00:13  15  reduced, and the amount of metal stored for feed stock

14:00:14  16  for future use would also be dramatically reduced.

14:00:18  17      Q.   Did Mr. Liu ultimately come to you with a

14:00:21  18  different idea?

14:00:22  19      A.   He wanted me to partake in importing some test

14:00:32  20  shipments of aluminum pallets.

14:00:33  21      Q.   And what did you tell him about the aluminum

14:00:36  22  pallets?

14:00:38  23      A.   I had told him that I had come to learn that they

14:00:39  24  would not work.  He shouldn't do it.  They're not

14:00:42  25  considered finished goods.  Aluminum pallets are -- in

14:00:46   1   the U.S., have certification requirements that need to

14:00:52   2   be met.  They are used in medical or food-processing and

14:00:56   3   food-handling environments, so they needed to be

14:01:01   4   certified a certain way.

14:01:04   5       Q.   And what did he say?

14:01:10   6       A.   He said that -- after I had told him that I

14:01:13   7   didn't think it would work, and we shouldn't be

14:01:15   8   importing it, he decided to go ahead with its production

14:01:20   9   and exportation regardless, and his head of production

14:01:25   10   contacted Louis Lee to start planning on how to import

14:01:32   11   into the U.S.

14:01:34   12       Q.   What, if any, involvement did you have?

14:01:37   13       A.   I had to -- because I was told and directed by

14:01:43   14   Mr. Liu to import them, I had to form entities to be the

14:01:51   15   guinea pig, in order to see if the importation would run

14:01:54   16   into any issues.

14:01:58   17               MS. KUMAR:  I would like to direct only the

14:02:00   18   witness's attention to Exhibit 113.

14:02:11   19   BY MS. KUMAR:

14:02:11   20       Q.   Do you recognize this document, Mr. Shen?

14:02:13   21       A.   Yes, I do.

14:02:14   22       Q.   What is it?

14:02:15   23       A.   It is the LLC registration for Berlinetta

14:02:21   24   Trading.

14:02:23   25               MS. KUMAR:  Government would move to admit

14:02:25   1    Exhibit 113, Your Honor.

14:02:27   2                    THE COURT:  Received.

14:02:28   3                    (Exhibit 113 is received.)

14:02:28   4    BY MS. KUMAR:

14:02:28   5        Q.  Now that it's visible to the jury, could you read

14:02:30   6    us the name of entity?

14:02:31   7        A.  Berlinetta Trading LLC.

14:02:35   8        Q.  When was it formed?

14:02:36   9        A.  April 26th, 2011.

14:02:42   10       Q.  And who signed the document?

14:02:46   11       A.  That is Louis Lee's signature.

14:02:56   12       Q.  Did you communicate by e-mail about the

14:02:58   13   importation of the pallets, Mr. Shen?

14:03:01   14       A.  I believe e-mails were circulated, yes.

14:03:07   15                    MS. KUMAR:  I would like to turn only the

14:03:10   16   witness's attention to Exhibit 315.

           17   BY MS. KUMAR:

14:03:24   18       Q.  Do you recognize this document, Mr. Shen?

14:03:26   19       A.  It is an e-mail from Louis Lee to several of

14:03:30   20   Scuderia Development staff, including myself.

14:03:33   21       Q.  And is that your Scuderia e-mail address?

14:03:36   22       A.  Yes, it is.

14:03:37   23       Q.  What's the date of the e-mail?

14:03:39   24       A.  April 11th, 2011.

14:03:42   25       Q.  Without telling us what it says, what it is

14:03:44  1   generally about?

14:03:46  2      A.   It is generally about two different types of

14:03:48  3   aluminum coming -- aluminum pallets coming to the U.S.,

14:03:53  4   that have been produced by China Zhongwang.

14:03:55  5              MS. KUMAR:   I would like to admit Exhibit

14:04:04  6   315, Your Honor.

14:04:04  7              THE COURT:   It will be received.

14:04:07  8              (Exhibit 315 is received.)

14:04:07  9   BY MS. KUMAR:

14:04:08  10     Q.   You said two different types; is that right?

14:04:09  11     A.   That is correct.

14:04:10  12     Q.   Why were there two different types?

14:04:12  13     A.   To see which one would get through customs more

14:04:16  14   easily.

14:04:16  15     Q.   Was one heavier than the other?

14:04:18  16     A.   One was almost triple the weight of the other, or

14:04:22  17   over three times the weight of the other.

14:04:25  18     Q.   What was the advantage of that?

14:04:27  19     A.   The lighter ones were trying to emulate existing

14:04:31  20   aluminum pallets that were sold and produced in the U.S.

14:04:34  21   for medical and food purposes.   The heavier one allowed

14:04:38  22   China Zhongwang to put more metal in the shipping

14:04:41  23   containers to be imported into the U.S.

14:04:43  24     Q.   And what was the alloy type of the pallets?

14:04:47  25     A.   They are all 6000 series alloys.   So they're the

14:04:53  1  -- that particular series was the most similar to pure

14:04:57  2  aluminum, but just enough to be not.

14:05:01  3      Q.  What is the advantage of pure aluminum?

14:05:03  4      A.  When you remelt, you don't have to add as much

14:05:07  5  more -- as much alloying elements, and therefore, it was

14:05:11  6  cheaper when you remelted them as feed stock.

14:05:17  7          Also, because it is not raw and pure aluminum,

14:05:20  8  when it exports from China, it qualifies as finished

14:05:24  9  aluminum.  If it was just pure aluminum, it would not

14:05:27  10  qualify and they would not get a rebate -- or that

14:05:31  11  rebate.

14:05:31  12      Q.  During your time working for Mr. Lui, did you

14:05:34  13  ever see the pallets being manufactured?

14:05:36  14      A.  Several occasions, yes.

14:05:38  15      Q.  Where did you see that?

14:05:39  16      A.  In Liaoning, China.  At the China Zhongwang -- at

14:05:45  17  one of China Zhongwang's manufacturing buildings in

14:05:50  18  Liaoning, China.

14:05:51  19      Q.  When was the first time you saw them being

14:05:53  20  manufactured, approximately?

14:05:54  21      A.  The first one was -- the first time I saw

14:05:58  22  aluminum pallets being put together was before the April

14:06:02  23  time frame.  And at the time, one of the production

14:06:07  24  buildings, which is a large million-square-foot

14:06:11  25  production warehouse with about eight welding cubicles,

14:06:19  1  so cut aluminum extrusions would be brought in and each

14:06:22  2  station would have a tack weld basically assembling the

14:06:27  3  pallet and then it would get stacked at the end of these

14:06:30  4  eight cubicles to be hand trucked into a container.

14:06:34  5         After the test pallets had come in, and I served

14:06:38  6  as the guinea pig for bringing them in with any issues,

14:06:42  7  the amount of production for the aluminum pallets

14:06:45  8  dramatically ramped up.  So whereas before, it was only

14:06:49  9  eight cubicles, eight welding cubicles, this time the

14:06:54  10 whole million-square-feet building was completely

14:07:01  11 streamlined with hundreds of cubicles cutting, welding,

14:07:06  12 stacking, bundling and putting them into containers to

14:07:08  13 be sent to the port.

14:07:11  14    Q.   And where were the pallets being shipped?

14:07:14  15    A.   They were all being shipped to -- well, I saw

14:07:19  16 them all coming into the Irvine warehouse.

14:07:22  17    Q.   What particular country?

14:07:24  18    A.   U.S.

14:07:25  19         MS. KUMAR:  Your Honor.  Just one moment.

14:07:31  20         THE COURT:  Yes.

14:07:41  21 BY MS. KUMAR:

14:07:42  22    Q.   You said the pallets started shipping in April.

14:07:44  23 Do you recall what year?

14:07:46  24    A.   It would be the same year, 2011.

14:07:52  25    Q.   Okay.  You said that the pallets came into the

14:07:57   1    Irvine warehouse; is that right?

14:07:58   2        A.   That is correct.

14:07:59   3        Q.   When they were imported, did the entities you

14:08:03   4    create paid AD/CVD duties on the shipments?

14:08:08   5        A.   No, they did not.

14:08:09   6        Q.   When you imported these initial test shipments,

14:08:12   7    did you believe the pallets to be finished merchandise?

14:08:17   8        A.   No, I did not.

14:08:18   9        Q.   What were you told, if anything, by Mr. Liu to do

14:08:20  10    with them once they arrived?

14:08:21  11        A.   Store them, hang on to them.

14:08:23  12        Q.   Were you instructed to sell them?

14:08:25  13        A.   No, it was not.

14:08:27  14        Q.   Were you instructed not to sell them?

14:08:29  15        A.   I was instructed not to sell them.

14:08:34  16        Q.   What were the pallets to be used for?

14:08:36  17        A.   For future -- as feed stock, raw materials for

14:08:41  18    future plants.

14:08:42  19        Q.   So at the Irvine warehouse, did you do anything

14:08:45  20    to prepare for the arrival of pallets?

14:08:48  21        A.   I was copied on several e-mails communicating on

14:08:53  22    how to -- how my staff was designing the -- designing

14:08:59  23    the warehouse to house the maximum number of pallets.

14:09:04  24               MS. KUMAR:   Turning only the witness's

14:09:06  25    attention to Exhibit 316.

14:09:17   1   BY MS. KUMAR:

14:09:17   2        Q.   Is this one of those e-mails, Mr. Shen?

14:09:20   3        A.   Yes, it is.

14:09:22   4        Q.   Is that your e-mail address from Scuderia?

14:09:24   5        A.   Yes, it is.

14:09:26   6             MS. KUMAR:   Your Honor, the Government moves

14:09:27   7   to admit Exhibit 316 into evidence.

14:09:30   8             THE COURT:   It will be received.

           9             (Exhibit 316 is received.)

          10   BY MS. KUMAR:

14:09:34  11        Q.   Mr. Shen, what is the date of this e-mail?

14:09:36  12        A.   May 3, 2011.

14:09:39  13        Q.   What's the subject?

14:09:40  14        A.   Pallet layout at Main Street.

14:09:44  15        Q.   I'm going to turn your attention page 1 of the

14:09:47  16   exhibit.  Now, turning your attention to page 2.

14:09:51  17        Could you describe to us what's depicted in this

14:09:53  18   photograph.

14:09:54  19        A.   It is a layout of how the aluminum pallets would

14:09:59  20   be stacked with Cube King remaining as a tenant in the

14:10:05  21   warehouse portion of Von Karman and Main.  The Irvine

14:10:09  22   warehouse.

14:10:10  23        Q.   And then on page 3, what's this?

14:10:12  24        A.   It was a calculator designed by Steve Austin, my

14:10:20  25   inhouse civil at Scuderia, on the total amount of

14:10:24  1    aluminum and number of pallets that could be stored with

14:10:28  2    this particular layout.

14:10:29  3        Q.  What was the weight per pallet?

14:10:31  4        A.  170 pounds.

14:10:33  5        Q.  So what was total volume available?

14:10:36  6        A.  12,539 metric tons.

14:10:40  7        Q.  That is the weight; is that right?

14:10:41  8        A.  That is the weight.

14:10:43  9        Q.  On this layout, how many pallets could be stored?

14:10:45  10       A.  147,520.

14:10:49  11       Q.  This is page 3.  Turning your attention to page

14:10:54  12   4, is this another layout?

14:10:56  13       A.  This layout showed how many pallets could be

14:11:01  14   stored without Cube King as a tenant in the warehouse

14:11:05  15   portion.

14:11:05  16       Q.  And then, that was page 4.  Page 5, is this the

14:11:10  17   similar storage calculator?

14:11:12  18       A.  Yes.

14:11:13  19       Q.  And, again, what's the weight of the pallets?

14:11:16  20       A.  Still 170 pounds per pallet, and it would store

14:11:21  21   15,014 metric tons.

14:11:25  22       Q.  We won't go through each one, but just to page

14:11:28  23   through, is this another layout, page 6?

14:11:31  24       A.  Yes.

14:11:31  25       Q.  Another layout calculator on page 7?

14:11:34   1      A.   Yes.

14:11:34   2      Q.   And then on page 8, you had another layout?

14:11:37   3      A.   That is correct.

14:11:38   4      Q.   And page 9, is that the other calculator?

14:11:42   5      A.   Yes, it is.

14:11:43   6      Q.   And, again, what's the weight of the pallet on

14:11:45   7   this fourth layout?

14:11:47   8      A.   170 pounds.

14:11:48   9      Q.   And that's each; is that right?

14:11:50   10      A.   Yes, that's correct.

14:11:51   11      Q.   And how many pallets could this layout store?

14:11:53   12      A.   307,560 pallets.

14:11:57   13      Q.   Mr. Shen, did you abide by the instruction from

14:12:00   14   Mr. Liu not to sell the pallets?

14:12:03   15      A.   No, I did not.

14:12:03   16      Q.   What did you do with them?

14:12:05   17      A.   I sold all of the test shipment pallets that were

14:12:09   18   imported to Sierra aluminum to be melted down.

14:12:13   19      Q.   What kind of company is Sierra aluminum?

14:12:17   20      A.   An aluminum remelt facility.

14:12:20   21      Q.   You said that the plan was to melt down the

14:12:24   22   aluminum pallets.  As of 2011, was there a melting

14:12:28   23   facility in southern California owned by Zhongtian Liu?

14:12:34   24      A.   No.  There was not.

14:12:35   25      Q.   Did there come a time when Zhongtian Liu

14:12:38   1    purchased a cast house in the United States?

14:12:40   2        A.   Yes.

14:12:40   3        Q.   What, if anything, was your involvement in that?

14:12:44   4        A.   I served as Mr. Liu's personal translator and

14:12:48   5    negotiator for the acquisition of Aluminum Shapes in

14:12:53   6    Delaire, New Jersey.

14:12:54   7        Q.   And what kind of facility is Aluminum Shapes?

14:13:00   8        A.   It is an aluminum remelt and extrusion facility.

14:13:02   9        Q.   Who was responsible for arranging -- who was

14:13:06  10    going to purchase Aluminum Shapes on paper?

14:13:09  11        A.   Mr. Johnson Shao.

14:13:12  12        Q.   Who's Mr. Johnson Shao?

14:13:13  13        A.   He was another person that worked for Mr. Liu,

14:13:18  14    and he did several of the same functions as myself, but

14:13:21  15    in a different compartment.

14:13:25  16             MS. KUMAR:   Turning only the witness's

14:13:26  17    attention to Exhibit 61.

          18    BY MS. KUMAR:

14:13:32  19        Q.   Do you recognize the person depicted in this

14:13:34  20    photograph?

14:13:35  21        A.   Yes, I do.

14:13:35  22        Q.   Who is that?

14:13:36  23        A.   Johnson Shao.

14:13:37  24             MS. KUMAR:   Your Honor, the Government moves

14:13:39  25    to admit Exhibit 61.

14:13:42   1                THE COURT:  It will be received.

14:13:44   2                (Exhibit 61 is received.)

14:13:44   3   BY MS. KUMAR:

14:13:44   4       Q.   Is this a fair copy of a photograph of Mr. Shao?

14:13:48   5       A.   Yes, it is.

14:13:49   6       Q.   How many times have you met Mr. Shao?

14:13:51   7       A.   Throughout the years, several.

14:13:55   8       Q.   And based on those interactions, did you learn

14:13:58   9   what companies he ran for Mr. Liu?

14:13:59  10       A.   I learned that, at first, he took over Pengcheng

14:14:05  11   Aluminum.  And then at Ontario, I believe he took over

14:14:10  12   Global aluminum, and subsequently Perfectus.

14:14:14  13       Q.   And have you been in meetings with Mr. Liu and

14:14:19  14   Johnson Shao?

14:14:20  15       A.   Several.

14:14:21  16       Q.   And what did you observe about the relationship

14:14:23  17   between the two?

14:14:24  18       A.   Mr. Liu was the boss, and that Johnson Shao took

14:14:28  19   orders from him.

14:14:29  20       Q.   When did the purchase of Aluminum Shapes go

14:14:38  21   forward, if you remember?

14:14:38  22       A.   Middle of 2000 -- middle or end of 2012.

14:14:43  23       Q.   So now we are at the end of 2012.  Directing your

14:14:47  24   attention to early 2013, what is the next significant

14:14:51  25   development in your relationship with Mr. Liu?

14:14:54  1        A.  It takes a turn for the worse.

14:14:57  2        Q.  And how so?

14:14:59  3        A.  I was confronted by Mr. Liu of stealing from him.

14:15:08  4  And Mr. Liu confronted me with information provided to

14:15:11  5  him from the Mexico development partners that were hired

14:15:16  6  to develop Aluminicaste.

14:15:20  7        Q.  What happens after he confronts you?

14:15:23  8        A.  He asked me to list everything that I had

14:15:27  9  purchased, asset wise, from the stolen funds.

14:15:30 10        Q.  And do you do that?

14:15:32 11        A.  I do.

14:15:33 12        Q.  And at the end of that process, do you sign

14:15:36 13  anything?

14:15:37 14        A.  I do.  I signed a certificate of debt.

14:15:40 15        Q.  And where were you when you signed that document?

14:15:43 16        A.  At the Alston section of the Main Street building

14:15:48 17  in Irvine.

14:15:49 18        Q.  What's Alston?

14:15:53 19        A.  Alston is ZP's son's name and an entity that Wang

14:15:59 20  Zhijie had formed, I believe.

14:16:01 21        Q.  And that's Mrs. Liu?

14:16:02 22        A.  That is Mrs. Liu.

14:16:04 23        Q.  And who was present when you signed this

         24  document?

14:16:06 25        A.  Chen Zhaohua, Liu Zhongtian, and Charles Pok.

14:16:10  1    Q.  How many versions of this document were there?

14:16:12  2    A.  Two.

14:16:13  3    Q.  Tell us about the first version.

14:16:15  4    A.  The first version was signed as me being indebted

14:16:19  5  to Liu Zhongtian in the amount of $242 million.  And it

14:16:25  6  lists the assets that I had acquired with the funds,

14:16:30  7  including personal homes for the family, exotic cars and

14:16:35  8  red diamonds and jets -- private jet.  And the second

14:16:42  9  version showed Chen Zhaohua to be the person that I owed

14:16:47  10  the money to.

14:16:49  11    Q.  How did you get from the first version to the

14:16:52  12  second version?

14:16:52  13    A.  Basically, Mr. Liu told me to bring the first

14:16:56  14  version that he signed between him and myself.  He

14:16:59  15  ripped it up and said that, well, because my funds went

14:17:03  16  to Chen Zhaohua, you owe your Uncle Chen.  So,

14:17:09  17  therefore, you should sign this new version owing Chen

18  Zhaohua.

14:17:14  19             MS. KUMAR:  Showing only the witness Exhibit

14:17:15  20  342.

14:17:22  21             Sorry, Your Honor, Exhibit 341 first.

22  BY MS. KUMAR:

14:17:25  23    Q.  Mr. Shen, do you recognize this document?

14:17:27  24    A.  Yes, I do.

14:17:28  25    Q.  What is it?

14:17:29  1      A.   It is the certificate of debt.

14:17:32  2      Q.   Between you and whom?

14:17:34  3      A.   Between myself and Chen Zhaohua.

14:17:37  4      Q.   And it is five pages; is that right?

14:17:39  5      A.   Yes.

14:17:40  6      Q.   Some of it's in Mandarin; is that right -- or in

14:17:44  7  Chinese?

14:17:44  8      A.   Yes, it is.

14:17:48  9      Q.   Next direct your attention to 342.

14:17:50  10          Does this appear to be a translation of the

14:17:53  11  certificate of debt?  At least the appendices of it?

14:18:00  12      A.   It was a translation of the amount of money that

14:18:02  13  I had supposedly -- well, it is a translation of the

14:18:06  14  list of the money that I had taken from Mr. Liu.

14:18:09  15          MS. KUMAR:  Your Honor, the Government would

14:18:11  16  move Exhibits 341 and 342 into evidence.

14:18:14  17          THE COURT:  They will be received.

14:18:16  18          (Exhibits 341 and 342 are received.)

14:18:16  19  BY MS. KUMAR:

14:18:17  20      Q.   Displaying Exhibit 342 for you, Mr. Shen, could

14:18:20  21  you tell us, who are the first three properties listed?

14:18:25  22      A.   The first one was the Ontario warehouse, the

14:18:27  23  second one was the Irvine warehouse, and the third one

14:18:31  24  was the Fontana warehouse.

14:18:33  25      Q.   And this next one is Barstow; is that right?

14:18:36   1    A.   It is.

14:18:36   2    Q.   We are going to come back to Barstow in a moment.

14:18:39   3    But what's this last one?

14:18:40   4    A.   Zuopeng's big house with the lower lake property

14:18:44   5    that I had helped him renovate.

14:18:47   6    Q.   And then in the total amount in bank, just

14:18:49   7    generally, what's listed there?

14:18:50   8    A.   The total amount of cash sitting in the banks in

14:18:55   9    each of those countries.

14:18:56   10    Q.   And what were those -- what was those bank

14:18:59   11    accounts for?

14:19:01   12    A.   The bank accounts served as straw buyers to buy

14:19:05   13    aluminum produced by Chen Zhaohua.

14:19:11   14    Q.   What we talked about earlier?

14:19:12   15    A.   That is correct.

14:19:14   16    Q.   What does it say there?

14:19:16   17    A.   For the 200 million preIPO cash restructuring.

14:19:21   18    That was the money that Liu Zhongtian had given me as a

14:19:28   19    gift.

14:19:29   20    Q.   It says chairman, who is the chairman?

14:19:33   21    A.   Liu Zhongtian.

14:19:34   22    Q.   And what's the total amount?

14:19:37   23    A.   $242,302,074.63.

14:19:45   24    Q.   After you signed this document, Mr. Shen, did you

14:19:47   25    do anything with the Scuderia entities?

14:19:49   1      A.   Yes.   I transferred them over to Jasmine Wang,

14:19:54   2   Wang Zhijie.

14:19:56   3      Q.   That's Mrs. Liu?

         4      A.   That is Mrs. Liu.

14:19:56   5      Q.   And by whose direction did you do that?

14:19:57   6      A.   Mr. Liu Zhongtian's direction.

14:20:01   7      Q.   Did you also give any assets back to Mr. Liu?

14:20:04   8      A.   I gave back several cars, the jet, red diamonds,

14:20:11   9   several homes.

14:20:12  10      Q.   How much in total would you estimate you gave

14:20:15  11   back to Mr. Liu?

14:20:16  12      A.   In excess of $240 million.

14:20:20  13      Q.   Now, we are in the 2013 time frame, Mr. Shen.

14:20:23  14   Was the end of your relationship with Mr. Liu?

14:20:26  15      A.   No, it is not.

14:20:27  16      Q.   Did you continue to work for him?

14:20:32  17      A.   Reluctantly so, yes.

14:20:33  18      Q.   What is the next big project you worked on for

14:20:36  19   Mr. Liu?

14:20:41  20      A.   Because there was so much aluminum being stored

14:20:43  21   in southern California, at the time, in the warehouses

14:20:45  22   and there was land that was not being utilized in

14:20:51  23   Barstow, the Barstow deal that I had done with ZP Liu,

14:20:57  24   Mr. Liu wanted me to help him develop an aluminum cast

14:21:03  25   house, an aluminum extrusion mill, and an aluminum

14:21:07   1   rolling mill.

14:21:08   2        Q.   And what was the name of the -- tell us about how

14:21:12   3   you originally purchased the Barstow property.

14:21:14   4        A.   I originally purchased the Barstow deal with ZP,

14:21:20   5   and I had profited with that deal by lying to ZP, saying

14:21:29   6   that I would contribute $4 million into the deal, and I

14:21:32   7   had told ZP it was a $12 million deal.  So when he

14:21:39   8   contributed his 8 million, I did not contribute anything

14:21:41   9   and I was able to profit 3 million.

14:21:45  10        Q.   What was going to be done on the land?

14:21:47  11        A.   We were supposed to subdivide it and sell it off

14:21:51  12   as residential parcel.

14:21:53  13        Q.   Did that project go forward?

14:21:54  14        A.   The 2008 real estate bubble prevented that from

14:21:59  15   happening.

14:21:59  16        Q.   And what was the name of the entity you used to

14:22:02  17   purchase that land?

14:22:02  18        A.   Gazana and Delaney.

14:22:08  19             MS. KUMAR:  Turning only the witness's

14:22:10  20   attention to Exhibit 119.

          21   BY MS. KUMAR:

14:22:14  22        Q.   Is this the -- do you recognize this document?

14:22:17  23        A.   Yes, I do.

14:22:18  24        Q.   What is it?

14:22:20  25        A.   LLC registration for Gazana and Delaney LLC.

14:22:26   1          MS. KUMAR:  Your Honor, the Government moves

14:22:27   2   to admit Exhibit 119 into evidence.

14:22:31   3          THE COURT:  It will be received.

14:22:32   4          (Exhibit 119 is received.)

14:22:33   5          MS. KUMAR:  Showing the jury page 1.

14:22:33   6   BY MS. KUMAR:

14:22:34   7      Q.  Can you tell us when this property was formed?

14:22:34   8      A.  February 26th, 2008.

14:22:37   9      Q.  Let's turn back to the 2013 time fame.  What does

14:22:40   10   Mr. Liu ask you to do with that land in Barstow?

14:22:46   11      A.  He asked me to develop it into a large aluminum

14:22:50   12   -- a secondary aluminum project that included a cast

14:22:54   13   house, an extrusion mill, and a rolling mill.  And

14:22:58   14   storage.

14:22:59   15      Q.  And what was supposed to be the capital

14:23:02   16   expenditure on that project?

14:23:03   17      A.  A little bit over one and a half billion U.S.

14:23:07   18   dollars.

14:23:08   19      Q.  And what was going to be the feed stock for this

14:23:10   20   aluminum plant?

14:23:10   21      A.  All of the aluminum extrusion bundles that was

14:23:14   22   already stored in the warehouse in southern California,

14:23:18   23   as well as the aluminum pallets stored in Irvine.

14:23:21   24      Q.  Did you work with anyone at the City of Barstow

14:23:25   25   on this project?

14:23:25   1    A.   I worked with the assistant city manager, Oliver

14:23:30   2    Chi; the city manager, Kirk Mitchell.  I think that is

14:23:34   3    it.

14:23:34   4    Q.   And were there any meeting with Mr. Liu during

14:23:37   5    this time?

14:23:38   6    A.   Mr. Liu wanted it to be known that he was the

14:23:41   7    backer of the project.  So I was directed to arrange for

14:23:49   8    the city manager and the assistant city manager to meet

14:23:52   9    with Mr. Liu at the Alston offices in Irvine.

14:23:57   10   Q.   And did you do that?

14:23:58   11   A.   Yes, I did.

14:23:59   12   Q.   And who was present?

14:24:00   13   A.   Mr. Liu Zhongtian, Chen Zhaohua, myself, Louis

14:24:08   14   Lee, ZP Liu, two engineers from WorleyParsons, from

14:24:16   15   Montreal, Canada, and an environmental consultant in

14:24:18   16   Irvine.

14:24:19   17   Q.   Who, if anyone, lead the meeting?

14:24:21   18   A.   Mr. Liu lead the meeting.

14:24:24   19   Q.   Did that project go forward?

14:24:25   20   A.   No, it did not.

14:24:26   21   Q.   What happened?

14:24:27   22   A.   At the meeting, Mr. Liu handed out his business

14:24:32   23   cards to everybody, at the beginning of the meeting and

14:24:35   24   told everybody that it was him backing the project.  At

14:24:38   25   the end of the meeting, he directed Louis Lee to

14:24:42  1   recollect all those business cards, which was odd.  And
14:24:46  2   then during the city council hearings within the City of
14:24:51  3   Barstow, the City of Barstow televised the relationship
14:24:58  4   between China Zhongwang, Scuderia, and Liu Zhongtian on
14:25:04  5   television.  When that televised publication came out,
14:25:10  6   China Zhongwang was bombarded in China with tremendous
14:25:15  7   amount of media inquiries and financial market inquiries
14:25:23  8   as to how that was possible.
14:25:25  9       Q.  So did the project ultimately not go forward?
14:25:28 10       A.  Mr. Liu immediately pulled the plug on the
14:25:31 11   project.
14:25:31 12       Q.  Was there another project planned for that
14:25:37 13   Barstow plant later?
14:25:37 14       A.  Shortly after Barstow aluminum was terminated,
14:25:40 15   Mr. Liu directed me to do a -- to develop a
14:25:46 16   smaller-scale version of an aluminum facility, utilizing
14:25:52 17   primarily only the land that was already acquired, the
14:25:56 18   278 acres.  And this time, it would be called Mojave
14:26:01 19   aluminum Company, and it would have only comprised of
14:26:02 20   the aluminum cast house, the remelt facility.
14:26:05 21       Q.  And did that project ultimately go forward?
14:26:08 22       A.  No, it did not.  It terminated.
14:26:11 23       Q.  Was that in 2015?
14:26:14 24       A.  It terminated in 2015, yes.
14:26:16 25       Q.  Mr. Shen, just a yes or no to these questions.

14:26:19  1          In July of 2015, did some allegations come out

14:26:22  2    regarding Mr. Liu and China Zhongwang?

14:26:24  3        A.   Yes, it did.

14:26:26  4        Q.   Did those allegations claim that China Zhongwang

14:26:27  5    and Liu were -- that Liu was selling aluminum to

14:26:30  6    companies secretly controlled -- China Zhongwang and Liu

14:26:34  7    were selling aluminum to companies secretly controlled

14:26:35  8    by Liu, and that aluminum was being stockpiled in

14:26:38  9    southern California?

14:26:40 10              MR. RUYAK:   Objection.   Hearsay.

14:26:41 11              THE COURT:   Sustained.   Well, I don't know

14:26:42 12    about that, but it's leading.   So sustained.

14:26:46 13              MS. KUMAR:   One moment, Your Honor.

14:27:07 14    BY MS. KUMAR:

14:27:08 15        Q.   After these allegations came out, did Mr. Liu

14:27:11 16    accuse you of being the source?

14:27:13 17        A.   Yes, he did.

14:27:14 18        Q.   Were you?

14:27:15 19        A.   I was not.

14:27:16 20        Q.   Did you subsequently try to mend your

14:27:19 21    relationship with Mr. Liu?

14:27:20 22        A.   I did.   I was directed by Mr. Liu to find out who

14:27:23 23    the source of the allegations were.

14:27:25 24        Q.   Did you ultimately try to meet with Mr. Liu in

14:27:28 25    Hong Kong?

14:27:29   1    A.   Yes, I did.

14:27:30   2    Q.   And were you able to meet with him?

14:27:32   3    A.   When I went to Hong Kong, I wanted to meet with

14:27:39   4  Mr. Liu to get ahead of the allegations that were all

14:27:45   5  over the place, and also to be able to not be left out

14:27:53   6  to dry in the event --

14:27:56   7    Q.   Okay.  Mr. Shen, did you try to mend your

14:28:00   8  relationship?

14:28:00   9    A.   I did.

14:28:01  10    Q.   Did you meet with him?

14:28:02  11    A.   I did.

14:28:02  12    Q.   And were you able to mend your relationship?

14:28:05  13    A.   No, I was not.

14:28:06  14    Q.   Did you ultimately come forward to law

14:28:09  15  enforcement?

14:28:09  16    A.   Yes, I did.

14:28:11  17    Q.   And you participated in the series of meetings

14:28:13  18  with them; is that right?

14:28:14  19    A.   Yes, that's correct.

14:28:15  20    Q.   You ultimately pled guilty to tax evasion; is

14:28:18  21  that right?

14:28:18  22    A.   That is correct.

14:28:20  23         MS. KUMAR:  One moment, Your Honor.

14:28:23  24         Nothing further at this time, Your Honor.

14:28:24  25         THE COURT:  Ladies and gentlemen, let's

14:28:25  1    break at this time.  We'll come back in, in 15 minutes.

14:28:28  2    We will take up at that time.

14:28:30  3            Remember the admonishment not to discuss the

14:28:34  4    case among yourselves or with anybody else, or form or

14:28:34  5    express any opinions about the matter until it's

14:28:35  6    submitted to you and retire to the jury room.

14:28:38  7            See you back in 15 minutes.

14:48:50  8            (BREAK TAKEN.)

14:48:50  9            THE COURT:  The record will reflect that all

       10    the members of the jury are in their respective seats in

14:48:54  11   the jury box, the witness is on the witness stand.

14:48:55  12            And we are at cross-examination, Counsel.

14:48:57  13            MR. RUYAK:  Thank you, Your Honor.

14:48:57  14                    **CROSS-EXAMINATION**

       15    BY MR. RUYAK:

14:49:00  16   Q.  Good afternoon, Mr. Shen.

14:49:02  17   A.  Good afternoon.

14:49:03  18   Q.  Now, we have heard a lot about Scuderia and

14:49:08  19   Scuderia Development companies.  But you were never

14:49:11  20   employed by Perfectus, correct?

14:49:14  21   A.  That is correct.

14:49:14  22   Q.  You never drew a paycheck from Perfectus,

14:49:19  23   correct?

14:49:19  24   A.  That is correct.

14:49:21  25   Q.  And Perfectus is my client in this case.

14:49:25  1        I also had another question to ask you.  You

14:49:29  2   talked about the pallets being imported and none of it

14:49:33  3   being sold, correct?

14:49:34  4        A.  I believe I --

14:49:39  5        Q.  I'm sorry.  Let me rephrase that.  Because that's

          6   not correct.

14:49:42  7        You said the pallets were imported, but none were

14:49:47  8   sold, except for a few to Sierra Corporation to be

14:49:50  9   melted down, correct?

14:49:50 10        A.  The ones I had imported, I sold to Sierra,

14:49:53 11   correct.

14:49:54 12        Q.  Did you know of any instance in which a pallet

14:49:58 13   imported into this country was ever taken apart and sold

14:50:00 14   for extrusions?

14:50:01 15        A.  Not that I'm aware.

14:50:04 16        Q.  And during this period of time, when the pallets

14:50:09 17   were being imported, I'm correct, am I not, that the

14:50:14 18   U.S. tariff rate for raw materials and scrap metals

14:50:21 19   coming into the U.S. was absolutely zero, correct?

14:50:24 20        A.  I'm sorry, I'm not exactly clear on what that

14:50:30 21   rate is.

14:50:30 22        Q.  You don't know what the rate is for scrap metal

14:50:31 23   and raw material.

14:50:31 24        A.  Scrap metal would be zero, yes.

14:50:34 25        Q.  Zero.

14:50:34  1        And if pallets were brought in to be melted down

14:50:37  2   as scrap, if they were declared as scrap at the border,

14:50:41  3   the rate with be zero, correct?

14:50:44  4             THE COURT:  If you know.

14:50:45  5             THE WITNESS:  I am not sure.  I would not

14:50:50  6   know.

14:50:51  7   BY MR. RUYAK:

14:50:51  8     Q.  Mr. Shen, today, you have given us exact

14:50:53  9   statements by people, what they said to you, 8, 10,

14:50:58 10   12 years ago.  Correct?

14:51:01 11     A.  That is correct.

14:51:03 12     Q.  Do you have any diaries or notes or writings or

14:51:08 13   anything whatsoever, where we could corroborate any of

14:51:11 14   the stories you've told us today?

14:51:14 15     A.  I never kept diaries, no.  I believe there were

14:51:24 16   some e-mails.  There were text messages.  That is all I

14:51:32 17   can recall.

14:51:33 18     Q.  I'm talking about the conversations you told us

14:51:35 19   about today, between you and Mr. Liu, and you and

14:51:41 20   Mr. Liu's son and other people.  The exact words you

14:51:43 21   gave, do you have any writings or diaries or anything

14:51:45 22   you put down on paper, so we can corroborate anything

14:51:47 23   you've told us today?

14:51:52 24     A.  Not that I have in my possession, no.

14:51:57 25     Q.  So we just have to believe you and rely on your

14:51:59  1    credibility; is that correct?

14:52:00  2         A.   As best as I remember.  Yes.

14:52:06  3              THE COURT:  Thank you, Counsel.

14:52:07  4              Counsel.

14:52:08  5              MS. POTASHNER:  Thank you, Your Honor.

14:52:08  6                   **CROSS-EXAMINATION**

       7    BY MS. POTASHNER:

14:52:13  8         Q.   Good afternoon, Mr. Shen.

14:52:15  9         A.   Good afternoon.

14:52:16  10        Q.   Picking up where Mr. Ruyak left off, let's talk

14:52:24  11   about some of those specific conversations.  You

14:52:29  12   testified that you had a specific conversation with

14:52:36  13   Mr. Liu, that he did not want his son's name on

14:52:41  14   documents.  Is that right?

14:52:45  15        A.   Specifically -- specifically to hold title to the

14:52:50  16   buildings and also as a partner in Scuderia Capital

14:52:57  17   Partners.

14:52:57  18        Q.   In terms of Scuderia, you said that happened in

14:53:01  19   2008.

14:53:01  20        A.   The documents reflected that, yes.

14:53:04  21        Q.   Documents regarding this conversation with

14:53:06  22   Mr. Liu?

14:53:08  23        A.   Documents reflecting ZP's removal from the

14:53:13  24   entities.

14:53:14  25        Q.   Yes.  I know there are documents regarding the

| | | |
|---|---|---|
| 14:53:16 | 1 | removal.  But the reason behind it, you claim you had a |
| 14:53:19 | 2 | conversation with Mr. Liu, right? |
| 14:53:21 | 3 | A.   Yes, that's true. |
| 14:53:22 | 4 | Q.   And your conversation was only -- it was oral. |
| 14:53:25 | 5 | A.   Yes, that's correct. |
| 14:53:28 | 6 | Q.   No e-mail regarding it? |
| 14:53:32 | 7 | A.   No e-mail. |
| 14:53:33 | 8 | Q.   No text? |
| 14:53:36 | 9 | A.   Not in this instance, no. |
| 14:53:37 | 10 | Q.   No Snapchat? |
| 14:53:40 | 11 | A.   I don't use Snapchat, no. |
| 14:53:42 | 12 | Q.   So the answer is no? |
| 14:53:43 | 13 | A.   No. |
| 14:53:44 | 14 | Q.   No documentation whatsoever, right? |
| 14:53:48 | 15 | A.   Not that I have, yes. |
| 14:53:50 | 16 | Q.   Okay.  Well, would there be documentation that |
| 14:53:53 | 17 | you have lost? |
| 14:53:55 | 18 | A.   If it's lost, I wouldn't know. |
| 14:54:01 | 19 | Q.   You testified that this happened orally.  Are you |
| 14:54:04 | 20 | now testifying that it might have happened in some other |
| 14:54:07 | 21 | way? |
| 14:54:07 | 22 | A.   In person. |
| 14:54:08 | 23 | Q.   In person is oral, right? |
| 14:54:10 | 24 | A.   Yes. |
| 14:54:10 | 25 | Q.   So you testified it happened orally.  Are you now |

14:54:14    1    testifying that it might have happened in some other

14:54:17    2    way?

14:54:17    3        A.   No, ma'am.

14:54:18    4        Q.   So it was oral?

14:54:20    5        A.   Yes.

14:54:21    6        Q.   Your word, right?

14:54:23    7        A.   Yes.

14:54:23    8        Q.   And your word only?

14:54:25    9        A.   Yes.

14:54:25   10        Q.   And then you testified that you had a

14:54:26   11    conversation with Mr. Liu regarding the tariffs, right?

14:54:31   12        A.   That is correct.

14:54:32   13        Q.   That's an important conversation in this context,

14:54:36   14    isn't it?

14:54:37   15        A.   Yes, it is.

14:54:38   16        Q.   And you said that you told him that bringing --

14:54:46   17    importing pallets into the United States, would not --

14:54:52   18    would importing pallets would fall inside these

14:54:55   19    heightened duties, right?

14:55:00   20        A.   Yes, that is correct.

14:55:01   21        Q.   You told -- you told him that they wouldn't count

14:55:05   22    as finished goods.

14:55:07   23        A.   That is correct.

14:55:08   24        Q.   And you were emphatic about it?

14:55:10   25        A.   That is correct.

14:55:11  1       Q.   You were clear?

14:55:11  2       A.   Very.

14:55:12  3       Q.   You see that as an important conversation?

14:55:14  4       A.   Yes, ma'am.

14:55:15  5       Q.   It was critical to the decisions being made at

14:55:18  6   the time?

14:55:19  7       A.   Yes.

14:55:20  8       Q.   And, again, no texts about it?  Yes or no?

14:55:26  9       A.   No.  No texts that I can recall, no.

14:55:28 10       Q.   Well, you haven't given the Government texts

14:55:31 11   reflecting that, have you?  Yes or no?

14:55:37 12       A.   I've given the Government all the information

14:55:39 13   that I do have.  But I don't believe that particular

14:55:44 14   instance had a text.

14:55:46 15       Q.   Well, you testified on direct that this was an

14:55:47 16   oral conversation.  Are you now saying that it might

14:55:50 17   have been something else, or are you sticking by what

14:55:53 18   you said on direct?

14:55:54 19       A.   It was an -- there was at least an in-person

14:55:58 20   meeting and phone conversations.

14:56:00 21       Q.   So is your testimony that there's no text about

14:56:04 22   this important conversation?

14:56:04 23       A.   There was no text that I recall.

14:56:06 24       Q.   No e-mails?

14:56:07 25       A.   Not that I recall.

14:56:08    1    Q.   No notes?

14:56:09    2    A.   None that I recall.

14:56:11    3    Q.   Nothing on your phone, like the note app?

14:56:16    4    A.   There would be e-mail -- there would be e-mail

14:56:19    5    summaries that I wrote, regarding my conversation with

14:56:21    6    Mr. Liu, to other individuals in Scuderia.

14:56:26    7    Q.   Oh.  So is it your testimony now that there are

14:56:28    8    e-mails where you are telling Mr. Liu that pallets do

14:56:33    9    not qualify as finished goods?  That's your testimony

14:56:38   10    now?

14:56:38   11    A.   No.  Your earlier question.  Your earlier

14:56:42   12    question asked if there was any e-mails regarding the

14:56:45   13    discussion.  I said there were e-mails that I had sent

14:56:48   14    as a summary of my discussion with Mr. Liu, to other

14:56:52   15    individuals in Scuderia.

14:56:54   16    Q.   Okay.  My apologies.  I want to be quite clear.

14:56:57   17         The conversation that you are claiming happened

14:57:00   18    between you and Mr. Liu, regarding the pallets, that

14:57:08   19    conversation was only an oral conversation?

14:57:10   20    A.   Yes, that's correct.

14:57:12   21    Q.   No e-mail between you and him?

14:57:13   22    A.   No.

14:57:14   23    Q.   No text between you and him?

14:57:15   24    A.   No.

14:57:16   25    Q.   No written documentation between you and him at

14:57:19   1   all regarding that?

14:57:21   2        A.   No.

14:57:21   3        Q.   And so whether that conversation happened or

14:57:24   4   didn't happen, depends on your credibility, doesn't it?

14:57:28   5        A.   Yes, it does.

14:57:30   6        Q.   You also testified that there was a meeting with

14:57:43   7   you present, Mr. Liu present, people from Barstow,

14:57:48   8   including Oliver Chi, right?

14:57:51   9        A.   Yes.

14:57:51  10        Q.   And you testified that at the beginning of the

14:57:55  11   meeting, Mr. Liu handed out his business card, right?

14:57:59  12        A.   Yes.

14:57:59  13        Q.   Normal?

14:58:01  14        A.   Yes.

14:58:01  15        Q.   Standard business practice?

14:58:03  16        A.   I thought so, yes.

14:58:05  17        Q.   But what you remembered also is that he went

14:58:08  18   after the meeting and took all those cards back, right?

14:58:12  19        A.   He instructed Louis Lee to do so.

14:58:15  20        Q.   And Louis Lee, according to your testimony, did

14:58:18  21   so?

14:58:19  22        A.   That is correct.

14:58:19  23        Q.   And so no one was left in that room with his

14:58:22  24   card?

14:58:22  25        A.   That is correct.

14:58:23   1     Q.   And that's because -- it's your testimony,

14:58:28   2   Mr. Liu didn't want them to have his card, right?

14:58:32   3     A.   That is correct.

14:58:33   4     Q.   If Oliver Chi testified that he had that card

14:58:36   5   from that meeting, he would be lying, right?

14:58:42   6               THE COURT:   That's not a proper question,

14:58:44   7   Counsel.

14:58:45   8               MS. POTASHNER:   Okay.  I'll move on, Your

14:58:47   9   Honor.

14:58:47  10               THE COURT:   You can't ask him to judge

14:58:50  11   somebody else's testimony.  Okay.  Go ahead.

14:58:53  12               MS. POTASHNER:   Okay.

14:58:53  13   BY MS. POTASHNER:

14:58:54  14     Q.   Would Oliver Chi be mistaken if he said that he

14:58:58  15   had maintained that card from that meeting?

14:59:02  16               THE COURT:   There you go.

14:59:04  17               THE WITNESS:   Not necessarily.  Maybe Louis

14:59:08  18   Lee didn't complete the task to collect it from Oliver

14:59:11  19   Chi.

14:59:12  20   BY MS. POTASHNER:

14:59:13  21     Q.   Huh.  How many people were in this room?

14:59:18  22     A.   Mr. Liu, myself.

14:59:22  23     Q.   Who else?  Mr. Liu, one?

14:59:25  24     A.   Myself.

14:59:28  25     Q.   Two.

1    A.   Louis Lee.

14:59:31  2    Q.   Three.

3    A.   Charles Pok.

4    Q.   Four.

5    A.   The two engineers from WorleyParsons, Rahan Wusty

6  and Sameer.

14:59:37  7    Q.   Six people.

14:59:38  8    A.   And an environmental consultant from First Carbon

14:59:42  9  Solutions.

14:59:42  10    Q.   Seven.

14:59:44  11    A.   That's I can recall.

14:59:44  12    Q.   So seven people in this room and Mr. Liu said, I

14:59:50  13  want you to collect my cards, at the end, to Louis Lee.

14:59:53  14    A.   That is correct.

14:59:54  15    Q.   That's your testimony?

14:59:55  16    A.   That is correct.

14:59:56  17    Q.   Now, he wasn't going to collect a card from

14:59:59  18  Mr. Liu himself, because that's Mr. Liu, right?

15:00:01  19    A.   That would be correct.

15:00:02  20    Q.   And so now we are down to six people.

15:00:05  21    A.   I wouldn't get a card.

15:00:07  22    Q.   And you wouldn't get a card, so now we are down

15:00:09  23  to five people.

15:00:10  24    A.   Louis Lee wouldn't get a card.

15:00:13  25    Q.   Down to four people.  So four people got a card?

15:00:16   1      A.   That I'm aware of, yes.

15:00:17   2      Q.   And it is your testimony now that it may be that

15:00:22   3   Louis Lee was unable to complete that task, collect four

15:00:25   4   cards.  Is that what you are telling this jury today?

15:00:27   5      A.   It is a possibility.

15:00:28   6      Q.   Okay.  Let me ask you about this:  You testified

15:00:35   7   that Mr. Li told you:  "Do not sell any pallets."  That

15:00:39   8   was your testimony.  Right?

15:00:41   9      A.   That is correct.

15:00:42  10      Q.   And so if Mark Li -- and you know who Mark Li is,

15:00:51  11   right?

15:00:55  12           You do not know who Mark Li is?

15:00:57  13      A.   Vaguely.

15:00:58  14      Q.   Yes.  He worked for Perfectus, right?

15:01:03  15      A.   I don't know who he worked for.  I don't recall

15:01:06  16   who he worked for.

15:01:07  17      Q.   You don't recall who he worked for, but you

15:01:09  18   recall exact statements that were made 10, 12 years ago.

15:01:14  19      A.   Even the Mark Li is vaguely -- vaguely ringing a

15:01:20  20   bell.

15:01:20  21      Q.   So let me ask you this:  If the general manager

15:01:23  22   of Perfectus remembered being instructed by Mr. Liu to

15:01:29  23   sell these pallets the best he can, he would be

15:01:34  24   misremembering that conversation?

15:01:37  25      A.   I can't speak to Mark Li's memory.

15:01:41  1      Q.   Well, you worked with Mr. Liu for a long period

15:01:44  2   of time, right?

15:01:45  3      A.   Yes, I did.

15:01:45  4      Q.   And you knew his -- well, you knew his style of

15:01:51  5   leadership, right?

15:01:51  6      A.   I knew his interaction with me, yes.

15:01:56  7      Q.   Only you?

15:01:57  8      A.   I observed interactions with other people as

15:02:00  9   well, yes.

15:02:02 10      Q.   And he was decisive, right?

15:02:10 11           Not really?

15:02:11 12      A.   At times.

15:02:11 13      Q.   Did he go back and forth with you about whether

15:02:15 14   or not to sell these pallets?

15:02:16 15      A.   No, he did not.

15:02:18 16      Q.   So he was decisive, it's fair to say, at least on

15:02:22 17   that one point?

15:02:22 18      A.   Sure.  Yes.

15:02:24 19      Q.   So if the CEO of Perfectus remembered Mr. Liu

15:02:31 20   saying, "I want you to sell these pallets," he would be

15:02:34 21   mistaken?

15:02:35 22           MS. KUMAR:  Objection, Your Honor.

15:02:37 23   Misstates the testimony.

15:02:38 24           THE COURT:  Sustained.

15:02:39 25   BY MS. POTASHNER:

15:02:40  1    Q.  If Kim Nguyen, a sales person for Perfectus,

15:02:46  2  remembered being told:  "Sell these pallets," she would

15:02:49  3  be mistaken?

15:02:50  4              MS. KUMAR:  Objection, Your Honor.

15:02:51  5              THE COURT:  Sustained.

15:02:52  6  BY MS. POTASHNER:

15:02:57  7    Q.  You, again, have no e-mail reflecting this

15:03:02  8  conversation or this directive from Mr. Liu, right?

15:03:06  9    A.  Not between myself and Mr. Liu, no.

15:03:10  10   Q.  Okay.  Well, you said it's a conversation between

15:03:11  11 you and him, right?

15:03:13  12   A.  Correct.

15:03:13  13   Q.  Okay.  So I'm talking about communication with

15:03:15  14 him now.  No e-mails about that?

15:03:18  15   A.  No.

15:03:18  16   Q.  No text?

15:03:19  17   A.  No.

15:03:20  18   Q.  No handwritten notes?

15:03:22  19   A.  No.

15:03:23  20   Q.  Just your word?

15:03:27  21   A.  Just my recollection, correct.

15:03:29  22   Q.  Are you sure about it or not sure about it?

15:03:32  23   A.  Just my word and recollection.

15:03:34  24   Q.  So just your word.  And rises and falls on your

15:03:40  25 credibility, right?

15:03:41  1      A.  Yes.

15:03:42  2      Q.  Now, you came in today, you are wearing a suit,

15:03:46  3  me too, right?

15:03:48  4      A.  Yes.

15:03:48  5      Q.  You look professional?

15:03:53  6          In your humble opinion, my humble opinion, we

15:03:57  7  look professional?

15:03:58  8      A.  I'm trying to fit the decorum of federal court.

15:04:01  9      Q.  I understand that.  And you stood in front of the

15:04:05 10  witness box and you swore to tell the truth, right?

15:04:06 11      A.  Yes.

15:04:07 12      Q.  And this is pretty much as important place as any

15:04:10 13  place to tell the truth, isn't it?

15:04:13 14      A.  Yes, it is.

15:04:13 15      Q.  And you recognize that we have a judge in a robe,

15:04:18 16  formal proceedings, it is critical to tell the truth.

15:04:21 17      A.  Yes, it is.

15:04:22 18      Q.  And still yet today, in your suit, under oath,

15:04:27 19  you're unable to completely tell the truth; isn't that

15:04:29 20  right?

15:04:33 21      A.  I'm telling the truth to the best of, you know,

15:04:37 22  what I recollect.

15:04:38 23      Q.  Didn't you testify on direct examination and then

15:04:41 24  you changed it, didn't you testify that you supposedly

15:04:45 25  took $240 million?  Supposedly.  That was your word,

15:04:50   1   right?

15:04:55   2       A.   I misspoke.  I corrected myself.

15:04:59   3       Q.   You misspoke.  What word did you intend when you

15:05:03   4   said, "supposedly" took the money?

15:05:05   5       A.   Approximately.

15:05:07   6       Q.   Approximately?

15:05:09   7       A.   Correct.

15:05:09   8       Q.   Oh, okay.

15:05:10   9            So when you said, "supposedly stole", and then

15:05:13   10  you said, "took," the "supposedly" had to do with the

15:05:18   11  exact dollar amount.  That's what you want this jury to

15:05:22   12  believe?

15:05:22   13      A.   Again, I misspoke.  I meant to say

15:05:25   14  "approximately."

15:05:25   15      Q.   But you didn't change the word to "approximately"

15:05:30   16  after you said "supposedly."  You just dropped that

15:05:34   17  word.

15:05:36   18      A.   That is correct.

15:05:37   19      Q.   But now it is your testimony that you said,

15:05:39   20  "supposedly took," but then "approximately," but then

15:05:45   21  didn't insert that word into your examination.

15:05:47   22      A.   That is correct.

15:05:48   23      Q.   Okay.  So you testified about a lot of these

15:05:58   24  conversations.  We just went over them.  And you are

15:06:06   25  suggesting to the jury that they should take your word

15:06:09   1   on that, right?

15:06:12   2       A.   Again, it is the truth as best as I recall it.

15:06:15   3       Q.   And you're hoping that they will take your word

15:06:17   4   for it; isn't that right?

15:06:19   5       A.   I hope they believe me, yes.

15:06:21   6       Q.   It's fair to say that you lie to people, isn't

15:06:28   7   it?

15:06:29   8       A.   I have lied to people, yes.

15:06:30   9       Q.   For like extended periods of time, right?

15:06:34  10       A.   I have lied to people in the past for a long

15:06:39  11   period of time, yes.

15:06:40  12       Q.   Yeah.  For like years and years and years, right?

15:06:43  13       A.   Yes, that is correct.

15:06:44  14       Q.   And, in fact, you testified that you call Mr. Liu

15:06:54  15   "Uncle Liu" because that's a sign of -- let me get your

15:07:01  16   words -- deference?  That's a sign of deference?

15:07:03  17       A.   In Chinese culture, yes.

15:07:06  18       Q.   You also said that you were raised to show

15:07:11  19   respect to your elders, right?

15:07:12  20       A.   That is correct.

15:07:13  21       Q.   And so when you testified on direct examination,

15:07:14  22   you were telling this jury that you were being

15:07:18  23   deferential and respectful to Mr. Liu, right?

15:07:20  24       A.   Yes, I was.

15:07:21  25       Q.   Truth be told, you started lying to him pretty

15:07:24   1   much out of the gate, didn't you?

15:07:32   2        Do you need --

15:07:34   3             THE COURT:  Do you understand the question?

15:07:36   4             THE WITNESS:  I do.

15:07:38   5             Yes, I did lie to him early on in our

15:07:41   6   relationship.

15:07:42   7   BY MS. POTASHNER:

15:07:42   8   Q.  I said, "Out of the gate."  Do you know what that

15:07:44   9   means?

15:07:44   10             THE COURT:  Out of gate meaning what,

15:07:46   11   Counsel?

15:07:47   12             MS. POTASHNER:  That's what I wanted to

15:07:48   13   clarify.

15:07:49   14             THE COURT:  I don't know if that means today

15:07:49   15   or if it means when -- what time period are we talking

15:07:53   16   about?  When you say you lied right out of the gate.

15:07:57   17   BY MS. POTASHNER:

15:07:57   18   Q.  You started lying to Mr. Liu as soon as you met

15:08:02   19   him, didn't you?

15:08:02   20   A.  Not that I'm aware of.

15:08:06   21   Q.  Well, you met him in a Chinese restaurant, you

15:08:12   22   said, right?

15:08:14   23   A.  That is correct.

15:08:14   24   Q.  And you already told us that you knew that he was

15:08:22   25   an elder to you and you were intending to be

15:08:27  1   deferential, right?

15:08:28  2       A.  That's correct.

15:08:29  3       Q.  And he asked you to help his son purchase some --

15:08:41  4   a personal property, right?  Real property.

15:08:45  5       A.  At the first meeting, he asked me to mentor his

15:08:50  6   son.

15:08:51  7       Q.  Okay.  He wanted -- he asked you -- he told you

15:08:54  8   he was putting his trust in you to mentor his son,

15:08:59  9   right?

15:08:59  10      A.  Yes, that's correct.

15:09:00  11      Q.  And at that meeting -- let me back up.  Before

15:09:02  12  that meeting, you had already sort of learned how to run

15:09:10  13  scams on Chinese companies, right?

15:09:14  14      A.  I don't understand what you mean.

15:09:17  15      Q.  Okay.  Well, maybe I can clarify.

15:09:23  16          In 2006, you had a conversation with somebody on

15:09:25  17  a golf course about stealing from Chinese companies in

15:09:30  18  particular, right?

15:09:30  19      A.  I don't know what you mean.

15:09:32  20      Q.  In 2006, you had a conversation about what you

15:09:35  21  called taking a cut from Chinese companies, right?

15:09:45  22      A.  I don't recall what you mean.

15:09:47  23      Q.  Didn't you meet with this case agent sitting

15:09:52  24  right here and describe to him how in way back in 2006,

15:09:57  25  before you even met the Liu's, that you learned about

15:10:01  1   how to steal from Chinese companies in particular?

15:10:04  2   Didn't you have a conversation with this gentleman

15:10:07  3   sitting right here?

15:10:09  4       A.  Not that I recall.

15:10:10  5       Q.  And you don't recall telling this gentleman

15:10:13  6   sitting right here, that you learned how to take a cut

15:10:17  7   from Chinese companies?

15:10:20  8       A.  I really don't recall.

15:10:21  9       Q.  And you don't recall telling this gentleman

15:10:24  10  sitting right here, what that meant is that you build in

15:10:27  11  a little buffer zone for yourself, like you set up a

15:10:32  12  deal and then you build in extra money so it lands in

15:10:35  13  your pocket.  Do you remember telling that to this case

15:10:38  14  agent?

15:10:44  15      A.  You know, I had several conversations with the

15:10:49  16  AUSAs, and I don't recall specifically which one you are

15:10:53  17  referring to.

15:10:54  18      Q.  Would taking a look at the report from that

15:11:01  19  meeting refresh your recollection?

15:11:03  20      A.  It may.

15:11:18  21          MS. POTASHNER:  Your Honor, if I may have

15:11:19  22  one moment.

15:11:29  23          Your Honor, may I approach?

15:11:30  24          THE COURT:  Sure.

15:11:42  25          You want the witness to look at that,

15:11:44   1    Counselor?

15:11:44   2                    MS. POTASHNER:  I do, Your Honor.

15:11:44   3                    THE COURT:  Let me talk to you about

15:11:46   4    refreshing memory.  You are going to be presented a

15:11:49   5    document.  Counsel wants you to look at that document

15:11:52   6    and see if it refreshes your memory.  She doesn't want

15:11:55   7    you to testify, nor can you testify as to what's on the

15:11:59   8    document.  It is not in evidence.  It's whether or not

15:12:03   9    looking at a document refreshes your memory and now your

15:12:05   10   memory remembers it.

15:12:08   11                   After reading the document, give it back to

15:12:10   12   the clerk and then she'll ask you whether or not it

15:12:12   13   refreshes your memory.

15:12:14   14                   THE WITNESS:  Thank you.

15:12:15   15                   MS. POTASHNER:  Thank you, Your Honor.

15:12:16   16   BY MS. POTASHNER:

15:12:17   17      Q.   I would ask you to look at page 3 of 12 of the

15:12:19   18   document that I just handed you -- Madam Clerk just

           19   handed you.

15:12:27   20        Page 3 of 12, the first full paragraph, if you

15:12:32   21   could please read that paragraph to yourself and tell me

15:12:35   22   when you are done.

15:12:36   23      A.   Paragraph three?

15:12:37   24      Q.   No.  The first full paragraph on page 3.

15:12:44   25                   THE COURT:  After you finish reading it, put

15:12:46   1   the document down.  Turn it over and put it down and

15:12:48   2   then answer her question.

15:13:21   3                  THE WITNESS:  Okay.

15:13:22   4   BY MS. POTASHNER:

15:13:23   5       Q.  You've now read a summary of that meeting.  Does

15:13:24   6   that refresh your recollection?

15:13:27   7       A.  Yes, it does.

15:13:28   8       Q.  Isn't it true that you told the case agent, that

15:13:32   9   back in 2006, before you ever met Mr. Liu or his son or

15:13:38   10   anyone in the Liu family, that you learned how to

15:13:42   11   identify Chinese companies in order to basically scam

15:13:51   12   them?

15:13:52   13       A.  I don't believe that's what that report says.

15:13:54   14                  THE COURT:  We don't -- we don't care what

15:13:57   15   is on the document.  It is just whether or not it

15:14:01   16   refreshes your memory.  You could be looking at a

15:14:08   17   postage, if that refreshes your memory, that's great.

15:14:08   18   We are not asking you what's on the document.  We are

15:14:09   19   asking you what you remember.

15:14:10   20                  THE WITNESS:  I remember.

15:14:11   21   BY MS. POTASHNER:

15:14:11   22       Q.  Isn't it true that you explained that, way back

15:14:16   23   in 2006, you learned how to, quote/unquote, take a cut?

15:14:19   24       A.  I learned it from Louis Lee, yes.

15:14:25   25       Q.  In 2006, right?

15:14:27   1      A.   That's correct.

15:14:28   2      Q.   So way back in 2006, you were learning about

15:14:31   3  taking a cut, right?

15:14:34   4      A.   From Louis Lee, correct.

15:14:35   5      Q.   Well, let's back up a little bit.  You went to UC

15:14:39   6  Berkeley, right?

15:14:40   7      A.   That's correct.

15:14:41   8      Q.   So you view yourself as intelligent, right?

15:14:46   9      A.   Somewhat.

15:14:47  10      Q.   Sophisticated?

15:14:49  11      A.   Not really.  But somewhat.

15:14:52  12      Q.   Okay.  But you understood in 2006, as you

15:14:55  13  described to the case agent in this case, what it meant

15:14:59  14  to take a cut.  You understood that, right?

15:15:02  15      A.   Yes, I did.

15:15:03  16      Q.   It wasn't something that someone else fed to you

15:15:05  17  and you never quite got, right?  You got it, right?

15:15:08  18      A.   I understood what Louis Lee was trying to teach,

15:15:12  19  yes.

15:15:12  20      Q.   Yeah.  Well, trying to teach you.  You learned

15:15:14  21  it.  It's not that complicated, right?

15:15:17  22      A.   The concept is not that complicated.

15:15:20  23      Q.   No.  In fact, you started talking about how you

15:15:23  24  would overcharge Home Depot in order to get a cut,

15:15:28  25  right?

15:15:32  1    A.   The local developers offered me -- offered how to

15:15:37  2    overcharge Home Depot.  I never did.

15:15:40  3    Q.   So you talked about it, though, right?  You

15:15:47  4    talked about overcharging Home Depot, right?

15:15:50  5    A.   The local developers did.

15:15:52  6    Q.   Okay.  Well, talked about it with the case agent

15:15:55  7    way back in 2006, right?

15:15:57  8            THE COURT:  If you remember.

15:16:00  9            THE WITNESS:  I remember now.  Yes.

15:16:01  10   BY MS. POTASHNER:

15:16:02  11   Q.   Okay.  And so this taking a cut, that's something

15:16:06  12   that you learned before you ever met with Mr. Liu.  So

15:16:12  13   now let's fast-forward to your use of taking a cut

15:16:16  14   against Mr. Liu, his family, businesses that you were

15:16:21  15   involved in, let's talk about that for a minute, okay?

15:16:25  16   A.   Okay.

15:16:25  17   Q.   Now, you testified that with respect -- I'm going

15:16:44  18   to get to the 2007 home purchase in a minute.  But I

15:16:50  19   want to ask you about this first:  This idea of taking a

15:16:53  20   cut, it is inflating the price of something, being the

15:16:57  21   person who puts together a deal, right, inflating the

15:17:00  22   price to build in a little personal margin for yourself,

15:17:04  23   right?

15:17:04  24   A.   That is correct.

15:17:05  25   Q.   And it is like taking a cut because you don't

15:17:10   1   have to tell either party involved.  It is just your

15:17:13   2   secretary for yourself, right?

15:17:19   3       A.  Both parties can know, either party may not know,

15:17:23   4   one party might know.  There are several ways it can go.

15:17:29   5       Q.  But when you're talking about overcharging, you

15:17:32   6   are not talking about telling the parties that you are

15:17:34   7   overcharging them, are you?

15:17:38   8       A.  No.

15:17:38   9       Q.  Okay.  So that is what we are talking about.  We

15:17:42   10  are talking about building in a nice margin for

15:17:44   11  yourself, unbeknownst to the other parties involved.

15:17:49   12  Okay.  Just so we have that.  Right?

15:17:52   13       And you did that over and over and over to the

15:17:56   14  Liu family, right?

15:17:58   15       A.  I did that on the three warehouses, as well as

15:18:04   16  the Barstow land, yes, and the Mexico sites.

15:18:09   17       Q.  Now, when you were describing that, on your

15:18:13   18  direct examination, you didn't describe as you did back

15:18:17   19  when you met with the agents, you didn't describe it as

15:18:20   20  taking a cut, did you?  You didn't use that phrase.

15:18:23   21            THE COURT:  Well, again, Counsel, I'm sorry.

15:18:26   22  But anything that this witness testified to, the jury

15:18:29   23  has already heard.  It's improper to ask a witness what

15:18:32   24  he testified to at an earlier time.  The jury has heard

15:18:35   25  it, and if you remember that, that's fine.

15:18:37  1        Go ahead.  Next question.

15:18:38  2  BY MS. POTASHNER:

15:18:38  3     Q.  Okay.  Well, the way you described it, and I just

15:18:41  4  want to make sure I understand it, is that you would

15:18:45  5  inflate the price because Mr. Liu didn't like to add

15:18:53  6  money to a project after it started.

15:18:58  7        THE COURT:  Is that -- do you want to ask

15:19:01  8  that as a question?  That is a statement.

15:19:03  9  BY MS. POTASHNER:

15:19:04  10    Q.  Isn't that correct, that's what you described?

15:19:07  11    A.  The way I described it was, I had one chance, one

15:19:09  12  bite at the apple with Mr. Liu, when it came to project

15:19:14  13  budgets.  And I would overinflate the amount on

15:19:17  14  acquisitions to him, yes.

15:19:19  15    Q.  And that was because of Mr. Liu's personality?

15:19:25  16    A.  Partly yes and my personal greed.

15:19:29  17    Q.  And the fact that you were comfortable lying.

15:19:35  18    A.  Okay.  Yes.

15:19:36  19    Q.  Well, you did it, right, over and over and over?

15:19:42  20    A.  I did.

15:19:42  21    Q.  Now, let's go back to the very first time that

15:19:51  22  you up charged the Liu's.  You met Zuopeng in 2007,

15:20:02  23  right?

15:20:03  24    A.  Yes.

15:20:05  25    Q.  And then you had this nice meal at a Chinese

| | | |
|---|---|---|
| 15:20:08 | 1 | restaurant with his family. |
| 15:20:12 | 2 | A.  Yes. |
| 15:20:12 | 3 | Q.  And Mr. Liu, the guy you said instilled fear, he |
| 15:20:22 | 4 | served you at that meal, as the honored guest, right? |
| 15:20:29 | 5 | A.  Yes, he did. |
| 15:20:30 | 6 | Q.  So he was showing respect to you, right? |
| 15:20:33 | 7 | A.  Yes, he did. |
| 15:20:34 | 8 | Q.  And being deferential to you, right? |
| 15:20:36 | 9 | A.  Yes. |
| 15:20:37 | 10 | Q.  That's the very first time you meet him, right? |
| 15:20:41 | 11 | A.  That is correct. |
| 15:20:41 | 12 | Q.  And you realize that he is Chinese, right? |
| 15:20:44 | 13 | A.  Yes, he is. |
| 15:20:46 | 14 | Q.  And you knew that right from the start, right? |
| 15:20:49 | 15 | A.  That is correct. |
| 15:20:50 | 16 | Q.  Were you speaking in Mandarin to him or in |
| 15:20:52 | 17 | English? |
| 15:20:53 | 18 | A.  Mandarin. |
| 15:20:54 | 19 | Q.  How is his English? |
| 15:20:55 | 20 | A.  Not existent. |
| 15:20:58 | 21 | Q.  Not existent.  He only speaks Mandarin? |
| 15:21:00 | 22 | A.  That is correct. |
| 15:21:00 | 23 | Q.  You are bilingual.  So you can converse in China |
| 15:21:05 | 24 | easily, right? |
| 15:21:05 | 25 | A.  Yes. |

15:21:06  1      Q.   And you can converse in the U.S. easily, right?

15:21:09  2      A.   Yes.

15:21:10  3      Q.   Mr. Liu, not so much, right?

15:21:13  4      A.   No.

15:21:13  5      Q.   So he's showing you deference and he's giving you

15:21:20  6   respect and he's asking you, Hey, can you help my son,

15:21:24  7   guide my son, right?

15:21:25  8      A.   Yes.

15:21:25  9      Q.   And that's in 2007.  And then in that same

15:21:29  10  year -- well, what month was that?

15:21:32  11     A.   I believe sometime around July, August.

15:21:38  12     Q.   Okay.  So second half of the year.

15:21:43  13          July, August, second half of the year, super hot?

15:21:48  14     A.   Roughly, yes.

15:21:49  15     Q.   And so you turn to helping Mr. Liu's son.  Let's

15:21:58  16  call him ZP, so we are clear on who we are talking

15:22:02  17  about.  You turn to helping him buy a home, right?

15:22:07  18     A.   Yes, I did.

15:22:08  19     Q.   And you, as the person who's going to guide this

15:22:15  20  son, you take control of that deal, right?

15:22:20  21     A.   Yes, I did.

15:22:20  22     Q.   You were in the driver's seat?

15:22:23  23     A.   I was.

15:22:24  24     Q.   And so you negotiate, I think what you call a

15:22:29  25  side deal with the broker?

15:22:31  1       A.   Yes, I did.

15:22:32  2       Q.   And a side deal is another way of saying up

15:22:36  3   charge, right?

15:22:37  4       A.   That is correct.

15:22:38  5       Q.   Or taking a cut, right?

15:22:42  6       A.   That is a side deal.  Yes.

15:22:43  7       Q.   So you created this side deal on this first

15:22:47  8   purchase same -- within months of meeting this family,

15:22:56  9   right?

15:22:56  10      A.   Yes, I did.

15:22:56  11      Q.   And your side deal was for a half-million

15:23:01  12  dollars, right?

15:23:01  13      A.   That is correct.

15:23:02  14      Q.   And at the time, that was a pretty substantial

15:23:05  15  amount of money for you, wasn't it?

15:23:08  16      A.   Yes, it is.

15:23:09  17      Q.   And so you orchestrated this side deal without

15:23:11  18  mentioning it to Zhongtian Liu, right?

15:23:17  19      A.   That is correct.

15:23:18  20      Q.   I mean, you could have told him, but you chose

15:23:20  21  not to.

15:23:20  22      A.   I did not tell him.

15:23:22  23      Q.   Because you didn't want to tell him you were

15:23:24  24  stealing from him, right?

15:23:26  25      A.   I did not tell him.

15:23:27  1      Q.  Because you didn't want to tell him you were

15:23:30  2  stealing from him, right?

15:23:31  3      A.  Correct.

15:23:32  4      Q.  And you didn't tell ZP Liu, right?

15:23:34  5      A.  I did not.

15:23:35  6      Q.  Because you didn't want to tell him you were

15:23:37  7  stealing from him, right?

15:23:38  8      A.  That is correct.

15:23:39  9      Q.  So you just pocketed that money?

15:23:41  10      A.  I did.

15:23:42  11      Q.  And then, you weren't done stealing from the

15:23:44  12  Liu's in 2007, within the first few months of meeting

15:23:48  13  them, were you?

15:23:51  14      A.  No, I was not.

15:23:52  15      Q.  No.  Because you testified on direct about

15:23:57  16  orchestrating the purchase for this warehouse in

15:24:00  17  Ontario, right?

15:24:01  18      A.  I did.

15:24:01  19      Q.  And, again, you took control of that deal, right?

15:24:05  20      A.  Yes, I did.

15:24:05  21      Q.  You were in the driver's seat?

15:24:07  22      A.  Yes, I was.

15:24:09  23      Q.  And, again, you built a cushion for yourself, I

15:24:14  24  think is the word you used that time.

15:24:16  25      A.  I did overinflate the price I quoted.

15:24:19  1      Q.   Okay.   You overinflated the price.   You

15:24:24  2   overinflated the price by -- to the tune of 8 to

15:24:27  3   $12 million, right?

15:24:33  4      A.   I don't recall the exact number.

15:24:36  5      Q.   Do you have the exhibit that was just placed in

15:24:40  6   front of you to refresh your recollection?

15:24:45  7                THE COURT:   Is this --

15:24:47  8                MS. POTASHNER:   Actually, Your Honor, if I

15:24:48  9   may, it is from a different one.

15:24:52  10                THE COURT:   Why don't you hand that back to

15:24:54  11   the clerk, by the way.

15:25:16  12                MS. POTASHNER:   If I may have one moment,

15:25:18  13   Your Honor.

15:25:36  14   BY MS. POTASHNER:

15:25:36  15      Q.   Well, you met with the Government a lot of times,

15:25:39  16   right?

15:25:39  17      A.   Yes, I have.

15:25:40  18      Q.   So --

15:25:40  19                MS. POTASHNER:   I apologies, Your Honor, if

15:25:42  20   it takes me a minute to find which --

15:25:45  21                THE COURT:   Sure.

15:25:46  22   BY MS. POTASHNER:

15:25:46  23      Q.   But as we look for that, let me ask you this:

15:25:49  24   It's fair to say that you up charged several millions of

15:25:54  25   dollars in that deal, right?

15:25:56   1    A.  Yes, I did.

15:25:57   2    Q.  It's fair to say that you up charged, I don't

15:26:01   3  know, at least $5 million?

15:26:04   4    A.  Again, I don't recall the specific number, but it

15:26:08   5  was several million.

15:26:09   6    Q.  So when you -- oh, great.

15:26:18   7         MS. POTASHNER:  Sorry, Your Honor.

15:26:40   8         With the Court's permission, if we could put

15:26:44   9  a number on the corner.  We don't have exhibit tabs.

15:26:47  10         THE COURT:  It doesn't need a number.

15:26:51  11         Okay.  We're going to do the same thing

15:26:51  12  here.  We're going to show you a document.  Look at the

15:26:53  13  document and then turn it over and tell us if it

15:26:56  14  refreshes your memory.

15:26:57  15         THE WITNESS:  Yes, Your Honor.

15:27:00  16  BY MS. POTASHNER:

15:27:00  17    Q.  Okay.  Thank you.

15:27:01  18         If you could turn to page 8 of 16 of that

15:27:04  19  document.

15:27:22  20    A.  Just to be clear, 8 of 15 or 8 of 16?  There's

15:27:28  21  only 15 pages.

15:27:29  22    Q.  Okay.  I will move on.  Because there's confusion

15:27:31  23  with the document.

15:27:32  24         Let me ask you this question:  So it's your

15:27:34  25  testimony today that you don't recall if you stole 6

15:27:38  1    million or 8 million or 12 million from that deal?  You

15:27:42  2    don't have a recollection of that?

15:27:44  3       A.  I remember overinflating the price by several

15:27:47  4    million, but I don't remember the exact number.

15:27:49  5       Q.  Can you give the number to the -- you know,

15:27:52  6    rounding up to a million.  Can you -- do you recall

15:27:56  7    whether or not it was 8 million or 9 million or 10

15:28:00  8    million, without an exact figure.

15:28:04  9       A.  It might have been in the 6-to-8 million range.

15:28:08 10       Q.  So let's assume for a moment that is a

15:28:12 11    conservative number, but you're at 6, $7 million of

15:28:18 12    stealing from this family within the first four months

15:28:21 13    of meeting them; is that right?

15:28:24 14       A.  The 1001 Doubleday warehouse wasn't done until

15:28:32 15    later in 2008.  I met him around the middle of 2007.  So

15:28:36 16    that would be a year.

15:28:37 17       Q.  Oh.  Okay.

15:28:39 18           So within a year, it is your testimony that you

15:28:42 19    had stole several million dollars?

15:28:45 20       A.  Yes, I did.

15:28:46 21       Q.  And each time you stole money, you obviously lied

15:28:49 22    to everyone involved, right?

15:28:56 23       A.  Steven Ng was aware.

15:28:58 24       Q.  So you had somebody who was kind of doing it on

15:29:03 25    the side with you?

15:29:03  1      A.  That's correct.

15:29:05  2      Q.  That's Steven Ng, your friend?

15:29:09  3      A.  He was the general manager, correct.

15:29:12  4      Q.  Let's talk about what else you bought for the

15:29:15  5  Liu's in 2008.  You brokered a deal for land in Orange

15:29:19  6  County; is that right?

15:29:20  7      A.  You mean the Irvine warehouse?

15:29:24  8      Q.  Yes.  I mean the Irvine warehouse you brokered

15:29:32  9  that deal, right?

15:29:33  10      A.  I did.

15:29:34  11      Q.  And in that deal, the land cost $5.5 million,

15:29:40  12  right?

15:29:41  13      A.  That's not the Irvine deal.

15:29:43  14      Q.  So let's talk about that deal.  Was there a deal

15:29:47  15  where the land cost $5.5 million, but you actually told

15:29:54  16  Zuopeng that it cost $12 million?

15:29:57  17      A.  That was the Gazana and Delaney Barstow deal.

15:30:00  18      Q.  So this up charging, this building in your

15:30:03  19  profit, you took the deal -- the cost from 5.5 million

15:30:07  20  all the way up to 12 million; is that right?

15:30:09  21      A.  Yes, I did.

15:30:10  22      Q.  And so you had him -- in doing that, you had him

15:30:15  23  transfer $8 million to you; isn't that right?

15:30:20  24      A.  That is correct.

15:30:21  25      Q.  Just on that one deal alone?

15:30:23  1       A.   That is correct.

15:30:24  2       Q.   So we are still in 2008, right?

15:30:27  3       A.   That is correct.

15:30:28  4       Q.   And by my math, we are at 15 to $20 million; is

15:30:36  5   that right?

15:30:41  6       A.   I'm sorry.  The date by which, you want to use as

15:30:46  7   what date?

15:30:46  8       Q.   I will pick any date in 2008.  Let's say

15:30:51  9   December 31st, 2008, how much money had you stolen from

15:30:56 10   this family by then?

15:31:00 11       A.   My guess is roughly 10 million.

15:31:02 12       Q.   10 million?

15:31:05 13       A.   Yes.

15:31:06 14       Q.   Okay.  Let's go back to the deal that I couldn't

15:31:10 15   find the document for, because now I have.

15:31:13 16            MS. POTASHNER:  So if I may approach, Your

15:31:14 17   Honor?

15:31:14 18   BY MS. POTASHNER:

15:31:30 19       Q.   How much did you just approximate between --

15:31:32 20   until the end of 2008?

15:31:34 21            THE COURT:  Without looking at the document.

15:31:37 22   She is asking a question, without looking at the

15:31:39 23   document.

15:31:41 24            THE WITNESS:  I'm sorry.  Can you repeat the

15:31:43 25   question.

15:31:44  1   BY MS. POTASHNER:

15:31:44  2      Q.  Yes, I can.

15:31:45  3          What was your estimate on how much you stole from

15:31:47  4   the Liu's from the time you met them at that Chinese

15:31:53  5   restaurant in the summer of seven, until December 31st,

15:31:57  6   2008, what was the estimate that you're giving the jury

15:32:01  7   today?

15:32:01  8      A.  I gave a rough estimate of about 10 million.

15:32:05  9      Q.  Now, if -- and you testified earlier that you

15:32:08  10  couldn't recall exactly how much of a, quote/unquote,

15:32:12  11  cushion you built in for yourself, in 2007, on the

15:32:15  12  warehouse in Ontario, right?  You don't remember exactly

15:32:20  13  how much, but you estimate it around 6 million or so?

15:32:22  14     A.  You mean the Ontario warehouse that was acquired

15:32:25  15  in 2008?

15:32:26  16     Q.  Yes.

15:32:28  17          THE COURT:  Again, ladies and gentlemen,

15:32:29  18  it's very important that you don't take anything an

15:32:31  19  attorney says in a question, when they say, didn't you

15:32:33  20  testify this way.  You are the ones that heard what was

15:32:36  21  testified and what was not.

15:32:38  22          For instance, in this case, I thought he

15:32:39  23  said somewhere between 6 and 8.  But I don't know.

15:32:42  24  That's up to you.  But you don't want to take a question

15:32:45  25  by either attorney as being fact.  It has to come from

15:32:48  1    the mouths of witness themselves.

15:32:51  2              Go ahead, Counsel.

15:32:52  3              MS. POTASHNER:  Thank you, Your Honor.

        4    BY MS. POTASHNER:

15:32:53  5       Q.  So your estimate is between -- what is your --

15:32:58  6    now I've lost myself in my own numbers.

15:33:00  7              THE COURT:  Sorry.

15:33:01  8    BY MS. POTASHNER:

15:33:02  9       Q.  What's your estimate that you had stolen from the

15:33:05  10   Luis?  From the time you met them in 2007, till the end

15:33:06  11   of 2008, what was that estimate?

15:33:08  12      A.  My approximation was 10 million.

15:33:11  13      Q.  Okay.  And what you had stolen -- let's recount

15:33:17  14   the -- where you built in that buffer for yourself.  It

15:33:20  15   was a personal home for ZP, right?

15:33:24  16      A.  Yes.

15:33:27  17      Q.  And then two warehouses; is that right?

15:33:29  18      A.  I believe the Irvine warehouse was done in 2009.

15:33:33  19      Q.  So let's talk about the warehouse in Ontario,

15:33:37  20   that you said the deal closed in 2008.  Right?  You

15:33:42  21   couldn't remember the number for that.

15:33:44  22              If you could, without reading it out loud, to

15:33:47  23   refresh your recollection, if you could please look at

15:33:49  24   page 8 of the document that was handed to you, second

15:33:56  25   paragraph up from the bottom.

15:34:16  1              THE COURT:  Okay.  You can turn it over now.

15:34:18  2              Does that refresh your memory?

15:34:20  3              THE WITNESS:  Okay.  Can you repeat the

15:34:21  4   question.

15:34:22  5   BY MS. POTASHNER:

15:34:22  6      Q.  Yes, I can ask the question.

15:34:26  7          Is your memory refreshed now in terms of how much

15:34:29  8   you stole off of the Ontario warehouse?

15:34:39  9      A.  I still say approximately 6 to 7 million.

15:34:43  10     Q.  Isn't it true that you told the case agent

15:34:46  11  sitting right here, that you stole between 8 and

15:34:51  12  $12 million off of that one deal alone?  Isn't that what

15:34:54  13  you told this gentleman?

15:34:56  14     A.  But I also had to cover renovation costs of 2, 2

15:35:01  15  and a half million.

15:35:02  16     Q.  So your estimate of 8 to 12 is now 6; is that

15:35:09  17  right?

15:35:11  18              MS. KUMAR:  Objection, Your Honor.

15:35:12  19  Misstates the testimony.

15:35:13  20              THE COURT:  Sustained.

15:35:15  21  BY MS. POTASHNER:

15:35:16  22     Q.  Okay.  Let's talk about the Fontana warehouse.

15:35:20  23  Okay?  So the Fontana warehouse, when did that deal

15:35:23  24  close?

15:35:23  25     A.  2009.

15:35:24   1      Q.   Okay.   And the many millions of dollars that you

15:35:32   2   stole from this family, it's fair to say that when you

15:35:36   3   were closing that deal, you didn't think that was enough

15:35:38   4   money to steal, you wanted to steal some more, right?

15:35:41   5      A.   I'm sorry.   Specifically on the Fontana

15:35:45   6   warehouse?

15:35:46   7      Q.   Yes, specifically on the Fontana warehouse.

15:35:48   8      A.   No.   I did not steal money on the Fontana

15:35:52   9   warehouse.

15:35:52  10      Q.   Isn't it true that you told this case agent

15:35:56  11   sitting right here, that you scammed another 1 to

15:35:58  12   $2 million off the top of that warehouse?

15:36:05  13      A.   That money was purely -- I -- I didn't write this

15:36:13  14   report.   So I don't recall --

15:36:14  15           THE COURT:   We aren't asking you what's in

15:36:17  16   the report.   She's asking you, do you remember what you

15:36:19  17   said.

15:36:19  18           THE WITNESS:   I do not remember what I said.

15:36:21  19   BY MS. POTASHNER:

15:36:21  20      Q.   So if that's in the report, the report is wrong?

15:36:25  21           MS. KUMAR:   Objection, Your Honor.

15:36:26  22           THE COURT:   Sustained.

15:36:36  23   BY MS. POTASHNER:

15:36:36  24      Q.   So now let's fast-forward to the end of 2009.

15:36:39  25   How much have you stolen from the Luis by then?

15:36:54   1      A.   Including the IPO restructuring gift and the

15:36:59   2    potential tax exposure that was not true, about 20, 25.

15:37:05   3      Q.   And what's your best estimate --

15:37:07   4            THE COURT:   I'm sorry.   20 to 25 million,

15:37:09   5    right?

15:37:10   6            THE WITNESS:   20 to 25 million.

15:37:12   7            THE COURT:   Go ahead, Counsel.

15:37:13   8   BY MS. POTASHNER:

15:37:13   9      Q.   What is your best estimate on how many lies you

15:37:16  10    had to tell in order to steal all that money?

15:37:19  11            MS. KUMAR:   Objection, Your Honor.

15:37:21  12    Argumentative.

15:37:21  13            THE COURT:   Sustained.   Argumentative.

15:37:22  14   BY MS. POTASHNER:

15:37:22  15      Q.   How many times did you misrepresent the structure

15:37:27  16    of a deal to the Liu's during the period of time from

15:37:32  17    2007, when you met them, until 2009?

15:37:37  18      A.   Several times.

15:37:38  19      Q.   Several meaning --

          20      A.   At least --

15:37:44  21      Q.   At least a hundred times?

15:37:46  22      A.   We did the Barstow deal, the two, three warehouse

15:37:51  23    deals.   That's four.   Plus, the home.   That's five.   And

15:37:55  24    the IPO restructuring is six.   So --

15:38:00  25      Q.   That's the only times you ever lied to them?

15:38:06    1              MS. KUMAR:  Objection, Your Honor.

15:38:07    2     Misstates the prior question and answer.

15:38:11    3              THE COURT:  Overruled.

15:38:11    4              THE WITNESS:  I'm sure there were others, I

15:38:14    5     can't recall.

15:38:15    6     BY MS. POTASHNER:

15:38:15    7        Q.  Did you ever spend money that you were supposedly

15:38:22    8     spending on behalf of Scuderia, but just spent on

15:38:25    9     yourself instead?

15:38:26   10        A.  Yes, I have.

15:38:27   11        Q.  Well, did you do it between 2007 and 2009?

15:38:30   12        A.  Yes, I have.

15:38:31   13        Q.  Did you do it a bunch of times?

15:38:33   14        A.  Yes, I did.

15:38:34   15        Q.  What is your best estimate on how many times you

15:38:38   16     did that?

15:38:43   17        A.  A few hundred.

15:38:44   18        Q.  And each and every time you did that, you didn't

15:38:48   19     tell Mr. Liu, hey, I'm going to use money relating to

15:38:52   20     Scuderia for myself, did you?

15:38:54   21        A.  No.

15:38:56   22        Q.  So each and every time you spent money, you

15:39:00   23     either -- you didn't tell him, when you spent money on

15:39:03   24     yourself, right?

15:39:05   25        A.  That is correct.

15:39:05  1      Q.   And you didn't tell his son, right?

15:39:12  2      A.   That is correct.

15:39:14  3      Q.   You didn't tell his wife?

15:39:15  4      A.   That is correct.  I did not.

15:39:17  5      Q.   You portrayed your spending during that time

15:39:21  6  period as business spending, right?

15:39:23  7      A.   I'm not sure how the CFO quantified it, but I did

15:39:30  8  spend.

15:39:31  9      Q.   What was your role in Scuderia at that time?

15:39:33 10      A.   I was its managing partner and CEO.

15:39:41 11      Q.   Oh, okay.  So you were managing partner and CEO.

15:39:45 12  Did you look at the books while you were the managing

15:39:48 13  partner and CEO?

15:39:49 14      A.   Yes.

15:39:49 15      Q.   Did you see in the books that your spending was

15:39:53 16  ever quantified as a really nice watch?

15:40:01 17      A.   I don't recall that classification.

15:40:04 18      Q.   So that is a no?

15:40:06 19      A.   I bought watches, yes, with the funds.  But in

15:40:10 20  the books, I don't know if that's how it was classified,

15:40:14 21  as a really nice watch.

15:40:15 22      Q.   So is it your testimony today that the watches

15:40:17 23  you bought for yourself might have been classified as

15:40:21 24  watches in the books at Scuderia?

15:40:24 25      A.   It would be, yes.

15:40:26  1      Q.   Personal watches?   That's in the books?

15:40:31  2      A.   I don't recall.

15:40:32  3      Q.   What would you have to look at to recall whether

15:40:37  4   or not the watches you purchased were identified as such

15:40:39  5   in the books of Scuderia?

15:40:42  6      A.   The CFO did prepare a schedule of my

15:40:45  7   expenditures.   I think he did summarize it as loan to

15:40:49  8   director.   So on there would be a schedule of what I had

15:40:54  9   spent.

15:40:55  10     Q.   Okay.   We will take a look at that in a minute.

15:40:58  11          Let's talk about your own personal wealth from

15:41:02  12  2007 to 2009.   It is fair to say that you went from

15:41:09  13  having an ordinary amount of money to being a

15:41:13  14  multimillionaire, right?

15:41:17  15     A.   That is correct.

15:41:17  16     Q.   And you became a multi, multimillionaire within

15:41:23  17  one year's time by stealing, right?

15:41:32  18     A.   It was a very short time frame.   I don't remember

15:41:35  19  if it was a one year.   Might have been two years.   It

15:41:38  20  was a short time frame, yes.

15:41:39  21     Q.   So within the first few months, you had already

15:41:43  22  stolen multiple millions of dollars, right?

15:41:47  23     A.   I believe the first few months we did the

15:41:49  24  residential deal, it was a half-million dollars.

15:41:52  25     Q.   And then the next deal happened when?

15:41:55   1      A.   In 2008.  So that would have been the subsequent

15:41:59   2   calendar year.  And yes, I did make several million.

15:42:03   3      Q.   So it's fair to characterize you as a

15:42:09   4   multimillionaire by 2008, or in 2008, to be quite

15:42:14   5   precise?

15:42:14   6      A.   More than 1 million, correct?

15:42:16   7      Q.   Okay.  Making you a multimillionaire, right?

15:42:19   8      A.   That's correct.

15:42:20   9      Q.   And you didn't get those millions of dollars by

15:42:23  10   building a company, right?

15:42:24  11      A.   No.

15:42:24  12      Q.   Or through honest hard work?

15:42:29  13      A.   No.

15:42:33  14      Q.   You paused.  Do you think you might have gotten

15:42:36  15   that money from honest hard work?

15:42:43  16      A.   It was not easy working for the Liu's, but it was

15:42:47  17   also not honest.

15:42:49  18      Q.   Well, you -- the first $500,000 that you stole

15:42:54  19   within a few months, was that through honest hard work?

15:42:59  20      A.   No, it was not honest.

15:43:00  21      Q.   Was it hard to steal that money?

15:43:03  22      A.   No, it was not.

15:43:04  23      Q.   And you didn't become a multimillionaire within a

15:43:10  24   year of meeting the Liu's by taking a company public,

15:43:16  25   right?

15:43:17    1                    THE COURT:  Did you ever take a company

15:43:18    2    public?

15:43:19    3                    THE WITNESS:  I helped to take Zhongwang

15:43:22    4    public through the restructuring.

15:43:24    5    BY MS. POTASHNER:

15:43:24    6        Q.  But your own company, that's not how you have

15:43:27    7    these millions of dollars, right?

15:43:30    8        A.  I did not take my company public.

15:43:32    9        Q.  You got your wealth from lying, right?

15:43:36   10        A.  Yes.

15:43:36   11        Q.  And manipulating, right?

15:43:39   12        A.  Yes.

15:43:39   13        Q.  And stealing?

15:43:40   14        A.  That is correct.

15:43:42   15        Q.  And then you started, you know, spending a lot of

15:43:46   16    money on yourself, right?

15:43:48   17        A.  I did.

15:43:48   18        Q.  I think it is fair to say you lavished yourself

15:43:53   19    with gifts; isn't that right?

15:43:56   20        A.  I spent extravagantly, yes.

15:44:01   21        Q.  In fact, as just one example, you bought yourself

15:44:05   22    a bottle of liqueur or liquor that is valued at $50,000

15:44:12   23    in and of itself, right, one single bottle?

15:44:15   24        A.  Yes.

15:44:15   25        Q.  And you were so happy about that purchase for

| | | |
|---|---|---|
| 15:44:20 | 1 | yourself that you took photos of it, right? |
| 15:44:26 | 2 | A.  I did. |
| 15:44:26 | 3 | Q.  Sort of like souvenir? |
| 15:44:30 | 4 | A.  Sort of. |
| 15:44:33 | 5 | Q.  Yeah.  Bragging rights, right? |
| 15:44:36 | 6 | MS. KUMAR:  Objection, Your Honor. |
| 15:44:37 | 7 | Argumentative. |
| 15:44:38 | 8 | THE COURT:  Sustained. |
| 15:44:39 | 9 | BY MS. POTASHNER: |
| 15:44:39 | 10 | Q.  How old were you when you bought this |
| 15:44:42 | 11 | 50-year-old -- was it scotch?  I'm sorry, I'm not a |
| 15:44:46 | 12 | drinker.  Was it scotch?  What kind of liquor was it, do |
| 15:44:51 | 13 | you remember? |
| 15:44:51 | 14 | A.  It might have been cognac. |
| 15:44:57 | 15 | Q.  We're taking a -- well, let me -- |
| 15:44:57 | 16 | THE COURT:  I'm sorry.  You are very |
| 15:44:59 | 17 | repetitive and you're getting into very much -- |
| 15:45:01 | 18 | questions that are completely irrelevant.  So if you |
| 15:45:04 | 19 | could focus better.  You're losing the jury.  Go ahead. |
| 15:45:07 | 20 | MS. POTASHNER:  Okay.  Thank you, Your |
| 15:45:08 | 21 | Honor. |
| | 22 | BY MS. POTASHNER: |
| 15:45:09 | 23 | Q.  How many watches did you buy with this stolen |
| 15:45:12 | 24 | money? |
| 15:45:16 | 25 | A.  More than a dozen. |

15:45:21  1      Q.   What was the most expensive watch you bought?

15:45:26  2      A.   Half a million dollars.

15:45:27  3      Q.   Half a million dollars.

15:45:29  4           Who did you buy that watch for?

15:45:30  5      A.   I believe that was gifted to Herman Rando.

15:45:36  6      Q.   Who is he?

15:45:37  7      A.   My former Texas counsel.

15:45:41  8      Q.   So you gave your lawyer a watch that was worth

15:45:43  9  half a million dollars?

15:45:45  10     A.   Yes, I did.

15:45:45  11     Q.   You also paid off his mortgage, right?

15:45:48  12     A.   Yes, I did.

15:45:49  13     Q.   And you bought yourself a number of watches,

15:45:53  14  right?

15:45:53  15     A.   Yes, I did.

15:45:53  16     Q.   And you bought yourself a lot of cars?

15:45:55  17     A.   Yes, I did.

15:45:56  18     Q.   You bought yourself at least one car that was

15:45:58  19  worth over $1.3 million, right?

15:46:02  20     A.   That is correct.

15:46:03  21     Q.   How old were you when you bought this Ferrari for

15:46:10  22  yourself?

15:46:10  23          MS. KUMAR:  Objection, Your Honor.

15:46:12  24  Irrelevant.  Argumentative.

15:46:12  25          THE COURT:  Was it during this period of

15:46:13  1   time?

15:46:13  2                 THE WITNESS:  Yes, it was, Your Honor.

15:46:15  3                 THE COURT:  Sustained.

15:46:16  4   BY MS. POTASHNER:

15:46:16  5       Q.  What year did you buy the Ferrari?

15:46:19  6       A.  I'm sorry.  Can you be more specific.

15:46:22  7       Q.  Sure.  Why?  Did you buy multiple Ferraris with

15:46:24  8   this money?

15:46:24  9       A.  Yes, I did.

15:46:25  10      Q.  How many Ferraris did you buy?

15:46:35  11      A.  Approximately six Ferraris.

15:46:38  12      Q.  You bought yourself six Ferraris?

15:46:40  13      A.  No.  One was for ZP.

15:46:42  14      Q.  You bought yourself five Ferraris?

15:46:44  15      A.  That is correct.

15:46:45  16      Q.  One of the Ferraris costs $1.3 million?

15:46:50  17      A.  That is correct.

15:46:51  18      Q.  What year was that, that you bought that Ferrari?

15:46:54  19      A.  2008.

15:46:58  20      Q.  How old were you in 2008?

15:47:02  21      A.  31.

15:47:04  22      Q.  How many cars did you own for yourself by the

15:47:06  23   time were you 31, including this $1.3 million Ferrari?

15:47:11  24                 MS. KUMAR:  Objection, Your Honor.

15:47:12  25                 THE COURT:  Sustained.  Under 403,

15:47:16  1    sustained.

15:47:17  2    BY MS. POTASHNER:

15:47:17  3       Q.  You opened bank accounts while you were -- after

15:47:20  4    you met the Liu's, right?

15:47:24  5       A.  I'm sorry.  Can you repeat the question.

15:47:25  6       Q.  You opened a number of bank accounts after you

15:47:27  7    met the Liu's; is that right?

15:47:29  8       A.  That is correct.

15:47:29  9       Q.  All over the world, right?

15:47:31  10      A.  That is correct.

15:47:32  11      Q.  How much money did you -- how much of the stolen

15:47:35  12   money did you puts in these bank accounts?

15:47:39  13      A.  I believe the funds were commingled.  In total,

15:47:43  14   approximately 7 billion ran through all of the accounts.

15:47:47  15      Q.  How much of the money that you stole, did you put

15:47:51  16   in these accounts?

15:47:53  17      A.  I believe I had very little cash in the accounts.

15:47:56  18   I spent most of the money.

15:47:57  19      Q.  Didn't you call these accounts your rainy day

15:48:01  20   accounts?

15:48:03  21      A.  To answer that question, it may involve

15:48:07  22   privilege.

15:48:07  23      Q.  Well, when you were speaking to this case agent

15:48:10  24   sitting here, you referred to them as your rainy day

15:48:13  25   funds; isn't that right?

15:48:15  1      A.   I don't recall that.

15:48:17  2      Q.   Okay.  So eventually you got caught stealing from

15:48:33  3  the Liu's and Scuderia?

15:48:38  4      A.   Yes, I did.

15:48:39  5      Q.   And you were confronted?

15:48:41  6      A.   Yes, I was.

15:48:42  7      Q.   And there were lawsuits filed against you, right?

15:48:46  8      A.   There were lawsuits, yes.

15:48:48  9      Q.   And you eventually agreed to pay back the $240

15:48:57  10 million that you stole, right?

15:48:59  11     A.   I turned over several assets.  That is correct.

15:49:02  12     Q.   But my question was:  You agreed to pay back the

15:49:06  13 $240 million that you stole; is that correct?

15:49:08  14     A.   Yes, it is.

15:49:09  15     Q.   And during direct examination, you testified that

15:49:11  16 there were two versions of the certificate of debt,

15:49:14  17 right?

15:49:14  18     A.   That is correct.

15:49:15  19     Q.   And then one version was ripped up?

15:49:19  20     A.   That is correct.

15:49:20  21     Q.   And that happened in person, right?

15:49:24  22     A.   That is correct.

15:49:24  23     Q.   And there is no documentation reflecting this

15:49:28  24 other supposed certificate of debt, right?

15:49:33  25     A.   I believe the subsequent pages of the current

15:49:36   1   certificate of debt with Chen Zhaohua, references the

15:49:41   2   original version because it references the chairman.

15:49:44   3       Q.   And so that certificate of debt, you ultimately

15:49:48   4   signed the certificate of debt and returned it to

15:49:52   5   Mr. Liu, right?

15:49:53   6       A.   The original version that I signed with Mr. Liu

15:49:56   7   was given back to him, yes.

15:49:57   8       Q.   And in that document, you admitted you stole

15:50:03   9   $240 million; isn't that right?

15:50:06   10      A.   A little over that amount, yes, correct.

15:50:10   11      Q.   Has the Government prosecuted you for that theft?

15:50:16   12      A.   No, they have not.

15:50:17   13      Q.   And that happened in southern California, right?

15:50:20   14      A.   That is correct.

15:50:21   15      Q.   In Los Angeles?

15:50:24   16      A.   In southern California.

15:50:26   17      Q.   Los Angeles County?

15:50:32   18      A.   In Orange County.

15:50:32   19      Q.   In Orange County.  In the central district of

15:50:35   20   California?  Right here, right?

15:50:35   21      A.   That is correct.

15:50:37   22      Q.   But you've been prosecuted for stealing a quarter

15:50:40   23   of a billion dollars, right?

15:50:42   24      A.   That is correct.

15:50:43   25      Q.   Now, in 2016, you reached out to the Government,

| | | |
|---|---|---|
| 15:50:50 | 1 | right?  To set up a meeting? |
| 15:50:53 | 2 | A.  That is correct. |
| 15:50:54 | 3 | Q.  And you claimed that you had some information |
| 15:50:56 | 4 | about criminal activities, right? |
| 15:51:06 | 5 | A.  I believe the first time I met the Government, it |
| 15:51:08 | 6 | was to explain all of the illicit activities that I took |
| 15:51:17 | 7 | -- partook in, yes. |
| 15:51:19 | 8 | Q.  So you are saying that when you met with them in |
| 15:51:21 | 9 | 2016, you told them about the stealing? |
| 15:51:26 | 10 | A.  I believe I told them about everything. |
| 15:51:30 | 11 | Q.  Really?  Right from the get-go, you told them |
| 15:51:32 | 12 | that you stole $240 million? |
| 15:51:37 | 13 | A.  I can't remember if it was the initial meeting. |
| 15:51:42 | 14 | But again, there are several times I met with them and |
| 15:51:46 | 15 | yes, I did tell them about the stealing, yes. |
| 15:51:50 | 16 | Q.  At your very first meeting? |
| 15:51:52 | 17 | A.  I don't recall. |
| 15:51:54 | 18 | Q.  When was your -- do you remember the month of |
| 15:51:58 | 19 | your first meeting? |
| 15:52:06 | 20 | A.  Maybe around July of 2000 and -- 2016. |
| 15:52:17 | 21 | Q.  Where did you meet? |
| 15:52:22 | 22 | A.  At the federal building. |
| 15:52:25 | 23 | Q.  Okay.  Downtown L.A.? |
| 15:52:26 | 24 | A.  Yes. |
| 15:52:27 | 25 | Q.  Who was at the meeting? |

15:52:32    1       A.   Agent chop.   Agent Chopp was at the meeting.

15:52:38    2       Q.   Okay.   Who else?

15:52:40    3       A.   My attorney at the time, Gene Kajioka and myself.

15:52:45    4       Q.   And where within that building did you meet --

15:52:48    5            MS. KUMAR:   Objection.

            6   BY MS. POTASHNER:

15:52:49    7       Q.   -- in a conference room?

15:52:50    8            MS. KUMAR:   Relevance.

15:52:51    9            THE COURT:   Sustained.   The first part will

15:52:55   10   be sustained.

15:52:55   11            Did you meet in a meeting room or conference

           12   room or something?

15:52:59   13            THE WITNESS:   At the federal building, yes.

           14            THE COURT:   Okay.   Go ahead, Counsel.

15:53:03   15   BY MS. POTASHNER:

15:53:03   16       Q.   And it's your testimony today that you told them

15:53:05   17   everything that you had to tell?

15:53:07   18            MS. KUMAR:   Objection, Your Honor.

15:53:08   19   Misstates the testimony.

15:53:09   20   BY MS. POTASHNER:

15:53:10   21       Q.   Did you tell them everything about the money you

15:53:14   22   stole?

15:53:15   23       A.   Over the course of the several meetings, yes, I

15:53:18   24   did.

15:53:18   25       Q.   I would like to direct your attention to the very

15:53:20  1  first meeting, when you sat down with the Government and

15:53:24  2  you said, I have some criminal activity to report.

15:53:27  3       Directing your attention to that meeting, did you

15:53:30  4  tell them that you stole $240 million?

15:53:32  5    A.  I don't recall.

15:53:33  6    Q.  Will taking a look at the notes from that meeting

15:53:36  7  refresh your recollection as to whether or not you told

15:53:38  8  them that?

15:53:39  9       They are not in front of you, and I can put them

15:53:41  10  in front of you if that would be helpful.

15:53:43  11    A.  I didn't write that report, but I will take a

15:53:46  12  look at it.

15:53:47  13    Q.  To refresh your recollection.  I understand you

15:53:49  14  didn't write it.  The case agent wrote it.

15:53:51  15            THE COURT:  Nobody is asking if you wrote

15:53:53  16  it.  The question is:  Is seeing something, does it

15:53:56  17  refresh your memory.

15:53:58  18            THE WITNESS:  Thank you, Your Honor.

15:53:59  19            THE COURT:  If you think showing you

15:54:02  20  something might refresh your memory, then we'll show it

15:54:08  21  to you.

15:54:09  22            THE WITNESS:  Thank you, Your Honor.  Yes.

15:54:16  23            THE COURT:  Is there a particular page,

15:54:17  24  Counsel, or the entire?

15:54:20  25            MS. POTASHNER:  Your Honor, it is only a few

15:54:22   1   pages long.  So...

15:54:24   2   BY MS. POTASHNER:

15:54:24   3      Q.  But you could start, sir, on page 2 of 3.  That's

15:54:28   4   the substance.

15:55:37   5              THE COURT:  Turn it over, and let us know

15:55:40   6   whether or not that causes you to remember what you

15:55:44   7   said.

15:55:46   8              THE WITNESS:  Yes, it does.

15:55:48   9   BY MS. POTASHNER:

15:55:49   10     Q.  Isn't it true that you didn't make any mention of

15:55:51   11  stealing $240 million, when you sat down the very first

15:55:56   12  time to report, quote/unquote, criminal activity?

15:55:59   13     A.  That is correct, I did not.

15:56:00   14     Q.  So you wanted the Government to be looking at

15:56:03   15  other people rather than you, right?

15:56:06   16             MS. KUMAR:  Objection, Your Honor.

15:56:07   17  Argumentative.

15:56:08   18             THE COURT:  Overruled.

15:56:11   19             That means you can answer the question.

15:56:13   20             THE WITNESS:  Thank you, Your Honor.

15:56:14   21             I did not make mention that I stole

15:56:17   22  $240 million.

15:56:19   23  BY MS. POTASHNER:

15:56:19   24     Q.  You knew that would be kind of pertinent

15:56:21   25  information, right?

| | | |
|---|---|---|
| 15:56:24 | 1 | A.   It would be, yes. |
| 15:56:25 | 2 | Q.   But -- and you had your own lawyer there, right? |
| 15:56:28 | 3 | A.   I did. |
| 15:56:29 | 4 | Q.   So you prepared for this meeting. |
| 15:56:32 | 5 | A.   Somewhat, yes. |
| 15:56:33 | 6 | Q.   Well, you hired a lawyer, right? |
| 15:56:37 | 7 | A.   Yes, I did. |
| 15:56:37 | 8 | Q.   And you talked to your lawyer before you went to |
| 15:56:39 | 9 | the meeting? |
| 15:56:40 | 10 | A.   Yes, I did. |
| 15:56:40 | 11 | Q.   And you talked about what you were going to talk |
| 15:56:43 | 12 | about at the meeting? |
| 15:56:44 | 13 | A.   Yes, we did. |
| 15:56:46 | 14 | Q.   Well, and then you went to the building with your |
| 15:56:49 | 15 | lawyer? |
| 15:56:50 | 16 | A.   Yes, we did. |
| 15:56:51 | 17 | Q.   And then you met with the federal Government? |
| 15:56:53 | 18 | A.   Yes. |
| 15:56:53 | 19 | Q.   To tell them about criminal activity. |
| 15:56:56 | 20 | A.   Yes. |
| 15:56:56 | 21 | Q.   So-called criminal activity.  But you didn't |
| 15:56:59 | 22 | mention that you stole $240 million? |
| 15:57:02 | 23 | A.   I did not. |
| 15:57:02 | 24 | Q.   You didn't mention that you bought a fleet of |
| 15:57:05 | 25 | cars on stolen money? |

15:57:08  1      A.  I did not.

15:57:09  2      Q.  Or jewelry?

15:57:10  3      A.  I did not.

15:57:11  4      Q.  Or diamonds?

15:57:13  5           THE COURT:  Were you asked those questions

15:57:15  6  during that meeting?

15:57:16  7           THE WITNESS:  I was not.

15:57:17  8           THE COURT:  Okay.

15:57:18  9  BY MS. POTASHNER:

15:57:21  10     Q.  Did you feel like you could only answer questions

15:57:24  11  directly asked of you?

15:57:31  12          THE COURT:  I think she means:  Did you feel

15:57:34  13  that you couldn't volunteer information.  Obviously, you

15:57:37  14  can only answer questions that are asked.  But go ahead.

15:57:40  15          MS. POTASHNER:  Thank you, Your Honor.  It's

15:57:40  16  getting late in the day.

15:57:41  17          I know it is, for all of us.

15:57:44  18          THE WITNESS:  There was lot of information,

15:57:48  19  and I think I got across whatever amount I got across,

15:57:55  20  and that was that.  But there were several meetings that

15:57:58  21  followed this one.

15:57:59  22  BY MS. POTASHNER:

15:57:59  23     Q.  This very first meeting, you didn't happen to get

15:58:02  24  across your own stealing?

15:58:04  25     A.  That is correct.

15:58:09  1        Q.   Okay.  Let's talk about the second meeting.  When

15:58:15  2   is the second time you met with the Government?

15:58:17  3        A.   I don't recall the specific date.

15:58:20  4        Q.   Isn't it true that you met with the Government,

15:58:24  5   on February 6, 2017?

15:58:27  6        A.   I'm sorry.  I still don't recall the specific

15:58:29  7   date.

15:58:30  8        Q.   Does looking at a copy of the report from that,

15:58:34  9   meeting, refresh your recollection as to the date of the

15:58:36  10  meeting?

15:58:37  11       A.   It may.

15:58:38  12            MS. POTASHNER:  Your Honor, if I may

15:58:40  13  approach.

15:58:40  14            THE COURT:  You brought up a good point,

15:58:43  15  Counsel.  It is getting late.  We are only within a

15:58:44  16  minute and a half.  So rather than getting into a new

15:58:47  17  topic, why don't we break at this time.

15:58:50  18            Now, you're going to be going for the

15:58:51  19  weekend.  Remember the admonishment not to discuss among

15:58:55  20  yourselves, or form or express any opinions about this

15:58:57  21  case until it's submitted to you and you retire to the

15:58:59  22  jury room.

15:59:00  23            Monday is different.  We come back not at

15:59:02  24  8:30 in the morning.  We come back in at 1:00 o'clock.

15:59:05  25  And I will try to start right at 1:00 o'clock, if I can,

15:59:07  1   and maybe as late as 1:15.  But I would like to have

15:59:11  2   everyone here at 1:00 o'clock.  Okay.

15:59:13  3            Now, suggestion to you:  During this

15:59:14  4   weekend, think about something else.  Don't think about

15:59:17  5   this case at all, until you come back on Monday.  Okay.

15:59:21  6   That's your homework.

15:59:24  7            THE CLERK:  All rise.

16:00:13  8            THE COURT:  Okay.  The record reflect that

16:00:14  9   the jurors left the courtroom.

16:00:19  10           You may step down.

          11           Counsel, you can have seats.

16:00:22  12           To embellish on what you said, it's not just

16:00:22  13  late in the day, it's late in the week.  We get tired by

16:00:25  14  this time.

16:00:26  15           I do want to share with you that the CRD has

16:00:30  16  been approached several times by two or three members of

16:00:33  17  the jury.  They're talking about inconveniences and they

16:00:37  18  would like to get excused at all.  I am not going to do

16:00:41  19  anything like that, at least not at this point, because

16:00:43  20  they are here for 8 to 10 days.  So I wouldn't do

16:00:46  21  anything until Friday.

16:00:47  22           But I think you should be aware of and I

16:00:51  23  should share with you what I know, and that is, there's

16:00:55  24  two or three that are getting uncomfortable.

16:00:57  25           Anything else I can do for you before you

| | | |
|---|---|---|
| 16:00:59 | 1 | take a break? |
| 16:01:00 | 2 |        MS. KUMAR:  No, Your Honor.  I think the |
| 16:01:02 | 3 | parties are going to talk about scheduling for next |
| 16:01:04 | 4 | week. |
| 16:01:04 | 5 |        THE COURT:  Whatever.  I have been very |
| 16:01:06 | 6 | impressed with the professionalism of the attorneys in |
| 16:01:09 | 7 | talking to each other.  And so if you work out anything, |
| 16:01:11 | 8 | that is fine on it.  Otherwise, same thing to you, don't |
| 16:01:14 | 9 | think about -- well, you guys have to think about it. |
| 16:01:18 | 10 |        MS. KUMAR:  I think we will be thinking |
| 16:01:20 | 11 | about the case, Your Honor. |
| 16:01:21 | 12 |        THE COURT:  Okay.  We'll see you Monday. |
| 16:01:21 | 13 |        MR. RUYAK:  Oh, wish, wish, wish. |
| | 14 |       (PROCEEDINGS CONCLUDED.) |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2

3                    CERTIFICATE OF REPORTER

4

5    COUNTY OF LOS ANGELES        )

6                                 )   SS.

7    STATE OF CALIFORNIA          )

8

9    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

10   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

11   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

12   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

13   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

14   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

15   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

16   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

17   JUDICIAL CONFERENCE OF THE UNITED STATES.

18

19

20   DATE:  AUGUST 14, 2021

21

22   _____

23   SHERI S. KLEEGER, CSR

24   FEDERAL OFFICIAL COURT REPORTER

25

## $

**$100** [5] - 116:5, 118:2, 119:17, 120:16, 121:12
**$12** [4] - 180:6, 216:2, 219:15, 223:11
**$20** [1] - 220:3
**$200** [12] - 104:19, 104:21, 104:25, 106:8, 107:1, 107:6, 107:19, 107:25, 114:6, 115:22, 125:22, 126:3
**$200,000,400** [2] - 110:5, 129:5
**$200,633,013** [1] - 110:1
**$240** [12] - 87:16, 149:13, 179:11, 200:24, 235:8, 235:12, 236:8, 237:11, 239:3, 240:10, 240:21, 241:21
**$242** [1] - 176:4
**$242,302,074.63** [1] - 178:22
**$50,000** [1] - 230:21
**$500,000** [1] - 229:17
**$90** [1] - 121:23
**$980** [1] - 149:10

## '

**'10** [1] - 56:4
**'15** [2] - 24:8, 24:9
**'16** [1] - 20:12
**'17** [3] - 20:12, 24:20, 36:10

## 1

**1** [22] - 20:8, 26:18, 45:13, 45:25, 64:5, 65:3, 69:17, 69:20, 101:14, 113:5, 114:2, 116:2, 128:5, 128:9, 129:25, 151:8, 151:24, 156:19, 170:14, 181:4, 224:10, 229:5
**1.3** [5] - 139:8, 139:10, 232:18, 233:15, 233:22
**1.35** [1] - 138:20
**1.5** [4] - 65:9, 67:3, 76:4, 82:1

**10** [10] - 37:13, 122:1, 188:8, 197:17, 218:6, 220:10, 220:11, 221:7, 222:11, 244:19
**100** [2] - 127:2, 128:5
**1001** [8] - 1:11, 98:7, 98:22, 129:18, 129:22, 130:25, 131:20, 218:13
**1008** [4] - 31:4, 31:22, 31:24, 46:11
**1014** [2] - 37:13, 45:6
**10340** [1] - 1:23
**10681** [4] - 1:12, 98:10, 138:19, 139:16
**109** [3] - 129:25, 130:8, 130:10
**1100** [1] - 2:9
**111** [3] - 139:18, 140:1, 140:3
**113** [3] - 164:17, 164:25, 165:2
**114** [3] - 16:20, 17:1, 17:10
**115** [3] - 100:16, 101:1, 101:3
**117** [3] - 134:12, 134:20, 134:22
**119** [3] - 180:19, 181:1, 181:3
**11th** [2] - 141:7, 165:23
**12** [7] - 188:9, 197:17, 206:16, 206:19, 217:25, 219:19, 223:15
**12,539** [1] - 171:5
**120** [3] - 102:1, 102:10, 102:12
**125** [3] - 119:8, 119:21, 119:23
**127** [3] - 113:8, 113:23, 113:25
**128** [3] - 103:1, 103:13, 103:15
**129** [4] - 126:12, 126:20, 126:23, 128:3
**13** [3] - 1:18, 4:1, 22:7
**134** [3] - 122:24, 123:7, 123:9
**13th** [1] - 21:16
**14** [2] - 37:12, 246:19
**147,520** [1] - 171:9
**15** [14] - 38:22, 38:23, 38:24, 45:15, 58:21, 79:22, 80:1, 185:25, 186:6, 217:19, 217:20, 220:3

**15,014** [1] - 171:20
**15-minute** [1] - 58:14
**1501** [2] - 39:1, 39:2
**16** [3] - 21:7, 217:17, 217:19
**16th** [1] - 20:9
**17** [1] - 21:7
**170** [3] - 171:3, 171:19, 172:7
**1700** [1] - 2:18
**17th** [3] - 30:4, 127:19, 127:23
**18** [2] - 38:25
**19** [4] - 32:2, 39:1, 39:2, 39:11
**19-00282** [1] - 1:8
**19th** [1] - 33:10
**1:00** [4] - 115:8, 243:23, 243:24, 244:1
**1:15** [1] - 243:25
**1st** [1] - 37:21

## 2

**2** [15] - 8:16, 47:17, 65:23, 110:14, 110:18, 113:5, 116:3, 120:14, 135:23, 151:24, 170:15, 223:13, 224:11, 240:2
**2,000** [1] - 65:10
**2,000-square** [1] - 97:6
**2.5** [2] - 6:4, 6:6
**2.95** [3] - 63:18, 63:19, 65:13
**20** [4] - 163:5, 225:1, 225:3, 225:5
**20-foot** [1] - 163:8
**200** [8] - 8:15, 15:7, 48:16, 48:18, 48:22, 108:2, 108:3, 178:16
**2000** [5] - 87:20, 149:16, 151:5, 174:21, 237:19
**20006** [1] - 2:18
**2006** [9] - 204:15, 204:19, 204:23, 207:8, 207:22, 207:24, 208:1, 208:11, 209:6
**2007** [21] - 87:15, 87:20, 88:12, 89:1, 93:7, 96:20, 99:8, 101:12, 102:16, 103:5, 149:5, 209:17, 211:21, 213:8, 215:11, 218:14, 221:10, 222:9,

225:16, 226:10, 228:11
**2007-to-2015** [1] - 142:6
**2008** [42] - 99:8, 104:3, 109:7, 109:24, 109:25, 110:7, 110:15, 113:3, 113:14, 114:11, 116:4, 117:5, 118:24, 119:2, 119:16, 120:13, 120:15, 121:14, 121:22, 121:25, 125:10, 129:20, 130:13, 130:18, 130:13, 181:7, 189:18, 218:14, 219:4, 220:1, 220:7, 220:8, 220:19, 221:5, 221:14, 222:10, 222:19, 228:25, 229:3, 233:18, 233:19
**2009** [22] - 56:4, 67:24, 127:19, 127:23, 128:13, 128:25, 129:12, 134:25, 136:6, 140:6, 141:7, 144:24, 147:2, 147:14, 160:20, 160:22, 222:17, 223:24, 224:23, 225:16, 226:10, 228:11
**201** [2] - 42:25, 43:2
**2010** [3] - 67:24, 151:5, 161:21
**2010-2011** [1] - 161:4
**2011** [21] - 4:18, 8:19, 16:14, 17:9, 19:10, 19:16, 25:1, 32:3, 35:24, 49:8, 51:12, 51:14, 52:7, 52:18, 52:21, 165:8, 165:23, 168:23, 170:11, 172:21
**2012** [6] - 27:3, 27:5, 27:7, 151:5, 174:21, 174:22
**2013** [13] - 27:9, 27:10, 55:20, 56:11, 57:7, 59:13, 71:2, 71:4, 123:4, 174:23, 179:12, 181:8
**2014** [11] - 27:11, 27:12, 27:13, 55:20, 56:7, 61:20, 71:5, 76:8, 79:22, 80:1, 125:10
**2015** [11] - 23:10,

24:6, 28:1, 30:4, 87:15, 87:20, 149:5, 183:22, 183:23, 183:25
**2016** [9] - 24:20, 26:13, 28:3, 36:10, 87:20, 236:24, 237:8, 237:19
**2017** [14] - 20:5, 21:15, 21:16, 24:19, 37:25, 51:20, 52:5, 52:11, 52:12, 52:13, 52:15, 52:16, 52:17, 243:4
**2019** [4] - 17:9, 37:22, 53:7, 53:10
**2021** [3] - 1:18, 4:1, 246:19
**203** [2] - 21:14, 42:25
**2047** [1] - 8:25
**21** [1] - 163:5
**213)894-6604** [1] - 1:25
**217** [1] - 28:6
**21st** [2] - 109:24, 110:7
**22** [2] - 101:12, 102:16
**228** [3] - 140:17, 140:24, 141:1
**229** [3] - 135:9, 135:14, 135:16
**22nd** [1] - 110:8
**230** [3] - 130:22, 131:2, 131:4
**2323** [3] - 98:8, 133:8, 161:19
**242** [3] - 47:17, 48:15, 48:18
**25** [6] - 57:3, 70:21, 84:22, 225:1, 225:3, 225:5
**258.72** [1] - 65:21
**25th** [1] - 140:6
**26** [2] - 8:19, 24:25
**260,000** [1] - 133:24
**26th** [2] - 165:8, 181:7
**27** [1] - 151:2
**278** [1] - 183:17
**27th** [1] - 113:14
**28** [3] - 119:16, 120:15, 246:11
**28th** [5] - 113:3, 114:11, 116:4, 117:5, 120:13
**29th** [1] - 121:14

**3**

**3** [16] - 43:4, 48:16, 48:22, 65:15, 67:2, 101:15, 121:16, 126:4, 170:11, 170:22, 171:10, 180:8, 206:16, 206:19, 206:23, 240:2
**30** [2] - 56:12, 56:23
**30,000** [1] - 57:4
**300** [3] - 116:18, 117:7, 117:12
**303** [3] - 128:9, 128:20, 128:22
**304** [3] - 145:16, 146:5, 146:7
**307,560** [1] - 172:11
**31** [2] - 233:20, 233:22
**312** [2] - 1:24, 2:10
**315** [3] - 165:15, 166:5, 166:7
**316** [3] - 169:24, 170:6, 170:8
**31st** [4] - 128:24, 129:12, 220:8, 221:4
**32** [1] - 132:13
**322** [4] - 154:21, 155:10, 155:12, 156:19
**323** [3] - 158:1, 158:15, 158:17
**341** [3] - 176:20, 177:15, 177:17
**342** [5] - 176:19, 177:8, 177:15, 177:17, 177:19
**35** [1] - 135:25
**350** [4] - 61:10, 61:24, 65:3, 65:15
**351** [4] - 79:10, 79:11, 79:16, 79:18
**37** [1] - 98:13
**378** [1] - 161:8
**380** [1] - 150:24
**380,000** [1] - 131:20

**4**

**4** [7] - 1:17, 110:19, 121:21, 123:13, 171:11, 171:15, 180:5
**402** [1] - 1:24
**403** [1] - 233:24
**4400** [2] - 2:15
**45** [2] - 103:7, 138:21

**5**

**5** [3] - 156:14, 171:15, 217:2
**5.5** [3] - 219:10, 219:14, 219:18
**50** [3] - 89:17, 138:21, 139:10
**50-year-old** [1] - 231:10
**54** [1] - 151:11
**555** [1] - 2:15
**56** [3] - 91:5, 91:14, 91:16
**57** [1] - 93:14
**58** [3] - 92:17, 92:24, 93:1
**59** [3] - 94:15, 94:22, 95:5
**5th** [1] - 121:22

**6**

**6** [24] - 20:7, 26:18, 49:21, 49:22, 51:20, 51:24, 52:6, 103:5, 109:13, 109:18, 109:20, 113:5, 114:8, 116:2, 120:14, 121:16, 171:22, 217:24, 218:10, 221:12, 221:22, 223:8, 223:15, 243:4
**6-to-8** [1] - 218:8
**60** [3] - 136:25, 137:9, 137:11
**600** [1] - 69:13
**600,000** [2] - 64:7, 69:24
**6000** [2] - 21:15, 166:24
**61** [3] - 173:16, 173:24, 174:1
**632** [3] - 108:20, 108:25, 109:2
**6th** [1] - 134:25

**7**

**7** [5] - 121:25, 171:24, 218:10, 223:8, 234:13
**75** [3] - 70:22, 84:24, 145:11
**753** [1] - 246:11
**7th** [2] - 109:25, 130:13

**8**

**8** [16] - 110:19, 172:1, 180:7, 188:8, 216:1, 217:17, 217:19, 217:25, 218:6, 219:22, 221:22, 222:23, 223:10, 223:15, 244:19
**800,000** [1] - 145:11
**80s** [1] - 17:25
**81(D)(2** [1] - 62:4
**810** [1] - 2:18
**8:30** [1] - 243:23

**9**

**9** [2] - 172:3, 218:6
**9,000-plus** [1] - 97:5
**90** [3] - 7:24, 8:4, 97:5
**90012** [2] - 1:25, 2:10
**90071** [2] - 2:16
**90s** [1] - 18:1
**964.757** [1] - 65:18

**A**

**A.M** [2] - 1:18, 4:2
**abide** [1] - 172:12
**able** [12] - 9:25, 44:8, 69:25, 71:25, 80:21, 149:24, 160:7, 163:5, 180:8, 185:1, 185:4, 185:11
**ABOVE** [1] - 246:14
**ABOVE-ENTITLED** [1] - 246:14
**absolutely** [1] - 187:18
**accept** [2] - 7:1, 112:25
**access** [5] - 44:8, 44:10, 69:6, 69:9, 70:7
**according** [3] - 23:4, 102:15, 194:19
**account** [14] - 108:9, 109:6, 109:24, 111:6, 111:12, 111:18, 112:12, 112:25, 114:12, 121:20, 122:2, 138:11, 145:25, 155:21
**Account** [1] - 108:16
**accounts** [13] - 110:10, 110:11,

111:13, 178:10, 178:11, 234:2, 234:5, 234:11, 234:13, 234:15, 234:16, 234:18, 234:19
**accrued** [1] - 108:9
**accuracy** [1] - 109:10
**accurate** [7] - 61:16, 91:18, 93:3, 94:23, 109:14, 137:13, 148:1
**accuse** [1] - 184:15
**accused** [3] - 162:12, 162:13, 162:14
**acquire** [5] - 87:23, 88:18, 99:12, 133:13, 138:18
**acquired** [4] - 146:19, 176:5, 183:16, 221:13
**acquires** [1] - 144:18
**acquiring** [1] - 99:22
**acquisition** [5] - 87:4, 90:5, 97:3, 147:7, 173:4
**ACQUISITIONS** [1] - 1:10
**acquisitions** [3] - 148:14, 148:22, 211:13
**acres** [7] - 65:18, 65:21, 97:4, 138:21, 139:10, 145:11, 183:17
**acted** [1] - 88:1
**action** [3] - 62:21, 118:15, 119:3
**activities** [6] - 57:18, 87:22, 88:3, 150:2, 237:3, 237:5
**activity** [5] - 53:1, 239:1, 240:11, 241:18, 241:20
**actual** [2] - 64:11, 77:1
**AD** [4] - 5:19, 6:1, 25:4, 36:18
**AD/CVD** [7] - 46:15, 47:5, 47:10, 47:24, 49:14, 51:12, 169:3
**adamant** [1] - 121:9
**add** [2] - 167:3, 211:4
**addition** [3] - 22:10, 22:16, 80:10
**additional** [8] - 23:16, 24:4, 69:9, 110:15, 121:13, 121:18, 122:1, 148:13

**additionally** [3] - 126:3, 148:12, 163:4
**address** [8] - 79:23, 82:20, 82:24, 83:11, 83:19, 145:24, 165:20, 170:3
**addressed** [1] - 120:5
**addressing** [2] - 4:16, 52:22
**adequate** [1] - 107:22
**adhered** [1] - 154:13
**adjustment** [1] - 42:19
**adjustments** [1] - 42:16
**administer** [2] - 27:19, 27:20
**admission** [1] - 40:1
**admit** [27] - 61:24, 92:24, 94:22, 101:1, 102:10, 103:13, 109:18, 113:23, 117:7, 119:21, 123:6, 128:20, 130:8, 131:2, 134:20, 135:14, 137:9, 140:1, 140:24, 146:5, 155:9, 158:15, 164:24, 166:4, 170:6, 173:24, 181:1
**admitted** [2] - 48:17, 236:7
**admitting** [1] - 128:4
**admonishment** [4] - 58:17, 115:9, 186:2, 243:18
**advance** [2] - 115:23, 126:8
**advances** [1] - 67:22
**advantage** [3] - 108:11, 166:17, 167:2
**advising** [1] - 52:20
**afternoon** [4] - 186:15, 186:16, 189:7, 189:8
**Agenda** [1] - 62:17
**agenda** [2] - 62:25, 63:12
**agent** [10] - 204:22, 205:13, 207:7, 208:12, 209:5, 223:9, 224:9, 234:22, 237:25, 239:13
**Agent** [1] - 237:25
**agents** [1] - 210:18
**aggregate** [1] - 152:20
**aggregated** [1] - 108:10

**ago** [3] - 56:4, 188:9, 197:17

**agree** [5] - 18:5, 18:11, 22:16, 53:17, 107:7

**agreed** [4] - 33:17, 33:21, 235:8, 235:11

**agreeing** [1] - 116:12

**agreement** [12] - 61:2, 63:1, 66:10, 66:14, 66:18, 66:24, 74:23, 87:7, 87:9, 102:20, 102:23, 103:4

**agreements** [1] - 65:25

**ahead** [16] - 20:25, 35:18, 60:21, 75:9, 83:17, 104:13, 117:23, 164:7, 185:3, 195:10, 210:25, 222:1, 225:6, 231:18, 238:13, 242:13

**airplane** [1] - 65:1

**airport** [1] - 114:25

**ALEXANDER** [1] - 2:14

**allegations** [5] - 183:25, 184:3, 184:14, 184:22, 185:3

**Alliance** [1] - 156:7

**allowed** [3] - 19:20, 144:17, 166:20

**allowing** [2] - 83:16, 162:15

**alloy** [2] - 64:15, 166:23

**alloying** [1] - 167:4

**alloys** [2] - 64:19, 166:24

**alluminum** [1] - 143:9

**almost** [2] - 97:6, 166:15

**alone** [2] - 219:24, 223:11

**Alston** [3] - 175:15, 175:17, 182:8

**alston** [1] - 175:18

**Aluminicaste** [6] - 150:7, 151:7, 152:6, 155:6, 160:6, 175:5

**ALUMINICASTE** [1] - 150:9

**aluminium** [7] - 8:11, 9:12, 10:8, 11:8, 12:12, 12:20, 21:8

**ALUMINUM** [2] - 1:9, 1:10

**Aluminum** [11] - 21:20, 38:2, 95:12,

95:17, 96:7, 96:14, 173:4, 173:6, 173:9, 174:10, 174:19

**aluminum** [187] - 12:14, 18:1, 22:19, 23:15, 23:17, 23:20, 23:24, 23:25, 24:2, 24:3, 24:5, 24:7, 24:8, 24:16, 24:17, 24:21, 24:22, 25:5, 25:10, 25:11, 25:14, 25:15, 27:5, 27:9, 27:16, 27:20, 27:23, 33:7, 33:23, 34:4, 34:6, 34:7, 34:11, 34:13, 34:16, 36:1, 36:3, 43:15, 45:11, 46:8, 47:1, 48:1, 48:4, 49:21, 49:22, 49:24, 50:2, 50:16, 51:5, 51:20, 52:6, 52:23, 60:25, 61:5, 63:4, 63:20, 63:22, 64:2, 64:5, 64:8, 64:10, 64:14, 64:15, 64:19, 64:23, 64:25, 65:5, 67:11, 68:9, 68:14, 68:22, 68:23, 68:25, 69:5, 69:7, 69:10, 69:16, 69:20, 69:21, 69:24, 70:2, 70:3, 70:8, 70:12, 70:17, 70:21, 71:16, 78:22, 84:23, 87:24, 88:1, 90:25, 96:5, 96:10, 124:19, 133:2, 134:6, 141:17, 141:18, 141:19, 142:23, 142:25, 143:3, 143:5, 143:20, 144:1, 144:6, 144:13, 144:14, 144:15, 146:25, 150:20, 151:6, 151:8, 151:18, 151:22, 152:6, 152:9, 152:11, 152:12, 152:15, 152:16, 152:22, 153:17, 153:20, 153:23, 153:24, 154:7, 155:24, 156:11, 157:12, 157:14, 157:17, 159:16, 159:17, 159:19, 159:20, 160:4, 160:5, 160:8, 160:20, 160:22, 160:23, 160:25, 161:3, 161:8, 163:6, 163:9, 163:19, 163:20, 163:24, 166:2, 166:19, 167:1,

167:2, 167:6, 167:8, 167:21, 167:25, 168:6, 170:18, 170:25, 172:17, 172:18, 172:19, 172:21, 173:7, 174:11, 178:12, 179:19, 179:23, 179:24, 181:10, 181:11, 181:19, 181:20, 181:22, 183:13, 183:15, 183:18, 183:19, 184:4, 184:6, 184:7

**ambiguous** [1] - 49:15

**AMERICA** [2] - 1:1, 1:6

**American** [2] - 13:12, 50:14

**amount** [23] - 73:21, 74:2, 87:16, 129:4, 142:23, 163:9, 163:12, 163:13, 163:14, 168:6, 170:24, 176:4, 177:11, 178:5, 178:7, 178:21, 183:6, 201:10, 211:12, 214:14, 228:12, 236:9, 242:18

**amounts** [2] - 150:14, 156:16

**analysis** [1] - 33:4

**AND** [3] - 246:8, 246:12, 246:14

**Angeles** [4] - 114:22, 147:5, 236:14, 236:16

**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 4:1, 246:4

**anger** [1] - 80:11

**annual** [1] - 123:4

**annually** [2] - 64:8, 69:20

**answer** [10] - 18:13, 30:10, 51:6, 190:11, 207:1, 226:1, 234:20, 240:18, 242:9, 242:13

**answers** [1] - 76:17

**anti** [3] - 15:2, 15:6, 16:3

**anti-dumping** [2] - 15:6, 16:3

**anti-dumping/ countervailing** [1] - 15:2

**anticipation** [2] - 107:14, 118:12

**anticircumvention**

[3] - 40:1, 40:9, 40:11

**Anticircumvention** [1] - 40:8

**antidumping** [21] - 13:1, 15:25, 16:8, 16:19, 17:18, 17:23, 18:18, 19:9, 19:12, 21:13, 25:17, 25:24, 30:6, 33:1, 33:11, 34:1, 39:7, 39:25, 146:15, 161:10, 162:4

**antidumping/ countervailing** [10] - 4:17, 5:22, 9:7, 22:3, 30:9, 33:7, 34:21, 149:22, 150:14, 161:7

**apart** [5] - 76:7, 76:8, 76:14, 77:18, 187:12

**apologies** [2] - 193:15, 216:18

**apologize** [2] - 56:4, 78:10

**apologizes** [1] - 98:20

**apology** [3] - 79:6, 79:13, 82:20

**app** [1] - 193:2

**apparent** [1] - 72:4

**appeal** [9] - 36:16, 36:19, 36:21, 36:25, 37:3, 37:4, 37:6, 53:18, 53:20

**appealed** [1] - 38:6

**appeals** [1] - 53:16

**appear** [2] - 72:21, 177:9

**APPEARANCES** [1] - 2:5

**appeared** [2] - 72:21, 72:22

**appearing** [1] - 28:21

**appendices** [1] - 177:10

**apple** [1] - 211:11

**application** [2] - 100:22, 134:15

**applies** [2] - 47:3, 143:21

**apply** [2] - 9:8, 50:1

**approach** [4] - 66:22, 205:22, 220:15, 243:12

**approached** [2] - 104:15, 244:15

**approvals** [1] - 62:23

**approximate** [1] - 220:18

**approximation** [1] - 222:11

**April** [8] - 79:22,

80:1, 127:19, 127:23, 165:8, 165:23, 167:21, 168:21

**architect** [1] - 87:3

**Architects** [1] - 86:25

**area** [2] - 51:1, 57:4

**argumentative** [8] - 17:19, 18:9, 34:24, 82:13, 225:11, 225:12, 231:6, 240:16

**Argumentative** [1] - 232:23

**arm** [1] - 107:3

**arrange** [3] - 88:19, 95:11, 182:6

**arranged** [1] - 114:7

**arrangement** [1] - 108:12

**arranging** [1] - 173:8

**arrival** [2] - 106:13, 169:19

**arrive** [1] - 106:2

**arrived** [4] - 59:6, 89:15, 105:19, 169:9

**art** [1] - 63:20

**articulate** [1] - 72:7

**artificially** [1] - 41:16

**as-parts** [1] - 24:24

**aside** [1] - 162:19

**aspect** [3] - 40:16, 43:12, 148:15

**assemble** [2] - 11:15, 11:24

**assembled** [8] - 9:13, 9:17, 10:9, 11:17, 11:23, 11:24, 22:20, 43:16

**assembling** [1] - 168:1

**assert** [1] - 70:24

**assessment** [3] - 6:19, 7:4, 39:7

**asset** [4] - 129:22, 131:12, 148:7, 175:8

**assets** [4] - 70:21, 176:5, 179:6, 235:10

**assignments** [1] - 87:4

**assist** [1] - 70:24

**assistance** [1] - 88:3

**ASSISTANT** [1] - 2:9

**assistant** [6] - 55:22, 56:1, 56:6, 56:13, 181:25, 182:7

**association** [1] - 119:6

**assume** [6] - 19:17, 20:17, 38:8, 84:2, 218:9

assuming [1] - 20:16
AT [1] - 2:14
attachment [1] - 156:20
attempt [1] - 107:21
attend [2] - 89:6, 96:25
attendance [1] - 71:14
attended [2] - 71:10, 86:20
attention [50] - 27:11, 92:17, 93:14, 94:15, 100:15, 100:16, 101:5, 101:15, 102:1, 103:1, 103:7, 104:3, 108:20, 113:17, 114:8, 116:16, 116:17, 121:21, 122:24, 123:13, 124:7, 126:12, 127:2, 128:9, 129:2, 129:25, 130:22, 134:12, 135:9, 136:25, 139:18, 140:7, 140:15, 140:16, 145:16, 151:24, 154:21, 156:20, 164:17, 165:15, 169:24, 170:14, 170:15, 171:10, 173:16, 174:23, 177:8, 180:19, 238:24, 239:2
ATTORNEY [3] - 2:7, 2:9, 2:14
attorney [4] - 71:13, 221:18, 221:24, 238:2
attorneys [1] - 245:5
attributable [1] - 16:8
audit [2] - 30:18, 30:20
auditor [1] - 127:12
audits [5] - 30:7, 30:24, 31:1, 142:23
augment [1] - 95:17
AUGUST [3] - 1:18, 4:1, 246:19
August [7] - 109:6, 109:25, 121:22, 121:25, 140:6, 213:10, 213:12
Aunt [1] - 94:4
aunt [1] - 88:25
Auntie [1] - 94:10
AUSA [3] - 2:7, 2:8, 2:8
AUSAs [1] - 205:15

Austin [1] - 170:23
Australia [1] - 159:21
authenticate [1] - 29:7
authenticated [4] - 29:1, 29:2, 29:3, 29:11
authenticating [1] - 28:16
available [9] - 13:19, 13:24, 31:14, 131:19, 143:8, 143:9, 143:15, 143:19, 171:4
AVENUE [1] - 1:12
Avenue [3] - 98:11, 138:19, 139:16
aware [17] - 24:9, 26:11, 27:2, 27:8, 27:24, 27:25, 28:1, 37:3, 106:18, 119:3, 126:8, 143:8, 187:14, 196:25, 203:19, 218:22, 244:21
awful [1] - 18:6

# B

backer [3] - 75:8, 81:10, 182:6
backers [3] - 67:9, 69:9, 70:14
background [2] - 68:24, 86:19
backing [5] - 10:14, 77:1, 81:18, 84:21, 182:23
balance [2] - 128:13, 128:24
Bank [4] - 121:20, 147:6, 155:21
bank [20] - 107:15, 107:21, 108:10, 108:20, 108:22, 109:9, 111:13, 114:15, 115:4, 116:8, 116:12, 117:1, 118:7, 139:3, 178:5, 178:9, 178:11, 234:2, 234:5, 234:11
bank's [1] - 116:11
banking [1] - 133:22
banks [4] - 107:16, 107:21, 107:22, 178:7
banner [4] - 32:7, 32:17, 32:24, 33:5
barred [1] - 39:5
Barry [1] - 160:12
Barstow [45] - 55:23, 55:24, 55:25, 56:1,

56:5, 56:13, 56:24, 59:2, 61:1, 61:14, 62:10, 63:5, 65:6, 65:11, 65:25, 67:4, 67:15, 67:16, 67:19, 67:24, 68:15, 71:2, 71:17, 74:1, 74:19, 76:4, 76:10, 76:21, 79:14, 177:24, 178:1, 179:22, 180:2, 180:3, 181:9, 181:23, 183:2, 183:12, 183:13, 194:6, 210:15, 219:16, 225:21
base [2] - 57:6, 67:10
based [24] - 50:13, 77:2, 105:14, 105:15, 111:11, 111:22, 112:10, 120:25, 121:19, 125:14, 136:21, 137:16, 138:2, 143:2, 143:7, 143:18, 143:23, 143:24, 153:4, 153:5, 153:10, 158:20, 159:9, 174:7
basis [3] - 33:4, 37:4, 160:11
Bates [1] - 8:25
BCC'd [1] - 155:1
Beach [3] - 55:19, 56:10, 145:9
became [2] - 131:17, 228:15
become [1] - 229:22
began [1] - 134:6
beginning [6] - 38:12, 39:22, 60:16, 90:14, 182:22, 194:9
BEHALF [2] - 2:6, 2:12
behalf [7] - 87:5, 88:9, 90:1, 99:10, 129:16, 136:6, 226:7
behind [1] - 189:25
bell [1] - 197:19
belonged [2] - 99:13, 157:9
below [1] - 11:4
beneficiary [1] - 99:11
benefit [3] - 107:24, 108:4, 125:25
Berkeley [2] - 86:20, 208:5
Berlinetta [2] - 164:22, 165:6
Bernardino [2] - 57:3, 69:1
BERNSTEIN [34] -

2:8, 55:1, 55:16, 57:22, 57:25, 58:7, 58:24, 60:7, 60:13, 60:22, 61:9, 61:23, 62:1, 62:3, 62:6, 66:5, 69:11, 74:9, 75:12, 79:9, 79:16, 79:19, 81:1, 81:20, 82:6, 82:9, 82:15, 83:12, 83:14, 83:24, 84:11, 85:12, 85:14, 85:18
best [8] - 62:8, 189:1, 197:22, 200:20, 202:1, 225:2, 225:8, 226:14
betrayed [1] - 77:21
better [1] - 231:18
Between [1] - 177:2
between [24] - 57:2, 65:25, 77:22, 104:9, 108:5, 109:24, 110:2, 137:16, 174:16, 176:13, 177:1, 183:3, 188:18, 193:17, 193:20, 193:22, 193:24, 198:8, 199:9, 220:18, 221:22, 222:4, 223:10, 226:10
beyond [1] - 83:14
big [2] - 178:3, 179:17
biggest [1] - 73:20
bilingual [1] - 212:22
bill [5] - 6:20, 7:4, 7:7, 7:16, 154:1
billion [1] - 65:9, 67:3, 67:17, 68:6, 76:4, 82:1, 149:7, 181:16, 234:13, 236:22
billions [1] - 87:25
bind [1] - 63:2
binds [1] - 66:11
bit [11] - 22:12, 73:19, 76:18, 88:8, 123:17, 125:17, 152:14, 155:16, 156:22, 181:16, 208:4
bite [1] - 211:11
blow [3] - 155:15, 156:21, 156:22
board [2] - 79:24, 122:20
body [2] - 35:11, 62:23
Boeing [3] - 145:10, 146:17, 146:18
bombarded [1] - 183:5
bond [2] - 6:23, 7:2

booked [1] - 138:13
books [8] - 84:21, 138:12, 227:11, 227:14, 227:19, 227:23, 227:25, 228:4
border [4] - 28:17, 30:7, 30:18, 188:1
bordering [1] - 97:7
borrowing [2] - 108:2, 108:6
Boruxian [1] - 153:13
BORUXIAN [1] - 153:13
boss [3] - 92:7, 136:23, 174:17
bottle [2] - 230:21, 230:22
bottom [17] - 16:13, 24:12, 48:19, 48:22, 98:24, 101:5, 102:17, 103:20, 113:17, 117:2, 118:12, 121:13, 129:3, 130:19, 135:4, 140:7, 222:24
bought [19] - 93:8, 136:5, 136:7, 147:18, 155:24, 219:3, 227:18, 227:22, 230:20, 231:9, 231:25, 232:12, 232:15, 232:17, 232:20, 233:11, 233:13, 233:17, 241:23
box [4] - 4:7, 115:17, 186:10, 200:9
bragging [1] - 231:4
branch [2] - 27:17
break [6] - 58:15, 115:6, 115:8, 185:25, 243:16, 244:25
BREAK [3] - 58:22, 115:14, 186:7
brief [4] - 45:9, 86:18, 86:23, 87:12
briefly [3] - 37:7, 43:6, 87:21
bring [10] - 9:3, 11:5, 47:15, 47:17, 48:15, 77:12, 86:12, 115:4, 162:6, 176:12
bringing [4] - 6:3, 14:19, 168:5, 191:15
broad [1] - 66:21
broader [1] - 57:6
broke [1] - 115:23
broker [1] - 213:24
brokered [2] - 219:4,

219:7
**brokers** [1] - 139:2
**brother** [4] - 88:24, 93:23, 138:25
**brought** [6] - 69:5, 115:1, 167:25, 187:25, 243:13
**bubble** [1] - 180:13
**budget** [2] - 56:17, 148:10
**budgets** [1] - 211:12
**buffer** [2] - 205:10, 222:13
**build** [8] - 60:25, 64:25, 76:3, 150:4, 150:25, 205:9, 205:11, 209:21
**building** [27] - 56:19, 72:15, 129:23, 131:22, 132:2, 132:5, 133:3, 133:4, 133:13, 133:17, 133:23, 138:20, 139:11, 143:1, 145:10, 146:23, 146:24, 147:8, 168:9, 175:15, 210:9, 219:17, 229:9, 237:21, 238:3, 238:12, 241:13
**buildings** [10] - 105:24, 106:4, 106:5, 131:19, 141:12, 141:13, 142:24, 167:16, 167:23, 189:15
**builds** [1] - 144:18
**built** [8] - 63:17, 68:25, 73:2, 73:18, 74:17, 215:22, 221:10, 222:13
**bunch** [1] - 226:12
**bundle** [2] - 141:17, 151:19
**bundled** [5] - 96:2, 150:16, 150:21, 160:23
**bundles** [4] - 133:3, 141:17, 151:19, 181:20
**bundling** [1] - 168:11
**business** [14] - 73:6, 73:8, 83:1, 83:4, 96:6, 128:15, 128:16, 134:3, 182:21, 182:25, 194:10, 194:14, 227:5
**businesses** [1] - 209:13
**busy** [1] - 89:16
**buy** [13] - 93:7,

97:16, 97:18, 144:19, 156:11, 162:7, 178:11, 213:16, 231:22, 232:3, 233:4, 233:6, 233:9
**buyer** [8] - 87:25, 88:2, 96:10, 150:19, 152:25, 153:7, 156:3, 159:14
**buyers** [3] - 152:18, 154:16, 178:11
**BY** [161] - 2:7, 2:13, 2:17, 4:13, 14:18, 15:15, 16:24, 17:8, 18:4, 18:14, 19:7, 20:3, 21:3, 26:20, 30:15, 31:8, 31:25, 35:19, 37:19, 41:9, 43:5, 45:2, 45:24, 47:22, 51:3, 51:10, 52:4, 52:14, 54:4, 55:16, 58:7, 58:24, 60:22, 62:6, 66:5, 69:11, 74:9, 75:12, 79:19, 81:8, 82:9, 82:23, 83:18, 84:4, 84:14, 86:17, 91:17, 93:2, 95:7, 100:8, 101:4, 102:5, 102:13, 104:12, 109:3, 109:21, 111:10, 111:16, 111:25, 112:9, 114:1, 115:21, 116:20, 117:24, 118:20, 119:9, 119:24, 121:6, 122:25, 123:10, 123:22, 124:6, 125:4, 126:13, 126:24, 127:11, 128:10, 128:23, 130:1, 130:11, 130:23, 131:5, 134:13, 134:23, 135:10, 135:19, 137:2, 137:12, 137:24, 138:7, 139:19, 140:4, 140:20, 141:2, 142:5, 142:20, 144:10, 144:21, 145:17, 146:8, 151:13, 154:22, 155:14, 158:2, 158:18, 164:18, 165:3, 165:16, 166:8, 168:20, 169:25, 170:9, 173:17, 174:2, 176:21, 177:18, 180:20, 181:5, 184:13, 186:14, 188:6, 189:6, 195:12,

195:19, 198:24, 199:5, 203:6, 203:16, 206:15, 207:3, 207:20, 209:9, 211:1, 211:8, 216:13, 216:21, 217:15, 220:17, 220:25, 222:3, 222:7, 223:4, 223:20, 224:18, 224:22, 225:7, 225:13, 226:5, 230:4, 231:8, 231:21, 233:3, 234:1, 238:5, 238:14, 238:19, 240:1, 240:8, 240:22, 242:8, 242:21

# C

**C-130** [1] - 145:9
**C-h-e-n** [1] - 112:21
**C-h-i** [1] - 55:13
**CA** [2] - 2:10, 2:16
**Cabrio** [2] - 156:2, 157:20
**cafeteria** [1] - 105:24
**calculator** [4] - 170:23, 171:16, 171:24, 172:3
**calendar** [1] - 229:1
**California** [26] - 55:24, 55:25, 56:24, 65:6, 76:10, 95:13, 98:3, 98:4, 98:6, 98:9, 98:11, 98:14, 98:23, 114:19, 129:18, 133:8, 138:19, 138:22, 144:25, 172:22, 179:20, 181:21, 184:8, 236:12, 236:15, 236:19
**CALIFORNIA** [6] - 1:2, 1:19, 1:25, 4:1, 246:6, 246:10
**cam** [1] - 45:14
**campus** [3] - 105:15, 105:16, 105:21
**Canada** [2] - 159:21, 182:14
**cannot** [12] - 5:6, 8:4, 9:20, 9:23, 15:20, 17:12, 30:10, 34:17, 35:6, 35:7, 40:24, 51:6
**Canyon** [1] - 97:7
**capabilities** [1] - 64:1
**capability** [1] - 72:5
**capacity** [7] - 63:7,

64:5, 71:25, 74:1, 74:25, 81:11, 81:19
**Capital** [34] - 100:14, 102:7, 102:14, 102:21, 103:5, 104:2, 104:5, 108:16, 108:22, 109:6, 109:24, 111:6, 113:16, 114:5, 118:16, 118:22, 118:25, 119:4, 119:6, 119:14, 120:7, 120:11, 120:17, 121:10, 127:6, 127:20, 127:25, 128:12, 128:15, 129:11, 152:19, 153:3, 158:13, 189:15
**capital** [3] - 65:4, 65:9, 181:14
**Capital's** [3] - 108:9, 121:20, 122:2
**car** [3] - 64:25, 139:12, 232:17
**Carbon** [1] - 196:7
**card** [15] - 73:6, 73:8, 83:1, 83:4, 194:10, 194:23, 195:1, 195:3, 195:14, 196:16, 196:20, 196:21, 196:23, 196:24
**cards** [5] - 182:22, 182:25, 194:17, 196:12, 197:3
**care** [1] - 207:13
**career** [1] - 68:1
**cars** [8] - 88:22, 93:7, 148:25, 176:6, 179:7, 232:15, 233:21, 241:24
**case** [28] - 8:9, 19:14, 19:17, 19:18, 20:11, 20:13, 20:19, 29:16, 58:11, 58:17, 59:11, 115:10, 186:3, 186:24, 204:22, 205:12, 207:7, 208:12, 209:5, 221:21, 223:9, 224:9, 234:22, 239:13, 243:20, 244:4, 245:10
**cases** [1] - 36:17
**cash** [6] - 107:18, 107:19, 107:23, 178:7, 178:16, 234:16
**cast** [6] - 63:25, 144:14, 172:25, 179:23, 181:11, 183:19
**casting** [1] - 146:25

**caught** [1] - 235:1
**causes** [1] - 240:5
**Central** [2] - 149:19, 149:21
**CENTRAL** [2] - 1:2, 246:9
**central** [1] - 236:18
**cents** [1] - 156:18
**CEO** [17] - 57:13, 57:16, 57:22, 57:25, 60:9, 63:7, 74:25, 99:7, 101:20, 118:22, 135:6, 140:10, 140:11, 198:18, 227:9, 227:10, 227:12
**certain** [11] - 5:3, 5:10, 19:9, 19:15, 27:19, 43:12, 64:23, 66:12, 66:24, 143:9, 164:3
**certainly** [4] - 55:12, 57:1, 58:11, 62:20
**certificate** [8] - 175:13, 176:25, 177:10, 235:15, 235:23, 235:25, 236:2, 236:3
**CERTIFICATE** [1] - 246:2
**certification** [1] - 163:25
**CERTIFIED** [1] - 1:7
**certified** [1] - 164:3
**CERTIFY** [1] - 246:10
**cetera** [1] - 56:25
**CFO** [4] - 138:13, 158:13, 227:6, 228:5
**chain** [1] - 68:12
**chairman** [11] - 70:15, 73:9, 74:11, 79:24, 90:24, 92:7, 123:18, 178:19, 236:1
**chance** [2] - 72:25, 211:10
**change** [2] - 161:5, 201:14
**changed** [2] - 160:25, 200:23
**Changqing** [3] - 122:8, 122:13, 124:21
**character** [1] - 160:24
**characterize** [1] - 229:2
**charge** [6] - 75:7, 75:17, 89:8, 108:6, 137:17, 214:2
**charged** [3] - 211:21, 216:23, 217:1

**charging** [1] - 219:17
**Charles** [3] - 71:14, 175:24, 196:2
**chart** [3] - 109:5, 109:15, 116:1
**cheaper** [1] - 167:5
**checked** [1] - 106:14
**CHEN** [1] - 122:11
**Chen** [38] - 111:21, 111:23, 112:1, 112:11, 112:13, 112:16, 112:20, 122:21, 121:19, 122:10, 124:21, 136:12, 136:14, 136:21, 137:7, 137:13, 137:16, 137:19, 138:6, 143:12, 152:21, 154:9, 154:10, 157:3, 157:7, 158:12, 161:24, 162:17, 162:19, 175:24, 176:8, 176:15, 176:16, 177:2, 178:12, 182:12, 235:25
**ChengCheng** [4] - 94:3, 96:15, 96:17, 97:12
**CHERIAN** [1] - 2:17
**Chi** [17] - 55:1, 55:13, 55:17, 58:25, 66:6, 78:8, 79:11, 80:8, 81:9, 86:10, 160:4, 182:1, 194:7, 195:3, 195:13, 195:18
**CHI** [1] - 86:10
**chief** [4] - 57:8, 59:1, 60:8, 68:8
**China** [88] - 33:8, 33:9, 50:19, 70:16, 73:9, 76:21, 77:1, 77:3, 77:12, 77:13, 77:18, 78:2, 78:16, 82:12, 83:4, 83:9, 87:4, 90:1, 90:24, 91:1, 96:10, 104:19, 105:5, 105:6, 105:9, 105:15, 105:19, 105:22, 106:2, 106:7, 107:15, 107:20, 107:22, 112:15, 114:16, 115:2, 115:23, 122:4, 122:12, 122:18, 122:20, 123:4, 124:17, 124:18, 126:5, 126:8, 127:12, 129:10, 136:20,

143:6, 143:9, 149:24, 150:18, 150:19, 153:10, 153:19, 153:25, 154:3, 155:25, 156:12, 157:8, 157:15, 157:16, 157:17, 158:20, 159:9, 159:19, 159:21, 160:8, 162:21, 162:22, 163:3, 166:3, 166:21, 167:7, 167:15, 167:16, 167:17, 183:3, 183:5, 184:1, 184:3, 184:5, 212:22
**China's** [2] - 143:23, 143:24
**China-based** [3] - 153:10, 158:20, 159:9
**Chinese** [18] - 89:13, 90:11, 92:2, 149:23, 156:9, 161:8, 177:6, 202:16, 203:20, 204:12, 204:16, 204:20, 204:25, 205:6, 207:10, 211:24, 212:11, 221:3
**Chinese-made** [1] - 149:23
**Chinese-produced** [1] - 161:8
**Chopp** [2] - 237:25
**chose** [1] - 214:19
**circulated** [1] - 165:13
**circumstances** [3] - 8:6, 40:25, 57:13
**city** [48] - 55:18, 55:22, 56:2, 56:6, 56:7, 56:13, 57:17, 59:6, 61:7, 62:20, 62:24, 63:3, 66:8, 66:11, 66:22, 66:25, 67:9, 70:5, 71:7, 71:17, 71:18, 71:25, 72:5, 73:16, 73:21, 74:1, 74:3, 74:7, 75:22, 76:20, 76:22, 77:24, 78:16, 78:19, 79:13, 80:11, 80:24, 105:17, 105:18, 105:21, 149:20, 181:25, 182:1, 182:7, 183:1
**City** [16] - 55:19, 55:23, 56:5, 56:8, 59:2, 61:13, 62:10, 65:25, 67:4, 67:15, 67:16, 105:16, 160:4,

181:23, 183:1, 183:2
**city's** [5] - 56:14, 56:17, 56:21, 72:8, 80:22
**civil** [1] - 170:24
**claim** [2] - 184:3, 189:25
**claimed** [1] - 237:2
**claiming** [1] - 193:16
**clarification** [5] - 18:3, 18:8, 52:1, 53:2, 53:4
**clarified** [2] - 12:18, 12:19
**clarify** [7] - 13:8, 52:23, 69:12, 69:15, 90:8, 203:12, 204:14
**clarifying** [3] - 51:21, 52:6, 52:9
**clarity** [1] - 92:13
**classification** [1] - 227:16
**classified** [2] - 227:19, 227:22
**clear** [17] - 37:4, 54:7, 58:9, 59:11, 75:8, 75:16, 76:1, 94:6, 112:24, 120:23, 152:8, 155:22, 187:19, 191:25, 193:15, 213:15, 217:19
**clearance** [1] - 5:11
**clearer** [1] - 155:16
**CLERK** [9] - 45:19, 55:2, 55:9, 85:24, 86:7, 128:3, 128:7, 137:1, 244:6
**Clerk** [1] - 206:17
**clerk** [3] - 37:17, 206:11, 216:10
**client** [10] - 13:14, 13:25, 34:23, 36:11, 36:19, 36:23, 38:6, 38:8, 60:1, 186:24
**clients** [1] - 60:4
**close** [4] - 25:13, 78:21, 160:7, 223:23
**closed** [1] - 222:19
**closer** [1] - 86:13
**closing** [2] - 139:1, 224:2
**Club** [1] - 65:20
**CODE** [1] - 246:11
**coffin** [1] - 78:14
**cognac** [1] - 231:13
**collect** [9] - 5:7, 5:20, 6:6, 38:17, 40:24, 195:17, 196:12, 196:16, 197:2

**collected** [1] - 5:20
**college** [1] - 86:22
**column** [3] - 8:18, 9:1, 43:7
**combination** [2] - 11:13, 96:15
**combined** [2] - 96:16, 96:17
**comfortable** [4] - 105:3, 139:3, 211:16
**coming** [9] - 54:24, 77:1, 85:1, 133:3, 146:16, 166:2, 168:15, 187:18
**comments** [1] - 33:5
**Commerce** [3] - 8:17, 13:21, 34:2
**commerce** [22] - 9:17, 9:21, 13:8, 13:18, 15:24, 16:3, 17:10, 18:17, 22:1, 23:3, 25:3, 25:13, 25:19, 26:12, 28:18, 31:17, 33:19, 34:20, 36:14, 50:13, 52:20, 54:6
**commerce's** [2] - 46:9, 53:5
**Commercial** [1] - 121:20
**commercial** [2] - 134:2, 147:3
**commingled** [1] - 234:12
**commission** [1] - 89:8
**commitments** [2] - 72:1, 72:9
**Committee** [2] - 21:21, 50:14
**common** [1] - 30:6
**commonly** [1] - 91:23
**communicate** [3] - 147:22, 154:10, 165:11
**communicated** [1] - 81:13
**communicating** [1] - 169:20
**communication** [1] - 199:12
**community** [4] - 56:18, 57:1, 67:19, 67:21
**companies** [32] - 13:12, 70:17, 83:23, 84:2, 84:7, 84:9, 85:9, 110:12, 110:13, 121:19, 136:13,

152:21, 152:25, 153:4, 153:10, 154:8, 156:9, 157:2, 157:5, 157:8, 159:9, 174:8, 184:5, 184:6, 186:18, 204:12, 204:16, 204:20, 204:25, 205:6, 207:10
**company** [34] - 64:20, 70:16, 70:19, 70:22, 73:10, 76:24, 76:25, 81:14, 83:7, 83:10, 84:7, 84:10, 84:15, 84:17, 85:3, 85:5, 85:6, 103:4, 104:19, 107:16, 133:22, 134:24, 143:3, 155:23, 156:7, 158:21, 162:22, 172:18, 229:9, 229:23, 229:25, 230:5, 230:7
**Company** [4] - 153:14, 156:7, 159:1, 183:18
**compare** [1] - 109:9
**comparing** [1] - 41:19
**compartment** [1] - 173:14
**compensate** [2] - 125:21, 126:1
**compensated** [1] - 126:1
**complaint** [1] - 26:11
**complete** [3] - 132:25, 195:17, 197:2
**completed** [6] - 9:13, 9:18, 10:9, 22:20, 43:16, 133:5
**completely** [5] - 132:22, 133:4, 168:9, 200:18, 231:17
**compliant** [1] - 25:16
**complicated** [3] - 64:24, 208:20, 208:21
**comply** [1] - 30:8
**component** [2] - 23:25, 24:5
**components** [5] - 23:17, 23:20, 23:24, 24:3, 24:16
**comprised** [2] - 105:24, 183:18
**conceal** [1] - 154:1
**concept** [2] - 148:17, 208:21
**concern** [1] - 73:20
**concerns** [5] - 72:4, 73:11, 73:16, 78:15

7

**CONCLUDED** [1] - 245:13
**conclusion** [4] - 45:25, 49:20, 49:24, 126:3
**conditions** [1] - 66:24
**conduct** [1] - 142:23
**conducted** [1] - 132:4
**CONFERENCE** [1] - 246:16
**conference** [5] - 57:19, 58:4, 72:16, 238:6, 238:10
**confirm** [2] - 15:20, 23:11
**confirmed** [1] - 41:16
**CONFORMANCE** [1] - 246:15
**confronted** [3] - 175:2, 175:3, 235:4
**confronts** [1] - 175:6
**confusion** [2] - 13:2, 217:21
**Congress** [1] - 44:6
**connected** [2] - 72:14, 81:14
**connection** [2] - 132:15, 136:3
**conservative** [1] - 218:10
**consider** [2] - 5:7, 69:2
**considerations** [1] - 7:22
**considered** [2] - 60:19, 163:24
**consist** [1] - 46:7
**consistent** [1] - 144:15
**consistently** [1] - 154:12
**conspiracy** [1] - 62:2
**construct** [1] - 63:19
**constructed** [2] - 69:8, 70:6
**construed** [1] - 15:25
**consultant** [2] - 182:14, 196:7
**consultants** [2] - 71:15, 73:24
**consumer** [1] - 69:23
**consummate** [1] - 66:17
**contacted** [2] - 59:2, 164:9
**contain** [5] - 10:8,

23:15, 24:15, 24:21, 163:5
**contained** [1] - 70:8
**container** [3] - 163:4, 163:8, 168:3
**containers** [2] - 166:22, 168:11
**containing** [8] - 9:11, 11:8, 12:12, 22:19, 34:11, 35:25, 43:15, 48:4
**contains** [1] - 11:13
**content** [5] - 33:23, 34:3, 34:6, 34:13, 36:3
**contention** [1] - 75:20
**contest** [1] - 36:12
**context** [2] - 67:18, 191:12
**continue** [8] - 23:13, 115:19, 150:15, 150:18, 150:19, 157:4, 162:16, 179:15
**continued** [1] - 4:12
**continuing** [5] - 68:18, 104:6, 104:8, 117:9, 121:4
**contrary** [1] - 75:19
**contribute** [2] - 180:5, 180:7
**contributed** [1] - 180:7
**control** [6] - 28:17, 30:8, 30:18, 80:16, 213:19, 215:18
**controlled** [14] - 70:21, 84:9, 84:22, 85:9, 154:9, 155:23, 156:9, 157:9, 158:21, 159:10, 159:11, 159:14, 184:5, 184:6
**controlling** [2] - 35:17, 35:20
**controls** [1] - 35:14
**conversation** [21] - 74:17, 189:11, 189:20, 190:1, 190:3, 191:10, 191:12, 192:2, 192:15, 192:21, 193:4, 193:16, 193:18, 194:2, 197:23, 199:7, 199:9, 204:15, 204:19, 205:1
**conversations** [10] - 111:11, 111:22, 112:10, 116:8, 147:25, 188:17, 189:10, 192:19,

201:23, 205:14
**converse** [2] - 212:22, 212:25
**convince** [1] - 71:24
**copied** [1] - 169:20
**copy** [7] - 15:21, 37:20, 61:16, 94:23, 109:14, 174:3, 243:7
**COPY** [1] - 1:7
**corner** [1] - 217:8
**cornerstone** [1] - 61:2
**corporate** [1] - 123:14
**Corporate** [1] - 123:15
**corporation** [1] - 145:10
**Corporation** [1] - 187:7
**correct** [224] - 4:20, 5:2, 5:4, 5:14, 5:18, 5:24, 5:25, 6:9, 7:1, 7:9, 7:13, 7:14, 7:17, 7:24, 8:5, 8:19, 8:20, 8:22, 9:9, 9:14, 9:18, 10:23, 11:25, 12:4, 12:5, 13:4, 13:16, 14:2, 14:21, 14:22, 15:3, 15:25, 18:8, 19:11, 20:6, 20:9, 20:13, 20:20, 21:7, 21:11, 21:16, 21:17, 21:22, 21:23, 21:25, 22:4, 22:22, 23:3, 23:10, 23:24, 24:3, 24:22, 25:21, 26:13, 26:23, 30:19, 31:14, 31:19, 33:20, 34:4, 34:8, 35:4, 35:13, 35:22, 36:3, 36:7, 36:8, 37:2, 37:6, 37:22, 37:23, 38:7, 38:13, 38:19, 38:20, 39:13, 40:24, 41:14, 41:24, 45:8, 46:22, 51:17, 51:18, 51:22, 52:18, 52:19, 52:21, 53:9, 53:15, 53:22, 54:1, 54:13, 54:14, 58:2, 59:5, 62:13, 62:15, 63:8, 67:25, 69:14, 77:8, 80:3, 80:25, 81:11, 81:15, 81:19, 83:20, 84:16, 85:3, 92:10, 92:12, 93:25, 94:11, 96:19, 96:22, 97:23, 99:5, 100:11, 101:24, 103:19, 103:22,

105:11, 106:9, 108:18, 110:17, 117:16, 121:15, 122:19, 124:5, 125:7, 131:8, 131:10, 143:17, 147:16, 147:17, 147:20, 154:5, 157:13, 166:10, 169:1, 172:2, 172:9, 178:14, 185:18, 185:21, 186:19, 186:20, 186:22, 186:23, 187:2, 187:5, 187:8, 187:10, 187:16, 187:18, 188:2, 188:9, 188:10, 188:25, 190:4, 191:11, 191:19, 191:22, 191:24, 193:19, 194:21, 194:24, 195:2, 196:13, 196:15, 196:18, 197:8, 199:11, 199:20, 201:6, 201:17, 201:21, 202:12, 202:19, 203:22, 204:1, 204:9, 207:25, 208:3, 208:6, 209:23, 211:9, 212:10, 212:14, 212:21, 214:3, 214:12, 214:18, 215:2, 215:7, 218:25, 219:2, 219:23, 219:25, 220:2, 226:24, 227:1, 227:3, 228:14, 229:5, 229:7, 230:13, 232:19, 233:14, 233:16, 234:7, 234:9, 235:10, 235:12, 235:17, 235:19, 235:21, 236:9, 236:13, 236:20, 236:23, 237:1, 240:12, 242:24
**CORRECT** [1] - 246:12
**corrected** [1] - 201:1
**correctly** [1] - 6:22
**corroborate** [2] - 188:12, 188:21
**cost** [12] - 41:21, 42:2, 67:4, 108:5, 148:3, 148:5, 148:17, 148:21, 219:10, 219:14, 219:15, 219:18
**costs** [3] - 148:20, 223:13, 233:15

**council** [6] - 62:24, 78:19, 78:20, 78:23, 79:4, 183:1
**Counsel** [21] - 20:25, 28:23, 54:19, 58:3, 81:4, 83:13, 84:2, 85:19, 125:2, 142:3, 186:11, 189:2, 195:6, 203:10, 210:20, 222:1, 225:6, 238:13, 239:23, 243:14, 244:10
**counsel** [19] - 4:10, 15:9, 19:20, 41:7, 45:15, 47:20, 51:8, 58:13, 58:23, 60:21, 81:6, 86:14, 111:2, 115:19, 116:11, 128:3, 189:3, 206:4, 232:6
**COUNSEL** [1] - 2:5
**counsel's** [2] - 16:22, 84:12
**Counselor** [1] - 205:25
**count** [2] - 142:25, 191:20
**counted** [2] - 16:9, 16:20
**counter** [1] - 116:25
**countervailing** [5] - 33:1, 39:8, 39:25, 161:11, 162:5
**countries** [1] - 178:8
**Country** [1] - 65:19
**country** [4] - 15:4, 38:13, 168:16, 187:12
**COUNTY** [1] - 246:4
**County** [7] - 57:3, 69:2, 97:2, 219:5, 236:16, 236:17, 236:18
**couple** [4] - 68:21, 71:16, 71:21, 73:15
**course** [7] - 30:6, 74:3, 87:14, 99:22, 128:16, 204:16, 238:22
**Course** [1] - 65:20
**court** [3] - 94:7, 112:19, 200:7
**COURT** [207] - 1:1, 1:24, 4:5, 14:17, 15:14, 16:23, 17:3, 17:20, 17:22, 18:10, 18:12, 19:23, 20:2, 20:23, 21:2, 26:3, 26:15, 28:9, 28:14, 28:23, 29:9, 29:13, 29:19, 30:12, 30:14,

31:5, 31:7, 31:23, 34:25, 35:10, 35:14, 35:18, 37:14, 37:16, 41:5, 41:7, 43:1, 43:3, 44:22, 45:17, 45:23, 47:20, 51:1, 51:8, 52:2, 52:8, 54:3, 54:10, 54:15, 54:18, 54:23, 55:14, 57:24, 58:2, 58:13, 58:23, 59:19, 59:25, 60:5, 60:11, 60:14, 61:25, 62:2, 62:5, 66:4, 68:17, 68:20, 73:14, 75:5, 79:17, 81:3, 81:6, 81:22, 82:5, 82:14, 82:16, 82:18, 83:13, 83:15, 84:1, 84:13, 85:13, 85:15, 85:17, 85:19, 86:12, 91:15, 92:25, 95:3, 99:21, 101:2, 102:2, 102:11, 103:14, 104:7, 104:11, 109:1, 109:19, 110:25, 111:8, 111:15, 111:24, 112:6, 113:24, 115:6, 115:15, 116:19, 117:10, 117:15, 117:20, 117:23, 118:18, 119:22, 121:3, 123:8, 123:21, 124:4, 125:1, 126:22, 127:9, 128:21, 130:9, 131:3, 134:21, 135:15, 135:18, 137:10, 137:23, 138:2, 140:2, 140:18, 140:25, 142:2, 142:12, 142:15, 142:19, 144:5, 146:6, 151:12, 155:11, 158:16, 165:1, 166:6, 168:19, 170:7, 173:25, 177:16, 181:2, 184:10, 185:24, 186:8, 188:3, 189:2, 195:5, 195:9, 195:15, 198:23, 199:4, 203:2, 203:9, 203:13, 205:23, 206:2, 206:24, 207:13, 209:7, 210:20, 211:6, 216:6, 216:9, 216:20, 217:9, 220:20, 221:16, 222:6, 222:25, 223:19, 224:14, 224:21, 225:3, 225:6, 225:12, 226:2,

229:25, 231:7, 231:15, 232:24, 233:2, 233:24, 238:8, 238:13, 239:14, 239:18, 239:22, 240:4, 240:17, 242:4, 242:7, 242:11, 242:16, 243:13, 244:7, 245:4, 245:11, 246:8, 246:9, 246:23
Court [11] - 36:16, 36:22, 37:8, 37:11, 38:22, 45:6, 45:10, 53:18, 53:21, 55:5, 86:3
Court's [2] - 123:6, 126:20, 217:7
COURTHOUSE [1] - 2:9
courtroom [1] - 244:8
cover [5] - 14:14, 46:7, 123:11, 126:25, 223:13
covered [2] - 47:1, 148:21
CR [1] - 1:8
CRD [1] - 244:14
create [5] - 64:16, 65:10, 100:9, 100:12, 169:3
created [2] - 100:9, 214:6
credibility [3] - 188:25, 194:3, 199:24
criminal [7] - 50:4, 50:9, 237:3, 239:1, 240:11, 241:18, 241:20
critical [2] - 192:4, 200:15
CROSS [6] - 3:3, 4:12, 41:8, 82:22, 186:13, 189:5
cross [7] - 15:12, 19:4, 45:22, 81:3, 81:23, 83:16, 186:11
CROSS-EXAMINATION [5] - 4:12, 41:8, 82:22, 186:13, 189:5
cross-examination [6] - 15:12, 19:4, 45:22, 81:23, 83:16, 186:11
CSR [2] - 1:23, 246:22
Cube [2] - 170:19, 171:13
cubicles [5] -

167:24, 168:3, 168:8, 168:10
culture [2] - 92:3, 202:16
current [2] - 150:16, 235:24
curtain [1] - 107:4
cushion [2] - 215:22, 221:10
customer [2] - 152:8, 152:10
customs [43] - 4:24, 5:3, 5:5, 5:6, 5:11, 5:17, 5:20, 6:5, 6:6, 6:8, 6:11, 6:18, 6:24, 7:5, 7:7, 7:16, 7:22, 7:25, 8:3, 8:4, 8:6, 8:8, 8:11, 10:1, 24:6, 28:16, 30:7, 30:10, 30:18, 30:20, 30:23, 31:1, 38:17, 39:1, 39:5, 39:16, 39:18, 40:10, 40:23, 40:25, 44:9, 154:1, 166:12
cut [15] - 49:22, 50:16, 167:25, 204:20, 205:5, 207:22, 208:2, 208:13, 208:23, 209:10, 209:12, 209:19, 209:24, 210:19, 214:4
cutting [2] - 11:16, 168:10
CVD [3] - 5:19, 6:1, 36:18
CZW [2] - 74:11, 77:22

## D

dabbled [1] - 56:20
dad [3] - 105:1, 105:6, 106:20
Dalian [3] - 153:21, 158:23, 159:7
DALIAN [1] - 158:25
date [19] - 8:19, 19:12, 23:11, 32:2, 37:21, 66:16, 79:21, 113:13, 117:4, 120:12, 141:6, 165:22, 170:10, 220:5, 220:6, 220:7, 243:2, 243:6, 243:8
DATE [1] - 246:19
dated [1] - 119:15
dates [1] - 110:2
daughter [1] - 96:15

DAY [1] - 1:17
day-to-day [1] - 160:11
days [3] - 7:24, 8:4, 244:19
DC [1] - 2:18
DDA [2] - 66:14, 66:18
de [1] - 150:7
DE [1] - 150:9
dead [1] - 79:3
deal [55] - 46:14, 46:17, 66:7, 68:5, 75:7, 75:8, 76:7, 76:8, 76:11, 76:13, 77:17, 78:4, 78:5, 78:12, 78:14, 79:3, 80:2, 81:14, 131:15, 148:4, 179:22, 180:3, 180:4, 180:5, 180:6, 205:11, 209:20, 213:19, 213:24, 214:1, 214:5, 214:6, 214:10, 214:16, 215:18, 216:24, 217:25, 219:4, 219:8, 219:10, 219:12, 219:13, 219:16, 219:18, 219:24, 220:13, 222:19, 223:11, 223:22, 224:2, 225:15, 225:21, 228:23, 228:24
dealing [1] - 51:19
deals [2] - 68:3, 225:22
dealt [1] - 25:14
debt [8] - 175:13, 176:25, 177:10, 235:15, 235:23, 235:25, 236:2, 236:3
December [6] - 20:9, 103:5, 128:24, 129:12, 220:8, 221:4
decided [3] - 9:21, 13:22, 164:7
decision [25] - 13:8, 13:18, 23:9, 23:12, 31:12, 32:13, 32:15, 34:17, 34:18, 35:9, 35:17, 35:20, 36:14, 36:16, 36:20, 37:5, 37:7, 37:11, 38:14, 45:13, 49:8, 49:10, 52:22, 52:25, 53:5
decisions [5] - 9:24, 13:21, 75:2, 85:9, 192:4
decisive [2] - 198:9, 198:15

declaration [1] - 5:17
declare [1] - 5:4
declared [2] - 143:22, 188:1
decorum [1] - 200:7
deed [6] - 130:25, 131:6, 135:12, 135:20, 140:22, 141:4
deem [1] - 77:20
DEFENDANT [1] - 2:12
defendant [3] - 57:14, 57:23, 58:1
defendant's [1] - 49:21
DEFENDANTS [1] - 1:14
defendants [10] - 37:12, 57:8, 59:1, 60:10, 60:12, 60:17, 60:18, 60:19, 60:20, 61:24
defendants' [1] - 50:16
defense [3] - 31:3, 45:15, 45:21
Defense [2] - 31:22, 45:5
deference [6] - 75:16, 92:2, 125:16, 202:15, 213:4
deferential [3] - 202:22, 203:25, 212:7
defining [2] - 24:23, 24:24
definition [5] - 11:4, 48:2, 48:5, 143:23, 143:24
definitive [1] - 67:23
del [1] - 149:20
Delaire [1] - 173:5
Delaney [2] - 180:17, 180:24, 219:16
deliver [9] - 61:6, 64:7, 72:1, 72:5, 72:8, 73:17, 73:21, 74:8, 75:22
demonstrative [2] - 14:16, 19:20
demonstratives [1] - 19:5
Department [3] - 8:17, 13:20, 34:2
department [5] - 15:24, 26:22, 33:17, 33:19, 56:18
department's [1] - 22:11
depicted [8] - 91:10, 92:18, 93:19, 94:16,

121:17, 137:3,
170:16, 173:18
**depiction** [1] -
137:13
**deposit** [3] - 7:2,
7:12, 7:21
**Depot** [6] - 87:1,
87:5, 90:1, 208:23,
209:1, 209:3
**depressed** [1] - 57:5
**describe** [8] - 56:23,
139:8, 155:17, 159:7,
170:16, 204:23,
210:17, 210:18
**described** [11] -
32:20, 57:20, 64:17,
73:23, 81:16, 82:11,
84:17, 208:12, 211:2,
211:9, 211:10
**describes** [3] -
10:19, 10:22, 12:3
**describing** [1] -
210:16
**description** [1] -
44:7
**designed** [2] - 64:4,
170:23
**designing** [2] -
169:21
**desire** [1] - 67:8
**details** [4] - 74:12,
74:14, 74:16, 74:20
**determination** [12] -
20:24, 26:6, 46:9,
47:5, 47:6, 48:11,
48:20, 48:21, 49:2,
49:5, 53:8, 53:15
**determine** [4] - 6:25,
22:2, 22:5, 32:24
**determined** [2] -
33:5, 52:20
**determining** [1] -
97:21
**develop** [10] - 57:6,
63:2, 67:9, 74:22,
76:25, 175:5, 179:23,
181:10, 183:14
**developed** [1] -
40:15
**developer** [1] -
131:16
**developers** [2] -
208:25, 209:4
**development** [17] -
56:18, 56:21, 56:22,
57:18, 59:8, 63:4,
66:7, 66:9, 66:14,
66:23, 70:25, 74:23,
86:24, 87:1, 90:5,
174:24, 175:4

**Development** [19] -
1:11, 57:9, 57:14,
57:16, 59:2, 61:22,
63:3, 71:8, 71:13,
76:23, 99:6, 100:10,
100:23, 101:11,
101:18, 121:10,
155:6, 165:19, 186:18
**Development's** [1] -
145:25
**develops** [1] -
144:18
**dialogue** [1] - 162:2
**diamonds** [3] -
176:7, 179:7, 242:3
**diaries** [3] - 188:11,
188:14, 188:20
**dictate** [1] - 74:16
**difference** [1] - 28:24
**different** [18] - 23:3,
30:22, 40:11, 47:9,
60:17, 68:22, 71:15,
83:23, 152:17, 157:7,
163:17, 166:1, 166:9,
166:11, 173:14,
216:8, 243:22
**difficult** [1] - 148:12
**difficulty** [1] - 139:1
**digging** [1] - 146:23
**digits** [1] - 8:25
**dinner** [1] - 106:21
**DIRECT** [3] - 3:3,
55:15, 86:16
**direct** [24] - 38:10,
41:12, 80:9, 80:10,
92:16, 101:15,
101:25, 104:3,
108:19, 112:16,
127:2, 129:2, 145:15,
156:20, 164:16,
177:8, 192:14,
192:17, 200:22,
202:20, 210:17,
215:14, 235:14,
238:24
**directed** [9] - 97:18,
113:15, 113:16,
138:24, 164:12,
182:6, 182:24,
183:14, 184:21
**directing** [26] -
93:13, 94:14, 100:15,
101:5, 102:25, 103:7,
112:24, 113:17,
114:8, 116:16,
121:21, 122:23,
124:7, 126:11, 128:8,
129:24, 130:21,
134:11, 136:24,
139:17, 140:7,

140:15, 151:10,
154:20, 174:22, 239:2
**direction** [5] - 99:17,
100:4, 138:6, 179:4,
179:5
**directions** [1] - 77:21
**directive** [1] - 199:7
**directly** [3] - 136:11,
153:25, 242:10
**Director** [1] - 47:23
**director** [5] - 122:9,
122:12, 143:13,
155:5, 228:7
**directors** [3] -
123:18, 123:24, 124:8
**disagreed** [1] - 75:21
**disagreeing** [1] -
75:24
**disappointment** [1] -
80:11
**discuss** [10] - 58:17,
106:8, 106:12, 107:9,
115:9, 120:18,
161:10, 161:15,
186:2, 243:18
**discussed** [5] -
46:13, 53:8, 68:9,
74:22, 149:14
**discussing** [2] -
74:21, 119:18
**Discussion** [1] -
63:13
**discussion** [5] -
65:3, 71:19, 72:3,
193:12, 193:13
**discussions** [3] -
67:7, 68:11, 80:14
**displaying** [1] -
177:19
**Displays** [1] - 32:23
**displeasure** [1] -
81:13
**disposition** [1] -
66:14
**dispute** [2] - 39:15,
40:19
**disputing** [1] - 81:17
**disregarded** [1] -
148:19
**distinct** [1] - 77:15
**distressed** [1] -
67:20
**district** [1] - 236:18
**DISTRICT** [5] - 1:1,
1:2, 1:4, 246:9,
246:10
**DIVISION** [1] - 1:2
**DO** [1] - 246:10
**doc** [1] - 45:14
**document** [78] -

8:25, 22:7, 23:4,
28:13, 28:15, 28:17,
28:19, 29:8, 29:11,
29:14, 29:17, 29:20,
29:21, 29:23, 30:2,
31:9, 31:15, 44:7,
45:5, 61:19, 62:9,
63:13, 66:6, 66:19,
100:17, 101:16,
102:15, 102:18,
103:2, 113:9, 114:3,
116:21, 119:10,
123:1, 123:19,
126:14, 127:3, 127:8,
128:11, 130:2,
130:24, 134:14,
135:4, 135:11,
135:23, 139:20,
140:21, 145:18,
154:23, 158:3,
164:19, 165:9,
165:17, 175:14,
175:23, 175:25,
176:22, 178:23,
180:21, 206:4, 206:7,
206:8, 206:10,
206:17, 206:25,
207:14, 207:17,
217:11, 217:12,
217:18, 217:22,
220:14, 220:20,
220:22, 222:23, 236:7
**documentation** [6] -
115:3, 115:4, 190:13,
190:15, 193:24,
235:22
**documented** [1] -
63:10
**documenting** [1] -
62:19
**documents** [9] - 5:4,
5:10, 81:24, 120:24,
189:13, 189:19,
189:20, 189:22,
189:24
**doe** [1] - 107:4
**dollar** [2] - 67:17,
201:10
**dollars** [18] - 68:4,
68:6, 87:25, 149:7,
156:17, 181:17,
214:11, 216:24,
218:18, 223:25,
228:21, 228:23,
229:8, 230:6, 232:1,
232:2, 232:8, 236:22
**domestic** [1] - 35:6
**done** [10] - 15:17,
64:18, 132:9, 141:11,
179:22, 180:9,

206:21, 215:10,
218:13, 222:17
**door** [1] - 96:2
**doors** [8] - 10:13,
43:21, 48:10, 48:12,
49:4, 49:7, 162:8
**double** [1] - 73:25
**Doubleday** [8] -
98:7, 98:22, 129:18,
129:23, 130:25,
131:20, 141:16,
218:13
**DOUBLEDAY** [1] -
1:11
**doubt** [1] - 75:6
**doubts** [1] - 74:7
**down** [26] - 9:1, 11:6,
21:18, 22:24, 32:6,
38:23, 54:18, 64:21,
85:15, 116:2, 142:2,
146:16, 150:22,
172:17, 172:20,
187:8, 187:25,
188:21, 196:19,
196:21, 196:24,
206:25, 238:25,
240:10, 244:9
**Downtown** [2] -
147:5, 237:22
**downtown** [1] -
133:15
**dozen** [1] - 231:24
**dramatically** [4] -
150:16, 163:7,
163:15, 168:7
**draw** [3] - 103:25,
114:5, 186:21
**drawdown** [2] -
113:11, 113:12
**drinker** [1] - 231:11
**drive** [3] - 105:20,
133:18, 139:12
**driver's** [2] - 213:21,
215:20
**drives** [1] - 88:20
**driveway** [1] - 97:7
**dropped** [1] - 201:15
**dry** [1] - 185:5
**due** [1] - 6:21
**dumping** [12] - 15:6,
16:3, 41:13, 41:15,
41:18, 41:24, 42:3,
42:5, 42:9, 42:13,
42:20, 42:22
**dumping/
countervailing** [1] -
15:2
**during** [32] - 41:12,
41:15, 72:3, 73:11,
74:3, 74:17, 82:10,

89:21, 96:23, 97:13, 106:10, 111:4, 125:11, 131:25, 142:13, 142:16, 147:24, 147:25, 149:4, 149:8, 149:11, 149:21, 167:11, 182:3, 183:1, 187:15, 225:15, 227:4, 232:24, 235:14, 242:5, 244:2

**duties** [16] - 5:24, 5:25, 6:19, 6:20, 7:3, 9:7, 34:21, 38:11, 38:17, 39:8, 40:1, 40:24, 52:24, 161:11, 169:3, 191:18

**duty** [20] - 4:17, 5:17, 5:19, 5:23, 6:4, 6:5, 7:13, 7:25, 15:2, 19:13, 21:13, 22:4, 30:9, 33:1, 33:7, 149:22, 150:14, 161:7, 162:5

**E**

**e-mail** [24] - 35:7, 145:20, 145:21, 145:24, 145:25, 146:1, 146:10, 154:19, 154:25, 155:18, 158:5, 158:12, 165:11, 165:18, 165:20, 165:22, 170:3, 170:10, 190:5, 190:6, 193:3, 193:20, 199:6

**e-mails** [9] - 165:13, 169:20, 170:1, 188:15, 192:23, 193:7, 193:11, 193:12, 199:13

**early** [4] - 71:5, 129:20, 174:23, 203:4

**easily** [3] - 166:13, 212:23, 212:25

**Eastwise** [3] - 156:24, 156:25, 157:19

**easy** [1] - 229:15

**economic** [5] - 56:21, 56:22, 57:18, 59:8, 67:23

**economically** [2] - 57:5, 67:20

**Edison** [1] - 73:21

**educational** [1] - 86:19

**effect** [5] - 19:9,

24:13, 24:23, 33:12, 34:2

**effective** [4] - 8:19, 19:12, 51:14, 120:11

**effectuated** [1] - 66:18

**effort** [1] - 70:14

**eight** [9] - 90:20, 98:1, 133:18, 142:11, 142:16, 167:24, 168:3, 168:8

**eight-minute** [1] - 133:18

**either** [15] - 13:12, 49:14, 49:17, 64:22, 70:2, 71:4, 92:7, 144:18, 147:23, 153:21, 157:19, 209:25, 210:2, 221:24, 226:22

**elder** [2] - 92:3, 203:24

**elders** [3] - 92:2, 202:18

**electrical** [2] - 73:20, 73:25

**element** [1] - 48:7

**elements** [1] - 167:4

**elicited** [1] - 38:9

**embed** [1] - 77:14

**embellish** [1] - 244:11

**emphatic** [1] - 191:23

**Empire** [2] - 69:2, 69:3

**employ** [1] - 64:20

**employed** [1] - 186:19

**employee** [1] - 59:21

**employees** [1] - 30:11

**empty** [2] - 72:22, 89:19

**emulate** [1] - 166:18

**ENA** [1] - 66:15

**enacted** [1] - 150:13

**enacting** [1] - 161:6

**end** [24] - 19:16, 20:12, 26:13, 73:3, 109:6, 128:13, 130:18, 139:12, 147:14, 151:5, 152:10, 156:17, 162:7, 162:9, 168:2, 174:21, 174:22, 175:11, 179:13, 182:24, 196:12, 220:19, 222:9, 224:23

**end-user** [1] - 152:10

**endeavor** [1] - 97:24

**ending** [1] - 156:17

**endless** [3] - 106:4

**enforcement** [1] - 185:14

**engaging** [1] - 62:21

**engineer** [1] - 71:18

**engineering** [1] - 71:15

**engineers** [2] - 182:13, 196:4

**English** [2] - 212:16, 212:18

**enter** [2] - 30:3, 139:3

**entered** [6] - 4:17, 5:7, 6:7, 6:16, 11:8, 38:13

**entire** [5] - 10:18, 74:3, 131:12, 142:22, 239:23

**entirely** [2] - 46:8, 83:22

**entities** [12] - 136:13, 140:12, 152:15, 152:17, 156:3, 156:6, 156:8, 157:1, 164:13, 169:2, 178:24, 189:23

**ENTITLED** [1] - 246:14

**entity** [17] - 21:20, 99:6, 100:2, 100:12, 129:21, 129:22, 130:5, 134:9, 139:15, 140:5, 153:7, 157:18, 157:21, 159:2, 165:5, 175:18, 180:15

**entries** [6] - 38:18, 38:19, 39:6, 39:15, 39:17, 39:24

**entry** [13] - 5:10, 5:12, 5:14, 5:21, 6:4, 6:12, 6:21, 8:3, 9:14, 9:18, 10:10, 22:21, 43:17

**environmental** [3] - 146:22, 182:14, 196:7

**environments** [1] - 164:2

**envisioned** [2] - 73:23, 74:16

**equipment** [3] - 4:8, 133:1, 147:1

**equity** [1] - 118:7

**ERIC** [1] - 86:11

**Eric** [10] - 57:12, 57:19, 58:10, 60:23, 68:8, 74:21, 80:11, 80:16, 85:23, 86:10

**Eric's** [1] - 80:15

**Erics** [1] - 58:11

**especially** [2] - 99:23, 116:10

**ESQUIRE** [3] - 2:13, 2:14, 2:17

**essence** [1] - 73:25

**essentially** [1] - 24:24

**establish** [2] - 66:21, 67:22

**established** [1] - 15:10

**estate** [7] - 87:4, 90:5, 96:24, 97:4, 131:15, 147:3, 180:13

**estimate** [1] - 7:3, 148:11, 179:9, 221:2, 221:5, 221:7, 221:12, 222:4, 222:8, 222:10, 223:15, 225:2, 225:8, 226:14

**estimated** [3] - 63:18, 63:19, 65:9

**et** [1] - 56:25

**evaluation** [1] - 95:14

**evasion** [2] - 87:11, 185:19

**event** [2] - 13:23, 185:5

**eventually** [4] - 40:6, 69:23, 235:1, 235:8

**evidence** [46] - 19:14, 19:18, 19:24, 20:19, 28:8, 28:11, 29:17, 30:3, 31:5, 31:6, 31:21, 43:2, 45:20, 48:17, 60:8, 60:16, 79:16, 91:13, 92:24, 93:16, 94:22, 95:2, 98:13, 103:13, 108:25, 109:18, 113:23, 114:9, 116:2, 117:7, 120:14, 123:7, 123:20, 128:20, 130:8, 134:20, 135:14, 137:9, 140:1, 146:5, 151:11, 155:10, 170:6, 177:15, 181:1, 206:7

**exact** [9] - 15:21, 16:5, 188:7, 188:19, 197:17, 201:10, 216:3, 218:3, 218:7

**exactly** [8] - 6:13, 6:15, 7:20, 37:3, 53:12, 187:19, 221:9, 221:11

**EXAMINATION** [12] - 4:12, 41:8, 45:1, 51:2,

51:9, 55:15, 81:7, 82:8, 82:22, 86:16, 186:13, 189:5

**examination** [12] - 15:12, 19:4, 41:18, 45:22, 81:23, 83:16, 186:11, 200:22, 201:20, 202:20, 210:17, 235:14

**example** [6] - 6:2, 40:14, 48:6, 152:18, 163:8, 230:20

**examples** [5] - 10:12, 10:16, 12:7, 44:18, 48:8

**except** [1] - 187:7

**exception** [8] - 12:4, 46:12, 46:14, 46:18, 46:24, 47:16, 48:24, 121:1

**excess** [2] - 106:5, 179:11

**exchange** [3] - 83:8, 83:10, 162:19

**excited** [2] - 133:13, 133:23

**excluded** [7] - 22:3, 22:6, 23:14, 32:25, 33:22, 34:12, 36:1

**excludes** [5] - 9:11, 11:7, 12:12, 22:18, 43:14

**exclusion** [21] - 9:2, 9:4, 9:5, 9:10, 10:20, 10:23, 10:25, 11:4, 11:20, 11:21, 12:10, 21:12, 22:18, 24:15, 43:6, 43:13, 44:16, 46:6, 47:2, 48:3, 50:1

**exclusive** [1] - 66:10

**excuse** [5] - 26:18, 46:17, 47:5, 54:1, 83:13

**excused** [3] - 54:19, 85:17, 244:17

**exec** [1] - 60:8

**executed** [1] - 141:6

**executive** [7] - 57:8, 59:1, 68:8, 122:9, 122:11, 123:17, 123:24

**exhaustive** [1] - 44:19

**exhibit** [10] - 29:5, 37:12, 79:10, 113:4, 121:22, 140:15, 170:15, 216:4, 217:8

**Exhibit** [120] - 8:15, 15:7, 28:6, 31:4, 31:22, 31:24, 37:12,

42:25, 45:6, 46:11, 47:17, 48:15, 48:16, 48:18, 48:22, 61:24, 65:3, 65:15, 79:10, 79:11, 79:18, 91:5, 91:14, 91:16, 92:17, 92:24, 93:1, 93:14, 94:15, 94:22, 95:5, 98:13, 100:16, 101:1, 101:3, 102:1, 102:10, 102:12, 103:1, 103:13, 103:15, 108:20, 108:25, 109:2, 109:13, 109:18, 109:20, 113:5, 113:8, 113:23, 113:25, 114:8, 116:2, 116:18, 117:7, 117:12, 119:8, 119:21, 119:23, 120:14, 121:16, 122:24, 123:7, 123:9, 126:12, 126:20, 126:23, 128:3, 128:9, 128:22, 129:25, 130:8, 130:10, 130:22, 131:2, 131:4, 134:12, 134:20, 134:22, 135:9, 135:14, 135:16, 136:25, 137:9, 137:11, 139:18, 140:1, 140:3, 140:17, 140:24, 141:1, 145:16, 146:5, 146:7, 151:11, 154:21, 155:10, 155:12, 156:19, 158:1, 158:15, 158:17, 164:17, 164:25, 165:2, 165:15, 166:4, 166:7, 169:24, 170:6, 170:8, 173:16, 173:24, 174:1, 176:18, 176:20, 177:19, 180:19, 181:1, 181:3

**exhibits** [1] - 177:17
**Exhibits** [2] - 61:10, 177:15
**existence** [1] - 54:13
**existent** [2] - 212:19, 212:20
**existing** [4] - 95:13, 148:19, 163:3, 166:18
**exotic** [1] - 176:6
**expand** [1] - 90:6
**expanding** [1] - 90:2
**expenditure** [1] - 181:15

**expenditures** [1] - 228:6
**expensive** [2] - 163:2, 231:25
**experience** [2] - 61:5, 86:23
**expert** [12] - 5:2, 8:3, 8:8, 9:17, 19:17, 20:16, 25:19, 26:4, 28:19, 28:21, 34:21, 51:6
**expertise** [1] - 54:6
**explain** [8] - 34:22, 35:1, 35:3, 35:11, 62:18, 84:5, 116:11, 237:5
**explained** [4] - 22:25, 84:8, 108:1, 207:21
**explicitly** [1] - 77:25
**export** [4] - 143:15, 143:19, 149:24, 157:17, 162:16
**exportation** [1] - 164:8
**exported** [1] - 160:8
**exporter** [1] - 52:24
**exporter's** [1] - 143:24
**exporters** [1] - 143:9
**exports** [1] - 167:7
**exposure** [3] - 108:13, 126:2, 225:1
**express** [5] - 58:18, 73:11, 115:11, 186:4, 243:19
**extended** [1] - 202:8
**extensive** [1] - 61:5
**extensively** [1] - 132:10
**extent** [1] - 39:17
**extra** [2] - 148:24, 205:11
**extravagantly** [1] - 230:19
**extreme** [1] - 125:16
**extremely** [1] - 89:16
**extrude** [1] - 64:22
**extruded** [7] - 24:7, 24:21, 25:5, 25:6, 37:2, 64:22, 70:1
**extrusion** [12] - 63:25, 70:2, 133:2, 141:17, 151:19, 160:23, 161:9, 173:7, 179:24, 181:12, 181:20
**Extrusion** [1] - 21:20
**extrusions** [45] - 9:12, 10:8, 11:8,

12:13, 12:14, 18:1, 22:19, 23:16, 24:16, 24:17, 27:21, 27:23, 33:8, 33:23, 34:4, 34:6, 34:8, 34:11, 34:14, 34:16, 36:1, 36:3, 43:15, 45:11, 46:8, 47:1, 48:1, 48:4, 49:23, 49:25, 50:16, 141:18, 143:5, 144:16, 149:23, 150:15, 150:21, 151:9, 152:12, 153:24, 155:24, 160:8, 163:3, 167:25, 187:13

---

# F

**fabrication** [1] - 11:16
**facilitate** [2] - 67:10, 137:20
**facilitating** [2] - 110:22, 111:12
**facilities** [7] - 69:4, 73:1, 74:18, 78:17, 124:17, 144:25, 145:3
**facility** [50] - 61:1, 63:5, 63:14, 63:16, 63:21, 64:2, 64:14, 65:5, 65:17, 67:11, 68:15, 69:5, 69:7, 69:10, 69:19, 69:21, 70:10, 72:20, 73:4, 73:22, 73:24, 74:2, 76:4, 76:14, 76:21, 78:12, 78:22, 78:24, 79:5, 95:12, 95:16, 95:17, 95:19, 114:6, 144:13, 144:14, 145:1, 146:17, 146:18, 151:1, 151:18, 160:4, 160:10, 172:19, 172:22, 173:6, 173:7, 183:15, 183:19
**fact** [10] - 9:24, 25:24, 75:20, 89:10, 118:9, 202:13, 208:22, 211:16, 221:24, 230:20
**factory** [6] - 65:13, 72:6, 150:4, 150:6, 150:11, 150:22
**facts** [1] - 87:12
**fail** [2] - 148:8
**failed** [1] - 4:9
**failure** [1] - 80:15
**fair** [15] - 42:10,

91:18, 93:3, 94:23, 109:14, 137:13, 174:3, 198:15, 202:5, 216:23, 217:1, 224:1, 228:11, 229:2, 230:17
**Fair** [2] - 21:21, 50:14
**fairly** [6] - 57:4, 57:15, 61:4, 72:13, 73:3
**fall** [6] - 9:5, 76:7, 76:14, 77:18, 191:17
**falls** [1] - 199:23
**false** [1] - 126:2
**falter** [1] - 78:5
**fame** [1] - 181:8
**familiar** [7] - 4:19, 15:13, 32:11, 32:14, 39:2, 39:4, 159:2
**family** [28] - 88:11, 88:21, 89:20, 94:2, 96:24, 97:10, 99:25, 100:7, 104:4, 104:16, 105:22, 105:25, 106:14, 106:17, 142:17, 142:22, 142:24, 160:16, 176:6, 207:9, 209:13, 210:13, 211:25, 214:7, 218:11, 220:9, 224:1
**family's** [2] - 100:2, 107:5
**fast** [2] - 209:12, 224:23
**fast-forward** [2] - 209:12, 224:23
**father** [3] - 89:7, 92:3, 104:17
**father's** [1] - 104:19
**fault** [1] - 80:22
**favor** [1] - 104:16
**fear** [1] - 212:2
**feared** [1] - 125:16
**February** [2] - 181:7, 243:4
**fed** [1] - 208:15
**FEDERAL** [2] - 1:24, 246:23
**federal** [4] - 200:7, 237:21, 238:12, 241:16
**feed** [6] - 144:7, 144:11, 163:14, 167:5, 169:16, 181:18
**feedback** [1] - 79:1
**feet** [8] - 63:18, 65:13, 106:6, 138:20, 139:9, 139:10, 145:11, 168:9

**fell** [3] - 76:8, 78:12, 80:2
**felt** [4] - 61:6, 80:15, 80:20, 114:20
**Ferrari** [4] - 232:20, 233:4, 233:17, 233:22
**Ferraris** [6] - 233:6, 233:9, 233:10, 233:11, 233:13, 233:15
**few** [13] - 56:3, 62:18, 99:16, 133:4, 145:4, 153:1, 187:7, 215:11, 226:16, 228:20, 228:22, 229:18, 239:24
**fifth** [2] - 33:16, 106:14
**figure** [1] - 218:7
**file** [1] - 35:8
**filed** [3] - 17:13, 21:24, 235:6
**filing** [2] - 118:13, 130:5
**filled** [1] - 133:4
**final** [16] - 6:19, 6:20, 7:4, 7:7, 11:15, 32:7, 36:14, 40:19, 40:22, 48:19, 48:21, 49:2, 49:5, 49:10, 53:8, 78:13
**finance** [1] - 86:20, 122:11
**financial** [10] - 69:8, 70:14, 75:8, 81:10, 115:4, 128:16, 133:22, 163:10, 163:11, 183:6
**financially** [1] - 72:1
**financing** [1] - 136:2
**fine** [6] - 29:23, 60:13, 85:25, 112:23, 210:24, 245:7
**finish** [1] - 206:24
**finished** [41] - 6:3, 9:11, 10:13, 10:20, 11:7, 11:9, 11:12, 11:15, 11:17, 12:2, 12:8, 12:12, 22:18, 23:15, 24:15, 24:21, 33:22, 34:10, 43:14, 43:20, 46:6, 46:17, 46:19, 47:2, 47:16, 48:2, 48:6, 48:9, 48:19, 48:23, 50:1, 143:22, 162:6, 163:2, 163:6, 163:24, 167:7, 169:6, 191:21, 193:8
**Finished** [1] - 35:25
**finishes** [2] - 73:3,

80:18
**finishing** [1] - 11:16
**firms** [2] - 71:15,
71:16
**First** [1] - 196:7
**first** [69] - 5:5, 8:18,
9:14, 9:16, 9:19, 9:20,
10:7, 12:10, 24:19,
24:20, 30:5, 38:12,
44:2, 46:25, 59:6,
59:9, 59:16, 66:21,
74:12, 76:18, 76:19,
76:20, 77:16, 80:4,
83:17, 88:10, 90:14,
90:17, 95:8, 95:25,
98:6, 99:23, 110:6,
114:9, 119:25,
129:17, 132:19,
132:21, 167:18,
167:20, 174:9, 176:2,
176:3, 176:10,
176:12, 176:20,
177:20, 177:21,
204:4, 206:19,
206:23, 209:18,
211:20, 212:9, 214:6,
215:11, 218:11,
228:20, 228:22,
229:17, 237:4,
237:15, 237:18,
238:8, 238:25,
240:10, 242:22
**fit** [3] - 44:16, 100:6,
200:7
**five** [6] - 33:10, 97:4,
177:3, 196:22,
225:22, 233:13
**five-plus** [1] - 97:4
**fix** [1] - 4:9
**fleet** [1] - 241:23
**floor** [2] - 106:14,
106:15
**flow** [2] - 120:24,
121:2
**FLOWER** [1] - 2:15
**fluent** [1] - 90:12
**focus** [6] - 18:25,
22:8, 22:14, 43:12,
57:5, 231:18
**follow** [1] - 33:14
**followed** [1] - 242:20
**Fontana** [13] - 98:11,
99:2, 138:19, 138:21,
139:15, 140:22,
141:4, 177:23,
223:21, 223:22,
224:4, 224:6, 224:7
**Fontana's** [1] -
141:19
**food** [3] - 164:1,

164:2, 166:20
**food-handling** [1] -
164:2
**food-processing** [1]
- 164:1
**foot** [6] - 63:20, 97:5,
97:6, 131:21, 133:25,
167:23
**footnote** [3] - 38:24,
38:25, 39:11
**footprint** [1] - 76:23
**FOR** [2] - 246:8,
246:9
**FOREGOING** [1] -
246:12
**foreign** [4] - 41:20,
41:22, 42:2, 42:12
**form** [14] - 45:11,
50:17, 58:18, 64:24,
100:1, 100:2, 115:10,
150:17, 152:12,
154:18, 161:15,
164:13, 186:3, 243:19
**formal** [2] - 32:22,
35:8, 46:9, 62:21,
200:15
**format** [3] - 31:17,
31:18, 31:20
**FORMAT** [1] - 246:15
**formation** [1] - 130:6
**formed** [16] - 99:8,
101:12, 102:14,
129:22, 130:12,
134:24, 140:5,
152:17, 152:19,
156:3, 157:1, 157:3,
157:18, 165:7,
175:19, 181:6
**former** [4] - 143:13,
145:9, 155:5, 232:6
**forth** [3] - 21:13,
62:8, 198:12
**forward** [14] - 62:20,
72:2, 79:4, 145:13,
146:20, 146:22,
174:20, 180:12,
182:18, 183:8,
183:20, 185:13,
209:12, 224:23
**foundation** [13] -
28:12, 28:14, 28:20,
83:25, 110:24, 111:1,
111:14, 112:4,
118:18, 121:1, 125:1,
137:22, 146:24
**founder** [1] - 73:10
**four** [10] - 60:4, 60:9,
60:18, 70:7, 196:3,
196:24, 197:2,
218:11, 225:22

**fourth** [2] - 99:3,
172:6
**frame** [16] - 59:11,
89:1, 96:20, 96:23,
125:9, 125:11, 142:6,
149:4, 149:8, 149:11,
149:16, 161:5,
167:22, 179:12,
228:17, 228:19
**frames** [8] - 10:14,
18:25, 22:25, 49:11,
64:25, 96:2, 96:3,
162:8
**frantic** [1] - 77:17
**free** [1] - 54:23
**FRIDAY** [2] - 1:18,
4:1
**Friday** [1] - 244:20
**friend** [2] - 88:18,
219:1
**friends** [1] - 91:25
**front** [11] - 61:11,
79:11, 95:22, 98:15,
100:18, 133:19,
148:9, 200:8, 216:5,
239:8, 239:9
**fronted** [1] - 133:19
**fruition** [1] - 76:5
**full** [10] - 55:10,
63:12, 65:2, 86:9,
115:2, 157:21,
158:22, 163:8,
206:19, 206:23
**fully** [8] - 9:12, 10:9,
11:14, 12:8, 22:20,
43:15, 89:16, 127:15
**function** [3] - 56:17,
56:21, 87:25
**functions** [1] -
173:13
**Fundicion** [2] -
150:7, 160:6
**FUNDICION** [1] -
150:10
**funding** [3] - 81:25,
84:25, 148:13
**funds** [22] - 99:13,
108:9, 112:14,
112:17, 112:25,
114:16, 114:19,
115:5, 116:11,
116:12, 136:10,
136:19, 148:22,
148:24, 152:20,
175:8, 176:5, 176:14,
227:18, 234:12,
234:24
**future** [7] - 40:23,
144:8, 144:17,
163:15, 169:16,

169:17

**G**

**gained** [1] - 108:13
**GARY** [1] - 1:4
**gate** [4] - 202:25,
203:7, 203:9, 203:15
**gated** [1] - 97:1
**Gazana** [3] - 180:17,
180:24, 219:16
**Gene** [1] - 238:2
**general** [8] - 4:25,
60:9, 120:8, 131:18,
141:14, 146:2,
197:20, 219:2
**generally** [10] - 50:3,
59:16, 60:23, 118:5,
146:9, 155:17, 158:9,
165:25, 166:1, 178:6
**gentleman** [5] -
131:16, 205:1, 205:4,
205:8, 223:12
**gentlemen** [5] -
58:16, 60:15, 115:7,
185:24, 221:16
**Germany** [1] -
159:21
**get-go** [1] - 237:10
**gift** [2] - 178:18,
224:25
**gifted** [2] - 126:4,
232:4
**gifts** [1] - 230:18
**given** [10] - 6:12,
17:14, 27:19, 114:4,
132:7, 178:17, 188:7,
192:9, 192:11, 236:6
**glanced** [1] - 37:7
**glass** [11] - 10:13,
10:14, 43:21, 48:9,
49:1, 49:7, 49:11,
51:4, 51:6
**Global** [6] - 156:25,
160:3, 160:5, 160:10,
174:11
**global** [1] - 146:15
**God** [2] - 55:7, 86:5
**golf** [1] - 204:16
**Golf** [1] - 65:20
**goods** [10] - 11:7,
11:9, 11:12, 143:22,
148:25, 149:25,
162:6, 163:24,
191:21, 193:8
**gov** [1] - 14:8
**governed** [1] - 39:1
**governing** [1] -
62:23

**Government** [52] -
8:22, 15:9, 28:15,
29:4, 29:6, 38:9,
38:11, 39:12, 48:22,
55:1, 61:23, 83:3,
85:22, 87:7, 92:23,
94:21, 100:25, 102:9,
103:12, 108:24,
109:17, 113:22,
117:6, 119:20, 123:6,
126:19, 128:19,
130:7, 131:1, 134:19,
135:13, 137:8,
139:25, 140:23,
146:4, 158:14,
164:24, 170:5,
173:23, 177:14,
180:25, 192:9,
192:11, 216:14,
236:10, 236:24,
237:4, 238:25,
240:13, 241:16,
243:1, 243:3
**government's** [1] -
16:12
**Government's** [6] -
8:15, 28:6, 39:18,
48:14, 48:16, 54:20
**grabs** [1] - 107:3
**graduating** [1] -
86:22
**Gran** [2] - 156:2,
157:19
**grant** [6] - 130:25,
131:6, 135:12,
135:20, 140:22, 141:3
**great** [2] - 207:16,
217:5
**greatly** [1] - 163:12
**greed** [1] - 211:15
**GreenbergFarrow**
[2] - 86:25, 87:3
**GREGORY** [1] - 2:8
**group** [2] - 26:22,
26:23
**Group** [11] - 71:13,
79:25, 83:11, 83:19,
110:4, 114:5, 116:6,
120:17, 121:24,
122:3, 122:9
**grow** [1] - 90:7
**GT88** [7] - 152:19,
153:1, 153:6, 153:7,
154:7, 157:12, 157:19
**guess** [1] - 220:10
**guest** [2] - 97:6,
212:3
**guidance** [1] - 14:2
**guide** [2] - 213:6,
213:18

**guilty** [4] - 87:10,
87:11, 87:13, 185:19
**guinea** [2] - 164:14,
168:5
**guy** [2] - 26:23,
212:2
**guys** [1] - 245:8
**gym** [1] - 73:2

## H

**h-u-a** [1] - 112:21
**half** [12] - 67:17,
105:20, 181:16,
213:11, 213:12,
214:10, 223:14,
228:23, 232:1, 232:2,
232:8, 243:15
**half-million** [2] -
214:10, 228:23
**halfway** [1] - 57:2
**hall** [1] - 59:6
**hand** [8] - 37:17,
86:1, 107:23, 112:13,
136:18, 168:3, 216:9
**handed** [5] - 182:21,
194:10, 206:17,
206:18, 222:23
**handle** [1] - 107:2
**handled** [1] - 86:25
**handling** [1] - 164:2
**handwrite** [1] -
116:24
**handwritten** [1] -
199:17
**hang** [1] - 169:10
**happy** [1] - 230:24
**Harbor** [1] - 89:14
**Harbor's** [1] - 89:16
**hard** [5] - 74:19,
229:11, 229:14,
229:18, 229:20
**Hawaii** [1] - 114:15
**head** [2] - 153:16,
164:8
**heading** [1] - 22:9
**headquarters** [1] -
71:7
**hear** [2] - 27:15,
59:22
**heard** [4] - 186:17,
210:22, 210:23,
221:19
**hearings** [1] - 183:1
**hearsay** [11] - 15:9,
19:22, 57:21, 59:18,
73:13, 99:20, 111:7,
112:5, 117:8, 120:25,
184:9

**heated** [1] - 162:2
**heavier** [2] - 166:14,
166:20
**hectares** [1] - 150:24
**heightened** [1] -
191:18
**Heights** [1] - 97:1
**held** [2] - 7:21, 38:22
**HELD** [1] - 246:13
**Helk** [1] - 158:13
**help** [10] - 55:7, 86:4,
88:15, 88:21, 90:6,
155:7, 162:15,
179:23, 204:2, 213:5
**helped** [9] - 70:18,
87:23, 88:19, 88:23,
93:6, 99:12, 138:18,
178:4, 230:2
**helpful** [2] - 80:21,
239:9
**helping** [4] - 89:5,
89:7, 213:14, 213:16
**HEREBY** [1] - 246:10
**Herman** [1] - 232:4
**high** [4] - 42:6, 42:7,
73:3, 88:18
**higher** [6] - 41:22,
42:11, 42:16, 42:18,
42:20, 106:16
**highlighted** [5] -
33:15, 46:5, 47:25,
127:5, 156:1
**highlighting** [1] -
46:1
**highly** [1] - 65:10
**HILARY** [1] - 2:14
**himself** [4] - 74:10,
74:17, 84:24, 196:17
**hired** [3] - 131:17,
175:4, 241:5
**Ho** [1] - 160:4
**hold** [10] - 6:11, 6:13,
6:15, 100:1, 100:3,
100:5, 100:7, 129:23,
136:19, 189:14
**holding** [3] - 7:23,
112:14, 140:13
**holdings** [2] - 84:23,
85:2
**holds** [1] - 6:8
**home** [4] - 209:17,
213:16, 222:14,
225:22
**Home** [6] - 87:1,
87:5, 90:1, 208:23,
209:1, 209:3
**homes** [2] - 176:6,
179:8
**homework** [1] -
244:5

**honest** [5] - 229:11,
229:14, 229:16,
229:18, 229:19
**Hong** [10] - 83:7,
110:12, 121:19,
122:10, 152:20,
154:8, 157:2, 157:4,
184:24, 185:2
**Honor** [126] - 14:15,
19:2, 19:19, 28:8,
28:16, 28:18, 29:16,
31:21, 37:13, 40:5,
44:1, 41:6, 43:2,
44:21, 44:23, 54:17,
54:21, 57:22, 59:20,
60:3, 60:7, 60:13,
61:23, 62:1, 62:3,
62:4, 68:16, 79:10,
79:16, 81:2, 82:7,
82:15, 83:24, 84:11,
85:12, 85:18, 85:22,
86:15, 91:13, 92:23,
93:15, 94:21, 95:1,
100:25, 102:3, 102:9,
103:12, 108:24,
109:17, 113:22,
115:20, 117:6,
117:14, 117:17,
117:19, 117:21,
119:20, 120:22,
121:5, 123:5, 123:19,
124:3, 126:19, 127:7,
128:19, 130:7, 131:1,
134:19, 135:13,
137:8, 139:25,
140:19, 140:23,
142:4, 142:10,
142:14, 142:18,
146:4, 155:9, 158:14,
164:25, 166:5,
168:18, 170:5,
173:23, 176:20,
177:14, 180:25,
184:12, 185:22,
185:23, 186:12,
189:4, 195:8, 198:21,
199:3, 205:20,
205:22, 206:1,
206:14, 216:7,
216:12, 216:18,
217:6, 217:14,
220:16, 222:2,
223:17, 224:20,
225:10, 225:25,
231:5, 231:20,
232:22, 233:1,
233:23, 238:17,
239:17, 239:21,
239:24, 240:15,
240:19, 242:14,
243:11, 245:1, 245:10

**HONORABLE** [1] -
1:4
**honored** [1] - 212:3
**hope** [2] - 88:6,
202:4
**hoped** [1] - 90:3
**hopeful** [1] - 80:17
**hoping** [1] - 202:2
**hot** [1] - 213:12
**hotel** [5] - 105:22,
105:23, 106:13, 107:4
**hour** [2] - 105:20,
114:17
**hours** [1] - 71:21
**house** [11] - 63:25,
97:6, 97:15, 133:16,
144:14, 169:22,
172:25, 178:3,
179:24, 181:12,
183:19
**HSIEH** [31] - 2:8,
15:8, 16:21, 17:2,
17:19, 18:9, 19:2,
19:19, 20:21, 26:2,
26:14, 28:7, 28:12,
28:18, 29:6, 29:12,
34:24, 40:5, 44:23,
45:2, 45:18, 45:21,
45:24, 47:18, 47:22,
48:14, 50:24, 51:25,
54:2, 54:8, 54:20
**human** [1] - 56:16
**humble** [1] - 200:5
**hundred** [8] - 16:7,
17:17, 17:23, 18:1,
34:7, 34:16, 225:20,
226:16
**hundreds** [2] - 68:4,
168:10
**hunted** [1] - 131:18
**Huntington** [3] -
55:19, 56:9, 56:10
**hypothetical** [1] -
9:23
**hypothetically** [2] -
16:25, 153:7

## I

**idea** [2] - 163:17,
209:18
**ideas** [1] - 162:24
**identified** [10] -
68:24, 95:16, 133:10,
133:24, 145:4, 145:8,
147:6, 148:7, 149:19,
228:3
**identify** [4] - 31:10,
87:23, 145:7, 207:10

**identity** [1] - 67:23
**illicit** [1] - 237:5
**illustrative** [1] -
44:18
**immediately** [3] -
120:11, 121:10, 183:9
**impacted** [1] -
146:17
**import** [3] - 13:14,
164:9, 164:13
**important** [6] -
65:20, 191:12, 192:2,
192:21, 200:11,
221:17
**importation** [8] - 7:6,
11:14, 19:15, 20:20,
30:24, 30:25, 164:14,
165:12
**importations** [2] -
30:8, 31:2
**imported** [17] -
20:13, 20:14, 20:18,
32:24, 144:17,
150:15, 152:12,
160:20, 166:22,
169:2, 169:5, 172:17,
187:1, 187:6, 187:9,
187:12, 187:16
**importer** [10] - 5:18,
6:22, 7:7, 15:23,
32:23, 34:23, 35:22,
36:6, 36:11, 51:16
**importer/exporter**
[1] - 35:6
**importers** [4] - 14:1,
44:3, 44:6, 44:8
**importing** [4] -
163:18, 164:7,
191:16, 191:17
**imposing** [1] - 161:7
**impressed** [1] -
245:5
**impressive** [1] - 73:3
**improper** [1] -
210:22
**improvements** [1] -
72:6
**IN** [3] - 246:8,
246:13, 246:15
**in-person** [1] -
192:18
**Inc** [1] - 38:2
**include** [5] - 12:9,
21:10, 39:7, 77:18,
80:13
**included** [3] - 21:8,
22:6, 181:11
**includes** [1] - 46:3
**including** [8] - 56:16,
124:20, 128:16,

165:19, 176:6, 194:7, 224:25, 233:22

**incoming** [2] - 111:5, 121:14

**inconveniences** [1] - 244:16

**INCORPORATED** [1] - 1:10

**incredibly** [1] - 74:19

**indebted** [1] - 176:3

**independent** [1] - 124:7

**indicate** [1] - 127:17

**indicated** [3] - 61:4, 70:18, 73:8

**indicates** [2] - 127:15, 127:18

**indicating** [1] - 57:16

**indictment** [1] - 17:9

**individual** [2] - 57:17, 70:14

**individual's** [1] - 57:11

**individuals** [8] - 124:9, 124:14, 124:20, 125:6, 125:12, 143:19, 193:5, 193:14

**industrial** [1] - 138:20

**industry** [4] - 35:6, 61:5, 66:13, 68:25

**inflate** [3] - 148:3, 148:5, 211:4

**inflating** [2] - 209:19, 209:20

**inform** [1] - 52:25

**Information** [1] - 123:15

**information** [11] - 49:7, 77:5, 81:17, 101:18, 123:14, 175:3, 192:11, 237:2, 240:24, 242:12, 242:17

**infrastructure** [4] - 67:10, 72:5, 73:17, 74:5

**inhouse** [1] - 170:24

**initial** [12] - 37:24, 65:25, 66:15, 67:7, 78:15, 90:8, 97:20, 104:24, 107:14, 108:4, 169:5, 237:12

**initials** [1] - 103:21

**initiated** [4] - 32:22, 50:11, 50:13, 54:12

**initiating** [1] - 46:8

**Inland** [2] - 69:2, 69:3

**input** [2] - 69:15, 69:17

**inquire** [4] - 4:10, 55:14, 58:23, 86:14

**inquired** [1] - 162:3

**inquiries** [2] - 183:6

**inquiry** [7] - 13:10, 32:22, 40:2, 40:8, 40:9, 40:11, 46:9

**insert** [1] - 201:20

**inside** [9] - 72:12, 72:24, 72:25, 95:21, 95:24, 132:19, 134:7, 139:13, 191:17

**install** [1] - 146:25

**instance** [7] - 62:24, 66:11, 153:17, 187:11, 190:8, 192:13, 221:21

**instead** [2] - 156:17, 226:8

**instilled** [1] - 212:2

**instructed** [4] - 133:21, 150:1, 157:5, 169:11, 169:13, 169:14, 194:18, 197:21

**instruction** [4] - 95:11, 132:7, 138:6, 172:12

**instructions** [3] - 39:18, 44:9, 155:20

**insurance** [2] - 133:22, 134:3, 148:17

**insured** [1] - 141:13

**intelligent** [1] - 208:7

**intend** [1] - 201:2

**intending** [1] - 203:24

**intends** [1] - 114:5

**interact** [1] - 124:21

**interaction** [2] - 59:9, 198:5

**interactions** [4] - 125:14, 137:16, 174:7, 198:7

**interest** [3] - 108:6, 108:8, 108:14

**interests** [1] - 70:25

**internal** [1] - 56:15

**International** [12] - 36:16, 36:22, 45:6, 45:10, 110:3, 114:4, 116:6, 118:13, 120:17, 121:23, 122:2, 122:9

**interpret** [4] - 9:21, 10:6, 13:3, 34:17

**interrupting** [1] - 120:23, 121:2

**intersection** [1] - 71:8

**introduce** [1] - 126:20

**introduced** [1] - 74:10

**introducing** [1] - 19:24

**introduction** [1] - 88:18

**investigate** [2] - 8:9, 8:13

**investigating** [1] - 89:25

**investigation** [1] - 8:12

**investment** [5] - 65:5, 65:9, 67:17, 107:16, 107:21

**invoice** [2] - 152:22, 156:16

**invoices** [1] - 157:4

**involve** [2] - 77:18, 234:20

**involved** [13] - 36:24, 77:4, 77:12, 78:4, 84:18, 138:24, 139:5, 152:5, 209:14, 209:25, 210:10, 218:21

**involvement** [6] - 66:8, 78:22, 99:4, 121:9, 164:11, 173:2

**IPO** [11] - 84:18, 107:14, 107:20, 115:23, 118:14, 122:10, 126:8, 126:17, 224:25, 225:23

**IPO's** [1] - 84:19

**irrelevant** [1] - 231:17

**Irrelevant** [1] - 232:23

**Irvine** [25] - 71:7, 98:9, 98:25, 133:8, 133:15, 133:17, 133:20, 135:21, 135:24, 138:15, 141:20, 161:18, 168:15, 168:25, 169:18, 170:20, 175:16, 177:22, 181:22, 182:8, 182:15, 219:6, 219:7, 219:12, 222:17

**IS** [2] - 246:12, 246:15

**issuance** [1] - 149:23

**issue** [15] - 13:9, 21:19, 21:20, 22:17, 26:25, 35:8, 39:23, 46:4, 46:7, 46:23, 46:25, 52:11, 53:5, 53:23, 77:16

**issued** [7] - 7:4, 7:7, 13:18, 18:17, 18:21, 36:12, 126:9

**issues** [6] - 6:19, 36:14, 62:8, 146:23, 164:15, 168:5

**IT** [1] - 4:8

**ITC** [3] - 53:7, 53:14, 53:20

**item** [3] - 62:17, 62:25, 63:12

**itself** [11] - 29:11, 58:8, 62:9, 65:13, 67:22, 71:21, 74:2, 123:20, 123:21, 127:8, 230:22

**J**

**J-E-N** [1] - 138:9

**jail** [1] - 88:6

**jasmine** [1] - 94:13

**Jasmine** [2] - 94:20, 178:25

**Jeff** [1] - 158:12

**Jen** [5] - 138:1, 138:4, 138:5, 154:11, 156:15

**Jersey** [4] - 78:21, 78:23, 79:5, 173:5

**jet** [2] - 176:7, 179:7

**jets** [1] - 176:7

**jewelry** [1] - 242:1

**job** [3] - 56:1, 57:6, 72:7

**jobs** [1] - 65:11

**Johnson** [6] - 139:1, 173:10, 173:11, 173:22, 174:13, 174:17

**join** [1] - 89:20

**joined** [1] - 67:24

**Jose** [1] - 149:20

**JUDGE** [1] - 1:4

**judge** [2] - 195:9, 200:14

**judgment** [1] - 100:5

**JUDICIAL** [1] - 246:16

**July** [22] - 37:21, 53:10, 109:6, 109:24, 110:7, 110:8, 110:15, 113:3, 113:14,

114:11, 116:4, 117:5, 118:24, 119:2, 119:16, 120:13, 120:15, 121:14, 183:25, 213:10, 213:12, 237:19

**June** [4] - 21:16, 52:15, 52:16, 52:17

**Jung** [1] - 153:21

**jurisdiction** [2] - 36:17, 157:7

**jurisdictions** [2] - 68:5, 152:18

**jurors** [2] - 4:6, 244:8

**jury** [31] - 4:7, 4:23, 14:16, 19:21, 19:22, 26:5, 45:18, 47:19, 58:20, 93:17, 103:16, 114:2, 115:12, 115:16, 115:17, 117:22, 165:4, 181:4, 186:5, 186:9, 186:10, 197:3, 201:10, 201:24, 202:21, 210:5, 210:23, 221:5, 231:18, 243:21, 244:16

**justify** [1] - 115:5

**K**

**Kajioka** [1] - 238:2

**Karman** [8] - 71:9, 72:10, 133:20, 134:10, 134:16, 135:12, 135:20, 170:20

**KARMAN** [1] - 1:12

**Karman-Main** [4] - 134:10, 134:16, 135:12, 135:20

**KARMAN-MAIN** [1] - 1:12

**keep** [8] - 13:13, 76:17, 77:11, 77:21, 77:24, 100:6, 120:23, 121:2

**kept** [3] - 61:13, 148:22, 188:14

**Ketong** [1] - 124:12

**key** [1] - 75:2

**Kim** [1] - 198:25

**kind** [12] - 56:12, 73:11, 73:18, 87:21, 96:6, 133:25, 160:20, 172:18, 173:6, 218:23, 231:11, 240:23

**King** [2] - 170:19,

171:13
**Kirk** [1] - 182:1
**kit** [4] - 11:9, 11:12, 12:2, 46:14
**kits** [13] - 10:25, 11:2, 32:8, 32:17, 32:24, 33:6, 33:21, 34:11, 35:25, 46:12, 46:18, 46:19, 46:24
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23, 246:8, 246:22
**knowing** [1] - 148:10
**knowledge** [2] - 47:14, 138:3
**knowledgeable** [2] - 74:12, 74:14
**known** [3] - 66:10, 66:18, 182:5
**knows** [3] - 29:20, 29:23, 137:23
**Kong** [10] - 83:7, 110:12, 121:19, 122:10, 152:21, 154:8, 157:2, 157:4, 184:24, 185:2
**Kong-based** [1] - 121:19
**KUMAR** [172] - 2:7, 85:22, 86:15, 86:17, 91:4, 91:13, 91:17, 92:16, 92:23, 93:2, 93:13, 94:14, 94:21, 95:1, 95:6, 95:7, 98:12, 100:8, 100:15, 100:25, 101:4, 101:25, 102:3, 102:5, 102:9, 102:13, 102:25, 103:12, 103:16, 104:12, 108:19, 108:24, 109:3, 109:12, 109:17, 109:21, 111:3, 111:10, 111:16, 111:25, 112:9, 113:2, 113:22, 114:1, 115:20, 115:21, 116:20, 117:6, 117:13, 117:18, 117:21, 117:24, 118:20, 119:7, 119:9, 119:20, 119:24, 121:6, 122:23, 122:25, 123:5, 123:10, 123:22, 124:6, 125:3, 125:4, 126:11, 126:13, 126:19, 126:24, 127:11, 128:5, 128:8, 128:10,

128:19, 128:23, 129:24, 130:1, 130:7, 130:11, 130:21, 130:23, 131:1, 131:5, 134:11, 134:13, 134:19, 134:23, 135:8, 135:10, 135:13, 135:17, 135:19, 136:24, 137:2, 137:8, 137:12, 137:24, 138:7, 139:17, 139:19, 139:25, 140:4, 140:16, 140:19, 140:20, 140:23, 141:2, 142:4, 142:5, 142:20, 144:10, 144:21, 145:15, 145:17, 146:4, 146:8, 151:10, 151:13, 154:20, 154:22, 155:9, 155:13, 155:14, 157:25, 158:2, 158:14, 158:18, 164:16, 164:18, 164:24, 165:3, 165:14, 165:16, 166:4, 166:8, 168:18, 168:20, 169:23, 169:25, 170:5, 173:15, 173:17, 173:23, 174:2, 176:18, 176:21, 177:14, 177:18, 180:18, 180:20, 180:25, 181:4, 181:5, 184:12, 184:13, 185:22, 198:21, 199:3, 223:17, 224:20, 225:10, 225:25, 231:5, 232:22, 233:23, 238:4, 238:7, 238:17, 240:15, 245:1, 245:9
**kUMAR** [2] - 116:17, 170:9

**L**

**L-U** [1] - 122:15
**L.A** [3] - 57:2, 105:18, 237:22
**lack** [4] - 83:25, 110:23, 111:14, 112:3
**Lacks** [1] - 137:21
**ladders** [2] - 162:7, 163:9
**ladies** [5] - 58:16, 60:15, 115:7, 185:24,

221:16
**lading** [1] - 154:1
**laid** [2] - 66:24, 121:1
**Laioning** [1] - 122:12
**lake** [3] - 97:2, 97:5, 178:3
**land** [13] - 65:18, 105:19, 131:11, 138:21, 179:21, 180:9, 180:16, 181:9, 183:16, 210:15, 219:4, 219:10, 219:14
**landed** [1] - 115:1
**lands** [1] - 205:11
**language** [31] - 10:4, 10:19, 10:22, 12:6, 12:18, 12:22, 21:13, 22:14, 23:14, 24:14, 24:24, 25:25, 33:2, 33:3, 34:19, 35:24, 43:11, 43:24, 44:4, 44:10, 44:12, 44:14, 44:15, 46:3, 51:15, 51:22, 52:7, 52:17, 54:5, 54:6, 90:10
**large** [11] - 64:12, 67:12, 67:17, 68:3, 68:25, 72:13, 74:5, 97:4, 150:23, 167:23, 181:10
**larger** [2] - 84:19, 151:25
**largest** [4] - 70:17, 90:25, 91:1, 91:2
**LARSON** [2] - 2:13, 2:13
**Las** [1] - 57:2
**last** [13] - 8:25, 20:20, 24:12, 37:25, 38:21, 38:24, 43:7, 55:13, 71:20, 97:15, 138:16, 138:18, 178:2
**lasted** [1] - 71:21
**late** [9] - 4:8, 56:7, 71:4, 161:20, 242:15, 243:14, 243:25, 244:12
**lavished** [1] - 230:17
**LAW** [1] - 2:14
**law** [1] - 185:13
**lawsuits** [2] - 235:6, 235:7
**lawyer** [5] - 232:7, 241:1, 241:5, 241:7, 241:14
**lay** [4] - 28:14, 28:20, 111:1, 125:1
**layers** [1] - 112:4
**layout** [11] - 170:13, 170:18, 171:1, 171:8,

171:11, 171:12, 171:22, 171:24, 172:1, 172:6, 172:10
**lead** [6] - 77:6, 87:13, 155:23, 156:7, 182:16, 182:17
**Lead** [3] - 155:20, 155:21, 155:22
**leader** [1] - 92:7
**leadership** [1] - 198:4
**leading** [2] - 66:3, 184:11
**leads** [1] - 107:3
**learn** [5] - 90:21, 96:6, 96:13, 163:22, 174:7
**learned** [13] - 78:21, 90:24, 106:18, 143:18, 174:9, 204:11, 204:24, 205:5, 207:9, 207:22, 207:23, 208:19, 209:11
**learning** [1] - 208:1
**lease** [3] - 95:14, 95:15, 149:21
**least** [9] - 32:19, 177:10, 192:18, 198:15, 217:2, 225:19, 225:20, 232:17, 244:18
**leave** [1] - 56:5
**leaving** [1] - 48:14
**Lee** [22] - 143:12, 155:3, 155:4, 155:5, 155:19, 158:5, 161:24, 164:9, 165:18, 182:13, 182:24, 194:18, 194:19, 195:17, 195:25, 196:12, 196:23, 197:2, 207:23, 208:3, 208:17
**Lee's** [1] - 165:10
**left** [4] - 185:4, 189:9, 194:22, 244:8
**legal** [1] - 41:2
**Lemon** [1] - 97:1
**lend** [3] - 104:19, 105:1, 105:2
**lending** [2] - 108:2, 108:7
**length** [3] - 49:22, 50:17, 139:11
**less** [3] - 80:1, 133:15, 163:9
**letter** [31:18, 79:6, 79:13, 79:21, 82:19, 82:20, 116:14,

116:24, 117:15, 117:25, 118:7, 119:13, 120:5, 120:8, 120:9, 120:12
**level** [1] - 92:1
**Li** [5] - 197:6, 197:9, 197:11, 197:18
**Li's** [1] - 197:24
**Liaoning** [3] - 105:16, 167:15, 167:17
**Liaoyang** [1] - 105:16
**lie** [2] - 202:5, 203:4
**lied** [6] - 108:12, 202:7, 202:9, 203:15, 218:20, 225:24
**lies** [1] - 225:8
**lighter** [1] - 166:18
**limit** [1] - 17:15
**limited** [2] - 60:1, 60:16
**line** [2] - 24:13, 79:21
**link** [1] - 14:11
**linked** [2] - 76:20, 78:1
**liqueur** [1] - 230:21
**liquidate** [1] - 41:1
**liquidated** [3] - 8:11, 39:16, 39:24
**liquidating** [1] - 7:23
**liquidation** [12] - 6:17, 6:18, 7:1, 7:9, 7:16, 30:17, 30:21, 39:22, 39:23, 40:22, 50:7
**liquidations** [1] - 40:19
**liquor** [2] - 230:21, 231:11
**list** [9] - 15:2, 15:6, 16:10, 44:16, 44:19, 123:14, 154:14, 175:7, 177:13
**listed** [7] - 48:8, 101:20, 123:18, 123:24, 124:9, 177:20, 178:6
**lists** [1] - 176:5
**literally** [1] - 114:17
**Liu** [296] - 70:18, 70:19, 70:20, 70:23, 71:1, 71:4, 71:10, 71:25, 72:4, 73:5, 73:7, 73:11, 73:15, 74:6, 74:10, 75:1, 75:7, 75:9, 75:14, 75:16, 75:17, 75:18, 75:19, 75:21, 75:24, 76:1, 77:2, 77:4,

77:12, 78:17, 79:3,
79:7, 79:14, 79:24,
80:15, 81:10, 81:18,
81:25, 82:25, 84:9,
84:22, 85:8, 87:14,
87:18, 87:19, 87:22,
88:9, 88:10, 88:14,
88:15, 88:23, 89:4,
89:19, 89:23, 90:5,
90:9, 90:15, 90:18,
90:21, 91:12, 91:19,
91:21, 91:23, 92:6,
92:8, 92:14, 92:22,
93:4, 93:11, 93:22,
93:23, 94:1, 94:3,
94:4, 94:9, 94:10,
94:24, 95:9, 95:11,
95:14, 96:12, 96:24,
96:25, 97:10, 97:11,
97:12, 97:14, 97:21,
98:1, 99:10, 99:13,
99:17, 99:24, 100:7,
101:23, 102:24,
103:11, 103:25,
104:4, 104:9, 105:22,
106:10, 106:12,
107:9, 107:12, 108:7,
108:12, 112:16,
113:1, 113:21,
114:17, 114:25,
115:1, 118:15, 119:1,
119:2, 120:19, 121:7,
121:9, 124:21,
124:22, 125:12,
125:15, 125:16,
125:18, 125:21,
126:4, 129:16,
131:23, 133:7,
133:13, 133:21,
136:6, 136:9, 136:10,
136:17, 136:22,
137:17, 137:18,
138:17, 138:24,
138:25, 139:4, 141:9,
141:21, 142:7,
142:21, 142:22,
143:2, 143:7, 143:13,
144:18, 145:1, 145:6,
146:12, 147:3,
147:10, 147:11,
147:12, 147:13,
147:15, 147:22,
148:1, 148:6, 148:9,
148:13, 148:16,
149:1, 149:4, 149:5,
149:12, 149:16,
150:3, 153:10,
155:24, 156:10,
157:9, 157:10,
158:21, 159:10,
159:11, 159:13,

159:15, 159:25,
160:2, 161:11,
161:24, 162:3,
163:10, 163:16,
164:13, 169:8,
172:13, 172:22,
172:24, 173:12,
174:8, 174:12,
174:17, 174:24,
175:2, 175:3, 175:20,
175:21, 175:24,
176:4, 176:12,
177:13, 178:17,
178:20, 179:2, 179:3,
179:5, 179:6, 179:10,
179:13, 179:18,
179:22, 179:23,
181:9, 182:3, 182:5,
182:8, 182:12,
182:13, 182:17,
182:21, 183:3, 183:9,
183:14, 184:1, 184:4,
184:5, 184:7, 184:14,
184:20, 184:21,
184:23, 185:3,
188:18, 189:12,
189:21, 190:1,
191:10, 193:5, 193:7,
193:13, 193:17,
194:6, 194:10, 195:1,
195:21, 195:22,
196:11, 196:17,
197:21, 197:25,
198:18, 199:7, 199:8,
202:13, 202:14,
202:22, 203:17,
207:8, 207:9, 209:11,
209:13, 210:13,
211:4, 211:11, 212:2,
213:2, 214:17, 215:3,
226:18, 236:4, 236:5
   **Liu's** [30] - 84:23,
85:1, 92:8, 100:4,
103:17, 112:13,
112:14, 120:4,
136:18, 136:19,
143:14, 147:7,
160:16, 162:11,
162:24, 173:3,
188:19, 204:24,
211:14, 211:21,
213:14, 215:11,
219:4, 221:3, 225:15,
229:15, 229:23,
234:3, 234:6, 235:2
   **livelihood** [1] - 25:20
   **lives** [1] - 106:15
   **living** [1] - 90:18
   **Liwang** [6] - 158:19,
158:20, 158:23,

158:25, 159:7
   **LIWANG** [1] - 158:25
   **LLC** [23] - 1:10, 1:11,
1:11, 1:12, 1:13, 57:9,
99:6, 100:22, 100:23,
102:6, 102:20, 103:4,
103:5, 130:6, 130:12,
134:10, 134:15,
139:16, 139:23,
164:22, 165:6, 180:24
   **LLCs** [1] - 140:12
   **LLP** [2] - 2:13, 2:17
   **loading** [1] - 133:1
   **loan** [18] - 104:18,
104:25, 106:8, 107:1,
107:7, 107:9, 107:11,
107:13, 107:19,
107:25, 114:6,
115:23, 122:5,
125:22, 127:15,
127:23, 129:3, 228:6
   **loans** [3] - 132:14,
136:2, 138:14
   **local** [2] - 208:25,
209:4
   **located** [10] - 57:1,
65:18, 65:19, 65:21,
69:1, 71:8, 98:5,
110:11, 131:7, 133:10
   **location** [2] - 133:14,
145:10
   **logistics** [3] -
131:22, 143:13, 155:5
   **look** [44] - 6:25, 14:1,
14:24, 15:23, 18:15,
18:16, 21:4, 21:14,
22:1, 22:2, 22:7, 23:5,
24:10, 25:20, 25:21,
26:8, 26:10, 31:3,
31:9, 32:1, 37:9,
37:10, 38:22, 39:21,
42:8, 42:14, 43:4,
110:6, 145:3, 147:2,
200:4, 200:6, 205:17,
205:24, 206:4,
206:16, 216:22,
217:11, 222:22,
227:11, 228:2, 228:9,
239:5, 239:11
   **looked** [3] - 23:3,
23:6, 37:5
   **looking** [14] - 10:4,
25:19, 30:2, 110:14,
116:1, 120:14,
130:19, 131:13,
206:8, 207:15,
220:20, 220:21,
240:13, 243:7
   **looks** [2] - 15:19,
40:14

**loop** [1] - 160:7
   **Los** [4] - 114:22,
147:5, 236:14, 236:16
   **LOS** [6] - 1:19, 1:25,
2:10, 2:16, 4:1, 246:4
   **losing** [1] - 231:18
   **lost** [3] - 190:16,
190:17, 222:5
   **loud** [1] - 222:21
   **Louis** [24] - 143:12,
155:3, 155:4, 155:5,
155:19, 156:15,
158:5, 161:24, 164:9,
165:10, 165:18,
182:12, 182:24,
194:18, 194:19,
195:16, 195:25,
196:12, 196:23,
197:2, 207:23, 208:3,
208:17
   **low** [1] - 41:16
   **LOWDER** [23] - 2:14,
41:6, 41:9, 42:24,
43:2, 43:4, 43:5,
44:20, 51:10, 52:4,
52:14, 54:4, 54:16,
57:21, 59:18, 60:3,
68:16, 68:18, 73:13,
75:3, 81:8, 82:3,
82:13
   **lower** [6] - 42:1,
43:7, 88:6, 97:2,
146:19, 178:3
   **Lu** [2] - 122:8,
122:13
   **lui** [1] - 167:11
   **Luis** [5] - 16:18,
22:12, 26:8, 222:9,
224:24
   **lunch** [10] - 71:22,
89:6, 89:10, 89:18,
89:20, 89:21, 89:22,
90:18, 97:20, 115:7
   **LUNCH** [1] - 115:14
   **luxury** [2] - 88:19,
148:25
   **lying** [6] - 180:4,
195:4, 202:24,
203:17, 211:16, 230:8

### M

   **ma'am** [2] - 191:2,
192:3
   **Madam** [1] - 206:17
   **magnitude** [1] -
73:23
   **mail** [24] - 35:7,
145:20, 145:21,

145:24, 145:25,
146:1, 146:10,
154:19, 154:25,
155:18, 158:5,
158:12, 165:11,
165:18, 165:20,
165:22, 170:3,
170:10, 190:5, 190:6,
193:3, 193:20, 199:6
   **mails** [9] - 165:13,
169:20, 170:1,
188:15, 192:23,
193:7, 193:11,
193:12, 199:13
   **MAIN** [1] - 1:12
   **main** [2] - 105:24,
133:19
   **Main** [13] - 71:9,
72:10, 98:8, 133:8,
133:20, 134:10,
134:16, 135:12,
135:20, 161:19,
170:13, 170:20,
175:15
   **maintain** [1] - 128:14
   **maintained** [1] -
195:14
   **maintenance** [2] -
141:14, 148:17
   **major** [1] - 78:4
   **maker** [1] - 131:16
   **manager** [21] -
55:18, 55:22, 56:2,
56:6, 56:8, 56:13,
60:9, 71:18, 80:24,
119:13, 120:6,
120:10, 127:20,
131:18, 146:2,
181:25, 182:1, 182:7,
197:20, 219:2
   **managing** [4] -
118:21, 227:9,
227:10, 227:11
   **Mandarin** [6] - 90:11,
90:12, 177:5, 212:15,
212:17, 212:20
   **manipulated** [1] -
64:19
   **manipulating** [1] -
230:10
   **manufacture** [1] -
157:16
   **manufactured** [4] -
153:18, 157:14,
167:12, 167:19
   **manufactures** [1] -
91:1
   **manufacturing** [5] -
63:21, 65:11, 65:17,
106:5, 167:16

**manufacturing's** [1] - 63:23

**map** [2] - 98:14, 98:18

**March** [6] - 20:5, 51:19, 51:20, 52:5, 52:13, 134:25

**margin** [2] - 209:21, 210:9

**Mark** [5] - 197:9, 197:11, 197:18, 197:24

**marked** [1] - 91:5

**market** [10] - 41:20, 41:22, 41:23, 42:1, 42:2, 42:12, 144:19, 162:15, 183:6

**marketplace** [1] - 131:19

**markets** [1] - 42:15

**marriage** [2] - 66:17

**massive** [4] - 67:16, 78:1, 105:17, 133:2

**material** [3] - 144:8, 144:15, 187:22

**materials** [3] - 10:15, 169:16, 187:17

**math** [1] - 220:3

**MATTER** [1] - 246:14

**matter** [8] - 34:3, 50:9, 55:5, 58:19, 67:18, 86:3, 115:11, 186:4

**Max** [4] - 155:20, 155:22, 155:23, 156:7

**Max's** [1] - 155:21

**maximum** [1] - 169:22

**meal** [2] - 211:24, 212:3

**mean** [15] - 11:12, 34:15, 35:12, 42:7, 63:6, 69:15, 144:11, 147:10, 204:13, 204:18, 204:21, 214:19, 219:6, 219:7, 221:13

**meaning** [3] - 46:2, 203:9, 225:18

**means** [19] - 13:3, 18:7, 22:1, 23:14, 33:19, 34:7, 34:9, 34:22, 34:23, 35:2, 35:3, 38:15, 129:7, 129:8, 203:8, 203:13, 203:14, 240:18, 242:11

**meant** [5] - 51:22, 83:6, 201:12, 205:9, 208:12

**media** [1] - 183:6

**medical** [2] - 164:1, 166:20

**meet** [23] - 21:12, 57:7, 57:13, 66:25, 67:1, 72:11, 78:17, 88:10, 88:13, 94:2, 105:5, 106:10, 106:21, 182:7, 184:23, 185:1, 185:2, 185:9, 204:22, 212:9, 237:20, 238:3, 238:10

**meeting** [57] - 59:3, 71:2, 71:6, 71:10, 71:20, 71:21, 71:23, 71:24, 73:12, 75:13, 75:15, 75:17, 75:23, 90:9, 90:14, 95:8, 162:1, 162:18, 182:3, 182:16, 182:17, 182:21, 182:22, 182:24, 192:19, 194:9, 194:10, 194:17, 195:4, 195:14, 204:4, 204:10, 204:11, 205:18, 207:4, 214:7, 215:11, 218:12, 229:23, 236:25, 237:12, 237:15, 237:18, 237:24, 237:25, 238:10, 238:25, 239:2, 239:5, 241:3, 241:8, 241:11, 242:5, 242:22, 242:25, 243:8, 243:9

**meetings** [9] - 77:2, 90:9, 161:17, 161:18, 161:20, 174:12, 185:16, 238:22, 242:19

**melt** [5] - 144:13, 144:25, 150:22, 160:8, 172:20

**melted** [6] - 64:21, 144:22, 144:23, 172:17, 187:8, 187:25

**melting** [6] - 68:14, 76:4, 76:13, 78:12, 146:25, 172:21

**member** [8] - 78:19, 88:10, 88:21, 88:25, 99:25, 100:6, 101:20, 160:17

**members** [7] - 94:2, 97:9, 100:2, 115:16, 122:20, 186:9, 244:15

**memo** [9] - 13:18, 13:19, 23:9, 31:12, 31:13, 32:13, 33:3,

34:19

**memorialize** [1] - 65:24

**memorialized** [1] - 63:23

**memory** [15] - 11:3, 70:11, 197:24, 206:3, 206:5, 206:8, 206:9, 206:12, 207:15, 207:16, 217:13, 223:1, 223:6, 239:16, 239:19

**mend** [3] - 184:19, 185:6, 185:11

**mention** [5] - 70:11, 240:9, 240:20, 241:21, 241:23

**mentioned** [13] - 12:25, 14:4, 70:4, 70:10, 78:6, 92:8, 93:6, 95:8, 97:20, 100:9, 108:15, 153:1, 159:16

**mentioning** [1] - 214:17

**mentor** [4] - 90:4, 95:9, 204:4, 204:7

**merchandise** [27] - 5:7, 5:12, 5:13, 9:11, 10:8, 10:20, 12:12, 22:18, 22:19, 23:15, 24:14, 24:15, 34:10, 35:25, 43:14, 44:8, 46:3, 46:6, 46:18, 46:19, 47:3, 47:16, 48:3, 48:23, 50:1, 169:6

**messages** [1] - 188:15

**met** [43] - 57:19, 59:7, 71:4, 72:15, 73:5, 73:7, 89:3, 90:17, 93:10, 94:3, 94:4, 114:25, 122:20, 124:8, 125:5, 125:8, 125:9, 125:10, 131:16, 136:14, 138:4, 164:1, 174:5, 203:17, 203:20, 204:24, 207:8, 209:11, 210:18, 211:21, 216:14, 218:14, 221:3, 222:9, 225:16, 234:3, 234:6, 237:4, 237:7, 237:13, 241:16, 243:1, 243:3

**metal** [10] - 64:21, 96:4, 96:5, 144:20, 163:10, 163:12, 163:14, 166:21,

187:21, 187:23

**metallurgists** [1] - 64:20

**metals** [1] - 187:17

**metric** [12] - 64:5, 64:7, 64:9, 69:13, 69:17, 69:20, 69:24, 151:8, 151:20, 163:5, 171:5, 171:20

**Mexico** [19] - 69:8, 70:10, 149:16, 149:19, 149:21, 150:4, 150:20, 150:23, 150:25, 151:9, 151:18, 153:25, 154:1, 154:3, 159:17, 160:7, 160:18, 175:4, 210:15

**Michelin** [1] - 131:22

**microphone** [1] - 86:12

**middle** [5] - 127:4, 174:21, 218:14

**might** [10] - 190:19, 190:25, 192:15, 210:3, 218:8, 227:22, 228:18, 229:13, 231:13, 239:19

**mile** [1] - 139:14

**mill** [8] - 63:25, 124:18, 144:9, 179:24, 179:25, 181:12

**million** [103] - 63:18, 63:19, 64:5, 65:13, 69:17, 69:20, 87:16, 104:19, 104:21, 104:25, 106:5, 106:8, 107:1, 107:6, 107:19, 107:25, 108:2, 108:3, 110:18, 110:19, 110:20, 114:6, 115:22, 116:5, 118:2, 119:17, 120:16, 121:12, 121:23, 122:1, 125:22, 126:3, 126:4, 132:13, 135:25, 138:20, 139:9, 139:10, 149:10, 149:13, 151:8, 167:23, 168:9, 176:4, 178:16, 179:11, 180:5, 180:6, 180:7, 180:8, 200:24, 214:10, 216:2, 217:2, 217:4, 217:25, 218:3, 218:5, 218:6, 218:7, 218:8, 218:10, 218:18, 219:10, 219:14, 219:15,

219:18, 219:19, 219:22, 220:3, 220:10, 220:11, 221:7, 221:12, 222:11, 223:8, 223:11, 223:14, 224:11, 225:3, 225:5, 228:23, 229:1, 229:5, 232:1, 232:2, 232:8, 232:18, 233:15, 233:22, 235:9, 235:12, 236:8, 237:11, 239:3, 240:10, 240:21, 241:21

**million-square-feet** [1] - 168:9

**million-square-foot** [1] - 167:23

**millions** [6] - 68:4, 216:23, 223:25, 228:21, 229:8, 230:6

**mind** [4] - 76:16, 108:4, 111:24, 134:1

**Ming** [1] - 153:21

**Minh** [1] - 160:4

**minimum** [1] - 65:10

**minute** [7] - 74:20, 133:18, 209:14, 209:17, 216:19, 228:9, 243:15

**minutes** [3] - 58:21, 185:25, 186:6

**mirror** [2] - 44:10, 157:1

**mirroring** [1] - 157:6

**misremembering** [1] - 197:23

**misrepresent** [1] - 225:14

**misspoke** [3] - 201:1, 201:2, 201:12

**misstates** [4] - 81:20, 198:22, 223:18, 226:1

**Misstates** [1] - 238:18

**mistaken** [3] - 195:13, 198:20, 199:2

**Mitchell** [1] - 182:1

**mobilize** [1] - 74:7

**modern** [1] - 72:20

**modification** [1] - 158:11

**Mojave** [1] - 183:17

**mold** [1] - 69:25

**moment** [10] - 16:10, 19:3, 44:24, 168:18, 178:1, 184:12, 185:22, 205:21,

216:11, 218:9
**moments** [1] - 99:16
**Monday** [3] - 243:22, 244:4, 245:11
**monetize** [1] - 150:21
**money** [57] - 6:8, 6:11, 6:23, 6:24, 7:11, 87:16, 105:2, 109:23, 110:21, 110:22, 111:18, 112:11, 114:12, 114:21, 136:8, 137:20, 138:10, 147:22, 149:3, 149:5, 149:11, 154:6, 154:11, 155:7, 156:5, 176:9, 177:11, 177:13, 178:17, 201:3, 205:11, 211:5, 214:14, 215:8, 218:20, 220:8, 224:3, 224:7, 224:12, 225:9, 226:6, 226:18, 226:21, 226:22, 228:12, 229:14, 229:20, 230:15, 231:23, 233:7, 234:10, 234:11, 234:14, 234:17, 238:20, 241:24
**monies** [1] - 138:11
**monitoring** [1] - 111:12
**Monrovia** [1] - 56:8
**month** [5] - 17:4, 17:15, 18:22, 213:9, 237:17
**months** [9] - 33:11, 133:5, 151:2, 214:7, 215:11, 218:11, 228:20, 228:22, 229:18
**Montreal** [1] - 182:14
**moot** [2] - 39:23
**morning** [10] - 4:14, 4:15, 41:10, 41:11, 45:3, 45:4, 55:2, 55:17, 85:24, 243:23
**mortgage** [1] - 232:10
**mortgages** [1] - 132:14
**most** [4] - 91:23, 166:25, 231:25, 234:17
**mother** [3] - 14:10, 77:14, 82:10
**mouths** [1] - 221:25
**move** [18] - 16:21, 29:17, 31:21, 44:25,

62:20, 72:2, 75:9, 79:4, 95:2, 112:17, 149:5, 149:9, 155:7, 155:9, 164:24, 177:15, 195:7, 217:21
**moved** [4] - 45:19, 87:24, 119:20, 149:3
**movement** [6] - 110:22, 111:12, 111:18, 112:11, 137:20, 154:11
**moves** [26] - 61:24, 91:13, 92:23, 94:21, 100:25, 102:9, 103:12, 108:24, 109:17, 113:22, 117:6, 123:6, 126:19, 128:19, 130:7, 131:1, 134:19, 135:13, 137:8, 139:25, 140:23, 146:4, 158:14, 170:5, 173:23, 180:25
**MR** [142] - 4:13, 14:15, 14:18, 15:8, 15:12, 15:15, 16:21, 16:24, 17:2, 17:4, 17:8, 17:19, 18:4, 18:9, 18:14, 19:2, 19:4, 19:7, 19:19, 19:25, 20:3, 20:21, 21:1, 21:3, 26:2, 26:7, 26:14, 26:20, 28:5, 28:7, 28:10, 28:12, 28:15, 28:18, 28:21, 29:4, 29:6, 29:12, 29:14, 30:1, 30:15, 31:6, 31:8, 31:21, 31:25, 33:14, 34:24, 35:19, 37:10, 37:15, 37:17, 37:19, 40:5, 40:7, 41:4, 41:6, 41:9, 42:24, 43:2, 43:4, 43:5, 44:20, 44:23, 45:2, 45:18, 45:21, 45:24, 47:18, 47:22, 48:14, 50:24, 51:3, 51:10, 51:25, 52:4, 52:14, 54:2, 54:4, 54:8, 54:16, 54:20, 54:22, 55:1, 55:16, 57:21, 57:22, 57:25, 58:7, 58:24, 59:18, 59:20, 59:23, 60:2, 60:3, 60:7, 60:13, 60:22, 61:9, 61:23, 62:1, 62:3, 62:6, 66:3, 66:5, 68:16, 68:18, 69:11, 73:13, 74:9, 75:3, 75:12, 79:9, 79:16, 79:19, 81:1,

81:5, 81:8, 81:20, 82:3, 82:6, 82:9, 82:13, 82:15, 82:17, 82:19, 82:23, 83:12, 83:14, 83:18, 83:24, 84:4, 84:11, 84:14, 85:11, 85:12, 85:14, 85:18, 184:9, 186:12, 186:14, 188:6, 245:12
**MS** [249] - 85:22, 86:15, 86:17, 91:4, 91:13, 91:17, 92:16, 92:23, 93:2, 93:13, 94:14, 94:21, 95:1, 95:6, 95:7, 98:12, 99:19, 100:8, 100:15, 100:25, 101:4, 101:25, 102:3, 102:5, 102:9, 102:13, 102:25, 103:12, 103:16, 104:6, 104:10, 104:12, 109:7, 109:21, 109:3, 109:12, 109:17, 109:21, 110:23, 111:3, 111:7, 111:10, 111:14, 111:16, 111:25, 112:3, 112:9, 113:2, 113:22, 114:1, 115:20, 115:21, 116:17, 116:20, 117:6, 117:8, 117:13, 117:18, 117:21, 117:24, 118:17, 118:20, 119:7, 119:9, 119:20, 119:24, 120:22, 121:5, 121:6, 122:23, 122:25, 123:5, 123:10, 123:19, 123:22, 124:3, 124:6, 124:24, 125:3, 125:4, 126:11, 126:13, 126:19, 126:24, 127:7, 127:11, 128:5, 128:8, 128:10, 128:19, 128:23, 129:24, 130:1, 130:7, 130:11, 130:21, 130:23, 131:1, 131:5, 134:11, 134:13, 134:19, 134:23, 135:8, 135:10, 135:13, 135:17, 135:19, 136:24, 137:2, 137:8, 137:12, 137:21, 137:24, 138:7, 139:17, 139:19, 139:25, 140:4, 140:16, 140:19,

140:20, 140:23, 141:2, 141:25, 142:4, 142:5, 142:10, 142:20, 144:3, 144:10, 144:21, 145:15, 145:17, 146:4, 146:8, 151:10, 151:13, 154:20, 154:22, 155:9, 155:13, 155:14, 157:25, 158:2, 158:14, 158:18, 164:16, 164:18, 164:24, 165:3, 165:14, 165:16, 166:4, 166:8, 168:18, 168:20, 169:23, 169:25, 170:5, 170:9, 173:15, 173:17, 173:23, 174:2, 176:18, 176:21, 177:14, 177:18, 180:18, 180:20, 180:25, 181:4, 181:5, 184:12, 184:13, 185:22, 189:4, 189:6, 195:7, 195:11, 195:12, 195:19, 198:21, 198:24, 199:3, 199:5, 203:6, 203:11, 203:16, 205:20, 206:1, 206:14, 206:15, 207:3, 207:20, 209:9, 211:1, 211:8, 216:7, 216:11, 216:13, 216:18, 216:21, 217:6, 217:15, 220:15, 220:17, 220:25, 222:2, 222:3, 222:7, 223:4, 223:17, 223:20, 224:18, 224:20, 224:22, 225:7, 225:10, 225:13, 225:25, 226:5, 230:4, 231:5, 231:8, 231:19, 231:21, 232:22, 233:3, 233:23, 234:1, 238:4, 238:5, 238:7, 238:14, 238:17, 238:19, 239:24, 240:1, 240:8, 240:15, 240:22, 242:8, 242:14, 242:21, 243:11, 245:1, 245:9
**multi** [1] - 228:15
**multimillionaire** [5] - 228:13, 228:15, 229:3, 229:6, 229:22
**multiple** [11] - 17:25,

140:20, 140:23, 141:2, 141:25, 142:4, 142:5, 142:10, 142:10, 144:3, 144:10, 144:21, 145:15, 145:17, 146:4, 146:8, 151:10, 151:13, 154:20, 154:22, 155:9, 155:13, 155:14, 157:25, 158:2, 158:14, 158:18, 164:16, 164:18, 164:24, 165:3, 165:14, 165:16, 166:4, 166:8, 168:18, 168:20, 169:23, 169:25, 170:5, 170:9, 173:15, 173:17, 173:23, 174:2, 176:18, 176:21, 177:14, 177:18, 180:18, 180:20, 180:25, 181:4, 181:5, 184:12, 184:13, 185:22, 189:4, 189:6, 195:7, 195:11, 195:12, 195:19, 198:21, 198:24, 199:3, 199:5, 203:6, 203:11, 203:16, 205:20, 206:1, 206:14, 206:15, 207:3, 207:20, 209:9, 211:1, 211:8, 216:7, 216:11, 216:13, 216:18, 216:21, 217:6, 217:15, 220:15, 220:17, 220:25, 222:2, 222:3, 222:7, 223:4, 223:17, 223:20, 224:18, 224:20, 224:22, 225:7, 225:10, 225:13, 225:25, 226:5, 230:4, 231:5, 231:8, 231:19, 231:21, 232:22, 233:3, 233:23, 234:1, 238:4, 238:5, 238:7, 238:14, 238:17, 238:19, 239:24, 240:1, 240:8, 240:15, 240:22, 242:8, 242:14, 242:21, 243:11, 245:1, 245:9

36:24, 74:18, 77:14, 77:16, 84:8, 112:4, 134:1, 142:15, 228:21, 233:6
**must** [2] - 23:15, 24:15
**mutual** [1] - 88:18

## N

**nail** [1] - 78:13
**name** [25] - 14:4, 55:11, 55:12, 55:13, 57:11, 57:12, 62:12, 63:9, 86:9, 94:8, 96:13, 96:16, 100:1, 100:3, 112:20, 112:21, 138:8, 150:6, 157:21, 158:22, 165:5, 175:18, 180:1, 180:15, 189:12
**named** [2] - 70:15, 131:16
**names** [7] - 94:12, 124:2, 153:1, 153:12, 156:1, 157:1, 157:6
**narrow** [1] - 142:2
**near** [2] - 149:20, 160:4
**necessarily** [2] - 27:21, 195:16
**necessary** [1] - 11:14
**need** [13] - 26:25, 35:7, 42:8, 54:7, 73:18, 73:25, 100:6, 150:11, 152:24, 154:15, 163:25, 203:1, 217:9
**needed** [15] - 25:15, 72:6, 73:22, 88:3, 132:4, 146:18, 147:1, 147:22, 148:18, 148:20, 150:22, 154:13, 154:14, 156:16, 164:2
**needs** [4] - 5:19, 11:23, 18:7, 144:14
**negative** [1] - 129:6
**negotiate** [2] - 66:9, 213:23
**negotiating** [4] - 61:21, 63:1, 66:10, 66:12
**negotiations** [4] - 66:23, 68:7, 74:24, 82:10
**negotiator** [1] - 173:4

**neighbors** [1] - 97:8
**nephew** [1] - 160:16
**net** [3] - 42:14, 64:6, 64:7
**never** [17] - 16:9, 28:19, 29:23, 40:15, 50:19, 50:22, 68:5, 77:25, 111:24, 125:20, 128:2, 152:13, 186:18, 186:21, 188:14, 208:16, 209:1
**new** [7] - 65:17, 73:2, 87:3, 97:22, 176:16, 243:15
**New** [5] - 78:20, 78:21, 78:22, 79:5, 173:5
**next** [14] - 8:24, 11:6, 43:20, 54:25, 85:21, 95:10, 133:6, 174:23, 177:8, 177:24, 179:17, 210:25, 228:24, 245:2
**Ng** [6] - 131:17, 133:10, 146:2, 147:11, 218:22, 219:1
**Nguyen** [1] - 198:25
**nice** [10] - 97:19, 132:7, 132:8, 148:8, 148:9, 148:10, 210:9, 211:24, 227:15, 227:20
**nine** [4] - 90:20, 92:5, 94:1, 96:12
**nobody** [1] - 239:14
**nonaluminum** [10] - 12:9, 12:16, 12:22, 21:11, 23:23, 25:6, 25:8, 25:16, 37:1
**none** [8] - 85:12, 132:16, 136:4, 140:14, 162:6, 187:1, 187:6, 193:1
**nonexclusive** [1] - 44:15
**nonexecutive** [1] - 124:8
**nonextruded** [11] - 23:16, 23:20, 23:24, 23:25, 24:3, 24:4, 24:22, 25:10, 25:11, 25:15, 51:4
**noodles** [1] - 64:23
**normal** [4] - 5:23, 5:24, 73:17, 194:12
**normally** [2] - 9:5, 89:16
**north** [1] - 68:5
**NORTH** [2] - 1:24,

2:10
**northeastern** [1] - 90:1
**note** [3] - 47:25, 65:20, 193:2
**noted** [2] - 117:10, 121:3
**notes** [4] - 188:11, 192:25, 199:17, 239:5
**nothing** [6] - 27:7, 55:6, 80:22, 86:4, 185:23, 193:2
**notice** [3] - 114:4, 119:5, 120:10
**noticed** [1] - 4:8
**nowhere** [1] - 25:4
**nuance** [1] - 59:5
**number** [21] - 8:25, 16:5, 18:6, 18:16, 20:8, 27:19, 64:11, 64:12, 93:12, 169:22, 170:25, 216:3, 217:3, 217:8, 217:9, 218:3, 218:4, 218:10, 222:20, 232:12, 234:5
**NUMBER** [2] - 3:8, 3:12
**Number** [1] - 156:13
**numbers** [2] - 124:13, 222:5
**numerous** [1] - 121:18
**NW** [1] - 2:18

## O

**o'clock** [4] - 115:8, 243:23, 243:24, 244:1
**O-l-i-v-e-r** [1] - 55:13
**oath** [2] - 4:11, 200:17
**object** [5] - 15:8, 19:19, 83:12, 83:14, 120:24
**objecting** [3] - 29:4, 29:10, 29:18
**Objection** [7] - 118:17, 198:21, 223:17, 224:20, 231:5, 238:17, 240:15
**objection** [50] - 16:21, 17:2, 17:19, 18:9, 20:21, 26:2, 26:14, 28:7, 34:24, 37:14, 51:25, 52:9, 54:2, 54:8, 54:22, 57:21, 59:18, 59:23, 66:3, 68:16, 68:19, 73:13, 75:3, 81:20,

82:13, 83:24, 84:11, 99:19, 104:6, 104:8, 110:23, 111:7, 112:3, 117:8, 117:9, 121:4, 124:3, 124:24, 127:7, 137:21, 141:25, 142:10, 144:3, 184:9, 199:3, 225:10, 225:25, 232:22, 233:23, 238:4
**observe** [1] - 174:15
**observed** [3] - 125:18, 138:5, 198:7
**obtain** [1] - 88:20
**obviously** [3] - 74:5, 218:20, 242:12
**occasion** [1] - 57:7
**occasions** [2] - 161:13, 167:13
**occurred** [4] - 17:10, 19:15, 20:5, 20:8
**October** [8] - 16:14, 32:2, 33:10, 34:1, 35:24, 101:12, 102:16, 130:13
**odd** [1] - 182:25
**OF** [14] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 246:2, 246:4, 246:6, 246:10, 246:12, 246:15, 246:16
**offer** [3] - 9:23, 28:10, 126:17
**offered** [8] - 41:23, 42:10, 42:12, 60:5, 60:18, 75:18, 208:25
**offering** [2] - 60:11, 107:14
**office** [12] - 27:18, 27:20, 72:11, 72:15, 72:17, 72:22, 73:1, 75:13, 95:23, 132:3, 132:22
**officer** [3] - 57:8, 59:1, 68:8
**offices** [3] - 27:18, 73:2, 182:8
**OFFICIAL** [3] - 1:24, 246:8, 246:23
**official** [2] - 5:5, 5:20
**officials** [2] - 5:6, 5:11
**offshore** [2] - 110:13, 136:13
**old** [3] - 231:9, 232:20, 233:19
**Oliver** [7] - 55:1, 55:12, 181:25, 194:7, 195:3, 195:13, 195:17

**ON** [2] - 2:6, 2:12
**once** [7] - 8:4, 36:14, 38:10, 71:4, 108:10, 157:3, 169:9
**one** [111] - 8:17, 11:22, 11:23, 16:11, 17:13, 18:19, 19:2, 20:5, 21:6, 22:13, 22:24, 29:20, 32:1, 35:14, 36:10, 44:24, 47:23, 48:8, 49:6, 54:11, 56:20, 57:15, 60:6, 67:17, 69:12, 70:13, 70:16, 72:19, 73:16, 74:15, 75:7, 75:17, 75:18, 75:20, 76:1, 76:19, 77:7, 78:4, 78:17, 80:9, 82:6, 84:10, 84:15, 84:18, 84:21, 85:6, 85:7, 89:19, 89:25, 90:25, 97:8, 98:20, 98:24, 99:23, 100:2, 104:15, 105:24, 105:25, 124:11, 125:25, 139:11, 139:12, 141:17, 145:8, 151:19, 152:2, 157:8, 161:20, 163:9, 166:12, 166:14, 166:15, 166:20, 167:16, 167:20, 167:22, 168:18, 170:1, 171:21, 177:21, 177:22, 177:24, 178:2, 181:16, 184:12, 185:22, 194:22, 195:22, 198:16, 205:15, 205:21, 210:3, 211:10, 216:8, 216:11, 219:24, 223:11, 228:16, 228:18, 230:20, 230:22, 232:17, 233:12, 233:15, 235:18, 242:20
**one-ton** [1] - 141:17
**ones** [3] - 166:18, 187:9, 221:19
**ongoing** [3] - 141:14, 148:16, 148:20
**online** [1] - 13:19
**Ontario** [16] - 98:6, 98:22, 99:24, 129:18, 131:7, 133:6, 138:15, 141:16, 141:18, 174:10, 177:21, 215:16, 221:11, 221:13, 222:18, 223:7

**oops** [1] - 140:15
**open** [2] - 107:5, 144:19
**opened** [2] - 234:2, 234:5
**operate** [3] - 72:6, 87:23, 124:16
**operation** [3] - 56:16, 59:8, 78:18
**operations** [3] - 56:15, 56:19, 90:3
**opinion** [12] - 20:23, 26:4, 26:25, 27:1, 37:7, 37:21, 38:21, 45:7, 75:18, 97:17, 200:5
**opinions** [4] - 58:18, 115:11, 186:4, 243:19
**opportunity** [1] - 53:18
**oral** [3] - 190:3, 190:22, 191:3, 192:15, 193:18
**orally** [2] - 190:18, 190:24
**Orange** [4] - 97:1, 219:4, 236:17, 236:18
**orange** [1] - 116:3
**orchestrated** [1] - 214:16
**orchestrating** [1] - 215:15
**order** [96] - 4:17, 4:19, 4:22, 5:11, 8:14, 8:16, 8:21, 9:6, 10:18, 12:3, 12:6, 12:23, 12:24, 13:1, 13:3, 13:4, 14:2, 15:2, 15:5, 15:7, 15:25, 16:3, 16:8, 16:19, 17:18, 17:23, 18:7, 18:18, 19:9, 19:13, 21:9, 21:13, 22:2, 22:4, 22:6, 22:8, 22:15, 24:25, 25:3, 25:4, 25:6, 25:9, 25:11, 25:16, 25:17, 25:24, 26:11, 26:12, 27:4, 27:5, 27:20, 27:23, 30:7, 31:11, 32:11, 32:12, 32:22, 33:11, 33:15, 33:18, 34:1, 35:5, 37:25, 38:15, 38:16, 44:3, 44:5, 44:6, 45:16, 46:20, 49:25, 50:8, 51:12, 51:16, 52:7, 52:18, 52:21, 53:13, 54:1, 62:20, 75:9, 100:3, 105:21, 116:25,

150:14, 150:18,
150:21, 150:22,
161:7, 162:5, 164:14,
207:10, 208:23, 225:9
**orders** [25] - 13:11,
13:15, 17:24, 18:2,
25:12, 25:14, 25:21,
27:2, 27:8, 27:19,
30:9, 33:1, 33:7,
45:12, 46:3, 46:15,
47:10, 47:24, 49:15,
49:18, 49:21, 51:14,
54:6, 125:19, 174:18
**ordinary** [2] - 39:16,
228:12
**organized** [1] - 15:4
**orient** [1] - 144:24
**origin** [1] - 96:13
**original** [3] - 24:25,
236:1, 236:5
**originally** [3] - 157:2,
180:2, 180:3
**otherwise** [2] -
162:20, 245:7
**outgoing** [2] - 110:3,
111:5
**outlet** [1] - 149:24
**output** [3] - 69:13,
69:23, 70:1
**outside** [5] - 53:25,
54:8, 112:14, 112:15,
136:19
**outsized** [1] - 75:16
**outstanding** [1] -
138:13
**overall** [2] - 65:8,
68:11
**overcharge** [2] -
208:23, 209:1
**overcharging** [3] -
209:3, 210:4, 210:6
**overinflate** [4] -
148:14, 148:21,
211:12, 215:24
**overinflated** [2] -
215:25, 216:1
**overinflating** [1] -
218:2
**overruled** [29] -
15:14, 17:3, 17:20,
19:23, 20:2, 26:15,
29:13, 52:2, 58:2,
58:3, 59:19, 68:17,
73:14, 75:5, 81:22,
82:14, 83:15, 84:13,
99:21, 104:7, 111:8,
112:6, 117:11, 124:4,
127:9, 142:19, 144:5,
226:2, 240:17
**overview** [3] - 86:18,

86:23, 87:12
**owe** [1] - 176:15
**owed** [5] - 6:19,
129:8, 129:9, 129:10,
176:8
**owing** [1] - 176:16
**own** [13] - 7:22, 29:5,
65:21, 85:2, 97:4,
105:17, 222:5,
228:10, 230:5,
233:21, 241:1, 242:23
**owned** [2] - 58:6,
61:1, 145:10, 153:10,
172:22
**owner** [2] - 99:10,
99:11
**ownership** [1] -
118:9

---

# P

**packaged** [2] -
11:13, 162:9
**packed** [1] - 89:17
**pad** [1] - 148:15
**Page** [2] - 171:15,
206:19
**PAGE** [3] - 3:8, 3:12,
246:14
**page** [77] - 8:16,
8:24, 10:11, 14:10,
14:11, 14:12, 15:11,
16:11, 22:7, 22:23,
23:8, 30:1, 30:5,
33:15, 33:16, 38:21,
38:22, 38:23, 38:24,
43:4, 45:13, 45:15,
47:17, 48:16, 48:22,
65:3, 65:23, 67:2,
101:6, 101:14,
101:15, 101:21,
103:7, 103:8, 103:20,
110:14, 114:2, 116:2,
116:3, 120:14,
121:16, 121:17,
121:21, 123:11,
123:13, 123:15,
126:25, 127:2, 128:5,
128:9, 129:25,
135:23, 140:8,
151:24, 152:2,
156:19, 170:14,
170:15, 170:22,
171:10, 171:15,
171:21, 171:22,
171:24, 172:1, 172:3,
181:4, 206:16,
206:23, 217:17,
222:23, 239:22, 240:2
**pages** [6] - 113:5,

128:4, 177:3, 217:20,
235:24, 239:25
**paid** [10] - 7:16,
141:13, 152:14,
152:24, 153:9,
159:16, 159:19,
159:20, 169:3, 232:10
**Pallet** [1] - 170:13
**pallet** [6] - 50:17,
168:2, 171:2, 171:19,
172:5, 187:11
**pallets** [73] - 8:11,
12:20, 19:15, 20:5,
20:13, 20:14, 20:17,
20:20, 21:8, 22:2,
27:5, 27:9, 27:16,
38:12, 45:11, 46:23,
46:25, 47:12, 49:21,
50:2, 52:23, 69:5,
69:16, 70:3, 70:9,
134:6, 141:19, 143:5,
144:16, 161:3,
163:19, 163:21,
163:24, 165:12,
166:2, 166:19,
166:23, 167:12,
167:21, 168:4, 168:6,
168:13, 168:21,
168:24, 169:6,
169:15, 169:19,
169:22, 170:18,
170:25, 171:8,
171:12, 171:18,
172:10, 172:11,
172:13, 172:16,
172:21, 181:22,
187:1, 187:6, 187:15,
187:25, 191:16,
191:17, 193:7,
193:17, 197:6,
197:22, 198:13,
198:19, 199:1
**pane** [1] - 10:14
**panels** [1] - 10:15
**paper** [2] - 173:9,
188:21
**paragraph** [12] -
22:8, 22:24, 39:22,
43:8, 63:12, 65:2,
65:15, 206:19,
206:20, 206:22,
206:23, 222:24
**parameters** [2] -
66:12, 66:21
**parcel** [2] - 72:13,
180:11
**parcels** [1] - 149:19
**parent** [1] - 14:10
**parentheses** [1] -
11:9

**Park** [1] - 97:8
**parking** [1] - 89:18
**part** [26] - 8:13, 9:14,
9:16, 9:19, 10:7, 11:6,
24:25, 30:2, 30:4,
39:21, 40:12, 40:15,
40:16, 45:25, 48:2,
48:4, 67:7, 67:8,
68:24, 71:18, 80:15,
83:17, 84:21, 87:9,
153:6, 238:8
**partake** [3] - 107:7,
107:17, 163:18
**participated** [1] -
185:16
**participating** [2] -
107:25, 125:21
**particular** [27] - 15:1,
15:11, 16:19, 18:17,
18:22, 28:13, 29:7,
32:21, 62:25, 66:21,
89:18, 104:5, 111:17,
133:12, 138:25,
145:7, 146:14,
147:21, 148:4, 148:6,
166:25, 168:16,
171:1, 192:12,
204:17, 204:25,
239:22
**parties** [11] - 36:15,
36:24, 39:11, 39:12,
39:15, 40:18, 66:11,
210:2, 210:5, 210:10,
245:2
**partly** [1] - 211:15
**partner** [10] - 61:7,
66:9, 102:23, 118:21,
118:25, 119:5,
189:15, 227:9,
227:10, 227:12
**Partners** [16] - 87:2,
100:14, 102:7,
102:14, 103:5,
108:16, 108:22,
109:24, 111:6,
113:16, 120:7,
120:17, 127:21,
128:1, 128:15, 189:16
**partners** [1] - 175:4
**Partners'** [1] -
128:13
**partook** [1] - 237:6
**parts** [31] - 9:12,
10:8, 11:13, 11:14,
12:9, 12:13, 12:14,
12:15, 12:16, 12:22,
21:11, 22:19, 23:16,
23:23, 24:7, 24:8,
24:13, 24:16, 24:22,
24:24, 25:5, 25:6,

25:8, 25:10, 25:11,
25:16, 37:2, 43:15,
48:4, 48:23
**party** [6] - 35:5,
53:17, 53:23, 209:25,
210:2, 210:3
**passes** [1] - 8:4
**past** [6] - 30:8,
30:24, 30:25, 31:1,
41:3, 202:9
**pattern** [1] - 146:15
**paused** [1] - 229:13
**pay** [11] - 5:17, 6:4,
88:1, 152:16, 153:8,
153:9, 154:7, 157:4,
159:17, 235:8, 235:11
**payable** [2] - 7:4,
129:3
**paycheck** [1] -
186:21
**payment** [5] - 7:13,
152:23, 154:12,
154:14, 158:11
**payments** [1] - 152:5
**pending** [1] - 38:18
**Pengcheng** [7] -
95:17, 96:7, 96:13,
96:14, 96:17, 97:22,
174:9
**people** [27] - 13:1,
13:16, 13:25, 14:20,
18:6, 27:15, 53:24,
57:4, 111:5, 123:23,
143:12, 162:21,
188:8, 188:19, 194:6,
195:20, 196:6,
196:11, 196:19,
196:22, 196:24,
198:7, 202:5, 202:7,
202:9, 240:14
**Peoples** [1] - 136:19
**per** [6] - 17:15, 64:6,
132:6, 171:2, 171:19
**percent** [9] - 6:4, 6:6,
34:7, 34:16, 70:21,
70:22, 84:22, 84:24,
161:8
**percentage** [6] - 6:7,
33:23, 34:3, 34:5,
34:13, 36:2
**perfect** [1] - 86:13
**PERFECTUS** [2] -
1:9, 1:10
**Perfectus** [18] - 6:23,
25:2, 34:22, 36:11,
38:2, 39:12, 39:24,
50:22, 59:23, 95:12,
174:11, 186:19,
186:21, 186:24,
197:13, 197:21,

198:18, 198:25
**performance** [1] -
88:19
**performed** [1] -
141:14
**period** [18] - 6:8,
6:24, 7:15, 7:19, 7:24,
17:9, 19:16, 20:18,
30:17, 142:13,
149:22, 187:15,
197:25, 202:10,
203:14, 225:15,
227:5, 232:24
**periods** [1] - 202:8
**permanently** [4] -
9:13, 10:9, 22:20,
43:16
**permission** [5] -
117:13, 117:18,
135:17, 155:13, 217:7
**person** [24] - 21:19,
40:10, 76:10, 91:10,
92:18, 93:18, 94:16,
105:7, 136:18, 137:3,
147:23, 161:16,
161:17, 161:18,
173:12, 173:18,
176:8, 190:21,
190:22, 192:18,
198:25, 209:20,
213:18, 235:20
**personal** [13] - 85:2,
88:2, 88:3, 114:14,
132:6, 173:3, 176:6,
204:3, 209:21,
211:15, 222:14,
227:25, 228:10
**personality** [1] -
211:14
**personally** [2] - 84:6,
85:4
**perspective** [1] -
54:21
**pertinent** [1] -
240:23
**Peters** [1] - 97:7
**petitioner** [5] -
21:21, 22:16, 33:21,
50:14, 53:21
**petitioner's** [1] -
52:22
**PH** [1] - 1:25
**phone** [5] - 35:7,
147:23, 161:16,
192:19, 193:2
**phonetically** [1] -
112:22
**photo** [4] - 91:18,
93:18, 93:19, 151:14
**photograph** [9] -

91:11, 92:19, 93:3,
94:17, 94:23, 137:4,
170:17, 173:19, 174:3
**photos** [1] - 230:25
**phrase** [1] - 210:19
**physical** [3] - 40:16,
142:23, 142:25
**physically** [1] - 143:1
**pick** [1] - 220:7
**picking** [1] - 189:9
**picture** [6] - 10:14,
49:10, 91:6, 91:7,
91:12, 151:17
**piece** [2] - 58:5, 61:1
**pig** [2] - 164:14,
168:5
**piling** [1] - 134:7
**pipeline** [1] - 146:16
**place** [11] - 12:3,
14:14, 16:4, 23:7,
27:3, 35:3, 129:19,
161:18, 185:4,
200:11, 200:12
**placed** [1] - 216:4
**plain** [1] - 46:2
**PLAINTIFF** [2] - 1:7,
2:6
**plan** [1] - 172:20
**planned** [1] - 183:11
**planning** [3] - 56:19,
78:16, 164:9
**plant** [5] - 63:14,
144:8, 144:18,
181:19, 183:12
**plants** [1] - 169:17
**plea** [2] - 87:7, 87:13
**plead** [1] - 87:9
**pled** [2] - 87:11,
185:19
**plug** [1] - 183:9
**plus** [2] - 97:4,
225:22
**Po** [1] - 86:10
**PO** [1] - 86:10
**Po-Chi** [1] - 86:10
**pocket** [1] - 205:12
**pocketed** [1] - 215:8
**point** [20] - 5:18, 7:6,
7:11, 8:5, 12:11,
12:21, 17:14, 19:9,
35:9, 46:5, 58:25,
59:9, 67:21, 68:1,
76:10, 127:25, 136:5,
198:16, 243:13,
244:18
**pointed** [2] - 50:8,
132:3
**points** [1] - 75:20
**Pok** [3] - 71:14,
175:24, 196:2

**policy** [1] - 86:21
**POONAM** [1] - 2:7
**Pop** [3] - 156:24,
156:25, 157:19
**popular** [1] - 89:13
**population** [2] -
56:25, 57:3
**port** [1] - 168:12
**Port** [3] - 153:21,
153:22
**portfolio** [2] - 70:5,
84:23
**portion** [19] - 33:15,
48:1, 49:4, 72:15,
72:17, 127:4, 127:5,
129:3, 132:3, 133:2,
133:19, 133:24,
151:17, 151:21,
152:1, 152:3, 170:20,
171:14
**portrayed** [1] - 227:4
**ports** [1] - 44:9
**position** [7] - 22:11,
27:22, 56:7, 72:8,
107:18, 107:20,
131:15
**possession** [1] -
188:23
**possibility** [1] -
197:4
**possible** [4] - 41:1,
58:5, 133:14, 183:7
**post** [2] - 7:2, 122:10
**post-IPO** [1] - 122:10
**postage** [1] - 207:16
**posted** [1] - 6:12
**posts** [1] - 6:23
**POTASHNER** [77] -
2:14, 99:19, 104:6,
104:10, 110:23,
111:7, 111:14, 112:3,
117:8, 118:17,
120:22, 121:5,
123:19, 124:3,
124:24, 127:7,
137:21, 141:25,
142:10, 144:3, 189:4,
189:6, 195:7, 195:11,
195:12, 195:19,
198:24, 199:5, 203:6,
203:11, 203:16,
205:20, 206:1,
206:14, 206:15,
207:3, 207:20, 209:9,
211:1, 211:8, 216:7,
216:11, 216:13,
216:18, 216:21,
217:6, 217:15,
220:15, 220:17,
220:25, 222:2, 222:3,

222:7, 223:4, 223:20,
224:18, 224:22,
225:7, 225:13, 226:5,
230:4, 231:8, 231:19,
231:21, 233:3, 234:1,
238:5, 238:14,
238:19, 239:24,
240:1, 240:8, 240:22,
242:8, 242:14,
242:21, 243:11
**potential** [5] - 57:20,
61:21, 67:21, 89:25,
225:1
**pounds** [3] - 171:3,
171:19, 172:7
**power** [4] - 73:20,
73:22, 73:24, 74:2
**practice** [2] - 39:16,
194:14
**PRC** [5] - 33:8, 33:9,
112:14, 155:23,
158:20
**pre** [2] - 122:10,
126:17
**pre-IPO** [2] - 122:10,
126:17
**precise** [1] - 229:4
**prelPO** [4] - 107:17,
115:2, 115:3, 178:16
**preliminary** [5] -
47:4, 47:5, 47:24,
48:10, 67:10
**prepare** [2] - 62:22,
169:19, 228:5
**prepared** [2] -
154:14, 241:3
**presence** [2] - 90:7
**present** [7] - 5:13,
5:15, 161:23, 175:22,
182:11, 194:6
**presented** [5] - 5:3,
5:10, 15:9, 19:21,
29:22, 58:5, 73:7,
162:25, 206:3
**PRESIDING** [1] - 1:4
**pretrial** [2] - 123:6,
126:21
**pretty** [5] - 21:6,
97:3, 200:11, 202:24,
214:13
**prevented** [2] -
146:23, 180:13
**previous** [3] - 23:2,
131:15, 132:6
**previously** [2] -
22:25, 131:21
**price** [24] - 41:19,
41:20, 41:22, 41:23,
42:1, 42:5, 42:10,
42:11, 42:15, 42:17,

42:20, 132:12,
135:25, 146:19,
148:2, 148:15,
209:19, 209:21,
211:4, 215:24,
215:25, 216:1, 218:2
**prices** [4] - 41:16,
42:8, 42:14, 42:15
**prided** [1] - 74:17
**primarily** [2] -
141:16, 183:16
**primary** [5] - 70:11,
70:13, 75:8, 76:15,
78:6
**printout** [1] - 15:18
**private** [8] - 70:24,
81:11, 81:19, 84:7,
85:2, 85:5, 97:4,
176:7
**privately** [1] - 70:23
**privilege** [1] - 234:21
**problem** [7] - 41:24,
42:3, 42:13, 42:20,
77:9, 77:10, 162:24
**procedures** [1] -
13:6
**proceed** [1] - 75:11
**proceeded** [1] -
132:8
**proceeding** [5] -
36:15, 40:12, 40:17,
41:2, 50:4
**PROCEEDINGS** [3] -
1:17, 245:13, 246:13
**proceedings** [1] -
200:15
**process** [16] - 10:2,
13:6, 53:11, 53:13,
54:11, 54:12, 64:3,
64:15, 66:23, 70:20,
97:24, 111:4, 154:15,
175:11
**processed** [4] - 64:5,
64:7, 68:10, 69:22
**processing** [5] -
61:1, 64:17, 69:6,
78:22, 164:1
**procession** [1] - 6:18
**procure** [1] - 89:5
**produce** [2] - 163:2,
163:3
**produced** [7] -
143:6, 152:23,
159:20, 161:8, 166:3,
166:19, 178:12
**producer** [1] - 52:24
**producing** [1] -
41:21
**product** [25] - 4:24,
6:2, 6:3, 9:5, 9:18,

11:17, 11:22, 12:8, 13:9, 13:13, 23:3, 24:15, 25:5, 38:15, 38:18, 40:14, 41:19, 41:21, 42:5, 42:6, 47:3, 64:16, 64:23, 163:2, 163:6
**Production** [3] - 98:10, 138:19, 139:16
**PRODUCTION** [1] - 1:12
**production** [16] - 42:2, 61:5, 63:5, 64:4, 64:25, 67:11, 70:17, 71:16, 145:9, 150:18, 154:2, 164:7, 164:8, 167:22, 167:24, 168:6
**products** [14] - 5:2, 5:4, 5:23, 12:20, 22:17, 24:2, 24:21, 25:14, 25:21, 33:22, 44:16, 46:7, 96:1, 161:9
**profession** [1] - 90:21
**professional** [4] - 34:20, 86:23, 200:4, 200:6
**professionalism** - 245:5
**profiles** [2] - 141:17, 160:23
**profit** [5] - 108:5, 108:13, 148:23, 180:8, 219:18
**profited** [2] - 108:8, 180:4
**progression** [1] - 51:11
**project** [46] - 57:20, 58:5, 58:8, 59:15, 61:3, 61:6, 65:8, 65:22, 67:8, 67:12, 67:13, 67:16, 68:2, 68:12, 69:9, 70:23, 71:3, 72:2, 74:6, 74:13, 74:20, 75:11, 76:3, 76:25, 77:4, 77:15, 80:18, 81:9, 81:18, 82:11, 145:13, 146:20, 179:17, 180:12, 181:11, 181:15, 181:24, 182:6, 182:18, 182:23, 183:8, 183:10, 183:11, 183:20, 211:5, 211:11
**projects** [1] - 75:23
**prompted** [2] - 150:11, 161:5

**proper** [2] - 39:19, 195:5
**properties** [2] - 147:3, 177:20
**property** [21] - 58:6, 61:2, 65:14, 65:21, 72:13, 97:2, 97:9, 100:3, 131:6, 132:5, 132:8, 138:23, 141:13, 147:21, 148:18, 178:3, 180:2, 181:6, 204:3
**proposal** [3] - 59:17, 60:23, 60:25
**proposed** [10] - 61:3, 63:16, 63:17, 64:3, 65:4, 65:6, 65:18, 65:22, 72:6, 76:21
**prosecuted** [2] - 236:10, 236:21
**prospectus** [3] - 115:3, 126:9, 126:17
**provided** [4] - 41:12, 70:5, 83:1, 175:3
**province** [1] - 105:15
**public** [32] - 13:19, 13:24, 31:14, 31:15, 51:16, 52:20, 52:25, 56:18, 61:13, 61:16, 62:4, 70:19, 70:20, 70:22, 81:14, 83:10, 84:7, 84:10, 84:15, 84:17, 84:19, 85:3, 85:5, 86:20, 107:14, 118:13, 126:6, 229:23, 230:1, 230:3, 230:7
**publication** [1] - 183:4
**publicly** [2] - 70:15, 83:7
**publish** [7] - 14:15, 47:19, 93:17, 117:13, 117:18, 135:17, 155:13
**published** [4] - 13:15, 13:16, 13:24, 19:22
**publishes** [2] - 13:21, 44:6
**publishing** [1] - 103:16
**pull** [5] - 8:18, 15:19, 38:23, 42:24, 82:20
**pulled** [1] - 183:9
**pulling** [1] - 82:1
**pulls** [1] - 107:4
**punching** [1] - 11:16
**purchase** [19] - 98:2, 129:19, 129:21,

132:12, 132:15, 135:25, 136:3, 139:6, 148:2, 148:15, 150:23, 173:9, 174:19, 180:16, 204:2, 209:17, 214:7, 215:15, 230:24
**purchased** [23] - 88:1, 99:10, 129:16, 129:17, 130:15, 132:11, 132:17, 132:19, 132:21, 133:7, 134:9, 135:1, 135:24, 138:16, 139:15, 141:8, 141:22, 147:21, 172:25, 175:8, 180:2, 180:3, 228:3
**purchases** [2] - 99:16, 149:14
**purchasing** [2] - 88:22, 99:4
**pure** [4] - 166:25, 167:2, 167:6, 167:8
**purely** [2] - 40:15, 224:12
**purported** [2] - 47:8, 157:11
**purpose** [7] - 71:23, 71:24, 104:5, 107:13, 107:18, 133:11, 140:13
**purposes** [3] - 134:1, 138:10, 166:20
**PURSUANT** [1] - 246:10
**pursuant** [5] - 39:16, 42:16, 87:6, 123:5, 126:20
**pursue** [2] - 63:4, 70:24
**pushback** [1] - 78:1
**put** [23] - 6:24, 15:1, 16:11, 18:24, 19:6, 31:13, 34:2, 67:4, 67:18, 70:21, 78:3, 82:19, 84:20, 106:14, 162:10, 166:21, 167:21, 188:21, 206:24, 206:25, 217:7, 234:14, 239:8
**puts** [2] - 209:20, 234:11
**putting** [2] - 168:11, 204:7

**Q**

Q-I-A-N-C-H-I-N-G [1] - 122:16

Q-I-A-N-X-I-A-N-G [2] - 157:24, 159:6
**Qianching** [1] - 122:15
**Qianxiang** [6] - 156:24, 157:17, 157:22, 157:23, 159:3
**qualifies** [1] - 167:7
**qualify** [4] - 22:17, 24:14, 167:9, 193:8
**quantified** [2] - 227:6, 227:15
**quantities** [2] - 112:18, 133:2
**quarter** [3] - 13:20, 139:14, 236:21
**questioned** [1] - 76:22
**questioning** [1] - 114:18
**questions** [12] - 44:21, 50:24, 54:16, 81:4, 81:5, 82:4, 85:11, 183:24, 231:17, 242:4, 242:9, 242:13
**quickly** [1] - 133:14
**quite** [4] - 125:17, 193:15, 208:16, 229:3
**quote/unquote** [3] - 207:22, 221:9, 240:11
**quoted** [1] - 215:24

**R**

**race** [1] - 139:12
**Rahan** [1] - 196:4
**rainy** [2] - 234:18, 234:23
**raise** [1] - 86:1
**raised** [5] - 21:19, 21:20, 26:11, 73:15, 202:17
**ramped** [1] - 168:7
**ran** [6] - 85:8, 85:9, 114:20, 160:10, 174:8, 234:13
**Rando** [1] - 232:4
**random** [1] - 156:18
**range** [1] - 218:8
**rate** [4] - 187:17, 187:20, 187:21, 188:2
**rather** [2] - 240:14, 243:15
**raw** [5] - 144:15, 167:6, 169:16, 187:17, 187:22
**re** [1] - 144:9
**re-mill** [1] - 144:9

**reached** [1] - 236:24
**reaction** [3] - 104:23, 104:24, 162:11
**read** [14] - 9:16, 9:20, 13:2, 25:3, 43:13, 63:24, 65:7, 65:16, 65:24, 67:2, 80:7, 165:4, 206:20, 207:4
**readily** [1] - 72:3
**reading** [4] - 25:2, 206:10, 206:24, 222:21
**reads** [2] - 36:6, 62:17
**ready** [1] - 106:21
**real** [9] - 76:24, 87:4, 90:4, 96:24, 131:12, 131:15, 147:3, 180:13, 204:3
**realistic** [1] - 156:16
**realize** [1] - 212:11
**really** [16] - 67:20, 67:22, 72:7, 74:16, 75:25, 80:21, 106:24, 133:23, 148:16, 148:19, 198:10, 205:7, 208:10, 227:15, 227:20, 237:10
**reason** [12] - 9:6, 21:10, 53:11, 53:15, 53:16, 76:20, 77:19, 78:6, 78:11, 78:13, 189:25
**reasons** [6] - 7:21, 76:15, 76:18, 77:7, 78:5
**reassess** [2] - 7:25, 8:5
**rebate** [3] - 163:13, 167:9, 167:10
**receive** [9] - 17:14, 26:24, 78:25, 150:20, 152:20, 152:22, 154:12, 154:17, 158:7
**received** [69] - 29:25, 31:23, 31:24, 33:5, 43:1, 62:5, 79:17, 79:18, 91:15, 91:16, 92:25, 93:1, 95:4, 95:5, 101:2, 101:3, 102:11, 102:12, 103:14, 103:15, 109:1, 109:2, 109:19, 109:20, 113:24, 113:25, 117:12, 119:22, 119:23, 123:8, 123:9, 126:22, 126:23, 128:21, 128:22, 130:9,

130:10, 131:3, 131:4,
134:21, 134:22,
135:15, 135:16,
137:10, 137:11,
138:10, 140:2, 140:3,
140:25, 141:1, 146:6,
146:7, 154:25,
155:11, 155:12,
158:16, 158:17,
165:1, 165:2, 166:6,
166:7, 170:7, 170:8,
173:25, 174:1,
177:16, 177:17,
181:2, 181:3
 **receiving** [1] - 138:5
 **recently** [2] - 69:8,
72:20
 **recess** [1] - 115:13
 **recognize** [34] -
91:10, 92:18, 93:18,
94:16, 100:20, 101:7,
101:17, 103:2, 103:8,
108:21, 113:9,
113:18, 116:21,
116:23, 119:10,
120:1, 123:1, 126:14,
130:2, 130:24,
135:11, 137:3,
139:20, 140:21,
145:18, 151:14,
154:23, 158:3,
164:19, 165:17,
173:18, 176:22,
180:21, 200:14
 **recollect** [2] -
182:25, 200:21
 **recollection** [11] -
130:14, 199:20,
199:22, 205:18,
207:5, 216:5, 218:1,
222:22, 239:6,
239:12, 243:8
 **record** [15] - 4:5,
55:11, 61:13, 61:17,
78:9, 86:9, 95:2,
115:15, 117:10,
119:25, 120:23,
122:14, 124:1, 186:8,
244:7
 **records** [6] - 62:4,
108:20, 108:22,
109:10, 128:15,
128:17
 **recount** [1] - 222:12
 **recover** [1] - 80:19
 **recross** [1] - 51:1
 **RECROSS** [4] - 3:3,
51:2, 51:9, 81:7
 **RECROSS-
EXAMINATION** [3] -

51:2, 51:9, 81:7
 **Red** [5] - 152:19,
153:3, 156:2, 157:20
 **red** [3] - 156:2,
176:7, 179:7
 **redirect** [2] - 44:22,
54:9
 **REDIRECT** [3] - 3:3,
45:1, 82:8
 **reduced** [5] - 150:16,
163:7, 163:13,
163:14, 163:15
 **refer** [7] - 58:10,
58:13, 83:6, 91:22,
92:6, 92:13, 136:22
 **reference** [2] - 32:19,
69:16
 **referenced** [9] -
23:8, 69:6, 92:4,
98:18, 123:23, 134:3,
146:2, 146:12, 157:8
 **references** [2] -
235:25, 236:1
 **referred** [7] - 77:13,
88:17, 92:11, 94:4,
94:9, 97:2, 234:23
 **referring** [3] - 80:5,
91:23, 205:16
 **refinery** [1] - 124:19
 **reflect** [5] - 4:5, 67:3,
115:15, 186:8, 244:7
 **reflected** [3] - 65:14,
65:16, 189:19
 **reflecting** [4] -
189:22, 192:10,
199:6, 235:22
 **refresh** [12] - 11:3,
130:14, 205:18,
207:5, 216:5, 222:22,
223:1, 239:6, 239:12,
239:16, 239:19, 243:8
 **refreshed** [1] - 223:6
 **refreshes** [6] - 206:5,
206:8, 206:12,
207:15, 207:16,
217:13
 **refreshing** [1] -
206:3
 **regard** [4] - 12:2,
118:16, 119:3, 141:9
 **regarding** [15] -
46:11, 47:12, 48:1,
49:21, 50:16, 162:2,
184:1, 189:20,
189:24, 190:5,
191:10, 193:4,
193:11, 193:17,
193:25
 **regardless** [3] -
33:22, 34:5, 164:8

 **registration** [6] -
100:22, 102:6, 130:6,
139:23, 164:22,
180:24
 **regular** [1] - 128:16
 **regulation** [1] -
40:13
 **REGULATIONS** [1] -
246:15
 **rehabbing** [1] -
132:8
 **related** [5] - 6:1,
16:19, 61:21, 62:25,
71:2
 **relates** [1] - 85:8
 **relating** [3] - 27:5,
47:9, 226:18
 **relationship** [10] -
77:21, 90:15, 174:15,
174:24, 179:13,
183:2, 184:20, 185:7,
185:11, 203:5
 **relax** [1] - 106:22
 **relayed** [1] - 126:2
 **release** [3] - 114:16,
115:5, 116:13
 **released** [2] - 85:20,
116:25
 **relevance** [1] - 238:7
 **relevant** [1] - 39:5
 **reliquidate** [1] - 8:5
 **reliquidating** [1] -
39:6
 **reliquidation** [1] -
39:1
 **reluctantly** [1] -
179:16
 **rely** [7] - 34:19,
35:22, 36:6, 44:4,
44:13, 51:17, 188:24
 **remained** [1] - 39:17
 **remaining** [1] -
170:19
 **remedy** [1] - 36:17
 **remelt** [5] - 144:13,
167:3, 172:19, 173:7,
183:19
 **remelted** [1] - 167:5
 **remember** [28] -
4:11, 43:9, 43:11,
58:16, 115:9, 115:24,
153:12, 174:20,
186:2, 189:1, 205:12,
207:18, 207:19,
209:7, 209:8, 210:24,
218:2, 218:3, 221:11,
222:20, 224:15,
224:17, 228:17,
231:12, 237:12,
237:17, 240:5, 243:18

 **remembered** [6] -
89:23, 89:24, 194:16,
197:21, 198:18, 199:1
 **remembers** [1] -
206:9
 **remitted** [5] - 116:5,
120:16, 121:18,
121:23, 122:1
 **remitters** [1] - 110:12
 **removal** [2] - 189:22,
189:25
 **removed** [2] -
121:10, 121:11
 **renewed** [1] - 95:16
 **renovate** [1] - 178:4
 **renovated** [1] - 88:2
 **renovation** [1] -
223:13
 **renovations** [4] -
132:9, 132:25, 133:5,
141:11
 **repaid** [3] - 127:16,
127:23, 128:1
 **repairs** [2] - 132:4,
141:12
 **repeat** [8] - 17:6,
17:21, 52:3, 104:14,
112:7, 220:23, 223:2,
234:4
 **repetitive** [1] -
231:16
 **rephrase** [1] - 187:4
 **replace** [1] - 95:17
 **replaced** [2] - 87:3,
133:1
 **report** [16] - 61:20,
62:19, 62:22, 63:17,
87:15, 123:4, 205:17,
207:12, 224:13,
224:15, 224:19,
239:1, 239:10,
240:11, 243:7
 **Report** [1] - 62:14
 **REPORTED** [1] -
246:13
 **reporter** [2] - 94:7,
112:20
 **REPORTER** [5] -
1:24, 59:22, 246:2,
246:8, 246:23
 **REPORTER'S** [1] -
1:17
 **represent** [1] - 60:4
 **representation** [1] -
81:18
 **representations** [1] -
77:3
 **representatives** [1] -
71:17
 **represented** [2] -

58:6, 81:12
 **representing** [1] -
71:12
 **Republic** [1] - 136:20
 **request** [10] - 10:3,
27:8, 35:8, 50:20,
50:22, 52:23, 53:5,
53:14, 113:11, 113:12
 **requested** [2] -
13:11, 22:1, 50:19,
50:22, 53:2, 59:7,
62:23
 **requesting** [1] - 18:7
 **requests** [8] - 26:23,
26:24, 27:2, 47:9,
47:12, 50:12, 50:13,
50:15
 **require** [2] - 11:15,
65:8
 **requirements** [1] -
163:25
 **residence** [6] - 97:1,
97:5, 105:25, 106:13,
132:6, 133:16
 **residential** [3] -
96:24, 180:11, 228:23
 **residents** [1] - 88:2
 **resides** [2] - 105:23,
106:17
 **resign** [3] - 119:5,
119:13, 120:10
 **resignation** [2] -
120:18, 121:8
 **resources** [1] - 56:16
 **respect** [9] - 12:20,
27:23, 75:16, 92:1,
202:18, 209:16,
212:5, 213:5
 **respected** [1] -
106:17
 **respectful** [1] -
202:22
 **respectfully** [2] -
75:21, 107:12
 **respective** [3] - 4:6,
115:16, 186:9
 **respond** [1] - 35:5
 **response** [1] - 162:5
 **responsibilities** [1] -
56:12
 **responsibility** [1] -
157:6
 **responsible** [5] -
56:14, 56:16, 56:17,
57:17, 173:8
 **restaurant** [4] -
89:13, 203:20,
211:25, 221:4
 **restructure** [1] -
107:19

**restructuring** [5] - 126:4, 178:16, 224:25, 225:23, 230:3
**result** [5] - 21:7, 42:17, 64:6, 88:5, 118:10
**retained** [2] - 70:22, 84:24
**retire** [4] - 58:20, 115:12, 186:5, 243:20
**return** [1] - 114:22
**returned** [2] - 114:24, 236:3
**review** [16] - 7:16, 13:3, 13:5, 18:19, 25:12, 25:13, 25:18, 26:25, 27:10, 27:13, 31:10, 44:7, 45:9, 49:13, 95:13, 109:5
**reviewed** [6] - 8:21, 26:17, 26:21, 32:15, 47:4, 47:13
**reviews** [3] - 12:25, 13:14, 20:11
**RGK** [1] - 1:8
**Richard** [6] - 138:1, 138:4, 138:9, 154:11, 154:13, 156:15
**right-hand** [1] - 136:18
**rights** [2] - 36:10, 231:4
**ringing** [1] - 197:19
**ripped** [2] - 176:14, 235:18
**rise** [1] - 244:6
**rises** [1] - 199:23
**roads** [1] - 73:18
**robe** [1] - 200:14
**ROBERT** [1] - 2:17
**ROGER** [1] - 2:8
**role** [6] - 111:23, 112:1, 112:11, 141:9, 141:12, 227:8
**rolled** [2] - 64:24, 70:2
**rolling** [4] - 63:25, 124:18, 179:25, 181:12
**roof** [2] - 139:11, 145:12
**room** [16] - 57:19, 58:4, 58:20, 72:16, 75:25, 106:20, 107:4, 115:12, 186:5, 194:22, 195:20, 196:11, 238:6, 238:10, 238:11, 243:21
**ROOM** [1] - 1:24

**Rosemead** [1] - 89:14
**rough** [1] - 221:7
**roughly** [4] - 84:22, 135:25, 213:13, 220:10
**rounding** [1] - 218:5
**rules** [1] - 30:17
**ruling** [63] - 9:22, 10:3, 13:7, 13:13, 17:14, 17:16, 20:19, 21:4, 21:14, 21:15, 21:24, 23:1, 23:2, 23:5, 23:6, 23:7, 24:1, 24:19, 24:23, 26:12, 26:24, 31:12, 32:7, 32:12, 35:2, 35:12, 35:14, 35:16, 35:20, 35:21, 36:4, 36:5, 36:6, 36:10, 36:12, 36:13, 36:15, 36:25, 38:6, 38:10, 40:12, 40:23, 47:12, 49:14, 50:12, 50:15, 50:19, 50:22, 51:21, 52:6, 52:10, 52:17, 53:6, 53:9, 53:14, 53:17, 53:19, 53:20, 53:21, 53:23, 53:25, 123:6, 126:21
**rulings** [41] - 12:19, 13:17, 14:12, 14:21, 14:24, 15:3, 15:4, 15:18, 15:24, 16:2, 16:6, 16:7, 16:13, 16:17, 16:19, 16:20, 16:25, 17:10, 17:12, 17:23, 17:25, 18:3, 18:6, 18:16, 20:4, 20:15, 21:5, 21:7, 25:3, 25:13, 25:18, 26:17, 27:13, 27:14, 31:18, 46:13, 47:9, 49:13, 49:17, 54:7
**run** [5] - 9:1, 69:21, 73:22, 164:14, 204:11
**running** [3] - 56:20, 59:8, 76:1
**rural** [1] - 57:4
**Ruyak** [6] - 45:5, 46:11, 47:7, 47:15, 50:7, 189:9
**RUYAK** [59] - 2:17, 2:17, 4:13, 14:15, 14:18, 15:12, 15:15, 16:24, 17:4, 17:8, 18:4, 18:14, 19:4, 19:7, 19:25, 20:3, 21:1, 21:3, 26:7, 26:20, 28:5, 28:10,

28:15, 28:21, 29:4, 29:14, 30:1, 30:15, 31:6, 31:8, 31:21, 31:25, 33:14, 35:19, 37:10, 37:15, 37:17, 37:19, 40:7, 41:4, 51:3, 54:22, 59:20, 59:23, 60:2, 66:3, 81:5, 82:17, 82:19, 82:23, 83:18, 84:4, 84:14, 85:11, 184:9, 186:12, 186:14, 188:6, 245:12
**Ruyak's** [1] - 46:20

# S

**S-A-D-C-V** [1] - 150:10
**S-h-e-n** [1] - 86:11
**salary** [2] - 103:23, 103:25
**sale** [2] - 126:18, 157:18
**sales** [3] - 150:19, 159:11, 198:25
**Sameer** [1] - 196:5
**San** [4] - 57:2, 69:1, 149:20, 153:21
**sat** [2] - 238:25, 240:10
**satisfied** [1] - 75:10
**save** [2] - 162:15
**saw** [9] - 50:16, 60:7, 65:12, 73:2, 142:15, 152:9, 167:18, 167:20, 168:14
**scale** [6] - 68:3, 69:1, 74:5, 74:18, 131:20, 183:15
**scaled** [1] - 69:19
**scam** [1] - 207:10
**scammed** [1] - 224:10
**scams** [1] - 204:12
**scaring** [1] - 162:13
**schedule** [3] - 158:11, 228:5, 228:7
**schedules** [5] - 152:22, 152:24, 154:12, 154:14, 154:17
**scheduling** [1] - 245:2
**Scope** [1] - 9:1
**scope** [96] - 9:4, 9:10, 9:11, 9:22, 10:3, 10:5, 11:7, 12:11, 12:19, 12:25, 13:7,

13:9, 13:11, 13:14, 13:15, 13:17, 13:21, 14:11, 14:24, 15:3, 15:4, 17:12, 17:14, 17:25, 18:3, 18:6, 18:16, 20:15, 20:19, 21:4, 21:9, 21:14, 21:24, 23:1, 23:2, 24:23, 24:25, 26:17, 26:24, 31:12, 32:7, 32:12, 32:14, 32:22, 32:25, 33:22, 34:12, 35:2, 35:12, 35:14, 35:16, 35:20, 36:2, 36:9, 36:15, 37:24, 37:25, 38:10, 38:15, 38:16, 40:12, 40:15, 40:16, 40:23, 43:14, 44:3, 45:12, 46:9, 46:13, 47:1, 47:4, 47:9, 47:12, 48:19, 49:20, 50:11, 50:15, 50:19, 50:22, 51:21, 52:6, 52:10, 52:17, 52:21, 53:14, 53:19, 53:22, 53:25, 54:7, 54:8, 83:14
**scope's** [1] - 20:11
**scopes** [4] - 31:10, 35:21, 36:25, 38:6
**scotch** [2] - 231:10, 231:11
**scrap** [6] - 143:20, 187:17, 187:21, 187:23, 188:1
**screen** [7] - 18:25, 47:20, 91:7, 100:17, 113:18, 117:22, 141:3
**scroll** [5] - 16:10, 16:17, 16:18, 21:18, 22:11
**Scudaria** [1] - 118:16
**Scuderia** [87] - 1:11, 57:8, 57:14, 57:16, 59:1, 61:22, 63:3, 63:7, 63:10, 65:20, 66:1, 66:12, 66:22, 66:25, 67:8, 67:9, 67:13, 67:14, 68:8, 71:8, 71:13, 74:25, 76:23, 77:22, 84:20, 99:6, 100:10, 100:14, 100:23, 101:11, 101:18, 102:7, 102:14, 102:21, 103:4, 103:23, 104:2, 104:4, 108:9, 108:15, 108:21, 109:6, 109:23, 111:6,

113:16, 114:5, 118:22, 118:25, 119:3, 119:6, 119:14, 120:6, 120:11, 120:17, 120:19, 121:8, 121:10, 121:20, 122:2, 127:5, 127:20, 127:25, 128:12, 128:15, 129:10, 138:11, 145:25, 155:6, 158:13, 165:19, 165:20, 170:3, 170:24, 178:24, 183:3, 186:17, 186:18, 189:15, 189:17, 193:5, 193:14, 226:7, 226:19, 227:8, 227:23, 228:4, 235:2
**Scuderia's** [5] - 75:13, 131:17, 138:12, 141:9, 141:12
**Sea** [2] - 89:14, 89:16
**seat** [2] - 213:21, 215:20
**seated** [2] - 55:9, 86:8
**seats** [4] - 4:6, 115:17, 186:9, 244:10
**sec** [1] - 134:15
**second** [30] - 11:20, 11:21, 22:8, 30:1, 30:5, 43:7, 46:5, 49:4, 49:6, 49:8, 63:12, 65:2, 66:18, 78:6, 78:11, 78:13, 91:2, 98:8, 98:24, 110:10, 124:1, 124:14, 176:7, 176:11, 177:22, 213:11, 213:12, 222:23, 242:25, 243:1
**secondary** [7] - 60:25, 63:4, 63:20, 63:22, 64:13, 65:5, 181:11
**secondly** [1] - 47:2
**seconds** [3] - 56:12, 56:23, 62:18
**secretary** [2] - 101:17, 210:1
**Secretary** [2] - 130:5, 139:23
**secretly** [2] - 184:5, 184:6
**SECTION** [1] - 246:11
**section** [1] - 175:15
**see** [73] - 8:9, 11:10,

11:18, 13:16, 14:1,
14:13, 15:24, 16:12,
16:15, 21:19, 23:18,
23:19, 30:8, 32:2,
32:4, 32:9, 32:21,
33:2, 33:3, 33:24,
33:25, 37:21, 38:23,
39:9, 39:10, 40:3,
40:4, 40:20, 40:21,
43:18, 43:19, 43:22,
43:24, 43:25, 44:24,
58:21, 62:10, 66:16,
72:17, 78:17, 89:15,
91:6, 91:7, 95:24,
98:14, 98:17, 100:5,
100:17, 105:9, 106:3,
107:5, 110:7, 115:8,
121:13, 121:17,
123:23, 125:11,
127:4, 132:17,
141:21, 142:6,
142:12, 142:21,
156:21, 164:14,
166:12, 167:12,
167:14, 186:6, 192:2,
206:5, 227:14, 245:11
**seeing** [1] - 239:15
**seek** [1] - 53:21
**seem** [1] - 74:12
**Seem** [1] - 14:19
**self** [1] - 28:16
**self-authenticating**
[1] - 28:16
**sell** [11] - 152:11,
157:17, 169:11,
169:13, 169:14,
172:13, 180:10,
197:6, 197:22,
198:13, 198:19
**Sell** [1] - 199:1
**seller** [2] - 157:11,
159:12
**sellers'** [1] - 139:2
**selling** [2] - 184:4,
184:6
**send** [2] - 114:19,
156:5
**Senior** [1] - 47:23
**senior** [1] - 26:22
**sense** [3] - 67:20,
163:10, 163:11
**sent** [7] - 87:4,
145:22, 146:1, 152:6,
155:2, 168:12, 193:12
**sentence** [3] - 80:10,
80:13, 88:6
**sentences** [1] - 80:4
**separate** [6] - 77:11,
77:15, 77:22, 77:24,
84:2, 84:6

**September** [2] -
30:4, 141:7
**sequence** [1] - 29:15
**series** [18] - 20:7,
20:8, 21:15, 26:18,
26:19, 49:21, 49:22,
51:20, 51:23, 51:24,
52:6, 68:25, 110:7,
110:15, 166:24,
166:25, 185:16
**serve** [4] - 55:18,
61:2, 107:19, 144:7
**served** [8] - 96:10,
131:21, 134:1,
136:18, 168:4, 173:3,
178:11, 212:3
**service** [2] - 106:25,
152:18
**services** [3] - 56:15,
86:24, 133:22
**SESSION** [2] - 1:18,
4:2
**set** [9] - 21:13, 27:18,
59:4, 84:21, 89:17,
89:19, 134:2, 205:10,
236:25
**sets** [1] - 54:11
**seven** [5] - 133:17,
149:7, 196:9, 196:11,
221:4
**several** [41] - 16:6,
17:24, 116:10,
122:18, 124:23,
125:10, 125:13,
129:16, 132:4,
136:15, 138:5,
141:23, 143:12,
147:4, 149:19, 153:9,
153:15, 161:13,
165:18, 167:13,
169:20, 173:13,
174:6, 174:14, 179:7,
179:8, 205:14, 210:3,
216:23, 217:4, 218:2,
218:18, 225:17,
225:18, 229:1,
235:10, 237:13,
238:22, 242:19,
244:15
**sewers** [1] - 73:18
**shall** [2] - 55:6, 86:3
**Shao** [7] - 139:1,
173:10, 173:11,
173:22, 174:5,
174:13, 174:17
**shao** [1] - 174:3
**shaped** [1] - 69:22
**Shapes** [1] - 47:3,
173:6, 173:9, 174:19
**share** [3] - 80:21,

244:14, 244:22
**shared** [8] - 68:22,
70:7, 70:13, 75:24,
76:25, 77:10, 77:25,
80:14
**shareholder** [1] -
118:8
**shareholders** [1] -
84:16
**shares** [2] - 118:9,
126:18
**sheet** [2] - 128:13,
128:24
**shell** [7] - 110:12,
121:19, 136:12,
152:21, 152:24,
154:8, 157:4
**Shen** [138] - 57:12,
58:5, 58:10, 59:5,
59:16, 60:8, 60:23,
61:4, 63:2, 63:6, 65:6,
68:8, 68:13, 68:22,
70:4, 70:10, 70:18,
71:12, 74:21, 74:24,
75:14, 75:15, 75:23,
77:3, 77:10, 77:17,
78:2, 78:21, 79:1,
79:2, 80:12, 80:14,
80:20, 80:23, 81:16,
84:5, 84:8, 84:17,
84:20, 85:5, 85:23,
86:10, 86:18, 87:6,
87:17, 88:5, 90:8,
91:8, 91:18, 92:18,
93:3, 93:18, 96:4,
96:21, 98:14, 99:9,
100:17, 101:5,
101:14, 102:6,
102:21, 103:2,
103:23, 104:21,
105:9, 106:2, 108:21,
109:4, 109:14,
109:22, 110:7, 111:4,
111:17, 112:19,
112:23, 113:9, 114:2,
115:22, 116:21,
117:25, 118:21,
119:10, 119:25,
120:18, 121:17,
122:4, 123:1, 123:11,
125:5, 126:5, 126:14,
126:25, 128:11,
128:25, 129:6, 130:2,
130:24, 134:9,
134:14, 134:24,
135:11, 135:20,
137:3, 137:14,
137:25, 139:20,
140:12, 140:21,
141:3, 143:7, 144:2,

144:22, 145:18,
146:9, 147:14,
150:12, 151:14,
152:2, 154:23,
155:15, 158:3,
158:19, 164:19,
165:12, 165:17,
170:1, 170:10,
172:12, 176:22,
177:19, 178:23,
179:12, 183:24,
185:6, 186:15, 188:7,
189:7
**shen** [1] - 104:13
**Shenyang** [2] - 90:2,
105:20
**SHERI** [3] - 1:23,
246:8, 246:22
**Shi** [1] - 124:12
**ship** [2] - 77:14,
82:10
**shipment** [2] - 8:10,
172:16
**shipments** [3] -
163:19, 169:3, 169:5
**shipped** [9] - 152:23,
153:20, 153:23,
159:16, 159:17,
159:19, 163:4,
168:13, 168:14
**shipping** [2] -
166:21, 168:21
**short** [2] - 228:17,
228:19
**shorter** [1] - 76:18
**shortly** [6] - 89:5,
106:21, 114:25,
132:25, 147:24,
183:13
**show** [25] - 14:13,
14:14, 15:6, 15:16,
28:5, 29:2, 29:14,
42:15, 42:22, 45:14,
47:8, 47:18, 61:9,
66:6, 79:9, 81:25,
91:4, 92:2, 107:21,
113:4, 113:7, 151:25,
202:17, 217:11,
239:19
**showed** [8] - 45:5,
45:15, 46:11, 46:20,
47:7, 133:12, 171:12,
176:8
**showing** [10] - 98:12,
109:12, 113:5, 114:2,
119:7, 157:25,
176:18, 212:5, 213:4,
239:18
**Showing** [1] - 181:4
**shows** [1] - 151:18

**shuttered** [1] - 65:19
**sic** [1] - 159:11
**side** [12] - 48:15,
97:8, 108:7, 122:10,
213:24, 214:1, 214:5,
214:6, 214:10,
214:16, 218:24
**side-by-side** [1] -
48:15
**Sierra** [4] - 172:17,
172:18, 187:7, 187:9
**sign** [7] - 22:25,
72:2, 129:6, 175:11,
176:16, 202:14,
202:15
**signature** [17] -
101:7, 101:9, 101:10,
102:17, 102:19,
103:10, 103:18,
113:18, 113:20,
113:21, 117:2, 120:1,
120:4, 130:20, 135:5,
140:9, 165:10
**signatures** [2] -
103:8, 103:17
**signed** [13] - 80:24,
130:19, 135:4, 140:8,
165:9, 175:13,
175:14, 175:22,
176:3, 176:13,
178:23, 236:3, 236:5
**significant** [1] -
174:23
**similar** [4] - 15:20,
160:6, 166:25, 171:16
**Singapore** [8] -
152:19, 152:25,
153:5, 154:16, 156:4,
157:1, 157:7, 157:18
**single** [4] - 8:10,
18:19, 129:22, 230:22
**single-asset** [1] -
129:22
**sister** [1] - 94:3
**site** [3] - 65:22,
145:7, 151:6
**sites** [3] - 89:25,
145:4, 210:15
**sits** [1] - 131:11
**sitting** [9] - 39:13,
178:7, 204:22, 205:2,
205:5, 205:9, 223:10,
224:10, 234:23
**situation** [1] - 80:16
**six** [9] - 33:11, 60:17,
61:24, 61:25, 196:6,
196:19, 225:23,
233:10, 233:11
**sixth** [1] - 106:15
**size** [8] - 63:13,

63:16, 65:12, 68:2, 69:19, 105:18, 131:20, 139:8
**skilled** [1] - 65:10
**Sky** [1] - 65:19
**Skyline** [1] - 32:23
**sliding** [3] - 96:2, 162:8
**slightly** [1] - 20:9
**small** [2] - 67:12, 110:18
**smaller** [1] - 183:15
**smaller-scale** [1] - 183:15
**Snapchat** [2] - 190:9, 190:10
**so-called** [1] - 241:20
**so..** [2] - 154:2, 239:25
**solar** [1] - 10:15
**sold** [9] - 32:25, 69:23, 69:25, 166:19, 172:16, 187:2, 187:7, 187:9, 187:12
**solemnly** [2] - 55:4, 86:2
**solution** [1] - 162:14
**Solutions** [1] - 196:8
**someone** [3] - 4:9, 13:13, 208:15
**sometime** [2] - 71:2, 213:10
**sometimes** [2] - 60:16, 147:23
**somewhat** [3] - 208:8, 208:10, 241:4
**somewhere** [1] - 221:22
**son** [13] - 88:14, 92:9, 143:14, 188:19, 204:2, 204:5, 204:7, 207:8, 213:5, 213:6, 213:14, 213:19, 226:25
**son's** [2] - 175:18, 189:12
**soon** [1] - 203:17
**sophisticated** [1] - 208:9
**sorry** [34] - 4:18, 13:15, 17:6, 32:14, 37:13, 42:25, 45:19, 55:20, 57:24, 59:22, 67:15, 78:8, 91:6, 93:15, 112:7, 112:22, 117:23, 137:1, 157:23, 176:20, 187:4, 187:19, 210:20, 217:6, 220:5,

220:23, 222:6, 224:4, 225:3, 231:10, 231:15, 233:5, 234:4, 243:5
**sort** [12] - 6:23, 56:11, 56:23, 61:2, 77:20, 96:4, 107:17, 133:21, 148:16, 204:11, 231:2, 231:3
**sought** [1] - 131:18
**source** [10] - 68:14, 70:11, 81:25, 136:8, 143:3, 144:8, 154:2, 184:15, 184:22
**sources** [1] - 68:22
**sourcing** [1] - 68:23
**south** [1] - 65:19
**SOUTH** [1] - 2:15
**southern** [11] - 98:2, 98:4, 98:14, 114:18, 144:25, 172:22, 179:20, 181:21, 184:8, 236:12, 236:15
**souvenir** [1] - 231:2
**space** [7] - 122:11, 133:25, 150:9, 150:23, 158:25, 160:14
**speaking** [5] - 50:3, 60:24, 146:9, 212:15, 234:22
**speaks** [3] - 123:20, 127:8, 212:20
**special** [1] - 40:17
**specific** [10] - 6:21, 13:5, 14:12, 40:13, 189:10, 189:11, 217:3, 233:5, 243:2, 243:5
**specifically** [15] - 26:1, 34:12, 36:1, 36:23, 56:11, 124:18, 127:14, 158:10, 160:19, 163:1, 189:14, 205:15, 224:4, 224:6
**specification** [2] - 34:13, 36:2
**specifics** [1] - 59:15
**speculation** [9] - 18:10, 19:22, 20:22, 54:2, 75:4, 83:25, 110:24, 112:4, 144:4
**speed** [1] - 139:13
**spell** [10] - 55:10, 86:9, 94:6, 112:19, 122:13, 138:8, 150:8, 158:24, 159:5, 160:13
**spelled** [1] - 55:13
**spelling** [1] - 112:22

**spend** [2] - 226:6, 227:7
**spending** [5] - 226:7, 227:4, 227:5, 227:14, 230:14
**spent** [7] - 148:25, 226:7, 226:21, 226:22, 228:8, 230:19, 234:17
**spoken** [2] - 90:10, 146:11
**spread** [1] - 108:14
**spring** [1] - 136:6
**SPRING** [2] - 1:24, 2:10
**square** [3] - 63:18, 63:20, 65:13, 97:5, 106:6, 131:21, 133:25, 138:20, 139:9, 139:10, 145:11, 167:23, 168:9
**square-foot** [4] - 63:20, 97:5, 131:21, 133:25
**SS** [1] - 246:5
**stacked** [3] - 151:19, 168:2, 170:19
**stacking** [1] - 168:11
**staff** [10] - 9:25, 26:24, 27:15, 61:20, 62:22, 64:20, 72:18, 106:1, 165:19, 169:21
**stand** [5] - 33:9, 55:2, 85:23, 115:18, 186:10
**standard** [1] - 194:14
**stands** [4] - 32:7, 32:17, 32:24, 33:5
**start** [7] - 16:13, 97:24, 152:15, 164:9, 212:13, 240:2, 243:24
**started** [9] - 4:8, 78:5, 133:3, 168:21, 202:24, 203:17, 208:22, 211:5, 230:14
**starting** [2] - 42:15, 62:9
**starts** [3] - 22:9, 33:16, 80:18
**State** [2] - 130:5, 139:24
**state** [6] - 55:10, 63:20, 65:4, 86:8, 101:18, 134:15
**STATE** [1] - 246:6
**state-of-the-art** [1] - 63:20
**statement** [3] - 10:5, 78:3, 211:7
**statements** [3] -

104:8, 188:8, 197:17
**STATES** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 246:9, 246:11, 246:16
**states** [3] - 63:18, 65:8, 101:11
**States** [11] - 5:8, 7:12, 38:3, 42:11, 149:9, 149:15, 160:19, 160:21, 161:6, 172:25, 191:16
**station** [1] - 168:4
**status** [1] - 118:14
**statute** [2] - 39:6, 42:17
**stayed** [1] - 143:1
**steal** [7] - 149:12, 204:25, 224:3, 224:7, 225:9, 229:20
**stealing** [5] - 175:2, 204:16, 214:23, 215:1, 215:6, 215:10, 218:11, 228:16, 230:12, 235:1, 236:21, 237:8, 237:14, 240:10, 242:23
**STENOGRAPHICALLY** [1] - 246:13
**step** [5] - 54:18, 66:21, 85:15, 122:17, 244:9
**steps** [2] - 66:8, 107:17
**Steve** [1] - 170:23
**Steven** [9] - 131:17, 131:18, 133:10, 146:2, 146:11, 147:6, 147:11, 218:22, 219:1
**STEVEN** [1] - 2:13
**Stick** [4] - 152:19, 153:3, 156:2, 157:20
**sticking** [1] - 192:16
**still** [3] - 4:11, 38:18, 48:23, 49:1, 80:17, 96:20, 149:23, 160:22, 171:19, 200:17, 220:1, 223:8, 243:5
**stock** [7] - 83:7, 144:7, 144:11, 163:14, 167:5, 169:16, 181:18
**stockpile** [1] - 144:2
**stockpiled** [2] - 144:20, 184:7
**stole** [18] - 201:8, 217:24, 218:18, 218:20, 221:2, 223:7,

223:10, 224:1, 229:17, 234:14, 235:9, 235:12, 236:7, 237:11, 238:21, 239:3, 240:20, 241:21
**stolen** [9] - 175:8, 220:8, 222:8, 222:12, 224:24, 228:21, 231:22, 234:10, 241:24
**Stone** [2] - 156:2, 157:20
**stood** [3] - 107:24, 125:25, 200:8
**storage** [4] - 87:24, 151:17, 171:16, 181:13
**store** [3] - 169:10, 171:19, 172:10
**stored** [17] - 132:24, 134:5, 141:15, 141:18, 142:23, 143:3, 144:6, 144:17, 151:6, 151:9, 163:14, 170:25, 171:8, 171:13, 179:19, 181:21, 181:22
**stores** [3] - 69:4, 69:10, 87:1
**stories** [1] - 188:13
**strange** [1] - 89:24
**straw** [9] - 87:25, 88:2, 150:19, 152:18, 152:25, 153:7, 154:16, 156:3, 178:11
**streamlined** [1] - 168:10
**Street** [10] - 71:9, 72:11, 98:8, 133:8, 133:20, 134:16, 135:21, 161:19, 170:13, 175:15
**STREET** [5] - 1:12, 1:24, 2:10, 2:15, 2:18
**street** [1] - 133:16
**streets** [1] - 133:20
**strike** [1] - 16:21
**strong** [1] - 107:18
**struck** [1] - 72:19
**structure** [1] - 225:14
**studied** [1] - 86:20
**style** [1] - 198:3
**sub** [1] - 110:20
**subdivide** [1] - 180:10
**subject** [6] - 32:7, 39:25, 49:25, 52:24, 89:25, 170:12
**submitted** [4] -

58:19, 115:12, 186:5, 243:20

**subsequent** [3] - 90:9, 228:25, 235:24
**subsequently** [3] - 87:2, 174:11, 184:19
**subsidies** [2] - 143:8, 143:15
**subsidy** [1] - 143:19
**substance** [3] - 4:22, 120:9, 240:3
**substantial** [1] - 214:13
**substantially** [1] - 20:12
**suggesting** [1] - 201:24
**suggestion** [3] - 162:11, 162:12, 244:2
**suggestions** [2] - 163:1, 163:6
**suit** [2] - 200:1, 200:17
**suitcase** [1] - 115:2
**SUITE** [2] - 2:15, 2:18
**summaries** [2] - 13:25, 193:4
**summarize** [1] - 228:6
**summarized** [1] - 45:13
**Summary** [1] - 32:6
**summary** [6] - 13:21, 21:18, 32:21, 109:22, 193:13, 207:4
**summer** [3] - 88:12, 104:3, 221:4
**Sun** [1] - 65:19
**super** [1] - 213:12
**supply** [2] - 68:12, 144:15
**supposed** [6] - 44:4, 69:13, 77:23, 180:10, 181:14, 235:23
**supposedly** [9] - 177:12, 200:23, 200:24, 201:3, 201:8, 201:9, 201:15, 201:19, 226:6
**Supreme** [2] - 156:23, 157:19
**supreme** [1] - 156:25
**sur** [2] - 94:8, 112:21
**surname** [2] - 122:15, 138:9
**suspension** [2] - 39:22, 39:23
**sustain** [1] - 52:8
**sustained** [28] -

16:23, 18:10, 18:12, 21:2, 26:3, 34:25, 46:10, 54:3, 54:10, 54:15, 66:4, 110:25, 111:15, 118:18, 184:10, 184:11, 198:23, 199:4, 223:19, 224:21, 225:12, 231:7, 233:2, 233:24, 233:25, 238:8, 238:9
**swap** [1] - 154:1
**swear** [2] - 55:4, 86:2
**swore** [1] - 200:9
**sworn** [2] - 55:3, 85:25
**system** [2] - 13:20, 31:16

---

# T

**T-O-N-G** [1] - 160:14
**table** [1] - 89:19
**tables** [1] - 89:17
**tabs** [1] - 217:8
**tack** [1] - 168:1
**TAKEN** [3] - 58:22, 115:14, 186:7
**target** [1] - 145:8
**tariff** [2] - 161:8, 187:17
**tariffs** [2] - 146:16, 191:10
**task** [2] - 195:17, 197:2
**tasked** [3] - 97:21, 145:4, 145:5
**taught** [1] - 92:1
**tax** [6] - 87:11, 108:13, 126:2, 148:18, 185:19, 225:1
**taxes** [1] - 141:13
**teach** [3] - 90:3, 208:17, 208:19
**Team** [3] - 156:24, 156:25, 157:19
**technical** [1] - 62:7
**technology** [1] - 44:25
**televised** [1] - 183:2, 183:4
**television** [1] - 183:4
**tenant** [2] - 170:19, 171:13
**tens** [2] - 68:4, 162:20
**term** [3] - 12:23, 12:24, 13:5
**terminated** [3] -

183:13, 183:21, 183:23
**terms** [6] - 4:25, 66:24, 95:13, 95:15, 189:17, 223:6
**terrific** [1] - 57:1
**test** [5] - 88:19, 163:18, 168:4, 169:5, 172:16
**testified** [27] - 38:14, 59:3, 69:13, 81:9, 129:15, 136:7, 147:19, 149:3, 189:11, 190:18, 190:24, 191:9, 192:14, 194:5, 194:9, 195:3, 197:5, 201:22, 202:13, 202:20, 209:16, 210:21, 210:23, 215:14, 221:8, 221:20, 235:14
**testify** [6] - 29:24, 200:22, 200:23, 206:6, 221:19
**testifying** [5] - 84:12, 87:6, 116:7, 190:19, 190:25
**testimony** [27] - 16:22, 30:21, 41:13, 41:15, 43:9, 55:4, 81:21, 86:2, 88:5, 109:4, 192:20, 193:6, 193:8, 194:19, 194:25, 195:10, 196:14, 197:1, 197:7, 198:22, 201:18, 217:24, 218:17, 223:18, 227:21, 238:15, 238:18
**Texas** [1] - 232:6
**text** [9] - 49:14, 49:18, 188:15, 190:7, 192:13, 192:20, 192:22, 193:22, 199:15
**texts** [3] - 192:7, 192:8, 192:9
**thanking** [1] - 89:7
**THAT** [2] - 246:10, 246:14
**THE** [275] - 4:5, 14:17, 15:14, 16:23, 17:3, 17:6, 17:20, 17:21, 17:22, 17:24, 18:10, 18:11, 18:12, 19:23, 20:2, 20:23, 21:2, 26:3, 26:15, 26:16, 28:9, 28:14, 28:23, 29:9, 29:13, 29:19, 30:12, 30:13,

30:14, 31:5, 31:7, 31:23, 34:25, 35:4, 35:10, 35:13, 35:14, 35:16, 35:18, 37:14, 37:16, 41:5, 41:7, 43:1, 43:3, 44:22, 45:17, 45:19, 45:23, 47:20, 51:1, 51:8, 52:2, 52:3, 52:8, 52:12, 54:3, 54:10, 54:14, 54:15, 54:18, 54:23, 55:2, 55:8, 55:9, 55:12, 55:14, 57:24, 58:2, 58:4, 58:13, 58:23, 59:19, 59:22, 59:25, 60:5, 60:11, 60:14, 61:25, 62:2, 62:5, 66:4, 68:17, 68:20, 68:21, 73:14, 73:15, 75:5, 75:6, 79:17, 81:3, 81:6, 81:22, 81:24, 82:5, 82:14, 82:16, 82:18, 83:13, 83:15, 84:1, 84:13, 85:13, 85:15, 85:16, 85:17, 85:19, 85:24, 86:6, 86:7, 86:10, 86:12, 91:15, 92:25, 95:3, 99:21, 99:22, 101:2, 102:2, 102:11, 103:14, 104:7, 104:11, 109:1, 109:19, 110:25, 111:8, 111:9, 111:15, 111:24, 112:6, 112:7, 113:24, 115:6, 115:15, 116:19, 117:10, 117:15, 117:17, 117:20, 117:23, 118:18, 119:22, 121:3, 123:8, 123:21, 124:4, 124:5, 125:1, 126:22, 127:9, 127:10, 128:3, 128:7, 128:21, 130:9, 131:3, 134:21, 135:15, 135:18, 137:1, 137:10, 137:23, 138:2, 138:4, 140:2, 140:18, 140:25, 142:2, 142:12, 142:14, 142:15, 142:17, 142:19, 144:5, 144:6, 146:6, 151:12, 155:11, 158:16, 165:1, 166:6, 168:19, 170:7, 173:25, 177:16, 181:2, 184:10, 185:24, 186:8, 188:3,

188:4, 189:2, 195:5, 195:9, 195:15, 195:16, 198:23, 199:4, 203:2, 203:3, 203:9, 203:13, 205:23, 206:2, 206:13, 206:24, 207:2, 207:13, 207:19, 209:7, 209:8, 210:20, 211:6, 216:6, 216:9, 216:20, 217:9, 217:14, 220:20, 220:23, 221:16, 222:6, 222:25, 223:2, 223:19, 224:14, 224:17, 224:21, 225:3, 225:5, 225:6, 225:12, 226:2, 226:3, 229:25, 230:2, 231:7, 231:15, 232:24, 233:1, 233:2, 233:24, 238:8, 238:12, 238:13, 239:14, 239:17, 239:18, 239:21, 239:22, 240:4, 240:7, 240:17, 240:19, 242:4, 242:6, 242:7, 242:11, 242:16, 242:17, 243:13, 244:6, 244:7, 245:4, 245:11, 246:9, 246:11, 246:12, 246:13, 246:14, 246:15, 246:16
**theft** [1] - 236:10
**themselves** [2] - 162:10, 221:25
**theory** [1] - 62:2
**thereafter** [2] - 97:21, 147:24
**thereby** [1] - 161:7
**therefore** [4] - 92:3, 146:24, 167:4, 176:16
**thinking** [2] - 162:14, 245:9
**third** [9] - 91:2, 98:10, 99:1, 108:11, 124:2, 124:14, 136:7, 148:15, 177:22
**thoroughly** [1] - 121:11
**thousands** [1] - 162:21
**three** [18] - 17:13, 26:18, 60:4, 70:7, 98:4, 98:17, 105:24, 141:8, 147:18, 156:1, 166:16, 177:20, 196:1, 206:22, 210:14, 225:21,

244:15, 244:23
**throughout** [3] -
69:1, 132:5, 174:6
**Tienging** [1] - 153:13
**timeline** [4] - 18:24,
19:6, 26:8, 26:10
**tired** [1] - 244:12
**Tires** [1] - 131:22
**title** [6] - 99:18,
100:1, 100:3, 123:15,
129:23, 189:14
**TITLE** [1] - 246:11
**TO** [1] - 246:11
**today** [18] - 34:17,
40:16, 50:5, 87:6,
88:6, 109:4, 188:7,
188:13, 188:18,
188:22, 197:3, 200:1,
200:17, 203:13,
217:24, 221:6,
227:21, 238:15
**together** [4] - 63:3,
162:10, 167:21,
209:20
**ton** [4] - 64:9,
141:17, 151:20, 163:9
**Tong** [1] - 160:12
**tonnage** [1] - 142:25
**tons** [10] - 64:5, 64:7,
69:13, 69:18, 69:20,
69:24, 151:8, 163:5,
171:5, 171:20
**took** [23] - 23:7, 27:3,
56:7, 78:20, 87:16,
108:11, 114:14,
129:19, 149:13,
161:18, 162:19,
174:9, 174:10,
174:17, 194:17,
200:24, 201:3, 201:9,
201:19, 215:18,
219:18, 230:25, 237:5
**top** [14] - 32:2, 38:4,
38:5, 39:21, 48:18,
62:10, 63:9, 80:5,
99:1, 109:22, 117:4,
139:13, 153:16,
224:11
**topic** [1] - 243:16
**total** [8] - 98:4,
170:24, 171:4, 178:5,
178:7, 178:21, 179:9,
234:12
**touched** [1] - 73:19
**tour** [4] - 96:25,
97:13, 147:8, 147:24
**toward** [2] - 80:11,
130:18
**towards** [3] - 60:20,
66:13, 66:23

**tower** [2] - 105:25,
147:7
**track** [1] - 78:16
**trade** [7] - 36:17,
155:23, 156:9, 157:2,
157:8, 158:20, 159:9
**Trade** [8] - 21:21,
36:16, 36:22, 45:10,
50:14, 153:13, 156:7,
158:25
**trade.com** [1] - 14:7
**trade.enforcement.**
**gov** [1] - 14:9
**Trade.gov** [2] - 14:6,
14:11
**traded** [2] - 70:16,
83:7
**Trades** [1] - 45:7
**trading** [2] - 118:13,
153:10
**Trading** [2] - 164:23,
165:6
**tranches** [1] - 110:6
**transaction** [4] -
108:16, 138:25,
139:2, 139:4
**TRANSCRIPT** [3] -
1:17, 246:12, 246:14
**transfer** [2] - 136:10,
219:22
**transferred** [1] -
178:25
**translation** [3] -
177:9, 177:11, 177:12
**translator** [1] - 173:3
**treasury** [1] - 6:14
**Treasury** [1] - 7:12
**treat** [2] - 75:14,
125:14
**treated** [1] - 75:15
**treating** [1] - 104:8
**tremendous** [2] -
87:15, 183:5
**tremendously** [1] -
163:13
**trial** [1] - 60:16
**TRIAL** [1] - 1:17
**tried** [1] - 63:3
**trip** [1] - 78:20
**triple** [1] - 166:15
**trolley** [1] - 115:2
**trouble** [1] - 14:19
**trucked** [1] - 168:3
**TRUE** [1] - 246:12
**true** [9] - 61:16,
190:2, 207:7, 207:21,
223:9, 224:9, 225:1,
240:9, 243:3
**trust** [3] - 100:1,
100:5, 204:7

**truth** [13] - 55:6,
55:7, 86:3, 86:4,
200:9, 200:12,
200:15, 200:18,
200:20, 202:1, 202:24
**try** [6] - 13:12, 66:16,
184:19, 184:23,
185:6, 243:24
**trying** [10] - 13:14,
57:6, 66:20, 155:19,
162:13, 166:18,
200:7, 208:17, 208:19
**tune** [1] - 216:1
**turn** [15] - 6:14,
123:13, 133:21,
160:19, 165:14,
170:14, 174:25,
181:8, 206:25,
213:14, 213:16,
217:12, 217:17,
222:25, 240:4
**turned** [1] - 235:10
**turning** [9] - 67:21,
121:16, 135:8,
151:24, 169:23,
170:15, 171:10,
173:15, 180:18
**twice** [1] - 142:22
**two** [36] - 37:24,
47:13, 50:11, 50:15,
50:18, 60:20, 66:8,
66:11, 76:15, 76:18,
77:7, 77:24, 77:25,
80:4, 83:22, 84:1,
84:6, 123:23, 133:19,
136:5, 147:15, 153:5,
166:1, 166:9, 166:11,
174:16, 176:1,
182:13, 195:24,
196:4, 222:16,
225:21, 228:18,
235:15, 244:15,
244:23
**type** [4] - 40:11,
40:17, 62:21, 166:23
**types** [4] - 64:23,
166:1, 166:9, 166:11
**typical** [2] - 66:7,
163:4
**typically** [3] - 62:21,
66:8, 66:13

**U**

**U.S** [27] - 41:20,
41:23, 42:1, 42:15,
90:3, 90:6, 90:7,
108:10, 144:7,
144:17, 147:6, 149:7,
150:13, 150:16,

162:16, 163:5,
163:25, 164:10,
166:2, 166:19,
166:22, 168:17,
181:16, 187:17,
187:18, 212:25
**UC** [2] - 86:20, 208:4
**ultimate** [4] - 49:20,
49:24, 99:11, 136:8
**ultimately** [22] - 76:8,
78:13, 87:13, 95:19,
107:7, 126:5, 134:2,
134:6, 136:7, 139:6,
144:7, 145:13, 150:4,
153:24, 157:14,
163:16, 183:8,
183:20, 184:23,
185:13, 185:19, 236:2
**unable** [3] - 157:3,
197:2, 200:18
**unambiguous** [1] -
46:2
**unannounced** [1] -
59:6
**unassembled** [3] -
11:9, 34:11, 35:25
**unauthorized** [2] -
78:23, 79:1
**unbeknownst** [1] -
210:10
**uncle** [4] - 88:24,
89:5, 93:7, 93:10
**Uncle** [5] - 91:23,
92:4, 146:12, 176:15,
202:14
**uncomfortable** [1] -
244:23
**under** [21] - 4:11,
8:17, 9:6, 22:3, 22:9,
22:11, 40:12, 40:25,
46:24, 57:13, 62:2,
62:3, 63:13, 65:2,
110:20, 139:11,
145:11, 162:22,
162:23, 200:17,
233:24
**underlying** [1] -
109:9
**understood** [5] -
11:12, 124:16,
208:11, 208:13,
208:17
**undertake** [1] - 150:1
**undertaken** [1] -
74:6
**underwriting** [2] -
107:15, 107:22
**uneasy** [1] - 106:24
**unemployed** [1] -
162:21

**unexpected** [1] -
57:15
**unincorporated** [1] -
97:1
**UNITED** [10] - 1:1,
1:1, 1:4, 1:6, 2:7, 2:9,
2:9, 246:9, 246:11,
246:16
**United** [12] - 5:8,
7:12, 38:3, 42:11,
121:20, 149:9,
149:15, 160:19,
160:21, 161:6,
172:25, 191:16
**unknown** [1] - 76:24
**unless** [1] - 75:17
**unliquidated** [2] -
38:17, 38:19, 39:18
**unprocessed** [1] -
64:15
**unusual** [2] - 17:18,
17:22
**up** [64] - 6:24, 8:18,
9:3, 11:5, 14:20,
15:19, 16:10, 16:17,
16:18, 18:24, 19:6,
22:11, 25:13, 27:18,
32:1, 38:24, 39:21,
42:24, 47:15, 47:17,
48:14, 48:15, 54:11,
59:4, 77:17, 82:19,
82:20, 82:24, 84:20,
88:8, 89:18, 110:14,
113:2, 117:22,
125:10, 134:2, 134:7,
148:22, 155:15,
156:21, 156:22,
160:19, 160:22,
162:4, 162:13, 168:7,
176:14, 186:1, 189:9,
204:10, 205:10,
208:4, 211:21, 214:1,
216:23, 217:1, 218:5,
219:17, 219:19,
221:23, 222:24,
235:18, 236:25,
243:13
**update** [2] - 146:11,
146:13
**upgraded** [1] - 72:21
**urge** [1] - 80:10
**USC** [2] - 39:1, 39:2
**user** [4] - 15:23,
152:10, 162:7, 162:9
**utilized** [1] - 179:21
**utilizing** [1] - 183:15

## V

**vacant** [2] - 65:18, 132:22
**vacation** [2] - 114:15
**vague** [10] - 17:16, 25:25, 26:14, 49:18, 118:17, 124:24, 132:6, 141:25, 148:6, 148:7
**vaguely** [3] - 197:12, 197:18
**value** [1] - 6:7
**valued** [1] - 230:21
**variance** [1] - 42:17
**variety** [2] - 56:14, 71:15
**various** [2] - 44:11, 124:16
**VAT** [1] - 163:13
**Vegas** [1] - 57:2
**vehicles** [4] - 88:19, 88:20, 89:6, 89:8
**Verde** [1] - 149:20
**verify** [1] - 155:20
**version** [12] - 39:6, 176:2, 176:3, 176:8, 176:10, 176:11, 176:13, 176:16, 183:15, 235:18, 236:1, 236:5
**versions** [2] - 175:25, 235:15
**versus** [2] - 38:3, 41:20
**vest** [1] - 99:25
**vested** [1] - 100:1
**vetting** [1] - 70:20
**via** [1] - 121:19
**Vietnam** [10] - 159:20, 159:22, 159:23, 160:2, 160:3, 160:5, 160:9, 160:10, 160:18
**view** [4] - 5:7, 52:25, 152:3, 208:7
**viewing** [1] - 31:15
**Villanueva** [13] - 4:14, 15:16, 17:16, 37:20, 41:10, 43:10, 43:24, 45:3, 47:23, 50:3, 51:4, 51:11, 54:5
**vinyl** [3] - 10:14, 43:21, 49:7
**visible** [1] - 165:4
**visit** [7] - 78:23, 79:1, 95:12, 97:9, 131:23, 132:1, 160:2

**visited** [5] - 95:22, 97:11, 122:18, 159:22, 160:3
**visiting** [1] - 106:1
**visits** [1] - 141:24
**volume** [5] - 64:7, 91:1, 91:3, 163:1, 171:4
**Voluntarily** [1] - 38:25
**volunteer** [1] - 242:12
**Von** [8] - 71:9, 72:10, 133:20, 134:10, 134:16, 135:12, 135:20, 170:20
**VON** [1] - 1:11
**VS** [1] - 1:8

## W

**W-a-n-g** [1] - 94:8
**wait** [1] - 78:8
**walk** [1] - 73:1
**walked** [2] - 132:2
**wall** [4] - 32:8, 32:17, 32:24, 33:6
**Walnut** [3] - 95:12, 95:18, 95:19
**Wang** [10] - 94:5, 94:6, 94:13, 94:20, 94:24, 101:22, 175:18, 178:25, 179:1
**wants** [1] - 206:4
**warehouse** [88] - 60:9, 60:12, 60:18, 72:12, 72:14, 72:24, 72:25, 95:21, 95:22, 95:24, 97:22, 98:6, 98:8, 98:10, 98:21, 98:22, 98:25, 99:1, 99:3, 129:17, 129:21, 130:15, 131:9, 131:11, 131:14, 131:21, 131:23, 132:2, 132:9, 132:11, 132:12, 132:17, 132:20, 132:21, 132:24, 133:1, 133:6, 133:7, 133:9, 133:11, 133:12, 133:25, 134:5, 134:7, 134:9, 135:2, 135:21, 135:24, 138:16, 138:18, 139:6, 139:15, 140:13, 140:22, 141:4, 141:16, 141:19, 141:20, 161:19,

167:24, 168:15, 168:25, 169:18, 169:22, 170:20, 170:21, 171:13, 177:21, 177:22, 177:23, 181:21, 215:15, 218:13, 219:6, 219:7, 221:11, 221:13, 222:17, 222:18, 223:7, 223:21, 223:22, 224:5, 224:6, 224:8, 224:11, 225:21
**warehouses** [32] - 69:1, 69:17, 70:3, 70:6, 70:9, 72:14, 87:24, 98:2, 98:4, 98:17, 99:9, 99:11, 99:12, 99:18, 99:23, 129:16, 136:5, 141:8, 141:10, 141:15, 141:21, 142:7, 142:9, 143:4, 144:2, 144:7, 147:18, 149:15, 149:21, 179:20, 210:14, 222:16
**WASHINGTON** [1] - 2:18
**watch** [5] - 227:15, 227:20, 231:25, 232:3, 232:7
**watches** [7] - 227:18, 227:21, 227:23, 227:25, 228:3, 231:22, 232:12
**water** [1] - 73:18
**ways** [5] - 44:11, 126:1, 162:4, 162:14, 210:3
**wealth** [3] - 85:2, 228:10, 230:8
**Wealth** [3] - 156:24, 156:25, 157:19
**wearing** [1] - 200:1
**Website** [14] - 14:4, 14:5, 14:14, 14:19, 14:20, 14:23, 15:13, 15:17, 15:18, 16:12, 31:14, 31:15, 47:8
**week** [3] - 74:20, 244:12, 245:3
**weekend** [2] - 243:18, 244:3
**weight** [7] - 166:15, 166:16, 171:2, 171:6, 171:7, 171:18, 172:5
**weld** [1] - 168:1
**welded** [1] - 50:17
**welding** [3] - 167:24, 168:8, 168:10

**Wen** [1] - 124:12
**WESTERN** [1] - 1:2
**whatsoever** [3] - 140:14, 188:12, 190:13
**whereas** [1] - 168:7
**whole** [7] - 55:6, 65:14, 86:4, 133:4, 142:17, 156:17, 168:9
**wife** [1] - 227:2
**Williams** [1] - 47:19
**willing** [1] - 61:7
**wind** [1] - 22:25
**window** [3] - 96:2, 107:4, 162:8
**windows** [5] - 10:13, 43:20, 48:7, 48:9, 49:1
**wings** [1] - 65:1
**wire** [10] - 114:9, 116:7, 116:9, 116:13, 116:25, 118:2, 118:5, 118:10, 119:17, 121:12
**wires** [10] - 109:5, 110:3, 110:6, 110:7, 110:15, 110:18, 111:5, 113:2, 121:14, 121:18
**wiring** [2] - 116:25, 155:20
**wise** [1] - 175:8
**wish** [3] - 245:12
**WITH** [1] - 246:15
**witness** [41] - 15:10, 28:12, 28:22, 29:7, 37:15, 37:18, 40:6, 45:15, 45:17, 47:18, 54:19, 54:25, 61:10, 79:10, 82:5, 85:13, 85:17, 85:21, 91:5, 98:12, 102:2, 102:3, 104:9, 109:12, 113:4, 113:6, 113:7, 115:17, 119:7, 140:18, 151:10, 157:25, 176:18, 186:10, 200:9, 205:24, 210:21, 210:22, 221:25
**WITNESS** [55] - 3:3, 17:6, 17:21, 17:24, 18:11, 26:16, 30:13, 35:4, 35:13, 35:16, 52:3, 52:12, 54:14, 55:8, 55:12, 58:4, 68:21, 73:15, 75:6, 81:24, 85:16, 86:6, 86:10, 99:22, 111:9, 112:7, 117:17, 124:5,

127:10, 138:4, 142:14, 142:17, 144:6, 188:4, 195:16, 203:3, 206:13, 207:2, 207:19, 209:8, 217:14, 220:23, 223:2, 224:17, 225:5, 226:3, 230:2, 233:1, 238:12, 239:17, 239:21, 240:7, 240:19, 242:6, 242:17
**witness'** [7] - 92:17, 93:13, 94:14, 100:16, 102:1, 102:25, 108:20
**witness's** [18] - 116:17, 122:23, 126:11, 128:8, 129:24, 130:21, 134:11, 135:8, 136:24, 139:17, 140:16, 145:16, 154:20, 164:17, 165:15, 169:23, 173:15, 180:18
**woman** [3] - 78:20, 78:23, 79:4
**Wong** [2] - 160:12
**WONG** [1] - 160:14
**word** [20] - 48:10, 48:11, 48:23, 51:25, 52:9, 67:3, 191:5, 191:7, 199:19, 199:22, 199:23, 200:24, 201:2, 201:14, 201:16, 201:20, 201:24, 202:2, 215:23
**words** [8] - 6:20, 10:10, 10:11, 12:7, 25:8, 35:12, 188:19, 202:15
**works** [1] - 56:18
**world** [4] - 70:17, 91:2, 149:6, 234:8
**world's** [1] - 90:25
**WorleyParsons** [2] - 182:13, 196:4
**worry** [1] - 105:1
**worse** [1] - 174:25
**worth** [3] - 68:3, 232:7, 232:18
**write** [5] - 79:6, 116:14, 224:12, 239:10, 239:13
**writings** [2] - 188:11, 188:20
**written** [2] - 119:5, 193:24
**wrote** [6] - 61:20, 79:14, 117:15, 193:4,

239:13, 239:14
**Wusty** [1] - 196:4

## X

**X-I-N-G-D-A** [1] - 153:14
**Xianjun** [1] - 124:12
**Xingda** [1] - 153:14

## Y

**Y-A-N** [1] - 122:11
**Y-O-N-G-L-I** [1] - 157:23
**Yan** [2] - 122:11, 124:21
**Yao** [1] - 153:21
**year** [23] - 17:11, 17:15, 18:22, 59:12, 64:2, 64:6, 74:4, 91:3, 128:13, 142:22, 151:3, 168:22, 168:23, 213:9, 213:11, 213:12, 218:15, 218:17, 229:23, 233:4, 233:17
**year's** [1] - 228:16
**years** [23] - 20:19, 27:17, 37:24, 56:3, 87:18, 90:20, 92:5, 94:1, 96:12, 98:1, 136:21, 142:11, 142:16, 143:2, 147:15, 151:3, 174:6, 188:9, 197:17, 202:11, 228:18
**yesterday** [8] - 4:16, 8:21, 19:8, 41:12, 46:14, 47:4, 47:13, 50:12
**Yingko** [2] - 159:2, 159:8
**YINGKO** [1] - 159:6
**YONGLI** [1] - 153:14
**Yongli** [3] - 153:14, 157:22
**York** [1] - 78:20
**younger** [3] - 88:24, 93:23, 94:3
**yourself** [25] - 18:15, 77:20, 205:10, 206:20, 208:7, 209:21, 210:1, 210:10, 215:22, 221:10, 222:13, 226:8, 226:23, 227:22, 230:15,

230:17, 230:20, 230:25, 232:12, 232:15, 232:17, 232:21, 233:11, 233:13, 233:21
**yourselves** [4] - 58:17, 115:10, 186:3, 243:19

## Z

**Z-h-i-j-i-e** [1] - 94:8
**Z.P** [30] - 88:17, 88:19, 89:5, 89:6, 90:3, 91:25, 92:8, 92:11, 92:14, 93:4, 93:8, 95:9, 95:11, 95:14, 97:12, 97:16, 97:19, 102:24, 103:17, 103:25, 104:15, 104:18, 104:24, 105:1, 106:12, 106:20, 106:23, 107:3, 108:1
**Z.P.'s** [3] - 92:3, 93:6, 94:3
**Z.P.s** [1] - 88:24
**zero** [4] - 187:18, 187:23, 187:24, 188:2
**ZHAO** [1] - 112:21
**Zhaohua** [28] - 111:21, 112:13, 112:16, 121:19, 136:14, 136:21, 137:7, 137:14, 137:16, 137:19, 138:6, 143:12, 152:21, 154:9, 154:10, 157:3, 158:12, 161:24, 162:17, 162:19, 175:24, 176:8, 176:15, 176:17, 177:2, 178:12, 182:12, 235:25
**Zhaohua's** [5] - 111:23, 112:1, 112:11, 112:20, 136:12
**Zheshang** [2] - 155:20, 155:21
**Zhijie** [9] - 94:5, 94:6, 94:20, 94:24, 101:22, 147:11, 147:12, 175:19, 179:1
**Zhong** [1] - 157:7
**Zhongsuo** [3] - 88:23, 93:22, 138:25
**Zhongtian** [44] - 70:15, 70:19, 71:1,

75:14, 79:14, 79:24, 87:14, 88:14, 89:4, 91:12, 92:14, 93:23, 95:9, 97:11, 97:13, 99:14, 113:1, 120:19, 121:7, 124:22, 125:12, 136:9, 136:17, 137:18, 139:4, 145:6, 146:12, 149:12, 153:11, 156:10, 157:9, 157:10, 158:21, 159:10, 161:25, 172:22, 172:24, 175:24, 176:4, 178:17, 178:20, 182:12, 183:3, 214:17
**Zhongtian's** [2] - 113:21, 179:5
**Zhongwang** [74] - 50:19, 70:16, 73:9, 76:22, 77:1, 77:3, 77:13, 77:19, 78:2, 79:25, 82:12, 83:4, 83:9, 83:11, 83:19, 90:25, 96:11, 104:20, 105:6, 105:10, 105:19, 105:22, 106:2, 106:7, 107:15, 107:20, 107:22, 110:3, 114:4, 114:16, 115:3, 116:5, 118:10, 118:13, 120:16, 121:23, 122:2, 122:5, 122:9, 122:12, 122:18, 122:21, 123:4, 124:17, 124:18, 126:5, 126:9, 127:12, 129:4, 129:10, 143:6, 149:24, 150:3, 150:19, 150:20, 153:19, 155:25, 156:12, 157:15, 157:16, 159:20, 159:21, 162:22, 163:3, 166:3, 166:21, 167:15, 183:3, 183:5, 184:1, 184:3, 184:5, 230:2
**Zhongwang's** [3] - 105:15, 115:23, 167:16
**zone** [1] - 205:10
**zoom** [2] - 63:9, 123:17
**ZP** [17] - 118:19, 119:1, 119:2, 120:4, 132:6, 143:13, 147:11, 161:24,

179:22, 180:3, 180:4, 180:6, 182:13, 213:15, 215:3, 222:14, 233:12
**ZP's** [7] - 119:13, 120:10, 120:18, 121:8, 121:9, 175:18, 189:22
**Zuopeng** [10] - 88:14, 88:15, 92:22, 96:17, 102:24, 103:11, 119:1, 143:13, 211:21, 219:15
**Zuopeng's** [3] - 88:24, 96:16, 178:3