1       UNITED STATES OF AMERICA
       UNITED STATES DISTRICT COURT
2     CENTRAL DISTRICT OF CALIFORNIA
       WESTERN DIVISION
3
         - - -
4    HONORABLE R. GARY KLAUSNER,
   UNITED STATES DISTRICT JUDGE PRESIDING
5         - - -

6

UNITED STATES OF AMERICA,  )
7            ) CERTIFIED COPY
     PLAINTIFF,   )
8            )
VS.          ) CR 19-00282 RGK
9            )
PERFECTUS ALUMINUM,    )
10 INCORPORATED, PERFECTUS  )
ALUMINUM ACQUISITIONS, LLC; )
11 SCUDERIA DEVELOPMENT, LLC;  )
DOUBLEDAY, LLC; VON    )
12 KARMAN-MAIN STREET, LLC;   )
10681 PRODUCTION AVENUE,   )
13 LLC,          )
            )
14     DEFENDANTS.   )
 ------------------------------)
15

16

17        TRIAL - DAY 6
    REPORTER'S TRANSCRIPT OF PROCEEDINGS
18     TUESDAY, AUGUST 17, 2021
       A.M. SESSION
19     LOS ANGELES, CALIFORNIA

20

21

22

23

     SHERI S. KLEEGER, CSR 10340
24    FEDERAL OFFICIAL COURT REPORTER
    312 NORTH SPRING STREET, ROOM 402
25    LOS ANGELES, CALIFORNIA 90012
      PH:  (213)894-6604

```
 1

 2

 3

 4

 5    APPEARANCES OF COUNSEL:

 6    ON BEHALF OF PLAINTIFF:

 7           UNITED STATES ATTORNEY
             BY:  POONAM KUMAR, AUSA
 8                GREGORY BERNSTEIN, AUSA
                  ROGER HSIEH, AUSA
 9           ASSISTANT UNITED STATES ATTORNEY
             1100 UNITED STATES COURTHOUSE
10           312 NORTH SPRING STREET
             LOS ANGELES, CA 90012
11

12
      ON BEHALF OF DEFENDANT:
13           LARSON LLP
             BY:  STEVEN LARSON, ESQUIRE
14                HILARY POTASHNER, ATTORNEY AT LAW
                  A. ALEXANDER LOWDER, ESQUIRE
15           555 SOUTH FLOWER STREET
             SUITE 4400
16           LOS ANGELES, CA 90071

17           RUYAK CHERIAN LLP
             BY:  ROBERT F. RUYAK, ESQUIRE
18           1700 K STREET NW, SUITE 810
             WASHINGTON, DC 20006
19

20

21

22

23

24

25
```

```
 1                      I   N   D   E   X

 2

 3      WITNESS:     DIRECT    CROSS    REDIRECT    RECROSS

 4        HUANG, Jay      5      118, 122   129        133

 5   PORTER, Daniel   139      145, 148

 6    HENSON, Gene    150       165

 7   HOVARTH, Laszlo  170       186

 8   OTTERBEIN, Robert  195       222

 9   REICHERT, Wayne   231

10                     E   X   H   I   B   I   T   S

11                        NUMBER       PAGE

12                          326          35

13                          231          40

14                          232          43

15                          233          44

16                          234          45

17                          235          46

18                          227          47

19                           48          52

20                           47          53

21                           49          55

22                           51          56

23                           43          57

24                          746          72

25                          747          75
```



E X H I B I T S

NUMBER                 PAGE

748                 75

749                 77

```
 1                LOS ANGELES, CALIFORNIA; AUGUST 17, 2021
 2                        A.M. SESSION
 3
 4
 5           THE COURT:  The record will reflect that all
 6  the jurors are in their respective seats in the jury
 7  box.  The witness is on the witness stand.
 8           Counsel, you may continue.
 9                  DIRECT EXAMINATION
10  BY MR. BERNSTEIN:
11     Q.  Going back to the 2009 Annual Report for CZW,
12  just a recap of where we were.  In 2008, the company
13  reported 1.9 percent of its revenue to the United
14  States?
15     A.  That's correct.
16     Q.  And then we saw in '09 that it went to
17  40.8 percent?
18     A.  That's correct.
19     Q.  And then if I could have exhibit -- that was
20  Exhibit 130, page 28.
21           If I go to Exhibit 131, page 27, we saw from
22  2009, 2010, CZW's -- the percentage of its revenues that
23  it reported in the United States was 29.1 percent?
24     A.  Yes.
25     Q.  Okay.  And that takes us to the exhibit where we
```

| | | |
|---|---|---|
| 08:37:55 | 1 | were on yesterday, and that is 133, page 32. |
| 08:38:08 | 2 | And for 2012, what percentage of China |
| 08:38:24 | 3 | Zhongwang total revenue as reported by China Zhongwang |
| 08:38:26 | 4 | to its shareholders was earned in the United States? |
| 08:38:30 | 5 | A.  For 2012, it was 8.32 percent. |
| 08:38:35 | 6 | Q.  I'll zoom in on the second full paragraph of |
| 08:38:44 | 7 | Exhibit 133, page 32. |
| 08:38:47 | 8 | What's CZW reporting to its shareholders in |
| 08:38:53 | 9 | the highlighted sentence? |
| 08:38:54 | 10 | A.  The overseas clients mainly came from countries |
| 08:38:58 | 11 | and regions such as the United States. |
| 08:39:00 | 12 | Q.  I'm going to briefly go to the fourth full |
| 08:39:10 | 13 | paragraph of Exhibit 133, page -- Exhibit 133, page 32. |
| 08:39:22 | 14 | And what's being communicated in the portion |
| 08:39:25 | 15 | that I just highlighted? |
| 08:39:27 | 16 | A.  That China Zhongwang's sales to the United States |
| 08:39:31 | 17 | mostly comprised of deep-processed products. |
| 08:39:34 | 18 | Q.  And in the additional phrase that I just |
| 08:39:41 | 19 | highlighted? |
| 08:39:43 | 20 | A.  Yes.  The export revenue from the United States |
| 08:39:46 | 21 | increased up to 177.6 percent. |
| 08:39:51 | 22 | Q.  That would be not to abide 177.6 percent? |
| 08:39:56 | 23 | A.  Correction, yes.  177.6. |
| 08:39:59 | 24 | Q.  Let me go to Exhibit 133, page 80. |
| 08:40:04 | 25 | And just so we're clear about which report |

08:40:07   1   we're looking at here, this is the CZW 2012 Annual

08:40:13   2   Report to Shareholders?

08:40:14   3       A.   Correct.   2012.

08:40:16   4       Q.   Okay.   So going to 133, page 80.   And I'm going

08:40:36   5   to zoom in on the part D of this page.

08:40:45   6               Again, without reading word for word, what's

08:40:48   7   being communicated in the portion that I just

08:40:50   8   highlighted?

08:40:50   9       A.   It says, "Subsidiaries are controlled by the

08:40:54   10  group," which is China Zhongwang.

08:40:56   11      Q.   I'm going to go to Exhibit 133, page 87.   It's

08:41:05   12  going to be the 2012 Annual Report.   I'm going to

08:41:15   13  section Q -- section 2Q.

08:41:22   14              Is this part of significant accounting

08:41:24   15  policies.

08:41:25   16      A.   Yes.

08:41:26   17      Q.   Where it says Q, Revenue Recognition, the section

08:41:29   18  that I just highlighted, what's CZW in the 2012 report

08:41:34   19  communicating to shareholders there?

08:41:37   20      A.   It gives a definition of revenue, which states

08:41:40   21  it's measured at the fair value of the consideration

08:41:44   22  received or receivable.

08:41:46   23      Q.   And then under subpart I, Sale of Goods on

08:41:50   24  Exhibit 133, page 87, what about the portion that I just

08:41:52   25  highlighted?

08:41:54  1    A.   It defines sales of goods, basically revenues

08:41:58  2  recognizing goods of delivered at a customers' premises

08:42:03  3  which is taken to the point in time when a customer has

08:42:05  4  accepted the goods and the related risks and rewards of

08:42:09  5  ownership.

08:42:10  6    Q.   I will go down to the next page of Exhibit 133,

08:42:14  7  page 88.

08:42:22  8         And do you sew a section called Related

08:42:30  9  Parties?

08:42:31  10   A.   I do.

08:42:32  11   Q.   Does CZW in its annual report to shareholders in

08:42:37  12  2012 provide a definition of related parties?

08:42:40  13   A.   That's correct.

08:42:41  14   Q.   And can you summarize for the jury what that

08:42:45  15  definition is as reported by China Zhongwang?

08:42:49  16   A.   So it defined related parties as "A person or

08:42:55  17  close member of the person's family having control or

08:42:58  18  joint control over the group.  Has significant influence

08:43:01  19  over the group.  Or is a member of the key management

08:43:04  20  personnel of the group or the group's parent."

08:43:09  21   Q.   And then underneath that, there's a subsection

08:43:13  22  date?

08:43:14  23   A.   Yes.

08:43:15  24   Q.   And it says, "An entity is related to the group

08:43:18  25  if any of following conditions apply"?

08:43:21   1      A.   Correct.

08:43:21   2      Q.   And then there are some examples of conditions

08:43:25   3   underneath that?

08:43:26   4      A.   Seven conditions.

08:43:28   5      Q.   Okay.  And the first one I highlighted.  What's

08:43:32   6   communicated there?

08:43:34   7      A.   Section 3 says, "Both entities are joint ventures

08:43:37   8   of the same third party."

08:43:39   9      Q.   And section 6?

08:43:44  10      A.   6 says the entity is jointly controlled by a

08:43:49  11   person identified in subsection A.

08:43:50  12      Q.   And then section 7.

08:43:54  13      A.   Section 7 says, "A person identified in section

08:43:57  14   A1 has significant influence over the entity or is a

08:44:01  15   member of the key management personnel of the entity or

08:44:06  16   of a parent of the entity."

08:44:08  17      Q.   I'm going to go down to right below that.  And do

08:44:12  18   you see a sort of addendum to the definition of related

08:44:17  19   parties?

08:44:18  20      A.   I do.

08:44:18  21      Q.   And can you summarize for the jury what that

08:44:21  22   says?

08:44:22  23      A.   Sure.  I will just read it.  "Close members of a

08:44:24  24   family of a person are those family members who may be

08:44:28  25   expected to influence or be influenced by that person

08:44:30  1   and their dealings with the entity."

08:44:33  2       Q.   All right.   Let me go to page 93 of Exhibit 133.

08:44:41  3   Still in the 2012 CZW annual report.

08:44:46  4            And I'm going to zoom in on subsection 4 of

08:44:55  5   Revenue and Segments Reporting.

08:44:59  6            Again, do we see that -- that same notation

08:45:02  7   from CZW that they record revenue for aluminum that day,

08:45:08  8   sale to P.R.C. shipping companies which then ship those

08:45:11  9   products to the U.S.?

08:45:13  10      A.   That's correct.

08:45:15  11      Q.   I'm going to go to Exhibit 133, page 101.

08:45:27  12            For 2012 do we see the listed subsidiaries

08:45:32  13  for China Zhongwang on this page?

08:45:34  14      A.   Yes.   They are listed on this page.

08:45:36  15      Q.   And, again, do we still see as part of the China

08:45:43  16  Zhongwang Group, Liaoning Zhongwang Group, and then

08:45:52  17  Zhongwang Investment Limited and Zhongwang China (HK)

08:45:57  18  Limited?

08:45:58  19      A.   That's correct.

08:45:59  20      Q.   Then down at the bottom, the Liaoning Zhongwang

08:46:02  21  Import and Export Trade Company?

08:46:04  22      A.   Yes.

08:46:04  23      Q.   Those were all listed as 100 percent subsidiaries

08:46:08  24  of the China Zhongwang Group?

08:46:11  25      A.   That is correct.

08:46:13   1   Q.   And last page on Exhibit 133 that I'm showing,

08:46:18   2   133, Exhibit 18 -- I'm sorry.   133, page 118.

08:46:27   3            And, again, are we back on the related-party

08:46:32   4   transactions that China Zhongwang disclosed to its

08:46:37   5   shareholders?

08:46:38   6   A.   Yes.

08:46:39   7   Q.   And does China Zhongwang report any related-party

08:46:55   8   transactions to Perfectus or any one of the companies

08:46:59   9   like Pengcheng Aluminum that merged into Perfectus?

08:47:04   10   A.   No.   Perfectus or Pengcheng or any other entities

08:47:08   11   that merged into Perfectus are not listed in this

08:47:11   12   section.

08:47:12   13   Q.   All right.   Moving on to Exhibit 134, page 1.

08:47:37   14   This will be the second-to-last annual report we will

08:47:42   15   show.

08:47:42   16            This is the 2013 Annual Report.

08:47:45   17   A.   That is correct.

08:47:45   18   Q.   For China Zhongwang?

08:47:46   19   A.   Yes, it is.

08:47:47   20   Q.   Okay.   I'm going to go to 134, page 4.   And

08:48:08   21   again, without going word for word here, we still see --

08:48:13   22   we still see Zhongtian Liu's the executive director

08:48:18   23   chairman of CZW?

08:48:19   24   A.   That's correct.

08:48:21   25   Q.   And is he still on the -- the chairman of the

08:48:24  1    Strategy and Development Committee?

08:48:25  2       A.   Yes, he is.

08:48:26  3       Q.   We still see that they have the principal place

08:48:29  4    of business on Wensheng Road in Liaoyang City in China.

08:48:37  5    And then the Hong Kong office in the Bank of China

08:48:42  6    Tower.

08:48:42  7       A.   That is correct.

08:48:43  8       Q.   All right.  I'm going to take you down to Exhibit

08:48:49  9    134, page 8.  So the 2013 Annual Report.  This is just

08:48:56  10   the page that shows -- CZW calls it financial

08:49:03  11   highlights?

08:49:03  12      A.   That's correct.

08:49:04  13      Q.   And again, this shows things like revenue,

08:49:07  14   profits, expenses and so on?

08:49:11  15      A.   Yes.

08:49:11  16      Q.   And then we will go down to page 10.

08:49:19  17           At the top of page 10, what does it say?

08:49:21  18      A.   It says, "Core businesses."

08:49:23  19      Q.   And then we see that their core businesses -- the

08:49:27  20   first two are aluminum extrusions and then deep

08:49:30  21   processed aluminum extrusion products?

08:49:35  22      A.   That's correct.

08:49:35  23      Q.   All right.  I'm going to -- on the CZW 2013

08:49:41  24   report, I'm going to Exhibit 134, page 16.

08:49:54  25           This is the chairman's statement for the

08:49:56  1    2013 CZW Report to Shareholders.

08:50:01  2        A.   That's correct.

08:50:03  3        Q.   The individual depicted here is who?

08:50:07  4        A.   That individual is Zhongtian Liu.

08:50:11  5        Q.   And what is -- in the front page of Mr. Liu's

08:50:29  6    chairman statement, what's he communicating in the

08:50:31  7    sentence that I just highlighted?

08:50:33  8        A.   That China Zhongwang had a new revenue -- had new

08:50:38  9    revenue sources, which came from industrial aluminum

08:50:46  10   extrusion products.

08:50:48  11       Q.   And they are described as deep processing?

08:50:51  12       A.   Yes.  Deep processing.

08:50:55  13       Q.   Okay.  I'm going to go to page 17 of Exhibit 134.

08:51:04  14   And we see bullet points under "Operating results."

08:51:07  15            I will zoom in on the last bullet point.

08:51:17  16   The sentence that I just highlighted -- well, the first

08:51:20  17   part of the sentence, what's communicated there?

08:51:23  18       A.   That the deep process aluminum extrusion products

08:51:30  19   boosted China Zhongwang's exports substantially by

08:51:34  20   96.5 percent.

08:51:37  21       Q.   And then does it say that "the export sales grew

08:51:41  22   significantly by 52.1 percent"?

08:51:44  23       A.   That is correct.

08:51:45  24       Q.   All right.  I'm going to go to Exhibit 134, page

08:51:54  25   31.  We are still on the 2013 Annual Report.

08:52:19   1          There we go.  So if I go down to the bottom
08:52:23   2   of Exhibit 134, page 31, do we again see the geographic
08:52:35   3   breakdown that CZW reported for its revenue in 2013 as
08:52:40   4   well as the year before?
08:52:42   5      A.   Yes.
08:52:42   6      Q.   Okay.  In 2012, we saw CZW reported 8.32 percent
08:52:50   7   of the revenue coming from the United States?
08:52:52   8      A.   Correct.
08:52:52   9      Q.   For 2013, what percentage of its total revenue
08:53:00  10   did CZW earn in the United States?
08:53:03  11      A.   For 2013, it went up to 11.8 percent.
08:53:08  12      Q.   And then by and large the rest was in the P.R.C.
08:53:17  13   for those years?
08:53:18  14      A.   In China, yes.
08:53:19  15      Q.   We are going to go down to page 32 of
08:53:26  16   Exhibit 134.  I'm going to zoom in on the paragraph at
08:53:43  17   the top of the page.
08:53:45  18          The first sentence that I highlighted, what
08:53:51  19   is CZW telling its shareholders there?
08:53:54  20      A.   That China Zhongwang's overseas revenue increased
08:53:58  21   by 52.1 percent as compared to 2012.
08:54:07  22      Q.   And what about in the second sentence that I
08:54:09  23   highlighted?
08:54:20  24      A.   Increase in revenue to the United States was
08:54:25  25   50.3 percent as compared to 2012.

08:54:30  1     Q.  And then underneath that, does CZW communicate
08:54:34  2  that the significant growth in its exports to the United
08:54:37  3  States was attributable to its efforts to expand the
08:54:42  4  production scale for deep-processed products?
08:54:45  5     A.  That is correct.
08:54:46  6     Q.  And they say they're tapping into the U.S.
08:54:50  7  market?
08:54:51  8     A.  Yes.
08:54:51  9     Q.  And that there's an increase demand for these
08:54:55  10  products in the U.S.?
08:54:57  11     A.  That's correct.
08:54:58  12     Q.  I'm going to go to Exhibit 134, page 99.
08:55:12  13          Do we see China Zhongwang providing a
08:55:16  14  substantially similar definition of related parties in
08:55:20  15  2013 as they did in 2012?
08:55:23  16     A.  That is correct.  Similar to last year's.
08:55:25  17     Q.  Is a person or a close family member of that
08:55:28  18  person's family is related to the China Zhongwang if the
08:55:32  19  person has control or joint control over the group, has
08:55:36  20  significant influence over the group or is key -- a
08:55:40  21  member of the key management personnel of the group or
08:55:43  22  its parent?
08:55:44  23     A.  That's correct.
08:55:45  24     Q.  And then in section B we see similar language
08:55:54  25  saying that an entity is related to the group if any of

08:55:58    1    the following conditions applies?

08:56:02    2       A.   Correct.   Similar to the one listed in the 2012

08:56:12    3    Annual Report.

08:56:13    4       Q.   All right.   I'm going to Exhibit 134, page 105.

08:56:35    5    And under "Segment reporting," that -- 2013, that same

08:56:41    6    note about recorded revenue that sold to shippers in

08:56:45    7    P.R.C. that then shipped to the final customer in the

08:56:48    8    U.S.?

08:56:49    9       A.   That's correct.

08:56:50   10       Q.   All right.   And then last page, we're going to

08:56:54   11    show on Exhibit 134, that's page 113.

08:57:09   12           We don't need to go through all of them

08:57:11   13    again.   But is this the subsidiary section for the 2013

08:57:15   14    Report?

08:57:16   15       A.   Yes, it is.

08:57:16   16       Q.   And we see the same companies we highlighted

08:57:21   17    before?

08:57:21   18       A.   Same as ones listed in previous annual reports.

08:57:25   19       Q.   The last CZW Annual Report is Exhibit 135.   We

08:57:38   20    are on page 1 here.

08:57:45   21           What year is this for?

08:57:46   22       A.   This is for 2014.

08:57:49   23       Q.   And the term "light weight" is not appearing

08:57:55   24    anymore in the tag line?

08:57:57   25       A.   No.   Light weight is not listed here.

08:58:01  1      Q.  I'm going to go to page 4.  Just very quickly.  I
08:58:12  2  will try that again.
08:58:17  3              Zhongtian Liu is still the chairman of CZW
08:58:21  4  and still the chairman of the Strategy and Development
08:58:26  5  Committee?
08:58:27  6      A.  Correct.  Still Zhongtian Liu.
08:58:30  7      Q.  And if we go to Exhibit 135, page 5, the domain
08:58:37  8  for CZW is still Zhongwang.com?
08:58:45  9      A.  Correct.
08:58:46  10     Q.  All right.  I'm going to go to Exhibit 135, page
08:58:49  11 12.  And on page 12 of the 2014 Annual Report, the CZW
08:59:18  12 provides sort of some clarity on what it means by
08:59:23  13 deep-processed products?
08:59:23  14     A.  Correct.  It gave examples of the deep-processed
08:59:27  15 products, such as aluminum pallets.
08:59:29  16     Q.  And then when it talks about deep-processed
08:59:37  17 products, what does CZW communicate to its shareholders
08:59:42  18 with respect to the importance of those deep-processed
08:59:46  19 products?
08:59:46  20     A.  That they basically increase the profitability
08:59:48  21 and revenue of China Zhongwang.
08:59:51  22     Q.  And does it say they're becoming an increasingly
08:59:56  23 important driver of profit growth for the China
09:00:00  24 Zhongwang Group?
09:00:00  25     A.  Correct.

09:00:01  1    Q.  All right.  I will take you to Exhibit 135, page

09:00:05  2    14.  This is the financial highlights page of the annual

09:00:12  3    report?

09:00:13  4    A.  Yes, it is.

09:00:14  5    Q.  And then 135, page 25.  And I will zoom in on the

09:00:41  6    last full paragraph of Exhibit 138 at page 25.

09:00:47  7         What's being communicated in the portion

09:00:49  8    that I just highlighted?

09:00:52  9    A.  That China Zhongwang's industrial aluminum

09:00:56  10   pallets are sold mainly to overseas customers.

09:01:00  11   Q.  And does it say what -- what the gross margin is

09:01:18  12   that CZW is getting from these overseas customers on its

09:01:26  13   deep-processed products?

09:01:27  14   A.  Yes, it is 36.3 percent.

09:01:30  15   Q.  I'm going to take you to Exhibit 135 at page 32.

09:01:50  16        Are we back on the CZW's reporting of its

09:01:56  17   total revenue that the China Zhongwang Group based on

09:01:59  18   geographic location?

09:02:01  19   A.  Yes.

09:02:02  20   Q.  For 2013 we saw it was 11.8 percent?

09:02:07  21   A.  Correct.

09:02:08  22   Q.  As reported by CZW in 2014, what percentage of

09:02:12  23   its total revenue went to the United States?

09:02:15  24   A.  For 2014, it was 11.67 percent.

09:02:20  25   Q.  And then same thing, by and large the rest going

09:02:27  1  to the People's Republic of China?

09:02:30  2      A.  Correct.

09:02:31  3      Q.  I want to zoom in on the paragraph underneath the

09:02:37  4  chart we just looked at.

09:02:38  5              Does China Zhongwang state that its overseas

09:02:46  6  revenue grew in 2013?

09:02:48  7      A.  Correct.  It grew by 26.9 percent.

09:02:53  8      Q.  And then the section that I just highlighted

09:02:59  9  underneath that, can you summarize what that says?

09:03:02  10     A.  Right.  "China Zhongwang's sales to the United

09:03:08  11  States comprised mostly of the deep-processed products.

09:03:16  12     Q.  And then there's some language about tapping into

09:03:19  13  the U.S. market?

09:03:20  14     A.  Correct.

09:03:27  15     Q.  I'm going to go to Exhibit 135, page 95.  We are

09:03:40  16  still on the 2014 Annual Report.

09:03:48  17     A.  Yes.

09:03:48  18     Q.  We won't go through it all again.

09:03:51  19              Again, we see significant accounting

09:03:53  20  policies for China Zhongwang?

09:03:54  21     A.  Yes.

09:03:54  22     Q.  And then they give a substantially similar

09:03:59  23  definition of related parties?

09:04:01  24     A.  Similar to the ones previously listed in the

09:04:04  25  prior annual reports.

09:04:06   1       Q.   And that would be the similar to -- so we don't

09:04:11   2   have to go through it again -- 2013, for example?

09:04:14   3       A.   Correct.

09:04:15   4       Q.   I'm going to go through Exhibit 135, page 101.

09:04:28   5            And in 2014 does CZW give the same note to

09:04:33   6   shareholders about how they're recording revenue that

09:04:36   7   they first give to shippers in the P.R.C.?

09:04:40   8       A.   Yes.

09:04:40   9       Q.   I will go down to Exhibit 135, page 110 -- sorry.

09:04:51   10  Page 135, page 101.  We will get to 110 in a second.

09:05:32   11  Let me take you down to Exhibit 110, Exhibit 135 at page

09:05:50   12  110.

09:05:50   13           Do we see the same -- same subsidiaries

09:05:55   14  listed as we did before, including Liaoning Zhongwang

09:06:00   15  Group and Zhongwang China Investment, Zhongwang

09:06:04   16  Investment (HK)?

09:06:05   17      A.   Correct.  They are the same companies listed.

09:06:08   18      Q.   And then on page 11 there is a series of other

09:06:12   19  subsidiaries?

09:06:13   20      A.   That's correct.

09:06:14   21      Q.   Okay.  We'll come back to the annual report for

09:06:31   22  2014 in one moment.

09:06:36   23           But first I want to -- you testified that

09:06:38   24  you also yesterday downloaded clarification reports or

09:06:44   25  clarification statements that China Zhongwang issued to

09:06:47  1    its shareholders?

09:06:50  2        A.  Correct.  I downloaded them from the China

09:06:52  3    Zhongwang public Website.

09:06:53  4        Q.  I want to go down to Exhibit 139, page 1.

09:07:02  5            Is this one of the clarification

09:07:05  6    announcements that you downloaded from CZW's Website?

09:07:10  7        A.  Yes, I downloaded this one.

09:07:12  8        Q.  And the individual who -- the signatory of the

09:07:23  9    clarification announcement is who?

09:07:27  10        A.  Zhongtian Liu, Chairman.

09:07:29  11        Q.  Actually, let me go back and -- I forgot one

09:07:36  12    important thing on Exhibit 135, the 2014 Annual Report.

09:07:46  13            The CZW published to its investors or its

09:07:50  14    shareholders the section, "Related party transactions in

09:07:52  15    2014"?

09:07:53  16        A.  Correct.

09:07:54  17        Q.  Under "Related party transactions" the CZW

09:07:59  18    disclosed any sales to Perfectus or one of the companies

09:08:03  19    like Pengcheng Aluminum that merged into Perfectus?

09:08:09  20        A.  No, they did not.

09:08:10  21        Q.  Okay.  So let me go back to the clarification

09:08:15  22    announcements.  Exhibit 139, page 1.  All right.

09:08:29  23            So above Zhongtian Liu, what does it say?

09:08:32  24        A.  "By the order of the board China Zhongwang

09:08:37  25    Holdings Limited."

09:08:39   1      Q.   The date is what?

09:08:40   2      A.   Date is July 31st, 2015.

09:08:43   3      Q.   This comes out of the Hong Kong office?

09:08:45   4      A.   Hong Kong office, yes.

09:08:47   5      Q.   All right.  So we're not going to read these word

09:08:50   6   for word, but -- so we can move through them quickly,

09:08:59   7   let's look at a few parts here.

09:09:02   8              What's in the paragraph that I just

09:09:04   9   highlighted?  What's China Zhongwang communicating to

09:09:08   10   its shareholders there?

09:09:10   11      A.   That there was a report that had made some

09:09:14   12   allegations against China Zhongwang.  Among other things

09:09:20   13   it alleged connected transactions of China Zhongwang.

09:09:25   14      Q.   And to be clear, this report came out from a

09:09:32   15   short seller?

09:09:35   16      A.   Correct.

09:09:35   17      Q.   Somebody who was betting against China Zhongwang?

09:09:38   18      A.   Correct.

09:09:39   19      Q.   And if we go to page 2, there is just a listing

09:09:50   20   of people that the board consisted of as of the time of

09:09:56   21   the announcement?

09:09:57   22      A.   Yes.

09:09:58   23      Q.   All right.  I want to go to Exhibit 142.

09:10:09   24              Is this another clarification announcement

09:10:15   25   from CZW?

09:10:19   1      A.   Yes, it is.

09:10:20   2      Q.   Titled, "Resumption of trading"?

09:10:25   3      A.   Correct.

09:10:32   4      Q.   If we go to page 142, page 117.  The signatory

09:10:43   5   here also is Zhongtian Liu as the chairman, and then

09:10:47   6   CZW?

09:10:47   7      A.   That is correct.

09:10:48   8      Q.   What is the date of this clarification

09:10:52   9   announcement?

09:10:52  10      A.   The date is August 12th, 2015.

09:10:56  11      Q.   Okay.  Before we get to the announcement, I want

09:11:04  12   to go to Exhibit 142, page 15.  So page 15 of the same

09:11:11  13   document.

09:11:17  14           At the bottom, do you see a section,

09:11:20  15   "Resumption of trading"?

09:11:21  16      A.   I do.

09:11:22  17      Q.   And to get the timeline down, does CZW

09:11:31  18   memorialize that it suspended trading on a particular

09:11:35  19   date?

09:11:35  20      A.   Yes.  It suspended trading on the Hong Kong stock

09:11:39  21   exchange on July 31st, 2015.

09:11:43  22      Q.   And pending the release of this specific

09:11:45  23   announcement by CZW?

09:11:48  24      A.   Correct.

09:11:48  25      Q.   And then they also indicate that they are

09:11:51   1   intending to resume trading August 13, 2015?

09:11:57   2        A.   Correct.

09:11:58   3        Q.   Okay.  And this report has a definition section?

09:12:13   4        A.   Yes.

09:12:13   5        Q.   I'm going to Exhibit 142, page 16.

09:12:20   6             We won't go through all of these, but is

09:12:25   7   there a definition for Aluminicaste?

09:12:29   8        A.   It does.

09:12:30   9        Q.   And defines the group as CZW and its

09:12:36   10  subsidiaries?

09:12:37   11       A.   Yes.

09:12:38   12       Q.   Defines GVA?

09:12:41   13       A.   As Global Vietnam Aluminum.

09:12:44   14       Q.   And you don't have to read the definitions, but

09:12:58   15  defines PCA as Pengcheng Aluminum and Perfectus as

09:13:04   16  Perfectus Aluminum, Inc.?

09:13:05   17       A.   Correct.

09:13:06   18       Q.   Just because this one is a little less clear,

09:13:09   19  what's the definition of listing in this report?

09:13:13   20       A.   It listed the date when China Zhongwang went

09:13:17   21  public on the Hong Kong stock exchange, which was May 8,

09:13:21   22  2009.

09:13:22   23       Q.   And then "independent" and "independent third

09:13:28   24  party."

09:13:28   25             How does it define "independent third

09:13:31   1   party"?

09:13:31   2      A.   "Persons or entities which is -- are not a

09:13:38   3   connected person or persons as defined in the listing

09:13:41   4   rules of the company."

09:13:45   5      Q.   Let's go back to the first page of Exhibit 142.

09:14:02   6   Just generally speaking, in the introduction -- without

09:14:06   7   you know reading word for word -- CZW denied the

09:14:13   8   allegations in this DA report and say that they think

09:14:20   9   that the report is trying to hurt the company's stock

09:14:24   10  price?

09:14:25   11     A.   Essentially, yes.

09:14:26   12     Q.   I want to go down to page 5 of Exhibit 142.  And

09:14:44   13  zooming in on the first half of the last full paragraph

09:14:52   14  of page 5 of Exhibit 142.

09:14:58   15     A.   Yes.

09:14:58   16     Q.   Where it says, "During the period from 2011 to

09:15:05   17  2014," does CZW make a statement to its shareholders

09:15:10   18  about its revenues?

09:15:12   19     A.   Correct.  The revenues from independent third

09:15:18   20  parties accounted for only .04 percent of the total

09:15:22   21  revenue of China Zhongwang during that time.

09:15:24   22     Q.   And besides the .04 percent, CZW communicated

09:15:30   23  that the revenue of China Zhongwang and its subsidiaries

09:15:34   24  was all generated from sales from independent third

09:15:38   25  parties?

09:15:39   1      A.   Correct.

09:15:39   2      Q.   I want to go page 6 of Exhibit 142.  And the

09:16:11   3   clarification announcement, Exhibit 142 at page 6, what

09:16:17   4   does China Zhongwang tell shareholders about the

09:16:21   5   transactions between China Zhongwang and its

09:16:23   6   subsidiaries and its customers?

09:16:25   7      A.   That the transactions were all arm's length

09:16:29   8   transactions.

09:16:30   9      Q.   The -- entered into an arm's length basis?

09:16:36  10      A.   Correct.

09:16:36  11      Q.   I'm going to go to page 7 of Exhibit 142.  The

09:17:13  12   section that I just highlighted, what does China

09:17:17  13   Zhongwang communicate to its shareholders in that

09:17:20  14   sentence?

09:17:23  15      A.   That Mr. Liu confirmed that the entities

09:17:26  16   controlled by Mr. Liu's Zuopeng, Ms. Wen Zhijie and will

09:17:34  17   Liu Zhongsuo had no business dealings with China

09:17:40  18   Zhongwang since the listing.

09:17:41  19      Q.   All right.  Moving along here to page 8 of

09:17:50  20   Exhibit 142.

09:17:51  21           Do you see where it says, "The DA report

09:18:01  22   alleges that Z.P. Liu holds a 99 percent equity interest

09:18:06  23   in Aluminicaste"?

09:18:09  24      A.   I do.

09:18:10  25      Q.   And what is CZW's -- what's CZW's response to

09:18:20   1   that allegation?

09:18:21   2       A.   That Z.P. Liu used to hold 99 percent of equity,

09:18:26   3   but it was later transferred to another independent

09:18:30   4   third party.

09:18:31   5       Q.   And does it communicate that he only held that

09:18:39   6   equity between October 28, 2013 and December 30th, 2013?

09:18:45   7       A.   That is correct.

09:18:46   8       Q.   And then what about the sentence that I just

09:18:49   9   highlighted?

09:18:54  10            Well, what does that say?

09:18:56  11       A.   That "Per Mr. Zhongtian Liu, Zhongtian Liu had no

09:19:02  12   business dealings -- sorry.  Aluminicaste had no

09:19:08  13   business dealings with China Zhongwang or does it

09:19:10  14   compete against China Zhongwang."

09:19:11  15       Q.   And then underneath that, it says that "To the

09:19:14  16   best of the company's knowledge, China Zhongwang's

09:19:16  17   products are not used in the course of Aluminicaste's

09:19:24  18   business"?

09:19:24  19       A.   That's correct.

09:19:25  20       Q.   Going down to page 9 of Exhibit 142 -- sorry.

09:19:54  21   Going back to page 8.

09:20:09  22            What does CZW say about Z.P. Liu's

09:20:18  23   connection to Pengcheng Aluminum?

09:20:22  24       A.   You mean what the report alleges?

09:20:24  25       Q.   Yes, sir.  Oh, first sentence, "The DA report

09:20:30   1   alleges that during the period from November 25th to

09:20:35   2   December 4, 2014, Z.P. would act as the principal and

09:20:38   3   registered agent of PCA."

09:20:42   4           But then underneath that, what is CZW's

09:20:45   5   response?

09:20:45   6   A.   That Z.P. Liu indicated that he acquired the

09:20:55   7   interest in PCA on November 12th, 2014, but later

09:21:01   8   disposed of his entire stake to an independent third

09:21:05   9   party on December 31st, 2014.

09:21:08   10   Q.   About seven weeks later?

09:21:11   11   A.   Seven -- correct.

09:21:12   12   Q.   Okay.  I apologize.

09:21:20   13           Now, back to page 9 of Exhibit 142.  Going

09:21:26   14   to the -- the section labeled as section 5.

09:21:36   15           What does the DA report as communicated by

09:21:49   16   China Zhongwang say about GVA, Global Vietnam Aluminum?

09:21:55   17   A.   That in 2013, Mr. Zhongtian Liu had announced

09:22:00   18   China Zhongwang would set up an aluminum plant in

09:22:06   19   Vietnam.

09:22:07   20   Q.   And then CZW's response to that, to its

09:22:15   21   shareholders?

09:22:16   22   A.   That per Zhongtian Liu that report was not true.

09:22:22   23   Q.   I'm going to go to section -- I'm going to go

09:22:37   24   to -- still on Exhibit 142, page 9, section 1.3.

09:22:49   25           And you see where it says, "The DA report

09:22:53  1   alleges that aluminum products manufactured by CZW were

09:22:56  2   eventually delivered to overseas entities located in

09:23:00  3   Mexico, California and Vietnam which are purportedly

09:23:04  4   controlled by Mr. Liu"?

09:23:05  5        A.   That's correct.

09:23:08  6        Q.   Does CZW deny that allegation in the following

09:23:17  7   sentence?

09:23:18  8        A.   That's correct.

09:23:18  9        Q.   What does CZW communicate to its shareholders?

09:23:23  10       A.   That those entities are controlled by independent

09:23:26  11  third parties.

09:23:28  12       Q.   All right.   Then at the bottom in subsection 2 of

09:23:46  13  Exhibit 142 at page 9, what's being communicated in the

09:23:51  14  first full sentence?

09:23:57  15       A.   That investors found that Perfectus had sizable

09:24:03  16  stockpile of aluminum extrusions with shipping labels

09:24:11  17  which showed the products originated from China

09:24:16  18  Zhongwang.

09:24:16  19       Q.   That's the DA report's claim?

09:24:20  20       A.   That's the claim.

09:24:21  21       Q.   And then does CZW deny that as well?

09:24:26  22       A.   They did.   They did.

09:24:27  23       Q.   I'm going to -- in the -- in the next sentence,

09:24:57  24  what's does CZW say about the relationship between PCA

09:25:01  25  and Perfectus?

09:25:01   1       A.   That before PCA was acquired by Perfectus in

09:25:04   2   2014, PCA had been China Zhongwang's distributor in

09:25:09   3   North America since 2003 and had a long-term business

09:25:12   4   relationship with China Zhongwang.

09:25:16   5       Q.   They -- they say that -- so for that reason, it

09:25:20   6   is not surprising to find aluminum products produced by

09:25:24   7   CZW in Perfectus' inventory?

09:25:27   8       A.   Correct.  That was the explanation.

09:25:31   9       Q.   Okay.  Going to Exhibit 142, page 10.  I'm going

09:25:46   10  to section 1.4.

09:25:53   11           Do we again see allegations from the DA

09:25:57   12  report followed by a response?

09:25:59   13      A.   Yes.  The response is on the bottom paragraph.

09:26:05   14      Q.   So the -- the top paragraph, the DA report

09:26:08   15  alleges that aluminum products manufactured by CZW were

09:26:12   16  transferred to entities controlled by Chairman Liu's

09:26:18   17  family?

09:26:18   18      A.   That's correct.

09:26:19   19      Q.   Through undisclosed related parties under the

09:26:22   20  guise of fair and arm's length transactions?

09:26:24   21      A.   Yes.

09:26:24   22      Q.   What is -- can you summarize CZW's response to

09:26:28   23  that allegation?

09:26:28   24      A.   That the three Chinese trading companies and the

09:26:32   25  three Chinese intermediaries alleged in the DA report

09:26:36   1   are actually all independent third parties.

09:26:41   2       Q.   And just for clarity, that's where we saw on

09:27:01   3   CZW's own definitions independent third parties as

09:27:06   4   persons or entities which are not connected to the

09:27:09   5   company?

09:27:10   6       A.   Correct.

09:27:10   7       Q.   And then last page I want to show you from the

09:27:21   8   August 12, 2015 clarification announcement, there is a

09:27:27   9   section called "Conclusion."

09:27:29   10      A.   Yes.

09:27:30   11      Q.   And the third full paragraph of Exhibit 142, page

09:27:38   12   15 under "Conclusion," can you summarize what CZW is

09:27:43   13   communicating to shareholders there?

09:27:45   14      A.   That China Zhongwang has consistently advocated

09:27:49   15   business competition of fair discipline in an orderly

09:27:52   16   manner.

09:27:53   17           I'll just read the whole thing.  "Believes

09:27:55   18   that development with mutual benefit is the foundation

09:27:58   19   for the steady growth of the industry."

09:28:00   20      Q.   Okay.  Now, after this, does CZW publish a series

09:28:09   21   of shorter clarification announcements to its

09:28:12   22   shareholders?

09:28:12   23      A.   Yes, they did.

09:28:14   24      Q.   I want to pull up Exhibit 143.  And first we'll

09:28:22   25   go down to -- just to get the timeline down.  What is

09:28:32  1    the date of this clarification announcement?

09:28:34  2        A.   The date is September 10th, 2015.

09:28:38  3        Q.   And, again, we see the signatories being

09:28:42  4    Zhongtian Liu as chairman and CZW?

09:28:45  5        A.   Correct.

09:28:46  6        Q.   I want to go back to page 1 of Exhibit 143.   And

09:28:56  7    we are just going to go over the three bullet points

09:29:00  8    that appear on that page.

09:29:02  9             What's communicated by CZW to its

09:29:06  10   shareholders in the first bullet point?

09:29:08  11       A.   That Aluminicaste is independent of Zhongtian Liu

09:29:13  12   and China Zhongwang.

09:29:14  13       Q.   What about the second bullet point?

09:29:16  14       A.   That Pengcheng Aluminum and Perfectus are

09:29:18  15   independent of China Zhongwang and Mr. Zhongtian Liu.

09:29:22  16       Q.   And what is in the third bullet point?

09:29:26  17       A.   GCA, which stands for Global Vietnam Aluminum, is

09:29:30  18   independent of Mr. Zhongtian Liu and China Zhongwang.

09:29:34  19       Q.   I will take you to Exhibit 144, page 1.

09:29:39  20             Another clarification announcement from CZW

09:29:42  21   to its shareholders.

09:29:44  22       A.   Yes.

09:29:45  23       Q.   And page 2.   Can you give us the date and

09:29:53  24   signatories of this clarification announcement?

09:29:55  25       A.   The date is May 12th, 2017.   And signed by

09:30:01  1    Mr. Zhongtian Liu.

09:30:04  2        Q.  And along with the company itself?

09:30:06  3        A.  Correct.  China Zhongwang Holdings Limited.

09:30:10  4        Q.  All right.  I'm going to go to page 1 of

09:30:18  5    Exhibit 144.  And again, just -- just highlight two of

09:30:25  6    the bullet points at the bottom of the page.  And for

09:30:27  7    the record that would be the top two bullet points.

09:30:30  8            What is CZW communicating to its

09:30:35  9    shareholders in the first bullet point?

09:30:36  10       A.  That China Zhongwang's transactions to include

09:30:39  11   the purchase of -- purchase of equipment and sales of

09:30:43  12   its products with its counterparties were basically

09:30:49  13   arm's length transactions in accordance with laws and

09:30:55  14   regulations.

09:30:56  15       Q.  And uses the phrase "based on the respective

09:31:00  16   commercial merit"?

09:31:02  17       A.  Correct.

09:31:03  18       Q.  What about the second bullet point?  What does

09:31:06  19   CZW communicate to its shareholders there?

09:31:09  20       A.  That China Zhongwang had no arrangements with any

09:31:12  21   of its counter parties to finance the purchase of its

09:31:16  22   own products by third parties.

09:31:30  23       Q.  All right.  I'm going to take you now to

09:31:33  24   Exhibit 145.  This will start out page 2.

09:31:42  25            Page 2 just shows that the board still

09:31:46  1   consists of Zhongtian Liu and others?

09:31:50  2       A.  Correct.  Zhongtian Liu is one of the executive

09:31:57  3   directors.

09:31:57  4       Q.  And then there's a nonexecutive director, Xian

09:32:00  5   Jun?

09:32:00  6       A.  Correct.  Xian Jun.

09:32:02  7       Q.  Going up to page 1 of Exhibit 145.  The date of

09:32:04  8   this one's what?

09:32:04  9       A.  September 17th, 2017.

09:32:08  10      Q.  And what's being communicated in the first

09:32:12  11  paragraph?

09:32:12  12      A.  It is a response to the article published in the

09:32:27  13  Wall Street Journal on September 15th, 2017, in regards

09:32:32  14  to a government complaint the U.S. Government had filed

09:32:37  15  concerning Perfectus Aluminum.

09:32:45  16      Q.  Does the report then state "After reviewing the

09:32:47  17  article, Chairman Zhongtian Liu" -- does CZW make a

09:33:02  18  report to its shareholders about the connection between

09:33:05  19  Chairman Zhongtian Liu and Perfectus?

09:33:07  20      A.  Yes.

09:33:08  21      Q.  And what does CZW tell its shareholders in the

09:33:15  22  September 17th, 2017 clarification announcement?

09:33:18  23      A.  It said that the chairman confirmed that he does

09:33:21  24  not control or is not the beneficial owner of Perfectus.

09:33:25  25      Q.  Okay.  So I want to -- first I want to go to

09:33:49  1  Exhibit 1, page 2.  And just -- does this reflect that

09:34:00  2  starting in 2009 going to 2014, Johnson Shao listed

09:34:06  3  himself as the 100 percent owner of PCA on the tax

09:34:10  4  returns for the company?

09:34:12  5      A.  That's correct.

09:34:12  6      Q.  And PCA is one of the companies that merged into

09:34:15  7  Perfectus?

09:34:16  8      A.  That's correct.

09:34:17  9      Q.  I want to show just the witness Exhibit 326.  And

09:34:35  10  is this an e-mail that was produced by Perfectus?

09:34:38  11      A.  Correct.

09:34:39  12      Q.  I want to go to the top here, just for some

09:34:50  13  foundation.  This is an e-mail from Johnson Shao at PCA

09:34:53  14  to Steve Fong at Zhongwang.com and Harriet Lau at

09:35:04  15  Zhongwang.com?

09:35:04  16      A.  That's correct.

09:35:06  17          MR. BERNSTEIN:  Your Honor, the Government

09:35:07  18  moves to admit Exhibit 326.

09:35:10  19          MS. POTASHNER:  Objection, Your Honor.

09:35:11  20  Hearsay.

09:35:12  21          THE COURT:  Overruled.  It will be received.

09:35:15  22          (Exhibit 326 is received.)

23  BY MR. BERNSTEIN:

09:35:21  24      Q.  Agent Huang, you have that in front of you?

09:35:23  25      A.  I do.

09:35:24  1      Q.  This is a September 10, 2012, e-mail?

09:35:28  2      A.  Yes, it is.

09:35:31  3      Q.  And what does Johnson Shao communicate to CZW in

09:35:44  4  the section I just highlighted?

09:35:46  5      A.  Johnson Shao wrote an e-mail to Steve thanking

09:35:50  6  Steve for providing high quality products to,

09:35:54  7  presumably, PCA.

09:35:56  8      Q.  Does Johnson Shao say that that was per the

09:35:58  9  requests by PCA's customers?

09:36:01  10     A.  By our customers, correct.

09:36:10  11         MR. BERNSTEIN:  I want to go to -- for just

09:36:16  12  the witness -- Exhibit 133.  I'm sorry.  333, Your

09:36:32  13  Honor.

09:36:41  14     Q.  Is this an e-mail -- an e-mail chain between

09:36:45  15  Richard Jen and Johnson Shao?

09:36:48  16         MS. POTASHNER:  Objection.  Calls for

09:36:51  17  hearsay.

09:36:52  18         THE COURT:  It is premature.

09:36:53  19         First of all, you've got to identify what it

09:36:55  20  is.

09:36:55  21         THE WITNESS:  Yes, Your Honor.  It is an

09:36:57  22  e-mail from Richard Jen to Johnson Shao.

09:37:00  23         THE COURT:  Okay.  Next question.

          24  BY MR. BERNSTEIN:

09:37:03  25     Q.  And this e-mail, does it appear to be an e-mail

| | | |
|---|---|---|
| 09:37:13 | 1 | about the payment of goods? |
| 09:37:14 | 2 | THE COURT:  Okay.  At this time, the |
| 09:37:15 | 3 | objection -- |
| 09:37:16 | 4 | MR. RUYAK:  Objection.  Calls for |
| 09:37:18 | 5 | speculation. |
| 09:37:19 | 6 | THE COURT:  Sustained. |
| | 7 | BY MR. BERNSTEIN: |
| 09:37:21 | 8 | Q.  Well, then the -- the -- was this e-mail produced |
| 09:37:30 | 9 | by Perfectus? |
| 09:37:31 | 10 | A.  Yes, it was. |
| 09:37:33 | 11 | Q.  And you see where it says "Global Alum" at the |
| 09:37:40 | 12 | top? |
| 09:37:40 | 13 | A.  Yes.  GlobalAlum@gmail.com. |
| 09:37:44 | 14 | Q.  Is that one of the companies that merge into |
| 09:37:46 | 15 | Perfectus? |
| 09:37:47 | 16 | A.  Yes, it was. |
| 09:37:48 | 17 | MR. BERNSTEIN:  All right.  The Government |
| 09:37:50 | 18 | moves to admit 333. |
| 09:37:52 | 19 | MR. RUYAK:  Objection.  No foundation. |
| 09:37:55 | 20 | There's only one part of this e-mail.  No foundation. |
| 09:37:58 | 21 | THE COURT:  Sustained. |
| | 22 | BY MR. BERNSTEIN: |
| 09:38:55 | 23 | Q.  Okay.  Agent Huang, I want to show you just |
| 09:39:03 | 24 | Exhibit 739. |
| 09:39:04 | 25 | A.  Okay. |

09:39:07   1    Q.   Is this a letter from Johnson Shao to -- well,

09:39:14   2    signed by Johnson Shao?

09:39:15   3    A.   Yes, it is.

09:39:16   4    Q.   To the IRS?

09:39:18   5    A.   Correct.

09:39:20   6    Q.   And what is the date of that letter?

09:39:23   7    A.   The date is June 4th, 2015.

09:39:27   8    Q.   It's a fair and accurate copy of the letter that

09:39:30   9    Johnson Shao sent to the IRS?

09:39:32   10             MS. POTASHNER:  Objection.  Lacks

09:39:33   11   foundation.

09:39:35   12             MR. RUYAK:  Objection.

09:39:36   13             MR. BERNSTEIN:  Your Honor, we have IRS

09:39:39   14   testimony that this was --

09:39:39   15             THE COURT:  I'm sorry, Counsel.  You're

09:39:40   16   asking this witness?  And what's the foundation that he

09:39:42   17   knows?

09:39:42   18             MR. BERNSTEIN:  Fair enough, Your Honor.

09:39:44   19   But we have testimony from another witness that it was a

09:39:47   20   fair copy.

09:39:48   21             THE COURT:  Has it already been received?

09:39:50   22             MR. BERNSTEIN:  It has not been received.

09:39:53   23             THE COURT:  Okay.  Then the foundation has

09:39:55   24   not been laid yet.

09:39:58   25   BY MR. BERNSTEIN:

09:39:58   1      Q.   Okay.   This is an e-mail from Johnson Shao -- a

09:40:04   2   letter from Johnson Shao to the IRS?

09:40:07   3      A.   Correct.

09:40:08   4      Q.   And in this letter, does Johnson Shao make

09:40:14   5   representations about his connection to Liaoning

09:40:20   6   Zhongwang Group?

09:40:20   7               MS. POTASHNER:   Objection.   Calls for

09:40:22   8   hearsay.

09:40:23   9               THE WITNESS:   Yes, it does.

09:40:24  10               MR. BERNSTEIN:   All right.   The Government

09:40:25  11   moves to admit Exhibit 739.

09:40:28  12               MR. RUYAK:   Objection, Your Honor.   There is

09:40:39  13   no foundation.

09:40:40  14               THE COURT:   Sustained.

09:40:41  15               You may have to call another witness to lay

09:40:44  16   that foundation.

09:40:46  17               MR. BERNSTEIN:   Your Honor, an IRS agent

09:40:49  18   testified that this was a fair copy, the second or third

09:40:50  19   witness.

09:40:50  20               THE COURT:   You may want to call him back.

09:40:53  21   This has not been authenticated or received into

09:40:56  22   evidence yet.

09:41:12  23               MR. BERNSTEIN:   Okay.   I'm going to show

09:41:14  24   just the witness Exhibit 231.

09:41:19  25               THE COURT:   Okay.

1    BY MR. BERNSTEIN:

09:41:49   2        Q.   Special Agent Huang, do you recognize this

09:41:53   3    document?

09:41:53   4        A.   I do.

09:41:54   5        Q.   What is this document?

09:41:54   6        A.   It's a declaration by Johnson Shao.

09:42:03   7        Q.   Can you see when this declaration was filed?

09:42:05   8        A.   December 28th, 2016.

09:42:11   9        Q.   And is this a certified copy of the declaration?

09:42:18   10       A.   Yes, it is.

09:42:20   11       Q.   And we see that certification on the back page?

09:42:24   12       A.   I do.

09:42:25   13       Q.   All right.

09:42:27   14            MR. BERNSTEIN:   Your Honor, Government moves

09:42:29   15   to admit Exhibit 231 into evidence.

09:42:32   16            MS. POTASHNER:   Objection, Your Honor as to

09:42:33   17   the warehouse defendants.

09:42:34   18            THE COURT:   Has it been introduced as to all

09:42:39   19   defendants?

09:42:39   20            MR. BERNSTEIN:   Yes, Your Honor.

09:42:40   21            THE COURT:   Overruled.

09:42:44   22            MR. BERNSTEIN:   Permission to publish, Your

09:42:46   23   Honor?

09:42:46   24            THE COURT:   Yes.

25            (Exhibit 231 is received.)

BY MR. BERNSTEIN:

09:42:55    Q.   Okay.  First just the top here.  Do you see
09:43:07 Mr. Shao's name?

09:43:08    A.   Correct.  That's his Chinese name.

09:43:10    Q.   And paragraph 2, first sentence, what does
09:43:25 Mr. Shao communicate in this part of the declaration?

09:43:28    A.   That in early 2016 he was appointed manager of
09:43:32 Perfectus Aluminum to oversee its export program.

09:43:39    Q.   And you say he submits this declaration as part
09:43:45 of a seizure action?

09:43:47    A.   Yes, that's what it says.

09:43:51    Q.   In the third paragraph, what does Mr. Shao
09:43:58 declare to?

09:44:01    A.   That he resides in California and managed
09:44:06 Perfectus export program from California.  And Perfectus
09:44:10 is in the business of purchasing and distributing
09:44:13 aluminum products.

09:44:21    Q.   Okay.  The fourth paragraph is a few sentences.
09:44:27 So start with the -- the first sentence.

09:44:30         What does Mr. Shao communicate there?

09:44:33    A.   That in mid-September 2016, Perfectus had
09:44:37 arranged to export 569 containers of aluminum pallets,
09:44:43 which were finished products, along with additional 147
09:44:51 containers of alloyed aluminum profiles.

09:44:55    Q.   What does he say about the import of those

09:44:57   1   products?

09:44:58   2   A.   That those products had been imported into the

09:45:01   3   United States between 2012 and 2014 by Perfectus

09:45:06   4   predecessor entities.

09:45:08   5   Q.   What about in the next sentence, what's

09:45:10   6   communicated there?

09:45:11   7   A.   That the pallets were intended to be sold or

09:45:16   8   leased.

09:45:19   9   Q.   And then after that?

09:45:22   10   A.   Due to market conditions, they were unsuccessful

09:45:28   11   in selling or leasing the aluminum pallets.

09:45:33   12   Q.   And then what does Mr. Shao represent about what

09:45:38   13   happened in 2016?

09:45:40   14   A.   That in 2016 that Perfectus made a business

09:45:45   15   decision to export all the pallets to Vietnam.

09:45:55   16           MR. BERNSTEIN:   I want to show just the

09:45:56   17   witness 232.

09:46:21   18   Q.   And is this a certified declaration from

09:46:25   19   Mrs. Liu?

09:46:27   20   A.   Can you show the other pages, please?

09:46:29   21   Q.   Yes, sir.  Do you see where it says Zhijie Wang?

09:46:33   22   A.   Correct.  Yes, it is.

09:46:37   23   Q.   This is also from October 18th, 2017?

09:46:44   24   A.   Correct.

09:46:44   25   Q.   This is about the -- the ownership of the

| | | |
|---|---|---|
| 09:46:53 | 1 | property at 1001 Doubleday? |
| 09:46:55 | 2 | A.  Correct.  The Ontario warehouse. |
| 09:46:59 | 3 | MR. BERNSTEIN:  Okay.  Your Honor, the |
| 09:47:00 | 4 | Government moves to admit Exhibit 232. |
| 09:47:03 | 5 | THE COURT:  It will be received. |
| 09:47:05 | 6 | (Exhibit 232 is received.) |
| | 7 | BY MR. BERNSTEIN: |
| 09:47:14 | 8 | Q.  Okay.  Do you see where the declarant identifies |
| 09:47:20 | 9 | herself as Zhijie Wang? |
| 09:47:22 | 10 | A.  Correct. |
| 09:47:23 | 11 | Q.  And says that it has to do with a civil |
| 09:47:27 | 12 | forfeiture complaint filed against 1001 Doubleday? |
| 09:47:31 | 13 | A.  That's correct. |
| 09:47:32 | 14 | Q.  If we go down to paragraph 2 and 3, what does |
| 09:47:45 | 15 | Zhijie Wang communicate in the first full sentence? |
| 09:47:50 | 16 | A.  She indicated that she is the ultimate |
| 09:47:55 | 17 | beneficiary owner of the property, and the property is |
| 09:48:01 | 18 | wholly owned by 1001 Doubleday LLC. |
| 09:48:05 | 19 | Q.  And then in the next two sentences? |
| 09:48:07 | 20 | A.  That she is the sole member of Scuderia Capital |
| 09:48:12 | 21 | Partners, Inc.  And she is the CEO and the sole |
| 09:48:17 | 22 | shareholder of Scuderia Capital Partners, Inc. |
| 09:48:21 | 23 | Q.  And then on the last page we see Zhijie Wang's |
| 09:48:33 | 24 | signature? |
| 09:48:34 | 25 | A.  That's correct. |

09:48:35   1          Q.   And then on the page after that the

09:48:38   2     certification?

09:48:39   3          A.   Yes.

09:48:40   4          Q.   Okay.   I want to show you Exhibit 233.   Just the

09:48:46   5     witness.   Page 1.   Actually, page two.

09:48:59   6               Is this a similar declaration that Zhijie

09:49:02   7     Wang filed this time for 2323 Main Street, Irvine,

09:49:06   8     California?

09:49:06   9          A.   Correct, it is.

09:49:07   10         Q.   And this is a certificated declaration as well?

09:49:10   11         A.   Yes, it is.

09:49:11   12         Q.   Same date, October 18th, 2017?

09:49:14   13         A.   Same date, yes.

09:49:16   14               MR. BERNSTEIN:   Your Honor, the Government

09:49:17   15     moves to admit Exhibit 233.

09:49:20   16               THE COURT:   It will be received.

09:49:21   17               (Exhibit 233 is received.)

           18     BY MR. BERNSTEIN:

09:49:26   19         Q.   And without going through this word for word,

09:49:28   20     does Zhijie Wang make the same representations about her

09:49:33   21     connection to the company Von Karman, Main Street, LLC?

09:49:37   22         A.   Correct.   That she's the owner.

09:49:40   23         Q.   And this is connected to the warehouse located at

09:49:46   24     2323 Main Street, Irvine, California?

09:49:50   25         A.   Correct.   Also known as the Irvine warehouse.

09:49:54   1      Q.   Page 3 is the signature page?   And page 4 is the

09:49:57   2   certification?

09:49:58   3      A.   Correct.

09:49:59   4           MR. BERNSTEIN:   Just the witness, Your

09:50:00   5   Honor, I'm going to show 234, page 1.

09:50:06   6      Q.   And going down to page 2, did Zhijie Wang file

09:50:12   7   a -- a similar declaration, this time for the warehouse

09:50:17   8   located at 10681 Production Avenue in Fontana,

09:50:22   9   California?

09:50:23   10     A.   Correct.   The Fontana warehouse.

09:50:28   11     Q.   If we go to page 4, this one's certified as well?

09:50:30   12     A.   Yes, it is.

09:50:31   13     Q.   Filed the same -- not the same date, but filed in

09:50:34   14   October 2017, this time on October 3rd?

09:50:34   15     A.   Yes, October 3rd, 2017.

09:50:37   16          MR. BERNSTEIN:   Your Honor, the Government

09:50:38   17   moves to admit Exhibit 234 into evidence.

09:50:41   18              THE COURT:   It will be received.

09:50:42   19          (Exhibit 234 is received.)

          20   BY MR. BERNSTEIN:

09:50:45   21     Q.   And on page 2 of Exhibit 234, you see Zhijie Wang

09:50:50   22   as the declarant?

09:50:51   23     A.   I do.

09:50:53   24     Q.   And is Ms. Wang making the same representations

09:51:04   25   about her ownership over the warehouse located at 10681

09:51:12  1   Production Avenue in Fontana?

09:51:13  2      A.  Correct.  She indicates she's the ultimate

09:51:16  3   beneficial owner of the property.

09:51:17  4      Q.  And that the property is wholly owned by 10681

09:51:21  5   Production Avenue?

09:51:21  6      A.  Correct.

09:51:22  7      Q.  LLC?

09:51:23  8      A.  Yes.

09:51:24  9      Q.  And then the -- the same thing, sole member is

09:51:32  10  Scuderia Capital Partners?

09:51:35  11     A.  Correct.

09:51:35  12     Q.  And that she's the CEO?

09:51:37  13     A.  That's correct.

09:51:38  14     Q.  All right.  Last one.  I'm going to show you

09:51:41  15  Exhibit 235, page 1.

09:51:52  16          And is this another declaration that Zhijie

09:51:56  17  Wang filed in federal court that was certified this time

09:52:03  18  about the Riverside warehouse?

09:52:07  19     A.  Correct.  Located at 14600 Innovation Drive in

09:52:13  20  Riverside, California.

09:52:14  21          MR. BERNSTEIN:  Your Honor, the Government

09:52:15  22  moves to admit Exhibit 235.

09:52:18  23          THE COURT:  It will be received.

09:52:19  24          (Exhibit 235 is received.)

          25  BY MR. BERNSTEIN:

09:52:28    1        Q.   We see the declarant here is Zhijie Wang?

09:52:31    2        A.   That's correct.

09:52:32    3        Q.   And it's about the Riverside warehouse?

09:52:35    4        A.   Yes, it is.

09:52:36    5        Q.   And then what representations does Zhijie Wang

09:52:44    6    make with respect to the Riverside warehouse?

09:52:47    7        A.   That she is the ultimate beneficial owner of the

09:52:51    8    Riverside warehouse.

09:52:53    9        Q.   Okay.  And then very quickly just for the -- if

09:52:57   10    we go to Exhibit 37-1, these declarations we just saw

09:53:02   11    from Zhijie Wang, are they the related to the four

09:53:07   12    warehouses depicted in Exhibit 37, page 1?

09:53:11   13        A.   That's correct.

09:53:13   14             MR. BERNSTEIN:  And I want to show just the

09:53:14   15    witness Exhibit 227.

09:53:23   16        Q.   Is this the certified grant deed for the

09:53:26   17    Riverside warehouse?

09:53:28   18        A.   Yes, it is.

09:53:30   19             MR. BERNSTEIN:  Your Honor, the Government

09:53:30   20    moves to admit Exhibit 227 into evidence.

09:53:33   21             THE COURT:  It will be received.

09:53:47   22             (Exhibit 227 is received.)

           23    BY MR. BERNSTEIN:

09:53:49   24        Q.   Okay.  Special Agent Huang, just a few more

09:53:53   25    questions.  And I want to turn your attention to May of

09:54:01   1   2017.

09:54:03   2              Did you do anything of note that day?  I'll

09:54:08   3   give you day.  May 11, 2017.

09:54:12   4   A.   Yes.  Myself and other HSI agents conducted a

09:54:19   5   surveillance of the Irvine warehouse.

09:54:21   6   Q.   When you say the Irvine warehouse, just for

09:54:23   7   clarity of the record?

09:54:24   8   A.   The one located at 2323 Main Street in Irvine,

09:54:29   9   California.

09:54:29   10   Q.   And then why did you conduct that surveillance?

09:54:33   11   A.   In early May of 2017, HSI received a tip that the

09:54:40   12   remaining Perfectus Aluminum pallets being stored at the

09:54:44   13   Irvine and Riverside warehouses were going to be moved

09:54:48   14   out to another third-party storage facility in

09:54:54   15   Los Angeles County.

09:54:55   16   Q.   And so we'll get back to the surveillance so we

09:54:59   17   can get the words down.

09:55:01   18              The third-party facility, did you ultimately

09:55:05   19   determine what it was?

09:55:06   20   A.   Yes.  It's a company called Unis.  Unis is

09:55:11   21   basically a logistics and storage company.  They have

09:55:17   22   numerous warehouses in southern California.  They have

09:55:20   23   one in Walnut and two in the City of Industry.

09:55:24   24   Q.   So going back to May 11th of 2017, you said you

09:55:28   25   got this tip that the pallets were being moved out of

09:55:32  1    the Irvine warehouse.  So what did you do?

09:55:34  2        A.  So we set up surveillance in the morning.  To

09:55:39  3    summarize, we saw a lot of tractor trailers show up.

09:55:43  4        Q.  Sorry, I don't mean to cut you off.

09:55:46  5            But before you summarize, surveillance

09:55:49  6    where?

09:55:49  7        A.  Set up surveillance on the Irvine warehouse

09:55:52  8    located at 2323 Main Street.

09:55:53  9        Q.  So once you set up surveillance, what did

09:55:56  10   specifically see?

09:55:57  11       A.  We saw tractor trailers show up at the Irvine

09:56:01  12   warehouse.  And we saw forklifts carrying stacks of

09:56:06  13   aluminum pallets from the Irvine warehouse loading them

09:56:09  14   onto the tractor trailers.  And we subsequently followed

09:56:14  15   one of the tractor trailers to the Unis storage facility

09:56:19  16   in Walnut located at 218 Machlin Court, in Walnut,

09:56:27  17   California.

09:56:27  18       Q.  Just for clarity.  Unis is a third-party

09:56:31  19   warehouse unconnected to this case?

          20       A.  Correct.

09:56:43  21       Q.  So may 11th you see trucks take pallets from the

09:56:45  22   Irvine warehouse to Unis.

09:56:47  23           Was there another surveillance after that?

09:56:49  24       A.  The one I was involved in, yes, May 23, 2017.

09:56:54  25       Q.  And May 23, 2017, did you again set up

09:57:00   1    surveillance on the Irvine warehouse?

09:57:02   2      A.  Yes, we did.

09:57:03   3      Q.  What did you see?

09:57:04   4      A.  Similar to the surveillance from May 11th, saw

09:57:08   5    tractor trailers show up at the Irvine warehouse.

09:57:11   6    Stacks of aluminum pallets being loaded onto the tractor

09:57:15   7    trailers.

09:57:16   8          We followed one of the tractor trailers to

09:57:18   9    another Unis warehouse facility, this one in the City of

09:57:23  10    Industry.

09:57:24  11      Q.  Okay.  And now, jumping to September 14th of

09:57:31  12    2017, that day did HSI execute a seizure warrant on the

09:57:39  13    Perfectus pallets at the Unis warehouse?

09:57:41  14      A.  Correct.  At the three Unis warehouses.

09:57:44  15      Q.  Where you had identified the location of

09:57:46  16    Perfectus pallets?

09:57:47  17      A.  Correct.

09:57:47  18      Q.  Okay.  So on September 14, 2017, once you

09:57:55  19    executed the seizure warrant, what does that entail

09:58:00  20    exactly?

09:58:01  21      A.  Well, basically the Government took custody of

09:58:04  22    the aluminum pallets.  However, since there were so many

09:58:09  23    pallets, we couldn't just move them ourselves.  So the

09:58:12  24    Government had to find a private company to move the

09:58:19  25    aluminum pallets from Unis to a Government storage

09:58:22  1  warehouse -- Government contract storage warehouse.

09:58:26  2     Q.  And, sorry, I think you said this, but how many

09:58:29  3  Unis warehouses did you determine were holding Perfectus

09:58:32  4  pallets?

09:58:33  5     A.  Three Unis warehouses held the Perfectus aluminum

09:58:39  6  pallets.

09:58:39  7     Q.  And the number of pallets that Homeland Security,

09:58:45  8  your agency was able to seize from the Unis warehouses

09:58:51  9  that belonged to Perfectus, approximately what was that

09:58:54  10  number?

09:58:55  11     A.  About 140,000 aluminum pallets.

09:58:59  12     Q.  All right.

09:58:59  13        MR. BERNSTEIN:  I want to show just the

09:59:01  14  witness Exhibit 48.

09:59:09  15     Q.  Do you recognize this photograph?

09:59:11  16     A.  I do.

09:59:12  17     Q.  And then this is an 11-page Exhibit, 11

09:59:16  18  photographs?

09:59:16  19     A.  Yes.

09:59:17  20     Q.  You reviewed all 11 photograph before today?

09:59:21  21     A.  I have.

09:59:22  22     Q.  What's depicted in these photographs?

09:59:24  23     A.  The first ten photos are of the Perfectus

09:59:28  24  Aluminum pallets that were being stored at one of the

09:59:32  25  Unis warehouses.  And photograph No. 11 is a photograph

09:59:38  1    of other aluminum products.

09:59:41  2         MR. BERNSTEIN:  Okay.  Your Honor, the

09:59:43  3    Government moves to admit Exhibit 48.

09:59:46  4         THE COURT:  It will be received.

09:59:47  5         (Exhibit 48 is received.)

          6    BY MR. BERNSTEIN:

09:59:48  7      Q.  We'll scroll through them quickly.  Page 1, 2, 3,

09:59:53  8    4, 5, 6, 7, 8, 9 and 10.

10:00:00  9         You said these are the photographs that

10:00:02  10   depict the aluminum pallets at the Unis warehouse?

10:00:05  11     A.  Correct.  The one in Walnut, California.

10:00:07  12     Q.  And then page 10 -- or page 11 of Exhibit 48 is

10:00:12  13   what?

10:00:13  14     A.  Other aluminum products that either came from the

10:00:17  15   Riverside or the Irvine warehouses.

10:00:21  16         MR. BERNSTEIN:  I'm going to show just the

10:00:22  17   witness Exhibit 47.

10:00:23  18         THE COURT:  Well, we will show him after the

10:00:26  19   break.

10:00:26  20         It's 10:00 o'clock, ladies and gentlemen.

10:00:27  21   Remember the admonishment not to discuss the case among

10:00:30  22   yourselves or with anybody else or form or express any

10:00:32  23   opinions about the matter until it's submitted to you

10:00:35  24   and you retire to the jury room.

10:00:36  25         See you back in 15.

| | | |
|---|---|---|
| 10:00:38 | 1 | THE CLERK:  All rise. |
| 10:18:44 | 2 | (BRIEF RECESS.) |
| 10:20:49 | 3 | THE COURT:  Okay.  The record will reflect |
| 10:20:55 | 4 | that all the members of the jury are in their respective |
| 10:20:58 | 5 | seats in the jury box. |
| 10:20:59 | 6 | The witness is on the witness stand. |
| 10:21:00 | 7 | Counsel, you may inquire. |
| 10:21:04 | 8 | MR. BERNSTEIN:  Thank you, Your Honor. |
| 10:21:05 | 9 | Just for the witness, I will show |
| 10:21:07 | 10 | Exhibit 47, page 1. |
| 10:21:09 | 11 | Q.  And what does this photograph depict? |
| 10:21:14 | 12 | A.  It is a photograph depicting the aluminum -- |
| 10:21:18 | 13 | correction, Perfectus aluminum pallet. |
| 10:21:22 | 14 | Q.  There are ten photographs in this exhibit as |
| 10:21:24 | 15 | well? |
| 10:21:24 | 16 | A.  Correct. |
| 10:21:25 | 17 | Q.  You've reviewed this exhibit before today? |
| 10:21:27 | 18 | A.  I have. |
| 10:21:27 | 19 | Q.  And they are fair and accurate copies of this |
| 10:21:30 | 20 | photograph? |
| 10:21:30 | 21 | A.  Yes. |
| 10:21:31 | 22 | MR. BERNSTEIN:  Your Honor, the Government |
| 10:21:32 | 23 | moves to admit Exhibit 47. |
| 10:21:34 | 24 | THE COURT:  It will be received. |
| 10:21:36 | 25 | (Exhibit 47 is received.) |

10:21:38   1           MR. BERNSTEIN:  I will just go through these

10:21:40   2   photographs quickly.

10:21:41   3      Q.  Pages 1, 2, 3, 4, 5, 6, 7, 8 -- and 8 depict the

10:21:54   4   aluminum pallets?

10:21:55   5      A.  Correct.

10:21:55   6      Q.  And what does page 9 depict?

10:21:58   7      A.  These are the other Perfectus aluminum products

10:22:02   8   that were being stored at the Unis warehouse.

10:22:06   9      Q.  And what about 10?

10:22:10  10      A.  Same as photograph 9, other Perfectus Aluminum

10:22:13  11   products that were stored at the Unis warehouse in the

10:22:16  12   City of Industry.

10:22:17  13      Q.  And it has the Perfectus Aluminum, Inc. label on

10:22:25  14   it?

10:22:26  15      A.  Correct.

10:22:26  16           MR. BERNSTEIN:  I will show just the witness

10:22:29  17   Exhibit 51.

10:22:35  18           Actually, I will do 49 first.

10:22:38  19      Q.  What does this four-page exhibit depict?

10:22:45  20      A.  Exhibit 49 is four photographs of the Perfectus

10:22:50  21   aluminum pallets that are currently being stored at a

10:22:55  22   Government contract warehouse in southern California.

10:22:59  23      Q.  They're fair and accurate copies of those four

10:23:03  24   photographs?

10:23:03  25      A.  Yes they are.

| | | |
|---|---|---|
| 10:23:04 | 1 | MR. BERNSTEIN:  Your Honor, the Government |
| 10:23:05 | 2 | moves to admit Exhibit 49. |
| 10:23:08 | 3 | THE COURT:  It will be received. |
| 10:23:10 | 4 | (Exhibit 49 is received.) |
| | 5 | BY MR. BERNSTEIN: |
| 10:23:12 | 6 | Q.  Just to make sure it's clear:  You surveilled |
| 10:23:14 | 7 | that the pallets go from the Irvine warehouse to Unis, |
| 10:23:18 | 8 | and then the seizure, the Government moved the pallets |
| 10:23:22 | 9 | from Unis to this Government contracted warehouse? |
| 10:23:26 | 10 | A.  Correct.  It took three months to move the |
| 10:23:29 | 11 | pallets from the Unis warehouse to the Government |
| 10:23:32 | 12 | contract warehouse. |
| 10:23:33 | 13 | Q.  Okay.  And I'm going to go to pages 2, 3, and 4. |
| 10:23:39 | 14 | The objects depicted in these photographs are what? |
| 10:23:42 | 15 | A.  Are the Perfectus aluminum pallets. |
| 10:23:48 | 16 | MR. BERNSTEIN:  I'm going to show you |
| 10:23:51 | 17 | Exhibit 51, just the witness. |
| 10:23:53 | 18 | Thank you. |
| 10:23:54 | 19 | Q.  And it's a two-page exhibit? |
| 10:23:56 | 20 | A.  Correct. |
| 10:23:57 | 21 | Q.  Do you recognize this photograph? |
| 10:24:00 | 22 | A.  I do.  Exhibit 51 is two more photographs of the |
| 10:24:06 | 23 | Perfectus aluminum pallets currently being stored at the |
| 10:24:09 | 24 | Government contract warehouse. |
| 10:24:10 | 25 | Q.  And these are fair and accurate copies of those |

10:24:13   1    photographs?

10:24:13   2        A.  Yes, they are.

10:24:14   3             MR. BERNSTEIN:  Your Honor, the Government

10:24:15   4    moves in Exhibit 51.

10:24:18   5             THE COURT:  It will be received.

10:24:20   6             (Exhibit 51 is received.)

           7    BY MR. BERNSTEIN:

10:24:21   8        Q.  This is the first photograph?

10:24:22   9        A.  Correct.

10:24:23   10       Q.  And we have sort of a tech issue.  This

           11   is oriented 90 degrees off.

10:24:31   12            But this is the second photograph of the

10:24:34   13   aluminum pallets?

10:24:35   14       A.  Yes, it is.

10:24:36   15            MR. BERNSTEIN:  And then finally just the

10:24:36   16   witness I'm going to show Exhibit 43.

10:24:43   17       Q.  Is this a photograph taken on September 14, 2017?

10:24:50   18       A.  That's correct.

10:24:50   19       Q.  What does this photograph depict?

10:24:52   20       A.  It is a photograph of a Perfectus aluminum pallet

10:24:55   21   that was found during the execution of the search

10:24:59   22   warrant at the Irvine warehouse on September 14th, 2017.

10:25:07   23       Q.  Page 2 is another photograph?

10:25:09   24       A.  Correct.

10:25:09   25       Q.  Same thing?

10:25:10   1      A.   It's a Perfectus aluminum pallet.

10:25:12   2      Q.   And these two photographs are fair and accurate

10:25:15   3   copies of the original photographs?

10:25:16   4      A.   Yes, they are.

10:25:18   5           MR. BERNSTEIN:   Your Honor, the Government

10:25:19   6   moves Exhibit 43 into evidence.

10:25:21   7           THE COURT:   It will be received.

           8           (Exhibit 43 is received.)

           9   BY MR. BERNSTEIN:

10:25:23  10      Q.   That's page 1, and that's page 2?

10:25:26  11      A.   Correct.

10:25:29  12           MR. BERNSTEIN:   That's all I have, Your

10:25:31  13   Honor.

10:25:31  14           THE COURT:   Okay.

10:25:32  15           Cross-examination.

10:25:36  16                      **CROSS-EXAMINATION**

10:25:40  17   BY MR. RUYAK:

10:25:55  18      Q.   Agent Huang, good afternoon -- I guess we are

10:25:59  19   still in the morning.

10:26:00  20      A.   Good morning.

10:26:00  21      Q.   My name is Robert Ruyak.   We never met or

10:26:06  22   discussed this case before?

10:26:08  23      A.   That's correct, sir.

10:26:09  24      Q.   And I represent the Perfectus defendants, which

10:26:11  25   is the PCA Perfectus defendants in this case.

10:26:14   1            And as part of your investigation as a

10:26:17   2    co-lead investigator were you responsible for

10:26:19   3    investigating circumstances surrounding Perfectus that

10:26:26   4    related to this case?

10:26:27   5        A.   Correct.

10:26:27   6        Q.   You were present at the interviews of witnesses?

10:26:31   7        A.   Not all the interviews.

10:26:32   8        Q.   What about Perfectus employees; were you at any

10:26:36   9    interviews with Perfectus employees?

10:26:38   10       A.   I would say majority of interviews with Perfectus

10:26:42   11   employees.

10:26:42   12       Q.   And you've been here every day at trial so you've

10:26:46   13   heard the testimony from those people, right?

10:26:48   14       A.   I have.

10:26:49   15       Q.   Now, you read a lot of documents related to

10:26:53   16   Perfectus?

10:26:53   17       A.   Yes.

10:26:54   18       Q.   And you identified some of them here today and

10:26:56   19   yesterday?

10:26:57   20       A.   Correct.

10:26:57   21       Q.   And I take it you were responsible for following

10:27:04   22   up and trying to get evidence that supports the

10:27:07   23   Government's case relating to Perfectus, correct?

10:27:09   24       A.   Correct.

10:27:10   25       Q.   I would like to first -- well, first of all

10:27:17   1   before we get any furtherer, the last thing we saw, you

10:27:20   2   talk about the seizure of the pallets, correct?

10:27:22   3        A.   Correct.

10:27:23   4        Q.   And there is nothing illegal about a company

10:27:25   5   moving its products from one storage to another,

10:27:29   6   correct?

10:27:29   7        A.   Correct.

10:27:30   8        Q.   And it was done in light of day?

10:27:34   9        A.   Sorry.

10:27:34   10       Q.   It was done during the light of day, correct?

10:27:37   11       A.   We don't know.  We -- our surveillance were

10:27:41   12   limited during the day.  We don't know if they were

10:27:44   13   moved at nighttime.

10:27:45   14       Q.   Well, there was nothing concealed about the

10:27:47   15   movements, correct?

10:27:47   16       A.   Correct.

10:27:48   17       Q.   And you seized them only because the Government

10:27:52   18   thought it was entitled to additional duties on these

10:27:55   19   pallets, correct?

10:27:56   20       A.   The co-case agent John Chopp obtained a

10:28:04   21   co-authorized seizure warrant to seize the pallets.

10:28:06   22       Q.   Because there was a concern that you were

10:28:08   23   entitled -- the Government was entitled to additional

10:28:11   24   antidumping/countervailing duties on these pallets,

           25   correct?

10:28:14  1    A.  John Chop was responsible for drafting the

10:28:18  2  affidavit for the seizure warrants.

10:28:20  3    Q.  There has been a lot of discussion about China

10:28:28  4  Zhongwang and so forth.  So I just wanted to see if I

10:28:30  5  could talk to you a little bit about the corporate

10:28:35  6  structure here.  So when we talked about these

10:28:38  7  companies, and I asked you questions, we're clear.

10:28:43  8              MR. RUYAK:  So, Allen, can I put on the ELMO

10:28:45  9  thing here.

10:28:59 10    Q.  Agent Huang, as part of your investigation, did

10:29:02 11  you inquire into the corporate structure of China

10:29:08 12  Zhongwang Holdings Limited, the Chinese public company?

10:29:11 13    A.  We investigated -- investigated various aspects

10:29:15 14  of China Zhongwang.

10:29:17 15    Q.  And you are aware that in -- before 2009, China

10:29:22 16  Zhongwang was a privately held company, correct?

10:29:26 17    A.  Correct.

10:29:26 18    Q.  And it was associated at that time with another

10:29:29 19  company called Zhongwang International Limited, correct?

10:29:33 20    A.  I believe so.

10:29:34 21    Q.  And that Zhongwang International Limited was a

10:29:36 22  private company owned by primarily by the Liu family?

10:29:41 23    A.  I need to double-check that.  But that sounds

10:29:44 24  accurate.

10:29:44 25    Q.  But then in 2009, critical date, and you showed

10:29:47  1   it in of your documents, May 2009, China Zhongwang went

10:29:51  2   public on the Hong Kong stock exchange, correct?

10:29:54  3        A.   That's correct.

10:29:55  4        Q.   And Zhongwang China Holdings, the Chinese

10:30:00  5   company, is primarily a manufacturer of aluminum

10:30:04  6   products, correct?

10:30:05  7        A.   Correct.

10:30:06  8        Q.   And all of its manufacturing is in China,

10:30:09  9   correct?

10:30:09  10       A.   China Zhongwang?

10:30:12  11       Q.   Yes.

10:30:13  12       A.   Correct.

10:30:14  13       Q.   And so it's a Chinese company on the stock

10:30:17  14   exchange in Hong Kong, manufactures products in China

10:30:22  15   for use in China and exported to other countries,

10:30:25  16   correct?

10:30:25  17       A.   I'm sorry, sir.  Can you repeat that again.

10:30:27  18       Q.   Sure.  It's a -- China Zhongwang is a company on

10:30:31  19   the Hong Kong stock exchange --

          20       A.   Correct.

10:30:33  21       Q.   -- manufactures aluminum products for sale in

10:30:35  22   China and also exports some products to other countries,

10:30:39  23   correct?

10:30:40  24       A.   Well, the entity in Hong Kong doesn't manufacture

10:30:44  25   products.  It is the plant in China that manufactured

10:30:48  1   the aluminum products.

10:30:49  2       Q.   But the company overall, its purpose, the

10:30:53  3   subsidiaries it has, the factories it has, okay, under

10:30:56  4   its control as a public company, are all in China,

10:31:01  5   manufacturing products to export to other countries and

10:31:06  6   for use in China?

10:31:07  7       A.   I don't have insight to that.

10:31:09  8       Q.   You didn't investigate what China Zhongwang

10:31:12  9   Holdings does with the products that it manufactured in

10:31:16  10  China?

10:31:16  11      A.   Our primary focus was how it affected the United

10:31:20  12  States.   So our investigation primarily focused was

10:31:23  13  happening here in the United States.

10:31:24  14      Q.   Okay.   So you focused on the United States.

10:31:27  15  Let's do that.

10:31:28  16          You know, of course, that Perfectus, my

10:31:30  17  client, is not a subsidiary of the public company in

10:31:37  18  China, correct?

10:31:38  19      A.   It is not listed in the annual report.

10:31:41  20      Q.   Well, if you investigated, you know that there's

10:31:44  21  no stock holdings or interest that China Zhongwang has

10:31:48  22  in Perfectus, correct?

10:31:48  23      A.   Through our investigation, we have good evidence

10:31:53  24  to show that Mr. Zhongtian Liu was the ultimate person

10:31:58  25  in charge and the owner of Perfectus.

10:32:03   1     Q.   That is not my question.   Do you know what an

10:32:09   2   independent corporation is?

10:32:09   3     A.   No, I don't.

10:32:10   4     Q.   Did you investigate -- as part of your

10:32:12   5   investigation determine whether Perfectus was a separate

10:32:14   6   corporation incorporated in Delaware with its principal

10:32:17   7   place of business in California?

10:32:18   8     A.   We understand Perfectus was registered in

10:32:22   9   Delaware and also in California.

10:32:24   10    Q.   And as a separate corporation, not part of China

10:32:28   11   Zhongwang Holdings?

10:32:31   12    A.   We do not know that.

10:32:35   13    Q.   You didn't investigate that?

10:32:36   14          MR. BERNSTEIN:   Your Honor, objection,

10:32:37   15   misstates testimony.

10:32:38   16          THE COURT:   Overruled.

10:32:39   17          THE WITNESS:   Based on our investigation, we

10:32:41   18   understand Perfectus is controlled and owned by

10:32:45   19   Mr. Zhongtian Liu.   And Mr. Zhongtian Liu was a chairman

10:32:47   20   of China Zhongwang.

           21   BY MR. RUYAK:

10:32:48   22    Q.   So that's a conclusion that you're making.   But

10:32:52   23   you don't know whether there's any financial interest,

10:32:55   24   stock ownership or other interest, that China Zhongwang

10:32:58   25   has in Perfectus?

10:33:00  1      A.   During this investigation, we contracted over a

10:33:03  2   hundred interviews.  Obtained hundreds of thousands of

10:33:07  3   documents from corporations, Government records,

10:33:11  4   business records.  And based on what we've determined,

10:33:15  5   Perfectus was -- like I said, owned and controlled by

10:33:19  6   Perfectus, similar to China Zhongwang.

10:33:21  7      Q.   Let's step back now.  I know you're not a lawyer.

10:33:26  8   I know you're not -- maybe you don't know much about

10:33:28  9   corporations.  But I'm asking very simple questions.

10:33:30  10              I'm not asking about Mr. Liu.  I'm asking

10:33:33  11  about China Zhongwang the company.  Publicly held

10:33:36  12  company.

10:33:37  13              Did they own any stock in Perfectus, my

10:33:40  14  client?

10:33:41  15              THE COURT:  If you know.

10:33:41  16              THE WITNESS:  Perfectus is not a public

10:33:43  17  traded company, so China Zhongwang would not own any

10:33:46  18  stocks in Perfectus.

          19  BY MR. RUYAK:

10:33:48  20     Q.   Did they own any interest, shares, memberships,

10:33:51  21  anything in Perfectus?

10:33:54  22     A.   China Zhongwang?

10:33:55  23     Q.   Yes.

10:33:55  24     A.   China Zhongwang -- as I said, sir, based on our

10:34:01  25  investigation, Zhongtian Liu --

10:34:04  1       Q.  No.  I'm sorry.  That's nonresponsive to that.

10:34:06  2              MR. RUYAK:  Your Honor, can I please ask

10:34:07  3   him -- .

10:34:07  4              THE COURT:  Why don't you state the question

10:34:08  5   again, counsel.

6   BY MR. RUYAK:

10:34:09  7       Q.  Do you know of any financial interest that the

10:34:12  8   public company China Zhongwang has in my clients,

10:34:16  9   Perfectus, in the United States?

10:34:17  10      A.  I do not have knowledge to that information.

10:34:19  11      Q.  In fact, you looked at the income tax returns,

10:34:25  12   correct?

10:34:25  13      A.  I did not.  That was the IRS.

10:34:28  14      Q.  You didn't look at --

10:34:30  15      A.  I briefly glanced at it.

10:34:32  16      Q.  The other day?

10:34:33  17      A.  Sorry.

10:34:34  18      Q.  You showed us some of the income tax returns the

10:34:37  19   other day, yesterday?

10:34:38  20      A.  I do not believe those exhibits were shown to me.

10:34:41  21      Q.  So as part of your investigation, did you learn

10:34:46  22   that back in 2008, Mr. Liu sold Perfectus to Johnson

10:34:55  23   Shao?

10:34:59  24      A.  No.  I -- that was not -- we did not learn that.

10:35:03  25      Q.  Did you learn from looking at the documents and

10:35:07   1   so forth of Perfectus -- and you had them -- that this

10:35:10   2   was in preparation for China Zhongwang going public in

10:35:14   3   China that Mr. Liu sold Perfectus to Mr. Johnson Shao in

10:35:20   4   the United States?

10:35:22   5       A.   We did not see any documents to indicate what you

10:35:26   6   just said.

10:35:27   7       Q.   Did you investigate yourself the income tax

10:35:33   8   returns, other documents that shows that between that

10:35:36   9   point in 2008 and November 2014 that Mr. Johnson Shao

10:35:43   10  was the hundred percent owner of Perfectus in United

10:35:46   11  States?

10:35:48   12      A.   From our understanding and our investigation,

10:35:50   13  Johnson Shao was working under the control of Zhongtian

10:35:55   14  Liu.

10:35:55   15      Q.   That is not my question.  My question is:  Do you

10:35:58   16  know from looking at the documentation that Mr. Johnson

10:36:02   17  Shao was the 100 percent owner of Perfectus in the

10:36:06   18  United States?

10:36:07   19             MR. BERNSTEIN:  Objection.  Asked and

10:36:09   20  answered, Your Honor.

10:36:09   21             THE COURT:  Overruled.

10:36:11   22             THE WITNESS:  I can double-check again.  But

10:36:16   23  for time, Johnson Shao was the listed CEO for Pengcheng

10:36:22   24  Aluminum which became Perfectus.

10:36:25   25             Once again, there were so many documents, I

10:36:27  1   would need to check those documents.

    2   BY MR. RUYAK:

10:36:28  3       Q.   You understand what the term beneficial ownership

10:36:31  4   means?

10:36:32  5       A.   A little bit based on my reading of the annual

10:36:38  6   reports.  But I'm by no means an expert.

10:36:42  7       Q.   Doesn't beneficial ownership mean that you're the

10:36:46  8   person who gets the profits from the company?

10:36:48  9       A.   I'm sorry.  Are you telling me that's what it

10:36:52  10  means?

10:36:52  11      Q.   Doesn't beneficial ownership that you're the

10:36:53  12  person that gets the profits from the company?

10:36:54  13      A.   My understanding beneficial owner is the person

10:36:58  14  in charge of a company.

10:37:00  15      Q.   So you don't know that beneficial ownership means

10:37:04  16  that if you own the company you get the profits?

10:37:07  17      A.   I would assume that the person's the owner, that

10:37:09  18  person would get the profit.

10:37:10  19      Q.   And that's the benefit, right, of beneficial

10:37:15  20  ownership?  You own the company, and you get the money

10:37:17  21  it makes?

10:37:17  22      A.   That sounds about right.

10:37:20  23           MR. RUYAK:  So let's look at the annual

10:37:21  24  report, Exhibit 130, page 108.  That is the 2009 Annual

10:37:33  25  Report.  Okay.

10:37:48   1          I think we have to go back a little bit.

10:37:51   2   Up, up, up.  Up a little bit, scroll down.

10:38:03   3          This is something that the Government's

10:38:06   4   lawyer showed you on direct.

10:38:13   5          Go up.  It's the related parties part.  It's

10:38:16   6   page 108.

           7   BY MR. RUYAK:

10:38:24   8      Q.   Okay.  So we are looking at this annual report.

10:38:29   9   And the Government lawyer asked you about related

10:38:31  10   parties?

10:38:32  11          First of all, do you know what the

10:38:34  12   definition of a related party is legally?

10:38:37  13      A.   I would have to look it up.  It is not on the top

10:38:41  14   of my head, sir.

10:38:42  15      Q.   So it's kind of a complex definition, isn't it?

10:38:45  16              MR. BERNSTEIN:  Objection.

10:38:47  17              THE COURT:  Sustained.

          18   BY MR. RUYAK:

10:38:49  19      Q.   Let's read this.  These are the companies of the

10:38:54  20   group.  And the group -- when they say "group" right

10:38:56  21   now, we're talking about China Zhongwang Holdings,

10:38:59  22   right, in China; that's the group, right?

10:39:03  23      A.   Correct.

10:39:04  24      Q.   That's what this annual report is published for,

10:39:07  25   China Zhongwang holdings in China.

10:39:09   1          These are companies which are beneficially

10:39:12   2   owned by Mr. Liu.

10:39:13   3          Do you see that?

10:39:14   4     A.   I do.

10:39:16   5     Q.   And so you pointed out, when you look at the

10:39:21   6   list, PCA doesn't appear on that list in 2009, correct?

10:39:25   7     A.   Correct.

10:39:27   8     Q.   And that's because in 2009 Mr. Liu had no

10:39:34   9   beneficial ownership in PCA, right?

10:39:37   10          MR. BERNSTEIN:  Objection.  Misstates

10:39:39   11   testimony.

10:39:39   12          THE COURT:  Overruled.

10:39:40   13          Do you know one way or the other?

10:39:44   14          THE WITNESS:  Your Honor, based on our

10:39:47   15   investigation, our understanding was Mr. Zhongtian Liu

10:39:48   16   was the owner of Pengcheng Aluminum even though there

10:39:53   17   are no documents linking him to it.

10:39:55   18          THE COURT:  There are no documents linking

10:40:00   19   him into it; is that what you said?

10:40:00   20          THE WITNESS:  There were previously

10:40:01   21   documents.  But the time period we're talking about...

           22          THE COURT:  Okay.

           23   BY MR. RUYAK:

10:40:05   24     Q.   Let me put it this way:  You know of no

10:40:07   25   document -- you know no federal income tax returns, you

10:40:10  1  know of no transactional documents, you know of no

10:40:13  2  documents that link Mr. Liu as a beneficial ownership of

10:40:18  3  PCA in 2009, correct?

10:40:21  4      A.  Well, not in 2000 -- in the previous years there

10:40:24  5  are documents linking Mr. Liu --

10:40:27  6              THE COURT:  He's just talking about 2009.

10:40:29  7              THE WITNESS:  I'm sorry, Your Honor.  That's

10:40:30  8  correct.

10:40:45  9              MR. RUYAK:  Let's look at Exhibit 745, just

10:40:48  10  for the witness.

10:40:52  11              THE COURT:  Just for the witness you said?

10:40:55  12              MR. RUYAK:  Just for the witness, Your

10:40:57  13  Honor.

10:40:57  14              And do you see what this document is?

10:41:03  15              THE WITNESS:  Yes.  The U.S. corporation

10:41:05  16  income tax return.

          17  BY MR. RUYAK:

10:41:06  18      Q.  And it's for PCA, correct, in 2009?

10:41:09  19      A.  That's correct.

10:41:10  20      Q.  And you can see it was received by the IRS.  Do

10:41:17  21  you see the stamp in the red, the IRS received it in

10:41:22  22  Ogden, Utah on March 15, 2010?

10:41:24  23      A.  That's correct.

10:41:25  24      Q.  That's because when you have 2009, you file in

10:41:29  25  2010, right?

| | | |
|---|---|---|
| 10:41:30 | 1 | A.   That's my understanding. |
| 10:41:31 | 2 | Q.   And you see that there's substantial revenue that |
| 10:41:35 | 3 | was received by Pengcheng Aluminum Enterprises in |
| 10:41:40 | 4 | 2010 -- or '9, right? |
| 10:41:42 | 5 | A.   You're talking about cost of goods sold, 21 -- |
| 10:41:47 | 6 | MR. RUYAK:   Before you do that, Your Honor, |
| 10:41:48 | 7 | I offer Exhibit 745 in evidence. |
| 10:41:51 | 8 | MR. BERNSTEIN:   It's already in evidence. |
| 10:41:54 | 9 | THE COURT:   I'm sorry? |
| 10:41:56 | 10 | MR. BERNSTEIN:   It's already in evidence, |
| | 11 | Your Honor. |
| | 12 | MR. RUYAK:   It's already in evidence?  Okay. |
| | 13 | BY MR. RUYAK: |
| 10:41:59 | 14 | Q.   Let's go down to the bottom of that page.  On |
| 10:42:05 | 15 | that page, you can see that the signatory is -- you |
| 10:42:08 | 16 | recognize his name, right, his signature there, Johnson |
| 10:42:16 | 17 | Shao? |
| 10:42:16 | 18 | A.   It appears to be Johnson Shao's signature. |
| 10:42:18 | 19 | Q.   You seen his signature many times, right? |
| 10:42:21 | 20 | A.   I have. |
| 10:42:21 | 21 | Q.   It says he's the CEO, right, of the company? |
| 10:42:24 | 22 | A.   Correct. |
| 10:42:25 | 23 | MR. RUYAK:   Let's go to page 9.  Okay.  Page |
| 10:42:30 | 24 | 9, the bottom part, Allen, please. |
| 10:42:33 | 25 | Q.   You see that he filed with the IRS.  But as of |

10:42:36　1　2009, he was the hundred percent beneficial owner -- he

10:42:41　2　had the ownership of PCA, correct?

10:42:43　3　　　　　　MR. BERNSTEIN:  Objection, Your Honor, to

10:42:45　4　the word "beneficial."  That's not what that says.

　　　　　5　BY MR. RUYAK:

10:42:50　6　　Q.  All right.  I'm sorry.

10:42:51　7　　　　　　He had 100 percent -- percentage owned in

10:42:54　8　voting stock, 100 percent, correct?

10:42:56　9　　A.  That's what it says here.

10:42:59　10　　　　　　MR. RUYAK:  Let's go to Exhibit 746.  Okay.

10:43:08　11　And then let's look at -- 746, page 9.  It is not -- the

10:43:21　12　text are not in evidence.

10:43:24　13　　　　　　Let's go to 746.  Just for the witness.  Go

10:43:28　14　to page 2.  Okay.

10:43:32　15　　Q.  And you see this is another income tax return for

10:43:36　16　Pengcheng Aluminum, and this is the year 2010, correct?

10:43:39　17　　A.  Correct.

10:43:39　18　　　　　　MR. RUYAK:  Your Honor, I offer Exhibit 746

10:43:42　19　into evidence.

10:43:44　20　　　　　　THE COURT:  It will be received.

10:43:45　21　　　　　　(Exhibit 746 is received.)

　　　　　22　BY MR. RUYAK:

10:43:46　23　　Q.  You see in this year there was $24 million in

10:43:49　24　sales --

10:43:49　25　　A.  I do.

10:43:50  1      Q.  -- by this distributor?

10:43:53  2           And if you look at the last page, you see

10:43:56  3   that -- again, page 2 at the bottom, you see Mr. Shao's

10:44:05  4   signature, right?

10:44:06  5      A.  I do.

10:44:07  6      Q.  Look at page 9 again.  You see that he was the

10:44:12  7   100 percent owner?

10:44:14  8      A.  That's what it listed.

10:44:16  9      Q.  And let's look at Exhibit 747.

10:44:22 10           MR. RUYAK:  Your Honor, I offer the income

10:44:24 11   tax return, Exhibit 746, for 2010 in evidence.

10:44:28 12           THE COURT:  It will be received.

10:44:30 13           (Exhibit 746 is received.)

         14   BY MR. RUYAK:

10:44:31 15      Q.  Let's look at 747.

10:44:33 16           THE COURT:  Is it in evidence?

10:44:35 17           MS. KUMAR:  Not yet.

10:44:38 18           MR. RUYAK:  Just the witness only then.

10:44:40 19   Let's look at page 2.  Okay.

10:44:43 20      Q.  Again, you see this is a corporate income tax

10:44:45 21   return for 2011?

10:44:47 22      A.  Yes.

10:44:47 23      Q.  And it's for Pengcheng Aluminum, right?

10:44:48 24      A.  Correct.

10:44:49 25      Q.  And it's received by the IRS.  You see the stamp

| | | |
|---|---|---|
| 10:44:52 | 1 | there as well, right? |
| 10:44:53 | 2 | A.  I do. |
| 10:44:54 | 3 | Q.  And that's Johnson Shao's, signature? |
| 10:44:56 | 4 | A.  It appears so. |
| 10:44:58 | 5 | Q.  And in this case, this is 2000 -- |
| 10:45:03 | 6 | MR. RUYAK:  Let's go back up a little bit, |
| 10:45:05 | 7 | Allen. |
| 10:45:06 | 8 | Q.  In this case you can see that there is |
| 10:45:08 | 9 | substantial revenue that came into the company in 2010? |
| 10:45:12 | 10 | A.  I show a decrease from -- |
| 10:45:15 | 11 | Q.  Right.  That's because of the antidumping order, |
| 10:45:19 | 12 | right?  The antidumping order went in 2010. |
| 10:45:23 | 13 | So there was a decrease in revenue in 2011, |
| 10:45:26 | 14 | correct? |
| 10:45:27 | 15 | A.  That's my assumption. |
| 10:45:29 | 16 | Q.  Well, you know that that's what this case was all |
| 10:45:32 | 17 | about?  The antidumping order, you know when it went in, |
| 10:45:35 | 18 | and you knew what affect it had on the company, correct? |
| 10:45:38 | 19 | A.  Correct. |
| 10:45:39 | 20 | Q.  You heard from the witnesses on the witness stand |
| 10:45:42 | 21 | from the company that it was devastating, that it took |
| 10:45:43 | 22 | all the revenue away from the company, correct? |
| 10:45:45 | 23 | A.  Business slowed down after the antidumping. |
| 10:45:50 | 24 | MR. RUYAK:  I offer 747 into evidence, Your |
| 10:45:53 | 25 | Honor. |

10:45:54   1                    THE COURT:  It will be received.

           2                    (Exhibit 747 is received.)

10:45:55   3                    MR. RUYAK:  Let's go to page 11.  Finish

10:45:59   4    this off.

10:46:02   5       Q.  And 11 you see Johnson Shao is the 100 percent

10:46:04   6    owner of the voting stock, correct?

10:46:07   7       A.  Yes.  That's what is listed here.

10:46:10   8                    MR. RUYAK:  Let's look at 748, Exhibit 748.

10:46:14   9    Just for the witness, page 2.

10:46:19   10      Q.  And you see this is another income tax return,

10:46:22   11   this time for 2012?

10:46:23   12      A.  Correct.

10:46:24   13      Q.  Pengcheng Aluminum Enterprises.

10:46:28   14      A.  Yes.

10:46:29   15                   MR. RUYAK:  Your Honor, I offer Exhibit 748

10:46:31   16   into evidence.

10:46:32   17                   THE COURT:  It will be received.

10:46:33   18                   (Exhibit 748 is received.)

           19   BY MR. RUYAK:

10:46:34   20      Q.  And again at the bottom of that page you see

10:46:40   21   Mr. Shao's signature, right, as president?

10:46:43   22      A.  It appears so.

10:46:45   23      Q.  And let's go to page 10.  Again, he's listed with

10:46:48   24   the IRS as 100 percent --

10:46:49   25      A.  Yes.

10:46:50  1     Q.  Let's go back to page 1.  All right.  2.  I'm

10:46:54  2  sorry.  Page 2.

10:46:55  3          You see now by 2012 the revenue for the

10:47:00  4  company is down to about $3 million, right?

10:47:05  5     A.  Yes.

10:47:05  6     Q.  And the first one, if you look back at 745,

10:47:11  7  page -- first page, back then by comparison the revenue

10:47:18  8  then was around close to $22 million, correct?

10:47:23  9     A.  The cost of goods sold?  Yes.

10:47:29  10     Q.  The revenue.  About 22 million?

10:47:31  11          So because of the antidumping/countervailing

10:47:37  12  duty order, the revenue dropped from 22 million down to

10:47:40  13  around 2.4 million, right?

10:47:41  14          MR. BERNSTEIN:  Objection.  Asking this

10:47:42  15  witness --

10:47:43  16          THE COURT:  Sustained.  It would be

10:47:44  17  speculation.

         18  BY MR. RUYAK:

10:47:45  19     Q.  Based on your investigation, was there any other

10:47:46  20  reason why the revenue dropped from 22 million to

10:47:50  21  2 million other than the imposition of the

10:47:54  22  antidumping/countervailing duty order?

10:47:55  23     A.  I'm not qualified to give --

10:47:57  24     Q.  Okay.  Sorry.

10:47:59  25          MR. RUYAK:  Let's look at 749.  Just for the

10:48:11  1    witness.  Page 2.

10:48:12  2        Q.  You see this is a 2013 income tax return for

10:48:16  3    Pengcheng Aluminum, which is Perfectus?  Do you see

10:48:17  4    that?  And you see "received by the IRS" was stamped on

10:48:21  5    it, correct?

10:48:22  6        A.  Yes.

10:48:23  7            MR. RUYAK:   I offer Exhibit 749 into

10:48:26  8    evidence.

10:48:26  9            THE COURT:  It will be received.

10:48:27  10           (Exhibit 749 is received.)

         11    BY MR. RUYAK:

10:48:29  12       Q.  And now, in 2013, the total revenue is down to

10:48:34  13   about $2 million, correct?

10:48:36  14       A.  Correct.

10:48:37  15       Q.  And let's look at the bottom to see who signed

10:48:42  16   this.

10:48:43  17           Mr. Shao signed it, correct?

10:48:44  18       A.  It appears so.

10:48:45  19       Q.  If you look at page 9 again, the bottom.  He said

10:48:50  20   that he was the hundred percent owned voting stock,

10:48:54  21   correct?

10:48:55  22       A.  Correct.

10:48:56  23           MR. RUYAK:  Let's look at one more, 750, for

10:48:58  24   the witness only.

10:49:00  25       Q.  Okay.  This is the 714 return.  Do you see that

10:49:08  1   for Pengcheng Aluminum Enterprises?  Do you see that?

10:49:12  2       A.  I do.

10:49:13  3       Q.  Do you see at the bottom that -- we'll go to page

10:49:18  4   3.  I don't see it on there.  Okay.

10:49:23  5            Let's go back up to the top.  This may not

10:49:31  6   be the one.

10:49:32  7            Let's forget about that one now.  I don't

10:49:35  8   think I have the one actually received from the IRS.

10:49:38  9   We'll get that.

10:49:40  10            So at least during this period of time

10:49:42  11   you've looked at the documents, income tax returns were

10:49:47  12   filed each year by Pengcheng Aluminum Perfectus, right?

10:49:52  13       A.  Correct.

10:49:52  14       Q.  And in each year you've seen Mr. Shao signed it

10:49:56  15   as the president of the company, correct?

10:49:57  16       A.  Correct.

10:49:58  17       Q.  And in each instance he was on there as the

10:50:00  18   100 percent voting stock owner of the company, correct?

10:50:03  19       A.  Correct.

10:50:04  20       Q.  Have you seen any documents in your investigation

10:50:07  21   whatsoever that any money that was earned in profits by

10:50:11  22   PCA Perfectus was ever sent to either China Zhongwang or

10:50:15  23   to Mr. Liu?

10:50:17  24       A.  I would have to rely on our forensic accountant.

10:50:21  25   She will be testifying later this week.  She is the one

10:50:24  1   who conducted the --

10:50:25  2               THE COURT:  Without getting into what she

10:50:28  3   might testify.  He just said:  Have you seen any

10:50:30  4   documents?

10:50:30  5               THE WITNESS:  I have examined some of the

10:50:32  6   documents she produced.  But I don't recall off the top

10:50:35  7   of my head right now.

10:50:37  8               THE COURT:  Okay.

          9   BY MR. RUYAK:

10:50:38  10      Q.  So you sit there today under oath, you can't tell

10:50:40  11  this jury that even a single dime of profit from PCA

          12  ever went to --

          13              MR. BERNSTEIN:  Argumentative.

          14  BY MR. RUYAK:

          15      Q.  -- Mr. Liu --

          16              THE COURT:  Go ahead, Counsel.

          17  BY MR. RUYAK:

10:50:49  18      Q.  -- or to China Zhongwang?

10:50:50  19              THE COURT:  Overruled.

10:50:51  20              THE WITNESS:  Well, we do know there are

10:50:55  21  hundreds of millions of dollars going to suspicious

10:50:59  22  shell companies in Hong Kong.

10:51:01  23              Based on our investigation, we believe those

10:51:03  24  shell companies were controlled -- shell accounts were

10:51:07  25  controlled ultimately by Zhongtian Liu.

10:51:09  1          THE COURT:  Why don't you ask the question

10:51:10  2    again.  He didn't ask you what you believed.

          3          Ask the question again.

          4    BY MR. RUYAK:

10:51:13  5     Q.  I didn't ask you what you believe or conclude.  I

10:51:15  6    want facts here.

10:51:16  7          So let me ask you the question again:  Are

10:51:18  8    you aware of any document that you have seen or you have

10:51:22  9    been told about by other people, the Government or

10:51:25 10    investigators, or you can trace one dime of revenue or

10:51:30 11    profit that my client Perfectus had that went to either

10:51:32 12    Mr. Liu or to China Zhongwang?

10:51:34 13     A.  I do not have knowledge of that.  I would defer

10:51:38 14    that to another Government expert.

10:51:42 15          THE COURT:  Okay.

         16    BY MR. RUYAK:

10:51:50 17     Q.  So the assumptions you are making that somehow

10:51:53 18    money went from Perfectus to Mr. Liu or China Zhongwang,

10:51:57 19    are not based on any physical evidence?

10:51:59 20          THE COURT:  That's argumentative, Counsel.

10:52:00 21          MR. BERNSTEIN:  Objection.  Argumentative.

10:52:01 22          THE COURT:  Sustained.

         23    BY MR. RUYAK:

10:52:07 24     Q.  Now you are aware from your investigation,

10:52:09 25    however, that as a result of the

10:52:12    1   antidumping/countervailing duty order that extrusions

10:52:21    2   could not be shipped anymore after that order from China

10:52:24    3   Zhongwang, a public company, to Perfectus in the United

10:52:26    4   States as its distributor, correct?

10:52:28    5              MR. BERNSTEIN:  Objection.  Misstates

10:52:30    6   testimony.

10:52:30    7              THE COURT:  Overruled.

10:52:31    8              THE WITNESS:  My understanding is there

10:52:34    9   would be significant antidumping/countervailing duties

10:52:38   10   imposed on imported aluminum extrusions from China

10:52:43   11   Zhongwang.

           12   BY MR. RUYAK:

10:52:44   13      Q.  And investigating the actual facts, you know that

10:52:46   14   basically no more extrusions from China Zhongwang that

10:52:51   15   fit the order were exported and imported by Perfectus in

10:52:55   16   the United States for distribution?

10:52:57   17              MR. BERNSTEIN:  Objection.  Misstates

10:52:59   18   testimony.

10:52:59   19              THE COURT:  Overruled.

10:53:01   20              THE WITNESS:  I'm sorry, sir.  Can you

10:53:02   21   repeat the question.

10:53:02   22              THE COURT:  It's a question, Counsel.

           23              Go ahead.

           24   BY MR. RUYAK:

10:53:05   25      Q.  You're aware --

10:53:06   1                    THE COURT:  Are you aware.

           2   BY MR. RUYAK:

10:53:07   3       Q.  -- antidumping order, are you not, for your

10:53:09   4   investigation, that no longer were extrusions exported

10:53:12   5   by China Zhongwang to my client Perfectus in the United

10:53:16   6   States?

10:53:18   7       A.  I would have to refer to our CBP counterparts on

10:53:21   8   that.  But my understanding is the extrusions from China

10:53:24   9   Zhongwang after the AD/CVD orders were enacted did

10:53:28  10   decrease.

10:53:29  11                    I would defer that to the Customs Border

10:53:36  12   Protection expert.

10:53:37  13       Q.  I think we have the evidence in the case on that.

10:53:40  14   So I will leave that alone.

10:53:42  15                    But you also understand that at some point

10:53:45  16   in time around 2011 there was a decision between China

10:53:50  17   Zhongwang, the public company in China, and my client

10:53:52  18   Perfectus, that we would buy aluminum pallets from China

10:53:58  19   Zhongwang, correct?

10:54:00  20       A.  Can you repeat that again, sir?

10:54:02  21       Q.  After that order sometime in 2011, there was a

10:54:07  22   decision that China Zhongwang would manufacture aluminum

10:54:11  23   pallets.  And my client Perfectus would buy them and

10:54:16  24   import them into the United States, correct?

10:54:18  25       A.  Based on our investigation, China Zhongwang and

10:54:21   1   Pengcheng Aluminum were all the same, and they were

10:54:23   2   basically selling to each other and buying from each

10:54:26   3   other.

10:54:26   4      Q.   That's not my question.

10:54:28   5           Would you please answer my question instead

10:54:31   6   of trying to make the Government's case.

10:54:32   7           THE COURT:  I'm sorry, Counsel.  Let the

10:54:34   8   judge on this case rule on this thing.  You are not the

10:54:36   9   judge on it.  You're an attorney.  You can ask

10:54:38   10  questions, not argumentative.

10:54:39   11          And ladies and gentlemen, you don't listen

10:54:41   12  to what the attorneys say is the evidence.  It's like

10:54:44   13  the old saying, "Well, when you did you stop beating

10:54:47   14  your wife?"  You don't assume something happened unless

10:54:50   15  it comes from the mouths of the witnesses themselves.

10:54:52   16          Now, let's dial it back a little bit and do

10:54:55   17  this in a professional manner.

10:54:57   18          Go ahead, Counsel.

10:55:00   19  BY MR. RUYAK:

10:55:00   20     Q.   Agent Huang, from your investigation you're aware

10:55:03   21  that sometime in 2011, China Zhongwang started

10:55:07   22  manufacturing aluminum pallets in China and exporting

10:55:11   23  them to my client Perfectus who bought them in the

10:55:15   24  United States, correct?

10:55:17   25          THE COURT:  The question is:  Are you aware

10:55:19  1    of that?

10:55:20  2                    THE WITNESS:  Your Honor, we are aware

10:55:21  3    that --

10:55:22  4                    THE COURT:  No, no, no.  What you are aware

10:55:23  5    of.

10:55:24  6                    We're not cross-examining or examining a

10:55:27  7    whole bunch of witnesses.  Just what you are aware of.

10:55:29  8    Not what somebody else might be.

10:55:31  9                    And if you are aware, you can just say you

10:55:34  10   are.  And if you aren't, you aren't.

10:55:36  11                   THE WITNESS:  Okay.  There were

10:55:37  12   transactions, sir -- Your Honor --

10:55:39  13                   THE COURT:  He is only asking if you're

10:55:41  14   aware of it.  He doesn't ask if it's true.  He doesn't

10:55:44  15   ask why you're aware of it.  But have you heard -- are

10:55:46  16   you aware of that?

10:55:47  17                   You want the question --

10:55:49  18                   THE WITNESS:  Yes.

10:55:50  19                   THE COURT:  Okay.  Why don't you ask the

10:55:51  20   question again.

          21   BY MR. RUYAK:

10:55:53  22     Q.  You are aware from your investigation that

10:55:55  23   starting in 2011 or thereabouts that China Zhongwang,

10:55:58  24   the public company --

10:55:59  25                   THE COURT:  Counsel, I'm sorry.  I'm going

| | | |
|---|---|---|
| 10:56:01 | 1 | to stop you again, because you are assuming something |
| 10:56:03 | 2 | here.  And that's like asking:  "Have you stopped |
| 10:56:06 | 3 | beating your wife?"  You're assuming that. |
| 10:56:07 | 4 | You don't say, Are you aware this happened? |
| 10:56:09 | 5 | You said -- you can ask him if it happened, if he's |
| 10:56:12 | 6 | aware of it.  But you can't assume that it happened and |
| 10:56:14 | 7 | then ask him. |
| 10:56:14 | 8 | So go ahead.  Ask the next question. |
| 10:56:17 | 9 | MR. RUYAK:  All right. |
| | 10 | BY MR. RUYAK: |
| 10:56:18 | 11 | Q.  Agent Huang, are aware that sometime in 2011 |
| 10:56:22 | 12 | China Zhongwang made and manufactured aluminum pallets |
| 10:56:24 | 13 | in China and my client Perfectus imported them and |
| 10:56:29 | 14 | bought them in the United States? |
| 10:56:32 | 15 | MR. BERNSTEIN:  Objection.  Compound. |
| 10:56:34 | 16 | THE COURT:  Overruled. |
| 10:56:36 | 17 | THE WITNESS:  We know that -- |
| 10:56:38 | 18 | THE COURT:  Not "we." |
| 10:56:40 | 19 | THE WITNESS:  Correction, Your Honor. |
| 10:56:41 | 20 | THE COURT:  Are you aware of anything? |
| 10:56:44 | 21 | THE WITNESS:  I know that the pallets were |
| 10:56:46 | 22 | being imported, imported by Pengcheng Aluminum.  But in |
| 10:56:49 | 23 | terms of buying, that I don't know. |
| 10:56:53 | 24 | THE COURT:  That's fine.  Next question. |
| | 25 | BY MR. RUYAK: |

10:56:56    1       Q.   Did you look at invoices that were seized from
10:57:02    2   PCA to see that there were invoices for all of the
10:57:05    3   pallets that were purchased by my client in the United
10:57:08    4   States?
10:57:08    5       A.   I did review some of the invoices.
10:57:11    6       Q.   Did you also see that there were payments made by
10:57:15    7   my client for the pallets that we purchased in the
10:57:17    8   United States?
10:57:18    9       A.   Can you repeat that again?
10:57:25   10       Q.   Did you see payments by my client Perfectus for
10:57:29   11   the pallets we purchased from China Zhongwang?
10:57:33   12       A.   We saw wire transactions from Pengcheng Aluminum
10:57:41   13   going to shell bank accounts in Hong Kong.  That's what
10:57:45   14   we saw.
10:57:45   15       Q.   So you didn't look at the invoices, I take it,
10:57:48   16   and the payments that were made by my client to China
10:57:53   17   Zhongwang for the pallets?
10:57:55   18       A.   We had --
10:57:56   19            THE COURT:  No one is asking you what we
10:57:58   20   did.  We are only asking what you know personally.
10:58:03   21            Go ahead.
10:58:03   22            THE WITNESS:  I might have reviewed some of
10:58:05   23   those records.  But they were reviewed by other
10:58:09   24   personnel involved in this case.
           25   BY MR. RUYAK:

10:58:15  1    Q.  So you can't tell the jury as you sit here today

10:58:19  2   because you haven't reviewed the documents whether my

10:58:22  3   client actually paid for the pallets?

10:58:25  4                MR. BERNSTEIN:  Objection, argumentative.

10:58:27  5                THE COURT:  Overruled.

10:58:30  6                THE WITNESS:  Are you talking about wire

10:58:32  7   transfers from Pengcheng Aluminum or Perfectus to China

10:58:37  8   Zhongwang?

10:58:38  9   BY MR. RUYAK:

10:58:38  10   Q.  I'm talking about wire transfers from Perfectus

10:58:41  11   to China Zhongwang to pay for the pallets we bought.

10:58:45  12   A.  I do not believe I saw wire transfers going to --

10:58:56  13   correction.  I would need to review the records.  There

10:58:59  14   were literally hundred million dollars of transactions.

10:59:02  15   I would need to review the documents.

10:59:04  16   Q.  One of the Government's claims in this case that

10:59:13  17   you investigated is the transactions between China

10:59:15  18   Zhongwang and my client Perfectus were fake

10:59:20  19   transactions?

10:59:22  20   A.  Which transactions are you talking about?

10:59:25  21   Q.  The purchase of the pallets from China Zhongwang

10:59:27  22   by my client were not real transactions, correct?

10:59:31  23   A.  That is our belief, yes.

10:59:34  24   Q.  And so in investigating whether real

10:59:37  25   transactions, did you look at the purchase orders and

10:59:42  1   the payments for those pallets made by my client

10:59:46  2   Perfectus?

10:59:49  3   A.   I might have reviewed some at work that were

10:59:54  4   generated by other personnel involved in this

10:59:57  5   investigation.

10:59:59  6            But once again, I would need to review those

11:00:02  7   records.

11:00:03  8   Q.   Did you look at any time in part of your

11:00:17  9   investigation at the balance sheets, financial

11:00:21  10  statements from my client Perfectus?

11:00:23  11  A.   I have.

11:00:25  12  Q.   And looking at those balance sheets, did you see

11:00:31  13  the payments that were made to China Zhongwang for the

11:00:34  14  pallets that my client purchased?

11:00:38  15  A.   I would have to look at balance sheets again to

11:00:41  16  refresh my memory.

11:00:42  17  Q.   You also identified in your testimony at the

11:00:56  18  request of the Government lawyer that there were

11:01:00  19  indications in there that the sales between China

11:01:04  20  Zhongwang, a public company, and my client, a private

11:01:09  21  distributor in the U.S., were not at arm's length; do

11:01:12  22  you remember that?

11:01:15  23  A.   Yes.

11:01:15  24  Q.   And did you in the course of your investigation

11:01:23  25  review the prices paid by my client for the pallets

11:01:26  1  purchased from China Zhongwang?

11:01:28  2      A.  I don't believe there were any documents involved

11:01:37  3  in what you just talked about.

11:01:40  4      Q.  Now I'm asking you whether as part of your

11:01:43  5  investigation -- we saw in this courtroom many documents

11:01:45  6  that had prices for pallets that were purchased.  But

11:01:48  7  I'm asking you if you looked at any documents that

11:01:51  8  showed the prices that were paid by my client for the

11:01:55  9  pallets we purchased from Zhongwang?

11:02:01  10     A.  During the search warrant we -- of the Ontario

11:02:04  11  warehouse, we found a price list of the aluminum

11:02:08  12  pallets.

11:02:08  13     Q.  Did you analyze the prices that my client paid to

11:02:13  14  determine whether their were fair market prices for the

11:02:16  15  pallets that we bought?

11:02:18  16             MR. BERNSTEIN:  Objection.  Beyond the

11:02:19  17  scope, Your Honor.

11:02:20  18             THE COURT:  Overruled.

11:02:22  19             THE WITNESS:  The -- throughout the

11:02:29  20  investigation, I learned the -- a little bit about the

11:02:31  21  pallet industry.  And the prices listed by Perfectus was

11:02:37  22  considerably higher than the normal -- the average

11:02:41  23  pallets being sold in the United States.

          24  BY MR. RUYAK:

11:02:43  25     Q.  What information did you look at to get that

11:02:46  1    conclusion?

11:02:49  2       A.   During the course of this investigation, we had

11:02:52  3    interviewed pallet expert, we have interviewed

11:03:00  4    supposedly the largest aluminum pallet manufacturer in

11:03:03  5    the United States, and other experts in the industry who

11:03:09  6    use pallets.

11:03:11  7                And when we told them how much these pallets

11:03:14  8    were supposedly listed for, they said that was way --

11:03:19  9    that was ridiculous, the price.

11:03:23  10               MR. RUYAK:   Objection, Your Honor.   Strike

11:03:25  11   hearsay.

11:03:25  12               THE COURT:   Overruled.   He is answering your

11:03:28  13   question.

          14   BY MR. RUYAK:

11:03:28  15      Q.   Did you do a study of the pallet prices?   Or do

11:03:32  16   you know if anyone's done a study in your office of the

11:03:35  17   pallet prices to determine whether the prices were fair

11:03:37  18   market prices?

11:03:39  19      A.   We had interviewed subject matter experts in the

11:03:42  20   industry who gave us their --

11:03:45  21               THE COURT:   Let me stop you.   It's tough

11:03:48  22   being a witness.   I understand that.

11:03:49  23               One of the things you can't do is testify to

11:03:50  24   what other people do.   That's why you can't say "we."

11:03:54  25               THE WITNESS:   Yes.

11:03:54   1                    THE COURT:  We have to call those people in

11:03:58   2   to testify as to what they may say.

11:03:58   3                    So you can't testify to what other people

11:04:00   4   did.  All you can testify to is what you did.

11:04:01   5                    Counsel, go ahead.

           6   BY MR. RUYAK:

11:04:06   7      Q.  Let me -- I want to go to the -- monitor is off.

11:04:18   8   I just want to show you this thing I have drawn here for

11:04:24   9   a minute.

11:04:25  10                    And you did look at -- you mentioned you

11:04:29  11   looked at China Zhongwang holdings.  And you recognize

11:04:31  12   it was a public company, correct, in 2009?

11:04:35  13      A.  Correct.  It went public in 2009.

11:04:37  14                    MR. BERNSTEIN:  Your Honor.  Before this

11:04:39  15   goes on the screen, can we figure out where it came

11:04:41  16   from?

11:04:43  17                    MR. RUYAK:  I just said I drew it.

11:04:45  18                    THE COURT:  Okay.

          19   BY MR. RUYAK:

11:04:49  20      Q.  And it is on the Hong Kong stock exchange,

11:04:52  21   correct?

11:04:52  22      A.  Yes.  It's also on the Hong Kong stock exchange.

11:04:56  23      Q.  That is the company that's in China as

11:04:58  24   shareholders and manufacture -- and under this company

11:05:01  25   manufactures aluminum products in China, correct?

11:05:04  1    A.   Correct.   China Zhongwang went public in Hong

11:05:07  2  Kong.

11:05:08  3    Q.   Are you also familiar in your investigation with

11:05:10  4  a company called Zhongwang International Limited?

11:05:14  5    A.   I believe that's -- I will have to look at the

11:05:18  6  records, but it does sound familiar.   There are

11:05:21  7  variations of the company Zhongwang.

11:05:24  8    Q.   Well, do you know whether or not Zhongwang

11:05:30  9  Limited is a private company?

11:05:33  10   A.   That I don't know.

11:05:34  11   Q.   Do you know whether it's a company primarily

11:05:37  12  owned by the Liu family?

11:05:38  13   A.   I would have to check -- that information might

11:05:41  14  be in the prospectus or the annual report.   But the top

11:05:45  15  of my head right now, I do not know.

11:05:47  16   Q.   Do you know, you do know, though, it was not a

11:05:50  17  subsidiary of China Zhongwang, correct?

11:05:53  18        MR. BERNSTEIN:   Objection.   Assuming a fact

11:05:54  19  not in evidence.

11:05:55  20        THE COURT:   Sustained.

          21  BY MR. RUYAK:

11:05:56  22   Q.   Do you know whether Zhongwang International

11:06:00  23  Limited is a subsidiary of China Zhongwang Holdings?

11:06:05  24   A.   I would have to check that information.   It might

11:06:08  25  be in the prospectus or the annual reports.

11:06:17   1      Q.   Did you review your interviews and reports and

11:06:25   2   the documents you created in your investigation before

11:06:27   3   you testified here today?

11:06:31   4      A.   I tried.   We have lots of reports and documents

11:06:34   5   in this case.   I have not reviewed everything throughout

11:06:40   6   this four- or five-year investigation.

11:06:45   7      Q.   Now, based on your investigation, you are aware

11:06:49   8   that my client Perfectus borrowed money to pay for the

11:06:52   9   pallets that we bought from China Zhongwang?

11:06:56  10           MR. BERNSTEIN:   Objection; misstates the

11:06:58  11   evidence.

11:06:59  12           THE COURT:   Overruled.

11:06:59  13           Are you aware of that?

11:07:00  14           THE WITNESS:   No, Your Honor.

11:07:02  15           THE COURT:   Okay.

          16   BY MR. RUYAK:

11:07:03  17      Q.   And you are not aware of where my client got the

11:07:07  18   money to buy the pallets from China Zhongwang; is that

11:07:10  19   correct?

11:07:12  20      A.   I can only speak to the -- what others have told

11:07:16  21   me about how Perfectus received its money.   And review

11:07:23  22   of the bank documents that our forensic accountant --

11:07:29  23      Q.   Okay.   So we'll leave that for the forensic

11:07:33  24   accountant.   I get it.   Okay.

11:07:37  25           But at least you as the co-lead investigator

11:07:39  1  have seen no documents that would indicate that China

11:07:45  2  Zhongwang, the Chinese company, gave my money to my

11:07:48  3  client Perfectus to buy pallets from China Zhongwang,

11:07:52  4  correct?

11:08:00  5      A.  Can you repeat that again, sir.

11:08:03  6      Q.  Have you seen -- personally, have you seen

11:08:05  7  anything; money transfers, checks, wires, anything that

11:08:09  8  suggests at all that China Zhongwang gave money to my

11:08:13  9  client Perfectus in the U.S. to buy its pallets?

11:08:17  10     A.  I have seen hundreds of millions of dollars of

11:08:20  11  unexplainable incoming wires to Perfectus that we do not

11:08:25  12  understand why those hundred millions of dollars going

11:08:29  13  to Perfectus.

11:08:31  14     Q.  Did you try to trace the money to Zhongwang

11:08:39  15  International, the company owned by the Lius?

11:08:42  16     A.  We tried, however, those -- since the company is

11:08:45  17  in China, those accounts are in China.  As a U.S. law

11:08:50  18  enforcement agency, we do not get much cooperation from

11:08:55  19  the Chinese Government.

11:08:57  20     Q.  So as you sit here today, you do not know where

11:09:02  21  my client borrowed the money to the buy the pallets from

11:09:06  22  China Zhongwang?

11:09:07  23              MR. BERNSTEIN:  Objection to the word

11:09:10  24  "borrowed," Your Honor.  That's not in evidence.

11:09:12  25              THE COURT:  First of all, I will ask you to

11:09:14   1   rephrase the question.

11:09:15   2           Because if you say, do you know, that can

11:09:17   3   mean from hearsay or anything else you might have heard.

           4           MR. RUYAK:  Okay.  All right.

11:09:19   5           THE COURT:  So if you want to -- "Have you

11:09:21   6   seen any documents," that would probably be a better

11:09:24   7   question.

11:09:24   8           MR. RUYAK:  That's better.

           9   BY MR. RUYAK:

11:09:26  10       Q.  Have you seen a single document in the form of a

11:09:28  11   wire transfer, check, any method that you could give us

11:09:32  12   to show that a single dime of the money that my client

11:09:36  13   used to buy pallets came from China Zhongwang to itself?

11:09:45  14       A.  I would have to review all the bank statements.

11:09:47  15           THE COURT:  At this time, you don't remember

11:09:48  16   any of the documents?

11:09:49  17           THE WITNESS:  No, Your Honor.  There are so

11:09:51  18   many.

11:09:51  19           THE COURT:  It's okay.

11:10:10  20           MR. RUYAK:  Let's look at -- sorry.  We will

11:10:14  21   have to go back.

11:10:17  22           I would like to look at -- let's use

11:10:26  23   Exhibit 138, Government's Exhibit 138.

11:10:29  24           Just for the -- I don't think the Government

11:10:32  25   put it in yet, so let's put it on the screen for a

11:10:34   1   moment.

11:10:34   2                  THE COURT:  Is there going to be an

11:10:35   3   objection to it, Counsel?

11:10:37   4                  MR. RUYAK:  Oh, it's in.  Let's put 138 in

11:10:41   5   then.

           6   BY MR. RUYAK:

11:10:44   7     Q.  Agent Huang, you went over these annual reports

11:10:48   8   of the company in pretty significant detail with the

11:10:53   9   Government's lawyer.

11:10:53  10                  And so I'm going to ask you, you showed us

11:10:56  11   certain of them.  Did you review the 2017 Annual Report?

11:11:00  12     A.  I believe I glanced at it.  Some of the details

11:11:05  13   were only specific sections of annual reports.  So I do

11:11:08  14   not have a full knowledge of the annual reports.

11:11:13  15     Q.  Okay.  Let's go to the second page of the report.

11:11:19  16                  And you see in 2017 the company is still

11:11:22  17   talking about light weight solutions, correct?

11:11:26  18     A.  Correct.

11:11:27  19                  MR. RUYAK:  Next page, please.  And we have

11:11:30  20   the context.  Let's go to the page on the -- next page

11:11:34  21   would be the corporate profile.  Let's look at this.

11:11:38  22                  Now, you can see that in 2017 -- let's blow

11:11:44  23   up the director's part there.  The executive,

11:11:48  24   nonexecutive and independent.

11:11:57  25     Q.  So in 2017 you see that there are directors --

11:12:05  1  when did Mr. Liu no longer serve as chairman of China

11:12:11  2  Zhongwang; do you know?

11:12:12  3      A.  I would have to look up -- look it up.  I do not

11:12:15  4  have that information off the top of my head.

11:12:18  5      Q.  At least by 2017 he was no longer chairman?

11:12:22  6      A.  Correct.  Correct.  He is not listed here as an

11:12:24  7  executive director.

11:12:27  8      Q.  Now, I think if we look at the documents, we'll

11:12:30  9  probably find out it was around 2016.  So I'm not

11:12:34  10  concentrating on that part.

11:12:35  11           We have nonexecutive directors.  Do you see

12  those?

11:12:38  13      A.  Yes, I do.

11:12:39  14      Q.  Do you know what a nonexecutive director is?

11:12:41  15      A.  No, I don't.

11:12:41  16      Q.  There's also independent nonexecutive directors.

11:12:45  17  Do you see what those are?

11:12:46  18      A.  I see it there.

11:12:47  19      Q.  Do you know what independent nonexecutive

11:12:49  20  directors are?

11:12:50  21      A.  No, I don't.

11:12:52  22      Q.  As part of your investigation, did you try to

11:12:57  23  approach or talk to any of the independent nonexecutive

11:13:00  24  directors during this period of time -- that served

11:13:03  25  during this period of time?

11:13:04  1      A.   No.   It was our understanding that they were in

11:13:07  2  China.   And our ability to interview those individuals

11:13:12  3  are limited.

11:13:16  4      Q.   Who gave you that particular advice that you

11:13:18  5  couldn't interview these people?

11:13:21  6      A.   Based on my personal knowledge, being a federal

11:13:24  7  agent, and also discussions with prior prosecutors in

11:13:27  8  this case.

11:13:28  9      Q.   Now, you know that as a public company, do you

11:13:31  10  not, that China Zhongwang, the public company, being

11:13:36  11  listed on the Hong Kong stock exchange, has certain

11:13:39  12  rules and regulations they have to comply with, correct?

11:13:41  13      A.   I would assume so.

11:13:43  14      Q.   And as part of those rules and regulations, have

11:13:45  15  you reviewed them?

11:13:47  16      A.   No, I have not.

11:13:49  17      Q.   You know as part of those rules and regulations

11:13:52  18  that you can get access to interviews of company people?

11:13:56  19              MR. BERNSTEIN:   Objection.   Speculation.

11:13:57  20              THE COURT:   Sustained.

         21  BY MR. RUYAK:

11:14:00  22      Q.   So I take it that you don't know, because you

11:14:02  23  haven't looked at the Hong Kong exchange report --

         24              MR. BERNSTEIN:   Objection.

         25  BY MR. RUYAK:

11:14:05  1    Q.  -- of whether or not -- whether or not you could

11:14:08  2    have interviewed the independent executive directors?

11:14:15  3    A.  No, we did not interview any independent

11:14:19  4    nonexecutive directors.

11:14:21  5              MR. RUYAK:  Let's go to page 37.  You see

11:14:22  6    the independent nonexecutive directors on the list.

11:14:25  7    Let's go to page 37.

11:14:27  8              First of all, let's go back there one more

11:14:29  9    time.  One more thing I want to look at there.

11:14:31  10   Q.  Do you see under there it says, "Audit

11:14:33  11   committee"?

11:14:33  12   A.  I do.

11:14:34  13   Q.  And you see the people, Mr. Wa, who's the

11:14:38  14   chairman.  There's three people that are on the audit --

11:14:42  15   do you know what an audit committee of a board is?

11:14:45  16   A.  No, I don't.

11:14:48  17   Q.  Do you have an understanding what members of the

11:14:51  18   board are responsible for reviewing and confirming the

11:14:54  19   financial results of the company?

11:14:56  20             MR. BERNSTEIN:  Objection.  He just said he

11:14:59  21   doesn't know what an audit committee --

11:15:00  22             THE COURT:  Overruled.

11:15:01  23             I'm assuming you don't know; is that

11:15:02  24   correct?

11:15:03  25             THE WITNESS:  I do not know, Your Honor.

1    BY MR. RUYAK:

11:15:05   2       Q.   But nevertheless, there were three gentlemen

11:15:07   3    listed her as members of the audit committee, correct?

11:15:10   4       A.   Correct.

11:15:10   5            MR. RUYAK:   Let's go to page 37.   Okay.

11:15:18   6    Let's scroll down to the independent -- I think you've

11:15:23   7    got to go down a little more.   Here's the independent

11:15:26   8    directors.   I don't know if you can blow that up there.

11:15:29   9       Q.   You see that Mr. Wa is one of the independent

11:15:35   10   nonexecutive directors, correct?

11:15:37   11      A.   Yes.   He's listed there.

11:15:38   12      Q.   And it talks about him in that paragraph sitting

11:15:43   13   on different boards of public companies on the Hong Kong

11:15:48   14   exchange.

11:15:48   15            Do you see that?

11:15:50   16      A.   Yes.

11:15:51   17      Q.   Four, five different companies he serves on,

11:15:54   18   correct?

11:15:55   19      A.   Correct.

11:15:55   20      Q.   And it says he worked for KPMG from '99 to 2001.

11:16:01   21            Do you see that?

11:16:02   22      A.   I do.

11:16:03   23      Q.   And Ernst & Young from 2001 to 2004.   Do you see

11:16:07   24   that?

11:16:07   25      A.   I do.

11:16:08   1      Q.   Do you know what kind of organizations KPMG.  And
11:16:11   2   Ernst & Young are?
11:16:12   3      A.   It is my understanding they are public
11:16:14   4   consulting -- public accounting companies.
11:16:16   5      Q.   Public accounting firms that do audits of public
11:16:20   6   companies, correct?
11:16:20   7      A.   I would assume so.
11:16:23   8      Q.   And you see down at the bottom that Mr. Wa, last
11:16:33   9   sentence, was appointed as independent nonexecutive
11:16:35  10   director on the 1st of August 2008.
11:16:38  11           Do you see that?
11:16:39  12      A.   I do.
11:16:39  13      Q.   So he was a member of the board and audit
11:16:45  14   committee since -- during the whole time period we're
11:16:50  15   talking about here, 2008 through 2019, correct -- or
11:16:52  16   '17?
11:16:52  17      A.   Correct.
11:16:53  18      Q.   Let's look at the next gentleman.  He's also on
11:17:03  19   the audit committee, right?  And he's an independent
11:17:06  20   nonexecutive director.
11:17:06  21           And it shows he sat on a number of publicly
11:17:09  22   held companies in Hong Kong, correct?
11:17:11  23      A.   Correct.
11:17:12  24      Q.   And he also served in some other areas where we
11:17:18  25   talk about China and nonferrous metals.  Do you see

11:17:24  1   that?  In the industry corporation?

11:17:27  2       A.  Okay.

11:17:27  3       Q.  Do you see that?

11:17:29  4       A.  Sure.  It shows he was an engineer for that

11:17:32  5   entity.

11:17:32  6       Q.  And at the bottom, very bottom, it shows that he

11:17:37  7   was appointed as an independent nonexecutive director on

11:17:41  8   August 1st, 2008.

11:17:42  9           Do you see that?

11:17:42  10      A.  I do.

11:17:43  11      Q.  So he's been there the whole time, right?  That

11:17:47  12  we're dealing with here, from 2008 to at least 2017,

11:17:50  13  right?

11:17:50  14      A.  Correct.

11:17:51  15      Q.  Let's look at the third gentleman on that audit

11:17:54  16  committee.  Mr. Ketong.  And it shows that he's an

11:18:03  17  independent nonexecutive director, correct?

11:18:06  18      A.  Correct.

11:18:06  19      Q.  And it says he's a senior partner of the Beijing

11:18:13  20  office of a large Beijing law firm, correct?

11:18:17  21      A.  Correct.

11:18:18  22      Q.  And he has, it says, "17 years of experience

11:18:24  23  practicing Chinese corporate and securities law and

11:18:28  24  advising clients in matters related to mergers,

11:18:30  25  acquisitions, transactions, corporate restructuring."

11:18:34   1           Do you see that?

11:18:35   2      A.   I do.

11:18:35   3      Q.   He that he's also served on other companies that

11:18:38   4  are publicly listed on the China -- Hong Kong stock

11:18:43   5  exchange, correct?

11:18:44   6      A.   Correct.

11:18:44   7      Q.   And at the bottom it says -- last sentence, "he

11:18:47   8  was appointed as an independent nonexecutive director on

11:18:51   9  the 12th of August 2008."

11:18:53  10           Do you see that?

11:18:53  11      A.   I do.

11:18:55  12      Q.   Did you or anyone you know of in this

11:19:00  13  investigation undertake to talk to any of these three

11:19:02  14  independent directors during the course of the

11:19:06  15  investigation?

11:19:06  16      A.   Those three individuals were not interviewed by

11:19:13  17  us.

11:19:14  18      Q.   During the course of your investigating this as a

11:19:30  19  potential criminal case, did you look at the potential

11:19:35  20  liability that independent directors might have if they

11:19:39  21  served on Hong Kong publicly held companies?

11:19:44  22      A.   I did not look into that.

11:19:46  23      Q.   The -- I want to go on a slightly different line

11:20:23  24  at this point.

11:20:31  25           In reviewing the annual reports of the

11:20:34   1   company -- I know you looked at certain issues in that

11:20:37   2   document.  Did you or anyone else in the course of this

11:20:42   3   investigation look at the financial statements that are

11:20:47   4   contained in the annual reports?

11:20:52   5      A.  I might have glanced at it.

11:20:59   6      Q.  Well, okay.  You glanced at it.  My question was:

11:21:02   7   Did you take any -- spend any time trying to see the

11:21:05   8   revenues and expenses and the profits and losses

11:21:11   9   attributable to the public company during the years that

11:21:15  10   you reviewed the annual reports?

11:21:17  11      A.  I can only say what was printed on the annual

11:21:21  12   report.

11:21:25  13      Q.  So you looked at the printed part, but you didn't

11:21:30  14   concentrate on the numerical financial statement part;

11:21:34  15   is that correct?

11:21:35  16      A.  Is there a specific one you are talking about?

11:21:37  17      Q.  Sure.

11:21:54  18            MR. RUYAK:  Let's pull up -- how about 133?

11:21:54  19   Let's use 133.  That's No. 4, Allen.

11:21:58  20            Let's go to page 69.  Let's go back up to

11:22:08  21   the top just for a minute.

11:22:10  22      Q.  Did you read all of the printed parts of the

11:22:12  23   annual reports?

11:22:12  24      A.  No, I did not.

11:22:13  25      Q.  You didn't read all of them?

11:22:14   1        A.   Each report was well over a hundred pages.

11:22:17   2        Q.   And how long did the investigation take?  When

11:22:20   3   were you first employed in the investigation?

11:22:22   4        A.   I started around November of 2016.

11:22:29   5        Q.   And the indictment came down when?

11:22:32   6        A.   2019, late 2019.

11:22:37   7        Q.   So those three years of the investigation, I take

11:22:41   8   you did not read all of annual reports, right?

11:22:44   9        A.   That's correct.

11:22:44   10       Q.   So let's move on then because you may not have

11:22:49   11   read this.

11:22:50   12            Let's go to the financial statements.  I

11:22:52   13   think that's -- what page -- let's flip through there.

11:23:02   14   Financial part.  Part 2 of the annual report.  There we

11:23:09   15   go.  Right there.  Let's to the first -- that's it.

11:23:13   16   Sorry.

11:23:16   17       Q.   Okay.  So do you remember reading this part, it's

11:23:20   18   in each of the annual reports that --

11:23:22   19            THE COURT:  Sorry.  What exhibit is this?

11:23:25   20            MR. RUYAK:  Pardon me?

11:23:26   21            THE COURT:  What exhibit.

11:23:28   22            MR. RUYAK:  This is Exhibit 133.

11:23:31   23            THE COURT:  Thank you.

           24   BY MR. RUYAK:

11:23:33   25       Q.   Page 71, do you remember reading this part of the

11:23:36  1    annual reports?

11:23:38  2        A.  I might have glanced at it.  It's been several

11:23:41  3    years.  I do not recall exactly if I read this section

11:23:45  4    for this year.

11:23:47  5            MR. RUYAK:  Let's scroll up a little bit to

11:23:49  6    the next portion there.  Middle portion of that page.

11:23:57  7    Okay.

11:23:58  8        Q.  And you see from reading this, that this is --

11:24:01  9    KPMG is the auditor.  You mentioned KPMG.  They're the

11:24:05  10   accounting firm that audited the company, correct?

11:24:09  11       A.  Correct.

11:24:10  12       Q.  And they talked about the procedures they

11:24:12  13   undertook to audit the company in this section, correct?

11:24:17  14       A.  Yes.

11:24:17  15       Q.  Let's go to the next page.  Did you review the

11:24:24  16   statements of income in the two reports?

11:24:31  17       A.  I only reviewed the sections that the prosecutor

11:24:34  18   went over with me from this morning.  And I don't recall

11:24:43  19   if I reviewed this one.

11:24:44  20       Q.  You did review this?

11:24:46  21       A.  I don't recall.

11:24:47  22       Q.  So you only reviewed the portions of the annual

11:24:50  23   report the Government told you to review in preparation

11:24:53  24   for your testimony?

11:24:54  25       A.  The ones that we had -- went over, correct.  I'm

11:24:58   1    sorry.  No.  I reviewed the annual reports on my own.

11:25:01   2         But in preparation for this trial, we did

11:25:03   3    focus on certain sections.

11:25:08   4         MR. RUYAK:  Let's look at the next page,

11:25:10   5    Allen, which is the statement of financial position.

11:25:13   6    Q.  Do you remember reviewing this one in the 2013

11:25:17   7    annual report?

11:25:20   8    A.  I -- I don't recall.

11:25:22   9    Q.  Okay.  But you see here that this financial

11:25:27   10   statement of position that was audited by KPMG lists the

11:25:32   11   assets of the company, correct?

11:25:34   12   A.  I assume so.  If that's what's listed here.

11:25:37   13   Q.  So you don't really have an understanding of this

11:25:39   14   annual report?

11:25:40   15   A.  No, I don't.

11:25:41   16   Q.  Let's look at the next one.

11:25:47   17        Again, if I asked you questions about this,

11:25:51   18   you don't really have an understanding of this financial

11:25:54   19   report, correct?

11:25:54   20   A.  That is correct.

11:25:55   21   Q.  As part of the investigation, are you aware of

11:25:59   22   anyone in the Government that undertook a review of

11:26:01   23   these financial statements to determine whether any

11:26:04   24   money from China Zhongwang was ever paid under any

11:26:08   25   circumstances to my client Perfectus?

11:26:13   1       A.   Sorry.   Can you re -- are you asking me?   I'm

11:26:16   2    sorry.   Can you repeat that question again.

11:26:16   3       Q.   I'm asking whether you or anyone you know of in

11:26:19   4    the Government analyzed the financial statements to

11:26:21   5    determine whether any money from this public company,

11:26:24   6    China Zhongwang, was actually paid to my client --

11:26:29   7       A.   Are you talking --

11:26:29   8       Q.   -- in the United States?

11:26:30   9       A.   About finance statements listed in the annual

11:26:32   10   reports?

11:26:32   11      Q.   Annual reports.

11:26:34   12      A.   That I'm not aware.

11:26:43   13      Q.   I take it as you sit on the witness stand today,

11:26:47   14   you have no idea and you can't confirm any payments by

11:26:53   15   China Zhongwang to my client Perfectus in the United

11:26:56   16   States; is that correct?

11:26:57   17           MR. BERNSTEIN:   Objection; misstates

11:26:59   18   testimony.

11:26:59   19           THE COURT:   I think you -- again, you may

11:27:01   20   want to reask the question.   If he says, "Do you have

11:27:05   21   any idea," that's an open-ended question.

11:27:07   22           So why don't you be more specific on the

           23   question.

11:27:10   24           Otherwise you're going to bring in hearsay.

           25   BY MR. RUYAK:

11:27:11   1      Q.   As you sit on the stand today, you do not know of
11:27:15   2   any dollars that were sent by China Zhongwang to my
11:27:19   3   client Perfectus in the United States to pay for
11:27:21   4   pallets, correct?
11:27:23   5      A.   I would say there are records -- there might be
11:27:28   6   records or analysis conducted, but I do not remember at
11:27:31   7   this time.
11:27:32   8           Like I said, there are so many documents
11:27:34   9   reviewed and analyzed throughout this investigation.
11:27:43  10      Q.   Okay.  All right.  Did you -- did you -- your
11:27:47  11   investigation -- I'm sorry.
11:27:49  12           Did your investigation also include
11:27:53  13   investigation into the importation of the pallets
11:27:55  14   through customs?
11:27:59  15      A.   Yes.  We had Customs Border Protection assisting
11:28:04  16   us in reviewing the import records.
11:28:07  17      Q.   And are you familiar with the tariff schedules
11:28:12  18   that were used, the Harmonized Tariff schedules to
11:28:16  19   determine what duty would be paid on the pallets?
11:28:19  20           MR. BERNSTEIN:  Objection.  Beyond the scope
11:28:21  21   here, Your Honor.
11:28:21  22           THE COURT:  Overruled.
11:28:22  23           THE WITNESS:  I have heard about the HTS,
11:28:25  24   just because of this investigation.
11:28:27  25           But other than that, that part of the

| | | |
|---|---|---|
| 11:28:30 | 1 | investigation was handled by our counterparts at Customs |
| 11:28:36 | 2 | and Border Protection. |
| | 3 | BY MR. RUYAK: |
| 11:28:37 | 4 | Q.  Is there anyone who's going to testify in this |
| 11:28:39 | 5 | case from that group that you know of? |
| 11:28:41 | 6 | MR. BERNSTEIN:  Objection. |
| 11:28:42 | 7 | THE COURT:  Sustained. |
| | 8 | BY MR. RUYAK: |
| 11:28:43 | 9 | Q.  As you sit here in the courtroom and you've heard |
| 11:28:45 | 10 | every witness, has any witness -- can you identify the |
| 11:28:47 | 11 | witness for me that -- |
| 11:28:49 | 12 | MR. BERNSTEIN:  Objection. |
| | 13 | BY MR. RUYAK: |
| 11:28:51 | 14 | Q.  -- any witness that was part of that team? |
| 11:28:53 | 15 | THE COURT:  Sustained. |
| 11:28:54 | 16 | You're going to have to call the prosecutor |
| 11:28:56 | 17 | on that, too. |
| 11:28:58 | 18 | MR. RUYAK:  No, Your Honor.  I'm asking.  He |
| 11:28:59 | 19 | was here for the whole trial.  I'm just asking him -- |
| 11:28:59 | 20 | THE COURT:  Sustained. |
| 11:29:01 | 21 | MR. RUYAK:  -- if any of the people -- |
| 11:29:02 | 22 | THE COURT:  Sustained. |
| 11:29:02 | 23 | Next question. |
| | 24 | BY MR. RUYAK: |
| 11:29:03 | 25 | Q.  Who are the members of the team that you are |

11:29:05  1   saying that did the investigation on Customs that you

11:29:07  2   did not do?

11:29:09  3       A.   There was the Customs and Border Protection, the

11:29:12  4   Regulatory Audit Unit based out of Long Beach office.

11:29:20  5       Q.   Has anyone of those people appeared at trial yet

11:29:26  6   to testify?

11:29:28  7               THE COURT:   That you know of.

11:29:29  8               THE WITNESS:   They haven't -- are they

11:29:31  9   appearing or --

11:29:32  10              THE COURT:   Have you seen anybody appear

11:29:34  11  here in Court that you can testify to that?

11:29:39  12              THE WITNESS:   I'm sorry, Your Honor.

11:29:41  13              MR. RUYAK:   Let me try again.

11:29:42  14              THE COURT:   Try it, sure.

          15  BY MR. RUYAK:

11:29:44  16      Q.   You identified those people.

11:29:45  17              So that group of people that you know, that

11:29:47  18  did that investigation, so far you have been here, has

11:29:51  19  any of them come here to testify?

11:29:53  20      A.   So far we have had not any Customs port

11:29:57  21  protection personnel testify during this trial.

11:29:59  22              THE COURT:   Okay.

11:30:03  23              MR. RUYAK:   Okay.  Save those questions.

          24  BY MR. RUYAK:

11:30:09  25      Q.   Are you familiar with the duty, the normal duty

11:30:14  1   that is applied to aluminum pallets when -- forget the

11:30:17  2   antidumping duty for a minute, but the nominal duty

11:30:22  3   that's applied to aluminum pallets when they enter the

11:30:23  4   United States?

11:30:24  5        A.   No, I don't.

11:30:26  6             THE COURT:   Ladies and gentlemen, we're

11:30:26  7   going to break at this time, it is 11:30, for lunch.

11:30:28  8   We'll see you back in at 1:00 o'clock.

11:30:30  9             Remember the admonishment not to discuss the

11:30:32 10   case among yourselves, with anybody else, or form or

11:30:34 11   express any opinions about the matter until it's

11:30:36 12   submitted to you and you retire to the jury room.

11:30:38 13             When you leave, would you please leave

11:30:39 14   quietly, because we're going to still be in session.

11:31:32 15             Let the record reflect that all the jurors

11:31:32 16   have left the courtroom.

         17             (OUTSIDE THE PRESENCE OF THE JURY.)

11:31:34 18             THE COURT:   You can have a seat.   Talk to

11:31:41 19   you a little bit about the logistics.

11:31:43 20             I am convinced at this stage -- and I want

11:31:48 21   both sides to talk about this -- is that I understand

11:31:49 22   the trial and the problems you have in the trial and

11:31:51 23   everything else.

11:31:51 24             I'm talking about logistics.   I am convinced

11:31:53 25   now that it's more likely than not that we are not going

11:31:56  1    to be able to bring this to a conclusion with this jury.

11:32:00  2    So why don't you think about that.  And I'll tell you

11:32:02  3    why.

11:32:04  4            We've had one juror who's indicated that

11:32:09  5    the -- his wife's -- I think his father is dying.  They

11:32:13  6    pulled him off the machines and he's going to be dying

11:32:16  7    shortly.  And she's got to go down to see him, and it's

11:32:19  8    out of the country.  And there's three kids at home.

11:32:21  9    And has asked to be excused.

11:32:23  10           We have two other witnesses that have asked

11:32:24  11   to be excused already.  And a third one that is

11:32:27  12   questionable.

11:32:30  13           We have one legitimate alternate, so we

11:32:35  14   could lose one and still proceed in the case.

11:32:39  15           But I think it's more likely than not we are

11:32:41  16   not going to be able to keep this jury through the end

11:32:44  17   of the trial.

11:32:45  18           So couple things I'd like you to talk about.

11:32:47  19   One is -- and I don't want you to make a decision now,

11:32:50  20   but I want you to talk about it.

11:32:52  21           One is is that if for some reason we cannot

11:32:55  22   keep this jury for the entire duration, what period of

11:33:01  23   time we'd have to put it over to.  And let me talk to

11:33:04  24   you a little bit about that logistics.

11:33:06  25           Because of the COVID problem that we have

11:33:07  1   right now, we are only bringing in three juries at a

11:33:13  2   time.  We cannot designate them to any particular case

11:33:16  3   until we get to the day of trial.  We're not going to be

11:33:19  4   able to for a while time qualify anybody for more than

11:33:21  5   eight days to ten days.  I thought maybe we could get

11:33:24  6   this one in, but we may not be able to.  But it's going

11:33:27  7   to be a while before we get to that.  So it will be a

11:33:30  8   lengthy period time if we get into a mistrial.

11:33:34  9          The second question is, is whether you're

11:33:37  10  going to be asking for a mistrial, objecting to it.

11:33:40  11         Third one is whether or not you'd be willing

11:33:41  12  to go with jurors less than 12 if we lose too many

11:33:46  13  jurors.

11:33:46  14         All these logistical problems I want you to

11:33:49  15  think about because I really think we're getting very

11:33:50  16  close to and we'll probably not be able to bring this

11:33:53  17  jury in this week, that's for sure, from what counsel

11:33:56  18  has already said.  And problems we are going to have to

11:34:00  19  address.

11:34:00  20         I would like both sides to talk about it so

11:34:03  21  nobody's caught off guard or blindsided or anything

11:34:06  22  else.

11:34:07  23         I don't know if you have any questions in

11:34:09  24  that area.

11:34:13  25         MS. KUMAR:  Your Honor, I would just ask --

11:34:15  1    I won't profess to be an expert on the juror issues, but

11:34:17  2    is there a way to be dark for some period of time and

11:34:19  3    bring them back?  Would that solve the problem?

11:34:21  4              THE COURT:  I don't know.  We can ask them.

11:34:24  5    I don't know if they would be willing to do that or not.

11:34:28  6              MS. KUMAR:  Well, if the Court orders them,

11:34:29  7    I'm not sure.

11:34:29  8              THE COURT:  Counsel, in a situation like

11:34:32  9    this, I don't think I'd do that.

11:34:34  10             But if they are willing to do that, I don't

11:34:37  11   mind.  You know, I'm going to be here every day.

11:34:41  12             MR. LOWDER:  Your Honor, I just wanted to

11:34:43  13   clarify one question, so the juror that has a family

11:34:45  14   issue, do you have a sense of timing for that?

11:34:47  15             THE COURT:  You know, I don't.  And the

11:34:49  16   problem is that they took apparently -- apparently they

11:34:55  17   took the relative or the wife's father or mother off the

11:35:03  18   machines, et cetera, and they're just waiting for the

11:35:05  19   person to die.  So they don't know.  You know, sometimes

11:35:08  20   they last a day.  Sometimes they last four days.  But

11:35:12  21   she feels she wants to see her father before he dies.

11:35:17  22             MR. LOWDER:  Yes, of course.

11:35:19  23             THE COURT:  If we get to that, then we just

11:35:21  24   have the 12.

11:35:22  25             And then the question is, is with these

11:35:23   1   other three or four people that are talking about, I

11:35:26   2   don't know if it's going to be -- I don't want to rule

11:35:28   3   on it now.  I'm not going to rule on it until the end of

11:35:30   4   the week, these other people's problems as far as the

11:35:34   5   hardships that they have.

11:35:36   6             But, anyway, it was troubling enough to me

11:35:40   7   that I wanted to share with all of you so that you can

11:35:41   8   talk about it and see where you're going to go on it.

11:35:45   9             Yes.  Any other questions on it?

11:35:50  10             MS. POTASHNER:  Your Honor, one other

11:35:57  11   additional wrinkle, is that there was a positive COVID

11:36:00  12   test in our office.  We have been back working in our

11:36:04  13   office every evening and weekend and such.

11:36:06  14             I have no indication or no reason to believe

11:36:08  15   that anyone in Court is positive.  We will be doing

11:36:12  16   testing.  But I wanted to alert Your Honor that we may

11:36:15  17   have been exposed.

11:36:16  18             THE COURT:  Yes.  And let me talk to you

11:36:18  19   about that.  Because we have run into that several

11:36:21  20   times.  And basically it's, if you have been vaccinated

11:36:28  21   and you don't have any symptoms, then we assume no

11:36:32  22   problem.  If you have been vaccinated and you start

11:36:36  23   coming up with symptoms, let us know right away.  If you

11:36:39  24   haven't been vaccinated, we may have a problem.  Bring

11:36:42  25   that to my attention if that happens.  That's another

11:36:45   1   problem.

11:36:46   2           Maybe we are -- maybe we were too hopeful

11:36:53   3   when we started this trial.  There's another remedy, and

11:36:57   4   that is this, if you think it's not going to be able to

11:37:00   5   finish in -- you don't think -- if you think that it's

11:37:04   6   going to end up in a mistrial, then the next question

11:37:08   7   is:  How sure you are of that?  Because if you're pretty

11:37:10   8   sure of that, do you still want to continue on knowing

11:37:13   9   that it's -- we're not going to go anywhere?

11:37:16   10          You may want to call it at this time.  I

11:37:20   11  just want to share all of this with you so you can be

11:37:22   12  thinking about it.

11:37:24   13          As far as the trial itself goes, as trials

11:37:28   14  get near the end, they always get a little ragged and a

11:37:31   15  little testy and everything else.

11:37:33   16          I don't want anybody to feel on either side

11:37:35   17  that I am criticizing the way you put the trial on.

11:37:40   18          I will always call what I have to call and

11:37:43   19  make the decisions I have to make.  But you also have to

11:37:46   20  do what you have to do whether you are going to

11:37:50   21  overruled or not.

11:37:51   22          So my feeling is that I don't begrudge

11:37:56   23  anybody doing what they have to do, even if I make

11:38:00   24  corrections.

11:38:01   25          I can tell you one more thing, and I think

11:38:03  1   you know this, we talked about it at the beginning of

11:38:04  2   the trial, this the type of trial that's not the most

11:38:06  3   engaging in the world as far as the juries go.  And I

11:38:09  4   can remember an old saying that I thought about this

11:38:12  5   morning, that somebody is talking but no one is

11:38:16  6   listening.  And so keep that in mind when you are going

11:38:21  7   through this.  It's tough on a case like this.

11:38:24  8           Anyway, anything else I can do or help in

11:38:26  9   any way, let me know.

11:38:27  10          Any questions that you might have?  If not,

11:38:30  11  we will be in recess.  We will keep our fingers crossed.

11:38:33  12  And I let both sides talk about what we are going to do

11:38:36  13  on this trial.

11:38:37  14          MS. KUMAR:  Thank you, Your Honor.

11:38:38  15          THE CLERK:  All rise.

11:39:28  16          (BREAK TAKEN.)

13:03:59  17          THE COURT:  Okay.  The record will reflect

13:04:02  18  that all the members of the jury are in their respective

13:04:02  19  seats in the jury box, including the alternates, and the

          20  witness is on the witness stand.

13:04:04  21          Counsel you may continue.

13:04:06  22          MR. RUYAK:  Thank you, Your Honor.

13:04:07  23                  **CROSS-EXAMINATION**

13:04:07  24  BY MR. RUYAK:

13:04:07  25      Q.  Agent Huang, I want to turn your attention to

13:04:11  1   some of the documents you have been shown.  And the

13:04:13  2   first set of documents were several of the annual

13:04:17  3   reports of China Zhongwang, correct?

13:04:20  4       A.  Correct.

13:04:21  5       Q.  And those annual reports were published in Hong

13:04:25  6   Kong, correct?

13:04:27  7       A.  Yes, Hong Kong is listed on the annual report.

13:04:30  8       Q.  And they were published in Hong Kong, right?

13:04:34  9       A.  Presume -- I assume.

13:04:35  10      Q.  And they didn't contain any financials for my

13:04:41  11  client, Perfectus, those weren't included?

13:04:43  12      A.  I don't believe there was mention of Perfectus in

13:04:48  13  the reports.

13:04:48  14      Q.  And also, you addressed some clarification

13:04:51  15  announcements, do you remember those?

13:04:53  16      A.  I do.

13:04:54  17      Q.  And those clarification announcements were also

13:04:59  18  published out of China Zhongwang and Hong Kong, correct?

13:05:03  19      A.  I believe so.

13:05:04  20      Q.  They weren't published by my client, Perfectus?

13:05:07  21      A.  Didn't name -- it was signed by Zhongtian Liu --

13:05:15  22  China Zhongwang Holdings.

13:05:15  23      Q.  But it wasn't published by my client, Perfectus,

13:05:18  24  my U.S. company, Perfectus, right?

13:05:20  25      A.  I do not know if it was published by Perfectus or

13:05:23   1   not.

13:05:23   2        Q.   And I think you mentioned you did not interview

13:05:26   3   any of the board members from China Zhongwang, correct?

13:05:29   4        A.   We did interview Chang King Liu.  I believe, in

13:05:35   5   2017, in a report, he is listed as one of the directors.

13:05:41   6        Q.   Yes, that's correct.  In 2017.

13:05:44   7        A.   Right.

13:05:44   8        Q.   But in the time period here, the people who are

13:05:49   9   directors during the time period from 2011 to 2015, you

13:05:52   10   didn't interview any of those directors, correct?

13:05:54   11        A.   Correct.

13:05:55   12        Q.   And you didn't interview anyone from KPMG, the

13:06:01   13   auditors, correct?

13:06:02   14        A.   Correct.

13:06:03   15        Q.   Did you interview any of companies that invested

13:06:07   16   in China Zhongwang when it went public in 2009?

13:06:11   17        A.   Which companies are you referring to?

13:06:14   18        Q.   Any companies that bought stock in 2009 when

13:06:18   19   China Zhongwang went public.

13:06:20   20        A.   I believe we sent subpoenas to several of the

13:06:25   21   U.S. stock companies that purchased funds from China

13:06:31   22   Zhongwang.

13:06:32   23        Q.   Did you have any interviews with any of those

13:06:34   24   companies?

13:06:34   25        A.   I personally did not.

13:06:36    1        Q.   Does the name Vanguard mean anything to you?

13:06:40    2        A.   Yes, that's a U.S. mutual fund company.

13:06:45    3        Q.   Did you interview anybody from Vanguard?

13:06:49    4        A.   I did not, but somebody else from the prosecution

13:06:53    5   team did.

13:06:54    6        Q.   Did they provide you with any notes or anything

13:06:57    7   from those interviews?

13:06:59    8        A.   No.  So we subpoenaed Vanguard to get documents

13:07:04    9   from them.

13:07:05   10        Q.   Yes.  But I'm talking about people at Vanguard,

13:07:08   11   did you talk to anybody there?

13:07:10   12        A.   I personally did not.

13:07:12   13             And let me make a correction.  I don't think it

13:07:15   14   was a formal interview.  It was basically the

13:07:20   15   prosecutors speaking to Vanguard counsel to request --

13:07:23   16   let them know what type of documents we were looking

13:07:26   17   for.  I was not part of that conversation.

13:07:28   18        Q.   What about UVS, does that ring a bell?

13:07:32   19        A.   That -- I have heard that company before.

13:07:35   20        Q.   What about Black Stone?

13:07:38   21        A.   I have heard Black Rock.

13:07:42   22        Q.   Black Rock.  Okay.  Black Rock.

13:07:44   23             Did you talk to anybody from those two companies

13:07:50   24   UVS or Black Rock?

13:07:51   25        A.   I did not.

13:07:54   1          MR. RUYAK:   That's all I have, Your Honor.

13:07:56   2          THE COURT:   Okay.

13:07:56   3          Cross.

13:07:57   4                    **CROSS-EXAMINATION**

13:08:09   5          MS. POTASHNER:   Thank you, Your Honor.

13:08:11   6   BY MS. POTASHNER:

13:08:14   7     Q.   So during the course of your three-year

13:08:18   8   investigation, I think you testified that you looked at

13:08:21   9   a lot of documents and transaction records, correct?

13:08:24  10     A.   Correct.

13:08:25  11     Q.   Through the course of those three years, you

13:08:28  12   didn't see a single transaction going from the public

13:08:31  13   company, China Zhongwang, to any of my clients; isn't

13:08:37  14   that correct?

13:08:37  15     A.   Are you talking about financial transactions from

13:08:40  16   China Zhongwang to --

13:08:42  17     Q.   The public company, and I will -- hold on one

13:08:45  18   second.

13:08:54  19          You didn't see any wires going from China

13:08:58  20   Zhongwang, the public company in China, to 1001

13:09:02  21   Doubleday LLC, did you?

13:09:04  22     A.   I don't believe so.

13:09:05  23     Q.   You didn't see any -- and no checks, correct?

13:09:11  24     A.   You are correct.  I don't believe I saw any.

13:09:13  25     Q.   No money moving from China Zhongwang to 1001

13:09:18  1   Doubleday LLC at all?

13:09:21  2     A.  I need to check records, but I believe you are

13:09:24  3   correct.

13:09:24  4     Q.  Turning to Von Karman-Main Street LLC, again, no

13:09:29  5   evidence of any money moving from China Zhongwang to

13:09:35  6   that --

13:09:36  7     A.  I don't recall.

13:09:38  8     Q.  -- entity.

13:09:40  9     A.  But I believe you are correct.

13:09:41  10    Q.  But to the best of your ability, you do not have

13:09:43  11  any knowledge --

13:09:43  12    A.  At this time.  Like I said, I need to check all

13:09:46  13  the records we have.

13:09:47  14    Q.  Okay.  And at this time, to the best of your

13:09:51  15  recollection, you don't have any memory of seeing any

13:09:54  16  piece of evidence that shows money transferring from

13:10:01  17  China Zhongwang, in China, to 10681 Production Avenue

13:10:09  18  LLC, not a shred of evidence of that, correct?

13:10:11  19    A.  I don't recall at this point, correct.

13:10:12  20    Q.  And in terms of Scuderia Development, the same,

13:10:17  21  you do not recall any evidence of any money transferring

13:10:21  22  directly from China Zhongwang, in China, to Scuderia

13:10:26  23  Development, correct?

13:10:27  24    A.  I might have seen a few transactions from bank

13:10:32  25  accounts from 2008, 2009.  But I would need to

13:10:36   1   double-check.  I vaguely remember seeing some

13:10:40   2   transactions, but like I said, it's been so long.  It is

13:10:45   3   possible I did see transactions from China Zhongwang to

13:10:48   4   Scuderia, one Scuderia account, back in 2009, 2008.  But

13:10:54   5   I would need to confirm by looking at the bank

13:10:58   6   statements.

13:10:58   7       Q.  Okay.  I understand that.  But in clarifying

13:11:02   8   that, I'm talking about from the time that China

13:11:05   9   Zhongwang went public, from that day forward, absolutely

13:11:09   10   no transactions directly from China Zhongwang to

13:11:12   11   Scuderia Development?

13:11:15   12       A.  I don't recall right now.  Like I said, there are

13:11:19   13   so many bank statements.  But right now, I don't believe

13:11:22   14   I saw any transactions.  But like I said, there are so

13:11:25   15   many bank statements and I did not look at every single

13:11:28   16   page.  But from my recollection, right now, you are

13:11:31   17   correct.

13:11:32   18       Q.  Okay.  And in terms of the Black Rock, right,

13:11:44   19   that fund, you just testified regarding contact with

13:11:48   20   U.S. funds, right?  Mutual funds?

13:11:51   21       A.  I did not.  But I understand the prosecution team

13:11:54   22   did.  I did hear about it.

13:11:57   23       Q.  In terms of you testified that it was a

13:12:02   24   conversation from lawyer to lawyer, right, in terms of

13:12:05   25   documents?

13:12:06   1    A.   Correct.

13:12:07   2    Q.   But did you, as the lead case agent, actually go

13:12:10   3    talk to any of the fund managers or any of the people

13:12:13   4    involved with investments?

13:12:16   5    A.   Me personally, no, nothing substantive.

13:12:20   6    Q.   And the other co-lead investigator, same thing,

13:12:23   7    right?  To the best of your recollection.

13:12:25   8    A.   Agent John Chopp?  I don't think he did.  I'm not

13:12:30   9    100 percent.

13:12:31  10    Q.   Now, you testified about a number of annual

13:12:36  11    reports?

13:12:37  12    A.   Yes.

13:12:37  13    Q.   China Zhongwang.

13:12:40  14         Again, recognizing that I represent the four

13:12:44  15    warehouse companies, right?

13:12:46  16    A.   Yes.

13:12:46  17    Q.   Recognizing that, there is no mention of any of

13:12:48  18    those four warehouse companies in the annual report,

13:12:52  19    correct?

13:12:52  20    A.   I don't recall seeing those four entities

13:12:55  21    mentioned in the reports.

13:12:55  22    Q.   And you would have been looking for them, right?

13:12:57  23    A.   I would have.

13:12:58  24    Q.   And in terms of the clarification statement,

13:13:01  25    again, no mention of any of my four clients; isn't that

13:13:05  1    right?

13:13:05  2        A.  I believe you are correct.

13:13:07  3        Q.  Okay.  And then, there was testimony yesterday,

13:13:11  4    regarding the meetings that you had with Eric Shen.  Do

13:13:17  5    you recall that testimony?

13:13:18  6        A.  Yes.

13:13:18  7        Q.  And you spent a substantial amount of time

13:13:24  8    meeting with Mr. Shen, right?

13:13:26  9        A.  We did.

13:13:26  10       Q.  And got details and his account over a number of

13:13:31  11   meetings; isn't that right?

13:13:32  12       A.  Correct.

13:13:33  13       Q.  In fact, you met with him 16 separate times?

13:13:37  14       A.  I don't recall exact number, but I would say it

13:13:41  15   is more than ten.

13:13:42  16       Q.  Okay.  And you were present during a meeting on

13:13:48  17   February 6, 2017, with Mr. Shen; isn't that right?

13:13:53  18       A.  I would have to look at the report.

13:13:58  19              MS. POTASHNER:  Your Honor, if I may.

13:13:59  20              THE COURT:  Sure.

13:14:00  21              MS. POTASHNER:  Thank you.

          22   BY MS. POTASHNER:

13:14:34  23       Q.  And while you are very familiar with these types

13:14:37  24   of reports, I would direct your attention to page 2, the

13:14:39  25   second paragraph.

13:14:42   1       A.   Page 2.

13:14:44   2       Q.   Does that refresh your recollection as to whether

13:14:46   3   you were present during a meeting on February 7th --

13:14:52   4   excuse me -- February 6, 2017?

13:14:55   5       A.   My name is listed on this report.  That's

13:14:58   6   correct.

13:14:58   7       Q.   And you were present during that meeting, right?

13:15:01   8       A.   I would say yes.

13:15:01   9       Q.   Okay.  And Mr. Shen was there with a number of

13:15:06  10   lawyers; isn't that right?

13:15:08  11       A.   That is correct.

13:15:09  12       Q.   He actually had four separate lawyers present

13:15:13  13   with him at that time?

13:15:15  14       A.   That's correct.

13:15:15  15       Q.   Two lawyers from Jones Day?

13:15:19  16       A.   Yes.

13:15:20  17       Q.   And two lawyers from another firm?

13:15:22  18            MR. BERNSTEIN:  Objection.  Relevance.  Scope

13:15:24  19   of direct.

13:15:25  20            THE COURT:  Overruled -- sustained.

13:15:27  21            He had four lawyers from different firms,

13:15:30  22   right?

13:15:30  23            THE WITNESS:  Yes, Your Honor.

13:15:32  24            THE COURT:  Okay.

          25   BY MS. POTASHNER:

13:15:34  1    Q.   And at that time, the Government asked for that

13:15:36  2    interview to be recorded; isn't that right?

13:15:41  3    A.   I vaguely remember.

13:15:45  4    Q.   If I could draw your attention to the fourth

13:15:48  5    paragraph, it's one line on page 2, to refresh your

13:15:52  6    recollection, as to whether or not the Government asked

13:15:54  7    for that session to be recorded.

13:15:57  8    A.   Yes.  One of the prosecutors did.

13:16:00  9    Q.   And Mr. Shen, through his lawyers, declined to

13:16:05  10   allow that to happen; isn't that right?

13:16:07  11   A.   This report says Jones Day declined.

13:16:10  12   Q.   And that is your memory of it, right?

13:16:14  13   A.   There have been many interviews, but I will go

13:16:19  14   off this report.

13:16:20  15   Q.   And it indicates that they declined?

13:16:22  16   A.   Correct.

13:16:23  17   Q.   Okay.  Throughout your investigation over this

13:16:29  18   three-year period, you found absolutely no evidence of

13:16:33  19   any pallet being manually dissembled into extrusions;

13:16:42  20   isn't that correct?

13:16:43  21   A.   That's correct.

13:16:46  22        MS. POTASHNER:  I have no further questions,

13:16:47  23   Thank you, Your Honor.

13:16:49  24        THE COURT:  Redirect.

13:16:50  25                    **REDIRECT EXAMINATION**

1    BY MR. BERNSTEIN:

13:16:57   2      Q.   Special Agent Huang, you just testified that

13:17:02   3    Scuderia and any other three warehouse defendants, did

13:17:07   4    not appear in China Zhongwang's annual reports?  To your

13:17:13   5    knowledge.

13:17:14   6      A.   Now, I'm -- I do recall Scuderia -- Scuderia was

13:17:18   7    mentioned in the prospectus.

13:17:21   8      Q.   What about the annual reports?

13:17:23   9      A.   At this time, I don't recall.

13:17:25   10     Q.   Okay.  So you're not aware of any point in the

13:17:31   11   annual reports where China Zhongwang discloses the

13:17:33   12   connection to Zhongtian Liu and the warehouse

13:17:36   13   defendants?

13:17:37   14           MS. POTASHNER:  Objection.  Leading.

13:17:37   15           THE COURT:  Overruled.

13:17:38   16           THE WITNESS:  I would have to review the

13:17:40   17   reports, it's so many pages, summary reports.  But right

13:17:42   18   now, I don't recall seeing the name Scudaria in the

13:17:48   19   annual reports.

13:17:49   20   BY MR. BERNSTEIN:

13:17:49   21     Q.   Okay.  On the first cross-examination, you

13:17:51   22   testified that you saw money come -- wires coming in

13:17:55   23   from these shell companies in Hong Kong to Perfectus?

13:17:58   24     A.   Correct.

13:17:58   25     Q.   And I want to show you Exhibit 328, at page 1,

13:18:04  1   which is in evidence.

13:18:35  2           Okay.  Special Agent Huang, is this an e-mail

13:18:38  3   from --

13:18:40  4                   MR. BERNSTEIN:  This is in evidence.

13:18:43  5   Permission to publish, Your Honor.

13:18:44  6                   THE COURT:  Yes.

13:18:56  7   BY MR. BERNSTEIN:

13:18:57  8       Q.  There we go.

13:18:57  9           Is this an e-mail from Johnson Shao at PCA

13:19:01  10  U.S.com to Wendy at Zhongwang.com?

13:19:09  11      A.  That is correct.

13:19:10  12      Q.  And what is reflected in this e-mail?

13:19:13  13      A.  Johnson Shao is advising that he received

13:19:16  14  $800,000 today, the day of the e-mail, and $790,000 the

13:19:23  15  previous day.

13:19:28  16      Q.  All right.  I will click out of that.  I want to

13:19:31  17  go down to the e-mail below that.

13:19:41  18          Is this also an e-mail from Johnson Shao to Wendy

13:19:45  19  at China Zhongwang?

13:19:46  20      A.  Correct.

13:19:47  21      Q.  And does it say that a total of over $9 million

13:19:51  22  was received, remitted from Hong Kong?

13:19:53  23      A.  That's correct.

13:19:54  24      Q.  And what does it say that $9 million is for?

13:19:57  25      A.  For receiving of aluminum pallets and hard

13:20:01   1   alloys.

13:20:04   2       Q.   All right.  I will take you to Exhibit 328, page

13:20:13   3   3.

13:20:22   4           Is this another e-mail from Johnson Shao to China

13:20:29   5   Zhongwang?

13:20:30   6       A.   Yes.  To Wendy at China Zhongwang.

13:20:32   7       Q.   And does this one say that Pengcheng received a

13:20:36   8   total of $6.5 million for receiving the products?

13:20:40   9       A.   Yes, it does.

13:20:41  10       Q.   I want to show you exhibit -- if I zoom in on

13:21:01  11   this e-mail to China Zhongwang --

13:21:04  12               THE COURT:  Exhibit number?

13:21:06  13               MR. BERNSTEIN:  I'm sorry, Your Honor.  This

13:21:08  14   is Exhibit 328, page 4.

13:21:11  15               Page 3, Your Honor.  Thank you.

13:21:14  16               THE COURT:  Okay.

          17   BY MR. BERNSTEIN:

13:21:21  18       Q.   Does this say that Pengcheng used 2.895 million

13:21:26  19   for something?

13:21:27  20       A.   Yes, to pay for Customs duties, shipping costs,

13:21:31  21   et cetera, of aluminum pallets and hard alloys.

13:21:36  22       Q.   And in the parentheses, seize how is that money

13:21:38  23   intended, as reflected in this e-mail?

13:21:41  24       A.   As return payment to the group.

13:21:45  25       Q.   All right.  I will show you Exhibit 349-A, which

13:21:50  1    is in evidence.  I will go down to page 4.

13:22:11  2         Is this an e-mail from Johnson Shao to, again,

13:22:14  3    Wendy Li at Zhongwang.com?

13:22:19  4    A.  Correct.

13:22:19  5    Q.  What's reflected in this e-mail?

13:22:22  6    A.  Johnson Shao advices Wendy that, after consulting

13:22:26  7    the chairman, the U.S. companies must send all the funds

13:22:30  8    requests to you, you meaning Wendy.

13:22:34  9    Q.  If we go down to page 5, do you see another

13:22:42  10   e-mail from Johnson Shao to Wendy Li?

13:22:44  11   A.  I do.

13:22:45  12   Q.  And then if we zoom in on this part of the

13:22:52  13   e-mail, what's reflected there?

13:22:56  14   A.  Johnson is advising Wendy Li that he received

13:23:01  15   $3 million in December, and repatriated a payment of

13:23:12  16   $391,608 for the pallets.

13:23:15  17   Q.  I will show you Exhibit 340, which is in evidence

13:23:19  18   at one.

13:23:23  19        Is this another e-mail from Johnson Shao to China

13:23:26  20   Zhongwang?

13:23:26  21   A.  Yes, to Wendy of China Zhongwang.

13:23:29  22   Q.  And without going line by line again, does this

13:23:34  23   reflect various payments that China Zhongwang sent to

13:23:39  24   Johnson Shao or sent to PCA?

13:23:42  25   A.  Correct.  Looks like money received and then

13:23:45  1  money sent out.

13:23:47  2     Q.  And the last part, July 24th, repatriated the

13:23:52  3  Hong Kong company pallet loan of 1.3 million.

13:23:56  4     A.  Correct.

13:23:57  5     Q.  All right.  And were there other e-mails that

13:24:02  6  similarly reflected that China Zhongwang was, in fact,

13:24:05  7  sending money to PCA?

13:24:08  8     A.  I do recall seeing other e-mails similar to this

13:24:11  9  type of e-mail.

13:24:14  10          MR. BERNSTEIN:  That's all I have, Your

13:24:16  11  Honor.

13:24:16  12          THE COURT:  Counsel, cross-examination.

13:24:19  13                  **CROSS-EXAMINATION**

       14  BY MR. RUYAK:

13:24:34  15     Q.  Agent Huang, let's go back to Exhibit 328, page

13:24:38  16  1.

13:24:46  17       And the prosecutor focused on the heading there,

13:24:49  18  where it shows Wendy at Zhongwang.com.  Do you see that?

13:24:55  19     A.  I do.

13:24:55  20     Q.  And referred to that as China Zhongwang, didn't

13:24:58  21  he?

13:25:05  22     A.  I believe he did.

13:25:06  23     Q.  And you have no knowledge that that's China

13:25:08  24  Zhongwang, as opposed to Zhongwang International

13:25:12  25  Limited, correct?

13:25:12  1      A.   Based on my investigation, that Zhongwang web

13:25:16  2    domain, at Zhongwang.com, that was use for China

13:25:22  3    Zhongwang employees.

13:25:24  4      Q.   And it was also used for Zhongwang International

13:25:29  5    Limited, the separate private company's employees as

13:25:32  6    well, correct?

13:25:34  7      A.   Based on my understanding.

13:25:36  8      Q.   Do you know whether it was used, not your

13:25:39  9    understanding, do you know from personal knowledge,

13:25:42  10   whether Zhongwang.com was also used by the employees,

13:25:47  11   the separate private company, Zhongwang International

13:25:52  12   LP, Limited?

13:25:52  13     A.   I believe it was use by the Zhongwang in Hong

13:25:58  14   Kong entity as well.

13:25:59  15     Q.   As well.  So it was used by multiple Zhongwang

13:26:02  16   entities of Zhongwang.com, right?

13:26:04  17     A.   I had seen it use by China Zhongwang employees

13:26:07  18   and the Zhongwang entity in Hong Kong.

13:26:11  19     Q.   Okay.  The private company?

13:26:15  20          THE COURT:  Which one?

13:26:17  21   BY MR. RUYAK:

13:26:18  22     Q.   Zhongwang International.com, the private

13:26:20  23   Zhongwang company in Hong Kong, correct?

13:26:21  24          MR. BERNSTEIN:  Misstates the evidence.

13:26:24  25          THE COURT:  Overruled.

| | | |
|---|---|---|
| 13:26:24 | 1 | MR. BERNSTEIN:  Okay. |
| 13:26:25 | 2 | THE COURT:  If you know. |
| 13:26:27 | 3 | THE WITNESS:  I don't know if it's a private |
| 13:26:29 | 4 | company. |
| 13:26:30 | 5 | BY MR. RUYAK: |
| 13:26:30 | 6 | Q.  Well, in the course of your investigation, did |
| 13:26:32 | 7 | you investigate who Wendy Li was and which company she |
| 13:26:39 | 8 | was working for, the private company, which is the Liu |
| 13:26:43 | 9 | company, or China Zhongwang, the public company? |
| 13:26:48 | 10 | MR. BERNSTEIN:  Objection.  Assumes facts |
| 13:26:50 | 11 | not in evidence.  Compound question. |
| 13:26:52 | 12 | THE COURT:  Overruled. |
| 13:26:52 | 13 | THE WITNESS:  In terms of Wendy Li, I |
| 13:26:54 | 14 | believe Mark Li, the former general manager of |
| 13:26:59 | 15 | Perfectus, who had -- he previously testified, mentioned |
| 13:27:03 | 16 | he went -- he believed -- he thinks Wendy -- |
| 13:27:08 | 17 | MR. RUYAK:  I'm going to object to that |
| 13:27:09 | 18 | answer, Your Honor.  He is trying to state someone |
| 13:27:12 | 19 | else's testimony. |
| 13:27:13 | 20 | THE COURT:  Ask the question again, then. |
| 13:27:15 | 21 | BY MR. RUYAK: |
| 13:27:15 | 22 | Q.  Did you investigate and determine whether Wendy |
| 13:27:19 | 23 | Li was acting as an employee of Zhongwang International |
| 13:27:24 | 24 | Limited, when she was using this e-mail address? |
| 13:27:27 | 25 | THE COURT:  Did you do that investigation? |

13:27:30  1          THE WITNESS:  No, Your Honor.  I do not know

13:27:32  2  if Wendy Li is affiliated with -- correction.  I can say

13:27:40  3  why I do know.

13:27:41  4          THE COURT:  No, no.  I know it is tough

13:27:43  5  being a witness.  You got to listen to the question and

13:27:46  6  answer the question he asked.  He asked, did you do any

13:27:49  7  investigation on that.  He didn't ask what the results

13:27:51  8  were.

13:27:51  9          THE WITNESS:  Yes, Your Honor.  We did speak

13:27:54  10  to -- we did interview individuals who had interacted

13:27:59  11  with Wendy at Zhongwang.

13:28:02  12  BY MR. RUYAK:

13:28:02  13   Q.  That is not the question I asked.  I'm sorry.

13:28:04  14  Let me try to make it as explicit as possible.

13:28:08  15          Did you determine whether Wendy Li, when she

13:28:13  16  was using this domain name as an e-mail address, was

13:28:17  17  doing it while she was working for Zhongwang

13:28:20  18  International Limited, a private company.

13:28:23  19   A.  I do not know that.  There were a lot of e-mails

13:28:27  20  from Wendy.  We can look back.  But right now, I do not

     21  know.

13:28:33  22   Q.  The answer is you do not know?

13:28:35  23   A.  I do not know.  You are correct.

13:28:37  24   Q.  And so when you went down this list of items that

13:28:43  25  were paid, you don't know whether they're being paid by

13:28:48   1   China Zhongwang, just from these e-mails or by the

13:28:51   2   private company, Zhongwang International Limited,

13:28:55   3   correct?

13:28:57   4       A.   I would have to refer to the bank statements, but

13:29:00   5   at this point, I do not know.  As I mentioned, there

13:29:04   6   were tons of bank statements and at this time, I do not

13:29:08   7   know which entity the sender of the wires were under.

13:29:14   8       Q.   And there is a lot of money here, isn't there?

13:29:17   9   There are millions of dollars in U.S., here, right, in

13:29:22  10   these e-mails?

13:29:23  11       A.   Yes.

13:29:23  12       Q.   6 million, 3 million.  A lot of money is passed

13:29:27  13   here, right?

13:29:27  14       A.   Correct.

13:29:28  15       Q.   But as you said before and you testified before,

13:29:30  16   unless you are changing your testimony, you have no

13:29:32  17   evidence that any money was transferred from China

13:29:36  18   Zhongwang, the public company, to my client, Perfectus,

13:29:39  19   in the United States, correct?

13:29:40  20           MR. BERNSTEIN:  Objection.  Misstates the

13:29:42  21   testimony.

13:29:42  22           THE COURT:  Sustained.  That's a jury

13:29:44  23   determination.

13:29:48  24   BY MR. RUYAK:

13:29:48  25       Q.   Do you have any documentary evidence, where you

13:29:51   1    could show us that money -- this kind of money passed

13:29:54   2    from China Zhongwang in China, the public company, to my

13:29:59   3    client, Perfectus, in the United States?

13:30:01   4        A.   I would have to refer to the bank statements, and

13:30:06   5    also refer to the forensic accountant, who did the

13:30:11   6    in-depth analysis of the finances.

13:30:17   7        Q.   And that will be later?

13:30:18   8        A.   Yes.

13:30:19   9             MR. RUYAK:   Thank you very much.

13:30:21   10            THE COURT:   Recross?

13:30:25   11            MS. POTASHNER:   No, thank you.

13:30:27   12            THE COURT:   You may step down.

13:30:28   13            You may step down, sir.

13:30:30   14            Next witness.

13:30:32   15            MR. BERNSTEIN:   Government calls Dan Porter,

13:30:35   16    Your Honor.

13:31:10   17            THE CLERK:   Good afternoon.   Right here to

13:31:12   18    be sworn, please.

13:31:17   19            That's fine.   Can you please raise your

13:31:18   20    right hand.

13:31:20   21            Do you solemnly swear the testimony that you

           22    are about to give in the matter now before the Court,

           23    shall be the truth, the whole truth and nothing but the

           24    truth, so help you God?

           25            THE WITNESS: Yes.

1          THE CLERK:  Please be seated.

2          Would you please state and spell your full

3 name for the record.

4          THE WITNESS:  Daniel Lee Porter.

5          THE COURT:  Last name is spelled?

6          THE WITNESS:  P-O-R-T-E-R.

7          THE COURT:  Counsel, you may inquire.

8          MR. BERNSTEIN:  Thank you.

9                    **DIRECT EXAMINATION**

10 BY MR. BERNSTEIN:

11     Q.  Mr. Porter, what do you do?

12     A.  I'm the engineering and production manager for

13 New Age Industrial in Norton, Kansas.

14     Q.  What is New Age Industrial?

15     A.  We are an aluminum manufacturer, extruder and

16 manufacturer in Western Kansas.

17     Q.  Does New Age Industrial also produce aluminum

18 pallets?

19     A.  Yes.

20     Q.  And when did you join New Age Industrial?

21     A.  1989.

22     Q.  And did you initially join as an engineer?

23     A.  Yes.

24     Q.  And what is your background and education in

25 engineering?

13:32:28  1        A.   I graduated from Kansas State University in 1989,

13:32:32  2   with a mechanical engineering technology degree.

13:32:36  3        Q.   And are you currently the lead engineer at New

13:32:42  4   Age international -- or New Age Industrial?

13:32:43  5        A.   Yes.

13:32:44  6        Q.   And at some point, did you become the engineering

13:32:47  7   manager at New Age Industrial?

13:32:51  8        A.   Yeah.  Approximately 1995, I was named the

13:32:54  9   engineering and production manager.

13:33:00  10       Q.   Where does that rank you among the engineers at

13:33:03  11   New Age Industrial?

13:33:03  12       A.   That is the lead engineer, head engineer.

13:33:05  13       Q.   And at some point, did you also get named the

13:33:08  14   production manager at New Age Industrial?

13:33:10  15       A.   Yeah, approximately the same time.

13:33:13  16       Q.   Around when did New Age Industrial begin

13:33:16  17   manufacturing aluminum pallets?

13:33:20  18       A.   I would guess somewhere around 1999.

13:33:23  19       Q.   And has New Age Industrial been manufacturing

13:33:29  20   aluminum pallets since then?

13:33:31  21       A.   Yes.

13:33:31  22            MS. POTASHNER:  Objection, Your Honor.

13:33:34  23   Relevance to New Age Industrial pallets.

13:33:36  24            THE COURT:  Up until this point, overruled.

13:33:40  25   BY MR. BERNSTEIN:

13:33:40  1      Q.   You can answer the question, sir.

13:33:41  2      A.   Yes.

13:33:42  3      Q.   And in that 22 years, have you been the lead

13:33:50  4    engineer at New Age Industrial?

13:33:52  5      A.   Correct.

13:33:53  6            MR. BERNSTEIN:  Your Honor, the Government

13:33:54  7    offers Daniel Porter as an expert in pallet

13:33:59  8    manufacturing.

13:33:59  9            THE COURT:  He will be qualified.

        10    BY MR. BERNSTEIN:

13:34:04 11      Q.   Okay. Now, Mr. Porter, to your knowledge and to

13:34:07 12    your knowledge only, are you aware of any other --

13:34:10 13            THE COURT:  Let me help the jury out.  When

13:34:12 14    somebody is testifying as an expert, ladies and

13:34:14 15    gentlemen, they will testify as to hypotheticals and

13:34:18 16    what their opinion would be.  They are not percipient

13:34:22 17    witnesses.  They can testify to hypotheticals and what

13:34:25 18    their opinion would be on the hypothetical.  And then

13:34:28 19    it's up to either side to prove up that the facts

13:34:30 20    support the hypothetical.

13:34:32 21            Go ahead, Counsel.

13:34:33 22    BY MR. BERNSTEIN:

13:34:34 23      Q.   Sir, are you aware of any company in the United

13:34:36 24    States that produces more aluminum pallets on an annual

13:34:40 25    basis than New Age Industrial?

13:34:43  1          MS. POTASHNER:  Objection.  Relevance.

13:34:45  2          THE COURT:  Overruled.

13:34:46  3          THE WITNESS:  No.

13:34:46  4    BY MR. BERSTEIN:

13:34:47  5      Q.  And what is the quantity of aluminum pallets that

13:34:50  6    New Age Industrial manufactures in a given year?

13:34:53  7      A.  On an annual basis, probably 5 to 6,000 per year.

13:34:57  8      Q.  And what kind of revenue does New Age Industrial

13:35:01  9    bring in from the sale of the aluminum pallets each

13:35:05  10   year?

13:35:06  11         MS. POTASHNER:  Objection, Your Honor.  Can

13:35:07  12   I have a continuing objection of relevance --

13:35:09  13         THE COURT:  And I think we've gotten to the

13:35:11  14   part where it is irrelevant.  Sustained.  As to what New

13:35:15  15   Age does.

13:35:16  16   BY MR. BERSTEIN:

13:35:30  17     Q.  Okay.  Setting New Age aside, in manufacturing

13:35:35  18   aluminum pallets, what is a typical inventory of

13:35:38  19   aluminum pallets to keep on hand at any given time?

13:35:42  20         MS. POTASHNER:  Objection.  Outside the

13:35:44  21   scope of expertise in terms of --

13:35:47  22         THE COURT:  Overruled.

13:35:48  23         THE WITNESS:  As far as what we keep in

13:35:50  24   stock?

13:35:50  25         THE COURT:  No.  In general, in the

13:35:52   1   industry.  If you know.

13:35:55   2              THE WITNESS:  I -- I don't have a clue.

13:35:57   3              THE COURT:  Okay.

13:36:01   4              MR. BERNSTEIN:  One moment, Your Honor.

13:36:18   5   BY MR. BERNSTEIN:

13:36:18   6     Q.  Sir, aluminum pallets, what industries are they

13:36:24   7   typically manufactured for?

13:36:26   8     A.  As far as what I know of, is the food service and

13:36:29   9   the pharmaceutical industries.

13:36:32  10     Q.  What is the typical weight of an aluminum pallet

13:36:35  11   used in the pharmaceutical industry?

13:36:39  12     A.  I would say from probably 50 to 65 pounds each.

13:36:44  13     Q.  What's the typical weight of an aluminum pallet

13:36:47  14   used in the food industry?

13:36:50  15     A.  Same.  Probably 50 to 65 pounds.

13:36:53  16     Q.  Have -- in your career, have you ever

13:37:00  17   manufactured a 170-pound pallet?

13:37:04  18              MS. POTASHNER:  Objection. Relevance.

13:37:06  19              THE COURT:  Overruled.

13:37:07  20              THE WITNESS:  No.

13:37:08  21   BY MR. BERNSTEIN:

13:37:24  22     Q.  For the food industry, what is the typical

13:37:26  23   welding that needs to be done for an aluminum pallet to

13:37:31  24   be used in the food industry?

13:37:33  25     A.  Basically all seams are welded.

13:37:36   1       Q.   And can you just briefly describe what a seam is.

13:37:40   2       A.   A seam is a connection joint between two members

13:37:44   3   of the pallet.   The pallets are designed and welded so

13:37:49   4   that no vermin or bacteria or anything can get inside

13:37:55   5   and build up.

13:37:58   6       Q.   Okay.   I want to show you Exhibit 51-1, which is

13:38:03   7   in evidence.

13:38:14   8            And, Mr. Porter, do you have this photograph in

13:38:17   9   front of you?

13:38:18  10       A.   Yes.

13:38:18  11       Q.   The weld you -- that doesn't zoom in very well.

13:38:25  12   But the welds you see on the inside of these aluminum

13:38:30  13   pallets, what kind of welds are those?

13:38:34  14       A.   They are probably a -- looks to me like a

13:38:38  15   one-inch weld.

13:38:41  16       Q.   And does this pallet have seams that are not

13:38:45  17   welded?

13:38:46  18       A.   Correct.

13:38:46  19       Q.   And then, I'm going to take you down to page 2.

13:38:52  20            This is one of the exhibits we were having issues

13:38:56  21   with.   It is turned 90 degrees.   But do you see the

13:39:03  22   openings in these pallets?

13:39:06  23       A.   Correct.

13:39:06  24       Q.   And as an expert in pallet manufacturing, what

13:39:09  25   kind of issues could those openings cause?

13:39:14  1    A.  They are not closed.  So any bacteria or vermin,

13:39:18  2  you know, mice, rats, whatever, can get in there and

13:39:22  3  build nests.

13:39:23  4    Q.  What impact would producing a pallet like this

13:39:26  5  have on its use in the food industry?

13:39:30  6    A.  Unacceptable.

13:39:37  7         MR. BERNSTEIN:  That's all I have, Your

13:39:38  8  Honor.

13:39:38  9         THE COURT:  Cross.

13:39:40  10                **CROSS-EXAMINATION**

          11  BY MR. RUYAK:

13:39:48  12    Q.  Mr. Porter, you mentioned that your company and

13:39:52  13  you're familiar with pallets used in the food service

13:39:55  14  and pharmaceutical industries, correct?

13:39:58  15    A.  Correct.

13:39:58  16    Q.  Has your company ever manufactured pallets for

13:40:02  17  military applications?

13:40:04  18    A.  No.

13:40:04  19    Q.  Are you familiar with the specifications -- the

13:40:08  20  heavy-duty specifications for military applications in

13:40:11  21  any way?

13:40:12  22    A.  No.

13:40:12  23    Q.  What about nuclear facilities, has your company

13:40:15  24  ever manufactured pallets for use in the nuclear

13:40:19  25  facilities?

13:40:20  1    A.   No.

13:40:21  2    Q.   Are you familiar with any of the specification

13:40:22  3    for heavy-duty pallets used in nuclear facilities?

13:40:26  4    A.   No.

13:40:26  5    Q.   How about in heavy-duty manufacturing facilities,

13:40:29  6    like steel manufacturing facilities, are you familiar

13:40:33  7    with the specifications for use of aluminum pallets in

13:40:36  8    those industries?

13:40:38  9    A.   Very rare.

13:40:39  10   Q.   You're not -- are you familiar with the

13:40:41  11   specifications?

13:40:42  12   A.   No, no specifications, other than what an

13:40:46  13   individual has brought to us and said, this is our

13:40:48  14   specifications.

13:40:49  15   Q.   So you are familiar within your company -- by the

13:40:52  16   way, what percentage of the total production of New Age

13:40:56  17   is actually aluminum pallets?

13:41:01  18   A.   Well, if we sell somewhere around a million

13:41:04  19   dollars worth of pallets a year, and our total sales are

13:41:07  20   somewhere around 35 or 36 million, that would give you a

13:41:11  21   percentage.

13:41:12  22   Q.   Okay.  So only about three percent of what your

13:41:15  23   company manufactures are aluminum pallets, correct?

13:41:18  24   A.   Correct.

13:41:19  25   Q.   And those pallets are standard aluminum pallets

13:41:24  1   for the food industry and the pharmaceutical industry,

13:41:27  2   correct?

13:41:28  3       A.   When you say "standard," there are a couple of

13:41:33  4   standard -- what I would consider standard pallets that

13:41:36  5   we make.  But we also build additional custom pallets

13:41:39  6   for the same industries.

13:41:40  7       Q.   Okay.  But you do not do the heavy-duty pallets,

13:41:45  8   correct?

13:41:46  9       A.   It depends what you are saying heavy duty.  I

13:41:49  10  think our pallets are very heavy duty.

13:41:52  11      Q.   Well, do you make any pallets that are over

13:41:55  12  150 pounds in weight?

13:41:56  13      A.   No.

13:41:57  14      Q.   And just so we are clear, the Government hasn't

13:42:01  15  asked you to physically examine any of the pallets that

13:42:04  16  my client, Perfectus, imported into the country, in this

13:42:10  17  case, correct?

13:42:10  18      A.   No.

13:42:11  19      Q.   So you haven't seen a single one, right?

13:42:12  20      A.   I have not put my hands on it, other than the

13:42:16  21  pictures.

13:42:16  22      Q.   Oh, you have only seen pictures; is that right?

13:42:19  23      A.   Correct.

13:42:20  24           MR. RUYAK:  I have no further questions.

13:42:22  25           THE COURT:  Cross.

<u>**CROSS-EXAMINATION**</u>

BY MS. POTASHNER:

Q.   Hello, Mr. Porter.

A.   Hello.

Q.   Following up with what Mr. Ruyak just asked, you haven't inspected a single pallet with respect to this case?

A.   Correct.

Q.   You haven't seen the test results -- the test results of a testing on these pallets --

A.   Correct.

Q.   -- by the Government's expert?

A.   That is correct.

Q.   You haven't seen the test results by our expert?

A.   Correct.

Q.   You haven't seen the analysis done by Virginia Tech on these pallets?

A.   Correct.

Q.   Prior to testifying in this case, did the Government tell you that these pallets had been tested?

A.   No.

Q.   They didn't tell you that they had been tested for strength?

A.   No.

Q.   And that they tested extremely strong?

13:43:33   1              MR. BERNSTEIN:  Objection, Your Honor.

13:43:34   2              THE COURT:  Assuming facts not in evidence.

13:43:36   3              MS. POTASHNER:  Yes, Your Honor.

           4    BY MS. POTASHNER:

13:43:37   5       Q.  They didn't tell you about the durability

13:43:40   6    testing?

13:43:40   7       A.  No.

13:43:42   8       Q.  And they didn't tell you about the analysis done

13:43:44   9    by two PhDs?

13:43:48   10             THE COURT:  If there was such an analysis.

           11   BY MS. POTASHNER:

13:43:52   12      Q.  If there was.

13:43:54   13      A.  No.

13:43:54   14             THE COURT:  You don't know anything about an

13:43:56   15   analysis.

13:43:57   16             THE WITNESS:  Correct.

13:43:59   17             MS. POTASHNER:  Okay.  I have no further

13:44:04   18   questions.

13:44:04   19             THE COURT:  Any redirect?

13:44:06   20             MR. BERNSTEIN:  No, Your Honor.

13:44:06   21             THE COURT:  You may step down.  Thank you

           22   very much.

13:44:07   23             May this witness be excused, Counsel?

13:44:10   24             MS. POTASHNER:  Yes, Your Honor.

13:44:11   25             THE COURT:  You are free to go.

13:44:13    1          Next witness.

13:44:14    2          MR. HSIEH:  Thank you, Your Honor. The

13:44:16    3   Government calls Gene Toby Henson.

13:44:58    4          THE CLERK:  Good afternoon, Mr. Henson.

13:44:59    5   Right here to be sworn.

13:45:01    6          Raise your right hand.

           7          Do you solemnly swear the testimony you are

           8   about to give in the matter now before the Court, shall

           9   be the truth, the whole truth and nothing but the truth,

13:45:03   10   so help you God?

13:45:03   11          THE WITNESS:  I do.

13:45:05   12          THE CLERK:  Thank you.  You may be seated.

13:45:18   13          May I please ask that you state your full

13:45:20   14   name for the record, and spell your last name.

13:45:23   15          THE WITNESS:  Gene Henson.  G-E-N-E

13:45:29   16   H-E-N-S-O-N.

13:45:29   17   BY MR. HSIEH:

13:45:30   18      Q.  Good afternoon, Mr. Henson.

13:45:31   19      A.  Good afternoon.

13:45:31   20      Q.  Are you familiar with the company called

13:45:33   21   Pengcheng Aluminum?

13:45:33   22      A.  Yes, sir.

13:45:34   23      Q.  And when did you work at Pengcheng Aluminum?

13:45:36   24      A.  February 2008 to October 2015.

13:45:41   25      Q.  What was your role at Pengcheng Aluminum?

13:45:45  1      A.   Warehouse manager and distribution manager.

13:45:48  2      Q.   Prior to working at Pengcheng Aluminum in

13:45:49  3  February 2018, as the warehouse and distribution

13:45:50  4  manager, what type of work experience were you in?

13:45:52  5      A.   I was in warehousing and distribution.

13:45:55  6      Q.   And can you give an example of some of the

13:45:58  7  companies you worked for prior to Pengcheng Aluminum?

13:46:01  8      A.   UPS Logistics, GPS; BCBGMaxazria, which is a

13:46:11  9  women's clothing line.

13:46:12  10      Q.   And in your work at UPS and BCBG, were you

13:46:15  11  involved in the warehouses?

13:46:17  12      A.   Yes, I was.

13:46:19  13      Q.   What type of pallets did you use in those

13:46:22  14  warehouses as warehouse manager?

13:46:23  15      A.   Wooden pallets.

13:46:25  16              MR. LOWDER:   Objection.   Relevance.

13:46:28  17              THE COURT:   Overruled.

13:46:29  18  BY MR. HSIEH:

13:46:29  19      Q.   Now, taking us to in or around February 2008, at

13:46:32  20  Pengcheng Aluminum, what were some of your roles and

13:46:34  21  responsibilities as warehouse and distribution manager?

13:46:36  22      A.   My main duties were bringing in material from

13:46:39  23  China on containers, unloading them, and staging them in

13:46:45  24  locations, and then turning around and shipping per

13:46:50  25  customer's request.

13:46:51  1    Q.   And is the name Johnson Shao familiar to you from

13:46:54  2  your time at Pengcheng Aluminum?

13:46:55  3    A.   Yes, he was my second boss.

13:46:57  4    Q.   And in or around what time was Johnson Shao your

13:47:02  5  boss?

13:47:02  6    A.   Mike Bolan was there for a couple of years.  So

13:47:10  7  2010, '11.

13:47:11  8    Q.   And did you have understanding of who Johnson

13:47:15  9  Shao reported to during your time at Pengcheng Aluminum?

13:47:17  10   A.   Yes.  He reported to Mr. Liu in China.

13:47:20  11   Q.   And does Mr. Liu refer to Zhongtian Liu?

13:47:23  12   A.   That's correct.

13:47:24  13   Q.   And in your time as warehouse and distribution

13:47:27  14  manager at Pengcheng Aluminum, what types of products

13:47:29  15  did Pengcheng Aluminum import?

13:47:31  16   A.   We imported aluminum extrusions, rod and bar.

13:47:36  17  And then later on in the business, we imported aluminum

13:47:40  18  pallets.

13:47:41  19   Q.   And which company did Pengcheng Aluminum receive

13:47:45  20  their products from?

13:47:46  21   A.   From Dalian from Zhongwang.

13:47:49  22   Q.   And is that -- is Zhongwang referring to China

13:47:53  23  Zhongwang?

13:47:53  24   A.   Yes, correct.

13:47:54  25   Q.   And were all the products received from either

13:47:57   1    China Zhongwang or Dalian Liwang?

13:48:01   2        A.   That's correct.

13:48:02   3        Q.   I am going to show some pictures that are already

13:48:13   4    introduced into evidence.   First is Exhibit 40, page 1.

13:48:30   5             Are you familiar with Government Exhibit 40, page

13:48:33   6    1, Mr. Henson?

13:48:33   7        A.   Yes, that's our warehouse in Walnut.   That's

13:48:36   8    where I first started.

13:48:37   9        Q.   Now, I'm turning to page 4 of Exhibit 40.   Are

13:48:45   10   you familiar with this picture?

13:48:49   11       A.   Yes.   That is the same warehouse.

13:48:51   12       Q.   Now, turning to page 6 of Government's

13:48:58   13   Exhibit 40, are you familiar with this picture?

13:49:00   14       A.   Yes, that was on the building when I first

13:49:02   15   started, yes.

13:49:03   16       Q.   This was on the building at Liaoning Zhongwang

13:49:08   17   Group?

13:49:09   18       A.   Yes, in Walnut.

13:49:10   19       Q.   Now, turning to page 16 of Government's

13:49:15   20   Exhibit 40, are you familiar with this depiction here?

13:49:20   21       A.   Yeah, that is in the office area in the Walnut

13:49:22   22   location.

13:49:23   23       Q.   Showing both Zhongwang Group and Pengcheng

13:49:27   24   Aluminum?

13:49:27   25       A.   That's correct.

13:49:28   1        Q.   Was this sign up during your entire time at
13:49:31   2   Pengcheng Aluminum in Walnut?
13:49:32   3        A.   No.  At one point, I was asked to take it down.
13:49:35   4        Q.   Who asked you to take it down?
13:49:36   5        A.   Johnson Shao.
13:49:37   6        Q.   Were you provided a reason as to why you were
13:49:41   7   supposed to take this down?
13:49:42   8        A.   No reason, just said he wanted it down.
13:49:47   9        Q.   What part of the sign were you taking down?
13:49:49  10        A.   All of it.
13:49:50  11        Q.   So both the top portion, Zhongwang Group, and the
13:49:54  12   bottom portion --
13:49:54  13        A.   Everything on that wall, yes.
13:49:56  14        Q.   Now, in your time as warehouse distribution
13:50:04  15   manager, have you heard of a company called Cheng Cheng
13:50:08  16   Plastics?
13:50:08  17        A.   Yeah, that was our vinyl division.  It was a
13:50:11  18   small division that we had.
13:50:13  19        Q.   And was that within the Walnut distribution
13:50:16  20   facility?
13:50:16  21        A.   That's correct.
13:50:17  22        Q.   And it dealt with vinyl, is what you are saying?
13:50:23  23        A.   Yes, small vinyl.
13:50:27  24        Q.   Now, you mentioned a Johnson Shao reporting to a
13:50:31  25   person, Zhongtian Liu, during your time at Pengcheng

13:50:34  1  Aluminum.  Did you ever personally see Mr. Liu at the

13:50:35  2  Walnut warehouse?

13:50:37  3            MR. LOWDER:  Objection.  Vague as to time.

13:50:39  4            THE COURT:  Sorry, Counsel?

13:50:41  5            MR. LOWDER:  Vague as to time.

13:50:42  6            THE COURT:  Counsel, do you want to firm

13:50:44  7  that up?  What time period?

13:50:46  8            MR. HSIEH:  Yes.

13:50:46  9  BY MR. HSIEH:

13:50:46  10    Q.  Did you eventually move to another warehouse from

13:50:49  11  the Walnut warehouse, Mr. Henson?

13:50:52  12    A.  Yes, we did.  We moved to Ontario, off of -- I

13:50:55  13  think it was Doubleday.

13:50:57  14    Q.  Around what time was that?

13:50:59  15    A.  It was a few years later.  So 2000 -- they just

13:51:15  16  purchased the building.  It was several years later

13:51:17  17  after I started there.

13:51:18  18    Q.  So if you started in February 2008, within the

13:51:21  19  few years, prior to moving from Walnut to Ontario, did

13:51:27  20  you see Zhongtian Liu at the Walnut warehouse?

13:51:32  21    A.  Yes.

13:51:33  22    Q.  And in advance of Mr. Liu coming, did you take

13:51:35  23  any preparations?

13:51:38  24    A.  It first started when I -- with Michael Brolin,

13:51:41  25  who's my first boss, is when Mr. Liu came into town,

13:51:45   1   everything had to be cleaned and spotless, and providing

13:51:50   2   things for him.

13:51:51   3       Q.   And did you make any improvements to the Walnut

13:51:54   4   facility prior to Mr. Liu arriving?

13:51:56   5       A.   Besides cleaning the warehouse spotless, I did

13:51:59   6   purchase a conference table, which he wanted, which was

13:52:03   7   around $22,000.

13:52:04   8       Q.   And to your understanding, would Mr. Liu come to

13:52:08   9   the Walnut warehouse by himself?

13:52:11  10       A.   Very seldom.  He usually have an entourage with

13:52:16  11   him, some people with him.

13:52:17  12       Q.   I want to turn back to page 6 of Government's

13:52:21  13   Exhibit 40, that you already viewed.

13:52:25  14            During your time at Pengcheng Aluminum, was this

13:52:28  15   sign always up?

13:52:32  16       A.   It was taken down around the same time as the

13:52:34  17   other outside location.  That one and the other one with

13:52:40  18   Perfectus -- not Perfectus -- Pengcheng was taken down.

13:52:45  19       Q.   Did you ever meet or come across a person

13:52:49  20   referred to as Mrs. Liu in the warehouse?

13:52:52  21       A.   Yes.

13:52:52  22       Q.   Who did you understand Mrs. Liu to be?

13:52:54  23       A.   Mr. Liu's wife.

13:52:56  24       Q.   And what role or purpose, from your

13:52:59  25   understanding, brought Mrs. Liu to the Walnut warehouse?

13:53:03  1      A.   I think she was there with Mr. Liu, but a lot of

13:53:06  2  times, she showed up with friends to the warehouse to

13:53:11  3  check on the warehouse.

13:53:12  4      Q.   What was her purpose in the warehouse?

13:53:14  5      A.   Just to see how it looked, and then she would

13:53:17  6  bring friends there.

13:53:18  7      Q.   And did you ever come across someone named ZP or

13:53:24  8  Zuo Peng Liu?

13:53:27  9      A.   That's Mr. Liu's son.  We called him Z.

13:53:30  10     Q.   And what, if anything, did you see Z doing at the

13:53:33  11  Walnut warehouse?

13:53:34  12     A.   Most of time he was there just to visit and bring

13:53:37  13  his friends there and show off his exotic cars.

13:53:42  14     Q.   Now, from your time as warehouse manager at

13:53:46  15  Walnut, what was stored inside this warehouse?

13:53:48  16     A.   Aluminum extrusions, some vinyl and some aluminum

13:53:52  17  pallets.

13:53:53  18     Q.   Prior to moving from Walnut to Ontario, how full

13:53:57  19  was the Walnut warehouse?

13:53:59  20     A.   It was full.

13:54:00  21     Q.   What products, again, was it full with?

13:54:02  22     A.   A little bit of vinyl, a little bit of

13:54:06  23  extrusions, rod and bar, which is aluminum and aluminum

13:54:09  24  pallets.

13:54:09  25     Q.   Now, in sometime in 2015, did you get put in

13:54:15  1    charge of four different warehouses?

13:54:16  2        A.   That is correct.

13:54:17  3        Q.   Now, I'm going to pull up what's already been

13:54:21  4    admitted as Government's Exhibit 37.

13:54:26  5             Now, does Government's Exhibit 37 show the four

13:54:28  6    warehouses that you eventually managed?

13:54:37  7        A.   Yes.

13:54:37  8        Q.   Now, we already talked about the Walnut

13:54:39  9    warehouse.  I want to direct your attention to the top

13:54:42  10   right-hand corner, the 1001 Doubleday Ontario warehouse.

13:54:44  11            What do you recall was stored in the Ontario

13:54:49  12   warehouse?

13:54:50  13       A.   When we first moved there, there was a lot of

13:54:54  14   aluminum extrusions already there with some aluminum

13:54:55  15   pallets.

13:54:56  16       Q.   Did you move inventory from the Walnut warehouse

13:54:59  17   to the Ontario warehouse?

13:55:00  18       A.   Yes, we did.

13:55:02  19       Q.   Now, looking at the bottom left-hand corner,

13:55:06  20   what's labeled Von Karman-Main or Irvine warehouse --

13:55:10  21       A.   Uh-huh.

13:55:11  22       Q.   -- from your time as warehouse distribution

13:55:14  23   manager, what do you recall seeing in the Irvine

13:55:16  24   warehouse?

13:55:17  25       A.   Of course, the financial company was sitting

13:55:19   1   there.  But also when we went to the warehouse, there

13:55:21   2   was aluminum pallets there with some aluminum

13:55:25   3   extrusions.

13:55:25   4       Q.   Now, I want to bring your attention to the top

13:55:28   5   right of Government's Exhibit 37, 10681 Production

13:55:35   6   Avenue, the Fontana warehouse.

13:55:36   7           Would you please describe to the jury the size of

13:55:40   8   the Fontana warehouse.

13:55:41   9       A.   Fontana warehouse was 1.1 million square feet.

13:55:45  10       Q.   What does that mean to someone who might not be

13:55:51  11   familiar with square footage?

13:55:51  12       A.   That a long walk to walk through that building.

13:55:54  13   It's very huge.  When you walk in, you're just amazed

13:55:56  14   how big it is.  It had about 60 doors, roll-up doors on

13:55:59  15   each side.  You couldn't walk it every day.  So I had an

13:56:02  16   electric cart to go around the whole building.

13:56:05  17       Q.   From your time as warehouse and distribution

13:56:08  18   manager, what was inside the warehouse around the 2015

13:56:11  19   time period?

13:56:12  20       A.   Aluminum extrusions and some pallets.

13:56:17  21       Q.   What, if anything, was stored outside the Fontana

13:56:21  22   warehouse?

13:56:21  23       A.   Nothing but pallets were outside.

13:56:24  24       Q.   Now, I'm going to show you what's already been

13:56:27  25   admitted as Government's Exhibit 45.

13:56:32  1          Are you familiar with this picture, Mr. Henson?

13:56:34  2      A.   Yes, sir.

13:56:35  3      Q.   What is this?

13:56:36  4      A.   This is all the aluminum pallets on one side of

13:56:39  5   the building.

13:56:40  6      Q.   Now, we will get back to the Fontana warehouse.

13:56:46  7   But just very briefly going back to Government's

13:56:50  8   Exhibit 37, I want to talk about the final -- fourth and

13:56:55  9   final warehouse that you managed.  Bottom right-hand

13:56:58  10  corner or middle right-hand, Scuderia Development or the

13:57:02  11  Riverside warehouse.

13:57:04  12         What was in the Riverside warehouse in or around

13:57:08  13  2015, that you saw as warehouse and distribution

13:57:12  14  manager?

13:57:12  15     A.   When we purchased it, we moved pallets to that

13:57:15  16  location from the Fontana location.

13:57:17  17     Q.   Does that include the pallets we just saw outside

13:57:20  18  in Government's Exhibit 45?

13:57:21  19     A.   That's correct.

13:57:22  20     Q.   Now, in your time as warehouse and distribution

13:57:26  21  manager at Pengcheng Aluminum, did you ever hear or

13:57:30  22  become familiar with something called

13:57:33  23  antidumping/countervailing duty orders?

13:57:36  24     A.   No.

13:57:36  25         Around 2015?

13:57:38   1     Q.  No, no.  At any time at -- did you ever hear of

13:57:42   2   that?

13:57:42   3     A.  We heard of it.  It was going to be a lawsuit

13:57:44   4   that was very vague.

13:57:46   5     Q.  Did you have -- subsequent to hearing about that,

13:57:49   6   did you have any meetings with management, including

13:57:52   7   Mr. Liu, at any of the four warehouses?

13:57:57   8     A.  Yes.  We did have a meeting in Irvine.  I can't

13:58:00   9   recollect the date.  But it was all our salespeople,

13:58:03   10   myself, some management people, and basically to discuss

13:58:08   11   new ways of making money.

13:58:11   12     Q.  And by making money, do you mean selling?

13:58:14   13     A.  That's correct.

13:58:15   14     Q.  Who led this meeting?

13:58:18   15     A.  Mr. Liu.

13:58:19   16     Q.  Does that mean Zhongtian Liu?

13:58:21   17     A.  That's correct.

13:58:22   18     Q.  From your participation in this meeting, do you

13:58:25   19   speak Mandarin?

13:58:26   20     A.  No.

13:58:27   21     Q.  Was there a translator there?

13:58:28   22     A.  There was a translator there.

13:58:31   23     Q.  What was conveyed to you regarding the need for

13:58:35   24   sales?

13:58:36   25             MR. LOWDER:  Objection.  Calls for hearsay.

13:58:39   1            THE COURT:   Overruled.

13:58:40   2   BY MR. HSIEH:

13:58:40   3       Q.   What was conveyed to you by Mr. Liu or others at

13:58:43   4   this meeting?

13:58:43   5       A.   Find way to make money and come up with ideas.

13:58:47   6       Q.   Did Mr. Liu say anything to you in particular,

13:58:52   7   regarding making money?

13:58:52   8       A.   He asked he me I would go to sales and that would

13:58:57   9   make me lose weight, which I was very appalled.

13:58:59   10      Q.   Now, you started to describe aluminum pallets

13:59:06   11   coming in.  Prior to aluminum pallets coming in, can you

13:59:09   12   just briefly for the jury, describe the process by which

13:59:13   13   you are familiar for customer orders for custom

13:59:19   14   extrusions.

13:59:19   15      A.   Most of our inventory was based on the

13:59:23   16   customer-based inventory.  They would put a PO in.  We

13:59:24   17   would create a die, which is how the product is going to

13:59:28   18   get made.  And basically what happens when it's made in

13:59:31   19   China, it is aluminum billet and they melt it into that

13:59:35   20   extrusion, which is like a play dough.  You know, you

13:59:39   21   got play dough, you push it through your thing, and make

13:59:42   22   your extrusion.  Basically, that's what we did.

13:59:44   23      Q.   By "PO," do you mean purchase order?

13:59:47   24      A.   That's correct.

13:59:48   25      Q.   And those come customized from the customer; is

13:59:51   1    that right?

13:59:51   2        A.  Yes.

13:59:52   3        Q.  Now, as warehouse and distribution manager, is it

13:59:54   4    fair to say you had to manage the space of the four

13:59:56   5    different warehouses we are looking at?

13:59:59   6        A.  Yes.

13:59:59   7        Q.  Did you have any advance notice that the aluminum

14:00:02   8    pallets were coming into PCA/Perfectus?

14:00:04   9        A.  I did.  Mr. Johnson Shao asked me to purchase

14:00:07   10   three pallets from domestic companies, and when they

14:00:12   11   came in, he looked at them and told me to pack them up

14:00:15   12   and send them to China.

14:00:16   13       Q.  What happened after that?

14:00:18   14       A.  We started receiving aluminum pallets.

14:00:20   15       Q.  Were there -- from your experience as warehouse

14:00:26   16   distribution manager, did you see specific customized

14:00:30   17   custom orders for these pallets?

14:00:32   18       A.  No.

14:00:32   19       Q.  From your experience as warehouse manager, did

14:00:34   20   you see a single aluminum pallet sold?

14:00:38   21       A.  No.

14:00:38   22       Q.  Are you familiar with a Customs broker named

14:00:43   23   George Wang, did you ever deal with him?

14:00:45   24       A.  I have dealt with George Wang.  He was our

14:00:47   25   broker.

14:00:47   1      Q.   If you were ever to provide instruction to George

14:00:52   2   Wang regarding certain products, who would you receive

14:00:55   3   that information from?

14:00:56   4      A.   I would have to go to Johnson Shao.

14:00:59   5      Q.   Now, turning back to Government's Exhibit 45, in

14:01:04   6   your role -- when did you end your tenure at Pengcheng

14:01:09   7   Aluminum?  Was that around 2015, October, Mr. Henson?

14:01:13   8      A.   That's correct.

14:01:14   9      Q.   And were you ever asked to obtain a permit for

14:01:20   10  storing pallets inside the Fontana warehouse?

14:01:23   11     A.   Yes.  We had to create what we call a high-pile

14:01:26   12  permit, and we were going to stack the pallets 26 feet

14:01:30   13  high.

14:01:31   14     Q.   And were you able to get that permit in a

14:01:35   15  fast-enough manner?

14:01:36   16     A.   It wasn't -- it was done very slowly.

14:01:40   17     Q.   And when you say done very slowly, did that lead

14:01:47   18  to your termination, from your understanding?

14:01:50   19     A.   That's correct.

14:01:52   20          MR. HSIEH:  No further questions at this

14:01:54   21  time.

14:01:54   22          THE COURT:  Thank you.

14:01:55   23          Cross.

14:01:56   24          MR. RUYAK:  Your Honor, I have no questions.

14:01:57   25          THE COURT:  Okay.  Counsel.

14:01:59  1          MR. LOWDER:  Thank you, Your Honor.

14:02:01  2                    **CROSS-EXAMINATION**

14:02:07  3  BY MR. LOWDER:

14:02:07  4      Q.  Good afternoon, Mr. Henson.

14:02:26  5      A.  Good afternoon.

14:02:27  6      Q.  Mr. Henson, do you recall the agency that you

14:02:31  7  needed to contact regarding the permit that you just

14:02:37  8  discussed?

14:02:37  9      A.  I can't remember his name.  But we reached out to

14:02:40 10  a gentleman who did high pile permits.  We reached out

14:02:44 11  to him and asked him to come in.

14:02:46 12      Q.  And you may not remember the gentleman's name,

14:02:49 13  but do you remember the agency?  Did he work for the

14:02:53 14  City?  Did he work for the County?

14:02:54 15      A.  We first dealt with the City first.  Because we

14:02:56 16  wanted to create a high-pile permit and a permit to

14:02:59 17  store pallets outside.  And what happened is, prior to

14:03:03 18  me, whoever the manager was, didn't file that permit in

14:03:06 19  time to store pallets outside.  So we decided to do the

14:03:10 20  high-pile permit inside.

14:03:11 21      Q.  Mr. Henson, if I understand you correctly, the

14:03:14 22  request for the permit disclosed that you wanted to pile

14:03:16 23  pallets high; is that correct?

14:03:17 24      A.  Yes, inside the building.  That is correct.

14:03:21 25      Q.  Now, Mr. Henson, during your time working for

14:03:26   1   PCA, did you ever yourself disassemble any of the

14:03:31   2   aluminum pallets that were stored at the warehouses?

14:03:33   3       A.   No.

14:03:36   4       Q.   Mr. Henson, did you ever observe anyone

14:03:38   5   disassemble any pallets stored at the warehouses?

14:03:42   6       A.   No.

14:03:42   7       Q.   Did you ever ask anyone to disassemble any

14:03:45   8   pallets at the warehouses?

14:03:46   9       A.   No.   Never disassembled.

14:03:57  10               MR. LOWDER:   Now, if I could have

14:04:01  11   Exhibit 40, at page 16, up.   It is in evidence.

          12   BY MR. LOWDER:

14:04:08  13       Q.   Now, Mr. Henson, you were shown this picture,

14:04:12  14   Exhibit 40, at page 16, and in that picture, do you see

14:04:20  15   signage for Zhongwang Group U.S.A.?

14:04:23  16       A.   Uh-huh.

14:04:24  17       Q.   Now, do you know the corporate -- well, strike

14:04:27  18   that.

14:04:34  19            Do you know the connection between Zhongwang

14:04:38  20   Group U.S.A. and China Zhongwang?

14:04:40  21       A.   Yes, it's Mr. Liu's company.

14:04:42  22       Q.   You say it is Mr. Liu's company, but I'm asking a

14:04:46  23   slightly different question.   Do you know the corporate

14:04:48  24   structure for Zhongwang Group U.S.A. versus China

14:04:52  25   Zhongwang?

14:04:52  1      A.   All I know is Mr. Johnson was my immediate boss.

14:04:56  2   Above that, it's upper management.

14:04:58  3      Q.   You haven't seen any paperwork showing any

14:05:01  4   connection between Zhongwang Group U.S.A. and China

14:05:05  5   Zhongwang, correct?

14:05:05  6      A.   No.

14:05:06  7      Q.   Now, Mr. Henson, you mentioned earlier the 2011

14:05:26  8   Antidumping and Countervailing Duty order.  Are you

14:05:27  9   familiar with that?

14:05:27  10     A.   After, yes.

14:05:29  11     Q.   Did you get an opportunity to read that order

14:05:32  12   when it came down?

14:05:32  13     A.   No. We wouldn't have access to that.

14:05:33  14     Q.   When the pallets came in, did anyone -- strike

14:05:44  15   that.

14:05:47  16          When the pallets were stored at the warehouses

14:05:49  17   that you managed, did you ever make any effort to hide

14:05:52  18   the fact that you were storing pallets at that

14:05:55  19   warehouse?

14:05:56  20     A.   No.

14:05:56  21     Q.   Did anyone ever instruct you to hide the fact

14:05:58  22   that you were storing pallets at the warehouse?

14:06:01  23     A.   No.

14:06:02  24     Q.   Did you ever observe anybody attempt to hide the

14:06:05  25   pallets?

14:06:05  1       A.   No.

14:06:06  2       Q.   And to the Fontana warehouse, I think I

14:06:08  3   understand we saw a picture of pallets stored outside;

14:06:10  4   is that right?

14:06:10  5       A.   That's correct.

14:06:11  6       Q.   And you could see those pallets from the street,

14:06:13  7   correct?

14:06:13  8       A.   Uh-huh.

14:06:14  9       Q.   Visible?

14:06:15  10      A.   Yes.

14:06:16  11      Q.   Now, Mr. Henson, have you ever received a

14:06:19  12   paycheck from a company called Scuderia Development?

14:06:25  13      A.   Does not sound familiar.

14:06:26  14      Q.   You're not familiar with that entity, sir?

14:06:28  15      A.   Doesn't sound familiar.

14:06:30  16      Q.   Have you ever been employed by a company called

14:06:34  17   Von Karman-Main Street LLC?

14:06:36  18      A.   No.

14:06:36  19      Q.   Have you ever been employed by a company, 1001

14:06:40  20   Doubleday LLC?

14:06:41  21      A.   No.

14:06:42  22      Q.   Okay.  Have you ever been employed by a company,

14:06:48  23   10681 Production Avenue LLC?

14:06:50  24      A.   No.

14:06:55  25           MR. LOWDER:  No further questions, Your

14:06:56   1   Honor.

14:06:57   2                     THE COURT:  Redirect.

14:06:58   3                     MR. HSIEH:  No, thank you.

14:06:59   4                     THE COURT:  You may step down.

14:07:00   5            May this witness be excused?

14:07:02   6                     MR. HSIEH:  Yes from the Government.

14:07:03   7                     MS. POTASHNER:  Yes, Your Honor.

14:07:04   8                     THE COURT:  You are free to go.  Thank you

14:07:07   9   for coming in, sir.

14:07:08   10                    Next witness.

14:07:12   11                    MR. BERNSTEIN:  Government calls Laszlo

14:08:02   12   Horvath.

14:08:02   13                    THE CLERK:  Good afternoon.  Right here to

14:08:05   14   be sworn, please.  Please raise your right hand.

14:08:11   15            Do you solemnly swear the testimony you're

16   about to give in the matter now before the Court, shall

17   be the truth, the whole truth and nothing but the truth,

18   so help you God?

19                     THE WITNESS: Yes.

20                     THE CLERK:  Please be seated.

21            May I please ask that you state and spell

14:08:32   22   your full name for the record.

14:08:32   23                    THE WITNESS:  My name is Laszlo Horvath,

24   L-A-S-Z-L-O H-O-R-V-A-T-H.

14:08:42   25                    THE COURT:  Get a little closer to the

14:08:43  1   microphone.

14:08:44  2          Counsel, you may inquire.

14:08:45  3          MR. BERNSTEIN:  Thank you, Your Honor.

4                    **DIRECT EXAMINATION**

5   BY MR. BERNSTEIN:

14:08:47  6      Q.  Dr. Horvath, what do you do?

14:08:48  7      A.  I'm an associate professor at Virginia Tech and

8   the director of Center for Packaging and Unit Load

14:08:55  9   Design.

14:08:55  10     Q.  What you do teach at Virginia Tech?

14:08:58  11     A.  The classes are for pallet and unit load design

14:09:00  12  and packaging engineering.

14:09:02  13     Q.  How long have you been a professor at Virginia

14:09:05  14  Tech?

14:09:05  15     A.  Since 2010.

14:09:09  16     Q.  2000 what?

14:09:11  17     A.  2010.

14:09:12  18     Q.  Can you walk us through your education.

14:09:14  19     A.  Yes.  I received a dual degree in wood

14:09:17  20  engineering and engineering management from the

14:09:25  21  University of West Hungary in Hungary, in 2007.  And

14:09:25  22  then I received my Ph.D. in forest biomaterials from

14:09:30  23  North Carolina State University in 2010.

14:09:34  24          During my master's, I worked on wood engineering,

14:09:37  25  and the mechanics and engineering of building

14:09:40   1    structures, and in my Ph.D., I worked on micromechanics,

14:09:48   2    modeling and predicting performance of materials.

14:09:49   3      Q.   Are you the director of an institution called the

14:09:56   4    Center for Packaging and Unit Load Design?

14:09:56   5      A.   Yes.

14:09:56   6      Q.   First of all, how long have you been the director

14:09:58   7    of that institution?

14:10:00   8      A.   About ten years.

14:10:01   9      Q.   And what's the Center for Packaging and Unit Load

14:10:07  10    Design do?

14:10:07  11      A.   The Center for Packaging and Unit Load Design is

14:10:09  12    an internationally recognized research and testing

14:10:12  13    center that specifically focuses on belt and unit load

14:10:16  14    evaluation, and then we conduction research projects to

14:10:20  15    optimize the belt die supply change.  We investigate

14:10:25  16    belts.

14:10:25  17      Q.   So the Center for Packaging and Unit Load Design

14:10:30  18    does research and testing on pallets?

14:10:33  19      A.   Correct.

14:10:34  20      Q.   And how does the Center for Packaging and Unit

14:10:42  21    Load Design rank up against other institutions that do

14:10:43  22    the same thing?

14:10:44  23      A.   It is -- I can probably say that this is the most

14:10:47  24    premiere facility in the world to investigate pallets.

14:10:51  25      Q.   You used the term "unit load design" a few times.

14:10:55  1    Unit load, what does that mean?

14:10:57  2        A.   It's basically boxes and other products on the

14:11:00  3    top of the pallets.  The reason why I mentioned it

14:11:03  4    separately from pallets, because we investigate the

14:11:06  5    whole system as a whole, rather than just focus on the

14:11:10  6    pallet itself.

14:11:11  7        Q.   Okay.  And when you test these pallets, are there

14:11:16  8    standards, accepted standards that are use for testing

14:11:20  9    the pallets?

14:11:20  10       A.   Yes.  There are two main ones.  One is produce

14:11:25  11   ISO, which is the International Organization for

14:11:29  12   Standardization.  It's ISO 8611.  And that is used

14:11:32  13   around the world.  And then we have our national

14:11:35  14   standard produced by ASTM, which is ASTM 1185.

14:11:40  15       Q.   Okay.  And do you represent the United States in

14:11:45  16   the creation of those standards?

14:11:47  17       A.   Yes.  I am the head of -- the current head of the

14:11:51  18   U.S. delegation to ISO261, where we specifically design

14:11:56  19   and write the standard.  And I'm also chairing the ASTM

14:11:59  20   committee, where we are writing ASTM standard for

14:12:02  21   pallets.

14:12:02  22       Q.   Without going through all of it, is it fair to

14:12:05  23   say that you have written articles and given trainings

14:12:08  24   and taught in package engineering and pallets?

14:12:12  25       A.   Yes.  My whole research area is about pallets,

14:12:16    1   and pretty much all of -- most of the information that

14:12:19    2   we know of pallets was developed by my research center.

14:12:24    3              MR. BERNSTEIN:  Your Honor, at this time,

14:12:25    4   the Government offers Dr. Laszlo Horvath as an expert in

14:12:30    5   package engineering and pallets.

14:12:31    6              THE COURT:  He so qualifies.

14:12:33    7   BY MR. BERNSTEIN:

14:12:33    8      Q.   Okay.  Dr. Horvath, in this case, did the

14:12:38    9   Government ask you to conduct some testing and analysis

14:12:43   10   on three pallets that were seized from Perfectus?

14:12:48   11      A.   Correct.

14:12:49   12      Q.   And the three pallets, you gave each one of those

14:12:55   13   three pallets classifications?

14:12:57   14      A.   Yes.  We called one of them heavy weight, then

14:13:01   15   one other one, a light, weight and then another one, a

14:13:03   16   hollow pallet, just because it was made of a hollow

14:13:07   17   channel.

14:13:08   18      Q.   And so the Government gave you three pallets from

14:13:11   19   Perfectus to look at; one was light, one called hollow,

14:13:15   20   and one was heavy?

14:13:16   21      A.   Yes.

14:13:16   22      Q.   The light weight pallet, what was the approximate

14:13:21   23   weight of that?

14:13:22   24      A.   About 20 pounds.  The light weight is about

14:13:26   25   42 pounds.

14:13:26   1       Q.   And what about the hollow?

14:13:28   2       A.   About 28.

14:13:29   3       Q.   What about the heavy Perfectus pallet?

14:13:32   4       A.   170 pounds.

14:13:33   5       Q.   So when I say that the light, heavy Perfectus

14:13:37   6   pallet, you'll know which one I'm talking about?

14:13:40   7       A.   Yes.

14:13:40   8       Q.   I want to mostly talk about the heavy Perfectus

14:13:43   9   pallet.  Starting with the dimensions, did you, as part

14:13:48  10   of your analysis, measure the dimensions of the heavy

14:13:51  11   Perfectus pallet?

14:13:52  12       A.   Yes.  We took our own samples and measured them.

14:13:56  13   And it was about 48 inches by 43 inches, if I round up.

14:14:00  14             MR. BERNSTEIN:  Can everybody hear?

14:14:03  15             THE COURT:  I can.

14:14:05  16             Go head, next question, Counsel.

14:14:06  17   BY MR. BERNSTEIN:

14:14:07  18       Q.   Okay.  If you can speak up a little bit,

          19   Dr. Horvath.

14:14:08  20       A.   I can speak louder.

14:14:08  21             THE COURT:  If anybody ever has a problem

14:14:10  22   hearing something, raise your hand and let us know.

14:14:13  23             MR. BERNSTEIN:  Thank you, Your Honor.

          24   BY MR. BERNSTEIN:

14:14:14  25       Q.   So the heavy Perfectus pallet, what did it

14:14:17  1  measure out to?

14:14:17  2     A.  It is 48 by 43 inches.  It was exactly 48.75 by

14:14:25  3  42.81 inches.

14:14:27  4     Q.  So 48 by 43 for short?

14:14:31  5     A.  Yes.

14:14:31  6     Q.  What is the most common -- the most common

14:14:35  7  dimension for a pallet?

14:14:38  8     A.  The most common dimension in the U.S. is 48

14:14:41  9  inches by 48 inches by pallet, that is used by the U.S.

14:14:45  10 grocery and retail sector.

14:14:47  11    Q.  Is there a much less common pallet that's 48 by

14:14:52  12 42?

14:14:52  13    A.  Yes.  It's used by the U.S. paper industry.

14:15:00  14    Q.  And what percentage of, to your knowledge,

14:15:03  15 pallets in the United States are the 48-by-42-inch

14:15:09  16 variety?

14:15:09  17    A.  Based on the latest information that we have,

14:15:11  18 it's about three percent.

14:15:13  19    Q.  Now, the Perfectus, the heavy pallet, which was

14:15:17  20 48 by 43 -- before I go there, let me ask you a

14:15:21  21 question.

14:15:21  22      In your ten years at the Center for Packaging and

14:15:26  23 Unit Load Design, how many pallets -- different pallets

14:15:29  24 have you tested, approximately?  You can say hundreds or

14:15:32  25 thousand or whatever is the best way to answer that

14:15:34  1    question.

14:15:34  2        A.   Hundreds of different designs.

14:15:36  3        Q.   And have you conducted testing for hundreds of

14:15:39  4    different companies?

14:15:40  5        A.   Yes.

14:15:41  6        Q.   And is that just metal pallets or different types

14:15:45  7    of pallets?

14:15:46  8        A.   Any type of pallet.  We investigate plastic,

14:15:50  9    metal, aluminum, composites, any material that people

14:15:54  10   make pallets out of.

14:15:57  11       Q.   So back to the design of the pallet.  You said 48

14:16:00  12   by 40 is common.  48 by 42 is three percent of the

14:16:04  13   market.  In your ten years at the Center for Packaging

14:16:11  14   and Unit Load Design, have you ever seen a 48-by-43-inch

14:16:14  15   pallet?

14:16:14  16       A.   No.

14:16:15  17       Q.   And are you familiar with the concept for

14:16:21  18   pallets, in terms of design, of them being two-way

14:16:25  19   versus four-entry?

14:16:26  20       A.   Yes.

14:16:27  21       Q.   Can you explain that concept.

14:16:29  22       A.   Yes.  So the pallet has -- it's all about

14:16:32  23   handling.  The pallet has four sides, and if you can

14:16:35  24   handle the pallet only from the front and the back, we

14:16:38  25   call it a two-way pallet, and then, we look at mainly

14:16:43  1   fork-lifting pallet handling.  If the pallet can be

14:16:45  2   handled from the other two sides, only with the forklift

14:16:48  3   and not with the pallet, we will call it partial

14:16:51  4   four-way.  And if you can handle the pallet from any of

14:16:54  5   the four sides, with any of the equipment, then we call

14:16:56  6   it the full four-way.

14:16:58  7       Q.  So two-way, you can come at it from two sides;

14:17:02  8   four-way, you can come at it with the forklift from any

14:17:06  9   one of the four sides of the pallets?

14:17:07  10      A.  Correct.

14:17:07  11      Q.  Is there even such thing, to your knowledge, as a

14:17:10  12   one-way entry pallet?

14:17:12  13      A.  No.  No.  Two-way is the bottom and the most

14:17:15  14   limited pallet.  The full four-way is the most flexible.

14:17:18  15      Q.  So the Perfectus -- the heavy Perfectus pallet,

14:17:22  16   was it a two-way, the four-way, or the one that was in

14:17:26  17   between?

14:17:26  18      A.  It was a two-way pallet.  There was no opening on

14:17:29  19   the side.

14:17:30  20      Q.  Would you consider that an advantage or a

14:17:33  21   limitation for the pallet?

14:17:34  22      A.  It is a limitation, because we only can load one

14:17:38  23   specific way to the trailer, which reduces the amount of

14:17:41  24   pallets we can put into a trailer.

14:17:43  25      Q.  And then, finally, on the topic of design, these

14:17:51  1    pallets were constructed from what?

14:17:54  2        A.   Aluminum.

14:17:55  3        Q.   Again, let's talk about the weight of the -- the

14:18:11  4    pallet we tested.  And before we get there, I want to

14:18:14  5    talk generally about the use of aluminum pallets in the

14:18:18  6    U.S. industry.  And from your expertise, where are

14:18:23  7    aluminum pallets typically used?

14:18:25  8        A.   A lot of them are used in the pharmaceutical and

14:18:28  9    then some in the food industry, just because aluminum

14:18:30 10    has a claimed antimicrobial property, which is an

14:18:35 11    advantage in those industries.

14:18:36 12        Q.   And the heaviest aluminum pallet that you have

14:18:45 13    tested in your ten years at Virginia Tech, how heavy was

14:18:51 14    it?

14:18:51 15        A.   About 40 to 50 pounds.

14:18:53 16        Q.   Have you ever tested any pallet that was 170

14:18:58 17    pounds?

14:18:59 18        A.   No.

14:18:59 19        Q.   What are some of the disadvantages of producing a

14:19:10 20    pallet that's -- that's too heavy or that's heavier than

14:19:15 21    the competitors pallet is?

14:19:17 22        A.   There are many disadvantages; one of them being

14:19:22 23    the weight.  People can handle up to 50 pounds fairly

14:19:26 24    easily.  You can ask any of your workers to do that.  If

14:19:29 25    you go beyond it, then it needs to be a team lift.  And

14:19:33  1  the 170-pound pallet should be handled by multiple

14:19:37  2  people or equipment.

14:19:38  3        They tend to be more expensive and then they

14:19:40  4  reduce the amount of weight that we can put into a

14:19:42  5  trailer, because the trailer can only hold a specific

14:19:45  6  amount of weight. If the belts are heavier, you can't

14:19:47  7  ship as many goods in the trailer.

14:19:49  8     Q.   And when we are talking about aluminum, or metal

14:19:53  9  pallets in general, heavier pallets, to say the obvious,

14:20:00  10  contain more metal?

14:20:01  11     A.   Exactly.

14:20:03  12     Q.   Does that affect the price of those pallets?

14:20:04  13     A.   They tend to make them a lot more expensive.  The

14:20:07  14  more material you put into any pallets.  For most

14:20:10  15  pallets, about 80 percent of the cost is in material.

14:20:14  16     Q.   Okay.  So you said aluminum pallets can work for

14:20:18  17  the pharmaceutical and food industries.  In your

14:20:22  18  experience, what's the typical weight range for aluminum

14:20:28  19  pallets that are used in -- you can say the food and

14:20:31  20  then the pharmaceutical industry?

14:20:33  21     A.   Less than 50 pounds.  That's normally one of the

14:20:36  22  targets.

14:20:37  23     Q.   Why is that?

14:20:38  24     A.   One the reasons is OSHA requirements for lifting.

14:20:45  25  And that's the main requirement.

14:20:49   1      Q.   Sticking with the -- quick question: We're seeing

14:21:01   2   reference to tare weight in this case.  What does tare

14:21:04   3   weight mean?

14:21:04   4      A.   It's basically the weight of the pallet.

14:21:06   5      Q.   Weight of the pallet with stuff on it, without

14:21:15   6   stuff on it?

14:21:17   7      A.   It would be just the weight of the pallet without

14:21:20   8   stuff on it.

14:21:21   9      Q.   So tare weight just means the pallet's weight

14:21:25  10   without anything on it?

14:21:25  11      A.   Correct.

14:21:26  12      Q.   The three pallets that the Government gave you,

14:21:32  13   the Perfectus pallets, did you measure something called

14:21:35  14   load capacity?

14:21:36  15      A.   Yes.

14:21:36  16      Q.   And did you do it for each one of those pallets?

14:21:39  17      A.   Yes.

14:21:39  18      Q.   And we will get into it, but are there three

14:21:44  19   different tests for load capacity?

14:21:47  20      A.   Yes.  There are multiple tests for different

14:21:50  21   support.

14:21:51  22      Q.   The three tests for load capacity:  Static,

14:21:56  23   dynamic, and racking; is that right?

14:21:58  24      A.   Correct.

14:21:59  25      Q.   First, let's start with the static load capacity.

14:22:02  1    What is the static load capacity of a pallet?

14:22:06  2        A.   It is basically how much load -- how many -- how

14:22:10  3    many products the pallet can hold when it's sitting on a

14:22:13  4    floor.  So if you imagine a warehouse setting, where the

14:22:15  5    pallets are on the floor and you have a lot of products

14:22:18  6    on them, what is the amount of weight that you can put

14:22:20  7    on the pallet.

14:22:21  8        Q.   And put on the pallet until what happens?

14:22:24  9        A.   I -- ideally before it breaks.  And then we have

14:22:29  10   a safety factor.  It is really important, when we

14:22:32  11   determine the load capacity of the pallet, we count a

14:22:35  12   safety factor of two.  So we make sure the pallet does

14:22:38  13   not break.  But there is a safe load of capacity of the

14:22:43  14   pallet to make sure that nothing happens, nothing

14:22:49  15   collapses, the collapsing unit loads don't hurt people.

14:22:50  16       Q.   So standard capacity, the pallet goes on the

14:22:52  17   floor in the warehouse, it's as much weight you can put

14:22:54  18   on the pallet before it becomes unsafe and/or breaks?

14:22:59  19       A.   Correct.

14:22:59  20       Q.   What about the second type, dynamic load

14:23:02  21   capacity, what does that refer to?

14:23:03  22       A.   Dynamic is really a forklift support.  It's

14:23:06  23   really not a dynamic test, but it's because forklifts

14:23:09  24   are moving, we just call them dynamic.  So the load

14:23:12  25   capacity of the pallet is when it's lifted by a forklift

14:23:14  1   and it's just staying there.

14:23:16  2       Q.   So static is the pallet on the ground.  Dynamic

14:23:21  3   is if -- it's the weight you can put on a pallet and

14:23:25  4   then move it around safely with the forklift?

14:23:27  5       A.   Correct.

14:23:28  6       Q.   And we also mentioned a third type of load

14:23:35  7   capacity test called racking load capacity. What does

14:23:39  8   that mean?

14:23:39  9       A.   Racking capacity -- warehouses have -- to

14:23:43  10  optimize storage in a warehouse, we install warehouse

14:23:48  11  racks.  If you can imagine those giant shelves that we

14:23:48  12  put pallets on.  Those racks have specific capacities,

14:23:51  13  and the pallet needs to -- when we put the pallets in

14:23:55  14  the rack system, the weight, how we support it, it's

14:23:59  15  really damaging to the pallet.  It's really difficult

14:24:01  16  support.  So the pallet has a specific load capacity for

14:24:04  17  that.

14:24:06  18       Q.   Okay.  Starting with the heavy Perfectus pallet,

14:24:10  19  did you do all three of these load capacity tests,

14:24:15  20  static, dynamic, and racking, on the heavy Perfectus

14:24:17  21  pallet?

14:24:19  22       A.   Correct.

14:24:19  23       Q.   What did you find?

14:24:20  24       A.   So we have -- in all cases, the pallet exceeded

14:24:24  25  the capacity of the machine, which is about

14:24:25   1   24,000 pounds.  So a little bit less than 24.  So we

14:24:30   2   could not really break the pallet to fully determine the

14:24:33   3   load capacity.  So what we needed to do is loaded it

14:24:37   4   until we exceeded the capacity of the machine and then

14:24:41   5   we divided that load by half.

14:24:42   6       Q.  So break it down.  When you did the static load

14:24:47   7   capacity test, and we'll talk about how you did that

14:24:48   8   test in a moment, but on the heavy Perfectus pallet, it

14:24:51   9   maxed out your machine?

14:24:52  10       A.  Exactly.  The pallet barely bent anything during

14:24:56  11   the test.  Looked exactly the same, once we took it out

14:24:58  12   the machine, than the way how we put it in.

14:25:01  13       Q.  And then when you did the dynamic load capacity

14:25:04  14   test, same thing, it maxed out your machine?

14:25:06  15       A.  Same.

14:25:07  16       Q.  And then what about the racking load capacity

14:25:08  17   test?

14:25:08  18       A.  Same thing.  In everything single test that we

14:25:10  19   did for load capacity, the pallet maxed out the machine.

14:25:15  20       Q.  And you mentioned that the pallet would end up

14:25:18  21   having a static load capacity of -- what was it again?

14:25:23  22       A.  11,700 pounds.

14:25:23  23       Q.  Incidentally, what is the capacity of a forklift?

14:25:28  24       A.  Forklifts, they are very capacity, but the most

14:25:31  25   common arrangement would be probably somewhere between

14:25:33  1   2,500 and 3,500 pounds.

14:25:36  2      Q.  So the load capacity for the heavy Perfectus

14:25:44  3   pallet, it's fair to say you don't know what the load

14:25:46  4   capacity is, only that it maxed out your machine in all

14:25:50  5   three tests?

14:25:51  6      A.  Correct.

14:25:52  7      Q.  And that's significantly higher than the weight

14:25:56  8   capacity for the forklift?

14:25:58  9      A.  Correct.

14:25:59  10     Q.  All right.  So here's the question, then, about

14:26:03  11  the heavy Perfectus pallet.  In your ten-year career at

14:26:09  12  the -- at the Center for Packaging and Unit Load Design,

14:26:14  13  have you ever seen a pallet that maxed out all three

14:26:18  14  load capacity tests?

14:26:20  15     A.  No.

14:26:21  16     Q.  I want to talk about now, the light Perfectus

14:26:27  17  pallet.  Can you remind us, approximately, how much did

14:26:29  18  that weigh.

14:26:29  19     A.  About 42 pounds.

14:26:31  20     Q.  And that light Perfectus pallet, at least with

14:26:34  21  respect to the weight of the pallet, does fall within

14:26:37  22  the ballpark of what pharmaceutical and food industries

14:26:41  23  would use?

14:26:41  24     A.  Yes.

14:26:42  25     Q.  Did you test the load capacity on the light

14:26:47  1   Perfectus pallet, did you do all three tests?

14:26:50  2       A.   Yes, we did.

14:26:51  3       Q.   What did you find -- go one test at a time and

14:26:54  4   tell us what you found.

14:26:54  5       A.   On the static and the dynamic cases, the pallet

14:26:57  6   maxed out the equipment.  So it had the same result in

14:27:00  7   what we'd seen for the heavy weight.  And for the

14:27:03  8   racking capacity, the pallet, we actually could break

14:27:07  9   the pallet to get a failure load out of it, which

14:27:10  10  resulted in a safe load capacity for about 9,000 pounds.

14:27:15  11      Q.   Okay.  So the light -- the 40-pound Perfectus

14:27:17  12  pallet maxed out the machine on the static and dynamic

14:27:22  13  load capacity tests?

14:27:24  14      A.   Correct.

14:27:24  15      Q.   And then on the racking, you said you got a load

14:27:27  16  capacity of 9,000?

14:27:28  17      A.   Correct.

14:27:29  18      Q.   How would you characterize that -- the load

14:27:33  19  capacity, just sticking with load capacity itself, of

14:27:37  20  the light Perfectus pallet?

14:27:38  21      A.   Even this load capacity is over designed for most

14:27:43  22  industrial applications.

14:27:45  23      Q.   Meaning most -- most customers out there, who

14:27:49  24  would need an aluminum pallet, the load capacity of the

14:27:53  25  light Perfectus pallet would exceed expectations.

14:27:56  1      A.   It would.  If I can give an example of a

14:28:01  2  warehouse rack system.  For example, most warehouse

14:28:03  3  racks are designed to support about 3,500-pound unit

14:28:07  4  load.  So we can about three of them on a beam.  Even if

14:28:10  5  you have a 9,000-pound load capacity, we could not put

14:28:14  6  9,000 pounds on it, because most of the rack systems

14:28:17  7  wouldn't be able to handle it.  The rack would collapse

14:28:20  8  under 9,000 pounds.

14:28:21  9      Q.   Okay.  So the 40-pound Perfectus pallet, the

14:28:24  10  light Perfectus pallet had a load capacity that would

14:28:28  11  satisfy most customers, that maxed out two of the three

14:28:33  12  tests and did 9,000 on the third.  Can you think of any

14:28:37  13  legitimate engineering reason to add an additional

14:28:45  14  130 pounds to create the heavy Perfectus pallet?

14:28:51  15      A.   No.

14:28:52  16              MR. BERNSTEIN:  That's all I have.

14:28:54  17              THE COURT:  Cross.

14:29:03  18              MS. POTASHNER:  Thank you, Your Honor.

14:29:03  19                      **CROSS-EXAMINATION**

      20  BY MS. POTASHNER:

14:29:10  21      Q.   Good afternoon, Doctor.

14:29:19  22      A.   Good afternoon.

14:29:20  23      Q.   So -- sorry about that.

14:29:23  24           You were just describing the static load capacity

14:29:26  25  test that you did; is that right?

14:29:28  1    A.  Correct.

14:29:29  2    Q.  Talking about the heavy pallet first.  You just

14:29:33  3  testified that basically, your machines couldn't break

14:29:37  4  the pallet; is that right?

14:29:38  5    A.  Correct.

14:29:39  6    Q.  And your machines couldn't break the welding

14:29:43  7  within the pallet; isn't that correct?

14:29:46  8    A.  Correct.

14:29:46  9    Q.  So it's fair to say that the welding didn't

14:29:51  10  appeared to be just temporary welding; isn't that right?

14:29:56  11    A.  Yes.

14:29:56  12    Q.  It's fair to say that it seemed like strong

14:29:59  13  welding?

14:29:59  14    A.  Yes.

14:30:00  15    Q.  Permanent welding?

14:30:01  16    A.  Yes.

14:30:01  17    Q.  Not designed to be easily broken apart?

14:30:05  18    A.  Correct.

14:30:05  19    Q.  Let's talk about the light pallet.  You described

14:30:10  20  the load capacity of the light pallet to be very strong,

14:30:14  21  right?

14:30:15  22    A.  Yes.

14:30:15  23    Q.  It could withstand how many pounds did you say?

14:30:19  24    A.  9,000 pounds in a racking condition.

14:30:23  25    Q.  So at 9,000 pounds of weight, the pallets did not

14:30:27  1  break, even the light-weight ones?

14:30:28  2     A.  Correct.  Technically, until 18,000, they did not

14:30:33  3  break.  But you have to use the safety factor of two.

14:30:36  4     Q.  So the machine broke it at 18,000 pounds?

14:30:40  5     A.  Correct.

14:30:41  6     Q.  But you use a -- you cut it in half in real-world

14:30:46  7  applications, right?

14:30:47  8     A.  Yes.

14:30:47  9     Q.  So either way, 9,000 pounds in the real world --

14:30:52  10    A.  Yes.

14:30:52  11    Q.  -- the light-weight pallet did not break?

14:30:55  12    A.  Correct.

14:30:55  13    Q.  18,000 pounds in the laboratory, the light-weight

14:31:00  14  pallet did not break?

14:31:01  15    A.  It broke a little bit after, yes.

14:31:04  16    Q.  After.  Higher than that.  Okay.

14:31:07  17       And the welds for the light-weight pallet, under

14:31:10  18  that weight, did not break?

14:31:11  19    A.  Correct.

14:31:13  20    Q.  So it's fair to say that the welds on the

14:31:17  21  light-weight pallets were not just temporary welds,

14:31:20  22  correct?

14:31:20  23    A.  Correct.

14:31:21  24    Q.  It's fair to say that those welds were designed

14:31:24  25  to hold?

14:31:24  1       A.   Correct.

14:31:25  2       Q.   It's fair to say that those welds were permanent

14:31:28  3   welds?

14:31:28  4       A.   Yes.

14:31:31  5            THE COURT:   We are going to break at this

14:31:33  6   time, ladies and gentlemen, it is 2:30.   We'll come back

14:31:35  7   in 15 minutes.   Remember the admonishment not to discuss

14:31:38  8   the case among yourselves or with anybody else, or form

14:31:41  9   or express any opinions about the matter until it's

14:31:42  10  submitted to you and you retire to the jury room.

14:31:44  11            See you back in 15.

14:31:47  12            THE CLERK:   All rise.

14:41:34  13            (BREAK TAKEN.)

14:49:13  14            THE COURT:   Okay.   The record will reflect

14:49:14  15  that the jury is present and in their respective seats.

14:49:17  16  The witness is on the witness stand.

14:49:18  17            Counsel, you may inquire.

14:49:20  18            MS. POTASHNER:   Thank you, Your Honor.

14:49:22  19  BY MS. POTASHNER:

14:49:22  20      Q.   Dr. Horvath, in forming your opinions, did you

14:49:27  21  rely on a person's analysis, by the name of Dan Porter?

14:49:30  22      A.   No.

14:49:33  23      Q.   What about Dr. Mark White?

14:49:40  24      A.   No, not to make any of the conclusions for

14:49:47  25  writing a report.

14:49:47  1      Q.  Did you review Dr. White's analysis and
14:49:50  2  conclusions in this case?
14:49:52  3      A.  Yes.
14:49:52  4      Q.  Did you review them before you came to your final
14:49:55  5  conclusions?
14:49:56  6      A.  No.
14:49:56  7      Q.  Did you review them before the last time you
14:49:59  8  discussed this case with the Government?
14:50:00  9      A.  Yes.
14:50:01  10     Q.  And do you know Dr. Mark White?
14:50:05  11     A.  Yes.
14:50:05  12     Q.  How do you know him?
14:50:06  13     A.  He is my colleague.
14:50:08  14     Q.  Where?
14:50:08  15     A.  At Virginia Tech.
14:50:10  16     Q.  And so was Dr. White there before you were there?
14:50:15  17     A.  Yes.
14:50:15  18     Q.  What was his position when you arrived at
14:50:19  19  Virginia Tech?
14:50:19  20     A.  He was retired.
14:50:22  21     Q.  Does he have a title as a professor there?
14:50:28  22     A.  Yes, professor emeritus.
14:50:32  23     Q.  And did he have anything to do with the
14:50:37  24  department of sustainable biomaterials?
14:50:39  25     A.  He was a professor emeritus there.

14:50:43  1      Q.  And is that the department that you joined as an

14:50:46  2  associate professor?

14:50:48  3      A.  Correct.

14:50:48  4      Q.  How long had he been there before you joined?  If

14:50:51  5  you know?

14:50:52  6      A.  Since the '80s.

14:50:55  7      Q.  Since the '80s?

14:50:57  8      A.  Yes.  I don't know the exact time, but since

14:51:01  9  1980.  Something like that.

14:51:03  10     Q.  30-plus years?

14:51:04  11     A.  Yes.

14:51:05  12     Q.  Did he have any involvement in the center of unit

14:51:12  13  load design?

14:51:13  14     A.  Yes, he established it.

14:51:15  15     Q.  He established it.  That's where you are now a

14:51:17  16  director?

14:51:18  17     A.  Correct.

14:51:18  18     Q.  But he established it?

14:51:20  19     A.  He was the previous director, correct.

14:51:22  20     Q.  When you came in, what was his role with the

14:51:24  21  center at that time?

14:51:25  22     A.  Nothing.  He retired in 2006.

14:51:30  23     Q.  Oh, I see.  And is he still involved in the

14:51:35  24  center?

14:51:36  25     A.  No.

| | | |
|---|---|---|
| 14:51:37 | 1 | Q.  Is he involved with the college? |
| 14:51:39 | 2 | A.  Yes. |
| 14:51:40 | 3 | Q.  How is he involved? |
| 14:51:42 | 4 | A.  He conducts research. |
| 14:51:45 | 5 | Q.  And if you know, does Dr. White have experience |
| 14:51:50 | 6 | in designing aluminum pallets? |
| 14:51:54 | 7 | A.  I can't recall.  I assume so.  I don't know. |
| 14:51:58 | 8 | Q.  And do you work with him in any capacity |
| 14:52:02 | 9 | currently? |
| 14:52:04 | 10 | A.  He is part of the graduate committees that I |
| 14:52:08 | 11 | have. |
| 14:52:09 | 12 | Q.  And what's his role? |
| 14:52:11 | 13 | A.  Advising committee member. |
| 14:52:13 | 14 | Q.  And do you also teach with him? |
| 14:52:19 | 15 | A.  Correct. |
| 14:52:20 | 16 | MR. BERNSTEIN:  Objection. Relevance, Your |
| 14:52:22 | 17 | Honor. |
| 14:52:22 | 18 | THE COURT:  Sustained. |
| | 19 | BY MS. POTASHNER: |
| 14:52:28 | 20 | Q.  Do you have an opinion about Dr. White's |
| 14:52:29 | 21 | expertise and experience in pallet design? |
| 14:52:33 | 22 | MR. BERNSTEIN:  Objection.  Relevance. |
| 14:52:34 | 23 | THE COURT:  Sustained. |
| 14:52:44 | 24 | MS. POTASHNER:  May have one moment, Your |
| 14:52:45 | 25 | Honor? |

14:52:45  1              THE COURT:  Certainly.

14:52:54  2   BY MS. POTASHNER:

14:52:54  3      Q.  Do you teach a unit load design course right now

14:53:00  4   with Dr. White?

14:53:01  5      A.  We are teaching a pallet design course with

14:53:05  6   Dr. White.

14:53:05  7      Q.  Currently together?

14:53:06  8      A.  Correct.

14:53:07  9      Q.  To whom?

14:53:11 10      A.  To a wooden pallet company.

14:53:13 11      Q.  So it's to members of a private industry?

14:53:14 12      A.  Yes.

14:53:15 13      Q.  Where is that course taught?

14:53:17 14      A.  Online.

14:53:18 15      Q.  And do you also work together to mentor graduate

14:53:27 16   students in their research?

14:53:29 17      A.  Yes.

14:53:30 18      Q.  And you said that you were the current head of

14:53:34 19   the U.S. delegation to ISO?

14:53:36 20      A.  Correct.

14:53:37 21      Q.  And Dr. White is the former head of that

14:53:41 22   delegation, correct?

14:53:42 23      A.  Correct.

14:53:42 24      Q.  And you said that you are currently the chair for

14:53:45 25   the ASTM 1185, if I got that right?

14:53:49  1       A.   Correct.

14:53:49  2       Q.   And Dr. White was the former chair, right?

14:53:52  3       A.   Correct.

14:54:01  4                 MS. POTASHNER:   I have no further questions.

14:54:03  5    Thank you.

14:54:04  6                 THE COURT:   Any redirect?

14:54:07  7                 MR. BERNSTEIN:   No, Your Honor.

14:54:08  8                 THE COURT:   You may step down.

14:54:10  9                 THE WITNESS:   Thank you.

14:54:11  10                THE COURT:   Any reason why this witness

14:54:13  11   cannot be excused?

14:54:15  12                MR. RUYAK:   No, Your Honor.

14:54:16  13                THE COURT:   Okay.   You're free to go.   Thank

          14   you.

14:54:16  15                Next witness.

14:54:19  16                MR. BERNSTEIN:   Government calls Robert

14:54:54  17   Otterbein.

14:54:54  18                THE CLERK:   Good afternoon.   Right here,

14:54:56  19   please.   Raise your right hand.

14:54:56  20                Do you solemnly swear the testimony that you

          21   are about to give in the matter now before the Court,

          22   shall be the truth, the whole truth and nothing but the

          23   truth, so help you God?

          24                THE WITNESS:   I do.

          25                THE COURT:   Thank you.   Please be seated.

1          Would you please state and spell your full

14:55:18   2   name for the record.

14:55:18   3          THE WITNESS:  Robert Otterbein.

14:55:24   4   O-T-T-E-R-B-E-I-N.

14:55:24   5          THE COURT:  Okay.  Counsel, you may inquire.

14:55:27   6          MR. BERNSTEIN:  Thank you, Your Honor.

7                    **DIRECT EXAMINATION**

8   BY MR. BERNSTEIN:

14:55:28   9   Q.  Mr. Otterbein, what do you do?

14:55:30   10  A.  I'm retired now.

14:55:31   11  Q.  And before you retired, what did you do?

14:55:34   12  A.  I worked at Aluminum Shapes.  I was the

14:55:37   13  controller initially, and became vice president of

14:55:41   14  finance.

14:55:41   15  Q.  What is the parent company to Aluminum Shapes?

14:55:45   16  A.  At the time, Global Alum LLC owned Aluminum

14:55:50   17  Shapes.

14:55:50   18  Q.  And at the timing, when did you start at Aluminum

14:55:55   19  Shapes and when did you leave?

14:55:56   20  A.  I started at Aluminum Shapes in March of 2012,

14:56:01   21  and left in April of 2018.

14:56:04   22  Q.  And you said you were the controller and then

14:56:08   23  what did you get promoted to?

14:56:10   24  A.  Vice president of finance.

14:56:13   25  Q.  What kind of responsibilities did you have?

14:56:15  1    A.   So as vice president of finance, I was

14:56:20  2  responsible for the accounting, purchasing, payroll and

14:56:24  3  IT functions of the company.

14:56:25  4    Q.   And you mentioned that an entity called Global

14:56:28  5  Alum owned Aluminum Shapes.  Do you know who the member

14:56:31  6  of Global Alum was?

14:56:33  7    A.   Yes.

14:56:34  8    Q.   Who was that?

14:56:35  9    A.   Johnson Shao.

14:56:37  10   Q.   Was Johnson Shao -- did Johnson Shao, besides

14:56:44  11  being the member of Aluminum Shapes's parent company,

14:56:48  12  did he have any other role at Aluminum Shapes while you

14:56:52  13  were there?

14:56:52  14   A.   Yes.

14:56:52  15   Q.   What was that?

14:56:54  16   A.   He took over as the chief executive officer.

14:56:58  17   Q.   Around what time?

14:56:59  18   A.   The beginning of 2013.

14:57:03  19   Q.   And at aluminum shape -- I think you might have

14:57:07  20  said this, Aluminum Shapes, where is it located?

14:57:09  21   A.   In Delair, New Jersey.

14:57:11  22   Q.   At Aluminum Shapes, what did the company itself

14:57:16  23  do?

14:57:16  24   A.   Aluminum Shapes is an extruder of aluminum.

14:57:20  25   Q.   And in ten seconds or so, how does that work?

14:57:25    1        A.   So extrusions are used by various industries as

14:57:32    2   parts.   Primarily, Aluminum Shapes provided parts to the

14:57:36    3   transportation industry for trailer truck bodies, and

14:57:40    4   other parts, for example, on U-Haul trucks.   They also

14:57:45    5   provided products to the construction industries in the

14:57:49    6   form of scaffolding and architectural shapes for siding

14:57:55    7   on buildings.

14:57:56    8        Q.   And in your time at Aluminum Shapes, between

14:58:00    9   March of 2012 and let's say 2015, in that

14:58:06   10   two-and-a-half-year period or so, did you ever encounter

14:58:10   11   someone named Zhongtian Liu?

14:58:11   12        A.   Yes.

14:58:12   13        Q.   Where did you encounter him?

14:58:14   14        A.   I saw and met Mr. Liu at Aluminum Shapes.

14:58:18   15        Q.   Did you ever see Zhongtian Liu interact with

14:58:23   16   Johnson Shao?

14:58:24   17        A.   Yes.

14:58:25   18        Q.   And did it seem like Zhongtian Liu was in charge

14:58:32   19   of Johnson Shao or vice versa?   What was their

14:58:35   20   relationship?

14:58:35   21             MR. RUYAK:   Objection.   Leading.

14:58:36   22             THE COURT:   Sustained.

14:58:37   23   BY MR. BERNSTEIN:

14:58:37   24        Q.   What was the hierarchy between Johnson Shao and

14:58:42   25   Zhongtian Liu from your perspective?

14:58:42  1    A.   It appeared to me that Johnson Shao reported to
14:58:50  2    Mr. Liu.
14:58:51  3    Q.   Very briefly, did you ever participate in
14:58:54  4    meetings in which Johnson Shao and Zhongtian Liu also
14:58:57  5    participated?
14:58:58  6    A.   Yes.  One in particular I remember.
14:59:00  7    Q.   Who controlled those meetings?
14:59:02  8    A.   Mr. Liu controlled it.
14:59:04  9    Q.   At some point, did a man named Jackie Cheng take
14:59:09  10   on, at least on paper, some role at Aluminum Shapes?
14:59:13  11   A.   On paper, he assumed ownership.
14:59:16  12   Q.   And around what time was that?
14:59:18  13   A.   I'm really not sure.  I think it was 2017 or '18.
14:59:28  14   Q.   And have you ever spoken to Jackie Cheng?
14:59:31  15   A.   No.
14:59:32  16   Q.   Have you ever met him?
14:59:36  17   A.   No.
14:59:36  18   Q.   At some point during your time as controller and
14:59:44  19   then the chief financial officer -- or VP of finance of
14:59:48  20   Aluminum Shapes, was -- did Johnson Shao bring forward a
14:59:51  21   proposal to build a new cast house?
14:59:54  22   A.   Yes.
14:59:54  23   Q.   What's a cast house?
14:59:56  24   A.   Cast house is a facility.  And many aluminum
15:00:02  25   extruders have these cast houses where aluminum

15:00:05  1    ingredients, if you will, are melted to form the

15:00:09  2    starting material for aluminum extrusion equipment.

15:00:15  3        Q.   What was the proposed capital expenditure for the

15:00:18  4    cast house, or in simpler terms, how much money was it

15:00:22  5    proposed that Aluminum Shapes would put into this cast

15:00:25  6    house?

15:00:25  7        A.   I don't know what the proposal was.  I can tell

15:00:28  8    you what the number that was spent that I recall was.

15:00:33  9        Q.   How much money did Aluminum Shapes spend on

15:00:36  10   building this cast house?

15:00:38  11       A.   The cast house and the extrusion equipment

15:00:41  12   improvement project totaled about $70 million, as I

15:00:46  13   recall.

15:00:48  14       Q.   Was this a small investment for Aluminum Shapes?

15:00:50  15       A.   No.  It was quite large.

15:00:52  16       Q.   At some point in 2014, did the status of Johnson

15:01:02  17   Shao's employment at Aluminum Shapes change at all?

15:01:05  18       A.   Yes, it did.

15:01:06  19       Q.   What happened?

15:01:07  20       A.   He was removed as CEO.

15:01:09  21       Q.   And who was put in place of Johnson Shao?

15:01:13  22       A.   ZP Liu assumed the overall control for the

15:01:18  23   company.

15:01:19  24       Q.   And producing this cast house, did Aluminum

15:01:33  25   Shapes receive any assistance when it came to the

15:01:36  1  engineering of the cast house?

15:01:38  2      A.  Yes.

15:01:39  3      Q.  And who was that from?

15:01:43  4      A.  I recall one individual, Mei, from China

15:01:49  5  Zhongwang company.

15:01:50  6      Q.  What was her role with respect to the

15:01:54  7  construction of the cast house at Aluminum Shapes?

15:01:58  8      A.  As I understood it and as I observed it, she was

15:02:01  9  sort of an advisor working with our lead engineer on the

15:02:05  10 project.

15:02:05  11     Q.  Okay.

15:02:07  12         MR. BERNSTEIN:  I want to show just the

15:02:09  13 witness Exhibit 332.

          14 BY MR. BERNSTEIN:

15:02:32  15     Q.  And, sir, do you have that in front of you?

15:02:35  16     A.  Yes.

15:02:36  17     Q.  Is this an e-mail from Johnson Shao to several

15:02:47  18 aluminum shape employees, including yourself?

15:02:49  19     A.  Yes.

15:02:50  20     Q.  And the date of the e-mail is what?

15:02:55  21     A.  February 4th, 2013.

15:02:59  22     Q.  And then underneath, is there also an e-mail from

15:03:08  23 an Aluminum Shapes employee to Johnson Shao?

15:03:11  24     A.  Yes.

15:03:12  25     Q.  And the two e-mails, are they about the cast

15:03:15  1    house project?

15:03:19  2        A.   Along with the extrusion plan, yes.

15:03:24  3        Q.   And you're on both of these e-mails?

15:03:26  4        A.   Yes.

15:03:29  5             MR. BERNSTEIN:   Your Honor, the Government

15:03:30  6    moves to admit Exhibit 332.

15:03:32  7             MS. POTASHNER:   For the record, Your Honor,

15:03:33  8    objection.   Hearsay.

15:03:37  9             THE COURT:   Overruled.

15:03:38  10            (Exhibit 332 is admitted.)

15:03:38  11            MR. BERNSTEIN:   It may be a little small.

15:03:42  12   So I'll go to the header first.

15:03:42  13   BY MR. BERNSTEIN:

15:03:49  14       Q.   This is from Gregory Jones to Johnson Shao?

15:03:54  15       A.   Yes.

15:03:54  16       Q.   And Gregory Jones is who?

15:03:59  17       A.   Gregory Jones was the director of operations at

15:04:02  18   Aluminum Shapes.

15:04:04  19       Q.   And you are CC'd in this?

15:04:06  20       A.   Yes.

15:04:06  21       Q.   And it requests topics that you-all needed

15:04:10  22   Johnson's guidance on.

15:04:13  23            MR. RUYAK:   Objection, Your Honor. This is

15:04:16  24   an e-mail between -- Gregory Jones, we haven't

15:04:17  25   identified.

15:04:18   1                THE COURT:  I'm sorry, Counsel.  Say that

15:04:19   2   again.

15:04:19   3                MR. RUYAK:  We haven't identified who these

15:04:21   4   gentlemen are.

15:04:22   5                THE COURT:  Sustained.

15:04:23   6   BY MR. BERNSTEIN:

15:04:23   7      Q.   Who was Gregory Jones?

15:04:25   8      A.   He was the director of operations at Aluminum

15:04:28   9   Shapes.

15:04:28  10      Q.   And Johnson Shao, at this point, what was his

15:04:30  11   role at Aluminum Shapes?

15:04:32  12      A.   He was the CEO at Aluminum Shapes.

15:04:35  13      Q.   Okay.  So I'm going to go down to the -- point

15:04:44  14   two of this e-mail.

15:04:50  15           What's reflected -- without reading word for

15:04:53  16   word, what is communicated in the sentence that I just

15:04:58  17   highlighted?

15:05:07  18      A.   After individuals went to China, it appeared that

15:05:11  19   the goal was to build a new cast house.

15:05:13  20      Q.   And then what about the second sentence that I

15:05:17  21   just highlighted?

15:05:22  22      A.   Well, it says, Mr. Liu's goals for the company

15:05:24  23   must be clearly understood, if we are to properly

15:05:27  24   validate the expenditure for so much capital.

15:05:32  25      Q.   At some point, Mr. Otterbein, did aluminum

15:05:38   1   pallets show up in the warehouse adjacent to Aluminum

15:05:43   2   Shapes?

15:05:43   3        A.   Yes.

15:05:44   4        Q.   And around when was that?

15:05:46   5        A.   It began sometime in 2013.

15:05:52   6        Q.   And can you describe the circumstances under

15:05:54   7   which these aluminum pallets showed up in the warehouse.

15:05:58   8        A.   Trailers, containers, if you will, started

15:06:03   9   arriving at the warehouse and they were unloaded into

15:06:06   10  the warehouse you referred to.

15:06:07   11       Q.   Was selling aluminum pallets ever part of

15:06:11   12  Aluminum Shapes's business?

15:06:13   13       A.   No.

15:06:13   14       Q.   Was there a point where some of the aluminum

15:06:20   15  pallets -- and let me back up to one thing.  You said

15:06:26   16  you started in 2012?

15:06:27   17       A.   Yes.

15:06:28   18       Q.   By that point, to your knowledge, had Global Alum

15:06:33   19  already acquired Aluminum Shapes?

15:06:36   20       A.   Not when I started.  The acquisition occurred in

15:06:39   21  December of 2012.

15:06:40   22       Q.   And the cast house, was that built after that

15:06:43   23  acquisition?

15:06:44   24       A.   Yes.

15:06:44   25       Q.   And arrival of the aluminum pallets into Aluminum

15:06:49  1   Shapes's warehouse, was that also after the acquisition?

15:06:52  2       A.   Yes.   To be clear, though, we had a cast house.

15:06:56  3   The cast house expansion improvement occurred after the

15:07:00  4   acquisition.

15:07:01  5       Q.   So the aluminum pallets that showed up in the

15:07:08  6   Aluminum Shapes warehouse, did you ever seek

15:07:13  7   clarification from Johnson Shao as to where those

15:07:15  8   pallets came from?

15:07:15  9       A.   No.   But I remember looking at some import

15:07:22  10  documentation and the point of disembarkation was

15:07:26  11  indicated on that.

15:07:27  12      Q.   And what was the point of disembarkation?

15:07:30  13      A.   China.

15:07:33  14      Q.   Those aluminum pallets, did they ever get melted

15:07:37  15  in Aluminum Shapes's warehouse?

15:07:38  16      A.   Yes.

15:07:39  17      Q.   And do you remember the approximate weight of the

15:07:44  18  aluminum pallets that got melted in the Aluminum Shapes

15:07:48  19  warehouse?

15:07:49  20      A.   Approximately 100,000 pounds.

15:07:52  21      Q.   All right.   I want to ask you -- at some point

15:08:10  22  after the 100,000 pounds of aluminum pallets got melted,

15:08:14  23  did something happen with the remaining aluminum pallets

15:08:17  24  that were in the warehouse?

15:08:19  25      A.   Yes.   They were all shipped out of that

15:08:20  1    warehouse.

15:08:21  2        Q.   Where were they shipped to?

15:08:23  3        A.   Vietnam.

15:08:24  4        Q.   And who was in charge of that shipping project?

15:08:35  5        A.   I don't remember the gentleman's name.  He was

15:08:38  6    brought in as a logistics expert to handle that, that

15:08:44  7    movement.

15:08:45  8        Q.   Okay.  Now, I want to direct your attention to

15:08:56  9    2014.  At some point in 2014, did Aluminum Shapes

15:09:04  10   receive notice that the company was going to get audited

15:09:09  11   by Customs and Border Protection?

15:09:11  12       A.   Yes.

15:09:12  13       Q.   Do you remember approximately when?

15:09:16  14       A.   December of 2014.

15:09:19  15            MR. BERNSTEIN:  So I want to show just the

15:09:21  16   witness Exhibit 217.

          17   BY MR. BERNSTEIN:

15:09:33  18       Q.   And, sir, do you recognize this letter?

15:09:36  19       A.   Yes.

15:09:36  20       Q.   Is this the letter notifying Aluminum Shapes that

15:09:41  21   Customs and Border Protection or CBP would be conducting

15:09:44  22   this audit?

15:09:45  23       A.   Yes.

15:09:46  24       Q.   I just want to page down.  Page 3, is this an

15:09:51  25   e-mail from Wayne Reichert at CBP, to you in June 2015,

15:09:58  1    indicating the preliminary results of the audit?

15:10:02  2         A.   Yes.

15:10:02  3         Q.   And then, page 4, a letter from Valerie Griffin,

15:10:10  4    the field director of the Philadelphia audit office,

15:10:15  5    indicating the final results of the audit?

15:10:19  6         A.   Yes.

15:10:19  7         Q.   And then pages 5, 6, and 7 and 8, the report that

15:10:25  8    CBP issued to Aluminum Shapes?

15:10:27  9         A.   Yes.

15:10:28  10        Q.   And then nine is just a -- one is a letter from

15:10:34  11   you, stating your assent with the results of the audit?

15:10:39  12        A.   Yes.

15:10:40  13        Q.   And then page 10, record of agreement with the

15:10:44  14   audit findings?

          15        A.   Yes.

15:10:46  16        Q.   And these appear to be fair and accurate copies

15:10:56  17   of those correspondences between you at Aluminum Shapes

15:10:56  18   and Customs and Border Protection?

15:10:58  19        A.   Yes.

15:10:59  20             MR. BERNSTEIN:   Your Honor, the Government

15:11:00  21   moves to admit 217.

15:11:01  22             THE COURT:   It will be received.

15:11:02  23             (Exhibit 217 is received.)

          24   BY MR. BERNSTEIN:

15:11:04  25        Q.   I want to show you Exhibit 217, page 1.

15:11:14   1          If we zoom in at the top here, it's directed to

15:11:23   2   you?

15:11:25   3      A.   Yes.

15:11:25   4      Q.   At Aluminum Shapes?

15:11:26   5      A.   Yes.

15:11:27   6      Q.   And the date of it, December 9, 2014?

15:11:31   7      A.   Yes.

15:11:32   8      Q.   What's the -- being communicated in the portion

15:11:38   9   of the letter that I just highlighted?

15:11:41  10      A.   That Aluminum Shapes has been selected for an

15:11:44  11   audit with respect to the issue of

15:11:51  12   Antidumping/Countervailing Duties.

15:11:52  13      Q.   And underneath that, it confirms that there is

15:11:54  14   going to be a meeting on December 18, 2014?

15:11:58  15      A.   Yes.

15:11:59  16      Q.   After that, did CBP, in fact, conduct this audit?

15:12:03  17      A.   Yes, they did.

15:12:04  18      Q.   And the individuals from CBP who helped conduct

15:12:11  19   the audit onsite, do you remember who they were?

15:12:14  20      A.   Wayne -- I don't remember his last name -- was

15:12:20  21   one.   And there was another -- at least one gentleman, I

15:12:26  22   think two also.   I don't remember their names, though.

15:12:28  23      Q.   Wayne and this other individual from CBP, who

15:12:35  24   conducted the audit, how many times total do you

15:12:37  25   remember them ever coming to Aluminum Shapes?

15:12:39  1    A.   Maybe two times.  At least one time.  Maybe two

15:12:43  2  times.

15:12:48  3    Q.   So were they embedded at Aluminum Shapes for six

15:12:52  4  months?

15:12:52  5    A.   I'm sorry.  Could you repeat the question.

15:12:53  6    Q.   Were they embedded at Aluminum Shapes for six

15:12:56  7  months?

15:12:58  8           MS. POTASHNER:  Objection.  Argumentative.

15:13:00  9           THE COURT:  Overruled.

15:13:00  10           THE WITNESS:  Do you mean did they stay

15:13:02  11  there for six months?

15:13:03  12  BY MR. BERNSTEIN:

15:13:04  13    Q.   Right.

15:13:04  14    A.   No.

15:13:04  15    Q.   So going down to page 3 of Exhibit 217, this

15:13:19  16  e-mail from -- Wayne at CBP, does this remind you the

15:13:26  17  last name of the Wayne you spoke to?

15:13:28  18    A.   Yes.

         19    Q.   What was his last name?

15:13:34  20    A.   Reichert.

15:13:34  21    Q.   And the date of this e-mail is what?

15:13:35  22    A.   June 30, 2015.

15:13:37  23    Q.   And it provides the preliminary audit findings?

15:13:40  24    A.   Yes.

15:13:40  25    Q.   Okay.  At the bottom, what's communicated under

15:13:48   1   preliminary results conclusion?

15:13:49   2      A.   All the entries were outside of the scope of the

15:13:52   3   dumping order and the company is found to be acceptable.

15:13:55   4      Q.   And those entries, those imports, I guess another

15:14:00   5   word for entries, what do they consist of?

15:14:04   6      A.   I -- I -- so they made a selection.  I remember

15:14:09   7   at least one of the selections was an imported pallet.

15:14:14   8   And I think another one was an import of equipment,

15:14:17   9   associated with the extrusion expansion project.

15:14:23   10      Q.   Okay.  So that's the preliminary audit finding,

15:14:29   11   and you are saying the audit was about some extrusion

15:14:33   12   products and also about these aluminum pallets from

15:14:35   13   China?

15:14:36   14      A.   It was about the pallets and extrusion equipment.

15:14:40   15      Q.   I'm sorry, extrusion equipment and pallets?

15:14:43   16      A.   Yes.

15:14:44   17      Q.   And then if you go down to page 4, is this the

15:14:51   18   letter that -- the jury didn't see it, but the letter

15:14:55   19   that you talked about from Velda Griffin, field

15:14:59   20   director, to yourself, as the controller at Aluminum

         21   Shapes?

15:15:07   22      A.   Yes.

15:15:07   23      Q.   And what's communicated in this first full

15:15:10   24   paragraph?

15:15:10   25      A.   CBP completed an audit.  The objective was to

15:15:16   1   determine if imports were within the scope of the

15:15:23   2   Department of Commerce Antidumping/Countervailing Duties

15:15:23   3   case, dealing with aluminum extrusions from China.

15:15:27   4       Q.  And then under that, it says that the auditors

15:15:30   5   found that the imports made by Aluminum Shapes were not

15:15:33   6   within the scope of the AD/CVD orders?

15:15:37   7       A.  That's right.

15:15:38   8       Q.  And then after that, it's the full report?

15:15:47   9       A.  Yes.

15:15:48   10      Q.  Okay.  And then this -- this letter from you

15:15:52   11  after the audit was completed.

15:15:56   12      A.  Yes.

15:15:56   13      Q.  Okay.  So we see your name on a lot of these

15:16:02   14  correspondences.  Were you the maybe point person for

15:16:05   15  this audit?

15:16:06   16      A.  I was asked to be the coordinator of this

15:16:09   17  project.

15:16:10   18      Q.  And who was the employee, if there was one at

15:16:15   19  Aluminum Shapes, who was the primary point of contact

15:16:19   20  for Aluminum Shapes with the CBP auditors?

15:16:24   21      A.  I was.

15:16:25   22      Q.  You mentioned that you were the controller and

15:16:30   23  you were the VP of finance.  Did -- prior to being at

15:16:33   24  Aluminum Shapes, did you have any education or

15:16:37   25  experience in imports?

15:16:40   1        A.   No.

15:16:40   2        Q.   And did you have any education or experience with

15:16:46   3    aluminum pallets?

15:16:47   4        A.   No.

15:16:47   5        Q.   From your perspective, what -- what -- well, let

15:17:01   6    me back up.

15:17:02   7             Did you volunteer for this job, as being the

15:17:08   8    point of contact for the CBP audit?

15:17:10   9        A.   No.

15:17:11   10                MS. POTASHNER:   Objection.   Relevance.

15:17:12   11                THE COURT:   Sustained.

15:17:13   12   BY MR. BERNSTEIN:

15:17:13   13       Q.   Who asked you, if anyone, to be the point of

15:17:15   14   contact for the CBP audit?

15:17:18   15       A.   Charles Pok.

15:17:19   16       Q.   And the aluminum pallets that were being audited,

15:17:26   17   I think you said that these pallets didn't have -- they

15:17:31   18   weren't part of the core of business at Aluminum Shapes.

15:17:34   19   What role did these pallets have, besides the 100,000

15:17:37   20   pounds that were melted at your company?

15:17:40   21       A.   None.

15:17:40   22       Q.   Again, besides the ones that were melted, at the

15:17:52   23   time of the audit, did you have an understanding of what

15:17:55   24   Aluminum Shapes was going to be do with these pallets?

15:17:58   25       A.   We weren't going to do anything with the pallets.

15:18:00  1      Q.   Okay.   And you're talking about the ones that

15:18:04  2  remained after the melted?

15:18:05  3      A.   Yes, except for the 100,000 pounds.

15:18:19  4           MR. BERNSTEIN:   I want to show just the

15:18:20  5  witness Exhibit 218.

          6  BY MR. BERSTEIN:

15:18:30  7      Q.   Before we get there, by the way, you said Charles

15:18:34  8  Pok asked you to do this.   Who's Charles Pok?

15:18:37  9      A.   Charles Pok was an employee of Alston.

15:18:40  10     Q.   What was Alston, to your knowledge?

15:18:42  11     A.   To my knowledge, Alston was a management company.

15:18:45  12     Q.   Owned by whom?

15:18:46  13     A.   I don't know who owned Alston.

15:18:49  14     Q.   You should have Exhibit 218 in front of you.   Do

15:18:53  15  you, sir?

15:18:54  16     A.   Yes.

15:18:54  17     Q.   And do you recognize this document?

15:19:03  18     A.   Yes.

15:19:03  19     Q.   What is this document?

15:19:04  20     A.   It's an audit questionnaire.

15:19:06  21     Q.   From the CBP auditors?

15:19:08  22     A.   That's right.

15:19:09  23     Q.   And then, that's page 1 of page 2.   Does page 2

15:19:13  24  consist of the answers you provided to the audit

15:19:18  25  questionnaire?

15:19:19  1      A.  Yes.

15:19:19  2      Q.  And the information you got, that you wrote down

15:19:24  3  on the audit questionnaire, where did you get that

15:19:28  4  information from?

15:19:29  5      A.  Well, except for my name, I got it from Charles

15:19:32  6  Pok.

15:19:40  7      Q.  These are fair and accurate copies of these two

15:19:42  8  documents?

15:19:43  9      A.  To my knowledge, yes.

15:19:47  10          MR. BERNSTEIN:  Your Honor, the Government

15:19:48  11  moves to admit Exhibit 218.

15:19:51  12          MR. RUYAK:  No objection.

15:19:52  13          THE COURT:  It will be received.

15:19:53  14          (Exhibit 218 is received.)

        15  BY MR. BERSTEIN:

15:19:54  16      Q.  So I will try to move through this quickly here.

15:19:56  17  At the top, we just see, U.S. Customs and border patrol,

15:20:03  18  the Philly office for the regulatory auditors, and then

15:20:07  19  Aluminum Shapes audit questionnaire.

15:20:09  20      A.  Yes.

15:20:10  21      Q.  I want to focus in on the -- the section being

15:20:24  22  question one, where it says:  "Does the company have

15:20:29  23  written operating policies and procedures to assure

15:20:33  24  Antidumping and Countervailing Duty are declared when

15:20:36  25  appropriate?"  And then, "If so, provide a copy."

15:20:40   1          If we go to page 2, you said -- these are the

15:20:43   2   answers you provided?

15:20:45   3       A.   Yes.

15:20:46   4       Q.   And you just testified that the part -- the only

15:20:53   5   part you knew yourself was your name?

15:20:55   6       A.   Yes.

15:20:56   7       Q.   Okay.   What's being communicated in the answer to

15:21:03   8   that first question under section B, in the audit

15:21:06   9   questionnaire.

15:21:08   10      A.   It states:   "Since the company does not import as

15:21:10   11   a normal operating activity, we do not have a written

15:21:13   12   policy and procedure regarding

15:21:16   13   Antidumping/Countervailing Duty.   We rely on the

15:21:18   14   expertise of our Customs brokers."

15:21:21   15      Q.   If I go back up to the questionnaire, we see

15:21:29   16   question B2.   And you don't have to read it word for

15:21:33   17   word, but what is this question asking?

15:21:38   18      A.   It's asking to explain if your company currently

15:21:48   19   imports or plans to import, it's subject to Antidumping

15:21:51   20   or Countervailing Duties.   What steps did we take?

15:21:53   21      Q.   And the information Mr. Pok gave you was what?

15:21:59   22      A.   It states:   "We rely on the expertise of our

15:22:04   23   Customs brokers."

15:22:05   24      Q.   By the way, up in Customs broker, do you see

15:22:11   25   where it says George Wang?

15:22:13  1       A.   Yes.

15:22:13  2       Q.   I want to go back up to page 1, again.  Look at

15:22:18  3   one more of these questions.

15:22:21  4       Question B3:  "Please provides a list of

15:22:25  5   resources used to identify merchandise potentially

15:22:28  6   subject to Antidumping or Countervailing Duties."

15:22:33  7       And what answer did Mr. Pok give you?

15:22:37  8       A.   "We rely on the expertise of our Customs

15:22:41  9   brokers."

15:22:45  10      Q.   All right.  I want to show you Government's

15:22:49  11  Exhibit 219.

15:22:51  12           MR. BERNSTEIN:  Just the witness, Your

15:22:52  13  Honor.

         14  BY MR. BERNSTEIN:

15:23:05  15      Q.   Okay.  Mr. Otterbein, you have Government's

15:23:07  16  Exhibit 219 in front of you.  Do you recognize this?

15:23:10  17      A.   Yes.

15:23:11  18      Q.   What is this document?

15:23:12  19      A.   As I recall, this is a promotional brochure

15:23:15  20  provided by Johnson Shao, in response to one of the

15:23:20  21  audit questions.

15:23:21  22      Q.   And did Johnson Shao give it directly to the

15:23:24  23  auditors or give to you to give to the auditors?

15:23:28  24      A.   He gave to me to give to the auditors.

15:23:30  25      Q.   I will flip through the six pages, but you

15:23:32    1   reviewed this exhibit before today?

15:23:35    2       A.  Yes.

15:23:35    3       Q.  And this is a fair copy of the -- the -- I guess

15:23:41    4   you said the brochure that Johnson Shao gave you to give

15:23:44    5   to the auditors?

15:23:45    6       A.  Yes.

15:23:46    7           MR. BERNSTEIN:  Your Honor, the Government

15:23:47    8   moves to admit Exhibit 219.

15:23:50    9           THE COURT:  It will be received.

15:23:51   10           (Exhibit 219 is received.)

           11   BY MR. BERNSTEIN:

15:23:55   12       Q.  Okay.  So the first page, the brochure that

15:24:02   13   Mr. Shao gave you, does it actually refer it a PCA

15:24:06   14   aluminum pallet?

15:24:08   15       A.  Yes.

15:24:09   16       Q.  And throughout this, is there information about,

15:24:22   17   you know, aluminum pallets being, for example, cost

15:24:28   18   effective?  This is on page 2.

15:24:31   19       A.  Yes.

15:24:32   20       Q.  Page 3, you know, has other information about the

15:24:47   21   PCA pallets.

15:24:49   22       A.  Yes.

15:24:50   23       Q.  And does it reflect that PCA is a fully

15:24:56   24   integrated company that has control over the

15:24:58   25   manufacturing product?

15:25:00    1        A.   That's what it states.

15:25:01    2        Q.   Then on page 4, that 100 percent of the welds are

15:25:08    3   sealed?

15:25:09    4        A.   That's what it states.

15:25:10    5        Q.   And then, page 5, that these pallets are ideal

15:25:16    6   for food and pharmaceutical and chemical?

15:25:22    7        A.   Yes.

15:25:22    8        Q.   And that, even the heavy-duty pallets are light

15:25:27    9   weight?

15:25:27   10        A.   That's what it states, yes.

15:25:28   11        Q.   And then, last page is the specification sheet.

15:25:32   12        A.   Yes.

15:25:33   13        Q.   And does the specification sheet actually provide

15:25:36   14   the weight of the pallets?

15:25:41   15        A.   It is the capacity.  I don't know if it provides

15:25:50   16   the tare weight of the pallets.  I'm not sure of that.

15:25:53   17   It provides capacity for the pallet.

15:25:56   18        Q.   That's okay.

15:25:58   19             So -- so, this brochure that Johnson Shao

15:26:02   20   provided to you, did you have personal knowledge

15:26:07   21   yourself of anything that was in this brochure?

15:26:13   22        A.   No.

15:26:14   23        Q.   And I think I want to show you now, Exhibit 335,

15:26:22   24   page 1.

15:26:27   25             MR. BERNSTEIN:  Just the witness.

1    BY MR. BERNSTEIN:

15:26:35    2    Q.   This is an e-mail with an attachment from Johnson

15:26:37    3    Shao to you?

15:26:38    4    A.   Yes.

15:26:41    5    Q.   And Johnson Shao uses what e-mail address?

15:26:48    6    A.   Looks like it is from Pengcheng Aluminum U.S.

15:26:52    7    Q.   And there are a number of attachments to this

15:26:56    8    e-mail?

15:26:57    9    A.   Yes.

15:26:57    10    Q.   And if I go down to page 2, the first attachment

15:27:03    11    is a CBP request for information?

15:27:08    12    A.   Yes.

15:27:08    13    Q.   And then after that, answers to that request for

15:27:17    14    information?

15:27:17    15    A.   Yes.

15:27:19    16    Q.   All right.

15:27:20    17         MR. BERNSTEIN:   Your Honor, the Government

15:27:21    18    moves to admit Exhibit 335.

15:27:26    19         MR. RUYAK:   No objection.

15:27:27    20         THE COURT:   It will be received.

15:27:28    21         (Exhibit 335 is received.)

22    BY MR. BERNSTEIN:

15:27:30    23    Q.   Again, just to fly through here.   Top of the

15:27:33    24    e-mail, Johnson Shao to you?

15:27:34    25    A.   Yes.

15:27:35   1      Q.   And then it just says what in the e-mail?

15:27:38   2      A.   "FYI."

15:27:40   3      Q.   And go up to the section that says, the CBP

15:27:50   4   request for information.  And who's this actually

15:27:52   5   addressed to?

15:27:53   6      A.   Pengcheng Aluminum.

15:27:55   7      Q.   And who does it refer to as the Customs broker?

15:27:57   8      A.   George Wang.

15:28:01   9      Q.   And then you testified that the -- the next page

15:28:08   10   has some information associated with it?

15:28:11   11      A.   Yes.

15:28:11   12      Q.   I want to zoom in on a few of these questions.

15:28:20   13   The first one, what is the product -- I apologize.

15:28:25   14         What is the product and how is it going to be

15:28:28   15   used?  And what does it say under that?

15:28:33   16      A.   It says pallet is for moving merchandise,

15:28:37   17   parenthetically, stuff and storage.

15:28:42   18      Q.   Is there a question that asks, if there's a

15:28:45   19   common ownership between Pengcheng and -- I will spell

15:28:50   20   it for the court reporter -- Y-I-N-K-O-U.  Next word,

15:29:00   21   Q-I-A-N-X-I-A-N-G, Trade company.

15:29:01   22         And what is the response there?

15:29:03   23      A.   It says no.

15:29:05   24      Q.   And then there were two questions at the bottom.

15:29:14   25   The first question:  Where is the raw material obtained?

15:29:18   1   And what does it say under that?

15:29:21   2       A.   We do not know.  We just buy finished products.

15:29:24   3       Q.   And then the question after that is:  How is the

15:29:33   4   material extruded?  And what does it say?

15:29:37   5       A.   It says, we do not know.  We just buy finished

15:29:41   6   products.

15:29:42   7       Q.   All right.  I want to show you Exhibit 363.

15:30:02   8                 MR. BERNSTEIN:  Just the witness.

           9   BY MR. BERNSTEIN:

15:30:15  10       Q.   Do you recognize this document?

15:30:17  11       A.   Yes.

15:30:18  12       Q.   And what is this?

15:30:19  13       A.   So when bank account signatories change, this is

15:30:24  14   a document that the bank requests to be completed.

15:30:28  15       Q.   And what's the month and year at the bottom of

15:30:34  16   this document?

15:30:35  17       A.   August 2014.

15:30:36  18       Q.   What bank are we talking about?

15:30:38  19       A.   Wells Fargo Bank.

15:30:40  20       Q.   And this is a -- and I think you -- you

15:30:47  21   summarized what it is.  The name of the document is

15:30:52  22   "Customer Identification Program Disclosure Notice"?

15:30:53  23       A.   Yes.

15:30:53  24       Q.   What company is it for?

15:30:56  25       A.   Aluminum Shapes.

15:30:58   1          MR. BERNSTEIN:  Your Honor, the Government
15:30:59   2   moves to admit Exhibit 363.
15:31:02   3          THE COURT:  It will be received.
15:31:09   4          (Exhibit 363 is received.)
15:31:11   5   BY MR. BERNSTEIN:
15:31:11   6      Q.  So we see, this is Aluminum Shapes.  And it is
15:31:15   7   the company you work for in New Jersey?
15:31:17   8      A.  Yes.
15:31:18   9      Q.  Going down to page 2, is your name listed there?
15:31:29  10      A.  It is.
15:31:30  11      Q.  And does it indicate your ownership share in
15:31:37  12   Aluminum Shapes?
15:31:38  13      A.  Yes.
15:31:38  14      Q.  What is that?
15:31:39  15      A.  Zero.
15:31:40  16      Q.  What about on the left side, does it indicate
15:31:43  17   another signatory?
15:31:45  18      A.  Yes.
15:31:45  19      Q.  And who is that?
15:31:47  20      A.  ZP Liu.
15:31:49  21      Q.  What was his ownership share at this point in
15:31:52  22   Aluminum Shapes?
15:31:53  23      A.  100 percent.
15:31:56  24          MR. RUYAK:  Could we have a date on this
15:31:58  25   document?  I don't see the date.

15:32:04   1                MR. BERNSTEIN:  We just did that.  But I
15:32:06   2   will do it again, Your Honor.
           3   BY MR. BERNSTEIN:
15:32:13   4      Q.  Going back to 363, Mr. Otterbein, you previously
15:32:21   5   testified this is from August 2014?
15:32:28   6      A.  Is that a question?
15:32:28   7      Q.  Yes, sir.
15:32:29   8      A.  Yes.  That's right.
15:32:34   9                MR. BERNSTEIN:  That's all I have, Your
15:32:35  10   Honor.
15:32:35  11                THE COURT:  Okay.  Cross.
15:32:45  12                    **CROSS-EXAMINATION**
          13   BY MR. RUYAK:
15:32:59  14      Q.  Good afternoon, Mr. Otterbein.
15:33:01  15      A.  Hello.
15:33:02  16      Q.  I would like to go back in time to ask you a few
15:33:07  17   questions.  When you came to the company Aluminum Shapes
15:33:13  18   in March of 2012, who owned the company then?
15:33:17  19      A.  HIG Capital.
15:33:18  20      Q.  Who is HIG Capital?
15:33:20  21      A.  It is an investment bank with a number of
15:33:23  22   investments, including Aluminum Shapes.
15:33:25  23      Q.  And do you know how they became to be the owners
15:33:28  24   of Aluminum Shapes?
15:33:29  25      A.  I learned and read that HIG Capital purchased

15:33:35  1  Aluminum Shapes out of bankruptcy, and I think it was

15:33:38  2  2008.

15:33:40  3     Q.  So back in the period around 2008, Aluminum

15:33:44  4  Shapes failed and went into bankruptcy, correct?

15:33:46  5     A.  Apparently.

15:33:47  6     Q.  And it came out of bankruptcy owned by a group of

15:33:53  7  investors; is that right?

15:33:55  8     A.  Yes.

15:33:56  9     Q.  And then when did the company Aluminum Shapes get

15:34:04  10  purchased to be a part of Perfectus?

15:34:06  11     A.  I don't know.  Because what I know is that in

15:34:10  12  December of 2012, Global Alum purchased Aluminum Shapes.

15:34:16  13     Q.  Okay.  So -- okay.  I'm sorry.

15:34:18  14        So Global Alum eventually became one of the

15:34:25  15  companies that was merged into Perfectus Aluminum,

15:34:33  16  correct?

15:34:33  17     A.  As I understood that merger, yes.

15:34:35  18     Q.  So before that merger, there were some different

       19  companies that were associated with each other, that

15:34:39  20  were merged into Perfectus around the end of 2014,

15:34:41  21  correct?

15:34:41  22     A.  I know that Global Alum was merged into

15:34:45  23  Perfectus.  I'm not sure about other companies.

15:34:47  24     Q.  And at that time, the owner of Global Alum was

15:34:54  25  Mr. Johnson Shao, correct?

15:34:55  1      A.  Yes.

15:34:56  2      Q.  And he was -- that company, Global Alum, had

15:35:02  3   acquired Aluminum Shapes from the company that had

15:35:09  4   bought them out of bankruptcy, correct?

15:35:11  5      A.  Yes.

15:35:12  6      Q.  At this period of time, you were the controller

15:35:16  7   of Aluminum Shapes.  When Mr. Johnson Shao and Global

15:35:22  8   Alum purchased Aluminum Shapes, was it losing money or

15:35:26  9   making money?

15:35:26  10     A.  Losing money.

15:35:27  11     Q.  How much money was it losing the first year,

15:35:31  12  2012?

15:35:31  13     A.  I don't remember.  It was in the hundreds of

15:35:34  14  thousands of dollars.  I don't remember specifically.

15:35:37  15     Q.  Did it continue to lose money in the following

15:35:40  16  years?

15:35:41  17     A.  Yes.

15:35:41  18     Q.  For how many years did Aluminum Shapes lose

15:35:44  19  money?

15:35:45  20     A.  It lost money every year I was associated with

15:35:48  21  the company.

15:35:48  22     Q.  All I way through 2018.

15:35:51  23     A.  At least through April 2018.

15:35:55  24     Q.  And during this period of time, did the company,

15:35:58  25  meaning Aluminum Shapes, ever suspend paying its

15:36:01  1    employees?

15:36:01  2        A.  No.

15:36:02  3        Q.  So in the end of 2014, you're aware of the fact

15:36:12  4    that Global Alum became integrated into Perfectus,

15:36:17  5    correct?

15:36:17  6        A.  I don't remember the timing, but I know Global

15:36:20  7    Alum was merged into Perfectus.  But I don't remember

15:36:23  8    the timing.

15:36:24  9        Q.  So prior to that time, in the period of time when

15:36:28  10   the pallets were coming in and being stored at Aluminum

15:36:34  11   Shapes, Mr. Johnson Shao was the owner of Global Alum,

15:36:37  12   correct?

15:36:37  13       A.  Yes.

15:36:38  14       Q.  And the pallets, as you understand it, were owned

15:36:43  15   by Global Alum and Mr. Shao, correct?

15:36:47  16       A.  I understood Johnson Shao to own the pallets.

15:36:50  17       Q.  And they were merely being stored at Aluminum

15:36:53  18   Shapes because it had a substantial warehouse, right?

15:36:58  19       A.  Yes.

15:36:59  20       Q.  And Aluminum Shapes wasn't using the whole

15:37:02  21   warehouse, correct?

15:37:03  22       A.  That's correct.

15:37:04  23       Q.  And at some point -- I think we had the

15:37:14  24   documents.  Let's look at 217.

15:37:26  25            And the Government's attorney asked you about the

15:37:28  1    audit that took place regarding Antidumping and

15:37:31  2    Countervailing Duties, and this is the document that you

15:37:33  3    saw.  I would like to draw your attention to page 4 of

15:37:41  4    that document.

15:37:42  5         And now let's blow up the text of the document.

15:37:51  6    And this is the final letter, I think September 17th,

15:38:11  7    2015; is that correct?

15:38:11  8    A.  Yes.

15:38:11  9    Q.  That's the letter where Customs and Border

15:38:11  10   Protection concluded their audit and they advised you

15:38:11  11   formally of the results, correct?

15:38:11  12   A.  Yes.

15:38:11  13   Q.  Now, during the audit, which was over about a

15:38:14  14   six-month period, were -- was anything denied, any

15:38:16  15   documentation or access to the materials, was anything

15:38:22  16   denied by Aluminum Shapes of the Government?

15:38:25  17   A.  No.

15:38:25  18   Q.  Did they go into warehouse and inspect the

15:38:28  19   aluminum products there?

15:38:30  20   A.  Yes.

15:38:30  21   Q.  Did they take any samples of those products?

15:38:34  22   A.  I don't think so, but I don't remember.

15:38:38  23   Q.  Do you know whether they took photographs or

15:38:42  24   pictures of the products?

15:38:43  25   A.  I think they did take photographs.

15:38:45   1      Q.  And the documentation, did you give them all the

15:38:48   2   documentation that you had regarding these importations?

15:38:51   3      A.  All the documents that they requested and yeah,

15:38:56   4   all the documents that they requested.

15:38:57   5      Q.  And in the end, they did their review and they

15:39:05   6   determined that -- I think the second paragraph, that

15:39:08   7   their sample of the import transactions for January 1st

15:39:13   8   to September 30th, 2014, were not within the scope of

15:39:20   9   the Antidumping/Countervailing Duty case number there,

15:39:25 10   correct?

15:39:25 11      A.  That's what the final report says, yes.

15:39:28 12      Q.  That was the Antidumping/Countervailing Duty

15:39:31 13   order that related to the aluminum extrusions coming

15:39:34 14   from China, correct?

15:39:35 15      A.  Yes.  That's right.  Dealing with aluminum

15:39:40 16   extrusions from China.  Yes.

15:39:42 17      Q.  So it didn't deal with the equipment part that

15:39:47 18   they inspected.  It dealt with the aluminum products

15:39:49 19   part, correct?

15:39:50 20      A.  Yes.

15:39:51 21      Q.  Now, they mentioned a company -- you mentioned a

15:40:00 22   man named Mr. Pok and a company called Alston, as a

15:40:03 23   management company.  Was it your understanding that

15:40:06 24   Alston was the management company that had been brought

15:40:08 25   in to help run Aluminum Shapes after it was purchased?

15:40:15  1    A.   That was the way it sort of worked out.  It

15:40:19  2   wasn't my initial understanding.

15:40:24  3    Q.   In any event, over time, Alston, which was a

15:40:27  4   separate company, came in and helped with the management

15:40:30  5   of Aluminum Shapes, correct?

15:40:31  6    A.   Yes.

15:40:32  7    Q.   And Aluminum Shapes continued to lose money after

15:40:35  8   Global Alum purchased them, right?

15:40:37  9    A.   That's right.

15:40:41  10    Q.   And Alston came in.  And Alston were auditors,

15:40:45  11   too, as well, correct?

15:40:46  12    A.   Yes.

15:40:46  13    Q.   So they were coming in to look at the books and

15:40:49  14   records, look at the transactions to help Aluminum

15:40:52  15   Shapes possibly make money, correct?

15:40:54  16    A.   Yes.

15:40:54  17    Q.   And so you were in meetings with people from

15:41:00  18   Alston, and they asked very pointed questions, did they

15:41:03  19   not, about the sales of products and what efforts are

15:41:06  20   being made to do that and what the expenditures were,

15:41:09  21   correct?

15:41:09  22    A.   Primarily focusing on the expenditures, yes.

15:41:14  23    Q.   And from time to time, Aluminum Shapes had the

15:41:37  24   request, first of Mr. Shao and later of Mr. Pok, for

15:41:40  25   additional funds to cover the losses of Aluminum Shapes,

15:41:43   1   correct?

15:41:43   2     A.   Yes.

15:41:44   3     Q.   And it was normal, wasn't it, to go to the parent

15:41:49   4   company, if you needed money, to ask for funding if you

15:41:54   5   were losing money, correct?

15:41:56   6     A.   Yes.

15:41:56   7     Q.   And later, after the company -- Mr. Shao was

15:42:01   8   gone, Mr. Pok from Alston, was the person you went to,

15:42:06   9   to ask for additional funds, correct?

15:42:10   10     A.   That's right.

15:42:11   11     Q.   Did either one of those gentlemen ever deny you

15:42:14   12   additional funds to keep the company running and pay the

15:42:18   13   payroll?

15:42:18   14     A.   No, never.  But sometimes it was difficult and it

15:42:21   15   was delayed, but never did they deny it.

15:42:24   16     Q.   Now, you were shown some documents, where you

15:42:34   17   requested information from Mr. Pok at Alston, to answer

15:42:37   18   questions from Customs and border patrol, correct?

15:42:40   19     A.   Yes.

15:42:41   20     Q.   And because you did not have personal knowledge

15:42:44   21   about some of those questions, you asked for that

15:42:48   22   assistance from Alston, correct?

15:42:50   23     A.   Yes.

15:42:51   24     Q.   But what was truthful for sure, and you knew it,

15:42:56   25   was that Global Alum was the parent company of Aluminum

15:43:00  1   Shapes, correct?

15:43:02  2       A.  At some point, yes.

15:43:05  3       Q.  During the period of time that the importations

15:43:07  4   were made, which was the question, Global Alum was the

15:43:10  5   parent company of Aluminum Shapes, correct?

15:43:12  6       A.  Yes.

15:43:13  7       Q.  Were you aware of any instance in which Customs

15:43:25  8   and border patrol people that were auditing, told you

15:43:28  9   that Customs had ever raised a claim or concern about

15:43:32  10  whether or not the pallets were under the Antidumping

15:43:37  11  order?

15:43:37  12      A.  No, I was not aware.

15:43:39  13      Q.  Were you aware of any time which Customs

15:43:42  14  suspended the liquidation of the importation?  Did they

15:43:45  15  tell you they ever did that, when they were auditing?

15:43:48  16      A.  No.

15:44:03  17              MR. RUYAK:  I don't have any further

15:44:04  18  questions.

15:44:05  19              THE COURT:  Counsel.

15:44:07  20              MS. POTASHNER:  No, thank you.

15:44:09  21              THE COURT:  All right.  Any redirect?

15:44:13  22              MR. BERNSTEIN:  No, Your Honor.

15:44:14  23              THE COURT:  You may step down.

15:44:16  24              May this witness be excused?

15:44:19  25              MR. BERNSTEIN:  Yes, Your Honor.

15:44:20  1          THE COURT:  Thank you.  You are free to go.

15:44:22  2  Thank you for coming in.

15:44:23  3          Next witness.

15:44:25  4          MR. BERNSTEIN:  Government calls Wayne

15:45:09  5  Reichert.

15:45:09  6          THE CLERK:  Good afternoon.  Right here to

15:45:13  7  be sworn, please.

15:45:14  8          That's fine.  Please raise your right hand.

15:45:18  9          Do you solemnly swear the testimony that

        10  you're about to give in the matter now before the Court,

        11  shall be the truth, the whole truth and nothing but the

15:45:25 12  truth, so help you God?

15:45:25 13          THE WITNESS:  I do.

15:45:26 14          THE CLERK:  Thank you.  You may be seated.

15:45:36 15          You can remove your face covering while you

15:45:39 16  testify.

15:45:40 17          Would you please state your full name for

15:45:42 18  the record and spell your last name.

15:45:43 19          THE WITNESS:  Wayne Reichert,

15:45:48 20  R-E-I-C-H-E-R-T.

15:45:48 21          THE COURT:  Okay.  Counsel, you may inquire.

15:45:52 22          MR. BERNSTEIN:  Thank you, Your Honor.

15:45:52 23                    **DIRECT EXAMINATION**

15:45:52 24  BY MR. BERNSTEIN:

15:45:52 25    Q.  Mr. Reichert, if you don't mind speaking right

15:45:56  1    into the microphone.

15:45:57  2         A.   Certainly.

15:45:58  3         Q.   What do you do, Mr. Reichert?

15:46:00  4         A.   I'm an assistant field director at the U.S.

          5    Customs and Border Protection Regulatory Audit and

15:46:04  6    Agency Advisory Services.

15:46:04  7         Q.   And Customs and Border Protection, if I call that

15:46:08  8    CBP, you'll know what I'm talking about?

15:46:09  9         A.   Yes.

15:46:09  10        Q.   How long have you been with CBP?

15:46:11  11        A.   Since 2005.

15:46:13  12        Q.   And if we go back to the end of 2014 and 2015,

15:46:19  13   what was your position with CBP then?

15:46:22  14        A.   I was an auditor.

15:46:23  15        Q.   And did you in your capacity -- before I get

15:46:28  16   there, what field office were you in at the end of 2014?

15:46:35  17        A.   The Philadelphia office.

15:46:35  18        Q.   And at the end of 2014, did you participate in

15:46:40  19   the audit of a company called Aluminum Shapes in New

15:46:43  20   Jersey?

15:46:43  21        A.   Yes.  I was the auditor in charge.

15:46:46  22        Q.   What -- you were the auditor in charge.  Did

15:46:51  23   anybody else help you with that audit?

15:46:53  24        A.   Yes.  We had one other staff auditor and then an

15:46:56  25   assistant field director who was assigned, that I report

1  to.

2            (REPORTER CLARIFICATION.)

15:46:59   3       THE WITNESS:  Yes.  I was -- I had one other

15:47:06   4  auditor on the assignment with me.  And there was an

15:47:08   5  assistant field director, who I reported to at the time.

15:47:13   6  BY MR. BERNSTEIN:

15:47:13   7       Q.  I want to show you Exhibit 217, which is in

15:47:16   8  evidence.  Do you recognize this document?

15:47:33   9       A.  Yes, this is our initiation letter.

15:47:35  10       Q.  What's the date of it?

15:47:37  11       A.  December 9, 2014.

15:47:39  12       Q.  Who is it addressed to?

15:47:41  13       A.  Bob Otterbein.

15:47:46  14       Q.  Initiation letter, that's a letter CBP writes to

15:47:49  15  the company, saying we are going to come audit you?

15:47:52  16       A.  Correct.

15:47:53  17       Q.  And this audit was to determine if certain

15:47:56  18  aluminum products that Aluminum Shapes had imported,

15:48:02  19  fell within the scope of the Antidumping/Countervailing

15:48:04  20  Duties orders?

15:48:04  21       A.  Yes.

15:48:05  22       Q.  After sending the initiation letter, did you then

15:48:12  23  conduct the audit?

15:48:13  24       A.  Yes.  We went onsite for -- I believe it was

15:48:16  25  December 18, 2014.

15:48:17  1      Q.   And that's reflected in the letter itself?

15:48:20  2      A.   Yes, the first paragraph.

15:48:22  3      Q.   Besides that one time you went out onsite to

15:48:26  4  Aluminum Shapes in December 2014, were there other times

15:48:30  5  when you went out there?

15:48:31  6      A.   No.  It was one day.  If anything, we might have

15:48:34  7  gone out for a second day.  But it was only one day

15:48:37  8  onsite.

15:48:38  9      Q.   And the audit itself, the aluminum pallets, were

15:48:50  10  they sort of at the heart of this audit?

15:48:53  11      A.   The DHS number that fell under the order, that

15:48:57  12  would be subject to the dumping order, was kind of what

15:49:01  13  brought us out there.  And that tariff number was --

15:49:05  14  yes, it was the pallets.

15:49:06  15      Q.   The pallets were built with extrusions, right?

15:49:12  16      A.   Yes.

15:49:12  17      Q.   And so it was really -- the purpose of the audit

15:49:16  18  was to determine whether these pallets fell within the

15:49:19  19  finished merchandise exception to the orders?

15:49:21  20      A.   Correct.

15:49:22  21      Q.   And why was Aluminum Shapes even selected for

15:49:27  22  this audit?

15:49:28  23      A.   So part of our other planning during the year,

15:49:30  24  our office identified candidates.  Some of those --

15:49:35  25  basically, when we targeted this company, I didn't do

15:49:38   1    the targeting. However, we noticed that there was no

15:49:41   2    import record before 2013.  And then in 2013, there was

15:49:46   3    one DH number, tariff number.  And then 2014, there was

15:49:50   4    a jump to nine of them.  2013, there was DHS of aluminum

15:49:56   5    that fell within the order, and then there were some

15:49:58   6    additional the following year.

15:50:00   7        Q.  So there was some imports that stuck out to you,

15:50:06   8    and so you selected Aluminum Shapes?

15:50:07   9        A.  Yes.

15:50:07   10       Q.  The initiation letter is signed by a Velda

15:50:13   11   Griffin, field director?

15:50:15   12       A.  Yes.  She was the field director at the

15:50:17   13   Philadelphia field office at the time.

15:50:18   14       Q.  Did she ever go onsite and participate in the

15:50:23   15   onsite part of the audit?

15:50:24   16       A.  No.  The field director never does.

15:50:26   17       Q.  As part of the audit, was there somebody called

15:50:28   18   an import specialist involved?

15:50:30   19       A.  Yes.  She was out of the Newark office, and I

15:50:35   20   believe she was unable to attend at the time, that

15:50:38   21   entrance conference meeting.

15:50:38   22       Q.  And what's the role of the import specialist in

15:50:41   23   the audit?

15:50:42   24       A.  They are the appraising officials.  They are

15:50:46   25   responsible for determining if the correct

15:50:49  1    classification was used.

15:50:50  2        Q.   So she didn't get to go onsite either?

15:50:53  3        A.   No.

15:50:53  4        Q.   Who's your point of contact at Aluminum Shapes

15:50:56  5    for this audit?

15:50:58  6        A.   It was Robert Otterbein.

15:50:59  7        Q.   And what was Robert Otterbein's role at Aluminum

15:51:02  8    Shapes?

15:51:03  9        A.   I believe he was the chief financial officer or

15:51:06  10   the controller.

15:51:10  11       Q.   Is it unusual for you to have a chief financial

15:51:13  12   officer as the primary point of contact for an audit?

15:51:17  13            MS. POTASHNER:  Objection.  Relevance.

15:51:18  14            THE COURT:  Sustained.

          15   BY MR. BERNSTEIN:

15:51:20  16       Q.   Okay.  So I want to go down to page -- page 7 of

15:51:27  17   this document.

15:51:30  18            Is this part of the final report?

15:51:34  19       A.   Yes, it is.

15:51:35  20       Q.   And does the final audit report that CBP issued

15:51:42  21   to Aluminum Shapes, indicate the steps that CBP

15:51:49  22   conducted to do this audit?

15:51:53  23       A.   Yes.  These are things we used to determine the

15:51:55  24   controls related to the objective.

15:52:14  25       Q.   All right.  What is the first one?

15:52:14  1        A.   Interviewed company representatives.

15:52:14  2        Q.   And the second one is a walk-through transaction.

15:52:14  3   What does that mean?

15:52:14  4        A.   It's a walk-through transaction for the entry

15:52:14  5   that we looked at, to kind of gain that understanding of

15:52:15  6   that, the initial walk through.

15:52:17  7        Q.   And the third bullet point, in terms of the steps

15:52:24  8   you-all took when you were conducting this audit, what's

15:52:27  9   reflected there?

15:52:27  10       A.   It's a questionnaire that we prepared to kind of

15:52:29  11   give an understanding of the policies and procedures

15:52:32  12   related to AD/CVD, Antidumping and Countervailing

15:52:37  13   Duties.

15:52:37  14       Q.   And so the source of the information for the

15:52:42  15   audit, comes from the company you are auditing?

15:52:44  16       A.   Yes.

15:52:44  17       Q.   And if you as the auditors get false or incorrect

15:52:51  18   information, can that affect the outcome of the audit?

15:52:54  19       A.   Yes.

15:52:55  20            MS. POTASHNER:   Objection.  Calls for

15:52:57  21   speculation.

15:52:57  22            THE COURT:   Overruled.

15:52:58  23            THE WITNESS:   Yes.

          24   BY MR. BERNSTEIN:

15:53:06  25       Q.   From your perspective, was Mr. Otterbein

15:53:10  1    knowledgeable about these pallets?

15:53:11  2       A.  During the entrance conference, we asked them

15:53:17  3    what they are bringing in.  He said that they don't

15:53:19  4    really -- that these pallets were brought in.  They were

15:53:23  5    supposed to be under a separate IOR for another company

15:53:27  6    owned by the parent.  They were under his IOR.  They

15:53:34  7    definitely have a history of importing.  The company, as

15:53:36  8    we noticed on the analysis that we did on the import

15:53:38  9    data.  So importing in general and then the pallets, he

15:53:42  10   had little information about it.

15:53:44  11      Q.  What's IOR mean?

15:53:47  12      A.  Importer record number.  Each company gets

15:53:53  13   importer record number that's unique to them.

15:53:56  14      Q.  Were you given any information, either yes or no,

15:54:00  15   about whether these aluminum pallets were intended to be

15:54:03  16   melted?

15:54:05  17               MR. RUYAK:  Objection. Relevance.

15:54:07  18               THE COURT:  I'm sorry.  Objection what?

15:54:08  19               MR. RUYAK:  Relevance.

15:54:09  20               THE COURT:  Sustained.

          21   BY MR. BERNSTEIN:

15:54:13  22      Q.  Well, were you given any information at all about

15:54:15  23   what the purpose of these pallets was?

15:54:18  24               MR. RUYAK:  Same objection, Your Honor.

15:54:20  25               THE COURT:  Sustained.

|  | 1 | BY MR. BERNSTEIN: |
|---|---|---|
| 15:54:25 | 2 | Q.   Did you ever ask Mr. Otterbein whether Aluminum |
| 15:54:29 | 3 | Shapes intended to sell these pallets? |
| 15:54:32 | 4 | MS. POTASHNER:  Objection.  Same objection. |
| 15:54:35 | 5 | THE COURT:  Sustained. |
|  | 6 | BY MR. BERNSTEIN: |
| 15:55:08 | 7 | Q.   All right.  So -- so -- the -- the finished |
| 15:55:13 | 8 | merchandise exception, does the ultimate use of the |
| 15:55:17 | 9 | pallet, does that factor into whether that exception |
| 15:55:21 | 10 | applies? |
| 15:55:22 | 11 | MR. RUYAK:  Objection. |
| 15:55:23 | 12 | THE COURT:  Overruled. |
| 15:55:25 | 13 | THE WITNESS:  A finished good would get |
| 15:55:27 | 14 | excluded from the exception. |
| 15:55:28 | 15 | BY MR. BERNSTEIN: |
| 15:55:28 | 16 | Q.   Yes.  And so does the intended use of the product |
| 15:55:30 | 17 | factor into whether that exception applies? |
| 15:55:33 | 18 | MS. POTASHNER:  Objection.  Lack of |
| 15:55:34 | 19 | foundation. |
| 15:55:35 | 20 | THE COURT:  Overruled. |
| 15:55:36 | 21 | THE WITNESS:  I'm not certain. |
| 15:55:37 | 22 | BY MR. BERNSTEIN: |
| 15:55:38 | 23 | Q.   Okay.  And the information that you used to |
| 15:55:44 | 24 | conduct this audit, generally where does that |
| 15:55:48 | 25 | information come from? |

15:55:48  1      A.   The Antidumping orders are developed by the

15:55:52  2   Department of Commerce.

15:55:53  3      Q.   Who has the -- who makes the final determination

15:55:57  4   as to whether particular merchandise falls within the

15:56:01  5   scope of Antidumping and Countervailing Duties?

15:56:05  6               MS. POTASHNER:  Objection.  Lack of

15:56:06  7   foundation.  Calls for a legal conclusion.

15:56:09  8               THE COURT:  Overruled.

15:56:10  9               THE WITNESS:  Department of Commerce makes

15:56:11  10  it and the U.S. Customs looks at the entries at the time

15:56:14  11  of entry.

15:56:16  12              THE COURT:  All you do is the audit, right?

15:56:18  13              THE WITNESS:  I'm sorry?

15:56:19  14              THE COURT:  All you do is the audit.

15:56:21  15              THE WITNESS:  I'm the auditor, yes.

15:56:22  16  BY MR. BERNSTEIN:

15:56:23  17     Q.   And you're not part of the Department of

15:56:25  18  Commerce?

15:56:25  19     A.   No.

15:56:26  20     Q.   And you mentioned that the imports specialist

15:56:39  21  never had a chance to tour Aluminum Shapes?

15:56:44  22     A.   She did not.

15:56:45  23     Q.   Did she request any testing on the aluminum

15:56:47  24  pallets?

15:56:49  25     A.   No.  She asked for specifications.

15:56:51   1      Q.   What does that mean, specification?

15:56:54   2      A.   Size, dimension, weight, the -- I guess similar

15:57:01   3   to what would be in a catalog if you were ordering it.

15:57:04   4   Just description of the product.

15:57:05   5      Q.   And were you given some kind of document that had

15:57:08   6   specifications on it?

15:57:09   7      A.   Yes.

15:57:10   8      Q.   I want to show you Exhibit 219, which is in

15:57:24   9   evidence.   Page 1.

15:57:32  10           Do you recognize this document?

15:57:33  11      A.   Yes.

15:57:34  12      Q.   And you've reviewed the six pages of this

15:57:41  13   document before today?

15:57:43  14      A.   Yes.

15:57:43  15      Q.   The last page, is that the specifications you

15:57:45  16   were mentioning?

15:57:47  17      A.   Yes.

15:57:47  18      Q.   And does that reflect anywhere, the weight of the

15:57:52  19   aluminum pallets?

15:57:53  20      A.   No.

15:57:54  21      Q.   And in any part of this process, were you given

15:58:10  22   any information about companies under common ownership

15:58:14  23   importing the same aluminum pallets?

15:58:16  24      A.   There was one company that was supposed to be the

15:58:20  25   IOR on the pallets, that they mentioned during the

15:58:34  1  entrance conference.  It was in our entrance conference

15:58:34  2  ROD notes, and we were told that this was a venture by

15:58:34  3  Global Alum Inc.

15:58:34  4     Q.  And again, one more time, what's an IOR?

15:58:34  5     A.  Importer record number.

15:58:44  6     Q.  Last question, if you were given incorrect or

15:58:47  7  false information about the ultimate use of the aluminum

15:58:50  8  pallets, could that have an effect on the outcome of

15:58:53  9  your audit?

15:58:54  10          MR. RUYAK:  Objection, Your Honor.  Calls

15:58:59  11  for speculation.

15:58:59  12          THE COURT:  Overruled.

15:58:59  13          THE WITNESS:  Yes, we can only rely on

15:59:01  14  what's provided to us.  And in our entrance conference,

         15  they told us that there would be their finished

15:59:08  16  products, and the welding was taking place in China and

15:59:09  17  being imported that way, as a finished product.

         18  BY MR. BERSTEIN:

15:59:12  19     Q.  And they communicated to you that this product

15:59:14  20  was finished?

15:59:15  21     A.  Yes.

15:59:19  22          MR. BERNSTEIN:  That's all I have, Your

15:59:19  23  Honor.

15:59:20  24          THE COURT:  Ladies and gentlemen, it's

15:59:21  25  4:00 o'clock.  So we will be breaking at this time.

15:59:23   1   Remember the admonishment not to discuss the case among

15:59:25   2   yourselves or with anyone else.  Don't form or express

15:59:29   3   any opinions about the matter until I submit it to you

15:59:31   4   and you retire to the jury room.

15:59:32   5                Again, take a break tonight.  Don't think

15:59:34   6   about this case.  See you back in at 8 o'clock -- or

15:59:36   7   8:30 tomorrow morning.  We will be in recess.

          8                (PROCEEDINGS CONCLUDED.)

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2                        CERTIFICATE OF REPORTER

3

4    COUNTY OF LOS ANGELES      )

5                               )  SS.

6    STATE OF CALIFORNIA        )

7

8    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

9    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

16   JUDICIAL CONFERENCE OF THE UNITED STATES.

17   AUGUST 17, 2021

18

19   /S/_____

20   SHERI S. KLEEGER, CSR

21   FEDERAL OFFICIAL COURT REPORTER

22

23

24

25



## $

**$22** [1] - 76:8
**$22,000** [1] - 156:7
**$24** [1] - 72:23
**$391,608** [1] - 132:16
**$70** [1] - 199:12
**$790,000** [1] - 130:14
**$800,000** [1] - 130:14

## '

**'09** [1] - 5:16
**'11** [1] - 152:7
**'17** [1] - 101:16
**'18** [1] - 198:13
**'80s** [2] - 191:6, 191:7
**'99** [1] - 100:20

## /

**/S** [1] - 244:19

## 0

**04** [2] - 25:20, 25:22

## 1

**1** [27] - 11:13, 16:20, 21:4, 21:22, 32:6, 32:19, 33:4, 34:7, 35:1, 44:5, 45:5, 46:15, 47:12, 52:7, 53:10, 54:3, 57:10, 76:1, 129:25, 133:16, 153:4, 153:6, 206:25, 212:23, 215:2, 217:24, 241:9
**1.1** [1] - 159:9
**1.3** [2] - 28:24, 133:3
**1.4** [1] - 30:10
**1.9** [1] - 5:13
**10** [9] - 12:16, 12:17, 30:9, 36:1, 52:8, 52:12, 54:9, 75:23, 206:13
**100** [12] - 10:23, 35:3, 66:17, 72:7, 72:8, 73:7, 75:5, 75:24, 78:18, 125:9, 217:2, 221:23
**100,000** [4] - 204:20, 204:22, 211:19, 212:3
**1001** [7] - 43:1,

43:12, 43:18, 122:20, 122:25, 158:10, 168:19
**101** [3] - 10:11, 20:4, 20:10
**10340** [1] - 1:23
**105** [1] - 16:4
**10681** [7] - 1:12, 45:8, 45:25, 46:4, 123:17, 159:5, 168:23
**108** [2] - 67:24, 68:6
**10:00** [1] - 52:20
**10th** [1] - 32:2
**11** [8] - 20:18, 48:3, 51:17, 51:20, 51:25, 52:12, 75:3, 75:5
**11,700** [1] - 183:22
**11-page** [1] - 51:17
**11.67** [1] - 18:24
**11.8** [2] - 14:11, 18:20
**110** [4] - 20:9, 20:10, 20:11, 20:12
**1100** [1] - 2:9
**113** [1] - 16:11
**117** [1] - 23:4
**118** [1] - 11:2
**1185** [2] - 172:14, 193:25
**11:30** [1] - 112:7
**11th** [3] - 48:24, 49:21, 50:4
**12** [5] - 17:11, 31:8, 114:12, 115:24
**12th** [4] - 23:10, 28:7, 32:25, 103:9
**13** [1] - 24:1
**130** [3] - 5:20, 67:24, 186:14
**131** [1] - 5:21
**133** [18] - 6:1, 6:7, 6:13, 6:24, 7:4, 7:11, 7:24, 8:6, 10:2, 10:11, 11:1, 11:2, 36:12, 104:18, 104:19, 105:22
**134** [1] - 11:13, 11:20, 12:9, 12:24, 13:13, 13:24, 14:2, 14:16, 15:12, 16:4, 16:11
**135** [12] - 16:19, 17:7, 17:10, 18:1, 18:5, 18:15, 19:15, 20:4, 20:9, 20:10, 20:11, 21:12
**138** [4] - 18:6, 95:23, 96:4
**139** [2] - 21:4, 21:22
**14** [3] - 18:2, 50:18,

56:17
**140,000** [1] - 51:11
**142** [17] - 22:23, 23:4, 23:12, 24:5, 25:5, 25:12, 25:14, 26:2, 26:3, 26:11, 26:20, 27:20, 28:13, 28:24, 29:13, 30:9, 31:11
**143** [2] - 31:24, 32:6
**144** [2] - 32:19, 33:5
**145** [2] - 33:24, 34:7
**14600** [1] - 46:19
**147** [1] - 41:23
**14th** [2] - 50:11, 56:22
**15** [7] - 23:12, 31:12, 52:25, 70:22, 189:7, 189:11
**150** [1] - 147:12
**15th** [1] - 34:13
**16** [6] - 12:24, 24:5, 126:13, 153:19, 166:11, 166:14
**17** [5] - 1:18, 5:1, 13:13, 102:22, 244:17
**170** [2] - 174:4, 178:16
**170-pound** [2] - 143:17, 179:1
**1700** [1] - 2:18
**177.6** [3] - 6:21, 6:22, 6:23
**17th** [3] - 34:9, 34:22, 226:6
**18** [3] - 11:2, 207:14, 233:25
**18,000** [3] - 188:2, 188:4, 188:13
**18th** [2] - 42:23, 44:12
**19-00282** [1] - 1:8
**1980** [1] - 191:9
**1989** [2] - 139:21, 140:1
**1995** [1] - 140:8
**1999** [1] - 140:18
**1:00** [1] - 112:8
**1st** [3] - 101:10, 102:8, 227:7

## 2

**2** [35] - 22:19, 29:12, 32:23, 33:24, 33:25, 35:1, 41:5, 43:14, 45:6, 45:21, 52:7, 54:3, 55:13, 56:23, 57:10, 72:14, 73:3,

73:19, 75:9, 76:1, 76:2, 76:21, 77:1, 77:13, 105:14, 126:24, 127:1, 128:5, 144:19, 212:23, 214:1, 216:18, 218:10, 221:9
**2,500** [1] - 184:1
**2.4** [1] - 76:13
**2.895** [1] - 131:18
**20** [1] - 173:24
**2000** [4] - 70:4, 74:5, 155:15, 170:16
**20006** [1] - 2:18
**2001** [2] - 100:20, 100:23
**2003** [1] - 30:3
**2004** [1] - 100:23
**2005** [1] - 232:11
**2006** [1] - 191:22
**2007** [1] - 170:21
**2008** [15] - 5:12, 65:22, 66:9, 101:10, 101:15, 102:8, 102:12, 103:9, 123:25, 124:4, 150:24, 151:19, 155:18, 223:2, 223:3
**2009** [21] - 5:11, 5:22, 24:22, 35:2, 60:15, 60:25, 61:1, 67:24, 69:6, 69:8, 70:3, 70:6, 70:18, 70:24, 72:1, 91:12, 91:13, 120:16, 120:18, 123:25, 124:4
**2010** [12] - 5:22, 70:22, 70:25, 71:4, 72:16, 73:11, 74:9, 74:12, 152:7, 170:15, 170:17, 170:23
**2011** [10] - 25:16, 73:21, 74:13, 82:16, 82:21, 83:21, 84:23, 85:11, 120:9, 167:7
**2012** [25] - 6:2, 6:5, 7:1, 7:3, 7:12, 7:18, 8:12, 10:3, 10:12, 14:6, 14:21, 14:25, 15:15, 16:2, 36:1, 42:3, 75:11, 76:3, 195:20, 197:9, 203:16, 203:21, 222:18, 223:12, 224:12
**2013** [26] - 11:16, 12:9, 12:23, 13:1, 13:25, 14:3, 14:9, 14:11, 15:15, 16:5, 16:13, 18:20, 19:6,

20:2, 27:6, 28:17, 77:2, 77:12, 107:6, 196:18, 200:21, 203:5, 235:2, 235:4
**2014** [35] - 16:22, 17:11, 18:22, 18:24, 19:16, 20:5, 20:22, 21:12, 21:15, 25:17, 28:2, 28:7, 28:9, 30:2, 35:2, 42:3, 66:9, 199:16, 205:9, 205:14, 207:6, 207:14, 220:17, 222:5, 223:20, 225:3, 227:8, 232:12, 232:16, 232:18, 233:11, 233:25, 234:4, 235:3
**2015** [19] - 22:2, 23:10, 23:21, 24:1, 31:8, 32:2, 38:7, 120:9, 150:24, 157:25, 159:18, 160:13, 160:25, 164:7, 197:9, 205:25, 208:22, 226:7, 232:12
**2016** [7] - 40:8, 41:7, 41:21, 42:13, 42:14, 97:9, 105:4
**2017** [29] - 32:25, 34:9, 34:13, 34:22, 42:23, 44:12, 45:14, 45:15, 48:1, 48:3, 48:11, 48:24, 49:24, 49:25, 50:12, 50:18, 56:17, 56:22, 96:11, 96:16, 96:22, 96:25, 97:5, 102:12, 120:5, 120:6, 126:17, 127:4, 198:13
**2018** [4] - 151:3, 195:21, 224:22, 224:23
**2019** [3] - 101:15, 105:6
**2021** [3] - 1:18, 5:1, 244:17
**21** [1] - 71:5
**213)894-6604** [1] - 1:25
**217** [7] - 205:16, 206:21, 206:23, 206:25, 208:15, 225:24, 233:7
**218** [5] - 49:16, 212:5, 212:14, 213:11, 213:14
**219** [5] - 215:11, 215:16, 216:8, 216:10, 241:8

**22** [4] - 76:10, 76:12, 76:20, 141:3

**227** [4] - 3:13, 47:15, 47:20, 47:22

**23** [2] - 49:24, 49:25

**231** [4] - 3:8, 39:24, 40:15, 40:25

**232** [4] - 3:9, 42:17, 43:4, 43:6

**2323** [4] - 44:7, 44:24, 48:8, 49:8

**233** [4] - 3:10, 44:4, 44:15, 44:17

**234** [5] - 3:11, 45:5, 45:17, 45:19, 45:21

**235** [4] - 3:12, 46:15, 46:22, 46:24

**24** [1] - 183:1

**24,000** [1] - 183:1

**24th** [1] - 133:2

**25** [2] - 18:5, 18:6

**25th** [1] - 28:1

**26** [1] - 164:12

**26.9** [1] - 19:7

**27** [1] - 5:21

**28** [4] - 5:20, 27:6, 174:2, 244:11

**28th** [1] - 40:8

**29.1** [1] - 5:23

**2:30** [1] - 189:6

**2Q** [1] - 7:13

**3**

**3** [15] - 9:7, 43:14, 45:1, 52:7, 54:3, 55:13, 76:4, 78:4, 131:3, 131:15, 132:15, 137:12, 205:24, 208:15, 216:20

**3,500** [1] - 184:1

**3,500-pound** [1] - 186:3

**30** [1] - 208:22

**30-plus** [1] - 191:10

**30th** [2] - 27:6, 227:8

**31** [2] - 13:25, 14:2

**312** [2] - 1:24, 2:10

**31st** [3] - 22:2, 23:21, 28:9

**32** [5] - 6:1, 6:7, 6:13, 14:15, 18:15

**326** [4] - 3:7, 35:9, 35:18, 35:22

**328** [4] - 129:25, 131:2, 131:14, 133:15

**332** [3] - 200:13, 201:6, 201:10

**333** [2] - 36:12, 37:18

**335** [3] - 217:23, 218:18, 218:21

**340** [1] - 132:17

**349-A** [1] - 131:25

**35** [2] - 3:7, 146:20

**36** [1] - 146:20

**36.3** [1] - 18:14

**363** [4] - 220:7, 221:2, 221:4, 222:4

**37** [8] - 47:12, 99:5, 99:7, 100:5, 158:4, 158:5, 159:5, 160:8

**37-1** [1] - 47:10

**3rd** [2] - 45:14, 45:15

**4**

**4** [17] - 10:4, 11:20, 17:1, 28:2, 45:1, 45:11, 52:8, 54:3, 55:13, 104:19, 131:14, 132:1, 153:9, 206:3, 209:17, 217:2, 226:3

**40** [11] - 3:8, 153:4, 153:5, 153:9, 153:13, 153:20, 156:13, 166:11, 166:14, 176:12, 178:15

**40-pound** [2] - 185:11, 186:9

**40.8** [1] - 5:17

**402** [1] - 1:24

**42** [4] - 173:25, 175:12, 176:12, 184:19

**42.81** [1] - 175:3

**43** [9] - 3:9, 3:18, 56:16, 57:6, 57:8, 174:13, 175:2, 175:4, 175:20

**44** [1] - 3:10

**4400** [1] - 2:15

**45** [4] - 3:11, 159:25, 160:18, 164:5

**46** [1] - 3:12

**47** [6] - 3:13, 3:15, 52:17, 53:10, 53:23, 53:25

**48** [14] - 3:14, 51:14, 52:3, 52:5, 52:12, 174:13, 175:2, 175:4, 175:8, 175:9, 175:11, 175:20, 176:11, 176:12

**48-by-42-inch** [1] - 175:15

**48-by-43-inch** [1] -

176:14

**48.75** [1] - 175:2

**49** [5] - 3:16, 54:18, 54:20, 55:2, 55:4

**4:00** [1] - 242:25

**4th** [2] - 38:7, 200:21

**5**

**5** [11] - 3:4, 17:7, 25:12, 25:14, 28:14, 52:8, 54:3, 132:9, 142:7, 206:7, 217:5

**50** [5] - 143:12, 143:15, 178:15, 178:23, 179:21

**50.3** [1] - 14:25

**51** [6] - 3:17, 54:17, 55:17, 55:22, 56:4, 56:6

**51-1** [1] - 144:6

**52** [1] - 3:14

**52.1** [2] - 13:22, 14:21

**53** [1] - 3:15

**55** [1] - 3:16

**555** [1] - 2:15

**56** [1] - 3:17

**569** [1] - 41:22

**57** [1] - 3:18

**6**

**6** [13] - 1:17, 9:9, 9:10, 26:2, 26:3, 52:8, 54:3, 126:17, 127:4, 137:12, 153:12, 156:12, 206:7

**6,000** [1] - 142:7

**6.5** [1] - 131:8

**60** [1] - 159:14

**65** [2] - 143:12, 143:15

**69** [1] - 104:20

**7**

**7** [7] - 9:12, 9:13, 26:11, 52:8, 54:3, 206:7, 236:16

**71** [1] - 105:25

**714** [1] - 77:25

**72** [1] - 3:19

**739** [2] - 37:24, 39:11

**745** [3] - 70:9, 71:7, 76:6

**746** [8] - 3:19, 72:10, 72:11, 72:13, 72:18,

72:21, 73:11, 73:13

**747** [5] - 3:20, 73:9, 73:15, 74:24, 75:2

**748** [5] - 3:21, 75:8, 75:15, 75:18

**749** [4] - 3:22, 76:25, 77:7, 77:10

**75** [2] - 3:20, 3:21

**750** [1] - 77:23

**753** [1] - 244:11

**77** [1] - 3:22

**7th** [1] - 127:3

**8**

**8** [9] - 12:9, 24:21, 26:19, 27:21, 52:8, 54:3, 206:7, 243:6

**8.32** [2] - 6:5, 14:6

**80** [3] - 6:24, 7:4, 179:15

**810** [1] - 2:18

**8611** [1] - 172:12

**87** [2] - 7:11, 7:24

**88** [1] - 8:7

**8:30** [1] - 243:7

**9**

**9** [17] - 27:20, 28:13, 28:24, 29:13, 52:8, 54:6, 54:10, 71:4, 71:23, 71:24, 72:11, 73:6, 77:19, 130:21, 130:24, 207:6, 233:11

**9,000** [8] - 185:10, 185:16, 186:6, 186:8, 186:12, 187:24, 187:25, 188:9

**9,000-pound** [1] - 186:5

**90** [2] - 56:11, 144:21

**90012** [2] - 1:25, 2:10

**90071** [1] - 2:16

**93** [1] - 10:2

**95** [1] - 19:15

**96.5** [1] - 13:20

**99** [3] - 15:12, 26:22, 27:2

**A**

**A.M** [2] - 1:18, 5:2

**A1** [1] - 9:14

**abide** [1] - 6:22

**ability** [2] - 98:2, 123:10

**able** [9] - 51:8, 113:1,

113:16, 114:4, 114:6, 114:16, 117:4, 164:14, 186:7

**about..** [1] - 69:21

**ABOVE** [1] - 244:14

**ABOVE-ENTITLED** [1] - 244:14

**absolutely** [2] - 124:9, 128:18

**acceptable** [1] - 209:3

**accepted** [2] - 8:4, 172:8

**access** [3] - 98:18, 167:13, 226:15

**accordance** [1] - 33:13

**account** [3] - 124:4, 126:10, 220:13

**accountant** [4] - 78:24, 93:22, 93:24, 138:5

**accounted** [1] - 25:20

**accounting** [6] - 7:14, 19:19, 101:4, 101:5, 106:10, 196:2

**accounts** [4] - 79:24, 86:13, 94:17, 123:25

**accurate** [8] - 38:8, 53:19, 54:23, 55:25, 57:2, 60:24, 206:16, 213:7

**acquired** [4] - 28:6, 30:1, 203:19, 224:3

**acquisition** [4] - 203:20, 203:23, 204:1, 204:4

**ACQUISITIONS** [1] - 1:10

**acquisitions** [1] - 102:25

**act** [1] - 28:2

**acting** [1] - 135:23

**action** [1] - 41:10

**activity** [1] - 214:11

**actual** [1] - 81:13

**AD/CVD** [2] - 82:9, 210:6, 237:12

**add** [1] - 186:13

**addendum** [1] - 9:18

**additional** [11] - 6:18, 41:23, 59:18, 59:23, 116:11, 147:5, 186:13, 228:25, 229:9, 229:12, 235:6

**address** [4] - 114:19, 135:24, 136:16, 218:5

**addressed** [3] - 119:14, 219:5, 233:12

**adjacent** [1] - 203:1
**admit** [18] - 35:18, 37:18, 39:11, 40:15, 43:4, 44:15, 45:17, 46:22, 47:20, 52:3, 53:23, 55:2, 201:6, 206:21, 213:11, 216:8, 218:18, 221:2
**admitted** [3] - 158:4, 159:25, 201:10
**admonishment** [4] - 52:21, 112:9, 189:7, 243:1
**advance** [2] - 155:22, 163:7
**advantage** [2] - 177:20, 178:11
**advice** [1] - 98:4
**advices** [1] - 132:6
**advised** [1] - 226:10
**advising** [4] - 102:24, 130:13, 132:14, 192:13
**advisor** [1] - 200:9
**Advisory** [1] - 232:6
**advocated** [1] - 31:14
**affect** [3] - 74:18, 179:12, 237:18
**affected** [1] - 62:11
**affidavit** [1] - 60:2
**affiliated** [1] - 136:2
**afternoon** [13] - 57:18, 138:17, 150:4, 150:18, 150:19, 165:4, 165:5, 169:13, 186:21, 186:22, 194:18, 222:14, 231:6
**Age** [19] - 139:13, 139:14, 139:17, 139:20, 140:4, 140:7, 140:11, 140:14, 140:16, 140:19, 140:23, 141:4, 141:25, 142:6, 142:8, 142:15, 142:17, 146:16
**Agency** [1] - 232:6
**agency** [4] - 51:8, 94:18, 165:6, 165:13
**agent** [8] - 28:3, 39:17, 59:20, 98:7, 118:25, 125:2, 125:8, 133:15
**Agent** [11] - 35:24, 37:23, 40:2, 47:24, 57:18, 60:10, 83:20, 85:11, 96:7, 129:2, 130:2
**agents** [1] - 48:4

**agreement** [1] - 206:13
**ahead** [7] - 79:16, 81:23, 83:18, 85:8, 86:21, 91:5, 141:21
**alert** [1] - 116:16
**ALEXANDER** [1] - 2:14
**allegation** [3] - 27:1, 29:6, 30:23
**allegations** [3] - 22:12, 25:8, 30:11
**alleged** [2] - 22:13, 30:25
**alleges** [5] - 26:22, 27:24, 28:1, 29:1, 30:15
**Allen** [5] - 60:8, 71:24, 74:7, 104:19, 107:5
**allow** [1] - 128:10
**alloyed** [1] - 41:24
**alloys** [2] - 131:1, 131:21
**alone** [1] - 82:14
**Alston** [13] - 212:9, 212:10, 212:11, 212:13, 227:22, 227:24, 228:3, 228:10, 228:18, 229:8, 229:17, 229:22
**alternate** [1] - 113:13
**alternates** [1] - 118:19
**Alum** [19] - 37:11, 195:16, 196:5, 196:6, 203:18, 223:12, 223:14, 223:22, 223:24, 224:2, 224:8, 225:4, 225:7, 225:11, 225:15, 228:8, 229:25, 230:4, 242:3
**Aluminicaste** [4] - 24:7, 26:23, 27:12, 32:11
**Aluminicaste's** [1] - 27:17
**aluminum** [132] - 10:7, 12:20, 12:21, 13:9, 13:18, 17:15, 18:9, 28:18, 29:1, 29:16, 30:6, 30:15, 41:17, 41:22, 41:24, 42:11, 49:13, 50:6, 50:22, 50:25, 51:5, 51:11, 52:1, 52:10, 52:14, 53:12, 53:13, 54:4, 54:7, 54:21, 55:15, 55:23, 56:13, 56:20, 57:1, 61:5,

61:21, 62:1, 81:10, 82:18, 82:22, 83:22, 85:12, 89:11, 90:4, 91:25, 112:1, 112:3, 130:25, 131:21, 139:15, 139:17, 140:17, 140:20, 141:24, 142:5, 142:9, 142:18, 142:19, 143:6, 143:10, 143:13, 143:23, 144:12, 146:7, 146:17, 146:23, 146:25, 152:16, 152:17, 157:16, 157:23, 158:14, 159:2, 159:20, 160:4, 162:10, 162:11, 162:19, 163:7, 163:14, 163:20, 166:2, 176:9, 178:2, 178:5, 178:7, 178:9, 178:12, 179:8, 179:16, 179:18, 185:24, 192:6, 196:19, 196:24, 198:24, 198:25, 199:2, 200:18, 202:25, 203:7, 203:11, 203:14, 203:25, 204:5, 204:14, 204:18, 204:22, 204:23, 209:12, 210:3, 211:3, 211:16, 216:14, 216:17, 226:19, 227:13, 227:15, 227:18, 233:18, 234:9, 235:4, 238:15, 240:23, 241:19, 241:23, 242:7
**ALUMINUM** [2] - 1:9, 1:10
**Aluminum** [137] - 11:9, 21:19, 24:13, 24:15, 24:16, 27:23, 28:16, 32:14, 32:17, 34:15, 41:8, 48:12, 51:24, 54:10, 54:13, 66:24, 69:16, 71:3, 72:16, 73:23, 75:13, 77:3, 78:1, 78:12, 83:1, 85:22, 86:12, 87:7, 150:21, 150:23, 150:25, 151:2, 151:7, 151:20, 152:2, 152:9, 152:14, 152:15, 152:19, 153:24, 154:2, 155:1, 156:14, 160:21, 164:7, 195:12, 195:15,

195:16, 195:18, 195:20, 196:5, 196:11, 196:12, 196:20, 196:22, 196:24, 197:2, 197:8, 197:14, 198:10, 198:20, 199:5, 199:9, 199:14, 199:17, 199:24, 200:7, 200:23, 201:18, 202:8, 202:11, 202:12, 203:1, 203:12, 203:19, 203:25, 204:6, 204:15, 204:18, 205:9, 205:20, 206:8, 206:17, 207:4, 207:10, 207:25, 208:3, 208:6, 209:20, 210:5, 210:19, 210:20, 210:24, 211:18, 211:24, 213:19, 218:6, 219:6, 220:25, 221:6, 221:12, 221:22, 222:17, 222:22, 222:24, 223:1, 223:3, 223:9, 223:12, 223:15, 224:3, 224:7, 224:8, 224:18, 224:25, 225:10, 225:17, 225:20, 226:16, 227:25, 228:5, 228:7, 228:14, 228:23, 228:25, 229:25, 230:5, 232:19, 233:18, 234:4, 234:21, 235:8, 236:4, 236:7, 236:21, 239:2, 240:21
**amazed** [1] - 159:13
**America** [1] - 30:3
**AMERICA** [2] - 1:1, 1:6
**amount** [5] - 126:7, 177:23, 179:4, 179:6, 181:6
**analysis** [11] - 109:6, 138:6, 148:16, 149:8, 149:10, 149:15, 173:9, 174:10, 189:21, 190:1, 238:8
**analyze** [1] - 89:13
**analyzed** [2] - 108:4, 109:9
**AND** [3] - 244:8, 244:12, 244:14
**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 244:4

**Angeles** [1] - 48:15
**announced** [1] - 28:17
**announcement** [12] - 21:9, 22:21, 22:24, 23:9, 23:11, 23:23, 26:3, 31:8, 32:1, 32:20, 32:24, 34:22
**announcements** [5] - 21:6, 21:22, 31:21, 119:15, 119:17
**Annual** [13] - 5:11, 7:1, 7:12, 11:16, 12:9, 13:25, 16:3, 16:19, 17:11, 19:16, 21:12, 67:24, 96:11
**annual** [43] - 8:11, 10:3, 11:14, 16:18, 18:2, 19:25, 20:21, 62:19, 67:5, 67:23, 68:8, 68:24, 92:14, 92:25, 96:7, 96:13, 96:14, 103:25, 104:4, 104:10, 104:11, 104:23, 105:8, 105:14, 105:18, 106:1, 106:22, 107:1, 107:7, 107:14, 108:9, 108:11, 119:2, 119:5, 119:7, 125:10, 125:18, 129:4, 129:8, 129:11, 129:19, 141:24, 142:7
**answer** [9] - 83:5, 135:18, 136:6, 136:22, 141:1, 175:25, 214:7, 215:7, 229:17
**answered** [1] - 66:20
**answering** [1] - 90:12
**answers** [3] - 212:24, 214:2, 218:13
**antidumping** [6] - 74:11, 74:12, 74:17, 74:23, 82:3, 112:2
**Antidumping** [9] - 167:8, 213:24, 214:19, 215:6, 226:1, 230:10, 237:12, 240:1, 240:5
**Antidumping/ Countervailing** [6] - 207:12, 210:2, 214:13, 227:9, 227:12, 233:19
**antidumping/cou ntervailing** [6] - 59:24, 76:11, 76:22, 81:1, 81:9, 160:23

**antimicrobial** [1] - 178:10

**anyway** [2] - 116:6, 118:8

**apart** [1] - 187:17

**apologize** [2] - 28:12, 219:13

**appalled** [1] - 162:9

**appear** [6] - 32:8, 36:25, 69:6, 111:10, 129:4, 206:16

**APPEARANCES** [1] - 2:5

**appeared** [4] - 111:5, 187:10, 198:1, 202:18

**appearing** [2] - 16:23, 111:9

**applications** [4] - 145:17, 145:20, 185:22, 188:7

**applied** [2] - 112:1, 112:3

**applies** [3] - 16:1, 239:10, 239:17

**apply** [1] - 8:25

**appointed** [4] - 41:7, 101:9, 102:7, 103:8

**appraising** [1] - 235:24

**approach** [1] - 97:23

**appropriate** [1] - 213:25

**approximate** [2] - 173:22, 204:17

**April** [2] - 195:21, 224:23

**architectural** [1] - 197:6

**area** [3] - 114:24, 153:21, 172:25

**areas** [1] - 101:24

**argumentative** [6] - 79:13, 80:20, 80:21, 83:10, 87:4, 208:8

**arm's** [5] - 26:7, 26:9, 30:20, 33:13, 88:21

**arranged** [1] - 41:22

**arrangement** [1] - 183:25

**arrangements** [1] - 33:20

**arrival** [1] - 203:25

**arrived** [1] - 190:18

**arriving** [2] - 156:4, 203:9

**article** [2] - 34:12, 34:17

**articles** [1] - 172:23

**aside** [1] - 142:17

**aspects** [1] - 60:13

**assent** [1] - 206:11

**assets** [1] - 107:11

**assigned** [1] - 232:25

**assignment** [1] - 233:4

**assistance** [2] - 199:25, 229:22

**ASSISTANT** [1] - 2:9

**assistant** [3] - 232:4, 232:25, 233:5

**assisting** [1] - 109:15

**associate** [2] - 170:7, 191:2

**associated** [5] - 60:18, 209:9, 219:10, 223:19, 224:20

**assume** [9] - 67:17, 83:14, 85:6, 98:13, 101:7, 107:12, 116:21, 119:9, 192:7

**assumed** [2] - 198:11, 199:22

**assumes** [1] - 135:10

**assuming** [5] - 85:1, 85:3, 92:18, 99:23, 149:2

**assumption** [1] - 74:15

**assumptions** [1] - 80:17

**assure** [1] - 213:23

**ASTM** [5] - 172:14, 172:19, 172:20, 193:25

**AT** [1] - 2:14

**attachment** [2] - 218:2, 218:10

**attachments** [1] - 218:7

**attempt** [1] - 167:24

**attend** [1] - 235:20

**attention** [4] - 47:25, 116:25, 118:25, 126:24, 128:4, 158:9, 159:4, 205:8, 226:3

**attorney** [2] - 83:9, 225:25

**ATTORNEY** [3] - 2:7, 2:9, 2:14

**attorneys** [1] - 83:12

**attributable** [2] - 15:3, 104:9

**Audit** [3] - 99:10, 111:4, 232:5

**audit** [59] - 99:14, 99:15, 99:21, 100:3,

101:13, 101:19, 102:15, 106:13, 205:22, 206:1, 206:4, 206:5, 206:11, 206:14, 207:11, 207:16, 207:19, 207:24, 208:23, 209:10, 209:11, 209:25, 210:11, 210:15, 211:8, 211:14, 211:23, 212:20, 212:24, 213:3, 213:19, 214:8, 215:21, 226:1, 226:10, 226:13, 232:19, 232:23, 233:15, 233:17, 233:23, 234:9, 234:10, 234:17, 234:22, 235:15, 235:17, 235:23, 236:5, 236:12, 236:20, 236:22, 237:8, 237:15, 237:18, 239:24, 240:12, 240:14, 242:9

**audited** [4] - 106:10, 107:10, 205:10, 211:16

**auditing** [3] - 230:8, 230:15, 237:15

**auditor** [7] - 106:9, 232:14, 232:21, 232:22, 232:24, 233:4, 240:15

**auditors** [11] - 120:13, 210:4, 210:20, 212:21, 213:18, 215:23, 215:24, 216:5, 228:10, 237:17

**audits** [1] - 101:5

**August** [8] - 23:10, 24:1, 31:8, 101:10, 102:8, 103:9, 220:17, 222:5

**AUGUST** [3] - 1:18, 5:1, 244:17

**AUSA** [3] - 2:7, 2:8, 2:8

**authenticated** [1] - 39:21

**authorized** [1] - 59:21

**Avenue** [4] - 45:8, 46:1, 46:5, 123:17, 159:6, 168:23

**AVENUE** [1] - 1:12

**average** [1] - 89:22

**aware** [31] - 60:15,

80:8, 80:24, 81:25, 82:1, 83:20, 83:25, 84:2, 84:4, 84:7, 84:9, 84:14, 84:15, 84:16, 84:22, 85:4, 85:6, 85:11, 85:20, 93:7, 93:13, 93:17, 107:21, 108:12, 129:10, 141:12, 141:23, 225:3, 230:7, 230:12, 230:13

## B

**B2** [1] - 214:16

**B3** [1] - 215:4

**background** [1] - 139:24

**bacteria** [2] - 144:4, 145:1

**balance** [3] - 88:9, 88:12, 88:15

**ballpark** [1] - 184:22

**Bank** [2] - 12:5, 220:19

**bank** [14] - 86:13, 93:22, 95:14, 123:24, 124:5, 124:13, 124:15, 137:4, 137:6, 138:4, 220:13, 220:14, 220:18, 222:21

**bankruptcy** [4] - 223:1, 223:4, 223:6, 224:4

**bar** [2] - 152:16, 157:23

**barely** [1] - 183:10

**based** [19] - 18:17, 33:15, 63:17, 64:4, 64:24, 67:5, 69:14, 76:19, 79:23, 80:19, 82:25, 93:7, 98:6, 111:4, 134:1, 134:7, 162:15, 162:16, 175:17

**basis** [3] - 26:9, 141:25, 142:7

**BCBG** [1] - 151:10

**BCBGMaxazria** [1] - 151:8

**Beach** [1] - 111:4

**beam** [1] - 186:4

**beating** [2] - 83:13, 85:3

**became** [5] - 66:24, 195:13, 222:23, 223:14, 225:4

**become** [2] - 140:6,

160:22

**becomes** [1] - 181:18

**becoming** [1] - 17:22

**began** [1] - 203:5

**begin** [1] - 140:16

**beginning** [2] - 118:1, 196:18

**begrudge** [1] - 117:22

**BEHALF** [2] - 2:6, 2:12

**Beijing** [2] - 102:19, 102:20

**belief** [1] - 87:23

**believes** [1] - 31:17

**bell** [1] - 121:18

**belonged** [1] - 51:9

**below** [2] - 9:17, 130:17

**belt** [2] - 171:13, 171:15

**belts** [2] - 171:16, 179:6

**beneficial** [13] - 34:24, 46:3, 47:7, 67:3, 67:7, 67:11, 67:13, 67:15, 67:19, 69:9, 70:2, 72:1, 72:4

**beneficially** [1] - 69:1

**beneficiary** [1] - 43:17

**benefit** [2] - 31:18, 67:19

**bent** [1] - 183:10

**BERNSTEIN** [163] - 2:8, 5:10, 35:17, 35:23, 36:11, 36:24, 37:7, 37:17, 37:22, 38:13, 38:18, 38:22, 38:25, 39:10, 39:17, 39:23, 40:1, 40:14, 40:20, 40:22, 41:1, 42:16, 43:3, 43:7, 44:14, 44:18, 45:4, 45:16, 45:20, 46:21, 46:25, 47:14, 47:19, 47:23, 51:13, 52:2, 52:6, 52:16, 53:8, 53:22, 54:1, 54:16, 55:1, 55:5, 55:16, 56:3, 56:7, 56:15, 57:5, 57:9, 57:12, 63:14, 66:19, 68:16, 69:10, 71:8, 71:10, 72:3, 76:14, 79:13, 80:21, 81:5, 81:17, 85:15, 87:4, 89:16, 91:14, 92:18, 93:10,

94:23, 98:19, 98:24, 99:20, 108:17, 109:20, 110:6, 110:12, 127:18, 129:1, 129:20, 130:4, 130:7, 131:13, 131:17, 133:10, 134:24, 135:1, 135:10, 137:20, 138:15, 139:8, 139:10, 140:25, 141:6, 141:10, 141:22, 143:4, 143:5, 143:21, 145:7, 149:1, 149:20, 169:11, 170:3, 170:5, 173:3, 173:7, 174:14, 174:17, 174:23, 174:24, 186:16, 192:16, 192:22, 194:7, 194:16, 195:6, 195:8, 197:23, 200:12, 200:14, 201:5, 201:11, 201:13, 202:6, 205:15, 205:17, 206:20, 206:24, 208:12, 211:12, 212:4, 213:10, 215:12, 215:14, 216:7, 216:11, 217:25, 218:1, 218:17, 218:22, 220:8, 220:9, 221:1, 221:5, 222:1, 222:3, 222:9, 230:22, 230:25, 231:4, 231:22, 231:24, 233:6, 236:15, 237:24, 238:21, 239:1, 239:6, 239:15, 239:22, 240:16, 242:22

**BERSTEIN** [5] - 142:4, 142:16, 212:6, 213:15, 242:18
**best** [5] - 27:16, 123:10, 123:14, 125:7, 175:25
**better** [2] - 95:6, 95:8
**betting** [1] - 22:17
**between** [20] - 26:5, 27:6, 29:24, 34:18, 36:14, 42:3, 66:8, 82:16, 87:17, 88:19, 144:2, 166:19, 167:4, 177:17, 183:25, 197:8, 197:24, 201:24, 206:17, 219:19

**beyond** [3] - 89:16, 109:20, 178:25
**big** [1] - 159:14
**billet** [1] - 162:19
**biomaterials** [2] - 170:22, 190:24
**bit** [15] - 60:5, 67:5, 68:1, 68:2, 74:6, 83:16, 89:20, 106:5, 112:19, 113:24, 157:22, 174:18, 183:1, 188:15
**Black** [6] - 121:20, 121:21, 121:22, 121:24, 124:18
**blindsided** [1] - 114:21
**blow** [3] - 96:22, 100:8, 226:5
**board** [7] - 21:24, 22:20, 33:25, 99:15, 99:18, 101:13, 120:3
**boards** [1] - 100:13
**Bob** [1] - 233:13
**bodies** [1] - 197:3
**Bolan** [1] - 152:6
**books** [1] - 228:13
**boosted** [1] - 13:19
**border** [3] - 213:17, 229:18, 230:8
**Border** [10] - 82:11, 109:15, 110:2, 111:3, 205:11, 205:21, 206:18, 226:9, 232:5, 232:7
**borrowed** [3] - 93:8, 94:21, 94:24
**boss** [4] - 152:3, 152:5, 155:25, 167:1
**bottom** [24] - 10:20, 14:1, 23:14, 29:12, 30:13, 33:6, 71:14, 71:24, 73:3, 75:20, 77:15, 77:19, 78:3, 101:8, 102:6, 103:7, 154:12, 158:19, 160:9, 177:13, 208:25, 219:24, 220:15
**bought** [7] - 83:23, 85:14, 87:11, 89:15, 93:9, 120:18, 224:4
**box** [3] - 5:7, 53:5, 118:19
**boxes** [1] - 172:2
**BREAK** [2] - 118:16, 189:13
**break** [15] - 52:19, 112:7, 181:13, 183:2, 183:6, 185:8, 187:3,

187:6, 188:1, 188:3, 188:11, 188:14, 188:18, 189:5, 243:5
**breakdown** [1] - 14:3
**breaking** [1] - 242:25
**breaks** [2] - 181:9, 181:18
**BRIEF** [1] - 53:2
**briefly** [6] - 6:12, 65:15, 144:1, 160:7, 162:12, 198:3
**bring** [10] - 108:24, 113:1, 114:16, 115:3, 116:24, 142:9, 157:6, 157:12, 159:4, 198:20
**bringing** [3] - 114:1, 151:22, 238:3
**brochure** [5] - 215:19, 216:4, 216:12, 217:19, 217:21
**broke** [2] - 188:4, 188:15
**broken** [1] - 187:17
**broker** [4] - 163:22, 163:25, 214:24, 219:7
**brokers** [3] - 214:14, 214:23, 215:9
**Brolin** [1] - 155:24
**brought** [6] - 146:13, 156:25, 205:6, 227:24, 234:13, 238:4
**build** [5] - 144:5, 145:3, 147:5, 198:21, 202:19
**building** [9] - 153:14, 153:16, 155:16, 159:12, 159:16, 160:5, 165:24, 170:25, 199:10
**buildings** [1] - 197:7
**built** [2] - 203:22, 234:15
**bullet** [11] - 13:14, 13:15, 32:7, 32:10, 32:13, 32:16, 33:6, 33:7, 33:9, 33:18, 237:7
**bunch** [1] - 84:7
**business** [15] - 12:4, 26:17, 27:12, 27:13, 27:18, 30:3, 31:15, 41:16, 42:14, 63:7, 64:4, 74:23, 152:17, 203:12, 211:18
**businesses** [2] - 12:18, 12:19
**buy** [9] - 82:18, 82:23, 93:18, 94:3, 94:9, 94:21, 95:13,

220:2, 220:5
**buying** [2] - 83:2, 85:23
**BY** [139] - 2:7, 2:13, 2:17, 5:10, 35:23, 36:24, 37:7, 37:22, 38:25, 40:1, 41:1, 43:7, 44:18, 45:20, 46:25, 47:23, 52:6, 55:5, 56:7, 57:9, 57:17, 63:21, 64:19, 65:6, 67:2, 68:7, 68:18, 69:23, 70:17, 71:13, 72:5, 72:22, 73:14, 75:19, 76:18, 77:11, 79:9, 79:14, 79:17, 80:4, 80:16, 80:23, 81:12, 81:24, 82:2, 83:19, 84:21, 85:10, 85:25, 86:25, 87:9, 89:24, 90:14, 91:6, 91:19, 92:21, 93:16, 95:9, 96:6, 98:21, 98:25, 100:1, 105:24, 108:25, 110:3, 110:8, 110:13, 110:24, 111:15, 111:24, 118:24, 122:6, 126:22, 127:25, 129:1, 129:20, 130:7, 131:17, 133:14, 134:21, 135:5, 135:21, 136:12, 137:24, 139:10, 140:25, 141:10, 141:22, 142:4, 142:16, 143:5, 143:21, 145:11, 148:2, 149:4, 149:11, 150:17, 151:18, 155:9, 162:2, 165:3, 166:12, 170:5, 173:7, 174:17, 174:24, 186:20, 189:19, 192:19, 193:2, 195:8, 197:23, 200:14, 201:13, 202:6, 205:17, 206:24, 208:12, 211:12, 212:6, 213:15, 215:14, 216:11, 218:1, 218:22, 220:9, 221:5, 222:3, 222:13, 231:24, 233:6, 236:15, 238:21, 239:1, 239:15, 239:22, 240:16, 242:18

**C**

**CA** [2] - 2:10, 2:16
**California** [14] - 29:3, 41:14, 41:15, 44:8, 44:24, 45:9, 46:20, 48:9, 48:22, 49:17, 52:11, 54:22, 63:7, 63:9
**CALIFORNIA** [6] - 1:2, 1:19, 1:25, 5:1, 244:6, 244:10
**candidates** [1] - 234:24
**cannot** [3] - 113:21, 114:2, 194:11
**capacities** [1] - 182:12
**capacity** [46] - 180:14, 180:19, 180:22, 180:25, 181:1, 181:11, 181:13, 181:16, 181:21, 181:25, 182:7, 182:9, 182:16, 182:19, 182:25, 183:3, 183:4, 183:7, 183:13, 183:16, 183:19, 183:21, 183:23, 183:24, 184:2, 184:4, 184:8, 184:14, 184:25, 185:8, 185:10, 185:13, 185:16, 185:19, 185:21, 185:24, 186:5, 186:10, 186:24, 187:20, 192:8, 217:15, 217:17, 232:15
**capital** [2] - 199:3, 202:24
**Capital** [6] - 43:20, 43:22, 46:10, 222:19, 222:20, 222:25
**career** [2] - 143:16, 184:11
**Carolina** [1] - 170:23
**carrying** [1] - 49:12
**cars** [1] - 157:13
**cart** [1] - 159:16
**case** [36] - 49:19, 52:21, 57:22, 57:25, 58:4, 58:23, 59:20, 74:5, 74:8, 74:16, 82:13, 83:6, 83:8, 86:24, 87:16, 93:5, 98:8, 103:19, 110:5, 112:10, 113:14,

114:2, 118:7, 125:2, 147:17, 148:7, 148:19, 173:8, 180:2, 189:8, 190:2, 190:8, 210:3, 227:9, 243:1, 243:6
**cases** [2] - 182:24, 185:5
**cast** [16] - 198:21, 198:23, 198:24, 198:25, 199:4, 199:5, 199:10, 199:11, 199:24, 200:1, 200:7, 200:25, 202:19, 203:22, 204:2, 204:3
**catalog** [1] - 241:3
**caught** [1] - 114:21
**CBP** [21] - 82:7, 205:21, 205:25, 206:8, 207:16, 207:18, 207:23, 208:16, 209:25, 210:20, 211:8, 211:14, 212:21, 218:11, 219:3, 232:8, 232:10, 232:13, 233:14, 236:20, 236:21
**CC'd** [1] - 201:19
**Center** [9] - 170:8, 171:4, 171:9, 171:11, 171:17, 171:20, 175:22, 176:13, 184:12
**center** [5] - 171:13, 173:2, 191:12, 191:21, 191:24
**CENTRAL** [2] - 1:2, 244:9
**CEO** [6] - 43:21, 46:12, 66:23, 71:21, 199:20, 202:12
**certain** [7] - 96:11, 98:11, 104:1, 107:3, 164:2, 233:17, 239:21
**certainly** [2] - 193:1, 232:2
**CERTIFICATE** [1] - 244:2
**certificated** [1] - 44:10
**certification** [3] - 40:11, 44:2, 45:2
**CERTIFIED** [1] - 1:7
**certified** [5] - 40:9, 42:18, 45:11, 46:17, 47:16
**CERTIFY** [1] - 244:10
**cetera** [1] - 115:18,

131:21
**chain** [1] - 36:14
**chair** [2] - 193:24, 194:2
**chairing** [1] - 172:19
**Chairman** [4] - 21:10, 30:16, 34:17, 34:19
**chairman** [13] - 11:23, 11:25, 13:6, 17:3, 17:4, 23:5, 32:4, 34:23, 63:19, 97:1, 97:5, 99:14, 132:7
**chairman's** [1] - 12:25
**chance** [1] - 240:21
**Chang** [1] - 120:4
**change** [3] - 171:15, 199:17, 220:13
**changing** [1] - 137:16
**channel** [1] - 173:17
**characterize** [1] - 185:18
**charge** [7] - 62:25, 67:14, 158:1, 197:18, 205:4, 232:21, 232:22
**Charles** [5] - 211:15, 212:7, 212:8, 212:9, 213:5
**chart** [1] - 19:4
**check** [10] - 60:23, 66:22, 67:1, 92:13, 92:24, 95:11, 123:2, 123:12, 124:1, 157:3
**checks** [2] - 94:7, 122:23
**chemical** [1] - 217:6
**Cheng** [4] - 154:15, 198:9, 198:14
**CHERIAN** [1] - 2:17
**chief** [4] - 196:16, 198:19, 236:9, 236:11
**China** [201] - 6:2, 6:3, 6:16, 7:10, 8:15, 10:13, 10:15, 10:17, 10:24, 11:4, 11:7, 11:18, 12:4, 12:5, 13:8, 13:19, 14:14, 14:20, 15:13, 15:18, 17:21, 17:23, 18:9, 18:17, 19:1, 19:5, 19:10, 19:20, 20:15, 20:25, 21:2, 21:24, 22:9, 22:12, 22:13, 22:17, 24:20, 25:21, 25:23, 26:4, 26:5, 26:12, 26:17, 27:13, 27:14, 27:16, 28:16, 28:18, 29:17, 30:2,

30:4, 31:14, 32:12, 32:15, 32:18, 33:3, 33:10, 33:20, 60:3, 60:11, 60:14, 60:15, 61:1, 61:4, 61:8, 61:10, 61:14, 61:15, 61:18, 61:22, 61:25, 62:4, 62:6, 62:8, 62:10, 62:18, 62:21, 63:10, 63:20, 63:24, 64:1, 64:11, 64:17, 64:22, 64:24, 65:8, 66:2, 66:3, 68:21, 68:22, 68:25, 78:22, 79:18, 80:12, 80:18, 81:2, 81:10, 81:14, 82:5, 82:8, 82:16, 82:17, 82:18, 82:22, 82:25, 83:21, 83:22, 84:23, 85:12, 85:13, 86:11, 86:16, 87:7, 87:11, 87:17, 87:21, 88:13, 88:19, 89:1, 91:11, 91:23, 91:25, 92:1, 92:17, 92:23, 93:9, 93:18, 94:1, 94:3, 94:8, 94:17, 94:22, 95:13, 97:1, 98:2, 98:10, 101:25, 103:4, 107:24, 108:6, 108:15, 109:2, 119:3, 119:18, 119:22, 120:3, 120:16, 120:19, 120:21, 122:13, 122:16, 122:19, 122:20, 122:25, 123:5, 123:17, 123:22, 124:3, 124:8, 124:10, 125:13, 129:4, 129:11, 130:19, 131:4, 131:6, 131:11, 132:19, 132:21, 132:23, 133:6, 133:20, 133:23, 134:2, 134:17, 135:9, 137:1, 137:17, 138:2, 151:23, 152:10, 152:22, 153:1, 162:19, 163:12, 166:20, 166:24, 167:4, 200:4, 202:18, 204:13, 209:13, 210:3, 227:14, 227:16, 242:16
**Chinese** [9] - 30:24, 30:25, 41:4, 60:12, 61:4, 61:13, 94:2, 94:19, 102:23
**Chop** [1] - 60:1
**Chopp** [2] - 59:20,

125:8
**circumstances** [3] - 58:3, 107:25, 203:6
**City** [6] - 12:4, 48:23, 50:9, 54:12, 165:14, 165:15
**civil** [1] - 43:11
**claim** [3] - 29:19, 29:20, 230:9
**claimed** [1] - 178:10
**claims** [1] - 87:16
**clarification** [18] - 20:24, 20:25, 21:5, 21:9, 21:21, 22:24, 23:8, 26:3, 31:8, 31:21, 32:1, 32:20, 32:24, 34:22, 119:14, 119:17, 125:24, 204:7
**CLARIFICATION** [1] - 233:2
**clarify** [1] - 115:13
**clarifying** [1] - 124:7
**clarity** [4] - 17:12, 31:2, 48:7, 49:18
**classes** [1] - 170:11
**classification** [1] - 236:1
**classifications** [1] - 173:13
**cleaned** [1] - 156:1
**cleaning** [1] - 156:5
**clear** [7] - 6:25, 22:14, 24:18, 55:6, 60:7, 147:14, 204:2
**clearly** [1] - 202:23
**CLERK** [12] - 53:1, 118:15, 138:17, 139:1, 150:4, 150:12, 169:13, 169:20, 189:12, 194:18, 231:6, 231:14
**click** [1] - 130:16
**client** [38] - 62:17, 64:14, 80:11, 82:5, 82:17, 82:23, 83:23, 85:13, 86:3, 86:7, 86:10, 86:16, 87:3, 87:18, 87:22, 88:1, 88:10, 88:14, 88:20, 88:25, 89:8, 89:13, 93:8, 93:17, 94:3, 94:9, 94:21, 95:12, 107:25, 108:6, 108:15, 109:3, 119:11, 119:20, 119:23, 137:18, 138:3, 147:16
**clients** [5] - 6:10, 65:8, 102:24, 122:13, 125:25

**close** [5] - 8:17, 9:23, 15:17, 76:8, 114:16
**closed** [1] - 145:1
**closer** [1] - 169:25
**clothing** [1] - 151:9
**clue** [1] - 143:2
**co** [5] - 58:2, 59:20, 59:21, 93:25, 125:6
**co-authorized** [1] - 59:21
**co-case** [1] - 59:20
**co-lead** [3] - 58:2, 93:25, 125:6
**CODE** [1] - 244:11
**collapse** [1] - 186:7
**collapses** [1] - 181:15
**collapsing** [1] - 181:15
**colleague** [1] - 190:13
**college** [1] - 192:1
**coming** [13] - 14:7, 116:23, 129:22, 155:22, 162:11, 163:8, 169:9, 207:25, 225:10, 227:13, 228:13, 231:2
**Commerce** [4] - 210:2, 240:2, 240:9, 240:18
**commercial** [1] - 33:16
**committee** [9] - 99:11, 99:15, 99:21, 100:3, 101:14, 101:19, 102:16, 172:20, 192:13
**Committee** [2] - 12:1, 17:5
**committees** [1] - 192:10
**common** [8] - 175:6, 175:8, 175:11, 176:12, 183:25, 219:19, 241:22
**communicate** [10] - 15:1, 17:17, 26:13, 27:5, 29:9, 33:19, 36:3, 41:6, 41:20, 43:15
**communicated** [17] - 6:14, 7:7, 9:6, 13:17, 18:7, 25:22, 28:15, 29:13, 32:9, 34:10, 42:6, 202:16, 207:8, 208:25, 209:23, 214:7, 242:19
**communicating** [5] - 7:19, 13:6, 22:9,

31:13, 33:8

**companies** [37] - 10:8, 11:8, 16:16, 20:17, 21:18, 30:24, 35:6, 37:14, 60:7, 68:19, 69:1, 79:22, 79:24, 100:13, 100:17, 101:4, 101:6, 101:22, 103:3, 103:21, 120:15, 120:17, 120:18, 120:21, 120:24, 121:23, 125:15, 125:18, 129:23, 132:7, 151:7, 163:10, 176:4, 223:15, 223:19, 223:23, 241:22

**company** [143] - 5:12, 25:4, 31:5, 33:2, 35:4, 44:21, 48:20, 48:21, 50:24, 59:4, 60:12, 60:16, 60:19, 60:22, 61:5, 61:13, 61:18, 62:2, 62:4, 62:17, 64:11, 64:12, 64:17, 65:8, 67:8, 67:12, 67:14, 67:16, 67:20, 71:21, 74:9, 74:18, 74:21, 74:22, 76:4, 78:15, 78:18, 81:3, 82:17, 84:24, 88:20, 91:12, 91:23, 91:24, 92:4, 92:7, 92:9, 92:11, 94:2, 94:15, 94:16, 96:8, 96:16, 98:9, 98:10, 98:18, 99:19, 104:1, 104:9, 106:10, 106:13, 107:11, 108:5, 119:24, 121:2, 121:19, 122:13, 122:17, 122:20, 133:3, 134:11, 134:19, 134:23, 135:4, 135:7, 135:8, 135:9, 136:18, 137:2, 137:18, 138:2, 141:23, 145:12, 145:16, 145:23, 146:15, 146:23, 150:20, 152:19, 154:15, 158:25, 166:21, 166:22, 168:12, 168:16, 168:19, 168:22, 193:10, 195:15, 196:3, 196:11, 196:22, 199:23, 200:5, 202:22, 205:10, 209:3,

211:20, 212:11, 213:22, 214:10, 214:18, 216:24, 219:21, 220:24, 221:7, 222:17, 222:18, 223:9, 224:2, 224:3, 224:21, 224:24, 227:21, 227:22, 228:12, 227:23, 227:24, 228:4, 229:4, 229:7, 229:12, 229:25, 230:5, 232:19, 233:15, 234:25, 237:1, 237:15, 238:5, 238:7, 238:12, 241:24

**Company** [1] - 10:21

**company's** [3] - 25:9, 27:16, 134:5

**compared** [2] - 14:21, 14:25

**comparison** [1] - 76:7

**compete** [1] - 27:14

**competition** [1] - 31:15

**competitors** [1] - 178:21

**complaint** [2] - 34:14, 43:12

**completed** [3] - 209:25, 210:11, 220:14

**complex** [1] - 68:15

**comply** [1] - 98:12

**composites** [1] - 176:9

**compound** [2] - 85:15, 135:11

**comprised** [2] - 6:17, 19:11

**concealed** [1] - 59:14

**concentrate** [1] - 104:14

**concentrating** [1] - 97:10

**concept** [2] - 176:17, 176:21

**concern** [2] - 59:22, 230:9

**concerning** [1] - 34:15

**conclude** [1] - 80:5

**concluded** [1] - 226:10

**CONCLUDED** [1] - 243:8

**Conclusion** [2] - 31:9, 31:12

**conclusion** [5] - 63:22, 90:1, 113:1, 209:1, 240:7

**conclusions** [3] - 189:24, 190:2, 190:5

**condition** [1] - 187:24

**conditions** [5] - 8:25, 9:2, 9:4, 16:1, 42:10

**conduct** [6] - 48:10, 173:9, 207:16, 207:18, 233:23, 239:24

**conducted** [6] - 48:4, 79:1, 109:6, 176:3, 207:24, 236:22

**conducting** [2] - 205:21, 237:8

**conduction** [1] - 171:14

**conducts** [1] - 192:4

**conference** [6] - 156:6, 235:21, 238:2, 242:1, 242:14

**CONFERENCE** [1] - 244:16

**confirm** [2] - 108:14, 124:5

**confirmed** [2] - 26:15, 34:23

**confirming** [1] - 99:18

**confirms** [1] - 207:13

**CONFORMANCE** [1] - 244:15

**connected** [4] - 22:13, 25:3, 31:4, 44:23

**connection** [8] - 27:23, 34:18, 39:5, 44:21, 129:12, 144:2, 166:19, 167:4

**consider** [2] - 147:4, 177:20

**considerably** [1] - 89:22

**consideration** [1] - 7:21

**consist** [2] - 209:5, 212:24

**consisted** [1] - 22:20

**consistently** [1] - 31:14

**consists** [1] - 34:1

**constructed** [1] - 178:1

**construction** [2] - 197:5, 200:7

**consulting** [2] - 101:4, 132:6

**contact** [7] - 124:19, 165:7, 210:19, 211:8, 211:14, 236:4, 236:12

**contain** [2] - 119:10, 179:10

**contained** [1] - 104:4

**containers** [4] - 41:22, 41:24, 151:23, 203:8

**context** [1] - 96:20

**continue** [4] - 5:8, 117:8, 118:21, 224:15

**continued** [1] - 228:7

**continuing** [1] - 142:12

**contract** [4] - 51:1, 54:22, 55:12, 55:24

**contracted** [2] - 55:9, 64:1

**control** [9] - 8:17, 8:18, 15:19, 34:24, 62:4, 66:13, 199:22, 216:24

**controlled** [12] - 7:9, 9:10, 26:16, 29:4, 29:10, 30:16, 63:18, 64:5, 79:24, 79:25, 198:7, 198:8

**controller** [7] - 195:13, 195:22, 198:18, 209:20, 210:22, 224:6, 236:10

**controls** [1] - 236:24

**conversation** [2] - 121:17, 124:24

**conveyed** [2] - 161:23, 162:3

**convinced** [2] - 112:20, 112:24

**cooperation** [1] - 94:18

**coordinator** [1] - 210:16

**copies** [6] - 53:19, 54:23, 55:25, 57:3, 206:16, 213:7

**copy** [6] - 38:8, 38:20, 39:18, 40:9, 213:25, 216:3

**COPY** [1] - 1:7

**Core** [1] - 12:18

**core** [2] - 12:19, 211:18

**corner** [3] - 158:10, 158:19, 160:10

**corporate** [8] - 60:5, 60:11, 73:20, 96:21, 102:23, 102:25, 166:17, 166:23

**corporation** [5] -

63:2, 63:6, 63:10, 70:15, 102:1

**corporations** [2] - 64:3, 64:9

**CORRECT** [1] - 244:12

**correct** [347] - 5:15, 5:18, 7:3, 8:13, 9:1, 10:10, 10:19, 10:25, 11:17, 11:24, 12:7, 12:12, 12:22, 13:2, 13:23, 14:8, 15:5, 15:11, 15:16, 15:23, 16:2, 16:9, 17:6, 17:9, 17:14, 17:25, 18:21, 19:2, 19:7, 19:14, 20:3, 20:17, 20:20, 21:2, 21:16, 22:16, 22:18, 23:3, 23:7, 23:24, 24:2, 24:17, 25:19, 26:1, 26:10, 27:7, 27:19, 28:11, 29:5, 29:8, 30:8, 30:18, 31:6, 32:5, 33:3, 33:17, 34:2, 34:6, 35:5, 35:8, 35:11, 35:16, 36:10, 38:5, 39:3, 41:4, 42:22, 42:24, 43:2, 43:10, 43:13, 43:25, 44:9, 44:22, 44:25, 45:3, 45:10, 46:2, 46:6, 46:11, 46:13, 46:19, 47:2, 47:13, 49:20, 50:14, 50:17, 52:11, 53:16, 54:5, 54:15, 55:10, 55:20, 56:9, 56:18, 56:24, 57:11, 57:23, 58:5, 58:20, 58:23, 58:24, 59:2, 59:3, 59:6, 59:7, 59:10, 59:15, 59:16, 59:19, 59:25, 60:16, 60:17, 60:19, 61:2, 61:3, 61:6, 61:7, 61:9, 61:12, 61:16, 61:20, 61:23, 62:18, 62:22, 65:12, 68:23, 69:6, 69:7, 70:3, 70:8, 70:18, 70:19, 70:23, 71:22, 72:2, 72:8, 72:16, 72:17, 73:24, 74:14, 74:18, 74:19, 74:22, 75:6, 75:12, 76:8, 77:5, 77:13, 77:14, 77:17, 77:21, 77:22, 78:13, 78:15, 78:16, 78:18, 78:19, 81:4, 82:19, 82:24, 83:24, 87:22, 91:12, 91:13, 91:21, 91:25,

92:1, 92:17, 93:19,
94:4, 96:17, 96:18,
97:6, 98:12, 99:24,
100:3, 100:4, 100:10,
100:18, 100:19,
101:6, 101:15,
101:17, 101:22,
101:23, 102:14,
102:17, 102:18,
102:20, 102:21,
103:5, 103:6, 104:15,
105:9, 106:10,
106:11, 106:13,
106:25, 107:11,
107:19, 107:20,
108:16, 109:4, 119:3,
119:4, 119:6, 119:18,
120:3, 120:6, 120:10,
120:11, 120:13,
120:14, 122:9,
122:10, 122:14,
122:23, 122:24,
123:3, 123:9, 123:18,
123:19, 123:23,
124:17, 125:1,
125:19, 126:2,
126:12, 127:6,
127:11, 127:14,
128:16, 128:20,
128:21, 129:24,
130:11, 130:20,
130:23, 132:4,
132:25, 133:4,
133:25, 134:6,
134:23, 136:23,
137:3, 137:14,
137:19, 141:5,
144:18, 144:23,
145:14, 145:15,
146:23, 146:24,
147:2, 147:8, 147:17,
147:23, 148:8,
148:11, 148:13,
148:15, 148:18,
149:16, 152:12,
152:24, 153:2,
153:25, 154:21,
158:2, 160:19,
161:13, 161:17,
162:24, 164:8,
164:19, 165:23,
165:24, 167:5, 168:5,
168:7, 171:19,
173:11, 177:10,
180:11, 180:24,
181:19, 182:5,
182:22, 184:6, 184:9,
185:14, 185:17,
187:1, 187:5, 187:7,
187:8, 187:18, 188:2,
188:5, 188:12,

188:19, 188:22,
188:23, 189:1, 191:3,
191:17, 191:19,
192:15, 193:8,
193:20, 193:22,
193:23, 194:1, 194:3,
223:4, 223:16,
223:21, 223:25,
224:4, 225:5, 225:12,
225:15, 225:21,
225:22, 226:7,
226:11, 227:10,
227:14, 227:19,
228:5, 228:11,
228:15, 228:21,
229:1, 229:5, 229:9,
229:18, 229:22,
230:1, 230:5, 233:16,
234:20, 235:25
  **correction** [6] - 6:23,
53:13, 85:19, 87:13,
121:13, 136:2
  **corrections** [1] -
117:24
  **correctly** [1] - 165:21
  **correspondences**
[2] - 206:17, 210:14
  **cost** [4] - 71:5, 76:9,
179:15, 216:17
  **costs** [1] - 131:20
  **counsel** [18] - 5:8,
53:7, 65:5, 84:25,
91:5, 114:17, 115:8,
118:21, 121:15,
133:12, 139:7, 155:6,
164:25, 170:2,
189:17, 195:5,
230:19, 231:21
  **COUNSEL** [1] - 2:5
  **Counsel** [12] - 38:15,
79:16, 80:20, 81:22,
83:7, 83:18, 96:3,
141:21, 149:23,
155:4, 174:16, 202:1
  **count** [1] - 181:11
  **counter** [1] - 33:21
  **counterparties** [1] -
33:12
  **counterparts** [2] -
82:7, 110:1
  **Countervailing** [7] -
167:8, 213:24,
214:20, 215:6, 226:2,
237:12, 240:5
  **countries** [4] - 6:10,
61:15, 61:22, 62:5
  **country** [2] - 113:8,
147:16
  **County** [2] - 48:15,
165:14

**COUNTY** [1] - 244:4
  **couple** [3] - 113:18,
147:3, 152:6
  **course** [15] - 27:17,
62:16, 88:24, 90:2,
103:14, 103:18,
104:2, 115:22, 122:7,
122:11, 135:6,
158:25, 193:3, 193:5,
193:13
  **COURT** [206] - 1:1,
1:24, 5:5, 35:21,
36:18, 36:23, 37:2,
37:6, 37:21, 38:15,
38:21, 38:23, 39:14,
39:20, 39:25, 40:18,
40:21, 40:24, 43:5,
44:16, 45:18, 46:23,
47:21, 52:4, 52:18,
53:3, 53:24, 55:3,
56:5, 57:7, 57:14,
63:16, 64:15, 65:4,
66:21, 68:17, 69:12,
69:18, 69:22, 70:6,
70:11, 71:9, 72:20,
73:12, 73:16, 75:1,
75:17, 76:16, 77:9,
79:2, 79:8, 79:16,
79:19, 80:1, 80:15,
80:20, 80:22, 81:7,
81:19, 81:22, 82:1,
83:7, 83:25, 84:4,
84:13, 84:19, 84:25,
85:16, 85:18, 85:20,
85:24, 86:19, 87:5,
89:18, 90:12, 90:21,
91:1, 91:18, 92:20,
93:12, 93:15, 94:25,
95:5, 95:15, 95:19,
96:2, 98:20, 99:22,
105:19, 105:21,
105:23, 108:19,
109:22, 110:7,
110:15, 110:20,
110:22, 111:7,
111:10, 111:14,
111:22, 112:6,
112:18, 115:4, 115:8,
115:15, 115:23,
116:18, 118:17,
122:2, 126:20,
127:20, 127:24,
128:24, 129:15,
130:6, 131:12,
131:16, 133:12,
134:20, 134:25,
135:2, 135:12,
135:20, 135:25,
136:4, 137:22,
138:10, 138:12,
139:5, 139:7, 140:24,

141:9, 141:13, 142:2,
142:13, 142:22,
142:25, 143:3,
143:19, 145:9,
147:25, 149:2,
149:10, 149:14,
149:19, 149:21,
149:25, 151:17,
154:4, 155:6, 162:1,
164:22, 164:25,
169:2, 169:4, 169:8,
169:25, 173:6,
174:15, 174:21,
186:17, 189:5,
189:14, 192:18,
192:23, 193:1, 194:6,
194:8, 194:10,
194:13, 194:25,
195:5, 197:22, 201:9,
202:1, 202:5, 206:22,
208:9, 211:11,
213:13, 216:9,
218:20, 221:3,
222:11, 230:19,
230:21, 230:23,
231:1, 231:21,
236:14, 237:22,
238:18, 238:20,
238:25, 239:5,
239:12, 239:20,
240:8, 240:12,
240:14, 242:12,
242:24, 244:8, 244:9,
244:21
  **Court** [9] - 49:16,
111:11, 115:6,
116:15, 138:22,
150:8, 169:16,
194:21, 231:10
  **court** [2] - 46:17,
219:20
  **COURTHOUSE** [1] -
2:9
  **courtroom** [3] - 89:5,
110:9, 112:16
  **cover** [1] - 228:25
  **covering** [1] - 231:15
  **COVID** [2] - 113:25,
116:11
  **CR** [1] - 1:8
  **create** [4] - 162:17,
164:11, 165:16,
186:14
  **created** [1] - 93:2
  **creation** [1] - 172:16
  **criminal** [1] - 103:19
  **critical** [1] - 60:25
  **criticizing** [1] -
117:17
  **CROSS** [10] - 3:3,

57:16, 118:23, 122:4,
133:13, 145:10,
148:1, 165:2, 186:19,
222:12
  **cross** [10] - 57:15,
84:6, 122:3, 129:21,
133:12, 145:9,
147:25, 164:23,
186:17, 222:11
  **cross-examination**
[3] - 57:15, 129:21,
133:12
  **CROSS-**
**EXAMINATION**[9] -
57:16, 118:23, 122:4,
133:13, 145:10,
148:1, 165:2, 186:19,
222:12
  **cross-examining** [1]
- 84:6
  **crossed** [1] - 118:11
  **CSR** [2] - 1:23,
244:20
  **current** [2] - 172:17,
193:18
  **custody** [1] - 50:21
  **custom** [3] - 147:5,
162:13, 163:17
  **customer** [5] - 8:3,
16:7, 162:13, 162:16,
162:25
  **Customer** [1] -
220:22
  **customer's** [1] -
151:25
  **customer-based** [1]
- 162:16
  **customers** [7] -
18:10, 18:12, 26:6,
36:9, 36:10, 185:23,
186:11
  **customers'** [1] - 8:2
  **customized** [2] -
162:25, 163:16
  **Customs** [25] -
82:11, 109:15, 110:1,
111:1, 111:3, 111:20,
131:20, 163:22,
205:11, 205:21,
206:18, 213:17,
214:14, 214:23,
214:24, 215:8, 219:7,
226:9, 229:18, 230:7,
230:9, 230:13, 232:5,
232:7, 240:10
  **customs** [1] - 109:14
  **cut** [2] - 49:4, 188:6
  **CZW** [52] - 5:11, 6:8,
7:1, 7:18, 8:11, 10:3,
10:7, 11:23, 12:10,

12:23, 13:1, 14:3, 14:6, 14:10, 14:19, 15:1, 16:19, 17:3, 17:8, 17:11, 17:17, 18:12, 18:22, 20:5, 21:13, 21:17, 22:25, 23:6, 23:17, 23:23, 24:9, 25:7, 25:17, 25:22, 27:22, 29:1, 29:6, 29:9, 29:21, 29:24, 30:7, 30:15, 31:12, 31:20, 32:4, 32:9, 32:20, 33:8, 33:19, 34:17, 34:21, 36:3

**CZW's** [9] - 5:22, 18:16, 21:6, 26:25, 28:4, 28:20, 30:22, 31:3

# D

**DA** [9] - 25:8, 26:21, 27:25, 28:15, 28:25, 29:19, 30:11, 30:14, 30:25
**Dalian** [2] - 152:21, 153:1
**damaging** [1] - 182:15
**Dan** [2] - 138:15, 189:21
**Daniel** [2] - 139:4, 141:7
**dark** [1] - 115:2
**data** [1] - 238:9
**date** [25] - 8:22, 22:1, 22:2, 23:8, 23:10, 23:19, 24:20, 32:1, 32:2, 32:23, 32:25, 34:7, 38:6, 38:7, 44:12, 44:13, 45:13, 60:25, 161:9, 200:20, 207:6, 208:21, 221:24, 221:25, 233:10
**DAY** [1] - 1:17
**days** [3] - 114:5, 115:20
**DC** [1] - 2:18
**deal** [2] - 163:23, 227:17
**dealing** [1] - 102:12, 210:3, 227:15
**dealings** [4] - 10:1, 26:17, 27:12, 27:13
**dealt** [4] - 154:22, 163:24, 165:15, 227:18

**December** [13] - 27:6, 28:2, 28:9, 40:8, 132:15, 203:21, 205:14, 207:6, 207:14, 223:12, 233:11, 233:25, 234:4
**decided** [1] - 165:19
**decision** [4] - 42:15, 82:16, 82:22, 113:19
**decisions** [1] - 117:19
**declarant** [3] - 43:8, 45:22, 47:1
**declaration** [10] - 40:6, 40:7, 40:9, 41:6, 41:9, 42:18, 44:6, 44:10, 45:7, 46:16
**declarations** [1] - 47:10
**declare** [1] - 41:13
**declared** [1] - 213:24
**declined** [3] - 128:9, 128:11, 128:15
**decrease** [3] - 74:10, 74:13, 82:10
**deed** [1] - 47:16
**deep** [12] - 6:17, 12:20, 13:11, 13:12, 13:18, 15:4, 17:13, 17:14, 17:16, 17:18, 18:13, 19:11
**deep-processed** [8] - 6:17, 15:4, 17:13, 17:14, 17:16, 17:18, 18:13, 19:11
**DEFENDANT** [1] - 2:12
**DEFENDANTS** [1] - 1:14
**defendants** [6] - 40:17, 40:19, 57:24, 57:25, 129:3, 129:13
**defer** [2] - 80:13, 82:11
**define** [1] - 24:25
**defined** [2] - 8:16, 25:3
**defines** [4] - 8:1, 24:9, 24:12, 24:15
**definitely** [1] - 238:7
**definition** [11] - 7:20, 8:12, 8:15, 9:18, 15:14, 19:23, 24:3, 24:7, 24:19, 68:12, 68:15
**definitions** [2] - 24:14, 31:3
**degree** [2] - 140:2, 170:19
**degrees** [2] - 56:11,

144:21
**Delair** [1] - 196:21
**Delaware** [2] - 63:6, 63:9
**delayed** [1] - 229:15
**delegation** [3] - 172:18, 193:19, 193:22
**delivered** [2] - 8:2, 29:2
**demand** [1] - 15:9
**denied** [3] - 25:7, 226:14, 226:16
**deny** [4] - 29:6, 29:21, 229:11, 229:15
**Department** [4] - 210:2, 240:2, 240:9, 240:17
**department** [2] - 190:24, 191:1
**depict** [2] - 52:10, 53:11, 54:3, 54:6, 54:19, 56:19
**depicted** [4] - 13:3, 47:12, 51:22, 55:14
**depicting** [1] - 53:12
**depiction** [1] - 153:20
**depth** [1] - 138:6
**describe** [5] - 144:1, 159:7, 162:10, 162:12, 203:6
**described** [2] - 23:11, 187:19
**describing** [1] - 186:24
**description** [1] - 241:4
**Design** [9] - 170:9, 171:4, 171:10, 171:11, 171:17, 171:21, 175:23, 176:14, 184:12
**design** [10] - 170:11, 171:25, 172:18, 176:11, 176:18, 177:25, 191:13, 192:21, 193:3, 193:5
**designate** [1] - 114:2
**designed** [5] - 144:3, 185:21, 186:3, 187:17, 188:24
**designing** [1] - 192:6
**designs** [1] - 176:2
**detail** [1] - 96:8
**details** [2] - 96:12, 126:10
**determination** [2] - 137:23, 240:3
**determine** [16] -

48:19, 51:3, 63:5, 89:14, 90:17, 107:23, 108:5, 109:19, 135:22, 136:15, 181:11, 183:2, 210:1, 233:17, 234:18, 236:23
**determined** [2] - 64:4, 227:6
**determining** [1] - 235:25
**devastating** [1] - 74:21
**developed** [2] - 173:2, 240:1
**Development** [7] - 12:1, 17:4, 123:20, 123:23, 124:11, 160:10, 168:12
**development** [1] - 31:18
**DEVELOPMENT** [1] - 1:11
**DH** [1] - 235:3
**DHS** [2] - 234:11, 235:4
**dial** [1] - 83:16
**die** [3] - 115:19, 162:17, 171:15
**dies** [1] - 115:21
**different** [14] - 100:13, 100:17, 103:23, 127:21, 158:1, 163:5, 166:23, 175:23, 176:2, 176:4, 176:6, 180:19, 180:20, 223:18
**difficult** [2] - 182:15, 229:14
**dime** [3] - 79:11, 80:10, 95:12
**dimension** [3] - 175:7, 175:8, 241:2
**dimensions** [2] - 174:9, 174:10
**DIRECT** [6] - 3:3, 5:9, 139:9, 170:4, 195:7, 231:23
**direct** [5] - 68:4, 126:24, 127:19, 158:9, 205:8
**directed** [1] - 207:1
**directly** [3] - 123:22, 124:10, 215:22
**director** [24] - 11:22, 34:4, 97:7, 97:14, 101:10, 101:20, 102:7, 102:17, 103:8, 170:8, 171:3, 171:6, 191:16, 191:19,

201:17, 202:8, 206:4, 209:20, 232:4, 232:25, 233:5, 235:11, 235:12, 235:16
**director's** [1] - 96:23
**directors** [16] - 34:3, 96:25, 97:11, 97:16, 97:20, 97:24, 99:2, 99:4, 99:6, 100:8, 100:10, 103:14, 103:20, 120:5, 120:9, 120:10
**disadvantages** [2] - 178:19, 178:22
**disassemble** [3] - 166:1, 166:5, 166:7
**disassembled** [1] - 166:9
**discipline** [1] - 31:15
**disclosed** [3] - 11:4, 21:18, 165:22
**discloses** [1] - 129:11
**Disclosure** [1] - 220:22
**discuss** [5] - 52:21, 112:9, 161:10, 189:7, 243:1
**discussed** [3] - 57:22, 165:8, 190:8
**discussion** [1] - 60:3
**discussions** [1] - 98:7
**disembarkation** [2] - 204:10, 204:12
**disposed** [1] - 28:8
**dissembled** [1] - 128:19
**distributing** [1] - 41:16
**distribution** [14] - 81:16, 151:1, 151:3, 151:5, 151:21, 152:13, 154:14, 154:19, 158:22, 159:17, 160:13, 160:20, 163:3, 163:16
**distributor** [4] - 30:2, 73:1, 81:4, 88:21
**DISTRICT** [5] - 1:1, 1:2, 1:4, 244:9, 244:10
**divided** [1] - 183:5
**DIVISION** [1] - 1:2
**division** [2] - 154:17, 154:18
**DO** [1] - 244:10
**Doctor** [1] - 186:21
**document** [24] -

23:13, 40:3, 40:5,
69:25, 70:14, 80:8,
95:10, 104:2, 212:17,
212:19, 215:18,
220:10, 220:14,
220:16, 220:21,
221:25, 226:2, 226:4,
226:5, 233:8, 236:17,
241:5, 241:10, 241:13
    **documentary** [1] -
137:25
    **documentation** [5] -
66:16, 204:10,
226:15, 227:1, 227:2
    **documents** [42] -
58:15, 61:1, 64:3,
65:25, 66:5, 66:8,
66:25, 67:1, 69:17,
69:18, 69:21, 70:1,
70:2, 70:5, 78:11,
78:20, 79:4, 79:6,
87:2, 87:15, 89:2,
89:5, 89:7, 93:2, 93:4,
93:22, 94:1, 95:6,
95:16, 97:8, 109:8,
119:1, 119:2, 121:8,
121:16, 122:9,
124:25, 213:8,
225:24, 227:3, 227:4,
229:16
    **dollars** [8] - 79:21,
87:14, 94:10, 94:12,
109:2, 137:9, 146:19,
224:14
    **domain** [3] - 17:7,
134:2, 136:16
    **domestic** [1] -
163:10
    **done** [8] - 59:8,
59:10, 90:16, 143:23,
148:16, 149:8,
164:16, 164:17
    **doors** [2] - 159:14
    **double** [3] - 60:23,
66:22, 124:1
    **double-check** [3] -
60:23, 66:22, 124:1
    **Doubleday** [8] -
43:1, 43:12, 43:18,
122:21, 123:1,
155:13, 158:10,
168:20
    **DOUBLEDAY** [1] -
1:11
    **dough** [2] - 162:20,
162:21
    **down** [57] - 8:6, 9:17,
10:20, 12:8, 12:16,
14:1, 14:15, 20:9,
20:11, 21:4, 23:17,

25:12, 27:20, 31:25,
43:14, 45:6, 48:17,
68:2, 71:14, 74:23,
76:4, 76:12, 77:12,
100:6, 100:7, 101:8,
105:5, 113:7, 130:17,
132:1, 132:9, 136:24,
138:12, 138:13,
144:19, 149:21,
154:3, 154:4, 154:7,
154:9, 154:9, 156:16,
156:18, 167:12,
169:4, 183:6, 194:8,
202:13, 205:24,
208:15, 209:17,
213:2, 218:10, 221:9,
230:23, 236:16
    **downloaded** [4] -
20:24, 21:2, 21:6,
21:7
    **Dr** [15] - 170:6,
173:4, 173:8, 174:19,
189:20, 189:23,
190:1, 190:10,
190:16, 192:5,
192:20, 193:4, 193:6,
193:21, 194:2
    **drafting** [1] - 60:1
    **draw** [2] - 128:4,
226:3
    **drawn** [1] - 91:8
    **drew** [1] - 91:17
    **Drive** [1] - 46:19
    **driver** [1] - 17:23
    **dropped** [2] - 76:12,
76:20
    **dual** [1] - 170:19
    **due** [1] - 42:10
    **dumping** [2] - 209:3,
234:12
    **durability** [1] - 149:5
    **duration** [1] - 113:22
    **During** [2] - 25:16,
170:24
    **during** [34] - 25:21,
28:1, 56:21, 59:10,
59:12, 64:1, 78:10,
89:10, 90:2, 97:24,
97:25, 101:14,
103:14, 103:18,
104:9, 111:21, 120:9,
122:7, 126:16, 127:3,
127:7, 152:9, 154:1,
154:25, 156:14,
165:25, 183:10,
198:18, 224:24,
226:13, 230:3,
234:23, 238:2, 241:25
    **Duties** [8] - 207:12,
210:2, 214:20, 215:6,

226:2, 233:20,
237:13, 240:5
    **duties** [5] - 59:18,
59:24, 81:9, 131:20,
151:22
    **duty** [16] - 76:12,
76:22, 81:1, 109:19,
111:25, 112:2,
145:20, 146:3, 146:5,
147:7, 147:9, 147:10,
160:23, 217:8
    **Duty** [5] - 167:8,
213:24, 214:13,
227:9, 227:12
    **dying** [2] - 113:5,
113:6
    **dynamic** [10] -
180:23, 181:20,
181:22, 181:23,
181:24, 182:2,
182:20, 183:13,
185:5, 185:12

# E

    **e-mail** [42] - 35:10,
35:13, 36:1, 36:5,
36:14, 36:22, 36:25,
37:8, 37:20, 39:1,
130:2, 130:9, 130:12,
130:14, 130:17,
130:18, 131:4,
131:11, 131:23,
132:2, 132:5, 132:10,
132:13, 132:19,
133:9, 135:24,
136:16, 200:17,
200:20, 200:22,
201:24, 202:14,
205:25, 208:16,
208:21, 218:2, 218:5,
218:8, 218:24, 219:1
    **e-mails** [7] - 133:5,
133:8, 136:19, 137:1,
137:10, 200:25, 201:3
    **early** [2] - 41:7, 48:11
    **earn** [1] - 14:10
    **earned** [2] - 6:4,
78:21
    **easily** [2] - 178:24,
187:17
    **education** [4] -
139:24, 170:18,
210:24, 211:2
    **effect** [1] - 242:8
    **effective** [1] - 216:18
    **effort** [1] - 167:17
    **efforts** [2] - 15:3,
228:19

    **eight** [1] - 114:5
    **either** [10] - 52:14,
78:22, 80:11, 117:16,
141:19, 152:25,
188:9, 229:11, 236:2,
238:14
    **electric** [1] - 159:16
    **ELMO** [1] - 60:8
    **embedded** [2] -
208:3, 208:6
    **emeritus** [2] -
190:22, 190:25
    **employed** [4] -
105:3, 168:16,
168:19, 168:22
    **employee** [4] -
135:23, 200:23,
210:18, 212:9
    **employees** [9] -
58:8, 58:9, 58:11,
134:3, 134:5, 134:10,
134:17, 200:18, 225:1
    **employment** [1] -
199:17
    **enacted** [1] - 82:9
    **encounter** [2] -
197:10, 197:13
    **end** [12] - 113:16,
116:3, 117:6, 117:14,
164:6, 183:20,
223:20, 225:3, 227:5,
232:12, 232:16,
232:18
    **ended** [1] - 108:21
    **enforcement** [1] -
94:18
    **engaging** [1] - 118:3
    **engineer** [7] - 102:4,
139:22, 140:3,
140:12, 141:4, 200:9
    **engineering** [14] -
139:12, 139:25,
140:2, 140:6, 140:9,
170:12, 170:20,
170:24, 170:25,
172:24, 173:5,
186:13, 200:1
    **engineers** [1] -
140:10
    **entail** [1] - 50:19
    **enter** [1] - 112:3
    **entered** [1] - 26:9
    **Enterprises** [3] -
71:3, 75:13, 78:1
    **entire** [3] - 28:8,
113:22, 154:1
    **entities** [11] - 9:7,
11:10, 25:2, 26:15,
29:2, 29:10, 30:16,
31:4, 42:4, 125:20,

134:16
    **ENTITLED** [1] -
244:14
    **entitled** [3] - 59:18,
59:23
    **entity** [15] - 8:24,
9:10, 9:14, 9:15, 9:16,
10:1, 15:25, 61:24,
102:5, 123:8, 134:14,
134:18, 137:7,
168:14, 196:4
    **entourage** [1] -
156:10
    **entrance** [5] -
235:21, 238:2, 242:1,
242:14
    **entries** [4] - 209:2,
209:4, 209:5, 240:10
    **entry** [4] - 176:19,
177:12, 237:4, 240:11
    **equipment** [10] -
33:11, 177:5, 179:2,
185:6, 199:2, 199:11,
209:8, 209:14,
209:15, 227:17
    **equity** [3] - 26:22,
27:2, 27:6
    **Eric** [1] - 126:4
    **Ernst** [2] - 100:23,
101:2
    **ESQUIRE** [3] - 2:13,
2:14, 2:17
    **essentially** [1] -
25:11
    **established** [3] -
191:14, 191:15,
191:18
    **et** [2] - 115:18,
131:21
    **evaluation** [1] -
171:14
    **evening** [1] - 116:13
    **event** [1] - 228:3
    **eventually** [4] - 29:2,
155:10, 158:6, 223:14
    **evidence** [43] -
39:22, 40:15, 45:17,
47:20, 57:6, 58:22,
62:23, 71:7, 71:8,
71:10, 71:12, 72:12,
72:19, 73:11, 73:16,
74:24, 75:16, 77:8,
80:19, 82:13, 83:12,
92:19, 93:11, 94:24,
123:5, 123:16,
123:18, 123:21,
128:18, 130:1, 130:4,
132:1, 132:17,
134:24, 135:11,
137:17, 137:25,

144:7, 149:2, 153:4, 166:11, 233:8, 241:9
**exact** [2] - 126:14, 191:8
**exactly** [6] - 50:20, 106:3, 175:2, 179:11, 183:10, 183:11
**EXAMINATION** [15] - 5:9, 57:16, 118:23, 122:4, 128:25, 133:13, 139:9, 145:10, 148:1, 165:2, 170:4, 186:19, 195:7, 222:12, 231:23
**examination** [3] - 57:15, 129:21, 133:12
**examine** [1] - 147:15
**examined** [1] - 79:5
**examining** [2] - 84:6
**example** [6] - 20:2, 151:6, 186:1, 186:2, 197:4, 216:17
**examples** [2] - 9:2, 17:14
**exceed** [1] - 185:25
**exceeded** [2] - 182:24, 183:4
**except** [2] - 212:2, 213:5
**exception** [5] - 234:19, 239:8, 239:9, 239:14, 239:17
**exchange** [11] - 23:21, 24:21, 61:2, 61:14, 61:19, 91:20, 91:22, 98:11, 98:23, 100:14, 103:5
**excluded** [1] - 239:14
**excuse** [1] - 127:14
**excused** [6] - 113:9, 113:11, 149:23, 169:5, 194:11, 230:24
**execute** [1] - 50:12
**executed** [1] - 50:19
**execution** [1] - 56:21
**executive** [6] - 11:22, 34:2, 96:23, 97:7, 99:2, 196:16
**exhibit** [10] - 5:19, 5:25, 53:14, 53:17, 54:19, 55:19, 105:19, 105:21, 131:10, 216:1
**Exhibit** [169] - 5:20, 5:21, 6:7, 6:13, 6:24, 7:11, 7:24, 8:6, 10:2, 10:11, 11:1, 11:2, 11:13, 12:8, 12:24, 13:13, 13:24, 14:2, 14:16, 15:12, 16:4,

16:11, 16:19, 17:7, 17:10, 18:1, 18:6, 18:15, 19:15, 20:4, 20:9, 20:11, 21:4, 21:12, 21:22, 22:23, 23:12, 24:5, 25:5, 25:12, 25:14, 26:2, 26:3, 26:11, 26:20, 27:20, 28:13, 28:24, 29:13, 30:9, 31:11, 31:24, 32:6, 32:19, 33:5, 33:24, 34:7, 35:1, 35:9, 35:18, 35:22, 36:12, 37:24, 39:11, 39:24, 40:15, 40:25, 43:4, 43:6, 44:4, 44:15, 44:17, 45:17, 45:19, 45:21, 46:15, 46:22, 46:24, 47:10, 47:12, 47:15, 47:20, 47:22, 51:14, 51:17, 52:3, 52:5, 52:12, 52:17, 53:10, 53:23, 53:25, 54:17, 54:20, 55:2, 55:4, 55:17, 55:22, 56:4, 56:6, 56:16, 57:6, 57:8, 67:24, 70:9, 71:7, 72:10, 72:18, 72:21, 73:9, 73:11, 73:13, 75:2, 75:8, 75:15, 75:18, 77:7, 77:10, 95:23, 105:22, 129:25, 131:2, 131:12, 131:14, 131:25, 132:17, 133:15, 144:6, 153:4, 153:5, 153:9, 153:13, 153:20, 156:13, 158:4, 158:5, 159:5, 159:25, 160:8, 160:18, 164:5, 166:11, 166:14, 200:13, 201:6, 201:10, 205:16, 206:23, 206:25, 208:15, 212:5, 212:14, 213:11, 213:14, 215:11, 215:16, 216:8, 216:10, 217:23, 218:18, 218:21, 220:7, 221:2, 221:4, 233:7, 241:8
**exhibits** [2] - 65:20, 144:20
**exotic** [1] - 157:13
**expand** [1] - 15:3
**expansion** [2] - 204:3, 209:9

**expectations** [1] - 185:25
**expected** [1] - 9:25
**expenditure** [2] - 199:3, 202:24
**expenditures** [2] - 228:20, 228:22
**expenses** [2] - 12:14, 104:8
**expensive** [2] - 179:3, 179:13
**experience** [9] - 102:22, 151:4, 163:15, 163:19, 179:18, 192:5, 192:21, 210:25, 211:2
**expert** [12] - 67:6, 80:14, 82:12, 90:3, 115:1, 141:7, 141:14, 144:24, 148:12, 148:14, 173:4, 205:6
**expertise** [6] - 142:21, 178:6, 192:21, 214:14, 214:22, 215:8
**experts** [2] - 90:5, 90:19
**explain** [2] - 176:21, 214:18
**explanation** [1] - 30:8
**explicit** [1] - 136:14
**Export** [11] - 10:21
**export** [7] - 6:20, 13:21, 41:8, 41:15, 41:22, 42:15, 62:5
**exported** [3] - 61:15, 81:15, 82:4
**exporting** [1] - 83:22
**exports** [3] - 13:19, 15:2, 61:22
**exposed** [1] - 116:17
**express** [4] - 52:22, 112:11, 189:9, 243:2
**extremely** [1] - 148:25
**extruded** [1] - 220:4
**extruder** [2] - 139:15, 196:24
**extruders** [1] - 198:25
**extrusion** [12] - 12:21, 13:10, 13:18, 162:20, 162:22, 199:2, 199:11, 201:2, 209:9, 209:11, 209:14, 209:15
**extrusions** [20] - 12:20, 29:16, 81:1, 81:10, 81:14, 82:4,

82:8, 128:19, 152:16, 157:16, 157:23, 158:14, 159:3, 159:20, 162:14, 197:1, 210:3, 227:13, 227:16, 234:15

# F

**face** [1] - 231:15
**facilities** [5] - 145:23, 145:25, 146:3, 146:5, 146:6
**facility** [8] - 48:14, 48:18, 49:15, 50:9, 154:20, 156:4, 171:24, 198:24
**fact** [8] - 65:11, 92:18, 126:13, 133:6, 167:18, 167:21, 207:16, 225:3
**factor** [5] - 181:10, 181:12, 188:3, 239:9, 239:17
**factories** [1] - 62:3
**facts** [5] - 80:6, 81:13, 135:10, 141:19, 149:2
**failed** [1] - 223:4
**failure** [1] - 185:9
**fair** [24] - 7:21, 30:20, 31:15, 38:8, 38:18, 38:20, 39:18, 53:19, 54:23, 55:25, 57:2, 89:14, 90:17, 163:4, 172:22, 184:3, 187:9, 187:12, 188:20, 188:24, 189:2, 206:16, 213:7, 216:3
**fairly** [1] - 178:23
**fake** [1] - 87:18
**fall** [1] - 184:21
**falls** [1] - 240:4
**false** [2] - 237:17, 242:7
**familiar** [27] - 92:3, 92:6, 109:17, 111:25, 126:23, 145:13, 145:19, 146:2, 146:6, 146:10, 146:15, 150:20, 152:1, 153:5, 153:10, 153:13, 153:20, 159:11, 160:1, 160:22, 162:13, 163:22, 167:9, 168:13, 168:14, 168:15, 176:17
**family** [9] - 8:17,

9:24, 15:17, 15:18, 30:17, 60:22, 92:12, 115:13
**far** [7] - 111:18, 111:20, 116:4, 117:13, 118:3, 142:23, 143:8
**Fargo** [1] - 220:19
**fast** [1] - 164:15
**fast-enough** [1] - 164:15
**father** [3] - 113:5, 115:17, 115:21
**February** [8] - 126:17, 127:3, 127:4, 150:24, 151:3, 151:19, 155:18, 200:21
**federal** [3] - 46:17, 69:25, 98:6
**FEDERAL** [2] - 1:24, 244:21
**feet** [2] - 159:9, 164:12
**fell** [4] - 233:19, 234:11, 234:18, 235:5
**few** [9] - 22:7, 41:18, 47:24, 123:24, 155:15, 155:19, 171:25, 219:12, 222:16
**field** [10] - 206:4, 209:19, 232:4, 232:16, 232:25, 233:5, 235:11, 235:12, 235:13, 235:16
**figure** [1] - 91:15
**file** [3] - 45:6, 70:24, 165:18
**filed** [9] - 34:14, 40:7, 43:12, 44:7, 45:13, 46:17, 71:25, 78:12
**final** [10] - 16:7, 160:8, 160:9, 190:4, 206:5, 226:6, 227:11, 236:18, 236:20, 240:3
**finally** [2] - 56:15, 177:25
**finance** [7] - 33:21, 108:9, 195:14, 195:24, 196:1, 198:19, 210:23
**finances** [1] - 138:6
**financial** [20] - 12:10, 18:2, 63:23, 65:7, 88:9, 99:19, 104:3, 104:14, 105:12, 105:14, 107:5, 107:9,

107:18, 107:23,
108:4, 122:15,
158:25, 198:19,
236:9, 236:11
  **financials** [1] -
119:10
  **findings** [2] - 206:14,
208:23
  **fine** [3] - 85:24,
138:19, 231:8
  **fingers** [1] - 118:11
  **finish** [2] - 75:3,
117:5
  **finished** [9] - 41:23,
220:2, 220:5, 234:19,
239:7, 239:13,
242:15, 242:17,
242:20
  **firm** [4] - 102:20,
106:10, 127:17, 155:6
  **firms** [2] - 101:5,
127:21
  **first** [56] - 9:5, 12:20,
13:16, 14:18, 20:7,
20:23, 25:5, 25:13,
27:25, 29:14, 31:24,
32:10, 33:9, 34:10,
34:25, 36:19, 41:2,
41:5, 41:19, 43:15,
51:23, 54:18, 56:8,
58:25, 68:11, 76:6,
76:7, 94:25, 99:8,
105:3, 105:15, 119:2,
129:21, 153:4, 153:8,
153:14, 155:24,
155:25, 158:13,
165:15, 171:6,
180:25, 187:2,
201:12, 209:23,
214:8, 216:12,
218:10, 219:13,
219:25, 224:11,
228:24, 234:2, 236:25
  **fit** [1] - 81:15
  **five** [2] - 93:6, 100:17
  **five-year** [1] - 93:6
  **flexible** [1] - 177:14
  **flip** [2] - 105:13,
215:25
  **floor** [3] - 181:4,
181:5, 181:17
  **FLOWER** [1] - 2:15
  **fly** [1] - 218:23
  **focus** [4] - 62:11,
107:3, 172:5, 213:21
  **focused** [3] - 62:12,
62:14, 133:17
  **focuses** [1] - 171:13
  **focusing** [1] - 228:22
  **followed** [3] - 30:12,

49:14, 50:8
  **following** [7] - 8:25,
16:1, 29:6, 58:21,
148:5, 224:15, 235:6
  **Fong** [1] - 35:14
  **Fontana** [11] - 45:8,
45:10, 46:1, 159:6,
159:8, 159:9, 159:21,
160:6, 160:16,
164:10, 168:2
  **food** [12] - 142:8,
143:14, 143:22,
143:24, 145:5,
145:13, 147:1, 178:9,
179:17, 179:19,
184:22, 217:6
  **footage** [1] - 159:11
  **FOR** [2] - 244:8,
244:9
  **FOREGOING** [1] -
244:12
  **forensic** [4] - 78:24,
93:22, 93:23, 138:5
  **forest** [1] - 170:22
  **forfeiture** [1] - 43:12
  **forget** [2] - 78:7,
112:1
  **forgot** [1] - 21:11
  **fork** [1] - 177:1
  **fork-lifting** [1] -
177:1
  **forklift** [7] - 177:2,
177:8, 181:22,
181:25, 182:4,
183:23, 184:8
  **forklifts** [3] - 49:12,
181:23, 183:24
  **form** [7] - 52:22,
95:10, 112:10, 189:8,
197:6, 199:1, 243:2
  **formal** [1] - 121:14
  **formally** [1] - 226:11
  **FORMAT** [1] - 244:15
  **former** [3] - 135:14,
193:21, 194:2
  **forming** [1] - 189:20
  **forth** [2] - 60:4, 66:1
  **forward** [2] - 124:9,
198:20
  **foundation** [11] -
31:18, 35:13, 37:19,
37:20, 38:11, 38:16,
38:23, 39:13, 39:16,
239:19, 240:7
  **four** [27] - 47:11,
54:19, 54:20, 54:23,
93:6, 100:17, 115:20,
116:1, 125:14,
125:18, 125:20,
125:25, 127:12,

127:21, 158:1, 158:5,
161:7, 163:4, 176:19,
176:23, 177:4, 177:5,
177:6, 177:8, 177:9,
177:14, 177:16
  **four-entry** [1] -
176:19
  **four-page** [1] - 54:19
  **four-way** [5] - 177:4,
177:6, 177:8, 177:14,
177:16
  **fourth** [4] - 6:12,
41:18, 128:4, 160:8
  **free** [4] - 149:25,
169:8, 194:13, 231:1
  **friends** [3] - 157:2,
157:6, 157:13
  **front** [7] - 13:5,
35:24, 144:9, 176:24,
200:15, 212:14,
215:16
  **full** [20] - 6:6, 6:12,
18:6, 25:13, 29:14,
31:11, 43:15, 96:14,
139:2, 150:13,
157:18, 157:20,
157:21, 169:22,
177:6, 177:14, 195:1,
209:23, 210:8, 231:17
  **fully** [2] - 183:2,
216:23
  **functions** [1] - 196:3
  **fund** [2] - 121:2,
124:19, 125:3
  **funding** [1] - 229:4
  **funds** [7] - 120:21,
124:20, 132:7,
228:25, 229:9, 229:12
  **furtherer** [1] - 59:1
  **FYI** [1] - 219:2

## G

  **gain** [1] - 237:5
  **GARY** [1] - 1:4
  **GCA** [1] - 32:17
  **Gene** [2] - 150:3,
150:15
  **GENE** [1] - 150:15
  **general** [4] - 135:14,
142:25, 179:9, 238:9
  **generally** [3] - 25:6,
178:5, 239:24
  **generated** [2] -
25:24, 88:4
  **gentleman** [4] -
101:18, 102:15,
165:10, 207:21
  **gentleman's** [2] -

165:12, 205:5
  **gentlemen** [9] -
52:20, 83:11, 100:2,
112:6, 141:15, 189:6,
202:4, 229:11, 242:24
  **geographic** [2] -
14:2, 18:18
  **George** [5] - 163:23,
163:24, 164:1,
214:25, 219:8
  **giant** [1] - 182:11
  **given** [8] - 142:6,
142:19, 172:23,
238:14, 238:22,
241:5, 241:21, 242:6
  **glanced** [1] - 65:15,
96:12, 104:5, 104:6,
106:2
  **Global** [22] - 24:13,
28:16, 32:17, 37:11,
195:16, 196:4, 196:6,
203:18, 223:12,
223:14, 223:22,
223:24, 224:2, 224:7,
225:4, 225:6, 225:11,
225:15, 228:8,
229:25, 230:4, 242:3
  **GlobalAlum@gmail
.com** [1] - 37:13
  **goal** [1] - 202:19
  **goals** [1] - 202:22
  **God** [5] - 138:24,
150:10, 169:18,
194:23, 231:12
  **Goods** [1] - 7:23
  **goods** [7] - 8:1, 8:2,
8:4, 37:1, 71:5, 76:9,
179:7
  **government** [1] -
34:14
  **Government** [60] -
34:14, 35:17, 37:17,
39:10, 40:14, 43:4,
44:14, 45:16, 46:21,
47:19, 50:21, 50:24,
50:25, 51:1, 52:3,
53:22, 54:22, 55:1,
55:8, 55:9, 55:11,
55:24, 56:3, 57:5,
59:17, 59:23, 64:3,
68:9, 80:9, 80:14,
88:18, 94:19, 95:24,
106:23, 107:22,
108:4, 128:1, 128:6,
138:15, 141:6,
147:14, 148:20,
150:3, 153:5, 169:6,
169:11, 173:4, 173:9,
173:18, 180:12,
190:8, 194:16, 201:5,

206:20, 213:10,
216:7, 218:17, 221:1,
226:16, 231:4
  **Government's** [20] -
58:23, 68:3, 83:6,
87:16, 95:23, 96:9,
148:12, 153:12,
153:19, 156:12,
158:4, 158:5, 159:5,
159:25, 160:7,
160:18, 164:5,
215:10, 215:15,
225:25
  **GPS** [1] - 151:8
  **graduate** [2] -
192:10, 193:15
  **graduated** [1] -
140:1
  **grant** [1] - 47:16
  **GREGORY** [1] - 2:8
  **Gregory** [5] - 201:14,
201:16, 201:17,
201:24, 202:7
  **grew** [3] - 13:21,
19:6, 19:7
  **Griffin** [3] - 206:3,
209:19, 235:11
  **grocery** [1] - 175:10
  **gross** [1] - 18:11
  **ground** [1] - 182:2
  **Group** [14] - 10:16,
10:24, 17:24, 18:17,
20:15, 39:6, 153:17,
153:23, 154:11,
166:15, 166:20,
166:24, 167:4
  **group** [18] - 7:10,
8:18, 8:19, 8:20, 8:24,
15:19, 15:20, 15:21,
15:25, 24:9, 68:20,
68:22, 110:5, 111:17,
131:24, 223:6
  **group's** [1] - 8:20
  **growth** [3] - 15:2,
17:23, 31:19
  **guard** [1] - 114:21
  **guess** [5] - 57:18,
140:18, 209:4, 216:3,
241:2
  **guidance** [1] -
201:22
  **guise** [1] - 30:20
  **GVA** [2] - 24:12,
28:16

## H

  **H-E-N-S-O-N** [1] -
150:16

**H-O-R-V-A-T-H** [1] - 169:24
**half** [4] - 25:13, 183:5, 188:6, 197:10
**hand** [11] - 138:20, 142:19, 150:6, 158:10, 158:19, 160:9, 160:10, 169:14, 174:22, 194:19, 231:8
**handle** [5] - 176:24, 177:4, 178:23, 186:7, 205:6
**handled** [3] - 110:1, 177:2, 179:1
**handling** [2] - 176:23, 177:1
**hands** [1] - 147:20
**hard** [2] - 130:25, 131:21
**hardships** [1] - 116:5
**Harmonized** [1] - 109:18
**Harriet** [1] - 35:14
**Haul** [1] - 197:4
**head** [10] - 68:14, 79:7, 92:15, 97:4, 140:12, 172:17, 174:16, 193:18, 193:21
**header** [1] - 201:12
**heading** [1] - 133:17
**hear** [4] - 124:22, 160:21, 161:1, 174:14
**heard** [10] - 58:13, 74:20, 84:15, 95:3, 109:23, 110:9, 121:19, 121:21, 154:15, 161:3
**hearing** [2] - 161:5, 174:22
**hearsay** [8] - 35:20, 36:17, 39:8, 90:11, 95:3, 108:24, 161:25, 201:8
**heart** [1] - 234:10
**heavier** [3] - 178:20, 179:6, 179:9
**heaviest** [1] - 178:12
**heavy** [26] - 145:20, 146:3, 146:5, 147:7, 147:9, 147:10, 173:14, 173:20, 174:3, 174:5, 174:8, 174:10, 174:25, 175:19, 177:15, 178:13, 178:20, 182:18, 182:20, 183:8, 184:2, 184:11, 185:7, 186:14, 187:2,

217:8
**heavy-duty** [5] - 145:20, 146:3, 146:5, 147:7, 217:8
**HELD** [1] - 244:13
**held** [6] - 27:5, 51:5, 60:16, 64:11, 101:22, 103:21
**hello** [3] - 148:3, 148:4, 222:15
**help** [10] - 118:8, 138:24, 141:13, 150:10, 169:18, 194:23, 227:25, 228:14, 231:12, 232:23
**helped** [2] - 207:18, 228:4
**henson** [1] - 165:21
**Henson** [15] - 150:3, 150:4, 150:15, 150:18, 153:6, 155:11, 160:1, 164:7, 165:4, 165:6, 165:25, 166:4, 166:13, 167:7, 168:11
**HEREBY** [1] - 244:10
**herself** [1] - 43:9
**hide** [3] - 167:17, 167:21, 167:24
**hierarchy** [1] - 197:24
**HIG** [3] - 222:19, 222:20, 222:25
**high** [7] - 36:6, 164:11, 164:13, 165:10, 165:16, 165:20, 165:23
**high-pile** [3] - 164:11, 165:16, 165:20
**higher** [3] - 89:22, 184:7, 188:16
**highlight** [1] - 33:5
**highlighted** [21] - 6:9, 6:15, 6:19, 7:8, 7:18, 7:25, 9:5, 13:7, 13:16, 14:18, 14:23, 16:16, 18:8, 19:8, 22:9, 26:12, 27:9, 36:4, 202:17, 202:21, 207:9
**highlights** [2] - 12:11, 18:2
**HILARY** [1] - 2:14
**himself** [2] - 35:3, 156:9
**history** [1] - 238:7
**HK** [2] - 10:17, 20:16
**hold** [5] - 27:2,

122:17, 179:5, 181:3, 188:25
**holding** [1] - 51:3
**Holdings** [9] - 21:25, 33:3, 60:12, 61:4, 62:9, 63:11, 68:21, 92:23, 119:22
**holdings** [3] - 62:21, 68:25, 91:11
**holds** [1] - 26:22
**hollow** [4] - 173:16, 173:19, 174:1
**home** [1] - 113:8
**Homeland** [1] - 51:7
**Hong** [30] - 12:5, 22:3, 22:4, 23:20, 24:21, 61:2, 61:14, 61:19, 61:24, 79:22, 86:13, 91:20, 91:22, 92:1, 98:11, 98:23, 100:13, 101:22, 103:4, 103:21, 119:5, 119:7, 119:8, 119:18, 129:23, 130:22, 133:3, 134:13, 134:18, 134:23
**Honor** [111] - 35:17, 35:19, 36:13, 36:21, 38:13, 38:18, 39:12, 39:17, 40:14, 40:16, 40:20, 40:23, 43:3, 44:14, 45:5, 45:16, 46:21, 47:19, 52:2, 53:8, 53:22, 55:1, 56:3, 57:5, 57:13, 63:14, 65:2, 66:20, 69:14, 70:7, 70:13, 71:6, 71:11, 72:3, 72:18, 73:10, 74:25, 75:15, 84:2, 84:12, 85:19, 89:17, 90:10, 91:14, 93:14, 94:24, 95:17, 99:25, 109:21, 110:18, 111:12, 114:25, 115:12, 116:10, 116:16, 118:14, 118:22, 122:1, 122:5, 126:19, 127:23, 128:23, 130:5, 131:13, 131:15, 133:11, 135:18, 136:1, 136:9, 138:16, 140:22, 141:6, 142:11, 143:4, 145:8, 149:1, 149:3, 149:20, 149:24, 150:2, 164:24, 165:1, 169:1, 169:7, 170:3, 173:3, 174:23, 186:18, 189:18,

192:17, 192:25, 194:7, 194:12, 195:6, 201:5, 201:7, 201:23, 206:20, 213:10, 215:13, 216:7, 218:17, 221:1, 222:2, 222:10, 230:22, 230:25, 231:22, 238:24, 242:10, 242:23
**HONORABLE** [1] - 1:4
**hopeful** [1] - 117:2
**Horvath** [7] - 169:12, 169:23, 170:6, 173:4, 173:8, 174:19, 189:20
**house** [15] - 198:21, 198:23, 198:24, 199:4, 199:6, 199:10, 199:11, 199:24, 200:1, 200:7, 201:1, 202:19, 203:22, 204:2, 204:3
**houses** [1] - 198:25
**HSI** [3] - 48:4, 48:11, 50:12
**HSIEH** [10] - 2:8, 150:2, 150:17, 151:18, 155:8, 155:9, 162:2, 164:20, 169:3, 169:6
**HTS** [1] - 109:23
**HUANG** [1] - 3:4
**Huang** [13] - 35:24, 37:23, 40:2, 47:24, 57:18, 60:10, 83:20, 85:11, 96:7, 118:25, 129:2, 130:2, 133:15
**huge** [1] - 159:13
**hundred** [7] - 64:2, 66:10, 72:1, 77:20, 87:14, 94:12, 105:1
**hundreds** [7] - 64:2, 79:21, 94:10, 175:24, 176:2, 176:3, 224:13
**Hungary** [2] - 170:21
**hurt** [2] - 25:9, 181:15
**hypothetical** [2] - 141:18, 141:20
**hypotheticals** [2] - 141:15, 141:17

## I

**idea** [2] - 108:14, 108:21
**ideal** [1] - 217:5
**ideally** [1] - 181:9

**ideas** [1] - 162:5
**Identification** [1] - 220:22
**identified** [9] - 9:11, 9:13, 50:15, 58:18, 88:17, 111:16, 201:25, 202:3, 234:24
**identifies** [1] - 43:8
**identify** [3] - 36:19, 110:10, 215:5
**illegal** [1] - 59:4
**imagine** [2] - 181:4, 182:11
**immediate** [1] - 167:1
**impact** [1] - 145:4
**Import** [1] - 10:21
**import** [13] - 41:25, 82:24, 109:16, 152:15, 204:9, 209:8, 214:10, 214:19, 227:7, 235:2, 235:18, 235:22, 238:8
**importance** [1] - 17:18
**important** [3] - 17:23, 21:12, 181:10
**importation** [2] - 109:13, 230:14
**importations** [2] - 227:2, 230:3
**imported** [12] - 42:2, 81:10, 81:15, 85:13, 85:22, 147:16, 152:16, 152:17, 209:7, 233:18, 242:17
**importer** [3] - 238:12, 238:13, 242:5
**importing** [3] - 238:7, 238:9, 241:23
**imports** [7] - 209:4, 210:1, 210:5, 210:25, 214:19, 235:7, 240:20
**imposed** [1] - 81:10
**imposition** [1] - 76:21
**improvement** [2] - 199:12, 204:3
**improvements** [1] - 156:3
**IN** [3] - 244:8, 244:13, 244:15
**in-depth** [1] - 138:6
**Inc** [5] - 24:16, 43:21, 43:22, 54:13, 242:3
**inch** [1] - 144:15
**inches** [6] - 174:13, 175:2, 175:3, 175:9
**incidentally** [1] - 183:23

**include** [3] - 33:10, 109:12, 160:17
**included** [1] - 119:11
**including** [5] - 20:14, 118:19, 161:6, 200:18, 222:22
**income** [12] - 65:11, 65:18, 66:7, 69:25, 70:16, 72:15, 73:10, 73:20, 75:10, 77:2, 78:11, 106:16
**incoming** [1] - 94:11
**INCORPORATED** [1] - 1:10
**incorporated** [1] - 63:6
**incorrect** [2] - 237:17, 242:6
**increase** [3] - 14:24, 15:9, 17:20
**increased** [2] - 6:21, 14:20
**increasingly** [1] - 17:22
**independent** [31] - 24:23, 24:25, 25:19, 25:24, 27:3, 28:8, 29:10, 31:1, 31:3, 32:11, 32:15, 32:18, 63:2, 96:24, 97:16, 97:19, 97:23, 99:2, 99:3, 99:6, 100:6, 100:7, 100:9, 101:9, 101:19, 102:7, 102:17, 103:8, 103:14, 103:20
**indicate** [6] - 23:25, 66:5, 94:1, 221:11, 221:16, 236:21
**indicated** [4] - 28:6, 43:16, 113:4, 204:11
**indicates** [2] - 46:2, 128:15
**indicating** [2] - 206:1, 206:5
**indication** [1] - 116:14
**indications** [1] - 88:19
**indictment** [1] - 105:5
**individual** [6] - 13:3, 13:4, 21:8, 146:13, 200:4, 207:23
**individuals** [5] - 98:2, 103:16, 136:10, 202:18, 207:18
**Industrial** [15] - 139:13, 139:14, 139:17, 139:20,

140:4, 140:7, 140:11, 140:14, 140:16, 140:19, 140:23, 141:4, 141:25, 142:6, 142:8
**industrial** [3] - 13:9, 18:9, 185:22
**industries** [10] - 143:6, 143:9, 145:14, 146:8, 147:6, 178:11, 178:14, 184:22, 197:1, 197:5
**industry** [19] - 31:19, 89:21, 90:5, 90:20, 102:1, 143:1, 143:11, 143:14, 143:22, 143:24, 145:5, 147:1, 175:13, 178:6, 178:9, 179:20, 193:11, 197:3
**Industry** [3] - 48:23, 50:10, 54:12
**influence** [4] - 8:18, 9:14, 9:25, 15:20
**influenced** [1] - 9:25
**information** [27] - 65:10, 89:25, 92:13, 92:24, 97:4, 164:3, 173:1, 175:17, 213:2, 213:4, 214:21, 216:16, 216:20, 218:11, 218:14, 219:4, 219:10, 229:17, 237:14, 237:18, 238:10, 238:14, 238:22, 239:23, 239:25, 241:22, 242:7
**ingredients** [1] - 199:1
**initial** [2] - 228:2, 237:6
**initiation** [4] - 233:9, 233:14, 233:22, 235:10
**Innovation** [1] - 46:19
**inquire** [7] - 53:7, 60:11, 139:7, 170:2, 189:17, 195:5, 231:21
**inside** [1] - 144:4, 144:12, 157:15, 159:18, 164:10, 165:20, 165:24
**insight** [1] - 62:7
**inspect** [1] - 226:18
**inspected** [2] - 148:6, 227:18
**install** [1] - 182:10
**instance** [2] - 78:17, 230:7

**instead** [1] - 83:5
**institution** [2] - 171:3, 171:7
**institutions** [1] - 171:21
**instruct** [1] - 167:21
**instruction** [1] - 164:1
**integrated** [2] - 216:24, 225:4
**intended** [5] - 42:7, 131:23, 238:15, 239:3, 239:16
**intending** [1] - 24:1
**interact** [1] - 197:15
**interacted** [1] - 136:10
**interest** [8] - 26:22, 28:7, 62:21, 63:23, 63:24, 64:20, 65:7
**intermediaries** [1] - 30:25
**International** [12] - 60:19, 60:21, 92:4, 92:22, 94:15, 133:24, 134:4, 134:11, 135:23, 136:18, 137:2, 172:11
**international** [1] - 140:4
**International.com** [1] - 134:22
**internationally** [1] - 171:12
**interview** [12] - 98:2, 98:5, 99:3, 120:2, 120:4, 120:10, 120:12, 120:15, 121:3, 121:14, 128:2, 136:10
**interviewed** [6] - 90:3, 90:19, 99:2, 103:16, 237:1
**interviews** [10] - 58:6, 58:7, 58:9, 58:10, 64:2, 93:1, 98:18, 120:23, 121:7, 128:13
**introduced** [2] - 40:18, 153:4
**introduction** [1] - 25:6
**inventory** [5] - 30:7, 142:18, 158:16, 162:15, 162:16
**invested** [1] - 120:15
**investigate** [10] - 62:8, 63:4, 63:13, 66:7, 135:7, 135:22, 171:15, 171:24,

172:4, 176:8
**investigated** [4] - 60:13, 62:20, 87:17
**investigating** [4] - 58:3, 81:13, 87:24, 103:18
**investigation** [51] - 58:1, 60:10, 62:12, 62:23, 63:5, 63:17, 64:1, 64:25, 65:21, 66:12, 69:15, 76:19, 78:20, 79:23, 80:24, 82:4, 82:25, 83:20, 84:22, 88:5, 88:9, 88:24, 89:5, 89:20, 90:2, 92:3, 93:2, 93:6, 93:7, 97:22, 103:13, 103:15, 104:3, 105:2, 105:3, 105:7, 107:21, 109:9, 109:11, 109:12, 109:13, 109:24, 110:1, 111:1, 111:18, 122:8, 128:17, 134:1, 135:6, 135:25, 136:7
**investigator** [3] - 58:2, 93:25, 125:6
**investigators** [1] - 80:10
**Investment** [3] - 10:17, 20:15, 20:16
**investment** [2] - 199:14, 222:21
**investments** [2] - 125:4, 222:22
**investors** [3] - 21:13, 29:15, 223:7
**invoices** [4] - 86:1, 86:2, 86:5, 86:15
**involved** [10] - 49:24, 86:24, 88:4, 89:2, 125:4, 151:11, 191:23, 192:1, 192:3, 235:18
**involvement** [1] - 191:12
**IOR** [5] - 238:5, 238:6, 238:11, 241:25, 242:4
**irrelevant** [1] - 142:14
**IRS** [13] - 38:4, 38:9, 38:13, 39:2, 39:17, 65:13, 70:20, 70:21, 71:25, 73:25, 75:24, 77:4, 78:8

49:13, 49:22, 50:1, 50:5, 52:15, 55:7, 56:22, 158:20, 158:23, 161:8
**IS** [2] - 244:12, 244:15
**ISO** [3] - 172:11, 172:12, 193:19
**ISO261** [1] - 172:18
**issue** [3] - 56:10, 115:14, 207:11
**issued** [3] - 20:25, 206:8, 236:20
**issues** [4] - 104:1, 115:1, 144:20, 144:25
**IT** [1] - 196:3
**items** [1] - 136:24
**itself** [8] - 33:2, 95:13, 117:13, 172:6, 185:19, 196:22, 234:1, 234:9

## J

**Jackie** [2] - 198:9, 198:14
**January** [1] - 227:7
**Jay** [1] - 3:4
**Jen** [2] - 36:15, 36:22
**Jersey** [3] - 196:21, 221:7, 232:20
**job** [1] - 211:7
**John** [3] - 59:20, 60:1, 125:8
**Johnson** [69] - 35:2, 35:13, 36:3, 36:5, 36:8, 36:15, 36:22, 38:1, 38:2, 38:9, 39:1, 39:2, 39:4, 40:6, 65:22, 66:3, 66:9, 66:13, 66:16, 66:23, 71:16, 71:18, 74:3, 75:5, 130:9, 130:13, 130:18, 131:4, 132:2, 132:6, 132:10, 132:14, 132:19, 132:24, 152:1, 152:4, 152:8, 154:5, 154:24, 163:9, 164:4, 167:1, 196:9, 196:10, 197:16, 197:19, 197:24, 198:1, 198:4, 198:20, 199:16, 199:21, 200:17, 200:23, 201:14, 202:10, 204:7, 215:20, 215:22, 216:4, 217:19, 218:2, 218:5, 218:24,

223:25, 224:7,
225:11, 225:16
**Johnson's** [1] -
201:22
**join** [2] - 139:20,
139:22
**joined** [2] - 191:1,
191:4
**joint** [4] - 8:18, 9:7,
15:19, 144:2
**jointly** [1] - 9:10
**Jones** [7] - 127:15,
128:11, 201:14,
201:16, 201:17,
201:24, 202:7
**Journal** [1] - 34:13
**JUDGE** [1] - 1:4
**judge** [2] - 83:8, 83:9
**JUDICIAL** [1] -
244:16
**July** [3] - 22:2, 23:21,
133:2
**jump** [1] - 235:4
**jumping** [1] - 50:11
**Jun** [2] - 34:5, 34:6
**June** [3] - 38:7,
205:25, 208:22
**juries** [2] - 114:1,
118:3
**juror** [3] - 113:4,
115:1, 115:13
**jurors** [4] - 5:6,
112:15, 114:12,
114:13
**JURY** [1] - 112:17
**jury** [23] - 5:6, 8:14,
9:21, 52:24, 53:4,
53:5, 79:11, 87:1,
112:12, 113:1,
113:16, 113:22,
114:17, 118:18,
118:19, 137:22,
141:13, 159:7,
162:12, 189:10,
189:15, 209:18, 243:4

## K

**Kansas** [3] - 139:13,
139:16, 140:1
**Karman** [4] - 44:21,
123:4, 158:20, 168:17
**KARMAN** [1] - 1:12
**Karman-Main** [3] -
123:4, 158:20, 168:17
**KARMAN-MAIN** [1] -
1:12
**keep** [7] - 113:16,
113:22, 118:6,

118:11, 142:19,
142:23, 229:12
**Ketong** [1] - 102:16
**key** [4] - 8:19, 9:15,
15:20, 15:21
**kids** [1] - 113:8
**kind** [11] - 68:15,
101:1, 138:1, 142:8,
144:13, 144:25,
195:25, 234:12,
237:5, 237:10, 241:5
**King** [1] - 120:4
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23,
244:8, 244:20
**knowing** [1] - 117:8
**knowledge** [19] -
27:16, 65:10, 80:13,
96:14, 98:6, 123:11,
129:5, 133:23, 134:9,
141:11, 141:12,
175:14, 177:11,
203:18, 212:10,
212:11, 213:9,
217:20, 229:20
**knowledgeable** [1] -
238:1
**known** [1] - 44:25
**knows** [1] - 38:17
**Kong** [30] - 12:5,
22:3, 22:4, 23:20,
24:21, 61:2, 61:14,
61:19, 61:24, 79:22,
86:13, 91:20, 91:22,
92:2, 98:11, 98:23,
100:13, 101:22,
103:4, 103:21, 119:6,
119:7, 119:8, 119:18,
129:23, 130:22,
133:3, 134:14,
134:18, 134:23
**KPMG** [6] - 100:20,
101:1, 106:9, 107:10,
120:12
**KUMAR** [5] - 2:7,
73:17, 114:25, 115:6,
118:14

## L

**label** [1] - 54:13
**labeled** [2] - 28:14,
158:20
**labels** [1] - 29:16
**laboratory** [1] -
188:13
**Lack** [1] - 239:18
**lack** [1] - 240:6
**lacks** [1] - 38:10

**ladies** [6] - 52:20,
83:11, 112:6, 141:14,
189:6, 242:24
**laid** [1] - 38:24
**language** [2] - 15:24,
19:12
**large** [4] - 14:12,
18:25, 102:20, 199:15
**largest** [1] - 90:4
**LARSON** [2] - 2:13,
2:13
**last** [28] - 11:1,
11:14, 13:15, 15:16,
16:10, 16:19, 18:6,
25:13, 31:7, 43:23,
46:14, 59:1, 73:2,
101:8, 103:7, 115:20,
133:2, 139:5, 150:14,
190:7, 207:20,
208:17, 208:19,
217:11, 231:18,
241:15, 242:6
**Laszlo** [3] - 169:11,
169:23, 173:4
**LASZLO** [1] - 169:24
**late** [1] - 105:6
**latest** [1] - 175:17
**Lau** [1] - 35:14
**law** [3] - 94:17,
102:20, 102:23
**LAW** [1] - 2:14
**laws** [1] - 33:13
**lawsuit** [1] - 161:3
**lawyer** [7] - 64:7,
68:4, 68:9, 88:18,
96:9, 124:24
**lawyers** [6] - 127:10,
127:12, 127:15,
127:17, 127:21, 128:9
**lay** [1] - 39:15
**lead** [9] - 58:2, 93:25,
125:2, 125:6, 140:3,
140:12, 141:3,
164:17, 200:9
**leading** [2] - 129:14,
197:21
**learn** [3] - 65:21,
65:24, 65:25
**learned** [2] - 89:20,
222:25
**leased** [1] - 42:8
**leasing** [1] - 42:11
**least** [10] - 78:10,
93:25, 97:5, 102:12,
184:20, 198:10,
207:21, 208:1, 209:7,
224:23
**leave** [5] - 82:14,
93:23, 112:13, 195:19
**led** [1] - 161:14

**Lee** [1] - 139:4
**left** [4] - 112:16,
158:19, 195:21,
221:16
**left-hand** [1] - 158:19
**legal** [1] - 240:7
**legally** [1] - 68:12
**legitimate** [2] -
113:13, 186:13
**length** [5] - 26:7,
26:9, 30:20, 33:13,
88:21
**lengthy** [1] - 114:8
**less** [5] - 24:18,
114:12, 175:11,
179:21, 183:1
**letter** [21] - 38:1,
38:6, 38:8, 39:2, 39:4,
205:18, 205:20,
206:3, 206:10, 207:9,
209:18, 210:10,
226:6, 226:9, 233:9,
233:14, 233:22,
234:1, 235:10
**Li** [9] - 132:3, 132:10,
132:14, 135:7,
135:13, 135:14,
135:23, 136:2, 136:15
**liability** [1] - 103:20
**Liaoning** [5] - 10:16,
10:20, 20:14, 39:5,
153:16
**Liaoyang** [1] - 12:4
**lift** [2] - 178:25
**lifted** [1] - 181:25
**lifting** [2] - 177:1,
179:24
**light** [25] - 16:23,
16:25, 59:8, 59:10,
96:17, 173:15,
173:19, 173:22,
173:24, 174:5,
184:16, 184:20,
184:25, 185:11,
185:20, 185:25,
186:10, 187:19,
187:20, 188:1,
188:11, 188:13,
188:17, 188:21, 217:8
**light-weight** [5] -
188:1, 188:11,
188:13, 188:17,
188:21
**likely** [2] - 112:25,
113:15
**limitation** [2] -
177:21, 177:22
**limited** [3] - 59:12,
98:3, 177:14
**Limited** [16] - 10:17,

10:18, 21:25, 33:3,
60:12, 60:19, 60:21,
92:4, 92:9, 92:23,
133:25, 134:5,
134:12, 135:24,
136:18, 137:2
**line** [6] - 16:24,
103:23, 128:5,
132:22, 151:9
**link** [1] - 70:2
**linking** [3] - 69:17,
69:18, 70:5
**liquidation** [1] -
230:14
**list** [6] - 69:6, 89:11,
99:6, 136:24, 215:4
**listed** [30] - 10:12,
10:14, 10:23, 11:11,
16:2, 16:18, 16:25,
19:24, 20:14, 20:17,
24:20, 35:2, 62:19,
66:23, 73:8, 75:7,
75:23, 89:21, 90:8,
97:6, 98:11, 100:3,
100:11, 103:4,
107:12, 108:9, 119:7,
120:5, 127:5, 221:9
**listen** [2] - 83:11,
136:5
**listening** [1] - 118:6
**listing** [4] - 22:19,
24:19, 25:3, 26:18
**lists** [1] - 107:10
**literally** [1] - 87:14
**Liu** [81] - 13:4, 17:3,
17:6, 21:10, 21:23,
23:5, 26:15, 26:17,
26:22, 27:2, 27:11,
28:6, 28:17, 28:22,
29:4, 32:4, 32:11,
32:15, 32:18, 33:1,
34:1, 34:2, 34:17,
34:19, 42:19, 60:22,
62:24, 63:19, 64:10,
64:25, 65:22, 66:3,
66:14, 69:2, 69:8,
69:15, 70:2, 70:5,
78:23, 79:15, 79:25,
80:12, 80:18, 92:12,
97:1, 119:21, 120:4,
129:12, 135:8,
152:10, 152:11,
154:25, 155:1,
155:20, 155:22,
155:25, 156:4, 156:8,
156:20, 156:22,
156:25, 157:1, 157:8,
161:7, 161:15,
161:16, 162:3, 162:6,
197:11, 197:14,

197:15, 197:18,
197:25, 198:2, 198:4,
198:8, 199:22, 221:20
**Liu's** [10] - 11:22,
13:5, 26:16, 27:22,
30:16, 156:23, 157:9,
166:21, 166:22,
202:22
**Lius** [1] - 94:15
**Liwang** [1] - 153:1
**LLC** [16] - 1:10, 1:11,
1:11, 1:12, 1:13,
43:18, 44:21, 46:7,
122:21, 123:1, 123:4,
123:18, 168:17,
168:20, 168:23,
195:16
**LLP** [2] - 2:13, 2:17
**Load** [9] - 170:8,
171:4, 171:9, 171:11,
171:17, 171:21,
175:23, 176:14,
184:12
**load** [45] - 170:11,
171:13, 171:25,
172:1, 177:22,
180:14, 180:19,
180:22, 180:25,
181:1, 181:2, 181:11,
181:13, 181:20,
181:24, 182:6, 182:7,
182:16, 182:19,
183:3, 183:5, 183:6,
183:13, 183:16,
183:19, 183:21,
184:2, 184:3, 184:14,
184:25, 185:9,
185:10, 185:13,
185:15, 185:18,
185:19, 185:21,
185:24, 186:4, 186:5,
186:10, 186:24,
187:20, 191:13, 193:3
**loaded** [2] - 50:6,
183:3
**loading** [1] - 49:13
**loads** [1] - 181:15
**loan** [1] - 133:3
**located** [9] - 29:2,
44:23, 45:8, 45:25,
46:19, 48:8, 49:8,
49:16, 196:20
**location** [6] - 18:18,
50:15, 153:22,
156:17, 160:16
**locations** [1] -
151:24
**logistical** [1] -
114:14
**logistics** [5] - 48:21,

112:19, 112:24,
113:24, 205:6
**Logistics** [1] - 151:8
**long-term** [1] - 30:3
**look** [49] - 22:7,
65:14, 67:23, 68:13,
69:5, 70:9, 72:11,
73:2, 73:6, 73:9,
73:15, 73:19, 75:8,
76:6, 76:25, 77:15,
77:19, 77:23, 86:1,
86:15, 87:25, 88:8,
88:15, 89:25, 91:10,
92:5, 95:20, 95:22,
96:21, 97:3, 97:8,
99:9, 101:18, 102:15,
103:19, 103:22,
104:3, 107:4, 107:16,
124:15, 126:18,
136:20, 173:19,
176:25, 215:2,
225:24, 228:13,
228:14
**looked** [13] - 19:4,
65:11, 78:11, 89:7,
91:11, 98:23, 104:1,
104:13, 122:8, 157:5,
163:11, 183:11, 237:5
**looking** [11] - 7:1,
65:25, 66:16, 68:8,
88:12, 121:16, 124:5,
125:22, 158:19,
163:5, 204:9
**looks** [4] - 132:25,
144:14, 218:6, 240:10
**LOS** [6] - 1:19, 1:25,
2:10, 2:16, 5:1, 244:4
**Los** [1] - 48:15
**lose** [6] - 113:14,
114:12, 162:9,
224:15, 224:18, 228:7
**losing** [4] - 224:8,
224:10, 224:11, 229:5
**losses** [2] - 104:8,
228:25
**lost** [1] - 224:20
**louder** [1] - 174:20
**LOWDER** [2] - 2:14,
115:12, 115:22,
151:16, 155:3, 155:5,
161:25, 165:1, 165:3,
166:10, 166:12,
168:25
**LP** [1] - 134:12
**lunch** [1] - 112:7

# M

**machine** [9] -

182:25, 183:4, 183:9,
183:12, 183:14,
183:19, 184:4,
185:12, 188:4
**machines** [4] -
113:6, 115:18, 187:3,
187:6
**Machlin** [1] - 49:16
**mail** [42] - 35:10,
35:13, 36:1, 36:5,
36:14, 36:22, 36:25,
37:8, 37:20, 39:1,
130:2, 130:9, 130:12,
130:14, 130:17,
130:18, 131:4,
131:11, 131:23,
132:2, 132:5, 132:10,
132:13, 132:19,
133:9, 135:24,
136:16, 200:17,
200:20, 200:22,
201:24, 202:14,
205:25, 208:16,
208:21, 218:2, 218:5,
218:8, 218:24, 219:1
**mails** [7] - 133:5,
133:8, 136:19, 137:1,
137:10, 200:25, 201:3
**MAIN** [1] - 1:12
**Main** [8] - 44:7,
44:21, 44:24, 48:8,
49:8, 123:4, 158:20,
168:17
**main** [3] - 151:22,
172:10, 179:25
**majority** [1] - 58:10
**man** [2] - 198:9,
227:22
**manage** [1] - 163:4
**managed** [4] - 41:14,
158:6, 160:9, 167:17
**management** [11] -
8:19, 9:15, 15:21,
161:6, 161:10, 167:2,
170:20, 212:11,
227:23, 227:24, 228:4
**manager** [22] - 41:7,
135:14, 139:12,
140:7, 140:9, 140:14,
151:1, 151:4, 151:14,
151:21, 152:14,
154:15, 157:14,
158:23, 159:18,
160:14, 160:21,
163:3, 163:16,
163:19, 165:18
**managers** [1] - 125:3
**Mandarin** [1] -
161:19
**manner** [3] - 31:16,

83:17, 164:15
**manually** [1] -
128:19
**manufacture** [3] -
61:24, 82:22, 91:24
**manufactured** [9] -
29:1, 30:15, 61:25,
62:9, 85:12, 143:7,
143:17, 145:16,
145:24
**manufacturer** [4] -
61:5, 90:4, 139:15,
139:16
**manufactures** [5] -
61:14, 61:21, 91:25,
142:6, 146:23
**manufacturing** [11] -
61:8, 62:5, 83:22,
140:17, 140:19,
141:8, 142:17,
144:24, 146:5, 146:6,
216:25
**March** [4] - 70:22,
195:20, 197:9, 222:18
**margin** [1] - 18:11
**mark** [2] - 189:23,
190:10
**Mark** [1] - 135:14
**market** [6] - 15:7,
19:13, 42:10, 89:14,
90:18, 176:13
**master's** [1] - 170:24
**material** [7] - 151:22,
176:9, 179:14,
179:15, 199:2,
219:25, 220:4
**materials** [2] - 171:2,
226:15
**MATTER** [1] - 244:14
**matter** [10] - 52:23,
90:19, 112:11,
138:22, 150:8,
169:16, 189:9,
194:21, 231:10, 243:3
**matters** [1] - 102:24
**maxed** [2] - 183:9,
183:14, 183:19,
184:4, 184:13, 185:6,
185:12, 186:11
**mean** [16] - 27:24,
49:4, 67:7, 95:3,
121:1, 159:10,
161:12, 161:16,
162:23, 172:1, 180:3,
182:8, 208:10, 237:3,
238:11, 241:1
**meaning** [3] - 132:8,
185:23, 224:25
**means** [6] - 17:12,
67:4, 67:6, 67:10,

67:15, 180:9
**measure** [3] -
174:10, 175:1, 180:13
**measured** [2] - 7:21,
174:12
**mechanical** [1] -
140:2
**mechanics** [1] -
170:25
**meet** [1] - 156:19
**meeting** [10] - 126:8,
126:16, 127:3, 127:7,
161:8, 161:14,
161:18, 162:4,
207:14, 235:21
**meetings** [6] - 126:4,
126:11, 161:6, 198:4,
198:7, 228:17
**Mei** [1] - 200:4
**melt** [1] - 162:19
**melted** [8] - 199:1,
204:14, 204:18,
204:22, 211:20,
211:22, 212:2, 238:16
**member** [11] - 8:17,
8:19, 9:15, 15:17,
15:21, 43:20, 46:9,
101:13, 192:13,
196:5, 196:11
**members** [10] - 9:23,
9:24, 53:4, 99:17,
100:3, 110:25,
118:18, 120:3, 144:2,
193:11
**memberships** [1] -
64:20
**memorialize** [1] -
23:18
**memory** [3] - 88:16,
123:15, 128:12
**mention** [3] - 119:12,
125:17, 125:25
**mentioned** [19] -
91:10, 106:9, 120:2,
125:21, 129:7,
135:15, 137:5,
145:12, 154:24,
167:7, 172:3, 182:6,
183:20, 196:4,
210:22, 227:21,
240:20, 241:25
**mentioning** [1] -
241:16
**mentor** [1] - 193:15
**merchandise** [5] -
215:5, 219:16,
234:19, 239:8, 240:4
**merely** [1] - 225:17
**merge** [1] - 37:14
**merged** [8] - 11:9,

11:11, 21:19, 35:6, 223:15, 223:20, 223:22, 225:7
**merger** [2] - 223:17, 223:18
**mergers** [1] - 102:24
**merit** [1] - 33:16
**met** [4] - 57:21, 126:13, 197:14, 198:16
**metal** [4] - 176:6, 176:9, 179:8, 179:10
**metals** [1] - 101:25
**method** [1] - 95:11
**Mexico** [1] - 29:3
**mice** [1] - 145:2
**Michael** [1] - 155:24
**micromechanics** [1] - 171:1
**microphone** [2] - 170:1, 232:1
**mid** [1] - 41:21
**mid-September** [1] - 41:21
**middle** [2] - 106:6, 160:10
**might** [16] - 79:3, 84:8, 86:22, 88:3, 92:13, 92:24, 95:3, 103:20, 104:5, 106:2, 109:5, 118:10, 123:24, 159:10, 196:19, 234:6
**Mike** [1] - 152:6
**military** [2] - 145:17, 145:20
**million** [22] - 72:23, 76:4, 76:8, 76:10, 76:12, 76:13, 76:20, 76:21, 77:13, 87:14, 130:21, 130:24, 131:8, 131:18, 132:15, 133:3, 137:12, 146:18, 146:20, 159:9, 199:12
**millions** [4] - 79:21, 94:10, 94:12, 137:9
**mind** [3] - 115:11, 118:6, 231:25
**minute** [3] - 91:9, 104:21, 112:2
**minutes** [1] - 189:7
**misstates** [8] - 63:15, 69:10, 81:5, 81:17, 93:10, 108:17, 134:24, 137:20
**mistrial** [3] - 114:8, 114:10, 117:6
**modeling** [1] - 171:2
**moment** [5] - 20:22,

96:1, 143:4, 183:8, 192:24
**money** [45] - 67:20, 78:21, 80:18, 93:8, 93:18, 93:21, 94:2, 94:7, 94:8, 94:14, 94:21, 95:12, 107:24, 108:5, 122:25, 123:5, 123:16, 123:21, 129:22, 131:22, 132:25, 133:1, 133:7, 137:8, 137:12, 137:17, 138:1, 161:11, 161:12, 162:5, 162:7, 199:4, 199:9, 224:8, 224:9, 224:10, 224:11, 224:15, 224:19, 224:20, 228:7, 228:15, 229:4, 229:5
**monitor** [1] - 91:7
**month** [2] - 220:15, 226:14
**months** [4] - 55:10, 208:4, 208:7, 208:11
**morning** [6] - 49:2, 57:19, 57:20, 106:18, 118:5, 243:7
**most** [18] - 118:2, 157:12, 162:15, 171:23, 173:1, 175:6, 175:8, 177:13, 177:14, 179:14, 183:24, 185:21, 185:23, 186:2, 186:6, 186:11
**mostly** [3] - 6:17, 19:11, 174:8
**mother** [1] - 115:17
**mouths** [1] - 83:15
**move** [9] - 22:6, 50:23, 50:24, 55:10, 105:10, 155:10, 158:16, 182:4, 213:16
**moved** [7] - 48:13, 48:25, 55:8, 59:13, 155:12, 158:13, 160:15
**movement** [1] - 205:7
**movements** [1] - 59:15
**moves** [20] - 35:18, 37:18, 39:11, 40:14, 43:4, 44:15, 45:17, 46:22, 47:20, 52:3, 53:23, 55:2, 56:4, 57:6, 201:6, 206:21, 213:11, 216:8, 218:18, 221:2

**moving** [9] - 11:13, 26:19, 59:5, 122:25, 123:5, 155:19, 157:18, 181:24, 219:16
**MR** [308] - 5:10, 35:17, 35:23, 36:11, 36:24, 37:4, 37:7, 37:17, 37:19, 37:22, 38:12, 38:13, 38:18, 38:22, 38:25, 39:10, 39:12, 39:17, 39:23, 40:1, 40:14, 40:20, 40:22, 41:1, 42:16, 43:3, 43:7, 44:14, 44:18, 45:4, 45:16, 45:20, 46:21, 46:25, 47:14, 47:19, 47:23, 51:13, 52:2, 52:6, 52:16, 53:8, 53:22, 54:1, 54:16, 55:1, 55:5, 55:16, 56:3, 56:7, 56:15, 57:5, 57:9, 57:12, 57:17, 60:8, 63:14, 63:21, 64:19, 65:2, 65:6, 66:19, 67:2, 67:23, 68:7, 68:16, 68:18, 69:10, 69:23, 70:9, 70:12, 70:17, 71:6, 71:8, 71:10, 71:12, 71:13, 71:23, 72:3, 72:5, 72:10, 72:18, 72:22, 73:10, 73:14, 73:18, 74:6, 74:24, 75:3, 75:8, 75:15, 75:19, 76:14, 76:18, 76:25, 77:7, 77:11, 77:23, 79:9, 79:13, 79:14, 79:17, 80:4, 80:16, 80:21, 80:23, 81:5, 81:12, 81:17, 81:24, 82:2, 83:19, 84:21, 85:9, 85:10, 85:15, 85:25, 86:25, 87:4, 87:9, 89:16, 89:24, 90:10, 90:14, 91:6, 91:14, 91:17, 91:19, 92:18, 92:21, 93:10, 93:16, 94:23, 95:4, 95:8, 95:9, 95:20, 96:4, 96:6, 96:19, 98:19, 98:21, 98:24, 98:25, 99:5, 99:20, 100:1, 100:5, 104:18, 105:20, 105:22, 105:24, 106:5, 107:4, 108:17, 108:25, 109:20, 110:3, 110:6, 110:8, 110:12, 110:13,

110:18, 110:21, 110:24, 111:13, 111:15, 111:23, 111:24, 115:12, 115:22, 118:22, 118:24, 122:1, 127:18, 129:1, 129:20, 130:4, 130:7, 131:13, 131:17, 133:10, 133:14, 134:21, 134:24, 135:1, 135:5, 135:10, 135:17, 135:21, 136:12, 137:20, 137:24, 138:9, 138:15, 139:8, 139:10, 140:25, 141:6, 141:10, 141:22, 142:4, 142:16, 143:4, 143:5, 143:21, 145:7, 145:11, 147:24, 149:1, 149:20, 150:2, 150:17, 151:16, 151:18, 155:3, 155:5, 155:8, 155:9, 161:25, 162:2, 164:20, 164:24, 165:1, 165:3, 166:10, 166:12, 168:25, 169:3, 169:6, 169:11, 170:3, 170:5, 173:3, 173:7, 174:14, 174:17, 174:23, 174:24, 186:16, 192:16, 192:22, 194:7, 194:12, 194:16, 195:6, 195:8, 197:21, 197:23, 200:12, 200:14, 201:5, 201:11, 201:13, 201:23, 202:3, 202:6, 205:15, 205:17, 206:20, 206:24, 208:12, 211:12, 212:4, 212:6, 213:10, 213:12, 213:15, 215:12, 215:14, 216:7, 216:11, 217:25, 218:1, 218:17, 218:19, 218:22, 220:8, 220:9, 221:1, 221:5, 221:24, 222:1, 222:3, 222:9, 222:13, 230:17, 230:22, 230:25, 231:4, 231:22, 231:24, 233:6, 236:15, 237:24, 238:17, 238:19, 238:21, 238:24, 239:1, 239:6,

239:11, 239:15, 239:22, 240:16, 242:10, 242:18, 242:22
**MS** [48] - 35:19, 36:16, 38:10, 39:7, 40:16, 73:17, 114:25, 115:6, 116:10, 118:14, 122:5, 122:6, 126:19, 126:21, 126:22, 127:25, 128:22, 129:14, 138:11, 140:22, 142:1, 142:11, 142:20, 143:18, 148:2, 149:3, 149:4, 149:11, 149:17, 149:24, 169:7, 186:18, 186:20, 189:18, 189:19, 192:19, 192:24, 193:2, 194:4, 201:7, 208:8, 211:10, 230:20, 236:13, 237:20, 239:4, 239:18, 240:6
**multiple** [3] - 134:15, 179:1, 180:20
**must** [2] - 132:7, 202:23
**mutual** [3] - 31:18, 121:2, 124:20

# N

**name** [31] - 41:3, 41:4, 57:21, 71:16, 119:21, 121:1, 127:5, 129:18, 136:16, 139:3, 139:5, 150:14, 152:1, 165:9, 165:12, 169:22, 169:23, 189:21, 195:2, 205:5, 207:20, 208:17, 208:19, 210:13, 213:5, 214:5, 220:21, 221:9, 231:17, 231:18
**named** [7] - 140:8, 140:13, 157:7, 163:22, 197:11, 198:9, 227:22
**names** [1] - 207:22
**national** [1] - 172:13
**near** [1] - 117:14
**need** [12] - 16:12, 60:23, 67:1, 87:13, 87:15, 88:6, 123:2, 123:12, 123:25, 124:5, 161:23, 185:24
**needed** [4] - 165:7,

183:3, 201:21, 229:4
**needs** [3] - 143:23, 178:25, 182:13
**nests** [1] - 145:3
**never** [6] - 57:21, 166:9, 229:14, 229:15, 235:16, 240:21
**nevertheless** [1] - 100:2
**New** [22] - 139:13, 139:14, 139:17, 139:20, 140:3, 140:4, 140:7, 140:11, 140:14, 140:16, 140:19, 140:23, 141:4, 141:25, 142:6, 142:8, 142:14, 142:17, 146:16, 196:21, 221:7, 232:19
**new** [5] - 13:8, 161:11, 198:21, 202:19
**Newark** [1] - 235:19
**next** [24] - 8:6, 29:23, 36:23, 42:5, 43:19, 85:8, 85:24, 96:19, 96:20, 101:18, 106:6, 106:15, 107:4, 107:16, 110:23, 117:6, 138:14, 150:1, 169:10, 174:16, 194:15, 219:9, 219:20, 231:3
**nighttime** [1] - 59:13
**nine** [2] - 206:10, 235:4
**nobody's** [1] - 114:21
**nominal** [1] - 112:2
**none** [1] - 211:21
**nonexecutive** [15] - 34:4, 96:24, 97:11, 97:14, 97:16, 97:19, 97:23, 99:4, 99:6, 100:10, 101:9, 101:20, 102:7, 102:17, 103:8
**nonferrous** [1] - 101:25
**nonresponsive** [1] - 65:1
**normal** [4] - 89:22, 111:25, 214:11, 229:3
**normally** [1] - 179:21
**North** [2] - 30:3, 170:23
**NORTH** [2] - 1:24, 2:10
**Norton** [1] - 139:13

**notation** [1] - 10:6
**note** [3] - 16:6, 20:5, 48:2
**notes** [2] - 121:6, 242:2
**nothing** [12] - 59:4, 59:14, 125:5, 138:23, 150:9, 159:23, 169:17, 181:14, 191:22, 194:22, 231:11
**Notice** [1] - 220:22
**notice** [2] - 163:7, 205:10
**noticed** [2] - 235:1, 238:8
**notifying** [1] - 205:20
**November** [4] - 28:1, 28:7, 66:9, 105:4
**nuclear** [3] - 145:23, 145:24, 146:3
**number** [19] - 51:7, 51:10, 101:21, 125:10, 126:10, 126:14, 127:9, 131:12, 199:8, 218:7, 222:21, 227:9, 234:11, 234:13, 235:3, 238:12, 238:13, 242:5
**NUMBER** [2] - 3:6, 4:6
**numerical** [1] - 104:14
**numerous** [1] - 48:22
**NW** [1] - 2:18

**O**

**o'clock** [4] - 52:20, 112:8, 242:25, 243:6
**O-T-T-E-R-B-E-I-N** [1] - 195:4
**oath** [1] - 79:10
**object** [1] - 135:17
**objecting** [1] - 114:10
**Objection** [6] - 35:19, 39:12, 142:11, 149:1, 151:16, 236:13
**objection** [62] - 36:16, 37:3, 37:4, 37:19, 38:10, 38:12, 39:7, 40:16, 63:14, 66:19, 68:16, 69:10, 72:3, 76:14, 80:21, 81:5, 81:17, 85:15, 87:4, 89:16, 90:10,

92:18, 93:10, 94:23, 96:3, 98:19, 98:24, 99:20, 108:17, 109:20, 110:6, 110:12, 127:18, 129:14, 135:10, 137:20, 140:22, 142:1, 142:12, 142:20, 143:18, 155:3, 161:25, 192:16, 192:22, 197:21, 201:8, 201:23, 208:8, 211:10, 213:12, 218:19, 237:20, 238:17, 238:18, 238:24, 239:4, 239:11, 239:18, 240:6, 242:10
**objective** [2] - 209:25, 236:24
**objects** [1] - 55:14
**observe** [2] - 166:4, 167:24
**observed** [1] - 200:8
**obtain** [1] - 164:9
**obtained** [3] - 59:20, 64:2, 219:25
**obvious** [1] - 179:9
**occurred** [2] - 203:20, 204:3
**October** [8] - 27:6, 42:23, 44:12, 45:14, 45:15, 150:24, 164:7
**OF** [15] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 112:17, 244:2, 244:4, 244:6, 244:10, 244:12, 244:15, 244:16
**offer** [6] - 71:7, 72:18, 73:10, 74:24, 75:15, 77:7
**offers** [2] - 141:7, 173:4
**office** [16] - 12:5, 22:3, 22:4, 90:16, 102:20, 111:4, 116:12, 116:13, 153:21, 206:4, 213:18, 232:16, 232:17, 234:24, 235:13, 235:19
**officer** [4] - 196:16, 198:19, 236:9, 236:12
**OFFICIAL** [3] - 1:24, 244:8, 244:21
**officials** [1] - 235:24
**Ogden** [1] - 70:22
**old** [2] - 83:13, 118:4

**ON** [2] - 2:6, 2:12
**once** [5] - 49:9, 50:18, 66:25, 88:6, 183:11
**one** [115] - 9:5, 11:8, 16:2, 20:22, 21:5, 21:7, 21:11, 21:18, 24:18, 34:2, 35:6, 37:14, 37:20, 46:14, 48:8, 48:23, 49:15, 49:24, 50:8, 50:9, 51:24, 52:11, 59:5, 69:13, 76:6, 77:23, 78:6, 78:7, 78:8, 78:25, 80:10, 86:19, 87:16, 90:23, 99:8, 99:9, 100:9, 104:16, 106:19, 107:6, 107:16, 113:4, 113:11, 113:13, 113:14, 113:19, 113:21, 114:6, 114:11, 115:13, 116:10, 117:25, 118:5, 120:5, 122:17, 124:4, 128:5, 128:8, 131:7, 132:18, 134:20, 143:4, 144:15, 144:20, 147:19, 154:3, 156:17, 160:4, 172:10, 173:12, 173:14, 173:15, 173:19, 173:20, 174:6, 177:9, 177:12, 177:16, 177:22, 178:22, 179:21, 179:24, 180:16, 185:3, 192:24, 198:6, 200:4, 203:15, 206:10, 207:21, 208:1, 209:7, 209:8, 210:18, 213:22, 215:3, 215:20, 219:13, 223:14, 229:11, 232:24, 233:3, 234:3, 234:6, 234:7, 235:3, 236:25, 237:2, 241:24, 242:4
**one's** [2] - 34:8, 45:11
**one-inch** [1] - 144:15
**one-way** [1] - 177:12
**ones** [7] - 16:18, 19:24, 106:25, 172:10, 188:1, 211:22, 212:1
**online** [1] - 193:14
**onsite** [7] - 207:19, 233:24, 234:3, 234:8,

235:14, 235:15, 236:2
**Ontario** [8] - 43:2, 89:10, 155:12, 155:19, 157:18, 158:10, 158:11, 158:17
**open** [1] - 108:21
**open-ended** [1] - 108:21
**opening** [2] - 144:22, 144:25
**openings** [2] - 144:22, 144:25
**operating** [2] - 213:23, 214:11
**Operating** [1] - 13:14
**operations** [2] - 201:17, 202:8
**opinion** [3] - 141:16, 141:18, 192:20
**opinions** [5] - 52:23, 112:11, 189:9, 189:20, 243:3
**opportunity** [1] - 167:11
**opposed** [1] - 133:24
**optimize** [2] - 171:15, 182:10
**order** [20] - 21:24, 74:11, 74:12, 74:17, 76:12, 76:22, 81:1, 81:2, 81:15, 82:3, 82:21, 162:23, 167:8, 167:11, 209:3, 227:13, 230:11, 234:11, 234:12, 235:5
**ordering** [1] - 241:3
**orderly** [1] - 31:15
**orders** [10] - 82:9, 87:25, 115:6, 160:23, 162:13, 163:17, 210:6, 233:20, 234:19, 240:1
**Organization** [1] - 172:11
**organizations** [1] - 101:1
**oriented** [1] - 56:11
**original** [1] - 57:3
**originated** [1] - 29:17
**OSHA** [1] - 179:24
**otherwise** [1] - 108:24
**Otterbein** [11] - 194:17, 195:3, 195:9, 202:25, 215:15, 222:4, 222:14, 233:13, 236:6, 237:25, 239:2
**Otterbein's** [1] -

236:7
**ourselves** [1] - 50:23
**outcome** [2] -
237:18, 242:8
**OUTSIDE** [1] -
112:17
**outside** [9] - 142:20,
156:17, 159:21,
159:23, 160:17,
165:17, 165:19,
168:3, 209:2
**overall** [2] - 62:2,
199:22
**overruled** [33] -
35:21, 40:21, 63:16,
66:21, 69:12, 79:19,
81:7, 81:19, 85:16,
87:5, 89:18, 90:12,
93:12, 99:22, 109:22,
117:21, 127:20,
129:15, 134:25,
135:12, 140:24,
142:2, 142:22,
143:19, 151:17,
162:1, 201:9, 208:9,
237:22, 239:12,
239:20, 240:8, 242:12
**overseas** [6] - 6:10,
14:20, 18:10, 18:12,
19:5, 29:2
**oversee** [1] - 41:8
**own** [10] - 31:3,
33:22, 64:13, 64:17,
64:20, 67:16, 67:20,
107:1, 174:12, 225:10
**owned** [18] - 43:18,
46:4, 60:22, 63:18,
64:5, 69:2, 72:7,
77:20, 92:12, 94:15,
195:16, 196:5,
212:12, 212:13,
222:18, 223:6,
225:14, 238:6
**owner** [18] - 34:24,
35:3, 43:17, 44:22,
46:3, 47:7, 62:25,
66:10, 66:17, 67:13,
67:17, 69:16, 72:1,
73:7, 75:6, 78:18,
223:24, 225:11
**owners** [1] - 222:23
**ownership** [17] - 8:5,
42:25, 45:25, 63:24,
67:3, 67:7, 67:11,
67:15, 67:20, 69:9,
70:2, 72:2, 198:11,
219:19, 221:11,
221:21, 241:22

**P**

**P-O-R-T-E-R** [1] -
139:6
**P.R.C** [4] - 10:8,
14:12, 16:7, 20:7
**pack** [1] - 163:11
**package** [2] -
172:24, 173:5
**Packaging** [9] -
170:8, 171:4, 171:9,
171:11, 171:17,
171:20, 175:22,
176:13, 184:12
**packaging** [1] -
170:12
**PAGE** [3] - 3:6, 4:6,
244:14
**page** [193] - 5:20,
5:21, 6:1, 6:7, 6:13,
6:24, 7:4, 7:5, 7:11,
7:24, 8:6, 8:7, 10:2,
10:11, 10:13, 10:14,
11:1, 11:2, 11:13,
11:20, 12:9, 12:10,
12:16, 12:17, 12:24,
13:5, 13:13, 13:24,
14:2, 14:15, 14:17,
15:12, 16:4, 16:10,
16:11, 16:20, 17:1,
17:7, 17:10, 17:11,
18:1, 18:2, 18:5, 18:6,
18:15, 19:15, 20:4,
20:9, 20:10, 20:11,
20:18, 21:4, 21:22,
22:19, 23:4, 23:12,
24:5, 25:5, 25:12,
25:14, 26:2, 26:3,
26:11, 26:19, 27:20,
27:21, 28:13, 28:24,
29:13, 30:9, 31:7,
31:11, 32:6, 32:8,
32:19, 32:23, 33:4,
33:6, 33:24, 33:25,
34:7, 35:1, 40:11,
43:23, 44:1, 44:5,
45:1, 45:5, 45:6,
45:11, 45:21, 46:15,
47:12, 52:7, 52:12,
53:10, 54:6, 54:19,
55:19, 56:23, 57:10,
67:24, 68:6, 71:14,
71:15, 71:23, 72:11,
72:14, 73:2, 73:3,
73:6, 73:19, 75:3,
75:9, 75:20, 75:23,
76:1, 76:2, 76:7, 77:1,
77:19, 78:3, 96:15,
96:19, 96:20, 99:5,
99:7, 100:5, 104:20,

105:13, 105:25,
106:6, 106:15, 107:4,
124:16, 126:24,
127:1, 128:5, 129:25,
131:2, 131:14,
131:15, 132:1, 132:9,
133:15, 144:19,
153:4, 153:5, 153:9,
153:12, 153:19,
156:12, 166:11,
166:14, 205:24,
206:3, 206:13,
206:25, 208:15,
209:17, 212:23,
214:1, 215:2, 216:12,
216:18, 216:20,
217:2, 217:5, 217:11,
217:24, 218:10,
219:9, 221:9, 226:3,
236:16, 241:9, 241:15
**pages** [8] - 42:20,
54:3, 55:13, 105:1,
129:17, 206:7,
215:25, 241:12
**paid** [9] - 87:3,
88:25, 89:8, 89:13,
107:24, 108:6,
109:19, 136:25
**pallet** [115] - 53:13,
56:20, 57:1, 89:21,
90:3, 90:4, 90:15,
90:17, 128:19, 133:3,
141:7, 143:10,
143:13, 143:17,
143:23, 144:3,
144:16, 144:24,
145:4, 148:6, 163:20,
170:11, 172:6,
173:16, 173:22,
174:3, 174:6, 174:9,
174:11, 174:25,
175:7, 175:9, 175:11,
175:19, 176:8,
176:11, 176:15,
176:22, 176:23,
176:24, 176:25,
177:1, 177:3, 177:4,
177:12, 177:14,
177:15, 177:18,
177:21, 178:4,
178:12, 178:16,
178:20, 178:21,
179:1, 180:4, 180:5,
180:7, 181:1, 181:3,
181:7, 181:8, 181:11,
181:12, 181:14,
181:16, 181:18,
181:25, 182:2, 182:3,
182:13, 182:15,
182:16, 182:18,
182:21, 182:24,

183:2, 183:8, 183:10,
183:19, 183:20,
184:3, 184:11,
184:13, 184:17,
184:20, 184:21,
185:1, 185:5, 185:8,
185:9, 185:12,
185:20, 185:24,
185:25, 186:9,
186:10, 186:14,
187:2, 187:4, 187:7,
187:19, 187:20,
188:11, 188:14,
188:17, 192:21,
193:5, 193:10, 209:7,
216:14, 217:17,
219:16, 239:9
**pallet's** [1] - 180:9
**pallets** [223] - 17:15,
18:10, 41:22, 42:7,
42:11, 42:15, 48:12,
48:25, 49:13, 49:21,
50:6, 50:13, 50:16,
50:22, 50:23, 50:25,
51:4, 51:6, 51:7,
51:11, 51:24, 52:10,
54:4, 54:21, 55:7,
55:8, 55:11, 55:15,
55:23, 56:13, 59:2,
59:19, 59:21, 59:24,
82:18, 82:23, 83:22,
85:12, 85:21, 86:3,
86:7, 86:11, 86:17,
87:3, 87:11, 87:21,
88:1, 88:14, 88:25,
89:6, 89:9, 89:12,
89:15, 89:23, 90:6,
90:7, 93:9, 93:18,
94:3, 94:9, 94:21,
95:13, 109:4, 109:13,
109:19, 112:1, 112:3,
130:25, 131:21,
132:16, 139:18,
140:17, 140:20,
140:23, 141:24,
142:5, 142:9, 142:18,
142:19, 143:6, 144:3,
144:13, 144:22,
145:13, 145:16,
145:24, 146:3, 146:7,
146:17, 146:19,
146:23, 146:25,
147:4, 147:5, 147:7,
147:10, 147:11,
147:15, 148:10,
148:17, 148:20,
151:13, 151:15,
152:18, 157:17,
157:24, 158:15,
159:2, 159:20,
159:23, 160:4,

160:15, 160:17,
162:10, 162:11,
163:8, 163:10,
163:14, 163:17,
164:10, 164:12,
165:17, 165:19,
165:23, 166:2, 166:5,
166:8, 167:14,
167:16, 167:18,
167:22, 167:25,
168:3, 168:6, 171:18,
171:24, 172:3, 172:4,
172:7, 172:9, 172:21,
172:24, 172:25,
173:2, 173:5, 173:10,
173:12, 173:13,
173:18, 175:15,
175:23, 176:6, 176:7,
176:10, 176:18,
177:9, 177:24, 178:1,
178:5, 178:7, 179:9,
179:12, 179:14,
179:15, 179:16,
179:19, 180:12,
180:13, 180:16,
181:5, 182:12,
182:13, 187:25,
188:21, 192:6, 203:1,
203:7, 203:11,
203:15, 203:25,
204:5, 204:8, 204:14,
204:18, 204:22,
204:23, 209:12,
209:14, 209:15,
211:3, 211:16,
211:17, 211:19,
211:24, 211:25,
216:17, 216:21,
217:5, 217:8, 217:14,
217:16, 225:10,
225:14, 225:16,
230:10, 234:9,
234:14, 234:15,
234:18, 238:1, 238:4,
238:9, 238:15,
238:23, 239:3,
240:24, 241:19,
241:23, 241:25, 242:8
**paper** [3] - 175:13,
198:10, 198:11
**paperwork** [1] -
167:3
**paragraph** [21] - 6:6,
6:13, 14:16, 18:6,
19:3, 22:8, 25:13,
30:13, 30:14, 31:11,
34:11, 41:5, 41:12,
41:18, 43:14, 100:12,
126:25, 128:5,
209:24, 227:6, 234:2
**pardon** [1] - 105:20

**parent** [9] - 8:20, 9:16, 15:22, 195:15, 196:11, 229:3, 229:25, 230:5, 238:6

**parentheses** [1] - 131:22

**parenthetically** [1] - 219:17

**part** [50] - 7:5, 7:14, 10:15, 13:17, 37:20, 41:6, 41:9, 58:1, 60:10, 63:4, 63:10, 65:21, 68:5, 71:24, 88:8, 89:4, 96:23, 97:10, 97:22, 98:14, 98:17, 104:13, 104:14, 105:14, 105:17, 105:25, 107:21, 109:25, 110:14, 121:17, 132:12, 133:2, 142:14, 154:9, 174:9, 192:10, 203:11, 211:18, 214:4, 214:5, 223:10, 227:17, 227:19, 234:23, 235:15, 235:17, 236:18, 240:17, 241:21

**partial** [1] - 177:3

**participate** [3] - 198:3, 232:18, 235:14

**participated** [1] - 198:5

**participation** [1] - 161:18

**particular** [6] - 23:18, 98:4, 114:2, 162:6, 198:6, 240:4

**Parties** [1] - 8:9

**parties** [15] - 8:12, 8:16, 9:19, 15:14, 19:23, 25:20, 25:25, 29:11, 30:19, 31:1, 31:3, 33:21, 33:22, 68:5, 68:10

**partner** [1] - 102:19

**Partners** [3] - 43:21, 43:22, 46:10

**parts** [5] - 22:7, 104:22, 197:2, 197:4

**party** [13] - 9:8, 11:3, 11:7, 21:14, 21:17, 24:24, 25:1, 27:4, 28:9, 48:14, 48:18, 49:18, 68:12

**passed** [2] - 137:12, 138:1

**patrol** [3] - 213:17, 229:18, 230:8

**pay** [5] - 87:11, 93:8, 109:3, 131:20, 229:12

**paycheck** [1] - 168:12

**paying** [1] - 224:25

**payment** [3] - 37:1, 131:24, 132:15

**payments** [7] - 86:6, 86:10, 86:16, 88:1, 88:13, 108:14, 132:23

**payroll** [2] - 196:2, 229:13

**PCA** [26] - 24:15, 28:3, 28:7, 29:24, 30:1, 30:2, 35:3, 35:6, 35:13, 36:7, 57:25, 69:6, 69:9, 70:3, 70:18, 72:2, 78:22, 79:11, 86:2, 130:9, 132:24, 133:7, 166:1, 216:13, 216:21, 216:23

**PCA's** [1] - 36:9

**PCA/Perfectus** [1] - 163:8

**pending** [1] - 23:22

**Peng** [1] - 157:8

**Pengcheng** [42] - 11:9, 11:10, 21:19, 24:15, 27:23, 32:14, 66:23, 69:16, 71:3, 72:16, 73:23, 75:13, 77:3, 78:1, 78:12, 83:1, 85:22, 86:12, 87:7, 131:7, 131:18, 150:21, 150:23, 150:25, 151:2, 151:7, 151:20, 152:2, 152:9, 152:14, 152:15, 152:19, 153:23, 154:2, 154:25, 156:14, 156:18, 160:21, 164:6, 218:6, 219:6, 219:19

**people** [26] - 22:20, 58:13, 80:9, 90:24, 91:1, 91:3, 98:5, 98:18, 99:13, 99:14, 110:21, 111:5, 111:16, 111:17, 116:1, 120:8, 121:10, 125:3, 156:11, 161:10, 176:9, 178:23, 179:2, 181:15, 228:17, 230:8

**people's** [1] - 116:4

**People's** [1] - 19:1

**Per** [1] - 27:11

**per** [4] - 28:22, 36:8, 142:7, 151:24

**percent** [39] - 5:13, 5:17, 5:23, 6:5, 6:21, 6:22, 10:23, 13:20, 13:22, 14:6, 14:11, 14:21, 14:25, 18:14, 18:20, 18:24, 19:7, 25:20, 25:22, 26:22, 27:2, 35:3, 66:10, 66:17, 72:1, 72:7, 72:8, 73:7, 75:5, 75:24, 77:20, 78:18, 125:9, 146:22, 175:18, 176:12, 179:15, 217:2, 221:23

**percentage** [8] - 5:22, 6:2, 14:9, 18:22, 72:7, 146:16, 146:21, 175:14

**percipient** [1] - 141:16

**Perfectus** [141] - 11:8, 11:9, 11:10, 11:11, 21:18, 21:19, 24:15, 24:16, 29:15, 29:25, 30:1, 32:14, 34:15, 34:19, 34:24, 35:7, 35:10, 37:9, 37:15, 41:8, 41:15, 41:21, 42:3, 42:14, 48:12, 50:13, 50:16, 51:3, 51:5, 51:9, 51:23, 53:13, 54:7, 54:10, 54:13, 54:20, 55:15, 55:23, 56:20, 57:1, 57:24, 57:25, 58:3, 58:8, 58:9, 58:10, 58:16, 58:23, 62:16, 62:22, 62:25, 63:5, 63:8, 63:18, 63:25, 64:5, 64:6, 64:13, 64:16, 64:18, 64:21, 65:9, 65:22, 66:1, 66:3, 66:10, 66:17, 66:24, 77:3, 78:12, 78:22, 80:11, 80:18, 81:3, 81:15, 82:5, 82:18, 82:23, 83:23, 85:13, 86:10, 87:7, 87:10, 87:18, 88:2, 88:10, 89:21, 93:8, 93:21, 94:3, 94:9, 94:11, 94:13, 107:25, 108:15, 109:3, 119:11, 119:12, 119:20, 119:23, 119:24, 119:25, 129:23, 135:15, 137:18, 138:3, 147:16, 156:18, 173:10, 173:19, 174:3, 174:5,

174:8, 174:11, 174:25, 175:19, 177:15, 180:13, 182:18, 182:20, 183:8, 184:2, 184:11, 184:16, 184:20, 185:1, 185:11, 185:20, 185:25, 186:9, 186:10, 186:14, 223:10, 223:15, 223:20, 223:23, 225:4, 225:7

**PERFECTUS** [2] - 1:9, 1:10

**Perfectus'** [1] - 30:7

**performance** [1] - 171:2

**period** [22] - 25:16, 28:1, 69:21, 78:10, 97:24, 97:25, 101:14, 113:22, 114:8, 115:2, 120:8, 120:9, 128:18, 155:7, 159:19, 197:10, 223:3, 224:6, 224:24, 225:9, 226:14, 230:3

**permanent** [2] - 187:15, 189:2

**permission** [2] - 40:22, 130:5

**permit** [9] - 164:9, 164:12, 164:14, 165:7, 165:16, 165:18, 165:20, 165:22

**permits** [1] - 165:10

**person** [18] - 8:16, 9:11, 9:13, 9:24, 9:25, 15:17, 15:19, 25:3, 62:24, 67:8, 67:12, 67:13, 67:18, 115:19, 154:25, 156:19, 210:14, 229:8

**person's** [4] - 8:17, 15:18, 67:17, 189:21

**personal** [4] - 98:6, 134:9, 217:20, 229:20

**personally** [6] - 86:20, 94:6, 120:25, 121:12, 125:5, 155:1

**personnel** [6] - 8:20, 9:15, 15:21, 86:24, 88:4, 111:21

**persons** [3] - 25:2, 25:3, 31:4

**perspective** [3] - 197:25, 211:5, 237:25

**PH** [1] - 1:25

**Ph.D** [2] - 170:22, 171:1

**pharmaceutical** [9] - 143:9, 143:11, 145:14, 147:1, 178:8, 179:17, 179:20, 184:22, 217:6

**PhDs** [1] - 149:9

**Philadelphia** [3] - 206:4, 232:17, 235:13

**Philly** [1] - 213:18

**photograph** [16] - 51:15, 51:20, 51:25, 53:11, 53:12, 53:20, 54:10, 55:21, 56:8, 56:12, 56:17, 56:19, 56:20, 56:23, 144:8

**photographs** [14] - 51:18, 51:22, 52:9, 53:14, 54:2, 54:20, 54:24, 55:14, 55:22, 56:1, 57:2, 57:3, 226:23, 226:25

**photos** [1] - 51:23

**phrase** [2] - 6:18, 33:15

**physical** [1] - 80:19

**physically** [1] - 147:15

**picture** [6] - 153:10, 153:13, 160:1, 166:13, 166:14, 168:3

**pictures** [4] - 147:21, 147:22, 153:3, 226:24

**piece** [1] - 123:16

**pile** [5] - 164:11, 165:10, 165:16, 165:20, 165:22

**place** [5] - 12:3, 63:7, 199:21, 226:1, 242:16

**PLAINTIFF** [2] - 1:7, 2:6

**plan** [1] - 201:2

**planning** [1] - 234:23

**plans** [1] - 214:19

**plant** [2] - 28:18, 61:25

**plastic** [1] - 176:8

**Plastics** [1] - 154:16

**play** [2] - 162:20, 162:21

**PO** [2] - 162:16, 162:23

**point** [39] - 8:3, 13:15, 32:10, 32:13, 32:16, 33:9, 33:18, 66:9, 82:15, 103:24, 123:19, 129:10, 137:5, 140:6, 140:13, 140:24, 154:3, 198:9, 198:18, 199:16, 202:10, 202:13,

202:25, 203:14, 203:18, 204:10, 204:12, 204:21, 205:9, 210:14, 210:19, 211:8, 211:13, 221:21, 225:23, 230:2, 236:4, 236:12, 237:7

**pointed** [2] - 69:5, 228:18

**points** [4] - 13:14, 32:7, 33:6, 33:7

**Pok** [11] - 211:15, 212:8, 212:9, 213:6, 214:21, 215:7, 227:22, 228:24, 229:8, 229:17

**policies** [4] - 7:15, 19:20, 213:23, 237:11

**policy** [1] - 214:12

**POONAM** [1] - 2:7

**port** [1] - 111:20

**Porter** [9] - 138:15, 139:4, 139:11, 141:7, 141:11, 144:8, 145:12, 148:3, 189:21

**portion** [9] - 6:14, 7:7, 7:24, 18:7, 106:6, 154:11, 154:12, 207:8

**portions** [1] - 106:22

**position** [4] - 107:5, 107:10, 190:18, 232:13

**positive** [2] - 116:11, 116:15

**possible** [2] - 124:3, 136:14

**possibly** [1] - 228:15

**POTASHNER** [45] - 2:14, 35:19, 36:16, 38:10, 39:7, 40:16, 116:10, 122:5, 122:6, 126:19, 126:21, 126:22, 127:25, 128:22, 129:14, 138:11, 140:22, 142:1, 142:11, 142:20, 143:18, 148:2, 149:3, 149:4, 149:11, 149:17, 149:24, 169:7, 186:18, 186:20, 189:18, 189:19, 192:19, 192:24, 193:2, 194:4, 201:7, 208:8, 211:10, 230:20, 236:13, 237:20, 239:4, 239:18, 240:6

**potential** [2] - 103:19

**potentially** [1] - 215:5

**pounds** [28] - 143:12, 143:15, 147:12, 173:24, 173:25, 174:4, 178:15, 178:17, 178:23, 179:21, 183:1, 183:22, 184:1, 184:19, 185:10, 186:6, 186:8, 186:14, 187:23, 187:24, 187:25, 188:4, 188:9, 188:13, 204:20, 204:22, 211:20, 212:3

**practicing** [1] - 102:23

**predecessor** [1] - 42:4

**predicting** [1] - 171:2

**preliminary** [4] - 206:1, 208:23, 209:1, 209:10

**premature** [1] - 36:18

**premiere** [1] - 171:24

**premises** [1] - 8:2

**preparation** [3] - 66:2, 106:23, 107:2

**preparations** [1] - 155:23

**prepared** [1] - 237:10

**PRESENCE** [1] - 112:17

**present** [6] - 58:6, 126:16, 127:3, 127:7, 127:12, 189:15

**president** [5] - 75:21, 78:15, 195:13, 195:24, 196:1

**PRESIDING** [1] - 1:4

**presumably** [1] - 36:7

**presume** [1] - 119:9

**pretty** [3] - 96:8, 117:7, 173:1

**previous** [4] - 16:18, 70:4, 130:15, 191:19

**previously** [4] - 19:24, 69:20, 135:15, 222:4

**price** [4] - 25:10, 89:11, 90:9, 179:12

**prices** [10] - 88:25, 89:6, 89:8, 89:13, 89:14, 89:21, 90:15, 90:17, 90:18

**primarily** [6] - 60:22,

61:5, 62:12, 92:11, 197:2, 228:22

**primary** [3] - 62:11, 210:19, 236:12

**principal** [3] - 12:3, 28:2, 63:6

**printed** [3] - 104:11, 104:13, 104:22

**private** [13] - 50:24, 60:22, 88:20, 92:9, 134:5, 134:11, 134:19, 134:22, 135:3, 135:8, 136:18, 137:2, 193:11

**privately** [1] - 60:16

**problem** [7] - 113:25, 115:3, 115:16, 116:22, 116:24, 117:1, 174:21

**problems** [4] - 112:22, 114:14, 114:18, 116:4

**procedure** [1] - 214:12

**procedures** [3] - 106:12, 213:23, 237:11

**proceed** [1] - 113:14

**PROCEEDINGS** [2] - 1:17, 244:13

**pROCEEDINGS** [1] - 243:8

**process** [3] - 13:18, 162:12, 241:21

**processed** [9] - 6:17, 12:21, 15:4, 17:13, 17:14, 17:16, 17:18, 18:13, 19:11

**processing** [2] - 13:11, 13:12

**produce** [2] - 139:17, 172:10

**produced** [5] - 30:6, 35:10, 37:8, 79:6, 172:14

**produces** [1] - 141:24

**producing** [3] - 145:4, 178:19, 199:24

**product** [8] - 162:17, 216:25, 219:13, 219:14, 239:16, 241:4, 242:17, 242:19

**Production** [6] - 45:8, 46:1, 46:5, 123:17, 159:5, 168:23

**PRODUCTION** [1] - 1:12

**production** [5] - 15:4, 139:12, 140:9,

140:14, 146:16

**products** [59] - 6:17, 10:9, 12:21, 13:10, 13:18, 15:4, 15:10, 17:13, 17:15, 17:17, 17:19, 18:13, 19:11, 27:17, 29:1, 29:17, 30:6, 30:15, 33:12, 33:22, 36:6, 41:17, 41:23, 42:1, 42:2, 52:1, 52:14, 54:7, 54:11, 59:5, 61:6, 61:14, 61:21, 61:22, 61:25, 62:1, 62:5, 62:9, 91:25, 131:8, 152:14, 152:20, 152:25, 157:21, 164:2, 172:2, 181:3, 181:5, 197:5, 209:12, 220:2, 220:6, 226:19, 226:21, 226:24, 227:18, 228:19, 233:18, 242:16

**profess** [1] - 115:1

**professional** [1] - 83:17

**professor** [6] - 170:7, 170:13, 190:21, 190:22, 190:25, 191:2

**profile** [1] - 96:21

**profiles** [1] - 41:24

**profit** [4] - 17:23, 67:18, 79:11, 80:11

**profitability** [1] - 17:20

**profits** [6] - 12:14, 67:8, 67:12, 67:16, 78:21, 104:8

**program** [2] - 41:8, 41:15

**Program** [1] - 220:22

**project** [6] - 199:12, 200:10, 201:1, 205:4, 209:9, 210:17

**projects** [1] - 171:14

**promoted** [1] - 195:23

**promotional** [1] - 215:19

**properly** [1] - 202:23

**property** [6] - 43:1, 43:17, 46:3, 46:4, 178:10

**proposal** [2] - 198:21, 199:7

**proposed** [2] - 199:3, 199:5

**prosecution** [2] - 121:4, 124:21

**prosecutor** [3] - 106:17, 110:16, 133:17

**prosecutors** [3] - 98:7, 121:15, 128:8

**prospectus** [3] - 92:14, 92:25, 129:7

**Protection** [10] - 82:12, 109:15, 110:2, 111:3, 205:11, 205:21, 206:18, 226:10, 232:5, 232:7

**protection** [1] - 111:21

**prove** [1] - 141:19

**provide** [5] - 8:12, 121:6, 164:1, 213:25, 217:13

**provided** [8] - 154:6, 197:2, 197:5, 212:24, 214:2, 215:20, 217:20, 242:14

**provides** [5] - 17:12, 208:23, 215:4, 217:15, 217:17

**providing** [3] - 15:13, 36:6, 156:1

**public** [34] - 21:3, 24:21, 60:12, 61:2, 62:4, 62:17, 64:16, 65:8, 66:2, 81:3, 82:17, 84:24, 88:20, 91:12, 91:13, 92:1, 98:9, 98:10, 100:13, 101:3, 101:4, 101:5, 104:9, 108:5, 120:16, 120:19, 122:12, 122:17, 122:20, 124:9, 135:9, 137:18, 138:2

**publicly** [4] - 64:11, 101:21, 103:4, 103:21

**publish** [3] - 31:20, 40:22, 130:5

**published** [9] - 21:13, 34:12, 68:24, 119:5, 119:8, 119:18, 119:20, 119:23, 119:25

**pull** [3] - 31:24, 104:18, 158:3

**pulled** [1] - 113:6

**purchase** [8] - 33:11, 33:21, 87:21, 87:25, 156:6, 162:23, 163:9

**purchased** [16] - 86:3, 86:7, 86:11, 88:14, 89:1, 89:6, 89:9, 120:21, 155:16, 160:15, 222:25,

223:10, 223:12,
224:8, 227:25, 228:8
**purchasing** [2] -
41:16, 196:2
**purportedly** [1] -
29:3
**purpose** [5] - 62:2,
156:24, 157:4,
234:17, 238:23
**PURSUANT** [1] -
244:10
**push** [1] - 162:21
**put** [23] - 60:8, 69:24,
95:25, 96:4, 113:23,
117:17, 147:20,
157:25, 162:16,
177:24, 179:4,
179:14, 181:6, 181:8,
181:17, 182:3,
182:12, 182:13,
183:12, 186:5, 199:5,
199:21

## Q

**QIANXIANG** [1] -
219:21
**qualified** [2] - 76:23,
141:9
**qualifies** [1] - 173:6
**qualify** [1] - 114:4
**quality** [1] - 36:6
**quantity** [1] - 142:5
**questionable** [1] -
113:12
**questionnaire** [7] -
212:20, 212:25,
213:3, 213:19, 214:9,
214:15, 237:10
**questions** [25] -
47:25, 60:7, 64:9,
83:10, 107:17,
111:23, 114:23,
116:9, 118:10,
128:22, 147:24,
149:18, 164:20,
164:24, 168:25,
194:4, 215:3, 215:21,
219:12, 219:24,
222:17, 228:18,
229:18, 229:21,
230:18
**quick** [1] - 180:1
**quickly** [6] - 17:1,
22:6, 47:9, 52:7, 54:2,
213:16
**quietly** [1] - 112:14
**quite** [1] - 199:15

## R

**R-E-I-C-H-E-R-T** [1] -
231:20
**rack** [4] - 182:14,
186:2, 186:6, 186:7
**racking** [8] - 180:23,
182:7, 182:9, 182:20,
183:16, 185:8,
185:15, 187:24
**racks** [3] - 182:11,
182:12, 186:3
**ragged** [1] - 117:14
**raise** [5] - 138:19,
169:14, 174:22,
194:19, 231:8
**Raise** [1] - 150:6
**raised** [1] - 230:9
**range** [1] - 179:18
**rank** [2] - 140:10,
171:21
**rare** [1] - 146:9
**rather** [1] - 172:5
**rats** [1] - 145:2
**raw** [1] - 219:25
**re** [1] - 108:1
**reached** [2] - 165:9,
165:10
**read** [14] - 9:23, 22:5,
24:14, 31:17, 58:15,
68:19, 104:22,
104:25, 105:8,
105:11, 106:3,
167:11, 214:16,
222:25
**reading** [7] - 7:6,
25:7, 67:5, 105:17,
105:25, 106:8, 202:15
**real** [4] - 87:22,
87:24, 188:6, 188:9
**real-world** [1] - 188:6
**really** [12] - 107:13,
107:18, 114:15,
181:10, 181:22,
181:23, 182:15,
183:2, 198:13,
234:17, 238:4
**reask** [1] - 108:20
**reason** [4] - 30:5,
76:20, 113:21,
116:14, 154:6, 154:8,
172:3, 186:13, 194:10
**reasons** [1] - 179:24
**recap** [1] - 5:12
**receivable** [1] - 7:22
**receive** [4] - 152:19,
164:2, 199:25, 205:10
**received** [64] - 7:22,
35:21, 35:22, 38:21,

38:22, 39:21, 40:25,
43:5, 43:6, 44:16,
44:17, 45:18, 45:19,
46:23, 46:24, 47:21,
47:22, 48:11, 52:4,
52:5, 53:24, 53:25,
55:3, 55:4, 56:5, 56:6,
57:7, 57:8, 70:20,
70:21, 71:3, 72:20,
72:21, 73:12, 73:13,
73:25, 75:1, 75:2,
75:17, 75:18, 77:4,
77:9, 77:10, 78:8,
93:21, 130:13,
130:22, 131:7,
132:14, 132:25,
152:25, 168:11,
170:19, 170:22,
206:22, 206:23,
213:13, 213:14,
216:9, 216:10,
218:20, 218:21,
221:3, 221:4
**receiving** [3] -
130:25, 131:8, 163:14
**recess** [2] - 118:11,
243:7
**RECESS** [1] - 53:2
**Recognition** [1] -
7:17
**recognize** [11] -
40:2, 51:15, 55:21,
71:16, 91:11, 205:18,
212:17, 215:16,
220:10, 233:8, 241:10
**recognized** [1] -
171:12
**recognizing** [3] - 8:2,
125:14, 125:17
**recollect** [1] - 161:9
**recollection** [5] -
123:15, 124:16,
125:7, 127:2, 128:6
**record** [19] - 5:5,
10:7, 33:7, 48:7, 53:3,
112:15, 118:17,
139:3, 150:14,
169:22, 189:14,
195:2, 201:7, 206:13,
231:18, 235:2,
238:12, 238:13, 242:5
**recorded** [3] - 16:6,
128:2, 128:7
**recording** [1] - 20:6
**records** [13] - 64:3,
64:4, 86:23, 87:13,
88:7, 92:6, 109:5,
109:6, 109:16, 122:9,
123:2, 123:13, 228:14
**recross** [1] - 138:10

**RECROSS** [1] - 3:3
**red** [1] - 70:21
**redirect** [5] - 128:24,
149:19, 169:2, 194:6,
230:21
**REDIRECT** [2] - 3:3,
128:25
**reduce** [1] - 179:4
**reduces** [1] - 177:23
**refer** [8] - 82:7,
137:4, 138:4, 138:5,
152:11, 181:21,
216:13, 219:7
**reference** [1] - 180:2
**referred** [3] - 133:20,
156:20, 203:10
**referring** [2] -
120:17, 152:22
**reflect** [9] - 5:5, 35:1,
53:3, 112:15, 118:17,
132:23, 189:14,
216:23, 241:18
**reflected** [8] -
130:12, 131:23,
132:5, 132:13, 133:6,
202:15, 234:1, 237:9
**refresh** [3] - 88:16,
127:2, 128:5
**regarding** [9] -
124:19, 126:4,
161:23, 162:7, 164:2,
165:7, 214:12, 226:1,
227:2
**regards** [1] - 34:13
**regions** [1] - 6:11
**registered** [2] - 28:3,
63:8
**REGULATIONS** [1] -
244:15
**regulations** [4] -
33:14, 98:12, 98:14,
98:17
**regulatory** [1] -
213:18
**Regulatory** [2] -
111:4, 232:5
**Reichert** [6] -
205:25, 208:20,
231:5, 231:19,
231:25, 232:3
**related** [22] - 8:4,
8:12, 8:16, 8:24, 9:18,
11:3, 11:7, 15:14,
15:18, 15:25, 19:23,
30:19, 47:11, 58:4,
58:15, 68:5, 68:9,
68:12, 102:24,
227:13, 236:24,
237:12
**Related** [3] - 8:8,

21:14, 21:17
**related-party** [2] -
11:3, 11:7
**relating** [1] - 58:23
**relationship** [3] -
29:24, 30:4, 197:20
**relative** [1] - 115:17
**release** [1] - 23:22
**relevance** [11] -
127:18, 140:23,
142:1, 142:12,
143:18, 151:16,
192:16, 192:22,
211:10, 236:13,
238:19
**Relevance** [1] -
238:17
**rely** [6] - 78:24,
189:21, 214:13,
214:22, 215:8, 242:13
**remained** [1] - 212:2
**remaining** [2] -
48:12, 204:23
**remedy** [1] - 117:3
**remember** [32] -
52:21, 88:22, 95:15,
105:17, 105:25,
107:6, 109:6, 112:9,
118:4, 119:15, 124:1,
128:3, 165:9, 165:12,
165:13, 189:7, 198:6,
204:9, 204:17, 205:5,
205:13, 207:19,
207:20, 207:22,
207:25, 209:6,
224:13, 224:14,
225:6, 225:7, 226:22,
243:1
**remind** [2] - 184:17,
208:16
**remitted** [1] - 130:22
**remove** [1] - 231:15
**removed** [1] - 199:20
**repatriated** [2] -
132:15, 133:2
**repeat** [5] - 61:17,
81:21, 82:20, 86:9,
94:5, 108:2, 208:5
**rephrase** [1] - 95:1
**report** [54] - 6:25,
7:18, 8:11, 10:3, 11:7,
11:14, 12:24, 18:3,
20:21, 22:11, 22:14,
24:3, 24:19, 25:8,
25:9, 26:21, 27:24,
27:25, 28:15, 28:22,
28:25, 30:12, 30:14,
30:25, 34:16, 34:18,
62:19, 67:24, 68:8,
68:24, 92:14, 96:15,

98:23, 104:12, 105:1, 105:14, 106:23, 107:7, 107:14, 107:19, 119:7, 120:5, 125:18, 126:18, 127:5, 128:11, 128:14, 189:25, 206:7, 210:8, 227:11, 232:25, 236:18, 236:20

**Report** [15] - 5:11, 7:2, 7:12, 11:16, 12:9, 13:1, 13:25, 16:3, 16:14, 16:19, 17:11, 19:16, 21:12, 67:25, 96:11

**report's** [1] - 29:19

**reported** [11] - 5:13, 5:23, 6:3, 8:15, 14:3, 14:6, 18:22, 152:9, 152:10, 198:1, 233:5

**REPORTED** [1] - 244:13

**reporter** [1] - 219:20

**REPORTER** [5] - 1:24, 233:2, 244:2, 244:8, 244:21

**REPORTER'S** [1] - 1:17

**Reporting** [1] - 10:5

**reporting** [4] - 6:8, 16:5, 18:16, 154:24

**reports** [33] - 16:18, 19:25, 20:24, 67:6, 92:25, 93:1, 93:4, 96:7, 96:13, 96:14, 103:25, 104:4, 104:10, 104:23, 105:8, 105:18, 106:1, 106:16, 107:1, 108:10, 108:11, 119:3, 119:5, 119:13, 125:11, 125:21, 126:24, 129:4, 129:8, 129:11, 129:17, 129:19

**represent** [4] - 42:12, 57:24, 125:14, 172:15

**representations** [4] - 39:5, 44:20, 45:24, 47:5

**representatives** [1] - 237:1

**Republic** [1] - 19:1

**request** [9] - 88:18, 121:15, 151:25, 165:22, 218:11, 218:13, 219:4, 228:24, 240:23

**requested** [3] - 227:3, 227:4, 229:17

**requests** [4] - 36:9, 132:8, 201:21, 220:14

**requirement** [1] - 179:25

**requirements** [1] - 179:24

**research** [7] - 171:12, 171:14, 171:18, 172:25, 173:2, 192:4, 193:16

**resides** [1] - 41:14

**resources** [1] - 215:5

**respect** [6] - 17:18, 47:6, 148:6, 184:21, 200:6, 207:11

**respective** [5] - 5:6, 33:15, 53:4, 118:18, 189:15

**response** [9] - 26:25, 28:5, 28:20, 30:12, 30:13, 30:22, 34:12, 215:20, 219:22

**responsibilities** [2] - 151:21, 195:25

**responsible** [6] - 58:2, 58:21, 60:1, 99:18, 196:2, 235:25

**rest** [2] - 14:12, 18:25

**restructuring** [1] - 102:25

**result** [2] - 80:25, 185:6

**resulted** [1] - 185:10

**results** [11] - 13:14, 99:19, 136:7, 148:9, 148:10, 148:14, 206:1, 206:5, 206:11, 209:1, 226:11

**resume** [1] - 24:1

**Resumption** [2] - 23:2, 23:15

**retail** [1] - 175:10

**retire** [4] - 52:24, 112:12, 189:10, 243:4

**retired** [4] - 190:20, 191:22, 195:10, 195:11

**return** [8] - 70:16, 72:15, 73:11, 73:21, 75:10, 77:2, 77:25, 131:24

**returns** [6] - 35:4, 65:11, 65:18, 66:8, 69:25, 78:11

**Revenue** [2] - 7:17, 10:5

**revenue** [33] - 5:13,

6:3, 6:20, 7:20, 10:7, 12:13, 13:8, 13:9, 14:3, 14:7, 14:9, 14:20, 14:24, 16:6, 17:21, 18:17, 18:23, 19:6, 20:6, 25:21, 25:23, 71:2, 74:9, 74:13, 74:22, 76:3, 76:7, 76:10, 76:12, 76:20, 77:12, 80:10, 142:8

**revenues** [5] - 5:22, 8:1, 25:18, 25:19, 104:8

**review** [18] - 86:5, 87:13, 87:15, 88:6, 88:25, 93:1, 93:21, 95:14, 96:11, 106:15, 106:20, 106:23, 107:22, 129:16, 190:1, 190:4, 190:7, 227:5

**reviewed** [16] - 51:20, 53:17, 86:22, 86:23, 87:2, 88:3, 93:5, 98:15, 104:10, 106:17, 106:19, 106:22, 107:1, 109:9, 216:1, 241:12

**reviewing** [5] - 34:16, 99:18, 103:25, 107:6, 109:16

**rewards** [1] - 8:4

**RGK** [1] - 1:8

**Richard** [2] - 36:15, 36:22

**ridiculous** [1] - 90:9

**right-hand** [3] - 158:10, 160:9, 160:10

**ring** [1] - 121:18

**rise** [3] - 53:1, 118:15, 189:12

**risks** [1] - 8:4

**Riverside** [10] - 46:18, 46:20, 47:3, 47:6, 47:8, 47:17, 48:13, 52:15, 160:11, 160:12

**Road** [1] - 12:4

**ROBERT** [1] - 2:17

**Robert** [5] - 57:21, 194:16, 195:3, 236:6, 236:7

**Rock** [5] - 121:21, 121:22, 121:24, 124:18

**rod** [2] - 152:16, 157:23

**ROD** [1] - 242:2

**ROGER** [1] - 2:8

**role** [12] - 150:25, 156:24, 164:6, 191:20, 192:12, 196:12, 198:10, 200:6, 202:11, 211:19, 235:22, 236:7

**roles** [1] - 151:20

**roll** [1] - 159:14

**roll-up** [1] - 159:14

**ROOM** [1] - 1:24

**room** [4] - 52:24, 112:12, 189:10, 243:4

**round** [1] - 174:13

**rule** [3] - 83:8, 116:2, 116:3

**rules** [4] - 25:4, 98:12, 98:14, 98:17

**run** [2] - 116:19, 227:25

**running** [1] - 229:12

**Ruyak** [2] - 57:21, 148:5

**RUYAK** [123] - 2:17, 2:17, 37:4, 37:19, 38:12, 39:12, 57:17, 60:8, 63:21, 64:19, 65:2, 65:6, 67:2, 67:23, 68:7, 68:18, 69:23, 70:9, 70:12, 70:17, 71:6, 71:12, 71:13, 71:23, 72:5, 72:10, 72:18, 72:22, 73:10, 73:14, 73:18, 74:6, 74:24, 75:3, 75:8, 75:15, 75:19, 76:18, 76:25, 77:7, 77:11, 77:23, 79:9, 79:14, 79:17, 80:4, 80:16, 80:23, 81:12, 81:24, 82:2, 83:19, 84:21, 85:9, 85:10, 85:25, 86:25, 87:9, 89:24, 90:10, 90:14, 91:6, 91:17, 91:19, 92:21, 93:16, 95:4, 95:8, 95:9, 95:20, 96:4, 96:6, 96:19, 98:21, 98:25, 99:5, 100:1, 100:5, 104:18, 105:20, 105:22, 105:24, 106:5, 107:4, 108:25, 110:3, 110:8, 110:13, 110:18, 110:21, 110:24, 111:13, 111:15, 111:23, 111:24, 118:22, 118:24, 122:1, 133:14, 134:21, 135:5, 135:17, 135:21,

136:12, 137:24, 138:9, 145:11, 147:24, 164:24, 194:12, 197:21, 201:23, 202:3, 213:12, 218:19, 221:24, 222:13, 230:17, 238:17, 238:19, 238:24, 239:11, 242:10

### S

**safe** [2] - 181:13, 185:10

**safely** [1] - 182:4

**safety** [3] - 181:10, 181:12, 188:3

**Sale** [1] - 7:23

**sale** [3] - 10:8, 61:21, 142:9

**sales** [13] - 6:16, 8:1, 13:21, 19:10, 21:18, 25:24, 33:11, 72:24, 88:19, 146:19, 161:24, 162:8, 228:19

**salespeople** [1] - 161:9

**sample** [1] - 227:7

**samples** [2] - 174:12, 226:21

**sat** [1] - 101:21

**satisfy** [1] - 186:11

**save** [1] - 111:23

**saw** [23] - 5:16, 5:21, 14:6, 18:20, 31:2, 47:10, 49:3, 49:11, 49:12, 50:4, 59:1, 86:12, 86:14, 87:12, 89:5, 122:24, 124:14, 129:22, 160:13, 160:17, 168:3, 197:14, 226:3

**scaffolding** [1] - 197:6

**scale** [1] - 15:4

**schedules** [2] - 109:17, 109:18

**scope** [10] - 89:17, 109:20, 127:18, 142:21, 209:2, 210:1, 210:6, 227:8, 233:19, 240:5

**screen** [2] - 91:15, 95:25

**scroll** [4] - 52:7, 68:2, 100:6, 106:5

**Scudaria** [1] - 129:18

**SCUDERIA** [1] - 1:11

**Scuderia** [13] - 43:20, 43:22, 46:10, 123:20, 123:22, 124:4, 124:11, 129:3, 129:6, 160:10, 168:12
**sealed** [1] - 217:3
**seam** [2] - 144:1, 144:2
**seams** [2] - 143:25, 144:16
**search** [2] - 56:21, 89:10
**seat** [1] - 112:18
**seated** [5] - 139:1, 150:12, 169:20, 194:25, 231:14
**seats** [4] - 5:6, 53:5, 118:19, 189:15
**second** [18] - 6:6, 11:14, 14:22, 20:10, 32:13, 33:18, 39:18, 56:12, 96:15, 114:9, 122:18, 126:25, 152:3, 181:20, 202:20, 227:6, 234:7, 237:2
**second-to-last** [1] - 11:14
**seconds** [1] - 196:25
**SECTION** [1] - 244:11
**section** [29] - 7:13, 7:17, 8:8, 9:7, 9:9, 9:12, 9:13, 11:12, 15:24, 16:13, 19:8, 21:14, 23:14, 24:3, 26:12, 28:14, 28:23, 28:24, 30:10, 31:9, 36:4, 106:3, 106:13, 213:21, 214:8, 219:3
**sections** [3] - 96:13, 106:17, 107:3
**sector** [1] - 175:10
**securities** [1] - 102:23
**Security** [1] - 51:7
**see** [120] - 9:18, 10:6, 10:12, 10:15, 11:21, 11:22, 12:3, 12:19, 13:14, 14:2, 15:13, 15:24, 16:16, 19:19, 20:13, 23:14, 26:21, 28:25, 30:11, 32:3, 37:11, 40:7, 40:11, 41:2, 42:21, 43:8, 43:23, 45:21, 47:1, 49:10, 49:21, 50:3, 52:25, 60:4, 66:5, 69:3, 70:14, 70:20, 70:21, 71:2, 71:15,

71:25, 72:15, 72:23, 73:2, 73:3, 73:6, 73:20, 73:25, 74:8, 75:5, 75:10, 75:20, 76:3, 77:2, 77:3, 77:4, 77:15, 77:25, 78:1, 78:3, 78:4, 86:2, 86:6, 86:10, 88:12, 96:16, 96:22, 96:25, 97:11, 97:17, 97:18, 99:5, 99:10, 99:13, 100:9, 100:15, 100:21, 100:23, 101:8, 101:11, 101:25, 102:3, 102:9, 103:1, 103:10, 104:7, 106:8, 107:9, 112:8, 113:7, 115:21, 116:8, 122:12, 122:19, 122:23, 124:3, 132:9, 133:18, 144:12, 144:21, 155:1, 155:20, 157:5, 157:10, 163:16, 163:20, 166:14, 168:6, 189:11, 191:23, 197:15, 209:18, 210:13, 213:17, 214:15, 214:24, 221:6, 221:25, 243:6
**seeing** [7] - 123:15, 124:1, 125:20, 129:18, 133:8, 158:23, 180:1
**seek** [1] - 204:6
**seem** [1] - 197:18
**Segment** [1] - 16:5
**Segments** [1] - 10:5
**seize** [1] - 58:8, 59:21, 131:22
**seized** [3] - 59:17, 86:1, 173:10
**seizure** [7] - 41:10, 50:12, 50:19, 55:8, 59:2, 59:21, 60:2
**seldom** [1] - 156:10
**selected** [3] - 207:10, 234:21, 235:8
**selection** [1] - 209:6
**selections** [1] - 209:7
**sell** [2] - 146:18, 239:3
**seller** [1] - 22:15
**selling** [4] - 42:11, 83:2, 161:12, 203:11
**send** [2] - 132:7, 163:12
**sender** [1] - 137:7

**sending** [2] - 133:7, 233:22
**senior** [1] - 102:19
**sense** [1] - 115:14
**sent** [7] - 38:9, 78:22, 109:2, 120:20, 132:23, 132:24, 133:1
**sentence** [20] - 6:9, 13:7, 13:16, 13:17, 14:18, 14:22, 26:14, 27:8, 27:25, 29:7, 29:14, 29:23, 41:5, 41:19, 42:5, 43:15, 101:9, 103:7, 202:16, 202:20
**sentences** [2] - 41:18, 43:19
**separate** [8] - 63:5, 63:10, 126:13, 127:12, 134:5, 134:11, 228:4, 238:5
**separately** [1] - 172:4
**September** [12] - 32:2, 34:9, 34:13, 34:22, 36:1, 41:21, 50:11, 50:18, 56:17, 56:22, 226:6, 227:8
**series** [2] - 20:18, 31:20
**serve** [1] - 97:1
**served** [4] - 97:24, 101:24, 103:3, 103:21
**serves** [1] - 100:17
**service** [2] - 143:8, 145:13
**Services** [1] - 232:6
**session** [2] - 112:14, 128:7
**SESSION** [2] - 1:18, 5:2
**set** [6] - 28:18, 49:2, 49:7, 49:9, 49:25, 119:2
**setting** [2] - 142:17, 181:4
**seven** [3] - 9:4, 28:10, 28:11
**several** [6] - 106:2, 116:19, 119:2, 120:20, 155:16, 200:17
**sew** [1] - 8:8
**shall** [5] - 138:23, 150:8, 169:16, 194:22, 231:11
**Shao** [66] - 35:2, 35:13, 36:3, 36:5, 36:8, 36:15, 36:22, 38:1, 38:2, 38:9, 39:1,

39:2, 39:4, 40:6, 41:6, 65:23, 66:3, 66:9, 66:13, 66:17, 66:23, 71:17, 75:5, 130:9, 130:13, 130:18, 131:4, 132:2, 132:6, 132:10, 132:19, 132:24, 152:1, 152:4, 152:9, 154:5, 154:24, 163:9, 164:4, 196:9, 196:10, 197:16, 197:19, 197:24, 198:1, 198:4, 198:20, 199:21, 200:17, 200:23, 201:14, 202:10, 204:7, 215:20, 215:22, 216:4, 217:19, 218:3, 218:5, 218:24, 223:25, 224:7, 225:11, 225:16, 228:24
**shao** [8] - 41:12, 41:20, 42:12, 77:17, 78:14, 216:13, 225:15, 229:7
**shao's** [2] - 73:3, 75:21
**Shao's** [4] - 41:3, 71:18, 74:3, 199:17
**shape** [2] - 196:19, 200:18
**Shapes** [85] - 195:12, 195:15, 195:17, 195:19, 195:20, 196:5, 196:12, 196:20, 196:22, 196:24, 197:2, 197:8, 197:14, 198:10, 198:20, 199:5, 199:9, 199:14, 199:17, 199:25, 200:7, 200:23, 201:18, 202:9, 202:11, 202:12, 203:2, 203:19, 204:6, 204:18, 205:9, 205:20, 206:8, 206:17, 207:4, 207:10, 207:25, 208:3, 208:6, 209:21, 210:5, 210:19, 210:20, 210:24, 211:18, 211:24, 213:19, 220:25, 221:6, 221:12, 221:22, 222:17, 222:22, 222:24, 223:1, 223:4, 223:9, 223:12, 224:3, 224:7,

224:8, 224:18, 224:25, 225:11, 225:18, 225:20, 226:16, 227:25, 228:5, 228:7, 228:15, 228:23, 228:25, 230:1, 230:5, 232:19, 233:18, 234:4, 234:21, 235:8, 236:4, 236:8, 236:21, 239:3, 240:21
**shapes** [1] - 197:6
**Shapes's** [4] - 196:11, 203:12, 204:1, 204:15
**share** [4] - 116:7, 117:11, 221:11, 221:21
**shareholder** [1] - 43:22
**shareholders** [25] - 6:4, 6:8, 7:19, 8:11, 11:5, 14:19, 17:17, 20:6, 21:1, 21:14, 22:10, 25:17, 26:4, 26:13, 28:21, 29:9, 31:13, 31:22, 32:10, 32:21, 33:9, 33:19, 34:18, 34:21, 91:24
**Shareholders** [2] - 7:2, 13:1
**shares** [1] - 64:20
**sheet** [2] - 217:11, 217:13
**sheets** [3] - 88:9, 88:12, 88:15
**shell** [5] - 79:22, 79:24, 86:13, 129:23
**shelves** [1] - 182:11
**Shen** [5] - 126:4, 126:8, 126:17, 127:3, 128:9
**SHERI** [3] - 1:23, 244:8, 244:20
**ship** [2] - 10:8, 179:7
**shipped** [4] - 16:7, 81:2, 204:25, 205:2
**shippers** [2] - 16:6, 20:7
**shipping** [5] - 10:8, 29:16, 131:20, 151:24, 205:4
**short** [2] - 22:15, 175:4
**shorter** [1] - 31:21
**shortly** [1] - 113:7
**show** [46] - 11:15, 16:11, 31:7, 35:9, 37:23, 39:23, 42:16, 42:20, 44:4, 45:5,

46:14, 47:14, 49:3, 49:11, 50:5, 51:13, 52:16, 52:18, 53:9, 54:16, 55:16, 56:16, 62:24, 74:10, 91:8, 95:12, 129:25, 131:10, 131:25, 132:17, 138:1, 144:6, 153:3, 157:13, 158:5, 159:24, 200:12, 203:1, 205:15, 206:25, 212:4, 215:10, 217:23, 220:7, 233:7, 241:8

**showed** [9] - 29:17, 60:25, 65:18, 68:4, 89:8, 96:10, 157:2, 203:7, 204:5

**showing** [3] - 11:1, 153:23, 167:3

**shown** [4] - 65:20, 119:1, 166:13, 229:16

**shows** [10] - 12:10, 12:13, 33:25, 66:8, 101:21, 102:4, 102:6, 102:16, 123:16, 133:18

**shred** [1] - 123:18

**side** [6] - 117:16, 141:19, 159:15, 160:4, 177:19, 221:16

**sides** [8] - 112:21, 114:20, 118:12, 176:23, 177:2, 177:5, 177:7, 177:9

**siding** [1] - 197:6

**sign** [3] - 154:1, 154:9, 156:15

**signage** [1] - 166:15

**signatories** [3] - 32:3, 32:24, 220:13

**signatory** [4] - 21:8, 23:4, 71:15, 221:17

**signature** [8] - 43:24, 45:1, 71:16, 71:18, 71:19, 73:4, 74:3, 75:21

**signed** [7] - 32:25, 38:2, 77:15, 77:17, 78:14, 119:21, 235:10

**significant** [8] - 7:14, 8:18, 9:14, 15:2, 15:20, 19:19, 81:9, 96:8

**significantly** [2] - 13:22, 184:7

**similar** [13] - 15:14, 15:16, 15:24, 16:2, 19:22, 19:24, 20:1, 44:6, 45:7, 50:4, 64:6,

133:8, 241:2

**similarly** [1] - 133:6

**simple** [1] - 64:9

**simpler** [1] - 199:4

**single** [9] - 79:11, 95:10, 95:12, 122:12, 124:15, 147:19, 148:6, 163:20, 183:18

**sit** [6] - 79:10, 87:1, 94:20, 108:13, 109:1, 110:9

**sitting** [3] - 100:12, 158:25, 181:3

**situation** [1] - 115:8

**six** [6] - 208:3, 208:6, 208:11, 215:25, 226:14, 241:12

**six-month** [1] - 226:14

**sizable** [1] - 29:15

**size** [2] - 159:7, 241:2

**slightly** [2] - 103:23, 166:23

**slowed** [1] - 74:23

**slowly** [2] - 164:16, 164:17

**small** [4] - 154:18, 154:23, 199:14, 201:11

**sold** [9] - 16:6, 18:10, 42:7, 65:22, 66:3, 71:5, 76:9, 89:23, 163:20

**sole** [3] - 43:20, 43:21, 46:9

**solemnly** [5] - 138:21, 150:7, 169:15, 194:20, 231:9

**solutions** [1] - 96:17

**solve** [1] - 115:3

**someone** [4] - 135:18, 157:7, 159:10, 197:11

**sometime** [5] - 82:21, 83:21, 85:11, 157:25, 203:5

**sometimes** [3] - 115:19, 115:20, 229:14

**somewhere** [4] - 140:18, 146:18, 146:20, 183:25

**son** [1] - 157:9

**sorry** [39] - 11:2, 20:9, 27:12, 27:20, 36:12, 38:15, 49:4, 51:2, 59:9, 61:17, 65:1, 65:17, 67:9, 70:7, 71:9, 72:6, 76:2,

76:24, 81:20, 83:7, 84:25, 95:20, 105:16, 105:19, 107:1, 108:1, 108:2, 109:11, 111:12, 131:13, 136:13, 155:4, 186:23, 202:1, 208:5, 209:15, 223:13, 238:18, 240:13

**sort** [6] - 9:18, 17:12, 56:10, 200:9, 228:1, 234:10

**sound** [3] - 92:6, 168:13, 168:15

**sounds** [2] - 60:23, 67:22

**source** [1] - 237:14

**sources** [1] - 13:9

**SOUTH** [1] - 2:15

**southern** [2] - 48:22, 54:22

**space** [1] - 163:4

**speaking** [3] - 25:6, 121:15, 231:25

**Special** [1] - 130:2

**special** [3] - 40:2, 47:24, 129:2

**specialist** [3] - 235:18, 235:22, 240:20

**specific** [9] - 23:22, 96:13, 104:16, 108:22, 163:16, 177:23, 179:5, 182:12, 182:16

**specifically** [4] - 49:10, 171:13, 172:18, 224:14

**specification** [4] - 146:2, 217:11, 217:13, 241:1

**specifications** [9] - 145:19, 145:20, 146:7, 146:11, 146:12, 146:14, 240:25, 241:6, 241:15

**speculation** [5] - 37:5, 76:17, 98:19, 237:21, 242:11

**spell** [6] - 139:2, 150:14, 169:21, 195:1, 219:19, 231:18

**spelled** [1] - 139:5

**spend** [2] - 104:7, 199:9

**spent** [2] - 126:7, 199:8

**spoken** [1] - 198:14

**spotless** [2] - 156:1, 156:5

**SPRING** [2] - 1:24, 2:10

**square** [2] - 159:9, 159:11

**SS** [1] - 244:5

**stack** [1] - 164:12

**stacks** [2] - 49:12, 50:6

**staff** [1] - 232:24

**stage** [1] - 112:20

**staging** [1] - 151:23

**stake** [1] - 28:8

**stamp** [2] - 70:21, 73:25

**stamped** [1] - 77:4

**stand** [7] - 5:7, 53:6, 74:20, 108:13, 109:1, 118:20, 189:16

**standard** [3] - 146:25, 147:3, 147:4, 172:14, 172:19, 172:20, 181:16

**Standardization** [1] - 172:12

**standards** [3] - 172:8, 172:16

**stands** [1] - 32:17

**start** [5] - 33:24, 41:19, 116:22, 180:25, 195:18

**started** [14] - 83:21, 105:4, 117:3, 153:8, 153:15, 155:17, 155:18, 155:24, 162:10, 163:14, 195:20, 203:8, 203:16, 203:20

**starting** [5] - 35:2, 84:23, 174:9, 182:18, 199:2

**State** [2] - 140:1, 170:23

**state** [9] - 19:5, 34:16, 65:4, 135:18, 139:2, 150:13, 169:21, 195:1, 231:17

**STATE** [1] - 244:6

**statement** [7] - 12:25, 13:6, 25:17, 104:14, 107:5, 107:10, 125:24

**statements** [15] - 20:25, 88:10, 95:14, 104:3, 105:12, 106:16, 107:23, 108:4, 108:9, 124:6, 124:13, 124:15, 137:4, 137:6, 138:4

**states** [6] - 7:20, 214:10, 214:22,

217:1, 217:4, 217:10

**States** [39] - 5:14, 5:23, 6:4, 6:11, 6:16, 6:20, 14:7, 14:10, 14:24, 15:3, 18:23, 19:11, 42:3, 62:12, 62:13, 62:14, 65:9, 66:4, 66:11, 66:18, 81:4, 81:16, 82:6, 82:24, 83:24, 85:14, 86:4, 86:8, 89:23, 90:5, 108:8, 108:16, 109:3, 112:4, 137:19, 138:3, 141:24, 172:15, 175:15

**STATES** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 244:9, 244:11, 244:16

**static** [10] - 180:22, 180:25, 181:1, 182:2, 182:20, 183:6, 183:21, 185:5, 185:12, 186:24

**stating** [1] - 206:11

**status** [1] - 199:16

**stay** [1] - 208:10

**staying** [1] - 182:1

**steady** [1] - 31:19

**steel** [1] - 146:6

**STENOGRAPHICALLY** [1] - 244:13

**step** [7] - 64:7, 138:12, 138:13, 149:21, 169:4, 194:8, 230:23

**steps** [3] - 214:20, 236:21, 237:7

**Steve** [3] - 35:14, 36:5, 36:6

**STEVEN** [1] - 2:13

**sticking** [2] - 180:1, 185:19

**still** [20] - 10:3, 10:15, 11:21, 11:22, 11:25, 12:3, 13:25, 17:3, 17:4, 17:6, 17:8, 19:16, 28:24, 33:25, 57:19, 96:16, 112:14, 113:14, 117:8, 191:23

**stock** [20] - 23:20, 24:21, 25:9, 61:2, 61:13, 61:19, 62:21, 63:24, 64:13, 72:8, 75:6, 77:20, 78:18, 91:20, 91:22, 98:11, 103:4, 120:18, 120:21, 142:24

**stockpile** [1] - 29:16

**stocks** [1] - 64:18

**Stone** [1] - 121:20
**stop** [3] - 83:13, 85:1, 90:21
**stopped** [1] - 85:2
**storage** [8] - 48:14, 48:21, 49:15, 50:25, 51:1, 59:5, 182:10, 219:17
**store** [2] - 165:17, 165:19
**stored** [15] - 48:12, 51:24, 54:8, 54:11, 54:21, 55:23, 157:15, 158:11, 159:21, 166:2, 166:5, 167:16, 168:3, 225:10, 225:17
**storing** [3] - 164:10, 167:18, 167:22
**Strategy** [2] - 12:1, 17:4
**Street** [8] - 34:13, 44:7, 44:21, 44:24, 48:8, 49:8, 123:4, 168:17
**STREET** [5] - 1:12, 1:24, 2:10, 2:15, 2:18
**street** [1] - 168:6
**strength** [1] - 148:23
**strike** [3] - 90:10, 166:17, 167:14
**strong** [3] - 148:25, 187:12, 187:20
**structure** [3] - 60:6, 60:11, 166:24
**structures** [1] - 171:1
**stuck** [1] - 235:7
**students** [1] - 193:16
**study** [2] - 90:15, 90:16
**stuff** [4] - 180:5, 180:6, 180:8, 219:17
**subject** [4] - 90:19, 214:19, 215:6, 234:12
**submit** [1] - 243:3
**submits** [1] - 41:9
**submitted** [3] - 52:23, 112:12, 189:10
**subpart** [1] - 7:23
**subpoenaed** [1] - 121:8
**subpoenas** [1] - 120:20
**subsection** [4] - 8:21, 9:11, 10:4, 29:12
**subsequent** [1] - 161:5
**subsequently** [1] - 49:14

**subsidiaries** [8] - 10:12, 10:23, 20:13, 20:19, 24:10, 25:23, 26:6, 62:3
**Subsidiaries** [1] - 7:9
**subsidiary** [4] - 16:13, 62:17, 92:17, 92:23
**substantial** [4] - 71:2, 74:9, 126:7, 225:18
**substantially** [3] - 13:19, 15:14, 19:22
**substantive** [1] - 125:5
**suggests** [1] - 94:8
**SUITE** [2] - 2:15, 2:18
**summarize** [7] - 8:14, 9:21, 19:9, 30:22, 31:12, 49:3, 49:5
**summarized** [1] - 220:21
**summary** [1] - 129:17
**supply** [1] - 171:15
**support** [6] - 141:20, 180:21, 181:22, 182:14, 182:16, 186:3
**supports** [1] - 58:22
**supposed** [3] - 154:7, 238:5, 241:24
**supposedly** [2] - 90:4, 90:8
**surprising** [1] - 30:6
**surrounding** [1] - 58:3
**surveillance** [11] - 48:5, 48:10, 48:16, 49:2, 49:5, 49:7, 49:9, 49:23, 50:1, 50:4, 59:11
**surveilled** [1] - 55:6
**suspend** [1] - 224:25
**suspended** [3] - 23:18, 23:20, 230:14
**suspicious** [1] - 79:21
**sustainable** [1] - 190:24
**sustained** [24] - 37:6, 37:21, 39:14, 68:17, 76:16, 80:22, 92:20, 98:20, 110:7, 110:15, 110:20, 110:22, 127:20, 137:22, 142:14, 192:18, 192:23,

197:22, 202:5, 211:11, 236:14, 238:20, 238:25, 239:5
**swear** [5] - 138:21, 150:7, 169:15, 194:20, 231:9
**sworn** [4] - 138:18, 150:5, 169:14, 231:7
**symptoms** [2] - 116:21, 116:23
**system** [3] - 172:5, 182:14, 186:2
**systems** [1] - 186:6

---

**T**

**table** [1] - 156:6
**tag** [1] - 16:24
**TAKEN** [2] - 118:16, 189:13
**talks** [2] - 17:16, 100:12
**tapping** [1] - 15:6, 19:12
**tare** [4] - 180:2, 180:9, 217:16
**targeted** [1] - 234:25
**targeting** [1] - 235:1
**targets** [1] - 179:22
**tariff** [3] - 109:17, 234:13, 235:3
**Tariff** [1] - 109:18
**taught** [2] - 172:24, 193:13
**tax** [12] - 35:3, 65:11, 65:18, 66:7, 69:25, 70:16, 72:15, 73:11, 73:20, 75:10, 77:2, 78:11
**teach** [3] - 170:10, 192:14, 193:3
**teaching** [1] - 193:5
**team** [5] - 110:14, 110:25, 121:5, 124:21, 178:25
**Tech** [7] - 148:17, 170:7, 170:10, 170:14, 178:13, 190:15, 190:19
**tech** [1] - 56:10
**technically** [1] - 188:2
**technology** [1] - 140:2
**temporary** [2] - 187:10, 188:21
**ten** [10] - 51:23, 53:14, 114:5, 126:15, 171:8, 175:22,

176:13, 178:13, 184:11, 196:25
**ten-year** [1] - 184:11
**tend** [2] - 179:3, 179:13
**tenure** [1] - 164:6
**term** [4] - 16:23, 30:3, 67:3, 171:25
**termination** [1] - 164:18
**terms** [11] - 85:23, 123:20, 124:18, 124:23, 124:24, 125:24, 135:13, 142:21, 176:18, 199:4, 237:7
**test** [2] - 116:12, 148:9, 148:14, 172:7, 181:23, 182:7, 183:7, 183:8, 183:11, 183:14, 183:17, 183:18, 184:25, 185:3, 186:25
**tested** [7] - 148:20, 148:22, 148:25, 175:24, 178:4, 178:13, 178:16
**testified** [15] - 20:23, 39:18, 90:3, 122:8, 124:19, 124:23, 125:10, 129:2, 129:22, 135:15, 137:15, 187:3, 214:4, 219:9, 222:5
**testify** [13] - 79:3, 90:23, 91:2, 91:3, 91:4, 110:4, 111:6, 111:11, 111:19, 111:21, 141:15, 141:17, 231:16
**testifying** [3] - 78:25, 141:14, 148:19
**testimony** [20] - 38:14, 38:19, 58:13, 63:15, 69:11, 81:6, 81:18, 88:17, 106:24, 108:18, 126:3, 126:5, 135:19, 137:16, 137:21, 138:21, 150:7, 169:15, 194:20, 231:9
**testing** [9] - 116:16, 148:10, 149:6, 171:12, 171:18, 172:8, 173:9, 176:3, 240:23
**tests** [9] - 180:19, 180:20, 180:22, 182:19, 184:5, 184:14, 185:1,

185:13, 186:12
**testy** [1] - 117:15
**text** [2] - 72:12, 226:5
**thanking** [1] - 36:5
**THAT** [2] - 244:10, 244:14
**THE** [285] - 5:5, 35:21, 36:18, 36:21, 36:23, 37:2, 37:6, 37:21, 38:15, 38:21, 38:23, 39:9, 39:14, 39:20, 39:25, 40:18, 40:21, 40:24, 43:5, 44:16, 45:18, 46:23, 47:21, 52:4, 52:18, 53:1, 53:3, 53:24, 55:3, 56:5, 57:7, 57:14, 63:16, 63:17, 64:15, 64:16, 65:4, 66:21, 66:22, 68:17, 69:12, 69:14, 69:18, 69:20, 69:22, 70:6, 70:7, 70:11, 70:15, 71:9, 72:20, 73:12, 73:16, 75:1, 75:17, 76:16, 77:9, 79:2, 79:5, 79:8, 79:16, 79:19, 79:20, 80:1, 80:15, 80:20, 80:22, 81:7, 81:8, 81:19, 81:20, 81:22, 82:1, 83:7, 83:25, 84:2, 84:4, 84:11, 84:13, 84:18, 84:19, 84:25, 85:16, 85:17, 85:18, 85:19, 85:20, 85:21, 85:24, 86:19, 86:22, 87:5, 87:6, 89:18, 89:19, 90:12, 90:21, 90:25, 91:1, 91:18, 92:20, 93:12, 93:14, 93:15, 94:25, 95:5, 95:15, 95:17, 95:19, 96:2, 98:20, 99:22, 99:25, 105:19, 105:21, 105:23, 108:19, 109:22, 109:23, 110:7, 110:15, 110:20, 110:22, 111:7, 111:8, 111:10, 111:12, 111:14, 111:22, 112:6, 112:17, 112:18, 115:4, 115:8, 115:15, 115:23, 116:18, 118:15, 118:17, 122:2, 126:20, 127:20, 127:23, 127:24,

128:24, 129:15,
129:16, 130:6,
131:12, 131:16,
133:12, 134:20,
134:25, 135:2, 135:3,
135:12, 135:13,
135:20, 135:25,
136:1, 136:4, 136:9,
137:22, 138:10,
138:12, 138:17,
138:25, 139:1, 139:4,
139:5, 139:6, 139:7,
140:24, 141:9,
141:13, 142:2, 142:3,
142:13, 142:22,
142:23, 142:25,
143:2, 143:3, 143:19,
143:20, 145:9,
147:25, 149:2,
149:10, 149:14,
149:16, 149:19,
149:21, 149:25,
150:4, 150:11,
150:12, 150:15,
151:17, 155:4, 155:6,
162:1, 164:22,
164:25, 169:2, 169:4,
169:8, 169:13,
169:19, 169:20,
169:23, 169:25,
173:6, 174:15,
174:21, 186:17,
189:5, 189:12,
189:14, 192:18,
192:23, 193:1, 194:6,
194:8, 194:9, 194:10,
194:13, 194:18,
194:24, 194:25,
195:3, 195:5, 197:22,
201:9, 202:1, 202:5,
206:22, 208:9,
208:10, 211:11,
213:13, 216:9,
218:20, 221:3,
222:11, 230:19,
230:21, 230:23,
231:1, 231:6, 231:13,
231:14, 231:19,
231:21, 233:3,
236:14, 237:22,
237:23, 238:18,
238:20, 238:25,
239:5, 239:12,
239:13, 239:20,
239:21, 240:8, 240:9,
240:12, 240:13,
240:14, 240:15,
242:12, 242:13,
242:24, 244:9,
244:11, 244:12,
244:13, 244:14,

244:15, 244:16
  **themselves** [1] -
83:15
  **thereabouts** [1] -
84:23
  **thinking** [1] - 117:12
  **thinks** [1] - 135:16
  **third** [24] - 9:8,
24:23, 24:25, 25:19,
25:24, 27:4, 28:8,
29:11, 31:1, 31:3,
31:11, 32:16, 33:22,
39:18, 41:12, 48:14,
48:18, 49:18, 102:15,
113:11, 114:11,
182:6, 186:12, 237:7
  **third-party** [3] -
48:14, 48:18, 49:18
  **thousand** [1] -
175:25
  **thousands** [2] - 64:2,
224:14
  **three** [35] - 30:24,
30:25, 32:7, 50:14,
51:5, 55:10, 99:14,
100:2, 103:13,
103:16, 105:7, 113:8,
114:1, 116:1, 122:7,
122:11, 128:18,
129:3, 146:22,
163:10, 173:10,
173:12, 173:13,
173:18, 175:18,
176:12, 180:12,
180:18, 180:22,
182:19, 184:5,
184:13, 185:1, 186:4,
186:11
  **three-year** [2] -
122:7, 128:18
  **throughout** [5] -
89:19, 93:5, 109:9,
128:17, 216:16
  **timeline** [2] - 23:17,
31:25
  **timing** [4] - 115:14,
195:18, 225:6, 225:8
  **tip** [2] - 48:11, 48:25
  **title** [1] - 190:21
  **TITLE** [1] - 244:11
  **titled** [1] - 23:2
  **TO** [1] - 244:11
  **Toby** [1] - 150:3
  **today** [12] - 51:20,
53:17, 58:18, 79:10,
87:1, 93:3, 94:20,
108:13, 109:1,
130:14, 216:1, 241:13
  **together** [2] - 193:7,
193:15

  **tomorrow** [1] - 243:7
  **tonight** [1] - 243:5
  **tons** [1] - 137:6
  **took** [11] - 50:21,
55:10, 74:21, 115:16,
115:17, 174:12,
183:11, 196:16,
226:1, 226:23, 237:8
  **top** [20] - 12:17,
14:17, 30:14, 33:7,
35:12, 37:12, 41:2,
68:13, 78:5, 79:6,
92:14, 97:4, 104:21,
154:11, 158:9, 159:4,
172:3, 207:1, 213:17,
218:23
  **topic** [1] - 177:25
  **topics** [1] - 201:21
  **total** [11] - 6:3, 14:9,
18:17, 18:23, 25:20,
77:12, 130:21, 131:8,
146:16, 146:19,
207:24
  **totaled** [1] - 199:12
  **tough** [3] - 90:21,
118:7, 136:4
  **tour** [1] - 240:21
  **Tower** [1] - 12:6
  **town** [1] - 155:25
  **trace** [2] - 80:10,
94:14
  **tractor** [7] - 49:3,
49:11, 49:14, 49:15,
50:5, 50:6, 50:8
  **Trade** [2] - 10:21,
219:21
  **traded** [1] - 64:17
  **trading** [6] - 23:2,
23:15, 23:18, 23:20,
24:1, 30:24
  **trailer** [6] - 177:23,
177:24, 179:5, 179:7,
197:3
  **trailers** [8] - 49:3,
49:11, 49:14, 49:15,
50:5, 50:7, 50:8,
203:8
  **trainings** [1] - 172:23
  **transaction** [4] -
122:9, 122:12, 237:2,
237:4
  **transactional** [1] -
70:1
  **transactions** [28] -
11:4, 11:8, 21:14,
21:17, 22:13, 26:5,
26:7, 26:8, 30:20,
33:10, 33:13, 84:12,
86:12, 87:14, 87:17,
87:19, 87:20, 87:22,

87:25, 102:25,
122:15, 123:24,
124:2, 124:3, 124:10,
124:14, 227:7, 228:14
  **TRANSCRIPT** [3] -
1:17, 244:12, 244:14
  **transfer** [1] - 95:11
  **transferred** [3] -
27:3, 30:16, 137:17
  **transferring** [2] -
123:16, 123:21
  **transfers** [4] - 87:7,
87:10, 87:12, 94:7
  **translator** [2] -
161:21, 161:22
  **transportation** [1] -
197:3
  **TRIAL** [1] - 1:17
  **trial** [15] - 58:12,
107:2, 110:19, 111:5,
111:21, 112:22,
113:17, 114:3, 117:3,
117:13, 117:17,
118:2, 118:13
  **trials** [1] - 117:13
  **tried** [2] - 93:4, 94:16
  **troubling** [1] - 116:6
  **truck** [1] - 197:3
  **trucks** [2] - 49:21,
197:4
  **TRUE** [1] - 244:12
  **true** [2] - 28:22,
84:14
  **truth** [15] - 138:23,
138:24, 150:9,
169:17, 194:22,
194:23, 231:11,
231:12
  **truthful** [1] - 229:24
  **try** [7] - 17:2, 94:14,
97:22, 111:13,
111:14, 136:14,
213:16
  **trying** [5] - 25:9,
58:22, 83:6, 104:7,
135:18
  **TUESDAY** [1] - 1:18
  **turn** [3] - 47:25,
118:25, 156:12
  **turned** [1] - 144:21
  **turning** [6] - 123:4,
151:24, 153:9,
153:12, 153:19, 164:5
  **two** [36] - 12:20,
33:5, 33:7, 43:19,
44:5, 48:23, 55:19,
55:22, 57:2, 106:16,
113:10, 121:23,
127:15, 127:17,
144:2, 149:9, 172:10,

176:18, 176:25,
177:2, 177:7, 177:13,
177:16, 177:18,
181:12, 186:11,
188:3, 197:10,
200:25, 202:14,
207:22, 208:1, 213:7,
219:24
  **two-and-a-half-year**
[1] - 197:10
  **two-page** [1] - 55:19
  **two-way** [6] - 176:18,
176:25, 177:7,
177:13, 177:16,
177:18
  **type** [8] - 118:2,
121:16, 133:9, 151:4,
151:13, 176:8,
181:20, 182:6
  **types** [3] - 126:23,
152:14, 176:6
  **typical** [5] - 142:18,
143:10, 143:13,
143:22, 179:18
  **typically** [2] - 143:7,
178:7

## U

  **U-Haul** [1] - 197:4
  **U.S** [26] - 10:9, 15:6,
15:10, 16:8, 19:13,
34:14, 70:15, 88:21,
94:9, 94:17, 119:24,
120:21, 121:2,
124:20, 132:7, 137:9,
172:18, 175:8, 175:9,
175:13, 178:6,
193:19, 213:17,
218:6, 232:4, 240:10
  **U.S.A** [4] - 166:15,
166:20, 166:24, 167:4
  **U.S.com** [1] - 130:10
  **ultimate** [6] - 43:16,
46:2, 47:7, 62:24,
239:8, 242:7
  **ultimately** [2] -
48:18, 79:25
  **unable** [1] - 235:20
  **unacceptable** [1] -
145:6
  **unconnected** [1] -
49:19
  **under** [26] - 7:23,
13:14, 16:5, 21:17,
30:19, 31:12, 62:3,
66:13, 79:10, 91:24,
99:10, 107:24, 137:7,
186:8, 188:17, 203:6,

208:25, 210:4, 214:8,
219:15, 220:1,
230:10, 234:11,
238:5, 238:6, 241:22
**underneath** [9] -
8:21, 9:3, 15:1, 19:3,
19:9, 27:15, 28:4,
200:22, 207:13
**understood** [4] -
200:8, 202:23,
223:17, 225:16
**undertake** [1] -
103:13
**undertook** [2] -
106:13, 107:22
**undisclosed** [1] -
30:19
**unexplainable** [1] -
94:11
**unique** [1] - 238:13
**Unis** [19] - 48:20,
49:15, 49:18, 49:22,
50:9, 50:13, 50:14,
50:25, 51:3, 51:5,
51:8, 51:25, 52:10,
54:8, 54:11, 55:7,
55:9, 55:11
**Unit** [10] - 111:4,
170:8, 171:4, 171:9,
171:11, 171:17,
171:20, 175:23,
176:14, 184:12
**unit** [8] - 170:11,
171:13, 171:25,
172:1, 181:15, 186:3,
191:12, 193:3
**UNITED** [10] - 1:1,
1:1, 1:4, 1:6, 2:7, 2:9,
2:9, 244:9, 244:11,
244:16
**United** [39] - 5:13,
5:23, 6:4, 6:11, 6:16,
6:20, 14:7, 14:10,
14:24, 15:2, 18:23,
19:10, 42:3, 62:11,
62:13, 62:14, 65:9,
66:4, 66:10, 66:18,
81:3, 81:16, 82:5,
82:24, 83:24, 85:14,
86:3, 86:8, 89:23,
90:5, 108:8, 108:15,
109:3, 112:4, 137:19,
138:3, 141:23,
172:15, 175:15
**University** [3] -
140:1, 170:21, 170:23
**unless** [2] - 83:14,
137:16
**unloaded** [1] - 203:9
**unloading** [1] -

151:23
**unsafe** [1] - 181:18
**unsuccessful** [1] -
42:10
**unusual** [1] - 236:11
**up** [59] - 6:21, 14:11,
28:18, 31:24, 34:7,
49:2, 49:3, 49:7, 49:9,
49:11, 49:25, 50:5,
58:22, 68:2, 68:5,
68:13, 74:6, 78:5,
96:23, 97:3, 100:8,
104:18, 104:20,
106:5, 116:23, 117:6,
140:24, 141:19,
144:5, 148:5, 154:1,
155:7, 156:15, 157:2,
158:3, 159:14, 162:5,
163:11, 166:11,
171:21, 174:13,
174:18, 178:23,
183:20, 203:1, 203:7,
203:15, 204:5, 211:6,
214:15, 214:24,
215:2, 219:3, 226:5
**upper** [1] - 167:2
**UPS** [2] - 151:8,
151:10
**uses** [2] - 33:15,
218:5
**Utah** [1] - 70:22
**UVS** [2] - 121:18,
121:24

## V

**vaccinated** [3] -
116:20, 116:22,
116:24
**vague** [3] - 155:3,
155:5, 161:4
**vaguely** [2] - 124:1,
128:3
**Valerie** [1] - 206:3
**validate** [1] - 202:24
**value** [1] - 7:21
**Vanguard** [5] -
121:1, 121:3, 121:8,
121:10, 121:15
**variations** [1] - 92:7
**variety** [1] - 175:16
**various** [3] - 60:13,
132:23, 197:1
**Velda** [2] - 209:19,
235:10
**venture** [1] - 242:2
**ventures** [1] - 9:7
**vermin** [2] - 144:4,
145:1

**versa** [1] - 197:19
**versus** [2] - 166:24,
176:19
**vice** [4] - 195:13,
195:24, 196:1, 197:19
**Vietnam** [7] - 24:13,
28:16, 28:19, 29:3,
32:17, 42:15, 205:3
**viewed** [1] - 156:13
**vinyl** [5] - 154:17,
154:22, 154:23,
157:16, 157:22
**Virginia** [7] - 148:16,
170:7, 170:10,
170:13, 178:13,
190:15, 190:19
**visible** [1] - 168:9
**visit** [1] - 157:12
**volunteer** [1] - 211:7
**Von** [4] - 44:21,
123:4, 158:20, 168:17
**VON** [1] - 1:11
**voting** [4] - 72:8,
75:6, 77:20, 78:18
**VP** [2] - 198:19,
210:23
**VS** [1] - 1:8

## W

**wa** [3] - 99:13, 100:9,
101:8
**waiting** [1] - 115:18
**walk** [8] - 159:12,
159:13, 159:15,
170:18, 237:2, 237:4,
237:6
**walk-through** [2] -
237:2, 237:4
**Wall** [1] - 34:13
**wall** [1] - 154:13
**Walnut** [22] - 48:23,
49:16, 52:11, 153:7,
153:18, 153:21,
154:2, 154:19, 155:2,
155:11, 155:19,
155:20, 156:3, 156:9,
156:25, 157:11,
157:15, 157:18,
157:19, 158:8, 158:16
**Wang** [17] - 42:21,
43:9, 43:15, 44:7,
44:20, 45:6, 45:21,
45:24, 46:17, 47:1,
47:5, 47:11, 163:23,
163:24, 164:2,
214:25, 219:8
**Wang's** [1] - 43:23
**wants** [1] - 115:21

**warehouse** [111] -
40:17, 43:2, 44:23,
44:25, 45:7, 45:10,
45:25, 46:18, 47:3,
47:6, 47:8, 47:17,
48:5, 48:6, 49:1, 49:7,
49:12, 49:13, 49:19,
49:22, 50:1, 50:5,
50:9, 50:13, 51:1,
52:10, 54:8, 54:11,
54:22, 55:7, 55:9,
55:11, 55:12, 55:24,
56:22, 89:11, 125:15,
125:18, 129:3,
129:12, 151:1, 151:3,
151:14, 151:21,
152:13, 153:7,
153:11, 154:14,
155:2, 155:10,
155:11, 155:20,
156:5, 156:9, 156:20,
156:25, 157:2, 157:3,
157:4, 157:11,
157:14, 157:15,
157:19, 158:9,
158:10, 158:12,
158:16, 158:17,
158:20, 158:22,
158:24, 159:1, 159:6,
159:8, 159:9, 159:17,
159:18, 159:22,
160:6, 160:9, 160:11,
160:12, 160:13,
160:20, 163:3,
163:15, 163:19,
164:10, 167:19,
167:22, 168:2, 181:4,
181:17, 182:10,
186:2, 203:1, 203:7,
203:9, 203:10, 204:1,
204:6, 204:15,
204:19, 204:24,
205:1, 225:18,
225:21, 226:18
**warehouses** [20] -
47:12, 48:13, 48:22,
50:14, 51:3, 51:5,
51:8, 51:25, 52:15,
151:11, 151:14,
158:1, 158:6, 161:7,
163:5, 166:2, 166:5,
166:8, 167:16, 182:9
**warehousing** [1] -
151:5
**warrant** [5] - 50:12,
50:19, 56:22, 59:21,
89:10
**warrants** [1] - 60:2
**WASHINGTON** [1] -
2:18

**Wayne** [7] - 205:25,
207:20, 207:23,
208:16, 208:17,
231:4, 231:19
**ways** [1] - 161:11
**web** [1] - 134:1
**Website** [2] - 21:3,
21:6
**week** [3] - 78:25,
114:17, 116:4
**weekend** [1] - 116:13
**weeks** [1] - 28:10
**weigh** [1] - 184:18
**weight** [44] - 16:23,
16:25, 96:17, 143:10,
143:13, 147:12,
162:9, 173:14,
173:15, 173:22,
173:23, 173:24,
178:3, 178:23, 179:4,
179:6, 179:18, 180:2,
180:3, 180:4, 180:5,
180:7, 180:9, 181:6,
181:17, 182:3,
182:14, 184:7,
184:21, 185:7,
187:25, 188:1,
188:11, 188:13,
188:17, 188:18,
188:21, 204:17,
217:9, 217:14,
217:16, 241:2, 241:18
**weld** [2] - 144:11,
144:15
**welded** [3] - 143:25,
144:3, 144:17
**welding** [7] - 143:23,
187:6, 187:9, 187:10,
187:13, 187:15,
242:16
**welds** [9] - 144:12,
144:13, 188:17,
188:20, 188:21,
188:24, 189:2, 189:3,
217:2
**Wells** [1] - 220:19
**Wen** [1] - 26:16
**Wendy** [18] - 130:10,
130:18, 131:6, 132:3,
132:6, 132:8, 132:10,
132:14, 132:21,
133:18, 135:7,
135:13, 135:16,
135:22, 136:2,
136:11, 136:15,
136:20
**Wensheng** [1] - 12:4
**West** [1] - 170:21
**WESTERN** [1] - 1:2
**Western** [1] - 139:16

**whatsoever** [1] - 78:21

**White** [2] - 189:23, 190:10

**white** [6] - 190:16, 192:5, 193:4, 193:6, 193:21, 194:2

**white's** [2] - 190:1, 192:20

**whole** [15] - 31:17, 84:7, 101:14, 102:11, 110:19, 138:23, 150:9, 159:16, 169:17, 172:5, 172:25, 194:22, 225:20, 231:11

**wholly** [2] - 43:18, 46:4

**wife** [3] - 83:14, 85:3, 156:23

**wife's** [2] - 113:5, 115:17

**willing** [3] - 114:11, 115:5, 115:10

**wire** [5] - 86:12, 87:6, 87:10, 87:12, 95:11

**wires** [5] - 94:7, 94:11, 122:19, 129:22, 137:7

**WITH** [1] - 244:15

**withstand** [1] - 187:23

**witness** [57] - 5:7, 35:9, 36:12, 38:16, 38:19, 39:15, 39:19, 39:24, 42:17, 44:5, 45:4, 47:15, 51:14, 52:17, 53:6, 53:9, 54:16, 55:17, 56:16, 70:10, 70:11, 70:12, 72:13, 73:18, 74:20, 75:9, 76:15, 77:1, 77:24, 90:22, 108:13, 110:10, 110:11, 110:14, 118:20, 136:5, 138:14, 149:23, 150:1, 169:5, 169:10, 189:16, 194:10, 194:15, 200:13, 205:16, 212:5, 215:12, 217:25, 220:8, 230:24, 231:3

**WITNESS** [62] - 3:3, 36:21, 39:9, 63:17, 64:16, 66:22, 69:14, 69:20, 70:7, 70:15, 79:5, 79:20, 81:8, 81:20, 84:2, 84:11, 84:18, 85:17, 85:19,

85:21, 86:22, 87:6, 89:19, 90:25, 93:14, 95:17, 99:25, 109:23, 111:8, 111:12, 127:23, 129:16, 135:3, 135:13, 136:1, 136:9, 138:25, 139:4, 139:6, 142:3, 142:23, 143:2, 143:20, 149:16, 150:11, 150:15, 169:19, 169:23, 194:9, 194:24, 195:3, 208:10, 231:13, 231:19, 233:3, 237:23, 239:13, 239:21, 240:9, 240:13, 240:15, 242:13

**witnesses** [6] - 58:6, 74:20, 83:15, 84:7, 113:10, 141:17

**women's** [1] - 151:9

**wood** [2] - 170:19, 170:24

**wooden** [2] - 151:15, 193:10

**word** [18] - 7:6, 11:21, 22:5, 22:6, 25:7, 44:19, 72:4, 94:23, 202:15, 202:16, 209:5, 214:16, 214:17, 219:20

**words** [1] - 48:17

**workers** [1] - 178:24

**world** [5] - 118:3, 171:24, 172:13, 188:6, 188:9

**worth** [1] - 146:19

**wrinkle** [1] - 116:11

**write** [1] - 172:19

**writes** [1] - 233:14

**writing** [2] - 172:20, 189:25

**written** [3] - 172:23, 213:23, 214:11

**wrote** [2] - 36:5, 213:2

---

## X

**Xian** [2] - 34:4, 34:6

## Y

**Y-I-N-K-O-U** [1] - 219:20

**year** [21] - 14:4,

16:21, 72:16, 72:23, 78:12, 78:14, 93:6, 106:4, 122:7, 128:18, 142:6, 142:7, 142:10, 146:19, 184:11, 197:10, 220:15, 224:11, 224:20, 234:23, 235:6

**year's** [1] - 15:16

**years** [19] - 14:13, 70:4, 102:22, 104:9, 105:7, 106:3, 122:11, 141:3, 152:6, 155:15, 155:16, 155:19, 171:8, 175:22, 176:13, 178:13, 191:10, 224:16, 224:18

**yesterday** [5] - 6:1, 20:24, 58:19, 65:19, 126:3

**you-all** [2] - 201:21, 237:8

**Young** [2] - 100:23, 101:2

**yourself** [6] - 66:7, 166:1, 200:18, 209:20, 214:5, 217:21

**yourselves** [4] - 52:22, 112:10, 189:8, 243:2

---

## Z

**Z.P** [5] - 26:22, 27:2, 27:22, 28:2, 28:6

**zero** [1] - 221:15

**Zhijie** [13] - 26:16, 42:21, 43:9, 43:15, 43:23, 44:6, 44:20, 45:6, 45:21, 46:16, 47:1, 47:5, 47:11

**Zhongsuo** [1] - 26:17

**Zhongtian** [38] - 11:22, 13:4, 17:3, 17:6, 21:10, 21:23, 23:5, 27:11, 28:17, 28:22, 32:4, 32:11, 32:15, 32:18, 33:1, 34:1, 34:2, 34:17, 34:19, 62:24, 63:19, 64:25, 66:13, 69:15, 79:25, 119:21, 129:12, 152:11, 154:25, 155:20, 161:16, 197:11, 197:15, 197:18, 197:25, 198:4

**Zhongwang** [187] -

6:3, 7:10, 8:15, 10:13, 10:16, 10:17, 10:20, 10:24, 11:4, 11:7, 11:18, 13:8, 15:13, 15:18, 17:21, 17:24, 18:17, 19:5, 19:20, 20:14, 20:15, 20:25, 21:3, 21:24, 22:9, 22:12, 22:13, 22:17, 24:20, 25:21, 25:23, 26:4, 26:5, 26:13, 26:18, 27:13, 27:14, 28:16, 28:18, 29:18, 30:4, 31:14, 32:12, 32:15, 32:18, 33:3, 33:20, 39:6, 60:4, 60:12, 60:14, 60:16, 60:19, 60:21, 61:1, 61:4, 61:10, 61:18, 62:8, 62:21, 63:11, 63:20, 63:24, 64:6, 64:11, 64:17, 64:22, 64:24, 65:8, 66:2, 68:21, 68:25, 78:22, 79:18, 80:12, 80:18, 81:3, 81:11, 81:14, 82:5, 82:9, 82:17, 82:19, 82:22, 82:25, 83:21, 84:23, 85:12, 86:11, 86:17, 87:8, 87:11, 87:18, 87:21, 88:13, 88:20, 89:1, 89:9, 91:11, 92:1, 92:4, 92:7, 92:8, 92:17, 92:22, 92:23, 93:9, 93:18, 94:2, 94:3, 94:8, 94:14, 94:22, 95:13, 97:2, 98:10, 107:24, 108:6, 108:15, 109:2, 119:3, 119:18, 119:22, 120:3, 120:16, 120:19, 120:22, 122:13, 122:16, 122:20, 122:25, 123:5, 123:17, 123:22, 124:3, 124:9, 124:10, 125:13, 129:11, 130:19, 131:5, 131:6, 131:11, 132:20, 132:21, 132:23, 133:6, 133:20, 133:24, 134:1, 134:3, 134:4, 134:11, 134:13, 134:15, 134:17, 134:18, 134:22, 134:23, 135:9, 135:23, 136:11, 136:17, 137:1, 137:2, 137:18, 138:2,

152:21, 152:22, 152:23, 153:1, 153:16, 153:23, 154:11, 166:15, 166:19, 166:20, 166:24, 166:25, 167:4, 167:5, 200:5

**Zhongwang's** [9] - 6:16, 13:19, 14:20, 18:9, 19:10, 27:16, 30:2, 33:10, 129:4

**Zhongwang.com** [9] - 17:8, 35:14, 35:15, 130:10, 132:3, 133:18, 134:2, 134:10, 134:16

**zoom** [12] - 6:6, 7:5, 10:4, 13:15, 14:16, 18:5, 19:3, 131:10, 132:12, 144:11, 207:1, 219:12

**zooming** [1] - 25:13

**ZP** [3] - 157:7, 199:22, 221:20

**Zuo** [1] - 157:8

**Zuopeng** [1] - 26:16