1
2

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

3

- - -

4

HONORABLE R. GARY KLAUSNER,
UNITED STATES DISTRICT JUDGE PRESIDING

5

- - -

6

7   UNITED STATES OF AMERICA,          )
                                       )   CERTIFIED COPY
8                PLAINTIFF,            )
                                       )
    VS.                                )   CR 19-00282 RGK
9                                      )
    PERFECTUS ALUMINUM,                )
10  INCORPORATED, PERFECTUS            )
    ALUMINUM ACQUISITIONS, LLC;        )
11  SCUDERIA DEVELOPMENT, LLC;         )
    DOUBLEDAY, LLC; VON                )
12  KARMAN-MAIN STREET, LLC;           )
    10681 PRODUCTION AVENUE,           )
13  LLC,                               )
                                       )
14               DEFENDANTS.           )
    _____)

15

16

17                    TRIAL - DAY 7
            REPORTER'S TRANSCRIPT OF PROCEEDINGS
18              WEDNESDAY, AUGUST 18, 2021
                      A.M. SESSION
19              LOS ANGELES, CALIFORNIA

20

21

22

23
                SHERI S. KLEEGER, CSR 10340
24            FEDERAL OFFICIAL COURT REPORTER
              312 NORTH SPRING STREET, ROOM 402
25              LOS ANGELES, CALIFORNIA 90012
                    PH:  (213)894-6604

```
 1

 2

 3

 4

 5   APPEARANCES OF COUNSEL:

 6   ON BEHALF OF PLAINTIFF:

 7         UNITED STATES ATTORNEY
           BY:  POONAM KUMAR, AUSA
 8              GREGORY BERNSTEIN, AUSA
                ROGER HSIEH, AUSA
 9         ASSISTANT UNITED STATES ATTORNEY
           1100 UNITED STATES COURTHOUSE
10         312 NORTH SPRING STREET
           LOS ANGELES, CA 90012
11

12
     ON BEHALF OF DEFENDANT:
13         LARSON LLP
           BY:  STEVEN LARSON, ESQUIRE
14              HILARY POTASHNER, ATTORNEY AT LAW
                A. ALEXANDER LOWDER, ESQUIRE
15         555 SOUTH FLOWER STREET
           SUITE 4400
16         LOS ANGELES, CA 90071

17         RUYAK CHERIAN LLP
           BY:  ROBERT F. RUYAK, ESQUIRE
18         1700 K STREET NW, SUITE 810
           WASHINGTON, DC 20006
19

20

21

22

23

24

25
```

```
1                     I   N   D   E   X

2

3        WITNESS:        DIRECT   CROSS   REDIRECT   RECROSS

4          RAINE, Bruce      6      16,31      37

5           NGUYEN, Thanh   39     55,57      59

6          CHAVARRIA, Ricky   61      65

7         CARMACK, Lori      69      131,139

8       VOETMANN, Torben     149       190

9     HOLBERT, Christopher   200      203

10          LOH, Russle     204       209

11        CHEN, Yihwou       211

12              LI, Shawn 226       233

13        WHITE, Spencer    238

14

15                    E   X   H   I   B   I   T   S

16                    NUMBER        PAGE

17                      7            14

18                      4            41

19                      5            46

20                      2            50

21                      3            53

22                    753           62

23                    710

24                    738

25                    739           64.
```

1                    E   X   H   I   B   I   T   S

2                         NUMBER              PAGE

3                           10                73

4                           12                76

5                           23                80

6                           27                82

7                           29                92

8                           30                96

9                           31                99

10                          32                101

11                          34                105

12                          662               109

13                          674               124

14                          675               128

15                          677               131

16                          8                 177

17

18

19

20

21

22

23

24

25

|  | 1 | LOS ANGELES, CALIFORNIA; AUGUST 18, 2021 |
|--|---|---|
|  | 2 | A.M. SESSION |
|  | 3 |  |
| 08:40:10 | 4 |  |
| 08:40:10 | 5 | THE COURT:  The record reflects that all the |
| 08:40:12 | 6 | members of the jury are in their respective seats in the |
|  | 7 | jury box.  The witness is on the witness stand. |
| 08:40:14 | 8 | Before you go into questioning, ladies and |
| 08:40:15 | 9 | gentlemen, I thank you for being here.  We're getting |
| 08:40:18 | 10 | started a little late today. |
| 08:40:19 | 11 | I've talked to the attorneys.  They are |
| 08:40:22 | 12 | making every effort they can to get the case moving and |
| 08:40:29 | 13 | to you as soon as possible. |
| 08:40:30 | 14 | They look now like they think they can |
| 08:40:34 | 15 | finish their case by Friday.  They're going to make |
| 08:40:37 | 16 | every effort to do that. |
| 08:40:39 | 17 | But I just want to let you know because some |
| 08:40:40 | 18 | people were asking about time limits on it. |
| 08:40:44 | 19 | Counsel, you want to proceed. |
| 08:40:47 | 20 | MR. RUYAK:  Your Honor, I have no |
| 08:40:48 | 21 | cross-examination of this witness. |
| 08:40:50 | 22 | THE COURT:  You'd like to move the trial |
| 08:40:51 | 23 | that fast. |
| 08:40:55 | 24 | MR. RUYAK:  I'm trying, Your Honor. |
| 08:40:57 | 25 | THE COURT:  Any other redirect? |

08:41:00   1          MS. POTASHNER:  No cross, Your Honor.

08:41:02   2          THE COURT:  You may step down.

08:41:05   3          MR. BERNSTEIN:  He may be excused, Your

08:41:07   4   Honor.

08:41:09   5          THE COURT:  Thank you very much, sir.  Next

08:41:16   6   witness.

08:41:18   7          MS. KUMAR:  Your Honor, the Government calls

08:41:20   8   Bruce Raine to the stand.

08:41:51   9          THE CLERK:  Good morning.  Right here to be

08:41:54  10   sworn, please.  That's fine.

08:41:57  11          Please raise your right hand.  Do you

          12   solemnly swear the testimony you are about to give in

          13   the matter now before the Court shall be the truth, the

08:42:08  14   whole truth and nothing but the truth so help you God.

08:42:08  15          THE WITNESS:  I do.

08:42:09  16          THE CLERK:  Thank you.  You may be seated.

08:42:18  17   You can remove your face covering.  Thank you.

08:42:21  18          Please state your full name and spell it.

08:42:25  19          THE WITNESS:  Bruce Raine, R-a-i-n-e.

08:42:28  20          THE CLERK:  Thank you.

08:42:29  21          THE COURT:  Thank you very much.

          22   BY MS. KUMAR:

08:42:30  23   Q.  Mr. Raine, how are you currently employed?

08:42:32  24   A.  I'm not.  I am retired.

08:42:34  25   Q.  And prior to your retirement, how were you

```
08:42:37   1   employed?
08:42:37   2       A.   I worked for U.S. Customs and Customs and Border
08:42:41   3   Protection for 34 years.
08:42:43   4       Q.   And immediately prior to your retirement, what
08:42:46   5   was your position?
08:42:46   6       A.   I was a supervisory import specialist.
08:42:49   7       Q.   And for how long were you a supervisory import
08:42:52   8   specialist?
08:42:52   9       A.   For six years.
08:42:53  10       Q.   Okay.  So when did you retire?
08:42:56  11       A.   In 2019.
08:42:58  12       Q.   Is it fair to say you were a supervisory import
08:43:01  13   specialist between about April 2013 to 2019?
08:43:05  14       A.   Correct.
08:43:06  15       Q.   And what is -- and where were you based?
08:43:09  16       A.   In the Port of Los Angeles, Long Beach.
08:43:11  17       Q.   That was while you were a supervisory import
08:43:14  18   specialist?
08:43:14  19       A.   Correct.
08:43:15  20       Q.   What were your jobs responsibilities as a
08:43:20  21   supervisory import specialist?
08:43:21  22       A.   I oversaw a team that handled commodities with
08:43:26  23   steel, aluminum, nuts and bolts, and products like that.
08:43:32  24       Q.   And what does an import specialist do?
08:43:35  25       A.   Import specialist reviews paperwork to determine
```

08:43:39  1    that the merchandise that's being entered is properly

08:43:43  2    classified for statistical purposes, that they are

08:43:47  3    paying the proper amounts of duties, taxes and fees and

08:43:51  4    things like that.

08:43:52  5        Q.  So when you say "classified," we've heard a

08:43:56  6    little bit about the Harmonized Tariff Schedule.  Are

08:44:02  7    you familiar with that?

08:44:02  8        A.  Yes, I am.

08:44:03  9        Q.  What is it?

08:44:04  10       A.  It's a document that's about 8 inches thick, and

08:44:08  11   it lists products.  Everything that's imported into the

08:44:10  12   United States fits into a category somewhere in that

08:44:14  13   book.

08:44:14  14       Q.  And in that -- if I call that HTS, will you

08:44:19  15   understand what I mean?

08:44:20  16       A.  Yes.

08:44:20  17       Q.  Is there an HTS code for other articles of

08:44:25  18   aluminum, for example?

08:44:26  19       A.  Yes, there is.

08:44:26  20       Q.  What about for scrap?

08:44:27  21       A.  Yes.

08:44:28  22       Q.  And then we've heard testimony about

08:44:34  23   antidumping/countervailing duties.  Where is that noted

08:44:35  24   on import paperwork?

08:44:38  25       A.  It would be on the entry summary.  The CF 75, CBP

08:44:45  1   Form 7501.  If the merchandise is subject to

08:44:51  2   antidumping/countervailing duties, they would indicate

08:44:54  3   it with the entry-type code, and also they would have to

08:44:57  4   list the case numbers and the appropriate amounts of

08:45:01  5   duties.

08:45:01  6       Q.  When you say they would have to list it, who do

08:45:04  7   you mean?

08:45:04  8       A.  That would be the -- the importer or the broker

08:45:07  9   if they are using a broker.  Primarily brokers do it.

08:45:12  10      Q.  You said the entry type.  What denotes if it is

08:45:16  11  subject to antidumping/countervailing duties; what

08:45:19  12  number?

08:45:19  13      A.  Entry type 03.

08:45:21  14      Q.  You said you were stationed at the Port of

08:45:25  15  Los Angeles, Long Beach.  Could you describe to us the

08:45:28  16  port when you worked there.

08:45:29  17      A.  It's -- the Port of Los Angeles -- the -- for the

08:45:33  18  time that I was there was the busiest seaport in the

08:45:40  19  country.  And the Port of Long Beach was the second

08:45:43  20  busiest.  For Customs purposes we treated both of those

08:45:46  21  as one.  So it was far and away the busiest seaport in

08:45:53  22  the nation.

08:45:53  23      Q.  So a lot of imports come through that port; is

08:45:57  24  that fair to say?

08:45:57  25      A.  Massive quantities, yes.

08:45:58   1   Q.  We've heard a little bit about the import process

08:46:01   2   during trial.  But when -- from the import specialist's

08:46:03   3   point of view, when an import comes in, what kind of

08:46:05   4   documents does the CBP first receive?

08:46:09   5   A.  Well, when I first started we received paper

08:46:14   6   documents.  Now, it is electronic.  The broker would

08:46:19   7   transmit electronically the information, stating what

08:46:24   8   the merchandise is that's coming in.  If we had to go

08:46:30   9   further, we would ask for copies of the invoices and

08:46:35   10  packing lists to review further.

08:46:38   11  Q.  So we've heard about the Form 7501.  When does

08:46:42   12  that get filed with Customs?

08:46:44   13  A.  That is due within ten days after the release of

08:46:47   14  the merchandise.

08:46:48   15  Q.  So the merchandise comes in and it could be

08:46:51   16  released; is that right, Mr. Raine?

08:46:54   17  A.  Yes.

08:46:54   18  Q.  And then this Form 7501 is filed; is that right?

08:46:59   19  A.  Correct.

08:46:59   20  Q.  And then you said that CBP has the ability to

08:47:03   21  request additional information.

08:47:04   22          Could you just describe what kind of

08:47:06   23  information CBP could ask for?

08:47:09   24  A.  Usually we would ask for copies of the invoice

08:47:14   25  and packing list to see what information they have on

08:47:18  1    their end, to see if it matches up with the tariff

08:47:23  2    number they're using.  And if we have any other issues

08:47:28  3    we could then ask for further information.

08:47:30  4       Q.  The invoice and packing list are not submitted

08:47:33  5    with every entry; is that right?

08:47:35  6       A.  No, they are not.

08:47:36  7       Q.  But is the broker required to maintain certain

08:47:39  8    information?

08:47:39  9       A.  Yes.

08:47:39  10      Q.  Including the invoice and packing list?

08:47:43  11      A.  Correct.

08:47:43  12      Q.  Does CBP conduct -- while you were working at the

08:47:47  13   Port of Los Angeles in Long Beach, did CBP conduct a

08:47:51  14   physical inspection of every import into the port?

08:47:55  15      A.  It was impossible to.

08:47:56  16      Q.  If you had to estimate, what percentage of

08:47:59  17   imports did the Port of Los Angeles and Long Beach do a

08:48:03  18   physical inspection of, while you were there?

08:48:05  19      A.  While I was there, it was usually in the vicinity

08:48:09  20   of 2 percent.  As time went on, they got more technology

08:48:17  21   and they were able to utilize x-ray machines, and so the

08:48:24  22   amount of exams went up, but physically opening the

08:48:30  23   containers and looking at them did not change too much.

08:48:33  24      Q.  So if you only did a physical inspection in a

08:48:36  25   small number of cases, what was CBP relying on when

08:48:40  1   goods are entering the country?

08:48:41  2       A.   We would use targeting methods to decide which

08:48:45  3   import, which importers or commodities had the highest

08:48:52  4   risk of potential violations, and then target those for

08:48:58  5   exams.

08:48:58  6       Q.   If an import wasn't targeted, what would CBP be

08:49:03  7   relying on?

08:49:03  8       A.   We would be relying on the information that was

08:49:06  9   transmitted to CBP.

08:49:08  10      Q.   By the importer or the importer's broker?

08:49:11  11      A.   Correct.

08:49:11  12      Q.   I would like to draw your attention to 2016.  Did

08:49:14  13  there come a time -- September of 2016.  Did there come

08:49:18  14  a time when you were asked to do a physical inspection

08:49:20  15  of products being exported from the United States?

08:49:23  16      A.   Yes.

08:49:24  17      Q.   And did you do that inspection?

08:49:27  18      A.   Yes, I did.

08:49:29  19      Q.   And after that inspection -- did that inspection

08:49:30  20  include inspection of pallets?

08:49:32  21      A.   Yes.

08:49:33  22      Q.   And after that inspection, were those pallets at

08:49:37  23  the port ultimately seized by the Government?

08:49:39  24      A.   Yes, they were.

08:49:40  25      Q.   And did that occur in January of 2017?

08:49:45  1    A.   I believe so, yes.

08:49:45  2    Q.   And then were there other seizures also conducted

08:49:47  3  by the Government, by Homeland Security and CBP in

08:49:52  4  September 2017?

08:49:53  5    A.   I believe so, yes.

08:49:54  6    Q.   And after the seizures were conducted, did

08:49:57  7  Homeland Security and CBP do an inventory of all of the

08:50:01  8  pallets that had been seized?

08:50:03  9    A.   Yes.

08:50:03  10    Q.   And that was for the purposes of sort of putting

08:50:05  11  them into different categories, is that right, and

08:50:07  12  counting them?

08:50:07  13    A.   Correct.

08:50:08  14    Q.   And also for an appraisal; is that right?

08:50:10  15    A.   Yes.

08:50:11  16          MS. KUMAR:   Your Honor, I would like to show

08:50:12  17  the witness only Exhibit 7.

08:50:17  18          THE COURT:   Okay.

          19  BY MS. KUMAR:

08:50:19  20    Q.   Mr. Raine, do you see that on your screen in

08:50:21  21  front of you?

08:50:21  22    A.   Yes, I do.

08:50:22  23    Q.   Do you recognize it?

08:50:23  24    A.   Yes.

08:50:24  25    Q.   What is it?

08:50:25 1    A.  It is a summary of the merchandise that was

08:50:30 2    seized.

08:50:31 3    Q.  And this is based on all the documents that HSI

08:50:36 4    and CBP did during this inventory process?

08:50:40 5    A.  Yes.

08:50:42 6              MS. KUMAR:  Your Honor, the Government moves

08:50:43 7    to admit Exhibit 7 into evidence.

08:50:45 8              THE COURT:  It will be received.

9              (Exhibit 7 is received.)

10   BY MS. KUMAR:

08:50:49 11   Q.  This is page 1 of Exhibit 7 which is a three-page

08:50:52 12   document.

08:50:52 13             Mr. Raine, could you tell us the total

08:50:54 14   number of pallets that were seized by the Government

08:50:56 15   during this investigation.

08:50:57 16   A.  279,808.

08:51:01 17   Q.  And that first category is heavy aluminum

08:51:05 18   pallets.  Do you see that?

08:51:05 19   A.  Yes.

08:51:06 20   Q.  Could you tell us how many heavy aluminum pallets

08:51:10 21   were seized by the Government?

08:51:12 22   A.  254,542.

08:51:18 23   Q.  I would like to draw your attention to page 2.

08:51:21 24   Is this a -- oops -- a pie chart of that first chart?

08:51:27 25   A.  Yes.

08:51:28  1      Q.   And could you tell us what percentage of the

08:51:30  2   pallet seized by the Government were the heavy aluminum

08:51:33  3   pallets?

08:51:34  4      A.   91 percent.

08:51:35  5      Q.   Turning back to page 1 of this exhibit, there is

08:51:41  6   a declared value here.  Do you see that?

08:51:47  7      A.   Yes.

08:51:47  8      Q.   What is that declared value based on?

08:51:51  9      A.   It is based on the declared value per piece times

08:51:56  10  the volume.  The piece count.

08:52:00  11     Q.   When you say "declared value," what does that

08:52:02  12  mean?

08:52:03  13     A.   That's the value that they indicated -- the

08:52:06  14  importer indicated on their invoices.

08:52:11  15     Q.   So would duties or shipping fees or potential

08:52:14  16  profit upon resale be included in that?

08:52:18  17     A.   No.

08:52:18  18     Q.   Just to make sure we are all on the same page, I

08:52:33  19  am going to show you Exhibit 213 which is in evidence.

08:52:38  20          This is just a 7501.  This is page 1 of 213,

08:52:42  21  Mr. Raine, just so that we can be clear.  You referenced

08:52:47  22  before the entry summary.

08:52:49  23          Is the date listed in the summary, date --

08:52:53  24  that's the date that the paperwork is submitted; is that

08:52:55  25  right?

08:52:55   1   A.  Correct.

08:52:56   2   Q.  And then the entry type you talked about 01

08:52:59   3   versus 03.  Is that where an importer would note if the

08:53:04   4   import was subject to the antidumping/countervailing

08:53:07   5   duties?

08:53:07   6   A.  Correct.

08:53:07   7   Q.  And what number in box 2 would be put if this was

08:53:10   8   subject to antidumping/countervailing duties?

08:53:13   9   A.  It would be 03 rather than 01.

08:53:20   10   MS. KUMAR:  Nothing further at this time,

08:53:20   11   Your Honor.

08:53:21   12   THE COURT:  Okay.  Cross?

08:53:23   13   MR. RUYAK:  Yes, Your Honor.

08:53:40   14   **CROSS-EXAMINATION**

  15   BY MR. RUYAK:

08:53:41   16   Q.  Good morning, Mr. Raine.

08:53:42   17   A.  Good morning.

08:53:43   18   Q.  My name is Bob Ruyak, and I represent Perfectus

08:53:48   19   in this case.  Okay.

08:53:50   20   First of all, you mentioned that you worked

08:53:54   21   for a considerable period of time for U.S. Customs and

08:53:59   22   Border Patrol, correct?

08:54:00   23   A.  No.  U.S. Customs and Border Protection.

08:54:04   24   Q.  Okay.  U.S. Customs and Border Protection.  I

  25   apologize.

08:54:06  1          And you spent six years, from 2013 to 2019

08:54:11  2   as a senior specialist dealing primarily with

08:54:14  3   importation, correct?

08:54:15  4      A.  Yes.

08:54:15  5      Q.  And you are familiar with all the rules and

08:54:18  6   regulations related to importation?

08:54:21  7      A.  Yes.

08:54:22  8      Q.  And you were familiar with the rules and

08:54:24  9   regulations relating to duties, correct?

08:54:27  10     A.  Yes.

08:54:28  11     Q.  And also you were familiar with the rules and

08:54:30  12   regulations related to antidumping/countervailing

08:54:33  13   duties, right?

08:54:34  14     A.  Yes.

08:54:35  15     Q.  Now, you mentioned that there were seizures made.

08:54:43  16   And I believe you said sometime in 2017; is that

08:54:47  17   correct?

08:54:47  18     A.  I believe so, yes.

08:54:48  19     Q.  Do you remember when the first seizure was in

08:54:50  20   2017?

08:54:52  21     A.  I do not recall specifically.

08:54:54  22     Q.  But the first seizure was not made of these

08:54:57  23   pallets until after the Department of Commerce had

08:55:01  24   issued a scope review ruling saying that these products

08:55:06  25   were not finished merchandise because they did not

08:55:10  1  contain nonaluminum parts, correct?

08:55:13  2      A.   That is part of the description of the scope

08:55:18  3  ruling, yes.

08:55:18  4      Q.   But none of these seizures were made until the

08:55:22  5  Department of Commerce issued a scopes ruling, right?

08:55:26  6      A.   I believe that is correct.

08:55:27  7      Q.   And prior to that, you personally, as a Customs

08:55:35  8  specialist did not know whether these aluminum pallets

08:55:41  9  were under the antidumping/countervailing duties order,

08:55:44  10  correct?

08:55:45  11      A.   I did -- we did not review those entries until

08:55:51  12  they became -- until they were examined at the seaport,

08:55:59  13  at the time of export.  We had not looked at any of the

08:56:02  14  freights.  So we did not know at that time.

08:56:04  15      Q.   When did you first look at the freight?

08:56:06  16      A.   In the September of 2016.

08:56:09  17      Q.   September 2016.  That's when your investigation

08:56:12  18  of the pallets started, right?

08:56:14  19      A.   That's when Homeland Security's investigation of

08:56:17  20  the pallets started --

08:56:20  21      Q.   And at that time --

08:56:22  22      A.   -- I was assisting them.

08:56:22  23      Q.   -- September 2016, you did not know whether these

08:56:27  24  pallets were finished merchandise under the scope

08:56:30  25  rulings of commerce, correct?

08:56:33   1    A.   I had not seen any of the pallets, so I did not

08:56:42   2    know.

08:56:42   3    Q.   Who is Diane Rodriguez?

08:56:44   4    A.   She is my supervisor.

08:56:45   5    Q.   Ms. Rodriguez supervised you in this job, right?

08:56:48   6    A.   Correct.

08:56:49   7    Q.   Who was Jack Bedinger?

08:56:54   8    A.   Jack Bedinger was -- he was my supervisor's

08:56:59   9    supervisor at the time.

08:57:00   10   Q.   Who was Heather Lutz?

08:57:04   11   A.   She was one of my counterparts in another port.

08:57:07   12   Q.   Okay.  And who was Cindy Stuart?

08:57:11   13   A.   She was an import specialist in -- I believe

08:57:19   14   Baltimore.  I'm not sure exactly which port she was in,

08:57:21   15   but she was back East in another port.

08:57:24   16   Q.   And in September of 2016, when you first did

08:57:30   17   this, you told these four people, colleagues of yours,

08:57:34   18   your supervisor and your supervisor's supervisor, that

08:57:38   19   there was no evidence that domestic aluminum industry

08:57:41   20   was actually harmed by the importation of these pallets,

08:57:44   21   correct?

08:57:44   22            MS. KUMAR:  Objection, Your Honor,

08:57:46   23   relevance.  Hearsay.

08:57:47   24            THE COURT:  Sustained.

08:57:48   25            MR. RUYAK:  I'm talking about what he said.

08:57:50  1          THE COURT:  Relevance is what she -- first

08:57:53  2   objection, Counsel, not hearsay.

08:57:56  3          It would not be sustained on hearsay.  It

08:57:59  4   will be sustained on relevance.

5   BY MR. RUYAK:

08:58:03  6      Q.  You also in -- on the 20th of September of 2016,

08:58:10  7   told these individuals, your supervisor, supervisor's

08:58:13  8   supervisor, and your colleagues that if the Department

08:58:18  9   of Commerce does not rule that these pallets are

08:58:20  10   finished goods, that the HSI case is down the drain,

08:58:25  11   right?

08:58:25  12          MS. KUMAR:  Objection, Your Honor.

08:58:26  13   Relevance.

08:58:27  14          THE COURT:  Sustained.

08:58:29  15          MR. RUYAK:  These are statements, Your

08:58:30  16   Honor, that he made.  They are relevant to the issue of

08:58:33  17   whether or not these are under the antidumping order?

08:58:44  18          THE COURT:  The objection is sustained.

08:58:45  19          That's a matter of law the Court will

08:58:46  20   instruct the jury on.  The jury has to determine, not

08:58:49  21   this witness.

22   BY MR. RUYAK:

08:58:50  23      Q.  Now, Mr. Raine, you said you're familiar with the

08:58:53  24   rules and regulations of Customs.

08:59:02  25          You were aware, are you not, that if an

08:59:04  1  importer brings product into the country and they are

08:59:07  2  subject to duties --

          3      A.  Yes.

08:59:07  4      Q.  -- if they reexport that product without selling

08:59:12  5  it within the United States, that those duties not do

08:59:15  6  not apply, correct?

08:59:16  7              MS. KUMAR:  Objection.  Relevance, Your

08:59:18  8  Honor.

08:59:19  9              THE COURT:  Overruled.

08:59:19  10             Are you familiar with that?

08:59:21  11             THE WITNESS:  Yes, I am familiar with that.

08:59:23  12             But that is incorrect.

          13  BY MR. RUYAK:

08:59:26  14     Q.  If product comes into the United States, it is

08:59:28  15  not sold by the importer into commerce in the United

08:59:34  16  States but instead it is exported; that antidumping

08:59:39  17  duties do not apply to that product, correct?

08:59:41  18     A.  Not necessarily.

08:59:46  19             MR. RUYAK:  Your Honor, I would like to

08:59:47  20  show -- offer to show document for refreshing his

08:59:51  21  recollection.

08:59:51  22             THE COURT:  Okay.  Sir, this is to refresh

09:00:11  23  your memory.  I'm going to have you look at it, and then

09:00:14  24  after you've seen it you can turn it over.

09:00:16  25             And then all we are interested in is not

| | | |
|---|---|---|
| 09:00:18 | 1 | what the document says but if it refreshes your memory. |
| 09:00:23 | 2 | THE WITNESS:  Okay. |
| 09:00:23 | 3 | THE COURT:  Is there a particular area of |
| 09:00:25 | 4 | the document, Counsel. |
| | 5 | MR. RUYAK:  Yes, Your Honor. |
| | 6 | BY MR. RUYAK: |
| 09:00:28 | 7 | Q.  Mr. Raine, you're familiar with Department of |
| 09:00:31 | 8 | Commerce revenue rulings, correct? |
| 09:00:33 | 9 | A.  Yes. |
| 09:00:33 | 10 | Q.  If you would look at the second page.  And in the |
| 09:00:36 | 11 | bottom right-hand corner of that page where it says |
| 09:00:39 | 12 | "Final results of review," page 2 at the bottom. |
| 09:02:05 | 13 | THE COURT:  Okay.  Turn it over. |
| 09:02:07 | 14 | And, Counsel, your question is? |
| | 15 | BY MR. RUYAK: |
| 09:02:10 | 16 | Q.  Does that refresh your recollection as to whether |
| 09:02:16 | 17 | or not antidumping duties applied to products that were |
| 09:02:19 | 18 | imported and then reexported without sales within the |
| 09:02:22 | 19 | United States? |
| 09:02:28 | 20 | A.  I have not seen this document before. |
| 09:02:31 | 21 | Q.  That is not my question. |
| 09:02:32 | 22 | My question is:  Does it refresh your |
| 09:02:34 | 23 | recollection that the state of the law in 2013 was that |
| 09:02:38 | 24 | products imported into the United States -- |
| 09:02:39 | 25 | MS. KUMAR:  Objection, Your Honor.  Counsel |

09:02:41  1   is testifying now.

09:02:42  2              THE COURT:  No, no.

09:02:44  3              Listen to the question.  He'll state the

09:02:46  4   question again.

09:02:48  5              Again, it's not what the document says.

09:02:49  6   That's not in front of us.  It's just whether or not it

09:02:51  7   refreshes your memory or is your memory the same as it

09:02:54  8   was before he asked the question.

09:02:56  9              Go ahead, Counsel.

         10   BY MR. RUYAK:

09:02:57 11      Q.  Does that down refresh your recollection that in

09:03:01 12   September of -- October of 2013, that products that were

09:03:04 13   imported in the United States subject to antidumping

09:03:08 14   duty, if they were reexported without sale in the United

09:03:12 15   States, that they were not subject to the duties?

09:03:15 16      A.  It does not refresh my memory, no.

09:03:18 17              MR. RUYAK:  Your Honor, I would like to

09:03:19 18   offer -- this is a Federal Register document.  I would

09:03:24 19   like to offer it into evidence.

09:03:25 20              MS. KUMAR:  Your Honor, relevance.  This is

09:03:27 21   not related to this particular case.  It is related to

09:03:30 22   an entirely different case.

09:03:31 23              THE COURT:  I don't know if it is or not,

09:03:34 24   Counsel.

09:03:34 25              I will take that under submission and we'll

09:03:38  1    talk about it at the break.

09:03:40  2         MR. RUYAK:  Thank You, Your Honor.

          3    BY MR. RUYAK:

09:03:43  4    Q.  Mr. Raine, you're also familiar with the concepts

09:03:47  5    of liquidation?

09:03:49  6    A.  Yes.

09:03:49  7    Q.  And you're also familiar with the concept of

09:03:51  8    suspension of liquidation, correct?

09:03:54  9    A.  Yes.

09:03:55  10   Q.  And by your review and your investigation, were

09:03:58  11   any of the shipments of aluminum pallets that entered

09:04:01  12   the United States that you reviewed, ever subject to

09:04:05  13   suspension of liquidation?

09:04:07  14   A.  I do not believe so, no.

09:04:09  15   Q.  And so the counter -- the question is:  By your

09:04:13  16   review of the documents, is it true that every shipment

09:04:17  17   of the pallets that came into the United States were

09:04:19  18   properly liquidated at some point in time, correct?

09:04:24  19        MS. KUMAR:  Objection, Your Honor to

09:04:26  20   "properly."

09:04:27  21        MR. RUYAK:  Sorry.  Shouldn't use

09:04:29  22   "properly."

09:04:29  23        THE COURT:  Okay.

          24   BY MR. RUYAK:

09:04:30  25   Q.  From your review of the documents, did you find

| | | |
|---|---|---|
| 09:04:32 | 1 | any shipment that was not liquidated after entry into |
| 09:04:36 | 2 | the United States? |
| 09:04:36 | 3 | A.  No. |
| 09:04:37 | 4 | Q.  Now, did you review exportation documents for |
| 09:04:47 | 5 | pallets that were exported out of the United States? |
| 09:04:52 | 6 | A.  I did see some, yes. |
| 09:04:55 | 7 | MR. RUYAK:  I have no further questions. |
| 09:04:57 | 8 | THE COURT:  Counsel? |
| 09:04:59 | 9 | MS. POTASHNER:  No thanks, Your Honor. |
| 09:05:01 | 10 | THE COURT:  Redirect? |
| 09:05:02 | 11 | MS. KUMAR:  Just briefly, Your Honor. |
| 09:05:06 | 12 | **REDIRECT EXAMINATION** |
| | 13 | BY MS. KUMAR: |
| 09:05:12 | 14 | Q.  Mr. Raine, Counsel asked you some questions about |
| 09:05:14 | 15 | the timing of the seizures. |
| 09:05:15 | 16 | Do you remember that? |
| 09:05:16 | 17 | A.  Yes. |
| 09:05:16 | 18 | Q.  Do you recall testifying that the first seizure |
| 09:05:20 | 19 | occurred in January 2017; is that right? |
| 09:05:21 | 20 | A.  I believe that's correct.  Yes. |
| 09:05:22 | 21 | Q.  Do you recall when the scope ruling came down, |
| 09:05:26 | 22 | Mr. Raine? |
| 09:05:26 | 23 | A.  I believe the scope ruling came down in 2016. |
| 09:05:29 | 24 | Q.  As to the 6 series pallets, Mr. Raine, do you |
| 09:05:32 | 25 | recall? |

09:05:32  1      A.   Yes.

09:05:34  2           MS. KUMAR:   Your Honor, can I show -- I

09:05:44  3   would just show the witness what's already in evidence,

09:05:47  4   Exhibit 203-2, page 2.

09:05:52  5           THE COURT:   Yes.

09:05:53  6           MS. KUMAR:   Permission to -- oh, my

09:05:57  7   apologies.

       8   BY MS. KUMAR:

09:06:03  9      Q.   Mr. Raine, does this appear to be the scope

09:06:05  10  ruling --

09:06:06  11     A.   Yes.

09:06:06  12     Q.   -- with regards to the 6 series aluminum?

09:06:08  13     A.   Yes.

09:06:09  14     Q.   What's the date of it?

09:06:10  15     A.   June 13, 2017.

09:06:12  16     Q.   The first set of seizures in this case occurred

09:06:15  17  before the scope ruling; is that right, Mr. Raine?

09:06:18  18     A.   I believe so, yes.

09:06:19  19     Q.   Counsel also asked you about liquidation.  Do you

09:06:23  20  remember that?

09:06:23  21     A.   Yes.

09:06:24  22     Q.   Is liquidation an administrative remedy from --

09:06:27  23  like an administrative process for CBP; is that right?

09:06:30  24     A.   Yes, it is.

09:06:31  25     Q.   And we are in a criminal proceeding today,

09:06:35  1    Mr. Raine; is that right?

09:06:35  2        A.   I believe so, yes.

09:06:38  3              MS. KUMAR:   Nothing further, Your Honor.

09:06:39  4              THE COURT:   Redirect in that area?

09:06:46  5              MS. POTASHNER:   Thank you, Your Honor.

          6                    **REDIRECT EXAMINATION**

          7    BY MS. POTASHNER:

09:06:51  8        Q.   Good morning, sir.

09:06:52  9        A.   Good morning.

09:06:52  10       Q.   I'm Hillary Potashner.

09:06:56  11             So you just testified that liquidation, the

09:06:59  12   liquidation process is an administrative process; is

09:07:03  13   that correct?

09:07:03  14       A.   Yes.

09:07:04  15       Q.   All the pallets at issue in this case went

09:07:08  16   through the procession of liquidation, right?

09:07:10  17       A.   Correct.

09:07:11  18       Q.   None of the products, to your knowledge, were

09:07:13  19   suspended for and not released in the ordinary course;

09:07:21  20   is that correct?

09:07:22  21       A.   Correct.

09:07:25  22       Q.   You testified that there's only a small

09:07:28  23   percentage of pallets that go through that -- well, let

09:07:31  24   me retract that.

09:07:32  25             You testified that there were only a small

09:07:35  1  percentage of products that go through this liquidation

09:07:37  2  process at your -- at that port because of how busy that

09:07:42  3  port was, right?

09:07:43  4      A.  No, that not correct.

09:07:44  5      Q.  So every product goes through liquidation?

09:07:48  6      A.  Yes.

09:07:49  7      Q.  And there's a system for the liquidation, right?

09:07:52  8      A.  Yes, there is.

09:07:52  9      Q.  In order to identify whether or not an importer

09:07:57  10 has made an error in the classification of the products;

09:08:01  11 is that right?

09:08:02  12     A.  There is a process from the time of the entry

09:08:07  13 summary to the time of liquidation, it is close to a

09:08:11  14 year, that CBP has the opportunity to request additional

09:08:17  15 documents, as you said, to determine if everything is

09:08:23  16 correct.

09:08:24  17          Once it gets to the point of liquidation,

09:08:27  18 then CBP -- it's basically determined that the duty

09:08:36  19 taxes and fees -- duties, taxes and fees are correct.

09:08:40  20 And that's the end of the shipment.

09:08:42  21     Q.  Okay.  So I understand.  So summary is at the

09:08:47  22 front end of when the products come into the United

09:08:49  23 States?

09:08:49  24     A.  Correct.

09:08:50  25     Q.  And then there's a year of review that's done by

09:08:54   1   Customs and Border Protection to make the -- to evaluate

09:08:58   2   the way the paperwork was done, right?

09:09:04   3       A.   Potentially to review.  That is not always the

09:09:08   4   case that there -- the volume is so massive that we

09:09:12   5   can't review everything.  We can't review all documents

09:09:17   6   for -- for every shipment.  It is just physically

09:09:20   7   impossible.

09:09:21   8            So we do have that opportunity to make

09:09:24   9   reviews if there are things that come to our attention

09:09:28  10   that need to be looked at.

09:09:31  11       Q.   So it's fair to say that the process and the

09:09:34  12   amount of time you have takes into account the sheer

09:09:37  13   volume that's coming into the country?

09:09:42  14       A.   Yes.

09:09:43  15       Q.   And during that year-long period, Customs and

09:09:48  16   Border Protection can review documents if it so chooses,

09:09:53  17   right?

09:09:53  18       A.   That is correct.

09:09:54  19       Q.   It can review the physical items that are brought

09:09:57  20   into the country if it so chooses, correct?

09:10:00  21       A.   Not necessarily.  Once the merchandise is

09:10:04  22   released, we have no access to view the merchandise.  So

09:10:10  23   at the time of entry, and prior to release, that's the

09:10:14  24   only time that CBP has an opportunity to actually

09:10:19  25   examine the merchandise.

09:10:20  1      Q.  And it's up to Customs and Border Protection when
09:10:24  2   to release that merchandise, right, during that process?
09:10:30  3      A.  It -- we can detain merchandise if there is a
09:10:34  4   potential problem.  But that would be a 30-day
09:10:38  5   detention.
09:10:38  6      Q.  Sure.  And there's no evidence that there was a
09:10:41  7   detention in this case, is there?
09:10:43  8      A.  No.
09:10:43  9      Q.  And we are not just talking about a few shipments
09:10:47 10   in this case, are we?
09:10:49 11      A.  No.
09:10:49 12      Q.  We're talking about thousands of shipments; is
09:10:52 13   that fair to say?
09:10:52 14      A.  There was a substantial number of shipments, yes.
09:10:57 15      Q.  There's no evidence that a single shipment was
09:10:59 16   put through this detention process, right?
09:11:01 17      A.  Correct.
09:11:02 18      Q.  And you testified that there's only a small
09:11:04 19   percentage of products that come in that are actually
09:11:07 20   physically examined; is that right?
09:11:10 21      A.  Correct.
09:11:10 22      Q.  But there is a percentage that's physically
09:11:14 23   examined, right?
09:11:15 24      A.  Yes.
09:11:15 25      Q.  That's part of the process?

09:11:17  1      A.  We don't necessarily try to exam a certain

09:11:22  2   percentage.  It just works -- I mean, when you have X

09:11:27  3   number of shipments that come in and we take a look at a

09:11:34  4   portion of those, then you come up with a percentage.

09:11:36  5   As far as these products, no.  We did not look at any of

09:11:40  6   them.

09:11:41  7      Q.  It's your testimony today that absolutely zero of

09:11:45  8   the pallets over these thousands of imports were ever

09:11:48  9   looked at at the border; is that your testimony today?

09:11:51  10     A.  I believe that's correct, yes.

09:11:54  11     Q.  And it is your testimony that -- well, let's go

09:12:04  12   back to the documents that you went over today in

09:12:09  13   preparation of your testimony.

09:12:14  14          THE COURT:  Counsel, are you asking to

09:12:16  15   reopen cross-examination, because this is --

09:12:19  16          MS. POTASHNER:  I'm just exploring what he

09:12:21  17   just said, Your Honor.

09:12:22  18          THE COURT:  If we're just talking about

09:12:23  19   recross in the area of redirect, that's fine.

09:12:25  20          But if we're going past that, then you will

09:12:28  21   have to ask to reopen.  So --

09:12:30  22          MS. POTASHNER:  Thank you, Your Honor.

09:12:32  23   I'm -- may I reopen very briefly?

09:12:34  24          THE COURT:  Yes.

09:12:39  25          MS. POTASHNER:  Thank you.

1    BY MS. POTASHNER:

09:12:39    2    Q.   You testified that you looked at the documents

09:12:42    3    with respect to this case prior to testimony, right?

09:12:46    4    A.   Yes.

09:12:46    5    Q.   Including the documents that were submitted by

09:12:48    6    the broker at the front end of -- front end of this

09:12:54    7    process -- during summary process, right?

09:12:57    8    A.   Yes.

09:12:57    9    Q.   Those documents indicated that they were -- the

09:13:00    10   products being imported were pallets?

09:13:05    11   A.   Correct.

09:13:05    12   Q.   That's what the documents said in many, many of

09:13:10    13   these documents, right?

09:13:13    14   A.   Yes.

09:13:13    15   Q.   And you -- well, not you personally, but Customs

09:13:19    16   and Border Protection have these documents at the front

09:13:22    17   end, right?

09:13:26    18   A.   We don't --

09:13:26    19   Q.   Within ten days you testified?

09:13:27    20   A.   They were electronically submitted.  And we -- we

09:13:33    21   can look at those if we so choose.

09:13:37    22        Based on the information they provided to

09:13:39    23   us, we did not look at any of them.

09:13:42    24   Q.   Because the information was that they were

09:13:44    25   pallets?

09:13:45    1    A.  The information --

09:13:47    2            MS. KUMAR:  Objection, Your Honor.

09:13:49    3    Argumentative.

09:13:49    4            THE COURT:  Overruled.

09:13:50    5            Go ahead.  You may answer.

09:13:51    6            THE WITNESS:  The information was that they

09:13:54    7    were pallets, and they were also entered as an entry

09:13:55    8    type 01, which is a regular consumption entry not

09:14:02    9    subject to antidumping or countervailing duties.

            10    BY MS. POTASHNER:

09:14:03   11    Q.  And the documents that identified them as pallets

09:14:06   12    gave you the opportunity as Customs and Border

09:14:09   13    Protection to make a decision as to the next step,

09:14:18   14    right?

09:14:18   15    A.  If we looked at those, yes.

09:14:20   16    Q.  And you were the agency and the authority at the

09:14:24   17    port, right?  So it was up to your agency what direction

09:14:29   18    to take; isn't that right?

09:14:31   19    A.  Yes.

09:14:31   20    Q.  And after looking at these thousands of documents

09:14:36   21    each and every time, not a single one of these shipments

09:14:43   22    were detained, right?

09:14:46   23    A.  No.  We did not look at the documents.

09:14:49   24    Q.  You didn't look -- so it's your testimony now

09:14:51   25    that you didn't look at any of documents before

09:14:53    1    releasing these pallets from your control?

09:15:00    2        A.   I personally did not look at any of the

09:15:02    3    documents.   I do not know if any of those documents were

09:15:05    4    reviewed by others on the team.

09:15:08    5        Q.   Okay.   So -- so you didn't personally because you

09:15:13    6    weren't there at the moment that these shipments came in

09:15:19    7    to the port?

09:15:20    8        A.   Correct.

09:15:20    9        Q.   You don't work 24/7 and look through every single

09:15:25   10    item that comes in, right?

09:15:27   11        A.   Right.

09:15:27   12        Q.   But the system is what we are talking about.

09:15:30   13    This system.   So Customs and Border Protection's system

09:15:38   14    is that the documents come in and they are reviewed --

09:15:40   15    is that a yes?

09:15:41   16        A.   The documents do come in, yes.

09:15:42   17        Q.   And there's a point to the documents coming in,

09:15:45   18    right, for them to be reviewed?

09:15:47   19        A.   They can be reviewed, yes.

09:15:49   20        Q.   Okay.   But the system is that the documents are

09:15:53   21    coming into Customs and Border Protection in order for

09:15:57   22    Customs and Border Protection to receive information

09:16:01   23    about what's being imported, correct?

09:16:03   24        A.   Correct.

09:16:04   25        Q.   And the process is such that there are

09:16:07  1    professionals looking at those documents, right?

09:16:12  2        A.  If we so choose to review those specific

09:16:15  3    documents, yes.

09:16:16  4        Q.  And there was no order or directive or

09:16:20  5    instruction to not review these thousands of entries,

09:16:25  6    right?  That wasn't -- that wasn't a command from above,

09:16:30  7    right?

09:16:30  8        A.  No.

09:16:30  9        Q.  Okay.  So it's fair to say that these documents

09:16:35  10   came in through their routine course, right?

09:16:37  11       A.  Yes.

09:16:38  12       Q.  And some percentage of them were reviewed; that's

09:16:42  13   a fair assumption, isn't it?

09:16:44  14       A.  Not -- I do not know if any of those were

09:16:48  15   reviewed.

09:16:49  16       Q.  You don't personally know.

09:16:50  17            But my question is the system for Customs

09:16:53  18   and Border Protection, the system is the broker's

09:16:57  19   provide these and there's a routine --

09:17:00  20            THE COURT:  Counsel, we've gone over this ad

09:17:03  21   nauseam.

09:17:04  22            MS. POTASHNER:  Okay.  I will move on, Your

09:17:05  23   Honor.  And I'll be brief.

09:17:05  24            THE COURT:  No.  But you can go on.

09:17:05  25            The question is:  Did you review or do you

09:17:08    1    know if any of them were reviewed?

09:17:09    2           THE WITNESS:  I do not know if any of them

09:17:10    3    were reviewed.

09:17:14    4           THE COURT:  Go ahead.

            5    BY MS. POTASHNER:

09:17:15    6    Q.  But you do know that there's also a process by

09:17:18    7    Customs and Border Protection to hold on to products if

09:17:22    8    Customs and Border Protection wants to do a deeper

09:17:25    9    review, right?

09:17:26   10    A.  Correct.

09:17:28   11    Q.  And that didn't happen a single time --

09:17:31   12    A.  No.

09:17:32   13    Q.  -- with these thousand of entries?

09:17:34   14    A.  No.

09:17:34   15    Q.  These thousand of entries that were marked

09:17:37   16    pallets; is that right?

09:17:38   17    A.  Correct.

09:17:39   18    Q.  And then after the release of product, there is

09:17:46   19    still a process of continued review, correct?  That's

09:17:48   20    what you testified to?

09:17:52   21    A.  Well, there's potential for review, yes.

09:17:54   22    Q.  The system builds, I think you said an entire

09:17:59   23    year to do that; is that right?

09:17:59   24    A.  Just under a year, yes.

09:18:02   25    Q.  And the process between releasing the products to

09:18:06   1   completing whatever review protection -- Customs and
09:18:10   2   Border Protection wants to do, that period of time,
09:18:16   3   detention to liquidation, right, those are the bookends,
09:18:21   4   right?
09:18:22   5       A.   No.  The bookends are from the time of entry to
09:18:25   6   the time of liquidation.
09:18:27   7       Q.   So that's the nearly one-year process?
09:18:30   8       A.   Yes.
09:18:30   9       Q.   And liquidation occurs when Customs and Border
09:18:38  10   Protection is satisfied that the proper duties have been
09:18:42  11   paid, right?
09:18:43  12       A.   Correct.
09:18:44  13       Q.   And in this case, from your review of the
09:18:51  14   evidence --
09:18:51  15       A.   Uh-huh.
09:18:52  16       Q.   -- every single one of these shipments went
09:18:56  17   through the liquidation process; is that right?
09:18:59  18       A.   I believe so, yes.
09:19:11  19           MS. POTASHNER:  I have no further questions.
09:19:12  20           Thank you, Your Honor.
09:19:12  21           THE COURT:  Any redirect?
09:19:13  22           MS. KUMAR:  Just briefly, Your Honor.
          23                    **REDIRECT EXAMINATION**
          24   BY MS. KUMAR:
09:19:15  25       Q.   Mr. Raine, I just want to make sure we're all on

09:19:17    1    the same page.  Counsel asked you a lot of questions

09:19:19    2    about documents that are reviewed.

09:19:22    3                I would like to direct your attention to

09:19:25    4    Exhibit 213, page 1 that's in evidence.

09:19:27    5                Do you recognize this as a 7501?

09:19:29    6    A.   Yes, I do.

09:19:30    7    Q.   And this is the information that's submitted by

09:19:33    8    the importer in the first instance after the shipment is

09:19:37    9    released; is that right?

09:19:38   10    A.   That's correct.

09:19:39   11    Q.   And on this particular one, it says "Other

09:19:41   12    articles of aluminum"; is that right?

09:19:43   13    A.   That is correct.

09:19:44   14    Q.   Do you see anywhere on this document that it says

09:19:46   15    "pallets," Mr. Raine?

09:19:47   16    A.   No.

09:19:48   17    Q.   And only if CBP asks for additional information

09:19:52   18    like the invoice and packing list, will they get that

09:19:55   19    information; is that correct?

09:19:56   20    A.   Correct.

09:19:57   21                MS. KUMAR:  Thank you.  No further

09:19:59   22    questions.

09:19:59   23                THE COURT:  Anything else of this witness?

09:20:02   24    If not, you may step down.

09:20:06   25                You may step down.

| 09:20:07 | 1 | May this witness be excused?  Or do you want |
| 09:20:10 | 2 | him to be -- |
| 09:20:11 | 3 | MS. KUMAR:  Not from the Government. |
| 09:20:14 | 4 | THE COURT:  -- subject to recall? |
| 09:20:15 | 5 | MS. POTASHNER:  Yes.  Subject to recall. |
| 09:20:19 | 6 | THE COURT:  He's subject to recall. |
| 09:20:21 | 7 | MS. KUMAR:  Okay. |
| 09:20:22 | 8 | THE COURT:  Next witness. |
| 09:20:22 | 9 | MS. KUMAR:  The Government calls Thanh |
| 09:20:25 | 10 | Nguyen to the stand. |
| 09:21:07 | 11 | THE CLERK:  Good morning.  Right here to be |
| 09:21:09 | 12 | sworn, please.  Right here is fine.  Go ahead. |
| 09:21:27 | 13 | Would you please raise your right hand.  Do |
| | 14 | you solemnly swear the testimony you are about to give |
| | 15 | in the matter now before the court shall be the truth, |
| | 16 | the whole truth and nothing but the truth so help you |
| 09:21:37 | 17 | God. |
| 09:21:37 | 18 | THE WITNESS:  I swear. |
| 09:21:38 | 19 | THE CLERK:  Thank you.  You may be seated. |
| 09:21:47 | 20 | You can remove your face covering. |
| 09:21:50 | 21 | May I please ask you to state and spell your |
| 09:21:51 | 22 | full name. |
| 09:21:51 | 23 | THE WITNESS:  My name is Thanh Nguyen, |
| 09:21:52 | 24 | Thanh.  Last name is N-g-u-y-e-n. |
| 09:21:56 | 25 | THE COURT:  Thank you.  You may inquire. |

## <u>DIRECT EXAMINATION</u>

BY MS. KUMAR:

Q.   Mr. Nguyen, how are you currently employed?

A.   I'm currently employed with Customs and Border Protection as an auditor and a regulatory audit and agency advisory services.

Q.   Mr. Nguyen, did you assist in the preparation of certain summary charts in advance of your testimony today?

A.   Yes.

MS. KUMAR:   I would like to direct only the witness' attention to Exhibit 4, Your Honor.

THE COURT:   Okay.

BY MS. KUMAR:

Q.   Mr. Nguyen, do you recognize this as one of the summary charts you prepared in advance of testimony today?

A.   Yes.

Q.   And what kind of documents does this summary chart -- what is that summary chart as the first basis; what does it summarize?

A.   This is a summary of certain import documents, including invoices, packing lists, entry summaries, bill of ladings, as well as the importer security filing from the importers, Pengcheng Aluminum Enterprises, Transport

| | | |
|---|---|---|
| 09:22:54 | 1 | Aluminum and Aluminum Shapes. |
| 09:22:55 | 2 | Q.  Is that between the 2011 and 2014 time frame? |
| 09:22:59 | 3 | A.  Correct. |
| 09:23:00 | 4 | Q.  The underlying records, are they voluminous? |
| 09:23:04 | 5 | A.  Yes.  They're over 1,000 pages. |
| 09:23:06 | 6 | MS. KUMAR:  Government moves to admit |
| 09:23:08 | 7 | Exhibit 4 into evidence. |
| 09:23:09 | 8 | THE COURT:  It will be received. |
| 09:23:09 | 9 | (Exhibit 4 is received.) |
| | 10 | BY MS. KUMAR: |
| 09:23:11 | 11 | Q.  Mr. Nguyen, I'm going to blow this up so that we |
| 09:23:14 | 12 | can see it clearly.  This is a 25-page document.  Just |
| 09:23:17 | 13 | going to scroll through. |
| 09:23:19 | 14 | You recognize each page? |
| 09:23:34 | 15 | And Mr. Nguyen, does this summarize certain |
| 09:23:36 | 16 | types of imports done by Pengcheng Aluminum, Transport |
| 09:23:40 | 17 | Aluminum and Aluminum Shapes? |
| 09:23:42 | 18 | A.  Yes. |
| 09:23:43 | 19 | Q.  And what kind of product was being imported as |
| 09:23:45 | 20 | represented in this chart? |
| 09:23:46 | 21 | A.  This chart only summarizes the aluminum pallets |
| 09:23:49 | 22 | imported. |
| 09:23:50 | 23 | Q.  And approximately how many lines of data are in |
| 09:23:52 | 24 | this chart? |
| 09:23:53 | 25 | A.  Over 400. |

09:23:55   1      Q.   So there were 400 or so imports of pallets; is

09:24:00   2   that rights?

09:24:00   3      A.   Yes.

09:24:00   4      Q.   So just drawing your attention -- sorry.

09:24:04   5           Let's look at the headings, Mr. Nguyen.   It

09:24:08   6   says "Entry date."

09:24:10   7           What does that come from?

09:24:11   8      A.   The entry date is from the entry summary.   And

09:24:14   9   this is the day that the merchandise entered the port.

09:24:17  10      Q.   And the entry summary date?

09:24:19  11      A.   The entry summary date is when the importer or

09:24:24  12   broker files the entry summary, which is the CBP 7501

09:24:29  13   form with customs.   It is required to be filed within

09:24:32  14   ten days of the entry date.

09:24:34  15      Q.   And the entry number?

09:24:36  16      A.   The entry number is the unique identifier that is

09:24:41  17   based off of the filer, which is the first three letters

09:24:44  18   or digits, and then a unique identifier for the import.

09:24:48  19      Q.   And then importer name?

09:24:49  20      A.   The importer name is whoever imported the

09:24:52  21   merchandise.

09:24:52  22      Q.   And these four columns all came from the 7501s;

09:24:56  23   is that right?

09:24:57  24      A.   Correct.   The entry summary of 7501.

09:25:02  25      Q.   Let's look at the next few columns.

09:25:07   1          The manufacturer identification number,

09:25:09   2   where does that come from?

09:25:10   3          A.   The manufacturer identification number is

09:25:12   4   obtained from the entry summary, summary 7501.  And the

09:25:17   5   manufacturer name beneath the identification number is

09:25:20   6   obtained from Customs database, based off of the

09:25:24   7   identification number declared on the entry summary.

09:25:26   8          Q.   And the value of imported products, where does

09:25:30   9   that come from?

09:25:30   10         A.   The value is obtained from the 7501 and the

09:25:34   11  invoice provided by the broker and importer.

09:25:36   12         Q.   And the country of origin?

09:25:38   13         A.   That's obtained from the entry summaries, CBP

09:25:43   14  7501.

09:25:44   15         Q.   And what is the country of origin for every entry

09:25:48   16  on this chart?

09:25:48   17         A.   China.

09:25:49   18         Q.   And the port of entry?

09:25:51   19         A.   The port of entry is obtained from the CBP 7501.

09:25:55   20              This indicates where the merchandise came in

09:25:57   21  into the U.S.

09:25:58   22         Q.   And the entry type.

09:26:02   23         A.   The entry type determines what kind of import it

09:26:03   24  is.  Type 01 is the most common, which is the

09:26:06   25  consumption type.

09:26:08  1       Type 03 is for antidumping.  And there are

09:26:13  2  multiple other entry types.

09:26:14  3       This is found on the CBP 7501 or the entry

09:26:18  4  summary.

09:26:18  5  Q.  And then we have a few more columns.  We will do

09:26:22  6  this quickly.

09:26:24  7       We have invoice number and the seller.

09:26:25  8  Does that come from the invoice, Mr. Nguyen?

09:26:28  9  A.  Yes.  The commercial invoice.

09:26:29  10  Q.  And then how -- sorry.  The quantity and

09:26:32  11  description of goods and weighted goods, where does that

09:26:35  12  come from?

09:26:35  13  A.  The packing list.

09:26:36  14  Q.  How do you match the voice, the packing list and

09:26:39  15  the 7501?

09:26:40  16  A.  We were able to look at all the container numbers

09:26:44  17  which are unique to each specific container.

09:26:46  18       And using that, we 7501 to identify the bill

09:26:52  19  of lading number, which you can find the bill of lading

09:26:55  20  on the entry summary.  And the bill of lading contains

09:26:58  21  the list of all the container numbers.

09:26:59  22       Using the container numbers, we were able to

09:27:02  23  match that with the commercial invoice and packing list.

09:27:04  24  Q.  And then it says, "Manufacturers listed on ISF

09:27:09  25  10+2."

09:27:09   1           What is that and where does it come from?

09:27:11   2     A.    The ISF is the importer security filing.   Before

09:27:15   3   the merchandise enters into the port, the broker and

09:27:18   4   importer are required to declare certain information in

09:27:22   5   good faith to Customs.   So prior to the merchandise

09:27:26   6   actually coming into the port, they declare certain

09:27:30   7   information such as the entry number, possibly the

09:27:32   8   container number, the manufacturer and so on.

09:27:35   9     Q.    So on these particulars entries that I've

09:27:38   10   excerpted from page 24, the seller listed is what?

09:27:41   11     A.    Dalian Liwang Trade Company.

09:27:44   12     Q.    And the manufacture listed in every incident?

09:27:47   13     A.    Liaoning Zhongwang Group Company.

09:27:51   14     Q.    And the last column, Mr. Nguyen, just shows what?

09:27:55   15     A.    The exhibit number where we found each of the

09:27:58   16   documents and referenced all this information.

09:28:01   17     Q.    That was page 24, Mr. Nguyen.

09:28:07   18           If we look at page 25, between 2011 and 2014

09:28:13   19   how many aluminum pallets were imported by Transport

09:28:17   20   Aluminum, Pengcheng Aluminum and Aluminum Shapes?

09:28:21   21     A.    2,240,831 aluminum pallets.

09:28:26   22     Q.    At the time of entry, what was the value

09:28:30   23   declared?

09:28:31   24     A.    $668,270.057.96.

09:28:36   25     Q.    Just showing you Exhibit 1 again.

09:28:47    1            MS. KUMAR:  Now showing just the witness

09:28:49    2    Exhibit 5, Your Honor.

09:28:54    3        Q.  Mr. Nguyen, do you recognize this 25-page summary

09:28:57    4    chart?

09:28:58    5        A.  Yes.

09:28:58    6        Q.  And can you briefly describe what the summary

09:29:02    7    chart shows?

09:29:03    8        A.  Using information -- part of the information in

09:29:07    9    Exhibit 4.  Exhibit 5, which is this exhibit, summarizes

09:29:11   10    the amount of duty owed if they were subjected to

09:29:19   11    antidumping and countervailing duties.

09:29:21   12        Q.  Is this based on the same voluminous records and

09:29:27   13    information from CBP's databases?

09:29:29   14        A.  This is based off of the -- do you mean the

09:29:31   15    antidumping duties?

09:29:32   16        Q.  So first just the entries -- some of the

09:29:34   17    information is based on the same voluminous data we

09:29:37   18    talked about before; is that right?

09:29:38   19        A.  Yes, correct.

09:29:39   20        Q.  There's also information about the rates which is

09:29:41   21    publicly available; is that right?

09:29:42   22        A.  Correct, yes.

09:29:44   23            MS. KUMAR:  Your Honor, the Government moves

09:29:45   24    to admit Exhibit 5 into evidence.

09:29:47   25            THE COURT:  It will be received.

09:29:48    1              (Exhibit 5 is received.)

            2    BY MS. KUMAR:

09:29:49    3        Q.   This is a 25-page document, Mr. Nguyen.  I'm just

09:29:53    4    going to scroll through each page.

09:30:05    5              And I will stop on page 24.  And we'll just

09:30:08    6    do this really quickly.  These first six columns, are

09:30:13    7    they the same as what we saw from the prior chart,

09:30:17    8    Mr. Nguyen?

09:30:18    9        A.   Yes.

09:30:18   10        Q.   And then we have a few new columns.  "Estimated

09:30:25   11    duty," where does that come from?

09:30:26   12        A.   That's obtained from the entry summary, CBP 7501.

09:30:31   13        Q.   That's what the importer declared as estimated

09:30:35   14    duty upon submission of the entry summary; is that

09:30:38   15    right?

09:30:38   16        A.   Correct.

09:30:38   17        Q.   And the country of origin again is China; is that

09:30:41   18    right?

09:30:42   19        A.   Correct.

09:30:42   20        Q.   And on each and every one of these entries, what

09:30:46   21    was the entry type?

09:30:47   22        A.   All of them, except for one were type 01.  The

09:30:50   23    one that wasn't was type 11 which is an informal entry.

09:30:54   24    And that is just because it was a low value entry.

09:30:58   25        Q.   Were there any 03 entries?

09:31:01  1    A.   No.

09:31:01  2    Q.   These next few columns.  What is the ADD and CVD

09:31:10  3    rate?

09:31:10  4    A.   The antidumping rate -- well, this specific

09:31:14  5    antidumping rate would be determined based off of

09:31:15  6    country of origin, which of course is China, and then

09:31:17  7    the entry date and manufacturer.  Depending on the entry

09:31:22  8    date and manufacturer, the rate may be different.  So we

09:31:27  9    looked at each entry date to ensure that it was the

09:31:29  10   correct rate based off the manufacturer as well.

09:31:33  11   Q.   Okay.  And then ADD and CVD value, what is that

09:31:37  12   calculating?

09:31:37  13   A.   That's calculating the amount of duty owed based

09:31:42  14   off of antidumping and then based off of countervailing.

09:31:44  15   Q.   So meaning if the entry was subject to the AD/CVD

09:31:49  16   order, how much the duties would have been; is that

09:31:51  17   right?

09:31:51  18   A.   Correct.

09:31:52  19   Q.   Broken off by antidumping and countervailing

09:31:55  20   duties; is that right?

09:31:56  21   A.   Correct.

09:31:57  22   Q.   Generally speaking, Mr. Nguyen, the CVD or the

09:32:03  23   countervailing duty rate is higher; is that right?

09:32:06  24   A.   Yes.

09:32:06  25   Q.   This is page 24.

09:32:07  1          Now looking at page 25.  If the 400 or so

09:32:11  2   entries of pallets by Pengcheng Aluminum, Transport

09:32:16  3   Aluminum and Aluminum Shapes owed antidumping and

09:32:20  4   countervailing duties, how much in duties would be owed?

09:32:22  5      A.   The total amount would not $1,836,244,745.03.

09:32:32  6      Q.   And the vast majority of that comes from which

09:32:34  7   component, Mr. Nguyen?

09:32:34  8      A.   The countervailing duties.

09:32:41  9          MS. KUMAR:  Your Honor, I would like to now

09:32:43  10  direct only the witness' attention to Exhibit 2.

09:32:49  11     Q.   Mr. Nguyen, is this another summary chart that

09:32:51  12  you prepared?

09:32:52  13     A.   Yes.

09:32:52  14     Q.   Could you just briefly describe -- two pages.

09:32:55  15  Could you briefly describe what the two pages are based

09:32:58  16  on.

09:32:58  17     A.   This is based -- sorry.  The four tables here are

09:33:04  18  based -- sorry.  Five tables are based off of the

09:33:07  19  information in the previous two exhibits which we

09:33:11  20  looked -- which were based off of the documents provided

09:33:14  21  by the importer and broker.  And that that is the

09:33:16  22  invoices, the packing list, the CBP 7501 entry summary,

09:33:22  23  bill of lading and the importer security filing.

09:33:25  24     Q.   And is there also other information you relied on

09:33:28  25  for this particular -- the second page of the chart?

09:33:29  1    A.   Yes.   Table 5 uses information obtained from the
09:33:33  2  Customs database.
09:33:34  3    Q.   And is that data also voluminous?
09:33:37  4    A.   Yes.
09:33:38  5           MS. KUMAR:   Your Honor, Government moves to
09:33:40  6  admit Exhibit 2 into evidence.
09:33:41  7           THE COURT:   It will be received.
09:33:42  8           (Exhibit 2 is received.)
          9  BY MS. KUMAR:
09:33:43 10    Q.   Mr. Nguyen, just quickly going through this.
09:33:46 11  This first chart says, "The quantity of aluminum pallets
09:33:48 12  imported."
09:33:49 13           Does it break it down by year and by
09:33:51 14  importer?
09:33:52 15    A.   Yes.
09:33:52 16    Q.   And then the total is the same, this 2.2 million;
09:33:56 17  is that right?
09:33:57 18    A.   Yes.
09:33:58 19    Q.   And then the second chart on page 1, this is the
09:34:03 20  value as declared at the time of import; is that right,
09:34:06 21  Mr. Nguyen?
09:34:07 22    A.   Yes.   The value declared by the importer on the
09:34:10 23  entry summary CBP 7501 and the commercial invoice.
09:34:15 24    Q.   And this third chart just calculates by year how
09:34:18 25  much the importers would have had to pay if the imports

09:34:21   1   were subject to the AD/CVD orders; is that right?

09:34:24   2      A.   Correct.

09:34:26   3      Q.   We see in the total that same 1.8 billion figure

09:34:29   4   you discussed?

09:34:30   5      A.   Yes.

09:34:31   6      Q.   Now, turning to page 2.  I know it is a little

09:34:34   7   small so I'm going to blow it up for you.

09:34:39   8           Could you describe for us what this first

09:34:41   9   chart shows.

09:34:43  10      A.   So the aluminum pallets, based off of the

09:34:47  11   information on the documents, that is the invoice

09:34:49  12   packing list and the 7501, they were declared under a

09:34:54  13   tariff number, 7616995090.

09:35:00  14           So this table summarizes all aluminum

09:35:03  15   products that are not under that tariff; in other words,

09:35:06  16   are not pallets.

          17      Q.   Okay.

09:35:07  18      A.   This was obtained from Customs database.

09:35:09  19      Q.   Okay.  So we see by each year how much these

09:35:13  20   entities imported of nonpallets, is that right?

09:35:20  21      A.   Correct.

09:35:20  22      Q.   Let's take a few -- just for purposes of example.

09:35:23  23           In 2008, how much did these importers,

09:35:26  24   Aluminum Industrial, Aluminum Source, American Apex,

09:35:30  25   Century American, Pengcheng, Perfectus and Transport

09:35:33  1   import into the United States based on Customs

09:35:37  2   databases?

09:35:38  3       A.  $30,316,664.

09:35:43  4       Q.  And then in 2009, what is the amount, Mr. Nguyen?

09:35:45  5       A.  $311,232,970.

09:35:50  6       Q.  And then in 2010?

09:35:52  7       A.  $334,856,212.

09:36:02  8               MR. RUYAK:  Your Honor, could they please

09:36:04  9   blow up the exhibit number and page number.  It's so

09:36:07  10  small.

09:36:08  11              MS. KUMAR:  I'm sorry.  It's Exhibit 2,

09:36:09  12  page 2.

09:36:12  13              MR. RUYAK:  Thank you.

          14  BY MS. KUMAR:

09:36:14  15      Q.  And then this second chart on the bottom of page

09:36:17  16  2 of Exhibit 2, Mr. Nguyen, what does it show?

09:36:19  17      A.  That's a comparison of values found in the other

09:36:22  18  tables.  Comparison between aluminum pallets and all

09:36:26  19  other aluminum products, under Chapter 76 that are not

09:36:30  20  aluminum pallets.

09:36:32  21      Q.  It just compares those; is that right?

09:36:35  22      A.  Correct.

09:36:35  23      Q.  And it provides the value of the amount that was

09:36:39  24  imported; is that right?

09:36:40  25      A.  Yes.

09:36:40   1       Q.   So in pallets, we have how much?

09:36:44   2       A.   $668,270,057.96.

09:36:50   3       Q.   And how much in non -- the aluminum that didn't

09:36:54   4   come in under the aluminum pallet HTS code?

09:36:59   5       A.   $822,434,565.

09:37:04   6       Q.   We have seen this chart that's a little small.

09:37:07   7   Did you prepare a chart that represented this data in

09:37:10   8   another way?

09:37:10   9       A.   Yes.  I create a visual representation of that

09:37:13   10  data.

09:37:14   11           MS. KUMAR:  Your Honor, just to show the

09:37:16   12  witness Exhibit 3.

09:37:17   13      Q.   Is that this -- is this your visual

09:37:20   14  representation, Mr. Nguyen?

09:37:21   15      A.   Yes.

09:37:22   16           MS. KUMAR:  Your Honor, the Government moves

09:37:24   17  to admit Exhibit 3 into evidence.

09:37:26   18           THE COURT:  It will be received.

09:37:27   19           (Exhibit 3 is received.)

           20  BY MS. KUMAR:

09:37:28   21      Q.   I will just blow this up for you, Mr. Nguyen.

09:37:31   22           What does the orange line represent?

09:37:33   23      A.   The orange line represents all other aluminum

09:37:37   24  products that are not aluminum pallets or declared under

09:37:40   25  HTS 7616995090.

```
09:37:44   1      Q.  So we see in 2008 that that number is below 50
09:37:48   2   million.  I think it was 30 million on the prior chart;
09:37:52   3   is that right?
09:37:52   4      A.  Correct.
09:37:52   5      Q.  And then in 2009 it goes up to over 300 million;
09:37:55   6   is that right?
09:37:56   7      A.  Correct.
09:37:56   8      Q.  And then the blue line represents?
09:37:58   9      A.  Merchandise imported under aluminum pallets, the
09:38:03  10   HTS 761699509D.
09:38:11  11              MS. KUMAR:  Nothing further at this time,
09:38:12  12   Your Honor.
09:38:12  13              THE COURT:  Okay.  Cross-examination,
09:38:14  14   counsel?
09:38:21  15              Yes.
09:38:21  16              THE JUROR:  Could I get another pen?  My pen
09:38:24  17   is dry.
09:38:26  18              THE COURT:  We will get you one.
09:38:27  19              THE JUROR:  Thank you.
09:38:44  20              THE COURT:  Ran out of ink?
09:38:46  21              THE JUROR:  Yes.
09:38:48  22              THE COURT:  That's why I use pencils.  Never
09:38:50  23   run out of ink.
09:39:18  24              Okay.  Counsel you may inquire.
09:39:22  25              MR. RUYAK:  Thank you, Your Honor.
```

**<u>CROSS-EXAMINATION</u>**

BY MR. RUYAK:

Q.  Sir, I think you said that you had access to the Customs database to do the summaries, correct?

A.  Specific summaries.  The first two exhibits were based of off only documents provided by the importer and broker.  Nothing was involved other than the manufacturer name.  That was related to Customs database.

Q.  So you used the Customs database together with documents submitted by the importer, correct?

A.  Correct.

Q.  Does the Customs database also contain information on the reexportation of products that are exported into the United States?

A.  Correct.  Based off of HTS.

Q.  So if you wanted to, you could go into the Customs database and you could look at all the instances in which these aluminum pallets were reexported out of the United States, correct?

A.  Not exactly.  We are not able to tell -- we are not able to tell if a specific pallet or import has also been reexported.

We can only see imports coming in and out.  And then depending on certain tariffs, such as -- under

09:40:38  1    Chapter 90s, they may be reexported for certain uses.

09:40:44  2    But we can't actually trace specific ones purely from

09:40:49  3    Customs databases.

09:41:01  4        Q.   One moment.  Sir, are you familiar with section

09:41:07  5    505 of the Tariff Act?

09:41:09  6        A.   I don't recall the specifics of that.

09:41:11  7        Q.   Are you aware of any statute under the Tariff Act

09:41:17  8    that provides that products that are entered into the

09:41:20  9    United States and are reexported can have a rebate of

09:41:24  10   the duty paid at the time of import?

09:41:26  11            MS. KUMAR:  Objection, Your Honor.  Lacks --

09:41:29  12   speculation.  Lacks foundation.  And calls for a legal

09:41:32  13   conclusion.

09:41:33  14            THE COURT:  Well, no.  He's just asking if

09:41:34  15   he's aware of it.

09:41:35  16            And I have to tell you, before any question

09:41:36  17   is asked by any attorney, it's not taken as evidence.

09:41:39  18   You are not to assume that it's true.

09:41:41  19            Are aware of anything like that?

09:41:44  20            THE WITNESS:  I'm not aware of the tariff

09:41:46  21   information.

09:41:46  22            THE COURT:  Okay.

          23   BY MR. RUYAK:

09:41:48  24       Q.   But assume that if you -- if you -- well, let me

09:41:53  25   ask this:  The Government ask you to do any studies or

09:41:57   1   summaries that would identify aluminum pallets that were

09:42:00   2   exported out of the United States at any point in time?

09:42:06   3      A.   Sorry.  Could you repeat that.

09:42:07   4      Q.   Yes.  Did the Government ask you to do any

09:42:10   5   summaries of the exportation out of the United States of

09:42:13   6   aluminum pallets?

09:42:14   7      A.   I didn't do any analysis on that.

09:42:18   8      Q.   So I take it you didn't do any analysis of what

09:42:21   9   the duty rebates would be, if any, for any aluminum

09:42:24   10  pallets exported out of United States?

09:42:27   11           MS. KUMAR:  Objection, Your Honor.  Assumes

09:42:29   12  facts not in evidence.  And lacks foundation.

09:42:31   13           THE COURT:  Overruled.

09:42:32   14           You didn't do any such analysis?

09:42:34   15           THE WITNESS:  I did not do any analysis on

09:42:37   16  that tariff -- or section.

09:42:40   17           THE COURT:  Okay.

09:42:40   18           MR. RUYAK:  That's all I have.

09:42:42   19           THE COURT:  Okay.

           20           Counsel?

09:42:53   21           MS. POTASHNER:  Thank you, Your Honor.

09:38:14   22                    **CROSS-EXAMINATION**

09:39:13   23  BY MS. POTASHNER:

09:42:57   24      Q.   Good morning.  You testified that some of the

09:42:58   25  summary charts that you made were based on the

09:43:01  1    information provided by the broker to Customs and Border

09:43:06  2    Protection; is that right?

09:43:07  3         A.  Yes.

09:43:08  4         Q.  And the information that the broker provides at

09:43:12  5    the front end when things are imported, you testified

09:43:16  6    included the invoice, right?

09:43:19  7         A.  Are you talking about the entry packet?

09:43:21  8         Q.  Yes.

09:43:21  9         A.  Yes.

09:43:21  10        Q.  Yes.  So the entry packet upon importation

09:43:25  11   includes the invoice, right?

09:43:29  12        A.  Correct.

09:43:29  13        Q.  The packing list?

09:43:30  14        A.  Correct.

09:43:31  15        Q.  And the 7501 form?

09:43:34  16        A.  Correct.

09:43:35  17             MS. POTASHNER:  And Exhibit 4, if we could

09:43:39  18   pull that back up.

09:43:40  19        Q.  You made this summary chart based on the

09:43:45  20   information from that importation packet, right?

09:43:50  21        A.  Correct.

09:43:50  22        Q.  Okay.

09:43:52  23             MS. POTASHNER:  And if we could look at the

09:43:56  24   column that's listed, "Description of goods."  It is on

09:44:02  25   the right -- there you go.  And if we could draw it

09:44:07  1   down, the whole column on that first page.

09:44:12  2        Thank you.

09:44:12  3   Q.  Now, in the importation packet that you looked at

09:44:16  4   for these importations, what was the description of

09:44:19  5   goods in each and every one of those importation

09:44:23  6   packets?

09:44:24  7   A.  The description was aluminum pallet for the

09:44:27  8   invoice and packing list.

09:44:29  9   Q.  Each and every time, from the summary that you

09:44:31  10  created, right?

09:44:32  11  A.  Correct.

09:44:34  12        MS. POTASHNER:  No further questions.

09:44:35  13        THE COURT:  Any redirect?

09:44:37  14        MS. KUMAR:  Briefly, Your Honor.

09:38:14  15              **REDIRECT EXAMINATION**

09:39:13  16  BY MS. KUMAR:

09:44:41  17  Q.  Mr. Nguyen, you said the entry packet, the

09:44:44  18  invoice and packing list, who maintains those documents,

09:44:47  19  to your knowledge?

09:44:47  20  A.  The broker.

09:44:48  21  Q.  And are you an import specialist yourself,

09:44:52  22  Mr. Nguyen?

09:44:52  23  A.  No, I am not.

09:44:55  24        MS. KUMAR:  No further questions, Your

09:44:56  25  Honor.

| | | |
|---|---|---|
| 09:44:57 | 1 | THE COURT:  Anything further of this |
| 09:44:58 | 2 | witness? |
| 09:44:59 | 3 | MS. POTASHNER:  No, Your Honor. |
| 09:45:00 | 4 | THE COURT:  You may step down. |
| 09:45:03 | 5 | May this witness be excused? |
| 09:45:04 | 6 | MS. KUMAR:  Yes, Your Honor. |
| 09:45:05 | 7 | THE COURT:  Any objection, Counsel? |
| 09:45:07 | 8 | MS. POTASHNER:  No, Your Honor. |
| 09:45:10 | 9 | THE COURT:  You're free to go.  Thank you |
| | 10 | very much for coming in, sir. |
| 09:45:11 | 11 | Next witness. |
| 09:45:13 | 12 | MR. BERNSTEIN:  Your Honor, Government calls |
| 09:45:15 | 13 | Ricky Chavarria. |
| 09:45:47 | 14 | THE CLERK:  Good morning.  I just need to |
| 09:45:49 | 15 | place you under oath again. |
| 09:45:54 | 16 | Do you solemnly swear the testimony you are |
| | 17 | about to give in the matter now before the Court shall |
| | 18 | be the truth, the whole truth and nothing but the truth |
| | 19 | so help you God. |
| | 20 | THE WITNESS:  I do. |
| 09:46:06 | 21 | THE CLERK:  Please be seated. |
| 09:46:06 | 22 | THE COURT:  Counsel, you're recalling -- he |
| 09:46:09 | 23 | was called before and sworn in.  Are you recalling him |
| 09:46:11 | 24 | at this time? |
| 09:46:12 | 25 | MR. BERNSTEIN:  Yes, Your Honor. |

09:46:13  1          THE CLERK:  Okay.  Would you please restate

09:46:16  2   your name for the record.

09:46:17  3          THE WITNESS:  Yes.

09:46:18  4          Good morning.  Name is Ricky Chavarria.

09:46:21  5   First name R-i-c-k-y.  Last name C-h-a-v-a-r-r-i-a.

09:46:29  6          THE COURT:  You may inquire.

09:38:14  7                    **DIRECT EXAMINATION**

09:39:13  8   BY MR. BERNSTEIN:

09:46:30  9      Q.  And just to remind the jury, you're a special

09:46:32 10   agent with the Internal Revenue Service?

09:46:34 11      A.  That's correct.

09:46:35 12      Q.  And before that, you were what?

09:46:37 13      A.  I was a revenue agent with the IRS.

09:46:39 14      Q.  And in preparation for your testimony, you

09:46:43 15   reviewed a series of tax returns that were made into

09:46:47 16   exhibits by the Government?

09:46:48 17      A.  That is correct.

09:46:49 18      Q.  And -- and those tax returns, among other things,

09:46:53 19   were for Perfectus, the entities that merge into

09:46:57 20   Perfectus, and Aluminum Shapes?

09:46:59 21      A.  That's correct.

09:46:59 22      Q.  I want to show you Exhibit 108-1 which is in

09:47:06 23   evidence.  Go down to page 2 and 3 and 4.

09:47:12 24          This is the Agreement and Merger Plan for

09:47:16 25   Perfectus in December of 2014?

09:47:20  1      A.   Yes.

09:47:20  2      Q.   And it lists the entities that merged into

09:47:27  3  Perfectus?

09:47:28  4      A.   That's correct.

09:47:28  5      Q.   And then going down to 5, 6 and 7, that is the

09:47:36  6  rest of the agreement of the merger plan?

09:47:39  7           MS. POTASHNER:  Objection, Your Honor.  This

09:47:40  8  is cumulative at this point.

09:47:41  9           THE COURT:  It is cumulative.

09:47:43  10          This witness has testified.

09:47:45  11          Anything new and different, you can get

09:47:48  12  into.  But we don't want to get into cumulative

09:47:51  13  testimony.

09:47:52  14          MR. BERNSTEIN:  Okay.  In that case, I want

09:47:55  15  to show you Exhibit 751-1 just the witness.

09:48:04  16     Q.   Is this a -- a -- I apologize.  753-1.

09:48:14  17          Is this a fair copy of the 2015 tax return

09:48:20  18  filed with the IRS for Perfectus, Incorporated?

09:48:24  19     A.   Yes.

09:48:26  20          MR. BERNSTEIN:  Your Honor, the Government

09:48:27  21  moves to admit Exhibit 753 into evidence.

09:48:31  22          THE COURT:  It will be received.

09:48:32  23          (Exhibit 753 is received.)

          24  BY MR. BERNSTEIN:

09:48:33  25     Q.   And just to speed this up, Exhibit 710 through

09:48:41  1    738, did you review those before today?

09:48:44  2        A.   I believe so.  I don't know exactly which

09:48:46  3    documents those would be exactly, but --

09:48:50  4        Q.   Did you review the exhibits that were the tax

09:48:53  5    returns for Perfectus, the entities that merged into

09:48:57  6    Perfectus, and Aluminum Shapes?

09:48:58  7        A.   Yes.

09:48:59  8        Q.   And those exhibits were all fair copies of tax

09:49:02  9    returns filed with the IRS?

09:49:05  10       A.   That's correct.

09:49:05  11            MR. BERNSTEIN:  Your Honor, the Government

09:49:06  12   moves to admit Exhibits 710 through 738 into evidence.

09:49:10  13            THE COURT:  It will be received.

09:49:11  14            (Exhibits 710 through 738 are received.)

09:49:12  15            MR. BERNSTEIN:  And finally I want to show

09:49:15  16   you Exhibit 739-1, just the witness, Your Honor.

09:49:25  17       Q.   Have you reviewed this exhibit before today?

09:49:26  18       A.   Yes, I have.

09:49:27  19       Q.   What is this exhibit?

09:49:29  20       A.   This was a letter issued to Ms. Christy Wong who

09:49:33  21   was a revenue agent with the Internal Revenue Service.

09:49:37  22       Q.   Did the letter relate to one of the entities that

09:49:41  23   merged into Perfectus?

09:49:42  24       A.   Yes, it did.

09:49:43  25       Q.   Which entity was that?

09:49:45    1       A.   Global Aluminum U.S.A., Incorporated.

09:49:48    2       Q.   What was the date of the letter?

09:49:50    3       A.   June 4th, 2015.

09:49:52    4       Q.   And at the top it reflects Global Aluminum at

09:50:00    5   1001 Doubleday Avenue in Ontario?

09:50:01    6       A.   That's correct.

09:50:01    7       Q.   Who was the author of this letter?

09:50:03    8       A.   Johnson Shao.

09:50:04    9            MR. BERNSTEIN:   Your Honor --

09:50:05   10       Q.   This is a fair copy of the letter that was sent

09:50:07   11   to the IRS?

09:50:08   12       A.   Yes.

09:50:09   13            MR. BERNSTEIN:   Your Honor, the Government

09:50:09   14   moves to admit 739 into evidence.

09:50:13   15            MS. POTASHNER:   Objection, hearsay.

09:50:16   16            THE COURT:   Overruled.   It will be accepted.

09:50:17   17            (Exhibit 739 is received.)

09:50:19   18            MR. BERNSTEIN:   Permission to publish, Your

           19   Honor?

09:50:21   20            THE COURT:   Yes.

           21   BY MR. BERNSTEIN:

09:50:22   22       Q.   At the top it says, "Dear Ms. Wong, in response

09:50:25   23   to IDR 10."   What's that?

09:50:27   24       A.   That's an information document request, No. 10.

09:50:32   25       Q.   What does the 10 mean?

09:50:33   1      A.   It is likely the tenth request that Ms. Wong made

09:50:36   2   to Global Aluminum, Incorporated.

09:50:42   3      Q.   And then under section 2 of Mr. Shao's letter,

09:50:46   4   what does he write -- or can you summarize what he says?

09:50:48   5      A.   Section 2 states:  "I am not related in any way

09:50:51   6   to the following suppliers or their shareholders."

09:50:55   7   Forgive me if I misstate some of these names.  "Liaoning

09:50:58   8   Zhongwang Group in China, and the Adventmark

09:51:02   9   International Limited in British Virgin Islands, and

09:51:09   10  Dalian Liwang Trade Co. LTD in China."

09:51:22   11     Q.   And then finally the bullet point underneath

09:51:24   12  that, No. 3.

09:51:25   13     A.   Section 3 reads, "To the best of my knowledge,

09:51:28   14  the company's creditors are not related to the suppliers

09:51:30   15  or manufacturers."

09:51:31   16     Q.   And then the signature is Johnson Shao?

09:51:33   17     A.   That's correct.

09:51:34   18          MR. BERNSTEIN:  No further questions.  Your

09:51:36   19  Honor.

09:51:36   20          THE COURT:  Okay.

09:51:37   21          Cross-examination?

09:51:39   22              **CROSS-EXAMINATION**

09:51:42   23          MR. RUYAK:  Could you put that exhibit back

09:51:44   24  up.

09:51:48   25          What number?

09:51:51  1              MR. RUYAK:  739-1.

09:52:02  2              And I would like to draw your attention to

09:52:05  3   the last list.

09:52:07  4              And No. 1, please.

          5   BY MR. RUYAK:

09:52:15  6      Q.  And it says that he is not -- that -- this is

09:52:18  7   Mr. Shao signing on behalf of the company, correct?

09:52:21  8      A.  That is correct.

09:52:22  9      Q.  So when he says "I am not," he is talking about

09:52:28  10  Global Aluminum is not, correct?

09:52:32  11     A.  It would appear so.

09:52:33  12     Q.  Right.  Because the IRS wants to know if the

09:52:35  13  company is related to particular creditors or suppliers,

09:52:40  14  correct?

09:52:40  15     A.  I would have to see the -- Ms. Wong's information

09:52:44  16  request.

09:52:44  17     Q.  So you don't know whether when you're asking for

09:52:51  18  information by the IRS, whether what they want to know

09:52:56  19  is whether they're related suppliers or creditors to the

09:52:59  20  company, correct?

09:53:00  21     A.  Sorry.  Can you restate that question.

09:53:02  22     Q.  You do not know then, I take it, whether the

09:53:04  23  request for information requested suppliers and

09:53:11  24  creditors related to the company Global Aluminum,

09:53:13  25  correct?

09:53:13    1      A.   I'm not aware of the original information

09:53:16    2    request.

09:53:19    3                  MR. RUYAK:   That's all I have, Your Honor.

09:53:21    4                  THE COURT:   Anything else?

09:53:25    5                  MS. POTASHNER:   No, thank you, Your Honor.

09:53:26    6                  THE COURT:   Any redirect?

09:53:28    7                  MR. BERNSTEIN:   No, Your Honor.

09:53:28    8                  THE COURT:   You may step down.

           9                  THE WITNESS:   Thank you.

09:53:31   10                  THE COURT:   Next witness.

09:53:33   11                  MR. BERNSTEIN:   Government calls Lori

09:53:36   12    Carmack.

          13                  (PAUSE IN THE PROCEEDINGS.)

09:54:55   14                  MR. BERNSTEIN:   Your Honor, is it possible

09:54:56   15    to have an early break?

09:54:59   16                  THE COURT:   You should have witnesses

09:55:00   17    available.

          18                  MR. BERNSTEIN:   It's a medical issue.

09:55:01   19                  THE COURT:   Why don't you call your witness

09:55:03   20    that you're going to call after that person.

09:55:58   21                  I'm assuming you don't have another witness

09:56:00   22    at this time?

09:56:02   23                  MR. HSIEH:   I think there's someone in the

09:56:04   24    hallway they're getting, Your Honor.

09:56:07   25                  THE COURT:   If you have someone available,

1    fine.  If not, we'll break at this time.  But from here

2    on in, make sure you have witnesses available so we

3    don't have breaks in the case.

4              MR. RUYAK:  Your Honor, it is a very limited

5    issue.

6              MR. HSIEH:  She is here, Your Honor.

7              MR. RUYAK:  Okay.  It's a very short-term

8    issue.

9              THE CLERK:  Right here to be sworn.

10             THE WITNESS:  I apologize, Your Honor.

11             THE COURT:  No problem at all.

12             THE CLERK:  Can you please raise your right

13   hand.

14             Do you solemnly swear the testimony you are

15   about to give in the matter now before the Court shall

16   be the truth, the whole truth and nothing but the truth

17   so help you God.

18             THE WITNESS:  I do.

19             THE CLERK:  Please be seated.

20             You can remove your face covering for

21   testimony.

22             Would you please state and spell your full

23   name for the record.

24             THE WITNESS:  Lori Joe Carmack,

25   C-a-r-m-a-c-k.

09:57:04    1          THE COURT:  Counsel, you may inquire.

09:38:14    2                     **DIRECT EXAMINATION**

            3    BY MR. BERNSTEIN:

09:57:08    4        Q.  Good morning, Special Agent Carmack.  What do you

09:57:09    5    do?

09:57:10    6        A.  I am a special agent with Homeland Security

09:57:13    7    Investigations.

09:57:13    8        Q.  How long have you been doing that?

09:57:14    9        A.  Since May of 2019.

09:57:17   10        Q.  What did you do before that?

09:57:18   11        A.  Prior to becoming a special agent I was an

09:57:21   12    accountant for approximately ten years.  I also hold a

09:57:26   13    bachelor's degree in accounting and information systems

09:57:30   14    from Virginia Tech.

09:57:31   15        Q.  And in advance of your testimony today, did we

09:57:36   16    ask you to prepare summary charts?

09:57:39   17        A.  Yes, you did.

09:57:41   18        Q.  Did those summary charts summarize voluminous

09:57:45   19    bank records?

09:57:45   20        A.  Yes, it did.

09:57:46   21        Q.  And the summary charts you prepared, were they

09:57:49   22    fair and accurate representations of the underlying bank

09:57:53   23    records?

09:57:55   24        A.  Yes, that's correct.

09:58:01   25               MR. BERNSTEIN:  So first I want to show just

09:58:03    1    the witness Exhibit 9.

09:58:10    2        Q.   Special Agent Carmack, do you recognize this

09:58:13    3    exhibit?

09:58:13    4        A.   Yes, I do.

09:58:14    5        Q.   And what does this depict?

09:58:17    6        A.   This is a summary of bank accounts associated

09:58:21    7    with the PPE, the Perfectus predecessor entities and

09:58:27    8    Perfectus accounts.

09:58:29    9             So these are the bank accounts that I

09:58:32   10    reviewed as part of this analysis.

09:58:35   11        Q.   Okay.   And this depicts a number of bank accounts

09:58:40   12    along with the bank, the account number, the account

09:58:44   13    signer in the date range for which you had records?

09:58:47   14        A.   That's correct.

09:58:48   15             MR. BERNSTEIN:   Your Honor, the Government

09:58:49   16    wishes to admit Exhibit 9.

09:58:51   17             THE COURT:   It will be received.

           18             (Exhibit 9 is received.)

09:58:52   19             MR. BERNSTEIN:   Okay.   So this should get

09:58:55   20    published.   There it is.

09:58:58   21             Let me zoom in on the top just for now.

09:59:02   22        Q.   We see the term PPE or Perfectus predecessor

09:59:06   23    entity.   Are those the set of companies that merged into

09:59:09   24    the Perfectus?

09:59:10   25        A.   That's correct.

09:59:13  1      Q.   And we see the various columns:  Account, name,
09:59:17  2  bank, number, signer.  And you said "review period" was
09:59:21  3  the --
09:59:21  4      A.   Period for which I had records.
09:59:23  5      Q.   Okay.  And the -- the accounts listed here, what
09:59:32  6  companies are they for?
09:59:34  7      A.   Two accounts for Aluminum Industrial.  Two for
09:59:39  8  American Apex.  One for Century American Aluminum.  Four
09:59:44  9  for Global Aluminum U.S.A.  One for Pengcheng
09:59:48  10  Enterprise.  Three for Perfectus.  And one for Transport
09:59:51  11  Aluminum.
09:59:52  12      Q.   And we see various signers, including Johnson
09:59:57  13  Shao, Mark Li, Z.P. Liu, Zhijie Wang, Charles Pok, et
10:00:05  14  cetera.
10:00:05  15           Those are the signers on the opening
10:00:07  16  documents or the signature card for the accounts?
10:00:09  17      A.   Yes, that's correct.
10:00:10  18      Q.   Where it says "unknown," why does it say that?
10:00:14  19      A.   I did not have a record for that account showing
10:00:19  20  the signer.
10:00:20  21      Q.   But you nonetheless had records showing the
10:00:23  22  activity on the account?
10:00:25  23      A.   That's correct.
10:00:27  24      Q.   And this list of Perfectus and Perfectus
10:00:34  25  predecessor entity accounts that you reviewed, did you

10:00:36    1    have bank records for other Perfectus and Perfectus

10:00:39    2    predecessor entities?

10:00:41    3        A.  Yes, I did.

10:00:42    4        Q.  Why are those not included in the summary charts

10:00:45    5    that you created?

10:00:46    6        A.  This summary chart primarily focuses on wires

10:00:49    7    within the account.  Those other accounts had minimal

10:00:53    8    activities or limited wires.  And so they weren't --

10:00:58    9    were not included.

10:01:01   10        Q.  So the summaries you created focus on money wire

10:01:05   11    transfers?

10:01:06   12        A.  Yes, that's correct.

10:01:07   13        Q.  Just in five seconds, what is a money wire

10:01:09   14    transfer?

10:01:10   15        A.  A wire transfer is a transfer going from one bank

10:01:14   16    account to another via wire.  It usually goes through

10:01:19   17    some sort of central bank, such as the Federal Reserve.

10:01:23   18    And it is just a means for accounts to quickly send

10:01:27   19    money to each other.

10:01:29   20        Q.  Okay.

           21

10:01:29   22            MR. BERNSTEIN:  I want to show just the

10:01:31   23    witness Exhibit 10, Your Honor.

10:01:37   24            THE COURT:  Okay.

           25    BY MR. BERNSTEIN:

10:01:44  1    Q.  And Special Agent Carmack, what's depicted in

10:01:48  2   Exhibit 10?

10:01:49  3    A.  These -- this is a detail account of those wire

10:01:52  4   transactions that were reviewed for the accounts in the

10:01:56  5   summary we just looked at.

10:01:58  6    Q.  So you reviewed all the wire activity for the

10:02:02  7   review period of the accounts in Exhibit 9 and

10:02:07  8   transposed those wire transfers into a summary chart?

10:02:10  9    A.  That's correct.

10:02:11  10   Q.  And it's a fair and accurate summary based on

10:02:14  11  voluminous data?

10:02:16  12   A.  Yes.

10:02:16  13        MR. BERNSTEIN:  Your Honor, the Government

10:02:17  14  moves to admit Exhibit 10.

10:02:19  15        THE COURT:  It will be received.

10:02:20  16        (Exhibit 10 is received.)

10:02:20  17        THE COURT:  It is not going to be posted now

10:02:23  18  because we're going to take the 10 o'clock break.

10:02:24  19        We will see you back in 15 minutes.

10:02:26  20        Remember the admonishment not to discuss the

10:02:30  21  case among yourselves, with anybody else, or form or

         22  express any opinion about the matter until it's

10:02:32  23  submitted to you and you retire to the jury room.

10:02:33  24        See you back in 15.  And we will post it at

10:02:37  25  that time.

```
 1              (BRIEF RECESS.)
```
10:20:21  2          THE COURT:  The record will reflect that the

10:20:22  3  members of the jury are in their respective seats in the

10:20:24  4  jury box.

10:20:24  5          And you wanted that published, Counsel?

6          MR. BERNSTEIN:  Yes, sir.

10:20:27  7          THE CLERK:  Sorry.  If you would take your

10:20:29  8  face covering off.  Thank you.

10:20:36  9  BY MR. BERNSTEIN:

10:20:36  10    Q.  Okay.  Special Agent Carmack, just list quickly,

10:20:41  11  run through what we see in this chart?

10:20:44  12    A.  So it includes the account names, the name on the

10:20:46  13  bank account, the bank, the account number, the date of

10:20:52  14  the transaction, the type, which is -- indicates whether

10:20:54  15  the wire was outgoing or incoming.  And the sender,

10:21:00  16  beneficiary.  So the sender would be for incoming wires,

10:21:04  17  the sender, and for outgoing wires, the beneficiary.

10:21:08  18    Q.  And it also reflects the amounts of the --

10:21:11  19    A.  And the --

10:21:12  20    Q.  -- wire transfer as well?

10:21:13  21    A.  Yes, that's correct.

10:21:14  22    Q.  The title of the chart is the Perfectus

10:21:18  23  Predecessor Entities and the Perfectus Account Wires?

10:21:19  24    A.  Correct.

10:21:20  25    Q.  This chart does not include checks?

10:21:25  1    A.  Right.

10:21:31  2    Q.  I just want to run through the pages here.  Pages

10:21:35  3    1 and 2 show the wires for Aluminum Industrial and

10:21:41  4    American Apex?

10:21:42  5    A.  Correct.

10:21:43  6    Q.  And then if we go back to Exhibit 9, the way

10:21:49  7    Exhibit 10 works is we will see all the wire transfers

10:21:52  8    for these accounts depicted on Exhibit 9?

10:21:54  9    A.  Yes, that's correct.

10:21:55  10   Q.  And then I will scroll through pages 1, 2, 3, 4,

10:22:01  11   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and

10:22:17  12   19.

10:22:18  13        And that is the full summary you created of

10:22:22  14   the Perfectus companies and the Perfectus wire

10:22:25  15   transfers?

10:22:26  16   A.  That's correct.

10:22:27  17   Q.  And then also just at the bottom here there's a

10:22:30  18   notation?

10:22:32  19   A.  Yes.  Just indicating that the numbers are

10:22:35  20   rounded to the nearest dollar.

10:22:37  21   Q.  The amounts of the wires?

10:22:38  22   A.  Yes.

10:22:39  23   Q.  Okay.

10:22:41  24        MR. BERNSTEIN:  I want to show just the

10:22:43  25   witness Exhibit 12.

10:22:53    1    Q.  And Special Agent Carmack, what's depicted in

10:22:57    2    this exhibit?

10:22:57    3    A.  This is a summary of the wire detail that we were

10:22:59    4    just looking at.  So this summary takes all of the

10:23:02    5    wires, say, from Kong Yum Trading Company and adds them

10:23:07    6    up and puts them -- that would be the total number of

10:23:10    7    wires and dollar amounts.

10:23:13    8    Q.  This is a fair and accurate summary based on

10:23:16    9    voluminous data?

10:23:17   10    A.  Correct.

10:23:18   11             MR. BERNSTEIN:  Your Honor, the Government

10:23:20   12    moves Exhibit 12 into evidence.

10:23:21   13             THE COURT:  It will be received.

10:23:22   14             (Exhibit 12 is received.)

           15    BY MR. BERNSTEIN:

10:23:23   16    Q.  All right.  So we'll zoom in on smaller portions

           17    for now?

10:23:31   18             But we see the type of wire.  The first half

10:23:33   19    is incoming, second half is outgoing?

10:23:36   20    A.  Correct.

10:23:37   21    Q.  And so the top half of this chart summarizes the

10:23:46   22    senders, who sent wires into Perfectus and its -- the

10:23:50   23    companies that merge into Perfectus?

10:24:00   24    A.  That's correct.

10:24:01   25    Q.  Let's zoom in on the top now, make it a little

10:24:04   1   bigger.

10:24:05   2             Based on the records that you reviewed and

10:24:07   3   included in exhibits 9 and 10, what company wired the

10:24:12   4   most money to Perfectus and its predecessor entities?

10:24:17   5       A.   Kong Yum Trading Company.

10:24:21   6       Q.   Approximately how much did it wire into Perfectus

10:24:24   7   and PPEs?

10:24:25   8       A.   Approximately $127 million.

10:24:29   9       Q.   We won't go through all the entries, but can you

10:24:32   10  walk us through the next five?

10:24:34   11      A.   Japan Kyo Group Limited, Bank of China, Grand

10:24:37   12  Famous Trading Limited for 109 million.  Said Japan

10:24:41   13  transactions amounted to 113 million approximately.

10:24:47   14  Fast Growth Company, 87 million.  Rainbow Bright Inc.

10:24:51   15  Limited, 86 million.  And DNH Trading Company,

10:24:55   16  76 million.

10:25:01   17      Q.   And then if we zoom in on the next portion, we

10:25:05   18  see some other companies that wired money to Perfectus

10:25:07   19  or the predecessor entities like Easy Able, Porter, S&S,

10:25:18   20  Rui Yin Company.

10:25:18   21      A.   Yes, that's correct.

10:25:19   22      Q.   Based on the records you included in Exhibit 10,

10:25:25   23  how much total in wire transfers was wired into

10:25:29   24  Perfectus and the companies that merge into Perfectus?

10:25:33   25      A.   860 million.

| | | |
|---|---|---|
| 10:25:38 | 1 | Q.  And 901,000? |
| 10:25:39 | 2 | A.  Yes.  I would like to note that this table only |
| 10:25:46 | 3 | reflects companies that sent a total of more than |
| 10:25:50 | 4 | $5 million.  So the number is actually larger.  But the |
| 10:25:53 | 5 | incoming total here only is highlighting those companies |
| 10:25:58 | 6 | with the largest amounts. |
| 10:25:59 | 7 | Q.  So if the company sent less than $5 million to |
| 10:26:03 | 8 | Perfectus or one of its predecessor entities, that did |
| 10:26:08 | 9 | not get included in Exhibit 12? |
| 10:26:11 | 10 | A.  That's correct. |
| 10:26:12 | 11 | Q.  What about entities to which Perfectus or one of |
| 10:26:17 | 12 | its predecessor entities sent money? |
| 10:26:20 | 13 | A.  The largest would be Supreme Wealth Global |
| 10:26:22 | 14 | Limited Hong Kong for $258 million, approximately. |
| 10:26:27 | 15 | Q.  And what came after Supreme Wealth Global?  And |
| 10:26:31 | 16 | how much did Perfectus or one of -- and the predecessor |
| 10:26:34 | 17 | entities combined send to this next company? |
| 10:26:37 | 18 | A.  Dalian Liwang Trade Company Limited China, |
| 10:26:42 | 19 | 232 million. |
| 10:26:43 | 20 | Q.  What about after that? |
| 10:26:45 | 21 | A.  Advent Mark International, 158 million, |
| 10:26:50 | 22 | approximately. |
| 10:26:51 | 23 | Q.  And what about after that? |
| 10:26:53 | 24 | A.  Alliance Jade Trading Limited, Hong Kong for |
| 10:26:57 | 25 | 84 million. |

10:27:00  1     Q.   Are there some other beneficiaries that received

10:27:07  2  less than a hundred million, such as Dragon Lux and then

10:27:12  3  China Zhongwang Investment (HK)?

10:27:16  4     A.   That is correct.

10:27:18  5     Q.   What is the total amount of outgoing wires?

10:27:20  6  Well, first, the outgoing section, was that limited to

10:27:23  7  companies that received more than $5 million in wire

10:27:26  8  transfers from Perfectus or one of the predecessor

10:27:30  9  entities?

10:27:30  10    A.   Yes, that's correct.

10:27:32  11    Q.   And the -- with that limitation in mind, was the

10:27:35  12  total amount of outbound wire transfers going from the

10:27:42  13  Perfectus and the predecessor entities like Pengcheng

10:27:48  14  Aluminum that went out of the companies into the

10:27:51  15  companies depicted into Exhibit 12?

10:27:53  16    A.   Approximately 897 million.

10:27:57  17    Q.   The total amount of wire activity?

10:28:00  18    A.   1.7 billion, approximately.

10:28:11  19         MR. BERNSTEIN:   Your Honor, I would like to

10:28:14  20  show just the witness Exhibit 23.

10:28:20  21    Q.   Special Agent Carmack, do you recognize this

10:28:22  22  exhibit?

10:28:22  23    A.   I do.

10:28:23  24    Q.   Is this another chart you created?

10:28:26  25    A.   Yes, it is.

10:28:27  1      Q.   And what is depicted in this chart?

10:28:29  2      A.   This chart summarizes the Eric Shen associated

10:28:34  3  bank accounts that were reviewed.  It includes the

10:28:40  4  account name, the bank, the account number, account

10:28:43  5  signer and period of review.

10:28:45  6      Q.   And period of review, the period for which you

10:28:48  7  had bank records?

10:28:49  8      A.   That's correct.

10:28:50  9      Q.   And it is a fair and accurate summary?

10:28:52  10      A.   That's correct.

10:28:53  11           MR. BERNSTEIN:  Your Honor, the Government

10:28:54  12  moves Exhibit 23 into evidence.

10:28:56  13           THE COURT:  It will be received.

10:28:57  14           (Exhibit 23 is received.)

         15  BY MR. BERNSTEIN:

10:28:59  16      Q.   Okay.  So the accounts for which you summarized

10:29:06  17  wire data, two called Exotic Auto Leasing?

10:29:12  18      A.   Correct.

10:29:12  19      Q.   And three, Gran Turismo Investments?

10:29:16  20      A.   Correct.

10:29:17  21      Q.   Mojave Aluminum Company?

10:29:19  22      A.   Correct.

10:29:19  23      Q.   Two in the name of Eric Shen himself?

10:29:23  24      A.   Yes.

10:29:23  25      Q.   Two in the name of Scuderia Capital Partners?

10:29:26  1      A.   Yes.

10:29:27  2      Q.   And one in the name of Scuderia Development, LLC?

10:29:30  3      A.   Correct.

10:29:31  4      Q.   And then the same thing.  We have account signer.

10:29:34  5   One of them is blank.  Why is that?

10:29:36  6      A.   I did not have records for that account -- or,

10:29:39  7   I'm sorry, did not have records showing the account

10:29:43  8   signer on the account.

10:29:45  9      Q.   But you did have records of the wire activities

10:29:47  10  itself?

10:29:48  11     A.   Yes.

10:29:48  12     Q.   And then at the bottom, the last two accounts,

10:29:53  13  Scuderia Capital and Scuderia Development, who is the

10:29:57  14  signer on that?

10:29:58  15     A.   Zhijie Wang.

10:30:00  16          MR. BERNSTEIN:  I want to show just the

10:30:04  17  witness Exhibit 27.

10:30:13  18     Q.   Special Agent Carmack, do you recognize this

10:30:15  19  exhibit?

10:30:16  20     A.   I do.

10:30:17  21     Q.   And what is depicted in this exhibit?

10:30:19  22     A.   This is a summary of wire transactions occurring

10:30:23  23  in all three entities.  So in the Eric Shen accounts,

10:30:28  24  the PPE accounts and the Perfectus accounts.

10:30:31  25          And the purpose of this summary is to show

10:30:34   1   that there's several sender beneficiary entities that

10:30:39   2   transacted with all three:  Eric Shen, PPE and

10:30:44   3   Perfectus.

10:30:44   4       Q.  And it's a fair and accurate summary based on

10:30:48   5   voluminous bank records?

10:30:50   6       A.  That's correct.

10:30:52   7           MR. BERNSTEIN:  Your Honor, Government would

10:30:54   8   like to move Exhibit 27 into evidence.

10:30:56   9           THE COURT:  It will be received.

10:30:56  10           (Exhibit 27 is received.)

         11   BY MR. BERNSTEIN:

10:30:57  12       Q.  So just first the title, is "The Eric Shen

10:31:00  13   Perfectus predecessor entity and Perfectus"?

10:31:03  14       A.  Yes.

10:31:03  15       Q.  Then under "Sender, beneficiary wire totals"?

10:31:07  16       A.  Yes.

10:31:09  17       Q.  So those are -- the names highlighted in green

10:31:11  18   are the sender or beneficiary.

10:31:12  19           And then underneath it's showing the

10:31:15  20   transactions occurring with the -- with which bank

10:31:20  21   account it occurs.

10:31:21  22       Q.  And so the first half of this chart is labeled

10:31:25  23   "Incoming"?

10:31:27  24       A.  Yes.

10:31:27  25       Q.  So this summarizes entities that wired money to

10:31:32   1    one of the accounts associated with Eric Shen, a

10:31:35   2    Perfectus or a predecessor entity?

10:31:41   3        A.   That's correct.

10:31:42   4        Q.   Does it go from the entities that wire the most

10:31:45   5    money to the Eric Shen accounts, the PPEs and Perfectus?

10:31:49   6        A.   Yes.

10:31:49   7        Q.   And so at the top, we -- just for an example, the

10:31:57   8    company I just highlighted is what?

10:32:00   9        A.   Kong Yum Trading Company.

10:32:02   10       Q.   And how much money did it in total wire to the

10:32:11   11   accounts associated with Eric Shen on Exhibit 23 and the

10:32:16   12   accounts associated with Perfectus and its predecessors

10:32:21   13   depicted on Exhibit 9?

10:32:23   14       A.   Approximately 127 million in total.

10:32:27   15       Q.   And that consisted of roughly 3.9 million wired

10:32:33   16   to American Apex; 39 million wired to Century American;

10:32:38   17   and then 62 million wired to Global Aluminum and so on?

10:32:43   18       A.   Correct.

10:32:46   19       Q.   I want to focus on a few of these in particular.

10:32:59   20   Starting with Rainbow Bright.

10:33:04   21            How much money went from Rainbow Bright,

10:33:08   22   Incorporated, Limited to Aluminum Industrial, Century

10:33:13   23   American, Global Aluminum Pengcheng?

10:33:16   24       A.   Approximately 86 million.

10:33:19   25       Q.   And how much of that went to Pengcheng Aluminum?

| | | |
|---|---|---|
| 10:33:22 | 1 | A.   75 million approximately. |
| 10:33:24 | 2 | Q.   All right.  And then -- are we now looking at DNH |
| 10:33:35 | 3 | Trading? |
| 10:33:36 | 4 | A.   Yes. |
| 10:33:36 | 5 | Q.   And how much did DNH Trading send to Aluminum |
| 10:33:44 | 6 | Industrial, American Apex, Century and Pengcheng? |
| 10:33:47 | 7 | A.   Approximately $76 million. |
| 10:33:53 | 8 | Q.   What about Fast Growth?  Do we see Fast Growth |
| 10:34:04 | 9 | sending about 97 million to two of the Perfectus |
| 10:34:09 | 10 | predecessors and then Scuderia Capital Partners? |
| 10:34:13 | 11 | A.   Yes, that's correct. |
| 10:34:15 | 12 | Q.   Same thing.  If I go down to Cheong Fat Trading |
| 10:34:20 | 13 | Company, what's depicted here? |
| 10:34:24 | 14 | A.   Approximately $38 million was sent to Aluminum -- |
| 10:34:27 | 15 | well, in total, coming from -- sent to Aluminum |
| 10:34:33 | 16 | Industrial for 1 million; Century American Aluminum, |
| 10:34:39 | 17 | 500,000; Global Aluminum, 500,000; Gran Turismo, |
| 10:34:43 | 18 | 10 million; Scuderia Development, 10 million; and |
| 10:34:46 | 19 | Scuderia Capital Partners, 15 million. |
| 10:34:53 | 20 | Q.   What about Lo Fei Trading Limited.  Did that send |
| 10:35:03 | 21 | money to both American Apex and Scuderia Capital? |
| 10:35:06 | 22 | A.   Yes. |
| 10:35:09 | 23 | Q.   What was the total amount? |
| 10:35:10 | 24 | A.   Approximately 45 million. |
| 10:35:15 | 25 | Q.   Go to page 2.  And go to, for example, SNS Great |

10:35:30    1    Cause Investment Limited.

10:35:31    2        A.   A total of approximately 18 million.

10:35:33    3        Q.   Who did SNS Great Cause Limited wire money to?

10:35:37    4        A.   They wired money to Aluminum Industrial for

10:35:40    5    3 million; American Apex for 93,000; Century American

10:35:46    6    Aluminum for 2 million; and Pengcheng Aluminum for

10:35:53    7    11 million.

10:35:54    8        Q.   Last one from the incoming section.  Rui Yin Co.

10:36:02    9    sent $10 million to Aluminum Industrial, American Apex,

10:36:05   10    Century American and Pengcheng?

10:36:07   11        A.   Correct.

10:36:08   12        Q.   And also wired close to a million dollars to

10:36:12   13    Scuderia Capital Partners?

           14        A.   That's correct.

10:36:18   15        Q.   If we go to page 3, then 4, 5, 6 and then most of

10:36:31   16    page 7, does this chart just continue to summarize

10:36:35   17    entities that wired money to either Perfectus or one of

10:36:39   18    the companies that merged into Perfectus or one of those

10:36:42   19    accounts you described as associated with Eric Shen

10:36:48   20    depicted on Exhibit 23?

10:36:50   21        A.   That's correct.

10:36:51   22        Q.   And then at the bottom of Exhibit 10, do we see

10:36:55   23    the beginning of the outgoing section?

10:36:57   24        A.   That's correct.

10:36:58   25        Q.   So are these companies that received wire

10:37:01  1   transfers from Perfectus, one of its predecessors, or

10:37:06  2   one of the accounts associated with Eric Shen?

10:37:10  3       A.   Yes.

10:37:10  4       Q.   And the company that received -- what was the

10:37:18  5   total amount of outgoing wires to receiving entities?

10:37:22  6       A.   Approximately 1.8 billion.

10:37:25  7       Q.   What was the top recipient of money from

10:37:32  8   predecessor Perfectus and accounts associated with Eric

10:37:36  9   Shen?

10:37:36  10      A.   It's Advantmark International for $332 million

10:37:42  11  approximately.

10:37:43  12      Q.   If we go down to the next page -- well, and the

10:37:46  13  company's sending the money -- there's a page right

10:37:50  14  here, but the first two are Century American and Global

10:37:54  15  Aluminum?

10:37:54  16      A.   Correct.

10:37:55  17      Q.   And then if we go to the continuation of that

10:37:58  18  entry, we see another Global Aluminum entity and then

10:38:03  19  Scuderia Capital?

10:38:04  20      A.   Correct.

10:38:05  21      Q.   The Scuderia Capital Partners sent 174 million

10:38:09  22  and a few hundred thousand dollars?

10:38:11  23      A.   Yes.

10:38:11  24      Q.   Okay.  And then if we -- we won't go through all

10:38:23  25  of these, but American Apex, and Scuderia Capital

| | | |
|---|---|---|
| 10:38:33 | 1 | Partners sent -- wired how much to Supreme Wealth |
| 10:38:37 | 2 | Global? |
| 10:38:38 | 3 | A.   288 million. |
| 10:38:44 | 4 | Q.   And then the Hong Kong iteration of that company, |
| 10:38:48 | 5 | to the Perfectus predecessors, sent how much to it? |
| 10:38:49 | 6 | A.   258 million. |
| 10:38:51 | 7 | Q.   In case this wasn't clear, is this just wire |
| 10:38:54 | 8 | transfers or checks too? |
| 10:38:55 | 9 | A.   This is just wire transfers. |
| 10:38:57 | 10 | Q.   What about Alliance Jade Trading Company in Hong |
| 10:39:02 | 11 | Kong? |
| 10:39:02 | 12 | A.   A total of 84 million. |
| 10:39:03 | 13 | Q.   And just above that do you see Zhongwang |
| 10:39:06 | 14 | International Group? |
| 10:39:07 | 15 | A.   Yes.  For 200 million. |
| 10:39:11 | 16 | Q.   Alliance Jade Trading got wire transfers from |
| 10:39:16 | 17 | which companies? |
| 10:39:16 | 18 | A.   From Aluminum Industrial, American Apex Aluminum, |
| 10:39:20 | 19 | and Century American Aluminum wires. |
| 10:39:22 | 20 | Q.   So page 7, 8, 9, 10 and 11 continue to show the |
| 10:39:35 | 21 | entities that received wire transfers from Perfectus or |
| 10:39:39 | 22 | the predecessor entities or one of the accounts |
| 10:39:43 | 23 | associated with Eric Shen? |
| 10:39:45 | 24 | A.   That's correct. |
| 10:39:46 | 25 | Q.   Just to be clear, some of these entities only |

10:39:49   1    received wires from one company or another?

10:39:53   2        A.   That's correct.

10:39:56   3        Q.   At the bottom do you see the total wire activity?

10:39:59   4        A.   Yes.

10:40:00   5        Q.   What is that?

10:40:00   6        A.   Approximately $3.7 billion.

10:40:09   7        Q.   Okay.

10:40:11   8                  MR. BERNSTEIN:   I want to show just the

10:40:12   9    witness Exhibit 28.1 -- 28, page 1.

10:40:21  10        Q.   Special Agent Carmack, do you recognize this

10:40:23  11    exhibit?

10:40:24  12        A.   I do.

10:40:25  13        Q.   What is this?

10:40:26  14        A.   Do you mind zooming in just a tad?

10:40:29  15        Q.   Yes, ma'am.

10:40:32  16        A.   Okay.  So these are -- these are wire

10:40:36  17    transactions into the Scuderia Development Cathay Bank

10:40:41  18    account ending in 5116, over a period of one month.

10:40:46  19        Q.   And then this exhibit, after it summarizes the

10:40:52  20    wires going into the Scuderia Capital -- Scuderia

10:40:55  21    Development LLC account, does it show the wire going out

10:40:58  22    of that account?

10:40:59  23        A.   Yes.

10:41:00  24        Q.   For the purchase of property?

10:41:02  25        A.   That is correct.

10:41:02  1    Q.  Fair and accurate summary of the underlying data?

10:41:05  2    A.  That's correct.

10:41:06  3         MR. BERNSTEIN:  Your Honor, the Government

10:41:07  4  moves to admit Exhibit 28 into evidence.

10:41:10  5         THE COURT:  It will be received.

         6  BY MR. BERNSTEIN:

10:41:11  7    Q.  So starting at the top, what's the title of this

10:41:16  8  chart?

10:41:16  9    A.  "Incoming wires for the purchase of the Irvine

10:41:19 10  warehouse."

10:41:20 11    Q.  And what does it say under that?

10:41:22 12    A.  "Scuderia Development LLC."

10:41:25 13    Q.  And the account that was used to purchase the

10:41:29 14  Irvine warehouse, was what?

10:41:31 15    A.  The Cathay Bank account 5116 -- ending in 5116.

10:41:39 16    Q.  And the bank activity summarized was from what

10:41:43 17  time period?

10:41:43 18    A.  February 28, 2009 to March 31, 2009.

10:41:47 19    Q.  And what was the beginning balance on the account

10:41:53 20  before these wires came in?

10:41:54 21    A.  Approximately 11,000.

10:41:57 22    Q.  And the ending balance was what?

10:42:01 23    A.  6.7 million.

10:42:05 24    Q.  Okay.  The bank activity itself, does this depict

10:42:15 25  the incoming wires?

| | | |
|---|---|---|
| 10:42:16 | 1 | A.   Yes, it does. |
| 10:42:17 | 2 | Q.   And then the date is the date of the wire |
| 10:42:20 | 3 | transaction? |
| 10:42:20 | 4 | A.   That's correct. |
| 10:42:21 | 5 | Q.   And the originator is the entity that sent the |
| 10:42:28 | 6 | wire to Scuderia Development? |
| 10:42:29 | 7 | A.   That's correct. |
| 10:42:30 | 8 | Q.   Then what's the amount? |
| 10:42:31 | 9 | A.   That and then the amount. |
| 10:42:33 | 10 | Q.   And the information for the originator name, |
| 10:42:36 | 11 | where did you get that? |
| 10:42:37 | 12 | A.   From the bank records. |
| 10:42:39 | 13 | Q.   And what about the parenthetical where it says |
| 10:42:44 | 14 | "Hong Kong"? |
| 10:42:44 | 15 | A.   Also from the bank records. |
| 10:42:46 | 16 | Q.   So if this is too small, let me know. |
| 10:42:57 | 17 | Starting on March 11, 2009, are there a |
| 10:43:01 | 18 | series of wire transfers that come into the Scuderia |
| 10:43:04 | 19 | Development account? |
| 10:43:05 | 20 | A.   Yes, there are. |
| 10:43:06 | 21 | Q.   And what are the different companies that send |
| 10:43:12 | 22 | those wires into the Scuderia bank account? |
| 10:43:14 | 23 | A.   Kingson Co., Sungsing Co., Chung Ho Development, |
| 10:43:22 | 24 | City Hub Limited, Cheong Fat Trading Company, Tsang Chiu |
| 10:43:31 | 25 | Yuk, Hahn Xiugo and Quan lay Investment Co. |

10:43:36  1     Q.  The range of the amounts of the wire transfers,
10:43:39  2  what range do we see?
10:43:41  3     A.  From March 11, 2009 to March 19, 2009.
10:43:47  4     Q.  I'm sorry.  The range of the amounts.
10:43:54  5     A.  Oh.  Around a million -- 1 million.
10:43:57  6     Q.  And one goes down to 549,000.  Another one goes
10:44:01  7  up to close to 2.9 million?
10:44:04  8     A.  Yes.
10:44:04  9     Q.  And if we zoom in on the bottom half, do we see
10:44:08  10  more wire transfers now from March 19th to March 27th of
10:44:13  11  2009?
10:44:14  12     A.  Yes, that's correct.
10:44:15  13     Q.  And without going through the names again from a
10:44:23  14  number of different entities in Hong Kong?
10:44:26  15     A.  Correct.
10:44:27  16     Q.  And this time, what is the range of the amounts
10:44:32  17  of the wire transfers you see?
10:44:34  18     A.  Ranging from 400 -- or approximately 500,000 to,
10:44:40  19  I see, 1.9 million.
10:44:47  20     Q.  So that -- just to be clear, they -- these
10:44:53  21  incoming wires, they stop on March 27, 2009?
10:44:56  22     A.  Correct.
10:44:56  23     Q.  And from these entities in Hong Kong, how much
10:45:00  24  ultimately gets wired into the Scuderia Development
10:45:03  25  account?

10:45:03   1      A.   Approximately 39 million.

10:45:06   2      Q.   Now, I want to direct your attention to four days

10:45:12   3   later to March 31st of 2009.

10:45:16   4           Do you see an outgoing wire?

10:45:18   5      A.   I do.

10:45:19   6      Q.   Who's the beneficiary?

10:45:20   7      A.   First American Title for approximately 31

10:45:25   8   million.

10:45:26   9      Q.   Okay.  I want to show you now just the witness

10:45:30   10   Exhibit 29.  What is depicted in Exhibit 29?

10:45:43   11      A.   These are incoming wire transactions into the

10:45:48   12   Scuderia Development Cathay Bank account ending in 5116.

10:45:53   13   Again, for a period of approximate approximately one

10:45:56   14   month.

10:45:57   15      Q.   And this -- does this fair and accurately

10:46:01   16   summarize the purchase of the Fontana warehouse?

10:46:04   17      A.   That is correct.

10:46:05   18           MR. BERNSTEIN:  Your Honor, the Government

10:46:06   19   moves to admit Exhibit 29 into evidence.

10:46:07   20           THE COURT:  It will be received.

10:46:09   21           (Exhibit 29 is received.)

           22   BY MR. BERNSTEIN:

10:46:10   23      Q.   All right.  So at the top, same title but this

10:46:13   24   time the Fontana warehouse?

10:46:15   25      A.   Yes.  Incoming wires for the purchase of Fontana

10:46:18  1    warehouse.

10:46:19  2        Q.   These wires go to the same account, the Scuderia

10:46:23  3    Development and the 5116?

10:46:26  4        A.   Yes.

10:46:26  5        Q.   What's the date range this time?

10:46:28  6        A.   July 31st to August 31, 2009.

10:46:32  7        Q.   What was the beginning balance on this Scuderia

10:46:35  8    Development LLC account before these wires started

10:46:39  9    coming in?

10:46:40  10        A.   Approximately 1.8 million.

10:46:43  11        Q.   Sending balance?

10:46:44  12        A.   1.7 million.

10:46:46  13        Q.   Okay.  I'm going to do the same thing just so

10:46:53  14    it's not too small.  Zoom in on the first half and then

10:46:58  15    the second half.

10:46:59  16             So the first half of this chart.  Again, we

10:47:02  17    see the incoming wires.

10:47:03  18        A.   Yes.

10:47:04  19        Q.   The dates, the entities that sent the wires to

10:47:08  20    Scuderia and then the amounts?

10:47:10  21        A.   Yes.

10:47:10  22        Q.   What date range -- just on the first half of

10:47:14  23    Exhibit 29?

10:47:15  24        A.   The dates start with August 18th, 2009 and end on

10:47:19  25    August 24th, 2009.

10:47:22  1      Q.   And what are some of the companies that some of

10:47:29  2  the entities wired money to Scuderia Development LLC?

10:47:33  3      A.   Thai Hang Trading Company.  Po Woo Company, Full

10:47:42  4  Trust Company, God Send.  Fui Chung Global Limited.

10:47:47  5  Sweeney Finance Limited, and Top Trading Company.

10:47:51  6      Q.   And the lowest wire is 489,000, approximately?

10:47:54  7      A.   Yes.

10:47:57  8      Q.   And the largest wire, at least in the first half

10:48:01  9  of the exhibit, is what?

10:48:03  10     A.   2.5 million.  Actually, the smallest was about

10:48:07  11  112,000.

10:48:08  12     Q.   Right you are.  Okay.  Okay.

10:48:10  13          And same thing, the names of the entities

10:48:14  14  that wired money to Scuderia Development, LLC along with

10:48:17  15  the Hong Kong parenthetical, where did you get that

10:48:22  16  information?

10:48:22  17     A.   From the bank records.

10:48:23  18     Q.   All right.  I'll zoom in now on the second half

10:48:29  19  here.

10:48:40  20          Now, looking at the second half of the

10:48:43  21  incoming wires, it's August 25th, 2009 through about

10:48:47  22  three days later, August 28th?

10:48:49  23     A.   Yes, that's correct.

10:48:50  24     Q.   Do you see more wire transfers coming in from

10:48:56  25  these Hong Kong entities?

10:48:58  1    A.   That's correct.

10:48:59  2    Q.   I think there are few at the bottom that are not

10:49:01  3  on the top half.  What are those?

10:49:03  4    A.   Hong Kong Fui Wing Limited.  Wing Shing Company.

10:49:07  5  And Cheong Fat Trading Company.

10:49:12  6    Q.   And these wires are generally the ones in the

10:49:18  7  3 million range?

10:49:20  8    A.   Correct.

10:49:21  9    Q.   This might be a little small, but the entire date

10:49:29  10  range of the incoming wires is what?

10:49:31  11    A.   August 18th, 2009 to August 28th, 2009.

10:49:36  12    Q.   And then the total incoming wires, what do those

10:49:42  13  add up to?

10:49:42  14    A.   Approximately 52 million.

10:49:45  15    Q.   And then the -- the outgoing wire on

10:49:48  16  September 10th of 2009 to First American Title, what was

10:49:52  17  that?

10:49:52  18    A.   For 49 million.

10:49:58  19         MR. BERNSTEIN:  And then Exhibit 30, just

10:50:02  20  for the witness, Your Honor.

10:50:08  21    Q.   Is Exhibit 30 a fair and accurate summary of

10:50:13  22  the -- the wires into the Scuderia Development's LLC

10:50:18  23  bank account, Cathay Bank 5116, for the purchase of the

10:50:22  24  Riverside warehouse?

10:50:23  25    A.   Yes, that's correct.

10:50:24  1          MR. BERNSTEIN:  Your Honor, the Government

10:50:26  2  moves to admit Exhibit 30.

10:50:28  3          THE COURT:  It will be received.

10:50:29  4          (Exhibit 30 is received.)

          5  BY MR. BERNSTEIN:

10:50:30  6     Q.   Before we get there by the way, I'm going to show

10:50:33  7  you Exhibit 37-1, which is in evidence.

10:50:36  8          Which -- we're about to look at Riverside,

10:50:41  9  but -- and we looked at Fontana and Irvine?

10:50:46 10     A.   Yes.

10:50:46 11     Q.   Did you summarize the purchase of the Ontario

10:50:48 12  warehouse?

10:50:49 13     A.   I did not.

10:50:49 14     Q.   And why not?

10:50:50 15     A.   I did not have records for that period.

10:50:55 16     Q.   Back to Exhibit 30, page 1.  The title, "Incoming

10:51:04 17  wires for the purchase of the Riverside warehouse."

10:51:07 18     A.   Yes.

10:51:07 19     Q.   And is it the same bank account, Scuderia

10:51:12 20  Development LLC, Cathay Bank 5116?

10:51:15 21     A.   Yes.

10:51:15 22     Q.   What is the time period?

10:51:17 23     A.   Also one month period from September 30th, 2014

10:51:22 24  to October 31, 2014.

10:51:26 25     Q.   And I will try and do the whole chart this time.

10:51:33  1                     The incoming wires, what is the date range

10:51:38  2      when they come in?

10:51:39  3          A.   The wires begin on October 10th, 2014 and end --

10:51:43  4      the incoming wires.  And end October 17th, 2014.

10:51:48  5          Q.   We see the same columns, right, date, the entity

10:51:53  6      that sent the wire to Scuderia and amount?

10:51:55  7          A.   Correct.

10:51:56  8          Q.   What is the range of wire amounts depicted on

10:51:58  9      this chart?

10:51:59  10         A.   I see one for approximately 600,000 and on the

10:52:02  11     high end, 6 million.

10:52:07  12         Q.   And what are some of the entities?

10:52:09  13         A.   Kun Trade Company -- go ahead.

10:52:14  14         Q.   Just so we get the question on the record.  What

10:52:16  15     are some of the entities that wire money to Scuderia

10:52:19  16     Development LLC for the purchase of the Riverside

10:52:21  17     warehouse?

10:52:22  18         A.   Kung Hong Trade Company Limited.  Best Earnings

10:52:26  19     Trading Limited.  Group Like Limited.  Golden Shield

10:52:30  20     Investment Limited.  Easy Able International.

10:52:41  21         Q.   And do you see a number from Easy Able

10:52:45  22     International on the same day, October 15th?

10:52:51  23         A.   Yes.

10:52:51  24         Q.   What's the total amount incoming from these

10:52:55  25     entities into Scuderia Development LLC?

10:52:58    1      A.   Approximately 45 million.

10:53:02    2      Q.   And then on October 29, 2014, do we see an

10:53:11    3   outgoing wire to Chicago Title Insurance Company?

10:53:14    4      A.   Yes, I do.

10:53:15    5      Q.   Purchase of the Riverside warehouse?

10:53:17    6      A.   Correct.

10:53:17    7      Q.   And what was the amount of that outgoing wire?

10:53:21    8      A.   Approximately 43 million.

10:53:24    9      Q.   Okay.

10:53:36   10           MR. BERNSTEIN:   I want to show just the

10:53:37   11   witness Exhibit 31.

10:53:43   12      Q.   Special Agent Carmack, do you recognize this

10:53:45   13   exhibit?

10:53:46   14      A.   Yes, I do.

10:53:47   15      Q.   And let me ask it this way:   Did you create some

10:53:54   16   summary charts where you transposed numbers from tax

10:53:58   17   returns into summary charts?

10:54:03   18      A.   Yes, I did.

10:54:05   19      Q.   And what does Exhibit 31 depict?

10:54:09   20      A.   This is the summary of the tax returns for which

10:54:11   21   I had.   So it lists the entity.   And then the year is

10:54:18   22   above the -- on the X axis.   So I had a Pengcheng tax

10:54:24   23   return in 2008 and then a checkmark would indicate that

10:54:27   24   it was reviewed.

10:54:28   25      Q.   And this is a fair summary of the tax returns

10:54:32  1    that you summarized?

10:54:33  2        A.   Correct.

10:54:34  3            MR. BERNSTEIN:   Your Honor, the Government

10:54:36  4    moves to admit Exhibit 31.

10:54:38  5            THE COURT:   It will be received.

10:54:39  6            (Exhibit 31 is received.)

          7    BY MR. BERNSTEIN:

10:54:40  8        Q.   And just to move through this quickly, we see you

10:54:45  9    summarized returns for Perfectus, Aluminum Shapes, and

10:54:49  10   then the entities that merged into Perfectus like

10:54:53  11   Pengcheng?

10:54:54  12       A.   Correct.

10:54:55  13       Q.   The check means you had those tax returns at your

10:55:00  14   disposal?

10:55:01  15       A.   Correct.

10:55:02  16       Q.   And gray means no tax return?

10:55:04  17       A.   That's correct.

10:55:05  18            MR. BERNSTEIN:   So I want to show just the

10:55:07  19   witness Exhibit 32.

10:55:21  20       Q.   Special Agent Carmack, what's summarized on

10:55:25  21   Exhibit 32?

10:55:25  22       A.   This is called the combined tax information for

10:55:28  23   PPE and Perfectus.  This is the snapshot of those tax

10:55:35  24   returns I reviewed.

10:55:37  25       Q.   And the PPE is Perfectus predecessor entity?

10:55:42  1    A.  Correct.

10:55:45  2    Q.  Generally speaking, if we go to the top row, what

10:55:50  3  did you do to get these numbers?

10:55:51  4    A.  I reviewed the tax return and took the number

10:55:57  5  listed in the gross sales line of the tax return, gross

10:56:03  6  receipts and entered it into the table.

10:56:06  7    Q.  What does it mean that it's a combined analysis

10:56:08  8  or a combined tax information for all the PPEs or the

10:56:14  9  predecessor entities in Perfectus?

10:56:15  10    A.  That gross receipts sales number would include a

10:56:18  11  total of the gross receipts sales for all the tax

10:56:21  12  returns.

10:56:22  13    Q.  So you added up all the revenue from the

10:56:26  14  Perfectus predecessor entities and Perfectus for that

10:56:31  15  year, and that's what you entered in.

10:56:33  16    A.  Correct.

10:56:33  17    Q.  Did you do that for a number of other items on

10:56:37  18  the tax returns like, the purchase -- inventory

10:56:42  19  purchases, the predecessor entities in Perfectus' name,

10:56:49  20  their taxable income and several other items?

10:56:52  21    A.  Correct.

10:56:53  22    Q.  And is this a fair and accurate summary of the

10:56:58  23  tax returns for the Perfectus predecessor entities and

10:57:05  24  Perfectus?

10:57:05  25    A.  Correct.

10:57:07  1              MR. BERNSTEIN:  Your Honor, the Government

10:57:08  2    moves to admit Exhibit 32.

10:57:08  3              MR. RUYAK:  Objection, Your Honor.  This is

10:57:09  4    information that's not a part of this.

10:57:11  5              THE COURT:  It's not what?  I'm sorry.

10:57:13  6              MR. RUYAK:  It's not part of the previous

10:57:14  7    documents.  It's not a summary.

10:57:16  8              MS. POTASHNER:  Joined.

10:57:18  9              THE COURT:  Sustained.

         10    BY MR. BERNSTEIN:

10:57:19 11       Q.  Let me ask this:  The information that is

10:57:23 12    summarized below, CZW revenue in the United States,

10:57:30 13    where did you get that information?

10:57:31 14       A.  That information came from the China Zhongwang

10:57:35 15    annual report.

10:57:36 16       Q.  And what about related party sales?

10:57:41 17       A.  That also came from their annual report.

10:57:45 18              MR. BERNSTEIN:  Your Honor, since all this

10:57:47 19    information is in evidence, I now move to admit

10:57:49 20    Exhibit 32.

10:57:50 21              THE COURT:  Okay.  Received.

10:57:51 22              (Exhibit 32 is received.)

10:57:52 23              MR. BERNSTEIN:  Permission to publish, Your

         24    Honor?

10:57:54 25              THE COURT:  Yes.

10:57:54   1   BY MR. BERNSTEIN:

10:57:54   2       Q.   Okay.   So -- so we have the benefit of the --

10:58:03   3   it's in front of the jury.   At the top it says,

10:58:06   4   "Combined tax information for the Perfectus predecessor

10:58:11   5   entities and Perfectus"?

10:58:12   6       A.   Yes.

10:58:13   7       Q.   And then gross receipts or sales or revenue,

10:58:18   8   where did you get those numbers?

10:58:19   9       A.   Those numbers came from the tax return.

10:58:22  10       Q.   And how did you get to, for example, 2008?   Where

10:58:26  11   did you get 32,621,000?

10:58:31  12       A.   I believe for that one I only had one tax return.

10:58:33  13   So I would have taken the gross receipt sales from the

10:58:37  14   tax return and added that -- I guess added that number

10:58:42  15   to the table.

10:58:43  16       Q.   What about 2011, for example?

10:58:46  17       A.   2011, I don't recall which entities I had tax

10:58:51  18   returns.   But I would have taken the gross receipts

10:58:57  19   sales for any of the tax returns I had and add them up

10:59:01  20   and dropped the number there on that line.

10:59:03  21       Q.   So if you go back to Exhibit 31, we see that you

10:59:07  22   had tax returns in 2011 for a number of different

10:59:12  23   entities?

10:59:12  24       A.   Yes.   So that number would be the sum of the

10:59:15  25   Pengcheng Aluminum, Global Aluminum, Century American

10:59:19  1  Aluminum, American Apex, Aluminum Source and Aluminum

10:59:27  2  Industrial gross sales.

10:59:29  3     Q.  In other words, the combined revenue for all

10:59:31  4  those entities?

10:59:33  5     A.  Yes.

10:59:34  6     Q.  In the interest of time, I want to focus in on

10:59:42  7  just a few lines here.

10:59:47  8             And I'm going to just refer to the Perfectus

10:59:51  9  and the PPEs for the purpose of this chart.

10:59:54  10    A.  Okay.

10:59:55  11    Q.  The combined Perfectus and PPEs, the combined

11:00:01  12  inventory purchases, from 2008 to 2013, can you walk us

11:00:08  13  through that information?

11:00:09  14    A.  These numbers also came from the tax returns.  So

11:00:12  15  in 2008 there were approximately 31 -- 31 million in

11:00:18  16  inventory purchases.  In 2009, 92 million.  In 2010, 276

11:00:26  17  million.  2011, approximately 56 million.  And in 2012,

11:00:35  18  224 million.  And then in 2013, $303 million in

11:00:43  19  inventory purchases.

11:00:44  20    Q.  So Perfectus wasn't officially formed until

11:00:49  21  December 2014?

11:00:50  22    A.  Correct.

11:00:51  23    Q.  These are really the predecessor entities?

11:00:54  24    A.  Correct.

11:00:55  25    Q.  So combined in 2008, they purchased $31 million

11:01:02   1   of items to put in their inventory?  And by 2013 that

11:01:09   2   number is up to 303 million?

11:01:12   3        A.   Correct.

11:01:13   4        Q.   From 2009 to 2013, what happens to the revenue,

11:01:19   5   combined revenue of Perfectus predecessor entities as

11:01:24   6   depicted on their tax returns?

11:01:27   7        A.   The revenue --

11:01:31   8        Q.   So start with 2008 and you can go to 2013?

11:01:36   9        A.   In 2008, it was approximately 32 million.  2009,

11:01:42  10   21 million.  2010, 24 million.  2011, 10 million.  2012,

11:01:49  11   2 million.  And in 2013, 1 point -- approximately

11:01:54  12   2 million.

11:01:55  13        Q.   For the sake of expediency you are rounding to

11:01:59  14   the nearest million here?

11:02:01  15        A.   Yes.

11:02:02  16        Q.   And then in 2014, what was the combined revenue

11:02:08  17   for the Perfectus predecessor entities, like Pengcheng

11:02:13  18   and the other ones?

11:02:15  19        A.   Approximately 2 million.

11:02:17  20        Q.   The Perfectus tax return in 2014, did it indicate

11:02:22  21   any revenue?

11:02:23  22        A.   The tax return was blank in 2014.

11:02:27  23        Q.   Okay.  So for that year, did you look at -- at --

11:02:35  24   add up all the wires you saw going from Perfectus or a

11:02:39  25   predecessor entity to bank accounts that the bank

11:02:44   1   records reflected were in Hong Kong, China?

11:02:48   2       A.  Yes, that's correct.

11:02:49   3       Q.  What was that number?

11:02:51   4       A.  Approximately $226 million.

11:02:54   5       Q.  I'll come back to this in one moment.  But I want

11:03:03   6   to show you Exhibit 34, page 1.

11:03:06   7              MR. BERNSTEIN:  Just the witness, Your

11:03:07   8   Honor.

11:03:11   9       Q.  Special Agent Carmack, do you recognize this

11:03:13   10  exhibit?

11:03:14   11      A.  Yes, I do.

11:03:15   12      Q.  What does this depict?

11:03:18   13      A.  This depicts the gross receipts sales as well as

11:03:22   14  the inventory and a line graft from the table we were

11:03:27   15  just looking at.  It's showing steady incline of the

11:03:31   16  inventory year after year, and gross receipts is

11:03:36   17  relatively flat.

11:03:37   18      Q.  Is this a fair and accurate chart depicting the

11:03:41   19  data that's summarized in Exhibit 32?

11:03:45   20      A.  Yes, it is.

11:03:46   21              MR. BERNSTEIN:  Your Honor, the Government

11:03:48   22  moves to admit Exhibit 34.

11:03:51   23              THE COURT:  It will be received.

11:03:52   24              (Exhibit 34 is received.)

           25  BY MR. BERNSTEIN:

11:03:53   1      Q.   All right.  So at the top we see the title

11:03:55   2   comparison of gross sales to ending inventory, '08 to

11:04:01   3   '13.  The companies that merged into Perfectus, like

11:04:05   4   Pengcheng Aluminum and then Perfectus?

11:04:08   5      A.   Correct.

11:04:25   6      Q.   What's the -- for Pengcheng Aluminum and the

11:04:28   7   other Perfectus predecessors, what's their ending

11:04:35   8   inventory in 2008?

11:04:36   9      A.   Approximately 20 million.

11:04:39  10      Q.   By 2013 as just reflected on the tax returns,

11:04:44  11   what is the ending inventory?

11:04:47  12      A.   Approximately 1.3 billion.

11:04:50  13      Q.   And that includes the 216 million for 2014 you

11:04:54  14   saw going to Hong Kong and China?

11:04:56  15      A.   Yes.

11:04:56  16      Q.   And if you include that 216 million,

11:05:02  17   approximately what would the ending inventory be?

11:05:08  18      A.   1.5 approximately.

11:05:11  19      Q.   And so the ending inventory in 2013 just based on

11:05:19  20   the tax returns is 1.39 billion.

11:05:23  21           What was the -- we'll just focus on a few

11:05:28  22   years -- the sales of all the Perfectus predecessor

11:05:33  23   entities combined in 2012?

11:05:35  24      A.   Approximately 2.4 million.

11:05:38  25      Q.   And then in 2013?

11:05:39   1    A.   1.8 million.

11:05:41   2    Q.   And then if we go back to Exhibit 32, and then

11:05:48   3    2014, about 2 million?

11:05:50   4    A.   Yes.

11:05:51   5    Q.   All right.  Last thing I want to do on this

11:06:03   6    chart.  You said "purchases."  That's the Perfectus

11:06:05   7    predecessor entities, how much inventory they purchased

11:06:08   8    from their suppliers?

11:06:10   9    A.   Yes.  As reported on their tax return.

11:06:12  10    Q.   Except for 2014 which you calculated by outgoing

11:06:16  11    wires to Hong Kong or China?

11:06:19  12    A.   Correct.

11:06:21  13    Q.   In 2008, the combined purchases of the Perfectus

11:06:27  14    predecessor entities, what was it?

11:06:30  15    A.   Approximately 31 million.

11:06:33  16    Q.   And CZW converted to U.S. dollars, what was their

11:06:40  17    revenue in 2008?

11:06:43  18    A.   Their U.S. revenue was reported as 31 --

11:06:46  19    approximately 31 million.

11:06:48  20    Q.   All right.  The Perfectus predecessor entities,

11:06:51  21    what did they report as purchases in 2009?

11:06:54  22    A.   Approximately 92 million.

11:06:57  23    Q.   And CZW reported what as revenue in the United

11:07:04  24    States in 2009?

11:07:05  25    A.   828 million.

11:07:07  1    Q.   In 2010, how much revenue did CZW report in the

11:07:12  2    United States?

11:07:12  3    A.   465 million.

11:07:14  4    Q.   And 2010, as depicted on the tax return, what

11:07:19  5    were the combined inventory purchases for the Perfectus

11:07:24  6    predecessor entities?

11:07:26  7    A.   276 million.

11:07:30  8    Q.   Then can you give us those numbers for 2011?

11:07:32  9    A.   2011 purchases of approximately 55 million.   CZW

11:07:38  10   reported sales to the U.S. of 64 million.

11:07:43  11   Q.   And the PPE purchases in 2012?

11:07:48  12   A.   224 million in purchases.

11:07:54  13   Q.   What did CZW report as its revenue in the U.S.?

11:07:59  14   A.   180 million.

11:08:00  15   Q.   And then in 2013, the Perfectus predecessor

11:08:04  16   entities like Pengcheng what did they report for

11:08:07  17   inventory purchases?

11:08:08  18   A.   Approximately 303 million.

11:08:11  19   Q.   And then what did CZW report as its U.S. revenue?

11:08:14  20   A.   279 million.

11:08:16  21   Q.   And then CZW in 2014, what did it report as its

11:08:21  22   U.S. revenue?

11:08:22  23   A.   It reported approximately 300 million.

11:08:39  24   Q.   Okay.  I want to show you Exhibit 662.

         25        MR. BERNSTEIN:  Just the witness, Your

1    Honor.

11:09:04   2    Q.  And Special Agent Carmack, is this --

11:09:07   3    Exhibit 662, you've reviewed this before today?

11:09:09   4    A.  Yes, I have.

11:09:11   5    Q.  Are these the bank records for the Pengcheng

11:09:13   6    Aluminum Enterprises account ending in 9191?

11:09:17   7    A.  Yes, they are.

11:09:19   8         MR. BERNSTEIN:  Your Honor, the Government

11:09:20   9    moves to admit Exhibit 662 into evidence.

11:09:23   10        THE COURT:  It will be received.

11        (Exhibit 662 is received.)

12    BY MR. BERNSTEIN:

11:09:24   13   Q.  I'm going to take you down to page 853.

11:09:37   14        Special Agent Carmack, were you asked

11:09:39   15   specifically to look at the statements before today for

11:09:42   16   the time period of banking activities that related to

11:09:45   17   the counts in the indictment?

11:09:47   18   A.  Yes, I was.

11:09:48   19   Q.  Does that start at around page 853 on

11:09:54   20   Exhibit 662?

11:09:55   21   A.  Yes.

11:09:56   22   Q.  Okay.  So, first, just to get down what we are

11:10:01   23   looking at here, the name on the account is what?

11:10:06   24   A.  Pengcheng Aluminum Enterprise, Inc. U.S.A.

11:10:10   25   Q.  And what's the address?

11:10:11   1       A.   1001 Doubleday, Ontario, California 91761.

11:10:16   2       Q.   Last four on the account?

11:10:19   3       A.   9191.

11:10:21   4       Q.   This is the June 2014 statement?

11:10:22   5       A.   That's correct.

11:10:24   6       Q.   Okay.  I want to go to, first, the beginning

11:10:31   7   balance of the account at the beginning of the month.

11:10:34   8       A.   Approximately 300,000.

11:10:38   9       Q.   And how much went into the accounts that month?

11:10:41   10      A.   2.6 million.

11:10:43   11      Q.   How much went out?

11:10:45   12      A.   1.9 million.

11:10:47   13      Q.   The ending balance is what?

11:10:52   14      A.   973,000, approximately.

11:10:56   15      Q.   And just to understand these bank records, that

11:10:59   16  underneath that -- or does this summarize or reflect the

11:11:04   17  checks that went in and out of the account?

11:11:08   18      A.   Yes, it does.

11:11:09   19      Q.   And they are for amounts typically in the -- up

11:11:13   20  to the 10,000 or so, 12000?

11:11:16   21      A.   Yes.  That's correct.

11:11:17   22      Q.   And then on the next page we see that the largest

11:11:24   23  checked that month was 28,000.

11:11:29   24      A.   Correct.

11:11:29   25      Q.   Okay.  Then on page 854 of Exhibit 662, we see

11:11:39   1    debits.  What does that mean?

11:11:42   2        A.  Debits are money coming out of the account.

11:11:46   3        Q.  And credits would be money going into the

11:11:49   4    account?

11:11:49   5        A.  Yes.

11:11:50   6        Q.  So I first want to look at the credits.  This

11:12:00   7    will be page 855 of Exhibit 662.

11:12:11   8                And do you see on June 5th of 2014 an

11:12:17   9    incoming wire?

11:12:18   10       A.  Yes, I do.

11:12:18   11       Q.  And what is that incoming wire?

11:12:21   12       A.  It is a wire transfer in from the sender named

11:12:27   13   Rainbow Bright Inc. Limited.

11:12:30   14       Q.  And then on -- what is the amount of the wire?

11:12:34   15       A.  For approximately 1 million.

11:12:37   16       Q.  And the 999,975, is there typically a fee that's

11:12:43   17   assessed on the recipient of a wife transfer?

11:12:50   18       A.  Yes, typically.

11:12:52   19       Q.  And then seven days later is there another wire

11:12:54   20   going into the account?

11:12:55   21       A.  Yes.  The wire from Best Success Holdings Limited

11:13:00   22   for $926,026.

11:13:03   23       Q.  And then going to the debit section of this --

11:13:12   24   the June 2014 bank account for Pengcheng Aluminum on

11:13:18   25   page 855, do you see a wire out on June 19th of 2014?

11:13:26  1      A.  Yes.

11:13:26  2      Q.  And Pengcheng Aluminum that day wired how much

11:13:30  3  money to what entity?

11:13:31  4      A.  To -- approximately 1.1 million to an entity

11:13:36  5  calls Zhongwang China Investment.

11:13:39  6      Q.  Now, I'm going to go to Exhibit 662, page 868.

11:14:04  7          Special Agent Carmack, we're still on the

11:14:07  8  Pengcheng Aluminum Enterprises Inc. account ending in

11:14:11  9  9191?

11:14:12  10     A.  Correct.

11:14:13  11     Q.  Is this the next month, July of 2014?

11:14:16  12     A.  Yes.

11:14:17  13     Q.  And do we have the same setup here where we have

11:14:27  14  the sort of aggregate data for the account followed by

11:14:32  15  the checks?

11:14:33  16     A.  Correct.

11:14:34  17     Q.  What was the beginning balance on the account?

11:14:35  18     A.  Approximately 973,000.

11:14:37  19     Q.  How much money went into the account that month?

11:14:39  20     A.  115 million.  And 113 million went out of the

11:14:48  21  account.  The ending balance was approximately

11:14:51  22  2 million.

11:14:52  23     Q.  So it started with 973,000, ended with 2 million.

11:14:57  24  And 114 million went.  And 113 came out in the meantime?

11:15:03  25     A.  Correct.

11:15:06  1    Q.  Again, the check amounts are -- for typically

11:15:15  2    amounts in the tens hundreds or low thousands like 4,000

11:15:21  3    or 3,000?

11:15:22  4    A.  Yes.  That's correct.

11:15:23  5    Q.  And so I'm going to scroll down to page 66 --

11:15:32  6    page 870 of Exhibit 662.  Is this the start of the

11:15:41  7    credits?

11:15:42  8    A.  Yes.

11:15:42  9    Q.  Is that the money coming in or going out?

11:15:46  10   A.  The money coming into the account.

11:15:48  11   Q.  I want to show you page 871 of the same exhibit,

11:15:53  12   Exhibit 662.

11:15:59  13         Without going line by line, what are some of

11:16:01  14   the entities that wired money into Pengcheng Aluminum in

11:16:09  15   July of 2014?

11:16:10  16   A.  I see wire transactions from Rainbow Bright Inc.

11:16:16  17   Limited.  Grand Famous Trading Limited.  And I think

11:16:22  18   that's it.

11:16:26  19   Q.  And specifically on July 3rd, 2014 you see a wire

11:16:32  20   from Rainbow Bright Limited going into Pengcheng

11:16:37  21   Aluminum for a certain amount?

11:16:39  22   A.  Yes.  For --

11:16:42  23   Q.  Go ahead.

11:16:43  24   A.  -- 989,000.

11:16:45  25   Q.  Within a few-day period, are there a number of

11:16:47   1   other wire transfers coming in from Rainbow Bright?

11:16:53   2       A.   Yes.  I see several wire transfers.

11:16:55   3       Q.   Are they all for amounts between 779,000 and a

11:17:00   4   million.

11:17:01   5       A.   Yes.

11:17:01   6       Q.   Starting July 10th, are there a series of wire

11:17:04   7   transfers coming in from Grand Famous Trading?

11:17:10   8       A.   Yes.

11:17:11   9       Q.   If we go down to page 872, does that show the

11:17:22  10   date range between July 14th and 17th of 2014?

11:17:26  11       A.   Yes.

11:17:26  12       Q.   And do you see more wire transfers from Rainbow

11:17:33  13   Bright and Grand Famous?

11:17:35  14       A.   Yes, I do.

11:17:36  15       Q.   For similar amounts?

11:17:38  16       A.   Yes, that's correct.

11:17:39  17       Q.   I'm going down to page -- let me just go up one

11:17:53  18   second here.

11:17:54  19            That would include this 7/16/14 wire

11:18:04  20   transfer coming in from Grand Famous Trading for what

11:18:09  21   amount?

11:18:10  22       A.   For approximately 1.5 million.

11:18:14  23       Q.   Okay.  And if we -- just to do this quickly, if

11:18:20  24   we go to page 873 --

11:18:24  25            THE COURT:  That's becoming an oxymoron,

11:18:26   1    Counsel.

           2    BY MR. BERNSTEIN:

11:18:27   3        Q.   Page 873.   What's depicted here?

11:18:31   4        A.   More wire transfers in from the same entities;

11:18:35   5    Rainbow Bright and Grand Famous Trading.

           6        Q.   And page 874 --

11:18:38   7        A.   Same thing.

11:18:39   8        Q.   875, same thing?

11:18:42   9        A.   Yes.

11:18:43  10        Q.   I want to go back up to the outgoing wires for

11:18:47  11    this month.   Do you see where it says "Debits"?

11:18:57  12        A.   Yes.

11:18:58  13        Q.   And starting on July 11th, do you see an outgoing

11:19:11  14    wire to Dalian Liwang?

11:19:12  15        A.   Yes, I do.

11:19:13  16        Q.   What was the amount?

11:19:14  17        A.   Approximately 4.4 million.

11:19:17  18        Q.   And then after that do you see a number of wires

11:19:20  19    going out to Dalian Liwang?

11:19:21  20        A.   Yes.   I see four more wires in the amounts of

11:19:25  21    4.3 million, 4.7 million, 3.8 million and 6.2 million.

11:19:33  22        Q.   If we go to the next page here, without going

11:19:40  23    line-by-line...

11:19:43  24        A.   I see several more wires sent to Dalian Liwang

11:19:47  25    Trade Company in the amounts ranging from 4 million, one

11:19:55  1   for 8 million, 7 -- between 4 and 8 million.

11:19:58  2       Q.  And that includes one on July 21st, 2014 in the

11:20:04  3   amount of 8.558 million?

11:20:16  4       A.  Yes.

11:20:16  5       Q.  I'm going to take you to Exhibit 662, page 884.

11:20:27  6            Is this the August 2014 statement for

11:20:31  7   Pengcheng Aluminum?

11:20:32  8       A.  Yes, it is.

11:20:32  9       Q.  Same account, 9191?

11:20:34  10      A.  Correct.

11:20:35  11      Q.  The beginning balance is what?

11:20:41  12      A.  2 -- approximately 2 million.

11:20:46  13      Q.  And the ending balance is what?

11:20:47  14      A.  1.4 million.

11:20:49  15      Q.  And in August of 2014, how much money went into

11:20:53  16   the account?

11:20:53  17      A.  Approximately 70 million.

11:20:56  18      Q.  And how much money went out of the account?

11:20:57  19      A.  70 million.

11:20:59  20      Q.  All right.  I'm going to go down to -- page 662

11:21:11  21   shows the debits?

11:21:12  22      A.  Yes.

11:21:13  23      Q.  And then -- I'm sorry.  Page 885 shows the debits

11:21:19  24   of Exhibit 662?

11:21:21  25      A.  Yes.

11:21:21  1      Q.   And page 886 we start with the credits?

11:21:25  2      A.   Yes.

11:21:25  3      Q.   This month, August of 2014, do we see more wire

11:21:32  4  transfers coming into Pengcheng Aluminum from Rainbow

11:21:35  5  Bright and Grand Famous?

11:21:37  6      A.   Yes.

11:21:38  7      Q.   Starting August 1st?

11:21:39  8      A.   Yes.

11:21:40  9      Q.   And then next page, page 887, same thing?

11:21:50  10     A.   Yes.

11:21:51  11     Q.   This time, is there a wire as well from Kun Hong

11:21:58  12  Trade Company?

11:22:00  13     A.   Yes, there is.

11:22:00  14     Q.   And Wong Kang (phonetic) Trade Limited?

11:22:04  15     A.   Yes.

11:22:04  16     Q.   And that's 887.

11:22:07  17              If you go to 888.  Again, between

11:22:13  18  August 12th and August 22nd, do we see additional wires

11:22:18  19  from Grant Famous Trading and Rainbow Bright Limited?

11:22:22  20     A.   Yes, we do.

11:22:23  21     Q.   And then the credits, they finish up on page 889

11:22:28  22  of Exhibit 662?

11:22:30  23     A.   Yes.

11:22:30  24     Q.   And, I'm sorry, I think I asked if there was a

11:22:51  25  wire transfer in from Gung Hung on 8/5 and then that

11:22:59  1   same day with two wire transfers from that company?

11:23:01  2       A.   Yes, there are.   One for 599,000 and the other

11:23:05  3   for approximately 3 million.

11:23:10  4       Q.   And then going up to the debits.   That's the

11:23:14  5   money going out of the account?

11:23:16  6       A.   Yes.

11:23:16  7       Q.   Starting on the first of the month, do you see a

11:23:30  8   wire going out to Dalian Liwang?

11:23:33  9       A.   Yes, I do.   For 1.3 million.

11:23:37  10      Q.   And then is there on August 5th an international

11:23:41  11  wire out to Zhongwang China Investment (HK)?

11:23:44  12      A.   Yes, for 244,000.

11:23:45  13      Q.   And then additional wires going out to Dalian

11:23:49  14  Liwang for over 5 million?

11:23:51  15      A.   Yes.

11:23:52  16      Q.   And then if we go to the second half of this, do

11:23:55  17  we see more wires going to Dalian Liwang for large

11:23:59  18  amounts of money?

11:24:01  19      A.   Yes, we do.

11:24:05  20      Q.   And then continuing with the -- page 885, going

11:24:10  21  to 886, the remaining wires going out of Pengcheng

11:24:15  22  Aluminum for August 2014, again, you see significant

11:24:21  23  wires going to Dalian Liwang?

11:24:22  24      A.   Yes, that's correct.

11:24:24  25      Q.   And the highest one is $8.8 million?

11:24:27  1     A.  Yes.

11:24:28  2     Q.  Okay.  I'm going to take you to Exhibit 662, page

11:24:52  3  898.

11:24:54  4            THE CLERK:  Sorry.  Which page?

11:24:55  5            MR. BERNSTEIN:  898.

6  BY MR. BERNSTEIN:

11:25:03  7     Q.  Is this the Pengcheng Aluminum statement for the

11:25:09  8  September 2014 period?

11:25:10  9     A.  Yes.

11:25:11  10     Q.  Same account, 9191?

11:25:15  11     A.  Yes.

11:25:16  12     Q.  At Cathay Bank?

11:25:17  13     A.  Yes.

11:25:18  14     Q.  The beginning balance was what?

11:25:24  15     A.  1.4 million.

11:25:27  16     Q.  What was the ending balance?

11:25:28  17     A.  850,000.

11:25:30  18     Q.  And how much money went into the account that

11:25:32  19  month and how much came out?

11:25:33  20     A.  15 million in and 16 million out.

11:25:38  21     Q.  And then the checks are, same thing, they're in

11:25:41  22  the, you know, tens, hundreds or -- and sometimes up to,

11:25:46  23  in this case, $21,000?

11:25:47  24     A.  Yes, that's correct.

11:25:49  25     Q.  Okay.  This month the credits -- the -- the

11:26:02  1    credits were mostly driven by what?

11:26:05  2        A.   By Porter International Supplies.

11:26:10  3        Q.   And what were the amounts of those wires in?

11:26:13  4        A.   Approximately 12 million and 3.4 million.

11:26:17  5        Q.   And the page number is 900.

11:26:24  6             And then going back to page 889, do you see

11:26:31  7    wires going out to Dalian Liwang?

11:26:35  8        A.   Yes.  On 9/11 for 758,000, and on 9/26 for

11:26:43  9    approximately 4 million.

11:26:45  10       Q.   And then if we -- we go to the rest of the

11:26:52  11   outgoing wires, we see another 11 million plus going to

11:26:57  12   Dalian Liwang in two wire transfers?

11:26:59  13       A.   Yes, that's correct.

11:27:01  14       Q.   Okay.  I'm going to show you Exhibit 662, page

11:27:09  15   910.  This is the last statement we are going to show

11:27:12  16   for this account.  And this is Pengcheng Aluminum 9191?

11:27:16  17       A.   That's correct.

11:27:17  18       Q.   Address the same, 1001 Doubleday?

11:27:21  19       A.   Correct.

11:27:21  20       Q.   And this would be the October 2014 period?

11:27:24  21       A.   Yes.

11:27:25  22       Q.   Underneath the beginning balance was what?

11:27:34  23       A.   850,000.

11:27:36  24       Q.   And the ending balance was what?

11:27:39  25       A.   Approximately 3 million.

11:27:43  1   Q.  How much money went into the account and out of
11:27:46  2   the account?
11:27:46  3   A.  22 million into the account.  And 20 million out
11:27:50  4   of the account.
11:27:50  5   Q.  And same thing, relatively speaking, the checking
11:27:53  6   activities was minimal?
11:27:55  7   A.  Correct.
11:28:03  8   Q.  All right.  I want to go to page 912 of this
11:28:07  9   exhibit to the credits.
11:28:12  10       And do you see wire transfers coming in now
11:28:18  11  from a company called Easy Able International?
11:28:21  12  A.  Yes.
11:28:21  13  Q.  And specifically 1, 2 on October 17, 2014?
11:28:28  14  A.  Yes.  For 1.2 million.
11:28:31  15  Q.  And then other wires from Easy Able International
11:28:39  16  as well?
11:28:39  17  A.  Yes.
11:28:39  18  Q.  Do you see a wire coming in from Bright
11:28:44  19  Investments Limited?
11:28:44  20  A.  Yes, I do.
11:28:45  21  Q.  What amount?
11:28:46  22  A.  1.7 million, approximately.
11:28:48  23  Q.  And then another series of wires coming in from
11:28:52  24  Easy Able International?
11:28:53  25  A.  Yes, that's correct.

11:28:55  1    Q.  And then just for completeness, page 913, we see

11:29:00  2  that was the end of the credits coming in?

11:29:02  3    A.  Yes.

11:29:03  4    Q.  And then going to the debit section.  Page 911 of

11:29:16  5  Exhibit 662, this is the debits?

11:29:19  6    A.  Yes.

11:29:20  7    Q.  And what kind of debits activity do we see?

11:29:25  8    A.  We see wires out to Dalian Liwang Trade for

11:29:28  9  approximately 1.8 million.  Three more wires out to that

11:29:33 10  same entity for 4 million, 6 million and 2 million,

11:29:37 11  approximately.

11:29:38 12    Q.  And these automated transfers, they're -- we see

11:29:44 13  debits there, but they're, again, relatively speaking,

11:29:46 14  more minor?

11:29:47 15    A.  Yes.

11:29:48 16    Q.  And then on the next page, this is the end of the

11:29:50 17  debits?

11:29:51 18    A.  Yes, that's correct.

11:29:52 19    Q.  And do you see another outgoing wire to Dalian

11:29:55 20  Liwang?

11:29:55 21    A.  Yes, I do.

11:29:56 22    Q.  What is that?

11:29:57 23    A.  For approximately 4.8 million to Dalian Liwang

11:30:01 24  Trade Company.

11:30:02 25    Q.  Okay.  I want to show you --

11:30:09   1            THE COURT:  Ladies and gentlemen, we are

11:30:10   2   going to take our break at this time, lunch break.  It's

11:30:14   3   11:30.  See you back in at 1:00 o'clock.

11:30:30   4            Remember the admonishment not to discuss the

11:30:32   5   case among yourselves, with anybody else, or form or

11:30:34   6   express any opinions about the matter until it's

11:30:36   7   submitted to you and you retire to the jury room.

11:30:24   8            See you back in at 1:30.

11:30:26   9            THE CLERK:  1:00 o'clock.

          10            (LUNCH RECESS.)

13:05:00  11            THE COURT:  Okay.  The record will reflect

13:05:02  12   all the members of the jury are in their respective

13:05:03  13   seats in the jury box and the witness is on the witness

          14   stand.

13:05:05  15            Counsel, you may continue.

13:05:07  16            MR. BERNSTEIN:  Thank you, Your Honor.

          17   BY MR. BERNSTEIN:

13:05:08  18      Q.  Welcome back, Special Agent Carmack.

13:05:10  19            MR. BERNSTEIN:  I want to show just the

13:05:11  20   witness Exhibit 674.

13:05:14  21            THE COURT:  Okay.

          22   BY MR. BERNSTEIN:

13:05:24  23      Q.  Special Agent Carmack, do you recognize this

13:05:27  24   exhibit?

13:05:27  25      A.  Yes, I do.

13:05:28   1       Q.   And what is this exhibit?

13:05:29   2       A.   This is a bank statement for Transport Aluminum.

13:05:39   3       Q.   -- on the top.

13:05:39   4       A.   Transport Aluminum.   The address is 19605 East

13:05:45   5   Walnut Drive North, Walnut, California, 91789.

13:05:48   6       Q.   And the account number ends in what?

13:05:50   7       A.   2058.

13:05:51   8       Q.   And the 267 pages of this exhibit constitute the

13:05:56   9   bank statements for this Transport Aluminum account?

13:06:00  10       A.   Yes.

13:06:01  11            MR. BERNSTEIN:   Your Honor, the Government

13:06:02  12   moves to admit Exhibit 674.

13:06:05  13            THE COURT:   It will be received.

13:06:07  14            (Exhibit 674 is received.)

13:06:08  15   BY MR. BERNSTEIN:

13:06:09  16       Q.   And, Special Agent Carmack, I will take you to

13:06:11  17   Exhibit 674, page 238.

13:06:16  18            This is the same account, Transport Aluminum?

13:06:18  19       A.   Yes.

13:06:18  20       Q.   Ending in 2058?

13:06:21  21       A.   Yes.

13:06:22  22       Q.   What month is this statement for?

13:06:24  23       A.   This is March, 2015.

13:06:31  24       Q.   That month, same process as before, can you take

13:06:34  25   us through the beginning balance, the money that went

13:06:38  1    into the account, the money that came out of the account
13:06:41  2    and then the ending balance.
13:06:41  3        A.  Yes.  Approximately 5.8 million beginning
13:06:45  4    balance.  943,000 into the account.  679 out of the
13:06:51  5    account, with an ending balance of approximately 6
13:06:56  6    million.
13:06:57  7        Q.  And then at the bottom of page 238 of
13:07:07  8    Exhibit 674, that's where the debits begin?
13:07:09  9        A.  Yes.
13:07:09  10       Q.  And, again, that's the money going out of the
13:07:11  11   account?
13:07:12  12       A.  Correct.
13:07:12  13       Q.  If we go down to page 239 of Exhibit 674, and
13:07:21  14   zoom in on the debit at the top, do you see an outgoing
13:07:26  15   wire to Liaoning Zhongwang Import?
13:07:31  16       A.  Yes, for 493,000.
13:07:34  17       Q.  What is the date of that wire?
13:07:35  18       A.  March 6th.
13:07:40  19       Q.  Ten days later, do you see another wire going
13:07:42  20   out?
13:07:42  21       A.  Yes, to Global Vietnam Aluminum Company, for
13:07:48  22   117,000, approximately.
13:07:49  23       Q.  On the next page, page 240 of Exhibit 674, that's
13:07:52  24   where the credits end?
13:07:54  25       A.  Yes.

13:07:54   1      Q.   I want to take you to Exhibit 674, page 244.

13:08:05   2           Is this the April 2015 statement for the same

13:08:10   3    account, Transport Aluminum, ending in 2058?

13:08:14   4      A.   Yes, it is.

13:08:15   5      Q.   And the date of the statement up in the upper

13:08:17   6    right-hand corner?

13:08:18   7      A.   April 2015.

13:08:21   8      Q.   All right.  And then this is the last statement

13:08:31   9    we are going to look at.  So can you take us through --

13:08:34   10     A.   Okay.

13:08:35   11     Q.   -- those same numbers, the beginning balance,

13:08:38   12    additions, subtractions, and ending balance?

13:08:41   13     A.   Yes.  The beginning balance is approximately

13:08:43   14    6,464,000 into the account, approximately 5.2 million

13:08:50   15    outgoing, and an ending balance of 1.3 million.

13:08:54   16     Q.   Okay.  And then underneath that, do you see where

13:08:58   17    it says "debits"?

13:09:00   18     A.   Yes.

13:09:00   19     Q.   What is the first debit of the month?

13:09:02   20     A.   On April 1st, $113,000 to Global Vietnam Aluminum

13:09:10   21    Company.

13:09:10   22     Q.   And that's money going out from Transport to GVA?

13:09:13   23     A.   Yes.

13:09:14   24     Q.   And that's page 244.  I'm going to go down to

13:09:19   25    245.

13:09:20  1          The debits continue on page 245?

13:09:25  2     A.  Yes.

13:09:26  3     Q.  And between April 6th of 2015 and April 27th of

13:09:36  4  2015, do you see wires leaving the Transport Aluminum

13:09:42  5  Incorporated account?

13:09:42  6     A.  Yes, I do.

13:09:43  7     Q.  And can you just briefly go through those wires.

13:09:46  8     A.  On the 6th of April, 1.9 million to Dalian Liwang

13:09:51  9  Trade Company.  On the 9th of April, 95,000 to Global

13:09:56  10  Vietnam Aluminum Company.  And on the 27th of April,

13:10:01  11  $111,000 to Liaoning Zhongwang Import.

13:10:08  12     Q.  Underneath that, we see the credits for the

13:10:11  13  account on the bottom half of page 245?

13:10:15  14     A.  That's correct.

13:10:16  15     Q.  And then those credits have ended on page 246 of

13:10:20  16  Exhibit 674?

13:10:21  17     A.  Yes.

13:10:22  18     Q.  Okay.

13:10:23  19          MR. BERNSTEIN:  I want to show just the

13:10:24  20  witness, Your Honor, Exhibit 675.

         21  BY MR. BERNSTEIN:

13:10:37  22     Q.  And, Special Agent Carmack, are these the actual

13:10:39  23  wire documents for the account we were just looking at?

13:10:42  24     A.  Yes, they are.

13:10:44  25     Q.  And that would be Transport Aluminum ending 2058?

13:10:48   1       A.   Yes.

13:10:49   2            MR. BERNSTEIN:   Your Honor, the Government

13:10:50   3   moves to admit Exhibit 675 into evidence.

13:10:55   4            THE COURT:   It will be received.

13:10:56   5            (Exhibit 675 is received.)

13:10:56   6   BY MR. BERNSTEIN:

13:10:57   7       Q.   And, Special Agent Carmack, I will take you to

13:11:00   8   Exhibit 675, page 129.

13:11:18   9            And at the second half of Exhibit 675, at page

13:11:24   10   129, do you see a wire to beneficiary Liaoning Zhongwang

13:11:33   11   Import and Export Trade Company?

13:11:35   12       A.   Yes.

13:11:35   13       Q.   What is the date of that wire?

13:11:37   14       A.   March 6, 2015.

13:11:40   15       Q.   What is the amount?

13:11:40   16       A.   493,000.

13:11:42   17       Q.   And what about the beneficiary bank?

13:11:45   18       A.   Bank of China.

13:11:46   19       Q.   And the account was located where?

13:11:50   20       A.   No. 8-1 Hong Way Road, Hong Way District,

13:11:59   21   Liaoning City, Liaoning, China.

13:12:01   22       Q.   And the originator is who?

13:12:03   23       A.   Transport Aluminum Inc. USA.

13:12:05   24       Q.   And that's for that 2058 account?

13:12:08   25       A.   Yes.

13:12:08    1       Q.   And if we go down to page 130, the continuation

13:12:13    2   of the wire document, is that reflected under originator

13:12:20    3   ID?

13:12:20    4       A.   Yes.

13:12:21    5       Q.   And that came out of Cathay Bank?

13:12:23    6       A.   Yes.

13:12:23    7       Q.   And address, Walnut, California?

13:12:27    8       A.   Yes.

13:12:27    9       Q.   All right.  I want to take you to the same

13:12:35   10   exhibit, page 675 -- Exhibit 675, page 236.

13:13:00   11       And do you see additional wires listed here as

13:13:04   12   well?

13:13:05   13       A.   Yes.

13:13:06   14       Q.   The wire that I -- that is the wrong page.  Just

13:13:28   15   give me one second here to actually get to page 236.

13:13:53   16   Sorry.  675, page 136.  There we go.

13:14:08   17       Okay.  Do you see a wire sent on April 6th of

13:14:14   18   2015?

13:14:15   19       A.   Yes.

13:14:15   20       Q.   Who's the beneficiary of that wire?

13:14:17   21       A.   Dalian development -- sorry, Dalian Liwang Trade

13:14:24   22   Company Limited.

13:14:24   23       Q.   And this time, what was the exact amount of the

13:14:27   24   wire?

13:14:27   25       A.   1,947,140.11.

13:14:33  1       Q.   And the beneficiary and the beneficiary bank was

13:14:37  2   what?

13:14:37  3       A.   Beneficiary is Dalian Liwang Trade Company, Bank

13:14:41  4   of China.

13:14:42  5       Q.   And the city and country of the beneficiary?

13:14:47  6       A.   Dalian City, Liaoning, China.

13:14:52  7       Q.   And then the payor, the originator of the wire

13:14:55  8   was what?

13:14:56  9       A.   Transport Aluminum Inc., 1001 South Doubleday

13:15:00  10  Avenue, Ontario, California, 91761.

13:15:03  11      Q.   And that came out of the 2058 account?

13:15:07  12      A.   Yes.

13:15:08  13      Q.   And then on page 137 of Exhibit 675, we see just

13:15:18  14  the continuation of the wire instructions for that wire

13:15:24  15  transfer?

13:15:24  16      A.   Yes.

13:15:25  17      Q.   And last exhibit I want to show you.

13:15:27  18           MR. BERNSTEIN:   Just the exhibit for now,

13:15:29  19  Your Honor.

          20  BY MR. BERNSTEIN:

13:15:30  21      Q.   Exhibit 677, page 1.

13:15:32  22           And, Special Agent Carmack, what is this exhibit?

13:15:39  23      A.   This appears to be a signature card for American

13:15:45  24  Continental Bank.  It shows the signatures of authorized

13:15:49  25  individuals on the Pengcheng Aluminum Enterprise

13:15:53　1　account.

13:15:54　2　　　　　　MR. BERNSTEIN:  Your Honor, the Government

13:15:55　3　moves to admit Exhibit 677.

13:15:59　4　　　　　　THE COURT:  It will be received.

13:16:00　5　　　　　　(Exhibit 677 is received.)

　　　　　6　BY MR. BERNSTEIN:

13:16:06　7　　　Q.  And starting just at the bottom here.

13:16:09　8　　　A.  Okay.

13:16:10　9　　　Q.  Do you see the date on which the account was

13:16:16　10　closed?

13:16:16　11　　　A.  It looks like February 5th, 2015.

13:16:20　12　　　Q.  And if we go to the top, do you see the account

13:16:26　13　holder, Pengcheng Aluminum Enterprises?

13:16:28　14　　　A.  Yes.

13:16:28　15　　　Q.  In Walnut, California?

13:16:30　16　　　A.  Yes.

13:16:31　17　　　Q.  And who's the first authorized signer on this

13:16:35　18　account?

13:16:36　19　　　A.  Zhongtian Liu, director of Pengcheng Aluminum

13:16:42　20　Enterprise, Inc.

13:16:45　21　　　　　　MR. BERNSTEIN:  That's all I have, Your

13:16:47　22　Honor.  Thank you.

13:16:48　23　　　　　　THE COURT:  Cross.

13:16:50　24　　　　　　　　　　　**CROSS-EXAMINATION**

　　　　　25　BY MR. RUYAK:

13:17:13    1    Q.   Good afternoon, Ms. Carmack.

13:17:14    2    A.   Good afternoon, sir.

13:17:16    3    Q.   My name is Robert Ruyak and I represent the

13:17:18    4    Perfectus defendants in this case.  And you are familiar

13:17:21    5    with Perfectus Aluminum, correct, the name?

13:17:24    6    A.   Yes, sir.

13:17:25    7    Q.   And Pengcheng Aluminum, correct?

13:17:29    8    A.   Yes.

13:17:29    9    Q.   And some other names for companies who were

13:17:33   10    merged into Perfectus at the end of 2014, correct?

13:17:37   11    A.   That's correct.

13:17:38   12    Q.   Let's look at Exhibit 32, the first page.

13:17:45   13         And the Government lawyer asked you some

13:17:47   14    questions about comparing the CZW, the China public

13:17:56   15    companies' revenue, right, that's where you got the

13:17:59   16    annual reports?

13:18:00   17    A.   Yes.

13:18:00   18    Q.   But the revenue from Perfectus in the United

13:18:04   19    States, correct?

13:18:05   20    A.   Yes.

13:18:06   21    Q.   And there seems to be some differences from year

13:18:10   22    to year in that revenue, correct, between the two?

13:18:15   23    A.   Yes.  Are you referring to the gross receipts

13:18:18   24    line?

13:18:19   25    Q.   Yes.  Referring to the gross receipts and to the

13:18:22   1   revenue booked by China Zhongwang, the public company,

13:18:29   2   right?

13:18:29   3       A.   Correct.

13:18:29   4       Q.   And you are an accountant, correct?

13:18:32   5       A.   That's correct.

13:18:32   6       Q.   Are you a CPA?

13:18:35   7       A.   I'm not.

13:18:36   8       Q.   But you're familiar with the fact that companies

13:18:38   9   may have different methods of booking revenue, correct?

13:18:41  10       A.   Yes.

13:18:42  11       Q.   So if you are an LLC, then you may book it on a

13:18:47  12   cash basis, correct?

13:18:49  13       A.   Maybe.

13:18:49  14       Q.   And then if you are another company, like a big

13:18:52  15   company, you may do it on accrual basis, correct?

13:18:57  16       A.   Yes, that's correct.

13:18:58  17       Q.   So differences between gross receipts and the

13:19:02  18   revenue of CZW may vary a little bit because those

13:19:06  19   companies may be recording their revenues differently,

13:19:10  20   correct?

13:19:10  21       A.   That's correct.

13:19:11  22       Q.   Also, in your investigation, you identified --

13:19:15  23   let's take a look at Exhibit 31.

13:19:20  24            Okay.   And I think you testified that you looked

13:19:23  25   at the tax returns for the following companies in the

13:19:26   1   following years, correct?

13:19:27   2      A.   Correct.  I believe there is an updated version

13:19:30   3   of this exhibit.

13:19:31   4      Q.   Okay.  I'm sorry.  You do have an updated

13:19:34   5   version.  And there is a correction.  Do you remember

13:19:36   6   what the correction was?

13:19:37   7      A.   I believe Pengcheng Aluminum, the 2008 and 2009

13:19:42   8   should be checked for those two.

13:19:44   9         MR. RUYAK:  Do you have the number that we

13:19:45   10  could use for that one?  Sorry --

13:19:49   11         MS. KUMAR:  Let me pull it up here.

13:19:52   12         MR. RUYAK:  Okay.  Thank you.

13:20:01   13         Thank you.

13:20:01   14  BY MR. RUYAK:

13:20:02   15     Q.   So let's just look at this for a minute.  So we

13:20:05   16  have the right one now.  And the checkmarks are the

13:20:07   17  periods of time when there were tax returns for these

13:20:10   18  companies, correct?

13:20:11   19     A.   That I received as part of my review.  Yes.

13:20:16   20     Q.   Are you aware the reasons there are gray areas

13:20:19   21  because the companies were not in existence at that

13:20:22   22  time?

13:20:22   23     A.   I'm not aware.

13:20:24   24     Q.   Are you aware that, for example, for Perfectus

13:20:28   25  Incorporated, that it filed a tax return for 2014, which

13:20:31  1   is the first year that it was incorporated?

13:20:33  2       A.  Yes, that's correct.

13:20:35  3       Q.  And that was only for one month, correct?

13:20:39  4       A.  I'm not sure.

13:20:39  5       Q.  And then in 2015, it's only Perfectus because the

13:20:43  6   other companies were merged into Perfectus, correct?

13:20:48  7       A.  Yes, that is my understanding.

13:20:49  8       Q.  Now, in addition to these companies that were

13:20:53  9   identified by the Government, in which you looked at tax

13:20:57  10  returns, did you look at the tax returns or any other

13:21:00  11  information about any other companies to whom China

13:21:06  12  Zhongwang, the Chinese company in China, sold aluminum

13:21:10  13  in the United States?

13:21:12  14      A.  Not that I can recall.

13:21:13  15      Q.  So another reason why there may be some

13:21:20  16  discrepancies between what Perfectus shows as revenue

13:21:22  17  and China Zhongwang, the public company, shows as

13:21:24  18  revenue is they may have sold aluminum to companies

13:21:27  19  other than these companies in the United States,

13:21:29  20  correct?

13:21:29  21      A.  Correct.

13:21:30  22      Q.  Okay.  Let's look at Exhibit 8 -- sorry.  I guess

13:21:44  23  it's 662 is the exhibit number.  Exhibit Number 662.

13:21:59  24  Let's just look at page 870 for a moment.

13:22:06  25          Okay.  And you saw several bank account

13:22:10  1  statements like this, that had incoming and outgoing

13:22:14  2  wires for Pengcheng or Perfectus, correct?

13:22:19  3      A.  Yes.

13:22:20  4      Q.  Pengcheng Aluminum.

13:22:22  5          And you were asked to look at --

13:22:25  6              MR. RUYAK:  Let's take the first five or six

13:22:27  7  up there, Allan.

          8  BY MR. RUYAK:

13:22:30  9      Q.  Okay.  So these were outgoing wires, correct?

13:22:33 10      A.  Yes.

13:22:34 11      Q.  And they were for all of these here.  Look like

13:22:39 12  most of them are for Dalian Liwang Trade Company

13:22:43 13  Limited, correct?

13:22:44 14      A.  That's correct.

13:22:45 15      Q.  And you are aware that Dalian Liwang Trading

13:22:50 16  Company was a company that supplied aluminum pallets to

13:22:53 17  my company, Perfectus, correct?

13:22:56 18      A.  I'm unsure of that -- that was out of the scope

13:23:00 19  of my part of this investigation.

13:23:02 20      Q.  So you don't know who the parties are here,

13:23:04 21  identified for outgoing wires?

13:23:06 22      A.  Some of them I am familiar with.  Dalian Liwang

13:23:11 23  Trade, I'm not.

13:23:11 24      Q.  So you are not aware that Dalian Liwang Trading

13:23:14 25  Company is a wholly owned subsidiary --

13:23:17   1                MR. BERNSTEIN:  Objection, Your Honor.

13:23:19   2   Assumes facts not in evidence.

13:23:20   3                THE COURT:  Sustained.

13:23:20   4   BY MR. RUYAK:

13:23:21   5      Q.  But when you paying outgoing wires, you're paying

13:23:24   6   somebody, correct?

13:23:25   7      A.  Correct.

13:23:27   8      Q.  Going out.  Right.

13:23:29   9          So if you are an accountant, you are assuming

13:23:30  10   that if there are payments made, they are paid in return

13:23:33  11   for invoices, correct?

13:23:34  12      A.  I would assume that.

13:23:36  13      Q.  Right.  And otherwise, you would have no basis to

13:23:42  14   reconcile the statements, if you didn't have invoices or

13:23:47  15   records of those payments, correct?

13:23:48  16      A.  I'm only reporting on the information that was

13:23:50  17   obtained from the bank records.  I can't go into detail

13:23:56  18   about why these payments were made.

13:23:59  19      Q.  And you have also seen on the outgoing wires,

13:24:03  20   occasionally, outgoing wires to a company called China

13:24:09  21   Zhongwang Investments, Inc., correct?

13:24:13  22      A.  Zhongwang China Investments?

13:24:15  23      Q.  Right.

13:24:16  24      A.  Yes.

13:24:16  25      Q.  Are you aware of what company that is a wholly

13:24:22   1   owned subsidiary of?

13:24:24   2       A.   I believe of China Zhongwang.

13:24:27   3       Q.   And that's a publicly held company in Hong Kong,

13:24:30   4   correct?

13:24:30   5       A.   Yes.

13:24:30   6       Q.   So while you're looking at all of these credits

13:24:35   7   and debits, have you seen any instance in all the

13:24:38   8   records that you looked at, where any money was coming

13:24:42   9   to my client, Perfectus or Pengcheng Aluminum, from

13:24:46   10  China Zhongwang Investments or China Zhongwang, the

13:24:51   11  public company in China?

13:24:52   12      A.   Not that I can recall.

13:24:54   13      Q.   And what about Dalian Liwang Trade Company, have

13:24:58   14  you seen anything in any of the incoming wires from that

13:25:02   15  company to my client, Perfectus?

13:25:04   16      A.   I don't believe so.

13:25:06   17      Q.   In the course of your investigation, were you

13:25:23   18  provided -- another question I have.

13:25:25   19           In all of the bank records that you looked at for

13:25:30   20  my client, Perfectus, did you see any transfers of money

13:25:33   21  coming from Scuderia Development or Scuderia Partners?

13:25:37   22      A.   Not I that can remember -- I don't know.

13:25:40   23      Q.   Did you see any payments by my client, Perfectus,

13:25:45   24  to either Scuderia Development or Scuderia Partners?

13:25:48   25      A.   I don't know.  I would have to look at the

13:25:51    1    records.

13:25:51    2        Q.   Do you recall any?

13:25:52    3        A.   I don't recall.  I would have to look at the

13:25:56    4    records.

13:25:57    5        Q.   Now, you looked at the bank records of these

13:26:00    6    limited number of companies in the United States.  Were

13:26:03    7    you asked to look at the bank records of the Chinese

13:26:06    8    company China Zhongwang?

13:26:09    9        A.   No, I was not.

13:26:10   10        Q.   Do you know of anyone else, other than yourself,

13:26:19   11    that you are aware of, that looked at the bank records

13:26:22   12    of China Zhongwang, the publicly owned company in Hong

13:26:25   13    Kong?

13:26:25   14        A.   I don't know.

13:26:30   15             MR. RUYAK:  That's all I have, Your Honor.

13:26:31   16             THE COURT:  Okay.  Cross.

13:26:39   17             MR. LOWDER:  Thank you, Your Honor.

13:26:42   18                   **CROSS-EXAMINATION**

13:26:44   19    BY MR. LOWDER:

13:26:44   20        Q.   Good afternoon, Special Agent Carmack.

13:27:00   21        A.   Good afternoon, sir.

13:27:02   22        Q.   If I have it right, for this matter, you were

13:27:08   23    asked to create summary charts based on information that

13:27:11   24    was provided to you, right?

13:27:13   25        A.   That's correct.

13:27:14    1        Q.   And the information provided to you consisted of

13:27:17    2    bank records?

13:27:19    3        A.   Correct.

13:27:19    4        Q.   And tax returns?

13:27:21    5        A.   Correct.

13:27:22    6        Q.   Anything I'm missing?

13:27:24    7        A.   There could have been other various bank or

13:27:27    8    financial records.  I know there were wire instructions.

13:27:31    9    Yes, I think those would be included in the bank

13:27:34   10    records.  Right now, that's all I can recall.

13:27:37   11        Q.   Now, from the charts that you prepared, were you

13:27:44   12    provided with any bank statements for an entity called

13:27:49   13    1001 Doubleday LLC?

13:27:57   14        A.   I don't recall.  I had over 200 bank accounts

13:28:00   15    that I looked at.  I don't remember if that was one of

13:28:02   16    them.

13:28:02   17        Q.   Do you recall if you were provided with any bank

13:28:04   18    account records for an entity called 1681 Production

13:28:08   19    Avenue LLC?

13:28:10   20        A.   I don't remember.

13:28:11   21        Q.   Do you recall if you were provided with any bank

13:28:13   22    account records for an entity called Von Karman-Main

13:28:18   23    Street LLC?

13:28:18   24        A.   I also don't remember.

13:28:19   25        Q.   For the charts that we reviewed earlier this

13:28:22   1   morning, do they reflect the entities that you were

13:28:25   2   asked to review?

13:28:27   3       A.   Yes.   They do.

13:28:28   4       Q.   So if I could have you take a look at -- let's

13:28:35   5   start with Exhibit 9, please.

13:28:50   6           So looking at Exhibit 9, do you see that on your

13:28:53   7   screen?

13:28:53   8       A.   Yes.

13:28:54   9       Q.   And you didn't omit any information for a

13:29:00  10   Perfectus entity from this chart that you had, correct?

13:29:03  11       A.   Correct.

13:29:04  12       Q.   And this wasn't intended to reflect any

13:29:06  13   information for one of the warehouses entities that I

13:29:09  14   represent; is that right?

13:29:12  15       A.   Right.

13:29:13  16               MR. LOWDER:   And then, if we could have

13:29:18  17   Exhibit 27.

13:29:23  18               Actually, I'm sorry, Exhibit 23, please.

          19   BY MR. LOWDER:

13:29:29  20       Q.   All right.   Do you see Exhibit 23?

13:29:31  21       A.   I do.

13:29:32  22       Q.   And I believe you testified earlier that these

13:29:34  23   were bank accounts that you associated with Eric Shen;

13:29:37  24   is that right?

13:29:38  25       A.   That's correct.

13:29:39   1    Q.   And did someone identify Eric Shen for you as the

13:29:48   2    -- as related to these entities, or did you do that on

13:29:50   3    your own?

13:29:51   4    A.   I believe -- I might have to look back at my

13:29:55   5    records, but I believe he was either a signer on the

13:29:59   6    account or the business records may have showed him as

13:30:03   7    the owner of the account.

13:30:05   8         So for Scuderia, where Zhijie Wang was the

13:30:07   9    account signer, he may have been -- I don't recall

13:30:11  10    without looking at the records, but I'm guessing he is

13:30:15  11    the owner of that account and the business records, such

13:30:20  12    as articles of incorporation.

13:30:23  13    Q.   So this chart, which is Exhibit 23, only reflects

13:30:29  14    here in the chart actually who the signer for the

13:30:32  15    account; is that right?

13:30:33  16    A.   Correct.

13:30:34  17    Q.   Does your chart indicate if the signer of the

13:30:37  18    account may have changed over time?

13:30:40  19    A.   It does not.

13:30:41  20    Q.   So for the account signer that's listed there,

13:30:45  21    what time period does that represent?

13:30:49  22    A.   Sorry.  I would like to change my answer.  If

13:30:54  23    there were multiple account signers on the account over

13:30:57  24    that period of time, I would have listed them all under

13:30:59  25    the account signer column.

13:31:02  1    Q.  And from the chart that you created, is there any

13:31:05  2    way to determine for the period of review, who was the

13:31:07  3    signer for any specific period of time?

13:31:10  4    A.  There is not from this chart.

13:31:22  5         MR. LOWDER:  Can you keep Exhibit 23 up,

13:31:24  6    please.

          7    BY MR. LOWDER:

13:31:25  8    Q.  And if we are looking at Exhibit 23, you didn't

13:31:29  9    include any information for 1001 Doubleday LLC, correct?

13:31:32  10   A.  Correct.

13:31:32  11   Q.  And you didn't include any information for 1681

13:31:37  12   Production Avenue, correct?

13:31:38  13   A.  Correct.

13:31:38  14   Q.  And you didn't include any information from Von

13:31:42  15   Karman-Main Street LLC, correct?

13:31:44  16   A.  Correct.

13:31:57  17        MR. LOWDER:  If I could have Exhibit 28,

13:31:59  18   please.

          19   BY MR. LOWDER:

13:32:03  20   Q.  Special Agent Carmack, I believe you testified

13:32:06  21   that these were wires associated with the purchase of a

13:32:11  22   warehouse in Irvine; is that right?

13:32:12  23   A.  Correct.

13:32:13  24   Q.  And other than the bank records for Scuderia

13:32:19  25   Development LLC, was there any information relied on to

13:32:23    1    come to the conclusion that these wires were associated

13:32:25    2    with the purchase of the Irvine warehouse?

13:32:26    3        A.   No.

13:32:27    4        Q.   Did you review -- well, let me ask it this way:

13:32:32    5    Does this exhibit reflect the individual or individuals

13:32:36    6    who initiated any of these wire transfers?

13:32:39    7        A.   It does not.

13:32:40    8        Q.   Did you review any information about the

13:32:42    9    individuals who initiated -- individual or individuals

13:32:47   10    who initiated these wire transfers?

13:32:50   11        A.   I did not.

13:32:51   12               MR. LOWDER:   Let's look at Exhibit 29,

13:32:53   13    please.

13:32:54   14               Actually, I'm sorry.   Can we back up one

13:32:56   15    second.

           16    BY MR. LOWDER:

13:32:57   17        Q.   This is Exhibit 28, and the account that you were

13:33:02   18    reviewing for Exhibit 28 was in the name of Scuderia

13:33:05   19    Development LLC, correct?

13:33:07   20        A.   Correct.

13:33:07   21        Q.   And I'm going to ask you this question again:

13:33:12   22    Did you review any records for an entity called Von

13:33:17   23    Karman-Main Street LLC?

13:33:18   24        A.   I don't believe so.   I can't recall.

13:33:23   25        Q.   But you didn't include any information related to

13:33:25  1   that entity on Exhibit 28; is that right?

13:33:28  2       A.  Correct.

13:33:29  3       Q.  Can I have Exhibit 29, please.  Special agents

13:33:35  4   Carmack so Exhibit 29 I believe you testified wire

13:33:39  5   transfer that you associated with the purchase of the

13:33:41  6   Fontana warehouse?

13:33:42  7       A.  Correct.

13:33:43  8       Q.  Now, for the purchase of the Fontana warehouse,

13:33:47  9   did you include information in this exhibit regarding

13:33:51  10  the individual or individuals who may have initiated

13:33:55  11  these wire transfers?

13:33:57  12      A.  I did not.

13:33:58  13      Q.  Did you review identify information in preparing

13:34:00  14  this chart that indicated who initiated these wire

13:34:03  15  transfers?

13:34:03  16      A.  I did not.

13:34:04  17      Q.  Now, I believe that this chart reflects that it

13:34:09  18  is bank account information for Scuderia Development

13:34:14  19  LLC, is that right?

13:34:14  20      A.  Yes.

13:34:15  21      Q.  And it doesn't reflect any information for entity

13:34:23  22  1681 Production Avenue LLC is that right?

13:34:26  23      A.  Correct.

13:34:27  24           MR. LOWDER:  If I could have Exhibit 30,

13:34:29  25  please.

1    BY MR. LOWDER:

13:34:31  2    Q.  Now, Exhibit 30 are the wire transfers you

13:34:35  3  associated with the Riverside warehouse; is that right?

13:34:38  4    A.  Correct.

13:34:38  5    Q.  And, again, for this chart, it looks like bank

13:34:42  6  account information for Scuderia Development LLC?

13:34:46  7    A.  Yes.

13:34:46  8    Q.  And no other entity?

13:34:48  9    A.  Correct.

13:34:48  10    Q.  And does your -- this exhibit, the chart that you

13:34:54  11  created as Exhibit 30, reflect information of the

13:34:57  12  individual or individuals who initiated these wire

13:34:59  13  transfers?

13:35:00  14    A.  It does not.

13:35:01  15    Q.  Did you review any information that reflected who

13:35:03  16  initiated these wire transfers?

13:35:05  17    A.  I did not.

13:35:20  18       MR. LOWDER:  If we could have you -- if we

13:35:22  19  could have Exhibit 31 as well, please.  Thank you.

20  BY MR. LOWDER:

13:35:48  21    Q.  Now, you testified that you created this chart of

13:35:52  22  tax returns for the Perfectus entities; is that right?

13:35:55  23    A.  Yes.

13:35:56  24    Q.  And it was based on records that were provided to

13:35:58  25  you, correct?

13:35:59   1      A.   Yes.

13:35:59   2      Q.   Were you provided any tax returns for 1001

13:36:05   3   Doubleday?

13:36:05   4      A.   I can't recall.

13:36:06   5      Q.   You don't remember receiving --

13:36:07   6      A.   I don't remember.

13:36:08   7      Q.   And no one asked you to create a chart of tax

13:36:10   8   returns for that entity, correct?

13:36:13   9      A.   No.

13:36:13  10      Q.   Do you recall receiving any tax returns for the

13:36:17  11   entity 1681 Production Avenue?

13:36:19  12      A.   I don't recall.  But I was not asked to include

13:36:21  13   them in this chart.

13:36:22  14      Q.   Were you asked to create any chart of tax returns

13:36:26  15   for 1681 Production Avenue?

13:36:29  16      A.   I was not.

13:36:30  17      Q.   Did you received any tax returns for Von

13:36:34  18   Karman-Main Street LLC?

13:36:35  19      A.   Not that I can remember.

13:36:36  20      Q.   Did anyone ask you to create a chart of tax

13:36:39  21   returns Von Karman-Main Street LLC?

13:36:42  22      A.   No.

13:36:43  23      Q.   You mentioned earlier that you are familiar with,

13:36:51  24   at least by name, the individual Eric Shen; is that

13:36:54  25   right?

13:36:54  1      A.   Yes.

13:36:55  2      Q.   And you identified bank account records that were

13:37:00  3  associated with him, right?

13:37:01  4      A.   Correct.

13:37:04  5      Q.   Did anyone ask you to review those bank records

13:37:08  6  to identify funds that he stole for his own personal

13:37:12  7  use?

13:37:15  8      A.   Not specifically.

13:37:16  9      Q.   Did anyone ask you to look through the bank

13:37:19  10  records for any funds that he diverted for the purchase

13:37:22  11  of property for his family?

13:37:24  12      A.   As part of my review, I always look for the

13:37:28  13  purchase of assets.  But I don't recall being

13:37:31  14  specifically asked that.

13:37:32  15      Q.   Did anyone ask you to look through Mr. Shen's

13:37:35  16  records for the purchase of properties or the diversion

13:37:38  17  of funds to his colleague?

13:37:44  18      A.   Not that I recall.

13:37:56  19          MR. LOWDER:  No further questions, Your

13:37:58  20  Honor.

13:37:59  21          THE COURT:  Redirect.

13:38:00  22          MR. BERNSTEIN:  No, Your Honor.

13:38:01  23          THE COURT:  You may step down.  Thank you

13:38:04  24  very much for coming.

13:38:05  25          May this witness be excused?

13:38:06   1              MR. BERNSTEIN:  Yes, Your Honor.

13:38:09   2              MS. POTASHNER:  Yes.

13:38:09   3              THE COURT:  You are free to go.  Thank you

13:38:12   4    for coming in.

13:38:14   5              THE WITNESS:  Thank you.

13:38:15   6              THE COURT:  Next witness.

13:38:16   7              MS. KUMAR:  The Government calls Dr. Torben

13:38:21   8    Voetmann to the stand.

13:38:22   9              THE COURT:  Okay.

13:39:07  10              THE CLERK:  Here to be sworn, please.

13:39:09  11              Please raise your right hand.

13:39:11  12              Do you solemnly swear the testimony that

          13    you're about to give in the matter now before the Court,

          14    shall be the truth, the whole truth and nothing but the

          15    truth, so help you God?

          16              THE WITNESS:  I do.

          17              THE CLERK:  Please be seated.

13:39:18  18              You may remove your face overing during

13:39:21  19    testimony.

          20              THE CLERK:  May I please ask the you state

13:39:23  21    your full name for the record and spell your last name.

13:39:23  22              THE WITNESS:  Torben Voetmann.  V as in

          23    Victor, O-E-T-M-A-N-N.

          24              THE COURT:  Okay.  You may inquire, Counsel.

13:39:29  25                        **DIRECT EXAMINATION**

13:39:29  1    BY MS. KUMAR:

13:39:30  2        Q.  Dr. Voetmann, what is your educational

13:39:33  3    background?

13:39:34  4        A.  Excuse me.  I have a Ph.D. in finance.

13:39:38  5        Q.  Okay.  And after you got your Ph.D., where did

13:39:41  6    you work?

13:39:42  7        A.  I was a professor at the Wharton School at the

13:39:46  8    University of Pennsylvania.

13:39:46  9        Q.  And thereafter?

13:39:49  10       A.  Thereafter, I left after a number of years to go

13:39:52  11   to Cornerstone Research.  It's an economic consulting

13:39:55  12   firm in Boston.

13:39:58  13       Q.  What did you do there?

13:39:59  14       A.  I was a consultant on a number of different

13:40:02  15   projects along finance.

13:40:05  16       Q.  And I should ask, what did you teach while you

13:40:07  17   were at Wharton?

13:40:07  18       A.  I taught graduate and undergraduate students in

13:40:12  19   valuation, corporate finance.

13:40:12  20       Q.  After Cornerstone, where did you work?

13:40:15  21       A.  After more than ten years at Cornerstone, I

13:40:17  22   wanted to go back to academia, so I went to the

13:40:21  23   University of San Francisco, where I am a professor

13:40:23  24   today there.

13:40:24  25       Q.  And did you get any other employment after that?

13:40:26  1     A.   Yes.  I continued to be a consultant for a small

13:40:29  2  company called Fiance Scholars Group, for a few months.

13:40:35  3  And then after that, I went to a company called the

13:40:37  4  Brattle Group.

13:40:39  5     Q.   Is that where you work now?

13:40:40  6     A.   That's where I work today as well, yes.

13:40:42  7     Q.   And what is the Brattle Group?

13:40:43  8     A.   The Brattle Group is also an economic consulting

13:40:46  9  firm.  We have our clients with cases where they need

13:40:50  10  someone to examine finance and financial data issues.

13:40:54  11     Q.   What is your particular position at Brattle?

13:40:57  12     A.   I'm a managing principal at Brattle.  That means

13:41:00  13  I manage a group of consultants, about 150 consultants

13:41:05  14  and staff on various projects.

13:41:06  15     Q.   What kind of topic areas?

13:41:08  16     A.   All my work is focused on finance.  How do you

13:41:12  17  value publicly traded companies and the like.

13:41:15  18     Q.   And do you regularly write articles on finance?

13:41:18  19     A.   I do.  Over my academic career, I have published

13:41:22  20  a number of articles and peer-view journals.

13:41:29  21          MS. KUMAR:  Your Honor, the Government would

13:41:31  22  offer Dr. Voetmann as an expert in finance.

13:41:33  23          THE COURT:  He will be so qualified.

13:41:34  24  BY MS. KUMAR:

13:41:36  25     Q.   Dr. Voetmann, have you been retained by the

13:41:38  1    Government -- has Brattle been retained by the

13:41:38  2    Government in this matter?

13:41:39  3        A.   We have.

13:41:40  4        Q.   When was that?

13:41:40  5        A.   It goes back -- I believe it was in 2019, if my

13:41:44  6    memory is right, when we were approached by the case.

13:41:48  7        Q.   And are you familiar with the company called

13:41:51  8    China Zhongwang Holdings Limited?

13:41:52  9        A.   I am.

13:41:53  10       Q.   I'm going to refer to that company as China

13:41:56  11   Zhongwang or CZW, is that okay?

13:41:59  12       A.   That is okay.

13:42:00  13       Q.   What kind of company is China Zhongwang?

13:42:01  14       A.   To my knowledge, it's a large company in China

13:42:04  15   that produces aluminum, aluminum products.

13:42:08  16       Q.   And is CZW publicly listed on any stock exchange?

13:42:12  17       A.   Yes, it is.  It's trading on the Hong Kong Stock

13:42:15  18   Exchange.

13:42:15  19       Q.   And what does it mean for a company to be

13:42:18  20   publicly listed?

13:42:19  21       A.   So when you are publicly listed, if you and I

13:42:22  22   want to buy a share of that company, basically invest in

13:42:25  23   that company, we can go and buy a share in that company

13:42:29  24   through the Hong Kong Stock Exchange.

13:42:31  25       Q.   And can you describe for us, just stepping back a

13:42:36  1  little bit, what is stock?  What is a share of stock?

13:42:37  2      A.  Sure.  A share of stock is basically, you decide

13:42:40  3  to buy a company; for example, you might buy a share of

13:42:43  4  Apple, and if you own that share of Apple, you are now

13:42:46  5  an owner of that company.

13:42:47  6          So when you are buying a stock, you have a

13:42:50  7  right -- you become an owner of that company, and from

13:42:53  8  that, you're entitled to any profit that that company

13:42:56  9  might make.

13:42:58  10     Q.  Why does someone want to buy shares of stock?

13:43:01  11     A.  Well, I mean, you want to invest in companies,

13:43:04  12  possibly because you want to make money through

13:43:08  13  investments.  So you want to invest in a company to hope

13:43:11  14  that that company is going to appreciate in value over

13:43:14  15  time.

13:43:14  16     Q.  Dr. Voetmann, is there a process by which a

13:43:18  17  company becomes publicly listed?

13:43:20  18     A.  Yes.

13:43:20  19     Q.  What is that process?

13:43:22  20     A.  So a company goes through what's called an

13:43:25  21  initial public offering, an IPO process, where they take

13:43:28  22  the company public.

13:43:30  23     Q.  And what are the advantages of a company becoming

13:43:34  24  publicly listed?

13:43:35  25     A.  To me, the main advantage is really that you now

13:43:38  1  have access to capital.  So if you want to raise money,

13:43:41  2  you can think about it -- if you are a private company

13:43:44  3  and you want to raise money, you can go to the bank and

13:43:46  4  get a loan, or you can go to some private investors, or

13:43:50  5  you can go to the public market and list on an exchange,

13:43:53  6  and thereby, raise capital by offering shares or sharing

13:43:57  7  your ownership in that company to the public.

13:44:00  8       Q.   So when did China Zhongwang become publicly

13:44:02  9  listed on the Hong Kong Stock Exchange?

13:44:05  10       A.   May 8 of 2009.

13:44:07  11       Q.   Directing your attention, Dr. Voetmann,

13:44:11  12  Exhibit 130, that's already in evidence.

13:44:12  13            Do you recognize this as part of the 2009 annual

13:44:15  14  report for China Zhongwang?  Oh, I'm sorry.

13:44:26  15            Do you recognize that as a part of the 2009

13:44:29  16  annual report for China Zhongwang?

13:44:31  17       A.   I do.

13:44:31  18       Q.   Do you see in the highlighted portion, how much

13:44:34  19  cash China Zhongwang raised as a result of its IPO?

13:44:37  20       A.   I do.

13:44:38  21       Q.   And what is that?

13:44:39  22       A.   Through the process, they raised almost 10

13:44:42  23  billion Hong Kong dollars in the IPO.

13:44:45  24       Q.   Prior to an IPO, are there generally documents

13:44:48  25  that are disclosed to prospective investors?

13:44:52  1     A.  Yes.  So if you want to attract investors to

13:44:54  2  invest in your company, you would issue a number of

13:44:57  3  documents.  The primary document is called a prospectus.

13:45:00  4  You would issue this prospectus to prospective

13:45:05  5  investors.

13:45:05  6     Q.  Does a prospective investor rely on that

13:45:08  7  prospectus in making a decision as to whether to

13:45:11  8  participate in an IPO?

13:45:13  9              MR. RUYAK:  Objection.  Speculation.

13:45:14  10              THE COURT:  Overruled.

13:45:15  11              THE WITNESS:  It's a primary document that

13:45:17  12  the investor would look at, because it describes the

13:45:18  13  company, why they want to go to public.  So it's a

13:45:21  14  document that an investor would rely on to gain more

13:45:24  15  knowledge of the company before they decide whether to

13:45:26  16  invest or not.

13:45:27  17  BY MS. KUMAR:

13:45:28  18     Q.  Did CZW release a prospectus in advance of its

13:45:32  19  IPO?

13:45:33  20     A.  They did.

13:45:34  21     Q.  Have you reviewed it?

13:45:35  22     A.  I have.

13:45:36  23     Q.  Does the prospectus give insight into the

13:45:39  24  financial health of the company?

13:45:40  25     A.  It does.  It is a 400-page-long document.  In

13:45:43  1  those 400 pages, they go through in a lot of detail, the

13:45:47  2  historical financials and the financial health of the

13:45:51  3  company.  They go back at least three years to show how

13:45:53  4  well the company has performed historically.  And

13:45:57  5  through that process, they describe to potential

13:45:59  6  investors, you know, the financial health of the

13:46:02  7  company.  And that is one element of the prospectus.

13:46:05  8      Q.  And based on your experience, is this kind of

13:46:07  9  information relevant to a prospective investor?

13:46:10  10      A.  Yes.

13:46:11  11      Q.  Does the IPO prospectus discuss the corporate

13:46:16  12  structure of China Zhongwang?

13:46:17  13      A.  Yes.  In the 400-page document, they go into a

13:46:21  14  lot of detail about what's the ownership of the company

13:46:23  15  before the IPO, and then what's the ownership structure

13:46:26  16  of the company after the IPO.

13:46:28  17      Q.  Just briefly, prior to the IPO, who owned China

13:46:31  18  Zhongwang?

13:46:31  19      A.  I mean, the document clearly states that Mr. Liu,

13:46:34  20  the Liu family owns hundred percent of the company.

13:46:37  21      Q.  And after the IPO, how much of the company became

13:46:42  22  owned by public shareholders?

13:46:44  23      A.  In May of 2009, they offered to the public about

13:46:49  24  25 percent.  So about a quarter of the company was now

13:46:51  25  sold to the public, to investors like us.

13:46:53  1      Q.  And between 2009 and 2016, based on the documents

13:46:56  2  you've reviewed, what percentage of the shares did

13:46:59  3  Mr. Liu own of China Zhongwang?

13:47:00  4      A.  So he owned -- the family owned 75 --

13:47:03  5  approximately 75 percent until the end of 2013.  So in

13:47:09  6  2013, they added more shares to the public.  They did

13:47:16  7  another open offer to the public, where public investors

13:47:19  8  could buy more shares, and they bought another almost

13:47:24  9  25 percent at that time.  So another 15 percent went

13:47:30  10  public.  So he owned -- after that 2013 offer, his

13:47:32  11  ownership went from 75 to 58.

13:47:36  12      Q.  He was the majority shareholder between 2009 and

13:47:40  13  2016?

13:47:40  14      A.  Yes.

13:47:41  15      Q.  And, Dr. Voetmann, just simply, if a stock does

13:47:44  16  well, who benefits?  Who stands to benefit?

13:47:46  17      A.  I mean, if we owned the company, the owners of

13:47:49  18  the company stand to benefit.  Because we own the

13:47:52  19  company.  So anyone who invested in that company gets

13:47:55  20  benefit.

13:47:56  21      Q.  And that would include the controlling

13:47:59  22  shareholder?

13:47:59  23      A.  Yes, of course.

13:48:01  24      Q.  In the prospectus, did you read about a $200

13:48:03  25  million loan from an entity called Scuderia Capital?

13:48:06  1    A.   Yes, that was mentioned as part of those

13:48:09  2  400 pages.

13:48:09  3    Q.   Based on your experience in finance, what could

13:48:12  4  be the advantages to a company like China Zhongwang, in

13:48:15  5  disclosing the existence of such a loan?

13:48:18  6    A.   Well, to me, reading that prospectus as a

13:48:22  7  potential investor and I see that they have a

13:48:25  8  relationship with a bank, a U.S. bank, U.S. entity, that

13:48:29  9  tells me that they are able to secure a loan, or the

13:48:31  10  bank at least have looked at them and looked at their

13:48:34  11  credibility, looked at their ability to pay back that

13:48:36  12  loan.  So as an investor, that's a good thing for me to

13:48:39  13  look at.

13:48:40  14    Q.   So the IPO goes forward, as we discussed, in May

13:48:44  15  of 2009.  After that time, do you know about how much --

13:48:48  16  could you remind us how much of the company was

13:48:51  17  purchased by public shareholders?

13:48:53  18    A.   25 percent, approximately, is owned by the

13:48:56  19  public.

13:48:56  20    Q.   And were there investors in the United States

13:48:58  21  that owned stock during that time?

13:49:00  22    A.   Yes.

13:49:00  23    Q.   And what kind of investors were they?

13:49:03  24    A.   So for the most part, when you look at the

13:49:05  25  ownership structure, who reported that they owned

13:49:09  1    shares, these are large financial institutions in the

13:49:11  2    U.S. that owned shares in China Zhongwang.

13:49:14  3         Q.   And who did those large institution hold money on

13:49:17  4    behalf of?

13:49:18  5         A.   For example, Vanguard, which is a big mutual fund

13:49:22  6    complex in the U.S., where I have my own money invested

13:49:25  7    in Vanguard.  So they sell mutual funds to investors in

13:49:28  8    the retirement plans, and so they hold a fair amount of

13:49:32  9    shares in China Zhongwang.  So investors who own

13:49:35  10   retirement -- have retirement funds in Vanguard, who

13:49:38  11   happened to have that mutual fund that bought that

13:49:41  12   company, that China Zhongwang, would then, therefore, be

13:49:44  13   an owner of China Zhongwang.

13:49:45  14        Q.   So when we step back a little bit, when an

13:49:49  15   investor is trying to decide whether to invest or remain

13:49:53  16   invested in a company, what kind of information does an

13:49:56  17   investor look to?

13:49:57  18        A.   Well -- so can you repeat the question.

13:50:00  19        Q.   Sure.  When an investor is trying to decide

13:50:02  20   whether to become invested or stay invested, what kind

13:50:05  21   of information is the investor looking for generally?

13:50:08  22        A.   Well, generally, you would look at financial

13:50:10  23   reports coming out of the company, to understand the

13:50:12  24   financial health of the company.  So, you know, what's

13:50:15  25   their revenues?  What are their customers?  How many

13:50:18  1   products are they developing and the like?

13:50:21  2       Q.  And is the existence of a market for a company's

13:50:24  3   product, is that relevant?

13:50:26  4       A.  Of course.  So if you're developing new products,

13:50:28  5   you want to understand, of course, is there a market for

13:50:31  6   that product.  And that would help you understand

13:50:33  7   whether you want to invest in that company.

13:50:35  8       Q.  Do current -- do investors rely on communications

13:50:39  9   from companies, such as China Zhongwang, when

13:50:42 10   determining whether to invest or remain invested?

13:50:45 11       A.  Yes.  I mean, the only real available information

13:50:47 12   to invest is information published by the company.  So

13:50:53 13   if you already bought a company and you want to decide

13:50:54 14   to stay an owner of the company, you would read those

13:50:57 15   financial statements.  So they would rely on those

13:51:00 16   documents in my experience.

13:51:01 17       Q.  And based on the documents you've reviewed in

13:51:04 18   advance of your testimony today, what kind of documents

13:51:06 19   did China Zhongwang release every year?

13:51:10 20       A.  So every year, they release an annual report,

13:51:13 21   just like a company in the U.S. would.  You would issue

13:51:16 22   a report that talks about how well you did in the prior

13:51:19 23   year.  You would explain that the revenues and the

13:51:22 24   financial health of the company and what you did during

13:51:26 25   that year.  And China Zhongwang issued each year, a

13:51:29  1   report that was more than a hundred-page long.  They

13:51:32  2   went into a lot of details about the company.

13:51:34  3       Q.   Did those reports include some of the

13:51:36  4   consolidated financial statements?

13:51:38  5       A.   Yes, that's part of an annual report.  You would

13:51:40  6   have the financial statements included in those reports.

13:51:43  7       Q.   And based on your review of these documents, were

13:51:47  8   the financial statements audited generally?

13:51:50  9       A.   They were all audited by the auditor of the

13:51:53 10   company.

13:51:53 11       Q.   And based on your experience in finance, what is

13:51:57 12   the role of an auditor?

13:51:58 13       A.   My experience is an auditor will come in to

13:52:03 14   examine the company and the financial health of the

13:52:06 15   company.  They will test, based on given guidelines in

13:52:09 16   the auditing community, they will test the company's

13:52:11 17   financial health and examine the books and records of

13:52:15 18   the company before they issue an audit opinion.

13:52:20 19       Q.   Okay.  I'm going to turn your attention -- sorry.

13:52:54 20           Dr. Voetmann, I'm going to direct your attention

13:52:56 21   to Exhibit 137, page 86, if it will --

13:53:04 22           Do you see that page in front of you?

13:53:05 23       A.   Very small print.

13:53:07 24       Q.   I will enlarge it.  This is from -- we can go

13:53:10 25   back to page 1.

13:53:15  1          This is the 2016 annual report.  Do you recall

13:53:18  2   reading that?

13:53:18  3      A.   Yes.

13:53:19  4      Q.   And now turning your attention to page 86 of

13:53:24  5   Exhibit 137, do you see the portion entitled

13:53:29  6   "Responsibilities of the Directors For the Consolidated

13:53:32  7   Financial Statements"?

13:53:33  8      A.   I do.

13:53:33  9      Q.   Dr. Voetmann, based on what I've highlighted,

13:53:38  10  who's responsible for the preparation of the financial

13:53:40  11  statements?

13:53:41  12     A.   I mean, the company, the people that runs the

13:53:44  13  company are responsible for prepare the financial

13:53:48  14  statements, not the auditor.

13:53:49  15     Q.   And turning back to that page, if we look at the

13:54:04  16  bottom, do you see where it says "Auditor's

13:54:07  17  responsibilities"?

13:54:07  18     A.   I do.

13:54:08  19     Q.   And direct your attention to that first bullet at

13:54:11  20  the bottom, could you just -- without reading word for

13:54:16  21  word, could you just generally describe the sentence

13:54:19  22  I've highlighted.

13:54:20  23     A.   Yes.  So you can read it on the screen, but the

13:54:24  24  auditor's responsibility is not necessarily to detect

13:54:27  25  misstatements or problems with the company, but examine

13:54:29  1   the paper -- or the information that was given to them,

13:54:32  2   to see if that meet the standard in the auditing

13:54:35  3   community for what they are examining.

13:54:37  4       So they are relying entirely, in my experience,

13:54:41  5   on the information that is provided to them, when they

13:54:43  6   just do their audits.  That is my experience.

13:54:46  7   Q.  And it states here that the risk of not detecting

13:54:49  8   a misstatement from fraud is actually higher than

13:54:52  9   mistakes; is that right?

13:54:54  10  A.  Again, you are relying entirely on what the

13:54:57  11  company is actually giving you to examine.  So they

13:54:59  12  might then defer to the examination as they look at

13:55:02  13  those documents, but the primary purpose is to look at

13:55:06  14  the material given to them by the company.

13:55:09  15       MR. RUYAK:  Your Honor, defendants have an

13:55:12  16  objection that will seriously affect this witness's

13:55:33  17  testimony.

13:55:34  18       THE COURT:  Why don't you talk with each

13:55:36  19  other.  We don't have bench conferences, Counsel.  Why

13:55:39  20  don't you talk with each other.

13:56:19  21       (ATTORNEYS CONFER.)

13:56:19  22       MR. RUYAK:  Your Honor, we will have to take

13:56:21  23  it up at the break.  We have something that we can't

13:56:24  24  resolve.

13:56:25  25       THE COURT:  Can you avoid that topic until

13:56:27  1    the break, Counsel.

13:56:29  2                    MS. KUMAR:  I don't believe so, Your Honor.

13:56:31  3                    THE COURT:  Ladies and gentlemen, I'm going

13:56:32  4    to ask you to step outside in the hallway, not to go

13:56:35  5    anywhere, just for a few minutes.

13:57:20  6                    (JURY EXITS THE COURTROOM.)

13:57:20  7                    THE COURT:  The record will reflect that the

13:57:21  8    jurors have left the courtroom.

          9                    You can have seats.

          10                   Counsel?

13:57:24  11                   MS. KUMAR:  I think Dr. Voetmann should be

13:57:26  12   excused, probably, for a moment.

13:57:27  13                   THE COURT:  The witness?

13:57:29  14                   MS. KUMAR:  Yes, Your Honor.

13:57:30  15                   THE COURT:  You may step outside also.

13:57:37  16                   THE WITNESS:  Okay.

13:57:40  17                   THE COURT:  The record will reflect that the

13:57:49  18   witness left the courtroom.

13:57:52  19                   Counsel.

13:57:52  20                   MR. RUYAK:  I apologize for this

13:57:54  21   interruption.  This was a complete surprise to us.  But

13:57:57  22   this witness now got on the stand as an expert in this

13:57:59  23   case.  He is going to testify that shareholders were

13:58:03  24   affected by misrepresentations, and he just testified

13:58:05  25   that Vanguard is one of those and he is a shareholder --

13:58:09    1    he has his money in Vanguard.  We think that is a clear

13:58:12    2    conflict of interest, and I don't think that's something

13:58:15    3    I can handle on cross-examination.

13:58:17    4                THE COURT:  Correct me -- so what you would

13:58:22    5    like to discuss is whether or not he can testify as to

13:58:24    6    whether or not people were affected, because he was

13:58:28    7    affected?

13:58:28    8                MR. RUYAK:  That's right, Your Honor.  He's

13:58:29    9    saying that he -- and we didn't know this.  I mean, it

13:58:30   10    wasn't in any disclosure.  I don't think the Government

13:58:33   11    knew it either.

13:58:33   12                THE COURT:  Okay.

13:58:34   13                MR. RUYAK:  But she asked about Vanguard.

13:58:38   14    He said Vanguard is an investor.  I have my money in

13:58:40   15    Vanguard.  Now, he is going to testify that Vanguard was

13:58:43   16    affected.

13:58:43   17                THE COURT:  Okay.  Now I understand what the

13:58:45   18    issue is.  Are you saying that there is some rule that

13:58:49   19    somebody who has money in an organization can't testify

13:58:52   20    as to that organization?

13:58:54   21                MR. RUYAK:  No, he can't -- it's a conflict

13:58:59   22    of interest for him to say -- since he is going to be

13:59:01   23    affected by what his testimony is.

13:59:03   24                THE COURT:  That very well may be a bias to

13:59:05   25    him.  I'm assuming that would be covered in

13:59:06  1   cross-examination.  But you're saying that he shouldn't

13:59:08  2   be able to testify at all?

13:59:09  3          MR. RUYAK:  Not as to effect on

13:59:11  4   shareholders, I don't think.  He can testify about other

13:59:14  5   things they've got here.  But when he gets to the part

13:59:17  6   where he's got these diagrams of how much the

13:59:19  7   shareholders were harmed, I don't think he can testify

13:59:22  8   to that.

13:59:22  9          THE COURT:  I don't know what authority he

13:59:23  10  has -- you have to give me some authority as to that he

13:59:27  11  couldn't testify to that.

13:59:27  12         MR. RUYAK:  It affects him.

13:59:29  13         THE COURT:  I could definitely see where he

13:59:31  14  may be biased and in conflict.  And that could be

13:59:34  15  covered in cross-examination.

13:59:36  16         But is there something that says that he

13:59:36  17  can't testify if he is -- has an interest in the

13:59:39  18  company?

13:59:39  19         MR. RUYAK:  I think if you're an expert

20  witness you're supposed to be unbiased and give an

13:59:45  21  unbiased opinion to the jury, based upon the facts of

13:59:46  22  the case and your expertise, not on your personal

13:59:47  23  investment in the case.

13:59:49  24         THE COURT:  You may find that an expert is

13:59:51  25  biased during the testimony, and that's what

13:59:54  1    cross-examination is all about.  How can you believe an

13:59:57  2    expert if he's already got a share in that or he's

13:59:59  3    biased.  Obviously, that would affect his ability to

14:00:01  4    testify.  I would think that would come in during

14:00:03  5    cross-examination.

14:00:03  6              I don't know of any law that says you cannot

14:00:06  7    call a witness to testify, who has some interest in the

14:00:09  8    expertise that he is testifying to.

14:00:12  9              Counsel, do you want to be heard on this?

14:00:14  10             MS. KUMAR:  I completely agree with the

14:00:16  11   Court, Your Honor.  I don't think -- I'll just let the

14:00:18  12   --

14:00:18  13             THE COURT:  That's a cop-out.

14:00:21  14             MR. RUYAK:  Just for the record, we are

14:00:23  15   talking about an expert witness here.  He is not a fact

14:00:25  16   witness.  He's an expert witness.  He is coming to

14:00:29  17   testify that the shareholders in this company, China

14:00:32  18   Zhongwang, were affected dramatically by what he calls

14:00:34  19   misrepresentation.  He identified Vanguard as one of the

14:00:38  20   few investors in that company in the U.S., and he has

14:00:41  21   his money in Vanguard.  So I have real serious problems

14:00:48  22   with it.  He should have disqualified himself in this

14:00:50  23   case, if that were the case.

14:00:52  24             THE COURT:  I'm not going to disqualify him,

14:00:53  25   Counsel, and I'm going to overrule the objection.  The

14:00:54   1   Court is going to make a finding that he is opening

14:00:56   2   himself up for impeachment.  There's no question about

14:00:58   3   it.  That can be done at cross-examination.  I don't

14:00:59   4   know of any law that says he can't testify or that he be

14:01:03   5   automatically excluded from testifying.  I just -- if

14:01:06   6   you have any authority on that, let me know.  But I've

14:01:08   7   never seen authority on that.

14:01:10   8            MS. POTASHNER:  And, Your Honor, just for

14:01:11   9   the record, we would join in the objection.  The one

14:01:13   10  thing that I would say is the difference between an

14:01:14   11  expert witness and a percipient witness is the expert

14:01:17   12  witness will be relying on and providing information

14:01:20   13  that's far outside his percipient knowledge.  Because

14:01:24   14  experts can rely on hearsay and so on and so forth.

14:01:29   15            And so I don't think, while a percipient

14:01:30   16  witness may or may not be biased and that's subject to

14:01:34   17  cross-examination, I think the expert falls under a

14:01:36   18  different camp for that reason.  I do not have

14:01:38   19  authority, because this just came up now.

14:01:41   20            THE COURT:  But you also understand that an

14:01:43   21  expert can testify -- a witness can testify as an expert

14:01:45   22  witness and as a percipient witness.  There is no

14:01:48   23  question.  But you have to make the distinction as to

14:01:52   24  what you are testifying to as an expert witness, what

14:01:55   25  you are testifying to as a percipient witness, and that

14:01:58  1  has to be handled by the attorneys in the case, as to

14:02:02  2  what areas they are testifying to.

14:02:04  3          MS. KUMAR:  His testimony is clearly expert

14:02:07  4  testimony.

14:02:08  5          THE COURT:  Well, it may or it may not be.

14:02:09  6  They are going to be cross-examining on that issue.

14:02:11  7          MS. KUMAR:  Yeah, and they are welcome to do

14:02:14  8  so.

14:02:14  9          THE COURT:  Let's bring the jury back in.

14:02:43  10          I will say for the record, remember, expert

14:02:46  11  testimony should be as to hypotheticals, unless they are

14:02:47  12  testifying as a percipient witness.

           13              (JURY ENTERS THE COURTROOM.)

14:04:08  14          THE COURT:  The record will reflect the

14:04:09  15  jurors are returning -- you may have seats.

14:04:12  16          Counsel and ladies and gentlemen, this

14:04:13  17  witness is testifying as an expert witness.  Expert

14:04:16  18  testimony only can be done through hypotheticals, so

14:04:19  19  there should not be specific questions as to what

14:04:22  20  happened in this particular case.  It's a hypothetical

14:04:25  21  that's given to the expert, the expert testifies to the

14:04:28  22  hypothetical, and then it is up to the Government or to

14:04:30  23  the defense to prove the foundation of that

14:04:34  24  hypothetical, whether or not it exists in this case or

14:04:37  25  not.

14:04:40  1          But this witness or any expert should not be

14:04:43  2   testifying as to what's happening in this particular

14:04:45  3   case, unless they are a percipient witness.

          4          Go ahead, Counsel.

14:04:49  5          MS. KUMAR:  Thank you, Your Honor.

          6   BY MS. KUMAR:

14:04:50  7   Q.  Dr. Voetmann, we were talking about China

14:04:51  8   Zhongwang's annual reports.  I would like to direct your

14:04:53  9   attention to page 8 of the 2009 annual report.  This is

14:05:02  10   a financial highlights page.

14:05:03  11          The first line item here is revenue.  Could you

14:05:05  12   just briefly describe what revenue is.

14:05:08  13   A.  Sure.  So revenue is the money that the company

14:05:13  14   is making when they are selling products to buyers of

14:05:17  15   their products.  For example, if you are running a small

14:05:19  16   coffee shop down the street, and you are selling a cup

14:05:22  17   of coffee to a customer, the money you take in from that

14:05:26  18   coffee, that's revenue that you book.

14:05:27  19   Q.  And the next line item is gross profit.  What's

14:05:31  20   that?

14:05:31  21   A.  Gross profit in my example of the coffee shop,

14:05:34  22   you have to pay for the beans before you make the

14:05:37  23   coffee.  So there are some expenses involved from making

14:05:39  24   the product.  So when you net out the expenses, you have

14:05:43  25   profit.

14:05:43  1      Q.   Is the revenue of a company relevant to an

14:05:46  2  investor?

14:05:46  3      A.   Yes.

14:05:47  4      Q.   And why is that?

14:05:48  5      A.   There's a number of reasons why it is relevant.

14:05:51  6  First of all, again, it shows investors the company's

14:05:57  7  ability to sell its products and generate revenue.  So

14:06:01  8  you have an idea of the kind of revenue that it can

14:06:03  9  produce from the sale of their products.  And so you can

14:06:06  10  study their historical revenues to help an investor

14:06:10  11  decide what they think they're going to do going forward

14:06:13  12  as well.  So it's a forward-looking estimate.  It's

14:06:15  13  helpful to look at the past.

14:06:17  14      Q.   And so there are two years listed on this

14:06:20  15  financial highlights page.  Can you tell us why you

14:06:23  16  think that is.

14:06:23  17      A.   But it's common in -- you know, all those years

14:06:24  18  I've taught financing, we studied financial reports,

14:06:27  19  annual reports.  And it's common that you look at two

14:06:30  20  years of data, and you compare how you did this year to

14:06:32  21  how you did the year before.

14:06:35  22          In the annual reports that I read, they also had

14:06:39  23  five years of data in -- for the backing reports.  But

14:06:42  24  here, in the highlights, you are comparing how you did

14:06:45  25  this year to the prior year.

14:06:46  1    Q.  Is that so investors can get a sense of where

14:06:50  2  that company may be headed?

14:06:51  3    A.  Well, it's really so the investor can see how

14:06:54  4  well did we do this year, compared to last year.  That's

14:06:58  5  what this highlights, did we do better than we did last

14:07:01  6  year.  That's what I see here on this highlight page.

14:07:04  7    Q.  Dr. Voetmann, what is a subsidiary?

14:07:08  8    A.  Subsidiary is, if you own another company that

14:07:12  9  provides, for example, the products that you're selling

14:07:16 10  or inputs to the products that you're selling, if you

14:07:18 11  own that company as a parent company, that's a

14:07:21 12  subsidiary.

14:07:22 13    Q.  And what's a consolidated financial statement?

14:07:27 14    A.  So if I'm an owner of a business that has a

14:07:30 15  subsidiary -- in my coffee shop example, if I have a

14:07:34 16  coffee shop, but I also have a bakery at the same time

14:07:37 17  and I own both, and I rely on the bakery to produce

14:07:42 18  scones and bagels and so on that I sell in my coffee

14:07:45 19  shop, when I report financials, I consolidate how well I

14:07:50 20  do based on the two entities together.  So I consolidate

14:07:53 21  the financials of those two entities.

14:07:56 22    Q.  And what kind of financial statements did CZW

14:07:58 23  have?

14:07:58 24    A.  They had annual financial statements that they

14:08:00 25  consolidated on all their subsidiaries that they

14:08:02  1   reported they had.

14:08:03  2       Q.  What, if any, impact does the sale from a parent

14:08:06  3   to a subsidiary have on the parent company's financials

14:08:09  4   if they are consolidated?

14:08:10  5       A.  So if we are talking about a subsidiary, if I can

14:08:14  6   give the example of my coffee shop, if I send a muffin

14:08:18  7   from the bakery up to the coffee shop to be sold, let's

14:08:24  8   say it cost $5, you know, I record the sales when the

14:08:27  9   customer comes into the coffee shop to buy the muffin.

14:08:30  10  I don't record a sale, as well, when it's transferred

14:08:33  11  from the subsidiary to the parent.  That would be almost

14:08:37  12  double counting.  So in consolidated financials, you

14:08:41  13  eliminate that transfer of the product from the

14:08:45  14  subsidiary to the parent.

14:08:45  15      Q.  Dr. Voetmann, are you familiar with the term

14:08:48  16  "arm's length transaction"?

14:08:49  17      A.  Yes.

14:08:49  18      Q.  What is it?

14:08:50  19      A.  Basically, you have a willing buyer and a willing

14:08:53  20  seller that are trading on a given product, and they

14:08:59  21  under no compulsion to enter that trade.  So they reach

14:09:02  22  a price that they can agree on in transacting on buying

14:09:05  23  or selling that product.

14:09:05  24      Q.  What is the relevance to an investor of an arm's

14:09:09  25  length transaction?

14:09:10   1      A.   You want to know, of course, if you bought a

14:09:12   2   share -- again, if you bought a share -- another

14:09:16   3   analogy, if you bought a share in Apple, you want to

14:09:19   4   make sure they get a fair price for their iPhones, and

           5   did they actually sell those in an arm's length

14:09:27   6   transaction to buyers -- consumers.

14:09:27   7      Q.   What can an arm's length transaction tell the

14:09:30   8   investor about the market that a company is selling

14:09:33   9   into?

14:09:33  10      A.   Well, if you are -- if you can establish and

14:09:37  11   disclose to investors that you are trading with arm's

14:09:39  12   length transactions, then it tells you that when I

14:09:43  13   bought the -- in my analogy with the coffee shop, the

14:09:47  14   muffin from you or from some other coffee shop, I'm

14:09:51  15   paying approximately the same price.  So it tells us

14:09:53  16   something about what is the market -- what's the price

14:09:54  17   that's cleared in the market space for the product.

14:09:59  18      Q.   And would a reasonable investor want to know if

14:10:02  19   the sale of a product was non-arm's length?

14:10:03  20      A.   Absolutely.  If I am dealing with -- if I'm

14:10:07  21   buying products at too high a price, for example, what

14:10:11  22   does that do to my company.  If I pay too little, what

14:10:14  23   does that do.  So you'd want to have some information,

14:10:16  24   if I'm the owner of the company, of a transaction done

14:10:18  25   at arm's length.

14:10:19  1    Q.  And what if the buyer was only buying the product

14:10:22  2  because the sellar controlled the buyer and the sellar

14:10:25  3  directed the buyer to buy the product, would a

14:10:27  4  reasonable investor want to know that?

14:10:29  5    A.  Of course.  Yes.

14:10:30  6    Q.  Why is that?

14:10:31  7    A.  Again, so if I have control over an entity that

14:10:36  8  I'm buying from, then I, you know -- if the company can

14:10:41  9  dictate the pricing of that entity's products, you know,

14:10:45  10  then that is information I want to know as an investor,

14:10:48  11  because they might dictate prices that are to the best

14:10:51  12  interest of that other entity.  They might be charging

14:10:53  13  too high a price.  They might be charging too low a

14:10:56  14  price.  So more information about the transaction that

14:11:00  15  these entities are entering into is helpful to an

14:11:05  16  investor.

14:11:05  17    Q.  What kind of impact could that kind of sale have

14:11:10  18  on an investor's perception of the market for the

14:11:11  19  company's product?

14:11:11  20    A.  If you were just creating trades with an entity

14:11:14  21  that you control, you might be creating a false

14:11:16  22  impression of what the true demand is for that product.

14:11:19  23  Because you're just entering into transactions with that

14:11:21  24  entity.  And so you have to have more information to

14:11:25  25  establish whether there is actually a need for the

14:11:27   1   product or not, or whether you're just creating a false

14:11:30   2   impression of the demand of the product.

14:11:32   3       Q.   What if the sellar was providing the money to the

14:11:35   4   buyer to purchase the product, would that be something

14:11:39   5   an investor would want to know?

14:11:41   6       A.   Yes, that's obviously -- if I was looking at the

14:11:44   7   company, thinking I want to invest in the company, I

14:11:47   8   would want to know how they spend their money.  And if

14:11:50   9   they're actually handing money to the entity that they

14:11:51  10   are going to sell products to and they're going to send

14:11:54  11   the money back to you, you know, it's just a round-trip

14:11:57  12   transaction effectively.  Money let go from the left

14:12:00  13   pocket to the right pocket.

14:12:01  14       Q.   Have you reviewed the revenue as reported by

14:12:04  15   China Zhongwang between 2009 and 2016?

14:12:07  16       A.   I have.

14:12:07  17       Q.   Did you prepare a chart showing those numbers?

14:12:10  18       A.   Yes.  I summarized the revenues for each year

14:12:14  19   from 2009 to 2016.

14:12:17  20           MS. KUMAR:  Showing just the witness,

14:12:18  21   please, Your Honor, Exhibit 8.

          22   BY MS. KUMAR:

14:12:26  23       Q.   Dr. Voetmann, does Exhibit 8, which is a

14:12:28  24   four-page document, does the first page look familiar to

14:12:31  25   you?

14:12:31  1      A.   Yes.

14:12:31  2      Q.   Just generally, what does it show?

14:12:33  3      A.   So in all these annual reports, I just pulled out

14:12:36  4  the revenue that they reported to the public for each

14:12:40  5  year.  So this shows the revenue of each year from 2009

14:12:45  6  to 2016.

14:12:47  7           MS. KUMAR:  Your Honor, the Government moves

14:12:49  8  to admit Exhibit 8 into evidence.

14:12:50  9           THE COURT:  It will be received.

14:12:51 10           (Exhibit 8 is received.)

14:12:52 11  BY MS. KUMAR:

14:12:53 12      Q.   Dr. Voetmann, do you see that chart up on the

14:12:55 13  screen in front of you?

14:12:56 14      A.   I do.

14:12:57 15      Q.   Could you just describe for us what it shows and

14:13:00 16  what the different colors represent.

14:13:02 17      A.   Sure.  If you start on the left side, in 2009,

14:13:06 18  that tall blue bar there, shows from the annual report

14:13:09 19  that they reported that they sold 13.8 billion worth of

14:13:21 20  RMB products in 2009.

14:13:22 21      Q.   In 2010, what does this red show?

14:13:25 22      A.   If you look at 2010, the blue line there shows

14:13:28 23  that they reported a sale of 10 billion -- 10.5 billion.

14:13:32 24  So the red shows you how much it declined.  So it's just

14:13:35 25  showing you that from 2009 to 2010, their revenue, as

14:13:39  1   reported in the annual report to investors, fell by

14:13:42  2   24 percent.

14:13:44  3        Q.   Just to go over this briefly, it goes down again

14:13:47  4   in 2011; is that right?

14:13:49  5        A.   That's correct.

14:13:49  6        Q.   And then it goes up from 2011 to 2016; is that

14:13:55  7   right?

14:13:55  8        A.   So the green part of the bars you see from 2012

14:13:58  9   forward is how much it increased as a percentage each

14:14:01  10  year, up until '16.

14:14:03  11       Q.   So the change in revenue year to year, is that

14:14:07  12  something that's relevant to investors?

14:14:09  13       A.   Yeah.  Absolutely.  I mean, if you think about

14:14:10  14  it, they went public in 2009.  And if you invested in

14:14:14  15  2009, you realize or you may not have realized, the year

14:14:17  16  after, they lost a lot of money.  They lost $3 billion.

14:14:22  17  So that's something you would want to know.  Why did

14:14:23  18  they lose that kind of money.

14:14:25  19            So knowing the trend of revenues over time is

14:14:28  20  something an investor would look at and study.

14:14:31  21       Q.   Dr. Voetmann, if these revenue numbers, as

14:14:33  22  reported by China Zhongwang, were inaccurate, would that

14:14:37  23  be relevant to investors?

14:14:39  24       A.   Of course.  I mean, I cannot rely on my analysis.

14:14:42  25       Q.   And if these figures in, let's say, a given year

14:14:44   1   included 200 million USD in non-arm's length

14:14:48   2   transactions, is that something that could influence an

14:14:51   3   investor?

14:14:53   4            THE COURT:  Counsel, you are going to have

14:14:54   5   to re-ask the question.  It has to be asked as a

14:14:56   6   hypothetical, not specifically as to this case.

14:15:00   7            MS. KUMAR:  Sure, Your Honor.

           8   BY MS. KUMAR:

14:15:00   9     Q.  If revenue figures included in a single year of

14:15:03  10   any company, $200 million in non-arm's length

14:15:07  11   transactions, is that something that a reasonable

14:15:09  12   investor would want to know?

14:15:11  13     A.  I would want to know the information around that

14:15:13  14   transaction and that amount.

14:15:15  15     Q.  And if the revenue figures for a company included

14:15:17  16   in a single year, $200 million in sales that only

14:15:21  17   occurred because the buyer directed the purchases be

14:15:25  18   made, is that something an investor would want to know?

14:15:29  19     A.  Yes.  I would want to know why they are directing

14:15:31  20   that transaction and who they are directing to and how

14:15:35  21   that trade occurred.

14:15:36  22     Q.  And if in a given year, the revenue figures

14:15:40  23   included about $200 million in purchases that were paid

14:15:44  24   for by the seller, is that something an investor would

14:15:48  25   want to know?

14:15:48  1    A.   That is the example I gave earlier, you are

14:15:50  2    taking money from your left pocket and giving it to the

14:15:54  3    right pocket.  So how did that trade occur.  Again, more

14:15:57  4    information is beneficial to an investor.  So they would

14:15:59  5    want to know all that information.

14:16:00  6    Q.   So you mentioned earlier that there was a decline

14:16:02  7    from 2009 to 2010 and then '11 in China Zhongwang's

14:16:07  8    annual revenue.  Did the annual reports explain the

14:16:10  9    reason for that decline?

14:16:12  10   A.   Yes, it did.

14:16:12  11   Q.   What was the reason?

14:16:14  12   A.   They explained at length the

14:16:17  13   antidumping/countervailing duties problems that they

14:16:20  14   were facing in the U.S., as one of the primary reasons

14:16:23  15   for the decline.

14:16:24  16   Q.   And what did that impact in their revenue?

14:16:27  17   A.   It would have impacted all their trades with the

14:16:29  18   U.S.

14:16:30  19   Q.   Did China Zhongwang report on an annual basis,

14:16:34  20   the amount of its revenue generated from the United

14:16:36  21   States?

14:16:37  22   A.   It did.

14:16:37  23   Q.   What is segment data, Dr. Voetmann?

14:16:41  24   A.   So I just showed you the revenue for the whole

14:16:44  25   company, but in the annual report, you typically break

14:16:47  1   out what we call segment data.  So you break down that

14:16:50  2   revenue by region; for example, North America, Europe,

14:16:59  3   Asia Pacific, or you might break down that segment data,

14:17:00  4   the revenue by type of product that you are selling, and

14:17:01  5   you'll report that to investors.

14:17:03  6      Q.  Why is something like that relevant to investors?

14:17:06  7      A.  It is very relevant, because if you think about a

14:17:09  8   company that may have just one unique product and a lot

14:17:12  9   of other existing products, and so knowing what's

14:17:14  10  happening with that new product, it can help you

14:17:17  11  understand the growth potential of that company.  So

14:17:22  12  breaking it down by either product or if you think the

14:17:24  13  market is developing in Europe instead of the U.S., how

14:17:28  14  are they penetrating Europe and what is the sale there,

14:17:31  15  it is relevant to the investor.

14:17:32  16     Q.  And you testified earlier, but just to be clear,

14:17:35  17  China Zhongwang did report on the amount of the revenue

14:17:37  18  it derived from the United States; is that right?

14:17:39  19     A.  Yes, they did.

14:17:42  20     Q.  Did there come a time, based on your review of

14:17:46  21  the annual reports, that the revenue from the United

14:17:50  22  States, after its decline, increased?

14:17:53  23     A.  Yes.

14:17:54  24     Q.  And based on your review of the annual reports,

14:17:57  25  what was the driving force behind that increase?

| | | |
|---|---|---|
| 14:17:59 | 1 | MR. RUYAK:  Objection, Your Honor. |
| 14:18:01 | 2 | THE COURT:  Sustained. |
| 14:18:02 | 3 | THE WITNESS:  Same as before. |
| 14:18:03 | 4 | THE COURT:  No, no.  That means if it's |
| 14:18:04 | 5 | sustained, you don't answer. |
| 14:18:06 | 6 | THE WITNESS:  Sorry. |
| 14:18:07 | 7 | THE COURT:  Keep in mind, it has to be |
| 14:18:09 | 8 | couched in terms of hypotheticals, Counsel. |
| 14:18:11 | 9 | MS. KUMAR:  Yes, Your Honor. |
| 14:18:12 | 10 | BY MS. KUMAR: |
| 14:18:12 | 11 | Q.  You talked about segment data with regard to |
| 14:18:17 | 12 | geography and also for product diversification.  Did |
| 14:18:19 | 13 | China Zhongwang report on the product diversification or |
| 14:18:23 | 14 | product segment data? |
| 14:18:25 | 15 | A.  They did. |
| 14:18:26 | 16 | Q.  I'm going to turn your attention to Exhibit 133, |
| 14:18:36 | 17 | page 32, which is -- which is in evidence. |
| 14:18:40 | 18 | THE COURT:  Okay. |
| 14:18:41 | 19 | BY MS. KUMAR: |
| 14:18:46 | 20 | Q.  First, let me just show you the first page, |
| 14:18:49 | 21 | Dr. Voetmann. |
| 14:18:50 | 22 | THE COURT:  Is it on your screen? |
| 14:18:54 | 23 | I'm looking at the juror raising their hand. |
| 14:18:55 | 24 | THE CLERK:  You need a pen? |
| 14:18:58 | 25 | THE JUROR:  Yes. |

14:19:05   1                    THE COURT:  Everybody have a pen now?  Okay.

14:19:08   2   BY MS. KUMAR:

14:19:09   3       Q.   This is the 2012 annual report; is that right,

14:19:11   4   Dr. Voetmann?

14:19:12   5       A.   Yes.

14:19:13   6       Q.   So if I turn to page 32 of the annual report, do

14:19:23   7   you see reporting on the degree to which the exports to

14:19:28   8   the United States increased?

14:19:30   9       A.   I do.

14:19:30   10      Q.   Would the degree of increase in revenue from a

14:19:34   11   particular segment, is that something that would be

14:19:36   12   relevant to an investor?

14:19:38   13                    MR. RUYAK:  Objection, Your Honor.  Still --

14:19:40   14                    THE COURT:  Not in this particular

14:19:42   15   situation.  But in general, would it be -- overruled.

14:19:44   16   As to a hypothetical, would it be.

14:19:46   17                    THE WITNESS:  I mean, hypothetically, if you

14:19:48   18   want to understand how a company is doing in a certain

14:19:52   19   market.  So a description of how well you are doing in,

14:19:55   20   for example, the U.S. or Europe, it is relevant to the

14:19:58   21   investor as they are trying to research the company and

14:20:00   22   understand the company's trades and revenues.

14:20:03   23   BY MS. KUMAR:

14:20:03   24      Q.   And would the demand for the products in these

14:20:06   25   various segments be relevant to an investor?

14:20:09  1      A.   Yes.   Because when you think about investing in a

14:20:11  2   company, you are thinking about where they are going to

14:20:14  3   generate the next profit from and the next revenue from.

14:20:17  4   So understanding their market that they are penetrating

14:20:20  5   or where they're entering into is important.   So yes,

14:20:24  6   that's relevant.

14:20:25  7      Q.   And if, in fact, there was no demand for a

14:20:30  8   particular product, would that be relevant to a

14:20:33  9   particular investor?

14:20:34  10      A.   Yes, obviously.   I mean, if you are trying to

14:20:36  11   enter a market where there is no demand, you know, are

14:20:38  12   you spending money on something that's not going to

14:20:42  13   happen or you're not going to be able to generate any

14:20:43  14   profit in a hypothetical market, where there is no

14:20:45  15   demand.   So yes, it's very important.

14:20:47  16      Q.   Earlier, we discussed arm's length transactions

14:20:51  17   and non-arm's length transactions.   Are you familiar

14:20:54  18   with the term "related-party transaction"?

14:20:56  19      A.   I am.

14:20:57  20      Q.   What does that mean?

14:20:58  21      A.   So related party simply means that you have --

14:21:02  22   there are different definitions.   So you might have a

14:21:05  23   relationship with another company.   It can either be

14:21:08  24   that you are tied to the company, the other company

14:21:11  25   directly through family connections or spouse, for

14:21:16  1  example, owns that company.

14:21:16  2          So in my coffee example, if you can bring down to

14:21:20  3  that, you have a coffee shop, a cafe, and then you have

14:21:23  4  the bakery, maybe the spouse is running the bakery.  So

14:21:26  5  if I'm running the coffee shop, I have a relationship

14:21:29  6  with the bakery through my spouse.  So that is a

14:21:31  7  related-party relationship.

14:21:34  8          Another way to think of it is, if I have an

14:21:36  9  influence over that entity, either significant influence

14:21:40  10  and I can influence its decisionmaking process or if I

14:21:44  11  can control that entity, it is a related party.

14:21:46  12      Q.   And are related-party transactions inherently

14:21:51  13  bad?  Is there anything wrong with them?

14:21:53  14      A.   No, no.  It is absolutely not.  There is a lot of

14:21:56  15  situations where you might have a spouse running a

14:21:58  16  business that provides products to you in another

14:22:01  17  entity, and it's good.  It's a related-party

14:22:04  18  relationship.

14:22:05  19      Q.   Are there requirements about disclosing

14:22:08  20  related-party transactions?

14:22:09  21      A.   Yes.

14:22:10  22      Q.   Why is that?

14:22:11  23      A.   Well, under auditing guidelines, so under

14:22:14  24  financial reporting for all the financial reports I've

14:22:16  25  read all my years in finance, you always include a

14:22:22  1    section in the report, describing what type of

14:22:24  2    relationship you have with certain other entities that

14:22:27  3    you don't own.  But they are an outside third-party

14:22:31  4    relationship that you have.  And that is referred to as

14:22:33  5    a related-party description.

14:22:35  6        Q.  And would -- and why is it important to -- what

14:22:40  7    is a related-party transaction?  What could that tell an

14:22:45  8    investor?

14:22:46  9        A.  There is a number of things you have to realize

14:22:48  10   about a related-party transaction.  One is, for example,

14:22:53  11   if I'm a manager of a company and I have a related party

14:22:56  12   that I control, do I have a conflict of interest?  Am I

14:22:59  13   making decision for you as the owners of this company,

14:23:02  14   with the best interest of you in mind, or for this

14:23:06  15   related party that you also control.  So that's an

14:23:10  16   inherent problem with related parties, is this conflict

14:23:12  17   of interest issue that you need to understand.

14:23:14  18        But the second thing is, of course, as a manager,

14:23:20  19   you might be self-dealing.  You know, you might be able

14:23:21  20   to say I can make more money.  If I use my coffee shop

14:23:24  21   analogy again, I'm paying $5 for my muffin over here.

14:23:32  22   But the reality was, if I had gone next door to another

14:23:33  23   bakery, I could have paid $3.  So I'm overpaying my

14:23:36  24   spouse for their product, in effect.

14:23:38  25        So the self-dealing, meaning you're benefiting

14:23:40   1   from it, as opposed to the investor, you, who owns the

14:23:43   2   company benefit from it, something you need to be

14:23:46   3   worried about with a related-party transaction.  But as

14:23:48   4   an investor, you also want to know, of course, the

14:23:51   5   revenue I get from a related party, is that something

14:23:54   6   that I'm going to continue to receive every year, or is

14:23:57   7   it something that's just a one-time event, a one-time

14:23:59   8   transaction I do.

14:24:00   9        So that's part of why, as an investor, one of the

14:24:05   10   things I always focus on in reading annual reports and

14:24:07   11   how I teach my students is, you have to understand how

14:24:10   12   these trades occur and how these relationships are set

14:24:13   13   up.

14:24:13   14   Q.   And if the amount of related parties reported by

14:24:16   15   a particular company in a given year, was actually

14:24:18   16   substantially lower than what was in truth, would that

14:24:23   17   be something that would be capable of influencing

14:24:28   18   investors?

14:24:28   19   A.   In that hypothetical, if I don't know that you

14:24:30   20   actually have a lot of other hidden relationships with

14:24:33   21   entities that you are engaging with, that you control,

14:24:37   22   yeah, that's something I would want to have known, had I

14:24:41   23   had that information available to me.

14:24:43   24   Q.   Now, Dr. Voetmann, we discussed an IPO prospectus

14:24:49   25   and annual financial reports.  Generally speaking, what

14:24:51  1   kind of other documents do publicly listed companies

14:24:53  2   release?

14:24:54  3       A.  So throughout the year, you know, if you think

14:24:58  4   about Apple, every September they come up with a new

14:25:02  5   iPhone.  So companies release press releases.  They tell

14:25:04  6   the market when they have a new product, or they might

14:25:07  7   tell the market when there's something material about

14:25:09  8   the business that they feel they need to disclose to you

14:25:12  9   as the owners.  So you would expect, depending on the

14:25:16  10  company, that throughout the year, they would constantly

14:25:19  11  release information to investors.

14:25:23  12      Q.  And are the information disclosed in those

14:25:27  13  disclosures, is that something that's relevant to an

14:25:32  14  investor?

14:25:32  15      A.  Absolutely.  It can say a lot about the company,

14:25:35  16  the new development of new products, the potential sale

14:25:38  17  of new products, or it can also be a different piece of

14:25:42  18  information around changes in the business, changes in

14:25:45  19  the underlying strategy for how they pursue markets.  So

14:25:49  20  a lot of that information is relevant to the investor.

14:25:52  21      Q.  And if there were allegations about a particular

14:25:56  22  company undergoing wrongdoing, would the company's

14:26:00  23  response to that be relevant to investors?

14:26:05  24      A.  I'm going to as you to repeat that again.

14:26:07  25      Q.  Sure.  If a publicly listed company was accused

14:26:09 1 in the public of committing any wrongdoing, is the

14:26:12 2 company's response to that, is that something that could

14:26:14 3 be relevant to an investor?

14:26:16 4     A.  Of course.  If I'm accused of something, I would

14:26:20 5 want my day in court.  I would want to be able to say

14:26:22 6 whether I believe that allegation is right or wrong.  So

14:26:25 7 a company coming out and disclosing information to

14:26:29 8 clarify what's being said about them, I think is very

14:26:32 9 valuable to the investor.

14:26:34 10             MS. KUMAR:  One moment, Your Honor.

14:26:39 11             THE COURT:  Yes.

12 BY MS. KUMAR:

14:27:08 13     Q.  And, Dr. Voetmann, if a company or its chairman

14:27:11 14 of the board was knowingly lying to its investors, would

14:27:15 15 that be something relevant to its investors?

14:27:18 16     A.  If I'm an owner of a business and my CEO is lying

14:27:21 17 to me, I would want to know that, of course.

14:27:26 18             MS. KUMAR:  No further questions.

14:27:27 19             MR. RUYAK:  Your Honor, I'm going to object

14:27:30 20 and move to strike.  That is speculative.

14:27:33 21             THE COURT:  Overruled.

14:27:34 22             You're through, Counsel?

14:27:35 23             MS. KUMAR:  Yes, Your Honor.

14:27:38 24             THE COURT:  Okay.  Counsel, you are on now.

14:27:40 25 Cross-examination.

14:27:42   1              MR. RUYAK:  That's it?

14:27:43   2              THE COURT:  Yes.

14:27:58   3              To help you out, we will break in about

14:28:00   4    three minutes.

14:28:01   5              MR. RUYAK:  I will speak fast.

           6              THE COURT:  Okay.

14:28:02   7                      **CROSS-EXAMINATION**

14:28:02   8    BY MR. RUYAK:

14:28:03   9      Q.  Good afternoon, Mr. Voetmann.

14:28:04   10     A.  Good afternoon.

14:28:04   11     Q.  I just have a few things to ask you about here,

14:28:07   12    based upon your testimony.  Just to make sure we are

14:28:10   13    clear here, as an expert, you are just testifying to

14:28:15   14    hypothetical questions and you have done no research or

14:28:19   15    background in the facts of this case, correct?

14:28:21   16     A.  Well, I have read a lot of materials about the

14:28:25   17    company.

14:28:26   18     Q.  But you are not making any -- drawing any

14:28:28   19    conclusions or opinions of whether there were any

14:28:30   20    misrepresentations or factors in this case and you're

14:28:33   21    testifying about them today, correct?

14:28:36   22     A.  No.  I'm not making any -- have not done any

14:28:41   23    misrepresentation.

14:28:41   24     Q.  Now, in the case of related-party transactions, I

14:28:46   25    want to make sure I understand that.  I think you

14:28:47  1    testified that related-party transactions are not bad in

14:28:54  2    and of themselves, correct?

14:28:55  3        A.   That's right.

14:28:56  4        Q.   In fact, in related-party transactions, a lot of

14:28:58  5    major companies that you probably dealt with, have

14:29:00  6    related-party transactions, correct?

14:29:02  7        A.   A lot of companies have them, yes.

14:29:04  8        Q.   And one thing that occurs with major

14:29:07  9    international companies that you have dealt with, is

14:29:10  10   that they have oftentimes many subsidiaries, affiliates,

14:29:15  11   distributors, all kinds of companies that they deal with

14:29:18  12   on a routine basis, correct?

14:29:19  13       A.   That's right.

14:29:20  14       Q.   For example, are you familiar with Alcoa

14:29:25  15   Aluminum?

14:29:25  16       A.   I've heard of the company.

14:29:27  17       Q.   So are you familiar with their corporate

14:29:28  18   structure at all?

14:29:29  19       A.   I haven't studied them.

14:29:31  20       Q.   Let's take a more hypothetical example.  A

14:29:33  21   company that's an international company that has

14:29:35  22   locations in 8 to 10 countries around the world, and

14:29:39  23   those companies have ownership in those countries,

14:29:44  24   correct, and they are dealing with them on a routine

14:29:46  25   basis.  Okay.  That is the hypothetical.  The fact that

14:29:51  1   the company -- the international company has an interest

14:29:54  2   or has an investment in those countries, may or may not

14:29:57  3   make them related parties, correct?

14:30:01  4       A.  Yes.  So if I'm understanding your hypothetical,

14:30:05  5   you can have an ownership in some of these countries and

14:30:08  6   some entities.  If you only own a small percentage, it's

14:30:13  7   not a subsidiary.  It was a subsidiary, it would be

14:30:14  8   consolidated, as we talked about earlier.  But if it's

14:30:17  9   just a relationship that you might invest in and you

14:30:21  10  have invested in these eight countries, and entities in

14:30:27  11  those eight countries, I would expect that you would

14:30:30  12  have to disclose those investments in those entities,

14:30:30  13  yes.

14:30:30  14      Q.  And if you have a majority interest, say you are

14:30:36  15  -- let's say, hypothetically, Alcoa Aluminum, and I want

14:30:37  16  to use an example, and you have a company in England.

14:30:44  17  And they are an aluminum company like Alcoa, and Alcoa

14:30:50  18  has a majority interest in that company.  So that would

14:30:52  19  be a related-party transaction under your definition,

14:30:55  20  correct?

14:30:55  21      A.  And a subsidiary.  In which case, you would

14:30:57  22  consolidate the two entities.

14:30:59  23      Q.  Let's say it is not a subsidiary.

14:31:01  24              THE COURT:  Why don't we get into that after

14:31:04  25  the break.

14:31:05    1          It is 2:30.  See you back in 15 minutes.

14:31:09    2   Remember the admonishment not to discuss the case among

14:31:10    3   yourselves or with anyone else, or form or express any

14:31:11    4   opinions about the matter, until it is submitted to you

            5   and you retire to the jury room.

14:31:15    6          We'll be in recess.

14:48:12    7          (BREAK TAKEN.)

14:48:12    8          THE COURT:  The record will reflect that all

14:48:13    9   the jurors are in their respective seats in the jury

14:48:16   10   box, including the alternates.

14:48:18   11          Counsel, you may continue with

           12   cross-examination.

14:48:18   13          MR. RUYAK:  Thank you, Your Honor.

14:48:19   14                    **CROSS-EXAMINATION**

14:48:20   15   Q.  Mr. Voetmann, I was trying to get an example.

14:48:23   16   Maybe it's just easier to ask you this direct question.

14:48:27   17   In discussing related parties, there are certain rules

14:48:31   18   for disclosure of related parties, correct?

14:48:34   19   A.  Correct.

14:48:34   20   Q.  And a lot of those are based upon a stock

14:48:37   21   exchange upon which the company that's making the report

14:48:40   22   is registered, correct?

14:48:42   23   A.  Actually, it is based on accounting guidelines

14:48:49   24   from the accounting industry.  So National Finance

14:48:54   25   Reporting Standard.  So they get certain guidelines for

14:48:56   1   how to report and record related-party transactions.

14:49:00   2        Q.  So when you said there are different definitions

14:49:09   3   for related parties, there are definitions that the Hong

14:49:10   4   Kong Stock Exchange may have as they define related

14:49:14   5   party, correct?

14:49:14   6        A.  Yes.  I understand they define it as

14:49:15   7   international standard, yes.

14:49:15   8        Q.  And there are related-party definitions that may

14:49:19   9   apply to other stock exchanges, such as the U.S.

14:49:24   10  Securities and Exchange Commission, correct?

14:49:25   11       A.  Yes, there are a number of different definitions.

14:49:31   12  When I read the actual report, you'll see that they

14:49:33   13  actually describe all the different versions of how a

14:49:35   14  related party might occur.

14:49:36   15       Q.  Right.  But in any event, when you talked about

14:49:39   16  related parties, you talked about arm's length

14:49:44   17  transactions, correct?

14:49:45   18       A.  It is part of it, yes.

14:49:47   19       Q.  And arm's length transaction is not detrimental

14:49:51   20  if, in fact, the transaction, the sale of the products

14:49:55   21  is at a fair market price, correct?

14:49:59   22            THE COURT:  Sorry.  You may want to

14:50:02   23  rephrase.

14:50:02   24  BY MR. RUYAK:

14:50:03   25       Q.  The arm's length means that the purchase and sale

14:50:08   1   of the products is at a fair market price.  That's part

14:50:12   2   of it, right?

14:50:12   3        A.  As I defined it earlier, you have a buyer and a

14:50:14   4   seller and they are under no compulsion to trade.  So

14:50:19   5   they are reaching a fair price.

14:50:20   6        Q.  And you're actually paying for the goods, right?

14:50:23   7   You are not holding back.  That transaction is an actual

14:50:25   8   transaction, where money passes from the buyer to the

14:50:29   9   seller, correct?

14:50:29   10        A.  Yes.

14:50:30   11        Q.  And, finally, it is being paid for by a third

14:50:33   12   party, who is the buyer, and not by the seller

14:50:35   13   themselves, correct?

14:50:36   14        A.  In your hypothetical, if you have a third party

14:50:42   15   buying from an entity like China Zhongwang, then they

14:50:44   16   would be paying for the products that they buy.

14:50:46   17        Q.  In other words, China Zhongwang isn't paying for

14:50:50   18   its own purchases, right?

14:50:51   19                MS. KUMAR:  Objection, Your Honor.  This is

14:50:52   20   not a hypothetical.  This is specific to this case.

14:50:54   21                THE COURT:  Let's keep it to hypothetical.

14:50:58   22                MR. RUYAK:  He mentioned China Zhongwang.

14:51:00   23                THE COURT:  I know he did.

           24   BY MR. RUYAK:

14:51:02   25        Q.  So the seller -- please don't say China Zhongwang

14:51:04  1   -- the seller that's selling is not paying for its own

14:51:06  2   sales, correct?

14:51:10  3       A.  I'm not sure I follow that.

14:51:13  4       Q.  The third item here I wanted to address.  And,

14:51:16  5   again, so long as the purchase price that's paid to the

14:51:20  6   seller is not coming from the seller, correct?

14:51:23  7       A.  That's one hypothetical, where you simply have a

14:51:27  8   transaction or the related party that you have a

14:51:30  9   relationship with is paying for the product they are

14:51:33 10   receiving, if that is what you are asking.

14:51:35 11       Q.  Yes.  So long as that doesn't happen, the seller

14:51:38 12   is not paying for the product, that that's an element

14:51:42 13   that would lead you to say it's an arm's length

14:51:44 14   transaction?

14:51:44 15       A.  I'm saying that an investor -- what I said

14:51:47 16   earlier was, if I'm an investor and I know that you have

14:51:52 17   control over this entity or you have a relationship with

14:51:55 18   this third-party entity, it might be your spouse's

14:51:59 19   business, if you are giving her the money or him the

14:52:01 20   money to actually buy your products, that's information

14:52:04 21   I would want to disclose to an investor.  If I own the

14:52:06 22   company that's selling, I would want to know how that

14:52:11 23   transpired in the transaction.

14:52:13 24       Q.  So that the investors could determine whether or

14:52:16 25   not that would influence them in any way, correct?

14:52:18   1      A.   If they had the full information to understand

14:52:19   2   that you financed the purchase, then they can use that

14:52:23   3   information however way they want.

14:52:25   4      Q.   If they find out you did not finance the

14:52:28   5   purchase, they would use that information any way they

14:52:31   6   wanted too, right?

14:52:31   7      A.   As long as information is disclosed here, but if

14:52:33   8   there is no information disclosed, then it's very hard

14:52:37   9   for an investor, of course, to assess the transaction

14:52:39  10   that might occur between a related party and an entity.

14:52:43  11      Q.   If the information to be disclosed is that the

14:52:46  12   seller is not financing the purchase, then that is not

14:52:52  13   necessary for that information to be disclosed, correct?

14:52:54  14      A.   Sorry?

14:52:55  15      Q.   Well, if I'm buying from you, even though we are

14:53:00  16   related parties and I'm paying you, I'm not getting the

14:53:03  17   money from you, that's not something that every

14:53:06  18   transaction has to be disclosed to investors, is it?

14:53:10  19      A.   No, I'm not saying that either.  I'm just saying

14:53:11  20   the information around your transaction that you engaged

14:53:15  21   in -- if you, in fact, are paying for me to buy the

14:53:18  22   product, if I'm an investor in that company, I want to

14:53:20  23   understand, well, what's the purpose of this -- these

14:53:23  24   products being sold.  Are we creating a fake demand or

14:53:26  25   an artificial demand for a product, or is there a real

14:53:29  1   market for that product that you are selling to me.

14:53:33  2       Q.  Sir, that is not my question.  My question is:  A

14:53:35  3   normal transaction between related parties, where the

14:53:39  4   buyer is using his own money or someone else's money to

14:53:42  5   pay the seller, it's not the seller's money, those

14:53:44  6   transactions don't have to be disclosed to the investors

14:53:47  7   every time, do they?  Yes or no?

14:53:50  8       A.  If you look at the standards, the standard --

14:53:52  9       Q.  Yes or no, sir, please.

14:53:53  10      A.  It is not a yes-or-no question.  The standard

14:53:55  11  recommends that you disclose that to the investors.  You

14:53:58  12  know, if these are sizable transactions that you have,

14:54:03  13  that you are entering into --

14:54:03  14      Q.  If it is a normal transaction, even though it is

14:54:06  15  related, you are the seller, I'm the buyer, I'm using my

14:54:11  16  own money to pay you, I don't have to disclose every one

14:54:14  17  of those transactions to investors, do I?  Yes or no?

14:54:16  18      A.  The accounting profession suggests you should

14:54:18  19  disclose those transactions.

14:54:21  20      Q.  So every time I make a sale, I've got to make an

14:54:23  21  announcement to the investors, oh, this is a good sale?

14:54:25  22      A.  Well, you should summarize in the your annual

14:54:27  23  report, where they did in the back, where they described

14:54:30  24  the number of trades they made in related parties that

14:54:32  25  year.  So the accounting profession suggests you should

14:54:36   1   include that or recommend you include that.

14:54:38   2           THE COURT:  Let me help you out, because on

14:54:40   3   the question he asked, he didn't -- he did not designate

14:54:43   4   related parties.  He just said if a buyer pays a seller

14:54:46   5   -- or excuse me, if a seller -- yeah, the buyer pays the

14:54:51   6   seller, in all cases, does that have to be disclosed?

14:54:55   7           THE WITNESS:  No. If it's a random buyer and

14:54:57   8   a random seller, that does not to be disclosed anywhere.

14:55:00   9           THE COURT:  Next question.

14:55:01  10           MR. RUYAK:  No further questions.

14:55:02  11           THE COURT:  Okay.

14:55:03  12           I'm sorry, Counsel, I didn't want to ask the

14:55:05  13   question for you.

14:55:08  14           MR. RUYAK:  No, that was a good question.  I

14:55:10  15   was getting wrapped up in it.

14:55:12  16           THE COURT:  Counsel.

14:55:13  17           MS. POTASHNER:  I have no questions.

14:55:15  18           THE COURT:  Any redirect?

14:55:16  19           MS. KUMAR:  No, Your Honor.

14:55:18  20           THE COURT:  You may step down.  Thank you

14:55:24  21   very much for coming in.

14:55:25  22           Next witness.

14:55:27  23           MS. KUMAR:  The Government calls Christopher

14:55:36  24   Holbert to the stand.

14:55:59  25           THE CLERK:  Good afternoon.  Right here to

14:56:01   1    be sworn, please.

2    Raise your right hand.

14:56:15   3    Do you solemnly swear the testimony that

4    you're about to give in the matter now before the Court,

5    shall be the truth, the whole truth and nothing but the

6    truth, so help you God?

7    THE WITNESS:  I do.

8    THE CLERK:  Be seated.

14:56:33   9    May I please ask that you state your full

14:56:35   10   name for the record and spell your last name.

14:56:36   11   THE WITNESS:  Sure.  Christopher Holbert.

14:56:41   12   H-O-L-B-E-R-T.

14:56:41   13   THE COURT:  You may inquire, Counsel.

14:56:43   14              **DIRECT EXAMINATION**

14:56:43   15   BY MS. KUMAR:

14:56:44   16   Q.  Mr. Holbert, what do you do for a living?

14:56:45   17   A.  I am a chemist at the Customs and Border

14:56:49   18   Protection Laboratory in Long Beach, California.

14:56:50   19   Q.  And how long have you been a chemist?

14:56:52   20   A.  I've been working there since 2004.

14:56:55   21   Q.  What is your current title?

14:56:56   22   A.  Current title is supervisor chemist.

14:56:59   23   Q.  What is your educational backgrounds?

14:57:01   24   A.  I have a bachelor's in science and chemistry.

14:57:05   25   Q.  Are you proficient in various chemistry-related

14:57:10  1  tests and analyses?

14:57:11  2      A.  Yes.  I specialize in metal analysis and other

14:57:17  3  inorganic materials.

14:57:19  4              MS. KUMAR:  Your Honor, the Government

14:57:20  5  offers Mr. Holbert as an expert in chemistry.

14:57:22  6              THE COURT:  He will be qualified.

14:57:24  7  BY MS. KUMAR:

14:57:24  8      Q.  Mr. Holbert, did you test a number of aluminum

14:57:27  9  pallets during the course of this investigation?

14:57:29  10     A.  Yes, I did.

14:57:29  11     Q.  How many did you test?

14:57:30  12     A.  37 pallets.

14:57:32  13     Q.  And where did you undergo that testing?

14:57:35  14     A.  I did 29 at a warehouse in Riverside, and the

14:57:43  15  other eight came into our main laboratory in Long Beach.

14:57:47  16     Q.  What kind of test did you do on these pallets?

14:57:50  17     A.  We performed an optical emissions spectroscopy,

14:57:55  18  which allows us to identify what elements are present in

14:57:58  19  the metal, and it also gives us the opportunity to

14:58:01  20  quantitate those elements.

14:58:01  21     Q.  How does that work, just very briefly?

14:58:03  22     A.  Well, essentially the sample, a small portion on

14:58:06  23  the surface is vaporized.  And during that process, the

14:58:12  24  atoms are excited to a higher energy level, and then

14:58:15  25  they will relax to the original energy level and give

14:58:19   1   off light of a particular wavelength.  And each element

14:58:23   2   gives off a particular set of wavelength.  So that's how

14:58:26   3   we are able to identify what's in the sample.

14:58:28   4       Q.  Through this testing, can you identify the

14:58:31   5   series, in the case of aluminum, the series of aluminum

14:58:35   6   that composes the particular item you are testing?

14:58:38   7       A.  Yes.  We did identify these series of aluminum.

14:58:41   8       Q.  For all 37 pallets that you tested, what series

14:58:44   9   of aluminum was it?

14:58:45  10       A.  All pallets was found to be series six aluminum.

14:58:51  11       Q.  And you said you tested these pallets at a

14:58:55  12   warehouse in Riverside; is that right?

14:58:56  13       A.  Some of them, I did, yes.

14:58:58  14       Q.  Was that a Government contracting warehouse by

14:59:01  15   his?

14:59:02  16       A.  I believe it was.

14:59:03  17       Q.  And the other pallets, where did you get those

14:59:06  18   from?

14:59:06  19       A.  Agent John Chopp delivered them to the laboratory

14:59:13  20   in Long Beach.

14:59:13  21       Q.  He is one of the case agents on this case; is

14:59:16  22   that right?

14:59:16  23       A.  Yes.

14:59:18  24            MS. KUMAR:  Nothing further, Your Honor.

14:59:20  25            THE COURT:  Cross?

14:59:23   1            MS. POTASHNER:  Yes, Your Honor.  Thanks.

14:59:25   2   This will be brief.

14:59:28   3                      **CROSS-EXAMINATION**

14:59:29   4   BY MS. POTASHNER:

14:59:29   5      Q.  You didn't test the welds on these pallets, did

14:59:37   6   you?

14:59:37   7      A.  I did not test the welded areas.

14:59:41   8            MS. POTASHNER:  No further questions.

14:59:43   9            THE COURT:  Anything further of this

14:59:44  10   witness?

14:59:45  11            MS. KUMAR:  No, Your Honor.

14:59:46  12            THE COURT:  You may be excused.  Thank you

14:59:48  13   very much.  Sorry to keep you here so long.

14:59:58  14            Next witness.

14:59:59  15            MS. KUMAR:  The Government calls Russle Loh

15:00:02  16   to the stand.

15:00:22  17            THE CLERK:  Good afternoon.  Could you

15:00:29  18   please raise your right hand to be sworn in.

15:00:37  19            Do you solemnly swear the testimony that

          20   you're about to give in the matter now before the Court,

          21   shall be the truth, the whole truth and nothing but the

          22   truth, so help you God?

          23            THE WITNESS:  Yes.

15:00:41  24            THE CLERK:  Thank you.  You may be seated.

15:00:47  25            Adjust the microphone as you need to.

15:00:49   1          May I please ask that you state and spell

15:00:51   2   your full name for the record.

15:00:54   3          THE WITNESS:  Russle Loh.  R-U-S-S-L-E.

15:00:57   4   Last name, Loh.  L-O-H.

15:01:00   5          THE COURT:  And you may be able to bring

15:01:02   6   your chair up a little closer to the microphone.

15:01:04   7          THE WITNESS:  Okay.  It's Russle Loh.

15:01:08   8   R-U-S-S-L-E. Last name is Loh, L-O-H.

15:01:11   9          THE COURT:  Thank you, sir.

          10          You may inquire.

15:01:13  11          **DIRECT EXAMINATION**

15:01:13  12   BY MS. KUMAR:

15:01:13  13      Q.  Mr. Loh, how are you currently employed?

15:01:15  14      A.  Yes.

15:01:16  15      Q.  How are you employed?

15:01:19  16      A.  Oh, I'm a self-owner.  I have a trucking company.

15:01:23  17      Q.  What is the name of your trucking company?

15:01:25  18      A.  RDM Supply Chain Solutions, Inc.

15:01:29  19      Q.  I would like to draw your attention to 2016.  Did

15:01:32  20   you come to work -- do any work on behalf of the entity

15:01:36  21   called Perfectus Aluminum?

15:01:37  22      A.  Yes.

15:01:38  23      Q.  What work did you do for Perfectus in the 2016

15:01:41  24   time frame?

15:01:42  25      A.  I provide the freight service for them, picking

15:01:47  1   up empty containers and take it to the yard, to their

15:01:51  2   warehouse.  And then lower out the goods and take it

15:01:54  3   back to the terminal, Long Beach terminal.

15:01:58  4       Q.  Do you recall when in 2016 this was?

15:02:02  5       A.  I would say in between April to July.  During

15:02:06  6   three months span.

15:02:08  7       Q.  And who hired you to do this work?

15:02:14  8       A.  Panda Logistics.

15:02:14  9       Q.  And who was your contact at Perfectus?

15:02:17  10      A.  Perfectus was Cindy, and then also, the other

15:02:23  11  contact from Panda was Hank.

15:02:30  12      Q.  Was there anyone else at Perfectus that you dealt

15:02:33  13  with?

15:02:33  14      A.  There was a gentleman.  I think he is the -- I

15:02:36  15  guess he is the president or he is the person in charge.

15:02:40  16  Mr. Shao.

15:02:46  17      Q.  Johnson Shao?

15:02:47  18      A.  Yes.

15:02:47  19      Q.  And could you just tell us again, what was RDM,

15:02:49  20  your company's role in this movement.  What were you

15:02:53  21  doing?

15:02:53  22      A.  We were just the trucking company, like, you

15:02:55  23  know, what we do is we pick up containers from the

15:02:58  24  terminal and deliver to various location in Los Angeles

15:03:01  25  area.  So in this situation that we -- I talk to Cindy

15:03:07   1   and Hank, so it was an export situation that, so we

15:03:12   2   just -- so there is a booking that issue to us, and

15:03:15   3   saying that, okay, they will be certain amount of

15:03:18   4   container that we need to pick up.  So we will have to

15:03:23   5   go pick up the container from the terminal and take it

15:03:27   6   to the various location that they have.  I believe they

15:03:30   7   have three location:  Riverside -- sorry, Fontana,

15:03:37   8   Ontario, and there is one somewhere in the Inland Empire

15:03:42   9   area.  So mainly, we picked up the container and brought

15:03:46   10  it to Fontana and Ontario.

15:03:50   11      Q.   Okay.  And once they were full, where did you

15:03:52   12  take them?

15:03:53   13      A.   Once they loaded up the -- it was a lot of

15:03:58   14  aluminum, coils, pallets, aluminum pallets.  Once they

15:04:03   15  sealed the container, we take it back to the terminal.

15:04:07   16      Q.   How large of a project was this for RDM?

15:04:09   17      A.   Sorry?

15:04:12   18      Q.   How large of a project was it for RDM?

15:04:15   19      A.   I would say that was a very big project.  One of

15:04:17   20  the biggest, you know, we pretty much did.

15:04:20   21      Q.   And did you ever go to the warehouses you

15:04:25   22  mentioned, did you see what was happening outside?

15:04:28   23      A.   Yes, I went to both location.  I would say maybe

15:04:33   24  two, three times.  Two, three times at the Ontario side,

15:04:38   25  and then Fontana, I would say two, three times.

15:04:41  1      Q.   And when you went to the Ontario warehouse during

15:04:44  2    this project, what did you see outside?

15:04:47  3      A.   Just lots of trucks and trying to, you know,

15:04:50  4    dock in to get loaded.  And I did walk into the Fontana

15:04:56  5    warehouse, and I saw the, you know, material and I was

15:04:59  6    trying to take a picture and then Mr. Johnson said,

15:05:03  7    "Don't take any pictures."

15:05:05  8      Q.   Mr. Loh, how did you get paid for your work for

15:05:12  9    Perfectus?

15:05:12 10      A.   It was -- at first, it was through Panda

15:05:20 11    Logistics.  And afterwards, they said since I deal

15:05:22 12    directly with Mr. Johnson, and Mr. Johnson said that --

15:05:28 13    or Panda said that, you know what, I think it's better

15:05:28 14    you get paid directly from --

15:05:32 15               MR. LOWDER:  Objection, Your Honor.  Calls

15:05:33 16    for hearsay.

15:05:34 17               THE COURT:  Sustained.

15:05:35 18    BY MS. KUMAR:

15:05:35 19      Q.   First, you said you got paid by Panda; is that

15:05:37 20    right?

15:05:37 21      A.   Yes.

15:05:38 22      Q.   Subsequently, did you talk to anyone at Perfectus

15:05:41 23    about getting paid?

15:05:42 24      A.   Yes.

15:05:43 25               MR. LOWDER:  Objection.  Calls for hearsay.

15:05:45  1           THE COURT:  Overruled.

15:05:47  2  BY MS. KUMAR:

15:05:47  3     Q.  Who did you speak to?

15:05:48  4           THE COURT:  That means you can answer.

15:05:49  5           THE WITNESS:  Okay.  Sorry.

15:05:50  6           So I talked to Cindy and Johnson.  And then

15:05:53  7  so Johnson would say, you know what, you need to -- we

15:05:56  8  are going to have oversea to pay you directly to my U.S.

15:06:00  9  account.  Initially, it was -- there was an e-mail,

15:06:06 10  like -- I don't remember.  It's been a while.

15:06:09 11           So there was a Richard, I believe, and it

15:06:12 12  was -- so I contacted him, and I arrange to go see him

15:06:17 13  in Hong Kong.  So I took a flight to Hong Kong and then

15:06:21 14  was trying to set up the payment, you know, and then he

15:06:25 15  never show up.  He just say, you know what, don't worry,

15:06:29 16  just go back home and we'll just wire the -- just give

15:06:33 17  us your routing number, your SWIFT code, banking

15:06:37 18  information, company information, and we will just wire

15:06:39 19  the fee directly to you.  So that was the arrangement

15:06:43 20  afterwards.

15:06:44 21  BY MS. KUMAR:

15:06:44 22     Q.  And did you get paid?

15:06:46 23           MR. LOWDER:  Your Honor, move to strike that

15:06:49 24  as hearsay.

15:06:50 25           THE COURT:  Overruled.

| | | |
|---|---|---|
| 15:06:53 | 1 | Next question, Counsel. |
| 15:06:54 | 2 | BY MS. KUMAR: |
| 15:06:54 | 3 | Q.  Did you ultimately get paid? |
| 15:06:55 | 4 | A.  Yes. |
| 15:06:55 | 5 | Q.  From accounts in Hong Kong? |
| 15:06:57 | 6 | A.  Yes. |
| 15:07:05 | 7 | MS. KUMAR:  Nothing further, Your Honor. |
| 15:07:09 | 8 | THE COURT:  Okay.  Cross. |
| 15:07:12 | 9 | MR. LOWDER:  Briefly, Your Honor. |
| 15:07:14 | 10 | **CROSS-EXAMINATION** |
| 15:07:19 | 11 | BY MR. LOWDER: |
| 15:07:19 | 12 | Q.  Good afternoon, Mr. Loh. |
| 15:07:27 | 13 | A.  Hi.  Good afternoon. |
| 15:07:28 | 14 | Q.  You testified that your company was asked to move |
| 15:07:36 | 15 | certain types of products from two warehouses; one in |
| 15:07:40 | 16 | Ontario and one in Fontana; is that right? |
| 15:07:44 | 17 | A.  Yes. |
| 15:07:44 | 18 | Q.  The products that you were moving, it was |
| 15:07:46 | 19 | aluminum coils and pallets; is that right? |
| 15:07:48 | 20 | A.  Yes.  Oh, you know, there is -- I been to the |
| 15:07:51 | 21 | warehouse and there is a lot of stuff.  You know, there |
| 15:07:54 | 22 | is aluminum coils, there is aluminum pallets, and there |
| 15:07:57 | 23 | is other stuff too, like, you know, that is made mainly |
| 15:08:02 | 24 | aluminum. |
| 15:08:02 | 25 | Q.  When you say you have been to the warehouses, you |

15:08:06    1    are talking about Ontario and Fontana; is that right?

15:08:09    2        A.   Fontana, mostly.

15:08:10    3        Q.   And at the Fontana warehouse, when you were there

15:08:13    4    in 2016, were you able to observe any pallets on the

15:08:17    5    outside of the warehouse?

15:08:19    6        A.   When you say observe pallets, no.  Everything was

15:08:25    7    inside the warehouse.

15:08:27    8        Q.   But they weren't hidden from you.  You could see

15:08:29    9    them, correct, when you went into --

15:08:29   10        A.   Yeah.  You know, you can see it right there, and

15:08:31   11    then I was trying to take a picture and then --

15:08:33   12        Q.   Right.  But I just asked you:  Could you see

15:08:35   13    them?

15:08:35   14        A.   Yes.

15:08:35   15        Q.   And when you were moving the aluminum product out

15:08:48   16    of the Fontana warehouse, no one told you to disguise

15:08:53   17    the fact that you were moving aluminum pallets, correct?

15:08:56   18        A.   No.

15:08:57   19        Q.   No.  I'm sorry, just to -- no is -- no one told

15:09:04   20    you to hide the fact that you were transporting aluminum

15:09:06   21    pallets; isn't that right?

15:09:08   22        A.   Yes.

15:09:17   23             MR. LOWDER:  Thank you.  No further

15:09:19   24    questions.

15:09:19   25             THE COURT:  Thank you.

15:09:20  1            Any redirect?

15:09:21  2            MS. KUMAR:  No, Your Honor.

15:09:22  3            THE COURT:  You may step down.  Thank you

15:09:22  4  very much for coming in, sir.

15:09:22  5            Next witness.

15:09:25  6            MS. KUMAR:  The Government calls Howard Chen

15:09:27  7  to the stand.

15:10:24  8            THE CLERK:  Stand here to be sworn.

          9            Raise your right hand.

15:10:29 10            Do you solemnly swear the testimony that

         11  you're about to give in the matter now before the Court,

         12  shall be the truth, the whole truth and nothing but the

         13  truth, so help you God?

         14            THE WITNESS:  Yes.

15:10:32 15            THE CLERK:  You may be seated.

15:10:35 16            You can remove your face covering for

15:10:38 17  testimony.  Thank you.

15:10:39 18            May I please ask that you state and spell

15:10:41 19  your full name for the record.

15:10:43 20            THE WITNESS:  First name, Yihwou,

15:10:47 21  Y-I-H-W-O-U.  Last name, Chen, C-H-E-N.

15:10:52 22            THE COURT:  Counsel, you may inquire.

15:10:54 23                    **DIRECT EXAMINATION**

15:10:54 24  BY MS. KUMAR:

15:10:54 25    Q.  Good afternoon, Mr. Chen.

15:10:56   1   A.   Hi.

15:10:56   2   Q.   I would like to direct your attention to 2013.

15:10:59   3   How were you employed then?

15:11:00   4   A.   I went to an interview by Mrs. Liu.

15:11:06   5   Q.   For what kind of job?

15:11:07   6   A.   Driver.

15:11:08   7   Q.   And were you hired?

15:11:10   8   A.   Yes.

15:11:11   9   Q.   And by -- did you come to work for her for some

15:11:16   10   period of time?

15:11:17   11   A.   Yes.

15:11:18   12   Q.   And during those years, by what names did you

15:11:21   13   know Mrs. Liu?

15:11:22   14   A.   Jasmine Wang, Zhijie Wang, and she also liked to

15:11:31   15   be called Lucy.

15:11:32   16   Q.   And how long were you a driver for Mrs. Liu?

15:11:37   17   A.   About a year.

15:11:38   18   Q.   And who did you drive during that time?

15:11:43   19   A.   I would drive her, Mr. Liu, and then some of

15:11:48   20   their guests.

15:11:49   21   Q.   And when you say "Mr. Liu," who is that?

15:11:51   22   A.   Zhongtian Liu.

15:11:54   23   Q.   How would you describe Mr. Liu?

15:11:58   24        MS. POTASHNER:  Objection.  Vague.

15:12:00   25        THE COURT:  Sustained.

15:12:01   1    BY MS. KUMAR:

15:12:01   2        Q.   Mr. Chen, at some point in time, did your job

15:12:07   3    change with the Liu family?

15:12:08   4        A.   Yes.

15:12:08   5        Q.   What did it change to?

15:12:10   6        A.   To office manager.

15:12:11   7        Q.   And as office manager, what were your job

15:12:17   8    responsibilities?

15:12:17   9        A.   I was tasked to maintain the buildings, the

15:12:21   10   warehouse buildings, office buildings, some of their

15:12:26   11   residences.

15:12:27   12       Q.   When you say "their," who are you referring to?

15:12:30   13       A.   Mr. and Mrs. Liu.

15:12:31   14       Q.   And which warehouses were you responsible for

15:12:34   15   maintaining?

15:12:35   16       A.   Irvine, Fontana, Ontario, and Riverside.

15:12:39   17       Q.   And when you say "maintaining," what does that

15:12:43   18   mean, what were you supposed to do?

15:12:44   19       A.   Kind of like a property manager.  You know.  Make

15:12:48   20   sure the physical condition of the building is good.

15:12:53   21   Also, approve electrical, utility bills, stuff like

15:13:00   22   that.

15:13:01   23       Q.   Did you ever drive Mr. Liu to any of these

15:13:03   24   warehouses?

15:13:04   25       A.   Yes.

| | | |
|---|---|---|
| 15:13:04 | 1 | Q.   How many times would you say? |
| 15:13:09 | 2 | A.   Many times.  I can't count. |
| 15:13:12 | 3 | Q.   Did you drive him to each of the four warehouses: |
| 15:13:15 | 4 | Irvine, Fontana, Ontario, and Riverside? |
| 15:13:19 | 5 | A.   Yes. |
| 15:13:20 | 6 | Q.   What would he do there, if you know? |
| 15:13:22 | 7 | A.   It depends on which warehouse it is. |
| 15:13:25 | 8 | Q.   Okay.  So at the Riverside warehouse? |
| 15:13:29 | 9 | A.   Riverside one, he would just, you know, walk |
| 15:13:31 | 10 | around and look at the building. |
| 15:13:36 | 11 | Q.   And Irvine? |
| 15:13:38 | 12 | MS. POTASHNER:  Vague as to time. |
| 15:13:39 | 13 | THE WITNESS:  Irvine, he would -- |
| 15:13:40 | 14 | THE COURT:  Sorry, Counsel? |
| 15:13:41 | 15 | MS. POTASHNER:  Vague as to time, Your |
| 15:13:42 | 16 | Honor. |
| 15:13:43 | 17 | THE COURT:  Were you -- how long were you a |
| 15:13:45 | 18 | manager of those -- excuse me.  How long were you a |
| 15:13:48 | 19 | driver, one year? |
| 15:13:50 | 20 | THE WITNESS:  One year. |
| 15:13:50 | 21 | BY MS. KUMAR: |
| 15:13:51 | 22 | Q.   And then you became an office manager; is that |
| 15:13:53 | 23 | right? |
| 15:13:53 | 24 | A.   Uh-huh. |
| 15:13:54 | 25 | Q.   Are you still the office manager? |

15:13:56  1    A.  Yes.

15:13:57  2          THE COURT:  While you were driving Mr. Liu

15:13:59  3  there, that's while you were a driver, right?

15:14:01  4          THE WITNESS:  Yes, and also after I become

15:14:03  5  office manager.

15:14:04  6          THE COURT:  Oh, I'm sorry.  Okay.  Okay.

15:14:04  7  BY MS. KUMAR:

15:14:05  8    Q.  So let's talk about maybe the 2013-to-2015 time

15:14:10  9  frame, Mr. Chen, did you drive Mr. Liu to the Irvine

15:14:13  10  warehouse?

15:14:13  11    A.  Yes.

15:14:13  12    Q.  What would he do there?

15:14:14  13    A.  He would have meetings with people or sometimes

15:14:19  14  he would stay there the whole day in his office.

15:14:22  15    Q.  Did you ever drive Mr. Liu to a company called

15:14:32  16  Perfectus?

15:14:33  17    A.  Yes.

15:14:33  18    Q.  And what, if anything, if you observed, did he do

15:14:37  19  there?

15:14:38  20    A.  He would have meetings with the employees there.

15:14:42  21    Q.  Do you remember any particular employees he met

15:14:44  22  with?

15:14:46  23    A.  Yes.  I think Johnson Shao was there.  A few of

15:14:54  24  the sales -- Bill.  I don't remember his last name.

15:14:59  25  There is a Vietnamese lady.  I also forgot her first

15:15:02   1   name.

15:15:05   2       Q.   During that time, did you observe Mr. Liu and

15:15:08   3   Johnson Shao together?

15:15:10   4       A.   Yes.

15:15:10   5       Q.   And how would you say they interacted, based on

15:15:14   6   those observations?

15:15:15   7       A.   Sorry, can you rephrase.

15:15:18   8       Q.   Based on your observations, who was in charge

15:15:22   9   between Mr. Liu and Johnson Shao?

15:15:23   10      A.   Mr. Liu.

15:15:23   11           MS. POTASHNER:   Objection.   Calls for

         12   speculation.

15:15:27   13           THE COURT:   Overruled.

15:15:27   14   BY MS. KUMAR:

15:15:27   15      Q.   You can answer.

15:15:27   16      A.   Mr. Liu was in charge.

15:15:31   17      Q.   Did you also ever meet someone by the name of

15:15:34   18   Chen Zhaohua?

15:15:35   19      A.   Yes.

15:15:36   20      Q.   And in what context did you meet him?

15:15:38   21      A.   I think I remember a first time meeting him at

15:15:41   22   Mr. Liu's house.

15:15:43   23      Q.   And did there come times where you drove Chen

15:15:48   24   Zhaohua around?

15:15:50   25      A.   Yes.

15:15:50   1      Q.   Who else would be in the car when you drove him

15:15:53   2  around?

15:15:53   3      A.   Should always be with Mr. Liu.

15:15:55   4      Q.   And between the two of them, who was in control

15:15:57   5  between Chen Zhaohua and Mr. Liu?

15:16:00   6      A.   Mr. Liu.

15:16:01   7      Q.   Did you overhear Mr. Liu talking to Chen Zhaohua?

15:16:06   8      A.   Yes.

15:16:07   9      Q.   Do you speak Mandarin, Mr. Chen?

15:16:10  10      A.   I do.

15:16:11  11      Q.   When you overheard these conversations, what

15:16:14  12  would Mr. Liu tell Chen Zhaohua?

15:16:16  13              MS. POTASHNER:   Objection.   Calls for

15:16:19  14  hearsay.

15:16:20  15              THE COURT:   Overruled.

15:16:20  16              THE WITNESS:   They talked about various

15:16:22  17  things.   Usually, in regards to financials and the

15:16:30  18  status of, you know, the companies in the States.

15:16:34  19  BY MS. KUMAR:

15:16:35  20      Q.   Now, Mr. Chen, in your current employment, what

15:16:37  21  entity employs you?

15:16:39  22      A.   Alston International.

15:16:41  23      Q.   Other than managing the warehouses, did you have

15:16:44  24  any responsibility with regard to some vehicles?

15:16:47  25      A.   Yes.

15:16:48   1     Q.   What was that and when?

15:16:51   2     A.   I think after I became office manager, and then

15:16:56   3   they have some super cars inside the Irvine warehouse,

15:17:01   4   and I'm just supposed to, you know, take care of them.

15:17:05   5     Q.   And who instructed you to do that?

15:17:07   6     A.   Mr. Liu.

15:17:08   7     Q.   And were you able to sell any of them?

15:17:11   8     A.   Yes.

15:17:12   9     Q.   And as a part of that process, did you make any

15:17:15  10   money?

15:17:15  11     A.   Yes.

15:17:15  12     Q.   Did you -- how did you make money?

15:17:20  13     A.   I contacted -- I sold the cars through -- with

15:17:24  14   the help of, like, a car sales agent, and then he

15:17:30  15   would -- he and I agreed that we will sell the car at a

15:17:34  16   certain amount, give that amount to the company and then

15:17:37  17   he would turn around and sell the car to other clients

15:17:41  18   of his, at a higher price, and then we will split the

15:17:44  19   difference.

15:17:45  20     Q.   So you personally made money on these deals; is

15:17:48  21   that right?

15:17:48  22     A.   Yes.

15:17:48  23     Q.   About how much?

15:17:49  24     A.   80,000 is how much.

15:17:53  25     Q.   And did you report that money to the IRS in the

15:17:56   1    first instance?

15:17:56   2        A.   No.

15:17:57   3        Q.   And are you testifying today pursuant to a Court

15:18:00   4    order that provides you immunity for your statements

15:18:02   5    today in court?

15:18:04   6        A.   Yes.

15:18:04   7        Q.   I would like to direct your attention to the 2015

15:18:07   8    time frame.  Did you have any role with regard to

15:18:10   9    Perfectus?

15:18:11   10       A.   Yes.

15:18:11   11       Q.   What was that?

15:18:12   12       A.   I was also tasked to overload the warehouse, and

15:18:24   13   then I think I also approve some of their invoices.

15:18:28   14       Q.   Okay.  And who directed you to do those things?

15:18:31   15       A.   That was Mr. Liu.

15:18:33   16       Q.   Are you familiar with someone named Jackie

15:18:39   17   Cheung?

15:18:39   18       A.   Heard of the name.

15:18:40   19       Q.   Have you ever met that person?

15:18:42   20       A.   No.

15:18:42   21       Q.   Have you ever taken direction from that person

15:18:45   22   with regard to Perfectus?

15:18:46   23       A.   No.

15:18:46   24       Q.   I would like to direct your attention to the

15:18:50   25   September 2015 time frame.  Did you do anything then on

15:18:53   1   behalf of Perfectus?

15:18:55   2       A.   Exported some aluminum.

15:18:59   3       Q.   Who directed you to do that?

15:19:01   4       A.   That was Charles Pok.

15:19:08   5       Q.   Was that an export project?

15:19:10   6       A.   Yes.

15:19:10   7       Q.   What was being exported?

15:19:12   8       A.   Aluminum extrusions and I think aluminum pallets.

15:19:16   9       Q.   Do you recall when in September of 2015 that was?

15:19:20   10      A.   No.

15:19:21   11      Q.   Would looking at e-mails maybe refresh your

15:19:24   12   recollection?

15:19:24   13      A.   Uh-huh.

15:19:29   14           MS. KUMAR:  Your Honor, just to show the

15:19:30   15   witness.

           16           THE COURT:  On the screen?

15:19:44   17           MS. KUMAR:  Yes.  Exhibit 404.

15:19:45   18           THE COURT:  And this is just to refresh his

15:19:46   19   memory; is that correct, Counsel?

15:19:46   20           MS. KUMAR:  Yes.

15:19:47   21   BY MS. KUMAR:

15:19:48   22      Q.   Mr. Chen, do you see a document on your screen?

15:19:50   23      A.   Yes.

15:19:50   24      Q.   Can you take a moment to look at that document.

15:19:57   25           Have you had a moment to look at it?

15:19:58   1    A.   Uh-huh.  Yes.

15:19:59   2    Q.   Then I take it down.

15:20:01   3         Mr. Chen, does that refresh your recollection as

15:20:03   4    to when you underwent this export project on behalf of

15:20:07   5    Perfectus?

15:20:07   6    A.   Maybe in the beginning of September.

15:20:10   7    Q.   Of 2015?

15:20:11   8    A.   Yes.

15:20:12   9    Q.   And based on your work on this project, where

15:20:15   10   were the aluminum -- where was the aluminum being

15:20:18   11   exported to?

15:20:20   12            MS. POTASHNER:  Objection.  Lack of

15:20:21   13   foundation.

15:20:22   14            THE COURT:  Why don't you lay a foundation,

15:20:24   15   Counsel.

15:20:24   16   BY MS. KUMAR:

15:20:24   17   Q.   Mr. Chen, based on your work on the project, did

15:20:28   18   you know where the aluminum was being exported to?

15:20:30   19   A.   Yes.

15:20:31   20   Q.   And is that because you looked at documents and

15:20:32   21   you were -- you looked at documents and were being made

15:20:37   22   aware of what was happening?

15:20:39   23            MS. POTASHNER:  Objection.  Leading.

15:20:40   24            THE COURT:  Overruled.

15:20:41   25            THE WITNESS:  No.  I coordinated the

15:20:43   1   shipping.

15:20:44   2   BY MS. KUMAR:

15:20:44   3       Q.   And with whom did you coordinate?

15:20:47   4       A.   Straight Forwarding.

15:20:49   5       Q.   Did you coordinate with anyone in Vietnam?

15:20:51   6       A.   Yes.

15:20:51   7       Q.   And who did you coordinate with there?

15:20:54   8       A.   Barry Wang.

15:20:55   9       Q.   And who do you understand Barry Wang to be?

15:20:59   10              MS. POTASHNER:   Objection.   Lack of

15:21:00   11   foundation.

15:21:00   12              THE COURT:   Sustained.

          13   BY MS. KUMAR:

15:21:02   14      Q.   Mr. Chen, do you know who Barry Wang is?

15:21:05   15      A.   I might.

15:21:08   16      Q.   Who do you understand Mr. Wang to be?

15:21:11   17              MS. POTASHNER:   Objection.   Lack of

15:21:12   18   foundation.

15:21:12   19              THE COURT:   Sustained.

          20   BY MS. KUMAR:

15:21:15   21      Q.   Mr. Chen, I would like to direct your attention

15:21:17   22   to the 2018 and early 2019 time frame.   Did you meet

15:21:21   23   with the Government during that time?

15:21:23   24      A.   Did you say early 2019?

15:21:26   25      Q.   Late 2018 and early 2019?

15:21:29  1      A.   Yes.

15:21:29  2      Q.   And this was during the course of this

15:21:32  3   investigation; is that right?

15:21:33  4      A.   Yes.

15:21:34  5      Q.   And prior to those meetings with the Government,

15:21:36  6   did you speak with Mrs. Liu?

15:21:38  7      A.   Yes.

15:21:38  8      Q.   What, if anything, did she say to you?

15:21:41  9           MS. POTASHNER:   Objection.   Calls for

15:21:43  10  hearsay.   Proffer.

15:21:45  11          THE COURT:   Excuse me.

15:21:47  12          MS. KUMAR:   Your Honor, this is the CEO of

15:21:48  13  the warehouse defendants and the wife of Mr. Liu.

15:21:51  14          THE COURT:   I know who it is, Counsel.   It

15:21:53  15  will be overruled.

15:21:54  16  BY MS. KUMAR:

15:21:54  17     Q.   What, if anything, did Mrs. Liu say to you?

15:21:57  18     A.   She told me not to say too much to you guys.

15:22:00  19     Q.   And how many times did she say that to you?

15:22:03  20     A.   I remember at least twice.

15:22:07  21          MS. KUMAR:   No further questions at this

15:22:08  22  time, Your Honor.

15:22:09  23          THE COURT:   Cross-examination.

15:22:11  24          MR. RUYAK:   I have nothing.

15:22:21  25                    **CROSS-EXAMINATION**

|    |    |
|----|----|
| 1  | BY MS. POTASHNER: |
| 15:22:25  2 | Q.  Good afternoon, Mr. Chen. |
| 3  | A.  Hi. |
| 15:22:28  4 | Q.  Mr. Chen, you are not familiar with the entity |
| 15:22:34  5 | called Scuderia Development LLC, are you? |
| 15:22:36  6 | A.  I have known of that entity. |
| 15:22:41  7 | Q.  And have you reviewed any documents, any |
| 15:22:44  8 | corporate documents with relation to that entity? |
| 15:22:47  9 | A.  I do not believe so. |
| 15:22:48  10 | Q.  And you haven't reviewed any documents with |
| 15:22:53  11 | regard to 1001 Doubleday LLC; isn't that right? |
| 15:22:56  12 | A.  I don't believe so. |
| 15:23:02  13 | Q.  And you haven't reviewed any documents with |
| 15:23:05  14 | regard to Von Karman-Main Street LLC? |
| 15:23:07  15 | A.  When you say "documents," like any document? |
| 15:23:14  16 | Q.  Any documents regarding the formation of the LLC? |
| 15:23:18  17 | A.  No. |
| 15:23:18  18 | Q.  Going back to formation of Doubleday? |
| 15:23:20  19 | A.  No. |
| 15:23:21  20 | Q.  Formation of Scuderia Development? |
| 15:23:23  21 | A.  No. |
| 15:23:23  22 | Q.  Formation of Production Avenue LLC? |
| 15:23:26  23 | A.  No. |
| 15:23:27  24 | Q.  Now, you testified that you were present when |
| 15:23:40  25 | Mr. Liu talked to employees at Perfectus; isn't that |

| | | |
|---|---|---|
| 15:23:44 | 1 | right? |
| 15:23:45 | 2 | A.   Yes. |
| 15:23:46 | 3 | Q.   And you never heard Mr. Liu say, "Do not sell |
| 15:23:51 | 4 | these pallets," did you? |
| 15:23:57 | 5 | A.   No. |
| 15:24:15 | 6 | MS. POTASHNER:  No further questions. |
| 15:24:16 | 7 | THE COURT:  Redirect? |
| 15:24:18 | 8 | MS. KUMAR:  No, Your Honor. |
| 15:24:18 | 9 | THE COURT:  You may step down. |
| 15:24:20 | 10 | May this witness be excused, Counsel? |
| 15:24:24 | 11 | MS. KUMAR:  Yes, Your Honor. |
| 15:24:25 | 12 | MS. POTASHNER:  Yes, Your Honor. |
| 15:24:25 | 13 | THE COURT:  You are free to go.  Thank you |
| | 14 | very much for coming in. |
| 15:24:26 | 15 | Next witness. |
| 15:24:27 | 16 | MR. HSIEH:  The Government calls Shawn Li, |
| 15:24:29 | 17 | Your Honor. |
| 15:25:11 | 18 | THE CLERK:  Good afternoon, Mr. Li.  Right |
| 15:25:14 | 19 | here to be sworn, please. |
| 15:25:16 | 20 | That's fine.  Can you please raise your |
| 15:25:17 | 21 | right hand. |
| 15:25:18 | 22 | Do you solemnly swear the testimony that |
| | 23 | you're about to give in the matter now before the Court, |
| | 24 | shall be the truth, the whole truth and nothing but the |
| | 25 | truth, so help you God? |

1          THE WITNESS:  Yes.

2          THE CLERK:  Thank you.  You may be seated.

15:25:38   3          Would you please remove your face covering

15:25:40   4   for testimony.  Thank you.

15:25:42   5          May I please ask that you state your full

15:25:43   6   name for the record and spell your last name.

15:25:45   7          THE WITNESS:  Shawn Li.  L-I.

15:25:47   8          THE COURT:  Okay.  Counsel, you may inquire.

15:25:50   9              **DIRECT EXAMINATION**

15:25:50   10  BY MR. HSIEH:

15:25:50   11     Q.  Good afternoon, Mr. Li.  Are you familiar with a

15:25:53   12  company called Alston?

15:25:54   13     A.  Yes.

15:25:54   14     Q.  Were you employed in Alston in around July 2015?

15:25:58   15     A.  Yes.

15:25:59   16     Q.  What was your role at Alston?

15:26:00   17     A.  I was a driver.

15:26:01   18     Q.  And where was Alston located?

15:26:04   19     A.  At 2323 Main Street, Irvine.

15:26:06   20     Q.  And I am bringing up Government's Exhibit 37.

15:26:11   21          Is that the bottom left-hand corner of

15:26:14   22  Government's 37 where you were employed?

15:26:18   23     A.  Yes.

15:26:18   24     Q.  And working as a driver for Alston, who was your

15:26:22   25  supervisor?

15:26:22    1        A.   Howard Chen.

15:26:25    2        Q.   Can you describe your first day on the job as a

15:26:27    3   driver at Alston in or around July 2015.

15:26:31    4             MS. POTASHNER:  Objection.  Relevance.

15:26:32    5             THE COURT:  I don't know if it is or not.

15:26:33    6   Overruled, subject to motion to strike, if it doesn't

15:26:39    7   become relevant.

15:26:39    8             MR. HSIEH:  I can rephrase, Your Honor.

15:26:40    9             THE COURT:  Okay.

15:26:41   10   BY MR. HSIEH:

15:26:41   11        Q.   On your first day at Alston, were you asked to

15:26:43   12   drive anyone in particular?

15:26:44   13        A.   Yes.

15:26:45   14        Q.   Who was that?

15:26:45   15        A.   Mrs. Liu.

15:26:47   16        Q.   I'm going to bring up what's been admitted as

15:26:51   17   Government's Exhibit 59.

15:26:54   18             Do you recognize this individual?

15:26:55   19        A.   Yes.

15:26:55   20        Q.   Who is that?

15:26:56   21        A.   Mrs. Liu.

15:26:56   22        Q.   By what other names, if any, did you or others at

15:27:04   23   Alston refer to Mrs. Liu?

15:27:04   24        A.   Lucy.  Jasmine.

15:27:06   25        Q.   Lucy and Jasmine.

15:27:07   1          And what was your role as a driver at Alston and

15:27:11   2   driving Mrs. Liu?

15:27:13   3      A.   I was just driving her to the office and to some

15:27:19   4   other places that she wanted to go to.

15:27:21   5      Q.   Now, bringing up Government's Exhibit 56.

15:27:25   6          Do you recognize this individual?

15:27:27   7      A.   Yes.

15:27:27   8      Q.   Who is that?

15:27:28   9      A.   Mr. Liu.

15:27:30   10      Q.   And did you know him as Zhongtian Liu?

15:27:33   11      A.   Yes.

15:27:33   12      Q.   What did you understand his role or relationship

15:27:37   13   with Mrs. Liu to be?

15:27:38   14      A.   He is the boss of the company and then the

15:27:41   15   husband of Mrs. Liu.

15:27:43   16      Q.   And approximately how long did you work at Alston

15:27:47   17   for?

15:27:48   18      A.   Two and a half years.

15:27:50   19      Q.   And during your two and a half years, did you

15:27:53   20   ever have an understanding of what type of business

15:27:56   21   Alston was?

15:27:57   22      A.   To my understanding, it's like an accounting

15:28:00   23   firm.

15:28:00   24      Q.   An accounting firm?

15:28:02   25      A.   Yes.

15:28:02   1      Q.   What, if anything, did you understand Mrs. Liu's

15:28:06   2  role with Alston to be?

15:28:07   3      A.   She is the boss of the company.

15:28:09   4      Q.   And did you ultimately have a different role at

15:28:16   5  Alston, besides just being a driver for Mrs. Liu?

15:28:19   6      A.   Yes.   Toward the end of my working there, I was

15:28:23   7  her personal assistant.

15:28:25   8      Q.   Okay.   Now, where would you drive Mrs. Liu to?

15:28:32   9      A.   She usually go to grocery shopping and South

15:28:39   10  Coast Plaza shopping and then some, like, medical care

15:28:43   11  places.

15:28:46   12      Q.   Did you ever take Mrs. Liu to the airport?

15:28:49   13      A.   Yes.

15:28:49   14      Q.   Did you ever take Mrs. Liu to the airport in or

15:28:54   15  around September 2015?   September 2015?

15:29:01   16      A.   I can't remember exact date.   But I took her to

15:29:04   17  the airport.

15:29:04   18      Q.   And did you ever take her to the Long Beach

15:29:07   19  airport?

15:29:07   20      A.   Yes, I did.

15:29:08   21      Q.   What was at the Long Beach airport?

15:29:14   22      A.   There was a private jet there.

15:29:18   23      Q.   Now, did you at times report to Alston in person

15:29:21   24  as a driver and personal assistant to Mrs. Liu?

15:29:24   25      A.   Yes.

15:29:24  1      Q.  And were you present in around September of 2017,
15:29:29  2  when federal authorities came to Alston?
15:29:32  3      A.  Yes, I was there.
15:29:32  4      Q.  What happened when you were there?
15:29:35  5      A.  Well, the Government -- the Government employees
15:29:39  6  just came in, in the morning, when we just came to the
15:29:41  7  office.
15:29:42  8      Q.  And did you talk to the Government?
15:29:45  9      A.  Yes.
15:29:45 10      Q.  Eventually, did the Government employees let you
15:29:49 11  go?
15:29:50 12      A.  Yes.
15:29:50 13      Q.  After the Government employees came in around
15:29:56 14  September 2017, did you have contact with Mrs. Liu the
15:30:01 15  following day?
15:30:01 16      A.  I believe so.
15:30:02 17      Q.  What happened during that encounter?
15:30:07 18              MS. POTASHNER:  Objection.  Calls for
15:30:10 19  hearsay.
15:30:10 20              THE COURT:  I'm sorry?
15:30:11 21              MS. POTASHNER:  Objection.  Calls for
15:30:12 22  hearsay.
15:30:12 23              THE COURT:  Overruled.
         24  BY MR. HSIEH:
15:30:15 25      Q.  What happened?

15:30:16   1     A.   In the morning, I got a call from Andy Ma, told

15:30:21   2   me to buy a shredder and I brought the shredder to her

15:30:26   3   house.

15:30:26   4     Q.   Where was her house?

15:30:27   5     A.   It was at 2335 Horizon.

15:30:32   6     Q.   Is that in Tustin?

15:30:33   7     A.   Yes.

15:30:33   8     Q.   Once you arrived the next day with the shredder

15:30:36   9   to 2335 Horizon Way, who was there?

15:30:39  10     A.   Mrs. Liu.

15:30:41  11     Q.   And what happened once you arrived and Mrs. Liu

15:30:44  12   there and you had the shredder?

15:30:46  13     A.   She asked me to bring the shredder to upstairs

15:30:52  14   office area and start shredding some papers.

15:30:53  15     Q.   And the papers she told you to shred, did you see

15:30:57  16   any of those documents?

15:30:57  17     A.   Yes, only see some casino winning slips.

15:31:00  18     Q.   And are you familiar with a person named Julia

15:31:04  19   Kezios?

15:31:06  20     A.   Yes.

15:31:06  21     Q.   Was she there as well?

15:31:08  22     A.   Yes, she was there.

15:31:08  23     Q.   What, if anything, happened with the shredder

15:31:12  24   that you purchased?

15:31:12  25     A.   Well, I bought a small shredder that was

15:31:15  1   overheated and then Julia brought another big shredder

15:31:20  2   to the house.

15:31:21  3      Q.   Could you observe Julia shedding documents with

15:31:24  4   the other bigger shredder?

15:31:26  5      A.   Yes.

15:31:27  6      Q.   Now, once you were at that location, did you go

15:31:30  7   anywhere else with your shredder?

15:31:30  8      A.   Yes, we went to another house to shred more

15:31:33  9   papers.

15:31:34  10     Q.   Did Mrs. Liu go with you to that second location?

15:31:37  11     A.   Yes.

15:31:37  12     Q.   What did you do at that second location?

15:31:38  13     A.   We just shred more papers.

15:31:41  14     Q.   Did Julia shred additional papers?

15:31:44  15     A.   Yes.

15:31:44  16     Q.   Were you there for approximately five to six

15:31:48  17   hours at both locations shredding documents?

15:31:50  18            MS. POTASHNER:   Objection.   Leading.

15:31:52  19            THE COURT:   Sustained.

15:31:53  20   BY MR. HSIEH:

15:31:54  21     Q.   Approximately how long were you at both locations

15:31:57  22   shredding documents?

15:31:57  23     A.   Couple hours.

15:31:58  24            MR. HSIEH:   No other questions at this time,

15:32:00  25   Your Honor.

| | | |
|---|---|---|
| 15:32:01 | 1 | THE COURT:  Okay.  Cross? |
| 15:32:08 | 2 | **CROSS-EXAMINATION** |
| | 3 | BY MS. POTASHNER: |
| 15:32:20 | 4 | Q.  Good afternoon, sir. |
| 15:32:21 | 5 | A.  Good afternoon. |
| 15:32:22 | 6 | Q.  You just testified about shredding some |
| 15:32:24 | 7 | documents, including casino slips; is that right? |
| 15:32:27 | 8 | A.  Yes. |
| 15:32:27 | 9 | Q.  And you testified that you went to one home to |
| 15:32:33 | 10 | shred some documents, right? |
| 15:32:34 | 11 | A.  Uh-huh. |
| 15:32:35 | 12 | Q.  And then a second home to shred documents? |
| 15:32:38 | 13 | A.  Yes. |
| 15:32:38 | 14 | Q.  You didn't shred any documents or -- at the |
| 15:32:43 | 15 | Ontario warehouse? |
| 15:32:44 | 16 | A.  No. |
| 15:32:44 | 17 | Q.  Or the Irvine warehouse? |
| 15:32:46 | 18 | A.  No. |
| 15:32:46 | 19 | Q.  Or the warehouse in Fontana? |
| 15:32:48 | 20 | A.  No. |
| 15:32:49 | 21 | Q.  Or the fourth warehouse? |
| 15:32:51 | 22 | A.  No. |
| 15:32:51 | 23 | Q.  You weren't asked to go shred any documents at |
| 15:32:54 | 24 | any place of business, right? |
| 15:32:55 | 25 | A.  No. |

| | | |
|---|---|---|
| 15:32:56 | 1 | Q.   I asked that question backwards.   No one -- |
| 15:33:01 | 2 | A.   Yeah, that's correct. |
| 15:33:03 | 3 | Q.   That is correct.   Thank you.   It's getting late |
| 15:33:05 | 4 | in the day.   I appreciate that. |
| 15:33:10 | 5 | Now, you worked with Mrs. Liu for a period of |
| 15:33:19 | 6 | time, right? |
| 15:33:20 | 7 | A.   Yes. |
| 15:33:20 | 8 | Q.   And other members of the Chinese American |
| 15:33:26 | 9 | community, right? |
| 15:33:26 | 10 | A.   Uh-huh. |
| 15:33:28 | 11 | Q.   And the Chinese community as well? |
| 15:33:31 | 12 | A.   Yes. |
| 15:33:31 | 13 | Q.   And you talked about what was culturally |
| 15:33:39 | 14 | understandable in terms of -- actually, you know what, |
| 15:33:46 | 15 | let me strike that. |
| 15:33:50 | 16 | THE COURT:   Sure. |
| 15:33:57 | 17 | BY MS. POTASHNER: |
| 15:33:58 | 18 | Q.   Now, you -- while you were working -- do you |
| 15:34:07 | 19 | still work for the Lius? |
| 15:34:09 | 20 | A.   I'm sorry? |
| 15:34:10 | 21 | Q.   Are you currently employed for the Lius? |
| 15:34:15 | 22 | A.   No. |
| 15:34:15 | 23 | Q.   So you're no longer working for them? |
| 15:34:17 | 24 | A.   No. |
| 15:34:17 | 25 | Q.   Okay.   Now, when you were employed, you weren't |

15:34:23  1    paid by Doubleday LLC, were you?

15:34:26  2        A.  No.

15:34:27  3        Q.  And you weren't paid by Production LLC?

15:34:34  4        A.  No.

15:34:34  5        Q.  And you weren't paid by Scuderia Development LLC?

15:34:40  6        A.  No.

15:34:41  7        Q.  And you weren't paid by Von Karman-Main Street

15:34:45  8    LLC?

15:34:46  9        A.  No.

15:34:46  10       Q.  Is that right?

15:34:50  11           And I'm going to go back to that last question

15:34:52  12   that I couldn't quite get out before.

15:34:55  13           You have met with the Government a couple of

15:34:57  14   times in this case; isn't that right?

15:34:59  15       A.  Yes.

15:34:59  16       Q.  And you met one day on November 27, 2018; isn't

15:35:07  17   that right?

15:35:07  18       A.  Yes.

15:35:07  19       Q.  And during that proffer meeting, you described

15:35:11  20   how culturally, Chinese Americans are private; isn't

15:35:19  21   that right?

15:35:19  22              MR. HSIEH:  Objection.  Relevance.  Outside

15:35:21  23   the scope of direct.

15:35:22  24              THE COURT:  It is outside the scope of

15:35:23  25   direct.  But as far as relevancy goes, I don't know yet.

15:35:30    1    BY MS. POTASHNER:

15:35:32    2        Q.   Isn't that right?

15:35:34    3        A.   Can you repeat the question again.

15:35:35    4        Q.   Sure.  You described how it was culturally

15:35:40    5    understandable to be told not to ask questions or

15:35:43    6    volunteer information; isn't that what you just said?

15:35:45    7        A.   At least at Alston, yes.

15:35:47    8        Q.   Right.  And you said that that was culturally

15:35:49    9    understandable; isn't that right?

15:35:51   10        A.   Yes.

15:35:51   11        Q.   Meaning within the Chinese culture?

15:35:53   12        A.   I mean, I guess Alston culture or Chinese.

15:36:05   13        Q.   And during the shredding, you said that Julia

15:36:11   14    Kezios was present, right?

15:36:13   15        A.   Yes.

15:36:13   16        Q.   And she was present at the first home that you

15:36:16   17    went to?

15:36:16   18        A.   Yes.  She came back -- she came by later on.

15:36:21   19        Q.   And she was present at the second home?

15:36:22   20        A.   Uh-huh.

15:36:23   21        Q.   So to the best of your knowledge, she wasn't

15:36:25   22    asked to shred any records at any of the business

15:36:28   23    locations; isn't that right?

15:36:29   24        A.   I'm not sure.

15:36:31   25        Q.   To the best of your knowledge?

15:36:32    1        A.   Yes.

15:36:35    2                MS. POTASHNER:   Thank you.  No further

15:36:36    3    questions.

15:36:36    4                THE COURT:   Any redirect?

15:36:37    5                MR. HSIEH:   No, Your Honor.

15:36:38    6                THE COURT:   You may step down.

15:36:40    7                May this witness be excused?

15:36:41    8                MR. HSIEH:   Yes, Your Honor.

15:36:41    9                THE COURT:   You are free to go.  Thank you

15:36:45   10    for coming in, sir.

15:36:45   11                MS. KUMAR:   Can I have just one moment, Your

15:36:47   12    Honor.

15:36:48   13                THE COURT:   Sure.

15:37:01   14                MR. HSIEH:   Your Honor, the Government rests

15:37:05   15    at this time.

15:37:05   16                THE COURT:   Okay.

15:37:08   17                Counsel, you can reserve any motions that

15:37:10   18    you may wish to make after the Government's case.  Do

15:37:12   19    you have any witnesses available today?

15:37:15   20                MR. RUYAK:   Yes, we do.

15:37:17   21                THE COURT:   Why don't we call the first

15:37:18   22    witness, then.

15:37:29   23                MS. POTASHNER:   The defense calls

15:37:31   24    Dr. Marshall White.

15:37:58   25                THE CLERK:   Please raise your right hand.

15:38:00    1            Do you solemnly swear the testimony that

           2    you're about to give in the matter now before the Court,

           3    shall be the truth, the whole truth and nothing but the

           4    truth, so help you God?

           5            THE WITNESS:  I do.

           6            THE CLERK:  Thank you.  You may be seated.

15:38:12    7            May I please ask that you state your full

15:38:15    8    name for the record and spell your last name.

15:38:17    9            THE WITNESS:  My full name is Marshall

15:38:22   10    Spencer White, W-H-I-T-E.

15:38:22   11            THE CLERK:  Thank you.

15:38:23   12            THE COURT:  You may inquire, Counsel.

15:38:25   13            MS. POTASHNER:  Thank you, Your Honor.

           14                      **DIRECT EXAMINATION**

           15    BY MS. POTASHNER:

15:38:27   16    Q.  Before you answer the question of what your

15:38:29   17    opinion is, can you please tell the jury why you are

15:38:34   18    here today.

15:38:38   19    A.  I was asked to render an opinion with regard to

15:38:41   20    the aluminum pallets that are at issue in this case.

15:38:49   21    Q.  Thank you, Dr. White.

15:38:50   22            And so before we get to what your opinion was,

15:38:52   23    can you please describe for the jury your academic

15:38:56   24    educational background.

15:38:57   25    A.  Bachelor of science, master of science, and Ph.D.

15:39:05  1   in wood science and forest products.  That's my degrees.

15:39:09  2   I began working at Virginia Tech in 1974.

15:39:17  3       Q.  Let me stop you there.  Because I'm going to ask

15:39:18  4   you a couple of questions about your background, okay,

15:39:20  5   before we move on.

15:39:23  6           So you said that you have three degrees.  Your

15:39:25  7   first degree is a bachelor of science from where?

15:39:29  8       A.  Colorado State University.

15:39:31  9       Q.  And then you have a master's of science; is that

15:39:34  10  right?

15:39:34  11      A.  That's correct.

15:39:35  12      Q.  Where did you get your master's of science?

15:39:37  13      A.  Virginia Tech.

15:39:39  14      Q.  What year did you achieve that?

15:39:41  15      A.  It would have been in 1972.

15:39:45  16      Q.  And do you also hold a Ph.D.?

15:39:50  17      A.  I do.

15:39:51  18      Q.  From where?

15:39:53  19      A.  Virginia Tech.

15:39:54  20      Q.  Do you remember what year you got your Ph.D.?

15:39:57  21      A.  1974.

15:39:58  22      Q.  Okay.  And after you received your Ph.D., did you

15:40:05  23  start working somewhere?

15:40:08  24      A.  Yes.  I was hired by Virginia Tech as an

15:40:16  25  assistant professor and extension specialist.

15:40:20  1      Q.   When did you start working for Virginia Tech as

15:40:23  2   an assistant professor?

15:40:25  3      A.   Roughly around the fall of 1975.

15:40:28  4      Q.   And how long did you serve as an assistant

15:40:31  5   professor?

15:40:35  6      A.   I am going to estimate.  Forgive me.

15:40:40  7      Q.   Sure.  It's been a while, right?

15:40:41  8      A.   It would have been five years.  So it would have

15:40:42  9   been roughly 1980.

15:40:44 10      Q.   And after you -- what happened next

15:40:49 11   professionally?

15:40:51 12      A.   Well, I was promoted to associate professor and

15:40:55 13   then to a full professor.  It's the standard movement

15:40:59 14   within academia from one level to another.

15:41:04 15      Q.   Are you familiar with a Dr. Horvath?

15:41:09 16      A.   Yes.

15:41:09 17      Q.   How are you familiar with him?

15:41:11 18      A.   He is a colleague at the university.  We both

15:41:14 19   work in the same department, same academic discipline.

15:41:18 20   He is within the -- his offices and my offices are

15:41:23 21   within the same building complex.

15:41:25 22      Q.   Do you know what level, in terms of that

15:41:30 23   progression that you just described, is Dr. Horvath an

15:41:34 24   associate professor, an assistant professor?  Do you

15:41:37 25   know right now what his title is?

15:41:38    1        A.   He is an associate professor.

15:41:41    2        Q.   Okay.  And so how long did you serve as a

15:41:47    3    professor at Virginia Tech?

15:41:49    4        A.   Well, again, let's set aside all those levels of

15:41:55    5    academia.

15:41:56    6        Q.   Sure.

15:41:57    7        A.   I began work in 1975 and retired from the

15:42:00    8    university in 2007.

15:42:01    9        Q.   Okay.  And what is your title now?

15:42:04   10        A.   Professor emeritus.

15:42:07   11        Q.   And you said that you worked with Dr. Horvath.

15:42:11   12    Do you have respect for Dr. Horvath's work?

15:42:17   13        A.   Yes.

15:42:17   14        Q.   Do you and Dr. Horvath co -- do anything

15:42:22   15    professionally together, apart from being in the same

15:42:24   16    physical space?

15:42:25   17        A.   Yes.  Quite a lot.  Formally, we serve on

15:42:33   18    graduate student and research advisory committees

15:42:36   19    together.  We publish together in the peer-review

15:42:38   20    literature and trade literature, the results of research

15:42:42   21    there.  And I have helped him -- he basically took over

15:42:45   22    the facility that I ran for all of those years.  And I

15:42:48   23    mentored him since he arrived.

15:42:51   24        Q.   And have you had the opportunity to publish while

15:42:57   25    you have been serving as a professor since 1975?

15:43:01    1       A.   Yes.

15:43:02    2       Q.   Could you give an estimate on how many papers

15:43:06    3   you've published over the course of the last 46 years,

15:43:11    4   if my math is right.

15:43:13    5       A.   Well, we published in different types of

15:43:17    6   literature, peer-reviewed literature, probably 30 to 40

15:43:21    7   peer-viewed publications.  In terms of reports, in terms

15:43:25    8   of abstracts, in terms of presentations, transcripts,

15:43:37    9   300, 400.

15:43:39   10            MS. POTASHNER:  Your Honor, at this time, I

15:43:41   11   proffer Dr. White as an expert in pallets.

15:43:43   12            THE COURT:  He will be qualified.

15:43:45   13            MS. POTASHNER:  Thank you.

           14   BY MS. POTASHNER:

15:43:46   15       Q.   Now, I asked you -- actually, let me step back.

15:43:49   16            In terms of testing of pallets, are there

15:43:55   17   different standards that are used in the industry?

15:44:01   18       A.   Yes.  We -- we generally have standardized

15:44:06   19   physical tests of prototypes.  We have two sets of

15:44:12   20   pallet testing protocols.  Those that are national in

15:44:17   21   scope, maintained the American Society of Testing and

15:44:20   22   Materials, and those that are international in scope,

15:44:23   23   and that would be the International Standards

15:44:26   24   Organization.

15:44:26   25       Q.   And that's for -- that's for testing strength and

15:44:34   1   durability of pallets?

15:44:36   2       A.   Yes.   Trying to assess the performance of a

15:44:39   3   pallet design.

15:44:41   4       Q.   Okay.   And is there also a qualitative standard

15:44:46   5   you use for determining whether a structure is a pallet?

15:44:52   6       A.   Yes.   The ANSI, American National Standards

15:44:56   7   Institute MH1 Standard, has sections that we call

15:45:00   8   prescriptive.   What that means is, is that pallet

15:45:02   9   structures are described in that document.   There are

15:45:06   10   sections for wood pallets, metal pallets, plastic

15:45:10   11   pallets, paper pallets.   We call those prescriptive and

15:45:13   12   they are descriptive.

15:45:16   13       Q.   And so now that we have demonstrated your

15:45:19   14   expertise in this area, do you -- were you given a

15:45:26   15   number of pallets to analyze in this case?

15:45:31   16       A.   Yes.   I was given 32 samples.

15:45:34   17       Q.   Can you describe those samples --

15:45:41   18           MS. POTASHNER:   Your Honor, if I may, I was

15:45:42   19   surprised that the Government rested.   I would just like

15:45:46   20   to grab a document.

15:45:47   21           THE COURT:   Go ahead.

15:46:16   22           MS. POTASHNER:   Thank you.

15:46:17   23   BY MS. POTASHNER:

15:46:17   24       Q.   You reviewed 32 pallets in this case; is that

15:46:20   25   right?

15:46:20   1        A.   I tested 32 pallets.

15:46:23   2        Q.   Okay.   Tested 32 pallets.

15:46:26   3             Did you do a visual inspection of other pallets

15:46:30   4   in this case?

15:46:31   5        A.   I did.

15:46:32   6        Q.   Let's talk about the visual inspection, where did

15:46:34   7   that happen?

15:46:36   8        A.   That was at a Riverside warehouse in Riverside,

15:46:39   9   California.

15:46:40   10       Q.   And who was present at that inspection?

15:46:43   11       A.   You were and several other attorneys and

15:46:46   12   representatives from the Justice Department.

15:46:49   13       Q.   And do you remember when that inspection

15:46:52   14   occurred?

15:46:53   15       A.   May 13th of this year.

15:46:55   16       Q.   And do you recall how many pallets you inspected

15:47:00   17   during that visual inspection?

15:47:02   18       A.   I inspected in detail 50 pallets.

15:47:06   19       Q.   And in detail, what do you mean?

15:47:10   20       A.   Well, we basically got up close and personal with

15:47:14   21   these pallets.   We examined them very closely, looking

15:47:18   22   at the top deck, the bottom deck, and the stringers that

15:47:21   23   separate the two decks.   Made measurements on those,

15:47:26   24   photographed all surfaces of the pallets.

15:47:29   25       Q.   And so when you were inspecting samples from --

15:47:34   1   from the different seizures, did you -- did -- did

15:47:40   2   individuals from the Government actually help you flip

15:47:43   3   them over so you could look at both sides?

15:47:45   4       A.  They did.

15:47:46   5       Q.  And so did you inspect both sides of every single

15:47:50   6   pallet you looked at?

15:47:51   7       A.  Yes, as well as the interior.

15:47:54   8       Q.  And the interior, you sort of looked in between

15:47:58   9   the two -- the top and bottom deck?

15:48:00   10       A.  Correct.

15:48:00   11       Q.  How long did that inspection take?

15:48:02   12       A.  It took an entire day.

15:48:04   13       Q.  By an entire day, do you mean --

15:48:07   14       A.  Eight hours.

15:48:08   15       Q.  So you looked at these pallets, inspected them

15:48:11   16   for a total of eight hours?

15:48:13   17       A.  Roughly.

15:48:14   18       Q.  And then in terms of the testing, how long did

15:48:17   19   the testing take for these pallets?

15:48:20   20       A.  Over two weeks.

15:48:21   21       Q.  And two weeks of full-time work?

15:48:28   22       A.  Yes.

15:48:28   23       Q.  So over 80 hours of testing of these pallets?

15:48:34   24       A.  Let me say between 40 and 80 hours.

15:48:36   25       Q.  It's been a while.  Okay.

15:48:38   1        So between 40 and 80 hours.  And did you do a

15:48:41   2   series of tests to determine the strength of these

15:48:44   3   pallets?

15:48:45   4        A.  I did.

15:48:45   5        Q.  Okay.  I'm going to break it down into two

15:48:49   6   different types of pallets; the heavier pallets, and

15:48:53   7   then the lighter pallets, okay?  So let's talk about the

15:48:58   8   heavier pallets first.  Did you do strength testing of

15:49:00   9   the heavier pallets?

15:49:02   10       A.  Yes, I did.

15:49:03   11       Q.  What was your conclusion with respect to those

15:49:06   12   pallets?

15:49:07   13       A.  In terms of strength, it exceeded 6,000 pounds

15:49:10   14   capacity.

15:49:11   15       Q.  And based on your expertise, would you say that

15:49:15   16   is a strong pallet?

15:49:16   17       A.  Yes.

15:49:17   18       Q.  Okay.  Flipping to the lighter weight pallets.

15:49:22   19       A.  I did not test any other pallet structure.

15:49:25   20       Q.  You tested the heavier pallets?

15:49:28   21       A.  Correct.

15:49:28   22       Q.  Let's talk about the durability of those pallets.

15:49:33   23   What kind of test did you do for the durability of those

15:49:36   24   pallets?

15:49:37   25       A.  Basically, durability in a pallet is resistance

15:49:40   1   to rough handling.  So what you do is, you simulate the

15:49:44   2   shocks and impacts that a pallet would incur as it moves

15:49:48   3   through a supply chain.  So you simulate, first and

15:49:53   4   foremost, fork time impacts, because if it weren't for

15:49:59   5   forklifts, pallets would last forever.

15:50:04   6        But then we also drop these pallets as if they

15:50:07   7   were going to be dropped empty, and in terms of

15:50:12   8   durability, fork time impacts and the dropping test.

15:50:17   9        Q.  What were your conclusions in terms of durability

15:50:20  10   of these pallets?

15:50:22  11        A.  Extremely durable.

15:50:24  12        Q.  And now, going back to the lightweight pallets,

15:50:28  13   you just testified that you didn't personally test them;

15:50:32  14   is that correct?

15:50:33  15        A.  That's right.

15:50:33  16        Q.  But you reviewed and relied upon the testing by

15:50:37  17   Dr. Horvath of those pallets; isn't that right?

15:50:40  18        A.  I reviewed his test reports of those pallets,

15:50:44  19   yes.

15:50:44  20        Q.  Of the lightweight pallets?

15:50:45  21        A.  Correct.

15:50:46  22        Q.  And based on your expertise, what are the

15:50:49  23   conclusions that you draw regarding the lightweight

15:50:51  24   pallets from Dr. Horvath's testing?

15:50:54  25        A.  Well, the lightweight pallets are also very

15:50:57  1   durable.

15:50:58  2       Q.   And what were -- what conclusions did you draw

15:51:01  3   regarding the strength of those lightweight pallets?

15:51:05  4       A.   Generally, not as strong as the heavier pallets.

15:51:12  5   So their capacities would be in the 6,000-pound range.

15:51:20  6   My tests showed that the heavy pallet strength actually

15:51:25  7   exceeded 6,000 pounds.  So I want to be clear on that.

15:51:28  8       Q.   Now, so you just testified that the lightweight

15:51:32  9   pallets were a little less strong than the heavyweight

15:51:36  10  pallets, for the nonscience people in the room; is that

15:51:38  11  right?

15:51:38  12      A.   Based on Dr. Horvath's test results, yes.

15:51:43  13      Q.   But is it still fair to say that those pallets

15:51:46  14  are strong pallets?

15:51:47  15      A.   Yes, they are.

15:51:48  16      Q.   Now, the testing is done based on one set of

15:51:54  17  standards.  I think you called it the ISO standards; is

15:51:57  18  that right?

15:51:57  19      A.   That's the international protocol, yes.

15:51:59  20      Q.   Now, at the conclusion of the testing that you

15:52:03  21  did and the physical inspection that you did, did you

15:52:08  22  draw any conclusions regarding whether the structures

15:52:11  23  that you were analyzing conformed to the definition of a

15:52:15  24  pallet as defined MH1?

15:52:20  25      A.   Yeah, they were -- in my opinion, the pallets met

15:52:24   1   the description in part 13 of metal pallets of the MH1

15:52:29   2   document, as a two-way, nonreversible-type metal pallet.

15:52:42   3               MS. POTASHNER:  Now, Your Honor, I would ask

15:53:02   4   to publish Exhibit 43, which is already in the record.

15:53:07   5               THE COURT:  Yes.

15:53:14   6               MS. POTASHNER:  And, Allan, I would ask you

15:53:14   7   to zoom in on this seam.

15:53:26   8               I can't tell if it's my glasses or if that's

15:53:35   9   a little fuzzy.  Let's try page 2.

15:53:43   10              Okay.  We are going to try a different

15:53:45   11  picture.  Actually, let's go back to that picture.

           12  BY MS. POTASHNER:

15:53:50   13  Q.  Is this a fair and accurate representation of the

15:53:53   14  pallets that you reviewed in this case?

15:53:57   15  A.  It appears to be, yes.

15:53:58   16  Q.  Okay.  Now, the planks across the top, those are

15:54:10   17  top planks; is that right?

15:54:10   18  A.  They're top deck boards.  It's a terminology that

15:54:14   19  comes from wood.  So we call them top deck boards, even

15:54:18   20  though in this case, they are aluminum.

15:54:19   21  Q.  So the top deck boards are connected to a

15:54:24   22  vertical piece; is that correct?

15:54:25   23  A.  Yes.

15:54:26   24  Q.  What's a vertical piece called?

15:54:29   25  A.  There are three stringers.  The vertical pieces

15:54:33  1  are called stringers.

15:54:34  2     Q.  Okay.  So we see the top boards being connected

15:54:37  3  to a stringer, in this photograph; is that right?

15:54:40  4     A.  They are connected to three stringers.

15:54:42  5     Q.  Okay.  You're right.  I'm looking in the top

15:54:45  6  right-hand corner of the picture.  Now, you can see in

15:54:49  7  this picture, right where the mouse was, yes.  Do you

15:54:58  8  see that line -- between the top board and the stringer

15:55:02  9  on the top, do you see the line connecting those two

15:55:07  10  pieces?

15:55:08  11     A.  Yeah, that appears to be a weld.

15:55:10  12     Q.  And can you describe what those welds look like

15:55:21  13  in the nearly hundred pallets that you looked at in this

15:55:23  14  case.

15:55:24  15     A.  Well, the welds in this location, connecting the

15:55:31  16  deck boards to the stringers -- and this would be the

15:55:34  17  outer stringers now -- were continuous welds.  I'm not a

15:55:39  18  welding expert, but it is very typical of aluminum

15:55:43  19  pallets that I have dealt with over the years.

15:55:48  20     Q.  Okay.  And what -- in looking at all of these

15:55:54  21  pallets, was it common for you to see a continuous weld

15:55:58  22  in that location on each and every pallet that you

15:56:01  23  reviewed?

15:56:02  24     A.  Yes, it appeared on every pallet I've examined.

15:56:05  25     Q.  And was that true on the top, as well as on the

15:56:09   1   bottom?

15:56:09   2       A.   That is correct.  Yes.

15:56:12   3       Q.   Now, I would like to draw your attention to

15:56:22   4   Exhibit 50.

15:56:23   5               MS. POTASHNER:  Is that already in the

15:56:24   6   record?

15:56:28   7               If we could just show the witness exhibit --

15:56:32   8   actually, exhibit --

15:56:37   9               No objection?

15:56:37  10               MR. BERNSTEIN:  No objection.

15:56:39  11               MS. POTASHNER:  Here's my question then, you

15:56:41  12   guys can look at this for a second.

15:56:59  13               Okay.  We will use exhibit -- sorry, my book

15:57:02  14   was a little bit confused.

15:57:04  15               So Exhibit 51, it's already in evidence.  I

15:57:08  16   would ask that it be published.

15:57:10  17               THE COURT:  Yes.

15:57:11  18   BY MS. POTASHNER:

15:57:12  19       Q.   If you could look at page 1 of 2 of Exhibit 51.

15:57:16  20       A.   I see it.

15:57:18  21       Q.   What do you see pictured connecting the stringer

15:57:21  22   to the top and bottom board?

15:57:24  23       A.   These are welds, but obviously, they are not

15:57:28  24   continuous.  They don't cover the entire connection, if

15:57:31  25   you will, between in this case, the top deck and

15:57:35  1   stringer and the bottom deck and stringer member.

15:57:38  2       Q.  And is that, from your expertise, is it an

15:57:46  3   unusual construction for those types of welds to be on

15:57:49  4   the interior of aluminum pallets with continuous welds

15:57:53  5   being on the exterior of aluminum pallets?

15:57:56  6       A.  Yes.  These shorter welds, sometimes called tack

15:58:00  7   welds, are basically part of the construction of

15:58:05  8   aluminum pallets.  You use the tack welds first to

15:58:08  9   position the deck board and the stringer.  It's critical

15:58:12  10  to keep the spacing between those components the same.

15:58:16  11  And then you weld, in this case, across the top of the

15:58:23  12  deck board, the continuous, more permanent and secure

15:58:27  13  weld.

15:58:28  14      Q.  Just so we're not talking past each other, I

15:58:31  15  asked you if this is unusual and you said yes.

15:58:34  16          Is this an usual construction, based on your

15:58:37  17  expertise?

15:58:37  18      A.  I'm sorry.  No.  This is typical.

15:58:39  19      Q.  And so when you looked at -- you examined these

15:58:44  20  pallets for those eight hours and then the testing, is

15:58:46  21  this the type of construction you saw in each of

15:58:49  22  pallets; the tack welding on the interior and the

15:58:53  23  continuous welding on the exterior?

15:58:56  24      A.  Yes.

15:58:57  25      Q.  And did that structure -- did you -- did that

15:59:02  1    structure give you pause in terms of the strength of

15:59:05  2    these pallets?

15:59:08  3        A.  No.  That would be expected in the construction

15:59:12  4    of an aluminum pallet.

15:59:14  5        Q.  And when you tested the strength of these pallets

15:59:18  6    with the tack welding on the inside and the continuous

15:59:21  7    welding on the outside, the strength testing, did you

15:59:26  8    find that the welds broke during any of the strength

15:59:30  9    tests?

15:59:31  10       A.  No.

15:59:32  11       Q.  And when you reviewed Dr. Horvath's testing, was

15:59:37  12   that consistent in his testing, that none of the welds

15:59:41  13   broke during his testing?

15:59:44  14       A.  Yes.  None of the welds completely fractured such

15:59:46  15   that components separate.  Except I think in one example

15:59:51  16   on one of Dr. Horvath's reports of the lightweight

15:59:56  17   pallet.  But no failures occurred in the heavy pallets.

16:00:06  18       Q.  From the testing that you saw?

16:00:07  19       A.  Yes.

16:00:09  20            THE COURT:  Counsel, it's 4:00 o'clock.  So

16:00:11  21   we're going to be breaking at this time.

16:00:13  22            We will have you come back in tomorrow

16:00:14  23   morning at 8:00 o'clock -- 8:30.  I'm sorry.  Remember

16:00:17  24   the admonishment not to discuss the case among

16:00:20  25   yourselves or with anybody else.  Don't form or express

16:00:22  1  any opinions about the matter until I have submitted it

16:00:24  2  to you and you retire to the jury room.  See you back in

16:00:26  3  tomorrow at 8:30.

16:00:27  4           If you'll leave quietly.  I've got to talk

16:00:29  5  with the attorneys.

          6           THE CLERK:  All rise.

16:01:15  7           (JURY EXITS THE COURTROOM.)

16:01:15  8           THE COURT:  Okay.  The record will reflect

16:01:16  9  that the jurors have left the courtroom.

16:01:18  10          You may step down, sir.  You may have a

16:01:22  11 seat.

16:01:22  12          Counsel, I want to talk to you a little bit

16:01:24  13 about the logistics.  And the reason I did is because

16:01:26  14 one of the jurors has a biopsy that's scheduled for a

16:01:34  15 quarter of eight in the morning on Friday.

16:01:38  16          I had indicated, through the clerk, that she

16:01:44  17 wasn't going to be excused at this time.  I don't think

16:01:47  18 she has made any plans yet to continue that.  I don't

16:01:51  19 know if she can't continue it or not.  But if we

16:01:55  20 thought, and I don't -- I am not pushing anyone one way

16:02:00  21 or the other, but if we thought we would finish the

16:02:02  22 testimony by tomorrow, which would be Thursday, then we

16:02:05  23 could spend the first hour or two Friday morning going

16:02:09  24 over jury instructions, and not -- and she could keep

16:02:14  25 her appointment.

16:02:15  1          But I don't know.  So I'm going to let you

16:02:18  2  talk about it and let me know whether or not we will

16:02:20  3  finish testimony by tomorrow or not.  Do you want to

16:02:24  4  discuss?  If so, we'll tell her not to change her

16:02:27  5  appointment.

16:02:28  6          MR. RUYAK:  I think it's a very good chance

16:02:30  7  of that.  We will talk.  But I think it's a very good

16:02:33  8  chance we will finish.

16:02:35  9          THE COURT:  Okay.  I don't know if you have

16:02:36  10  rebuttal or anything else.

16:02:37  11          MS. KUMAR:  Not at this time, Your Honor.

16:02:38  12          There's one other issue unrelated that I

16:02:40  13  want to raise to the Court.  But we will talk to the

16:02:45  14  logistics.

16:02:46  15          THE COURT:  Why don't you tell her not to

16:02:47  16  cancel her appointment yet.  We'll see if we can work it

16:02:53  17  out.  Keep our fingers crossed.  It's been moving very

16:02:55  18  well so far, so we may very well be able to do that.

16:03:00  19          MR. HSIEH:  Your Honor, just a quick

16:03:01  20  logistical question:  If we were to reserve -- the

16:03:03  21  assumption is, if they were to finish early tomorrow, we

16:03:08  22  would do jury instructions Friday, so we wouldn't --

16:03:08  23          THE COURT:  Let me help you out, because

16:03:09  24  every Court does it differently.  I always have argument

16:03:12  25  before jury instructions are given.  So if we finish

16:03:17  1   tomorrow, we could go over jury instructions in the

16:03:20  2   morning.  And as soon as she comes in, we could go ahead

16:03:24  3   and instruct at that time.  I may or may not, depending

16:03:27  4   on -- I don't want to cut you short, but I don't

16:03:31  5   anticipate argument on this being any more than an hour,

16:03:34  6   hour and a half on both sides.

16:03:36  7            But I don't know.  I will talk to you about

16:03:40  8   that later.  I may or may not be able to get

16:03:43  9   instructions in Friday night before they go home.  Worst

16:03:47  10  case scenario, we can instruct them Monday morning.

16:03:51  11           Now, I'll give you another logistical thing.

16:03:51  12  If we do that, I would like to bring the jury in -- I've

16:03:55  13  got all kinds of cases in the morning Monday.  I would

16:03:58  14  like to bring them in at 11:00 o'clock, if all we have

16:04:02  15  left is just instructions, so that they can get in and

16:04:05  16  deliberate.  So that's kind of the overall tentative

16:04:08  17  plan.

16:04:09  18           MS. KUMAR:  I think the -- sorry, not to

16:04:11  19  speak for my co-counsel.  But I think the question is:

16:04:13  20  When will closing happen, if the defense -- would the

16:04:15  21  Court anticipate closing would proceed immediately after

16:04:18  22  the defense rests, if there is no rebuttal case?

16:04:21  23           THE COURT:  Yes and no.  Let's assume

16:04:24  24  tomorrow, we come in and you wrap this up noontime

16:04:29  25  tomorrow.  Am I going to make you go into closing

16:04:32  1   argument.  No.  No.  If we do it the way we are talking

16:04:36  2   about, if we wrap it up tomorrow, then I won't go over

16:04:41  3   jury instructions with you until Friday morning and then

16:04:44  4   you will argue the case after we go over the jury

16:04:48  5   instructions.

16:04:49  6          I don't want to get anybody's hopes up,

16:04:53  7   because every Court does jury instructions differently.

16:04:55  8   It probably won't take too long.  I'll just probably

16:04:56  9   come out and tell you which jury instructions we're

16:04:57  10  going to give and which ones we're not going to give.

16:04:59  11  But it would not be until -- would not be until Friday,

16:05:04  12  if we go into closing argument.

16:05:07  13         MR. RUYAK:  So, Your Honor, we were planning

16:05:09  14  on doing closing arguments Friday afternoon.

16:05:11  15         THE COURT:  The opening may be Friday

16:05:14  16  morning.

16:05:16  17         MR. RUYAK:  Okay.  Just trying to figure out

16:05:18  18  logistics.

16:05:20  19         THE COURT:  I understand that.

16:05:21  20         Yeah, because we did that -- if we got the

16:05:24  21  opening on Friday morning, we could get the closing in

16:05:26  22  Friday afternoon, and depending on where we are, I may

16:05:30  23  or may not be able to instruct Friday afternoon.  If I

16:05:33  24  did instruct Friday afternoon -- just to lay everything

16:05:36  25  on the table for you.  If I did instruct Friday

16:05:39  1    afternoon, I would have them come in Monday morning for

16:05:41  2    deliberations at 8:30 in the morning, like we always do.

16:05:47  3    But I won't get to you until after 10:00 o'clock on

16:05:50  4    Monday.  So even if they come in with a verdict, they

16:05:52  5    will have to wait until 10, 10:30 on Monday.

16:05:57  6                    Counsel.

16:05:59  7                    MS. POTASHNER:  Thank you, Your Honor.  For

16:05:59  8    the record, we make a Rule 29 motion as to each and

16:06:04  9    every count that our clients are charged in, and each

16:06:07  10   and every element.  We do intend to file a written brief

16:06:10  11   supporting that.  That probably will be filed tonight,

16:06:12  12   just for the record, because I know I'm required to make

16:06:14  13   that at the close of the Government's case in chief, and

16:06:18  14   I'm assuming my co-counsel will make the same motion.

16:06:21  15                   MR. RUYAK:  Yes, same motion on behalf of

16:06:25  16   Perfectus.

16:06:26  17                   THE COURT:  The case is going to take -- the

16:06:27  18   Court is going to take that under submission and so you

16:06:31  19   reserve the right to make that motion.  If you don't

16:06:34  20   want to get the papers in tomorrow, I probably won't

16:06:36  21   rule on it until after the jury anyway.  So if you want

16:06:39  22   more time to do your motion in writing, then we can put

16:06:46  23   that over to some time next week for you.  That depends

16:06:47  24   on you.

16:06:47  25                   MS. POTASHNER:  Thank you.  We appreciate

16:06:48 1    that.

16:06:49 2            THE COURT:  You make it any time you want.

16:06:51 3            MS. POTASHNER:  Thank you.  I appreciate

16:06:52 4    that.

16:06:52 5            THE COURT:  When I say any time you want, it

16:06:54 6    has to be at least by the middle of next week.

16:06:57 7            MS. KUMAR:  Your Honor, the Government, now

16:07:00 8    that it's closed and I'm happy to talk to counsel, but

16:07:01 9    we would renew our objection to the testimony of John

16:07:04 10   Peterson.  We filed a motion about this.  We still don't

16:07:07 11   know what he is going to testify to or to whom he is

16:07:11 12   rebutting testimony of.  He is a lawyer that the

16:07:14 13   Government believes, even assuming we can figure out

16:07:17 14   what the opinions are, would be inadmissible, but we

16:07:21 15   still don't know what those opinions are, Your Honor.

16:07:24 16   So we renew our objection.

16:07:25 17           THE COURT:  I appreciate you putting the

16:07:28 18   Court on notice on that.  Talk to each other on it.  And

16:07:31 19   if you want to file anything in writing by tomorrow

16:07:33 20   morning, I will be happy to look at it.

16:07:37 21           MS. KUMAR:  Thank you, Your Honor.

16:07:37 22           THE COURT:  Cover everything?  Long day.

16:07:39 23           MS. KUMAR:  I think so.

16:07:40 24           THE COURT:  See you in the morning.

25           (PROCEEDINGS CONCLUDED.)

```
1
2                     CERTIFICATE OF REPORTER
3
4    COUNTY OF LOS ANGELES      )
5                               )  SS.
6    STATE OF CALIFORNIA        )
7
8    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
9    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17
18
19   DATE:  AUGUST 19, 2021
20
21   /S/_____
22   SHERI S. KLEEGER, CSR
23   FEDERAL OFFICIAL COURT REPORTER
24
25
```



## $

**$1,836,244,745.03** [1] - 49:5
**$10** [1] - 85:9
**$111,000** [1] - 127:11
**$113,000** [1] - 126:20
**$127** [1] - 77:8
**$200** [4] - 157:24, 179:10, 179:16, 179:23
**$21,000** [1] - 119:23
**$226** [1] - 105:4
**$258** [1] - 78:14
**$3** [1] - 186:23
**$30,316,664** [1] - 52:3
**$303** [1] - 103:18
**$31** [1] - 103:25
**$311,232,970** [1] - 52:5
**$332** [1] - 86:10
**$334,856,212** [1] - 52:7
**$38** [1] - 84:14
**$668,270,057.96** [1] - 53:2
**$668,270.057.96** [1] - 45:24
**$76** [1] - 84:7
**$822,434,565** [1] - 53:5
**$926,026** [1] - 111:22

## '

**'08** [1] - 106:2
**'11** [1] - 180:7
**'13** [1] - 106:3
**'16** [1] - 178:10

## /

**/S** [1] - 260:21

## 0

**01** [5] - 16:2, 16:9, 33:8, 43:24, 47:22
**03** [5] - 9:13, 16:3, 16:9, 44:1, 47:25

## 1

**1** [20] - 14:11, 15:5, 15:20, 38:4, 45:25,

50:19, 66:4, 75:3, 75:10, 84:16, 88:9, 91:5, 96:16, 104:11, 105:6, 111:15, 121:13, 130:21, 161:25, 251:19
**1,000** [1] - 41:5
**1,947,140.11** [1] - 129:25
**1.1** [1] - 112:4
**1.2** [1] - 121:14
**1.3** [3] - 106:12, 118:9, 126:15
**1.39** [1] - 106:20
**1.4** [2] - 116:14, 119:15
**1.5** [2] - 106:18, 114:22
**1.7** [3] - 79:18, 93:12, 121:22
**1.8** [5] - 51:3, 86:6, 93:10, 107:1, 122:9
**1.9** [3] - 91:19, 110:12, 127:8
**10** [22] - 4:3, 64:23, 64:24, 64:25, 72:23, 73:2, 73:14, 73:16, 73:18, 75:7, 75:11, 77:3, 77:22, 84:18, 85:22, 87:20, 104:10, 154:22, 177:23, 191:22, 258:5
**10+2** [1] - 44:25
**10,000** [1] - 110:20
**10.5** [1] - 177:23
**1001** [8] - 64:5, 110:1, 120:18, 130:9, 140:13, 143:9, 147:2, 224:11
**101** [1] - 4:10
**10340** [1] - 1:23
**105** [1] - 4:11
**10681** [1] - 1:12
**108-1** [1] - 61:22
**109** [2] - 4:12, 77:12
**10:00** [1] - 258:3
**10:30** [1] - 258:5
**10th** [3] - 95:16, 97:3, 114:6
**11** [7] - 47:23, 75:11, 85:7, 87:20, 90:17, 91:3, 120:11
**11,000** [1] - 89:21
**1100** [1] - 2:9
**112,000** [1] - 94:11
**113** [3] - 77:13, 112:20, 112:24
**114** [1] - 112:24
**115** [1] - 112:20
**117,000** [1] - 125:22

**11:00** [1] - 256:14
**11:30** [1] - 123:3
**11th** [1] - 115:13
**12** [8] - 4:4, 75:11, 75:25, 76:12, 76:14, 78:9, 79:15, 120:4
**12000** [1] - 110:20
**124** [1] - 4:13
**127** [1] - 83:14
**128** [1] - 4:14
**129** [2] - 128:8, 128:10
**12th** [1] - 117:18
**13** [3] - 26:15, 75:11, 249:1
**13.8** [1] - 177:19
**130** [2] - 129:1, 154:12
**131** [1] - 4:15
**131,139** [1] - 3:7
**133** [1] - 182:16
**136** [1] - 129:16
**137** [3] - 130:13, 161:21, 162:5
**13th** [1] - 244:15
**14** [2] - 3:17, 75:11
**149** [1] - 3:8
**14th** [1] - 114:10
**15** [7] - 73:19, 73:24, 75:11, 84:19, 119:20, 157:9, 193:1
**150** [1] - 151:13
**158** [1] - 78:21
**15th** [1] - 97:22
**16** [2] - 75:11, 119:20
**16,31** [1] - 3:4
**1681** [5] - 140:18, 143:11, 145:22, 147:11, 147:15
**17** [2] - 75:11, 121:13
**1700** [1] - 2:18
**174** [1] - 86:21
**177** [1] - 4:16
**17th** [2] - 97:4, 114:10
**18** [4] - 1:18, 5:1, 75:11, 85:2
**180** [1] - 108:14
**18th** [2] - 93:24, 95:11
**19** [3] - 75:12, 91:3, 260:19
**19-00282** [1] - 1:8
**190** [1] - 3:8
**19605** [1] - 124:4
**1972** [1] - 239:15
**1974** [2] - 239:2, 239:21
**1975** [3] - 240:3,

241:7, 241:25
**1980** [1] - 240:9
**19th** [2] - 91:10, 111:25
**1:00** [2] - 123:3, 123:9
**1:30** [1] - 123:8
**1st** [2] - 117:7, 126:20

## 2

**2** [33] - 3:20, 11:20, 14:23, 16:7, 22:12, 26:4, 49:10, 50:6, 50:8, 51:6, 52:11, 52:12, 52:16, 61:23, 65:3, 65:5, 75:3, 75:10, 84:25, 85:6, 104:11, 104:12, 104:19, 107:3, 112:22, 112:23, 116:12, 121:13, 122:10, 249:9, 251:19
**2,240,831** [1] - 45:21
**2.2** [1] - 50:16
**2.4** [1] - 106:24
**2.5** [1] - 94:10
**2.6** [1] - 110:10
**2.9** [1] - 91:7
**20** [2] - 106:9, 121:3
**200** [4] - 3:9, 87:15, 140:14, 179:1
**20006** [1] - 2:18
**2004** [1] - 200:20
**2007** [1] - 241:8
**2008** [13] - 51:23, 54:1, 98:23, 102:10, 103:12, 103:15, 103:25, 104:8, 104:9, 106:8, 107:13, 107:17, 134:7
**2009** [40] - 52:4, 54:5, 89:18, 90:17, 91:3, 91:11, 91:21, 92:3, 93:6, 93:24, 93:25, 94:21, 95:11, 95:16, 103:16, 104:4, 104:9, 107:21, 107:24, 134:7, 154:10, 154:13, 154:15, 156:23, 157:1, 157:12, 158:15, 170:9, 176:15, 176:19, 177:5, 177:17, 177:20, 177:25, 178:14, 178:15, 180:7
**2010** [9] - 52:6,

103:16, 104:10, 108:1, 108:4, 177:21, 177:22, 177:25, 180:7
**2011** [11] - 41:2, 45:18, 102:16, 102:17, 102:22, 103:17, 104:10, 108:8, 108:9, 178:4, 178:6
**2012** [6] - 103:17, 104:10, 106:23, 108:11, 178:8, 183:3
**2013** [18] - 7:13, 17:1, 22:23, 23:12, 103:12, 103:18, 104:1, 104:4, 104:8, 104:11, 106:10, 106:19, 106:25, 108:15, 157:5, 157:6, 157:10, 212:2
**2013-to-2015** [1] - 215:8
**2014** [34] - 41:2, 45:18, 61:25, 96:23, 96:24, 97:3, 97:4, 98:2, 103:21, 104:16, 104:20, 104:22, 106:13, 107:3, 107:10, 108:21, 110:4, 111:8, 111:24, 111:25, 112:11, 113:15, 113:19, 114:10, 116:2, 116:6, 116:15, 117:3, 118:22, 119:8, 120:20, 121:13, 132:10, 134:25
**2015** [19] - 62:17, 64:3, 124:23, 126:2, 126:7, 127:3, 127:4, 128:14, 129:18, 131:11, 135:5, 219:7, 219:25, 220:9, 221:7, 226:14, 227:3, 229:15
**2016** [19] - 12:12, 12:13, 18:16, 18:17, 18:23, 19:16, 20:6, 25:23, 157:1, 157:13, 162:1, 176:15, 176:19, 177:6, 178:6, 204:19, 204:23, 205:4, 210:4
**2017** [8] - 12:25, 13:4, 17:16, 17:20, 25:19, 26:15, 230:1, 230:14
**2018** [5] - 222:22, 222:25, 235:16
**2019** [8] - 7:11, 7:13, 17:1, 69:9, 152:5,

222:22, 222:24, 222:25
**2021** [3] - 1:18, 5:1, 260:19
**203** [1] - 3:9
**203-2** [1] - 26:4
**204** [1] - 3:10
**2058** [6] - 124:7, 124:20, 126:3, 127:25, 128:24, 130:11
**209** [1] - 3:10
**20th** [1] - 20:6
**21** [1] - 104:10
**211** [1] - 3:11
**213** [3] - 15:19, 15:20, 38:4
**213)894-6604** [1] - 1:25
**216** [2] - 106:13, 106:16
**21st** [1] - 116:2
**22** [1] - 121:3
**224** [2] - 103:18, 108:12
**226** [1] - 3:12
**22nd** [1] - 117:18
**23** [11] - 4:5, 79:20, 80:12, 80:14, 83:11, 85:20, 141:18, 141:20, 142:13, 143:5, 143:8
**232** [1] - 78:19
**2323** [1] - 226:19
**233** [1] - 3:12
**2335** [2] - 231:5, 231:9
**236** [2] - 129:10, 129:15
**238** [3] - 3:13, 124:17, 125:7
**239** [1] - 125:13
**24** [6] - 45:10, 45:17, 47:5, 48:25, 104:10, 178:2
**24/7** [1] - 34:9
**240** [1] - 125:23
**244** [2] - 126:1, 126:24
**244,000** [1] - 118:12
**245** [3] - 126:25, 127:1, 127:13
**246** [1] - 127:15
**24th** [1] - 93:25
**25** [5] - 45:18, 49:1, 156:24, 157:9, 158:18
**25-page** [3] - 41:12, 46:3, 47:3
**254,542** [1] - 14:22
**258** [1] - 87:6

**25th** [1] - 94:21
**267** [1] - 124:8
**27** [7] - 4:6, 81:17, 82:8, 82:10, 91:21, 141:17, 235:16
**276** [2] - 103:16, 108:7
**279** [1] - 108:20
**279,808** [1] - 14:16
**27th** [3] - 91:10, 127:3, 127:10
**28** [8] - 88:9, 89:4, 89:18, 143:17, 144:17, 144:18, 145:1, 260:11
**28,000** [1] - 110:23
**28.1** [1] - 88:9
**288** [1] - 87:3
**28th** [2] - 94:22, 95:11
**29** [12] - 4:7, 92:10, 92:19, 92:21, 93:23, 98:2, 144:12, 145:3, 145:4, 201:14, 258:8
**2:30** [1] - 193:1

### 3

**3** [14] - 3:21, 53:12, 53:17, 53:19, 61:23, 65:12, 65:13, 75:10, 85:5, 85:15, 95:7, 118:3, 120:25, 178:16
**3,000** [1] - 113:3
**3.4** [1] - 120:4
**3.7** [1] - 88:6
**3.8** [1] - 115:21
**3.9** [1] - 83:15
**30** [11] - 4:8, 54:2, 95:19, 95:21, 96:2, 96:4, 96:16, 145:24, 146:2, 146:11, 242:6
**30-day** [1] - 30:4
**300** [3] - 54:5, 108:23, 242:9
**300,000** [1] - 110:8
**303** [2] - 104:2, 108:18
**30th** [1] - 96:23
**31** [17] - 4:9, 89:18, 92:7, 93:6, 96:24, 98:11, 98:19, 99:4, 99:6, 102:21, 103:15, 107:15, 107:18, 107:19, 133:23, 146:19
**312** [2] - 1:24, 2:10
**31st** [2] - 92:3, 93:6
**32** [16] - 4:10, 99:19,

99:21, 101:2, 101:20, 101:22, 104:9, 105:19, 107:2, 132:12, 182:17, 183:6, 243:16, 243:24, 244:1, 244:2
**32,621,000** [1] - 102:11
**34** [5] - 4:11, 7:3, 105:6, 105:22, 105:24
**37** [5] - 3:4, 201:12, 202:8, 226:20, 226:22
**37-1** [1] - 96:7
**39** [3] - 3:5, 83:16, 92:1
**3rd** [1] - 113:19

### 4

**4** [13] - 3:18, 40:12, 41:7, 41:9, 46:9, 58:17, 61:23, 75:10, 85:15, 115:25, 116:1, 120:9, 122:10
**4,000** [1] - 113:2
**4.3** [1] - 115:21
**4.4** [1] - 115:17
**4.7** [1] - 115:21
**4.8** [1] - 122:23
**40** [3] - 242:6, 245:24, 246:1
**400** [7] - 41:25, 42:1, 49:1, 91:18, 156:1, 158:2, 242:9
**400-page** [1] - 156:13
**400-page-long** [1] - 155:25
**402** [1] - 1:24
**404** [1] - 220:17
**41** [1] - 3:18
**43** [2] - 98:8, 249:4
**4400** [1] - 2:15
**45** [2] - 84:24, 98:1
**46** [2] - 3:19, 242:3
**465** [1] - 108:3
**489,000** [1] - 94:6
**49** [1] - 95:18
**493,000** [2] - 125:16, 128:16
**4:00** [1] - 253:20
**4th** [1] - 64:3

### 5

**5** [15] - 3:19, 46:2, 46:9, 46:24, 47:1, 50:1, 62:5, 75:11,

78:4, 78:7, 79:7, 85:15, 118:14, 173:8, 186:21
**5.2** [1] - 126:14
**5.8** [1] - 125:3
**50** [4] - 3:20, 54:1, 244:18, 251:4
**500,000** [3] - 84:17, 91:18
**505** [1] - 56:5
**51** [2] - 251:15, 251:19
**5116** [1] - 88:18, 89:15, 92:12, 93:3, 95:23, 96:20
**52** [1] - 95:14
**53** [1] - 3:21
**549,000** [1] - 91:6
**55** [1] - 108:9
**55,57** [1] - 3:5
**555** [1] - 2:15
**56** [2] - 103:17, 228:5
**58** [1] - 157:11
**59** [2] - 3:5, 227:17
**599,000** [1] - 118:2
**5th** [3] - 111:8, 118:10, 131:11

### 6

**6** [10] - 3:4, 25:24, 26:12, 62:5, 75:11, 85:15, 97:11, 122:10, 125:5, 128:14
**6,000** [2] - 246:13, 248:7
**6,000-pound** [1] - 248:5
**6,464,000** [1] - 126:14
**6.2** [1] - 115:21
**6.7** [1] - 89:23
**600,000** [1] - 97:10
**61** [1] - 3:6
**62** [2] - 3:22, 83:17
**64** [2] - 3:25, 108:10
**65** [1] - 3:6
**66** [1] - 113:5
**662** [20] - 4:12, 108:24, 109:3, 109:9, 109:11, 109:20, 110:25, 111:7, 112:6, 113:6, 113:12, 116:5, 116:20, 116:24, 117:22, 119:2, 120:14, 122:5, 135:23
**674** [10] - 4:13, 123:20, 124:12, 124:14, 124:17,

125:8, 125:13, 125:23, 126:1, 127:16
**675** [10] - 4:14, 127:20, 128:3, 128:5, 128:8, 128:9, 129:10, 129:16, 130:13
**677** [4] - 4:15, 130:21, 131:3, 131:5
**679** [1] - 125:4
**69** [1] - 3:7
**6th** [4] - 125:18, 127:3, 127:8, 129:17

### 7

**7** [11] - 1:17, 3:17, 13:17, 14:7, 14:9, 14:11, 62:5, 75:11, 85:16, 87:20, 116:1
**7/16/14** [1] - 114:19
**70** [2] - 116:17, 116:19
**710** [4] - 3:23, 62:25, 63:12, 63:14
**73** [1] - 4:3
**738** [4] - 3:24, 63:1, 63:12, 63:14
**739** [3] - 3:25, 64:14, 64:17
**739-1** [2] - 63:16, 66:1
**75** [5] - 8:25, 84:1, 157:4, 157:5, 157:11
**7501** [19] - 9:1, 10:11, 10:18, 15:20, 38:5, 42:12, 42:24, 43:4, 43:10, 43:14, 43:19, 44:3, 44:15, 44:18, 47:12, 49:22, 50:23, 51:12, 58:15
**7501s** [1] - 42:22
**751-1** [1] - 62:15
**753** [4] - 3:22, 62:21, 62:23, 260:11
**753-1** [1] - 62:16
**758,000** [1] - 120:8
**76** [3] - 4:4, 52:19, 77:16
**7616995090** [2] - 51:13, 53:25
**761699509D** [1] - 54:10
**779,000** [1] - 114:3

### 8

**8** [14] - 4:16, 8:10, 75:11, 87:20, 116:1, 135:22, 154:10,

170:9, 176:21,
176:23, 177:8,
177:10, 191:22
**8-1** [1] - 128:20
**8.558** [1] - 116:3
**8.8** [1] - 118:25
**8/5** [1] - 117:25
**80** [4] - 4:5, 245:23,
245:24, 246:1
**80,000** [1] - 218:24
**810** [1] - 2:18
**82** [1] - 4:6
**828** [1] - 107:22
**84** [2] - 78:25, 87:12
**850,000** [2] - 119:17,
120:23
**853** [2] - 109:13,
109:19
**854** [1] - 110:25
**855** [2] - 111:7,
111:25
**86** [4] - 77:15, 83:24,
161:21, 162:4
**860** [1] - 77:25
**868** [1] - 112:6
**87** [1] - 77:14
**870** [2] - 113:6,
135:24
**871** [1] - 113:11
**872** [1] - 114:9
**873** [2] - 114:24,
115:3
**874** [1] - 115:6
**875** [1] - 115:8
**884** [1] - 116:5
**885** [2] - 116:23,
118:20
**886** [2] - 117:1,
118:21
**887** [2] - 117:9,
117:16
**888** [1] - 117:17
**889** [2] - 117:21,
120:6
**897** [1] - 79:16
**898** [2] - 119:3, 119:5
**8:00** [1] - 253:23
**8:30** [3] - 253:23,
254:3, 258:2

---

## 9

**9** [12] - 70:1, 70:16,
70:18, 73:7, 75:6,
75:8, 75:11, 77:3,
83:13, 87:20, 141:5,
141:6
**9/11** [1] - 120:8
**9/26** [1] - 120:8

---

**900** [1] - 120:5
**90012** [2] - 1:25, 2:10
**90071** [1] - 2:16
**901,000** [1] - 78:1
**90s** [1] - 56:1
**91** [1] - 15:4
**910** [1] - 120:15
**911** [1] - 122:4
**912** [1] - 121:8
**913** [1] - 122:1
**91761** [2] - 110:1,
130:10
**91789** [1] - 124:5
**9191** [6] - 109:6,
110:3, 112:9, 116:9,
119:10, 120:16
**92** [3] - 4:7, 103:16,
107:22
**93,000** [1] - 85:5
**943,000** [1] - 125:4
**95,000** [1] - 127:9
**96** [1] - 4:8
**97** [1] - 84:9
**973,000** [3] - 110:14,
112:18, 112:23
**989,000** [1] - 113:24
**99** [1] - 4:9
**999,975** [1] - 111:16
**9th** [1] - 127:9

---

## A

**A.M** [2] - 1:18, 5:2
**ability** [4] - 10:20,
158:11, 167:3, 171:7
**Able** [6] - 77:19,
97:20, 97:21, 121:11,
121:15, 121:24
**able** [17] - 11:21,
44:16, 44:22, 55:21,
55:22, 158:9, 166:2,
184:13, 186:19,
189:5, 202:3, 204:5,
210:4, 218:7, 255:18,
256:8, 257:23
**ABOVE** [1] - 260:14
**ABOVE-ENTITLED**
[1] - 260:14
**absolutely** [5] - 31:7,
174:20, 178:13,
185:14, 188:15
**abstracts** [1] - 242:8
**academia** [3] -
150:22, 240:14, 241:5
**academic** [3] -
151:19, 238:23,
240:19
**accepted** [1] - 64:16
**access** [3] - 29:22,

---

55:3, 154:1
**Account** [1] - 74:23
**account** [98] - 29:12,
70:12, 71:1, 71:19,
71:22, 72:7, 72:16,
73:3, 74:12, 74:13,
80:4, 81:4, 81:6, 81:7,
81:8, 82:21, 88:18,
88:21, 88:22, 89:13,
89:15, 89:19, 90:19,
90:22, 91:25, 92:12,
93:2, 93:8, 95:23,
96:19, 109:6, 109:23,
110:2, 110:7, 110:17,
111:2, 111:4, 111:20,
111:24, 112:8,
112:14, 112:17,
112:19, 112:21,
113:10, 116:9,
116:16, 116:18,
118:5, 119:10,
119:18, 120:16,
121:1, 121:2, 121:3,
121:4, 124:6, 124:9,
124:18, 125:1, 125:4,
125:5, 125:11, 126:3,
126:14, 127:5,
127:13, 127:23,
128:19, 128:24,
130:11, 131:1, 131:9,
131:12, 131:18,
135:25, 140:18,
140:22, 142:6, 142:7,
142:9, 142:11,
142:15, 142:18,
142:20, 142:23,
142:25, 144:17,
145:18, 146:6, 148:2,
208:9
**accountant** [3] -
69:12, 133:4, 137:9
**accounting** [7] -
69:13, 193:23,
193:24, 198:18,
198:25, 228:22,
228:24
**accounts** [32] - 70:6,
70:8, 70:9, 70:11,
71:5, 71:7, 71:16,
71:25, 72:7, 72:18,
73:4, 73:7, 75:8, 80:3,
80:16, 81:12, 81:23,
81:24, 83:1, 83:5,
83:11, 83:12, 85:19,
86:2, 86:8, 87:22,
104:25, 110:9,
140:14, 141:23, 209:5
**accrual** [1] - 133:15
**accurate** [10] - 69:22,
73:10, 76:8, 80:9,

---

82:4, 89:1, 95:21,
100:22, 105:18,
249:13
**accurately** [1] -
92:15
**accused** [2] -
188:25, 189:4
**achieve** [1] - 239:14
**ACQUISITIONS** [1] -
1:10
**Act** [2] - 56:5, 56:7
**activities** [4] - 72:8,
81:9, 109:16, 121:6
**activity** [7] - 71:22,
73:6, 79:17, 88:3,
89:16, 89:24, 122:7
**actual** [3] - 127:22,
194:12, 195:7
**ad** [1] - 35:20
**AD/CVD** [2] - 48:15,
51:1
**add** [3] - 95:13,
102:19, 104:24
**ADD** [2] - 48:2, 48:11
**added** [4] - 100:13,
102:14, 157:6
**addition** [1] - 135:8
**additional** [7] -
10:21, 28:14, 38:17,
117:18, 118:13,
129:11, 232:14
**additions** [1] -
126:12
**address** [5] - 109:25,
120:18, 124:4, 129:7,
196:4
**adds** [1] - 76:5
**adjust** [1] - 203:25
**administrative** [3] -
26:22, 26:23, 27:12
**admit** [22] - 14:7,
41:6, 46:24, 50:6,
53:17, 62:21, 63:12,
64:14, 70:16, 73:14,
89:4, 92:19, 96:2,
99:4, 101:2, 101:19,
105:22, 109:9,
124:12, 128:3, 131:3,
177:8
**admitted** [1] - 227:16
**admonishment** [4] -
73:20, 123:4, 193:2,
253:24
**advance** [5] - 40:8,
40:16, 69:15, 155:18,
160:18
**advantage** [1] -
153:25
**advantages** [2] -
153:23, 158:4

---

**Advantmark** [1] -
86:10
**advent** [1] - 78:21
**Adventmark** [1] -
65:8
**advisory** [2] - 40:6,
241:18
**affect** [2] - 163:16,
167:3
**affected** [6] - 164:24,
165:6, 165:7, 165:16,
165:23, 167:18
**affects** [1] - 166:12
**affiliates** [1] - 191:10
**afternoon** [21] -
132:1, 132:2, 139:20,
139:21, 190:9,
190:10, 199:25,
203:17, 209:12,
209:13, 211:25,
224:2, 225:18,
226:11, 233:4, 233:5,
257:14, 257:22,
257:23, 257:24, 258:1
**afterwards** [2] -
207:11, 208:20
**agency** [3] - 33:16,
33:17, 40:6
**Agent** [22] - 69:4,
70:2, 73:1, 74:10,
76:1, 79:21, 81:18,
88:10, 98:12, 99:20,
105:9, 109:2, 109:14,
112:7, 123:18,
123:23, 124:16,
127:22, 128:7,
130:22, 139:20,
143:20
**agent** [7] - 61:10,
61:13, 63:21, 69:6,
69:11, 202:19, 218:14
**agents** [2] - 145:3,
202:21
**aggregate** [1] -
112:14
**agree** [2] - 167:10,
173:22
**agreed** [1] - 218:15
**Agreement** [1] -
61:24
**agreement** [1] - 62:6
**ahead** [20] - 23:9,
33:5, 36:4, 39:12,
97:13, 113:23, 170:4,
243:21, 256:2
**airport** [5] - 229:12,
229:14, 229:17,
229:19, 229:21
**Alcoa** [4] - 191:14,
192:15, 192:17

**ALEXANDER** [1] - 2:14

**Allan** [2] - 136:7, 249:6

allegation [1] - 189:6

allegations [1] - 188:21

alliance [2] - 78:24, 87:16

**Alliance** [1] - 87:10

allows [1] - 201:18

almost [3] - 154:22, 157:8, 173:14

**Alston** [18] - 217:22, 226:12, 226:14, 226:16, 226:18, 226:24, 227:3, 227:11, 227:23, 228:1, 228:16, 228:21, 229:2, 229:5, 229:23, 230:2, 236:7, 236:12

alternates [1] - 193:10

aluminum [63] - 7:23, 8:18, 14:17, 14:20, 15:2, 18:8, 19:19, 24:11, 26:12, 38:12, 41:21, 45:19, 45:21, 50:11, 51:10, 51:14, 52:18, 52:19, 52:20, 53:3, 53:4, 53:23, 53:24, 54:9, 55:19, 57:1, 57:6, 57:9, 59:7, 135:12, 135:18, 136:16, 152:15, 192:17, 201:8, 202:5, 202:7, 202:9, 202:10, 206:14, 209:19, 209:22, 209:24, 210:15, 210:17, 210:20, 220:2, 220:8, 221:10, 221:18, 238:20, 249:20, 250:18, 252:4, 252:5, 252:8, 253:4

**Aluminum** [89] - 40:25, 41:1, 41:16, 41:17, 45:20, 49:2, 49:3, 51:24, 61:20, 63:6, 64:1, 64:4, 65:2, 66:10, 66:24, 71:7, 71:8, 71:9, 71:11, 75:3, 79:14, 80:21, 83:17, 83:22, 83:23, 83:25, 84:5, 84:14, 84:15, 84:16, 84:17, 85:4, 85:6, 85:9, 86:15, 86:18, 87:18,

87:19, 99:9, 102:25, 103:1, 106:4, 106:6, 109:6, 109:24, 111:24, 112:2, 112:8, 113:14, 113:21, 116:7, 117:4, 118:22, 119:7, 120:16, 124:2, 124:4, 124:9, 124:18, 125:21, 126:3, 126:20, 127:4, 127:10, 127:25, 128:23, 130:9, 130:25, 131:13, 131:19, 132:5, 132:7, 134:7, 136:4, 138:9, 191:15, 192:15, 204:21

**ALUMINUM** [2] - 1:9, 1:10

**America** [1] - 181:2

**AMERICA** [2] - 1:1, 1:6

**American** [27] - 51:24, 51:25, 71:8, 75:4, 83:16, 83:23, 84:6, 84:16, 84:21, 85:5, 85:9, 85:10, 86:14, 86:25, 87:18, 87:19, 92:7, 95:16, 102:25, 103:1, 130:23, 234:8, 242:21, 243:6

**Americans** [1] - 235:20

amount [33] - 11:22, 29:12, 46:10, 48:13, 49:5, 52:4, 52:23, 79:5, 79:12, 79:17, 84:23, 86:5, 90:8, 90:9, 97:6, 97:24, 98:7, 111:14, 113:21, 114:21, 115:16, 116:3, 121:21, 128:15, 129:23, 159:8, 179:14, 180:20, 181:17, 187:14, 206:3, 218:16

amounted [1] - 77:13

amounts [20] - 8:3, 9:4, 74:18, 75:21, 76:7, 78:6, 91:1, 91:4, 91:16, 93:20, 97:8, 110:19, 113:1, 113:2, 114:3, 114:15, 115:20, 115:25, 118:18, 120:3

analogy [3] - 174:3, 174:13, 186:21

analyses [1] - 201:1

analysis [8] - 57:7,

57:8, 57:14, 57:15, 70:10, 100:7, 178:24, 201:2

analyze [1] - 243:15

analyzing [1] - 248:23

**AND** [3] - 260:8, 260:12, 260:14

**Andy** [1] - 231:1

**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 260:4

**Angeles** [6] - 7:16, 9:15, 9:17, 11:13, 11:17, 205:24

announcement [1] - 198:21

annual [27] - 101:15, 101:17, 132:16, 154:13, 154:16, 160:20, 161:5, 162:1, 170:8, 170:9, 171:19, 171:22, 172:24, 177:3, 177:18, 178:1, 180:8, 180:19, 180:25, 181:21, 181:24, 183:3, 183:6, 187:10, 187:25, 198:22

**ANSI** [1] - 243:6

answer [6] - 33:5, 142:22, 182:5, 208:4, 216:15, 238:16

anticipate [2] - 256:5, 256:21

antidumping [13] - 20:17, 21:16, 22:17, 23:13, 33:9, 44:1, 46:11, 46:15, 48:4, 48:5, 48:14, 48:19, 49:3

antidumping/ countervailing [8] - 8:23, 9:2, 9:11, 16:4, 16:8, 17:12, 18:9, 180:13

anyway [1] - 258:21

apart [1] - 241:15

**Apex** [11] - 51:24, 71:8, 75:4, 83:16, 84:6, 84:21, 85:5, 85:9, 86:25, 87:18, 103:1

apologies [1] - 26:7

apologize [4] - 16:25, 62:16, 68:10, 164:20

appear [2] - 26:9, 66:11

**APPEARANCES** [1] -

2:5

appeared [1] - 250:24

**Apple** [4] - 153:4, 174:3, 188:4

applied [1] - 22:17

apply [3] - 21:6, 21:17, 194:9

appointment [3] - 254:25, 255:5, 255:16

appraisal [1] - 13:14

appreciate [5] - 153:14, 234:4, 258:25, 259:3, 259:17

approached [1] - 152:6

appropriate [1] - 9:4

approve [2] - 213:21, 219:13

approximate [1] - 92:13

**April** [11] - 7:13, 126:2, 126:7, 126:20, 127:3, 127:8, 127:9, 127:10, 129:17, 205:5

area [7] - 22:3, 27:4, 31:19, 205:25, 206:9, 231:14, 243:14

areas [4] - 134:20, 151:15, 169:2, 203:7

argue [1] - 257:4

argument [4] - 255:24, 256:5, 257:1, 257:12

argumentative [1] - 33:3

arguments [1] - 257:14

arm's [15] - 173:16, 173:24, 174:5, 174:7, 174:11, 174:19, 174:25, 179:1, 179:10, 184:16, 184:17, 194:16, 194:19, 194:25, 196:13

arrange [1] - 208:12

arrangement [1] - 208:19

arrived [3] - 231:8, 231:11, 241:23

articles [5] - 8:17, 38:12, 142:12, 151:18, 151:20

artificial [1] - 197:25

**Asia** [1] - 181:3

aside [1] - 241:4

assess [2] - 197:9, 243:2

assessed [1] -

111:17

assets [1] - 148:13

assist [1] - 40:7

**ASSISTANT** [1] - 2:9

assistant [6] - 229:7, 229:24, 239:25, 240:2, 240:4, 240:24

assisting [1] - 18:22

associate [3] - 240:12, 240:24, 241:1

associated [15] - 70:6, 80:2, 83:1, 83:11, 83:12, 85:19, 86:2, 86:8, 87:23, 141:23, 143:21, 144:1, 145:5, 146:3, 148:3

assume [4] - 56:18, 56:24, 137:12, 256:23

**Assumes** [1] - 137:2

assumes [1] - 57:11

assuming [5] - 67:21, 137:9, 165:25, 258:14, 259:13

assumption [2] - 35:13, 255:21

**AT** [1] - 2:14

atoms [1] - 201:24

attention [22] - 12:12, 14:23, 29:9, 38:3, 40:12, 42:4, 49:10, 66:2, 92:2, 154:11, 161:19, 161:20, 162:4, 162:19, 170:9, 182:16, 204:19, 212:2, 219:7, 219:24, 222:21, 251:3

**ATTORNEY** [3] - 2:7, 2:9, 2:14

attorney [1] - 56:17

attorneys [4] - 5:11, 169:1, 244:11, 254:5

**ATTORNEYS** [1] - 163:21

attract [1] - 155:1

audit [2] - 40:5, 161:18

audited [2] - 161:8, 161:9

auditing [3] - 161:16, 163:2, 185:23

auditor [5] - 40:5, 161:9, 161:12, 161:13, 162:14

**Auditor's** [1] - 162:16

auditor's [1] - 162:24

audits [1] - 163:6

**AUGUST** [3] - 1:18,

5:1, 260:19

**August** [15] - 93:6, 93:24, 93:25, 94:21, 94:22, 95:11, 116:6, 116:15, 117:3, 117:7, 117:18, 118:10, 118:22

**AUSA** [3] - 2:7, 2:8, 2:8

**author** [1] - 64:7

**authorities** [1] - 230:2

**authority** [6] - 33:16, 166:9, 166:10, 168:6, 168:7, 168:19

**authorized** [2] - 130:24, 131:17

**Auto** [1] - 80:17

**automated** [1] - 122:12

**automatically** [1] - 168:5

**available** [7] - 46:21, 67:17, 67:25, 68:2, 160:11, 187:23, 237:19

**Avenue** [8] - 64:5, 130:10, 140:19, 143:12, 145:22, 147:11, 147:15, 224:22

**AVENUE** [1] - 1:12

**avoid** [1] - 163:25

**aware** [14] - 20:25, 56:7, 56:15, 56:19, 56:20, 67:1, 134:20, 134:23, 134:24, 136:15, 136:24, 137:25, 139:11, 221:22

**axis** [1] - 98:22

**B**

**Bachelor** [1] - 238:25

**bachelor** [1] - 239:7

**bachelor's** [2] - 69:13, 200:24

**background** [4] - 150:3, 190:15, 238:24, 239:4

**backgrounds** [1] - 200:23

**backing** [1] - 171:23

**backwards** [1] - 234:1

**bad** [2] - 185:13, 191:1

**bagels** [1] - 172:18

**bakery** [7] - 172:16, 172:17, 173:7, 185:4, 185:6, 186:23

**balance** [22] - 89:19, 89:22, 93:7, 93:11, 110:7, 110:13, 112:17, 112:21, 116:11, 116:13, 119:14, 119:16, 120:22, 120:24, 124:25, 125:2, 125:4, 125:5, 126:11, 126:12, 126:13, 126:15

**Baltimore** [1] - 19:14

**bank** [59] - 69:19, 69:22, 70:6, 70:9, 70:11, 70:12, 71:2, 72:1, 72:15, 72:17, 74:13, 80:3, 80:4, 80:7, 82:5, 82:20, 89:16, 89:24, 90:12, 90:15, 90:22, 94:17, 95:23, 96:19, 104:25, 105:9, 110:15, 111:24, 124:2, 124:9, 128:17, 128:18, 130:1, 135:25, 137:17, 138:19, 139:5, 139:7, 139:11, 140:2, 140:7, 140:9, 140:12, 140:14, 140:17, 140:21, 141:23, 143:24, 145:18, 146:5, 148:2, 148:5, 148:9, 154:3, 158:8, 158:10

**Bank** [10] - 77:11, 88:17, 89:15, 92:12, 95:23, 96:20, 119:12, 129:5, 130:3, 130:24

**banking** [2] - 109:16, 208:17

**bar** [1] - 177:18

**Barry** [3] - 222:8, 222:9, 222:14

**bars** [1] - 178:8

**based** [57] - 7:15, 14:3, 15:8, 15:9, 32:22, 42:17, 43:6, 46:12, 46:14, 46:17, 48:5, 48:10, 48:13, 48:14, 49:15, 49:17, 49:18, 49:20, 51:10, 52:1, 55:6, 55:16, 57:25, 58:19, 73:10, 76:8, 77:2, 77:22, 82:4, 106:19, 139:23, 146:24, 156:8, 157:1,

158:3, 160:17, 161:7, 161:11, 161:15, 162:9, 166:21, 172:20, 181:20, 181:24, 190:12, 193:20, 193:23, 216:5, 216:8, 221:9, 221:17, 246:15, 247:22, 248:12, 248:16, 252:16

**basis** [7] - 40:20, 133:12, 133:15, 137:13, 180:19, 191:12, 191:25

**Beach** [11] - 7:16, 9:15, 9:19, 11:13, 11:17, 200:18, 201:15, 202:20, 205:3, 229:18, 229:21

**beans** [1] - 170:22

**became** [4] - 18:12, 156:21, 214:22, 218:2

**become** [5] - 153:7, 154:8, 159:20, 215:4, 227:7

**becomes** [1] - 153:17

**becoming** [3] - 69:11, 114:25, 153:23

**Bedinger** [2] - 19:7, 19:8

**began** [2] - 239:2, 241:7

**begin** [2] - 97:3, 125:8

**beginning** [14] - 85:23, 89:19, 93:7, 110:6, 110:7, 112:17, 116:11, 119:14, 120:22, 124:25, 125:3, 126:11, 126:13, 221:6

**behalf** [6] - 66:7, 159:4, 204:20, 220:1, 221:4, 258:15

**BEHALF** [2] - 2:6, 2:12

**behind** [1] - 181:25

**believes** [1] - 259:13

**below** [2] - 54:1, 101:12

**bench** [1] - 163:19

**beneath** [1] - 43:5

**beneficial** [1] - 180:4

**beneficiaries** [1] - 79:1

**beneficiary** [13] - 74:16, 74:17, 82:1, 82:15, 82:18, 92:6, 128:10, 128:17,

129:20, 130:1, 130:3, 130:5

**benefit** [5] - 102:2, 157:16, 157:18, 157:20, 187:2

**benefiting** [1] - 186:25

**benefits** [1] - 157:16

**BERNSTEIN** [82] - 2:8, 6:3, 60:12, 60:25, 61:8, 62:14, 62:20, 62:24, 63:11, 63:15, 64:9, 64:13, 64:18, 64:21, 65:18, 67:7, 67:11, 67:14, 67:18, 69:3, 69:25, 70:15, 70:19, 72:22, 72:25, 73:13, 74:6, 74:9, 75:24, 76:11, 76:15, 79:19, 80:11, 80:15, 81:16, 82:7, 82:11, 88:8, 89:3, 89:6, 92:18, 92:22, 95:19, 96:1, 96:5, 98:10, 99:3, 99:7, 99:18, 101:1, 101:10, 101:18, 101:23, 102:1, 105:7, 105:21, 105:25, 108:25, 109:8, 109:12, 115:2, 119:5, 119:6, 123:16, 123:17, 123:19, 123:22, 124:11, 124:15, 127:19, 127:21, 128:2, 128:6, 130:18, 130:20, 131:2, 131:6, 131:21, 137:1, 148:22, 149:1, 251:10

**best** [6] - 65:13, 97:18, 175:11, 186:14, 236:21, 236:25

**Best** [1] - 111:21

**better** [2] - 172:5, 207:13

**between** [29] - 7:13, 36:25, 41:2, 45:18, 52:18, 114:3, 114:10, 116:1, 117:17, 127:3, 132:22, 133:17, 135:16, 157:1, 157:12, 168:10, 176:15, 197:10, 198:3, 205:5, 216:9, 217:4, 217:5, 245:8, 245:24, 246:1, 250:8, 251:25, 252:10

**bias** [1] - 165:24

**biased** [4] - 166:14,

166:25, 167:3, 168:16

**big** [4] - 133:14, 159:5, 206:19, 232:1

**bigger** [2] - 77:1, 232:4

**biggest** [1] - 206:20

**bill** [5] - 40:23, 44:18, 44:19, 44:20, 49:23

**Bill** [1] - 215:24

**billion** [11] - 51:3, 79:18, 86:6, 88:6, 106:12, 106:20, 154:23, 177:19, 177:23, 178:16

**bills** [1] - 213:21

**biopsy** [1] - 254:14

**bit** [7] - 8:6, 10:1, 133:18, 153:1, 159:14, 251:14, 254:12

**blank** [2] - 81:5, 104:22

**blow** [4] - 41:11, 51:7, 52:9, 53:21

**blue** [3] - 54:8, 177:18, 177:22

**board** [5] - 189:14, 250:8, 251:22, 252:9, 252:12

**boards** [5] - 249:18, 249:19, 249:21, 250:2, 250:16

**Bob** [1] - 16:18

**bolts** [1] - 7:23

**book** [4] - 8:13, 133:11, 170:18, 251:13

**booked** [1] - 133:1

**bookends** [2] - 37:3, 37:5

**booking** [2] - 133:9, 206:2

**books** [1] - 161:17

**Border** [20] - 7:2, 16:22, 16:23, 16:24, 29:1, 29:16, 30:1, 32:16, 33:12, 34:13, 34:21, 34:22, 35:18, 36:7, 36:8, 37:2, 37:9, 40:4, 58:1, 200:17

**border** [1] - 31:9

**boss** [2] - 228:14, 229:3

**Boston** [1] - 150:12

**bottom** [20] - 22:11, 22:12, 52:15, 75:17, 81:12, 85:22, 88:3, 91:9, 95:2, 125:7, 127:13, 131:7, 162:16, 162:20,

226:21, 244:22, 245:9, 251:1, 251:22, 252:1

**bought** [8] - 157:8, 159:11, 160:13, 174:1, 174:2, 174:3, 174:13, 231:25

**box** [5] - 5:7, 16:7, 74:4, 123:13, 193:10

**Brattle** [6] - 151:4, 151:7, 151:8, 151:11, 151:12, 152:1

**break** [15] - 24:1, 50:13, 67:15, 68:1, 73:18, 123:2, 163:23, 164:1, 180:25, 181:1, 181:3, 190:3, 192:25, 246:5

**BREAK** [1] - 193:7

**breaking** [2] - 181:12, 253:21

**breaks** [1] - 68:3

**brief** [5] - 35:23, 203:2, 258:10

**BRIEF** [1] - 74:1

**briefly** [13] - 25:11, 31:23, 37:22, 46:6, 49:14, 49:15, 59:14, 127:7, 156:17, 170:12, 178:3, 201:21, 209:9

**Bright** [12] - 77:14, 83:20, 83:21, 111:13, 113:16, 113:20, 114:1, 114:13, 115:5, 117:5, 117:19, 121:18

**bring** [7] - 169:9, 185:2, 204:5, 227:16, 231:13, 256:12, 256:14

**bringing** [2] - 226:20, 228:5

**brings** [1] - 21:1

**British** [1] - 65:9

**broke** [2] - 253:8, 253:13

**broken** [1] - 48:19

**broker** [14] - 9:8, 9:9, 10:6, 11:7, 12:10, 32:6, 42:12, 43:11, 45:3, 49:21, 55:7, 58:1, 58:4, 59:20

**broker's** [1] - 35:18

**brokers** [1] - 9:9

**brought** [4] - 29:19, 206:9, 231:2, 232:1

**Bruce** [3] - 3:4, 6:8, 6:19

**building** [3] - 213:20, 214:10, 240:21

**buildings** [3] - 213:9, 213:10

**builds** [1] - 36:22

**bullet** [2] - 65:11, 162:19

**busiest** [3] - 9:18, 9:20, 9:21

**business** [11] - 142:6, 142:11, 172:14, 185:16, 188:8, 188:18, 189:16, 196:19, 228:20, 233:24, 236:22

**busy** [1] - 28:2

**buy** [12] - 152:22, 152:23, 153:3, 153:10, 157:8, 173:9, 175:3, 195:16, 196:20, 197:21, 231:2

**buyer** [14] - 173:19, 175:1, 175:2, 175:3, 176:4, 179:17, 195:3, 195:8, 195:12, 198:4, 198:15, 199:4, 199:5, 199:7

**buyers** [2] - 170:14, 174:6

**buying** [7] - 153:6, 173:22, 174:21, 175:1, 175:8, 195:15, 197:15

**BY** [120] - 2:7, 2:13, 2:17, 6:22, 13:19, 14:10, 16:15, 20:5, 20:22, 21:13, 22:6, 22:15, 23:10, 24:3, 24:24, 25:13, 26:8, 27:7, 32:1, 33:10, 36:5, 37:24, 40:2, 40:14, 41:10, 47:2, 50:9, 52:14, 53:20, 55:2, 56:23, 57:23, 59:16, 61:8, 62:24, 64:21, 66:5, 69:3, 72:25, 74:9, 76:15, 80:15, 82:11, 89:6, 92:22, 96:5, 99:7, 101:10, 102:1, 105:25, 109:12, 115:2, 119:6, 123:17, 123:22, 124:15, 127:21, 128:6, 130:20, 131:6, 131:25, 134:14, 136:8, 137:4, 139:19, 141:19, 143:7, 143:19, 144:16, 146:1, 146:20, 150:1, 151:24, 155:17,

170:6, 176:22, 177:11, 179:8, 182:10, 182:19, 183:2, 183:23, 189:12, 190:8, 194:24, 195:24, 200:15, 201:7, 203:4, 204:12, 207:18, 208:2, 208:21, 209:2, 209:11, 211:24, 213:1, 214:21, 215:7, 216:14, 217:19, 220:21, 221:16, 222:2, 222:13, 222:20, 223:16, 224:1, 226:10, 227:10, 230:24, 232:20, 233:3, 234:17, 236:1, 238:15, 242:14, 243:23, 249:12, 251:18

# C

**C-a-r-m-a-c-k** [1] - 68:25

**C-h-a-v-a-r-r-i-a** [1] - 61:5

**C-H-E-N** [1] - 211:21

**CA** [2] - 2:10, 2:16

**cafe** [1] - 185:3

**calculated** [1] - 107:10

**calculates** [1] - 50:24

**calculating** [2] - 48:12, 48:13

**CALIFORNIA** [6] - 1:2, 1:19, 1:25, 5:1, 260:6, 260:10

**California** [7] - 110:1, 124:5, 129:7, 130:10, 131:15, 200:18, 244:9

**camp** [1] - 168:18

**cancel** [1] - 255:16

**cannot** [2] - 167:6, 178:24

**capable** [1] - 187:17

**capacities** [1] - 248:5

**capacity** [1] - 246:14

**Capital** [11] - 80:25, 81:13, 84:10, 84:19, 84:21, 85:13, 86:19, 86:21, 86:25, 88:20, 157:25

**capital** [2] - 154:1,

154:6

**car** [4] - 217:1, 218:14, 218:15, 218:17

**card** [2] - 71:16, 130:23

**care** [2] - 218:4, 229:10

**career** [1] - 151:19

**CARMACK** [1] - 3:7

**Carmack** [26] - 67:12, 68:24, 69:4, 70:2, 73:1, 74:10, 76:1, 79:21, 81:18, 88:10, 98:12, 99:20, 105:9, 109:2, 109:14, 112:7, 123:18, 123:23, 124:16, 127:22, 128:7, 130:22, 132:1, 139:20, 143:20, 145:4

**cars** [2] - 218:3, 218:13

**case** [58] - 5:12, 5:15, 9:4, 16:19, 20:10, 23:21, 23:22, 26:16, 27:15, 29:4, 30:7, 30:10, 32:3, 37:13, 62:14, 68:3, 73:21, 87:7, 119:23, 123:5, 132:4, 152:6, 164:23, 166:22, 166:23, 167:23, 169:1, 169:20, 169:24, 170:3, 179:6, 190:15, 190:20, 190:24, 192:21, 193:2, 195:20, 202:5, 202:21, 235:14, 237:18, 238:20, 243:15, 243:24, 244:4, 249:14, 249:20, 250:14, 251:25, 252:11, 253:24, 256:10, 256:22, 257:4, 258:13, 258:17

**cases** [4] - 11:25, 151:9, 199:6, 256:13

**cash** [2] - 133:12, 154:19

**casino** [2] - 231:17, 233:7

**categories** [1] - 13:11

**category** [2] - 8:12, 14:17

**Cathay** [7] - 88:17, 89:15, 92:12, 95:23, 96:20, 119:12, 129:5

**CBP** [24] - 8:25, 10:4, 10:20, 10:23, 11:12, 11:13, 11:25, 12:6, 12:9, 13:3, 13:7, 14:4, 26:23, 28:14, 28:18, 29:24, 38:17, 42:12, 43:13, 43:19, 44:3, 47:12, 49:22, 50:23

**CBP's** [1] - 46:13

**CENTRAL** [2] - 1:2, 260:9

**central** [1] - 72:17

**Century** [11] - 51:25, 71:8, 83:16, 83:22, 84:6, 84:16, 85:5, 85:10, 86:14, 87:19, 102:25

**CEO** [2] - 189:16, 223:12

**certain** [17] - 11:7, 31:1, 40:8, 40:22, 41:15, 45:4, 45:6, 55:25, 56:1, 113:21, 183:18, 186:2, 193:17, 193:25, 206:3, 209:15, 218:16

**CERTIFICATE** [1] - 260:2

**CERTIFIED** [1] - 1:7

**CERTIFY** [1] - 260:10

**cetera** [1] - 71:14

**CF** [1] - 8:25

**chain** [1] - 247:3

**Chain** [1] - 204:18

**chair** [1] - 204:6

**chairman** [1] - 189:13

**chance** [2] - 255:6, 255:8

**change** [6] - 11:23, 142:22, 178:11, 213:3, 213:5, 255:4

**changed** [1] - 142:18

**changes** [2] - 188:18

**Chapter** [2] - 52:19, 56:1

**charge** [3] - 205:15, 216:8, 216:16

**charged** [1] - 258:9

**charging** [2] - 175:12, 175:13

**Charles** [2] - 71:13, 220:4

**chart** [57] - 14:24, 40:20, 41:20, 41:21, 41:24, 43:16, 46:4, 46:7, 47:7, 49:11, 49:25, 50:11, 50:19, 50:24, 51:9, 52:15,

53:6, 53:7, 54:2, 58:19, 72:6, 73:8, 74:11, 74:22, 74:25, 76:21, 79:24, 80:1, 80:2, 82:22, 85:16, 89:8, 93:16, 96:25, 97:9, 103:9, 105:18, 107:6, 141:10, 142:13, 142:14, 142:17, 143:1, 143:4, 145:14, 145:17, 146:5, 146:10, 146:21, 147:7, 147:13, 147:14, 147:20, 176:17, 177:12

**charts** [12] - 40:8, 40:16, 57:25, 69:16, 69:18, 69:21, 72:4, 98:16, 98:17, 139:23, 140:11, 140:25

**Chavarria** [2] - 60:13, 61:4

**CHAVARRIA** [1] - 3:6

**check** [2] - 99:13, 113:1

**checked** [2] - 110:23, 134:8

**checking** [1] - 121:5

**checkmark** [1] - 98:23

**checkmarks** [1] - 134:16

**checks** [5] - 74:25, 87:8, 110:17, 112:15, 119:21

**chemist** [3] - 200:17, 200:19, 200:22

**chemistry** [3] - 200:24, 200:25, 201:5

**chemistry-related** [1] - 200:25

**Chen** [20] - 211:6, 211:21, 211:25, 213:2, 215:9, 216:18, 216:23, 217:5, 217:7, 217:9, 217:12, 217:20, 220:22, 221:3, 221:17, 222:14, 222:21, 224:2, 224:4, 227:1

**CHEN** [1] - 3:11

**Cheong** [3] - 84:12, 90:24, 95:5

**CHERIAN** [1] - 2:17

**Cheung** [1] - 219:17

**Chicago** [1] - 98:3

**chief** [1] - 258:13

**China** [62] - 43:17,

47:17, 48:6, 65:8, 65:10, 77:11, 78:18, 79:3, 101:14, 105:1, 106:14, 107:11, 112:5, 118:11, 128:18, 128:21, 130:4, 130:6, 132:14, 133:1, 135:11, 135:12, 135:17, 137:20, 137:22, 138:2, 138:10, 138:11, 139:8, 139:12, 152:8, 152:10, 152:13, 152:14, 154:8, 154:14, 154:16, 154:19, 156:12, 156:17, 157:3, 158:4, 159:2, 159:9, 159:12, 159:13, 160:9, 160:19, 160:25, 167:17, 170:7, 176:15, 178:22, 180:7, 180:19, 181:17, 182:13, 195:15, 195:17, 195:22, 195:25

**Chinese** [7] - 135:12, 139:7, 234:8, 234:11, 235:20, 236:11, 236:12

**Chiu** [1] - 90:24

**choose** [2] - 32:21, 35:2

**chooses** [2] - 29:16, 29:20

**Chopp** [1] - 202:19

**Christopher** [3] - 3:9, 199:23, 200:11

**Christy** [1] - 63:20

**Chung** [2] - 90:23, 94:4

**Cindy** [4] - 19:12, 205:10, 205:25, 208:6

**city** [1] - 130:5

**City** [3] - 90:24, 128:21, 130:6

**clarify** [1] - 189:8

**classification** [1] - 28:10

**classified** [2] - 8:2, 8:5

**clear** [8] - 15:21, 87:7, 87:25, 91:20, 165:1, 181:16, 190:13, 248:7

**cleared** [1] - 174:17

**clearly** [2] - 41:12, 156:19, 169:3

**clerk** [1] - 254:16

**CLERK** [30] - 6:9, 6:16, 6:20, 39:11, 39:19, 60:14, 60:21, 61:1, 68:9, 68:12, 68:19, 74:7, 119:4, 123:9, 149:10, 149:17, 149:20, 182:24, 199:25, 200:8, 203:17, 203:24, 211:8, 211:15, 225:18, 226:2, 237:25, 238:6, 238:11, 254:6

**client** [4] - 138:9, 138:15, 138:20, 138:23

**clients** [3] - 151:9, 218:17, 258:9

**close** [5] - 28:13, 85:12, 91:7, 244:20, 258:13

**closed** [2] - 131:10, 259:8

**closely** [1] - 244:21

**closer** [1] - 204:6

**closing** [6] - 256:20, 256:21, 256:25, 257:12, 257:14, 257:21

**co** [3] - 241:14, 256:19, 258:14

**Co** [5] - 65:10, 85:8, 90:23, 90:25

**co-counsel** [2] - 256:19, 258:14

**Coast** [1] - 229:10

**code** [4] - 8:17, 9:3, 53:4, 208:17

**CODE** [1] - 260:11

**coffee** [17] - 170:16, 170:17, 170:18, 170:21, 170:23, 172:15, 172:16, 172:18, 173:6, 173:7, 173:9, 174:13, 174:14, 185:2, 185:3, 185:5, 186:20

**coils** [3] - 206:14, 209:19, 209:22

**colleague** [2] - 148:17, 240:18

**colleagues** [2] - 19:17, 20:8

**Colorado** [1] - 239:8

**colors** [1] - 177:16

**column** [4] - 45:14, 58:24, 59:1, 142:25

**columns** [8] - 42:22, 42:25, 44:5, 47:6, 47:10, 48:2, 71:1,

97:5

**Combined** [1] - 102:4

**combined** [13] - 78:17, 99:22, 100:7, 100:8, 103:3, 103:11, 103:25, 104:5, 104:16, 106:23, 107:13, 108:5

**coming** [33] - 10:8, 29:13, 34:17, 34:21, 45:6, 55:24, 60:10, 84:15, 93:9, 94:24, 111:2, 113:9, 113:10, 114:1, 114:7, 114:20, 117:4, 121:10, 121:18, 121:23, 122:2, 138:8, 138:21, 148:24, 149:4, 159:23, 167:16, 189:7, 196:6, 199:21, 211:4, 225:14, 237:10

**command** [1] - 35:6

**Commerce** [4] - 17:23, 18:5, 20:9, 22:8

**commerce** [2] - 18:25, 21:15

**commercial** [3] - 44:9, 44:23, 50:23

**Commission** [1] - 194:10

**committees** [1] - 241:18

**committing** [1] - 189:1

**commodities** [2] - 7:22, 12:3

**common** [4] - 43:24, 171:17, 171:19, 250:21

**communications** [1] - 160:8

**community** [4] - 161:16, 163:3, 234:9, 234:11

**companies** [40] - 70:23, 71:6, 75:14, 76:23, 77:18, 77:24, 78:3, 78:5, 79:7, 79:14, 79:15, 85:18, 85:25, 87:17, 90:21, 94:1, 106:3, 132:9, 133:8, 133:19, 133:25, 134:18, 134:21, 135:6, 135:8, 135:11, 135:18, 135:19, 139:6, 151:17, 153:11, 160:9, 188:1, 188:5,

191:5, 191:7, 191:9, 191:11, 191:23, 217:18

**companies'** [1] - 132:15

**company** [146] - 66:7, 66:13, 66:20, 66:24, 77:3, 78:7, 78:17, 83:8, 86:4, 87:4, 88:1, 118:1, 121:11, 133:1, 133:14, 133:15, 135:12, 135:17, 136:16, 136:17, 137:20, 137:25, 138:3, 138:11, 138:15, 139:8, 139:12, 151:2, 151:3, 152:7, 152:10, 152:13, 152:14, 152:19, 152:22, 152:23, 153:3, 153:5, 153:7, 153:8, 153:13, 153:14, 153:17, 153:20, 153:22, 153:23, 154:2, 154:7, 155:2, 155:13, 155:15, 155:24, 156:3, 156:4, 156:7, 156:14, 156:16, 156:20, 156:21, 156:24, 157:17, 157:18, 157:19, 158:4, 158:16, 159:12, 159:16, 159:23, 159:24, 160:7, 160:12, 160:13, 160:14, 160:21, 160:24, 161:2, 161:10, 161:14, 161:15, 161:18, 162:12, 162:13, 162:25, 163:11, 163:14, 166:18, 167:17, 167:20, 170:13, 171:1, 172:2, 172:8, 172:11, 174:8, 174:22, 174:24, 175:8, 176:7, 179:10, 179:15, 180:25, 181:8, 181:11, 183:18, 183:21, 184:2, 184:23, 184:24, 185:1, 186:11, 186:13, 187:2, 187:15, 188:10, 188:15, 188:22, 188:25, 189:7, 189:13, 190:17, 191:16,

191:21, 192:1,
192:16, 192:17,
192:18, 193:21,
196:22, 197:22,
204:16, 204:17,
205:22, 208:18,
209:14, 215:15,
218:16, 226:12,
228:14, 229:3
**Company** [36] -
45:11, 45:13, 76:5,
77:5, 77:14, 77:15,
77:20, 78:18, 80:21,
83:9, 84:13, 87:10,
90:24, 94:3, 94:4,
94:5, 95:4, 95:5,
97:13, 97:18, 98:3,
115:25, 117:12,
122:24, 125:21,
126:21, 127:9,
127:10, 128:11,
129:22, 130:3,
136:12, 136:16,
136:25, 138:13
**company's** [11] -
65:14, 86:13, 160:2,
161:16, 171:6, 173:3,
175:19, 183:22,
188:22, 189:2, 205:20
**compare** [1] - 171:20
**compared** [1] - 172:4
**compares** [1] - 52:21
**comparing** [2] -
132:14, 171:24
**comparison** [3] -
52:17, 52:18, 106:2
**complete** [1] -
164:21
**completely** [2] -
167:10, 253:14
**completeness** [1] -
122:1
**completing** [1] - 37:1
**complex** [2] - 159:6,
240:21
**component** [1] -
49:7
**components** [2] -
252:10, 253:15
**composes** [1] -
202:6
**compulsion** [2] -
173:21, 195:4
**concept** [1] - 24:7
**concepts** [1] - 24:4
**CONCLUDED** [1] -
259:25
**conclusion** [4] -
56:13, 144:1, 246:11,
248:20

**conclusions** [5] -
190:19, 247:9,
247:23, 248:2, 248:22
**condition** [1] -
213:20
**conduct** [2] - 11:12,
11:13
**conducted** [1] - 13:2,
13:6
**CONFER** [1] - 163:21
**CONFERENCE** [1] -
260:16
**conferences** [1] -
163:19
**conflict** [5] - 165:2,
165:21, 166:14,
186:12, 186:16
**CONFORMANCE** [1]
- 260:15
**conformed** [1] -
248:23
**confused** [1] -
251:14
**connected** [3] -
249:21, 250:2, 250:4
**connecting** [3] -
250:9, 250:15, 251:21
**connection** [1] -
251:24
**connections** [1] -
184:25
**considerable** [1] -
16:21
**consisted** [2] -
83:15, 140:1
**consistent** [1] -
253:12
**consolidate** [3] -
172:19, 172:20,
192:22
**consolidated** [6] -
161:4, 172:13,
172:25, 173:4,
173:12, 192:8
**Consolidated** [1] -
162:6
**constantly** [1] -
188:10
**constitute** [1] - 124:8
**construction** [5] -
252:3, 252:7, 252:16,
252:21, 253:3
**consultant** [2] -
150:14, 151:1
**consultants** [2] -
151:13
**consulting** [2] -
150:11, 151:8
**consumers** [1] -
174:6

**consumption** [2] -
33:8, 43:25
**contact** [3] - 205:9,
205:11, 230:14
**contacted** [2] -
208:12, 218:13
**contain** [2] - 18:1,
55:13
**container** [9] - 44:16,
44:17, 44:21, 44:22,
45:8, 206:4, 206:5,
206:9, 206:15
**containers** [3] -
11:23, 205:1, 205:23
**contains** [1] - 44:20
**context** [1] - 216:20
**Continental** [1] -
130:24
**continuation** [3] -
86:17, 129:1, 130:14
**continue** [8] - 85:16,
87:20, 123:15, 127:1,
187:6, 193:11,
254:18, 254:19
**continued** [2] -
36:19, 151:1
**continuing** [1] -
118:20
**continuous** [7] -
250:17, 250:21,
251:24, 252:4,
252:12, 252:23, 253:6
**contracting** [1] -
202:14
**control** [9] - 34:1,
175:7, 175:21,
185:11, 186:12,
186:15, 187:21,
196:17, 217:4
**controlled** [1] -
175:2
**controlling** [1] -
157:21
**conversations** [1] -
217:11
**converted** [1] -
107:16
**coordinate** [3] -
222:3, 222:5, 222:7
**coordinated** [1] -
221:25
**cop** [1] - 167:13
**cop-out** [1] - 167:13
**copies** [3] - 10:9,
10:24, 63:8
**copy** [2] - 62:17,
64:10
**COPY** [1] - 1:7
**corner** [4] - 22:11,
126:6, 226:21, 250:6

**Cornerstone** [3] -
150:11, 150:20,
150:21
**corporate** [4] -
150:19, 156:11,
191:17, 224:8
**CORRECT** [1] -
260:12
**correct** [263] - 7:14,
7:19, 10:19, 11:11,
12:11, 13:13, 16:1,
16:6, 16:22, 17:3,
17:9, 17:17, 18:1,
18:6, 18:10, 18:25,
19:6, 19:21, 21:6,
21:17, 22:8, 24:8,
24:18, 25:20, 27:13,
27:17, 27:20, 27:21,
28:4, 28:16, 28:19,
28:24, 29:18, 29:20,
30:17, 30:21, 31:10,
32:11, 34:8, 34:23,
34:24, 36:10, 36:17,
36:19, 37:12, 38:10,
38:13, 38:19, 38:20,
41:3, 42:24, 46:19,
46:22, 47:16, 47:19,
48:10, 48:18, 48:21,
51:2, 51:21, 52:22,
54:4, 54:7, 55:4,
55:11, 55:12, 55:16,
55:20, 58:12, 58:14,
58:16, 58:21, 59:11,
61:11, 61:17, 61:21,
62:4, 63:10, 64:6,
65:17, 66:7, 66:8,
66:10, 66:14, 66:20,
66:25, 69:24, 70:14,
70:25, 71:17, 71:23,
72:12, 73:9, 74:21,
74:24, 75:5, 75:9,
75:16, 76:10, 76:20,
76:24, 77:21, 78:10,
79:4, 79:10, 80:8,
80:10, 80:18, 80:20,
80:22, 81:3, 82:6,
83:3, 83:18, 84:11,
85:11, 85:14, 85:21,
85:24, 86:16, 86:20,
87:24, 88:2, 88:25,
89:2, 90:4, 90:7,
91:12, 91:15, 91:22,
92:17, 94:23, 95:1,
95:8, 95:25, 97:7,
98:6, 99:2, 99:12,
99:15, 99:17, 100:1,
100:16, 100:21,
100:25, 103:22,
103:24, 104:3, 105:2,
106:5, 107:12, 110:5,
110:21, 110:24,

112:10, 112:16,
112:25, 113:4,
114:16, 116:10,
118:24, 119:24,
120:13, 120:17,
120:19, 121:7,
121:25, 122:18,
125:12, 127:14,
132:5, 132:7, 132:10,
132:11, 132:19,
132:22, 133:3, 133:4,
133:5, 133:9, 133:12,
133:15, 133:16,
133:20, 133:21,
134:1, 134:2, 134:18,
135:2, 135:3, 135:6,
135:20, 135:21,
136:2, 136:9, 136:13,
136:14, 136:17,
137:6, 137:7, 137:11,
137:15, 137:21,
138:4, 139:25, 140:3,
140:5, 141:10,
141:11, 141:25,
142:16, 143:9,
143:10, 143:12,
143:13, 143:15,
143:16, 143:23,
144:19, 144:20,
145:2, 145:7, 145:23,
146:4, 146:9, 146:25,
147:8, 148:4, 165:4,
178:5, 190:15,
190:21, 191:2, 191:6,
191:12, 191:24,
192:3, 192:20,
193:18, 193:19,
193:22, 194:5,
194:10, 194:17,
194:21, 195:9,
195:13, 196:2, 196:6,
196:25, 197:13,
210:9, 210:17,
220:19, 234:2, 234:3,
239:11, 245:10,
246:21, 247:14,
247:21, 249:22, 251:2
**correction** [2] -
134:5, 134:6
**cost** [1] - 173:8
**couched** [1] - 182:8
**counsel** [27] - 5:19,
22:25, 25:8, 26:19,
31:14, 35:20, 38:1,
54:14, 54:24, 57:20,
60:22, 69:1, 123:15,
167:9, 169:16, 179:4,
193:11, 199:16,
211:22, 226:8,
237:17, 253:20,
254:12, 256:19,

258:6, 258:14, 259:8
**Counsel** [28] - 20:2, 22:4, 22:14, 23:9, 23:24, 25:14, 60:7, 74:5, 115:1, 149:24, 163:19, 164:1, 164:10, 164:19, 167:25, 170:4, 182:8, 189:22, 189:24, 199:12, 200:13, 209:1, 214:14, 220:19, 221:15, 223:14, 225:10, 238:12

**COUNSEL** [1] - 2:5
**count** [1] - 15:10, 214:2, 258:9
**counter** [1] - 24:15
**counterparts** [1] - 19:11
**countervailing** [7] - 33:9, 46:11, 48:14, 48:19, 48:23, 49:4, 49:8
**counting** [2] - 13:12, 173:12
**countries** [6] - 191:22, 191:23, 192:2, 192:5, 192:10, 192:11
**country** [10] - 9:19, 12:1, 21:1, 29:13, 29:20, 43:12, 43:15, 47:17, 48:6, 130:5
**counts** [1] - 109:17
**COUNTY** [1] - 260:4
**couple** [3] - 232:23, 235:13, 239:4
**course** [18] - 27:19, 35:10, 48:6, 138:17, 157:23, 160:4, 160:5, 174:1, 175:5, 178:24, 186:18, 187:4, 189:4, 189:17, 197:9, 201:9, 223:2, 242:3
**COURT** [227] - 1:1, 1:24, 5:5, 5:22, 5:25, 6:2, 6:5, 6:21, 13:18, 14:8, 16:12, 19:24, 20:1, 20:14, 20:18, 21:9, 21:22, 22:3, 22:13, 23:2, 23:23, 24:23, 25:8, 25:10, 26:5, 27:4, 31:14, 31:18, 31:24, 33:4, 35:20, 35:24, 36:4, 37:21, 38:23, 39:4, 39:6, 39:8, 39:25, 40:13, 41:8, 46:25, 50:7, 53:18, 54:13,

54:18, 54:20, 54:22, 56:14, 56:22, 57:13, 57:17, 57:19, 59:13, 60:1, 60:4, 60:7, 60:9, 60:22, 61:6, 62:9, 62:22, 63:13, 64:16, 64:20, 65:20, 67:4, 67:6, 67:8, 67:10, 67:16, 67:19, 67:25, 68:11, 69:1, 70:17, 72:24, 73:15, 73:17, 74:2, 76:13, 80:13, 82:9, 89:5, 92:20, 96:3, 99:5, 101:5, 101:9, 101:21, 101:25, 105:23, 109:10, 114:25, 123:1, 123:11, 123:21, 124:13, 128:4, 131:4, 131:23, 137:3, 139:16, 148:21, 148:23, 149:3, 149:6, 149:9, 149:24, 151:23, 155:10, 163:18, 163:25, 164:3, 164:7, 164:13, 164:15, 164:17, 165:4, 165:12, 165:17, 165:24, 166:9, 166:13, 166:24, 167:13, 167:24, 168:20, 169:5, 169:9, 169:14, 177:9, 179:4, 182:2, 182:4, 182:7, 182:18, 182:22, 183:1, 183:14, 189:11, 189:21, 189:24, 190:2, 190:6, 192:24, 193:8, 194:22, 195:21, 195:23, 199:2, 199:9, 199:11, 199:16, 199:18, 199:20, 200:13, 201:6, 202:25, 203:9, 203:12, 204:5, 204:9, 207:17, 208:1, 208:4, 208:25, 209:8, 210:25, 211:3, 211:22, 212:25, 214:14, 214:17, 215:2, 215:6, 216:13, 217:15, 220:16, 220:18, 221:14, 221:24, 222:12, 222:19, 223:11, 223:14, 223:23, 225:7, 225:9, 225:13, 226:8, 227:5, 227:9, 230:20, 230:23,

232:19, 233:1, 234:16, 235:24, 237:4, 237:6, 237:9, 237:13, 237:16, 237:21, 238:12, 242:12, 243:21, 249:5, 251:17, 253:20, 254:8, 255:9, 255:15, 255:23, 256:23, 257:15, 257:19, 258:17, 259:2, 259:5, 259:17, 259:22, 259:24, 260:8, 260:9, 260:23
**Court** [19] - 6:13, 20:19, 60:17, 68:15, 149:13, 167:11, 168:1, 200:4, 203:20, 211:11, 219:3, 225:23, 238:2, 255:13, 255:24, 256:21, 257:7, 258:18, 259:18
**court** [3] - 39:15, 189:5, 219:5
**COURTHOUSE** [1] - 2:9
**COURTROOM** [3] - 164:6, 169:13, 254:7
**courtroom** [3] - 164:8, 164:18, 254:9
**cover** [2] - 251:24, 259:22
**covered** [2] - 165:25, 166:15
**covering** [6] - 6:17, 39:20, 68:20, 74:8, 211:16, 226:3
**CPA** [1] - 133:6
**CR** [1] - 1:8
**create** [6] - 53:9, 98:15, 139:23, 147:7, 147:14, 147:20
**created** [8] - 59:10, 72:5, 72:10, 75:13, 79:24, 143:1, 146:11, 146:21
**creating** [4] - 175:20, 175:21, 176:1, 197:24
**credibility** [1] - 158:11
**creditors** [4] - 65:14, 66:13, 66:19, 66:24
**credits** [13] - 111:3, 111:6, 113:7, 117:1, 117:21, 119:25, 120:1, 121:9, 122:2, 125:24, 127:12, 127:15, 138:6
**criminal** [1] - 26:25

**critical** [1] - 252:9
**CROSS** [13] - 3:3, 16:14, 55:1, 57:22, 65:22, 131:24, 139:18, 190:7, 193:14, 203:3, 209:10, 223:25, 233:2
**cross** [22] - 5:21, 6:1, 16:12, 31:15, 54:13, 65:21, 131:23, 139:16, 165:3, 166:1, 166:15, 167:1, 167:5, 168:3, 168:17, 169:6, 189:25, 193:12, 202:25, 209:8, 223:23, 233:1
**CROSS-EXAMINATION** [12] - 16:14, 55:1, 57:22, 65:22, 131:24, 139:18, 190:7, 193:14, 203:3, 209:10, 223:25, 233:2
**cross-examination** [14] - 5:21, 31:15, 54:13, 65:21, 165:3, 166:1, 166:15, 167:1, 167:5, 168:3, 168:17, 189:25, 193:12, 223:23
**cross-examining** [1] - 169:6
**crossed** [1] - 255:17
**CSR** [2] - 1:23, 260:22
**culturally** [4] - 234:13, 235:20, 236:4, 236:8
**culture** [2] - 236:11, 236:12
**cumulative** [3] - 62:8, 62:9, 62:12
**cup** [1] - 170:16
**current** [4] - 160:8, 200:21, 200:22, 217:20
**customer** [2] - 170:17, 173:9
**customers** [1] - 159:25
**customs** [1] - 42:13
**Customs** [36] - 7:2, 9:20, 10:12, 16:21, 16:23, 16:24, 18:7, 20:24, 29:1, 29:15, 30:1, 32:15, 33:12, 34:13, 34:21, 34:22, 35:17, 36:7, 36:8, 37:1, 37:9, 40:4, 43:6, 45:5, 50:2, 51:18,

52:1, 55:4, 55:8, 55:10, 55:13, 55:18, 56:3, 58:1, 200:17
**cut** [1] - 256:4
**CVD** [3] - 48:2, 48:11, 48:22
**CZW** [14] - 101:12, 107:16, 107:23, 108:1, 108:9, 108:13, 108:19, 108:21, 132:14, 133:18, 152:11, 152:16, 155:18, 172:22

## D

**Dalian** [25] - 45:11, 65:10, 78:18, 115:14, 115:19, 115:24, 118:8, 118:13, 118:17, 118:23, 120:7, 120:12, 122:8, 122:19, 122:23, 127:8, 129:21, 130:3, 130:6, 136:12, 136:15, 136:22, 136:24, 138:13
**data** [19] - 41:23, 46:17, 50:3, 53:7, 53:10, 73:11, 76:9, 80:17, 89:1, 105:19, 112:14, 151:10, 171:20, 171:23, 180:23, 181:1, 181:3, 182:11, 182:14
**database** [8] - 43:6, 50:2, 51:18, 55:4, 55:9, 55:10, 55:13, 55:18
**databases** [3] - 46:13, 52:2, 56:3
**DATE** [1] - 260:19
**date** [28] - 15:23, 15:24, 26:14, 42:6, 42:8, 42:10, 42:11, 42:14, 48:7, 48:8, 48:9, 64:2, 70:13, 74:13, 90:2, 93:5, 93:22, 95:9, 97:1, 97:5, 114:10, 125:17, 126:5, 128:13, 131:9, 229:16
**dates** [2] - 93:19, 93:24
**DAY** [1] - 1:17
**days** [7] - 10:13, 32:19, 42:14, 92:2, 94:22, 111:19, 125:19
**DC** [1] - 2:18
**deal** [2] - 191:11,

207:11
**dealing** [5] - 17:2, 174:20, 186:19, 186:25, 191:24
**deals** [1] - 218:20
**dealt** [4] - 191:5, 191:9, 205:12, 250:19
**Dear** [1] - 64:22
**debit** [4] - 111:23, 122:4, 125:14, 126:19
**debits** [13] - 111:1, 111:2, 116:21, 116:23, 118:4, 122:5, 122:7, 122:13, 122:17, 125:8, 126:17, 127:1, 138:7
**Debits** [1] - 115:11
**December** [2] - 61:25, 103:21
**decide** [7] - 12:2, 153:2, 155:15, 159:15, 159:19, 160:13, 171:11
**decision** [3] - 33:13, 155:7, 186:13
**decisionmaking** [1] - 185:10
**deck** [11] - 244:22, 245:9, 249:18, 249:19, 249:21, 250:16, 251:25, 252:1, 252:9, 252:12
**decks** [1] - 244:23
**declare** [2] - 45:4, 45:6
**declared** [11] - 15:6, 15:8, 15:9, 15:11, 43:7, 45:23, 47:13, 50:20, 50:22, 51:12, 53:24
**decline** [4] - 180:6, 180:9, 180:15, 181:22
**declined** [1] - 177:24
**deeper** [1] - 36:8
**DEFENDANT** [1] - 2:12
**DEFENDANTS** [1] - 1:14
**defendants** [3] - 132:4, 163:15, 223:13
**defense** [4] - 169:23, 237:23, 256:20, 256:22
**defer** [1] - 163:12
**define** [2] - 194:4, 194:6
**defined** [2] - 195:3, 248:24
**definitely** [1] - 166:13

**definition** [2] - 192:19, 248:23
**definitions** [5] - 184:22, 194:2, 194:3, 194:8, 194:11
**degree** [4] - 69:13, 183:7, 183:10, 239:7
**degrees** [2] - 239:1, 239:6
**deliberate** [1] - 256:16
**deliberations** [1] - 258:2
**deliver** [1] - 205:24
**delivered** [1] - 202:19
**demand** [8] - 175:22, 176:2, 183:24, 184:7, 184:11, 184:15, 197:24, 197:25
**demonstrated** [1] - 243:13
**denotes** [1] - 9:10
**Department** [5] - 17:23, 18:5, 20:8, 22:7, 244:12
**department** [1] - 240:19
**depict** [4] - 70:5, 89:24, 98:19, 105:12
**depicted** [14] - 73:1, 75:8, 76:1, 79:15, 80:1, 81:21, 83:13, 84:13, 85:20, 92:10, 97:8, 104:6, 108:4, 115:3
**depicting** [1] - 105:18
**depicts** [2] - 70:11, 105:13
**derived** [1] - 181:18
**describe** [17] - 9:15, 10:22, 46:6, 49:14, 49:15, 51:8, 152:25, 156:5, 162:21, 170:12, 177:15, 194:13, 212:23, 227:2, 238:23, 243:17, 250:12
**described** [6] - 85:19, 198:23, 235:19, 236:4, 240:23, 243:9
**describes** [1] - 155:12
**describing** [1] - 186:1
**Description** [1] - 58:24
**description** [7] -

18:2, 44:11, 59:4, 59:7, 183:19, 186:5, 249:1
**descriptive** [1] - 243:12
**design** [1] - 243:3
**designate** [1] - 199:3
**detail** [7] - 73:3, 76:3, 137:17, 156:1, 156:14, 244:18, 244:19
**details** [1] - 161:2
**detain** [1] - 30:3
**detained** [1] - 33:22
**detect** [1] - 162:24
**detecting** [1] - 163:7
**detention** [4] - 30:5, 30:7, 30:16, 37:3
**determine** [6] - 7:25, 20:20, 28:15, 143:2, 196:24, 246:2
**determined** [2] - 28:18, 48:5
**determines** [1] - 43:23
**determining** [2] - 160:10, 243:5
**detrimental** [1] - 194:19
**developing** [3] - 160:1, 160:4, 181:13
**Development** [27] - 81:2, 81:13, 84:18, 88:17, 88:21, 89:12, 90:6, 90:19, 90:23, 91:24, 92:12, 93:3, 93:8, 94:2, 94:14, 96:20, 97:16, 97:25, 138:21, 138:24, 143:25, 144:19, 145:18, 146:6, 224:5, 224:20, 235:5
**DEVELOPMENT** [1] - 1:11
**development** [2] - 129:21, 188:16
**Development's** [1] - 95:22
**diagrams** [1] - 166:6
**Diane** [1] - 19:3
**dictate** [2] - 175:9, 175:11
**difference** [2] - 168:10, 218:19
**differences** [2] - 132:21, 133:17
**different** [22] - 13:11, 23:22, 48:8, 62:11, 90:21, 91:14, 102:22, 133:9, 150:14,

168:18, 177:16, 184:22, 188:17, 194:2, 194:11, 194:13, 229:4, 242:5, 242:17, 245:1, 246:6, 249:10
**differently** [3] - 133:19, 255:24, 257:7
**digits** [1] - 42:18
**direct** [14] - 38:3, 40:11, 49:10, 92:2, 161:20, 162:19, 170:8, 193:16, 212:2, 219:7, 219:24, 222:21, 235:23, 235:25
**DIRECT** [10] - 3:3, 40:1, 61:7, 69:2, 149:25, 200:14, 204:11, 211:23, 226:9, 238:14
**directed** [4] - 175:3, 179:17, 219:14, 220:3
**directing** [3] - 154:11, 179:19, 179:20
**direction** [2] - 33:17, 219:21
**directive** [1] - 35:4
**directly** [5] - 184:25, 207:12, 207:14, 208:8, 208:19
**director** [1] - 131:19
**Directors** [1] - 162:6
**discipline** [1] - 240:19
**disclose** [7] - 174:11, 188:8, 192:12, 196:21, 198:11, 198:16, 198:19
**disclosed** [10] - 154:25, 188:12, 197:7, 197:8, 197:11, 197:13, 197:18, 198:6, 199:6, 199:8
**disclosing** [3] - 158:5, 185:19, 189:7
**disclosure** [2] - 165:10, 193:18
**disclosures** [1] - 188:13
**discrepancies** [1] - 135:16
**discuss** [7] - 73:20, 123:4, 156:11, 165:5, 193:2, 253:24, 255:4
**discussed** [4] - 51:4, 158:14, 184:16, 187:24

**discussing** [1] - 193:17
**disguise** [1] - 210:16
**disposal** [1] - 99:14
**disqualified** [1] - 167:22
**disqualify** [1] - 167:24
**distinction** [1] - 168:23
**distributors** [1] - 191:11
**District** [1] - 128:20
**DISTRICT** [5] - 1:1, 1:2, 1:4, 260:9, 260:10
**diversification** [2] - 182:12, 182:13
**diversion** [1] - 148:16
**diverted** [1] - 148:10
**DIVISION** [1] - 1:2
**DNH** [3] - 77:15, 84:2, 84:5
**DO** [1] - 260:10
**dock** [1] - 207:4
**document** [26] - 8:10, 14:12, 21:20, 22:1, 22:4, 22:20, 23:5, 23:18, 38:14, 41:12, 47:3, 64:24, 129:2, 155:3, 155:11, 155:14, 155:25, 156:13, 156:19, 176:24, 220:22, 220:24, 224:15, 243:9, 243:20, 249:2
**documents** [68] - 10:4, 10:6, 14:3, 24:16, 24:25, 25:4, 28:15, 29:5, 29:16, 31:12, 32:2, 32:5, 32:9, 32:12, 32:13, 32:16, 33:11, 33:20, 33:23, 33:25, 34:3, 34:14, 34:16, 34:17, 34:20, 35:1, 35:3, 35:9, 38:2, 40:19, 40:22, 45:16, 49:20, 51:11, 55:6, 55:11, 59:18, 63:3, 71:16, 101:7, 127:23, 154:24, 155:3, 157:1, 160:16, 160:17, 160:18, 161:7, 163:13, 188:1, 221:20, 221:21, 224:7, 224:8, 224:10, 224:13, 224:15, 224:16, 231:16,

232:3, 232:17,
232:22, 233:7,
233:10, 233:12,
233:14, 233:23
**dollar** [2] - 75:20,
76:7
**dollars** [4] - 85:12,
86:22, 107:16, 154:23
**domestic** [1] - 19:19
**done** [9] - 28:25,
29:2, 41:16, 168:3,
169:18, 174:24,
190:14, 190:22,
248:16
**door** [1] - 186:22
**double** [1] - 173:12
**Doubleday** [10] -
64:5, 110:1, 120:18,
130:9, 140:13, 143:9,
147:3, 224:11,
224:18, 235:1
**DOUBLEDAY** [1] -
1:11
**down** [39] - 6:2,
20:10, 23:11, 25:21,
25:23, 38:24, 38:25,
50:13, 59:1, 60:4,
61:23, 62:5, 67:8,
84:12, 86:12, 91:6,
109:13, 109:22,
113:5, 114:9, 114:17,
116:20, 125:13,
126:24, 129:1,
148:23, 170:16,
178:3, 181:1, 181:3,
181:12, 185:2,
199:20, 211:3, 221:2,
225:9, 237:6, 246:5,
254:10
**Dr** [34] - 149:7,
150:2, 151:22,
151:25, 153:16,
154:11, 157:15,
161:20, 162:9,
164:11, 170:7, 172:7,
173:15, 176:23,
177:12, 178:21,
180:23, 182:21,
183:4, 187:24,
189:13, 237:24,
238:21, 240:15,
240:23, 241:11,
241:12, 241:14,
242:11, 247:17,
247:24, 248:12,
253:11, 253:16
**Dragon** [1] - 79:2
**drain** [1] - 20:10
**dramatically** [1] -
167:18

**draw** [9] - 12:12,
14:23, 58:25, 66:2,
204:19, 247:23,
248:2, 248:22, 251:3
**drawing** [2] - 42:4,
190:18
**drive** [8] - 212:18,
212:19, 213:23,
214:3, 215:9, 215:15,
227:12, 229:8
**Drive** [1] - 124:5
**driven** [1] - 120:1
**driver** [10] - 212:6,
212:16, 214:19,
215:3, 226:17,
226:24, 227:3, 228:1,
229:5, 229:24
**driving** [4] - 181:25,
215:2, 228:2, 228:3
**drop** [1] - 247:6
**dropped** [2] -
102:20, 247:7
**dropping** [1] - 247:8
**drove** [2] - 216:23,
217:1
**dry** [1] - 54:17
**due** [1] - 10:13
**durability** [6] - 243:1,
246:22, 246:23,
246:25, 247:8, 247:9
**durable** [2] - 247:11,
248:1
**during** [27] - 10:2,
14:4, 14:15, 29:15,
30:2, 32:7, 149:18,
158:21, 160:24,
166:25, 167:4, 201:9,
201:23, 205:5, 207:1,
212:12, 212:18,
216:2, 222:23, 223:2,
228:19, 230:17,
235:19, 236:13,
244:17, 253:8, 253:13
**duties** [27] - 8:3,
8:23, 9:2, 9:5, 9:11,
15:15, 16:5, 16:8,
17:9, 17:13, 18:9,
21:2, 21:5, 21:17,
22:17, 23:15, 28:19,
33:9, 37:10, 46:11,
46:15, 48:16, 48:20,
49:4, 49:8, 180:13
**duty** [9] - 23:14,
28:18, 46:10, 47:11,
47:14, 48:13, 48:23,
56:10, 57:9

# E

**e-mail** [1] - 208:9
**e-mails** [1] - 220:11
**early** [5] - 67:15,
222:22, 222:24,
222:25, 255:21
**Earnings** [1] - 97:18
**easier** [1] - 193:16
**East** [2] - 19:15,
124:4
**Easy** [5] - 77:19,
97:21, 121:11,
121:15, 121:24
**easy** [1] - 97:20
**economic** [2] -
150:11, 151:8
**educational** [3] -
150:2, 200:23, 238:24
**effect** [2] - 166:3,
186:24
**effectively** [1] -
176:12
**effort** [2] - 5:12, 5:16
**eight** [7] - 192:10,
192:11, 201:15,
245:14, 245:16,
252:20, 254:15
**either** [8] - 85:17,
138:24, 142:5,
165:11, 181:12,
184:23, 185:9, 197:19
**electrical** [1] -
213:21
**electronic** [1] - 10:6
**electronically** [2] -
10:7, 32:20
**element** [4] - 156:7,
196:12, 202:1, 258:10
**elements** [2] -
201:18, 201:20
**eliminate** [1] -
173:13
**emeritus** [1] - 241:10
**emissions** [1] -
201:17
**Empire** [1] - 206:8
**employed** [11] - 6:23,
7:1, 40:3, 40:4,
204:13, 204:15,
212:3, 226:14,
226:22, 234:21,
234:25
**employees** [6] -
215:20, 215:21,
224:25, 230:5,
230:10, 230:13
**employment** [2] -
150:25, 217:20

**employs** [1] - 217:21
**empty** [2] - 205:1,
247:7
**encounter** [1] -
230:17
**end** [17] - 11:1,
28:20, 28:22, 32:6,
32:17, 58:5, 93:24,
97:3, 97:4, 97:11,
122:2, 122:16,
125:24, 132:10,
157:5, 229:6
**ended** [2] - 112:23,
127:15
**ending** [23] - 88:18,
89:15, 89:22, 92:12,
106:2, 106:7, 106:11,
106:17, 106:19,
109:6, 110:13, 112:8,
112:21, 116:13,
119:16, 120:24,
124:20, 125:2, 125:5,
126:3, 126:12,
126:15, 127:25
**ends** [1] - 124:6
**energy** [2] - 201:24,
201:25
**engaged** [1] - 197:20
**engaging** [1] -
187:21
**England** [1] - 192:16
**enlarge** [1] - 161:24
**ensure** [1] - 48:9
**enter** [2] - 173:21,
184:11
**entered** [7] - 8:1,
24:11, 33:7, 42:9,
56:8, 100:6, 100:15
**entering** [5] - 12:1,
175:15, 175:23,
184:5, 198:13
**Enterprise** [4] -
71:10, 109:24,
130:25, 131:20
**Enterprises** [4] -
40:25, 109:6, 112:8,
131:13
**ENTERS** [1] - 169:13
**enters** [1] - 45:3
**entire** [5] - 36:22,
95:9, 245:12, 245:13,
251:24
**entirely** [3] - 23:22,
163:4, 163:10
**Entities** [1] - 74:23
**entities** [66] - 51:20,
61:19, 62:2, 63:5,
63:22, 70:7, 72:2,
77:4, 77:19, 78:8,
78:11, 78:12, 78:17,

79:9, 79:13, 81:23,
82:1, 82:25, 83:4,
85:17, 86:5, 87:21,
87:22, 87:25, 91:14,
91:23, 93:19, 94:2,
94:13, 94:25, 97:12,
97:15, 97:25, 99:10,
100:9, 100:14,
100:19, 100:23,
102:5, 102:17,
102:23, 103:4,
103:23, 104:5,
104:17, 106:23,
107:7, 107:14,
107:20, 108:6,
108:16, 113:14,
115:4, 141:1, 141:13,
142:2, 146:22,
172:20, 172:21,
175:15, 186:2,
187:21, 192:6,
192:10, 192:12,
192:22
**entitled** [2] - 153:8,
162:5
**ENTITLED** [1] -
260:14
**entity** [43] - 63:25,
70:23, 71:25, 82:13,
83:2, 86:18, 90:5,
97:5, 98:21, 99:25,
104:25, 112:3, 112:4,
122:10, 140:12,
140:18, 140:22,
141:10, 144:22,
145:1, 145:21, 146:8,
147:8, 147:11,
157:25, 158:8, 175:7,
175:12, 175:20,
175:24, 176:9, 185:9,
185:11, 185:17,
195:15, 196:17,
196:18, 197:10,
204:20, 217:21,
224:4, 224:6, 224:8
**entity's** [1] - 175:9
**entries** [10] - 18:11,
35:5, 36:13, 36:15,
45:9, 46:16, 47:20,
47:25, 49:2, 77:9
**entry** [51] - 8:25, 9:3,
9:10, 9:13, 11:5,
15:22, 16:2, 25:1,
28:12, 29:23, 33:7,
33:8, 37:5, 40:23,
42:8, 42:10, 42:11,
42:12, 42:14, 42:15,
42:16, 42:24, 43:4,
43:7, 43:13, 43:15,
43:18, 43:19, 43:22,

43:23, 44:2, 44:3, 44:20, 45:7, 45:22, 47:12, 47:14, 47:21, 47:23, 47:24, 48:7, 48:9, 48:15, 49:22, 50:23, 58:7, 58:10, 59:17, 86:18

**Entry** [1] - 42:6

**entry-type** [1] - 9:3

**Eric** [15] - 80:2, 80:23, 81:23, 82:2, 82:12, 83:1, 83:5, 83:11, 85:19, 86:2, 86:8, 87:23, 141:23, 142:1, 147:24

**error** [1] - 28:10

**ESQUIRE** [3] - 2:13, 2:14, 2:17

**essentially** [1] - 201:22

**establish** [2] - 174:10, 175:25

**estimate** [4] - 11:16, 171:12, 240:6, 242:2

**estimated** [2] - 47:10, 47:13

**et** [1] - 71:13

**Europe** [4] - 181:2, 181:13, 181:14, 183:20

**evaluate** [1] - 29:1

**event** [2] - 187:7, 194:15

**eventually** [1] - 230:10

**evidence** [33] - 14:7, 15:19, 19:19, 23:19, 26:3, 30:6, 30:15, 37:14, 38:4, 41:7, 46:24, 50:6, 53:17, 56:17, 57:12, 61:23, 62:21, 63:12, 64:14, 76:12, 80:12, 82:8, 89:4, 92:19, 96:7, 101:19, 109:9, 128:3, 137:2, 154:12, 177:8, 182:17, 251:15

**exact** [2] - 129:23, 229:16

**exactly** [4] - 19:14, 55:21, 63:2, 63:3

**exam** [1] - 31:1

**EXAMINATION** [25] - 16:14, 25:12, 27:6, 37:23, 40:1, 55:1, 57:22, 59:15, 61:7, 65:22, 69:2, 131:24, 139:18, 149:25, 190:7, 193:14, 200:14, 203:3,

204:11, 209:10, 211:23, 223:25, 226:9, 233:2, 238:14

**examination** [15] - 5:21, 31:15, 54:13, 65:21, 163:12, 165:3, 166:1, 166:15, 167:1, 167:5, 168:3, 168:17, 189:25, 193:12, 223:23

**examine** [6] - 29:25, 151:10, 161:14, 161:17, 162:25, 163:11

**examined** [6] - 18:12, 30:20, 30:23, 244:21, 250:24, 252:19

**examining** [2] - 163:3, 169:6

**example** [26] - 8:18, 51:22, 83:7, 84:25, 102:10, 102:16, 134:24, 153:3, 159:5, 170:15, 170:21, 172:9, 172:15, 173:6, 174:21, 180:1, 181:2, 183:20, 185:1, 185:2, 186:10, 191:14, 191:20, 192:16, 193:15, 253:15

**exams** [2] - 11:22, 12:5

**exceeded** [2] - 246:13, 248:7

**except** [3] - 47:22, 107:10, 253:15

**excerpted** [1] - 45:10

**exchange** [3] - 152:16, 154:5, 193:21

**Exchange** [5] - 152:18, 152:24, 154:9, 194:4, 194:10

**exchanges** [1] - 194:9

**excited** [1] - 201:24

**excluded** [1] - 168:5

**excuse** [4] - 150:4, 199:5, 214:18, 223:11

**excused** [9] - 6:3, 39:1, 60:5, 148:25, 164:12, 203:12, 225:10, 237:7, 254:17

**exhibit** [34] - 15:5, 45:15, 46:9, 52:9, 63:17, 63:19, 65:23, 70:3, 76:2, 79:22, 81:19, 81:21, 88:11, 88:19, 94:9, 98:13, 105:10, 113:11,

121:9, 123:24, 124:1, 124:8, 129:10, 130:17, 130:18, 130:22, 134:3, 135:23, 144:5, 145:9, 146:10, 251:7, 251:8, 251:13

**Exhibit** [161] - 13:17, 14:7, 14:9, 14:11, 15:19, 26:4, 38:4, 40:12, 41:7, 41:9, 45:25, 46:2, 46:9, 46:24, 47:1, 49:10, 50:6, 50:8, 52:11, 52:16, 53:12, 53:17, 53:19, 58:17, 61:22, 62:15, 62:21, 62:23, 62:25, 63:16, 64:17, 70:1, 70:16, 70:18, 72:23, 73:2, 73:7, 73:14, 73:16, 75:6, 75:7, 75:8, 75:25, 76:12, 76:14, 77:22, 78:9, 79:15, 79:20, 80:12, 80:14, 81:17, 82:8, 82:10, 83:11, 83:13, 85:20, 85:22, 88:9, 89:4, 92:10, 92:19, 92:21, 93:23, 95:19, 95:21, 96:2, 96:4, 96:7, 96:16, 98:11, 98:19, 99:4, 99:6, 99:19, 99:21, 101:2, 101:20, 101:22, 102:21, 105:6, 105:19, 105:22, 105:24, 107:2, 108:24, 109:3, 109:9, 109:11, 109:20, 110:25, 111:7, 112:6, 113:6, 113:12, 116:5, 116:24, 117:22, 119:2, 120:14, 122:5, 123:20, 124:12, 124:14, 124:17, 125:8, 125:13, 125:23, 126:1, 127:16, 127:20, 128:3, 128:5, 128:8, 128:9, 129:10, 130:13, 130:21, 131:3, 131:5, 132:12, 133:23, 135:22, 137:5, 141:5, 141:6, 141:17, 141:18, 141:20, 142:13, 143:5, 143:8, 143:17, 144:12, 144:17, 144:18, 145:1, 145:3, 145:4, 145:24, 146:2,

146:11, 146:19, 154:12, 161:21, 162:5, 176:21, 176:23, 177:8, 177:10, 182:16, 220:17, 226:20, 227:17, 228:5, 249:4, 251:4, 251:15, 251:19

**exhibits** [6] - 49:19, 55:5, 61:16, 63:4, 63:8, 77:3

**Exhibits** [2] - 63:12, 63:14

**existence** [3] - 134:21, 158:5, 160:2

**existing** [1] - 181:9

**exists** [1] - 169:24

**EXITS** [2] - 164:6, 254:7

**Exotic** [1] - 80:17

**expect** [2] - 188:9, 192:11

**expected** [1] - 253:3

**expediency** [1] - 104:13

**expenses** [2] - 170:23, 170:24

**experience** [7] - 156:8, 158:3, 160:16, 161:11, 161:13, 163:4, 163:6

**expert** [24] - 151:22, 164:22, 166:19, 166:24, 167:2, 167:15, 167:16, 168:11, 168:17, 168:21, 168:24, 169:3, 169:10, 169:17, 169:21, 170:1, 190:13, 201:5, 242:11, 250:18

**expertise** [7] - 166:22, 167:8, 243:14, 246:15, 247:22, 252:2, 252:17

**experts** [1] - 168:14

**explain** [2] - 160:23, 180:8

**explained** [1] - 180:12

**exploring** [1] - 31:16

**Export** [1] - 128:11

**export** [4] - 18:13, 206:1, 220:5, 221:4

**exportation** [2] - 25:4, 57:5

**exported** [10] - 12:15, 21:16, 25:5, 55:15, 57:2, 57:10, 220:2, 220:7, 221:11,

221:18

**exports** [1] - 183:7

**express** [4] - 73:22, 123:6, 193:3, 253:25

**extension** [1] - 239:25

**exterior** [2] - 252:5, 252:23

**extremely** [1] - 247:11

**extrusions** [1] - 220:8

**F**

**face** [7] - 6:17, 39:20, 68:20, 74:8, 149:18, 211:16, 226:3

**facility** [1] - 241:22

**facing** [1] - 180:14

**fact** [9] - 133:8, 167:15, 184:7, 191:4, 191:25, 194:20, 197:21, 210:17, 210:20

**factors** [1] - 190:20

**facts** [4] - 57:12, 137:2, 166:21, 190:15

**failures** [1] - 253:17

**fair** [27] - 7:12, 9:24, 29:11, 30:13, 35:9, 35:13, 62:17, 63:8, 64:10, 69:22, 73:10, 76:8, 80:9, 82:4, 89:1, 92:15, 95:21, 98:25, 100:22, 105:18, 159:8, 174:4, 194:21, 195:1, 195:5, 248:13, 249:13

**faith** [1] - 45:5

**fake** [1] - 197:24

**fall** [1] - 240:3

**falls** [1] - 168:17

**false** [2] - 175:21, 176:1

**familiar** [27] - 8:7, 17:5, 17:8, 17:11, 20:23, 21:10, 21:11, 22:7, 24:4, 24:7, 56:4, 132:4, 133:8, 136:22, 147:23, 152:7, 173:15, 176:24, 184:17, 191:14, 191:17, 219:16, 224:4, 226:11, 231:18, 240:15, 240:17

**family** [5] - 148:11, 156:20, 157:4,

184:25, 213:3
**Famous** [8] - 77:12, 113:17, 114:7, 114:13, 114:20, 115:5, 117:5, 117:19
**far** [5] - 9:21, 31:5, 168:13, 235:25, 255:18
**Fast** [2] - 84:8
**fast** [3] - 5:23, 77:14, 190:5
**Fat** [3] - 84:12, 90:24, 95:5
**February** [2] - 89:18, 131:11
**Federal** [2] - 23:18, 72:17
**federal** [1] - 230:2
**FEDERAL** [2] - 1:24, 260:23
**fee** [2] - 111:16, 208:19
**fees** [4] - 8:3, 15:15, 28:19
**Fei** [1] - 84:20
**fell** [1] - 178:1
**few** [17] - 30:9, 42:25, 44:5, 47:10, 48:2, 51:22, 83:19, 86:22, 95:2, 103:7, 106:21, 113:25, 151:2, 164:5, 167:20, 190:11, 215:23
**few-day** [1] - 113:25
**Fiance** [1] - 151:2
**figure** [3] - 51:3, 257:17, 259:13
**figures** [4] - 178:25, 179:9, 179:15, 179:22
**file** [2] - 258:10, 259:19
**filed** [8] - 10:12, 10:18, 42:13, 62:18, 63:9, 134:25, 258:11, 259:10
**filer** [1] - 42:17
**files** [1] - 42:12
**filing** [3] - 40:24, 45:2, 49:23
**Final** [1] - 22:12
**finally** [3] - 63:15, 65:11, 195:11
**finance** [11] - 150:4, 150:15, 150:19, 151:10, 151:16, 151:18, 151:22, 158:3, 161:11, 185:25, 197:4
**Finance** [2] - 94:5, 193:24

**financed** [1] - 197:2
**financial** [26] - 140:8, 151:10, 155:24, 156:2, 156:6, 159:1, 159:22, 159:24, 160:15, 160:24, 161:4, 161:6, 161:8, 161:14, 161:17, 162:10, 162:13, 170:10, 171:15, 171:18, 172:13, 172:22, 172:24, 185:24, 187:25
**Financial** [1] - 162:7
**financials** [6] - 156:2, 172:19, 172:21, 173:3, 173:12, 217:17
**financing** [2] - 171:18, 197:12
**fine** [5] - 6:10, 31:19, 39:12, 68:1, 225:20
**fingers** [1] - 255:17
**finish** [7] - 5:15, 117:21, 254:21, 255:3, 255:8, 255:21, 255:25
**finished** [3] - 17:25, 18:24, 20:10
**firm** [4] - 150:12, 151:9, 228:23, 228:24
**first** [63] - 10:4, 10:5, 14:17, 14:24, 16:20, 17:19, 17:22, 18:15, 19:16, 20:1, 25:18, 26:16, 38:8, 40:20, 42:17, 46:16, 47:6, 50:11, 51:8, 55:5, 59:1, 61:5, 69:25, 76:18, 79:6, 82:12, 82:22, 86:14, 92:7, 93:14, 93:16, 93:22, 94:8, 109:22, 110:6, 111:6, 118:7, 126:19, 131:17, 132:12, 135:1, 136:6, 162:19, 170:11, 171:6, 176:24, 182:20, 207:10, 207:19, 211:20, 215:25, 216:21, 219:1, 227:2, 227:11, 236:16, 237:21, 239:7, 246:8, 247:3, 252:8, 254:23
**First** [1] - 95:16
**fits** [1] - 8:12
**five** [7] - 49:18, 72:13, 77:10, 136:6, 171:23, 232:16, 240:8
**flat** [1] - 105:17

**flight** [1] - 208:13
**flip** [1] - 245:2
**flipping** [1] - 246:18
**FLOWER** [1] - 2:15
**focus** [5] - 72:10, 83:19, 103:6, 106:21, 187:10
**focused** [1] - 151:16
**focuses** [1] - 72:6
**follow** [1] - 196:3
**followed** [1] - 112:14
**following** [4] - 65:6, 133:25, 134:1, 230:15
**Fontana** [18] - 92:16, 92:24, 92:25, 96:9, 145:6, 145:8, 206:7, 206:10, 206:25, 207:4, 209:16, 210:1, 210:2, 210:3, 210:16, 213:16, 214:4, 233:19
**FOR** [2] - 260:8, 260:9
**force** [1] - 181:25
**FOREGOING** [1] - 260:12
**foremost** [1] - 247:4
**forest** [1] - 239:1
**forever** [1] - 247:5
**forgive** [2] - 65:7, 240:6
**forgot** [1] - 215:25
**fork** [2] - 247:4, 247:8
**forklifts** [1] - 247:5
**Form** [3] - 9:1, 10:11, 10:18
**form** [6] - 42:13, 58:15, 73:21, 123:5, 193:3, 253:25
**Formally** [1] - 241:17
**FORMAT** [1] - 260:15
**formation** [4] - 224:16, 224:18, 224:20, 224:22
**formed** [1] - 103:20
**forth** [1] - 168:14
**forward** [4] - 158:14, 171:11, 171:12, 178:9
**forward-looking** [1] - 171:12
**Forwarding** [1] - 222:4
**foundation** [7] - 56:12, 57:12, 169:23, 221:13, 221:14, 222:11, 222:18
**four** [9] - 19:17, 42:22, 49:17, 71:8, 92:2, 110:2, 115:20, 176:24, 214:3

**four-page** [1] - 176:24
**fourth** [1] - 233:21
**fractured** [1] - 253:14
**frame** [6] - 41:2, 204:24, 215:9, 219:8, 219:25, 222:22
**Francisco** [1] - 150:23
**fraud** [1] - 163:8
**free** [4] - 60:9, 149:3, 225:13, 237:9
**freight** [2] - 18:15, 204:25
**freights** [1] - 18:14
**Friday** [14] - 5:15, 254:15, 254:23, 255:22, 256:9, 257:3, 257:11, 257:14, 257:15, 257:21, 257:22, 257:23, 257:24, 257:25
**front** [10] - 13:21, 23:6, 28:22, 32:6, 32:16, 58:5, 102:3, 161:22, 177:13
**Fui** [2] - 94:4, 95:4
**full** [15] - 6:18, 39:22, 68:22, 75:13, 149:21, 197:1, 200:9, 204:2, 206:11, 211:19, 226:5, 238:7, 238:9, 240:13, 245:21
**Full** [1] - 94:3
**full-time** [1] - 245:21
**fund** [2] - 159:5, 159:11
**funds** [5] - 148:6, 148:10, 148:17, 159:7, 159:10
**fuzzy** [1] - 249:9

## G

**gain** [1] - 155:14
**GARY** [1] - 1:4
**general** [1] - 183:15
**generally** [12] - 48:22, 95:6, 100:2, 154:24, 159:21, 159:22, 161:8, 162:21, 177:2, 187:25, 242:18, 248:4
**generate** [3] - 171:7, 184:3, 184:13
**generated** [1] - 180:20
**gentleman** [1] -

205:14
**gentlemen** [4] - 5:9, 123:1, 164:3, 169:16
**geography** [1] - 182:12
**given** [11] - 161:15, 163:1, 163:14, 169:21, 173:20, 178:25, 179:22, 187:15, 243:14, 243:16, 255:25
**glasses** [1] - 249:8
**global** [1] - 64:1
**Global** [18] - 64:4, 65:2, 66:10, 66:24, 71:9, 78:13, 78:15, 83:17, 83:23, 84:17, 86:14, 86:18, 87:2, 94:4, 102:25, 125:21, 126:20, 127:9
**God** [11] - 6:14, 39:17, 60:19, 68:17, 94:4, 149:15, 200:6, 203:22, 211:13, 225:25, 238:4
**golden** [1] - 97:19
**goods** [8] - 12:1, 20:10, 44:11, 58:24, 59:5, 195:6, 205:2
**Government** [64] - 6:7, 12:23, 13:3, 14:6, 14:14, 14:21, 15:2, 39:3, 39:9, 41:6, 46:23, 50:5, 53:16, 56:25, 57:4, 60:12, 61:16, 62:20, 63:11, 64:13, 67:11, 70:15, 73:13, 76:11, 80:11, 82:7, 89:3, 92:18, 96:1, 99:3, 101:1, 105:21, 109:8, 124:11, 128:2, 131:2, 132:13, 135:9, 149:7, 151:21, 152:1, 152:2, 165:10, 169:22, 177:7, 199:23, 201:4, 202:14, 203:15, 211:6, 222:23, 223:5, 225:16, 230:5, 230:8, 230:10, 230:13, 235:13, 237:14, 243:19, 245:2, 259:7, 259:13
**Government's** [6] - 226:20, 226:22, 227:17, 228:5, 237:18, 258:13
**grab** [1] - 243:20
**graduate** [2] - 150:18, 241:18

**graft** [1] - 105:14
**Gran** [2] - 80:19,
84:17
**grand** [1] - 113:17
**Grand** [6] - 77:11,
114:7, 114:13,
114:20, 115:5, 117:5
**Grant** [1] - 117:19
**gray** [2] - 99:16,
134:20
**Great** [2] - 84:25,
85:3
**green** [2] - 82:17,
178:8
**GREGORY** [1] - 2:8
**grocery** [1] - 229:9
**gross** [16] - 100:5,
100:10, 100:11,
102:7, 102:13,
102:18, 103:2,
105:13, 105:16,
106:2, 132:23,
132:25, 133:17,
170:19, 170:21
**Group** [8] - 45:13,
65:8, 77:11, 87:14,
151:2, 151:4, 151:7,
151:8
**group** [2] - 97:19,
151:13
**growth** [1] - 181:11
**Growth** [3] - 77:14,
84:8
**guess** [4] - 102:14,
135:22, 205:15,
236:12
**guessing** [1] -
142:10
**guests** [1] - 212:20
**guidelines** [4] -
161:15, 185:23,
193:23, 193:25
**Gung** [1] - 117:25
**guys** [2] - 223:18,
251:12
**GVA** [1] - 126:22

**H**

**H-O-L-B-E-R-T** [1] -
200:12
**Hahn** [1] - 90:25
**half** [19] - 76:18,
76:19, 76:21, 82:22,
91:9, 93:14, 93:15,
93:16, 93:22, 94:8,
94:18, 94:20, 95:3,
118:16, 127:13,
128:9, 228:18,

228:19, 256:6
**hallway** [2] - 67:24,
164:4
**hand** [14] - 6:11,
22:11, 39:13, 68:13,
126:6, 149:11,
182:23, 200:2,
203:18, 211:9,
225:21, 226:21,
237:25, 250:6
**handing** [1] - 176:9
**handle** [1] - 165:3
**handled** [2] - 7:22,
169:1
**handling** [1] - 247:1
**Hang** [1] - 94:3
**Hank** [2] - 205:11,
206:1
**happy** [2] - 259:8,
259:20
**hard** [1] - 197:8
**harmed** [2] - 19:20,
166:7
**Harmonized** [1] - 8:6
**headed** [1] - 172:2
**headings** [1] - 42:5
**health** [7] - 155:24,
156:2, 156:6, 159:24,
160:24, 161:14,
161:17
**heard** [8] - 8:5, 8:22,
10:1, 10:11, 167:9,
191:16, 219:18, 225:3
**hearsay** [12] - 19:23,
20:2, 20:3, 64:15,
168:14, 207:16,
207:25, 208:24,
217:14, 223:10,
230:19, 230:22
**Heather** [1] - 19:10
**heavier** [5] - 246:6,
246:8, 246:9, 246:20,
248:4
**heavy** [5] - 14:17,
14:20, 15:2, 248:6,
253:17
**heavyweight** [1] -
248:9
**HELD** [1] - 260:13
**held** [1] - 138:3
**help** [18] - 6:14,
39:16, 60:19, 68:17,
149:15, 160:6,
171:10, 181:10,
190:3, 199:2, 200:6,
203:22, 211:13,
218:14, 225:25,
238:4, 245:2, 255:23
**helped** [1] - 241:21
**helpful** [2] - 171:13,

175:15
**HEREBY** [1] - 260:10
**hi** [2] - 209:13, 212:1
**Hi** [1] - 224:3
**hidden** [2] - 187:20,
210:8
**hide** [1] - 210:20
**high** [3] - 97:11,
174:21, 175:13
**higher** [4] - 48:23,
163:8, 201:24, 218:18
**highest** [2] - 12:3,
118:25
**highlight** [1] - 172:6
**highlighted** [5] -
82:17, 83:8, 154:18,
162:9, 162:22
**highlighting** [1] -
78:5
**highlights** [4] -
170:10, 171:15,
171:24, 172:5
**HILARY** [1] - 2:14
**Hillary** [1] - 27:10
**himself** [3] - 80:23,
167:22, 168:2
**hired** [3] - 205:7,
212:7, 239:24
**historical** [2] - 156:2,
171:10
**historically** [1] -
156:4
**HK** [2] - 79:3, 118:11
**Ho** [1] - 90:23
**HOLBERT** [1] - 3:9
**Holbert** [5] - 199:24,
200:11, 200:16,
201:5, 201:8
**hold** [5] - 36:7,
69:12, 159:3, 159:8,
239:16
**holder** [1] - 131:13
**holding** [1] - 195:7
**Holdings** [2] -
111:21, 152:8
**home** [6] - 208:16,
233:9, 233:12,
236:16, 236:19, 256:9
**Homeland** [4] - 13:3,
13:7, 18:19, 69:6
**Hong** [27] - 78:14,
78:24, 87:4, 87:10,
90:14, 91:14, 91:23,
94:15, 94:25, 95:4,
97:18, 105:1, 106:14,
107:11, 117:11,
128:20, 138:3,
139:12, 152:17,
152:24, 154:9,
154:23, 194:3,

208:13, 209:5
**Honor** [155] - 5:20,
5:24, 6:1, 6:4, 6:7,
13:16, 14:6, 16:11,
16:13, 19:22, 20:12,
20:16, 21:8, 21:19,
22:5, 22:25, 23:17,
23:20, 24:2, 24:19,
25:9, 25:11, 26:2,
27:3, 27:5, 31:17,
31:22, 33:2, 35:23,
37:20, 37:22, 40:12,
46:2, 46:23, 49:9,
50:5, 52:8, 53:11,
53:16, 54:12, 54:25,
56:11, 57:11, 57:21,
59:14, 59:25, 60:3,
60:6, 60:8, 60:12,
60:25, 62:7, 62:20,
63:11, 63:16, 64:9,
64:13, 64:19, 65:19,
67:3, 67:5, 67:7,
67:14, 67:24, 68:4,
68:6, 68:10, 70:15,
72:23, 73:13, 76:11,
79:19, 80:11, 82:7,
89:3, 92:18, 95:20,
96:1, 99:3, 101:1,
101:3, 101:18,
101:24, 105:8,
105:21, 109:1, 109:8,
123:16, 124:11,
127:20, 128:2,
130:19, 131:2,
131:22, 137:1,
139:15, 139:17,
148:20, 148:22,
149:1, 151:21,
163:15, 163:22,
164:2, 164:14, 165:8,
167:11, 168:8, 170:5,
176:21, 177:7, 179:7,
182:1, 182:9, 183:13,
189:10, 189:19,
189:23, 193:13,
195:19, 199:19,
201:4, 202:24, 203:1,
203:11, 207:15,
208:23, 209:7, 209:9,
211:2, 214:16,
220:14, 223:12,
223:22, 225:8,
225:11, 225:12,
225:17, 227:8,
232:25, 237:5, 237:8,
237:12, 237:14,
238:13, 242:10,
243:18, 249:3,
255:11, 255:19,
257:13, 258:7, 259:7,
259:15, 259:21

**HONORABLE** [1] -
1:4
**hope** [1] - 153:13
**hopes** [1] - 257:6
**Horizon** [2] - 231:5,
231:9
**Horvath** [5] - 240:15,
240:23, 241:11,
241:14, 247:17
**Horvath's** [5] -
241:12, 247:24,
248:12, 253:11,
253:16
**hour** [3] - 254:23,
256:5, 256:6
**hours** [8] - 232:17,
232:23, 245:14,
245:16, 245:23,
245:24, 246:1, 252:20
**house** [5] - 216:22,
231:3, 231:4, 232:2,
232:8
**Howard** [2] - 211:6,
227:1
**HSI** [2] - 14:3, 20:10
**HSIEH** [15] - 2:8,
67:23, 68:6, 225:16,
226:10, 227:8,
227:10, 230:24,
232:20, 232:24,
235:22, 237:5, 237:8,
237:14, 255:19
**HTS** [6] - 8:14, 8:17,
53:4, 53:25, 54:10,
55:16
**Hub** [1] - 90:24
**hundred** [5] - 79:2,
86:22, 156:20, 161:1,
250:13
**hundred-page** [1] -
161:1
**hundreds** [2] -
113:2, 119:22
**Hung** [1] - 117:25
**husband** [1] - 228:15
**hypothetical** [15] -
169:20, 169:22,
169:24, 179:6,
183:16, 184:14,
187:19, 190:14,
191:20, 191:25,
192:4, 195:14,
195:20, 195:21, 196:7
**hypothetically** [2] -
183:17, 192:15
**hypotheticals** [3] -
169:11, 169:18, 182:8

**I**

**ID** [1] - 129:3
**idea** [1] - 171:8
**identification** [4] - 43:1, 43:3, 43:5, 43:7
**identified** [6] - 33:11, 133:22, 135:9, 136:21, 148:2, 167:19
**identifier** [2] - 42:16, 42:18
**identify** [10] - 28:9, 44:18, 57:1, 142:1, 145:13, 148:6, 201:18, 202:3, 202:4, 202:7
**IDR** [1] - 64:23
**immediately** [2] - 7:4, 256:21
**immunity** [1] - 219:4
**impact** [3] - 173:2, 175:17, 180:16
**impacted** [1] - 180:17
**impacts** [3] - 247:2, 247:4, 247:8
**impeachment** [1] - 168:2
**import** [24] - 7:6, 7:7, 7:12, 7:17, 7:21, 7:24, 7:25, 8:24, 10:1, 10:2, 10:3, 11:14, 12:3, 12:6, 16:4, 19:13, 40:22, 42:18, 43:23, 50:20, 52:1, 55:22, 56:10, 59:21
**Import** [3] - 125:15, 127:11, 128:11
**important** [3] - 184:5, 184:15, 186:6
**importation** [7] - 17:3, 17:6, 19:20, 58:10, 58:20, 59:3, 59:5
**importations** [1] - 59:4
**imported** [16] - 8:11, 22:18, 22:24, 23:13, 32:10, 34:23, 41:19, 41:22, 42:20, 43:8, 45:19, 50:12, 51:20, 52:24, 54:9, 58:5
**importer** [22] - 9:8, 12:10, 15:14, 16:3, 21:1, 21:15, 28:9, 38:8, 40:24, 42:11, 42:19, 42:20, 43:11, 45:2, 45:4, 47:13, 49:21, 49:23, 50:14,

50:22, 55:6, 55:11
**importer's** [1] - 12:10
**importers** [4] - 12:3, 40:25, 50:25, 51:23
**imports** [7] - 9:23, 11:17, 31:8, 41:16, 42:1, 50:25, 55:24
**impossible** [2] - 11:15, 29:7
**impression** [2] - 175:22, 176:2
**IN** [4] - 67:13, 260:8, 260:13, 260:15
**inaccurate** [1] - 178:22
**inadmissible** [1] - 259:14
**Inc** [10] - 77:14, 109:24, 111:13, 112:8, 113:16, 128:23, 130:9, 131:20, 137:21, 204:18
**inches** [1] - 8:10
**incident** [1] - 45:12
**incline** [1] - 105:15
**include** [12] - 12:20, 74:25, 100:10, 106:16, 114:19, 143:9, 143:11, 143:14, 144:25, 145:9, 147:12, 157:21, 161:3, 185:25, 199:1
**included** [13] - 15:16, 58:6, 72:4, 72:9, 77:3, 77:22, 78:9, 140:9, 161:6, 179:1, 179:9, 179:15, 179:23
**includes** [5] - 58:11, 74:12, 80:3, 106:13, 116:2
**including** [6] - 11:10, 32:5, 40:23, 71:12, 193:10, 233:7
**income** [1] - 100:20
**Incoming** [2] - 82:23, 96:16
**incoming** [21] - 74:15, 74:16, 76:19, 78:5, 85:8, 89:9, 89:25, 91:21, 92:11, 92:25, 93:17, 94:21, 95:10, 95:12, 97:1, 97:4, 97:24, 111:9, 111:11, 136:1, 138:14
**INCORPORATED** [1] - 1:10

**incorporated** [1] - 135:1
**Incorporated** [6] - 62:18, 64:1, 65:2, 83:22, 127:5, 134:25
**incorporation** [1] - 142:12
**incorrect** [1] - 21:12
**increase** [2] - 181:25, 183:10
**increased** [3] - 178:9, 181:22, 183:8
**incur** [1] - 247:2
**indicate** [4] - 9:2, 98:23, 104:20, 142:17
**indicated** [5] - 15:13, 15:14, 32:9, 145:14, 254:16
**indicates** [2] - 43:20, 74:14
**indicating** [1] - 75:19
**indictment** [1] - 109:17
**individual** [7] - 144:5, 144:9, 145:10, 146:12, 147:24, 227:18, 228:6
**individuals** [8] - 20:7, 130:25, 144:5, 144:9, 145:10, 146:12, 245:2
**Industrial** [10] - 51:24, 71:7, 75:3, 83:22, 84:6, 84:16, 85:4, 85:9, 87:18, 103:2
**industry** [3] - 19:19, 193:24, 242:17
**influence** [5] - 179:2, 185:9, 185:10, 196:25
**influencing** [1] - 187:17
**informal** [1] - 47:23
**information** [101] - 10:7, 10:21, 10:23, 10:25, 11:3, 11:8, 12:8, 32:22, 32:24, 33:1, 33:6, 34:22, 38:7, 38:17, 38:19, 45:4, 45:7, 45:16, 46:8, 46:13, 46:17, 46:20, 49:19, 49:24, 50:1, 51:11, 55:14, 56:21, 58:1, 58:4, 58:20, 64:24, 66:15, 66:18, 66:23, 67:1, 69:13, 90:10, 94:16, 99:22, 100:8, 101:4, 101:11, 101:13, 101:14, 101:19,

102:4, 103:13, 135:11, 137:16, 139:23, 140:1, 141:9, 141:13, 143:9, 143:11, 143:14, 143:25, 144:8, 144:25, 145:9, 145:13, 145:18, 145:21, 146:6, 146:11, 146:15, 156:9, 159:16, 159:21, 160:11, 160:12, 163:1, 163:5, 168:12, 174:23, 175:10, 175:14, 175:24, 179:13, 180:4, 180:5, 187:23, 188:11, 188:12, 188:18, 188:20, 189:7, 196:20, 197:1, 197:3, 197:5, 197:7, 197:8, 197:11, 197:13, 197:20, 208:18, 236:6
**inherent** [1] - 186:16
**inherently** [1] - 185:12
**initial** [1] - 153:21
**initiated** [7] - 144:6, 144:9, 144:10, 145:10, 145:14, 146:12, 146:16
**ink** [2] - 54:20, 54:23
**Inland** [1] - 206:8
**inorganic** [1] - 201:3
**inputs** [1] - 172:10
**inquire** [10] - 39:25, 54:24, 61:6, 69:1, 149:24, 200:13, 204:10, 211:22, 226:8, 238:12
**inside** [3] - 210:7, 218:3, 253:6
**insight** [1] - 155:23
**inspect** [1] - 245:5
**inspected** [3] - 244:16, 244:18, 245:15
**inspecting** [1] - 244:25
**inspection** [16] - 11:14, 11:18, 11:24, 12:14, 12:17, 12:19, 12:20, 12:22, 244:3, 244:6, 244:10, 244:13, 244:17, 245:11, 248:21
**instance** [3] - 38:8, 138:7, 219:1
**instances** [1] - 55:18

**instead** [2] - 21:16, 181:13
**Institute** [1] - 243:7
**institution** [1] - 159:3
**institutions** [1] - 159:1
**instruct** [6] - 20:20, 256:3, 256:10, 257:23, 257:24, 257:25
**instructed** [1] - 218:5
**instruction** [1] - 35:5
**instructions** [12] - 130:14, 140:8, 254:24, 255:22, 255:25, 256:1, 256:9, 256:15, 257:3, 257:5, 257:7, 257:9
**Insurance** [1] - 98:3
**intend** [1] - 258:10
**intended** [1] - 141:12
**interacted** [1] - 216:5
**interest** [12] - 103:6, 165:2, 165:22, 166:17, 167:7, 175:12, 186:12, 186:14, 186:17, 192:1, 192:14, 192:18
**interested** [1] - 21:25
**interior** [4] - 245:7, 245:8, 252:4, 252:22
**Internal** [2] - 61:10, 63:21
**international** [7] - 118:10, 191:9, 191:21, 192:1, 194:7, 242:22, 248:19
**International** [12] - 65:9, 78:21, 86:10, 87:14, 97:20, 97:22, 120:2, 121:11, 121:15, 121:24, 217:22, 242:23
**interruption** [1] - 164:21
**interview** [1] - 212:4
**inventory** [17] - 13:7, 14:4, 100:18, 103:12, 103:16, 103:19, 104:1, 105:14, 105:16, 106:2, 106:8, 106:11, 106:17, 106:19, 107:7, 108:5, 108:17
**invest** [11] - 152:22, 153:11, 153:13, 155:2, 155:16, 159:15, 160:7,

160:10, 160:12,
176:7, 192:9
**invested** [8] -
157:19, 159:6,
159:16, 159:20,
160:10, 178:14,
192:10
**investigation** [9] -
14:15, 18:17, 18:19,
24:10, 133:22,
136:19, 138:17,
201:9, 223:3
**Investigations** [1] -
69:7
**investing** [1] - 184:1
**investment** [2] -
166:23, 192:2
**Investment** [6] -
79:3, 85:1, 90:25,
97:20, 112:5, 118:11
**investments** [2] -
153:13, 192:12
**Investments** [5] -
80:19, 121:19,
137:21, 137:22,
138:10
**investor** [45] - 155:6,
155:12, 155:14,
156:9, 158:7, 158:12,
159:15, 159:17,
159:19, 159:21,
165:14, 171:2,
171:10, 172:3,
173:24, 174:8,
174:18, 175:4,
175:10, 175:16,
176:5, 178:20, 179:3,
179:12, 179:18,
179:24, 180:4,
181:15, 183:12,
183:21, 183:25,
184:9, 186:8, 187:1,
187:4, 187:9, 188:14,
188:20, 189:3, 189:9,
196:15, 196:16,
196:21, 197:9, 197:22
**investor's** [1] -
175:18
**investors** [32] -
154:4, 154:25, 155:1,
155:5, 156:6, 156:25,
157:7, 158:20,
158:23, 159:7, 159:9,
160:8, 167:20, 171:6,
172:1, 174:11, 178:1,
178:12, 178:23,
181:5, 181:6, 187:18,
188:11, 188:23,
189:14, 189:15,
196:24, 197:18,

198:6, 198:11,
198:17, 198:21
**invoice** [15] - 10:24,
11:4, 11:10, 38:18,
43:11, 44:7, 44:8,
44:9, 44:23, 50:23,
51:11, 58:6, 58:11,
59:8, 59:18
**invoices** [7] - 10:9,
15:14, 40:23, 49:22,
137:11, 137:14,
219:13
**involved** [2] - 55:7,
170:23
**iPhone** [1] - 188:5
**iPhones** [1] - 174:4
**IPO** [13] - 153:21,
154:19, 154:23,
154:24, 155:8,
155:19, 156:11,
156:15, 156:16,
156:17, 156:21,
158:14, 187:24
**IRS** [7] - 61:13,
62:18, 63:9, 64:11,
66:12, 66:18, 218:25
**Irvine** [13] - 89:9,
89:14, 96:9, 143:22,
144:2, 213:16, 214:4,
214:11, 214:13,
215:9, 218:3, 226:19,
233:17
**IS** [2] - 260:12,
260:15
**ISF** [2] - 44:24, 45:2
**Islands** [1] - 65:9
**ISO** [1] - 248:17
**issue** [15] - 20:16,
27:15, 67:18, 68:5,
68:8, 155:2, 155:4,
160:21, 161:18,
165:18, 169:6,
186:17, 206:2,
238:20, 255:12
**issued** [4] - 17:24,
18:5, 63:20, 160:25
**issues** [2] - 11:2,
151:10
**item** [5] - 34:10,
170:11, 170:19,
196:4, 202:6
**items** [4] - 29:19,
100:17, 100:20, 104:1
**iteration** [1] - 87:4
**itself** [2] - 81:10,
89:24

J

**Jack** [1] - 19:7
**jack** [1] - 19:8
**Jackie** [1] - 219:16
**Jade** [3] - 78:24,
87:10, 87:16
**January** [2] - 12:25,
25:19
**Japan** [2] - 77:11,
77:12
**jasmine** [1] - 212:14
**Jasmine** [2] -
227:24, 227:25
**jet** [1] - 229:22
**job** [5] - 19:5, 212:5,
213:2, 213:7, 227:2
**jobs** [1] - 7:20
**Joe** [1] - 68:24
**John** [2] - 202:19,
259:9
**Johnson** [12] - 64:8,
65:16, 71:12, 205:17,
207:6, 207:12, 208:6,
208:7, 215:23, 216:3,
216:9
**join** [1] - 168:9
**joined** [1] - 101:8
**journals** [1] - 151:20
**JUDGE** [1] - 1:4
**JUDICIAL** [1] -
260:16
**Julia** [5] - 231:18,
232:1, 232:3, 232:14,
236:13
**July** [11] - 93:6,
112:11, 113:15,
113:19, 114:6,
114:10, 115:13,
116:2, 205:5, 226:14,
227:3
**June** [6] - 26:15,
64:3, 110:4, 111:8,
111:24, 111:25
**juror** [1] - 182:23
**JUROR** [4] - 54:16,
54:19, 54:21, 182:25
**jurors** [5] - 164:8,
169:15, 193:9, 254:9,
254:14
**jury** [29] - 5:6, 5:7,
20:20, 61:9, 73:23,
74:3, 74:4, 102:3,
123:7, 123:12,
123:13, 166:21,
169:9, 193:5, 193:9,
238:17, 238:23,
254:2, 254:24,
255:22, 255:25,

256:1, 256:12, 257:3,
257:4, 257:7, 257:9,
258:21
**JURY** [3] - 164:6,
169:13, 254:7
**Justice** [1] - 244:12

K

**Kang** [1] - 117:14
**KARMAN** [1] - 1:12
**Karman** [7] - 140:22,
143:15, 144:23,
147:18, 147:21,
224:14, 235:7
**KARMAN-MAIN** [1] -
1:12
**Karman-Main** [7] -
140:22, 143:15,
144:23, 147:18,
147:21, 224:14, 235:7
**keep** [7] - 143:5,
182:7, 195:21,
203:13, 252:10,
254:24, 255:17
**Kezios** [1] - 231:19,
236:14
**kind** [24] - 10:3,
10:22, 40:19, 41:19,
43:23, 122:7, 151:15,
152:13, 156:8,
158:23, 159:16,
159:20, 160:18,
171:8, 172:22,
175:17, 178:18,
188:1, 201:16, 212:5,
213:19, 246:23,
256:16
**kinds** [2] - 191:11,
256:13
**kingson** [1] - 90:23
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23,
260:8, 260:22
**knowing** [2] -
178:19, 181:9
**knowingly** [1] -
189:14
**knowledge** [8] -
27:18, 59:19, 65:13,
152:14, 155:15,
168:13, 236:21,
236:25
**known** [2] - 187:22,
224:6
**Kong** [6] - 76:5,
77:5, 78:14, 78:24,
83:9, 87:4, 87:11,
90:14, 91:14, 91:23,

94:15, 94:25, 95:4,
105:1, 106:14,
107:11, 138:3,
139:13, 152:17,
152:24, 154:9,
154:23, 194:4,
208:13, 209:5
**KUMAR** [121] - 2:7,
6:7, 6:22, 13:16,
13:19, 14:6, 14:10,
16:10, 19:22, 20:12,
21:7, 22:25, 23:20,
24:19, 25:11, 25:13,
26:2, 26:6, 26:8, 27:3,
33:2, 37:22, 37:24,
38:21, 39:3, 39:7,
39:9, 40:2, 40:11,
40:14, 41:6, 41:10,
46:1, 46:23, 47:2,
49:9, 50:5, 50:9,
52:11, 52:14, 53:11,
53:16, 53:20, 54:11,
56:11, 57:11, 59:14,
59:16, 59:24, 60:6,
134:11, 149:7, 150:1,
151:21, 151:24,
155:17, 164:2,
164:11, 164:14,
167:10, 169:3, 169:7,
170:5, 170:6, 176:20,
176:22, 177:7,
177:11, 179:7, 179:8,
182:9, 182:10,
182:19, 183:2,
183:23, 189:10,
189:12, 189:18,
189:23, 195:19,
199:19, 199:23,
200:15, 201:4, 201:7,
202:24, 203:11,
203:15, 204:12,
207:18, 208:2,
208:21, 209:2, 209:7,
211:2, 211:6, 211:24,
213:1, 214:21, 215:7,
216:14, 217:19,
220:14, 220:17,
220:20, 220:21,
221:16, 222:2,
222:13, 222:20,
223:12, 223:16,
223:21, 225:8,
225:11, 237:11,
255:11, 256:18,
259:7, 259:21, 259:23
**Kun** [2] - 97:13,
117:11
**Kung** [1] - 97:18
**Kyo** [1] - 77:11

# L

**L-I** [1] - 226:7
**L-O-H** [2] - 204:4, 204:8
**labeled** [1] - 82:22
**Laboratory** [1] - 200:18
**laboratory** [2] - 201:15, 202:19
**lack** [3] - 221:12, 222:10, 222:17
**lacks** [3] - 56:11, 56:12, 57:12
**ladies** [4] - 5:8, 123:1, 164:3, 169:16
**lading** [4] - 44:19, 44:20, 49:23
**ladings** [1] - 40:24
**lady** [1] - 215:25
**large** [6] - 118:17, 152:14, 159:1, 159:3, 206:16, 206:18
**larger** [1] - 78:4
**largest** [4] - 78:6, 78:13, 94:8, 110:22
**LARSON** [2] - 2:13, 2:13
**last** [24] - 39:24, 45:14, 61:5, 66:3, 81:12, 85:8, 107:5, 110:2, 120:15, 126:8, 130:17, 149:21, 172:4, 172:5, 200:10, 204:4, 204:8, 211:21, 215:24, 226:6, 235:11, 238:8, 242:3, 247:5
**late** [3] - 5:10, 222:25, 234:3
**law** [4] - 20:19, 22:23, 167:6, 168:4
**LAW** [1] - 2:14
**lawyer** [2] - 132:13, 259:12
**lay** [3] - 90:25, 221:14, 257:24
**lead** [1] - 196:13
**leading** [2] - 221:23, 232:18
**Leasing** [1] - 80:17
**least** [7] - 94:8, 147:24, 156:3, 158:10, 223:20, 236:7, 259:6
**leave** [1] - 254:4
**leaving** [1] - 127:4
**left** [9] - 150:10, 164:8, 164:18,

176:12, 177:17, 180:2, 226:21, 254:9, 256:15
**left-hand** [1] - 226:21
**legal** [1] - 56:12
**length** [16] - 173:16, 173:25, 174:5, 174:7, 174:12, 174:19, 174:25, 179:1, 179:10, 180:12, 184:16, 184:17, 194:16, 194:19, 194:25, 196:13
**less** [3] - 78:7, 79:2, 248:9
**letter** [6] - 63:20, 63:22, 64:2, 64:7, 64:10, 65:3
**letters** [1] - 42:17
**level** [4] - 201:24, 201:25, 240:14, 240:22
**levels** [1] - 241:4
**Li** [5] - 71:13, 225:16, 225:18, 226:7, 226:11
**LI** [1] - 3:12
**Liaoning** [8] - 45:13, 65:7, 125:15, 127:11, 128:10, 128:21, 130:6
**light** [1] - 202:1
**lighter** [2] - 246:7, 246:18
**lightweight** [7] - 247:12, 247:20, 247:23, 247:25, 248:3, 248:8, 253:16
**likely** [1] - 65:1
**limitation** [1] - 79:11
**Limited** [27] - 65:9, 77:11, 77:12, 78:14, 78:18, 78:24, 83:22, 84:20, 85:1, 85:3, 90:24, 94:4, 94:5, 95:4, 97:18, 97:19, 97:20, 111:21, 113:17, 113:20, 117:14, 117:19, 121:19, 129:22, 136:13, 152:8
**limited** [7] - 68:4, 72:8, 77:15, 79:6, 111:13, 113:17, 139:6
**limits** [1] - 5:18
**line** [16] - 53:22, 53:23, 54:8, 100:5, 102:20, 105:14, 113:13, 115:23, 132:24, 170:11, 170:19, 177:22, 250:8, 250:9

**line-by-line..** [1] - 115:23
**line..** [1] - 115:23
**lines** [2] - 41:23, 103:7
**liquidated** [2] - 24:18, 25:1
**liquidation** [17] - 24:5, 24:8, 24:13, 26:19, 26:22, 27:11, 27:12, 27:16, 28:1, 28:5, 28:7, 28:13, 28:17, 37:3, 37:6, 37:9, 37:17
**list** [19] - 9:4, 9:6, 10:25, 11:4, 11:10, 38:18, 44:13, 44:14, 44:21, 44:23, 49:22, 51:12, 58:13, 59:8, 59:18, 66:3, 71:24, 74:10, 154:5
**listed** [19] - 15:23, 44:24, 45:10, 45:12, 58:24, 71:5, 100:5, 129:11, 142:20, 142:24, 152:16, 152:20, 152:21, 153:17, 153:24, 154:9, 171:14, 188:1, 188:25
**listen** [1] - 23:3
**lists** [5] - 8:11, 10:10, 40:23, 62:2, 98:21
**literature** [4] - 241:20, 242:6
**Liu** [52] - 71:13, 131:19, 156:19, 156:20, 157:3, 212:4, 212:13, 212:16, 212:19, 212:21, 212:22, 212:23, 213:3, 213:13, 213:23, 215:2, 215:9, 215:15, 216:2, 216:9, 216:10, 216:16, 217:3, 217:5, 217:6, 217:7, 217:12, 218:6, 219:15, 223:6, 223:13, 223:17, 224:25, 225:3, 227:15, 227:21, 227:23, 228:2, 228:9, 229:12, 229:14, 229:24, 230:14, 231:10, 231:11, 232:10, 234:5
**Liu's** [2] - 216:22, 229:1

**Lius** [2] - 234:19, 234:21
**living** [1] - 200:16
**Liwang** [23] - 45:11, 65:10, 78:18, 115:14, 115:19, 115:24, 118:8, 118:14, 118:17, 118:23, 120:7, 120:12, 122:8, 122:20, 122:23, 127:8, 129:21, 130:3, 136:12, 136:15, 136:22, 136:24, 138:13
**LLC** [38] - 1:10, 1:11, 1:11, 1:12, 1:13, 81:2, 88:21, 89:12, 93:8, 94:2, 94:14, 95:22, 96:20, 97:16, 97:25, 133:11, 140:13, 140:19, 140:23, 143:9, 143:15, 143:25, 144:19, 144:23, 145:19, 145:22, 146:6, 147:18, 147:21, 224:5, 224:11, 224:14, 224:16, 224:22, 235:1, 235:3, 235:5, 235:8
**LLP** [2] - 2:13, 2:17
**Lo** [1] - 84:20
**loaded** [2] - 206:13, 207:4
**loan** [5] - 154:4, 157:25, 158:5, 158:9, 158:12
**located** [2] - 128:19, 226:18
**location** [9] - 205:24, 206:6, 206:7, 206:23, 232:6, 232:10, 232:12, 250:15, 250:22
**locations** [4] - 191:22, 232:17, 232:21, 236:23
**logistical** [2] - 255:20, 256:11
**Logistics** [2] - 205:8, 207:11
**logistics** [3] - 254:13, 255:14, 257:18
**LOH** [1] - 3:10
**Loh** [8] - 203:15, 204:3, 204:4, 204:7, 204:8, 204:13, 207:8, 209:12
**look** [63] - 5:14,

18:15, 21:23, 22:10, 31:3, 31:5, 32:21, 32:23, 33:23, 33:24, 33:25, 34:2, 34:9, 42:5, 42:25, 44:16, 45:18, 55:18, 58:23, 96:8, 104:23, 109:15, 111:6, 126:9, 132:12, 133:23, 134:15, 135:10, 135:22, 135:24, 136:5, 136:11, 138:25, 139:3, 139:7, 141:4, 142:4, 144:12, 148:9, 148:12, 148:15, 155:12, 158:13, 158:24, 159:17, 159:22, 162:15, 163:12, 163:13, 171:13, 171:19, 176:24, 177:22, 178:20, 198:8, 214:10, 220:24, 220:25, 245:3, 250:12, 251:12, 251:19, 259:20
**looked** [27] - 18:13, 29:10, 31:9, 32:2, 33:15, 48:9, 49:20, 59:3, 73:5, 96:9, 133:24, 135:9, 138:8, 138:19, 139:5, 139:11, 140:15, 158:10, 158:11, 221:20, 221:21, 245:6, 245:8, 245:15, 250:13, 252:19
**looking** [22] - 11:23, 33:20, 35:1, 49:1, 76:4, 84:2, 94:20, 105:15, 109:23, 127:23, 138:6, 141:6, 142:10, 143:8, 159:21, 171:12, 176:6, 182:23, 220:11, 244:21, 250:5, 250:20
**looks** [2] - 131:11, 146:5
**Lori** [3] - 3:7, 67:11, 68:24
**LOS** [6] - 1:19, 1:25, 2:10, 2:16, 5:1, 260:4
**Los** [6] - 7:16, 9:15, 9:17, 11:13, 11:17, 205:24
**lose** [1] - 178:18
**lost** [2] - 178:16
**low** [3] - 47:24, 113:2, 175:13

**LOWDER** [22] - 2:14, 139:17, 139:19, 141:16, 141:19, 143:5, 143:7, 143:17, 143:19, 144:12, 144:16, 145:24, 146:1, 146:18, 146:20, 148:19, 207:15, 207:25, 208:23, 209:9, 209:11, 210:23
**lower** [2] - 187:16, 205:2
**lowest** [1] - 94:6
**LTD** [1] - 65:10
**Lucy** [3] - 212:15, 227:24, 227:25
**lunch** [1] - 123:2
**LUNCH** [1] - 123:10
**Lutz** [1] - 19:10
**Lux** [1] - 79:2
**lying** [2] - 189:14, 189:16

**M**

**ma'am** [1] - 88:15
**machines** [1] - 11:21
**mail** [1] - 208:9
**mails** [1] - 220:11
**Main** [8] - 140:22, 143:15, 144:23, 147:18, 147:21, 224:14, 226:19, 235:7
**main** [2] - 153:25, 201:15
**MAIN** [1] - 1:12
**maintain** [2] - 11:7, 213:9
**maintained** [1] - 242:21
**maintaining** [2] - 213:15, 213:17
**maintains** [1] - 59:18
**major** [2] - 191:5, 191:8
**majority** [4] - 49:6, 157:12, 192:14, 192:18
**manage** [1] - 151:13
**manager** [10] - 186:11, 186:18, 213:6, 213:7, 213:19, 214:18, 214:22, 214:25, 215:5, 218:2
**managing** [2] - 151:12, 217:23
**Mandarin** [1] - 217:9
**manufacture** [1] -

45:12
**manufacturer** [8] - 43:1, 43:3, 43:5, 45:8, 48:7, 48:8, 48:10, 55:8
**manufacturers** [1] - 65:15
**Manufacturers** [1] - 44:24
**March** [11] - 89:18, 90:17, 91:3, 91:10, 91:21, 92:3, 124:23, 125:18, 128:14
**Mark** [2] - 71:13, 78:21
**marked** [1] - 36:15
**market** [17] - 154:5, 160:2, 160:5, 174:8, 174:16, 174:17, 175:18, 181:13, 183:19, 184:4, 184:11, 184:14, 188:6, 188:7, 194:21, 195:1, 198:1
**markets** [1] - 188:19
**marshall** [1] - 237:24
**Marshall** [1] - 238:9
**massive** [2] - 9:25, 29:4
**master** [1] - 238:25
**master's** [2] - 239:9, 239:12
**match** [2] - 44:14, 44:23
**matches** [1] - 11:1
**material** [3] - 163:14, 188:7, 207:5
**Materials** [1] - 242:22
**materials** [2] - 190:16, 201:3
**math** [1] - 242:4
**matter** [17] - 6:13, 20:19, 39:15, 60:17, 68:15, 73:22, 123:6, 139:22, 149:13, 152:2, 193:4, 200:4, 203:20, 211:11, 225:23, 238:2, 254:1
**MATTER** [1] - 260:14
**mean** [24] - 8:15, 9:7, 15:12, 31:2, 46:14, 64:25, 100:7, 111:1, 152:19, 153:11, 156:19, 157:17, 160:11, 162:12, 165:9, 178:13, 178:24, 183:17, 184:10, 184:20, 213:18, 236:12,

244:19, 245:13
**meaning** [3] - 48:15, 186:25, 236:11
**means** [9] - 72:18, 99:13, 99:16, 151:12, 182:4, 184:21, 194:25, 208:4, 243:8
**meantime** [1] - 112:24
**measurements** [1] - 244:23
**medical** [2] - 67:18, 229:10
**meet** [4] - 163:2, 216:17, 216:20, 222:22
**meeting** [2] - 216:21, 235:19
**meetings** [3] - 215:13, 215:20, 223:5
**member** [1] - 252:1
**members** [4] - 5:6, 74:3, 123:12, 234:8
**memory** [7] - 21:23, 22:1, 23:7, 23:16, 152:6, 220:19
**mentioned** [7] - 16:20, 17:15, 147:23, 158:1, 180:6, 195:22, 206:22
**mentored** [1] - 241:23
**merchandise** [19] - 8:1, 9:1, 10:8, 10:14, 10:15, 14:1, 17:25, 18:24, 29:21, 29:22, 29:25, 30:2, 30:3, 42:9, 42:21, 43:20, 45:3, 45:5, 54:9
**merge** [3] - 61:19, 76:23, 77:24
**merged** [9] - 62:2, 63:5, 63:23, 70:23, 85:18, 99:10, 106:3, 132:10, 135:6
**Merger** [1] - 61:24
**merger** [1] - 62:6
**met** [5] - 215:21, 219:19, 235:13, 235:16, 248:25
**metal** [5] - 201:2, 201:19, 243:10, 249:1, 249:2
**methods** [2] - 12:2, 133:9
**MH1** [3] - 243:7, 248:24, 249:1
**microphone** [2] - 203:25, 204:6
**middle** [1] - 259:6

**might** [20] - 95:9, 142:4, 153:3, 153:9, 163:12, 175:11, 175:12, 175:13, 175:21, 181:3, 184:22, 185:15, 186:19, 188:6, 192:9, 194:14, 196:18, 197:10, 222:15
**million** [153] - 50:16, 54:2, 54:5, 77:8, 77:12, 77:13, 77:14, 77:15, 77:16, 77:25, 78:4, 78:7, 78:14, 78:19, 78:21, 78:25, 79:2, 79:7, 79:16, 83:14, 83:15, 83:16, 83:17, 83:24, 84:1, 84:7, 84:9, 84:14, 84:16, 84:18, 84:19, 84:24, 85:2, 85:5, 85:6, 85:7, 85:9, 85:12, 86:10, 86:21, 87:3, 87:6, 87:12, 87:15, 89:23, 91:5, 91:7, 91:19, 92:1, 92:8, 93:10, 93:12, 94:10, 95:7, 95:14, 95:18, 97:11, 98:1, 98:8, 103:15, 103:16, 103:17, 103:18, 103:25, 104:2, 104:9, 104:10, 104:11, 104:12, 104:14, 104:19, 105:4, 106:9, 106:13, 106:16, 106:24, 107:1, 107:3, 107:15, 107:19, 107:22, 107:25, 108:3, 108:7, 108:9, 108:10, 108:12, 108:14, 108:18, 108:20, 108:23, 110:10, 110:12, 111:15, 112:4, 112:20, 112:22, 112:23, 112:24, 114:4, 114:22, 115:17, 115:21, 115:25, 116:1, 116:3, 116:12, 116:14, 116:17, 116:19, 118:3, 118:9, 118:14, 118:25, 119:15, 119:20, 120:4, 120:9, 120:11, 120:25, 121:3, 121:14, 121:22, 122:9, 122:10, 122:23, 125:3, 125:6, 126:14, 126:15, 127:8,

157:25, 179:1, 179:10, 179:16, 179:23
**mind** [4] - 79:11, 88:14, 182:7, 186:14
**minimal** [2] - 72:7, 121:6
**minor** [1] - 122:14
**minute** [1] - 134:15
**minutes** [4] - 73:19, 164:5, 190:4, 193:1
**misrepresentation** [2] - 167:19, 190:23
**misrepresentations** [2] - 164:24, 190:20
**missing** [1] - 140:6
**misstate** [1] - 65:7
**misstatement** [1] - 163:8
**misstatements** [1] - 162:25
**mistakes** [1] - 163:9
**Mojave** [1] - 80:21
**moment** [9] - 34:6, 56:4, 105:5, 135:24, 164:12, 189:10, 220:24, 220:25, 237:11
**Monday** [5] - 256:10, 256:13, 258:1, 258:4, 258:5
**money** [71] - 72:10, 72:13, 72:19, 77:4, 77:18, 78:12, 82:25, 83:5, 83:10, 83:21, 84:21, 85:3, 85:4, 85:17, 86:7, 86:13, 94:2, 94:14, 97:15, 111:2, 111:3, 112:3, 112:19, 113:9, 113:10, 113:14, 116:15, 116:18, 118:5, 118:18, 119:18, 121:1, 124:25, 125:1, 125:10, 126:22, 138:8, 138:20, 153:12, 154:1, 154:3, 159:3, 159:6, 165:1, 165:14, 165:19, 167:21, 170:13, 170:17, 176:3, 176:8, 176:9, 176:11, 176:12, 178:16, 178:18, 180:2, 184:12, 186:20, 195:8, 196:19, 196:20, 197:17, 198:4, 198:5, 198:16, 218:10, 218:12,

218:20, 218:25
**month** [17] - 88:18,
92:14, 96:23, 110:7,
110:9, 110:23,
112:11, 112:19,
115:11, 117:3, 118:7,
119:19, 119:25,
124:22, 124:24,
126:19, 135:3
**months** [2] - 151:2,
205:6
**morning** [26] - 6:9,
16:16, 16:17, 27:8,
27:9, 39:11, 57:24,
60:14, 61:4, 69:4,
141:1, 230:6, 231:1,
253:23, 254:15,
254:23, 256:2,
256:10, 256:13,
257:3, 257:16,
257:21, 258:1, 258:2,
259:20, 259:24
**most** [6] - 43:24,
77:4, 83:4, 85:15,
136:12, 158:24
**mostly** [2] - 120:1,
210:2
**motion** [7] - 227:6,
258:8, 258:14,
258:15, 258:19,
258:22, 259:10
**motions** [1] - 237:17
**mouse** [1] - 250:7
**move** [9] - 5:22,
35:22, 82:8, 99:8,
101:19, 189:20,
208:23, 209:14, 239:5
**movement** [2] -
205:20, 240:13
**moves** [23] - 14:6,
41:6, 46:23, 50:5,
53:16, 62:21, 63:12,
64:14, 73:14, 76:12,
80:12, 89:4, 92:19,
96:2, 99:4, 101:2,
105:22, 109:9,
124:12, 128:3, 131:3,
177:7, 247:2
**moving** [5] - 5:12,
209:18, 210:15,
210:17, 255:17
**MR** [187] - 5:20, 5:24,
6:3, 16:13, 16:15,
19:25, 20:5, 20:15,
20:22, 21:13, 21:19,
22:5, 22:6, 22:15,
23:10, 23:17, 24:2,
24:3, 24:21, 24:24,
25:7, 52:8, 52:13,
54:25, 55:2, 56:23,

57:18, 60:12, 60:25,
61:8, 62:14, 62:20,
62:24, 63:11, 63:15,
64:9, 64:13, 64:18,
64:21, 65:18, 65:23,
66:1, 66:5, 67:3, 67:7,
67:11, 67:14, 67:18,
67:23, 68:4, 68:6,
68:7, 69:3, 69:25,
70:15, 70:19, 72:22,
72:25, 73:13, 74:6,
74:9, 75:24, 76:11,
76:15, 79:19, 80:11,
80:15, 81:16, 82:7,
82:11, 88:8, 89:3,
89:6, 92:18, 92:22,
95:19, 96:1, 96:5,
98:10, 99:3, 99:7,
99:18, 101:1, 101:3,
101:6, 101:10,
101:18, 101:23,
102:1, 105:7, 105:21,
105:25, 108:25,
109:8, 109:12, 115:2,
119:5, 119:6, 123:16,
123:17, 123:19,
123:22, 124:11,
124:15, 127:19,
127:21, 128:2, 128:6,
130:18, 130:20,
131:2, 131:6, 131:21,
131:25, 134:9,
134:12, 134:14,
136:6, 136:8, 137:1,
137:4, 139:15,
139:17, 139:19,
141:16, 141:19,
143:5, 143:7, 143:17,
143:19, 144:12,
144:16, 145:24,
146:1, 146:18,
146:20, 148:19,
148:22, 149:1, 155:9,
163:15, 163:22,
164:20, 165:8,
165:13, 165:21,
166:3, 166:12,
166:19, 167:14,
182:1, 183:13,
189:19, 190:1, 190:5,
190:8, 193:13,
194:24, 195:22,
195:24, 199:10,
199:14, 207:15,
207:25, 208:23,
209:9, 209:11,
210:23, 223:24,
225:16, 226:10,
227:8, 227:10,
230:24, 232:20,
232:24, 235:22,

237:5, 237:8, 237:14,
237:20, 251:10,
255:6, 255:19,
257:13, 257:17,
258:15
**MS** [189] - 6:1, 6:7,
6:22, 13:16, 13:19,
14:6, 14:10, 16:10,
19:22, 20:12, 21:7,
22:25, 23:20, 24:19,
25:9, 25:11, 25:13,
26:2, 26:6, 26:8, 27:3,
27:5, 27:7, 31:16,
31:22, 31:25, 32:1,
33:2, 33:10, 35:22,
36:5, 37:19, 37:22,
37:24, 38:21, 39:3,
39:5, 39:7, 39:9, 40:2,
40:11, 40:14, 41:6,
41:10, 46:1, 46:23,
47:2, 49:9, 50:5, 50:9,
52:11, 52:14, 53:11,
53:16, 53:20, 54:11,
56:11, 57:11, 57:21,
57:23, 58:17, 58:23,
59:12, 59:14, 59:16,
59:24, 60:3, 60:6,
60:8, 62:7, 64:15,
67:5, 101:8, 134:11,
149:2, 149:7, 150:1,
151:21, 151:24,
155:17, 164:2,
164:11, 164:14,
167:10, 168:8, 169:3,
169:7, 170:5, 170:6,
176:20, 176:22,
177:7, 177:11, 179:7,
179:8, 182:9, 182:10,
182:19, 183:2,
183:23, 189:10,
189:12, 189:18,
189:23, 195:19,
199:17, 199:19,
199:23, 200:15,
201:4, 201:7, 202:24,
203:1, 203:4, 203:8,
203:11, 203:15,
204:12, 207:18,
208:2, 208:21, 209:2,
209:7, 211:2, 211:6,
211:24, 212:24,
213:1, 214:12,
214:15, 214:21,
215:7, 216:11,
216:14, 217:13,
217:19, 220:14,
220:17, 220:20,
220:21, 221:12,
221:16, 221:23,
222:2, 222:10,
222:13, 222:17,

222:20, 223:9,
223:12, 223:16,
223:21, 224:1, 225:6,
225:8, 225:11,
225:12, 227:4,
230:18, 230:21,
232:18, 233:3,
234:17, 236:1, 237:2,
237:11, 237:23,
238:13, 238:15,
242:10, 242:13,
242:14, 243:18,
243:22, 243:23,
249:3, 249:6, 249:12,
251:5, 251:11,
251:18, 255:11,
256:18, 258:7,
258:25, 259:3, 259:7,
259:21, 259:23
**muffin** [4] - 173:6,
173:9, 174:14, 186:21
**multiple** [2] - 44:2,
142:23
**mutual** [3] - 159:5,
159:7, 159:11

## N

**N-g-u-y-e-n** [1] -
39:24
**name** [47] - 6:18,
16:18, 39:22, 39:23,
39:24, 42:19, 42:20,
40:3, 55:8, 61:2, 61:4,
61:5, 68:23, 71:1,
74:12, 80:4, 80:23,
80:25, 81:2, 90:10,
100:19, 109:23,
132:3, 132:5, 144:18,
147:24, 149:21,
200:10, 204:2, 204:4,
204:8, 204:17,
211:19, 211:20,
211:21, 215:24,
216:1, 216:17,
219:18, 226:6, 238:8,
238:9
**named** [3] - 111:12,
219:16, 231:18
**names** [8] - 65:7,
74:12, 82:17, 91:13,
94:13, 132:9, 212:12,
227:22
**nation** [1] - 9:22
**National** [2] - 193:24,
243:6
**national** [1] - 242:20
**nauseam** [1] - 35:21
**nearest** [2] - 75:20,
104:14

**nearly** [2] - 37:7,
250:13
**necessarily** [4] -
21:18, 29:21, 31:1,
162:24
**necessary** [1] -
197:13
**need** [11] - 29:10,
60:14, 151:9, 175:25,
182:24, 186:17,
187:2, 188:8, 203:25,
206:4, 208:7
**net** [1] - 170:24
**never** [4] - 54:22,
168:7, 208:15, 225:3
**new** [9] - 47:10,
62:11, 160:4, 181:10,
188:4, 188:6, 188:16,
188:17
**next** [32] - 6:5, 33:13,
39:8, 42:25, 48:2,
60:11, 67:10, 77:10,
77:17, 78:17, 86:12,
110:22, 112:11,
115:22, 117:9,
122:16, 125:23,
149:6, 170:19, 184:3,
186:22, 199:9,
199:22, 203:14,
209:1, 211:5, 225:15,
231:8, 240:10,
258:23, 259:6
**NGUYEN** [1] - 3:5
**Nguyen** [25] - 39:10,
39:23, 40:3, 40:7,
40:15, 41:11, 41:15,
42:5, 44:8, 45:14,
45:17, 46:3, 47:3,
47:8, 48:22, 49:7,
49:11, 50:10, 50:21,
52:4, 52:16, 53:14,
53:21, 59:17, 59:22
**night** [1] - 256:9
**non** [5] - 53:3,
174:19, 179:1,
179:10, 184:17
**non-arm's** [4] -
174:19, 179:1,
179:10, 184:17
**nonaluminum** [1] -
18:1
**none** [4] - 18:4,
27:18, 253:12, 253:14
**nonetheless** [1] -
71:21
**nonpallets** [1] -
51:20
**nonreversible** [1] -
249:2
**nonreversible-type**

[1] - 249:2
**nonscience** [1] - 248:10
**noontime** [1] - 256:24
**normal** [2] - 198:3, 198:14
**NORTH** [2] - 1:24, 2:10
**North** [2] - 124:5, 181:2
**notation** [1] - 75:18
**note** [2] - 16:3, 78:2
**noted** [1] - 8:23
**nothing** [17] - 6:14, 16:10, 27:3, 39:16, 54:11, 55:7, 60:18, 68:16, 149:14, 200:5, 202:24, 203:21, 209:7, 211:12, 223:24, 225:24, 238:3
**notice** [1] - 259:18
**November** [1] - 235:16
**NUMBER** [2] - 3:16, 4:2
**number** [59] - 9:12, 11:2, 11:25, 14:14, 16:7, 30:14, 31:3, 42:15, 42:16, 43:1, 43:3, 43:5, 43:7, 44:7, 44:19, 45:7, 45:8, 45:15, 51:13, 52:9, 54:1, 65:25, 70:11, 70:12, 71:2, 74:13, 76:6, 78:4, 80:4, 91:14, 97:21, 100:4, 100:10, 100:17, 102:14, 102:20, 102:22, 102:24, 104:2, 105:3, 113:25, 115:18, 120:5, 124:6, 134:9, 135:23, 139:6, 150:10, 150:14, 151:20, 155:2, 171:5, 186:9, 194:11, 198:24, 201:8, 208:17, 243:15
**Number** [1] - 135:23
**numbers** [14] - 9:4, 44:16, 44:21, 44:22, 75:19, 98:16, 100:3, 102:8, 102:9, 103:14, 108:8, 126:11, 176:17, 178:21
**nuts** [1] - 7:23
**NW** [1] - 2:18

**O**

**o'clock** [7] - 73:18, 123:3, 123:9, 253:20, 253:23, 256:14, 258:3
**O-E-T-M-A-N-N** [1] - 149:23
**oath** [1] - 60:15
**object** [1] - 189:19
**Objection** [12] - 19:22, 20:12, 22:25, 24:19, 56:11, 57:11, 62:7, 182:1, 183:13, 195:19, 207:15, 222:10
**objection** [29] - 20:2, 20:18, 21:7, 33:2, 60:7, 64:15, 101:3, 137:1, 155:9, 163:16, 167:25, 168:9, 207:25, 212:24, 216:11, 217:13, 221:12, 221:23, 222:17, 223:9, 227:4, 230:18, 230:21, 232:18, 235:22, 251:9, 251:10, 259:9, 259:16
**observations** [2] - 216:6, 216:8
**observe** [4] - 210:4, 210:6, 216:2, 232:3
**observed** [1] - 215:18
**obtained** [9] - 43:4, 43:6, 43:10, 43:13, 43:19, 47:12, 50:1, 51:18, 137:17
**obviously** [3] - 176:6, 184:10, 251:23
**Obviously** [1] - 167:3
**occasionally** [1] - 137:20
**occur** [5] - 12:25, 180:3, 187:12, 194:14, 197:10
**occurred** [6] - 25:19, 26:16, 179:17, 179:21, 244:14, 253:17
**occurring** [2] - 81:22, 82:20
**occurs** [3] - 37:9, 82:21, 191:8
**October** [8] - 23:12, 96:24, 97:3, 97:4, 97:22, 98:2, 120:20, 121:13

**OF** [14] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 260:2, 260:4, 260:6, 260:10, 260:12, 260:15, 260:16
**offer** [6] - 21:20, 23:18, 23:19, 151:22, 157:7, 157:10
**offered** [1] - 156:23
**offering** [2] - 153:21, 154:6
**offers** [1] - 201:5
**office** [11] - 213:6, 213:7, 213:10, 214:22, 214:25, 215:5, 215:14, 218:2, 228:3, 230:7, 231:14
**offices** [2] - 240:20
**OFFICIAL** [3] - 1:24, 260:8, 260:23
**officially** [1] - 103:20
**oftentimes** [1] - 191:10
**omit** [1] - 141:9
**ON** [2] - 2:6, 2:12
**once** [8] - 28:17, 29:21, 206:11, 206:13, 206:14, 231:8, 231:11, 232:6
**one** [89] - 9:21, 9:11, 33:21, 37:7, 37:16, 38:11, 40:15, 47:20, 47:22, 47:23, 54:18, 56:4, 59:5, 63:22, 71:8, 71:9, 71:10, 72:15, 78:8, 78:11, 78:16, 79:8, 81:2, 81:5, 83:1, 85:8, 85:17, 85:18, 86:1, 86:2, 87:22, 88:1, 88:18, 91:6, 92:13, 96:23, 97:10, 102:12, 105:5, 114:17, 115:25, 116:2, 118:2, 118:25, 129:15, 134:10, 134:16, 135:3, 140:15, 141:13, 144:14, 147:7, 156:7, 164:25, 167:19, 168:9, 180:14, 181:8, 186:10, 187:7, 187:9, 189:10, 191:8, 196:7, 198:16, 202:21, 206:8, 206:19, 209:15, 209:16, 210:16, 210:19, 214:9, 214:19, 214:20, 233:9, 234:1,

235:16, 237:11, 240:14, 248:16, 253:15, 253:16, 254:14, 254:20, 255:12
**one-time** [2] - 187:7
**one-year** [1] - 37:7
**ones** [4] - 56:2, 95:6, 104:18, 257:10
**Ontario** [13] - 64:5, 96:11, 110:1, 130:10, 206:8, 206:10, 206:24, 207:1, 209:16, 210:1, 213:16, 214:4, 233:15
**oops** [1] - 14:24
**open** [1] - 157:7
**opening** [5] - 11:22, 71:15, 168:1, 257:15, 257:21
**opinion** [7] - 73:22, 161:18, 166:21, 238:17, 238:19, 238:22, 248:25
**opinions** [6] - 123:6, 190:19, 193:4, 254:1, 259:14, 259:15
**opportunity** [6] - 28:14, 29:8, 29:24, 33:12, 201:19, 241:24
**opposed** [1] - 187:1
**optical** [1] - 201:17
**orange** [2] - 53:22, 53:23
**order** [7] - 18:9, 20:17, 28:9, 34:21, 35:4, 48:16, 219:4
**orders** [1] - 51:1
**ordinary** [1] - 27:19
**organization** [2] - 165:19, 165:20
**Organization** [1] - 242:24
**origin** [4] - 43:12, 43:15, 47:17, 48:6
**original** [2] - 67:1, 201:25
**originator** [5] - 90:5, 90:10, 128:22, 129:2, 130:7
**otherwise** [1] - 137:13
**outbound** [1] - 79:12
**outer** [1] - 250:17
**outgoing** [24] - 74:15, 74:17, 76:19, 79:5, 79:6, 85:23, 86:5, 92:4, 95:15, 98:3, 98:7, 107:10, 115:10, 115:13,

120:11, 122:19, 125:14, 126:15, 136:1, 136:9, 136:21, 137:5, 137:19, 137:20
**outside** [10] - 164:4, 164:15, 168:13, 186:3, 206:22, 207:2, 210:5, 235:22, 235:24, 253:7
**overall** [1] - 256:16
**overhear** [1] - 217:7
**overheard** [1] - 217:11
**overheated** [1] - 232:1
**overing** [1] - 149:18
**overload** [1] - 219:12
**overpaying** [1] - 186:23
**overrule** [1] - 167:25
**overruled** [15] - 21:9, 33:4, 57:13, 64:16, 155:10, 183:15, 189:21, 208:1, 208:25, 216:13, 217:15, 221:24, 223:15, 227:6, 230:23
**oversaw** [1] - 7:22
**oversea** [1] - 208:8
**owed** [4] - 46:10, 48:13, 49:3, 49:4
**own** [17] - 142:3, 148:6, 153:4, 157:3, 157:18, 159:6, 159:9, 172:8, 172:11, 172:17, 186:3, 192:6, 195:18, 196:1, 196:21, 198:4, 198:16
**owned** [13] - 136:25, 138:1, 139:12, 156:17, 156:22, 157:4, 157:10, 157:17, 158:18, 158:21, 158:25, 159:2
**owner** [1] - 142:7, 142:11, 153:5, 153:7, 159:13, 160:14, 172:14, 174:24, 189:16, 204:16
**owners** [3] - 157:17, 186:13, 188:9
**ownership** [7] - 154:7, 156:14, 156:15, 157:11, 158:25, 191:23, 192:5
**owns** [3] - 156:20, 185:1, 187:1
**oxymoron** [1] - 114:25

## P

**Pacific** [1] - 181:3
**packet** [5] - 58:7, 58:10, 58:20, 59:3, 59:17
**packets** [1] - 59:6
**packing** [14] - 10:10, 10:25, 11:4, 11:10, 38:18, 40:23, 44:13, 44:14, 44:23, 49:22, 51:12, 58:13, 59:8, 59:18
**PAGE** [3] - 3:16, 4:2, 260:14
**page** [109] - 14:11, 14:23, 15:5, 15:18, 15:20, 22:10, 22:11, 22:12, 26:4, 38:1, 38:4, 41:14, 45:10, 45:17, 45:18, 47:4, 47:5, 48:25, 49:1, 49:25, 50:19, 51:6, 52:9, 52:12, 52:15, 59:1, 61:23, 84:25, 85:15, 85:16, 86:12, 86:13, 87:20, 88:9, 96:16, 105:6, 109:13, 109:19, 110:22, 110:25, 111:7, 111:25, 112:6, 113:5, 113:6, 113:11, 114:9, 114:17, 114:24, 115:3, 115:6, 115:22, 116:5, 116:20, 116:23, 117:1, 117:9, 117:21, 118:20, 119:2, 119:4, 120:5, 120:6, 120:14, 121:8, 122:1, 122:4, 122:16, 124:17, 125:7, 125:13, 125:23, 126:1, 126:24, 127:1, 127:13, 127:15, 128:8, 128:9, 129:1, 129:10, 129:14, 129:15, 129:16, 130:13, 130:21, 132:12, 135:24, 161:1, 161:21, 161:22, 161:25, 162:4, 162:15, 170:9, 170:10, 171:15, 172:6, 176:24, 182:17, 182:20, 183:6, 249:9, 251:19
**pages** [9] - 41:5, 49:14, 49:15, 75:2, 75:10, 124:8, 156:1, 158:2

**paid** [17] - 37:11, 56:10, 137:10, 179:23, 186:23, 195:11, 196:5, 207:8, 207:14, 207:19, 207:23, 208:22, 209:3, 235:1, 235:3, 235:5, 235:7
**pallet** [20] - 15:2, 53:4, 55:22, 59:7, 242:20, 243:3, 243:5, 243:8, 245:6, 246:16, 246:19, 246:25, 247:2, 248:6, 248:24, 249:2, 250:22, 250:24, 253:4, 253:17
**pallets** [125] - 12:20, 12:22, 13:8, 14:14, 14:18, 14:20, 15:3, 17:23, 18:8, 18:18, 18:20, 18:24, 19:1, 19:20, 20:9, 24:11, 24:17, 25:5, 25:24, 27:15, 27:23, 31:8, 32:10, 32:25, 33:7, 33:11, 34:1, 36:16, 38:15, 41:21, 42:1, 45:19, 45:21, 49:2, 50:11, 51:10, 51:16, 52:18, 52:20, 53:1, 53:24, 54:9, 55:19, 57:1, 57:6, 57:10, 136:16, 201:9, 201:12, 201:16, 202:8, 202:10, 202:11, 202:17, 203:5, 206:14, 209:19, 209:22, 210:4, 210:6, 210:17, 210:21, 220:8, 225:4, 238:20, 242:11, 242:16, 243:1, 243:10, 243:11, 243:15, 243:24, 244:1, 244:2, 244:3, 244:16, 244:18, 244:21, 244:24, 245:15, 245:19, 245:23, 246:3, 246:6, 246:7, 246:8, 246:9, 246:12, 246:18, 246:20, 246:22, 246:24, 247:5, 247:6, 247:10, 247:12, 247:17, 247:18, 247:20, 247:24, 247:25, 248:3, 248:4, 248:9, 248:10, 248:13, 248:14, 248:25, 249:1, 249:14, 250:13,

250:19, 250:21, 252:4, 252:5, 252:8, 252:20, 252:22, 253:2, 253:5, 253:17
**Panda** [5] - 205:8, 205:11, 207:10, 207:13, 207:19
**paper** [3] - 10:5, 163:1, 243:11
**papers** [7] - 231:14, 231:15, 232:9, 232:13, 232:14, 242:2, 258:20
**paperwork** [4] - 7:25, 8:24, 15:24, 29:2
**parent** [5] - 172:11, 173:2, 173:3, 173:11, 173:14
**parenthetical** [2] - 90:13, 94:15
**part** [22] - 18:2, 30:25, 46:8, 70:10, 101:4, 101:6, 134:19, 136:19, 148:12, 154:13, 154:15, 158:1, 158:24, 161:5, 166:5, 178:8, 187:9, 194:18, 195:1, 218:9, 249:1, 252:7
**participate** [1] - 155:8
**particular** [20] - 22:3, 23:21, 38:11, 49:25, 66:13, 83:19, 151:11, 169:20, 170:2, 183:11, 183:14, 184:8, 184:9, 187:15, 188:21, 202:1, 202:2, 202:6, 215:21, 227:12
**particulars** [1] - 45:9
**parties** [12] - 136:20, 186:16, 187:14, 192:3, 193:17, 193:18, 194:3, 194:16, 197:16, 198:3, 198:24, 199:4
**Partners** [8] - 80:25, 84:10, 84:19, 85:13, 86:21, 87:1, 138:21, 138:24
**parts** [1] - 18:1
**party** [30] - 101:16, 184:18, 184:21, 185:7, 185:11, 185:12, 185:17, 185:20, 186:3, 186:5, 186:7, 186:10, 186:11, 186:15, 187:3, 187:5, 190:24, 191:1, 191:4, 191:6,

192:19, 194:1, 194:5, 194:8, 194:14, 195:12, 195:14, 196:8, 196:18, 197:10
**passes** [1] - 195:8
**past** [3] - 31:20, 171:13, 252:14
**Patrol** [1] - 16:22
**PAUSE** [1] - 67:13
**pause** [1] - 253:1
**pay** [7] - 50:25, 158:11, 170:22, 174:22, 198:5, 198:16, 208:8
**paying** [13] - 8:3, 137:5, 174:15, 186:21, 195:6, 195:16, 195:17, 196:1, 196:9, 196:12, 197:16, 197:21
**payment** [1] - 208:14
**payments** [4] - 137:10, 137:15, 137:18, 138:23
**payor** [1] - 130:7
**pays** [2] - 199:4, 199:5
**peer** [4] - 151:20, 241:19, 242:6, 242:7
**peer-review** [1] - 241:19
**peer-reviewed** [1] - 242:6
**peer-view** [1] - 151:20
**peer-viewed** [1] - 242:7
**pen** [4] - 54:16, 182:24, 183:1
**pencils** [1] - 54:22
**penetrating** [2] - 181:14, 184:4
**Pengcheng** [39] - 40:25, 41:16, 45:20, 49:2, 51:25, 71:9, 79:13, 83:23, 83:25, 84:6, 85:6, 85:10, 98:22, 99:11, 102:25, 104:17, 106:4, 106:6, 108:16, 109:5, 109:24, 111:24, 112:2, 112:8, 113:14, 113:20, 116:7, 117:4, 118:21, 119:7, 120:16, 130:25, 131:13, 131:19, 132:7, 134:7, 136:2, 136:4, 138:9
**Pennsylvania** [1] - 150:8

**people** [6] - 5:18, 19:17, 162:12, 165:6, 215:13, 248:10
**per** [1] - 15:9
**percent** [9] - 11:20, 15:4, 156:20, 156:24, 157:5, 157:9, 158:18, 178:2
**percentage** [12] - 11:16, 15:1, 27:23, 28:1, 30:19, 30:22, 31:2, 31:4, 35:12, 157:2, 178:9, 192:6
**perception** [1] - 175:18
**percipient** [7] - 168:11, 168:13, 168:15, 168:22, 168:25, 169:12, 170:3
**PERFECTUS** [2] - 1:9, 1:10
**Perfectus** [106] - 16:18, 51:25, 61:19, 61:20, 61:25, 62:3, 62:18, 63:5, 63:6, 63:23, 70:7, 70:8, 70:22, 70:24, 71:10, 71:24, 72:1, 74:22, 74:23, 75:14, 76:22, 76:23, 77:4, 77:6, 77:18, 77:24, 78:8, 78:11, 78:16, 79:8, 79:13, 81:24, 82:3, 82:13, 83:2, 83:5, 83:12, 84:9, 85:17, 85:18, 86:1, 86:8, 87:5, 87:21, 99:9, 99:10, 99:23, 99:25, 100:9, 100:14, 100:23, 100:24, 102:4, 102:5, 103:8, 103:11, 103:20, 104:5, 104:17, 104:20, 104:24, 106:3, 106:4, 106:7, 106:22, 107:6, 107:13, 107:20, 108:5, 108:15, 132:4, 132:5, 132:10, 132:18, 134:24, 135:5, 135:6, 135:16, 136:2, 136:17, 138:9, 138:15, 138:20, 138:23, 141:10, 146:22, 204:21, 204:23, 205:9, 205:10, 205:12, 207:9, 207:22, 215:16, 219:9, 219:22, 220:1, 221:5,

224:25, 258:16
**Perfectus'** [1] - 100:19
**performance** [1] - 243:2
**performed** [2] - 156:4, 201:17
**period** [25] - 16:21, 29:15, 37:2, 71:2, 71:4, 73:7, 80:5, 80:6, 88:18, 89:17, 92:13, 96:15, 96:22, 96:23, 109:16, 113:25, 119:8, 120:20, 142:21, 142:24, 143:2, 143:3, 212:10, 234:5
**periods** [1] - 134:17
**permanent** [1] - 252:12
**permission** [3] - 26:6, 64:18, 101:23
**person** [6] - 67:20, 205:15, 219:19, 219:21, 229:23, 231:18
**personal** [5] - 148:6, 166:22, 229:7, 229:24, 244:20
**personally** [7] - 18:7, 32:15, 34:2, 34:5, 35:16, 218:20, 247:13
**Peterson** [1] - 259:10
**PH** [1] - 1:25
**Ph.D** [6] - 150:4, 150:5, 238:25, 239:16, 239:20, 239:22
**phonetic** [1] - 117:14
**photograph** [1] - 250:3
**photographed** [1] - 244:24
**physical** [9] - 11:14, 11:18, 11:24, 12:14, 29:19, 213:20, 241:16, 242:19, 248:21
**physically** [4] - 11:22, 29:6, 30:20, 30:22
**pick** [3] - 205:23, 206:4, 206:5
**picked** [1] - 206:9
**picking** [1] - 204:25
**picture** [6] - 207:6, 210:11, 249:11, 250:6, 250:7
**pictured** [1] - 251:21

**pictures** [1] - 207:7
**pie** [1] - 14:24
**piece** [5] - 15:9, 15:10, 188:17, 249:22, 249:24
**pieces** [2] - 249:25, 250:10
**place** [2] - 60:15, 233:24
**places** [2] - 228:4, 229:11
**PLAINTIFF** [2] - 1:7, 2:6
**Plan** [1] - 61:24
**plan** [2] - 62:6, 256:17
**planks** [1] - 249:16, 249:17
**planning** [1] - 257:13
**plans** [2] - 159:8, 254:18
**plastic** [1] - 243:10
**Plaza** [1] - 229:10
**plus** [1] - 120:11
**Po** [1] - 94:3
**pocket** [4] - 176:13, 180:2, 180:3
**point** [9] - 10:3, 24:18, 28:17, 34:17, 57:2, 62:8, 65:11, 104:11, 213:2
**Pok** [2] - 71:13, 220:4
**POONAM** [1] - 2:7
**port** [16] - 9:16, 9:23, 11:14, 12:23, 19:11, 19:14, 19:15, 28:2, 28:3, 33:17, 34:7, 42:9, 43:18, 43:19, 45:3, 45:6
**Port** [6] - 7:16, 9:14, 9:17, 9:19, 11:13, 11:17
**Porter** [2] - 77:19, 120:2
**portion** [5] - 31:4, 77:17, 154:18, 162:5, 201:22
**portions** [1] - 76:16
**position** [3] - 7:5, 151:11, 252:9
**possible** [2] - 5:13, 67:14
**possibly** [2] - 45:7, 153:12
**post** [1] - 73:24
**posted** [1] - 73:17
**POTASHNER** [70] - 2:14, 6:1, 25:9, 27:5, 27:7, 31:16, 31:22,

31:25, 32:1, 33:10, 35:22, 36:5, 37:19, 39:5, 57:21, 57:23, 58:17, 58:23, 59:12, 60:3, 60:8, 62:7, 64:15, 67:5, 101:8, 149:2, 168:8, 199:17, 203:1, 203:4, 203:8, 212:24, 214:12, 214:15, 216:11, 217:13, 221:12, 221:23, 222:10, 222:17, 223:9, 224:1, 225:6, 225:12, 227:4, 230:18, 230:21, 233:3, 234:17, 236:1, 237:2, 237:23, 238:13, 238:15, 242:10, 242:13, 242:14, 243:18, 243:22, 243:23, 249:3, 249:6, 249:12, 251:5, 251:11, 251:18, 258:7, 258:25, 259:3
**Potashner** [1] - 27:10
**potential** [8] - 12:4, 15:15, 30:4, 36:21, 156:5, 158:7, 181:11, 188:16
**potentially** [1] - 29:3
**pounds** [2] - 246:13, 248:7
**PPE** [7] - 70:7, 70:22, 81:24, 82:2, 99:23, 99:25, 108:11
**PPEs** [5] - 77:7, 83:5, 100:8, 103:9, 103:11
**predecessor** [31] - 70:7, 70:22, 71:25, 72:2, 77:4, 77:19, 78:8, 78:12, 78:16, 79:8, 79:13, 82:13, 83:2, 86:8, 87:22, 99:25, 100:9, 100:14, 100:19, 100:23, 102:4, 103:23, 104:5, 104:17, 104:25, 106:22, 107:7, 107:14, 107:20, 108:6, 108:15
**Predecessor** [1] - 74:23
**predecessors** [5] - 83:12, 84:10, 86:1, 87:5, 106:7
**preparation** [4] - 31:13, 40:7, 61:14, 162:10

**prepare** [4] - 53:7, 69:16, 162:13, 176:17
**prepared** [4] - 40:16, 49:12, 69:21, 140:11
**preparing** [1] - 145:13
**prescriptive** [2] - 243:8, 243:11
**present** [7] - 201:18, 224:24, 230:1, 236:14, 236:16, 236:19, 244:10
**presentations** [1] - 242:8
**president** [1] - 205:15
**PRESIDING** [1] - 1:4
**press** [1] - 188:5
**pretty** [1] - 206:20
**previous** [2] - 49:19, 101:6
**price** [12] - 173:22, 174:4, 174:15, 174:16, 174:21, 175:13, 175:14, 194:21, 195:1, 195:5, 196:5, 218:18
**prices** [1] - 175:11
**pricing** [1] - 175:9
**primarily** [3] - 9:9, 17:2, 72:6
**primary** [4] - 155:3, 155:11, 163:13, 180:14
**principal** [1] - 151:12
**print** [1] - 161:23
**private** [4] - 154:2, 154:4, 229:22, 235:20
**problem** [3] - 30:4, 68:11, 186:16
**problems** [3] - 162:25, 167:21, 180:13
**proceed** [2] - 5:19, 256:11
**proceeding** [1] - 26:25
**PROCEEDINGS** [4] - 1:17, 67:13, 259:25, 260:13
**process** [28] - 10:1, 14:4, 26:23, 27:12, 28:2, 28:12, 29:11, 30:2, 30:16, 30:25, 32:7, 34:25, 36:6, 36:19, 36:25, 37:7, 37:17, 124:24, 153:16, 153:19, 153:21, 154:22, 156:5, 185:10,

201:23, 218:9
**procession** [1] - 27:16
**produce** [2] - 171:9, 172:17
**produces** [1] - 152:15
**product** [38] - 21:1, 21:4, 21:14, 21:17, 28:5, 36:18, 41:19, 160:3, 160:6, 170:24, 173:13, 173:20, 173:23, 174:17, 174:19, 175:1, 175:3, 175:19, 175:22, 176:1, 176:2, 176:4, 181:4, 181:8, 181:10, 181:12, 182:12, 182:13, 182:14, 184:8, 186:24, 188:6, 196:9, 196:12, 197:22, 197:25, 198:1, 210:15
**PRODUCTION** [1] - 1:12
**Production** [7] - 140:18, 143:12, 145:22, 147:11, 147:15, 224:22, 235:3
**products** [48] - 7:23, 8:11, 12:15, 17:24, 22:17, 22:24, 23:12, 27:18, 28:1, 28:10, 28:22, 30:19, 31:5, 32:10, 36:7, 36:25, 43:8, 51:15, 52:19, 53:24, 55:14, 56:8, 152:15, 160:1, 160:4, 170:14, 170:15, 171:7, 171:9, 172:9, 172:10, 174:21, 175:9, 176:10, 177:20, 181:9, 183:24, 185:16, 186:16, 188:17, 194:20, 195:1, 195:16, 196:20, 197:24, 209:15, 209:18, 239:1
**profession** [2] - 198:18, 198:25
**professionally** [2] - 240:11, 241:15
**professionals** [1] - 35:1
**professor** [13] - 150:7, 150:23, 239:25, 240:2, 240:5, 240:12, 240:13, 240:24, 241:1, 241:3,

241:10, 241:25
**proffer** [3] - 223:10, 235:19, 242:11
**proficient** [1] - 200:25
**profit** [7] - 15:16, 153:8, 170:19, 170:21, 170:25, 184:3, 184:14
**progression** [1] - 240:23
**project** [8] - 206:16, 206:18, 206:19, 207:2, 220:5, 221:4, 221:9, 221:17
**projects** [2] - 150:15, 151:14
**promoted** [1] - 240:12
**proper** [2] - 8:3, 37:10
**properly** [4] - 8:1, 24:18, 24:20, 24:22
**properties** [1] - 148:16
**property** [3] - 88:24, 148:11, 213:19
**prospective** [4] - 154:25, 155:4, 155:6, 156:9
**prospectus** [10] - 155:3, 155:4, 155:7, 155:18, 155:23, 156:7, 156:11, 157:24, 158:6, 187:24
**protection** [1] - 37:1
**Protection** [18] - 7:3, 16:23, 16:24, 29:1, 29:16, 30:1, 32:16, 33:13, 34:21, 34:22, 35:18, 36:7, 36:8, 37:2, 37:10, 40:5, 58:2, 200:18
**Protection's** [1] - 34:13
**protocol** [1] - 248:19
**protocols** [1] - 242:20
**prototypes** [1] - 242:19
**prove** [1] - 169:23
**provide** [2] - 35:19, 204:25
**provided** [14] - 32:22, 43:11, 49:20, 55:6, 58:1, 138:18, 139:24, 140:1, 140:12, 140:17, 140:21, 146:24, 147:2, 163:5

provides [6] - 52:23, 56:8, 58:4, 172:9, 185:16, 219:4
**providing** [2] - 168:12, 176:3
**public** [21] - 132:14, 133:1, 135:17, 138:11, 153:21, 153:22, 154:5, 154:7, 155:13, 156:22, 156:23, 156:25, 157:6, 157:7, 157:10, 158:17, 158:19, 177:4, 178:14, 189:1
**publications** [1] - 242:7
**publicly** [12] - 46:21, 138:3, 139:12, 151:17, 152:16, 152:20, 152:21, 153:17, 153:24, 154:8, 188:1, 188:25
**publish** [5] - 64:18, 101:23, 241:19, 241:24, 249:4
**published** [7] - 70:20, 74:5, 151:19, 160:12, 242:3, 242:5, 251:16
**pull** [2] - 58:18, 134:11
**pulled** [1] - 177:3
**purchase** [24] - 88:24, 89:9, 89:13, 92:16, 92:25, 95:23, 96:11, 96:17, 97:16, 98:5, 100:18, 143:21, 144:2, 145:5, 145:8, 148:10, 148:13, 148:16, 176:4, 194:25, 196:5, 197:2, 197:5, 197:12
**purchased** [4] - 103:25, 107:7, 158:17, 231:24
**purchases** [15] - 100:19, 103:12, 103:16, 103:19, 107:6, 107:13, 107:21, 108:5, 108:9, 108:11, 108:12, 108:17, 179:17, 179:23, 195:18
**purely** [1] - 56:2
**purpose** [4] - 81:25, 103:9, 163:13, 197:23
**purposes** [4] - 8:2, 9:20, 13:10, 51:22
**pursuant** [1] - 219:3
**PURSUANT** [1] -

260:10
**pursue** [1] - 188:19
**pushing** [1] - 254:20
**put** [5] - 16:7, 30:16, 65:23, 104:1, 258:22
**puts** [1] - 76:6
**putting** [2] - 13:10, 259:17

## Q

**qualified** [3] - 151:23, 201:6, 242:12
**qualitative** [1] - 243:4
**Quan** [1] - 90:25
**quantitate** [1] - 201:20
**quantities** [1] - 9:25
**quantity** [2] - 44:10, 50:11
**quarter** [2] - 156:24, 254:15
**questioning** [1] - 5:8
**questions** [23] - 25:7, 25:14, 37:19, 38:1, 38:22, 59:12, 59:24, 65:18, 132:14, 148:19, 169:19, 189:18, 190:14, 199:10, 199:17, 203:8, 210:24, 223:21, 225:6, 232:24, 236:5, 237:3, 239:4
**quick** [1] - 255:19
**quickly** [7] - 44:6, 47:6, 50:10, 72:18, 74:10, 99:8, 114:23
**quietly** [1] - 254:4
**quite** [2] - 235:12, 241:17

## R

**R-a-i-n-e** [1] - 6:19
**R-i-c-k-y** [1] - 61:5
**R-U-S-S-L-E** [2] - 204:3, 204:8
**Rainbow** [10] - 83:20, 83:21, 111:13, 113:16, 113:20, 114:1, 114:12, 115:5, 117:4, 117:19
**rainbow** [1] - 77:14
**Raine** [19] - 6:8, 6:19, 6:23, 10:16, 13:20, 14:13, 15:21, 16:16, 20:23, 22:7,

24:4, 25:14, 25:22, 25:24, 26:9, 26:17, 27:1, 37:25, 38:15
**RAINE** [1] - 3:4
**Raise** [2] - 200:2, 211:9
**raise** [11] - 6:11, 39:13, 68:12, 149:11, 154:1, 154:3, 154:6, 203:18, 225:20, 237:25, 255:13
**raised** [2] - 154:19, 154:22
**raising** [1] - 182:23
**ran** [2] - 54:20, 241:22
**random** [1] - 199:7, 199:8
**range** [13] - 70:13, 91:1, 91:2, 91:4, 91:16, 93:5, 93:22, 95:7, 95:10, 97:1, 97:8, 114:10, 248:5
**ranging** [2] - 91:18, 115:25
**rate** [6] - 48:3, 48:4, 48:5, 48:8, 48:10, 48:23
**rates** [1] - 46:20
**rather** [1] - 16:9
**ray** [1] - 11:21
**RDM** [4] - 204:18, 205:19, 206:16, 206:18
**re** [1] - 179:5
**re-ask** [1] - 179:5
**reach** [1] - 173:21
**reaching** [1] - 195:5
**read** [7] - 157:24, 160:14, 162:23, 171:22, 185:25, 190:16, 194:12
**reading** [4] - 158:6, 162:2, 162:20, 187:10
**reads** [1] - 65:13
**real** [3] - 160:11, 167:21, 197:25
**reality** [1] - 186:22
**realize** [2] - 178:15, 186:9
**realized** [1] - 178:15
**really** [4] - 47:6, 103:23, 153:25, 172:3
**reason** [5] - 135:15, 168:18, 180:9, 180:11, 254:13
**reasonable** [3] - 174:18, 175:4, 179:15
**reasons** [3] - 134:20, 171:5, 180:14

**rebate** [1] - 56:9
**rebates** [1] - 57:9
**rebuttal** [2] - 255:10, 256:22
**rebutting** [1] - 259:12
**recalling** [2] - 60:22, 60:23
**receipt** [1] - 102:13
**receipts** [10] - 100:6, 100:10, 100:11, 102:7, 102:18, 105:13, 105:16, 132:23, 132:25, 133:17
**receive** [3] - 10:4, 34:22, 187:6
**received** [56] - 10:5, 14:8, 14:9, 41:8, 41:9, 46:25, 47:1, 50:7, 50:8, 53:18, 53:19, 62:22, 62:23, 63:13, 63:14, 64:17, 70:17, 70:18, 73:15, 73:16, 76:13, 76:14, 79:1, 79:7, 80:13, 80:14, 82:9, 82:10, 85:25, 86:4, 87:21, 88:1, 89:5, 92:20, 92:21, 96:3, 96:4, 99:5, 99:6, 101:21, 101:22, 105:23, 105:24, 109:10, 109:11, 124:13, 124:14, 128:4, 128:5, 131:4, 131:5, 134:19, 147:17, 177:9, 177:10, 239:22
**receiving** [4] - 86:5, 147:5, 147:10, 196:10
**RECESS** [2] - 74:1, 123:10
**recess** [1] - 193:6
**recipient** [2] - 86:7, 111:17
**recognize** [16] - 13:23, 38:5, 40:15, 41:14, 46:3, 70:2, 79:21, 81:18, 88:10, 98:12, 105:9, 123:23, 154:13, 154:15, 227:18, 228:6
**recollection** [6] - 21:21, 22:16, 22:23, 23:11, 220:12, 221:3
**recommend** [1] - 199:1
**recommends** [1] - 198:11
**reconcile** [1] -

137:14
**record** [28] - 5:5, 61:2, 68:23, 71:19, 74:2, 97:14, 123:11, 149:21, 164:7, 164:17, 167:14, 168:9, 169:10, 169:14, 173:8, 173:10, 193:8, 194:1, 200:10, 204:2, 211:19, 226:6, 238:8, 249:4, 251:6, 254:8, 258:8, 258:12
**recording** [1] - 133:19
**records** [49] - 41:4, 46:12, 69:19, 69:23, 70:13, 71:4, 71:21, 72:1, 77:2, 77:22, 80:7, 81:6, 81:7, 81:9, 82:5, 90:12, 90:15, 94:17, 96:15, 105:1, 109:5, 110:15, 137:15, 137:17, 138:8, 138:19, 139:1, 139:4, 139:5, 139:7, 139:11, 140:2, 140:8, 140:10, 140:18, 140:22, 142:5, 142:6, 142:10, 142:11, 143:24, 144:22, 146:24, 148:2, 148:5, 148:10, 148:16, 161:17, 236:22
**recross** [1] - 31:19
**RECROSS** [1] - 3:3
**red** [2] - 177:21, 177:24
**redirect** [12] - 5:25, 25:10, 27:4, 31:19, 37:21, 59:13, 67:6, 148:21, 199:18, 211:1, 225:7, 237:4
**REDIRECT** [5] - 3:3, 25:12, 27:6, 37:23, 59:15
**reexport** [1] - 21:4
**reexportation** [1] - 55:14
**reexported** [6] - 22:18, 23:14, 55:19, 55:23, 56:1, 56:9
**refer** [3] - 103:8, 152:10, 227:23
**referenced** [2] - 15:21, 45:16
**referred** [1] - 186:4
**referring** [3] - 132:23, 132:25, 213:12

**reflect** [13] - 74:2, 110:16, 123:11, 141:1, 141:12, 144:5, 145:21, 146:11, 164:7, 164:17, 169:14, 193:8, 254:8
**reflected** [4] - 105:1, 106:10, 129:2, 146:15
**reflects** [6] - 5:5, 64:4, 74:18, 78:3, 142:13, 145:17
**refresh** [8] - 21:22, 22:16, 22:22, 23:11, 23:16, 220:11, 220:18, 221:3
**refreshes** [2] - 22:1, 23:7
**refreshing** [1] - 21:20
**regard** [7] - 182:11, 217:24, 219:8, 219:22, 224:11, 224:14, 238:19
**regarding** [5] - 145:9, 224:16, 247:23, 248:3, 248:22
**regards** [2] - 26:12, 217:17
**region** [1] - 181:2
**Register** [1] - 23:18
**registered** [1] - 193:22
**regular** [1] - 33:8
**regularly** [1] - 151:18
**REGULATIONS** [1] - 260:15
**regulations** [4] - 17:6, 17:9, 17:12, 20:24
**regulatory** [1] - 40:5
**relate** [1] - 63:22
**related** [52] - 17:6, 17:12, 23:21, 55:8, 65:5, 65:14, 66:13, 66:19, 66:24, 101:16, 109:16, 142:2, 144:25, 184:18, 184:21, 185:7, 185:11, 185:12, 185:17, 185:20, 186:5, 186:7, 186:10, 186:11, 186:15, 186:16, 187:3, 187:5, 187:14, 190:24, 191:1, 191:4, 191:6, 192:3, 192:19, 193:17, 193:18, 194:1, 194:3, 194:4, 194:8, 194:14, 194:16, 196:8,

197:10, 197:16, 198:3, 198:15, 198:24, 199:4, 200:25
**related-party** [16] - 184:18, 185:7, 185:12, 185:17, 185:20, 186:5, 186:7, 186:10, 187:3, 190:24, 191:1, 191:4, 191:6, 192:19, 194:1, 194:8
**relating** [1] - 17:9
**relation** [1] - 224:8
**relationship** [11] - 158:8, 184:23, 185:6, 185:7, 185:18, 186:2, 186:4, 192:9, 196:9, 196:17, 228:12
**relationships** [2] - 187:12, 187:20
**relatively** [3] - 105:17, 121:5, 122:13
**relax** [1] - 201:25
**release** [10] - 10:13, 29:23, 30:2, 36:18, 155:18, 160:19, 160:20, 188:2, 188:5, 188:11
**released** [4] - 10:16, 27:19, 29:22, 38:9
**releases** [1] - 188:5
**releasing** [2] - 34:1, 36:25
**relevance** [9] - 19:23, 20:1, 20:4, 20:13, 21:7, 23:20, 173:24, 227:4, 235:22
**relevancy** [1] - 235:25
**relevant** [21] - 20:16, 156:9, 160:3, 171:1, 171:5, 178:12, 178:23, 181:6, 181:7, 181:15, 183:12, 183:20, 183:25, 184:6, 184:8, 188:13, 188:20, 188:23, 189:3, 189:15, 227:7
**relied** [3] - 49:24, 143:25, 247:16
**rely** [7] - 155:6, 155:14, 160:8, 161:5, 168:14, 172:17, 178:24
**relying** [6] - 11:25, 12:7, 12:8, 163:4, 163:10, 168:12
**remain** [2] - 159:15, 160:10
**remaining** [1] -

118:21
**remedy** [1] - 26:22
**remember** [24] - 17:19, 25:16, 26:20, 73:20, 123:4, 134:5, 138:22, 140:15, 140:20, 140:24, 147:5, 147:6, 147:19, 169:10, 193:2, 208:10, 215:21, 215:24, 216:21, 223:20, 229:16, 239:20, 244:13, 253:23
**remind** [2] - 61:9, 158:16
**remove** [6] - 6:17, 39:20, 68:20, 149:18, 211:16, 226:3
**render** [1] - 238:19
**renew** [2] - 259:9, 259:16
**reopen** [3] - 31:15, 31:21, 31:23
**repeat** [4] - 57:3, 159:18, 188:24, 236:3
**rephrase** [3] - 194:23, 216:7, 227:8
**report** [33] - 101:15, 101:17, 107:21, 108:1, 108:13, 108:16, 108:19, 108:21, 154:14, 154:16, 160:20, 160:22, 161:1, 161:5, 162:1, 170:9, 172:19, 177:18, 178:1, 180:19, 180:25, 181:5, 181:17, 182:13, 183:3, 183:6, 186:1, 193:21, 194:1, 194:12, 198:23, 218:25, 229:23
**REPORTED** [1] - 260:13
**reported** [14] - 107:9, 107:18, 107:23, 108:10, 108:23, 158:25, 173:1, 176:14, 177:4, 177:19, 177:23, 178:1, 178:22, 187:14
**REPORTER** [4] - 1:24, 260:2, 260:8, 260:23
**REPORTER'S** [1] - 1:17
**reporting** [3] - 137:16, 183:7, 185:24
**Reporting** [1] -

193:25
**reports** [19] - 132:16, 159:23, 161:3, 161:6, 170:8, 171:18, 171:19, 171:22, 171:23, 177:3, 180:8, 181:21, 181:24, 185:24, 187:10, 187:25, 242:7, 247:18, 253:16
**represent** [6] - 16:18, 53:22, 132:3, 141:14, 142:21, 177:16
**representation** [3] - 53:9, 53:14, 249:13
**representations** [1] - 69:22
**representatives** [1] - 244:12
**represented** [2] - 41:20, 53:7
**represents** [2] - 53:23, 54:8
**request** [7] - 10:21, 28:14, 64:24, 65:1, 66:16, 66:23, 67:2
**requested** [1] - 66:23
**required** [4] - 11:7, 42:13, 45:4, 258:12
**requirements** [1] - 185:19
**resale** [1] - 15:16
**Research** [1] - 150:11
**research** [4] - 183:21, 190:14, 241:18, 241:20
**reserve** [3] - 237:17, 255:20, 258:19
**Reserve** [1] - 72:17
**residences** [1] - 213:11
**resistance** [1] - 246:25
**resolve** [1] - 163:24
**respect** [3] - 32:3, 241:12, 246:11
**respective** [4] - 5:6, 74:3, 123:12, 193:9
**response** [3] - 64:22, 188:23, 189:2
**Responsibilities** [1] - 162:6
**responsibilities** [3] - 7:20, 162:17, 213:8
**responsibility** [2] - 162:24, 217:24
**responsible** [3] - 162:10, 162:13,

213:14
 rest [2] - 62:6,
120:10
 restate [2] - 61:1,
66:21
 rested [1] - 243:19
 rests [2] - 237:14,
256:22
 result [1] - 154:19
 results [3] - 22:12,
241:20, 248:12
 retained [2] - 151:25,
152:1
 retire [5] - 7:10,
73:23, 123:7, 193:5,
254:2
 retired [2] - 6:24,
241:7
 retirement [5] - 6:25,
7:4, 159:8, 159:10
 retract [1] - 27:24
 return [14] - 62:17,
98:23, 99:16, 100:4,
100:5, 102:9, 102:12,
102:14, 104:20,
104:22, 107:9, 108:4,
134:25, 137:10
 returning [1] -
169:15
 returns [32] - 61:15,
61:18, 63:5, 63:9,
98:17, 98:20, 98:25,
99:9, 99:13, 99:24,
100:12, 100:18,
100:23, 102:18,
102:19, 102:22,
103:14, 104:6,
106:10, 106:20,
133:25, 134:17,
135:10, 140:4,
146:22, 147:2, 147:8,
147:10, 147:14,
147:17, 147:21
 revenue [54] - 22:8,
61:13, 63:21, 100:13,
101:12, 102:7, 103:3,
104:4, 104:5, 104:7,
104:16, 104:21,
107:17, 107:18,
107:23, 108:1,
108:13, 108:19,
108:22, 132:15,
132:18, 132:22,
133:1, 133:9, 133:18,
135:16, 135:18,
170:11, 170:12,
170:13, 170:18,
171:1, 171:7, 171:8,
176:14, 177:4, 177:5,
177:25, 178:11,

178:21, 179:9,
179:15, 179:22,
180:8, 180:16,
180:20, 180:24,
181:2, 181:4, 181:17,
181:21, 183:10,
184:3, 187:5
 Revenue [2] - 61:10,
63:21
 revenues [7] -
133:19, 159:25,
160:23, 171:10,
176:18, 178:19,
183:22
 review [42] - 10:10,
17:24, 18:11, 22:12,
24:10, 24:16, 24:25,
25:4, 28:25, 29:3,
29:5, 29:16, 29:19,
35:2, 35:5, 35:25,
36:9, 36:19, 36:21,
37:1, 37:13, 63:1,
63:4, 71:2, 73:7, 80:5,
80:6, 134:19, 141:2,
143:2, 144:4, 144:8,
144:22, 145:13,
146:15, 148:5,
148:12, 161:7,
181:20, 181:24,
241:19
 reviewed [37] -
24:12, 34:4, 34:14,
34:18, 34:19, 35:12,
35:15, 36:1, 36:3,
38:2, 61:15, 63:17,
70:10, 71:25, 73:4,
73:6, 77:2, 80:3,
98:24, 99:24, 100:4,
109:3, 140:25,
155:21, 157:2,
160:17, 176:14,
224:7, 224:10,
224:13, 242:6,
243:24, 247:16,
247:18, 249:14,
250:23, 253:11
 reviewing [1] -
144:18
 reviews [2] - 7:25,
29:9
 RGK [1] - 1:8
 Richard [1] - 208:11
 Ricky [3] - 3:6,
60:13, 61:4
 right-hand [3] -
22:11, 126:6, 250:6
 rights [1] - 42:2
 rise [1] - 254:6
 risk [2] - 12:4, 163:7
 Riverside [15] -

95:24, 96:8, 96:17,
97:16, 98:5, 146:3,
201:14, 202:12,
206:7, 213:16, 214:4,
214:8, 214:9, 244:8
 RMB [1] - 177:20
 Road [1] - 128:20
 ROBERT [1] - 2:17
 Robert [1] - 132:3
 Rodriguez [2] - 19:3,
19:5
 ROGER [1] - 2:8
 role [8] - 161:12,
205:20, 219:8,
226:16, 228:1,
228:12, 229:2, 229:4
 room [5] - 73:23,
123:7, 193:5, 248:10,
254:2
 ROOM [1] - 1:24
 rough [1] - 247:1
 roughly [4] - 83:15,
240:3, 240:9, 245:17
 round [1] - 176:11
 round-trip [1] -
176:11
 rounded [1] - 75:20
 rounding [1] -
104:13
 routine [4] - 35:10,
35:19, 191:12, 191:24
 routing [1] - 208:17
 row [1] - 100:2
 Rui [2] - 77:20, 85:8
 rule [3] - 20:9,
165:18, 258:21
 Rule [1] - 258:8
 rules [5] - 17:5, 17:8,
17:11, 20:24, 193:17
 ruling [7] - 17:24,
18:3, 18:5, 25:21,
25:23, 26:10, 26:17
 rulings [2] - 18:25,
22:8
 run [3] - 54:23,
74:11, 75:2
 running [4] - 170:15,
185:4, 185:5, 185:15
 runs [1] - 162:12
 Russle [4] - 3:10,
203:15, 204:3, 204:7
 RUYAK [73] - 2:17,
2:17, 5:20, 5:24,
16:13, 16:15, 19:25,
20:5, 20:15, 20:22,
21:13, 21:19, 22:5,
22:6, 22:15, 23:10,
23:17, 24:2, 24:3,
24:21, 24:24, 25:7,
52:8, 52:13, 54:25,

55:2, 56:23, 57:18,
65:23, 66:1, 66:5,
67:3, 68:4, 68:7,
101:3, 101:6, 131:25,
134:9, 134:12,
134:14, 136:6, 136:8,
137:4, 139:15, 155:9,
163:15, 163:22,
164:20, 165:8,
165:13, 165:21,
166:3, 166:12,
166:19, 167:14,
182:1, 183:13,
189:19, 190:1, 190:5,
190:8, 193:13,
194:24, 195:22,
195:24, 199:10,
199:14, 223:24,
237:20, 255:6,
257:13, 257:17,
258:15
 Ruyak [2] - 16:18,
132:3

**S**

 S&S [1] - 77:19
 sake [1] - 104:13
 sale [13] - 23:14,
171:9, 173:2, 173:10,
174:19, 175:17,
177:23, 181:14,
188:16, 194:20,
194:25, 198:20,
198:21
 sales [18] - 22:18,
100:5, 100:10,
100:11, 101:16,
102:7, 102:13,
102:19, 103:2,
105:13, 106:2,
106:22, 108:10,
173:8, 179:16, 196:2,
215:24, 218:14
 sample [2] - 201:22,
202:3
 samples [3] -
243:16, 243:17,
244:25
 San [1] - 150:23
 satisfied [1] - 37:10
 saw [7] - 47:7,
104:24, 106:14,
135:25, 207:5,
252:21, 253:18
 scenario [1] - 256:10
 Schedule [1] - 8:6
 scheduled [1] -
254:14
 Scholars [1] - 151:2

 School [1] - 150:7
 science [7] - 200:24,
238:25, 239:1, 239:7,
239:9, 239:12
 scones [1] - 172:18
 scope [12] - 17:24,
18:2, 18:24, 25:21,
25:23, 26:9, 26:17,
136:18, 235:23,
235:24, 242:21,
242:22
 scopes [1] - 18:5
 scrap [1] - 8:20
 screen [7] - 13:20,
141:7, 162:23,
177:13, 182:22,
220:16, 220:22
 scroll [4] - 41:13,
47:4, 75:10, 113:5
 Scuderia [44] -
80:25, 81:2, 81:13,
84:10, 84:18, 84:19,
84:21, 85:13, 86:19,
86:21, 86:25, 88:17,
88:20, 89:12, 90:6,
90:18, 90:22, 91:24,
92:12, 93:2, 93:7,
93:20, 94:2, 94:14,
95:22, 96:19, 97:6,
97:15, 97:25, 138:21,
138:24, 142:8,
143:24, 144:18,
145:18, 146:6,
157:25, 224:5,
224:20, 235:5
 SCUDERIA [1] - 1:11
 sealed [1] - 206:15
 seam [1] - 249:7
 seaport [3] - 9:18,
9:21, 18:12
 seat [1] - 254:11
 seated [10] - 6:16,
39:19, 60:21, 68:19,
149:17, 200:8,
203:24, 211:15,
226:2, 238:6
 seats [6] - 5:6, 74:3,
123:13, 164:9,
169:15, 193:9
 second [20] - 9:19,
22:10, 49:25, 50:19,
52:15, 76:19, 93:15,
94:18, 94:20, 114:18,
118:16, 128:9,
129:15, 144:15,
186:18, 232:10,
232:12, 233:12,
236:19, 251:12
 seconds [1] - 72:13
 section [11] - 56:4,

57:16, 65:3, 65:5,
65:13, 79:6, 85:8,
85:23, 111:23, 122:4,
186:1
  **SECTION** [1] -
260:11
  **sections** [2] - 243:7,
243:10
  **secure** [2] - 158:9,
252:12
  **Securities** [1] -
194:10
  **security** [3] - 40:24,
45:2, 49:23
  **Security** [3] - 13:3,
13:7, 69:6
  **Security's** [1] - 18:19
  **see** [118] - 10:25,
11:1, 13:20, 14:18,
15:6, 25:6, 38:14,
41:12, 51:3, 51:19,
54:1, 55:24, 66:15,
70:22, 71:1, 71:12,
73:19, 73:24, 74:11,
75:7, 76:18, 77:18,
84:8, 85:22, 86:18,
87:13, 88:3, 91:2,
91:9, 91:17, 91:19,
92:4, 93:17, 94:24,
97:5, 97:10, 97:21,
98:2, 99:8, 102:21,
106:1, 110:22,
110:25, 111:8,
111:25, 113:16,
113:19, 114:2,
114:12, 115:11,
115:13, 115:18,
115:20, 115:24,
117:3, 117:18, 118:7,
118:17, 118:22,
120:6, 120:11,
121:10, 121:18,
122:1, 122:7, 122:8,
122:12, 122:19,
123:3, 123:8, 125:14,
125:19, 126:16,
127:4, 127:12,
128:10, 129:11,
129:17, 130:13,
131:9, 131:12,
138:20, 138:23,
141:6, 141:20,
154:18, 158:7,
161:22, 162:5,
162:16, 163:2,
166:13, 172:3, 172:6,
177:12, 178:8, 183:7,
193:1, 194:12,
206:22, 207:2,
208:12, 210:8,

210:10, 210:12,
220:22, 231:15,
231:17, 250:2, 250:6,
250:8, 250:9, 250:21,
251:20, 251:21,
254:2, 255:16, 259:24
  **segment** [6] -
180:23, 181:1, 181:3,
182:11, 182:14,
183:11
  **segments** [1] -
183:25
  **seized** [6] - 12:23,
13:8, 14:2, 14:14,
14:21, 15:2
  **seizure** [3] - 17:19,
17:22, 25:18
  **seizures** [7] - 13:2,
13:6, 17:15, 18:4,
25:15, 26:16, 245:1
  **self** [3] - 186:19,
186:25, 204:16
  **self-dealing** [2] -
186:19, 186:25
  **self-owner** [1] -
204:16
  **sell** [9] - 159:7,
171:7, 172:18, 174:5,
176:10, 218:7,
218:15, 218:17, 225:3
  **sellar** [3] - 175:2,
176:3
  **seller** [19] - 44:7,
45:10, 173:20,
179:24, 195:4, 195:9,
195:12, 195:25,
196:1, 196:6, 196:11,
197:12, 198:5,
198:15, 199:4, 199:5,
199:6, 199:8
  **seller's** [1] - 198:5
  **selling** [11] - 21:4,
170:14, 170:16,
172:9, 172:10,
173:23, 174:8, 181:4,
196:1, 196:22, 198:1
  **send** [7] - 72:18,
78:17, 84:5, 84:20,
90:21, 173:6, 176:10
  **Send** [1] - 94:4
  **Sender** [1] - 82:15
  **sender** [6] - 74:15,
74:16, 74:17, 82:1,
82:18, 111:12
  **senders** [1] - 76:22
  **sending** [3] - 84:9,
86:13, 93:11
  **senior** [1] - 17:2
  **sense** [1] - 172:1
  **sent** [16] - 64:10,

76:22, 78:3, 78:7,
78:12, 84:14, 84:15,
85:9, 86:21, 87:1,
87:5, 90:5, 93:19,
97:6, 115:24, 129:17
  **sentence** [1] -
162:21
  **separate** [2] -
244:23, 253:15
  **September** [19] -
12:13, 13:4, 18:16,
18:17, 18:23, 19:16,
20:6, 23:12, 95:16,
96:23, 119:8, 188:4,
219:25, 220:9, 221:6,
229:15, 230:1, 230:14
  **series** [12] - 25:24,
26:12, 61:15, 90:18,
114:6, 121:23, 202:5,
202:7, 202:8, 202:10,
246:2
  **serious** [1] - 167:21
  **seriously** [1] -
163:16
  **serve** [3] - 240:4,
241:2, 241:17
  **service** [1] - 204:25
  **Service** [2] - 61:10,
63:21
  **services** [1] - 40:6
  **serving** [1] - 241:25
  **SESSION** [2] - 1:18,
5:2
  **set** [7] - 26:16, 70:23,
187:12, 202:2,
208:14, 241:4, 248:16
  **sets** [1] - 242:19
  **setup** [1] - 112:13
  **seven** [1] - 111:19
  **several** [6] - 82:1,
100:20, 114:2,
115:24, 135:25,
244:11
  **shall** [10] - 6:13,
39:15, 60:17, 68:15,
149:14, 200:5,
203:21, 211:12,
225:24, 238:3
  **shao** [1] - 66:7
  **Shao** [8] - 64:8,
65:16, 71:13, 205:16,
205:17, 215:23,
216:3, 216:9
  **Shao's** [1] - 65:3
  **Shapes** [7] - 41:1,
41:17, 45:20, 49:3,
61:20, 63:6, 99:9
  **share** [10] - 152:22,
152:23, 153:1, 153:2,
153:3, 153:4, 167:2,

174:2, 174:3
  **shareholder** [3] -
157:12, 157:22,
164:25
  **shareholders** [7] -
65:6, 156:22, 158:17,
164:23, 166:4, 166:7,
167:17
  **shares** [8] - 153:10,
154:6, 157:2, 157:6,
157:8, 159:1, 159:2,
159:9
  **sharing** [1] - 154:6
  **Shawn** [3] - 3:12,
225:16, 226:7
  **shedding** [1] - 232:3
  **sheer** [1] - 29:12
  **Shen** [15] - 80:2,
80:23, 81:23, 82:2,
82:12, 83:1, 83:5,
83:11, 85:19, 86:2,
86:9, 87:23, 141:23,
142:1, 147:24
  **Shen's** [1] - 148:15
  **SHERI** [3] - 1:23,
260:8, 260:22
  **Shield** [1] - 97:19
  **Shing** [1] - 95:4
  **shipment** [6] - 24:16,
25:1, 28:20, 29:6,
30:15, 38:8
  **shipments** [8] -
24:11, 30:9, 30:12,
30:14, 31:3, 33:21,
34:6, 37:16
  **shipping** [2] - 15:15,
222:1
  **shocks** [1] - 247:2
  **shop** [13] - 170:16,
170:21, 172:15,
172:16, 172:19,
173:6, 173:7, 173:9,
174:13, 174:14,
185:3, 185:5, 186:20
  **shopping** [2] - 229:9,
229:10
  **short** [2] - 68:7,
256:4
  **short-term** [1] - 68:7
  **shorter** [1] - 252:6
  **show** [42] - 13:16,
15:19, 21:20, 26:2,
35:2, 52:16, 53:11,
61:22, 62:15, 63:15,
69:25, 72:22, 75:3,
75:24, 79:20, 81:16,
81:25, 87:20, 88:8,
88:21, 92:9, 96:6,
98:10, 99:18, 105:6,
108:24, 113:11,

114:9, 120:14,
120:15, 122:25,
123:19, 127:19,
130:17, 156:3, 177:2,
177:21, 182:20,
208:15, 220:14, 251:7
  **showed** [3] - 142:6,
180:24, 248:6
  **showing** [10] - 45:25,
46:1, 71:19, 71:21,
81:7, 82:19, 105:15,
176:17, 176:20,
177:25
  **shows** [14] - 45:14,
46:7, 51:9, 116:21,
116:23, 130:24,
135:16, 135:17,
171:6, 177:5, 177:15,
177:18, 177:22,
177:24
  **shred** [9] - 231:15,
232:8, 232:13,
232:14, 233:10,
233:12, 233:14,
233:23, 236:22
  **shredder** [10] -
231:2, 231:8, 231:12,
231:13, 231:23,
231:25, 232:1, 232:4,
232:7
  **shredding** [5] -
231:14, 232:17,
232:22, 233:6, 236:13
  **side** [2] - 177:17,
206:24
  **sides** [3] - 245:3,
245:5, 256:6
  **signature** [3] - 65:16,
71:16, 130:23
  **signatures** [1] -
130:24
  **signer** [15] - 70:13,
71:2, 71:20, 80:5,
81:4, 81:8, 81:14,
131:17, 142:5, 142:9,
142:14, 142:17,
142:20, 142:25, 143:3
  **signers** [3] - 71:12,
71:15, 142:23
  **significant** [2] -
118:22, 185:9
  **signing** [1] - 66:7
  **similar** [1] - 114:15
  **simply** [3] - 157:15,
184:21, 196:7
  **simulate** [2] - 247:1,
247:3
  **single** [8] - 30:15,
33:21, 34:9, 36:11,
37:16, 179:9, 179:16,

245:5
**situation** [3] -
183:15, 205:25, 206:1
**situations** [1] -
185:15
**six** [6] - 7:9, 17:1,
47:6, 136:6, 202:10,
232:16
**sizable** [1] - 198:12
**slips** [2] - 231:17,
233:7
**small** [16] - 11:25,
27:22, 27:25, 30:18,
51:7, 52:10, 53:6,
90:16, 93:14, 95:9,
151:1, 161:23,
170:15, 192:6,
201:22, 231:25
**smaller** [1] - 76:14
**smallest** [1] - 94:10
**snapshot** [1] - 99:23
**SNS** [2] - 84:25, 85:3
**Society** [1] - 242:21
**sold** [8] - 21:15,
135:12, 135:18,
156:25, 173:7,
177:19, 197:24,
218:13
**solemnly** [10] - 6:12,
39:14, 60:16, 68:14,
149:12, 200:3,
203:19, 211:10,
225:22, 238:1
**Solutions** [1] -
204:18
**someone** [8] - 67:23,
67:25, 142:1, 151:10,
153:10, 198:4,
216:17, 219:16
**sometime** [1] - 17:16
**sometimes** [3] -
119:22, 215:13, 252:6
**somewhere** [3] -
8:12, 206:8, 239:23
**soon** [2] - 5:13,
256:2
**sorry** [43] - 24:21,
42:4, 44:10, 49:17,
49:18, 52:11, 57:3,
66:21, 74:7, 81:7,
91:4, 101:5, 116:23,
117:24, 119:4,
129:16, 129:21,
134:4, 134:10,
135:22, 141:18,
142:22, 144:14,
154:14, 161:19,
182:6, 194:22,
197:14, 199:12,
203:13, 206:7,

206:17, 208:5,
210:19, 214:14,
215:6, 216:7, 230:20,
234:20, 251:13,
252:18, 253:23,
256:18
**sort** [4] - 13:10,
72:17, 112:14, 245:8
**Source** [2] - 51:24,
103:1
**SOUTH** [1] - 2:15
**South** [2] - 130:9,
229:9
**space** [2] - 174:17,
241:16
**spacing** [1] - 252:10
**span** [1] - 205:6
**speaking** [5] - 48:22,
100:2, 121:5, 122:13,
187:25
**special** [16] - 61:9,
69:6, 69:11, 70:2,
74:10, 79:21, 81:18,
88:10, 98:12, 99:20,
105:9, 109:14, 112:7,
123:23, 143:20, 145:3
**Special** [10] - 69:4,
73:1, 76:1, 109:2,
123:18, 124:16,
127:22, 128:7,
130:22, 139:20
**specialist** [12] - 7:6,
7:8, 7:13, 7:18, 7:21,
7:24, 7:25, 17:2, 18:8,
19:13, 59:21, 239:25
**specialist's** [1] - 10:2
**specialize** [1] - 201:2
**specific** [9] - 35:2,
44:17, 48:4, 55:5,
55:22, 56:2, 143:3,
169:19, 195:20
**specifically** [7] -
17:21, 109:15,
113:19, 121:13,
148:8, 148:14, 179:6
**specifics** [1] - 56:6
**spectroscopy** [1] -
201:17
**Speculation** [1] -
155:9
**speculation** [2] -
56:12, 216:12
**speculative** [1] -
189:20
**speed** [1] - 62:25
**spell** [9] - 6:18,
39:21, 68:22, 149:21,
200:10, 204:1,
211:18, 226:6, 238:8
**Spencer** [2] - 3:13,

238:10
**spend** [2] - 176:8,
254:23
**spending** [1] -
184:12
**spent** [1] - 17:1
**split** [1] - 218:18
**spouse** [5] - 184:25,
185:4, 185:6, 185:15,
186:24
**spouse's** [1] -
196:18
**SPRING** [1] - 1:24,
2:10
**SS** [1] - 260:5
**staff** [1] - 151:14
**stand** [11] - 5:7, 6:8,
39:10, 123:14, 149:8,
157:18, 164:22,
199:24, 203:16,
211:7, 211:8
**standard** [6] - 163:2,
194:7, 198:8, 198:10,
240:13, 243:4
**Standard** [2] -
193:25, 243:7
**standardized** [1] -
242:18
**standards** [4] -
198:8, 242:17, 248:17
**Standards** [2] -
242:23, 243:6
**stands** [1] - 157:16
**start** [10] - 93:24,
104:8, 109:19, 113:6,
117:1, 141:5, 177:17,
231:14, 239:23, 240:1
**started** [6] - 5:10,
10:5, 18:18, 18:20,
93:8, 112:23
**starting** [8] - 83:20,
89:7, 90:17, 114:6,
115:13, 117:7, 118:7,
131:7
**state** [11] - 6:18,
22:23, 23:3, 39:21,
68:22, 149:20, 200:9,
204:1, 211:18, 226:5,
238:7
**STATE** [1] - 260:6
**State** [1] - 239:8
**statement** [10] -
110:4, 116:6, 119:7,
120:15, 124:2,
124:22, 126:2, 126:5,
126:8, 172:13
**Statements** [1] -
162:7
**statements** [15] -
20:15, 109:15, 124:9,

136:1, 137:14,
140:12, 160:15,
161:4, 161:6, 161:8,
162:11, 162:14,
172:22, 172:24, 219:4
**states** [3] - 65:5,
156:19, 163:7
**States** [34] - 8:12,
12:15, 21:5, 21:14,
21:16, 22:19, 22:24,
23:13, 23:15, 24:12,
24:17, 25:2, 25:5,
28:23, 52:1, 55:15,
55:20, 56:9, 57:2,
57:5, 57:10, 101:12,
107:24, 108:2,
132:19, 135:13,
135:19, 139:6,
158:20, 180:21,
181:18, 181:22,
183:8, 217:18
**STATES** [10] - 1:1,
1:1, 1:4, 1:6, 2:7, 2:9,
2:9, 260:9, 260:11,
260:16
**stating** [1] - 10:7
**stationed** [1] - 9:14
**statistical** [1] - 8:2
**status** [1] - 217:18
**statute** [1] - 56:7
**stay** [3] - 159:20,
160:14, 215:14
**steady** [1] - 105:15
**steel** [1] - 7:23
**STENOGRAPHICA
LLY** [1] - 260:13
**step** [16] - 6:2, 33:13,
38:24, 38:25, 60:4,
67:8, 148:23, 159:14,
164:4, 164:15,
199:20, 211:3, 225:9,
237:6, 242:15, 254:10
**stepping** [1] - 152:25
**STEVEN** [1] - 2:13
**still** [8] - 36:19,
112:7, 183:13,
214:25, 234:19,
248:13, 259:10,
259:15
**stock** [10] - 152:16,
153:1, 153:2, 153:6,
153:10, 157:15,
158:21, 193:20, 194:9
**Stock** [4] - 152:17,
152:24, 154:9, 194:4
**stole** [1] - 148:6
**stop** [3] - 47:5,
91:21, 239:3
**straight** [1] - 222:4
**strategy** [1] - 188:19

**Street** [8] - 140:23,
143:15, 144:23,
147:18, 147:21,
224:14, 226:19, 235:7
**STREET** [5] - 1:12,
1:24, 2:10, 2:15, 2:18
**street** [1] - 170:16
**strength** [10] -
242:25, 246:2, 246:8,
246:13, 248:3, 248:6,
253:1, 253:5, 253:7,
253:8
**strike** [4] - 189:20,
208:23, 227:6, 234:15
**stringer** [6] - 250:3,
250:8, 251:21, 252:1,
252:9
**stringers** [6] -
244:22, 249:25,
250:1, 250:4, 250:16,
250:17
**strong** [4] - 246:16,
248:4, 248:9, 248:14
**structure** [8] -
156:12, 156:15,
158:25, 191:18,
243:5, 246:19,
252:25, 253:1
**structures** [2] -
243:9, 248:22
**Stuart** [1] - 19:12
**student** [1] - 241:18
**students** [2] -
150:18, 187:11
**studied** [2] - 171:18,
191:19
**studies** [1] - 56:25
**study** [2] - 171:10,
178:20
**stuff** [3] - 209:21,
209:23, 213:21
**subject** [16] - 9:1,
9:11, 16:4, 16:8, 21:2,
23:13, 23:15, 24:12,
33:9, 39:4, 39:5, 39:6,
48:15, 51:1, 168:16,
227:6
**subjected** [1] - 46:10
**submission** [3] -
23:25, 47:14, 258:18
**submitted** [10] -
11:4, 15:24, 32:5,
32:20, 38:7, 55:11,
73:23, 123:7, 193:4,
254:1
**subsequently** [1] -
207:22
**subsidiaries** [2] -
172:25, 191:10
**subsidiary** [14] -

136:25, 138:1, 172:7,
172:8, 172:12,
172:15, 173:3, 173:5,
173:11, 173:14,
192:7, 192:21, 192:23
  **substantial** [1] -
30:14
  **substantially** [1] -
187:16
  **subtractions** [1] -
126:12
  **Success** [1] - 111:21
  **suggests** [2] -
198:18, 198:25
  **SUITE** [2] - 2:15,
2:18
  **sum** [1] - 102:24
  **summaries** [7] -
40:23, 43:13, 55:4,
55:5, 57:1, 57:5,
72:10
  **summarize** [9] -
40:21, 41:15, 65:4,
69:18, 85:16, 92:16,
96:11, 110:16, 198:22
  **summarized** [8] -
80:16, 89:16, 99:1,
99:9, 99:20, 101:12,
105:19, 176:18
  **summarizes** [7] -
41:21, 46:9, 51:14,
76:21, 80:2, 82:25,
88:19
  **summary** [58] - 8:25,
14:1, 15:22, 15:23,
28:13, 28:21, 32:7,
40:8, 40:16, 40:19,
40:20, 40:22, 42:8,
42:10, 42:11, 42:12,
42:24, 43:4, 43:7,
44:4, 44:20, 46:3,
46:6, 47:12, 47:14,
49:11, 49:22, 50:23,
57:25, 58:19, 59:9,
69:16, 69:18, 69:21,
70:6, 72:4, 72:6, 73:5,
73:8, 73:10, 75:13,
76:3, 76:4, 76:8, 80:9,
81:22, 81:25, 82:4,
89:1, 95:21, 98:16,
98:17, 98:20, 98:25,
100:22, 101:7, 139:23
  **Sungsing** [1] - 90:23
  **super** [1] - 218:3
  **supervised** [1] - 19:5
  **supervisor** [8] -
19:4, 19:9, 19:18,
20:7, 20:18, 200:22,
226:25
  **supervisor's** [3] -

19:8, 19:18, 20:7
  **supervisory** [5] - 7:6,
7:7, 7:12, 7:17, 7:21
  **supplied** [1] - 136:16
  **suppliers** [6] - 65:6,
65:14, 66:13, 66:19,
66:23, 107:8
  **Supplies** [1] - 120:2
  **supply** [1] - 247:3
  **Supply** [1] - 204:18
  **supporting** [1] -
258:11
  **supposed** [3] -
166:20, 213:18, 218:4
  **Supreme** [3] - 78:13,
78:15, 87:1
  **surface** [1] - 201:23
  **surfaces** [1] - 244:24
  **surprise** [1] - 164:21
  **surprised** [1] -
243:19
  **suspended** [1] -
27:19
  **suspension** [2] -
24:8, 24:13
  **sustained** [14] -
19:24, 20:3, 20:4,
20:14, 20:18, 101:9,
137:3, 182:2, 182:5,
207:17, 212:25,
222:12, 222:19,
232:19
  **swear** [1] - 6:12,
39:14, 39:18, 60:16,
68:14, 149:12, 200:3,
203:19, 211:10,
225:22, 238:1
  **sweeney** [1] - 94:5
  **SWIFT** [1] - 208:17
  **sworn** [9] - 6:10,
39:12, 60:23, 68:9,
149:10, 200:1,
203:18, 211:8, 225:19
  **system** [8] - 28:7,
34:12, 34:13, 34:20,
35:17, 35:18, 36:22
  **systems** [1] - 69:13

**T**

  **table** [7] - 50:1,
51:14, 78:2, 100:6,
102:15, 105:14,
257:25
  **tables** [3] - 49:17,
49:18, 52:18
  **tack** [4] - 252:6,
252:8, 252:22, 253:6
  **tad** [1] - 88:14

  **TAKEN** [1] - 193:7
  **talks** [1] - 160:22
  **tall** [1] - 177:18
  **target** [1] - 12:4
  **targeted** [1] - 12:6
  **targeting** [1] - 12:2
  **Tariff** [3] - 8:6, 56:5,
56:7
  **tariff** [5] - 11:1,
51:13, 51:15, 56:20,
57:16
  **tariffs** [1] - 55:25
  **tasked** [2] - 213:9,
219:12
  **taught** [2] - 150:18,
171:18
  **tax** [47] - 61:15,
61:18, 62:17, 63:4,
63:8, 98:16, 98:20,
98:22, 98:25, 99:13,
99:16, 99:22, 99:23,
100:4, 100:5, 100:8,
100:11, 100:18,
100:23, 102:4, 102:9,
102:12, 102:14,
102:17, 102:19,
102:22, 103:14,
104:6, 104:20,
104:22, 106:10,
106:20, 107:9, 108:4,
133:25, 134:17,
134:25, 135:9,
135:10, 140:4,
146:22, 147:2, 147:7,
147:10, 147:14,
147:17, 147:20
  **taxable** [1] - 100:20
  **taxes** [3] - 8:3, 28:19
  **teach** [2] - 150:16,
187:11
  **team** [2] - 7:22, 34:4
  **Tech** [7] - 69:14,
239:2, 239:13,
239:19, 239:24,
240:1, 241:3
  **technology** [1] -
11:20
  **ten** [6] - 10:13,
32:19, 42:14, 69:12,
125:19, 150:21
  **tens** [2] - 113:2,
119:22
  **tentative** [1] - 256:16
  **tenth** [1] - 65:1
  **term** [4] - 68:7,
70:22, 173:15, 184:18
  **terminal** [5] - 205:3,
205:24, 206:5, 206:15
  **terminology** [1] -
249:18

  **terms** [12] - 182:8,
234:14, 240:22,
242:7, 242:8, 242:16,
245:18, 246:13,
247:7, 247:9, 253:1
  **test** [13] - 161:15,
161:16, 201:8,
201:11, 201:16,
203:5, 203:7, 246:19,
246:23, 247:8,
247:13, 247:18,
248:12
  **tested** [6] - 202:8,
202:11, 244:1, 244:2,
246:20, 253:5
  **testified** [24] - 27:11,
27:22, 27:25, 30:18,
32:2, 32:19, 36:20,
57:24, 58:5, 62:10,
133:24, 141:22,
143:20, 145:4,
146:21, 164:24,
181:16, 191:1,
209:14, 224:24,
233:6, 233:9, 247:13,
248:8
  **testifies** [1] - 169:21
  **testify** [16] - 164:23,
165:5, 165:15,
165:19, 166:2, 166:4,
166:7, 166:11,
166:17, 167:4, 167:7,
167:17, 168:4,
168:21, 259:11
  **testifying** [13] - 23:1,
25:18, 167:8, 168:5,
168:24, 168:25,
169:2, 169:12,
169:17, 170:2,
190:13, 190:21, 219:3
  **testimony** [39] -
6:12, 8:22, 31:7, 31:9,
31:11, 31:13, 32:3,
33:24, 39:14, 40:8,
40:16, 60:16, 61:14,
62:13, 68:14, 68:21,
69:15, 149:12,
149:19, 160:18,
163:17, 165:23,
166:25, 169:3, 169:4,
169:11, 169:18,
190:12, 200:3,
203:19, 211:10,
211:17, 225:22,
226:4, 238:1, 254:22,
255:3, 259:9, 259:12
  **testing** [20] - 201:13,
202:4, 202:6, 242:16,
242:20, 242:25,
245:18, 245:19,

245:23, 246:8,
247:16, 247:24,
248:16, 248:20,
252:20, 253:7,
253:11, 253:12,
253:13, 253:18
  **Testing** [1] - 242:21
  **tests** [5] - 201:1,
242:19, 246:2, 248:6,
253:9
  **Thai** [1] - 94:3
  **Thanh** [4] - 3:5, 39:9,
39:23, 39:24
  **THAT** [2] - 260:10,
260:14
  **THE** [311] - 5:5, 5:22,
5:25, 6:2, 6:5, 6:9,
6:15, 6:16, 6:19, 6:20,
6:21, 13:18, 14:8,
16:12, 19:24, 20:1,
20:14, 20:18, 21:9,
21:11, 21:22, 22:2,
22:3, 22:13, 23:2,
23:23, 24:23, 25:8,
25:10, 26:5, 27:4,
31:14, 31:18, 31:24,
33:4, 33:6, 35:20,
35:24, 36:2, 36:4,
37:21, 38:23, 39:4,
39:6, 39:8, 39:11,
39:18, 39:19, 39:23,
39:25, 40:13, 41:8,
46:25, 50:7, 53:18,
54:13, 54:16, 54:18,
54:19, 54:20, 54:21,
54:22, 56:14, 56:20,
56:22, 57:13, 57:15,
57:17, 57:19, 59:13,
60:1, 60:4, 60:7, 60:9,
60:14, 60:20, 60:21,
60:22, 61:1, 61:3,
61:6, 62:9, 62:22,
63:13, 64:16, 64:20,
65:20, 67:4, 67:6,
67:8, 67:9, 67:10,
67:13, 67:16, 67:19,
67:25, 68:9, 68:10,
68:11, 68:12, 68:18,
68:19, 68:24, 69:1,
70:17, 72:24, 73:15,
73:17, 74:2, 74:7,
76:13, 80:13, 82:9,
89:5, 92:20, 96:3,
99:5, 101:5, 101:9,
101:21, 101:25,
105:23, 109:10,
114:25, 119:4, 123:1,
123:9, 123:11,
123:21, 124:13,
128:4, 131:4, 131:23,

137:3, 139:16,
148:21, 148:23,
149:3, 149:5, 149:6,
149:9, 149:10,
149:16, 149:17,
149:20, 149:22,
149:24, 151:23,
155:10, 155:11,
163:18, 163:25,
164:3, 164:6, 164:7,
164:13, 164:15,
164:16, 164:17,
165:4, 165:12,
165:17, 165:24,
166:9, 166:13,
166:24, 167:13,
167:24, 168:20,
169:5, 169:9, 169:13,
169:14, 177:9, 179:4,
182:2, 182:3, 182:4,
182:6, 182:7, 182:18,
182:22, 182:24,
182:25, 183:1,
183:14, 183:17,
189:11, 189:21,
189:24, 190:2, 190:6,
192:24, 193:8,
194:22, 195:21,
195:23, 199:2, 199:7,
199:9, 199:11,
199:16, 199:18,
199:20, 199:25,
200:7, 200:8, 200:11,
200:13, 201:6,
202:25, 203:9,
203:12, 203:17,
203:23, 203:24,
204:3, 204:5, 204:7,
204:9, 207:17, 208:1,
208:4, 208:5, 208:25,
209:8, 210:25, 211:3,
211:8, 211:14,
211:15, 211:20,
211:22, 212:25,
214:13, 214:14,
214:17, 214:20,
215:2, 215:4, 215:6,
216:13, 217:15,
217:16, 220:16,
220:18, 221:14,
221:24, 221:25,
222:12, 222:19,
223:11, 223:14,
223:23, 225:7, 225:9,
225:13, 225:18,
226:1, 226:2, 226:7,
226:8, 227:5, 227:9,
230:20, 230:23,
232:19, 233:1,
234:16, 235:24,
237:4, 237:6, 237:9,

237:13, 237:16,
237:21, 237:25,
238:5, 238:6, 238:9,
238:11, 238:12,
242:12, 243:21,
249:5, 251:17,
253:20, 254:6, 254:7,
254:8, 255:9, 255:15,
255:23, 256:23,
257:15, 257:19,
258:17, 259:2, 259:5,
259:17, 259:22,
259:24, 260:9,
260:11, 260:12,
260:13, 260:14,
260:15, 260:16
**themselves** [2] -
191:2, 195:13
**thereafter** [2] -
150:9, 150:10
**thereby** [1] - 154:6
**therefore** [1] -
159:12
**they've** [1] - 166:5
**thick** [1] - 8:10
**thinking** [2] - 176:7,
184:2
**third** [6] - 50:24,
186:3, 195:11,
195:14, 196:4, 196:18
**third-party** [2] -
186:3, 196:18
**thousand** [3] - 36:13,
36:15, 86:22
**thousands** [5] -
30:12, 31:8, 33:20,
35:5, 113:2
**three** [18] - 14:11,
42:17, 71:10, 80:19,
81:23, 82:2, 94:22,
122:9, 156:3, 190:4,
205:6, 206:7, 206:24,
206:25, 239:6,
249:25, 250:4
**three-page** [1] -
14:11
**throughout** [2] -
188:3, 188:10
**Thursday** [1] -
254:22
**tied** [1] - 184:24
**timing** [1] - 25:15
**TITLE** [1] - 260:11
**title** [10] - 74:22,
82:12, 89:7, 92:23,
96:16, 106:1, 200:21,
200:22, 240:25, 241:9
**Title** [3] - 92:7,
95:16, 98:3
**TO** [1] - 260:11

**today** [20] - 5:10,
26:25, 31:7, 31:9,
31:12, 40:9, 40:17,
63:1, 63:17, 69:15,
109:3, 109:15,
150:24, 151:6,
160:18, 190:21,
219:3, 219:5, 237:19,
238:18
**together** [6] - 55:10,
77:5, 77:12, 216:3,
241:15, 241:19
**tomorrow** [11] -
253:22, 254:3,
254:22, 255:3,
255:21, 256:1,
256:24, 256:25,
257:2, 258:20, 259:19
**tonight** [1] - 258:11
**took** [5] - 100:4,
208:13, 229:16,
241:21, 245:12
**top** [31] - 64:4, 64:22,
70:21, 76:21, 76:25,
83:7, 86:7, 89:7,
92:23, 95:3, 100:2,
102:3, 106:1, 124:3,
125:14, 131:12,
244:22, 245:9,
249:16, 249:17,
249:18, 249:19,
249:21, 250:2, 250:5,
250:8, 250:9, 250:25,
251:22, 251:25,
252:11
**Top** [1] - 94:5
**topic** [2] - 151:15,
163:25
**Torben** [3] - 3:8,
149:7, 149:22
**total** [23] - 14:13,
49:5, 50:16, 51:3,
76:6, 77:23, 78:3,
78:5, 79:5, 79:12,
79:17, 83:10, 83:14,
84:15, 84:23, 85:2,
86:5, 87:12, 88:3,
95:12, 97:24, 100:11,
245:16
**totals** [1] - 82:15
**toward** [1] - 229:6
**trace** [1] - 56:2
**trade** [5] - 173:21,
179:21, 180:3, 195:4,
241:20
**Trade** [17] - 45:11,
65:10, 78:18, 97:13,
97:18, 115:25,
117:12, 117:14,
122:8, 122:24, 127:9,

128:11, 129:21,
130:3, 136:12,
136:23, 138:13
**traded** [1] - 151:17
**trades** [5] - 175:20,
180:17, 183:22,
187:12, 198:24
**trading** [3] - 152:17,
173:20, 174:11
**Trading** [24] - 76:5,
77:5, 77:12, 77:15,
78:24, 83:9, 84:3,
84:5, 84:12, 84:20,
87:10, 87:16, 90:24,
94:3, 94:5, 95:5,
97:19, 113:17, 114:7,
114:20, 115:5,
117:19, 136:15,
136:24
**transacted** [1] - 82:2
**transacting** [1] -
173:22
**transaction** [29] -
74:14, 90:3, 173:16,
173:25, 174:6, 174:7,
174:24, 175:14,
176:12, 179:14,
179:20, 184:18,
186:7, 186:10, 187:3,
187:8, 192:19,
194:19, 194:20,
195:7, 195:8, 196:8,
196:14, 196:23,
197:9, 197:18,
197:20, 198:3, 198:14
**transactions** [25] -
73:4, 77:13, 81:22,
82:20, 88:17, 92:11,
113:16, 174:12,
175:23, 179:2,
179:11, 184:16,
184:17, 185:12,
185:20, 190:24,
191:1, 191:4, 191:6,
194:1, 194:17, 198:6,
198:12, 198:17,
198:19
**TRANSCRIPT** [3] -
1:17, 260:12, 260:14
**transcripts** [1] -
242:8
**transfer** [11] - 72:14,
72:15, 74:20, 111:12,
111:17, 114:20,
117:25, 130:15,
145:5, 173:13
**transferred** [1] -
173:10
**transfers** [35] -
72:11, 73:8, 75:7,

75:15, 77:23, 79:8,
79:12, 86:1, 87:8,
87:9, 87:16, 87:21,
90:18, 91:1, 91:10,
91:17, 94:24, 114:1,
114:2, 114:7, 114:12,
115:4, 117:4, 118:1,
120:12, 121:10,
122:12, 138:20,
144:6, 144:10,
145:11, 145:15,
146:2, 146:13, 146:16
**transmit** [1] - 10:7
**transmitted** [1] -
12:9
**transpired** [1] -
196:23
**Transport** [16] -
40:25, 41:16, 45:19,
49:2, 51:25, 71:10,
124:2, 124:4, 124:9,
124:18, 126:3,
126:22, 127:4,
127:25, 128:23, 130:9
**transporting** [1] -
210:20
**transposed** [2] -
73:8, 98:16
**treated** [1] - 9:20
**trend** [1] - 178:19
**trial** [2] - 5:22, 10:2
**TRIAL** [1] - 1:17
**trip** [1] - 176:11
**trucking** [3] - 204:16,
204:17, 205:22
**trucks** [1] - 207:3
**TRUE** [1] - 260:12
**true** [4] - 24:16,
56:18, 175:22, 250:25
**Trust** [1] - 94:4
**truth** [31] - 6:13,
6:14, 39:15, 39:16,
60:18, 68:16, 149:14,
149:15, 187:16,
200:5, 200:6, 203:21,
203:22, 211:12,
211:13, 225:24,
225:25, 238:3, 238:4
**try** [4] - 31:1, 96:25,
249:9, 249:10
**trying** [12] - 5:24,
159:15, 159:19,
183:21, 184:10,
193:15, 207:3, 207:6,
208:14, 210:11,
243:2, 257:17
**Tsang** [1] - 90:24
**Turismo** [2] - 80:19,
84:17
**turn** [6] - 21:24,

22:13, 161:19, 182:16, 183:6, 218:17
**turning** [4] - 15:5, 51:6, 162:4, 162:15
**Tustin** [1] - 231:6
**twice** [1] - 223:20
**two** [37] - 49:14, 49:15, 49:19, 55:5, 71:7, 80:17, 80:23, 80:25, 81:12, 84:9, 86:14, 118:1, 120:12, 132:22, 134:8, 171:14, 171:19, 172:20, 172:21, 192:22, 206:24, 206:25, 209:15, 217:4, 228:18, 228:19, 242:19, 244:23, 245:9, 245:20, 245:21, 246:5, 249:2, 250:9, 254:23
**two-way** [1] - 249:2
**type** [20] - 9:3, 9:10, 9:13, 16:2, 33:8, 43:22, 43:23, 43:24, 43:25, 44:1, 47:21, 47:22, 47:23, 74:14, 76:18, 181:4, 186:1, 228:20, 249:2, 252:21
**types** [6] - 41:16, 44:2, 209:15, 242:5, 246:6, 252:3
**typical** [2] - 250:18, 252:18
**typically** [5] - 110:19, 111:16, 111:18, 113:1, 180:25

**U**

**U.S** [23] - 7:2, 16:21, 16:23, 16:24, 43:21, 107:16, 107:18, 108:10, 108:13, 108:19, 108:22, 158:8, 159:2, 159:6, 160:21, 167:20, 180:14, 180:18, 181:13, 183:20, 194:9, 208:8
**U.S.A** [3] - 64:1, 71:9, 109:24
**ultimately** [4] - 12:23, 91:24, 209:3, 229:4
**unbiased** [2] - 166:20, 166:21
**under** [26] - 18:9, 18:24, 20:17, 23:25,

36:24, 51:12, 51:15, 52:19, 53:4, 53:24, 54:9, 55:25, 56:7, 60:15, 65:3, 82:15, 89:11, 129:2, 142:24, 168:17, 173:21, 185:23, 192:19, 195:4, 258:18
**undergo** [1] - 201:13
**undergoing** [1] - 188:22
**undergraduate** [1] - 150:18
**underlying** [4] - 41:4, 69:22, 89:1, 188:19
**underneath** [6] - 65:11, 82:19, 110:16, 120:22, 126:16, 127:12
**understandable** [3] - 234:14, 236:5, 236:9
**underwent** [1] - 221:4
**unique** [4] - 42:16, 42:18, 44:17, 181:8
**United** [33] - 8:12, 12:15, 21:5, 21:14, 21:15, 22:19, 22:24, 23:13, 23:14, 24:12, 24:17, 25:2, 25:5, 28:22, 52:1, 55:15, 55:20, 56:9, 57:2, 57:5, 57:10, 101:12, 107:23, 108:2, 132:18, 135:13, 135:19, 139:6, 158:20, 180:20, 181:18, 181:21, 183:8
**UNITED** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 260:9, 260:11, 260:16
**University** [3] - 150:8, 150:23, 239:8
**university** [2] - 240:18, 241:8
**unknown** [1] - 71:18
**unless** [2] - 169:11, 170:3
**unrelated** [1] - 255:12
**unsure** [1] - 136:18
**unusual** [2] - 252:3, 252:15
**up** [58] - 11:1, 11:22, 30:1, 31:4, 33:17, 41:11, 51:7, 52:9, 53:21, 54:5, 58:18, 62:25, 65:24, 76:6,

91:7, 95:13, 100:13, 102:19, 104:2, 104:24, 110:19, 114:17, 115:10, 117:21, 118:4, 119:22, 126:5, 134:11, 136:7, 143:5, 144:14, 163:23, 168:2, 168:19, 169:22, 173:7, 177:12, 178:6, 178:10, 187:13, 188:4, 199:15, 204:6, 205:1, 205:23, 206:4, 206:5, 206:9, 206:13, 208:14, 208:15, 226:20, 227:16, 228:5, 244:20, 256:24, 257:2, 257:6
**updated** [2] - 134:2, 134:4
**upper** [1] - 126:5
**upstairs** [1] - 231:13
**USA** [1] - 128:23
**USD** [2] - 50:1, 56:1
**uses** [2] - 50:1, 56:1
**usual** [1] - 252:16
**utility** [1] - 213:21
**utilize** [1] - 11:21

**V**

**vague** [3] - 212:24, 214:12, 214:15
**valuable** [1] - 189:9
**valuation** [1] - 150:19
**value** [15] - 15:6, 15:8, 15:9, 15:11, 15:13, 43:8, 43:10, 45:22, 47:24, 48:11, 50:20, 50:22, 52:23, 151:17, 153:14
**values** [1] - 52:17
**Vanguard** [11] - 159:5, 159:7, 159:10, 164:25, 165:1, 165:13, 165:14, 165:15, 167:19, 167:21
**vaporized** [1] - 201:23
**various** [9] - 71:1, 71:12, 140:7, 151:14, 183:25, 200:25, 205:24, 206:9, 217:16
**vary** [1] - 133:18
**vast** [1] - 49:6
**vehicles** [1] - 217:24

**verdict** [1] - 258:4
**version** [2] - 134:2, 134:5
**versions** [1] - 194:13
**versus** [1] - 16:3
**vertical** [3] - 249:22, 249:24, 249:25
**via** [1] - 72:16
**vicinity** [1] - 11:19
**Victor** [1] - 149:23
**Vietnam** [4] - 125:21, 126:20, 127:10, 222:5
**Vietnamese** [1] - 215:25
**view** [3] - 10:3, 29:22, 151:20
**viewed** [1] - 242:7
**violations** [1] - 12:4
**Virgin** [1] - 65:9
**Virginia** [7] - 69:14, 239:2, 239:13, 239:19, 239:24, 240:1, 241:3
**visual** [5] - 53:9, 53:13, 244:3, 244:6, 244:17
**Voetmann** [24] - 149:8, 149:22, 150:2, 151:22, 151:25, 153:16, 154:11, 157:15, 161:20, 162:9, 164:11, 170:7, 172:7, 173:15, 176:23, 177:12, 178:21, 180:23, 182:21, 183:4, 187:24, 189:13, 190:9, 193:15
**vOETMANN** [1] - 3:8
**voice** [1] - 44:14
**volume** [3] - 15:10, 29:4, 29:13
**voluminous** [8] - 41:4, 46:12, 46:17, 50:3, 69:18, 73:11, 76:9, 82:5
**volunteer** [1] - 236:6
**VON** [1] - 1:11
**Von** [7] - 140:22, 143:14, 144:22, 147:17, 147:21, 224:14, 235:7
**VS** [1] - 1:8

**W**

**W-H-I-T-E** [1] - 238:10
**wait** [1] - 258:5

**walk** [4] - 77:10, 103:12, 207:4, 214:9
**Walnut** [4] - 124:5, 129:7, 131:15
**Wang** [9] - 71:13, 81:15, 142:8, 212:14, 222:8, 222:9, 222:14, 222:16
**wants** [3] - 36:8, 37:2, 66:12
**warehouse** [38] - 89:10, 89:14, 92:16, 92:24, 93:1, 95:24, 96:12, 96:17, 97:17, 98:5, 143:22, 144:2, 145:6, 145:8, 146:3, 201:14, 202:12, 202:14, 205:2, 207:1, 207:5, 209:21, 210:3, 210:5, 210:7, 210:16, 213:10, 214:7, 214:8, 215:10, 218:3, 219:12, 223:13, 233:15, 233:17, 233:19, 233:21, 244:8
**warehouses** [8] - 141:13, 206:21, 209:15, 209:25, 213:14, 213:24, 214:3, 217:23
**WASHINGTON** [1] - 2:18
**wavelength** [2] - 202:1, 202:2
**Wealth** [3] - 78:13, 78:15, 87:1
**WEDNESDAY** [1] - 1:18
**week** [2] - 258:23, 259:6
**weeks** [2] - 245:20, 245:21
**weight** [1] - 246:18
**weighted** [1] - 44:11
**welcome** [2] - 123:18, 169:7
**weld** [4] - 250:11, 250:21, 252:11, 252:13
**welded** [1] - 203:7
**welding** [5] - 250:18, 252:22, 252:23, 253:6, 253:7
**welds** [13] - 203:5, 250:12, 250:15, 250:17, 251:23, 252:3, 252:4, 252:6, 252:7, 252:8, 252:8, 253:12, 253:14
**WESTERN** [1] - 1:2

**Wharton** [2] - 150:7, 150:17

**White** [2] - 237:24, 238:10

**WHITE** [1] - 3:13

**white** [2] - 238:21, 242:11

**whole** [14] - 6:14, 39:16, 59:1, 60:18, 68:16, 96:25, 149:14, 180:24, 200:5, 203:21, 211:12, 215:14, 225:24, 238:3

**wholly** [2] - 136:25, 137:25

**wife** [2] - 111:17, 223:13

**willing** [2] - 173:19

**Wing** [1] - 95:4

**wing** [1] - 95:4

**winning** [1] - 231:17

**wire** [101] - 72:10, 72:13, 72:15, 72:16, 73:3, 73:6, 73:8, 74:15, 74:20, 75:7, 75:14, 76:3, 76:18, 77:6, 77:23, 79:7, 79:12, 79:17, 80:17, 81:9, 81:22, 82:15, 83:4, 83:10, 85:3, 85:25, 87:7, 87:9, 87:16, 87:21, 88:3, 88:16, 88:21, 90:2, 90:6, 90:18, 91:1, 91:10, 91:17, 92:4, 92:11, 94:6, 94:8, 94:24, 95:15, 97:6, 97:8, 97:15, 98:3, 98:7, 111:9, 111:11, 111:12, 111:14, 111:19, 111:21, 111:25, 113:16, 113:19, 114:1, 114:2, 114:6, 114:12, 114:19, 115:4, 115:14, 117:3, 117:11, 117:25, 118:1, 118:8, 118:11, 120:12, 121:10, 121:18, 122:19, 125:15, 125:17, 125:19, 127:23, 128:10, 128:13, 129:2, 129:14, 129:17, 129:20, 129:24, 130:7, 130:14, 140:8, 144:6, 144:10, 145:4, 145:11, 145:14, 146:2, 146:12,

146:16, 208:16, 208:18

**wired** [16] - 77:3, 77:18, 77:23, 82:25, 83:15, 83:16, 83:17, 85:4, 85:12, 85:17, 87:1, 91:24, 94:2, 94:14, 112:2, 113:14

**wires** [63] - 72:6, 72:8, 74:16, 74:17, 75:3, 75:21, 76:5, 76:7, 76:22, 79:5, 86:5, 87:19, 88:1, 88:20, 89:9, 89:20, 89:25, 90:22, 91:21, 92:25, 93:2, 93:8, 93:17, 93:19, 94:21, 95:6, 95:10, 95:12, 95:22, 96:17, 97:1, 97:3, 97:4, 104:24, 107:11, 115:10, 115:18, 115:20, 115:24, 117:18, 118:13, 118:17, 118:21, 118:23, 120:3, 120:7, 120:11, 121:15, 121:23, 122:8, 122:9, 127:4, 127:7, 129:11, 136:2, 136:9, 136:21, 137:5, 137:19, 137:20, 138:14, 143:21, 144:1

**Wires** [1] - 74:23

**wish** [1] - 237:18

**wishes** [1] - 70:16

**WITH** [1] - 260:15

**witness** [72] - 5:7, 5:21, 6:6, 13:17, 20:21, 26:3, 38:23, 39:1, 39:8, 46:1, 53:12, 60:2, 60:5, 60:11, 62:10, 62:15, 63:16, 67:10, 67:19, 67:21, 70:1, 72:23, 75:25, 79:20, 81:17, 88:9, 92:9, 95:20, 98:11, 99:19, 105:7, 108:25, 123:13, 123:20, 127:20, 148:25, 149:6, 164:13, 164:18, 164:22, 166:20, 167:7, 167:15, 167:16, 168:11, 168:12, 168:16, 168:21, 168:22, 169:12, 169:17, 170:1, 170:3, 176:20, 199:22, 203:10,

203:14, 211:5, 220:15, 225:10, 225:15, 237:7, 237:22, 251:7

**WITNESS** [43] - 3:3, 6:15, 6:19, 21:11, 22:2, 33:6, 36:2, 39:18, 39:23, 56:20, 57:15, 60:20, 61:3, 67:9, 68:10, 68:18, 68:24, 149:5, 149:16, 149:22, 155:11, 164:16, 182:3, 182:6, 183:17, 199:7, 200:7, 200:11, 203:23, 204:3, 204:7, 208:5, 211:14, 211:20, 214:13, 214:20, 215:4, 217:16, 221:25, 226:1, 226:7, 238:5, 238:9

**witness'** [2] - 40:12, 49:10

**witness's** [1] - 163:16

**witnesses** [3] - 67:16, 68:2, 237:19

**Wong** [4] - 63:20, 64:22, 65:1, 117:14

**Wong's** [1] - 66:15

**Woo** [1] - 94:3

**wood** [3] - 239:1, 243:10, 249:19

**word** [2] - 162:20, 162:21

**words** [3] - 51:15, 103:3, 195:17

**works** [2] - 31:2, 75:7

**world** [1] - 191:22

**worried** [1] - 187:3

**worry** [1] - 208:15

**worst** [1] - 256:9

**worth** [1] - 177:19

**wrap** [2] - 256:24, 257:2

**wrapped** [1] - 199:15

**write** [2] - 65:4, 151:18

**writing** [2] - 258:22, 259:19

**written** [1] - 258:10

**wrongdoing** [2] - 188:22, 189:1

## X

**x-ray** [1] - 11:21

**Xiugo** [1] - 90:25

## Y

**Y-I-H-W-O-U** [1] - 211:21

**yard** [1] - 205:1

**year** [51] - 28:14, 28:25, 29:15, 36:23, 36:24, 37:7, 50:13, 50:24, 51:19, 98:21, 100:15, 104:23, 105:16, 132:21, 132:22, 135:1, 160:19, 160:20, 160:23, 160:25, 171:20, 171:21, 171:25, 172:4, 172:6, 176:18, 177:5, 178:10, 178:11, 178:15, 178:25, 179:9, 179:16, 179:22, 187:6, 187:15, 188:3, 188:10, 198:25, 212:17, 214:19, 214:20, 239:14, 239:20, 244:15

**year-long** [1] - 29:15

**years** [21] - 7:3, 7:9, 17:1, 69:12, 106:22, 134:1, 150:10, 150:21, 156:3, 171:14, 171:17, 171:20, 171:23, 185:25, 212:12, 228:18, 228:19, 240:8, 241:22, 242:3, 250:19

**yes-or-no** [1] - 198:10

**Yihwou** [2] - 3:11, 211:20

**Yin** [2] - 77:20, 85:8

**yourself** [2] - 59:21, 139:10

**yourselves** [4] - 73:21, 123:5, 193:3, 253:25

**Yuk** [1] - 90:25

**Yum** [3] - 76:5, 77:5, 83:9

## Z

**Z.P** [1] - 71:13

**zero** [1] - 31:7

**Zhaohua** [5] - 216:18, 216:24, 217:5, 217:7, 217:12

**Zhijie** [4] - 71:13,

81:15, 142:8, 212:14

**Zhongtian** [3] - 131:19, 212:22, 228:10

**Zhongwang** [48] - 45:13, 65:8, 79:3, 87:13, 101:14, 112:5, 118:11, 125:15, 127:11, 128:10, 133:1, 135:12, 135:17, 137:21, 137:22, 138:2, 138:10, 139:8, 139:12, 152:8, 152:11, 152:13, 154:8, 154:14, 154:16, 154:19, 156:12, 156:18, 157:3, 158:4, 159:2, 159:9, 159:12, 159:13, 160:9, 160:19, 160:25, 167:18, 176:15, 178:22, 180:19, 181:17, 182:13, 195:15, 195:17, 195:22, 195:25

**Zhongwang's** [2] - 170:8, 180:7

**zoom** [9] - 70:21, 76:16, 76:25, 77:17, 91:9, 93:14, 94:18, 125:14, 249:7

**zooming** [1] - 88:14