1      UNITED STATES OF AMERICA
      UNITED STATES DISTRICT COURT
2     CENTRAL DISTRICT OF CALIFORNIA
       WESTERN DIVISION
3
        - - -
4    HONORABLE R. GARY KLAUSNER,
   UNITED STATES DISTRICT JUDGE PRESIDING
5        - - -

6
UNITED STATES OF AMERICA,  )
7         ) CERTIFIED COPY
    PLAINTIFF,   )
8         )
VS.        ) CR 19-00282 RGK
9         )
PERFECTUS ALUMINUM,   )
10 INCORPORATED, PERFECTUS  )
ALUMINUM ACQUISITIONS, LLC; )
11 SCUDERIA DEVELOPMENT, LLC; )
DOUBLEDAY, LLC; VON    )
12 KARMAN-MAIN STREET, LLC;  )
10681 PRODUCTION AVENUE,  )
13 LLC,        )
         )
14   DEFENDANTS.   )
_____)
15

16

17       TRIAL - DAY 8
   REPORTER'S TRANSCRIPT OF PROCEEDINGS
18    THURSDAY, AUGUST 19, 2021
      A.M. SESSION
19    LOS ANGELES, CALIFORNIA

20

21

22

23

24    SHERI S. KLEEGER, CSR 10340
   FEDERAL OFFICIAL COURT REPORTER
   312 NORTH SPRING STREET, ROOM 402
25   LOS ANGELES, CALIFORNIA 90012
    PH:  (213)894-6604

```
 1

 2

 3

 4

 5   APPEARANCES OF COUNSEL:

 6   ON BEHALF OF PLAINTIFF:

 7          UNITED STATES ATTORNEY
            BY:  POONAM KUMAR, AUSA
 8               GREGORY BERNSTEIN, AUSA
                 ROGER HSIEH, AUSA
 9          ASSISTANT UNITED STATES ATTORNEY
            1100 UNITED STATES COURTHOUSE
10          312 NORTH SPRING STREET
            LOS ANGELES, CA 90012
11

12   ON BEHALF OF DEFENDANT:
13          LARSON LLP
            BY:  STEVEN LARSON, ESQUIRE
14               HILARY POTASHNER, ATTORNEY AT LAW
                 A. ALEXANDER LOWDER, ESQUIRE
15          555 SOUTH FLOWER STREET
            SUITE 4400
16          LOS ANGELES, CA 90071

17          RUYAK CHERIAN LLP
            BY:  ROBERT F. RUYAK, ESQUIRE
18          1700 K STREET NW, SUITE 810
            WASHINGTON, DC 2006
19

20

21

22

23

24

25
```

```
 1                     I   N   D   E   X

 2

 3      WITNESS:          DIRECT   CROSS    REDIRECT    RECROSS

 4        WHITE, Spencer    4        17         24

 5        KEZIOS, Julia    27        37         40

 6      SIMON, Denis       42        62

 7   PETERSON, John        69        98

 8

 9                     E   X   H   I   B   I   T   S

10                     NUMBER         PAGE

11                      1016           17

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|  | 1 | LOS ANGELES, CALFORNIA; AUGUST 19, 2021 |
|  | 2 | |
|  | 3 | |
| 08:34:34 | 4 | THE COURT:  The record will reflect that all |
| 08:34:35 | 5 | the jurors are in their respective seats in the jury |
| 08:34:38 | 6 | box. |
| 08:34:39 | 7 | Again, thank you for coming in early.  The |
| 08:34:40 | 8 | case is moving, I think, well.  We hopefully -- we |
| 08:34:43 | 9 | talked last night.  Hopefully we'll get it to the jury |
| 08:34:48 | 10 | by Friday.  I don't know, we may even finish up -- if we |
| 08:34:56 | 11 | finish up early today -- as far as witnesses go, we have |
| 08:35:01 | 12 | to go over jury instructions, things like that.  So I |
| 08:35:03 | 13 | may be releasing you a little bit early today if we |
| 08:35:06 | 14 | finish early today. |
| 08:35:06 | 15 | The record will reflect that the witness is |
| 08:35:08 | 16 | on the witness stand. |
| 08:35:08 | 17 | And, Counsel, you were inquiring at the |
| 08:35:10 | 18 | time. |
| 08:35:11 | 19 | THE CLERK:  Dr. White, real quickly, I will |
| 08:35:14 | 20 | just remind you, you're still under oath. |
| 08:35:16 | 21 | **DIRECT EXAMINATION (Continued)** |
|  | 22 | BY MS. POTASHNER: |
| 08:35:20 | 23 | Q.  Good morning, Dr. White. |
| 08:35:22 | 24 | A.  Good morning. |
| 08:35:23 | 25 | Q.  So we started to go over your process in |

08:35:28    1    evaluating the pallets in this case.

08:35:31    2                But I want to take a step back and talk

08:35:33    3    about your background a little bit more.

08:35:35    4                You indicated you were the director for the

08:35:37    5    center of load design at some point; is that correct?

08:35:42    6    A.   In 1979, I became director of the pallet and

08:35:46    7    container research laboratory at Virginia Tech.

08:35:50    8                In 1993, I set up the center for unit load

08:35:54    9    design.  Basically that was an expansion of our mission

08:35:59   10    to not only study pallets, but to study the packaging

08:36:03   11    systems that are placed on top of pallets.

08:36:07   12                And then in 2006, I set up the packaging

08:36:12   13    science undergraduate program at Virginia Tech prior to

           14    my retirement.

08:36:17   15    Q.   Okay.  So in 1973 you is started with your focus

08:36:20   16    being on pallets?

08:36:23   17    A.   1979.

08:36:24   18    Q.   '79.  My apologies.

08:36:28   19                And starting in 1979, all the way through

08:36:32   20    the point where you retired from actively overseeing the

08:36:39   21    Center of Load Design, is it fair to say that you

08:36:42   22    studied a number of pallets?

08:36:44   23    A.   Quite a few.

08:36:45   24    Q.   Now, this an estimate.  But what is your best

08:36:49   25    estimate of the number of pallets you have evaluated

08:36:52   1    over your long career?

08:36:57   2        A.   I would say that an estimate would be in excess

08:37:01   3    of 500 different pallet designs, fewer than a thousand.

08:37:08   4        Q.   Okay.  Somewhere between 500 and a thousand

08:37:10   5    pallets designs you have studied; is that right?

08:37:15   6        A.   In various ways.  Tested them, designed them,

08:37:19   7    been involved in evaluating them.

08:37:22   8        Q.   And from your professional point of view, would

08:37:26   9    you say that the -- Virginia Tech is known for pallet

08:37:33  10    analysis and review and study?

08:37:34  11        A.   I think -- yes.  It is known throughout the

08:37:37  12    world.  It's a very unique facility, believe me.

08:37:41  13             The Japanese, the Koreans, Europeans have

08:37:45  14    emulated our design over the years.  And in fact I

08:37:48  15    helped design testing laboratories around the world that

08:37:52  16    are focused on evaluating pallet performance.

08:37:56  17        Q.   What are some of the places that you've gone to

08:38:00  18    in order to set up internationally their analysis of

08:38:03  19    pallets throughout the world?

08:38:04  20        A.   I helped companies set up testing facilities,

08:38:08  21    Czech, U.S.A., and Spain.  Helped the French test up --

08:38:13  22    set up their testing laboratories in Paris.

08:38:18  23             The Fraunhofer Technical Institute in

08:38:25  24    Germany, Dortmund, helped them set up that operation.

08:38:28  25             In Korea, I helped the Korean Pallet and

08:38:33  1   Container Association set up their national testing

08:38:34  2   laboratory.  And actually the director of that

08:38:35  3   laboratory came to Virginia Tech and studied under me

08:38:39  4   for a year.

08:38:40  5            And then in Japan, I have advised them on

08:38:44  6   how to set up certain tests at their testing

08:38:48  7   laboratories.  I did not design the entire laboratory.

08:38:53  8   But in order to expand their capabilities I helped them

08:38:56  9   do so.

08:38:57  10   Q.  And so the study of pallets, I take it is an

08:39:02  11   international endeavor.

08:39:04  12            Are there standards that are used around the

08:39:07  13   world?

08:39:08  14   A.  Yes, there are.  The International Standards

08:39:10  15   Organization under the guidance of technical committee

08:39:15  16   TC 51 drafts and manages the international standards on

08:39:20  17   pallets.

08:39:21  18   Q.  And is there an international standard for

08:39:24  19   testing pallets specifically?  Is there a specific

08:39:29  20   standard?

08:39:30  21   A.  Yes.  ISO 8661, parts 1, 2 and 3 are testing

08:39:39  22   protocols to test pallet performance.

08:39:42  23   Q.  Specifically pallets?

08:39:45  24   A.  That is correct.

08:39:45  25   Q.  Now, you testified yesterday that it was your

08:39:51  1   expert opinion that the pallets that -- the pallets

08:39:56  2   that's in question today was very strong; is that right?

08:40:03  3       A.  Very strong.  It exceeded -- in terms of

08:40:07  4   strength, it exceeded the testing capability of the

08:40:10  5   laboratory of Virginia Tech and the laboratory I used at

08:40:15  6   Millwood.

08:40:15  7               THE COURT:  The answer is yes?

08:40:18  8               THE WITNESS:  I'm sorry, yes.

08:40:20  9               THE COURT:  We don't -- we want to -- each

08:40:22  10  time we have a question and answer it can't be done by

08:40:26  11  narratives.

08:40:27  12              Go ahead, Counsel.  Next question.

08:40:29  13              MS. POTASHNER:  Thank you, Your Honor.

          14  BY MS. POTASHNER:

08:40:30  15      Q.  What was your expert conclusion in terms of

08:40:32  16  stiffness?

08:40:32  17      A.  It is an extremely stiff pallet.  In other words,

08:40:41  18  under load it does not deform very much.

08:40:45  19      Q.  And is the stiffness connected to the durability

08:40:47  20  of the product?

08:40:48  21      A.  Both strength and stiffness are related to

08:40:51  22  durability.

08:40:52  23      Q.  How so?

08:40:54  24      A.  The stronger the pallet is, typically the more

08:40:57  25  resistant it is to rough handling in the field and,

08:41:00  1    therefore, survives to be reused longer.

08:41:04  2        Q.  What was your expert opinion with respect to

08:41:08  3    resistance to shock and impact?

08:41:12  4        A.  In our testing -- and when I say that -- that of

08:41:17  5    Dr. Horvath and myself, it exceeded, again, the capacity

08:41:22  6    of the testing equipment during rough handling testing,

08:41:25  7    with the exception of the free-fall drop.

08:41:30  8        Q.  And after looking at all of the data, your

08:41:35  9    conclusion in terms of resistance to shock as compared

08:41:38  10   to other pallets?

08:41:40  11       A.  It is extremely resistant.

08:41:43  12       Q.  As compared to the other pallets on resistance to

08:41:47  13   impact?

08:41:48  14       A.  Considerably more resistant than most other

08:41:53  15   pallets in use.

08:41:54  16       Q.  Did you form an expert opinion regarding whether

08:41:57  17   the unit loads placed on these pallets -- the stability

08:42:04  18   of the unit loads that would be placed on these pallets?

08:42:07  19       A.  I did.

08:42:08  20       Q.  What was your expert opinion in terms of that?

08:42:12  21       A.  Compared to other pallets in use in the field, it

08:42:15  22   would render unit loads quite stable.

08:42:17  23       Q.  Now, why do you say that?

08:42:19  24       A.  We measured the static coefficient of friction of

08:42:28  25   the surfaces on the pallet.  And in all cases it

08:42:29  1   exceeded .3.  That is -- and sometimes as high as .6 and

08:42:34  2   that is we know from testing resist slip of packaging on

08:42:44  3   top of the pallet.  It resists the slip of the unit load

08:42:48  4   on four times as well.

08:42:49  5        Q.  So for the nonscientist in the room, what is a

08:42:53  6   coefficient of friction test?  Can you describe that?

08:43:01  7             THE COURT:  Sorry.  Under 403, this is much

08:43:01  8   more time consuming than it is probative.  Next

08:43:04  9   question.

         10   BY MS. POTASHNER:

08:43:06 11        Q.  Was there something about the design of the

08:43:08 12   pallets that made them more stable for loads?

08:43:13 13        A.  Yes.

08:43:13 14        Q.  What was that?

08:43:14 15        A.  The surfaces contained corrugations.  Basically

08:43:19 16   the surfaces are rough.  And that it's slip resistant.

08:43:27 17        Q.  Did you render an expert opinion about the

08:43:35 18   functionality of these pallets in industrial use?

08:43:39 19        A.  Yes.

08:43:40 20        Q.  And what was your opinion about how functional

08:43:44 21   they would be?

08:43:45 22        A.  These would be functional in many different

08:43:48 23   supply chains because they would fit, if you will.  What

08:43:54 24   I mean by fit is geometry.  They would fit the handling

08:43:58 25   equipment in many different supply chains.



08:44:01  1    Q.  What sorts of handling equipment do you look at

08:44:03  2  when rendering an opinion about a pallet being a good

08:44:05  3  fit?

08:44:08  4    A.  Primarily the fork tine of forklifts for movement

08:44:13  5  around warehouses and through supply chains.

08:44:17  6    Q.  And what was your conclusion regarding the fork

08:44:21  7  tines of forklifts with respect to these pallets?

08:44:23  8    A.  This pallet could be easily handled with fork

08:44:29  9  tines because they could be inserted in either end of

08:44:31  10  the pallet.  And there was enough of a gap to accept

08:44:34  11  those tines.

08:44:35  12    Q.  And there are certain pallets that are four-way

08:44:40  13  entry and certain pallets that are two-way entry.  What

08:44:44  14  type of pallet was this?

08:44:45  15    A.  This was a two-way entry pallet.

08:44:48  16    Q.  What does that mean?

08:44:49  17    A.  It means it can be entered with forklift

08:44:52  18  equipment from either end but not from the side.

08:44:56  19    Q.  And is the fact that it is limited to being

08:45:00  20  entered on either end, does that render it not usable in

08:45:07  21  industries?

08:45:07  22    A.  No.

08:45:08  23    Q.  Why not?

08:45:10  24    A.  Because the most common handling is in the ends

08:45:14  25  of pallets even in four-way or partial four-way pallets.

08:45:19  1    Q.  And so is a two-way system an uncommon pallet

08:45:23  2  from your experience?

08:45:24  3    A.  No.  It's a very common design.

08:45:27  4    Q.  So in terms of the testing and the analysis done

08:45:34  5  in this case, in order to support your opinions, when

08:45:38  6  did you first test the pallets?

08:45:42  7    A.  These pallets were tested in May and June of

08:45:49  8  2018.

08:45:50  9    Q.  And did you generate a report regarding your

08:45:55  10 findings from your initial testing?

08:45:58  11   A.  I did.

08:45:59  12   Q.  When did you generate that report?

08:46:01  13   A.  I believe June or July of the same year.

08:46:05  14   Q.  Same year being 2018?

08:46:08  15   A.  2018.

08:46:10  16   Q.  And in rendering your opinion you also reviewed

08:46:14  17 tests by Dr. Horvath, correct?

08:46:17  18   A.  Yes.

08:46:18  19   Q.  And if you know, when were those tests done?

08:46:24  20   A.  Those tests were done over a period of time,

08:46:29  21 2017, and I believe predominantly 2018.

08:46:39  22   Q.  And you testified that you did a visual

08:46:43  23 inspection in addition to the testing of the pallets

08:46:46  24 that were seized by the government; is that right?

08:46:50  25   A.  I did a visual inspection of a sample of those

08:46:55  1   pallets, yes.

08:46:56  2       Q.   How was the sample arrived at, if you know?

08:46:59  3       A.   There were representatives from each seizure.

08:47:04  4   Beyond that, I don't know.

08:47:05  5       Q.   And where did you do that inspection?

08:47:10  6       A.   At a Riverside warehouse.

08:47:12  7       Q.   And if you know, was that inspection set up by

08:47:16  8   the Government?

08:47:22  9       A.   I don't know.  I assume so.

08:47:25  10      Q.   Were Government representatives there?

08:47:28  11      A.   Yes.

08:47:28  12      Q.   And when you arrived at the warehouse, how was

08:47:33  13  the sample laid out for you?

08:47:35  14      A.   There was an area within the warehouse in which

08:47:38  15  they set down several stacks of pallets.

08:47:45  16      Q.   And how were the pallets marked in terms of your

08:47:52  17  section?

08:47:52  18              MR. BERNSTEIN:  Your Honor, I will object,

08:47:53  19  relevance.  403.

08:47:55  20              THE COURT:  Sustained.

08:48:00  21              MS. POTASHNER:  Your Honor, I'd like to

08:48:01  22  provide just for the witness an exhibit for the witness

08:48:07  23  for foundation.

08:48:08  24              THE COURT:  Sure.  Foundation for what,

08:48:11  25  Counsel?  I don't know what the foundation's for.

08:48:11  1         MS. POTASHNER:  That's fine.  Foundation for

08:48:15  2  all the photographs for --

08:48:17  3         THE COURT:  Sure.  You can do that.

08:48:19  4         MS. POTASHNER:  Great.  Thank you.

08:48:45  5         MR. BERNSTEIN:  Can we get a copy?

08:48:48  6         MS. POTASHNER:  I will give you a copy.

08:48:52  7         THE CLERK:  Counsel, I'm sorry.  At this

08:48:54  8  point it's just to refresh his memory?

08:48:57  9         THE COURT:  It is going to be exhibit, isn't

08:48:58  10  it?

08:48:58  11         MS. POTASHNER:  It's not in yet.  I'm

08:49:00  12  handing it to him to ask him questions.

08:49:04  13         THE CLERK:  Okay.  Thank you.

08:49:05  14         THE COURT:  Do you want to designate what

08:49:07  15  this exhibit is going to be for the record.

08:49:09  16         MS. POTASHNER:  I'm sorry, Your Honor.  I

08:49:10  17  didn't hear what you said.

08:49:10  18         THE COURT:  What exhibit number.

08:49:12  19         MS. POTASHNER:  It was next in line.  I

08:49:14  20  believe it is marked for --

08:49:16  21         THE CLERK:  1016.

08:49:18  22         MS. POTASHNER:  -- 1016.

08:49:20  23         Thank you, Madam Clerk.

24  BY MS. POTASHNER:

08:49:22  25     Q.  Dr. White, you have just been handed a stack of

08:49:26   1    photographs.

08:49:30   2       A.   Yes.

08:49:30   3       Q.   If you can look through those photographs.

08:49:59   4       A.   I have.

08:49:59   5       Q.   Have you -- I've handed you a stack of a hundred

08:50:05   6    photographs.  Have you looked at each photograph?

08:50:07   7       A.   I have not.  I've scanned the deck of

08:50:10   8    photographs.

08:50:11   9       Q.   If you could just take a moment more in order to

08:50:13   10   lay the foundation.

08:50:13   11            THE COURT:  Counsel, we are not going to go

08:50:14   12   through every single photograph.

08:50:17   13            MS. POTASHNER:  Perhaps the Government will

08:50:18   14   stipulate that --

08:50:19   15            THE COURT:  That's fine.

08:50:20   16            MR. BERNSTEIN:  That's fine, Your Honor.  No

08:50:21   17   objection.

           18            THE COURT:  Okay.

08:50:24   19            MS. POTASHNER:  I'll move Exhibit 1016 into

08:50:27   20   evidence, Your Honor.

08:50:28   21            THE COURT:  What are those photographs of,

08:50:31   22   sir?  What are those photographs of?

08:50:34   23            (Exhibit 1016 is received.)

08:50:34   24            THE WITNESS:  These are photographs of the

08:50:35   25   pallets as they were presented to me when I went to the

08:50:38   1   warehouse.  And they are photographs of the pallets that

08:50:42   2   I took of the 50 pallets I examined.

08:50:45   3               THE COURT:  Okay.  They will be received.

08:50:47   4               MS. POTASHNER:  Thank you, Your Honor.

08:50:49   5               I will just show you a few.  May I publish?

08:50:54   6               THE COURT:  Sure.

08:50:56   7   BY MS. POTASHNER:

08:50:57   8     Q.  Looking at what is marked 1 of 100 of this

08:51:00   9   exhibit, what does that depict?

08:51:03   10     A.  It depicts the stack of pallets from which I

08:51:09   11   inspected at least two in each of the stacks while at

08:51:14   12   the warehouse.

08:51:15   13     Q.  And if we could move to Exhibit 1016, page 3.

08:51:25   14     A.  Yes.

08:51:25   15     Q.  What is that a picture of?

08:51:28   16     A.  This is the picture of the bottom deck of the

08:51:32   17   seizure 4801.  It's a 48, 42 pallet.

08:51:42   18     Q.  And looking in the lower left-hand corner of the

08:51:46   19   photograph, is that a picture of one of the continuous

08:51:49   20   welds that you observed?

08:51:52   21     A.  Yes.

08:51:53   22     Q.  And looking in the middle of that photograph, on

08:52:00   23   the interior -- upper left-hand side of the interior of

08:52:07   24   that, does this photograph depict the tack welding that

08:52:10   25   you observed?

08:52:11  1    A.  Yes.

08:52:12  2    Q.  From your observations, did you observe that all

08:52:15  3    of these pallets that you tested were tack welded on the

08:52:20  4    inside and had a continuous seam on the outer

08:52:23  5    connections?

08:52:26  6    A.  Most of the connections had tack welds on the

08:52:30  7    inside.  All connections were seam or continuously

08:52:34  8    welded on the other surfaces.

08:52:36  9    Q.  And based on your experience, that sort of

08:52:38  10   construction is common for pallets?

08:52:43  11   A.  For aluminum pallets, it is very common.

08:52:51  12         MS. POTASHNER:  May I have one moment, Your

08:52:52  13   Honor?

08:52:52  14         THE COURT:  Certainly.

08:52:54  15         MS. POTASHNER:  I may be done.

08:53:04  16         And, indeed, I am.

08:53:05  17         THE COURT:  Okay.  Any cross?

08:53:08  18         MR. BERNSTEIN:  Yes, Your Honor.

08:53:10  19                    **CROSS-EXAMINATION**

20   BY MR. BERNSTEIN:

08:53:18  21   Q.  Good morning, Doctor?

08:53:20  22   A.  Good morning.

08:53:21  23   Q.  So your education is in wood science, right?

08:53:28  24   A.  My academic background, bachelor of science,

08:53:33  25   master of science, and Ph.D. is wood science.

08:53:38   1     Q.   Out there in the market of pallets in the United

08:53:40   2   States, fair to say that the overwhelming majority of

08:53:43   3   pallets are wood pallets, correct?

08:53:45   4     A.   Correct.

08:53:45   5     Q.   And then second behind wood pallets are plastic

08:53:48   6   pallets?

08:53:49   7     A.   Yes.

08:53:49   8     Q.   And in fact, only about .06 percent of pallets

08:53:56   9   are metal pallets, right?

08:53:58  10     A.   Somewhere between there and 1 percent, the data.

08:54:04  11   But no more than 1 percent certainly.

08:54:06  12     Q.   So somewhere between .06 percent and 1 percent

08:54:10  13   are metal pallets?

08:54:10  14     A.   Correct.

08:54:11  15     Q.   And that's all metal; including steel and other

08:54:15  16   types of metal?

08:54:16  17     A.   Yes.

08:54:17  18     Q.   A fraction of those metal pallets are aluminum

08:54:20  19   pallets, correct?

08:54:21  20     A.   That's correct.

08:54:22  21     Q.   And these pallets you observed that that was

08:54:26  22   seized from Perfectus, those were series 6 aluminum

08:54:29  23   pallets?

08:54:31  24     A.   Yes.

08:54:31  25     Q.   And fair to say a subset of aluminum pallets are

08:54:37  1   series 6 aluminum pallets?

08:54:46  2       A.   Perhaps.   Those that I have tested they've all

08:54:46  3   been series 6.

08:54:47  4       Q.   I'm sorry.   Not a subset of the ones you've

08:54:48  5   tested, but a subset of all aluminum pallets are series

08:54:53  6   6 aluminum pallets?

08:54:55  7       A.   I don't know.

08:54:55  8       Q.   So it's your belief that it's possible that every

08:54:58  9   aluminum pallet out there is series 6?

08:55:01  10      A.   It's possible.

08:55:02  11      Q.   And the most common use for series 6 is not

08:55:06  12   aluminum pallets but architectural aluminum extrusions?

08:55:11  13      A.   Yes.   I understand it primarily for extrusions,

08:55:14  14   yes.

08:55:14  15      Q.   And then when we talk about things like cost, a

08:55:18  16   small subset of aluminum pallets cost more than $300,

08:55:22  17   right?

08:55:25  18      A.   I believe so, yes.

08:55:26  19      Q.   And a small subset of aluminum pallets, even just

08:55:32  20   aluminum pallets, weigh over even, say, 70 pounds?

08:55:38  21      A.   I would say that's a reasonable statement, yes.

08:55:42  22      Q.   And the pharmaceutical industry, they typically

08:55:47  23   use aluminum pallets between 40 and 60 pounds; is that

08:55:52  24   fair?

08:55:52  25      A.   My experience is that range, yes.

08:55:55  1     Q.  And the food industry, they typically use

08:55:58  2   aluminum pallets between 40 and 60 pounds?

08:56:02  3     A.  Correct.

08:56:02  4     Q.  So that is the ideal weight for an aluminum

08:56:06  5   pallet that the pharmaceutical or food industry would

08:56:09  6   use, 40 to 60 pounds?

08:56:11  7     A.  Given their loads and supply chains, yes.

08:56:14  8     Q.  And then two-way entry, that's the bare minimum,

08:56:20  9   correct?

08:56:20  10    A.  I have no idea what you mean by "bare minimum."

08:56:24  11    Q.  Well, there's different ways the -- the -- the

08:56:27  12   different variations of pallets.  You've got two-way

08:56:31  13   entry, four-way entry, and then something in between?

08:56:33  14    A.  That's correct.

08:56:34  15    Q.  There is no such thing as one-way entry?

08:56:39  16    A.  I wouldn't doubt in this world of pallets there

08:56:41  17   are such pallet designs.

08:56:43  18    Q.  Okay.  And then the actual, the -- the -- the --

08:56:48  19   the design of the pallet itself -- the most common is

08:56:52  20   48-by-40?

08:56:55  21    A.  That is 36 percent of the wood pallets that are

08:56:58  22   in the market.

08:56:58  23    Q.  And 48-by-42 is much less common, right?  That's

08:57:03  24   about 3 percent of the market?

08:57:05  25    A.  3 to 5 percent.

08:57:07   1        Q.   And then these pallets were not either one of

08:57:09   2   those.   They were 48-by-43, correct?

08:57:11   3        A.   Yes.

08:57:12   4        Q.   When was the last time you yourself tested a

08:57:16   5   48-by-43 pallet?

08:57:18   6        A.   These pallets were the last time.

08:57:21   7        Q.   Besides outside the context of this case?

08:57:24   8        A.   I don't remember testing a pallet of that size.

08:57:28   9        Q.   In your entire career, you do not remember ever

08:57:32   10   testing a 48-by-43 pallet?

         11             THE COURT:   He just answered that question,

         12   Counsel.

08:57:39   13   BY MR. BERNSTEIN:

08:57:39   14        Q.   You said you have some expertise in pallet

08:57:43   15   design?

08:57:45   16        A.   Yes.

08:57:46   17        Q.   And is it fair to say that the -- the companies

08:57:50   18   that buy pallets, they need different things out of

08:57:55   19   their pallets?

08:57:58   20        A.   There are hundreds and hundreds of different

08:58:02   21   pallet designs made of different materials being used in

08:58:06   22   the world.

08:58:06   23        Q.   So some companies need wood pallets, some need

08:58:10   24   plastic pallets?

08:58:12   25        A.   Yes.

08:58:12   1        Q.   And some need light pallets, some need

08:58:17   2   inexpensive pallets?

08:58:18   3        A.   Yes.

08:58:19   4        Q.   And so different companies, depending on what

08:58:22   5   their warehouses look like and their distribution chains

08:58:24   6   look like, need different specifications for their

08:58:27   7   pallets?

08:58:29   8        A.   Yes.

08:58:29   9        Q.   Okay.  Let me ask about the -- the -- the load

08:58:40  10   capacity test.  You said you did not test the load

08:58:45  11   capacity of the light weight pallets, right?

08:58:47  12        A.   That's correct.

08:58:48  13        Q.   Those would be the 40-pound Perfectus pallets?

08:58:50  14        A.   Correct.

08:58:51  15        Q.   But you reviewed the data that Dr. Horvath

08:58:55  16   generated?

08:58:57  17        A.   Yes.

08:58:57  18        Q.   And he tested the light weight 40-pound pallets?

08:59:03  19        A.   He did.

08:59:03  20        Q.   How would you describe the load capacity, it's

08:59:06  21   ability to carry weight, based on Dr. Horvath's testing,

08:59:09  22   the light weight, the 40-pound pallets?

08:59:12  23        A.   Generally nominal load capacities of 6,000 pounds

08:59:19  24   plus.

08:59:19  25        Q.   And you saw that -- the light weight aluminum

08:59:23  1   pallet for Perfectus actually maxed out Dr. Horvath's

08:59:29  2   machine on the static load capacity test?

08:59:32  3       A.   No.   The pallets failed.

08:59:34  4       Q.   On the static load capacity test?

08:59:37  5       A.   On the static load capacity, they did not fail.

08:59:41  6       Q.   Again, on the dynamic load capacity, when Dr.

08:59:46  7   Horvath tested these pallets, same thing, they did not

08:59:50  8   fail at any weight, right?

08:59:50  9       A.   That is correct.

08:59:50  10      Q.   And then on the wrecking load capacity test, they

08:59:54  11  did fail but at 18,000 pounds?

08:59:57  12      A.   The reports I saw failure's at approximately

09:00:00  13  13,000 pounds.

09:00:01  14      Q.   Okay.   Which is a very high load capacity for

09:00:03  15  wrecking load capacity?

09:00:06  16      A.   It's a strong pallet.   Yes.

09:00:09  17      Q.   So that was a 40-pound aluminum pallet, correct?

09:00:12  18      A.   Correct.

09:00:12  19      Q.   And when you toured the warehouse you saw

09:00:16  20  thousands of pallets that had been seized from

09:00:19  21  Perfectus?

09:00:21  22      A.   I saw many, many hundreds of pallets.

09:00:24  23      Q.   And the pallets you saw, would you say the vast

09:00:30  24  majority of them were not the 40-pound pallets but the

09:00:33  25  170-pound pallets?

09:00:35　1　　　A.　I would definitely say the majority were the

09:00:38　2　heavy pallets.

09:00:42　3　　　Q.　Would you say the vast majority were?

09:00:42　4　　　　　　MS. POTASHNER:　Objection.　Argumentative.

09:00:44　5　　　　　　THE COURT:　Sustained.　And speculation.

　　　　　6　BY MR. BERNSTEIN:

09:00:50　7　　　Q.　Those pallets were the ones that were four times

09:00:52　8　the weight of the light weight aluminum pallets?

09:00:56　9　　　A.　Those heavy pallets weighed approximately 170

09:01:01　10　pounds.　And the light weight pallets, 42, 43 pounds.

09:01:06　11　　　　　　MR. BERNSTEIN:　No further questions, Your

09:01:08　12　Honor.

09:01:08　13　　　　　　THE COURT:　Recross?

09:01:10　14　　　　　　MS. POTASHNER:　Thank you, Your Honor.　Very

09:01:11　15　briefly.

09:01:11　16　　　　　　THE COURT:　Sure.

09:01:13　17　　　　　　　　　**RECROSS-EXAMINATION**

　　　　　18　BY MS. POTASHNER:

09:01:21　19　　　Q.　Dr. White, you just testified about 1 percent of

09:01:23　20　the pallets used in United States are metal; is that

09:01:28　21　right?

09:01:29　22　　　　　　MR. BERNSTEIN:　Misstates testimony, Your

09:01:31　23　Honor.

09:01:31　24　　　　　　THE COURT:　Overruled.

09:01:33　25　　　　　　THE WITNESS:　Between a half of 1 percent

09:01:35  1   and 1 percent, yes.

2   BY MS. POTASHNER:

09:01:37  3       Q.   And just so we can put that in context, half or 1

09:01:42  4   percent of how many pallets are used in the United

09:01:45  5   States annually?

09:01:48  6       A.   Entering service that is bought and sold, to be

09:01:53  7   clear on that, about 1 billion pallets per year into the

09:01:57  8   U.S. market.

09:01:58  9       Q.   So what would 1 percent of 1 billion pallets be?

09:02:04  10      A.   A lot.  Many millions.

09:02:10  11      Q.   So -- so it's fair to say that there are many

09:02:17  12   millions -- and I'll do the math later -- but many

09:02:21  13   millions of metal pallets put into service every single

09:02:24  14   year in this country?

09:02:25  15      A.   That's correct.

09:02:27  16      Q.   The Government lawyer just asked you about some

09:02:30  17   uses of aluminum pallets.

09:02:33  18           You discussed the use for food -- the food

09:02:37  19   industry, right, and pharmaceutical industry?

09:02:41  20      A.   I identified those as industries that would use

09:02:44  21   this pallet.  Yes.

09:02:46  22      Q.   What other industries would use a more durable,

09:02:50  23   stronger pallet?

09:02:53  24      A.   Well, quite a few.  If you're putting extremely

09:02:59  25   heavy weights on these pallets, you would use pallets of

09:03:04  1    these strength.

09:03:06  2              For example, Alcoa Aluminum, I designed

09:03:11  3    pallets for Alcoa Aluminum to hold 12,000 pounds of

09:03:14  4    coils.  I have designed pallets for Weirton Steel

09:03:18  5    tinplate.  These industries are shipping very, very

09:03:21  6    massive amounts of metal.  And so those pallets are

09:03:25  7    extremely strong.

09:03:27  8              DuPont Corian, another example of a very,

09:03:33  9    very heavy pallet to support an extremely heavy weight

09:03:35  10   of Corian slabs or countertops.

09:03:41  11             MS. POTASHNER:  I have no further questions.

09:03:44  12   Thank you, Your Honor.

09:03:45  13             THE COURT:  Any recross in that area?

09:03:46  14             MR. BERNSTEIN:  No, Your Honor.

09:03:47  15             THE COURT:  You may step down.

09:03:48  16             May this witness be excused?

09:03:52  17             MS. POTASHNER:  Yes, Your Honor.

09:03:52  18             THE COURT:  Counsel?

09:03:53  19             You're free to go.  Thank you very much for

          20   coming in.

09:03:56  21             Next witness.

09:03:58  22             MS. POTASHNER:  The defense would call Julia

09:04:02  23   Kezios.  And she is in the hallway.  If I may.

09:04:40  24             THE COURT:  Sure.

09:04:40  25             THE CLERK:  Good morning, Ms. Kezios.

09:04:44  1          Stand right here to be sworn, please.  That

09:04:49  2     is fine.  Please raise your right hand.

09:04:51  3          Do you solemnly swear the testimony you are

4     about to give in the matter now before the Court shall

5     be the truth, the whole truth and nothing but the truth

09:04:59  6     so help you God.

09:04:59  7                    THE WITNESS:  Yes.

09:05:00  8                    THE CLERK:  Thank you.  You may be seated.

09:05:16  9          You can remove your face cover for the

09:05:19  10    record.

09:05:20  11         State and spell your full for the record.

09:05:22  12                   THE WITNESS:  Julia Kezios.

13                    THE COURT:  Can you spell your last name.

14                    THE WITNESS:  K-e-z-i-o-s.

15                    THE COURT:  Thank you very much.

09:05:28  16         Counsel, you may inquire.

09:05:28  17                   **DIRECT EXAMINATION**

18    BY MS. POTASHNER:

09:05:32  19    Q.  Good morning, Ms. Kezios.

09:05:33  20    A.  Good morning.

09:05:34  21    Q.  Where do you currently work?

09:05:36  22    A.  I work for Alston International.

09:05:38  23    Q.  And in that capacity have you met Jasmine Wang?

09:05:46  24    A.  Yes.

09:05:47  25    Q.  And do you do any work for Ms. Wang?

09:05:50  1    A.  Yes, I do.

09:05:51  2    Q.  What sort of work do you do for her?

09:05:53  3    A.  I -- you know, she has a lot of personal

09:06:00  4  properties.  I kind of manage her personal properties.

09:06:03  5  Like sometimes I clean the house a little bit because it

09:06:07  6  is -- some of house are empty.  So pick up the mails.

09:06:12  7  Those kinds of jobs.

09:06:14  8    Q.  And so your job function is in -- when you say

09:06:18  9  personal property, do you mean like homes?

09:06:20  10   A.  Yes.  Homes, yes.

09:06:22  11   Q.  Not businesses?

09:06:23  12   A.  Not business.

09:06:25  13   Q.  And how long have you worked there?

09:06:28  14   A.  I worked 2014 until now.

09:06:34  15   Q.  Now, directing your attention to 2017, were you

09:06:40  16  ever instructed to shed documents?

09:06:46  17   A.  2017.  Yes, I was.  I was.

09:06:50  18   Q.  And who gave you that direction?

09:06:53  19   A.  Mrs. Wang.

09:06:56  20   Q.  And in terms of that direction, what direction

09:07:00  21  were you given?

09:07:02  22         MR. HSIEH:  Objection.  Calls for hearsay.

09:07:04  23         THE WITNESS:  I'm sorry, I don't understand

09:07:07  24  that.

09:07:07  25         MR. HSIEH:  Objection.  Calls for hearsay.

09:07:09  1                    THE COURT:  Overruled.

09:07:10  2                    THE WITNESS:  What does that mean?

          3    BY MS. POTASHNER:

09:07:13  4         Q.  What were you told to do with respect to the

09:07:15  5    documents?

09:07:16  6         A.  I was told, you know, because -- just like those

09:07:21  7    documents are old --

09:07:23  8                    THE COURT:  We just asked you:  What were

09:07:25  9    you told to do to the documents?

09:07:27  10                   THE WITNESS:  Shred documents.

          11   BY MS. POTASHNER:

09:07:30  12        Q.  And were you given instruction in terms of which

09:07:35  13   documents to maintain and which documents to shred?

09:07:38  14        A.  Yes.

09:07:39  15        Q.  What was that direction?

09:07:41  16                   MR. HSIEH:  Objection, hearsay, Your Honor.

09:07:45  17                   THE COURT:  Sustained.

          18   BY MS. POTASHNER:

09:07:46  19        Q.  Did you divide the documents you shredded into

09:07:50  20   different piles?

09:07:52  21        A.  They are in different boxes.

09:07:54  22        Q.  And which boxes of documents did you choose to

09:07:57  23   shred and which boxes of documents were maintained?

09:08:00  24        A.  She told me the --

09:08:03  25                   THE COURT:  Sustained.  You can't testify to

09:08:05  1   what somebody else told you.  That's hearsay.

09:08:10  2                   THE WITNESS:  Okay.

09:08:11  3                   THE COURT:  Next question.

09:08:13  4                   MS. POTASHNER:  Okay.  Your Honor.

          5   BY MS. POTASHNER:

09:08:13  6      Q.  Did you maintain certain documents?  In other

09:08:15  7   words, did you not shred certain documents?

09:08:18  8      A.  Yes.

09:08:19  9      Q.  Which documents did you not shred?

09:08:24  10     A.  The document that's not having been audit.

09:08:28  11     Q.  And was there a date associated with the

09:08:37  12  documents that you kept versus the documents that you

09:08:39  13  shredded?

09:08:40  14     A.  Yes.

09:08:41  15     Q.  What was that date?

09:08:42  16     A.  I think the document I shredded is from 2007 to

09:08:45  17  2011, '12 because these had been audit.

09:08:51  18                   THE COURT:  She only asked you what

09:08:53  19  documents you shredded.

09:08:54  20                   THE WITNESS:  Beyond that, I hadn't shred

09:08:57  21  anything.

09:08:57  22                   THE COURT:  You said 2000 and what?

09:08:59  23                   THE WITNESS:  2007 to 2011, '12, shredded.

09:09:04  24  Past that, I didn't shred anything.

          25                   THE COURT:  Okay.  Go ahead, Counsel.

BY MS. POTASHNER:

09:09:07     Q.   What was the significant of the date that you

09:09:10 used to determine which documents were maintained versus

09:09:14 which documents were shredded?

09:09:16            MR. HSIEH:  Objection.  Speculation.

09:09:18 Relevance.  Calls for hearsay.

09:09:21            THE COURT:  It may be stricken.  You may

09:09:26 want to ask the question again.

09:09:27 BY MS. POTASHNER:

09:09:28     Q.   If you know, what was the significance of the

09:09:31 date that you used to determine which documents to keep

09:09:34 and which documents to shred?

09:09:37     A.   The document shredded had already been audit.

09:09:41            THE COURT:  Sustained.

09:09:44            Well, maybe not.  How did you know that?

09:09:46 Were you part of the audit?

09:09:47            THE WITNESS:  No.

09:09:48            THE COURT:  That's just something somebody

09:09:50 told you?

09:09:51            THE WITNESS:  Yeah, yeah.

09:09:52            THE COURT:  Sustained.

09:09:53            MR. HSIEH:  Move to strike the response.

09:09:54            THE COURT:  It will be stricken.

09:09:56 BY MS. POTASHNER:

09:09:57     Q.   The documents that were dated beyond -- the

09:10:00  1    documents that were dated from 2013 forward, like 2014,

09:10:05  2    '15, '16, '17, what did you do with those documents?

09:10:10  3        A.   They in boxes at the -- her personal properties.

09:10:15  4        Q.   Did you organize them in any way?

09:10:18  5        A.   Yes.

09:10:18  6        Q.   And -- oh, I should have asked you this:   Where

09:10:24  7    were you located when you were shredding the documents

09:10:26  8    that were dated 2011 or earlier?   Where were you

09:10:31  9    located?

09:10:32  10       A.   10925 Silverado Terrace.

09:10:37  11       Q.   Is that a business or residence?

09:10:39  12       A.   Residence.

09:10:40  13       Q.   Now, back to the question I just asked you, the

09:10:44  14   documents that were maintained, where are they now?

09:10:50  15       A.   They are separate in different houses.

09:10:53  16       Q.   Have they been shredded since --

09:10:56  17       A.   No.

09:10:57  18       Q.   -- to your knowledge?

09:11:00  19       A.   No.

09:11:00  20       Q.   Was there anyone else present during the

09:11:03  21   shredding of these documents that predated 2011?   Did

09:11:11  22   anyone help you with the shredding?

09:11:12  23       A.   Yes.   Yes.   Mrs. Wang was there.   And then Zhung

09:11:19  24   Chao was there.

09:11:22  25       Q.   Okay.   You were doing it together?

09:11:24   1    A.   Yes.

09:11:24   2    Q.   Were you discussing how to organize the documents

09:11:28   3    and select the documents while the shredding was

09:11:31   4    occurring?

09:11:32   5              MR. HSIEH:   Objection.   Calls for hearsay.

09:11:35   6              THE COURT:   Overruled.

09:11:36   7              THE WITNESS:   I don't remember.

           8    BY MS. POTASHNER:

09:11:37   9    Q.   What types of documents were being shredded --

09:11:40   10             MR. HSIEH:   Objection.   Asked and answered.

09:11:43   11   BY MS. POTASHNER:

09:11:43   12   Q.   -- if you know.

09:11:45   13             THE COURT:   You -- overruled.

09:11:46   14             You can describe the documents that you're

09:11:48   15   shredding, not what somebody told you.

09:11:51   16             THE WITNESS:   It's like, um, I think bank

09:11:54   17   statements, utility bills, that sort of thing.

           18   BY MS. POTASHNER:

09:12:01   19   Q.   Relating to --

09:12:03   20   A.   Relating to the -- all of their personal

09:12:09   21   properties.

09:12:09   22   Q.   And by personal properties do you mean homes?

09:12:12   23   A.   Homes, yes.   Residential homes, yes.

09:12:15   24   Q.   Did you go to a second location for documents?

09:12:17   25   A.   Yes.

09:12:18  1      Q.   Where was that?

09:12:19  2      A.   It's at 2355 Portrait Way.

09:12:24  3      Q.   Is that an address of a home or a business?

09:12:27  4      A.   Home.

09:12:28  5      Q.   And what did you do in terms of shredding there?

09:12:36  6           THE COURT:  Did you shred documents there

09:12:37  7  also?

09:12:38  8           THE WITNESS:  Yes.  Yes.

09:12:42  9           MS. POTASHNER:  Your Honor has more

09:12:44  10  experience at this than me.

          11  BY MS. POTASHNER:

09:12:46  12      Q.   So you shredded documents there.

09:12:48  13           How did you organize the documents which you

09:12:50  14  shredded versus the ones that you maintained?

09:12:53  15           MR. HSIEH:  Objection.  Foundation.  Assumes

09:12:56  16  she organized.

09:12:57  17           THE COURT:  Overruled.

09:12:57  18           Do you organize what documents to shred or

09:12:58  19  not?

09:12:58  20           THE WITNESS:  They are in different boxes.

09:13:01  21           THE COURT:  Did somebody tell you what to

09:13:02  22  shred?

09:13:03  23           THE WITNESS:  Yes.

09:13:03  24           THE COURT:  You can only testify to what you

09:13:05  25  saw, not what somebody told you.

```
 1                    Go ahead, Counsel.
 2    BY MS. POTASHNER:
 3       Q.  So someone told you which ones to shred and which
 4    ones to preserve?
 5       A.  Yes.
 6       Q.  Who was that?
 7       A.  Mrs. Wang.
 8                    MR. HSIEH:  Objection.  Calls for --
 9                    THE COURT:  Overruled.
10    BY MS. POTASHNER:
11       Q.  I'm sorry, I didn't hear your answer.
12       A.  Jasmine Wang.
13       Q.  Jasmine Wang?
14       A.  Yes, Jasmine Wang.
15       Q.  Okay.  So after Jasmine Wang gave you that
16    direction, which documents did you not shred -- and I
17    apologize for the negative.  Which documents did you
18    preserve?
19       A.  2013 and beyond.  2012.  Yeah.  Just the one --
20    yeah.  Not audit one.
21       Q.  The ones that have not been subject to audit?
22       A.  Yeah, yeah.
23       Q.  To the best of your recollection, that date was
24    2012, 2013, somewhere in that range?
25       A.  I think so.
```

09:13:54   1      Q.   Now, what did you do with the documents that you

09:13:55   2   did not shred?

09:13:57   3      A.   They are still in all the residential properties.

09:14:03   4           THE COURT:   What did you do with them?

09:14:04   5           THE WITNESS:   They are in a box.

           6   BY MS. POTASHNER:

09:14:06   7      Q.   After you put them in the box, what did you do

09:14:08   8   with them?

09:14:10   9      A.   They are still in the box.

09:14:12  10           THE COURT:   Did somebody else do something

09:14:13  11   with them?   Or did you do something with the boxes

09:14:16  12   afterwards?

09:14:17  13           THE WITNESS:   They are still in the boxes.

09:14:21  14           THE COURT:   Do you take the boxes anywhere?

09:14:23  15           THE WITNESS:   Yes.   Because she

09:14:25  16   has multiple.

09:14:26  17           THE COURT:   Did you talk the boxes anywhere?

09:14:28  18           THE WITNESS:   Yes, I did.

09:14:29  19           THE COURT:   You yourself?

09:14:31  20           THE WITNESS:   Yes, I did.

          21   BY MS. POTASHNER:

09:14:32  22      Q.   Where did you take them?

09:14:33  23      A.   I take to the -- because sometimes I worked in

09:14:37  24   2375 Portriat Way, that's another personal property, so

09:14:42  25   I take them to there and sort out of files.

09:14:45  1          THE COURT:  Okay.

09:14:47  2          THE WITNESS:  Because I pick up the files

09:14:49  3  every day.  The mail, too, every day.

09:14:53  4          MS. POTASHNER:  May I have one moment, Your

09:14:54  5  Honor?

09:14:55  6          THE COURT:  Sure.

         7  BY MS. POTASHNER:

09:14:58  8     Q.  Oh, the second location, that home location you

09:15:00  9  gave the address, what type of documents, apart from the

09:15:05  10  age, what types of documents were being shredded?

09:15:08  11     A.  Utility bills, bank statements.

09:15:12  12     Q.  Did they all relate to the personal properties?

09:15:15  13     A.  Yes.

09:15:16  14     Q.  Did you shred any business documents?

09:15:19  15     A.  No.

09:15:29  16          MS. POTASHNER:  Thank you.  I have no

09:15:30  17  further questions.

09:15:32  18          THE COURT:  Cross?

09:15:34  19          MR. HSIEH:  Yes, Your Honor.

09:15:39  20          THE CLERK:  Real quickly, I will just remind

09:15:42  21  everyone, make sure your phones are on off.  I keep

09:15:46  22  hearing little alerts.

08:53:10  23                **CROSS-EXAMINATION**

         24  BY MR. HSIEH:

09:15:49  25     Q.  Good morning, Ms. Kezios.

09:15:51    1        A.   Good morning.

09:15:52    2        Q.   You're still employed by Mrs. Wang?

09:15:53    3        A.   Yes.

09:15:54    4        Q.   She pays your salary?

09:15:55    5        A.   Yes.

09:15:55    6        Q.   When you testified on direct about shredding some

09:15:59    7   documents at Mrs. Wang's request, that was the day after

09:16:02    8   a search warrant was executed; is that right?

09:16:06    9             THE COURT:   If you know.

09:16:07   10             THE WITNESS:   Well, I think so.

           11   BY MR. HSIEH:

09:16:11   12        Q.   A search warrant at Alston; is that right?

09:16:12   13        A.   I think so.

09:16:14   14        Q.   And -- where Mrs. Wang works at Alston; is that

09:16:18   15   right?

09:16:18   16             MS. POTASHNER:   Objection.  Foundation.

09:16:20   17             THE COURT:   Sustained.

09:16:21   18             THE WITNESS:   I think so.

09:16:22   19             THE COURT:   Sustained.  Next question.

           20   BY MR. HSIEH:

09:16:24   21        Q.   Ms. Kezios, you work as a personal assistant for

09:16:29   22   a Ms. Wang; is that right?

09:16:30   23        A.   If -- my main -- main job is manage the houses.

09:16:36   24             THE COURT:   Okay.

09:16:38   25             THE WITNESS:   And I don't --

09:16:39   1          THE COURT:  You don't get involved in the

09:16:41   2     work, just the houses?

09:16:42   3          THE WITNESS:  Yeah.  I don't get involved

09:16:44   4     with the work.

           5     BY MR. HSIEH:

09:16:45   6          Q.  And you shredded for hours; is that right?

09:16:47   7          A.  Yes.

09:16:47   8          Q.  That was at two locations?

09:16:49   9          A.  Yes.

09:16:49  10          Q.  And you're not a CPA, is that right, certified

09:16:52  11     public accountant.

09:16:53  12          A.  No, I'm not.

09:16:54  13          Q.  You didn't participate in any audit that you

09:16:57  14     described?

09:16:57  15          A.  No.

09:16:58  16          Q.  And Shawn Li was there for hours as well.

09:17:02  17          A.  Yes.

09:17:02  18          Q.  You didn't see every single documents that Shawn

09:17:05  19     shredded?

09:17:06  20          A.  I didn't see anything.

09:17:07  21          Q.  You shredded with Shawn Li again at a second

09:17:12  22     location for hours?

09:17:13  23          A.  I'm sure I was there.  But the Shawn, I don't

09:17:18  24     remember if he is there or not.  I don't remember that.

09:17:22  25     It's been so long.

09:17:23  1    Q.  But regardless, you didn't see all the documents

09:17:27  2  that Shawn shredded; is that right?

09:17:30  3    A.  I didn't see anything.

09:17:32  4        MR. HSIEH:  No further questions.

09:17:33  5        THE COURT:  Redirect?

09:05:28  6                **REDIRECT EXAMINATION**

09:17:37  7  BY MS. POTASHNER:

09:17:39  8    Q.  Shawn Li was there when Ms. Wang gave you the

09:17:41  9  directions about which documents to preserve and which

09:17:44  10  documents to shred; is that right?

09:17:48  11    A.  Shawn Li give the direction?

09:17:49  12    Q.  No.  I'm sorry.  Shawn Li was present when

09:17:53  13  Jasmine Wang gave the directions as to which documents

09:17:56  14  to shred and which documents to preserve; is that right?

09:18:00  15    A.  Yes.

09:18:01  16    Q.  Now, you were first interviewed by the Government

09:18:07  17  back in February of 2019; is that right?

09:18:11  18    A.  Yes.

09:18:11  19    Q.  And you told the Government about the process

09:18:17  20  that you went through shredding and preserving; is that

09:18:22  21  right?

09:18:22  22        MR. HSIEH:  Objection.  Calls for hearsay.

09:18:24  23  Asked and answered.  Beyond the scope.

09:18:25  24        THE COURT:  It is beyond the scope.

09:18:29  25        MS. POTASHNER:  No further questions.

| | | |
|---|---|---|
| 09:18:32 | 1 | MR. HSIEH:  No further cross-examination. |
| 09:18:35 | 2 | THE COURT:  You may step down.  Thank you |
| 09:18:35 | 3 | very much for coming in.  You're excused at this time. |
| 09:18:38 | 4 | I spoke too soon.  Should she remain or be |
| 09:18:41 | 5 | excused? |
| 09:18:41 | 6 | MS. POTASHNER:  That's fine.  Thank you, |
| 09:18:43 | 7 | Your Honor. |
| 09:18:43 | 8 | MR. HSIEH:  Excused. |
| 09:18:44 | 9 | THE COURT:  Okay.  You're excused at this |
| 09:18:45 | 10 | time.  Thank you very much. |
| 09:18:48 | 11 | Okay.  Next witness. |
| 09:18:50 | 12 | MR. RUYAK:  Your Honor, defense calls |
| 09:18:53 | 13 | Dr. Denis Simon. |
| 09:19:07 | 14 | THE CLERK:  Good morning, Dr. Simon.  Right |
| 09:19:09 | 15 | here to be sworn, please.  That's fine. |
| 09:19:14 | 16 | Can you please raise your right hand. |
| 09:19:15 | 17 | Do you solemnly swear the testimony you are |
| | 18 | about to give in the matter now before the Court shall |
| | 19 | be the truth, the whole truth and nothing but the truth |
| | 20 | so help you God.  Please be seated.  Would you please |
| 09:19:18 | 21 | state and spell your full name for the record. |
| 09:19:18 | 22 | THE WITNESS:  I do. |
| 09:19:23 | 23 | THE CLERK:  Thank you.  You may be seated. |
| 09:19:41 | 24 | May I please ask that you state your full name for the |
| 09:19:44 | 25 | record and spell your last name. |

| | | |
|---|---|---|
| 09:19:45 | 1 | THE WITNESS:  Denis Fred Simon. |
| 09:19:48 | 2 | THE COURT:  Last name spelled?  Last name |
| 09:19:51 | 3 | spelled? |
| 09:19:52 | 4 | THE WITNESS:  D-e-n-i-s. |
| 09:19:54 | 5 | THE COURT:  Last name. |
| 09:19:55 | 6 | THE WITNESS:  Simon, S-i-m-o-n. |
| 09:19:57 | 7 | THE COURT:  Thank you.  You may inquire, |
| 09:19:59 | 8 | Counsel. |
| 09:19:59 | 9 | MR. RUYAK:  Thank you, Your Honor. |
| 09:05:28 | 10 | **DIRECT EXAMINATION** |
| | 11 | BY MR. RUYAK: |
| 09:20:01 | 12 | Q.  Dr. Simon, where do you live? |
| 09:20:03 | 13 | A.  Durham, North Carolina. |
| 09:20:05 | 14 | Q.  And who's your current employer? |
| 09:20:07 | 15 | A.  Duke University. |
| 09:20:09 | 16 | Q.  And what positions do you currently hold at Duke |
| 09:20:13 | 17 | University? |
| 09:20:13 | 18 | A.  I currently hold three positions.  I'm the senior |
| 09:20:17 | 19 | advisor to the president of Duke for China affairs.  I'm |
| 09:20:20 | 20 | the executive director of the Center for Innovation |
| 09:20:24 | 21 | Policy.  And I'm also a professor in the Fuqua School of |
| 09:20:29 | 22 | Business, professor of China business and technology. |
| 09:20:34 | 23 | Q.  Tell me a little bit about your educational |
| 09:20:37 | 24 | background.  Where did you first get your first degree, |
| 09:20:40 | 25 | undergraduate? |

09:20:40   1      A.   My first -- I only have one undergraduate degree.

09:20:44   2   And it was from the State University of New York at the

09:20:46   3   New Paltz campus.

09:20:48   4      Q.   What year was that?

09:20:49   5      A.   1970.

09:20:51   6      Q.   And where did you go from there?

09:20:54   7      A.   I mean, excuse me, 1974.  I'm sorry.  1974.

09:20:58   8      Q.   You're making yourself a little older than you

09:21:01   9   are.

09:21:01  10      A.   Yes.

09:21:02  11      Q.   Where did you go from there in terms of --

09:21:03  12      A.   So from there I went to University of California

09:21:06  13   Berkeley.  I received a master's in Asian studies and a

09:21:11  14   Ph.D. in political science.  The master's was in '75.

09:21:15  15   And the Ph.D. was 1980.

09:21:18  16      Q.   And from those degrees, where were you employed

09:21:23  17   right after that?

09:21:24  18      A.   I worked at MIT, Massachusetts Institute of

09:21:29  19   Technology, as an assistant professor in the Sloan

09:21:33  20   School of Management.

09:21:35  21      Q.   And have you actually had some professorships

09:21:38  22   since then in other universities?

09:21:40  23      A.   Yes.  In several universities.  I was at the

09:21:44  24   Fletcher School of Law and Diplomacy at Tufts

09:21:49  25   University.  I was back at SUNY again.  And then I was

09:21:54   1   at Penn State, the School of International Affairs.  And

09:21:58   2   then from there to University of Arizona -- Arizona

09:22:02   3   State University.  And then on to Duke.

09:22:05   4       Q.  Have you also lectured at other universities?

09:22:09   5       A.  Yes.  I have taught courses, everything from

09:22:12   6   International Business Strategy to China business

09:22:16   7   courses, including courses on Chinese management, and

09:22:20   8   even Chinese politics.

09:22:22   9       Q.  Have you lived in China?

09:22:24   10      A.  Yes.  I actually lived in China on three

09:22:27   11  different occasions.  And if you include Taiwan, on four

09:22:31   12  different occasions.

09:22:32   13          So I would have lived there a total of about

09:22:35   14  15 years on the ground.

09:22:37   15      Q.  When you were in China, were you also teaching on

09:22:43   16  those occasions you lived there?

09:22:44   17      A.  Not really.  My -- I held two different kinds of

09:22:49   18  jobs.

09:22:49   19          The first two times I was the senior manager

09:22:55   20  in Andersen Consulting, and then the founding president

09:22:59   21  of Monitor Group.  These are two very high level

09:23:03   22  strategic management consulting companies.  And I was

09:23:07   23  brought out there to run those operations for those

09:23:09   24  firms.

09:23:09   25          And then most recently, from 2015 to 2020, I

09:23:14  1   was the executive vice chancellor of Duke Kunshan

09:23:19  2   University which is a joint venture university between

09:23:22  3   Duke Wuhan University and the city of Kunshan.

09:23:27  4       Q.   Now just for a moment you talked about Monitor

09:23:28  5   and Andersen Consulting.  Are those organizations that

09:23:31  6   actually consult with companies who are doing business

09:23:33  7   in China?

09:23:34  8       A.   Yes.  Actually -- well, both those firms have

09:23:40  9   actually some unique qualities.  Not only do they have

09:23:43 10   multinational clients, but they've also been one of the

09:23:47 11   first pioneers in actually getting Chinese clients as

09:23:49 12   well.

09:23:49 13            So our client base during those periods of

09:23:52 14   time where it started was almost a hundred percent with

09:23:56 15   foreign companies.  It eventually grew to something like

09:24:00 16   70/30 where we started bringing in Chinese clients.

09:24:05 17            MR. RUYAK:  Your Honor, I would like to

09:24:07 18   offer Dr. Simon as an expert in Chinese business and

09:24:10 19   also in general business consulting.

09:24:14 20            THE COURT:  He will qualify.

09:24:17 21   BY MR. RUYAK:

09:24:18 22       Q.   Dr. Simon, did you prepare a PowerPoint with some

09:24:22 23   demonstrative slides for purposes of your testimony

09:24:26 24   today?

09:24:26 25       A.   Yes, I did.

09:24:28    1          MR. RUYAK:  Your Honor, I would like use the

09:24:30    2   slides with his testimony.

09:24:32    3          THE COURT:  Okay.

           4   BY MR. RUYAK:

09:24:39    5   Q.  Let's look at the first slide.  This is you.  And

09:24:42    6   it has some detail here on your background.  We'll skip

09:24:45    7   that slide because we've gone through it.

09:24:48    8          The first thing I want to ask you about is

09:24:50    9   to talk a little bit about the brief history to give us

09:24:53   10   some background in this case.

09:24:55   11          Could you describe for me some of what you

09:24:58   12   know from your experience was going on in terms of the

09:25:02   13   China economy, particularly given the reforms in China.

09:25:09   14   A.  So since 1978, we have seen China literally

09:25:15   15   transform its economy from a back lord [sic] lagger

09:25:20   16   economy into one of the world's most dynamic economies.

09:25:24   17   Chinese GBP right now is the second largest in the

09:25:29   18   world.  And estimates are that somewhere around 2035 it

09:25:32   19   may even reach the level of the United States.

09:25:33   20          And during that time, China has built up a

09:25:37   21   substantial manufacturing capability.

09:25:40   22          I visited China the first time in 1981.

09:25:44   23   China did not have much of an industrial base at that

09:25:48   24   time.

09:25:48   25          But by the year 2000, it had already become

09:25:52   1   a major hub for manufacturing.  And it already had

09:25:55   2   started to begin a major exporter.

09:25:59   3              Foreign trade prior to this time had not

09:26:02   4   been an important part of the Chinese economy.  But

09:26:06   5   gradually it became more -- a more integral part.

09:26:11   6      Q.  And you're talking about sort of the

09:26:13   7   modernization here.

09:26:17   8              What drove the modernization in China?

09:26:21   9              MS. KUMAR:  Objection, Your Honor.

09:26:23   10  Relevance.

09:26:23   11             THE COURT:  Sustained.

09:26:25   12  BY MR. RUYAK:

09:26:26   13     Q.  In terms of China and companies operating in

09:26:28   14  China, what was, in your experience, based on companies

09:26:36   15  that are beginning and operating and growing in China,

09:26:38   16  what was the role of public companies?

09:26:43   17     A.  So public companies gradually came on to the

09:26:48   18  scene really in the late mid to late 1990s.  And they

09:26:54   19  were really the product of Chinese integration into

09:26:58   20  global capital markets.  As China opened up, the Chinese

09:27:04   21  government decided to allow these so-called semi-private

09:27:09   22  companies in a sense to go to the capital markets to

09:27:13   23  secure funding.

09:27:14   24     Q.  Let's get to the period of time we are talking

09:27:17   25  about here with that background.

09:27:19    1          And I want to focus on 2009 which is a date
09:27:23    2    that is important in this case because we are talking
09:27:24    3    about a particular company going public that year,
09:27:28    4    through about 2015 or so.
09:27:30    5          What were the economic forces in China
09:27:34    6    during that period of time for companies located in
09:27:37    7    China?
09:27:38    8          MS. KUMAR:  Objection, Your Honor.
09:27:39    9    Relevance.
09:27:40   10          THE COURT:  You have to be more --
09:27:42   11    sustained.
09:27:43   12          But you can get into it in more specifics,
09:27:46   13    Counsel.
09:27:46   14          MR. RUYAK:  Yes, Your Honor.  I'm trying to.
09:27:48   15    But I needed a little background on that.
           16    BY MR. RUYAK:
09:27:52   17    Q.  So what were the -- are you familiar with the
09:27:53   18    Chinese plan process in China?
09:27:55   19    A.  Yes, I am.
09:27:56   20    Q.  Were there plans in place in China that regulated
09:27:59   21    or drove Chinese companies located in China during this
09:28:04   22    period, 2009 to '15?
09:28:06   23    A.  Yes.  The most integral part of the Chinese
09:28:09   24    economic policy process are these five-year economic
09:28:13   25    plans.

09:28:13  1              And during the period you indicated, there

09:28:17  2    were two; the 11th five-year plan which went from 2006

09:28:21  3    to 2010, and then the 12th five-year plan which went

09:28:25  4    from 2011 to 2015.

09:28:29  5    Q.   Okay.  Now, I want to focus on the 2011 to '15,

09:28:33  6    the time in which the companies we're talking about here

09:28:36  7    in China were operating.

09:28:37  8              What was the focus of the five-year plan in

09:28:40  9    China?

09:28:41  10             MS. KUMAR:  Objection.  Your Honor.

09:28:42  11   Relevance.

09:28:43  12             THE COURT:  Overruled.

09:28:44  13             THE WITNESS:  So the plan during the

09:28:45  14   first -- the 11th five-year plan really had been a plan

09:28:49  15   that started to focus China on becoming much more of an

09:28:53  16   innovation-driven economy.

09:28:55  17             And that was to move -- start to move into

09:28:58  18   higher value-added industries; move up the value chain;

09:29:01  19   increase spending on research and development.  And

09:29:04  20   basically get out of the simple factory to the world of

09:29:08  21   producing toys and shoes and producing much more

09:29:11  22   sophisticated products.

09:29:13  23   Q.   So the 12th five-year plan I think you said was

09:29:16  24   2011 through '15.

09:29:18  25             Did that focus change during the period of

09:29:21  1    time we're talking about here?

09:29:22  2        A.   Well, actually it extended out.  Actually it

09:29:26  3    amplified this transition.  And the two words that have

09:29:29  4    been used quite often were "clean and green."  Clean

09:29:33  5    energy and also more environmentally sensitive in terms

09:29:38  6    of the product mix and the types of products coming out

09:29:42  7    of the economy.

09:29:43  8        Q.   So I want to focus right now on 2009.  That is a

09:29:48  9    time period that is important to this case.  And during

09:29:56  10   2009, what was your experience -- what were you doing in

09:29:59  11   2009?  Who were you employed by and what were you doing

09:30:03  12   in that period?

09:30:03  13       A.   2009, I was at Penn State University in the

09:30:07  14   School of International Affairs.  I headed something

09:30:10  15   called the Center for the Chinese Economy and -- Chinese

09:30:16  16   Political Economy.

09:30:18  17       Q.   When were you employed by the two consulting

09:30:23  18   firms, Andersen Consulting and Monitor?

09:30:26  19       A.   1995 to 2000 for Andersen.  And then from 2001 to

09:30:34  20   2002, for two years, for Monitor Group.

09:30:37  21       Q.   So based upon your experience, both researching

09:30:42  22   and teaching but also having those experiences in

09:30:46  23   consulting firms, what were the opportunities in China

09:30:52  24   that investors viewed from your perspective during that

09:30:55  25   period of time in 2009?

09:30:56   1        A.   So by 2009, China had become a member of the WTO.

09:31:01   2    And the Chinese --

09:31:03   3        Q.   Wait a minute.   What's the WTO?

09:31:05   4        A.   World Trade Organization.

09:31:07   5             Okay.   Which meant that China more or less

09:31:09   6    was agreeing to play by the rules and the norms and the

09:31:13   7    regulations that had been established in the

09:31:16   8    international economic system in the post-war period.

09:31:19   9    And they agreed to play by those rules.   Gradually.   But

09:31:24  10    nonetheless they agreed.

09:31:26  11             But more importantly, inside the domestic

09:31:29  12    economy the business environment was becoming much more

09:31:33  13    normalized.   It was an increased exposure in terms of

09:31:37  14    integration with the world economy.   And overall, the

09:31:42  15    rule of law was becoming much more important --

09:31:45  16             THE COURT:   I'm sorry, I'm going to stop you

09:31:47  17    there.   It wasn't responsive to the question.

09:31:50  18             Why don't you ask the question again.

09:31:52  19             MR. RUYAK:   Dr. Simon, please keep your

09:31:56  20    answers shorter, please.

09:31:56  21             THE COURT:   And responsive to the question.

09:31:58  22             Listen very carefully to the questions he's

09:32:00  23    asking.

09:32:09  24    BY MR. RUYAK:

09:32:09  25        Q.   So did you -- when you were in China and also in

09:32:13  1   other places, did you advise companies on making

09:32:16  2   investments in China?

09:32:17  3       A.  Yes, I did.

09:32:18  4       Q.  From your experience, what were the opportunities

09:32:21  5   that you saw and your client saw investing in the

09:32:26  6   Chinese economy in this period around 2009?

09:32:29  7       A.  So the Chinese economy was coming out of the

09:32:32  8   global financial crisis.  And there were big

09:32:38  9   opportunities, because the Government had a big recovery

09:32:40  10  plan.  And the economy was about to enter a boom stage

09:32:45  11  actually.

09:32:46  12      Q.  Were there certain things that investors looked

09:32:49  13  for at that time?  You looked for it, advising investors

09:32:53  14  in what they should look for investing in Chinese

09:32:58  15  companies in 2009?

09:32:59  16      A.  One of the most important things is that these

09:33:01  17  companies were in alignment with the Government's

09:33:03  18  priorities as they were spelled out in these five-year

09:33:08  19  plans.

09:33:10  20              MR. RUYAK:  Let's skip two slides up.  Next

09:33:15  21  line.

09:33:16  22      Q.  Now, in the course of your preparation for your

09:33:18  23  testimony today, did you review all of China Zhongwang,

09:33:21  24  the public company's, annual reports from 2009 to 2017?

09:33:26  25      A.  Yes.  I read them very closely.

09:33:29  1    Q.  And did you analyze those annual reports on what

09:33:35  2    the strategic movements were of the company and what it

09:33:39  3    intended to do during this period of time?

09:33:43  4    A.  Yes, I did.

09:33:43  5    Q.  What did you find in terms of reviewing these

09:33:46  6    annual reports?

09:33:46  7          MS. KUMAR:  Objection, Your Honor.  Not a

09:33:48  8    hypothetical --

09:33:49  9          THE COURT:  Sustained.

09:33:51  10         When I say "sustained," you don't answer.

09:33:53  11   If I say "overruled," you do.

09:33:55  12         So that's sustained.

09:33:56  13         Next question.

          14   BY MR. RUYAK:

09:33:59  15   Q.  So a hypothetical, if you're reviewing a

09:34:02  16   company's annual reports and those company annual

09:34:05  17   reports show that that company was looking toward

09:34:08  18   developing more domestic customers than external

09:34:13  19   customers, how did that fit in with the environment in

09:34:16  20   China at this period of time?

09:34:18  21   A.  Well, for most companies, the big win for China

09:34:21  22   was always the market of 1 billion.  So the domestic

09:34:25  23   market always was the big attraction for most companies,

09:34:27  24   even for Chinese companies.

09:34:30  25   Q.  Was that consistent with the five-year plans in

09:34:36    1    China at that time?

09:34:36    2        A.   If they were following the five-year plans, they

09:34:38    3    would have invested in industries that were the big, you

09:34:43    4    know, target of these five-year plans.

09:34:47    5        Q.   Okay.  So let's turn to another issue.  Let's

09:34:49    6    turn to the issue of Chinese companies becoming public.

09:34:54    7             Are you familiar with that scenario where a

09:34:56    8    Chinese company that was private in China moves to the

09:35:03    9    stock exchange in Hong Kong and becomes public?

09:35:05   10        A.   Yes.

09:35:06   11        Q.   Did you observe actual instances when those

09:35:09   12    companies did that while you were there in China?

09:35:13   13        A.   Yes.

09:35:14   14        Q.   And from your experience, why did the Chinese

09:35:19   15    companies that are private go to Hong Kong to become

09:35:24   16    public?

09:35:24   17        A.   The first and most important reason is to attract

09:35:27   18    investment and gain access to capital.  That would be

09:35:30   19    the biggest priority.

09:35:33   20             But two other things is that they would also

09:35:36   21    gain some credibility because they were adhering to the

09:35:39   22    Hong Kong Stock Exchange, their regulations, and also to

09:35:44   23    some degree to reduce exposure to the political

09:35:47   24    uncertainties that were in China.

09:35:49   25        Q.   From your experience, is the Hong Kong Stock

09:35:54  1    Exchange a respected stock exchange in the world?

09:36:00  2        A.  Is it a what?

09:36:01  3        Q.  Respected.

09:36:06  4        A.  Highly respected.

09:36:07  5        Q.  Moving from private to public, companies going

09:36:10  6    public and issuing stock to shareholders, do those

09:36:15  7    companies give some of their autonomy up, their ability

09:36:18  8    to operate when they become a public company?

09:36:20  9        A.  Could you repeat that again?

09:36:21  10       Q.  Yes.  When companies go from private to public,

09:36:25  11   do they give up some of that autonomy they had as a

09:36:29  12   private company and give some of that public when they

09:36:32  13   become public.

09:36:33  14       A.  Yes.  Basically they make a trade-off.  They

09:36:35  15   won't have access to capital in making that choice.  And

09:36:40  16   they accept the rules, the regulations regarding what

09:36:43  17   the listing would require on an ongoing basis.  It

09:36:47  18   changes the culture and the operating mode inside the

09:36:50  19   company.

09:36:51  20       Q.  Have you prepared a slide to show us what

09:36:55  21   actually that means in terms of --

09:36:55  22       A.  Yes.  Here it is.  Okay.

09:36:58  23       Q.  And let's look at this slide.  And I see you have

09:37:01  24   the private company in the arrow.

09:37:04  25                   What does that mean?

09:37:05  1    A.   That is the transition of a company in China from

09:37:08  2  being a purely domestically funded company to a company

09:37:15  3  now that goes to the international capital market.   In

09:37:19  4  this case the yellow dot is pointing to Hong Kong.

09:37:22  5    Q.   You got a title there:  Hong Kong Stock Exchange

09:37:25  6  Requirements and Regulations.

09:37:26  7           I'd like to go through some of those so you

09:37:29  8  can explain it.  The first thing you had was "Financial

09:37:31  9  disclosure requirements."

09:37:32 10           What does that mean?  Is that a requirement

09:37:36 11  of the Hong Kong Stock Exchange?

09:37:38 12           MS. KUMAR:  Objection, Your Honor.

09:37:40 13  Relevance as to Hong Kong Stock Exchange rules.

09:37:44 14           THE COURT:  Overruled.

09:37:45 15           THE WITNESS:  So by virtue of listing,

09:37:46 16  again, the company agrees to accept all of these new

09:37:49 17  requirements and regulations as part of its operation.

09:37:52 18           So financial disclosure means that it can't

09:37:55 19  have, you know, a set of hidden books under the table

09:37:58 20  while -- you know, which is the real books.  They

09:38:01 21  basically have to disclose exactly what's going on in

09:38:13 22  the company.

         23  BY MR. RUYAK:

09:38:13 24    Q.   Okay.  And you say, "The board must have

09:38:13 25  independent directors."

09:38:13  1          What do you mean by that?

09:38:13  2     A.   So these people that are asked to serve on the

09:38:14  3  board must have an arm's length relationship with the

09:38:17  4  company.  They are not linked in any way.

09:38:19  5          And then they have a fiduciary

09:38:21  6  responsibility or a legal responsibility to act in good

09:38:24  7  faith in terms of reporting what the company is doing

09:38:28  8  and the -- what do you call it -- acknowledging that it

09:38:33  9  is true to the best of their knowledge.

09:38:35 10     Q.   The next one you have is "Audit committee.  All

09:38:39 11  independent directors."

09:38:40 12          First of all, what is an audit committee?

09:38:42 13  And what does it do?

09:38:43 14     A.   So the audit committee is a vehicle that is used

09:38:46 15  to certify the accuracy of the information that's being

09:38:51 16  provided, both to the Hong Kong Stock Exchange and also

09:38:55 17  to the investors.

09:38:57 18     Q.   And it says, "The audit committee of the board

09:39:01 19  has to have all independent directors."

09:39:03 20          Why is that important?

09:39:04 21     A.   Because again, these are people that don't

09:39:07 22  necessarily have insider knowledge.  They're looking at

09:39:10 23  this from an objective point of view.

09:39:13 24          And they are people who are obliged then to

09:39:17 25  indicate that these -- the information being provided is

09:39:21   1   logical, reasonable and to the best of their knowledge,

09:39:24   2   you know, is what the company actually has done.

09:39:27   3       Q.  And the next thing says, "Audited by 'Big Four'

09:39:30   4   accounting firms."

09:39:31   5               What do you mean by that?

09:39:32   6       A.  Okay.  So all of this activity in terms of

09:39:36   7   financial disclosure, reporting, et cetera, that comes

09:39:41   8   out is eventually certified by virtue of the Hong Kong

09:39:46   9   stock exchange requirement, by one of the world's top

09:39:51   10  independent accounting firms.  There used to be eight,

09:39:54   11  now there's only four.  But one of these -- I think KPMG

09:39:59   12  is the common one.

09:39:59   13              THE COURT:  I'm sorry.  You're going past

           14  the question.

           15  BY MR. RUYAK:

           16      Q.  Have you actually participated --

09:40:03   17              THE COURT:  It's tough being a witness.  But

09:40:05   18  you have to do it by question and answer rather than

09:40:07   19  getting into a narrative.

09:40:10   20              THE WITNESS:  Okay.

09:40:11   21              MR. RUYAK:  Thank you, Your Honor.

           22  BY MR. RUYAK:

09:40:12   23      Q.  Have you actually participated in audits of Hong

09:40:16   24  Kong companies listed on the exchange?

09:40:18   25      A.  Yes.

09:40:33  1    Q.  The next thing you have is, "directors can be

09:40:33  2    sued."

09:40:33  3              What does that mean?

09:40:33  4    A.  Well, it means that if they do not take on and

09:40:33  5    own their fiduciary responsibility, if they don't do --

09:40:33  6    give an honest, you know, appraisal of what's going on

09:40:35  7    and it's later found out that they either lied or

09:40:38  8    deceived, they have some liability.

09:40:41  9    Q.  And that is under the Hong Kong Stock Exchange

09:40:45  10   rules?

09:40:45  11   A.  That's under most stock exchanges.  The

09:40:48  12   directors, and particularly over the last 15, 20

09:40:52  13   years --

09:40:52  14             THE COURT:  That is true for Hong Kong?

09:40:55  15             MR. RUYAK:  Just for Hong Kong?

09:40:56  16             THE WITNESS:  Yes.

          17   BY MR. RUYAK:

09:40:57  18   Q.  You also say, "Shareholder lawsuits are

09:41:00  19   permitted."

09:41:00  20             Does that mean under the Hong Kong Stock

09:41:04  21   Exchange rules and regulations?

09:41:04  22   A.  Yes.  Again, the shareholders if they feel that

09:41:08  23   something is not correct, they can engage in a lawsuit.

09:41:11  24   Q.  And then the next one is, "Securities and Futures

09:41:14  25   Commission can investigate and delist the company."

09:41:16   1          What is the Securities and Futures

09:41:20   2   Commission in Hong Kong?

09:41:21   3      A.  So that's a body that is a regulatory body that

09:41:25   4   is looking at the performance of these companies.  And

09:41:29   5   they also have at the end of the day tests that

09:41:32   6   everything is working according to the law.  And if

09:41:35   7   something deviates from that, they can initiate an

09:41:39   8   investigation.

09:41:40   9          And the worst case analysis, if they find

09:41:44  10   something, they can request the company to be delisted.

09:41:48  11      Q.  And the next one you have is that the -- does SFC

09:41:54  12   also mean the Securities and Futures Commission there?

09:41:57  13      A.  Yes, that's what that refers to.

09:41:59  14      Q.  Says, "Can cooperate with foreign regulatory

09:42:04  15   agencies."

09:42:04  16          What are those rules of the Hong Kong Stock

09:42:07  17   Exchange?

09:42:07  18      A.  So that's intended to make sure that there's no

09:42:09  19   funny business going on in overseas locations and other

09:42:14  20   places, that might call into question the veracity or

09:42:19  21   the accuracy of this.

09:42:22  22          Then they would consult with those bodies

09:42:24  23   and say, Look, we have -- we think there's something

09:42:27  24   going on here in Europe or something going on here in

09:42:30  25   the United States.

09:42:31   1      Q.   And the final thing you say is, "These companies

09:42:34   2   in Hong Kong, if they're Chinese, are still subject to

09:42:38   3   Chinese Government regulatory review."  Is that correct?

09:42:42   4      A.   Yes.  So the company is still based in China.

09:42:46   5   It's operating in China.  So they also have a

09:42:49   6   responsibility that they don't engage in any illegal

09:42:52   7   acts or inappropriate conduct under the Chinese laws as

09:42:55   8   well.

09:42:57   9              MR. RUYAK:  Now, let's look at -- scan up a

09:43:01  10   couple slides here.  Let's go -- next one.

09:43:04  11              So, Dr. Simon, you talked about these plans

09:43:10  12   and what was going on in China.  And I wanted to focus

09:43:13  13   on this time period that we have.

09:43:15  14                  What is slide -- this slide --

09:43:20  15                  What number is that, Allan?

09:43:22  16                  THE ASSISTANT:  12.

          17   BY MR. RUYAK:

09:43:22  18      Q.   12.  What does this show?

09:43:25  19      A.   This slide basically looks at the consumption in

09:43:29  20   China of aluminum extrusion from this period 2007 to

09:43:37  21   2015.  And you can see the big increase over that

09:43:39  22   period, it more than doubles in terms of overall

09:43:43  23   consumption.

09:43:51  24                  MR. RUYAK:  That is all I have, Your Honor.

09:43:53  25                  THE COURT:  Cross?

**CROSS-EXAMINATION**

BY MS. KUMAR:

Q.   Good morning, Dr. Simon.

A.   Good morning.

Q.   You testified what motivates investors in Chinese companies; isn't that right?

A.   Yes.

Q.   You would agree that revenue is important to most investors; isn't that right?

A.   What --

Q.   Revenue.

A.   Revenue is very important, yes.

Q.   And the ability of a company to generate revenue, right?

A.   Yes.

Q.   And a company generates revenue --

THE COURT:  If there's any cell phones and if they're on while you're in the courtroom, they will have to be confiscated until 4:00 o'clock this afternoon.  So make sure you have your cell phones off.

Go ahead, Counsel.

MS. KUMAR:  Yes.  Thank you, Your Honor.

BY MS. KUMAR:

Q.   And a company generates revenue -- a product-based company generates revenue by selling its

09:44:53  1  product, right?

09:44:54  2      A.   Generally speaking, yes.  It might offer services

09:44:56  3  too.

09:44:56  4      Q.   But if it's a product-based company, it sells its

09:45:01  5  products, right?

09:45:01  6               Is that right?

09:45:01  7      A.   Yes.

09:45:01  8      Q.   And that brings in the revenue?

09:45:03  9      A.   Right.

09:45:04  10     Q.   And the demand for that product, that's

09:45:16  11  important, right?

09:45:16  12     A.   Of course.

          13     Q.   That kind of thing matters to investors, right?

          14     A.   Yes.

09:45:16  15     Q.   And it's important, right?

          16     A.   Yes.

09:45:16  17     Q.   And of course the ability of the company to

09:45:29  18  generate revenue in the future is important, right?

09:45:33  19     A.   To the investors, yes.

09:45:34  20     Q.   Yes.  And the ability to use historical

09:45:38  21  information to judge where that company may go in the

09:45:41  22  future is important to investors, right?

09:45:44  23     A.   No, not necessarily.  Because as they tell you,

09:45:49  24  the past is no predictor of the future.  So you don't

09:45:52  25  necessarily know what's going to happen.

09:45:54   1      Q.   But investors only have what's disclosed to them

09:45:58   2   in the moment; isn't that right?

09:45:59   3      A.   Of course.   They have the latest financial

09:46:02   4   reports, et cetera.   And that's what they will base

09:46:06   5   their decisions on.

09:46:07   6      Q.   But they can't know what's going to happen in the

09:46:08   7   future, right?

09:46:09   8               Is that right?

09:46:09   9      A.   Right.

09:46:10   10      Q.   Now, you talked a lot about regulations in Hong

09:46:16   11   Kong.   You said an IPO in Hong Kong was designed to gain

09:46:21   12   access to capital for a company, right?   Is that right?

09:46:25   13      A.   Right.

09:46:26   14      Q.   That's to raise money, right?

09:46:28   15      A.   Yes.

09:46:28   16      Q.   And it's also to gain credibility; isn't that

09:46:31   17   right?

09:46:31   18      A.   Yes.

09:46:32   19      Q.   And one of the ways a company gains credibility

09:46:35   20   is to operate honestly, right?

09:46:37   21      A.   Of course.

09:46:39   22      Q.   And to be truthful?

09:46:40   23      A.   Of course.

09:46:41   24      Q.   And investors rely on the truthful -- on the

09:46:45   25   truth of this statement being released by a publicly

09:46:49 1  listed company; isn't that right?

09:46:51 2          They won't rely a hundred percent.  But they

09:46:55 3  will rely largely.  They have their own people that also

09:46:58 4  they call in to make sure that what they see is what

09:47:00 5  they get also.

09:47:01 6  Q.  Right.  But you just said that the investor's

09:47:03 7  looking at the revenue from a financial statement,

09:47:06 8  right?

09:47:06 9  A.  Right.

09:47:07 10  Q.  And they're relying on those numbers and making

09:47:09 11  its determinations about whether to remain invested in a

09:47:13 12  company; isn't that right?

09:47:14 13  A.  As part of their overall calculation, right.

09:47:17 14  Q.  You said on direct that that -- a company has to

09:47:20 15  disclose under these regulations exactly what's going on

09:47:24 16  in the company; isn't that right?

09:47:27 17  A.  According to the Hong Kong Stock Exchange

09:47:30 18  requirements, yes.

09:47:32 19  Q.  If they didn't do it, that would be a problem;

09:47:35 20  isn't that right?

09:47:36 21  A.  Right.

09:47:37 22          MS. KUMAR:  Nothing further, Your Honor.

09:47:39 23          THE COURT:  Any redirect?

09:47:40 24          MR. RUYAK:  No, Your Honor.

09:47:42 25          THE COURT:  You may step down.  Thank you

1    very much for coming in, sir.

09:47:44    2         May this witness also be excused?  Or you

09:47:46    3    want him --

09:47:47    4         MR. RUYAK:  From our standpoint.

09:47:49    5         MS. KUMAR:  Yes, Your Honor.

09:47:51    6         THE COURT:  Yes.  Thank you very much, sir.

09:47:52    7         THE WITNESS:  Thank you.

09:47:53    8         THE COURT:  Next witness.

09:47:55    9         MR. LOWDER:  Your Honor, can I go out in the

09:47:58    10   hallway?

09:47:59    11        THE COURT:  Sure.  Sure.

09:48:38    12        MR. LOWDER:  Your Honor, our next witness is

09:48:41    13   in the building.  I'm just trying to wait for him to get

09:48:44    14   up.

09:48:44    15        THE COURT:  Is there any other witness you

09:48:46    16   can call in between?

09:48:49    17        MR. LOWDER:  No, Your Honor.

09:48:51    18        THE COURT:  Okay.

09:48:53    19        Well, why don't we break at this time.

09:48:56    20   We'll bring you back in 15.  We're breaking early, but

09:49:00    21   we're trying to get the case resolved.  So why don't we

09:49:02    22   break at this time.  We'll come back in 15 minutes.

11:30:30    23        Remember the admonishment not to discuss the

11:30:32    24   case among yourselves, with anybody else, or form or

11:30:34    25   express any opinions about the matter until it's

11:30:36  1  submitted to you and you retire to the jury room.

09:49:11  2  Leave quietly as I've got to talk to the

09:49:13  3  attorneys for a second.

09:50:02  4  (OUT OF THE PRESENCE OF THE JURY.)

09:50:02  5  THE COURT:  Okay.  Let the record reflect

09:50:04  6  the jurors have left the courtroom.

09:50:06  7  Counsel, there's two issues I want to talk

09:50:07  8  to you about because there are motions filed.  You can

09:50:09  9  have a seat -- motions that were filed last night.

09:50:11  10  One is on the next witness that's going to

09:50:14  11  testifying, Peterson.  In that matter, he is designated

09:50:19  12  as a rebuttal witness.  He can testify to rebuttal

09:50:22  13  testimony -- you've listed six things here that you want

09:50:26  14  him to testify.  2 through 6 would not be -- does not

09:50:30  15  appear to be rebuttal.  So he cannot testify and go into

09:50:34  16  new areas.  But you can definitely call him as your

09:50:39  17  rebuttal witness to anything that Bruce Raine testified

09:50:41  18  to.

09:50:42  19  As to the documents that were asked to be

09:50:43  20  submitted, the Federal Register document that was asked

09:50:46  21  to be submitted, that would not be relevant and would

09:50:50  22  not be admitted with the exception that if someone lays

09:50:54  23  the foundation that this is what was relied on, had been

09:50:57  24  read and was relied on, in -- by the defendants, it

09:51:03  25  could come in for scienter.  But other than that, it

09:51:06  1  would not come in.

09:51:08  2  　　　　　　　We'll be in recess.

09:51:23  3  　　　　　　　THE CLERK:  All rise.  This Court in is in

09:51:26  4  recess until 10:05.

　　　　　 5  　　　　　　　　(BREAK TAKEN.)

10:16:44  6  　　　　　　　THE CLERK:  All rise.

10:16:49  7  　　　　　　　THE COURT:  Okay.  The record will reflect

10:16:49  8  that all the members of the jury are in their respective

10:16:49  9  seats in the jury box.

10:16:50  10  　　　　　　　Counsel, your next witness.

10:16:53  11  　　　　　　　MR. LOWDER:  Your Honor, the defense calls

10:16:55  12  Mr. John Peterson.

10:16:56  13  　　　　　　　THE COURT:  Thank you, Counsel.

10:17:15  14  　　　　　　　THE CLERK:  Stand here to be sworn,

10:17:17  15  Mr. Peterson.  That is fine.

10:17:20  16  　　　　　　　Can you please raise your right hand.

10:17:22  17  　　　　　　　Do you solemnly swear the testimony you are

　　　　　 18  about to give in the matter now before the Court shall

　　　　　 19  be the truth, the whole truth and nothing but the truth

　　　　　 20  so help you God.

10:17:29  21  　　　　　　　THE WITNESS:  I do.

10:17:29  22  　　　　　　　THE CLERK:  Please be seated.

10:17:46  23  　　　　　　　Okay.  You may remove your face covering for

10:17:48  24  testimony.

10:17:50  25  　　　　　　　THE WITNESS:  Thank you.

THE CLERK:  Would you please state and spell your full name for the record.

THE WITNESS:  My name is John M. Peterson, P-e-t-e-r-s-o-n.

THE COURT:  Counsel, you may inquire.

MR. LOWDER:  Thank you, Your Honor.

**DIRECT EXAMINATION**

BY MR. LOWDER:

Q.  Good morning, Mr. Peterson.

A.  Good morning.

Q.  Mr. Peterson, what do you do for work?

A.  I'm an attorney specializing in international trade and customs matters.

THE COURT:  Let me go on before getting into qualifications.  As you already probably know, but I've got to reiterate, no witness, even a lawyer, can testify as to what the law is.  That has to come from the Court.

THE WITNESS:  Of course, Your Honor.

THE COURT:  So if there's any questions as to, well, what's the law say here or there, you can't answer that.  I'm sure you know that.

Okay.  Counsel, go ahead.

MR. LOWDER:  Thank you, Your Honor.

BY MR. LOWDER:

Q.  Mr. Peterson, where did you get your

10:18:36  1    undergraduate degree from?

10:18:38  2        A.   Pardon me?

10:18:36  3        Q.   Where did you get your undergraduate degree from?

10:18:41  4        A.   I got my undergraduate degree from Fordham

10:18:44  5    University in 1974.  And I got my law degree from

10:18:46  6    Fordham University School of Law in 1977.

10:18:52  7        Q.   I believe you said that -- could you restate your

10:18:56  8    practice area of law again for us?

10:19:02  9        A.   Yes.  My practice involves the import and export

10:19:05  10   laws of the United States and involves counseling

10:19:09  11   clients, representing them before agencies and

10:19:11  12   litigating cases in the courts.

10:19:12  13       Q.   And have you been practicing in that area since

10:19:15  14   you graduated from Fordham Law School in 1977?

10:19:20  15       A.   Yes.  From 1977 to 1986 I was an associate

10:19:25  16   attorney and later a partner at the law firm of Donohue

10:19:29  17   & Donohue in New York.

10:19:30  18            From 1986 to 1988 I had a solo practice at

10:19:33  19   the World Trade Center in New York.

10:19:36  20            And in 1988 I joined with some other

10:19:40  21   attorneys to form Neville Peterson LLP.  And I've been

10:19:45  22   at that firm for the last 33 years.

10:19:45  23       Q.   If my math is right that would mean that you've

10:19:47  24   been practicing in International Customs and Trade for

10:19:50  25   44 years?

10:19:51  1    A.  Yes, sir.

10:19:51  2    Q.  And I believe you said your practice -- well, I

10:20:01  3  believe you said your practice focuses on the laws of

10:20:05  4  the United States; is that right?

10:20:05  5    A.  It does.

10:20:06  6    Q.  And also the regulations for the United States?

10:20:09  7    A.  Yes.  It would cover the customs laws, the

10:20:12  8  regulations, the Court decisions of the United States.

10:20:14  9  Also involves some international codes on which some of

10:20:18  10  those laws are based.

10:20:19  11    Q.  Now, during the course of your 44-year career,

10:20:26  12  approximately how many published federal court decisions

10:20:29  13  have you been involved in as counsel of record?

10:20:31  14    A.  I have been lead counsel on about 200 published

10:20:37  15  federal court decisions.

10:20:39  16    Q.  Have you also during your 44 years had the

10:20:44  17  opportunity to litigate Customs and Border Protection

10:20:49  18  rules?

10:20:49  19    A.  Oh, yes.  Constantly.

10:20:51  20    Q.  Roughly how many Customs and Border Protection

10:20:49  21  rulings have you litigated during your --

10:20:56  22    A.  I think if you go to the cross-rulings online

10:20:59  23  system, you'll find my name on approximately a thousand

10:21:03  24  rulings.

10:21:05  25    Q.  Now, Mr. Peterson in the area of International

10:21:12  1   Customs and Trade, have you published any legal

10:21:16  2   scholarship in that area?

10:21:16  3       A.   Yes.  I've published a number of law journal

10:21:23  4   articles.  I've published in the Fordham Urban Law

10:21:23  5   Journal, the Vanderbilt Journal of International Law,

10:21:24  6   the St. John's Journal of Legal Commentary.  And then

10:21:28  7   I've written a number of newspaper columns and other

10:21:31  8   works like that.

10:21:32  9       Q.   If you could describe for us briefly what you --

10:21:35  10  what your current practice is in terms of the services

10:21:38  11  you offer for your clients?

10:21:40  12      A.   Well, what we offer, Counsel -- what's fun about

10:21:44  13  our practice is we take it -- we -- it's

10:21:48  14  interdisciplinary.  We get to do like all the different

10:21:50  15  things lawyers do.

10:21:51  16           So sometimes a client will come in and say,

10:21:53  17  Hi, I want to start importing.  What do I have to do?

10:21:57  18  And we will counsel them on what the requirement is.

10:21:59  19           Or they will come in and they'll say, I'm

10:22:01  20  having a dispute with Customs and we need to handle

10:22:04  21  that.

10:22:04  22           So sometimes we'll just counsel the client

10:22:06  23  on how to set things up, how to import their goods.

10:22:10  24  Sometimes we will appear for them before an agency, if

10:22:12  25  there's a question that comes up or they need a

10:22:15 1    particular permit or something like that.  And then, you

10:22:18 2    know, if we have to do some contention resolution.

10:22:22 3            I do a lot of litigation in the United

10:22:24 4    States Court of International Trade.  That's a national

10:22:27 5    federal court in New York which has nationwide

10:22:32 6    jurisdiction and is dedicated just to resolving customs

10:22:35 7    and trade law disputes.

10:22:37 8    Q.   And Mr. Peterson, I want to focus your attention

10:22:40 9    on the importation aspect of your practice.

10:22:44 10           Is that dealing, again, with the U.S.

10:22:47 11   Customs and Border Protection rules and regulations?

10:22:51 12   A.   Yes.

10:22:52 13   Q.   Now, Mr. Peterson, on an annual basis

10:22:56 14   approximately how many clients do you assist with the

10:23:00 15   U.S. entry process?

10:23:02 16   A.   Approximately 300, I would say.

10:23:06 17   Q.   And for those 300 clients that you assist with

10:23:08 18   the U.S. entry process, what types of products are

10:23:11 19   involved; just briefly?

10:23:12 20   A.   Oh, gosh.  We've done all sorts of products.  You

10:23:16 21   name it.  Whether it's petroleum, automobiles, textile

10:23:20 22   and apparel, minerals, chemicals, manufactured goods,

10:23:26 23   electronics.  I have experience across the whole gambit.

10:23:29 24           And every now and again I get a weird case.

10:23:32 25   I've got one now involving lottery tickets.

| | | |
|---|---|---|
| 10:23:35 | 1 | So we get to see all the industries |
| 10:23:37 | 2 | basically. |

10:23:38   3            MR. LOWDER:  Your Honor, I would like to

10:23:38   4  offer Mr. Peterson as an expert in Customs regulation

10:23:41   5  and compliance.

10:23:42   6            THE COURT:  He will be qualified as such an

10:23:46   7  expert.

10:23:49   8  BY MR. LOWDER:

10:23:49   9    Q.  Mr. Peterson, for an exporter, is there any

10:23:55  10  standards that apply to how they approach the import

10:23:59  11  process?

10:24:01  12    A.  Okay.  Since 1993, the requirement is that an

10:24:07  13  importer exercise what they call reasonable care in

10:24:10  14  making entry.  Okay.  That's an important phrase in

10:24:13  15  Customs law.

10:24:15  16            What reasonable care means --

10:24:17  17            MR. HSIEH:  Objection, Your Honor.  Legal.

10:24:19  18            THE COURT:  Sustained.

10:24:20  19            Next question, Counsel.

10:24:22  20            MR. LOWDER:  I'm assuming you're going to

10:24:26  21  give a legal definition of what reasonable care is.

10:24:30  22            THE WITNESS:  I was just going to explain

10:24:32  23  the concept.  There's no fixed legal definition.

10:24:34  24            THE COURT:  So you're not saying what the

10:24:35  25  legal definition is, you're just saying what the concept

10:24:38    1    is.

            2                    THE WITNESS:  Yes.

10:24:39    3                    THE COURT:  Overruled.

10:24:40    4                    THE WITNESS:  What the concept is, is that

10:24:42    5    an importer is obligated to learn what kind of

10:24:46    6    information Customs and the other agencies have put out

10:24:49    7    there before they make entry of goods, and try to make

10:24:53    8    sure that the statements they put on the entry paper are

10:24:57    9    factually correct and conform with Customs' position,

10:25:00   10    the rules and regulations.

           11    BY MR. LOWDER:

10:25:03   12       Q.   And in your practice in complying with that, are

10:25:08   13    there -- what types of information is made available to

10:25:12   14    importers to make that determination?

10:25:13   15       A.   Yeah.  Well, the law is based on a concept called

10:25:17   16    "informed compliance" which is a shared responsibility.

10:25:21   17                    MR. HSIEH:  Objection.  Legal definition.

10:25:22   18                    THE COURT:  Sustained.

10:25:23   19                    You can testify to Customs and practices, no

10:25:25   20    problem there.

10:25:26   21                    But as to what's required by the law, you

10:25:28   22    can't.

10:25:28   23                    Go ahead, Counsel.

           24    BY MR. LOWDER:

10:25:33   25       Q.   If I could focus on the questions.  What types of

10:25:34   1   information is available to importers in order to meet

10:25:37   2   this standard of reasonable care?

10:25:40   3      A.   Customs is required to publish all of its

10:25:42   4   information.

10:25:43   5              So, for example, one of the most important

10:25:45   6   sources is called "CROSS."  The Customs Ruling Online

10:25:50   7   Search Service.  This is where Customs puts all of its

10:25:56   8   administrative rulings that indicates the agency's

10:25:57   9   practice.

10:25:58   10             So there are about a quarter million rulings

10:26:01   11  online.  They can be accessed for free.  And -- so that

10:26:07   12  people know what Customs has ruled.  They know what the

10:26:10   13  agency's position is.

10:26:11   14             Customs is also required to make its

10:26:13   15  regulations and the applicable Customs laws available.

10:26:17   16  And they do that through their Website, which is

          17  WWW.CBP.gov.

10:26:23   18             So they are under an obligation to not only

10:26:27   19  put information out there, but to keep it current.

10:26:30   20             So if they have a ruling and the Government

10:26:33   21  changes its position, they have to give notice that

10:26:36   22  they're changing their position.  That all has to be

10:26:39   23  reflected on the website and on Customs and other

10:26:43   24  publications.

          25  BY MR. LOWDER:

10:26:46    1      Q.   Now as part of the entry process for merchandise
10:26:49    2   imported into the United States, are importers required
10:26:53    3   to submit any information to Customs?
10:26:55    4      A.   Yes.  They file what's called an entry.
10:26:58    5      Q.   And is -- you said they filed what's called an
10:27:04    6   entry.  Is that a Form 3461?
10:27:10    7      A.   Customs Form 3461 is what we call consumption
10:27:14    8   entry.  It used to be a paper document.  These days it's
10:27:18    9   filed electronically.
10:27:22   10           MR. LOWDER:  Your Honor, if I may, I'd like
10:27:22   11   to publish to the jury Exhibit 213 which is already in
10:27:25   12   evidence at page 2.
10:27:29   13           THE COURT:  Yes.
           14   BY MR. LOWDER:
10:27:29   15      Q.   Mr. Peterson, do you see Exhibit 213, page 2 in
10:27:33   16   front of you?
10:27:34   17      A.   I do.
10:27:35   18      Q.   Is this an example of Form 3461?
10:27:39   19      A.   Right.  This is a Customs Form 3461 entry.
10:27:42   20      Q.   And is this a form that an importer or an agent
10:27:47   21   would submit to Customs?
10:27:50   22      A.   Yes.
10:27:50   23      Q.   And looking at the boxes here on Form 3461, it's
10:28:00   24   Exhibit 213 at page 2, do you see box 1 is -- what is
10:28:04   25   that there?

10:28:05  1      A.   That would be the date that the vessel or other

10:28:09  2   conveyance bringing the product arrived at the port.

10:28:12  3           So it could be -- it's probably in this a

10:28:14  4   vessel in this case because I can see a vessel name.

10:28:17  5   But it would be the vessel or railroad or the truck

10:28:21  6   carrier if it was coming over the border from Mexico or

10:28:25  7   Canada.

10:28:26  8      Q.   And in box 2, what is that depicted there?

10:28:29  9      A.   The entry date is the date that locks in the duty

10:28:34  10  rate, just in case duty rates are changing.  Now usually

10:28:37  11  it will be the date when we have an entry summary filed.

10:28:40  12  But here the importer has elected to have its entry date

10:28:44  13  fixed as of the date it files the Form 3461.

10:28:48  14     Q.   And let's look at box 3.  What is depicted there?

10:28:53  15     A.   This is the entry type.  A type 1 is regular

10:28:56  16  consumption entry.  And the initials ABI mean automated

10:29:02  17  broker interface.  That was the electronic system that

10:29:06  18  Customs brokers used up until a few years ago to make

10:29:11  19  their file entries with.

10:29:14  20     Q.   If you could explain briefly, what the -- what

10:29:18  21  information the entry type code is trying to convey to

10:29:22  22  Customs?

10:29:23  23     A.   Well, what kind of information you provide to

10:29:25  24  Customs?

10:29:26  25     Q.   Well, let me see if I can make this clearer.

10:29:30   1          Is there a specific purpose for that code,

10:29:32   2   for that entry-type code, as it's submitted to Customs?

10:29:36   3      A.   A type 1 entry is the standard entry form.

10:29:40   4   Probably 99 percent of all entries are type 1.

10:29:45   5          There are other entry types.  There are

10:29:47   6   informal entries.  For small amounts of merchandise they

10:29:50   7   have a smaller code.

10:29:52   8          For like small packages there's a type 086

10:29:56   9   entry code.  If the good is subject to an antidumping or

10:30:03  10   countervailing duty order, you would use a type 03 entry

10:30:06  11   code.

10:30:07  12      Q.   Now, looking at box 4, the entry number, what is

10:30:11  13   that?  What is that used for?

10:30:15  14      A.   That is the entry number that the Government uses

10:30:18  15   to identify this particular entry.

10:30:20  16          So that entry number will stick with this

10:30:23  17   transaction throughout its life at Customs.

10:30:26  18          The first three digits, 913, is what we call

10:30:30  19   a filer code.  That would indicate the name of the

10:30:32  20   Customs broker who filed the entry.  And there's a

10:30:36  21   public list of that that you can look up.

10:30:38  22          The remainder of the digits are assigned by

10:30:41  23   Customs.  That last digit, number 5, is a check digit.

10:30:46  24   And it's actually calculated by adding the other numbers

10:30:52  25   together in a pretty complex formula.  But the check

10:30:55  1    digit is the way that Customs can make sure that they

10:30:58  2    are looking at an authentic entry generated in their

10:31:02  3    system.

10:31:03  4        Q.  Let's walk through some of these other boxes.

10:31:05  5    And we'll try and do it a little bit more quickly.

10:31:05  6             So for box 7, what's the information there.

10:31:07  7        A.  Box 7, that's the internal broker reference

10:31:13  8    number.  It's his file number.  This broker uses the

10:31:18  9    entry number as his reference.  Broker sometimes use

10:31:23  10   other things.

10:31:25  11       Q.  If I understand you correctly, that's a number

10:31:27  12   selected by the broker for their own internal

10:31:30  13   management; is that right?

10:31:31  14       A.  That's correct.

10:31:32  15       Q.  If we look at box 9, what's that?

10:31:35  16       A.  That would be the taxpayer ID number of the

10:31:41  17   company being -- the importer, which is Aluminum Shapes,

10:31:46  18   of Delair, New Jersey.  It's the federal tax ID number

10:31:50  19   that most businesses are assigned.

10:31:52  20       Q.  Is the importer number another number that

10:31:54  21   Customs use to associate with a particular entry?

10:31:57  22       A.  Well, it would be associated with any entries

10:32:00  23   that this company files.

10:32:02  24       Q.  And it also appears -- what is in box 19?

10:32:13  25       A.  19.  That's the entered value of the merchandise.

| | | |
|---|---|---|
| 10:32:20 | 1 | So in most cases that will be the amount |
| 10:32:21 | 2 | that the importer paid for the merchandise. |
| 10:32:24 | 3 | So this would tell me that this is a |
| 10:32:26 | 4 | shipment valued at $793,800. |
| 10:32:31 | 5 | Q.  And what's depicted in box 20? |
| 10:32:34 | 6 | A.  Box 20 is just the description of merchandise, |
| 10:32:37 | 7 | which is really important in the entry process, because |
| 10:32:41 | 8 | this is what -- this tells Customs what it is you are |
| 10:32:44 | 9 | bringing in. |
| 10:32:45 | 10 | MR. HSIEH:  Objection.  Calls for |
| 10:32:47 | 11 | speculation. |
| 10:32:47 | 12 | THE COURT:  Overruled. |
| 10:32:48 | 13 | THE WITNESS:  This tells Customs what you |
| 10:32:50 | 14 | are bringing in. |
| 10:32:52 | 15 | THE COURT:  That is supplied by the person |
| 10:32:54 | 16 | importing goods? |
| 10:32:56 | 17 | THE WITNESS:  Yes.  This tells them what the |
| 10:32:59 | 18 | imported goods are. |
| | 19 | BY MR. LOWDER: |
| 10:33:04 | 20 | Q.  Now, I want to direct your attention to box 23. |
| 10:33:11 | 21 | What is depicted there? |
| 10:33:12 | 22 | A.  Okay.  That would be the quantity as shown on the |
| 10:33:18 | 23 | vessel manifest. |
| 10:33:21 | 24 | So this particular product coming in, theirs |
| 10:33:25 | 25 | is 2268 packages of whatever it is.  In this case, it |

10:33:29   1   would be aluminum pallets.

10:33:33   2       Q.   If we can look at box 24.   What's depicted there?

10:33:37   3       A.   Okay.   24 is the Harmonized System Tariff

10:33:42   4   classification that the importer has selected for this

10:33:46   5   product.

10:33:47   6       Q.   And if you could explain for us briefly what the

10:33:51   7   Harmonized Tariff Schedule is?

10:33:55   8       A.   The Harmonized Tariff Schedule is the listing of

10:34:01   9   products.   And theoretically it encompasses every

10:34:03   10   product known to mankind.   Not only specifically but

10:34:07   11   sometimes in general terms.

10:34:10   12             Congress has assigned duty rates to

10:34:12   13   particular products under particular tariff

10:34:15   14   classifications codes.   So that when you decide what the

10:34:19   15   proper classification is, it will tell you what rate and

10:34:24   16   amount of duty you have to pay.

10:34:27   17             And each of those digits in that code has

10:34:30   18   significance that I can explain.

10:34:33   19       Q.   I think that may be too complicated for me at

10:34:37   20   least.

10:34:37   21       A.   Okay.

10:34:38   22       Q.   But I would like to direct your attention to

10:34:42   23   box 25.

10:34:43   24       A.   Okay.

10:34:46   25       Q.   What is depicted there?

10:34:48   1      A.   This is the country of origin.  So this tells you

10:34:51   2   that the aluminum pallets are products of China.

10:34:54   3      Q.   And right next to it in box 26, what's depicted

10:34:58   4   there?

10:34:58   5      A.   That's a manufacturer identification number.  Now

10:35:01   6   that is something that the Customs broker will calculate

10:35:05   7   by looking at the invoice that's given.  There's a

10:35:08   8   formula for doing it.  The first two digits will

10:35:11   9   indicate the country of origin.  So it is China.  The

10:35:16   10  next three usually indicate city.  And then the

10:35:19   11  remainder of the digits are constructed out of the

10:35:22   12  address of the manufacturer.

10:35:27   13          So column 26 -- 25 tells you the product was

10:35:31   14  made in China.  Column 26 tells you who the manufacturer

10:35:35   15  in China was.

10:35:37   16     Q.   For all the entries associated with a particular

10:35:39   17  manufacturer, would they have the same manufacturer

10:35:42   18  number?

10:35:42   19     A.   Yes, they should.

10:35:45   20     Q.   Now, if I could have -- in this last section

10:35:55   21  there, box 27.  Do you see that?

10:35:56   22     A.   Yes.

10:35:57   23     Q.   What is that there?

10:35:58   24     A.   Well, this is the certification where the Customs

10:36:03   25  broker or the person who is making the entry is

10:36:08  1  basically saying, I would like to have immediate

10:36:11  2  delivery.  In other words, he would like to have the

10:36:13  3  goods released to him without waiting for a final duty

10:36:17  4  calculation.  And it also contains a certification that

10:36:20  5  the information in the form is correct, and that there's

10:36:24  6  a Customs bond in place that would guarantee the payment

10:36:28  7  of duties in case the importer does not.

10:36:31  8           And then it would have the signature of the

10:36:35  9  applicant which in this case appears to be a Customs

10:36:38  10  broker.

10:36:39  11    Q.  So in your experience, Mr. Peterson, who supplies

10:36:44  12  the information in Form 3461?

10:36:48  13    A.  The Customs broker puts the information in based

10:36:51  14  on the materials he gets from the shipper when the goods

10:36:55  15  are imported.

10:36:58  16    Q.  Is Form 3461 then submitted to Customs?

10:37:01  17    A.  Yes.

10:37:02  18    Q.  How is it submitted to Customs?

10:37:05  19    A.  Usually electronically.  Back in the time when

10:37:09  20  this was done, it was through what we call the automated

10:37:13  21  broker interface.  Customs in the last few years

10:37:17  22  upgraded to a different electronic system called the

10:37:21  23  automated commercial environment.  But it's usually all

10:37:23  24  transmitted electronically to Customs.

10:37:26  25    Q.  Once this CB Form 3461 is submitted to Customs

10:37:32   1   they then have the ability to at least review some of

10:37:35   2   the pertinent details about an importation; is that

10:37:38   3   right?

10:37:38   4       A.   Yes, it's all in the system for Customs to look

10:37:41   5   at.

10:37:41   6       Q.   After an importer submits Form 3461, what happens

10:37:48   7   next?

10:37:49   8       A.   In the majority of cases, the broker will receive

10:37:50   9   a release message through the automated broker

10:37:52   10  interface.  What that means is that customs is releasing

10:37:54   11  the goods without further inspection.

10:37:56   12          And so like, let's say if the goods were in

10:37:58   13  a container, the broker will then send the truck driver

10:38:01   14  down to the shipyard, for example, the vessel yard, and

10:38:05   15  you'll have a copy of the Customs release that says, Hi,

10:38:09   16  I'm here to pick up this container of merchandise and

10:38:11   17  take it wherever it's going.

10:38:13   18      Q.   Mr. Peterson, is that release message -- is there

10:38:17   19  any action by the importer after they submitted Form

10:38:23   20  3461 that causes that message to be issued?

10:38:27   21      A.   After the -- assuming that the cargo is released.

10:38:32   22  Assuming there's a release --

10:38:32   23      Q.   Actually, let me back up.

10:38:33   24          Prior -- does the importer take any action

10:38:37   25  to cause the release message to be issued?  Or is that a

10:38:41   1   function of Customs.

10:38:41   2       A.   That's a function of Customs.   Customs generates

10:38:45   3   that.

10:38:45   4       Q.   Once Customs generates the release message, what

10:38:49   5   happens next?

10:38:49   6       A.   As I said, the broker will sent the truck to pick

10:38:53   7   the goods up and take it wherever it's going.

10:38:55   8            In the case of the entry you just showed me,

10:38:57   9   that's Delair, New Jersey.

10:39:00  10            And then the importer has ten business days

10:39:04  11   to file what's called an entry summary which just gives

10:39:07  12   more detailed information about what was imported on the

10:39:10  13   entry.

10:39:11  14       Q.   So Mr. Peterson --

10:39:15  15            MR. LOWDER:   Actually, Your Honor, I would

10:39:16  16   like to show -- publish to the jury Exhibit 212 at page

10:39:21  17   1, which is already in evidence.

10:39:22  18            THE COURT:   Okay.

          19   BY MR. LOWDER:

10:39:27  20       Q.   Mr. Peterson, do you have Exhibit 212, page 1 in

10:39:32  21   front of you?

10:39:32  22       A.   I do.

10:39:33  23       Q.   Can you describe what this represents?

10:39:36  24       A.   This is known as the entry summary.   And this is

10:39:38  25   where the importer provides Customs with more detailed

10:39:41 1   information about the goods that were covered on the

10:39:44 2   entry and presumably released here.

10:39:47 3            So this is where they tell information like

10:39:50 4   what's the exact quantity; what's value, what's the

10:39:55 5   classification, and how much duty is owed.

10:40:01 6   Q.   Now, looking at Exhibit 212, page 1, do we see

10:40:06 7   some of the same information that was provided to

10:40:09 8   Customs in Form 3461?

10:40:12 9   A.   Same type of information.  This seems to be from

10:40:15 10  a different entry.  It has a different filer code.

10:40:18 11  Q.   Well, let's -- let's rectify that problem.

10:40:22 12            MR. LOWDER:  Can we bring up 213, page 1?

10:40:33 13            THE WITNESS:  That's the same filer code as

10:40:35 14  the entry.

10:40:36 15  BY MR. LOWDER:

10:40:36 16  Q.   All right.  And so if we look at box 2 for entry

10:40:40 17  type, is that the same information that was conveyed in

10:40:45 18  Form 3461?

10:40:46 19  A.   Yes.  It is a type 01 consumption entry.

10:40:50 20  Q.   And then if we look in box 13, the manufacturer

10:40:57 21  ID.  Do you see that?

10:40:58 22  A.   Yes.

10:40:59 23  Q.   Is that what -- an importer imports the same

10:41:02 24  information from Form 3461 into box 13 on the entry

10:41:07 25  summary?

10:41:08  1     A.  Yes, it is.

10:41:08  2     Q.  If we look at box 14 -- actually, I'm sorry,

10:41:13  3  box 10.

10:41:15  4     A.  10 is, as I mentioned, the country of origin of

10:41:22  5  the product.

10:41:22  6     Q.  And then if we were to look at box 23.

10:41:27  7     A.  23 is the importer number, which as I explained

10:41:31  8  before, is the taxpayer ID number for the company

10:41:34  9  serving as importer of record.

10:41:36  10    Q.  And then if we look down in -- it's box 28, the

10:41:44  11  description of merchandise.  It looks like it has three

10:41:47  12  columns within it.

10:41:48  13    A.  Okay.

10:41:49  14    Q.  Am I reading that right?

10:41:51  15    A.  Okay.  This is where the importer gives a

10:41:54  16  description of merchandise and in a little more detail.

10:42:01  17         So in column 29 you are suppose to give the

10:42:06  18  Harmonized Tariff Schedule number, which is done here,

10:42:12  19  7616995090.  You would also list an antidumping or

10:42:15  20  countervailing duty case number if one were applicable.

10:42:17  21  But none has been indicated here.

10:42:21  22    Q.  When you say none has been indicated here, where

10:42:24  23  are you looking to get that information?

10:42:26  24    A.  It is in 29 B.

10:42:29  25    Q.  Okay.

10:42:32   1   A.   That's the information field.

10:42:34   2          But, you know, here there's a Harmonized

10:42:37   3   Tariff Schedule number.  But there's no antidumping or

10:42:41   4   countervailing duty case number indicated.

10:42:52   5          MR. LOWDER:  You can zoom out.

10:42:54   6   Q.   So in this step in the process -- this is Form

10:42:57   7   7501.  Is that submitted after the importer receives the

10:43:00   8   release from Customs?

10:43:02   9   A.   Yes.  Generally it is due ten business days after

10:43:05   10   the goods are released.

10:43:07   11          So this will come in about two weeks after

10:43:09   12   the goods are released by Customs.

10:43:12   13   Q.   And is there any other information that's

10:43:16   14   submitted to Customs along with Form 7501?

10:43:19   15   A.   Oh, yeah.  Backup documents are submitted.  So

10:43:22   16   this is the entry summary document.

10:43:25   17          But you would also submit with this

10:43:27   18   commercial invoice, a packing list and a copy of the

10:43:31   19   bill of lading from the vessel that the goods came in

10:43:35   20   on.

10:43:35   21          So all of that plus the 7501 form constitute

10:43:39   22   what's known as an entry package.

10:43:41   23   Q.   If we can look at page 3 of the Exhibit 213.

10:43:47   24          And is this something that you would expect

10:43:49   25   to see as part of the entry summary?

10:43:51  1   A.  Yes.

10:43:52  2   Q.  What is this?

10:43:54  3            MR. HSIEH:  Objection, Your Honor.  He's not

10:43:55  4   an importer and he's testifying --

10:43:57  5            THE COURT:  Overruled.  That's part of the

10:44:00  6   package?

10:44:01  7            THE WITNESS:  Pardon?

10:44:03  8            THE COURT:  Is the invoice part of the

10:44:05  9   package?

10:44:05  10           THE WITNESS:  Oh, absolutely, yes.

         11   BY MR. LOWDER:

10:44:08  12  Q.  And if we could look at page 4 of Exhibit 213.

10:44:10  13           How about this document, Mr. Peterson?  Is

10:44:12  14  this also something you would expect to see as part of

10:44:15  15  an entry summary?

10:44:17  16  A.  Right.  It's the packing list for the container.

10:44:19  17  Q.  Look at page 5.

10:44:20  18  A.  This is the sea waybill.  This is the bill of

10:44:25  19  lading from the ocean carrier.  This is basically the

10:44:28  20  contract of carriage to bring the product from China to

10:44:31  21  the United States.

10:44:39  22  Q.  How about this document, sir?  Is this also

10:44:42  23  something you would see as part of an entry summary?

10:44:44  24  A.  This is -- it's not part of the entry summary per

10:44:48  25  se.  It's associated with the entry summary.

10:44:50  1            This is called an ISF, an importer security

10:44:56  2    filing.  It's sometimes called a 10+2.

10:45:00  3            And what this is for, this is filed.  You

10:45:01  4    have to file this electronically about 24 hours before

10:45:05  5    you load merchandise on a vessel coming to the United

10:45:09  6    States.

10:45:10  7            And it simply tells Customs what's being

10:45:13  8    loaded.  And this information goes to a Customs

10:45:16  9    targeting center in Virginia.  And it's reviewed by

10:45:20  10   intelligence analysts.  And if they think there's

10:45:24  11   anything suspicious, they will say, "Don't load it."

10:45:27  12            MR. HSIEH:  Objection.  Calls for

10:45:30  13   speculation.

10:45:30  14            THE COURT:  Overruled.

10:45:31  15            THE WITNESS:  This was put in effect after

10:45:34  16   9/11.  And the idea is really to block terrorist

10:45:37  17   contraband from coming to the United States.

10:45:39  18            So it used to be Customs didn't know what

10:45:42  19   was coming here until it was right here in the port.

10:45:45  20   This lets them know what's coming before it arrives.

          21   BY MR. LOWDER:

10:45:48  22   Q.  If I understand your testimony, so Customs also

10:45:50  23   has the opportunity to review this information before an

10:45:55  24   importer arrives at a port?

10:45:57  25   A.  Yes.  Customs has about 600 inspectors that are

10:46:00  1   stationed at foreign ports around the world.  So if

10:46:03  2   the --

10:46:03  3          THE COURT:  Let me cut you off, because the

10:46:06  4   answer's been given.  It's yes, they have the

10:46:07  5   opportunity to see --

10:46:09  6          THE WITNESS:  Okay.

         7   BY MR. LOWDER:

10:46:16  8   Q.  Can you explain for us what the information

10:46:18  9   that's in this 10+2 form, what does that represent?

10:46:22  10   A.  Well, it indicates who's going to be the party;

10:46:27  11   who's going to be the importer; who's going to be the

10:46:32  12   consignee; who's going to receive the goods; who the

10:46:35  13   goods are being shipped to; who the seller is; where the

10:46:38  14   container is going to be loaded.  So, in other words,

10:46:42  15   where the goods are going to be put into the shipping

10:46:45  16   container.  And if there's a freight consolidator.

10:46:49  17   Because sometimes people -- containers will hold goods

10:46:52  18   going to more than one person.  Doesn't seem to be the

10:46:54  19   case here.  So that would be the kind of information

10:46:59  20   that's provided.  This is, again, before the goods are

10:47:03  21   loaded on the vessel overseas.

10:47:05  22   Q.  Now, I would like to redirect your attention to

10:47:12  23   213, page 2, which is that Form 3461.

10:47:17  24          Do you see that?

10:47:19  25          Now, for the information in -- or the code

10:47:22  1   that's inputted in box 3, the entry type, at what point

10:47:30  2   in the importation process is the assessment of the

10:47:37  3   appropriate code made?

10:47:37  4       A.   It's made by the importer and the Customs broker

10:47:42  5   obviously before this form is filed.

10:47:45  6              When an importer alerts his Customs broker

10:47:50  7   that there's a shipment coming in that he wants the

10:47:52  8   broker to clear, you have to determine what's the

10:47:58  9   correct Harmonized Tariff code.  You have to determine

10:48:04 10   what the rate of duty is going to be.  And then you also

10:48:06 11   need to do some investigation to see if there are any

10:48:08 12   antidumping or countervailing duty orders out there that

10:48:11 13   might apply to the merchandise and provide for an

10:48:14 14   additional duty.

10:48:15 15       Q.   And for that assessment, what does the importer

10:48:21 16   look to?  Does it look to the condition of the product

10:48:25 17   at the time of entry or some other point in time?

10:48:28 18       A.   Oh, no.  Customs only looks at the condition as

10:48:30 19   imported.  So basically in order to decide how to

10:48:35 20   classify something, Customs is only concerned with what

10:48:38 21   the thing is when it's presented to Customs.

10:48:41 22              MR. HSIEH:  Objection.  Calls for a Customs'

10:48:43 23   perspective.  The witness is not qualified to testify.

10:48:45 24              THE COURT:  Overruled.

         25   BY MR. LOWDER:

10:48:55   1    Q.   Now, in your experience does the importer have an

10:49:02   2    obligation or any -- well, does the importer have an

10:49:07   3    obligation to change the entry type of a product if it

10:49:13   4    puts it to a different use after importation?

10:49:16   5    A.   No.   Customs is only concerned with condition at

10:49:20   6    the time of importation.

10:49:21   7    Q.   What about if a importer were to change the form

10:49:25   8    of a product after importation, would it have an

10:49:29   9    obligation to change the entry type?

10:49:30   10   A.   No, not at all.

10:49:34   11        MR. HSIEH:   Objection, legal conclusion,

10:49:37   12   Your Honor.

10:49:37   13        THE COURT:   Overruled.

           14   BY MR. LOWDER:

10:49:39   15   Q.   Now, Mr. Peterson, in your practice, have you had

10:49:45   16   the occasion to review and advise your clients on

10:49:49   17   antidumping and countervailing duty orders?

10:49:52   18   A.   Pretty much on a daily basis, yes.

10:49:54   19   Q.   And having had an opportunity to review the 2011

10:50:11   20   antidumping and countervailing duty order related to

10:50:14   21   aluminum extrusions out of the People's Republic of

10:50:19   22   China?

10:50:19   23   A.   Yes, I have.

10:50:21   24        MR. HSIEH:   Objection.   Court's motion in

10:50:24   25   limine ruling, outside the scope --

10:50:28   1                    THE COURT:  Sustained.

10:50:37   2                    MR. LOWDER:  One moment, Your Honor.

10:50:38   3                    THE COURT:  Yes.

10:50:55   4    BY MR. LOWDER:

10:51:03   5       Q.  Mr. Peterson, part of the -- let me back up.

10:51:11   6    Strike that.

10:51:12   7                    Once an importer submits Form 7501, what

10:51:16   8    happens next in the process?

10:51:17   9       A.  Well, when you file the Form 7501, the importer

10:51:26   10   will tender to Customs any estimated duties that are

10:51:31   11   owed based on the information on the form.

10:51:33   12                   So you figure out what the value of the

10:51:35   13   merchandise is and you multiply it times the duty rate.

10:51:39   14   And then that's how much you owe Customs and duty.  And

10:51:42   15   then there's also some minor port fees, user processing

10:51:46   16   fees.

10:51:46   17                   So that all gets paid with the Customs with

10:51:49   18   the entry summary.

10:51:51   19                   And at that point, Customs has teams of

10:51:54   20   import specialists who have an opportunity to review the

10:51:57   21   entry summary, to ask questions.  And they can -- they

10:52:03   22   determine -- they have an obligation to determine the

10:52:07   23   final classification rate and amount of duty.

10:52:11   24                   And then they perform an act which is called

10:52:14   25   liquidating the entry which is saying, Well, this is

10:52:18    1   final.  So we've now finalized our duty assessment.

10:52:22    2          Now, when Customs liquidates an entry, it

10:52:25    3   may do what we call a "no change liquidation."  It

10:52:29    4   accepts the information that was on the entry form and

10:52:31    5   the entry summary.  In some cases they may do a change

10:52:35    6   liquidation.  They could say, Well, we disagree with

10:52:39    7   your classification or we disagree with your entered

10:52:41    8   value.  We're going to send you a bill for extra duty or

10:52:45    9   we're going to refund some duty.

10:52:47   10          So that's what happens.  And that's

10:52:48   11   liquidation.  And the Government has one year from the

10:52:51   12   date of entry to do that liquidation.

10:52:55   13          MR. HSIEH:  Objection to the last portion.

10:52:57   14   Calls for a legal conclusion.

10:53:01   15          THE COURT:  Overruled.

           16   BY MR. LOWDER:

10:53:02   17   Q.   Within that one-year process that the Government

10:53:04   18   has to do liquidation, would an importer have an

10:53:10   19   opportunity to challenge Customs' determination?

10:53:17   20   A.   Not within the one year.  If you going to file a

10:53:20   21   formal challenge, you have to wait for the entry to

10:53:24   22   liquidate.  And then once the entry liquidates, if the

10:53:26   23   importer disagrees with what Customs has done, it may

10:53:29   24   file a protest.  And it has 180 days after liquidation

10:53:32   25   to file a protest.

10:53:34  1       Q.  Once Customs liquidates an entry, does it have

10:53:39  2   any opportunity, any time frame within it's -- it can go

10:53:42  3   make revisions or changes to that determination?

10:53:46  4       A.  Yes.  Customs has 90 days to do what we call

10:53:49  5   reliquidating an entry.  So if Customs liquidated it and

10:53:54  6   wants to change it, they have 90 days.

10:53:55  7               MR. HSIEH:  Objection.  Beyond the scope of

10:53:58  8   the rebuttal testimony.

10:54:00  9               THE COURT:  Sustained.

10:54:04 10   BY MR. LOWDER:

10:54:04 11       Q.  Mr. Peterson, when do liquidation become final?

10:54:08 12       A.  Liquidations become final 180 days after Customs

10:54:16 13   issues a notice of liquidation.

10:54:17 14               They will usually -- as I said before, they

10:54:18 15   have a year to do it.  Their system is set up to

10:54:21 16   liquidate usually on day 314.  That actually will be the

10:54:25 17   first Friday after day 314.  That's how Customs

10:54:31 18   liquidates an entry.  They give the notice

10:54:39 19   electronically.

10:54:41 20               MR. LOWDER:  No further questions, Your

10:54:42 21   Honor.

10:54:43 22               THE COURT:  Cross?

10:54:47 23                    **CROSS-EXAMINATION**

10:54:54 24   BY MR. HSIEH:

10:54:58 25       Q.  Good afternoon, Mr. Peterson.

| | | |
|---|---|---|
| 10:55:00 | 1 | A.  Well, afternoon my time.  Good morning your time. |
| 10:55:03 | 2 | Q.  Good morning our time. |
| 10:55:05 | 3 | A.  Okay. |
| 10:55:05 | 4 | Q.  You are an attorney; is that correct? |
| 10:55:08 | 5 | A.  That's correct. |
| 10:55:09 | 6 | Q.  You've never worked for customs and Border |
| 10:55:12 | 7 | Protection? |
| 10:55:12 | 8 | A.  I have not. |
| 10:55:13 | 9 | Q.  You've never worked as an actual importer? |
| 10:55:15 | 10 | A.  Not as a commercial matter, no.  I've imported |
| 10:55:18 | 11 | goods from time to time. |
| 10:55:19 | 12 | Q.  You're on the East Coast; is that correct? |
| 10:55:21 | 13 | A.  We have offices in four cities.  We are all over |
| 10:55:24 | 14 | the country. |
| 10:55:25 | 15 | Q.  You are physically located on the East Coast; is |
| 10:55:27 | 16 | that correct? |
| 10:55:27 | 17 | A.  Pardon me? |
| 10:55:28 | 18 | Q.  You're physically located on the East Coast; is |
| 10:55:30 | 19 | that correct? |
| 10:55:30 | 20 | A.  I'm located in New York City, yes. |
| 10:55:34 | 21 | Q.  And on direct examination Mr. Louder showed you |
| 10:55:36 | 22 | some documents. |
| 10:55:37 | 23 | I'm going to -- this is Exhibit 213, page 1. |
| 10:55:41 | 24 | So this invoice that's provided -- from your experience |
| 10:55:44 | 25 | as an attorney, this is provided by the importer to the |

10:55:47   1    Customs broker; is that right?

10:55:49   2        A.   It could be -- it's usually given by the

10:55:51   3    importer.   That would be generated by the foreign seller

10:55:55   4    of the merchandise.

10:55:56   5        Q.   Correct.   But then provided to the Customs broker

10:55:58   6    by the importer from the form?

10:56:01   7        A.   It can be provided by an importer or it can be

10:56:03   8    provided by the freight forwarder handling the movement

10:56:06   9    of the goods.

10:56:07  10        Q.   Same with the packing list by the freight

10:56:09  11    forwarder or the importer to the Customs broker?

10:56:11  12        A.   Yes, that's right.

10:56:13  13        Q.   Same with the bill of lading or sea waybill, also

10:56:19  14    provided by one of those two sources to the Customs

10:56:22  15    broker?

10:56:23  16        A.   Yes, correct.

10:56:24  17        Q.   And this ISF 10+2, we're now on page 6 of

10:56:28  18    Government's Exhibit 213.   Are you able to see the

10:56:31  19    specific merchandise anywhere in this page on the ISF

10:56:35  20    10+2?

10:56:36  21        A.   Let me see.   I see that the Harmonized Tariffs

10:56:42  22    code.   So that 761699 tells me that it's other articles

10:56:47  23    of aluminum.

10:56:48  24        Q.   And Mr. Louder showed you another document.   Do

10:56:52  25    you see anywhere on this page an ISF 10+2 the word

10:56:57   1   "pallets"?

10:56:57   2       A.   No.

10:56:58   3       Q.   Now, you work in the civil side, is that correct,

10:57:07   4   with importers?  It's not a criminal matter?

10:57:10   5       A.   We try to keep it that way, yes.

10:57:12   6       Q.   And you don't have experience on criminal law; is

10:57:15   7   that correct?

10:57:15   8       A.   I have some but --

10:57:17   9               MR. LOWDER:  Objection.

10:57:23  10               THE WITNESS:  -- I'm not a criminal -- I

10:57:23  11   wouldn't call myself a criminal defense lawyer.

10:57:19  12               MR. LOWDER:  Objection.  Outside the scope.

10:57:20  13               THE COURT:  Sustained.

          14   BY MR. LOWDER:

10:57:26  15       Q.   Turning back to page 1 of Government Exhibit 213,

10:57:37  16   field 2 entry type.  01 refers to no

10:57:45  17   antidumping/countervailing duties; is that correct?

10:57:48  18       A.   That's correct.

10:57:48  19       Q.   You mentioned a system ABI.  Can you remind the

10:57:52  20   jury what that stands for?

10:57:52  21       A.   That stands for Automated Broker Interface.  That

10:57:55  22   was the old computer system that brokers used to

10:57:58  23   transmit entry information to Customs.

10:58:01  24       Q.   And A, the first word again, stands for?

10:58:03  25       A.   Automated.

10:58:04  1       Q.   So it's an automated computer process?

10:58:07  2       A.   Yes.

10:58:08  3              MR. HSIEH:  No further questions.

10:58:09  4              THE COURT:  Anything further?

10:58:11  5              MR. LOWDER:  No, Your Honor.

10:58:12  6              THE COURT:  You may step down.

10:58:13  7              May this witness he excused, Counsel?

10:58:15  8              MR. HSIEH:  Yes, Your Honor.

10:58:16  9              THE COURT:  You're free to go back to

10:58:18  10   New York.

10:58:19  11             THE WITNESS:  Okay.  Thank you, Your Honor.

10:58:30  12             MR. RUYAK:  Your Honor, the Perfectus

10:58:33  13   defendants rest at this time.

10:58:35  14             THE COURT:  Okay.

10:58:36  15             Counsel?

10:58:37  16             MS. POTASHNER:  Your Honor, the warehouse

10:58:39  17   companies rest at this time as well.

10:58:41  18             THE COURT:  Okay.  Rebuttal?  Any rebuttal

10:58:44  19   witnesses?

10:58:45  20             MR. HSIEH:  No, Your Honor.

10:58:48  21             THE COURT:  Ladies and gentlemen, I don't

10:58:50  22   know if it's good news or bad news, but we're going to

10:58:53  23   release you for the rest of the day.

10:58:54  24             We have to go over jury instructions and

10:58:56  25   things like that.

10:58:57   1         Tomorrow -- I don't know if you've been

10:58:58   2   informed or not.  But one of the jurors has a medical

10:59:00   3   appointment early in the morning at 8 o'clock.

10:59:04   4         The information I have is that she should be

10:59:07   5   available sometime around 10:00 to 10:15.  So I'm going

10:59:11   6   to have you come at 10:00.  We may have to wait a little

10:59:14   7   bit if there's a problem with the procedure.  But I

10:59:16   8   would like to get started as soon as possible.  So we

10:59:19   9   will have you come in tomorrow at 10:00 o'clock.

10:59:22   10        Remember the admonishment -- I hope you are

10:59:25   11   not insulted that you have the rest of the afternoon

10:59:27   12   off.

10:59:29   13        If it's any consolation, if you do one hour

10:59:32   14   of jury service, that's counted for the whole day as far

10:59:37   15   as employers go, et cetera.

10:59:40   16        Anyway, I will release you at this time.

10:59:43   17   It's particularly important now that you've heard all

10:59:44   18   the evidence that you not even think about this case

10:59:47   19   until we get back to the argument that comes up

10:59:51   20   tomorrow.

10:59:52   21        Remember not to discuss the case among

10:59:53   22   yourselves or with anybody else or form or express any

10:59:55   23   opinions about the matter until it's submitted to you

10:59:58   24   and you retire to the jury room.

11:00:00   25        I will release you at this time.  Have a

11:00:01  1    pleasant evening.

11:00:03  2              Did you have any questions before I release

11:00:04  3    you?  If not, we'll see you back in at 10:00 o'clock.

          4              (OUT OF THE PRESENCE OF THE JURY.)

11:03:18  5              THE COURT:  Counsel, I left the bench before

11:03:20  6    giving logistics for us.  I'm going to be going over the

11:03:24  7    jury instructions.

11:03:25  8              Do we have all the jury instructions?  I

11:03:27  9    believe we have them in, but I need a clean set.  I

11:03:29  10   don't know if we have a clean set yet or not.

11:03:32  11             MS. KUMAR:  I don't believe I sent one in.

11:03:35  12   You mean of the undisputed or disputed?

11:03:39  13             THE COURT:  Both.  I need a clean set of

          14   instructions.

11:03:41  15             I will let you know tomorrow morning which

11:03:45  16   instructions we're going to be giving.  I -- every Court

11:03:48  17   does it differently.  I normally don't have discussion

11:03:50  18   or argument as to whether or not an instruction should

11:03:53  19   come in or not because you've had the opportunity to

11:03:56  20   present it and to present your arguments both ways.  And

11:03:59  21   I go off that.

11:04:01  22             The -- what was I going to tell you about?

11:04:06  23   It will come up.

11:04:08  24             As to -- Counsel, I can tell you have a

11:04:10  25   question.

| 11:04:11 | 1 | MS. POTASHNER:  Well, I do, Your Honor. |

11:04:11   1          MS. POTASHNER:  Well, I do, Your Honor.

11:04:12   2          I just don't know timing-wise.  And maybe

11:04:13   3  I'm being too much of a stickler with the rules.  But I

11:04:16   4  just want to renew our Rule 29 on --

11:04:19   5          THE COURT:  Oh, yes.

11:04:21   6          MS. POTASHNER:  -- for the warehouse

11:04:22   7  defendants on every single count, every single element.

11:04:26   8  And we will follow up with written submission.

11:04:28   9          THE COURT:  Yes.  And I understand.  And the

11:04:29  10  Court hasn't granted you to reserve that right to do it

11:04:31  11  by next Wednesday?

11:04:34  12          MS. POTASHNER:  That's sound fine.  Thank

11:04:36  13  you, Your Honor.

11:04:36  14          MR. RUYAK:  Your Honor, I make the same

11:04:38  15  motions as Perfectus defendants as count every --

11:04:40  16          THE COURT:  I'm assuming so, Counsel.  We'll

11:04:43  17  have until Wednesday to discuss that.

11:04:45  18          Tomorrow, unfortunately, you are not going

11:04:49  19  to get the release that they got.  Because I'm going to

11:04:51  20  have to have you in 8:30 so we can discuss jury

11:04:55  21  instructions and all.

11:04:56  22          I don't think there will be a problem.  I've

11:04:58  23  got a criminal case from 8:00, but it's a plea so that

11:05:01  24  should be over by 8:15.  So that should not interfere

11:05:04  25  with anything at all.

11:05:07  1          What else do we want to talk about?  I

11:05:11  2  forget what it was.  There was something I was going to

11:05:14  3  mention to everybody, but I forgot what it was.

11:05:18  4          I will mention this, and I'll probably

11:05:20  5  mention it again tomorrow.  In planning your arguments,

11:05:23  6  make sure that when you argue the case you don't make

11:05:26  7  the mistake of saying, The Judge will instruct you this

11:05:29  8  way.  You can say, I anticipate the Judge will instruct

11:05:33  9  you this way.

11:05:34  10          But don't say he will.  Because sometimes

11:05:36  11  you'll be embarrassed because for one reason or another

11:05:41  12  I might not instruct that way.

11:05:43  13          Anything else?  Any questions?  I know

11:05:46  14  you've got a lot of exhibits to go through with the

11:05:49  15  clerk today.  And you're going to be working this

11:05:49  16  afternoon.

11:05:49  17          MR. RUYAK:  Verdict form also.

11:05:51  18          THE COURT:  I will let you know tomorrow

11:05:53  19  morning on the verdict form too.

11:05:56  20          Seems to me that the only thing you've

11:05:59  21  really disagreed on the verdict form is as to count one.

11:06:01  22          MR. RUYAK:  That's probably right.

11:06:03  23          MS. POTASHNER:  Yes.

11:06:05  24          THE COURT:  The rest of it seems to be the

11:06:06  25  same on both sides.

11:06:07   1                And that's just whether or not the

11:06:07   2   objections are in there or not.

11:06:10   3                Yes, Counsel.

11:06:10   4                MR. HSIEH:  Two logistical questions, Your

11:06:12   5   Honor.  So jury instruction conference at 8:30 and the

11:06:15   6   jury's coming back at 10:00 a.m.

11:06:17   7                Will we have, I assume, a brief moment based

11:06:19   8   on Your Honor's rulings to maybe adjust our closing

11:06:21   9   materials based on which --

11:06:23  10                THE COURT:  I'm assuming -- of course, it's

11:06:27  11   not safe to assume anything.  But I'm assuming

11:06:30  12   instructing you on what the jury's instructions will be

11:06:32  13   will take about 10 or 15 minutes so you should have an

11:06:35  14   hour, hour and a half to -- yeah.

11:06:37  15                MR. HSIEH:  Understood.

11:06:38  16                And then secondly, I think Your Honor

11:06:39  17   briefly started to discuss the timing for both closing

11:06:44  18   and rebuttal and also for defense counsel.

11:06:46  19                THE COURT:  Unfortunately it's not going to

11:06:49  20   be -- well, yes, the timing will be an hour and a half

11:06:52  21   on each side.  That's for both defendants for opening

11:06:55  22   and closing.  If you want, I will be happy to tell you,

11:06:59  23   for instance on your side, if you want me to tell you an

11:07:03  24   hour into it that, you know, it's one hour, I would be

11:07:06  25   happy to do that.  You may not pay attention to the

11:07:09    1    time.

11:07:10    2            My suggestion is it might be better for the

11:07:12    3    attorneys to be able to tell you rather than the Court

11:07:15    4    to tell you on it.

11:07:17    5            MR. HSIEH:  Understood.  Thank you, Your

11:07:18    6    Honor.

11:07:19    7            THE COURT:  The bad part is we are going to

11:07:22    8    be starting tomorrow, and I don't know if you going to

11:07:26    9    be able to get your opening in, I hope you can, before

11:07:29   10    noon.  If you can't get in before 11:30, then we're

11:07:32   11    going to have to come back and finish it after 11:30.

11:07:36   12            I always like to have it all in one segment

11:07:38   13    rather than break it up.  If we can do it, that's fine.

11:07:42   14    If we can't, that's fine.

11:07:43   15            After the jury instructions -- excuse me,

11:07:44   16    after the argument, I will give jury instructions and

11:07:47   17    we'll send them back to the deliberate.

11:07:48   18            There is some issues you should be talking

11:07:51   19    about.  And this is the plaintiff's motion to have the

11:07:54   20    jury come back on a forfeiture.  You can talk about how

11:08:02   21    you want to handle that.  There are many ways of

11:08:04   22    handling the forfeiture.  Sometimes you do it -- can be

11:08:08   23    done many ways.  It can be done with the same jury.  It

11:08:10   24    can be done with a different jury.  It can be done with

11:08:12   25    the Court making that determination.  It can be done

11:08:15  1    under submission.  Talk about what you want to do on

11:08:17  2    that.

11:08:17  3              I don't think we are going to be able to

11:08:19  4    keep the jury much longer on this case as far as

11:08:22  5    forfeiture goes with being the same jury that handles

11:08:25  6    it.  So anyway.  I will let you talk about that.

11:08:29  7              MS. POTASHNER:  Thank you.  There is one

11:08:30  8    more issue, Your Honor.  We filed last night a renewal

11:08:34  9    of our hearsay motion.  And I recognize the Court may

11:08:37 10    not have had a chance to read the entire thing yet.  But

11:08:40 11    there was one thing that the Court in particular was

11:08:42 12    reserving, which was whether or not the Government laid

11:08:45 13    a foundation as to co-conspirator.

11:08:48 14              THE COURT:  Yes.  I did read it last night.

11:08:49 15    And the motion is going to be denied.  I feel that there

11:08:52 16    was sufficient evidence presented to the Court to

11:08:56 17    establish the conspiracy.

11:08:58 18              Counsel, you are asking a question -- at

11:09:01 19    least you stood up.

11:09:03 20              MS. KUMAR:  Oh, no, Your Honor.  I was just

11:09:03 21    anticipating --

11:09:07 22              THE COURT:  Counsel -- maybe I should not

11:09:10 23    say this until after argument.  I was going to

11:09:16 24    compliment both sides, but I am going to wait until

11:09:19 25    after argument.

```
 1              (PROCEEDINGS CONCLUDED.)

 2

 3              CERTIFICATE OF REPORTER

 4

 5

 6    COUNTY OF LOS ANGELES      )

 7                               )  SS.

 8    STATE OF CALIFORNIA        )

 9

10    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

11    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

12    DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

13    TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

14    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

15    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

16    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

17    FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

18    JUDICIAL CONFERENCE OF THE UNITED STATES.

19

20

21    DATE:  AUGUST 19, 2021

22

23    _____

24    SHERI S. KLEEGER, CSR

25    FEDERAL OFFICIAL COURT REPORTER
```



## $

**$300** [1] - 16:15
**$793,800** [1] - 78:3

## '

**'12** [2] - 27:16, 27:22
**'15** [4] - 29:1, 45:21, 46:4, 46:23
**'16** [1] - 29:1
**'17** [1] - 29:1
**'75** [1] - 40:13
**'79** [1] - 2:18
**'Big** [1] - 55:2

## 0

**01** [2] - 84:18, 97:15
**03** [1] - 76:9
**06** [2] - 15:7, 15:11
**086** [1] - 76:7

## 1

**1** [23] - 4:21, 13:7, 15:9, 15:10, 15:11, 21:18, 21:24, 21:25, 22:2, 22:6, 22:8, 50:21, 74:23, 75:14, 76:2, 76:3, 83:16, 83:19, 84:5, 84:11, 95:22, 97:14
**10** [3] - 85:2, 85:3, 103:12
**10+2** [5] - 88:1, 89:8, 96:16, 96:19, 96:24
**100** [1] - 13:7
**1016** [4] - 11:21, 11:22, 12:19, 13:12
**10925** [1] - 29:9
**10:00** [5] - 99:4, 99:5, 99:8, 100:2, 103:5
**10:05** [1] - 65:3
**10:15** [1] - 99:4
**11:30** [2] - 104:9, 104:10
**11th** [2] - 46:1, 46:13
**12** [2] - 58:15, 58:17
**12,000** [1] - 23:2
**12th** [2] - 46:2, 46:22
**13** [2] - 84:19, 84:23
**13,000** [1] - 20:12
**14** [1] - 85:1
**15** [5] - 41:13, 56:11, 63:19, 63:21, 103:12
**170** [1] - 21:8

**170-pound** [1] - 20:24
**18,000** [1] - 20:10
**180** [2] - 93:23, 94:11
**19** [3] - 77:23, 77:24, 106:20
**1970** [1] - 40:4
**1973** [1] - 2:15
**1974** [3] - 40:6, 67:4
**1977** [3] - 67:5, 67:13, 67:14
**1978** [1] - 43:13
**1979** [3] - 2:6, 2:17, 2:19
**1980** [1] - 40:14
**1981** [1] - 43:21
**1986** [2] - 67:14, 67:17
**1988** [2] - 67:17, 67:19
**1990s** [1] - 44:17
**1993** [2] - 2:8, 71:11
**1995** [1] - 47:18

## 2

**2** [9] - 4:21, 64:13, 74:11, 74:14, 74:23, 75:7, 84:15, 89:22, 97:15
**20** [3] - 56:11, 78:4, 78:5
**200** [1] - 68:13
**2000** [3] - 27:21, 43:24, 47:18
**2001** [1] - 47:18
**2002** [1] - 47:19
**2006** [2] - 2:12, 46:1
**2007** [3] - 27:15, 27:22, 58:19
**2009** [11] - 44:25, 45:21, 47:7, 47:9, 47:10, 47:12, 47:24, 47:25, 49:5, 49:14, 49:23
**2010** [1] - 46:2
**2011** [8] - 27:16, 27:22, 29:7, 29:20, 46:3, 46:4, 46:23, 91:18
**2012** [2] - 32:18, 32:23
**2013** [3] - 28:25, 32:18, 32:23
**2014** [2] - 25:13, 28:25
**2015** [4] - 41:24, 45:3, 46:3, 58:20
**2017** [4] - 9:21,

25:14, 25:16, 49:23
**2018** [4] - 9:8, 9:14, 9:15, 9:21
**2019** [1] - 37:16
**2020** [1] - 41:24
**2021** [1] - 106:20
**2035** [1] - 43:17
**212** [3] - 83:15, 83:19, 84:5
**213** [10] - 74:10, 74:14, 74:23, 84:11, 86:22, 87:11, 89:22, 95:22, 96:17, 97:14
**2268** [1] - 78:24
**23** [3] - 78:19, 85:5, 85:6
**2355** [1] - 31:1
**2375** [1] - 33:23
**24** [3] - 79:1, 79:2, 88:3
**25** [2] - 79:22, 80:12
**26** [3] - 80:2, 80:12, 80:13
**27** [1] - 80:20
**28** [2] - 85:9, 106:12
**29** [3] - 85:16, 85:23, 101:3

## 3

**3** [8] - 4:21, 7:1, 13:12, 17:23, 17:24, 75:13, 86:22, 89:25
**300** [2] - 70:15, 70:16
**314** [2] - 94:15, 94:16
**33** [1] - 67:21
**3461** [15] - 74:5, 74:6, 74:17, 74:18, 74:22, 75:12, 81:11, 81:15, 81:24, 82:5, 82:19, 84:7, 84:17, 84:23, 89:22
**36** [1] - 17:20

## 4

**4** [2] - 76:11, 87:11
**40** [3] - 16:22, 17:1, 17:5
**40-pound** [5] - 19:12, 19:17, 19:21, 20:16, 20:23
**403** [2] - 7:7, 10:19
**42** [2] - 13:16, 21:9
**43** [1] - 21:9
**44** [2] - 67:24, 68:15
**44-year** [1] - 68:10
**48** [1] - 13:16

**48-by-40** [1] - 17:19
**48-by-42** [1] - 17:22
**48-by-43** [3] - 18:1, 18:4, 18:9
**4801** [1] - 13:16
**4:00** [1] - 59:18

## 5

**5** [3] - 17:24, 76:22, 87:16
**50** [1] - 13:1
**500** [2] - 3:3, 3:4
**51** [1] - 4:16

## 6

**6** [9] - 7:1, 15:21, 15:25, 16:2, 16:5, 16:8, 16:10, 64:13, 96:16
**6,000** [1] - 19:22
**60** [3] - 16:22, 17:1, 17:5
**600** [1] - 88:24

## 7

**7** [4] - 77:5, 77:6
**70** [1] - 16:19
**70/30** [1] - 42:15
**7501** [5] - 86:6, 86:13, 86:20, 92:6, 92:8
**753** [1] - 106:12
**761699** [1] - 96:21
**7616995090** [1] - 85:18

## 8

**8** [1] - 99:2
**8661** [1] - 4:21
**8:00** [1] - 101:22
**8:15** [1] - 101:23
**8:30** [2] - 101:19, 103:4

## 9

**9** [1] - 77:14
**9/11** [1] - 88:15
**90** [2] - 94:3, 94:5
**913** [1] - 76:17
**99** [1] - 76:3

## A

**a.m** [1] - 103:5
**ABI** [2] - 75:15, 97:18
**ability** [6] - 19:20, 52:6, 59:12, 60:16, 60:19, 81:25
**able** [4] - 96:17, 104:2, 104:8, 105:2
**ABOVE** [1] - 106:15
**ABOVE-ENTITLED** [1] - 106:15
**absolutely** [1] - 87:9
**academic** [1] - 14:23
**accept** [3] - 8:10, 52:15, 53:15
**accepts** [1] - 93:3
**access** [3] - 51:17, 52:14, 61:11
**accessed** [1] - 73:10
**according** [2] - 57:5, 62:16
**accountant** [1] - 36:10
**accounting** [2] - 55:3, 55:9
**accuracy** [2] - 54:14, 57:20
**acknowledging** [1] - 54:7
**act** [2] - 54:5, 92:23
**action** [2] - 82:18, 82:23
**actively** [1] - 2:20
**activity** [1] - 55:5
**acts** [1] - 58:6
**actual** [3] - 17:17, 51:10, 95:8
**added** [1] - 46:17
**adding** [1] - 76:23
**addition** [1] - 9:23
**additional** [1] - 90:13
**address** [3] - 31:2, 34:8, 80:11
**adhering** [1] - 51:20
**adjust** [1] - 103:7
**administrative** [1] - 73:7
**admitted** [1] - 64:21
**admonishment** [2] - 63:22, 99:9
**advise** [2] - 48:25, 91:15
**advised** [1] - 4:5
**advising** [1] - 49:12
**advisor** [1] - 39:18
**Affairs** [2] - 40:25, 47:13
**affairs** [1] - 39:18

**afternoon** [5] -
59:19, 94:24, 94:25,
99:10, 102:15
**afterwards** [1] -
33:11
**age** [1] - 34:9
**agencies** [3] - 57:14,
67:10, 72:5
**agency** [1] - 69:23
**agency's** [2] - 73:7,
73:12
**agent** [1] - 74:19
**ago** [1] - 75:17
**agree** [1] - 59:7
**agreed** [2] - 48:8,
48:9
**agreeing** [1] - 48:5
**agrees** [1] - 53:15
**ahead** [6] - 5:12,
27:24, 31:25, 59:20,
66:21, 72:22
**Alcoa** [2] - 23:1, 23:2
**alerts** [2] - 34:21,
90:5
**alignment** [1] - 49:16
**Allan** [1] - 58:14
**allow** [1] - 44:20
**almost** [1] - 42:13
**Alston** [3] - 24:21,
35:11, 35:13
**aluminum** [25] -
14:10, 15:17, 15:21,
15:24, 15:25, 16:4,
16:5, 16:8, 16:11,
16:15, 16:18, 16:19,
16:22, 17:1, 17:3,
19:24, 20:16, 21:7,
22:16, 58:19, 78:25,
80:1, 91:20, 96:22
**Aluminum** [3] - 23:1,
23:2, 77:16
**amount** [3] - 77:25,
79:15, 92:22
**amounts** [2] - 23:5,
76:5
**amplified** [1] - 47:2
**analysis** [4] - 3:10,
3:18, 9:4, 57:8
**analysts** [1] - 88:9
**analyze** [1] - 49:25
**AND** [3] - 106:9,
106:13, 106:15
**Andersen** [4] -
41:19, 42:4, 47:17,
47:18
**ANGELES** [1] -
106:5
**annual** [6] - 49:23,
49:25, 50:5, 50:15,
70:12

**annually** [1] - 22:4
**answer** [6] - 5:7,
5:10, 32:10, 50:9,
55:17, 66:20
**answer's** [1] - 89:3
**answered** [2] -
18:10, 30:9, 37:22
**answers** [1] - 48:19
**anticipate** [1] - 102:7
**anticipating** [1] -
105:20
**antidumping** [6] -
76:8, 85:18, 86:2,
90:11, 91:16, 91:19
**antidumping/
countervailing** [1] -
97:16
**anyway** [2] - 99:15,
105:5
**apart** [1] - 34:8
**apologies** [1] - 2:18
**apologize** [1] - 32:16
**apparel** [1] - 70:21
**appear** [2] - 64:14,
69:23
**applicable** [2] -
73:14, 85:19
**applicant** [1] - 81:8
**apply** [2] - 71:9,
90:12
**appointment** [1] -
99:2
**appraisal** [1] - 56:5
**approach** [1] - 71:9
**appropriate** [1] -
90:2
**architectural** [1] -
16:11
**area** [6] - 10:14,
23:12, 67:7, 67:12,
68:24, 69:1
**areas** [1] - 64:15
**argue** [1] - 102:5
**argument** [5] -
99:18, 100:17,
104:15, 105:22,
105:24
**argumentative** [1] -
21:3
**arguments** [2] -
100:19, 102:4
**Arizona** [2] - 41:1
**arm's** [1] - 54:2
**arrived** [3] - 10:2,
10:12, 75:1
**arrives** [2] - 88:19,
88:23
**arrow** [1] - 52:23
**articles** [2] - 69:3,
96:21

**Asian** [1] - 40:12
**aspect** [1] - 70:8
**assessment** [3] -
90:1, 90:14, 92:25
**assigned** [3] - 76:21,
77:18, 79:11
**assist** [2] - 70:13,
70:16
**assistant** [2] - 35:20,
40:18
**ASSISTANT** [1] -
58:15
**associate** [2] -
67:14, 77:20
**associated** [4] -
27:10, 77:21, 80:15,
87:24
**Association** [1] - 4:1
**assume** [3] - 10:9,
103:6, 103:10
**assumes** [1] - 31:14
**assuming** [6] -
71:19, 82:20, 82:21,
101:15, 103:9, 103:10
**attention** [6] - 25:14,
70:7, 78:19, 79:21,
89:21, 103:24
**attorney** [4] - 66:11,
67:15, 95:3, 95:24
**attorneys** [3] - 64:2,
67:20, 104:2
**attract** [1] - 51:16
**attraction** [1] - 50:22
**audit** [10] - 27:9,
27:16, 28:12, 28:15,
32:19, 32:20, 36:12,
54:11, 54:13, 54:17
**Audit** [1] - 54:9
**Audited** [1] - 55:2
**audits** [1] - 55:22
**AUGUST** [1] - 106:20
**authentic** [1] - 77:1
**automated** [6] -
75:15, 81:19, 81:22,
82:8, 97:24, 97:25
**Automated** [1] -
97:20
**automobiles** [1] -
70:20
**autonomy** [2] - 52:6,
52:10
**available** [4] - 72:12,
72:25, 73:14, 99:4

## B

**bachelor** [1] - 14:23
**background** [7] -
2:3, 14:23, 39:23,

43:5, 43:9, 44:24,
45:14
**backup** [1] - 86:14
**bad** [2] - 98:21,
104:6
**bank** [2] - 30:15,
34:10
**bare** [2] - 17:7, 17:9
**base** [3] - 42:12,
43:22, 61:3
**based** [13] - 14:8,
19:20, 44:13, 47:20,
58:3, 59:24, 60:3,
68:9, 72:14, 81:12,
92:10, 103:6, 103:8
**basis** [3] - 52:16,
70:12, 91:17
**became** [2] - 2:6,
44:4
**become** [7] - 43:24,
47:25, 51:14, 52:7,
52:12, 94:10, 94:11
**becomes** [1] - 51:8
**becoming** [4] -
46:14, 48:11, 48:14,
51:5
**begin** [1] - 44:1
**beginning** [1] - 44:14
**behind** [1] - 15:4
**belief** [1] - 16:7
**bench** [1] - 100:4
**Berkeley** [1] - 40:12
**BERNSTEIN** [10] -
10:18, 11:5, 12:16,
14:17, 14:19, 18:12,
21:5, 21:10, 21:21,
23:13
**best** [4] - 2:24,
32:22, 54:8, 54:25
**better** [1] - 104:1
**between** [9] - 3:4,
15:9, 15:11, 16:22,
17:1, 17:12, 21:24,
42:1, 63:15
**beyond** [7] - 10:4,
27:19, 28:24, 32:18,
37:22, 37:23, 94:6
**big** [6] - 49:7, 49:8,
50:20, 50:22, 51:2,
58:20
**biggest** [1] - 51:18
**bill** [4] - 86:18, 87:17,
93:7, 96:12
**billion** [3] - 22:6,
22:8, 50:21
**bills** [2] - 30:16,
34:10
**bit** [7] - 1:13, 2:3,
25:4, 39:22, 43:8,
77:4, 99:6

**block** [1] - 88:15
**board** [3] - 53:23,
54:2, 54:17
**bodies** [1] - 57:21
**body** [2] - 57:2
**bond** [1] - 81:5
**books** [2] - 53:18,
53:19
**boom** [1] - 49:9
**Border** [4] - 68:16,
68:19, 70:10, 95:5
**border** [1] - 75:5
**bottom** [1] - 13:15
**bought** [1] - 22:5
**box** [28] - 1:6, 33:4,
33:6, 33:8, 65:8,
74:23, 75:7, 75:13,
76:11, 77:5, 77:6,
77:14, 77:23, 78:4,
78:5, 78:19, 79:1,
79:22, 80:2, 80:20,
84:15, 84:19, 84:23,
85:1, 85:2, 85:5, 85:9,
89:25
**boxes** [11] - 26:20,
26:21, 26:22, 29:2,
31:19, 33:10, 33:12,
33:13, 33:16, 74:22,
77:3
**break** [3] - 63:18,
63:21, 104:12
**BREAK** [1] - 65:4
**breaking** [1] - 63:19
**brief** [2] - 43:8, 103:6
**briefly** [6] - 21:14,
69:8, 70:18, 75:19,
79:5, 103:16
**bring** [3] - 63:19,
84:11, 87:19
**bringing** [4] - 42:15,
75:1, 78:8, 78:13
**brings** [1] - 60:7
**broker** [22] - 75:16,
76:19, 77:6, 77:7,
77:8, 77:11, 80:5,
80:24, 81:9, 81:12,
81:20, 82:7, 82:8,
82:12, 83:5, 90:3,
90:5, 90:7, 95:25,
96:4, 96:10, 96:14
**Broker** [1] - 97:20
**brokers** [2] - 75:17,
97:21
**brought** [1] - 41:22
**Bruce** [1] - 64:16
**building** [1] - 63:12
**built** [1] - 43:19
**business** [13] -
25:11, 29:10, 31:2,
34:13, 39:21, 41:5,

42:5, 42:17, 42:18, 48:11, 57:18, 83:9, 86:8
**Business** [2] - 39:21, 41:5
**businesses** [2] - 25:10, 77:18
**buy** [1] - 18:17
**BY** [66] - 1:22, 5:14, 7:10, 11:24, 13:6, 14:19, 18:12, 21:5, 21:17, 22:1, 24:17, 26:2, 26:10, 26:17, 27:4, 27:25, 28:8, 28:23, 30:7, 30:10, 30:17, 31:10, 32:1, 32:9, 33:5, 33:20, 34:6, 34:23, 35:10, 35:19, 36:4, 37:6, 39:10, 42:20, 43:3, 44:11, 45:15, 48:23, 50:13, 53:22, 55:14, 55:21, 56:16, 58:16, 59:1, 59:22, 66:7, 66:23, 71:7, 72:10, 72:23, 73:24, 74:13, 78:18, 83:18, 84:14, 87:10, 88:20, 89:6, 90:24, 91:13, 92:3, 93:15, 94:9, 94:23, 97:13

## C

**calculate** [1] - 80:5
**calculated** [1] - 76:23
**calculation** [2] - 62:12, 81:3
**CALIFORNIA** [2] - 106:7, 106:11
**California** [1] - 40:11
**campus** [1] - 40:2
**Canada** [1] - 75:6
**cannot** [1] - 64:14
**capabilities** [1] - 4:8
**capability** [2] - 5:4, 43:20
**capacities** [1] - 19:22
**capacity** [12] - 6:5, 19:9, 19:10, 19:19, 20:1, 20:3, 20:4, 20:5, 20:9, 20:13, 20:14, 24:22
**capital** [6] - 44:19, 44:21, 51:17, 52:14, 53:2, 61:11
**care** [4] - 71:12,

71:15, 71:20, 73:1
**career** [3] - 3:1, 18:8, 68:10
**carefully** [1] - 48:21
**cargo** [1] - 82:20
**Carolina** [1] - 39:12
**carriage** [1] - 87:19
**carrier** [2] - 75:5, 87:18
**carry** [1] - 19:20
**case** [26] - 1:8, 2:1, 9:5, 18:6, 43:9, 45:1, 47:8, 53:3, 57:8, 63:20, 63:23, 70:23, 75:3, 75:9, 78:24, 81:6, 81:8, 83:7, 85:19, 86:3, 89:18, 99:17, 99:20, 101:22, 102:5, 105:3
**cases** [5] - 6:25, 67:11, 77:25, 82:7, 93:4
**causes** [1] - 82:19
**CB** [1] - 81:24
**cell** [2] - 59:16, 59:19
**Center** [4] - 2:21, 39:19, 47:14, 67:18
**center** [3] - 2:5, 2:8, 88:8
**CENTRAL** [1] - 106:10
**certain** [6] - 4:6, 8:12, 8:13, 27:5, 27:6, 49:11
**certainly** [2] - 14:13, 15:10
**CERTIFICATE** [1] - 106:2
**certification** [2] - 80:23, 81:3
**certified** [2] - 36:9, 55:7
**CERTIFY** [1] - 106:11
**certify** [1] - 54:14
**cetera** [3] - 55:6, 61:3, 99:14
**chain** [1] - 46:17
**chains** [5] - 7:23, 7:25, 8:5, 17:6, 19:4
**challenge** [2] - 93:18, 93:20
**chance** [1] - 105:9
**chancellor** [1] - 41:25
**change** [7] - 46:24, 91:2, 91:6, 91:8, 93:2, 93:4, 94:5
**changes** [3] - 52:17, 73:20, 94:2

**changing** [2] - 73:21, 75:9
**Chao** [1] - 29:23
**check** [2] - 76:22, 76:24
**chemicals** [1] - 70:21
**China** [49] - 39:18, 39:21, 41:5, 41:8, 41:9, 41:14, 42:6, 43:12, 43:13, 43:19, 43:21, 43:22, 44:7, 44:12, 44:13, 44:14, 44:19, 45:4, 45:6, 45:17, 45:19, 45:20, 46:6, 46:8, 46:14, 47:22, 47:25, 48:4, 48:24, 49:1, 49:22, 50:19, 50:20, 50:25, 51:7, 51:11, 51:23, 52:25, 58:3, 58:4, 58:11, 58:19, 80:1, 80:8, 80:13, 80:14, 87:19, 91:21
**Chinese** [26] - 41:6, 41:7, 42:10, 42:15, 42:17, 43:16, 44:3, 44:18, 44:19, 45:17, 45:20, 45:22, 47:14, 48:1, 49:5, 49:6, 49:13, 50:23, 51:5, 51:7, 51:13, 58:1, 58:2, 58:6, 59:4
**choice** [1] - 52:14
**choose** [1] - 26:21
**cities** [1] - 95:12
**city** [2] - 42:2, 80:9
**City** [1] - 95:19
**civil** [1] - 97:2
**classification** [5] - 79:3, 79:14, 84:4, 92:22, 93:6
**classifications** [1] - 79:13
**classify** [1] - 90:19
**clean** [6] - 25:4, 47:3, 100:8, 100:9, 100:12
**clear** [2] - 22:6, 90:7
**clearer** [1] - 75:24
**clerk** [1] - 102:14
**Clerk** [1] - 11:23
**CLERK** [14] - 1:19, 11:7, 11:13, 11:21, 23:24, 24:7, 34:19, 38:13, 38:22, 65:2, 65:5, 65:13, 65:21, 65:25
**client** [4] - 42:12, 49:4, 69:15, 69:21
**clients** [8] - 42:9,

42:10, 42:15, 67:10, 69:10, 70:13, 70:16, 91:15
**closely** [1] - 49:24
**closing** [3] - 103:7, 103:16, 103:21
**co** [1] - 105:12
**co-conspirator** [1] - 105:12
**Coast** [3] - 95:11, 95:14, 95:17
**code** [14] - 75:20, 75:25, 76:1, 76:6, 76:8, 76:10, 76:18, 79:16, 84:9, 84:12, 89:24, 90:2, 90:8, 96:21
**CODE** [1] - 106:12
**codes** [2] - 68:8, 79:13
**coefficient** [2] - 6:24, 7:6
**coils** [1] - 23:3
**column** [3] - 80:12, 80:13, 85:16
**columns** [2] - 69:6, 85:11
**coming** [14] - 1:7, 23:19, 38:2, 47:5, 49:6, 62:25, 75:5, 78:23, 88:4, 88:16, 88:18, 88:19, 90:6, 103:5
**Commentary** [1] - 69:5
**commercial** [3] - 81:22, 86:17, 95:9
**Commission** [3] - 56:24, 57:1, 57:11
**committee** [5] - 4:15, 54:9, 54:11, 54:13, 54:17
**common** [8] - 8:24, 9:3, 14:9, 14:10, 16:10, 17:18, 17:22, 55:11
**companies** [32] - 3:20, 18:16, 18:22, 19:3, 41:21, 42:5, 42:14, 44:12, 44:13, 44:15, 44:16, 44:21, 45:5, 45:20, 46:5, 48:25, 49:14, 49:16, 50:20, 50:22, 50:23, 51:5, 51:11, 51:14, 52:4, 52:6, 52:9, 55:23, 57:3, 57:25, 59:5, 98:16
**company** [36] - 45:2, 50:1, 50:15, 50:16,

51:7, 52:7, 52:11, 52:18, 52:23, 52:25, 53:1, 53:15, 53:21, 54:3, 54:6, 55:1, 56:24, 57:9, 58:3, 59:12, 59:15, 59:23, 59:24, 60:3, 60:16, 60:20, 61:11, 61:18, 61:25, 62:11, 62:13, 62:15, 77:16, 77:22, 85:7
**company's** [2] - 49:23, 50:15
**compared** [3] - 6:9, 6:12, 6:21
**complex** [1] - 76:24
**compliance** [2] - 71:4, 72:15
**complicated** [1] - 79:18
**compliment** [1] - 105:23
**complying** [1] - 72:11
**computer** [2] - 97:21, 97:25
**concept** [4] - 71:22, 71:24, 72:3, 72:14
**concerned** [2] - 90:19, 91:4
**CONCLUDED** [1] - 105:25
**conclusion** [5] - 5:15, 6:9, 8:6, 91:10, 93:13
**condition** [3] - 90:15, 90:17, 91:4
**conduct** [1] - 58:6
**CONFERENCE** [1] - 106:17
**conference** [1] - 103:4
**confiscated** [1] - 59:18
**conform** [1] - 72:8
**CONFORMANCE** [1] - 106:16
**Congress** [1] - 79:11
**connected** [1] - 5:19
**connections** [3] - 14:4, 14:5, 14:6
**considerably** [1] - 6:14
**consignee** [1] - 89:11
**consistent** [1] - 50:24
**consolation** [1] - 99:12
**consolidator** [1] -

89:15
**conspiracy** [1] - 105:16
**conspirator** [1] - 105:12
**constantly** [1] - 68:18
**constitute** [1] - 86:20
**constructed** [1] - 80:10
**construction** [1] - 14:9
**consult** [2] - 42:5, 57:21
**Consulting** [3] - 41:19, 42:4, 47:17
**consulting** [4] - 41:21, 42:18, 47:16, 47:22
**consuming** [1] - 7:8
**consumption** [5] - 58:18, 58:22, 74:6, 75:15, 84:18
**contained** [1] - 7:15
**container** [6] - 2:7, 82:12, 82:15, 87:15, 89:13, 89:15
**Container** [1] - 4:1
**containers** [1] - 89:16
**contains** [1] - 81:3
**contention** [1] - 70:1
**context** [2] - 18:6, 22:2
**Continued** [1] - 1:21
**continuous** [2] - 13:18, 14:3
**continuously** [1] - 14:6
**contraband** [1] - 88:16
**contract** [1] - 87:19
**convey** [1] - 75:20
**conveyance** [1] - 75:1
**conveyed** [1] - 84:16
**cooperate** [1] - 57:13
**copy** [4] - 11:5, 11:6, 82:14, 86:17
**Corian** [2] - 23:7, 23:9
**corner** [1] - 13:17
**correct** [35] - 2:5, 4:24, 9:17, 15:2, 15:3, 15:13, 15:18, 15:19, 17:2, 17:8, 17:13, 18:1, 19:11, 19:13, 20:8, 20:16, 20:17, 22:14, 56:22, 58:2, 72:8, 77:13, 81:4,

90:8, 95:3, 95:4, 95:11, 95:15, 95:18, 96:4, 96:15, 97:2, 97:6, 97:16, 97:17
**CORRECT** [1] - 106:13
**correctly** [1] - 77:10
**corrugations** [1] - 7:15
**cost** [2] - 16:14, 16:15
**counsel** [16] - 11:7, 12:11, 23:17, 24:15, 64:6, 65:9, 66:21, 68:12, 68:13, 69:17, 69:21, 98:14, 100:4, 103:17, 105:17, 105:21
**Counsel** [18] - 1:17, 5:12, 10:25, 18:11, 27:24, 31:25, 39:7, 45:12, 59:20, 65:12, 66:4, 69:11, 71:18, 72:22, 98:6, 100:23, 101:15, 103:2
**counseling** [1] - 67:9
**count** [3] - 101:6, 101:14, 102:20
**counted** [1] - 99:13
**countertops** [1] - 23:9
**countervailing** [6] - 76:9, 85:19, 86:3, 90:11, 91:16, 91:19
**country** [5] - 22:13, 79:25, 80:8, 85:3, 95:13
**COUNTY** [1] - 105:5
**couple** [1] - 58:9
**course** [9] - 49:21, 60:11, 60:16, 61:2, 61:20, 61:22, 66:17, 68:10, 103:9
**courses** [3] - 41:4, 41:6
**Court** [14] - 24:3, 38:17, 65:2, 65:17, 66:14, 68:7, 70:3, 100:15, 101:9, 104:2, 104:24, 105:8, 105:10, 105:15
**court** [3] - 68:11, 61:10, 70:4
**COURT** [138] - 1:4, 5:7, 5:9, 7:7, 10:20, 10:24, 11:3, 11:9, 11:14, 11:18, 12:11, 12:15, 12:18, 12:21, 13:2, 13:5, 14:13, 14:16, 18:10, 21:4,

21:12, 21:15, 21:23, 23:12, 23:14, 23:17, 23:23, 24:12, 24:14, 25:25, 26:7, 26:16, 26:24, 27:2, 27:17, 27:21, 27:24, 28:6, 28:13, 28:17, 28:20, 28:22, 30:5, 30:12, 31:5, 31:16, 31:20, 31:23, 32:8, 33:3, 33:9, 33:13, 33:16, 33:18, 33:25, 34:5, 34:17, 35:8, 35:16, 35:18, 35:23, 35:25, 37:4, 37:23, 38:1, 38:8, 39:1, 39:4, 39:6, 42:19, 43:2, 44:10, 45:9, 46:11, 48:15, 48:20, 50:8, 53:13, 55:12, 55:16, 56:13, 58:24, 59:16, 62:22, 62:24, 63:5, 63:7, 63:10, 63:14, 63:17, 64:4, 65:6, 65:12, 66:4, 66:13, 66:18, 71:5, 71:17, 71:23, 72:2, 72:17, 74:12, 78:11, 78:14, 83:17, 87:4, 87:7, 88:13, 89:2, 90:23, 91:12, 91:25, 92:2, 93:14, 94:8, 94:21, 97:12, 98:3, 98:5, 98:8, 98:13, 98:17, 98:20, 100:4, 100:12, 100:14, 101:8, 101:15, 102:17, 102:23, 103:9, 103:18, 104:6, 105:13, 105:21, 106:9, 106:10, 106:24
**court's** [1] - 91:23
**courtroom** [2] - 59:17, 64:5
**courts** [1] - 67:11
**cover** [2] - 24:8, 68:6
**covered** [1] - 83:25
**covering** [1] - 65:22
**CPA** [1] - 36:9
**credibility** [3] - 51:20, 61:15, 61:18
**criminal** [5] - 97:3, 97:5, 97:9, 97:10, 101:22
**crisis** [1] - 49:7
**cross** [6] - 14:16, 34:17, 37:25, 58:24, 68:21, 94:21
**CROSS** [5] - 14:18, 34:22, 58:25, 73:5, 94:22

**cross-examination** [1] - 37:25
**CROSS-EXAMINATION** [4] - 14:18, 34:22, 58:25, 94:22
**cross-rulings** [1] - 68:21
**CSR** [1] - 106:23
**culture** [1] - 52:17
**current** [3] - 39:13, 69:9, 73:18
**customers** [2] - 50:17, 50:18
**customs** [5] - 66:12, 68:6, 70:5, 82:9, 95:5
**Customs** [80] - 67:23, 68:16, 68:19, 68:25, 69:19, 70:10, 71:3, 71:14, 72:5, 72:18, 73:2, 73:5, 73:6, 73:11, 73:13, 73:14, 73:22, 74:2, 74:6, 74:18, 74:20, 75:17, 75:21, 75:23, 76:1, 76:16, 76:19, 76:22, 76:25, 77:20, 78:7, 78:12, 80:5, 80:23, 81:5, 81:8, 81:12, 81:15, 81:17, 81:20, 81:23, 81:24, 82:3, 82:14, 82:25, 83:1, 83:3, 83:24, 84:7, 86:7, 86:11, 86:13, 88:6, 88:7, 88:17, 88:21, 88:24, 90:3, 90:5, 90:17, 90:19, 90:20, 91:4, 92:9, 92:13, 92:16, 92:18, 93:1, 93:22, 93:25, 94:3, 94:4, 94:11, 94:16, 95:25, 96:4, 96:10, 96:13, 97:22
**Customs'** [3] - 72:8, 90:21, 93:18
**cut** [1] - 89:2
**Czech** [1] - 3:21

**D**

**D-e-n-i-s** [1] - 39:3
**daily** [1] - 91:17
**data** [3] - 6:8, 15:9, 19:14
**DATE** [1] - 106:20
**date** [13] - 27:10, 27:14, 28:1, 28:10, 32:22, 44:25, 74:25,

75:8, 75:10, 75:11, 75:12, 93:11
**dated** [3] - 28:24, 28:25, 29:7
**days** [7] - 74:7, 83:9, 86:8, 93:23, 94:3, 94:5, 94:11
**dealing** [1] - 70:9
**deceived** [1] - 56:7
**decide** [2] - 79:13, 90:18
**decided** [1] - 44:20
**decisions** [4] - 61:4, 68:7, 68:11, 68:14
**deck** [2] - 12:7, 13:15
**dedicated** [1] - 70:5
**defendants** [5] - 64:23, 98:12, 101:6, 101:14, 103:20
**defense** [5] - 23:21, 38:11, 65:10, 97:10, 103:17
**definitely** [2] - 20:25, 64:15
**definition** [4] - 71:20, 71:22, 71:24, 72:16
**deform** [1] - 5:18
**degree** [7] - 39:23, 39:25, 51:22, 66:25, 67:2, 67:3, 67:4
**degrees** [1] - 40:15
**Delair** [2] - 77:17, 83:8
**deliberate** [1] - 104:16
**delist** [1] - 56:24
**delisted** [1] - 57:9
**delivery** [1] - 81:1
**demand** [1] - 60:9
**demonstrative** [1] - 42:22
**denied** [1] - 105:14
**Denis** [2] - 38:12, 38:25
**depict** [2] - 13:8, 13:23
**depicted** [7] - 75:7, 75:13, 78:4, 78:20, 79:1, 79:24, 80:2
**depicts** [1] - 13:9
**describe** [6] - 7:6, 19:19, 30:13, 43:10, 69:8, 83:22
**described** [1] - 36:13
**description** [3] - 78:5, 85:10, 85:15
**Design** [1] - 2:21
**design** [9] - 2:5, 2:9, 3:14, 3:15, 4:7, 7:11, 9:3, 17:18, 18:14

**designate** [1] - 11:14
**designated** [1] - 64:10
**designed** [4] - 3:6, 23:1, 23:3, 61:10
**designs** [4] - 3:3, 3:5, 17:16, 18:20
**detail** [2] - 43:5, 85:15
**detailed** [2] - 83:11, 83:24
**details** [1] - 82:1
**determination** [4] - 72:13, 93:18, 94:2, 104:24
**determinations** [1] - 62:10
**determine** [6] - 28:2, 28:10, 90:7, 90:8, 92:21
**developing** [1] - 50:17
**development** [1] - 46:18
**deviates** [1] - 57:6
**different** [23] - 3:3, 7:22, 7:25, 17:10, 17:11, 18:17, 18:19, 18:20, 19:3, 19:5, 26:19, 26:20, 29:14, 31:19, 41:10, 41:11, 41:16, 69:13, 81:21, 84:9, 91:3, 104:23
**differently** [1] - 100:16
**digit** [3] - 76:22, 76:25
**digits** [5] - 76:17, 76:21, 79:16, 80:7, 80:10
**Diplomacy** [1] - 40:23
**DIRECT** [4] - 1:21, 24:16, 39:9, 66:6
**direct** [5] - 35:5, 62:13, 78:19, 79:21, 95:20
**directing** [1] - 25:14
**direction** [6] - 25:17, 25:19, 26:14, 32:15, 37:10
**directions** [2] - 37:8, 37:12
**director** [4] - 2:4, 2:6, 4:2, 39:19
**directors** [5] - 53:24, 54:10, 54:18, 55:25, 56:11
**disagree** [2] - 93:5, 93:6

**disagreed** [1] - 102:20
**disagrees** [1] - 93:22
**disclose** [2] - 53:20, 62:14
**disclosed** [1] - 60:25
**disclosure** [3] - 53:8, 53:17, 55:6
**discuss** [5] - 63:22, 99:20, 101:16, 101:19, 103:16
**discussed** [1] - 22:17
**discussing** [1] - 30:1
**discussion** [1] - 100:16
**dispute** [1] - 69:19
**disputed** [1] - 100:11
**disputes** [1] - 70:6
**distribution** [1] - 19:4
**DISTRICT** [2] - 106:10, 106:11
**divide** [1] - 26:18
**DO** [1] - 106:11
**Doctor** [1] - 14:20
**document** [9] - 27:9, 27:15, 28:12, 64:19, 74:7, 86:15, 87:12, 87:21, 96:23
**documents** [51] - 25:15, 26:4, 26:6, 26:8, 26:9, 26:12, 26:18, 26:21, 26:22, 27:5, 27:6, 27:8, 27:11, 27:18, 28:2, 28:3, 28:10, 28:11, 28:24, 28:25, 29:1, 29:6, 29:13, 29:20, 30:1, 30:2, 30:8, 30:13, 30:23, 31:5, 31:11, 31:12, 31:17, 32:15, 32:16, 32:25, 34:8, 34:9, 34:13, 35:6, 36:17, 36:25, 37:8, 37:9, 37:12, 37:13, 64:18, 86:14, 95:21
**domestic** [3] - 48:10, 50:17, 50:21
**domestically** [1] - 53:1
**done** [15] - 5:10, 9:4, 9:19, 9:20, 14:14, 55:1, 70:19, 81:19, 85:17, 93:22, 104:22, 104:23, 104:24
**Donohue** [2] - 67:15, 67:16
**Dortmund** [1] - 3:24

**dot** [1] - 53:3
**doubles** [1] - 58:21
**doubt** [1] - 17:15
**down** [7] - 10:15, 23:14, 38:1, 62:24, 82:13, 85:9, 98:5
**Dr** [18] - 1:19, 1:23, 6:5, 9:17, 11:25, 19:14, 19:20, 19:25, 20:5, 21:18, 38:12, 38:13, 39:11, 42:17, 42:21, 48:18, 58:10, 59:2
**drafts** [1] - 4:16
**driven** [1] - 46:15
**driver** [1] - 82:12
**drop** [1] - 6:7
**drove** [2] - 44:7, 45:20
**due** [1] - 86:8
**duke** [1] - 39:14
**Duke** [5] - 39:15, 39:18, 41:2, 41:25, 42:2
**DuPont** [1] - 23:7
**durability** [2] - 5:19, 5:22
**durable** [1] - 22:21
**Durham** [1] - 39:12
**during** [15] - 6:6, 29:19, 42:12, 43:19, 45:5, 45:20, 45:25, 46:12, 46:24, 47:8, 47:23, 50:2, 68:10, 68:15, 68:20
**duties** [3] - 81:6, 92:9, 97:16
**duty** [20] - 75:8, 75:9, 76:9, 79:11, 79:15, 81:2, 84:4, 85:19, 86:3, 90:9, 90:11, 90:13, 91:16, 91:19, 92:12, 92:13, 92:22, 92:25, 93:7, 93:8
**dynamic** [2] - 20:5, 43:15

**E**

**early** [6] - 1:7, 1:11, 1:13, 1:14, 63:19, 99:2
**easily** [1] - 8:8
**East** [3] - 95:11, 95:14, 95:17
**economic** [4] - 45:4, 45:23, 48:7
**economies** [1] - 43:15

**Economy** [2] - 47:14, 47:15
**economy** [11] - 43:12, 43:14, 43:15, 44:3, 46:15, 47:6, 48:11, 48:13, 49:5, 49:6, 49:9
**education** [1] - 14:22
**educational** [1] - 39:22
**effect** [1] - 88:14
**eight** [1] - 55:9
**either** [5] - 8:9, 8:18, 8:20, 17:25, 56:6
**elected** [1] - 75:11
**electronic** [2] - 75:16, 81:21
**electronically** [5] - 74:8, 81:18, 81:23, 88:3, 94:18
**electronics** [1] - 70:22
**element** [1] - 101:6
**embarrassed** [1] - 102:10
**employed** [4] - 35:1, 40:15, 47:10, 47:16
**employer** [1] - 39:13
**employers** [1] - 99:14
**empty** [1] - 25:5
**emulated** [1] - 3:14
**encompasses** [1] - 79:8
**end** [4] - 8:9, 8:18, 8:20, 57:4
**endeavor** [1] - 4:11
**ends** [1] - 8:24
**energy** [1] - 47:4
**engage** [2] - 56:22, 58:5
**enter** [1] - 49:9
**entered** [4] - 8:17, 8:20, 77:24, 93:6
**entering** [1] - 22:5
**entire** [3] - 4:7, 18:8, 105:9
**ENTITLED** [1] - 106:15
**entries** [5] - 75:18, 76:3, 76:5, 77:21, 80:15
**entry** [74] - 8:13, 8:15, 17:7, 17:12, 17:14, 70:14, 70:17, 71:13, 72:6, 72:7, 73:25, 74:3, 74:5, 74:7, 74:18, 75:8, 75:10, 75:11, 75:14, 75:15, 75:20, 76:1,

76:2, 76:4, 76:8, 76:9, 76:11, 76:13, 76:14, 76:15, 76:19, 77:1, 77:8, 77:20, 78:6, 80:24, 83:7, 83:10, 83:12, 83:23, 84:1, 84:9, 84:13, 84:15, 84:18, 84:23, 86:15, 86:21, 86:24, 87:14, 87:22, 87:23, 87:24, 89:25, 90:16, 91:2, 91:8, 92:17, 92:20, 92:24, 93:1, 93:3, 93:4, 93:11, 93:20, 93:21, 93:25, 94:4, 94:17, 97:15, 97:22
**entry-type** [1] - 76:1
**environment** [3] - 48:11, 50:18, 81:22
**environmentally** [1] - 47:4
**equipment** [4] - 6:6, 7:25, 8:1, 8:18
**establish** [1] - 105:16
**established** [1] - 48:6
**estimate** [3] - 2:24, 2:25, 3:2
**estimated** [1] - 92:9
**estimates** [1] - 43:17
**et** [3] - 55:6, 61:3, 99:14
**Europe** [1] - 57:23
**Europeans** [1] - 3:13
**evaluated** [1] - 2:25
**evaluating** [3] - 2:1, 3:7, 3:16
**evening** [1] - 99:25
**eventually** [2] - 42:14, 55:7
**evidence** [5] - 12:20, 74:11, 83:16, 99:17, 105:15
**exact** [1] - 84:3
**exactly** [2] - 53:20, 62:14
**examination** [2] - 37:25, 95:20
**EXAMINATION** [10] - 1:21, 14:18, 21:16, 24:16, 34:22, 37:5, 39:9, 58:25, 66:6, 94:22
**examined** [1] - 13:1
**example** [5] - 23:1, 23:7, 73:4, 74:17, 82:13
**exceeded** [4] - 5:3, 5:4, 6:5, 7:1

**exception** [2] - 6:7, 64:21

**excess** [1] - 3:2

**exchange** [4] - 51:8, 51:25, 55:8, 55:23

**Exchange** [10] - 51:21, 51:25, 53:4, 53:10, 53:12, 54:15, 56:8, 56:20, 57:16, 62:16

**exchanges** [1] - 56:10

**excuse** [2] - 40:6, 104:14

**excused** [7] - 23:15, 38:2, 38:4, 38:7, 38:8, 63:1, 98:6

**executed** [1] - 35:7

**executive** [2] - 39:19, 41:25

**exercise** [1] - 71:12

**Exhibit** [13] - 12:19, 13:12, 74:10, 74:14, 74:23, 83:15, 83:19, 84:5, 86:22, 87:11, 95:22, 96:17, 97:14

**exhibit** [5] - 10:22, 11:9, 11:15, 11:18, 13:8

**exhibits** [1] - 102:13

**expand** [1] - 4:8

**expansion** [1] - 2:9

**expect** [2] - 86:23, 87:13

**experience** [16] - 9:2, 14:8, 16:24, 31:9, 43:11, 44:13, 47:9, 47:20, 49:3, 51:13, 51:24, 70:22, 81:10, 90:25, 95:23, 97:5

**experiences** [1] - 47:21

**expert** [9] - 5:1, 5:15, 6:2, 6:16, 6:20, 7:17, 42:17, 71:3, 71:6

**expertise** [1] - 18:13

**explain** [6] - 53:7, 71:21, 75:19, 79:5, 79:17, 89:7

**explained** [1] - 85:6

**export** [1] - 67:8

**exporter** [2] - 44:1, 71:8

**exposure** [2] - 48:12, 51:22

**express** [2] - 63:24, 99:21

**extended** [1] - 47:1

**external** [1] - 50:17

**extra** [1] - 93:7

**extremely** [5] - 5:17, 6:11, 22:23, 23:6, 23:8

**extrusion** [1] - 58:19

**extrusions** [3] - 16:11, 16:12, 91:20

## F

**face** [2] - 24:8, 65:22

**facilities** [1] - 3:20

**facility** [1] - 3:12

**fact** [3] - 3:14, 8:19, 15:7

**factory** [1] - 46:19

**factually** [1] - 72:8

**fail** [3] - 20:4, 20:7, 20:10

**failed** [1] - 20:2

**failure's** [1] - 20:11

**fair** [6] - 2:21, 15:1, 15:24, 16:23, 18:16, 22:10

**faith** [1] - 54:6

**fall** [1] - 6:7

**familiar** [2] - 45:16, 51:6

**far** [3] - 1:11, 99:13, 105:3

**February** [1] - 37:16

**Federal** [1] - 64:19

**FEDERAL** [1] - 106:24

**federal** [4] - 68:11, 68:14, 70:4, 77:17

**fees** [2] - 92:14, 92:15

**few** [5] - 2:23, 13:4, 22:23, 75:17, 81:20

**fewer** [1] - 3:3

**fiduciary** [2] - 54:4, 56:4

**field** [4] - 5:25, 6:21, 85:25, 97:15

**figure** [1] - 92:11

**file** [9] - 74:3, 75:18, 77:7, 83:10, 88:3, 92:8, 93:19, 93:23, 93:24

**filed** [9] - 64:7, 64:8, 74:4, 74:8, 75:10, 76:19, 88:2, 90:4, 105:7

**filer** [3] - 76:18, 84:9, 84:12

**files** [4] - 33:24, 34:1, 75:12, 77:22

**filing** [1] - 88:1

**final** [6] - 57:25,

81:2, 92:22, 92:25, 94:10, 94:11

**finalized** [1] - 92:25

**financial** [5] - 49:7, 53:17, 55:6, 61:2, 62:6

**Financial** [1] - 53:7

**findings** [1] - 9:10

**fine** [10] - 11:1, 12:15, 12:16, 24:1, 38:5, 38:14, 65:14, 101:11, 104:12, 104:13

**finish** [4] - 1:10, 1:11, 1:14, 104:10

**firm** [2] - 67:15, 67:21

**firms** [6] - 41:23, 42:7, 47:17, 47:22, 55:3, 55:9

**first** [18] - 9:6, 37:15, 39:23, 39:25, 41:18, 42:10, 43:4, 43:7, 43:21, 46:13, 51:16, 53:7, 54:11, 76:17, 80:7, 94:16, 97:23

**fit** [5] - 7:23, 7:24, 8:3, 50:18

**five** [10] - 45:23, 46:1, 46:2, 46:7, 46:13, 46:22, 49:17, 50:24, 51:1, 51:3

**five-year** [1] - 45:23, 46:1, 46:2, 46:7, 46:13, 46:22, 49:17, 50:24, 51:1, 51:3

**fixed** [2] - 71:22, 75:12

**Fletcher** [1] - 40:23

**focus** [10] - 2:15, 44:25, 46:4, 46:7, 46:14, 46:24, 47:7, 58:11, 70:7, 72:24

**focused** [1] - 3:16

**focuses** [1] - 68:2

**follow** [1] - 101:7

**following** [1] - 51:1

**food** [4] - 16:25, 17:4, 22:17

**FOR** [2] - 106:9, 106:10

**forces** [1] - 45:4

**Fordham** [4] - 67:3, 67:5, 67:13, 69:3

**FOREGOING** [1] - 106:13

**foreign** [5] - 42:14, 44:2, 57:13, 88:25, 96:2

**forfeiture** [3] -

104:19, 104:21, 105:4

**forget** [1] - 102:1

**forgot** [1] - 102:2

**fork** [3] - 8:4, 8:6, 8:8

**forklift** [1] - 8:17

**forklifts** [2] - 8:4, 8:7

**form** [17] - 6:16, 63:23, 67:20, 74:19, 76:2, 81:4, 86:20, 89:8, 90:4, 91:6, 92:10, 93:3, 96:5, 99:21, 102:16, 102:18, 102:20

**Form** [19] - 74:5, 74:6, 74:17, 74:18, 74:22, 75:12, 81:11, 81:15, 81:24, 82:5, 82:18, 84:7, 84:17, 84:23, 86:5, 86:13, 89:22, 92:6, 92:8

**formal** [1] - 93:20

**FORMAT** [1] - 106:16

**formula** [2] - 76:24, 80:7

**forward** [1] - 28:25

**forwarder** [2] - 96:7, 96:10

**foundation** [8] - 10:23, 10:24, 11:1, 12:10, 31:14, 35:15, 64:22, 105:12

**foundation's** [1] - 10:25

**founding** [1] - 41:19

**four** [9] - 7:4, 8:12, 8:25, 17:12, 21:6, 41:10, 55:10, 95:12

**Four'** [1] - 55:2

**four-way** [1] - 8:12, 8:25, 17:12

**fraction** [1] - 15:17

**frame** [1] - 94:1

**Fraunhofer** [1] - 3:23

**Fred** [1] - 38:25

**free** [4] - 6:7, 23:18, 73:10, 98:8

**free-fall** [1] - 6:7

**freight** [3] - 89:15, 96:7, 96:9

**French** [1] - 3:21

**friction** [2] - 6:24, 7:6

**Friday** [2] - 1:10, 94:16

**front** [2] - 74:15, 83:20

**full** [4] - 24:10, 38:20, 38:23, 66:1

**fun** [1] - 69:11

**function** [2] - 25:7, 82:25, 83:1

**functional** [2] - 7:20, 7:22

**functionality** [1] - 7:18

**funded** [1] - 53:1

**funding** [1] - 44:22

**funny** [1] - 57:18

**Fuqua** [1] - 39:20

**future** [4] - 60:17, 60:21, 60:23, 61:6

**Futures** [3] - 56:23, 56:25, 57:11

## G

**gain** [4] - 51:17, 51:20, 61:10, 61:15

**gains** [1] - 61:18

**gambit** [1] - 70:22

**gap** [1] - 8:10

**GBP** [1] - 43:16

**general** [2] - 42:18, 79:10

**generally** [3] - 19:22, 60:1, 86:8

**generate** [4] - 9:9, 9:12, 59:12, 60:17

**generated** [3] - 19:15, 77:1, 96:2

**generates** [5] - 59:15, 59:23, 59:24, 83:1, 83:3

**gentlemen** [1] - 98:20

**geometry** [1] - 7:24

**Germany** [1] - 3:24

**given** [7] - 17:6, 25:20, 26:11, 43:12, 80:6, 89:3, 96:1

**global** [2] - 44:19, 49:7

**God** [3] - 24:5, 38:19, 65:19

**goods** [21] - 69:22, 70:21, 72:6, 78:15, 78:17, 81:2, 81:13, 82:10, 82:11, 83:6, 83:25, 86:9, 86:11, 86:18, 89:11, 89:12, 89:14, 89:16, 89:19, 95:10, 96:8

**gosh** [1] - 70:19

**government** [2] - 9:24, 44:20

**Government** [14] - 10:8, 10:10, 12:13, 22:15, 37:15, 37:18, 49:8, 58:2, 73:19, 76:13, 93:10, 93:16,

97:14, 105:11
**Government's** [2] - 49:16, 96:17
**gradually** [3] - 44:4, 44:16, 48:8
**graduated** [1] - 67:13
**granted** [1] - 101:9
**great** [1] - 11:4
**green** [1] - 47:3
**grew** [1] - 42:14
**ground** [1] - 41:13
**Group** [2] - 41:20, 47:19
**growing** [1] - 44:14
**guarantee** [1] - 81:5
**guidance** [1] - 4:15

**H**

**half** [4] - 21:24, 22:2, 103:13, 103:19
**hallway** [2] - 23:22, 63:9
**hand** [5] - 13:17, 13:22, 24:1, 38:15, 65:15
**handed** [2] - 11:25, 12:5
**handing** [1] - 11:12
**handle** [2] - 69:19, 104:20
**handled** [1] - 8:8
**handles** [1] - 105:4
**handling** [7] - 5:25, 6:6, 7:24, 8:1, 8:24, 96:7, 104:21
**happy** [2] - 103:21, 103:24
**Harmonized** [7] - 79:2, 79:6, 79:7, 85:17, 86:1, 90:8, 96:20
**headed** [1] - 47:13
**hear** [2] - 11:17, 32:10
**heard** [1] - 99:16
**hearing** [1] - 34:21
**hearsay** [8] - 25:21, 25:24, 26:15, 26:25, 28:5, 30:4, 37:21, 105:8
**heavy** [5] - 21:1, 21:8, 22:24, 23:8
**HELD** [1] - 106:14
**held** [1] - 41:16
**help** [4] - 24:5, 29:21, 38:19, 65:19
**helped** [6] - 3:15,

3:20, 3:21, 3:24, 3:25, 4:8
**HEREBY** [1] - 106:11
**Hi** [2] - 69:16, 82:14
**hidden** [1] - 53:18
**high** [3] - 7:1, 20:13, 41:20
**higher** [1] - 46:17
**highly** [1] - 52:3
**historical** [1] - 60:19
**history** [1] - 43:8
**hold** [4] - 23:2, 39:15, 39:17, 89:16
**home** [3] - 31:2, 31:3, 34:7
**homes** [1] - 25:8, 25:9, 30:21, 30:22
**honest** [1] - 56:5
**honestly** [1] - 61:19
**Hong** [21] - 51:8, 51:14, 51:21, 51:24, 53:3, 53:4, 53:10, 53:12, 54:15, 55:7, 55:22, 56:8, 56:13, 56:14, 56:19, 57:1, 57:15, 58:1, 61:9, 61:10, 62:16
**Honor** [66] - 5:13, 10:18, 10:21, 11:16, 12:16, 12:20, 13:3, 14:12, 14:17, 21:11, 21:13, 21:22, 23:11, 23:13, 23:16, 26:15, 27:3, 31:8, 34:4, 34:18, 38:6, 38:11, 39:8, 42:16, 42:25, 44:8, 45:7, 45:13, 46:9, 50:6, 53:11, 55:20, 58:23, 59:21, 62:21, 62:23, 63:4, 63:8, 63:11, 63:16, 65:10, 66:5, 66:17, 66:22, 71:2, 71:16, 74:9, 83:14, 87:2, 91:11, 92:1, 94:20, 98:4, 98:7, 98:10, 98:11, 98:15, 98:19, 100:25, 101:12, 101:13, 103:4, 103:15, 104:5, 105:7, 105:19
**Honor's** [1] - 103:7
**hope** [2] - 99:9, 104:8
**hopefully** [2] - 1:8, 1:9
**Horvath** [4] - 6:5, 9:17, 19:14, 20:6
**Horvath's** [2] - 19:20, 19:25

**hour** [6] - 99:12, 103:13, 103:19, 103:23
**hours** [4] - 36:5, 36:15, 36:21, 88:3
**house** [2] - 25:4, 25:5
**houses** [3] - 29:14, 35:22, 36:1
**HSIEH** [35] - 25:21, 25:24, 26:15, 28:4, 28:21, 30:4, 30:9, 31:14, 32:7, 34:18, 34:23, 35:10, 35:19, 36:4, 37:3, 37:21, 37:25, 38:7, 71:16, 72:16, 78:9, 87:2, 88:11, 90:21, 91:10, 91:23, 93:12, 94:6, 94:23, 98:2, 98:7, 98:19, 103:3, 103:14, 104:4
**hub** [1] - 43:25
**hundred** [3] - 12:5, 42:13, 62:1
**hundreds** [3] - 18:19, 20:21
**hypothetical** [2] - 50:7, 50:14

**I**

**ID** [4] - 77:15, 77:17, 84:20, 85:7
**idea** [2] - 17:9, 88:15
**ideal** [1] - 17:3
**identification** [1] - 80:4
**identified** [1] - 22:19
**identify** [1] - 76:14
**illegal** [1] - 58:5
**immediate** [1] - 80:25
**impact** [2] - 6:3, 6:13
**import** [4] - 67:8, 69:22, 71:9, 92:19
**important** [17] - 44:3, 45:1, 47:8, 48:14, 49:15, 51:16, 54:19, 59:7, 59:11, 60:10, 60:14, 60:17, 60:21, 71:13, 73:4, 78:6, 99:16
**importantly** [1] - 48:10
**importation** [6] - 70:8, 82:1, 90:1, 91:3, 91:5, 91:7
**imported** [6] - 74:1,

78:17, 81:14, 83:11, 90:18, 95:9
**importer** [39] - 71:12, 72:4, 74:19, 75:11, 77:16, 77:19, 78:1, 79:3, 81:6, 82:5, 82:18, 82:23, 83:9, 83:24, 84:22, 85:6, 85:8, 85:14, 86:6, 87:3, 87:25, 88:23, 89:10, 90:3, 90:5, 90:14, 90:25, 91:1, 91:6, 92:6, 92:8, 93:17, 93:22, 95:8, 95:24, 96:2, 96:5, 96:6, 96:10
**importers** [4] - 72:13, 72:25, 74:1, 97:3
**importing** [2] - 69:16, 78:15
**imports** [1] - 84:22
**IN** [3] - 106:9, 106:14, 106:16
**inappropriate** [1] - 58:6
**include** [1] - 41:10
**including** [2] - 15:14, 41:6
**increase** [2] - 46:18, 58:20
**increased** [1] - 48:12
**indeed** [1] - 14:15
**independent** [4] - 53:24, 54:10, 54:18, 55:9
**indicate** [4] - 54:24, 76:18, 80:8, 80:9
**indicated** [2] - 2:4, 45:25, 85:20, 85:21, 86:3
**indicates** [2] - 73:7, 89:9
**industrial** [2] - 7:18, 43:22
**industries** [7] - 8:21, 22:19, 22:21, 23:4, 46:17, 51:2, 70:25
**industry** [5] - 16:21, 16:25, 17:4, 22:18
**inexpensive** [1] - 19:1
**informal** [1] - 76:5
**information** [34] - 54:14, 54:24, 60:20, 72:5, 72:12, 72:25, 73:3, 73:18, 74:2, 75:20, 75:22, 77:5, 81:4, 81:11, 81:12, 83:11, 83:25, 84:2,

84:6, 84:8, 84:16, 84:23, 85:22, 85:25, 86:12, 88:7, 88:22, 89:7, 89:18, 89:24, 92:10, 93:3, 97:22, 99:3
**informed** [2] - 72:15, 99:1
**initial** [1] - 9:10
**initials** [1] - 75:15
**initiate** [1] - 57:6
**innovation** [1] - 46:15
**Innovation** [1] - 39:19
**innovation-driven** [1] - 46:15
**inputed** [1] - 89:25
**inquire** [3] - 24:15, 39:6, 66:4
**inquiring** [1] - 1:17
**inserted** [1] - 8:9
**inside** [4] - 14:3, 14:6, 48:10, 52:17
**insider** [1] - 54:21
**inspected** [1] - 13:10
**inspection** [5] - 9:23, 9:25, 10:5, 10:7, 82:10
**inspectors** [1] - 88:24
**instance** [1] - 103:22
**instances** [1] - 51:10
**Institute** [2] - 3:23, 40:17
**instruct** [3] - 102:6, 102:7, 102:11
**instructed** [1] - 25:15
**instructing** [1] - 103:11
**instruction** [3] - 26:11, 100:17, 103:4
**instructions** [10] - 1:12, 98:23, 100:6, 100:7, 100:13, 100:15, 101:20, 103:11, 104:14, 104:15
**insulted** [1] - 99:10
**integral** [2] - 44:4, 45:22
**integration** [2] - 44:18, 48:13
**intelligence** [1] - 88:9
**intended** [2] - 50:2, 57:17
**interdisciplinary** [1] - 69:13

**interface** [3] - 75:16, 81:20, 82:9
**Interface** [1] - 97:20
**interfere** [1] - 101:23
**interior** [2] - 13:22
**internal** [2] - 77:6, 77:11
**international** [7] - 4:11, 4:16, 4:18, 48:7, 53:2, 66:11, 68:8
**International** [9] - 4:14, 24:21, 40:25, 41:5, 47:13, 67:23, 68:24, 69:4, 70:3
**internationally** [1] - 3:18
**interviewed** [1] - 37:15
**invested** [2] - 51:2, 62:10
**investigate** [1] - 56:24
**investigation** [2] - 57:7, 90:10
**investing** [2] - 49:4, 49:13
**investment** [1] - 51:17
**investments** [1] - 49:1
**investor's** [1] - 62:5
**investors** [11] - 47:23, 49:10, 49:12, 54:16, 59:4, 59:8, 60:12, 60:18, 60:21, 60:25, 61:23
**invoice** [4] - 80:6, 86:17, 87:7, 95:23
**involved** [5] - 3:7, 35:25, 36:2, 68:12, 70:18
**involves** [3] - 67:8, 67:9, 68:8
**involving** [1] - 70:24
**IPO** [1] - 61:10
**IS** [2] - 106:13, 106:16
**ISF** [4] - 87:25, 96:16, 96:18, 96:24
**ISO** [1] - 4:21
**issue** [3] - 51:4, 51:5, 105:7
**issued** [2] - 82:19, 82:24
**issues** [3] - 64:6, 94:12, 104:17
**issuing** [1] - 52:5
**itself** [1] - 17:18

## J

**Japan** [1] - 4:5
**Japanese** [1] - 3:13
**Jasmine** [4] - 24:22, 32:13, 32:14, 37:12
**jasmine** [2] - 32:11, 32:12
**Jersey** [2] - 77:17, 83:8
**job** [2] - 25:7, 35:22
**jobs** [2] - 25:6, 41:17
**John** [2] - 65:11, 66:2
**John's** [1] - 69:5
**joined** [1] - 67:19
**joint** [1] - 42:1
**journal** [1] - 69:2
**Journal** [3] - 69:4, 69:5
**judge** [1] - 60:20
**Judge** [2] - 102:6, 102:7
**JUDICIAL** [1] - 106:17
**Julia** [2] - 23:21, 24:11
**July** [1] - 9:13
**June** [2] - 9:7, 9:13
**jurisdiction** [1] - 70:5
**jurors** [3] - 1:5, 64:5, 99:1
**JURY** [2] - 64:3, 100:3
**jury** [23] - 1:5, 1:9, 1:12, 63:25, 65:7, 65:8, 74:10, 83:15, 97:19, 98:23, 99:13, 99:23, 100:6, 100:7, 101:19, 103:4, 104:14, 104:15, 104:19, 104:22, 104:23, 105:3, 105:4
**jury's** [2] - 103:5, 103:11

## K

**k-e-z-i-o-s** [1] - 24:13
**keep** [6] - 28:10, 34:20, 48:18, 73:18, 97:4, 105:3
**kept** [2] - 27:11
**Kezios** [5] - 23:22, 23:24, 24:11, 24:18, 34:24, 35:20
**kind** [5] - 25:3,

60:12, 72:4, 75:22, 89:18
**kinds** [2] - 25:6, 41:16
**KLEEGER** [2] - 106:9, 106:23
**knowledge** [4] - 29:17, 54:8, 54:21, 54:25
**known** [5] - 3:9, 3:11, 79:9, 83:23, 86:21
**Kong** [21] - 51:8, 51:14, 51:21, 51:24, 53:3, 53:4, 53:10, 53:12, 54:15, 55:7, 55:23, 56:8, 56:13, 56:14, 56:19, 57:1, 57:15, 58:1, 61:10, 62:16
**Korea** [1] - 3:25
**Korean** [1] - 3:25
**Koreans** [1] - 3:13
**KPMG** [1] - 55:10
**KUMAR** [12] - 44:8, 45:7, 46:9, 50:6, 53:11, 59:1, 59:21, 59:22, 62:21, 63:4, 100:10, 105:19
**Kunshan** [2] - 41:25, 42:2

## L

**laboratories** [3] - 3:15, 3:22, 4:7
**laboratory** [6] - 2:7, 4:2, 4:3, 4:7, 5:5
**ladies** [1] - 98:20
**lading** [3] - 86:18, 87:18, 96:12
**lagger** [1] - 43:14
**laid** [2] - 10:13, 105:11
**largely** [1] - 62:2
**largest** [1] - 43:16
**last** [17] - 1:9, 18:3, 18:5, 24:12, 38:24, 39:1, 39:4, 56:11, 64:8, 67:21, 76:22, 80:19, 81:20, 93:12, 105:7, 105:13
**late** [1] - 44:17
**latest** [1] - 61:2
**Law** [5] - 40:23, 67:5, 67:13, 69:3, 69:4
**law** [13] - 48:14, 57:5, 66:16, 66:19, 67:4, 67:7, 67:15,

69:2, 70:6, 71:14, 72:14, 72:20, 97:5
**laws** [6] - 58:6, 67:9, 68:2, 68:6, 68:9, 73:14
**lawsuit** [1] - 56:22
**lawsuits** [1] - 56:17
**lawyer** [3] - 22:15, 66:15, 97:10
**lawyers** [1] - 69:14
**lay** [1] - 12:10
**lays** [1] - 64:21
**lead** [1] - 68:13
**learn** [1] - 72:4
**least** [4] - 13:10, 79:19, 81:25, 105:18
**leave** [1] - 64:1
**lectured** [1] - 41:3
**left** [4] - 13:17, 13:22, 64:5, 100:4
**left-hand** [2] - 13:17, 13:22
**legal** [5] - 54:5, 68:25, 71:16, 71:20, 71:22, 71:24, 72:16, 91:10, 93:13
**Legal** [1] - 69:5
**length** [1] - 54:2
**less** [2] - 17:22, 48:4
**level** [2] - 41:20, 43:18
**Li** [5] - 36:15, 36:20, 37:7, 37:10, 37:11
**liability** [1] - 56:7
**lied** [1] - 56:6
**life** [1] - 76:16
**light** [7] - 18:25, 19:10, 19:17, 19:21, 19:24, 21:7, 21:9
**limine** [1] - 91:24
**limited** [1] - 8:19
**line** [2] - 11:19, 49:20
**linked** [1] - 54:3
**liquidate** [2] - 93:21, 94:15
**liquidated** [1] - 94:4
**liquidates** [4] - 93:1, 93:21, 93:25, 94:17
**liquidating** [1] - 92:24
**liquidation** [8] - 93:2, 93:5, 93:10, 93:11, 93:17, 93:23, 94:10, 94:12
**liquidations** [1] - 94:11
**list** [5] - 76:20, 85:18, 86:17, 87:15, 96:9
**listed** [3] - 55:23, 61:25, 64:12

**listen** [1] - 48:21
**listing** [3] - 52:16, 53:14, 79:7
**literally** [1] - 43:13
**litigate** [1] - 68:16
**litigated** [1] - 68:20
**litigating** [1] - 67:11
**litigation** [1] - 70:2
**live** [1] - 39:11
**lived** [4] - 41:8, 41:9, 41:12, 41:15
**LLP** [1] - 67:20
**Load** [1] - 2:21
**load** [17] - 2:5, 2:8, 5:18, 7:3, 19:8, 19:9, 19:19, 19:22, 20:1, 20:3, 20:4, 20:5, 20:9, 20:13, 20:14, 88:4, 88:10
**loaded** [3] - 88:7, 89:13, 89:20
**loads** [5] - 6:17, 6:18, 6:22, 7:12, 17:6
**located** [7] - 29:6, 29:8, 45:5, 45:20, 95:14, 95:17, 95:19
**location** [4] - 30:23, 34:7, 36:21
**locations** [2] - 36:7, 57:18
**locks** [1] - 75:8
**logical** [1] - 54:25
**logistical** [1] - 103:3
**logistics** [1] - 100:5
**Look** [1] - 57:22
**look** [23] - 8:1, 12:3, 19:4, 19:5, 43:4, 49:13, 52:22, 58:8, 75:13, 76:20, 77:14, 79:1, 82:3, 84:15, 84:19, 85:1, 85:5, 85:9, 86:22, 87:11, 87:16, 90:15
**looked** [3] - 12:6, 49:11, 49:12
**looking** [14] - 6:8, 13:7, 13:17, 13:21, 50:16, 54:21, 57:3, 62:6, 74:22, 76:11, 77:1, 80:6, 84:5, 85:22
**looks** [3] - 58:18, 85:10, 90:17
**lord** [1] - 43:14
**LOS** [1] - 106:5
**lottery** [1] - 70:24
**louder** [2] - 95:20, 96:23
**LOWDER** [36] - 63:8, 63:11, 63:16, 65:10,

66:5, 66:7, 66:22, 66:23, 71:2, 71:7, 71:19, 72:10, 72:23, 73:24, 74:9, 74:13, 78:18, 83:14, 83:18, 84:11, 84:14, 86:4, 87:10, 88:20, 89:6, 90:24, 91:13, 92:1, 92:3, 93:15, 94:9, 94:19, 97:8, 97:11, 97:13, 98:4

lower [1] - 13:17

**M**

machine [1] - 20:1
Madam [1] - 11:23
mail [1] - 34:2
mails [1] - 25:5
main [2] - 35:22
maintain [2] - 26:12, 27:5
maintained [4] - 26:22, 28:2, 29:13, 31:13
major [2] - 43:25, 44:1
majority [5] - 15:1, 20:23, 20:25, 21:2, 82:7
manage [2] - 25:3, 35:22
management [3] - 41:6, 41:21, 77:12
Management [1] - 40:19
manager [1] - 41:18
manages [1] - 4:16
manifest [1] - 78:22
mankind [1] - 79:9
manufactured [1] - 70:21
manufacturer [6] - 80:4, 80:11, 80:13, 80:16, 84:19
manufacturing [2] - 43:20, 43:25
marked [3] - 10:16, 11:20, 13:7
market [7] - 14:25, 17:21, 17:23, 22:7, 50:21, 50:22, 53:2
markets [2] - 44:19, 44:21
Massachusetts [1] - 40:17
massive [1] - 23:5
master [1] - 14:24
master's [2] - 40:12,

40:13
materials [3] - 18:20, 81:13, 103:8
math [2] - 22:11, 67:22
MATTER [1] - 106:15
matter [8] - 24:3, 38:17, 63:24, 64:10, 65:17, 95:9, 97:3, 99:22
matters [2] - 60:12, 66:12
maxed [1] - 19:25
mean [17] - 7:24, 8:16, 17:9, 25:8, 26:1, 30:21, 40:6, 52:24, 53:9, 53:25, 55:4, 56:2, 56:19, 57:11, 67:22, 75:15, 100:11
means [6] - 8:17, 52:20, 53:17, 56:3, 71:15, 82:9
meant [1] - 48:4
measured [1] - 6:24
medical [1] - 99:1
meet [1] - 72:25
member [1] - 47:25
members [1] - 65:7
memory [1] - 11:8
mention [3] - 102:2, 102:3, 102:4
mentioned [2] - 85:3, 97:18
merchandise [13] - 73:25, 76:5, 77:24, 78:1, 78:5, 82:15, 85:10, 85:15, 88:4, 90:12, 92:12, 96:3, 96:18
message [5] - 82:8, 82:17, 82:19, 82:24, 83:3
met [1] - 24:22
metal [8] - 15:8, 15:12, 15:14, 15:15, 15:17, 21:19, 22:12, 23:5
Mexico [1] - 75:5
mid [1] - 44:17
middle [1] - 13:21
might [5] - 57:19, 60:1, 90:12, 102:11, 104:1
million [1] - 73:9
millions [3] - 22:9, 22:11, 22:12
Millwood [1] - 5:6
minerals [1] - 70:21
minimum [2] - 17:7, 17:9

minor [1] - 92:14
minute [1] - 48:2
minutes [2] - 63:21, 103:12
mission [1] - 2:9
misstates [1] - 21:21
mistake [1] - 102:6
MIT [1] - 40:17
mix [1] - 47:5
mode [1] - 52:17
modernization [2] - 44:6, 44:7
moment [7] - 12:9, 14:11, 34:3, 42:3, 61:1, 92:1, 103:6
money [1] - 61:13
Monitor [4] - 41:20, 42:3, 47:17, 47:19
morning [19] - 1:23, 1:24, 14:20, 14:21, 23:24, 24:18, 24:19, 34:24, 34:25, 38:13, 59:2, 59:3, 66:8, 66:9, 94:25, 95:1, 99:2, 100:14, 102:18
most [17] - 6:14, 8:24, 14:5, 16:10, 17:18, 41:24, 43:15, 45:22, 49:15, 50:20, 50:22, 51:16, 56:10, 59:7, 73:4, 77:18, 77:25
motion [4] - 91:23, 104:18, 105:8, 105:14
motions [3] - 64:7, 64:8, 101:14
motivates [1] - 59:4
move [5] - 13:12, 28:21, 46:16, 46:17
moved [1] - 12:19
movement [2] - 8:4, 96:7
movements [1] - 50:1
moves [1] - 51:7
moving [2] - 1:8, 52:4
MR [110] - 10:18, 11:5, 12:16, 14:17, 14:19, 18:12, 21:5, 21:10, 21:21, 23:13, 25:21, 25:24, 26:15, 28:4, 28:21, 30:4, 30:9, 31:14, 32:7, 34:18, 34:23, 35:10, 35:19, 36:4, 37:3, 37:21, 37:25, 38:7, 38:11, 39:8, 39:10, 42:16, 42:20, 42:25, 43:3, 44:11, 45:13,

45:15, 48:18, 48:23, 49:19, 50:13, 53:22, 55:14, 55:20, 55:21, 56:14, 56:16, 58:8, 58:16, 58:23, 62:23, 63:3, 63:8, 63:11, 63:16, 65:10, 66:5, 66:7, 66:22, 66:23, 71:2, 71:7, 71:16, 71:19, 72:10, 72:16, 72:23, 73:24, 74:9, 74:13, 78:9, 78:18, 83:14, 83:18, 84:11, 84:14, 86:4, 87:2, 87:10, 88:11, 88:20, 89:6, 90:21, 90:24, 91:10, 91:13, 91:23, 92:1, 92:3, 93:12, 93:15, 94:6, 94:9, 94:19, 94:23, 97:8, 97:11, 97:13, 98:2, 98:4, 98:7, 98:11, 98:19, 101:13, 102:16, 102:21, 103:3, 103:14, 104:4
MS [69] - 1:22, 5:13, 5:14, 7:10, 10:21, 11:1, 11:4, 11:6, 11:11, 11:16, 11:19, 11:22, 11:24, 12:13, 12:19, 13:3, 13:6, 14:11, 14:14, 21:3, 21:13, 21:17, 22:1, 23:10, 23:16, 23:21, 24:17, 26:2, 26:10, 26:17, 27:3, 27:4, 27:25, 28:8, 28:23, 30:7, 30:10, 30:17, 31:8, 31:10, 32:1, 32:9, 33:5, 33:20, 34:3, 34:6, 34:15, 35:15, 37:6, 37:24, 38:5, 44:8, 45:7, 46:9, 50:6, 53:11, 59:1, 59:21, 59:22, 62:21, 63:4, 98:15, 100:10, 100:25, 101:5, 101:11, 102:22, 105:6, 105:19
multinational [1] - 42:9
multiple [1] - 33:15
multiply [1] - 92:12
must [2] - 53:23, 54:2

**N**

name [13] - 24:12, 38:20, 38:23, 38:24,

39:1, 39:4, 66:1, 66:2, 68:22, 70:20, 75:3, 76:18
narrative [1] - 55:18
narratives [1] - 5:11
national [2] - 4:1, 70:3
nationwide [1] - 70:4
necessarily [3] - 54:21, 60:22, 60:24
need [1] - 18:17, 18:22, 18:25, 19:5, 69:19, 69:24, 90:10, 100:8, 100:12
needed [1] - 45:14
negative [1] - 32:16
never [2] - 95:5, 95:8
Neville [1] - 67:20
New [9] - 40:1, 40:2, 67:16, 67:18, 70:4, 77:17, 83:8, 95:19, 98:9
new [2] - 53:15, 64:15
news [2] - 98:21
newspaper [1] - 69:6
next [26] - 5:12, 7:8, 11:19, 23:20, 27:2, 35:18, 38:10, 49:19, 50:12, 54:9, 55:2, 55:25, 56:23, 57:10, 58:9, 63:7, 63:11, 64:9, 65:9, 71:18, 80:2, 80:9, 82:6, 83:4, 92:7, 101:10
night [4] - 1:9, 64:8, 105:7, 105:13
nominal [1] - 19:22
none [2] - 85:20, 85:21
nonetheless [1] - 48:9
nonscientist [1] - 7:5
noon [1] - 104:9
normalized [1] - 48:12
normally [1] - 100:16
norms [1] - 48:5
North [1] - 39:12
nothing [4] - 24:4, 38:18, 62:21, 65:18
notice [3] - 73:20, 94:12, 94:17
number [26] - 2:22, 2:25, 11:18, 58:14, 69:2, 69:6, 76:11, 76:13, 76:15, 76:22, 77:7, 77:8, 77:10, 77:15, 77:17, 77:19, 80:4, 80:17, 85:6,

85:7, 85:17, 85:19, 86:2, 86:3
**numbers** [2] - 62:9, 76:23

# O

**o'clock** [4] - 59:18, 99:2, 99:8, 100:2
**oath** [1] - 1:20
**object** [1] - 10:18
**objection** [25] - 12:17, 21:3, 25:21, 25:24, 26:15, 28:4, 30:4, 30:9, 31:14, 32:7, 35:15, 37:21, 45:7, 46:9, 53:11, 72:16, 78:9, 88:11, 90:21, 91:10, 91:23, 93:12, 94:6, 97:8, 97:11
**Objection** [4] - 44:8, 50:6, 71:16, 87:2
**objections** [1] - 103:1
**objective** [1] - 54:22
**obligated** [1] - 72:4
**obligation** [5] - 73:17, 91:1, 91:2, 91:8, 92:21
**obliged** [1] - 54:23
**observations** [1] - 14:1
**observe** [2] - 14:1, 51:10
**observed** [3] - 13:19, 13:24, 15:20
**obviously** [1] - 90:4
**occasion** [1] - 91:15
**occasions** [3] - 41:10, 41:11, 41:15
**occurring** [1] - 30:3
**ocean** [1] - 87:18
**OF** [11] - 64:3, 100:3, 106:2, 106:5, 106:7, 106:11, 106:13, 106:16, 106:17
**offer** [5] - 42:17, 60:1, 69:10, 69:11, 71:3
**offices** [1] - 95:12
**OFFICIAL** [2] - 106:9, 106:24
**often** [1] - 47:3
**old** [2] - 26:6, 97:21
**older** [1] - 40:7
**once** [5] - 81:24, 83:3, 92:6, 93:21, 93:25

**one** [38] - 13:18, 14:11, 17:14, 17:25, 32:18, 32:19, 34:3, 39:25, 42:9, 43:15, 49:15, 54:9, 55:8, 55:10, 55:11, 56:23, 57:10, 58:9, 61:18, 64:9, 70:24, 73:4, 85:19, 89:17, 92:1, 93:10, 93:16, 93:19, 96:13, 99:1, 99:12, 100:10, 102:10, 102:20, 103:23, 104:11, 105:6, 105:10
**one-way** [1] - 17:14
**one-year** [1] - 93:16
**ones** [6] - 16:3, 21:6, 31:13, 32:2, 32:3, 32:20
**ongoing** [1] - 52:16
**online** [1] - 68:21, 73:10
**Online** [1] - 73:5
**opened** [1] - 44:19
**opening** [2] - 103:20, 104:8
**operate** [2] - 52:7, 61:19
**operating** [5] - 44:12, 44:14, 46:6, 52:17, 58:4
**operation** [2] - 3:24, 53:16
**operations** [1] - 41:22
**opinion** [8] - 5:1, 6:2, 6:16, 6:20, 7:17, 7:20, 8:2, 9:16
**opinions** [3] - 9:5, 63:24, 99:22
**opportunities** [3] - 47:22, 49:3, 49:8
**opportunity** [8] - 68:16, 88:22, 89:4, 91:18, 92:19, 93:18, 94:1, 100:18
**order** [8] - 3:18, 4:8, 9:5, 12:9, 72:25, 76:9, 90:18, 91:19
**orders** [2] - 90:11, 91:16
**Organization** [2] - 4:15, 48:3
**organizations** [1] - 42:4
**organize** [4] - 29:3, 30:1, 31:12, 31:17
**organized** [1] - 31:15
**origin** [3] - 79:25, 80:8, 85:3

**OUT** [2] - 64:3, 100:3
**outer** [1] - 14:3
**outside** [1] - 18:6, 91:24, 97:11
**overall** [3] - 48:13, 58:21, 62:12
**overruled** [16] - 21:23, 25:25, 30:5, 30:12, 31:16, 32:8, 46:11, 50:10, 53:13, 72:2, 78:11, 87:4, 88:13, 90:23, 91:12, 93:14
**overseas** [2] - 57:18, 89:20
**overseeing** [1] - 2:20
**overwhelming** [1] - 15:1
**owe** [1] - 92:13
**owed** [2] - 84:4, 92:10
**own** [3] - 56:4, 62:2, 77:11

# P

**P-e-t-e-r-s-o-n** [1] - 66:3
**package** [3] - 86:21, 87:5, 87:8
**packages** [2] - 76:7, 78:24
**packaging** [3] - 2:10, 2:12, 7:2
**packing** [3] - 86:17, 87:15, 96:9
**PAGE** [1] - 106:15
**page** [17] - 13:12, 74:11, 74:14, 74:23, 83:15, 83:19, 84:5, 84:11, 86:22, 87:11, 87:16, 89:22, 95:22, 96:16, 96:18, 96:24, 97:14
**paid** [2] - 78:1, 92:16
**Pallet** [1] - 3:25
**pallet** [31] - 2:6, 3:3, 3:9, 3:16, 4:22, 5:17, 5:24, 6:25, 7:3, 8:2, 8:8, 8:10, 8:14, 8:15, 9:1, 13:16, 16:8, 17:4, 17:16, 17:18, 18:4, 18:7, 18:9, 18:13, 18:20, 19:25, 20:15, 20:16, 22:20, 22:22, 23:8
**pallets** [104] - 2:1, 2:10, 2:11, 2:16, 2:22, 2:25, 3:5, 3:19, 4:10,

4:17, 4:19, 4:23, 5:1, 6:10, 6:12, 6:15, 6:17, 6:18, 6:21, 7:12, 7:18, 8:7, 8:12, 8:13, 8:25, 9:6, 9:7, 9:23, 10:1, 10:15, 10:16, 12:24, 12:25, 13:1, 13:9, 14:2, 14:9, 14:10, 14:25, 15:2, 15:4, 15:5, 15:7, 15:8, 15:12, 15:17, 15:18, 15:20, 15:22, 15:24, 15:25, 16:4, 16:5, 16:11, 16:15, 16:18, 16:19, 16:22, 17:1, 17:11, 17:15, 17:20, 17:25, 18:5, 18:17, 18:18, 18:22, 18:23, 18:25, 19:1, 19:6, 19:10, 19:12, 19:17, 19:21, 20:2, 20:6, 20:19, 20:21, 20:22, 20:23, 20:24, 21:1, 21:6, 21:7, 21:8, 21:9, 21:19, 22:3, 22:6, 22:8, 22:12, 22:16, 22:24, 23:2, 23:3, 23:5, 78:25, 80:1, 96:25
**Paltz** [1] - 40:2
**paper** [2] - 72:7, 74:7
**pardon** [3] - 67:1, 87:6, 95:16
**Paris** [1] - 3:22
**part** [15] - 28:15, 44:3, 44:4, 45:22, 53:16, 62:12, 73:25, 86:24, 87:4, 87:7, 87:13, 87:22, 87:23, 92:4, 104:6
**partial** [1] - 8:25
**participate** [1] - 36:12
**participated** [2] - 55:15, 55:22
**particular** [9] - 45:2, 69:25, 76:14, 77:20, 78:23, 79:12, 80:15, 105:10
**particularly** [3] - 43:12, 56:11, 99:16
**partner** [1] - 67:15
**parts** [1] - 4:21
**party** [1] - 89:9
**past** [3] - 27:23, 55:12, 60:23
**pay** [2] - 79:15, 103:24
**payment** [1] - 81:5
**pays** [1] - 35:3

**Penn** [2] - 40:25, 47:12
**people** [6] - 54:1, 54:20, 54:23, 62:2, 73:11, 89:16
**People's** [1] - 91:20
**per** [2] - 22:6, 87:23
**percent** [15] - 15:7, 15:9, 15:10, 15:11, 17:20, 17:23, 17:24, 21:18, 21:24, 21:25, 22:3, 22:8, 42:13, 62:1, 76:3
**Perfectus** [6] - 15:21, 19:12, 19:25, 20:20, 98:11, 101:14
**perform** [1] - 92:23
**performance** [3] - 3:16, 4:22, 57:3
**perhaps** [2] - 12:13, 16:1
**period** [16] - 9:20, 44:23, 45:5, 45:21, 45:25, 46:24, 47:8, 47:11, 47:24, 48:7, 49:5, 50:2, 50:19, 58:12, 58:19, 58:21
**periods** [1] - 42:12
**permit** [1] - 69:25
**permitted** [1] - 56:18
**person** [3] - 78:14, 80:24, 89:17
**personal** [9] - 25:2, 25:3, 25:8, 29:2, 30:19, 30:21, 33:23, 34:11, 35:20
**perspective** [2] - 47:23, 90:22
**pertinent** [1] - 82:1
**Peterson** [23] - 64:10, 65:11, 65:14, 66:2, 66:8, 66:10, 66:24, 67:20, 68:24, 70:7, 70:12, 71:3, 71:8, 74:14, 81:10, 82:17, 83:13, 83:19, 87:12, 91:14, 92:4, 94:10, 94:24
**petroleum** [1] - 70:20
**Ph.D** [3] - 14:24, 40:13, 40:14
**pharmaceutical** [3] - 16:21, 17:4, 22:18
**phones** [3] - 34:20, 59:16, 59:19
**photograph** [5] - 12:6, 12:12, 13:18, 13:21, 13:23
**photographs** [9] -

11:2, 12:1, 12:3, 12:6, 12:8, 12:21, 12:22, 12:23, 12:25
**phrase** [1] - 71:13
**physically** [2] - 95:14, 95:17
**pick** [4] - 25:5, 34:1, 82:15, 83:5
**picture** [3] - 13:14, 13:15, 13:18
**piles** [1] - 26:19
**pioneers** [1] - 42:10
**place** [2] - 45:19, 81:5
**placed** [3] - 2:11, 6:17, 6:18
**places** [3] - 3:17, 48:25, 57:19
**plaintiff's** [1] - 104:18
**plan** [9] - 45:17, 46:1, 46:2, 46:7, 46:12, 46:13, 46:22, 49:9
**planning** [1] - 102:4
**plans** [7] - 45:19, 45:24, 49:18, 50:24, 51:1, 51:3, 58:10
**plastic** [2] - 15:4, 18:23
**play** [2] - 48:5, 48:8
**plea** [1] - 101:22
**pleasant** [1] - 99:25
**plus** [2] - 19:23, 86:20
**point** [8] - 2:5, 2:20, 3:8, 11:8, 54:22, 89:25, 90:16, 92:18
**pointing** [1] - 53:3
**Policy** [1] - 39:20
**policy** [1] - 45:23
**political** [2] - 40:13, 51:22
**Political** [1] - 47:15
**politics** [1] - 41:7
**port** [4] - 75:1, 88:18, 88:23, 92:14
**portion** [1] - 93:12
**Portrait** [1] - 31:1
**Portriat** [1] - 33:23
**ports** [1] - 88:25
**position** [4] - 72:8, 73:12, 73:20, 73:21
**positions** [2] - 39:15, 39:17
**possible** [3] - 16:7, 16:9, 99:7
**post** [1] - 48:7
**post-war** [1] - 48:7
**POTASHNER** [57] -

1:22, 5:13, 5:14, 7:10, 10:21, 11:1, 11:4, 11:6, 11:11, 11:16, 11:19, 11:22, 11:24, 12:13, 12:19, 13:3, 13:6, 14:11, 14:14, 21:3, 21:13, 21:17, 22:1, 23:10, 23:16, 23:21, 24:17, 26:2, 26:10, 26:17, 27:3, 27:4, 27:25, 28:8, 28:23, 30:7, 30:10, 30:17, 31:8, 31:10, 32:1, 32:9, 33:5, 33:20, 34:3, 34:6, 34:15, 35:15, 37:6, 37:24, 38:5, 98:15, 100:25, 101:5, 101:11, 102:22, 105:6
**pounds** [10] - 16:19, 16:22, 17:1, 17:5, 19:22, 20:10, 20:12, 21:9, 23:2
**PowerPoint** [1] - 42:21
**practice** [11] - 67:7, 67:8, 67:17, 68:1, 68:2, 69:9, 69:12, 70:8, 72:11, 73:8, 91:14
**practices** [1] - 72:18
**practicing** [2] - 67:12, 67:23
**predated** [1] - 29:20
**predictor** [1] - 60:23
**predominantly** [1] - 9:21
**preparation** [1] - 49:21
**prepare** [1] - 42:21
**prepared** [1] - 52:19
**PRESENCE** [2] - 64:3, 100:3
**present** [4] - 29:19, 37:11, 100:19
**presented** [3] - 12:24, 90:20, 105:15
**preserve** [4] - 32:3, 32:17, 37:8, 37:13
**preserving** [1] - 37:19
**president** [2] - 39:18, 41:19
**presumably** [1] - 84:1
**pretty** [2] - 76:24, 91:17
**primarily** [2] - 8:4, 16:12
**priorities** [1] - 49:17

**priority** - 51:18
**private** [7] - 44:20, 51:7, 51:14, 52:4, 52:9, 52:11, 52:23
**probative** [1] - 7:8
**problem** [5] - 62:18, 72:19, 84:10, 99:6, 101:21
**procedure** [1] - 99:6
**PROCEEDINGS** [2] - 105:25, 106:14
**process** [14] - 1:25, 37:18, 45:17, 45:23, 70:14, 70:17, 71:10, 73:25, 78:6, 86:5, 90:1, 92:7, 93:16, 97:25
**processing** [1] - 92:14
**producing** [2] - 46:20
**product** [17] - 5:20, 44:18, 47:5, 59:24, 59:25, 60:3, 60:9, 75:1, 78:23, 79:4, 79:9, 80:12, 85:4, 87:19, 90:15, 91:2, 91:7
**product-based** [2] - 59:24, 60:3
**products** [8] - 46:21, 47:5, 60:4, 70:17, 70:19, 79:8, 79:12, 80:1
**professional** [1] - 3:8
**professor** [3] - 39:20, 39:21, 40:18
**professorships** [1] - 40:20
**program** [1] - 2:13
**proper** [1] - 79:14
**properties** [7] - 25:3, 29:2, 30:20, 30:21, 33:2, 34:11
**property** [2] - 25:8, 33:23
**Protection** [4] - 68:16, 68:19, 70:10, 95:6
**protest** [2] - 93:23, 93:24
**protocols** [1] - 4:22
**provide** [3] - 10:22, 75:22, 90:12
**provided** [10] - 54:15, 54:24, 84:6, 89:19, 95:23, 95:24, 96:4, 96:6, 96:7, 96:13

**provides** [1] - 83:24
**public** [15] - 36:10, 44:15, 44:16, 45:2, 49:23, 51:5, 51:8, 51:15, 52:4, 52:5, 52:7, 52:9, 52:11, 52:12, 76:20
**publications** [1] - 73:23
**publicly** [1] - 61:24
**publish** [4] - 13:4, 73:2, 74:10, 83:15
**published** [5] - 68:11, 68:13, 68:25, 69:2, 69:3
**purely** [1] - 53:1
**purpose** [1] - 75:25
**purposes** [1] - 42:22
**PURSUANT** [1] - 106:11
**put** [8] - 22:2, 22:12, 33:6, 72:5, 72:7, 73:18, 88:14, 89:14
**puts** [3] - 73:6, 81:12, 91:3
**putting** [1] - 22:23

## Q

**qualifications** [1] - 66:14
**qualified** [2] - 71:5, 90:22
**qualify** [1] - 42:19
**qualities** [1] - 42:8
**quantity** [2] - 78:21, 84:3
**quarter** [1] - 73:9
**questions** [15] - 11:12, 21:10, 23:10, 34:16, 37:3, 37:24, 48:21, 66:18, 72:24, 92:20, 94:19, 98:2, 100:1, 102:12, 103:3
**quickly** [3] - 1:19, 34:19, 77:4
**quietly** [1] - 64:1
**quite** [4] - 2:23, 6:22, 22:23, 47:3

## R

**railroad** [1] - 75:4
**Raine** [1] - 64:16
**raise** [4] - 24:1, 38:15, 61:13, 65:15
**range** [2] - 16:24, 32:23
**rate** [5] - 75:9, 79:14,

90:9, 92:12, 92:22
**rates** [2] - 75:9, 79:11
**rather** [3] - 55:17, 104:2, 104:12
**reach** [1] - 43:18
**read** [4] - 49:24, 64:23, 105:9, 105:13
**reading** [1] - 85:13
**real** [3] - 1:19, 34:19, 53:19
**really** [7] - 41:16, 44:17, 44:18, 46:13, 78:6, 88:15, 102:20
**reason** [2] - 51:16, 102:10
**reasonable** [6] - 16:20, 54:25, 71:12, 71:15, 71:20, 73:1
**rebuttal** [8] - 64:11, 64:14, 64:16, 94:7, 98:17, 103:17
**receive** [2] - 82:7, 89:11
**received** [2] - 13:2, 40:12
**receives** [1] - 86:6
**recently** [1] - 41:24
**recess** [2] - 65:1, 65:3
**recognize** [1] - 105:8
**recollection** [1] - 32:22
**record** [12] - 1:4, 1:15, 11:15, 24:9, 24:10, 38:20, 38:24, 64:4, 65:6, 66:1, 68:12, 85:8
**recovery** [1] - 49:8
**recross** [2] - 21:12, 23:12
**RECROSS** [1] - 21:16
**RECROSS-EXAMINATION** [1] - 21:16
**rectify** [1] - 84:10
**redirect** [3] - 37:4, 62:22, 89:21
**REDIRECT** [1] - 37:5
**reduce** [1] - 51:22
**reference** [2] - 77:6, 77:8
**refers** [2] - 57:12, 97:15
**reflect** [4] - 1:4, 1:15, 64:4, 65:6
**reflected** [1] - 73:22
**reforms** [1] - 43:12
**refresh** [1] - 11:8

refund [1] - 93:8
regarding [4] - 6:16, 8:6, 9:9, 52:15
regardless [1] - 36:25
Register [1] - 64:19
regular [1] - 75:14
regulated [1] - 45:19
regulation [1] - 71:3
regulations [12] - 48:6, 51:21, 52:15, 53:16, 56:20, 61:9, 62:14, 68:5, 68:7, 70:10, 72:9, 73:14
REGULATIONS [1] - 106:16
Regulations [1] - 53:5
regulatory [3] - 57:2, 57:13, 58:2
reiterate [1] - 66:15
relate [1] - 34:11
related [2] - 5:21, 91:19
relating [2] - 30:18, 30:19
relationship [1] - 54:2
release [12] - 82:8, 82:14, 82:17, 82:21, 82:24, 83:3, 86:7, 98:22, 99:15, 99:24, 100:1, 101:18
released [6] - 61:24, 81:2, 82:20, 84:1, 86:9, 86:11
releasing [2] - 1:13, 82:9
relevance [6] - 10:19, 28:5, 44:9, 45:8, 46:10, 53:12
relevant [1] - 64:20
relied [2] - 64:22, 64:23
reliquidating [1] - 94:4
rely [3] - 61:23, 62:1, 62:2
relying [1] - 62:9
remain [2] - 38:3, 62:10
remainder [2] - 76:21, 80:10
remember [8] - 18:7, 18:8, 30:6, 36:23, 63:22, 99:9, 99:20
remind [3] - 1:20, 34:19, 97:18
remove [2] - 24:8, 65:22

render [3] - 6:22, 7:17, 8:20
rendering [2] - 8:2, 9:16
renew [1] - 101:3
renewal [1] - 105:7
repeat [1] - 52:8
report [2] - 9:9, 9:12
REPORTED [1] - 106:14
REPORTER [3] - 106:2, 106:9, 106:24
reporting [2] - 54:6, 55:6
reports [7] - 20:11, 49:23, 49:25, 50:5, 50:15, 50:16, 61:3
represent [1] - 89:8
representatives [2] - 10:3, 10:10
representing [1] - 67:10
represents [1] - 83:22
Republic [1] - 91:20
request [2] - 35:6, 57:9
require [1] - 52:16
required [4] - 72:20, 73:2, 73:13, 74:1
requirement [4] - 53:9, 55:8, 69:17, 71:11
Requirements [1] - 53:5
requirements [3] - 53:8, 53:16, 62:17
research [2] - 2:7, 46:18
researching [1] - 47:20
reserve [1] - 101:9
reserving [1] - 105:11
residence [2] - 29:10, 29:11
residential [2] - 30:22, 33:2
resist [1] - 7:2
resistance [3] - 6:3, 6:9, 6:12
resistant [4] - 5:25, 6:11, 6:14, 7:16
resists [1] - 7:3
resolution [1] - 70:1
resolved [1] - 63:20
resolving [1] - 70:5
respect [3] - 6:2, 8:7, 26:3
respected [3] -

51:25, 52:2, 52:3
respective [2] - 1:5, 65:7
response [1] - 28:21
responsibility [5] - 54:5, 56:4, 58:5, 72:15
responsive [2] - 48:16, 48:20
rest [5] - 98:12, 98:16, 98:22, 99:10, 102:23
restate [1] - 67:6
retire [2] - 63:25, 99:23
retired [1] - 2:20
retirement [1] - 2:14
reused [1] - 6:1
revenue [10] - 59:7, 59:10, 59:11, 59:12, 59:15, 59:23, 59:24, 60:7, 60:17, 62:6
review [8] - 3:10, 49:22, 58:2, 81:25, 88:22, 91:15, 91:18, 92:19
reviewed [9] - 9:16, 19:14, 88:8
reviewing [2] - 50:4, 50:14
revisions [1] - 94:2
rise [2] - 65:2, 65:5
Riverside [1] - 10:6
role [1] - 44:15
room [3] - 7:5, 63:25, 99:23
rough [3] - 5:25, 6:6, 7:16
roughly [1] - 68:19
Rule [1] - 101:3
rule [1] - 48:14
ruled [1] - 73:11
rules [11] - 48:5, 48:8, 52:15, 53:12, 56:9, 56:20, 57:15, 68:17, 70:10, 72:9, 101:2
Ruling [1] - 73:5
ruling [2] - 73:19, 91:24
rulings [6] - 68:20, 68:21, 68:23, 73:7, 73:9, 103:7
run [1] - 41:22
RUYAK [29] - 38:11, 39:8, 39:10, 42:16, 42:20, 42:25, 43:3, 44:11, 45:13, 45:15, 48:18, 48:23, 49:19, 50:13, 53:22, 55:14,

55:20, 55:21, 56:14, 56:16, 58:8, 58:16, 58:23, 62:23, 63:3, 98:11, 101:13, 102:16, 102:21

S

S-i-m-o-n [1] - 39:5
safe [1] - 103:10
salary [1] - 35:3
sample [3] - 9:25, 10:2, 10:13
saw [8] - 19:24, 20:11, 20:18, 20:21, 20:22, 31:24, 49:4
scan [1] - 58:8
scanned [1] - 12:7
scenario [1] - 51:6
scene [1] - 44:17
Schedule [4] - 79:6, 79:7, 85:17, 86:2
scholarship [1] - 69:1
School [7] - 39:20, 40:19, 40:23, 40:25, 47:13, 67:5, 67:13
science [6] - 2:13, 14:22, 14:23, 14:24, 40:13
scienter [1] - 64:24
scope [5] - 37:22, 37:23, 91:24, 94:6, 97:11
se [1] - 87:24
sea [2] - 87:17, 96:12
seam [2] - 14:3, 14:6
Search [1] - 73:6
search [2] - 35:7, 35:11
seat [1] - 64:8
seated [4] - 24:7, 38:19, 38:22, 65:21
seats [2] - 1:5, 65:8
second [6] - 15:4, 30:23, 34:7, 36:20, 43:16, 64:2
secondly [1] - 103:15
SECTION [1] - 106:12
section [2] - 10:17, 80:19
secure [1] - 44:22
Securities [3] - 56:23, 56:25, 57:11
security [1] - 87:25
see [26] - 36:17, 36:19, 36:25, 37:2,

52:22, 58:20, 62:3, 70:25, 74:14, 74:23, 75:3, 75:24, 80:20, 84:5, 84:20, 86:24, 87:13, 87:22, 89:4, 89:23, 90:10, 96:17, 96:20, 96:24, 100:2
seem [1] - 89:17
segment [1] - 104:11
seized [3] - 9:24, 15:21, 20:19
seizure [2] - 10:3, 13:16
select [1] - 30:2
selected [2] - 77:11, 79:3
seller [1] - 89:12, 96:2
selling [1] - 59:24
sells [1] - 60:3
semi [1] - 44:20
semi-private [1] - 44:20
send [2] - 82:12, 93:7, 104:16
senior [2] - 39:17, 41:18
sense [1] - 44:21
sensitive [1] - 47:4
sent [2] - 83:5, 100:10
separate [1] - 29:14
series [11] - 15:21, 15:25, 16:2, 16:4, 16:8, 16:10
serve [1] - 54:1
Service [1] - 73:6
service [3] - 22:5, 22:12, 99:13
services [2] - 60:1, 69:9
serving [1] - 85:8
set [14] - 2:8, 2:12, 3:18, 3:20, 3:22, 3:24, 4:1, 4:6, 10:7, 10:15, 53:18, 69:22, 94:14, 100:8, 100:9, 100:12
several [2] - 10:15, 40:22
SFC [1] - 57:10
shall [3] - 24:3, 38:17, 65:17
Shapes [1] - 77:16
shared [1] - 72:15
Shareholder [1] - 56:17
shareholders [2] - 52:5, 56:21
Shawn [8] - 36:15, 36:17, 36:20, 36:22,

37:1, 37:7, 37:10, 37:11

**shed** [1] - 25:15

**SHERI** [2] - 106:9, 106:23

**shipment** [2] - 78:3, 90:6

**shipped** [1] - 89:12

**shipper** [1] - 81:13

**shipping** [2] - 23:4, 89:14

**shipyard** [1] - 82:13

**shock** [2] - 6:3, 6:9

**shoes** [1] - 46:20

**shorter** [1] - 48:19

**show** [5] - 13:4, 50:16, 52:19, 58:17, 83:15

**showed** [3] - 83:7, 95:20, 96:23

**shown** [1] - 78:21

**shred** [17] - 26:9, 26:12, 26:22, 27:6, 27:8, 27:19, 27:23, 28:11, 31:5, 31:17, 31:21, 32:2, 32:15, 33:1, 34:13, 37:9, 37:13

**shredded** [16] - 26:18, 27:12, 27:15, 27:18, 27:22, 28:3, 28:12, 29:15, 30:8, 31:11, 31:13, 34:9, 36:5, 36:18, 36:20, 37:1

**shredding** [8] - 29:6, 29:20, 29:21, 30:2, 30:14, 31:4, 35:5, 37:19

**sic** [1] - 43:14

**side** [5] - 8:18, 13:22, 97:2, 103:20, 103:22

**sides** [2] - 102:24, 105:23

**signature** [1] - 81:7

**significance** [2] - 28:9, 79:17

**significant** [1] - 28:1

**Silverado** [1] - 29:9

**Simon** [9] - 38:12, 38:13, 38:25, 39:11, 42:17, 42:21, 48:18, 58:10, 59:2

**simon** [1] - 39:5

**simple** [1] - 46:19

**simply** [1] - 88:6

**single** [5] - 12:12, 22:12, 36:17, 101:6

**six** [1] - 64:12

**size** [1] - 18:7

**skip** [2] - 43:5, 49:19

**slabs** [1] - 23:9

**slide** [7] - 43:4, 43:6, 52:19, 52:22, 58:13, 58:18

**slides** [4] - 42:22, 43:1, 49:19, 58:9

**slip** [3] - 7:2, 7:3, 7:16

**Sloan** [1] - 40:18

**small** [4] - 16:15, 16:18, 76:5, 76:7

**smaller** [1] - 76:6

**so-called** [1] - 44:20

**sold** [1] - 22:5

**solemnly** [3] - 24:2, 38:16, 65:16

**solo** [1] - 67:17

**someone** [2] - 32:2, 64:21

**sometime** [1] - 99:4

**sometimes** [12] - 7:1, 25:4, 33:22, 69:15, 69:21, 69:23, 77:8, 79:10, 88:1, 89:16, 102:9, 104:21

**somewhere** [5] - 3:4, 15:9, 15:11, 32:23, 43:17

**soon** [2] - 38:3, 99:7

**sophisticated** [1] - 46:21

**sorry** [12] - 5:8, 7:7, 11:7, 11:16, 16:3, 25:22, 32:10, 37:11, 40:25, 48:15, 55:12, 85:1

**sort** [5] - 14:8, 25:1, 30:16, 33:24, 44:5

**sorts** [2] - 8:1, 70:19

**sound** [1] - 101:11

**sources** [2] - 73:5, 96:13

**Spain** [1] - 3:21

**speaking** [1] - 60:1

**specialists** [1] - 92:19

**specializing** [1] - 66:11

**specific** [3] - 4:19, 75:25, 96:18

**specifically** [3] - 4:19, 4:23, 79:9

**specifications** [1] - 19:5

**specifics** [1] - 45:11

**speculation** [4] - 21:4, 28:4, 78:10, 88:12

**spell** [5] - 24:10,

24:12, 38:20, 38:24, 65:25

**spelled** [3] - 39:1, 39:2, 49:17

**spending** [1] - 46:18

**SS** [1] - 106:6

**St** [1] - 69:5

**stability** [1] - 6:17

**stable** [2] - 6:22, 7:12

**stack** [3] - 11:25, 12:5, 13:9

**stacks** [2] - 10:15, 13:10

**stage** [1] - 49:9

**stand** [3] - 1:16, 23:25, 65:13

**standard** [4] - 4:18, 4:20, 73:1, 76:2

**standards** [3] - 4:12, 4:16, 71:9

**Standards** [1] - 4:14

**standpoint** [1] - 63:3

**stands** [3] - 97:19, 97:20, 97:23

**start** [2] - 46:16, 69:16

**started** [8] - 1:25, 2:15, 42:13, 42:15, 44:1, 46:14, 99:7, 103:16

**starting** [2] - 2:19, 104:7

**State** [4] - 40:1, 40:25, 41:2, 47:12

**state** [4] - 24:10, 38:20, 38:23, 65:25

**STATE** [1] - 106:7

**statement** [3] - 16:20, 61:24, 62:6

**statements** [3] - 30:16, 34:10, 72:7

**States** [14] - 15:1, 21:19, 22:4, 43:18, 57:24, 67:9, 68:3, 68:5, 68:7, 70:3, 74:1, 87:20, 88:5, 88:16

**STATES** [3] - 106:10, 106:12, 106:17

**static** [4] - 6:24, 20:1, 20:3, 20:4

**stationed** [1] - 88:25

**steel** [1] - 15:14

**Steel** [1] - 23:3

**STENOGRAPHICA LLY** [1] - 106:14

**step** [6] - 2:2, 23:14, 38:1, 62:24, 86:5, 98:5

**stick** [1] - 76:15

**stickler** [1] - 101:2

**stiff** [1] - 5:17

**stiffness** [3] - 5:16, 5:19, 5:21

**still** [7] - 1:20, 33:2, 33:8, 33:12, 35:1, 58:1, 58:3

**stipulate** [1] - 12:14

**stock** [5] - 51:8, 51:25, 52:5, 55:8, 56:10

**Stock** [10] - 51:21, 51:24, 53:4, 53:10, 53:12, 54:15, 56:8, 56:19, 57:15, 62:16

**stood** [1] - 105:18

**stop** [1] - 48:15

**strategic** [2] - 41:21, 50:1

**Strategy** [1] - 41:5

**strength** [3] - 5:4, 5:21, 22:25

**stricken** [2] - 28:6, 28:22

**strike** [2] - 28:21, 92:5

**strong** [4] - 5:2, 5:3, 20:15, 23:6

**stronger** [1] - 5:24, 22:22

**studied** [3] - 2:22, 3:5, 4:3

**studies** [1] - 40:12

**study** [4] - 2:10, 3:10, 4:10

**subject** [3] - 32:20, 58:1, 76:8

**submission** [2] - 101:7, 104:25

**submit** [3] - 74:2, 74:20, 86:16

**submits** [2] - 82:5, 92:6

**submitted** [12] - 63:25, 64:19, 64:20, 76:1, 81:15, 81:17, 81:24, 82:18, 86:6, 86:13, 86:14, 99:22

**subset** [5] - 15:24, 16:3, 16:4, 16:15, 16:18

**substantial** [1] - 43:20

**sued** [1] - 56:1

**sufficient** [1] - 105:15

**suggestion** [1] - 104:1

**summary** [13] - 75:10, 83:10, 83:23,

84:24, 86:15, 86:24, 87:14, 87:22, 87:23, 87:24, 92:17, 92:20, 93:4

**SUNY** [1] - 40:24

**supplied** [1] - 78:14

**supplies** [1] - 81:10

**supply** [4] - 7:23, 7:25, 8:5, 17:6

**support** [2] - 9:5, 23:8

**suppose** [1] - 85:16

**surfaces** [4] - 6:25, 7:15, 7:16, 14:7

**survives** [1] - 6:1

**suspicious** [1] - 88:10

**sustained** [18] - 10:20, 21:4, 26:16, 26:24, 28:13, 28:20, 35:16, 35:18, 44:10, 45:10, 50:8, 50:9, 50:11, 71:17, 72:17, 91:25, 94:8, 97:12

**swear** [3] - 24:2, 38:16, 65:16

**sworn** [3] - 23:25, 38:14, 65:13

**System** [1] - 79:2

**system** [10] - 9:1, 48:7, 68:22, 75:16, 77:2, 81:21, 82:3, 94:14, 97:18, 97:21

**systems** [1] - 2:11

## T

**table** [1] - 53:18

**tack** [3] - 13:23, 14:2, 14:5

**Taiwan** [1] - 41:10

**TAKEN** [1] - 65:4

**target** [1] - 51:3

**targeting** [1] - 88:8

**tariff** [1] - 79:12

**Tariff** [6] - 79:2, 79:6, 79:7, 85:17, 86:2, 90:8

**Tariffs** [1] - 96:20

**taught** [1] - 41:4

**tax** [1] - 77:17

**taxpayer** [2] - 77:15, 85:7

**TC** [1] - 4:16

**teaching** [2] - 41:14, 47:21

**teams** [1] - 92:18

**Tech** [5] - 2:7, 2:13, 3:9, 4:3, 5:5

**Technical** [1] - 3:23
**technical** [1] - 4:15
**technology** [1] - 39:21
**Technology** [1] - 40:18
**ten** [2] - 83:9, 86:8
**tender** [1] - 92:9
**terms** [21] - 5:3, 5:15, 6:9, 6:20, 9:4, 10:16, 25:19, 26:11, 31:4, 40:10, 43:11, 44:12, 47:4, 48:12, 50:4, 52:20, 54:6, 55:5, 58:21, 69:9, 79:10
**Terrace** [1] - 29:9
**terrorist** [1] - 88:15
**test** [9] - 3:21, 4:22, 7:6, 9:6, 19:9, 20:1, 20:3, 20:9
**tested** [8] - 3:6, 9:7, 14:2, 16:1, 16:4, 18:3, 19:17, 20:6
**testified** [6] - 4:25, 9:22, 21:18, 35:5, 59:4, 64:16
**testify** [8] - 26:24, 31:23, 64:11, 64:13, 64:14, 66:15, 72:18, 90:22
**testifying** [2] - 64:10, 87:3
**testimony** [11] - 21:21, 24:2, 38:16, 42:22, 43:1, 49:22, 64:12, 65:16, 65:23, 88:21, 94:7
**testing** [18] - 3:15, 3:20, 3:22, 4:1, 4:6, 4:19, 4:21, 5:4, 6:4, 6:6, 7:2, 9:4, 9:10, 9:23, 18:7, 18:9, 19:20
**tests** [5] - 4:6, 9:17, 9:19, 9:20, 57:4
**textile** [1] - 70:20
**THAT** [2] - 106:11, 106:15
**THE** [217] - 1:4, 1:19, 5:7, 5:8, 5:9, 7:7, 10:20, 10:24, 11:3, 11:7, 11:9, 11:13, 11:14, 11:18, 11:21, 12:11, 12:15, 12:18, 12:21, 12:23, 13:2, 13:5, 14:13, 14:16, 18:10, 21:4, 21:12, 21:15, 21:23, 21:24, 23:12, 23:14, 23:17, 23:23, 23:24, 24:6,

24:7, 24:11, 24:12, 24:13, 24:14, 25:22, 25:25, 26:1, 26:7, 26:9, 26:16, 26:24, 27:1, 27:2, 27:17, 27:19, 27:21, 27:22, 27:24, 28:6, 28:13, 28:16, 28:17, 28:19, 28:20, 28:22, 30:5, 30:6, 30:12, 30:15, 31:5, 31:7, 31:16, 31:19, 31:20, 31:22, 31:23, 32:8, 33:3, 33:4, 33:9, 33:12, 33:13, 33:14, 33:16, 33:17, 33:18, 33:19, 33:25, 34:1, 34:5, 34:17, 34:19, 35:8, 35:9, 35:16, 35:17, 35:18, 35:23, 35:24, 35:25, 36:2, 37:4, 37:23, 38:1, 38:8, 38:13, 38:21, 38:22, 38:25, 39:1, 39:3, 39:4, 39:5, 39:6, 42:19, 43:2, 44:10, 45:9, 46:11, 46:12, 48:15, 48:20, 50:8, 53:13, 53:14, 55:12, 55:16, 55:19, 56:13, 56:15, 58:15, 58:24, 59:16, 62:22, 62:24, 63:5, 63:6, 63:7, 63:10, 63:14, 63:17, 64:3, 64:4, 65:2, 65:5, 65:6, 65:12, 65:13, 65:20, 65:21, 65:24, 65:25, 66:2, 66:4, 66:13, 66:17, 66:18, 71:5, 71:17, 71:21, 71:23, 72:1, 72:2, 72:3, 72:17, 74:12, 78:11, 78:12, 78:14, 78:16, 83:17, 84:12, 87:4, 87:6, 87:7, 87:9, 88:13, 88:14, 89:2, 89:5, 90:23, 91:12, 91:25, 92:2, 93:14, 94:8, 94:21, 97:9, 97:12, 98:3, 98:5, 98:8, 98:10, 98:13, 98:17, 98:20, 100:3, 100:4, 100:12, 101:4, 101:8, 101:15, 102:17, 102:23, 103:9, 103:18, 104:6, 105:13, 105:21, 106:10, 106:12, 106:13, 106:14, 106:15, 106:16, 106:17

**theirs** [1] - 78:23
**theoretically** [1] - 79:8
**therefore** [1] - 6:1
**they've** [2] - 16:1, 42:9
**thousand** [3] - 3:3, 3:4, 68:22
**thousands** [1] - 20:19
**three** [5] - 39:17, 41:9, 76:17, 80:9, 85:10
**throughout** [3] - 3:11, 3:19, 76:16
**tickets** [1] - 70:24
**timing** [3] - 101:1, 103:16, 103:19
**timing-wise** [1] - 101:1
**tine** [1] - 8:4
**tines** [3] - 8:7, 8:9, 8:11
**tinplate** [1] - 23:4
**TITLE** [1] - 106:12
**title** [1] - 53:4
**TO** [1] - 106:12
**today** [7] - 1:11, 1:13, 1:14, 5:2, 42:23, 49:22, 102:14
**together** [2] - 29:24, 76:24
**tomorrow** [8] - 98:25, 99:8, 99:19, 100:14, 101:17, 102:4, 102:17, 104:7
**took** [1] - 13:1
**top** [3] - 2:11, 7:3, 55:8
**total** [1] - 41:12
**tough** [1] - 55:16
**toured** [1] - 20:18
**toward** [1] - 50:16
**toys** [1] - 46:20
**trade** [4] - 44:2, 52:13, 66:12, 70:6
**Trade** [5] - 48:3, 67:18, 67:23, 68:25, 70:3
**trade-off** [1] - 52:13
**transaction** [1] - 76:16
**TRANSCRIPT** [2] - 106:13, 106:15
**transform** [1] - 43:14
**transition** [2] - 47:2, 52:25
**transmit** [1] - 97:22
**transmitted** [1] - 81:23

**truck** [3] - 75:4, 82:12, 83:5
**true** [2] - 54:8, 56:13
**TRUE** [1] - 106:13
**truth** [10] - 24:4, 38:18, 61:24, 65:18
**truthful** [2] - 61:21, 61:23
**try** [3] - 72:6, 77:4, 97:4
**trying** [4] - 45:13, 63:12, 63:20, 75:20
**Tufts** [1] - 40:23
**turn** [2] - 51:4, 51:5
**turning** [1] - 97:14
**two** [2] - 8:13, 8:15, 9:1, 13:10, 17:7, 17:11, 36:7, 41:16, 41:18, 41:20, 46:1, 47:2, 47:16, 47:19, 49:19, 51:19, 64:6, 80:7, 86:10, 96:13, 103:3
**two-way** [5] - 8:13, 8:15, 9:1, 17:7, 17:11
**type** [17] - 8:14, 34:8, 75:14, 75:20, 76:1, 76:2, 76:3, 76:7, 76:9, 84:8, 84:16, 84:18, 89:25, 91:2, 91:8, 97:15
**types** [8] - 15:15, 30:8, 34:9, 47:5, 70:17, 72:12, 72:24, 76:4
**typically** [3] - 5:24, 16:21, 16:25

## U

**U.S** [4] - 22:7, 70:9, 70:14, 70:17
**U.S.A** [1] - 3:21
**uncertainties** [1] - 51:23
**uncommon** [1] - 9:1
**under** [14] - 1:20, 4:3, 4:15, 5:18, 7:7, 53:18, 56:8, 56:10, 56:19, 58:6, 62:14, 73:17, 79:12, 104:25
**undergraduate** [6] - 2:13, 39:24, 39:25, 66:25, 67:2, 67:3
**understood** [2] - 103:14, 104:4
**undisputed** [1] - 100:11
**unfortunately** [2] -

101:17, 103:18
**unique** [2] - 3:12, 42:8
**unit** [5] - 2:8, 6:17, 6:18, 6:22, 7:3
**UNITED** [3] - 106:10, 106:12, 106:17
**United** [14] - 14:25, 21:19, 22:3, 43:18, 57:24, 67:9, 68:3, 68:5, 68:7, 70:2, 74:1, 87:20, 88:4, 88:16
**universities** [3] - 40:21, 40:22, 41:3
**university** [1] - 42:1
**University** [12] - 39:14, 39:16, 40:1, 40:11, 40:24, 41:1, 41:2, 42:1, 42:2, 47:12, 67:4, 67:5
**up** [37] - 1:10, 1:11, 2:8, 2:12, 3:18, 3:20, 3:21, 3:22, 3:24, 4:1, 4:6, 10:7, 25:5, 34:1, 43:19, 44:19, 46:17, 49:19, 52:6, 52:10, 58:8, 63:13, 69:22, 69:24, 75:17, 76:20, 82:15, 82:22, 83:6, 84:11, 92:4, 94:14, 99:18, 100:22, 101:7, 104:12, 105:18
**upgraded** [1] - 81:21
**upper** [1] - 13:22
**Urban** [1] - 69:3
**usable** [1] - 8:20
**user** [1] - 92:14
**uses** [3] - 22:16, 76:13, 77:7
**utility** [2] - 30:16, 34:10

## V

**value** [6] - 46:17, 77:24, 84:3, 92:11, 93:7
**value-added** [1] - 46:17
**valued** [1] - 78:3
**Vanderbilt** [1] - 69:4
**variations** [1] - 17:11
**various** [1] - 3:6
**vast** [2] - 20:22, 21:2
**vehicle** [1] - 54:13
**venture** [1] - 42:1
**veracity** [1] - 57:19
**verdict** [3] - 102:16, 102:18, 102:20

**versus** [3] - 27:11, 28:2, 31:13
**vessel** [9] - 74:25, 75:3, 75:4, 75:4, 78:22, 82:13, 86:18, 88:4, 89:20
**vice** [1] - 41:25
**view** [2] - 3:8, 54:22
**viewed** [1] - 47:23
**Virginia** [6] - 2:7, 2:13, 3:9, 4:3, 5:5, 88:8
**virtue** [2] - 53:14, 55:7
**visited** [1] - 43:21
**visual** [2] - 9:22, 9:25

**W**

**wait** [5] - 48:2, 63:12, 93:20, 99:5, 105:23
**waiting** [1] - 81:2
**walk** [1] - 77:3
**Wang** [14] - 24:22, 24:24, 25:18, 29:22, 32:6, 32:11, 32:12, 32:13, 32:14, 35:1, 35:13, 35:21, 37:7, 37:12
**Wang's** [1] - 35:6
**wants** [2] - 90:6, 94:5
**war** [1] - 48:7
**warehouse** [8] - 10:6, 10:12, 10:14, 12:25, 13:11, 20:18, 98:15, 101:5
**warehouses** [2] - 8:5, 19:4
**warrant** [2] - 35:7, 35:11
**waybill** [2] - 87:17, 96:12
**ways** [6] - 3:6, 17:10, 61:18, 100:19, 104:20, 104:22
**Website** [1] - 73:15
**website** [1] - 73:22
**Wednesday** [2] - 101:10, 101:16
**weeks** [1] - 86:10
**weigh** [1] - 16:19
**weighed** [1] - 21:8
**weight** [11] - 17:3, 19:10, 19:17, 19:20, 19:21, 19:24, 20:7, 21:7, 21:9, 23:8
**weights** [1] - 22:24
**weird** [1] - 70:23
**Weirton** [1] - 23:3

**welded** [2] - 14:2, 14:7
**welding** [1] - 13:23
**welds** [2] - 13:19, 14:5
**white** [4] - 1:19, 1:23, 11:25, 21:18
**whole** [5] - 24:4, 38:18, 65:18, 70:22, 99:13
**win** [1] - 50:20
**wise** [1] - 101:1
**WITH** [1] - 106:16
**WITNESS** [54] - 5:8, 12:23, 21:24, 24:6, 24:11, 24:13, 25:22, 26:1, 26:9, 27:1, 27:19, 27:22, 28:16, 28:19, 30:6, 30:15, 31:7, 31:19, 31:22, 33:4, 33:12, 33:14, 33:17, 33:19, 34:1, 35:9, 35:17, 35:24, 36:2, 38:21, 38:25, 39:3, 39:5, 46:12, 53:14, 55:19, 56:15, 63:6, 65:20, 65:24, 66:2, 66:17, 71:21, 72:1, 72:3, 78:12, 78:6, 84:12, 87:6, 87:9, 88:14, 89:5, 97:9, 98:10
**witness** [19] - 1:15, 1:16, 10:22, 23:15, 23:20, 38:10, 55:16, 63:1, 63:7, 63:11, 63:14, 64:9, 64:11, 64:16, 65:9, 66:15, 90:22, 98:6
**witnesses** [2] - 1:11, 98:18
**wood** [6] - 14:22, 14:24, 15:2, 15:4, 17:20, 18:22
**word** [2] - 96:24, 97:23
**words** [5] - 5:17, 27:6, 47:2, 81:1, 89:13
**works** [2] - 35:13, 69:7
**World** [1] - 67:18
**world** [12] - 3:12, 3:15, 3:19, 4:13, 17:15, 18:21, 43:17, 46:19, 48:3, 48:13, 51:25, 88:25
**world's** [2] - 43:15, 55:8
**worst** [1] - 57:8

**wrecking** [2] - 20:9, 20:14
**written** [2] - 69:6, 101:7
**WTO** [2] - 47:25, 48:2
**Wuhan** [1] - 42:2
**WWW.CBP.gov** [1] - 73:16

**Y**

**yard** [1] - 82:13
**year** [22] - 4:4, 9:13, 9:14, 22:6, 22:13, 40:3, 43:24, 45:2, 45:23, 46:1, 46:2, 46:7, 46:13, 46:22, 49:17, 50:24, 51:1, 51:3, 93:10, 93:16, 93:19, 94:14
**years** [9] - 3:14, 41:13, 47:19, 56:12, 67:21, 67:24, 68:15, 75:17, 81:20
**yellow** [1] - 53:3
**yesterday** [1] - 4:25
**York** [6] - 40:1, 67:16, 67:18, 70:4, 95:19, 98:9
**yourself** [3] - 18:3, 33:18, 40:7
**yourselves** [2] - 63:23, 99:21

**Z**

**Zhongwang** [1] - 49:22
**Zhung** [1] - 29:22
**zoom** [1] - 86:4