1
2
3
4
5

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE R. GARY KLAUSNER,
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

6
7
8
9
10
11
12
13
14
15

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CERTIFIED COPY |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CR 19-00282 RGK |
| | ) |
| PERFECTUS ALUMINUM, | ) |
| INCORPORATED, PERFECTUS | ) |
| ALUMINUM ACQUISITIONS, LLC; | ) |
| SCUDERIA DEVELOPMENT, LLC; | ) |
| DOUBLEDAY, LLC; VON | ) |
| KARMAN-MAIN STREET, LLC; | ) |
| 10681 PRODUCTION AVENUE, | ) |
| LLC, | ) |
| | ) |
| DEFENDANTS. | ) |
| _____ | ) |

16
17
18
19

TRIAL - DAY 9
REPORTER'S TRANSCRIPT OF PROCEEDINGS
FRIDAY, AUGUST 20, 2021
A.M. SESSION
LOS ANGELES, CALIFORNIA

20
21
22
23
24
25

SHERI S. KLEEGER, CSR 10340
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 402
LOS ANGELES, CALIFORNIA 90012
PH:  (213)894-6604

1

2

3

4

5   APPEARANCES OF COUNSEL:

6   ON BEHALF OF PLAINTIFF:

7        UNITED STATES ATTORNEY
         BY:  POONAM KUMAR, AUSA
8             GREGORY BERNSTEIN, AUSA
              ROGER HSIEH, AUSA
9        ASSISTANT UNITED STATES ATTORNEY
         1100 UNITED STATES COURTHOUSE
10       312 NORTH SPRING STREET
         LOS ANGELES, CA 90012
11

12
    ON BEHALF OF DEFENDANT:
13       LARSON LLP
         BY:  STEVEN LARSON, ESQUIRE
14            HILARY POTASHNER, ATTORNEY AT LAW
              A. ALEXANDER LOWDER, ESQUIRE
15       555 SOUTH FLOWER STREET
         SUITE 4400
16       LOS ANGELES, CA 90071

17       RUYAK CHERIAN LLP
         BY:  ROBERT F. RUYAK, ESQUIRE
18       1700 K STREET NW, SUITE 810
         WASHINGTON, DC 20006
19

20

21

22

23

24

25

```
 1                     I   N   D   E   X

 2

 3        WITNESS:    DIRECT   CROSS   REDIRECT   RECROSS

 4

 5                      (None offered.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              LOS ANGELES, CALIFORNIA; AUGUST 20, 2021

 2                         A.M. SESSION

 3

 4

 5              THE COURT:  Good morning, Counsel.

 6              MR. HSIEH:  Good morning.

 7              MR. LOWDER:  Good morning.

 8              THE COURT:  Let me go through these and tell

 9  you what instructions I'm going to be giving.

10              1, 2, 3, 4, were modified.  They are not

11  significant modifications, but I will tell you what they

12  are when we go through them.  I will give 19, which is

13  the general instruction.  I'm going to be giving 19.  I

14  will be modifying that and I will be leaving out some of

15  what I think is from line 15 to line 22.

16              Why don't I hand out a copy to both of you,

17  as far as what instructions will be given.  It's just a

18  scratch paper.  I think it speaks for itself.

19              Okay.  And if you see on that little scratch

20  paper, if I have "MOD," that means that one will be

21  modified.

22              MS. KUMAR:  Okay.

23              THE COURT:  Okay.  So 19 will just be

24  modified to that extent.

25              I will be giving 20, 21A, 22, and these are
```

1   the numbers that were submitted to the Court on:  23,

2   24, 25, 27, 28, 30, 35, 36, 37, 38, 39B.  On 40, let me

3   get there -- will be modified in so far as, all I'm

4   going to be saying on 40 is that corporations and LLCs

5   are liable for the acts taken by their predecessor

6   entity.  I will not name the predecessor entities.

7           41A -- excuse me -- 41A, 42, 44, 45, 46, 47.

8   48A, as modified -- I will be only giving the scope

9   ruling.  I won't be giving the first six lines.  I will

10  start with where it says:  "I instruct you that" -- and

11  I will give the scope ruling.

12          49A, 50, 51, 52A, 53 -- this is a real big

13  modification.  So I want to make sure you understand.

14  Do you have 53 in front of you?

15          MR. LOWDER:  Is that one disputed, Your

16  Honor?  Or is that the one we agreed on?

17          THE COURT:  It's one that you entitled 53.

18  It deals with Prospectus defendants are charged with

19  Counts 18 through 24.

20          MR. LOWDER:  Money laundering.  I think we

21  agreed on that one.

22          THE COURT:  No.  But the modification is

23  going to be significant, so I hope you stay with me on

24  this.

25          Line 18, fourth or fifth word from the end.

1    It says:  "Carrying on if wire fraud."  I don't know if

2    you've got any instructions there?

3              MS. KUMAR:  I don't have it in front of me.

4              MR. LOWDER:  I'm pulling it up too.

5              You said line 18, Your Honor?

6              THE COURT:  Line 18, yes.

7              Very, very significant.  If you go to the

8    word and it says: "Carrying out if wire fraud," I'm

9    changing it to:  "Of wire fraud."  Other than that,

10   that's the only modification we have.

11             MR. BERNSTEIN:  We ought to know you by now,

12   Your Honor.

13             MS. KUMAR:  That was a good one, Your Honor.

14             THE COURT:  We will be giving 54, 59, 60 --

15   I will not be giving 60, because I've already given

16   that.  59, and then 61 through 64, which are the closing

17   instructions.

18             Okay.  And then the logistics for this

19   morning is, I have no idea.  It's whenever she comes

20   back from her medical appointment.  I think I told the

21   jury to be back in at ten.  Hopefully, as soon as she

22   gets here, we will start at that time and go into the

23   Government's opening.  Hopefully, we'll get that on in

24   the morning and then not go in to the defense until the

25   afternoon.

```
 1              MS. KUMAR:  Great.

 2              (CLOSING STATEMENTS)

 3              THE COURT:  Okay.  The record will reflect

 4    that all members of the jury are in their respective

 5    seats in the jury box.  Thank you very much for being on

 6    time.  It's been helpful, and that's what's made this

 7    trial move as well as it has.  I really appreciate that.

 8              We are at the point now, where you have all

 9    the evidence that you need to decide the case.  Now we

10    move into argument.  Remember, as I've told you before,

11    what counsel say during argument is not evidence.  It's

12    how they remember the evidence.  If it is different from

13    the way you remember it, your memory controls on it.  I

14    can tell you right now that there probably will be

15    differences in the argument.  But no one is trying to

16    deceive you or anything else.  People see or hear things

17    differently on it.  But just keep in mind, it is your

18    memory that controls on it.

19              Counsel, are you ready to proceed?

20              MR. HSIEH:  May I proceed, Your Honor?

21              THE COURT:  Yes.

22              MR. HSIEH:  Thank you.

23              THE COURT:  Sorry to interrupt you.  Let me

24    just remind you that, in arguments, sometimes we lose

25    focus of the fact, we have to keep you right behind the
```

1    microphone so she can hear everything.  So we have to

2    keep you in that area.

3            Okay.  Thank you very much.  I'm sorry.

4    We'll try it one more time.  Take two.

5            MR. HSIEH:  Take two.

6            Wielding his power and control, Zhongtian

7    Liu executed a wide-ranging international criminal

8    conspiracy.  And as you have seen over the past two

9    weeks, he involved it to Perfectus and four warehouse

10   defendants every step of the way.

11           The first part of the scheme, as you have

12   seen, after going public or around that time, he

13   inflated the revenue of China Zhongwang, by purporting

14   to sell vast quantities of aluminum extrusions from

15   China Zhongwang to PCA and Perfectus, without disclosing

16   they were one and the same and related parties.

17           Part two:  In around 2011, when the

18   antidumping/countervailing duties came out, he had to

19   change his plan.  And in doing so, he tack-welded

20   aluminum extrusions into the shape of pallets and

21   exported 2.2 million of these pallets from China

22   Zhongwang to the United States, in which not a single

23   one was sold.

24           In the second part of the scheme, Zhongtian

25   Liu, along with the Perfectus and warehouse defendants,

1  defrauded the U.S. government out of $1.8 billion in

2  antidumping/countervailing duties.

3         The third part of the scheme, as you've

4  heard throughout the trial, was international

5  promotional money laundering, moving money from outside

6  of the United States into the United States to further

7  both the wire fraud scheme to purchase fake aluminum,

8  purchase the warehouses and maintain the warehouses, and

9  then facilitate the Customs fraud scheme as well.

10         Looking at the slide and through witness

11  testimony, you have seen throughout the past two weeks,

12  that Zhongtian Liu was the chairman, the founder of

13  China Zhongwang, the emperor who controlled all the

14  members of the criminal conspiracy, including

15  individuals you see on this slide, the money man on the

16  bottom left, his son, ZP Liu; Eric Shen, who you heard

17  testify as well; Johnson Shao, the CEO of the Perfectus

18  defendants.

19         As Eric testified, as documents showed as

20  well, he was the president and CEO of Scuderia and he

21  also helped establish the four warehouse defendants.

22  Along with his brother, next to the last on the right,

23  Zhongsuo Liu, and Zhijie Wang, his wife on the right,

24  also executed this criminal conspiracy against the six

25  charged defendants.

1          Now, I will show this slide again, but

2     Exhibit 1 shows how the six -- this slide shows how the

3     two Perfectus defendants were controlled by Johnson Shao

4     and Zhongtian Liu and Zuo Peng Liu.

5          And then another part of Exhibit 1, how the

6     four warehouse defendants were controlled by Zhongtian

7     Liu and registered to Eric Shen, and then eventually

8     transferred to Zhongtian Liu's wife, Zhijie Wang.

9          For their crimes and role in this

10    wide-ranging conspiracy, the six defendants are charged

11    with the following:  One, wire fraud, for that scheme to

12    inflate the revenue of China Zhongwang, selling from the

13    left hand to his own right hand, Counts 2 through 10.

14         Customs fraud, Counts 11 through 17, welding

15    aluminum extrusions into the form of pallets and evading

16    $1.8 billion in antidumping/countervailing duties.

17         What I will call money laundering, but

18    refers to international promotion of money laundering is

19    just charged against the Perfectus defendants.  Again,

20    that's moving money from outside the United States to

21    inside the United States to promote both the wire fraud

22    and the Customs fraud.

23         And finally, I will talk about last, but is

24    charged as Count 1, is criminal conspiracy, an agreement

25    between Zhongtian Liu and others that you have seen

1    throughout this course of the trial, to conspire to

2    commit four different crimes.

3              Now, a brief timeline before getting into

4    the details of this case.  You will remember through

5    documents and testimony, even before the IPO, Zhongtian

6    Liu's fraud started involving -- part of the warehouse

7    defendants, including Scuderia Capital, Scuderia

8    Development.

9              In July 2008, he gave a $200 million loan to

10   himself, providing the money to Shen, who provided it

11   right back.  From October 2008 to 2014, Zhongtian Liu

12   controlled the warehouse defendants, providing the money

13   to buy each of the four, warehouses, and as you saw

14   throughout the trial, provided money for the upkeep of

15   the warehouses, held meetings there.  The warehouse

16   defendants were integral to the scheme.  And eventually,

17   who received that money?  The Perfectus defendants, to

18   pay and help maintain the warehouses.

19             And then in April 24, 2009, prior to the May

20   initial public offering, Zhongtian Liu issued a

21   prospectus, touting that false statement that Zhongtian

22   had received and paid off a $200 million loan.  But as

23   you've seen, Zhongtian Liu paid himself and gave -- had

24   Shen give the money back.  So it seemed like there were

25   other financial backers in the company.

1           Zhongwang went public, as I just mentioned,

2     in May 2009, and then began the massive export of

3     aluminum extrusions that just sat in the warehouse with

4     no customers.

5           Extreme jump in revenue, as you will see,

6     from about 30 million in 2008, a product coming from

7     China to the United States, to over 300 million the

8     following year.

9           And after China Zhongwang went public, made

10    numerous lies to investors and potential investors, as

11    you have seen in their annual reports, stating there is

12    all this revenue from the United States, but not

13    disclosing that Zhongtian Liu controlled China

14    Zhongwang, along with the Perfectus defendants and the

15    warehouse defendants, where those aluminum extrusions

16    and eventually pallets with no customers were stored.

17          And also deep-processed aluminum, stating

18    that there's a demand or we're continuing to sell

19    pallets in the United States, 170-pound pallets.  Of

20    2.2 million, not a single one sold.

21          And you've heard testimony from Alex

22    Villanueva and others.  In September and November of

23    2010, the preliminary AD/CVD orders came out and they

24    became final in May of 2011.

25          Now, to continue with this fraudulent wire

 1   fraud scheme involving the Perfectus and warehouse
 2   defendants, Zhongtian Liu and his co-conspirators needed
 3   to pivot.  So to further that scheme, as I mentioned
 4   before, became a mass export of aluminum extrusions in
 5   the shape of pallets from China to the United States.
 6           In December 2014, you've heard names like
 7   Pengcheng Aluminum, Century Aluminum.  Those seven, what
 8   we call the Perfectus predecessor entities, merged into
 9   Perfectus defendants.
10           You'll see here, that Perfectus Aluminum,
11   one of the defendants's parent company, Aluminum
12   Acquisitions to wholly owned subsidiary, along with the
13   names listed below.  So I may refer to them
14   interchangeably as Perfectus/PCA.
15           And within that same exhibit, you saw all
16   rights, duties, and obligations and liabilities for the
17   disappearing entities, those other PPEs, are vested in
18   the surviving entity.  And I anticipate that the judge
19   may instruct you that corporations and LLCs are liable
20   for the acts of predecessors.  By that, I mean the seven
21   Perfectus predecessor entities here on Exhibit 108.
22           And you heard testimony regarding certain
23   allegations against China Zhongwang in July 2015.
24   Instead of coming clean, what did Zhongtian Liu do on
25   direct, he doubled and tripled down by issuing a number

1  of false clarification statements from July to

2  September 2015.

3          Now, after those allegations were made, what

4  happened?  They tried to get evidence of their crime,

5  the extrusions and pallets with no customers from the

6  United States and ship it out.  Get that evidence out of

7  dodge and ship to Vietnam, Global Vietnam Aluminum.

8          In December 30th, 2015, the industry filed a

9  petition regarding similar Zhongwang pallets of series

10  one aluminum.  What happened a few months later?  They

11  continued to export massive quantities of aluminum, get

12  the evidence out of the United States into a different

13  country.

14          Now, the Government will show that each and

15  every element for each charge has been proved beyond a

16  reasonable doubt.  For each of these different charges,

17  there are various elements that I'll review with you,

18  Ladies and Gentlemen of the jury.

19          First, for wire fraud, there is a scheme to

20  defraud.  And in this case, I will go over in detail,

21  but you've seen over the course of the past two weeks,

22  how Zhongtian Liu would ship aluminum without customers

23  from Zhongwang to Perfectus, and then paid Perfectus and

24  have Perfectus send the money back.

25          In part of this scheme, there are material

1   false statements.  And again, those are the statements
2   in the China Zhongwang annual reports and the
3   clarification announcements.
4          And then intent to defraud, an intent to
5   deceive and cheat.  The evidence throughout the trial
6   has shown that Zhongtian Liu, along with the Perfectus
7   and warehouse defendants, had that intent to both
8   deceive and cheat.
9          Finally, we will show how the use of
10  international wires between China, Hong Kong and the
11  United States facilitate this fraudulent scheme.
12         So as you have seen, this scheme started
13  early, pre2009 IPO.  China Zhongwang, through Zhongtian
14  Liu, loaned itself $200 million by providing wires to
15  Eric Shen, who wired that money directly back to
16  Zhongtian Liu.
17         You've seen through Exhibit 127, how there
18  is a bogus $200 million loan agreement in the bottom
19  left-hand corner, signed by no other than Zhongtian Liu.
20         Exhibit 6 shows the wires within just a
21  matter of weeks, July of 2008 to early August,
22  $200 million in incoming wires to the Scuderia bank
23  accounts, one of the charged defendants, who ultimately
24  opened the other three warehouses.
25         And what happened?  Within the same

1  three-week period, $200 million, approximately, was sent

2  out from Liu to Scuderia, Scuderia back to Liu.

3          And who else was involved?  Mrs. Wang --

4  Mrs. Liu.  When Eric Shen was vacationing in Hawaii, who

5  called him every hour, frantically, to make sure that

6  the money would go back from the United States to

7  Zhongwang so it could be public.

8          Mr. Shen had to scribble together this

9  handwritten note to the bank and he met Mr. Liu at the

10  airport, who had his rolly bag, running with documents

11  to the bank, to try to get them to release the loan that

12  he had loaned himself.

13          And who else was involved in this scheme?

14  Mr. Shen was nervous about taking on a $200 million loan

15  in person.  So what happened?  The Lius took him to

16  China.  He was on the fifth floor, closet to the top,

17  the most respected.  And ZP pulled the curtain and said,

18  Look at all this.  Almost like the size of Downtown Los

19  Angeles.  This is all my family's.  Don't you think my

20  dad can pay you back.

21          And after that, Shen felt comfortable

22  participating in this criminal conspiracy.  But they

23  moved quickly and forgot, meaning Zhongtian Liu, that

24  his son was connected to Scuderia Capital.

25          And what happened?  In haste, around the

1   same time as the loan, Zuo Peng Liu penned, with Eric,

2   this resignation letter.

3           Now, before getting into the rest of the

4   scheme, we will show how the evidence shows, related to

5   this bogus $200 million loan, there is a false

6   statement.  In the prospectus, in Exhibit 129, a

7   specific note that Scuderia Capital and its shareholder

8   and director are not connected to persons of our

9   company, meaning China Zhongwang.  The term loan was

10   repaid in full on April 17, 2009.  As you have seen,

11   that's false.  Liu provided the loan to Shen through

12   Scuderia and the loan was never repaid.

13           And the documents support Shen's testimony.

14   What was the truth?  Exhibit 303.  Scuderia Capital

15   Partners, December 31st, 2009, still had a $200 million

16   loan payable to Zhongwang Group.

17           And you heard testimony how this was

18   important, that prior to going public, banks want to

19   know that other investors have confidence in the company

20   going public, or someone else is willing to loan capital

21   to the company going public.

22           Now, as you have seen and will see

23   throughout this summation of the evidence, Zhongtian Liu

24   controlled both the left hand, China Zhongwang, and the

25   right, the Perfectus and warehouse defendants.

1          So well go through the scheme in a little

2     bit more detail.  Again, 2009, 2010, before the AD/CVD

3     orders, Zhongtian Liu, to make it look like there was a

4     demands for aluminum extrusions in the United States,

5     exported an extreme amount of aluminum extrusions.

6          Exhibit 2, as I noted before, in 2008, and

7     these are all the Perfectus defendants, the Perfectus

8     predecessor entities that merged into Perfectus.  Just

9     $30 million in exports received by the Perfectus

10    defendants in 2008.  But in 2009, an extreme tenfold

11    jump to over $300 million, which continued in 2010.

12         But after the AD/CVD orders, that number

13    dropped to only 3 million.  And you heard the testimony

14    of Bill Riley, not just pallets, but there are massive

15    quantities of aluminum extrusions that just sat there

16    with no customers.

17         And separately, you saw pictures of

18    Aluminicaste in Mexico, another entity that Zhongtian

19    Liu controlled.  And what happened?  Remember Bill

20    Riley's testimony, these were actually pallets, bundles

21    and bundles of pallets, on many, many acres.

22         As you heard, Zhongtian Liu could not

23    continue this fraudulent scheme with just aluminum

24    extrusions, involving the Perfectus and warehouse

25    defendants.  The preliminary and final AD/CVD orders

1   came out and it was no longer financially viable with a

2   3 to 400 percent duty to ship aluminum extrusions from

3   China to the United States.  So what happened?  He

4   modified this international fraudulent criminal scheme

5   to take aluminum extrusions, tack-weld them together

6   into a product no one has ever seen, 170 pounds, and

7   export them from China to the United States.

8          And the evidence supports that, Exhibit 3.

9   The orange portion of this graph shows a mass spike in

10  aluminum extrusions from China Zhongwang to the United

11  States.  And in 2011, the blue comes into play, where

12  they started shipping aluminum extrusions in to the form

13  of pallets into the United States.

14          As senior director Villanueva testified,

15  these AD/CVD orders were put into place as a valid means

16  to protect the aluminum industry in the United States.

17          So how else did Zhongtian Liu orchestrate

18  this criminal scheme involving the Perfectus defendants,

19  who receive the money, and the Scuderia defendants, who

20  maintain the aluminum?  Zhongtian Liu controlled the

21  buyer, Perfectus and its predecessor entities.

22          You have seen e-mails, including

23  Exhibit 505, when someone from Zhongwang, not using her

24  work e-mail address, the 163.com, e-mailing Johnson

25  Shao, the CEO of the Perfectus defendants, stating that

1  she is from Zhongwang's international business

2  department, and noting this e-mail needs to be sent with

3  my personal e-mail address, and telling him exactly what

4  to say, to place the order -- fake order for pallets, in

5  which there is no actual demand.

6            And to make it easier for Shao, the CEO of

7  Perfectus, she even gives him the text e-mail to put

8  when placing the fake order.  You will notice at the

9  bottom, the text of that e-mail, December 7, 2010.

10 What happens later that evening the same day?  Johnson

11 Shao is now able to e-mail Harriet Lau at her official

12 Zhongwang e-mail address, placing an order for pallets,

13 a fake order for pallets, in which there is no real

14 demand.

15            That wasn't an isolated incident, Ladies and

16 Gentlemen.  You will see in Exhibit 515, different date,

17 same fake demand.  Personal e-mail address, directing

18 Johnson Shao to do the same thing, giving him the text

19 of the e-mail to place for a fake order.

20            Exhibit 517 shows that fake order.

21            Exhibit 584, Johnson Shao would receive

22 directions that we need a ZWP or Zhongwang number to

23 actually process these orders.  So what did he do?  He

24 involved Cristian Robles, who worked at the warehouse

25 defendants, helping manage some of the warehouse space,

1    telling him to create a new order for heavy-duty

2    pallets.  You heard multiple witness testimony, these

3    orders were different.  It wasn't like a real customer

4    custom extrusion, in which a salesperson would talk to

5    the client, get drawings and specifications, and then

6    e-mail to Zhongwang and they would make custom

7    extrusions in China and ship them to the United States.

8              Here, Zhongwang would direct the CEO of the

9    Perfectus defendants, who would direct another employee

10   to make fake purchase orders.  As you noted, for all the

11   orders, including Olivia Resendez, orders were always

12   sent to China Zhongwang, regardless of who the vendor

13   was, even if it said Dalian Liwang or another trade

14   company.

15             Here's an example of an actual purchase

16   order, CR, that Cristian Robles put in.

17             Another e-mail showing the communication

18   between Zhongwang and Johnson Shao, CEO of the Perfectus

19   defendants, informing them that these pallets are coming

20   from Liaoyang.  What happened?  Robles testified that he

21   understand this handwriting to be Johnson Shao's.

22   Vendor:  Yingkou, Dalian Liwang.  So even if you are

23   seeing those names, they are coming from China

24   Zhongwang.

25             Now, once Zhongtian Liu had directed the

order of pallets, for which there is no real demand,
what happened?  Around the same time, the left hand paid
the right hand, sending hundreds of millions of dollars,
over a billion dollars from China, the Hong Kong shell
companies, back to the United States, where it was
received by the Perfectus defendants and spent on the
warehouse defendants.

You have seen documents to back that up.
Perfectus e-mailing Zhongwang, thanking them for the
money that Perfectus received from China Zhongwang.

Image below shows money actually hitting
their account, with a reduction for the wire fee.

What happened when Perfectus, through
Johnson Shao, communicated to Zhongwang?  He had direct
communication with Zhongtian Liu.  After consulting with
the chairman, Zhongtian Liu, the U.S. company must send
all funds request applications to you first.  Zhongtian
Liu is putting in operational procedures for the
fraudulent scheme.

Shao is noting, please arrange the chairman,
Zhongtian Liu, to approve.

More evidence of the left hand paying the
right hand of Perfectus defendants.

Exhibit 340, wires actually came in for
those amounts, subtracting the wire fees.

1            Remember, Perfectus, through Mark Li, was

2    told to categorize this incoming bogus payments as

3    loans.

4            Exhibit 344, another request where the

5    Perfectus defendants are requesting replenishment, since

6    we don't have any real sales.

7            And 371, again, just another example of the

8    Perfectus defendants depending on China Zhongwang to pay

9    for their expenses.  And you saw bank statements of

10   incoming wires from these Hong Kong shell companies.

11           Now, what about the actual balance sheets?

12   Those support Zhongtian Liu, the Perfectus and warehouse

13   defendants criminal conspiracy.  Note the date at top of

14   Exhibit 401, July 2015.  A cash balance was a paltry

15   $2.5 million.  But what were their loans payable?

16   1.28 billion.

17           Now, approximately a year later, in July

18   of 2016, again, paltry cash balance of 1.1 million.  But

19   what is their inventory from pallets with no real

20   customers?  Mass quantities of aluminum extrusions with

21   no customers?  $1.4 billion in July 2016.

22           But aren't there sales numbers to maybe show

23   they are moving some of that aluminum?  What is their

24   month-to-date invoices in July 2016?  $14,522.

25           And the total loan payable in 2016?

1    $1.28 billion, the same as the year before, supporting

2    Mark Li's testimony there are no loan documents, no

3    interest payments.  Bogus money and Zhongtian Liu moving

4    to the Perfectus defendants.

5           So you've seen the first couple steps:

6    Aluminum with no real customers, shipped from China to

7    the United States.  Money from the left hand going to

8    the right hand, the Perfectus defendants.  But, of

9    course, Zhongtian Liu wanted the money back to mark as

10   revenue.

11          So the right-hand Perfectus defendants had

12   to send the money back to the left hand, to Zhongtian

13   Liu.

14          Exhibit 584, official e-mail from Zhongwang.

15   Dear Mark, we would like Pengcheng to settle the

16   following invoices as soon as possible.  $1.1 million.

17          As Mark testified -- Mr. Li testified, he

18   didn't know where these incoming wires were coming from,

19   coming from these various Hong Kong entities.  But

20   within days of receiving money, Zhongwang would reach

21   out to have invoices paid.

22          Steve Fung, in that same e-mail, was part of

23   Zhongwang China Investment.  Even in his signature

24   notes, a subsidiary of China Zhongwang Holdings Limited,

25   part of Zhongtian Liu's global, fraudulent empire.

And the wires show that money was actually sent from Perfectus to China Zhongwang.  And Mark oftentimes had to get Johnson Shao's approval.  Another co-conspirator was CEO of the Perfectus defendants.

You heard testimony about Hong Kong shell companies and testimony from Mr. Shen, and you alone can judge the credibility of Mr. Shen.  You saw him testify and will be the final arbiter of whether he is credible.

Shen moved over $7 billion for Zhongtian Liu.  But there is also bank statements showing that scheme from China Zhongwang to at least the Perfectus defendants.

You saw in these exhibits, July 31st, 2014, the Perfectus defendants' bank accounts.  And in just a month's time, how much money came in from the left hand? Almost 15 million.  And how much money went out from Perfectus to Zhongtian Liu, the left hand?  Almost 114 million.  Not an isolated incident.

September 30th, 2014 statement shows something similar, almost 15.6 million coming in to the Perfectus defendants, and then 16.2 million going out.

Exhibit 12 shows a summary of all that money coming from Zhongwang to Perfectus, used to pay the warehouse defendants and going back.  All these incoming wires.  Hundreds of millions of dollars.  And outgoing

wires.  Again, numbers that show the money came in and went out.  860 million in.  897 million out.  Over $1.7 billion in money cycling from Zhongtian Liu and China Zhongwang to Perfectus defendants.

Now, as you have seen during the course of this trial, Zhongtian Liu controlled Perfectus and the four warehouse defendants.  These four warehouses, including the defendants:  1001 Doubleday Avenue, the Ontario warehouse; 10681 Production Avenue, the Fontana warehouse; 14600 Innovation Drive, the Riverside warehouse, and 2323 Main Street, the Von-Karman and Main defendants, were all purchased through Scuderia by money provided by Liu.

As we just discussed, the rent and upkeep was paid by Zhongwang to Perfectus for these four defendants.  And they were an integral part in the scheme.  They stored those aluminum extrusions, and aluminum extrusions in the form of pallets with no customers.

Zhongtian Liu himself meetings at some of the warehouse.  Mr. Shen testified, it was a family affair, where the Liu family would come and conduct an inventory in the warehouses of their valuable product.

And you saw a picture of the Fontana warehouse, massive piles of aluminum pallets just

1   sitting outside, when Toby Henson lost his job because

2   he was not able to get a high profile permit in time.

3         So now you've seen for the wire fraud

4   counts, the scheme to defraud.  Let's go over some of

5   the false statements that China Zhongwang made, in part

6   of its fraudulent scheme, to investors.

7         Again, you heard the testimony, that

8   investors may rely on these statements, annual reports,

9   data coming from the company.  In 2009, Exhibit 130,

10   Zhongtian Liu is the chairman and notes that sales

11   generated from export as a percentage of total sales of

12   the group, increased significantly from approximately

13   3.3 percent in 2008, to 44 percent in 2009.

14         As you saw throughout the trial, those

15   aluminum extrusions didn't have real customers.

16         Another portion of that same annual report,

17   shows the United States, the amount of tons exported.

18         Another statement showing the revenue from

19   the United States, without disclosing that Zhongtian Liu

20   controlled both Zhongwang and the Perfectus defendants.

21         What about related-party transactions, did

22   Zhongtian Liu and China Zhongwang disclose its

23   relationship?  No.  He listed sales related company of

24   zero, and only CC Plastics, you heard was Cheng Cheng

25   Plastics, named after his daughter, because they dealt

1    with vinyl, not aluminum.

2              Different year, similar lies.  The 2010

3    annual report.  Again, Zhongtian Liu and China Zhongwang

4    reporting revenue and R&B to the United States.

5    29.1 percent of their revenue purportedly in 2010.

6              Defining related-party transactions.

7    Transactions with related companies in which Mr. Liu has

8    beneficial interest.  Cheng Cheng listed again.  No

9    mention of Perfectus predecessor entities.  No mention

10   of Perfectus, even though the e-mails show that they had

11   to go to Chairman Liu for approval and receive the money

12   from Zhongwang, and placed orders at Zhongwang's

13   direction.

14             2011, Exhibit 132.  Additional lies.

15   Showing percentage of sales.  Again, the number drop is

16   understandable, because of antidumping/countervailing

17   duty orders, but again, showing what is purported actual

18   revenue and not disclosing related parties in which the

19   sales were made to.

20             Different year, same nondisclosure of

21   related parties.  They even note at the bottom, these

22   companies in which Mr. Liu has beneficial interest that

23   give him control.  The evidence is clear that Zhongtian

24   Liu controlled Perfectus, along with the warehouse

25   defendants.

1          2012.  Now you see statements getting

2     towards deep-processed aluminum.  Revenue increased by

3     141.6 percent.  An investor looking at that, as you

4     heard testimony, could interpret that as there's an

5     expanding market.  Sales are up in the United States.

6     There is real demand.  Maybe this is a company I should

7     invest in.  Or maybe this is a stock I should hold.

8          They are overseas clients for regions such

9     as United States.  And their export revenue increased

10    significantly by over 177 percent.  But as you've seen,

11    not real purchases, not real demand.  It was a sham.

12          Same thing in reporting percentage of sales

13    to the United States.

14          Now, in that year, China Zhongwang provided

15    a more full-some definition of related parties.  Person,

16    close member of that person's family as related to the

17    group control or joint control.  Significant influence.

18    Member of the key management personnel of the group or

19    the group's parents.

20          You saw, Zhongtian Liu had all or most of

21    those things over Perfectus and the warehouse

22    defendants.  And again, failing to disclose the related-

23    party transactions, Pengcheng Aluminium and eventually

24    Perfectus.

25          2013.  Different year, similar false

1    statements.  Deep-processed industrial aluminum

2    extrusion products substantially increased by

3    96.5 percent.  Significant growth.  At the bottom,

4    vigorous efforts in expanding its production scale for

5    deep-processed products, in response to the increasing

6    demand for these products in the United States.  2.2

7    million in the form of aluminum extrusions.  Not one was

8    sold.  What an increasing demand.  From zero to zero.

9         Same disclosure about purported real revenue

10   to the United States.  11.8 percent.  Again, gets an

11   associate who does not account for the vast quantities

12   of aluminum that was being shipped from China to the

13   Perfectus defendants and stored at the warehouse

14   defendants.

15        2014, you will see explicit reference, the

16   main product is aluminum industrial pallets sold mainly

17   to overseas markets.  No disclosure of the related-party

18   transactions or the real demand.

19        This next portion, again, shows a revenue

20   purportedly legitimately derived from the United States.

21   Again, this number here, R&B is about $3.3 million.  But

22   as you saw, they are getting much, much higher

23   quantities of aluminum and value from Zhongwang to

24   Perfectus.

25        Exhibits 32 and 34 illustrate that.  If you

can see at the bottom, it seems almost flat, a blue

line, of the Perfectus defendants' gross receipts.  You

know, no more than 24 million, but what was reported as

inventory at year end?  For 2014, $1.7 billion.  This

chart accounts for 2014.  And Special Agent Carmack had

shown you a chart that just went through 2013.

Now, what happened after those allegations

were made in late July 2015?  Zhongwang came out with a

series of clarification announcements, in which in

August, they mentioned ZP no longer had an interest in

Aluminicaste.  That was false.  You heard through the

testimony of Hamer, Shen, and Otterbein.

In September, Zhongwang, in its

clarification announcement, noted PCA and Perfectus were

independent of Mr. Liu.  Through the documents and

testimony of many witnesses, you know that's false.

And in the same clarification announcement,

in September 2015, Zhongwang noted that Global Vietnam

Aluminum, independent of Mr. Liu.  False, as shown by

the statements of Hamer, Riley, Nguyen and Shen.

What about sales to third parties?  China

Zhongwang only reported approximately 3.5 million USD in

related-party sales.  What was the truth?  Between 2011

and 2014, Perfectus imported over $665 million of

aluminum from China Zhongwang and used the warehouse

1    defendants to store it.

2              Now, these false statements were material.

3    I anticipate the judge will instruct you that material

4    is just having the natural tendency to influence or is

5    capable of influencing a person to part with money or

6    property.

7              Through both expert witnesses, both on the

8    Government and defense side, and your common sense tells

9    you that if someone is not showing their connection and

10   stating something that's purported to be an arm's length

11   transaction and there is actual demand for the product,

12   when that's not true, that is something a reasonable

13   investor would care about.

14             The Government has shown material false

15   statements.  Now, the Government has also shown an

16   intent to defraud of Zhongtian Liu and his

17   co-conspirators.  The scheme itself, money moving from

18   the left to the Perfectus and back, hiding their

19   connections.  Zuo Peng Liu's resignation letter to

20   Scuderia.  The PCA tax returns in 2008, showing

21   Zhongtian Liu at the bottom as a hundred percent owner.

22   But in 2009, Zhongtian Liu is not listed.

23             You heard other testimony of Jackie Zhao, a

24   restaurant owner, who Zhongtian Liu directed to have his

25   wife start an aluminum company.  And same thing with Suk

1   Luo.  She was asked to incorporate Aluminum Source.

2           Moving to contraband, exports of pallets and

3   extrusion also shows the intent to deceive and cheat.

4   After the allegations and a scope ruling, as noted in

5   the timeline, massive exports of aluminum from the

6   United States to hide the evidence in Vietnam.

7           Zhongtian Liu controlled this scheme, the

8   fake $200 million loan.  The Perfectus and warehouse

9   defendants were an integral part of the scheme.  And his

10  wife, Mrs. Liu, Zhijie Wang, directing the shredding of

11  documents, telling Chen not to say too much.  And this,

12  the shredding of documents was right after a search

13  warrant was executed.

14          As you have seen, his wife had control of

15  other companies involved in the scheme as well, and took

16  over Scuderia after Shen had a falling out with

17  Zhongtian Liu.

18          The Government has shown beyond a reasonable

19  doubt, defendants's intent to defraud.

20          Now, I will stay on the slides for a moment.

21  I won't go through all of them.  But they list the wires

22  that are charged in the indictment, and that you will

23  see on the verdict form.

24          Starting with Count 2, because conspiracy is

25  the first count.  These show the dates on or about which

1    the wires were sent, the type of wire and the exhibits

2    that support that particular wire.

3              As an overview, these are either e-mails

4    between Zhongwang and Perfectus, or transfers of money

5    from the United States to a different country, that

6    furthered the wire fraud scheme, so that Perfectus could

7    get money from China Zhongwang and send back money to

8    look like real revenue at an arm's length transaction.

9              Next slide is Counts 5 through 7.  Next

10   slide is Counts 8 through 10.  I will just show you a

11   brief example of some of the wires.

12             Count 2, Exhibit 357, shows that

13   communication from Zhongwang, including Johnson Shao,

14   asking for payment of a purported real invoice.

15             Count 3 was an actual wire related to that

16   communication, 1.1 million from Pengcheng to Zhongwang.

17             Count 4 was a 4.4 million wire from

18   Pengcheng to Dalian Liwang.  Again, communication with

19   Zhongwang, even though the beneficiary says Dalian

20   Liwang.

21             The Government has proven each and every

22   element, beyond a reasonable doubt, of the wire fraud

23   against all defendants.

24             Now, taking you to part two of Zhongwang's

25   international criminal conspiracy.  Customs fraud, the

1    passing false papers through a Customs house, which I

2    will refer to as Customs fraud.  Defendants knowingly

3    passed a Customs Form 7501 through Customs.  They knew

4    the form was false.  They acted willfully with the

5    intent to defraud, and the 7501 was capable of

6    influencing the Government.

7            We don't anticipate there will be much

8    dispute.  The defendants actually caused these 7501s to

9    be submitted, as you heard through the testimony of

10   George Wang, the Customs broker, receiving information

11   from Johnson Shao and others at Pengcheng Aluminum.

12           They actually submitted these Form 7501s.

13           Now, as you heard through testimony, these

14   forms marking either 01 for no

15   antidumping/countervailing duties, or 03, were capable

16   of influencing the Government.

17           As you have seen in Exhibit 2, through the

18   2.2 million pallets imported, the defendants skirted

19   $1.8 billion in antidumping/countervailing duties.

20   Through the testimony and amount of money that the

21   defendants defrauded, their Form 501s were certainly

22   capable of influencing the Government.

23           Now, we know the forms 7501 were false.

24   Through the testimony of Alex Villanueva, you saw the

25   actual scope ruling, which noted these specific six

series aluminum extrusions welded into the form of
pallets are within the scope of the order and do not
qualify for the finished merchandise exception.

And I anticipate the judge will instruct you
the same, that cut to length, series six aluminum
extrusions from China, welded in the form of a pallet
are within the scope of the 2011 AD/CVD orders do not
qualify for finished merchandise exception.

You heard testimony from a chemist and
others, that these pallets were six series aluminum and
cut to length and welded together in the form of a
pallet and imported from China.

These 7501s indicating 01 for no
antidumping/countervailing duties were false.

Now, what evidence shows what the defendants
knew was false and they acted willfully and with the
intent to defraud?  Mr. Shen's testimony, backed up by
documents in Exhibits 304 through 309.
Contemporaneously, he's documenting he received updates
from Uncle Liu or Zhongtian Liu.  Zhongtian Liu is not
certain of the outcome regarding meetings to resolve
antidumping situations, but it is definitely on his
mind.

What happened when an order came out
regarding the countervailing and antidumping duties?

1  Johnson Shao, CEO of the Perfectus defendants, reaches

2  out to Zhongwang and says, we need to tell the chairman.

3  But he called the chairman and his phone is off.

4         Again, the evidence you've seen at trial,

5  supports that defendants acted willfully and with the

6  intent to defraud.  The fast importation of 2.2 million

7  pallets without a single legitimate customer.  It was

8  far too heavy, too expensive to have any practical use.

9         They had test shipments to see if they could

10  get the pallets through Customs and Border Protection.

11         Once those test shipments passed, the

12  floodgates opened and they exported millions of pallets

13  from China to the United States.

14         Again, we just saw how many there were,

15  stored outside the Fontana warehouse, and the four

16  warehouse defendants stored other pallets and aluminum

17  extrusions.

18         The importer from New Age testified.  New

19  Age has never manufactured a pallet that's 170 pounds.

20  They sell much lighter-weight pallets and just

21  approximately 5 to 6,000 per year.

22         Now, a vast majority of the pallets were the

23  double heavy-duty, so Zhongtian Liu could get as much of

24  his aluminum from China to United States.  Some of them

25  were the hollow pallets, where bacteria and vermin could

1    live.  Certainly not appropriate for the food or

2    pharmaceutical industry.

3          Both experts testified that they hadn't

4    tested a 170-pound pallet before this.  Dr. Horvath had

5    never seen a 48-by-43-inch pallet.  At bottom, even the

6    lightweight pallets were incredibly strong.  They maxed

7    out two of tests and handled more weight than was

8    needed.

9          So if those lightweight pallets were that

10   strong, why did defendants need 170-pound pallets,

11   approximately three times heavier than the really

12   strong, lighter-weight pallets.

13         Dr. White admitted, as well, ideal food and

14   pharma pallets are 40 to 60 pounds.  And he can't recall

15   ever testing a 48-by-43 pallet.  Strange combination

16   that the defendants put together, that wasn't actually

17   used in the industry, according to two experts in the

18   United States.

19         Shen's testimony, he suggested an actual

20   finished product like a ladder.  Zhongtian Liu dismissed

21   it.  Dismissed the idea of a CEO of Scuderia, one of the

22   defendants.  He accused Mr. Shen of scaring himself.

23   But as Shen testified, a container of pallets from China

24   to the United States, could get in more than 20 metric

25   tons of aluminum.  Whereas, 20-foot ladders in the same

cargo container, less than one ton.  Shen told Mr. Liu, he believed the pallets were not finished merchandise.

Exhibit 335.  What happened in Aluminum Shapes in New Jersey?  Johnson Shao, prior CEO of the Perfectus defendants, gets notice of an audit, provides information to Bob Otterbein, the finance guy, the controller, who's not an engineer, has Bob Otterbein conduct the audit.  Johnson Shao sent these materials to Otterbein with some answers filled in.

The information sent to Otterbein from Shao had multimillion lies.  Pallets moving merchandise, very specific, stuff and storage.  They're intended final buyers, even though they didn't sell one of the 2.2 million pallets.  No common ownership.  We don't know where the raw material comes from, even though we get it all from China Zhongwang, and we don't know how the material is extruded.

What was actually submitted to CBP for the audit?  These questions regarding AD/CVD.  Company doesn't import as a normal operating activity.  We rely on the expertise of our Customs broker, poor George Wang.

Question three.  List of resources used to identify merchandise personally subject to antidumping/countervailing duties.  We rely on the

1  expertise of our Customs brokers.

2         What about that PowerPoint?  Omitted a key

3  fact:  What are the specifications of a heavy-duty

4  pallet.  No witness could see the weight of 170 pounds

5  listed, because defendants specifically exclude that

6  when sending that information to Customs and Border

7  Protection.

8         What else shows defendants intent and

9  wilfulness to defraud?  They intended to melt the

10  pallets.  Not sell them, but to melt them so they can

11  repurpose them.  There is a $70 million investment in

12  melting equipment at Aluminum Shapes, and they melted

13  over a hundred thousand pounds of aluminum pallets that

14  came from China Zhongwang.

15         What about Barstow?  Shen and Oliver Chi

16  testified, China Zhongwang, through Liu, was about to

17  make a $1.5 billion capital investment to melt aluminum.

18         In Exhibit 350, this cast house had a

19  capacity of one million metric tons' processing a year.

20  And they also took a look at a Boeing cast house.

21         A scheme and chart that you have seen

22  before, also supports an attempt to intend to defraud.

23  Pallets with no real orders, sending the money from the

24  left to Perfectus, and sending the money back.

25         Defendants knew their Forms 7501 were false

1    and they acted willfully and with intent to defraud.

2           The Government has also proven beyond a

3    reasonable doubt, each and every element of the Customs

4    fraud counts.

5           Again, I will show you a chart of specific

6    Customs fraud forms, which reference a specific

7    shipment, 7501.  To the extent you're interested,

8    exhibits are listed here that prove those specific

9    counts.

10          Just as an example, the Government will

11   provide a few examples of some of the specific Customs

12   fraud counts.

13          Count 11, Exhibit 212, shows an entry type,

14   01, the false statement as Johnson Shao directed George

15   Wang to put in.  Remember, George Wang met Johnson Shao

16   in '08 or '09 to help import for Pengcheng Aluminum.

17   But then he had no contact with Johnson Shao for years.

18   He dealt with someone else at defendant Perfectus.  But

19   after the AD/CVD orders came out, who called or who had

20   contact with George Wang?  Johnson Shao coming out of

21   woodwork, instructing him that these pallets are not

22   subject to the AD/CVD orders.  Box 2, entry 01 was

23   demonstrably false.

24          Count 12, different form, similar imported

25   pallets, similar lie.  It's coming from Zhongtian Liu to

Johnson Shao of the Perfectus defendants, storing those

pallets with the warehouse defendants, and submitting a

false statement.

We will go through a little quicker the

money laundering counts.  The elements here, there just

needs to be the transport of money from outside the

United States to inside the United States.  And that

transport of money has to promote either the wire fraud

scheme or the Customs fraud scheme.

You, Ladies and Gentlemen of the jury, can

find it promoted both.  And you just need to agree

unanimously on either the wire, Customs fraud or both.

These specific counts in the indictment, 18

through 24, again, are just charged against the

Perfectus defendants.  There are transfers of money to

the PCA or Pengcheng Aluminum accounts.  And as you've

seen, these transfers of money were both at the heart of

wire and custom fraud scheme and promoted both.  Money

coming from Zhongwang to Perfectus, so that they can pay

for expenses and send the money back, and maintain the

warehouse defendants.

Moving to the next slide, Counts 22 through

24, again, with the exhibits and specific page numbers

that support that these wires came internationally from

Hong Kong shell companies and other institutions to

1    Pengcheng Aluminum, supported by witness testimony and

2    documents.

3                As just an example, Count 18, these are the

4    credits coming in, a million dollars minus a wire fee,

5    from Rainbow Bright Limited.

6                Count 19, different date, but another wire

7    close to a million dollars, which came internationally

8    to the United States promoted both the wire and Customs

9    fraud count.

10               Count 20, Exhibit 662.  The Government

11   showed beyond a reasonable doubt that this promoted both

12   the wire fraud and Customs fraud.  But you need to only

13   find one or the other, but can also find both.

14               Now, we started with Count 2.  Let's go back

15   to Count 1.  I will tie it all together.  The criminal

16   conspiracy with Zhongtian Liu with integral players of

17   the Perfectus and warehouse defendants.  These are the

18   elements of conspiracy, that there is an agreement.

19   You, Ladies and Gentlemen of the jury, just need to find

20   one of the four:  A, B, C, D. But the evidence in this

21   trial shows there's an agreement and conspiracy to

22   commit all four to defraud the United States and Customs

23   and Border Protection, regarding evading

24   antidumping/countervailing duties, the wire fraud scheme

25   to defraud the investors of China Zhongwang and

11:16:12    1    potential investors, conspiracy to commit Customs fraud,

11:16:15    2    and there is also a conspiracy to commit money

11:16:19    3    laundering.  It is just an agreement between two or more

11:16:22    4    people.  And that's clear here.  You saw the slide of

11:16:25    5    Zhongtian Liu, Eric Shen, his son, his wife, his

11:16:31    6    brother, in agreement to commit criminal acts.

11:16:34    7    Testimony from Eric Shen, who started four warehouse

11:16:38    8    defendants, that he engaged in this criminal conspiracy

11:16:42    9    with Zhongtian Liu.  There was an agreement.

11:16:49   10            Two, defendant became a member of the

11:16:51   11    conspiracy, knowing at least one of these objects,

11:16:54   12    defrauding the United States or the others listed above,

11:16:57   13    and intending to help accomplish it.  We have shown

11:16:59   14    through intent to defraud, they entered this agreement

11:17:03   15    knowing what they were doing; inflate revenue from the

11:17:06   16    United States as part of the wire fraud scheme, not

11:17:08   17    disclosing non-arm's length transactions, defrauding CBP

11:17:15   18    with aluminum extrusions welded together in the form of

11:17:15   19    pallets and money laundering.

11:17:17   20            And, finally, they just need to show one

11:17:20   21    overt act, an act on or after May 7, 2014, which

11:17:24   22    furthered the conspiracy.  And you can look at any of

11:17:30   23    the counts charged in the indictment, including the wire

11:17:31   24    fraud, Customs fraud scheme, to show that an overt act

11:17:36   25    actually occurred on or after this date.

11:17:39   1          I anticipate the judge may instruct you it's

11:17:43   2   not a defense that a person's participation in a

11:17:46   3   conspiracy was minor over a short period of time.  There

11:17:51   4   does not need to be a formal agreement.  There doesn't

11:17:53   5   need to be a writing in contract that I agree to defraud

11:17:56   6   the United States and Customs and Border Protection, or

11:17:59   7   that the conspirators agree on each and every element of

11:18:05   8   the conspiracy.

11:18:06   9          Now, we've shown individuals are guilty

11:18:07  10   beyond a reasonable doubt of the crimes charged in the

11:18:10  11   indictment.  Right here, we have six defendants; two

11:18:13  12   Perfectus entities and four warehouse entities that are

11:18:18  13   corporations.  Now, because those individuals are

11:18:20  14   guilty, we can show the elements to find the corporation

11:18:25  15   guilty of the same crime.

11:18:26  16          One, an agent committed the crime, a

11:18:29  17   director, officer, employees or other persons authorized

11:18:33  18   to act for it.  You've seen that China Zhongwang was

11:18:36  19   controlled by Zhongtian Liu.  All six corporations,

11:18:40  20   Perfectus and warehouse defendants are one in the same;

11:18:44  21   entities controlled by Zhongtian Liu, designed to make

11:18:47  22   Zhongtian Liu wealthier through the wire fraud, Customs

11:18:51  23   fraud and money laundering scheme, at the expense of the

11:18:56  24   shareholders and the United States government.  The

11:18:59  25   agents intended, at least in part, to benefit the

11:19:01  1   corporation.  And each act was within the scope of

11:19:06  2   employment.

11:19:07  3          Direct your attention to Exhibit 1 again.

11:19:10  4   You can consult this while deliberating.  This shows the

11:19:14  5   Perfectus defendants, who their agents and owners were,

11:19:17  6   listed, which is supported by the evidence in this case.

11:19:25  7          Another portion of Exhibit 1, showing the

11:19:27  8   warehouse defendants.  Testimony from Eric Shen,

11:19:30  9   directed by Liu, along with Zhijie Wang.  Zhongtian Liu,

11:19:38 10   Eric Shen, Johnson Shao, Zuo Peng Liu and others acted

11:19:44 11   on behalf of the company and committed the crime.  They

11:19:47 12   intended to benefit the corporation, as they were the

11:19:49 13   same, one in the same of Zhongtian Liu, because he

11:19:53 14   controlled them.  And the defendants received money to

11:19:56 15   purchase warehouses, maintain them, and they acted to

11:19:59 16   benefit, at least in part, the corporation.

11:20:01 17          And as CEO, owner, controlling shareholder,

11:20:08 18   these individuals were acting within the scope of their

11:20:14 19   employment.  Government has proven each and every

11:20:16 20   element of corporate liability beyond a reasonable

11:20:20 21   doubt.

11:20:21 22          Now, there are a lot of moving pieces;

11:20:26 23   individuals committing fraud, entities committing fraud.

11:20:28 24   Someone can also be found guilty -- you won't see a

11:20:32 25   specific verdict form regarding aiding and abetting, but

11:20:35   1   there is an alternate way to find liability of a

11:20:37   2   defendant, including a Perfectus or warehouse defendant,

11:20:39   3   or an individual aided, counseled, commanded, incurred,

11:20:46   4   induced or procured someone with respect to one element

11:20:50   5   of the crime and acted with the intent facilitate the

11:20:54   6   crime, and acted before the crime was complete.  There

11:20:56   7   can be an ultimate bases for liability, meaning someone

11:21:00   8   aided or helped the commission of a crime.

11:21:07   9          There is also another form of liability,

11:21:10   10   co-conspirator liability.  And these are the elements.

11:21:13   11   I won't go over in detail.  But someone commits a crime

11:21:17   12   and is a member of the conspiracy and some of the other

11:21:20   13   acts are reasonably foreseeable, along with aiding and

11:21:25   14   abetting liability, an alternate way for you, Ladies and

11:21:29   15   Gentlemen, can find defendants guilty of the charges

11:21:37   16   charged in the indictment.

11:21:39   17          As you seen over the past two weeks,

11:21:41   18   Zhongtian Liu used his power and control to orchestrate

11:21:43   19   a wide-ranging international criminal conspiracy.  At

11:21:48   20   the heart of this conspiracy were the Perfectus and

11:21:50   21   warehouse defendants to defraud investors, defraud the

11:21:53   22   Government out of $1.8 billion in

11:21:56   23   antidumping/countervailing duties, and had laundered the

11:21:57   24   money from other countries to the United States.

11:21:59   25          After the defendants argue, my colleague,

11:22:04   1   assistant United States attorney, Poonam Kumar, will ask

11:22:08   2   you to return the only verdict consistent with the

11:22:10   3   evidence, and that is a verdict of guilty against all

11:22:13   4   defendants on all charged counts.  Thank you.

11:22:18   5              THE COURT:  Thank you, Counsel.

11:22:19   6              Rather than start the defense argument at

11:22:21   7   this time, it is so close to 11:30, we are going to

11:22:24   8   break at this time.  When we come back in, we will start

11:22:27   9   fresh under defendant's argument.  Like counsel said,

          10   after they argue, then the Government gets to argue the

11:22:32  11   last, what we call rebuttal, because they have the

          12   burden of proof.

11:22:37  13              Remember the admonishment not to discuss

11:22:40  14   this case among yourselves or with anybody else, or form

11:22:41  15   or express any opinions about the matter until I have

11:22:42  16   submitted it to you and you retire to the jury room.

11:22:44  17              And if you get back here a little earlier

11:22:46  18   than 1:00 o'clock, we will -- we can start earlier.  So

11:22:51  19   don't be later than 1:00 o'clock.  We'd like to get this

11:22:55  20   to you this afternoon.  Okay?

11:22:56  21              Okay.  That will be the order of the Court.

11:22:59  22              THE CLERK:  All rise.

12:58:15  23              (BREAK TAKEN.)

12:58:15  24              THE COURT:  Okay.  The record will reflect

          25   that all the members of the jury are in their respective

12:58:19  1    seats in the juror box.  And we've heard the opening

12:58:21  2    argument.  Now we will do the defense argument.

          3              Counsel.

12:58:25  4              MR. RUYAK:  Thank you, Your Honor.

12:58:28  5              Good afternoon, Ladies and Gentlemen.  As

12:58:30  6    you know, I represent the Perfectus defendants in this

12:58:32  7    case, the companies who bought the aluminum pallets and

12:58:36  8    extrusions and imported them into the United States.

12:58:41  9              You've now heard the Government's story.

12:58:47  10   They tried to check the boxes, but it is nothing more

12:58:51  11   than a story, a story we will show you is not true.  Not

12:58:57  12   supported by the evidence.  Missing key important facts.

12:59:02  13   Lacking critical proof.  Subject to serious and fatal

12:59:07  14   doubt because it contains a fatal flaw.

12:59:11  15             This is a criminal case brought by the

12:59:16  16   Government, criminal case, with criminal penalties if

12:59:21  17   convicted.  So unexplained circumstances and suspicions

12:59:27  18   just won't do.  Reliance on the word of a known criminal

12:59:32  19   out to save his skin, just won't do.  Assumptions and

12:59:43  20   half truths just won't do.  And guilt by association and

12:59:47  21   innuendo and bias by calling a legitimate businessman an

12:59:52  22   emperor just won't do.  Why?  Because as the judge will

12:59:57  23   tell you, the standard you have to go by, the standard

13:00:00  24   of proof is proof beyond a reasonable doubt.  And it

13:00:07  25   must arise from careful and impartial consideration of

13:00:14    1    all of the evidence and lack of evidence.

13:00:16    2            This proof beyond a reasonable doubt is the

13:00:21    3    only thing that will do in this courtroom.  Because it

13:00:25    4    is the only standard of proof that can take away liberty

13:00:29    5    and freedom, deprive one of property, and convict under

13:00:33    6    our rules of law.

13:00:34    7            Now, I expect Judge Klausner to instruct you

13:00:39    8    that corporations are entitled to that same standard of

13:00:44    9    proof as you and I.

13:00:45    10           And I intend to show you this afternoon,

13:00:50    11   that the Government has failed to meet that standard of

13:00:52    12   proof.

13:00:53    13           On each count of the indictment, after

13:00:56    14   hearing the evidence, there is that substantial and

13:01:04    15   fatal doubt.

13:01:06    16           So let's dissect what we have here.  What

13:01:09    17   are the two big problems with this case for the

13:01:13    18   Government?  The first is that the Government's

13:01:14    19   investigation was incomplete.

13:01:16    20           This case is supposed to be about the

13:01:20    21   Chinese company, that public company in China.  What it

13:01:26    22   supposedly did and didn't do.  Supposedly creating fake

13:01:31    23   pallets.  Supposedly fake transactions with my client,

13:01:35    24   Perfectus.

13:01:36    25           Supposedly its shareholders somehow being

13:01:43  1  harmed.  But you heard the evidence from the

13:01:45  2  investigators on the stand, the two of them, Mr. Huang

13:01:50  3  and Ms. Carmack.  They never investigated CZW.  Never.

13:01:56  4           They never obtained records from them, even

13:02:08  5  though CZW is on the Hong Kong Stock Exchange and they

13:02:09  6  could get the information they needed and get

13:02:12  7  cooperation from the authorities there, who enforce the

13:02:14  8  law.

13:02:15  9           Mr. Huang, the lead investigator, said and

13:02:17  10  testified, he never interviewed board members of CZW.

13:02:25  11  Never.  More importantly, he never interviewed the

13:02:29  12  independent audit committee members of CZW.  He never

13:02:35  13  interviewed KPMG.  You know, the auditors that look at

13:02:39  14  the books and see where the money goes and verify it.

13:02:42  15  Never even interviewed them.  And he never even

13:02:45  16  interviewed a single shareholder, a single shareholder

13:02:50  17  to determine whether they had been harmed in any way.

13:02:55  18           He didn't even know the corporate structures

13:03:00  19  of the private and public corporations involved here.

13:03:03  20  When I asked him those questions, you remember, he

13:03:06  21  didn't even know them.  He didn't do the investigation

13:03:09  22  the Government didn't.

13:03:12  23           And Lori Carmack, special agent, did the

13:03:17  24  bank summaries.  Showed you all of these bank summaries,

13:03:18  25  money coming in and going out of the American accounts.

13:03:22  1   Was never given or reviewed any bank records of CZW.

13:03:27  2            How can you know if money is coming from a

13:03:34  3   company without looking at their records?

13:03:37  4            So when I asked him, and you remember this,

13:03:42  5   when I asked him on the stand, what was the basis for

13:03:47  6   this case, why are you here saying that CZW paid for its

13:03:52  7   own pallets from Perfectus?  He says, suspicions based

13:03:57  8   on unexplained transactions.  Suspicions.  You and I

13:04:04  9   know all too well, when our government authorities act

13:04:08  10  on suspicions, rather than facts and proof, seldom

13:04:16  11  anything is good.

13:04:17  12           Perhaps if they had completed their

13:04:19  13  investigation, they would have found they had no case,

13:04:23  14  and voided all of us being here right now.

13:04:27  15           But there is a second big problem with the

13:04:29  16  Government's case.  That's one.  The second big problem

13:04:34  17  is instead, the Government chose to rely on the

13:04:38  18  unreliable.  Eric Shen, the ultimate con man.  He conned

13:04:48  19  the Liu family from the start.  You heard him admit it.

13:04:52  20  He stole a quarter of a billion dollars, $250 million.

13:04:59  21  And was caught by his employer and couldn't get out.

13:05:01  22  Couldn't charm his way out.  Who was his next victim?

13:05:05  23  The Government.  The Government.  He made up great

13:05:07  24  stories, got his four lawyers together and sought a plea

13:05:11  25  deal with the Government and they met 16 times with him.

13:05:14    1          Unfortunately, the Government bought it all,

13:05:22    2    like fish.  As they say, hook, line and sinker.

13:05:27    3          But unfortunately, that wasn't his lasts

13:05:29    4    con, no.  His last con was, he came into this courtroom

13:05:33    5    and sat on the witness stand, saying he was taking an

13:05:35    6    oath.  Meek and mild.  To try to con you.  So he could

13:05:43    7    get Government leniency for his criminal acts of theft

13:05:46    8    and tax evasion.  That's about as bold as it gets, throw

13:05:52    9    everyone else under the bus and use the strongest

13:05:56   10    talent, the seat to do it.

13:05:59   11          But the Government built their case around

13:06:03   12    him.  Most of the evidence discussed this morning, came

13:06:05   13    from Eric Shen.  Think about it.  That's where it came.

13:06:12   14    And that was their mistake.  And that's where the fatal

13:06:15   15    flaw lies.

13:06:18   16          Let's turn to the case and the facts.  This

13:06:22   17    is about events that occurred primarily between 2011 and

13:06:23   18    2014.

13:06:24   19          Okay.  We got the time frame.  This entire

13:06:29   20    case, when you think about it, oh, yes, there is a claim

13:06:31   21    here and a claim there.  But it is all about these

13:06:34   22    pallets.  90 percent of the testimony in this case was

13:06:40   23    about the pallets that we bought from CZW.  Every count

13:06:46   24    of the complaint is about the pallets.

13:06:47   25          At first, they claim Customs fraud.  Fraud

13:06:50   1   in the U.S. government.  Claiming that our client,

13:06:53   2   Perfectus, imported the pallets with criminal intent.

13:06:57   3   Criminal intent.  Knowing and believing that the

13:07:00   4   antidumping/countervailing duties were owed on the

13:07:03   5   pallets and lied, saying they were not.  Intent to

13:07:09   6   defraud the Government.  You all know from the evidence

13:07:10   7   that that's not true.

13:07:12   8            There is no evidence to support that.  They

13:07:16   9   can't prove criminal intent and never will.  You will

13:07:20  10   hear more about that in a few minutes from

13:07:25  11   Ms. Potashner.

13:07:25  12            Because I want to address the other claims,

13:07:27  13   the other claims made of wire fraud and money

13:07:33  14   laundering.  They say that the pallet importation was

13:07:35  15   part of a wire fraud scheme.  And the wires, they say,

13:07:38  16   were the payments Perfectus made for the pallets bought

13:07:41  17   from CZW.  And they say that somehow these payments we

13:07:47  18   made for those pallets were part of the scheme to

13:07:51  19   defraud shareholders in China for the Chinese public

13:07:56  20   company, CZW.

13:07:58  21            Most importantly, you heard it over and over

13:08:02  22   and over again from the prosecutors, they claimed the

13:08:07  23   money to buy the pallets, that our company used,

13:08:09  24   Perfectus, to buy the pallets, came from CZW itself.

13:08:14  25   They said it over and over again.  As a matter of fact,

13:08:19  1   in the indictment and the complaints, if they cannot

13:08:22  2   show that the shareholders of CZW were somehow

13:08:27  3   defrauded, you must acquit.  Because they don't find

13:08:32  4   that anyone else, anyone else but those shareholders

13:08:35  5   suffered any fraud.

13:08:37  6           And in order to do that, they have to show

13:08:40  7   that CZW's revenues were artificially increased because

13:08:46  8   they paid for their own pallets.  They call this

13:08:50  9   criminal financing and bogus sales.  But that is the

13:08:55  10  fatal flaw.  There is absolutely no proof in this case

13:09:00  11  that the money that Perfectus used to buy these pallets

13:09:03  12  from CZW came from CZW.

13:09:08  13          We'll get into the objective facts in a

13:09:11  14  moment, but even the witnesses from the Government,

13:09:15  15  again, Mr. Huang, who's the lead agent in the case, when

13:09:20  16  I asked him, he said I cannot tell you.  I have no proof

13:09:26  17  that any money came from CZW to Perfectus.

13:09:29  18          And the accounting specialist, again, those

13:09:34  19  are the two people that appeared here and the only two

13:09:36  20  from the Government investigation, when I asked her, you

13:09:39  21  looked at all of these records, and you saw what she

13:09:43  22  did.  She went through hundreds of records over all this

13:09:45  23  period of time.

13:09:47  24          She identified every bank account and how

13:09:50  25  much was going in and out, and I asked her, did you find

13:09:53  1   any evidence whatsoever that any money, one dime came

13:09:58  2   from CZW to Perfectus?  And she said, I cannot.

13:10:03  3            One dime from their subsidiary, Zhong, she

13:10:11  4   said, I cannot.  One dime from Scuderia, this other

13:10:14  5   company that Eric Shen had, he said it was his way of

13:10:20  6   doing all these dirty deeds, and she said, no, I cannot.

13:10:25  7            The only proof in this case that money came

13:10:28  8   from other places, could it have come from Mr. Liu's

13:10:30  9   other organizations, his private companies?  Maybe.  But

13:10:33  10  most certainly, the Government did not prove that one

13:10:40  11  dime came from CZW.

13:10:42  12            And you and I know that it didn't, because

13:10:51  13  you heard why that can't happen.  You heard that CZW is

13:10:54  14  a public company on the Hong Kong Stock Exchange and was

13:10:58  15  this entire period of time.  The Government wants you to

13:11:01  16  assume that Mr. Liu and CZW are all one in the same, and

13:11:04  17  Mr. Liu has total control of a public company.  He can

13:11:08  18  steal money at will and put it wherever he wanted it.

          19  But that's clear evidence that's not true.

13:11:13  20            When he became public in Hong Kong, he gave

13:11:17  21  up control of CZW, because it is now a public company.

13:11:20  22            And you heard from Dr. Simon.  He went

13:11:23  23  through that in detail with you.  There is no way you

13:11:27  24  can hide $890 million.  $890 million that had to leave a

13:11:40  25  publicly held company.  Why?  There's too much review,

13:11:46   1   too much accountability, oversight.  A board of

13:11:47   2   directors, independent people in control.  Liu could

13:11:50   3   just not do what he wanted.

13:11:51   4          That's the fake story in this case.

13:11:57   5          The fatal, fatal flaw in this case is the

13:12:00   6   Government cannot prove the trail of money, because it

13:12:03   7   never happened.  This morning, the prosecutor said, oh,

13:12:09   8   we were recycling the money.  There's been no proof of

13:12:14   9   that.  Nothing of that in this case.  Because it is not

13:12:17   10  true.  If they had it, they would bring it to you and

13:12:21   11  they didn't.  And without this trail of money, without

13:12:23   12  the fact that that money came from CZW, the result is

13:12:29   13  that we bought real pallets at Perfectus.  We paid fair

13:12:34   14  arm's length prices and the Government does not disputes

13:12:37   15  that.

13:12:38   16         We paid real money and you know what, the

13:12:41   17  Government proved that for us because they showed you

13:12:43   18  every single invoice we paid.  There is no phony

13:12:47   19  accounting.  You saw our balance sheet.  We have these

13:12:52   20  assets, these pallets on our books.  We had the loans on

13:12:55   21  our books.  And there was no artificial revenue to China

13:13:04   22  Zhongwang.  Contrary to the Government's claims, the

13:13:07   23  shareholders of China Zhongwang benefited because we

13:13:12   24  bought those pallets and paid for them.  And that was

13:13:15   25  real revenue and real profits for that public company.

13:13:21  1   And there is no contrary evidence.

13:13:23  2              What's the Government's response?  The money

13:13:29  3   had to come from somewhere.  That's what they are

13:13:31  4   telling you.  The money had to come from somewhere.  And

13:13:34  5   they assume it's China Zhongwang.

13:13:37  6              They asked you to guess and speculate and

13:13:40  7   assume without proof, but remember, proof beyond a

13:13:46  8   reasonable doubt.

13:13:49  9              One final gasp, and I was surprised to see

13:13:56  10  the Government do this, they wanted to confuse you.

13:13:59  11  They showed you some e-mails from Zhongwang.com.

13:14:04  12  Remember those?  Trying to tell you, very

13:14:10  13  surreptitiously, by using the name, that the people that

13:14:12  14  Jonathan Shao, our president, was dealing with were

13:14:12  15  employees of China Zhongwang.

13:14:14  16             But not telling you, until I brought it out

13:14:18  17  with the investigator, that several of the Zhongwang

13:14:20  18  companies, not just the public one, use that same domain

13:14:24  19  name, including Zhongwang International, which is the

13:14:29  20  private company.  And here is what he said, he gave an

13:14:32  21  answer, based on my investigation, that Zhongwang web

13:14:37  22  domain, Zhongwang.com, that was used for China Zhongwang

13:14:40  23  employees.  And I asked him, was it used for Zhongwang

13:14:44  24  International Limited, the separate private company's

13:14:47  25  employees as we -- as well, correct?  He said, based on

13:14:53  1    my understanding.  He knew the answer to that question.

13:14:58  2              But what does that mean?  It means that its

13:15:02  3    attempt to tag China Zhongwang with sending money to

13:15:06  4    Perfectus just doesn't work.  Not only can't you find

13:15:10  5    it, you can't rely on that.

13:15:13  6              Guilt by association, innuendo, suspicion

13:15:19  7    and assumptions.  The Court, I believe, will instruct

13:15:23  8    you, to define wire fraud and money laundering, you must

13:15:31  9    believe that Perfectus engaged in a scheme intended to

13:15:36  10   both deceive and cheat, and you must look at the

13:15:44  11   elements of that charge.

13:15:46  12             The first is to intentionally deceive.  And

13:15:48  13   here, remember, we are talking about the shareholders of

13:15:52  14   a Chinese company, the public company in China; that we,

13:15:54  15   Perfectus, intended to deceive them by buying these

13:15:57  16   pallets and paying for them.

13:16:01  17             Secondly, not only deceive, but to cheat

13:16:03  18   them out of money by our acts.  And each of those beyond

13:16:06  19   a reasonable doubt.

13:16:08  20             But the Government has completely failed to

13:16:13  21   prove any deception in these sales; that there was any

13:16:17  22   criminal intent, because the money trail they suggested

13:16:23  23   exists, does not.

13:16:25  24             Oh, and then, yes, they talk about -- all

13:16:28  25   about related parties, related parties and this

13:16:30  1    information, blah, blah, blah.  That's there last-ditch

13:16:36  2    effort.  They think that Perfectus should have been

13:16:38  3    identified as a related party by China Zhongwang.  But

13:16:41  4    they didn't offer any real proof of that, they just want

13:16:46  5    you to accept it.

13:16:47  6         The only evidence you have seen that my

13:16:50  7    company, Perfectus, during this period of time and up

13:16:52  8    until the time it failed in the end of 2014, was owned

13:16:56  9    by Mr. Johnson Shao.  He was the beneficial owner.  He

13:17:00  10   was the one that got the profits.  He is the one that

13:17:05  11   ran the company.  And they have shown nothing else.

13:17:08  12        Did they show any money going to Mr. Liu, or

13:17:11  13   one of Mr. Liu's people?  No.  Did they show money going

13:17:16  14   to one of Mr. Liu's enterprises?  No, they did not.  But

13:17:20  15   it does not really matter in this case.  It does not

13:17:23  16   really matter and the reason why that is, is because

13:17:26  17   related-party transactions are only a problem if there

13:17:31  18   are negative consequences to the shareholders.  That's

13:17:37  19   the fraud, if revenues and profits are affected.

13:17:45  20        But again, it comes back to the same

13:17:48  21   problem.  These pallets were paid in full and the

13:17:52  22   Government admits that.  They showed you that.  We

13:17:55  23   didn't even have to.  They were fair and arm's length.

13:17:58  24   The Government doesn't contest that.  And our position

13:18:02  25   is, it was paid by Perfectus, not CZW, and the

13:18:07  1   Government cannot prove otherwise.

13:18:08  2          What happens next?  Well, there's one more

13:18:19  3   attempt they make.  This attempt they shared this

13:18:21  4   morning of misinformation.  They go through the annual

13:18:22  5   reports and they pick out some little things in the

13:18:23  6   annual report that talk about demand is up in the U.S.

13:18:26  7   It's all about the pallets.  Everything they pick out of

13:18:30  8   that annual report, doesn't have something else that was

13:18:35  9   defrauding.  It's all about the pallets.

13:18:39  10         But just taking a few lines out of an annual

13:18:41  11  report and inflating its significance, making something

13:18:48  12  trivial into something big, the Government hasn't

13:18:51  13  provided any evidence of what that means to you.

13:18:53  14         Have they?  I don't think so.  The

13:19:00  15  Government hasn't provided any evidence that any

13:19:02  16  investor was even troubled by anything that they picked

13:19:05  17  up.  Not a single one.  No investor came in here and

13:19:09  18  told you this is a problem.  Or a fund person came in

13:19:15  19  here.  No evidence of that at all.  The Government has

13:19:18  20  not provided any evidence that any investor decided to

13:19:25  21  sell his or her shares due to those statements.  Did

13:19:27  22  they?  Not a single one.  The Government didn't supply

13:19:30  23  any complaint or investigation by the U.S. SEC,

          24  Securities and Exchange Commission, the Hong Kong

13:19:39  25  Securities and Futures Commission, or any other

13:19:40 1    government agency, tax court, any of them, not a single

13:19:45 2    one.

13:19:46 3             They argued these things are relevant to

13:19:49 4    shareholders, but failed to show that any of them really

13:19:54 5    mattered.  Not a single one.  This morning, they asked

13:19:57 6    you, use your common sense.  But I'm sorry, common sense

13:20:04 7    is not proof.  It does not satisfy the standard of

13:20:11 8    beyond a reasonable doubt.

13:20:13 9             What is clear is that the Government ignores

13:20:18 10   what was really going on with this company at the time.

13:20:22 11   It ignores the hundreds of pages of those reports, that

13:20:28 12   talk about what the company is doing for growth.  The

13:20:30 13   billions of dollars it's investing in future growth for

13:20:33 14   its shareholders, aligning with China's five-year plan,

13:20:38 15   as we discussed yesterday.  Turning to the demands for

13:20:40 16   green and energy and that kind of thing.  Building an

13:20:42 17   infrastructure to support its ever-growing population of

13:20:46 18   college graduates.  We went over that yesterday.

13:20:50 19             And Dr. Simon told you, because he was

13:20:53 20   there.  He did it.  He advised these investors.  That's

13:20:57 21   what they are looking for.  It is not the sale of a few

13:21:00 22   pallets to the United States.

13:21:02 23             The overwhelming evidence is that China

13:21:07 24   Zhongwang acted in the best interest of its

13:21:09 25   shareholders.  It tried to protect those shareholders,

13:21:12  1  protect them from what happened here.  And you know it

13:21:14  2  now, you've heard it a million times.  They started this

13:21:19  3  company in 2009, what happened?  There is a recession.

13:21:22  4  And then this antidumping order came in and effectively

13:21:31  5  precluded them from all the products they were planning

13:21:32  6  to sale in the United States.  Nothing wrong with that.

13:21:35  7  The U.S. Government has the right to do that.

13:21:36  8        And you heard totally it was totally

13:21:39  9  successful.  No more extrusions in the U.S. So what did

13:21:41  10  they do?  They tried to find an alternative, but for

13:21:45  11  three years.  Because it didn't work very well.  And

13:21:47  12  they stopped.  And when they stopped, was there any

13:21:49  13  evidence, I didn't hear any, that the reason that we

13:21:51  14  stopped buying these pallets was because someone told us

13:21:55  15  not to.  Some government agency investigation started?

13:22:01  16  Nothing like that.  We couldn't do any more.  We tried

13:22:05  17  it, it failed.

13:22:07  18        You are going to see a verdict form and this

13:22:09  19  applies to the wire fraud and mail fraud.  It is kind of

13:22:12  20  confusing, because they have individual episodes.  What

13:22:16  21  they are saying is, each wire of money that my client

13:22:21  22  paid to China Zhongwang is a wire fraud.

13:22:25  23        You have a couple e-mails from Jonathan --

13:22:31  24  sorry, Johnson to them.  So you have to look at every

13:22:36  25  one of them.  Of every single one of them, based on this

13:22:39  1  evidence and this fatal flaw, you have to say not

13:22:43  2  guilty.

13:22:43  3         Same thing with the money laundering.  It is

13:22:45  4  based on this fraud.  So if you find that there is not

13:22:48  5  wire fraud, because I don't think you can do, then the

13:22:51  6  same thing, you have to check the box "not guilty."

13:22:57  7         The problem with the Government's claims is

13:22:59  8  very clear, at least to me, and I want to tell you how

13:23:02  9  we view it.  While they complain about what was said and

13:23:07  10 done and not said and done, you heard all that, but now

13:23:11  11 we can look back, because these events happened years

13:23:15  12 ago, and it is clear evidence that no one was hurt.  No

13:23:19  13 one was cheated.  There were no victims.  No victims, no

13:23:23  14 crimes.

13:23:25  15        No American companies that made aluminum

13:23:29  16 were harmed.  We know that.  They didn't lose sales.

13:23:32  17 The antidumping order helped them, not hurt them.  No

          18 shareholders of China ZW were harmed either, because

13:23:42  19 their investments were protected and maintained over a

13:23:44  20 long period of time.

          21        Allen, can you put up that chart.  This one

13:23:47  22 here.  Yeah, that's the one.

13:23:47  23        Here is a history.  And we all know this

13:23:52  24 now, back in 2009, they started and then the antidumping

13:23:59  25 order came in, right?  And that really blocked the stuff

13:24:01  1  coming into the United States.  But this is a big -- I

13:24:04  2  think the second largest aluminum company in the world,

13:24:07  3  first in China.  So they had all these other sales, even

          4  when they were blocked.  And then they started going

13:24:09  5  back.  They started making some pallets.  That was part

13:24:11  6  of it.

13:24:12  7          But look, when they stopped in 2014, middle

13:24:14  8  of the year, look where the company was.  And then the

13:24:18  9  '15, with no pallets being sold to the U.S.  '16, no

13:24:22  10  pallets being sold to the U.S.  That's what you call

13:24:27  11  shareholder value.  That's because the company wasn't

13:24:31  12  dependent on these sales to the U.S.  It wasn't trying

13:24:34  13  to somehow fleece its shareholders.  It was trying to

13:24:41  14  protect them.

13:24:44  15          And finally the federal government wasn't

13:24:47  16  harmed either.  You will hear later that they got all of

13:24:50  17  the duties they were entitled to.  No victims, no

13:24:53  18  crimes.

13:24:53  19          No proof of the money trail.  Just

13:25:02  20  conjecture and supposition, and that's it.

13:25:09  21          But I've always had a big question in this

13:25:10  22  case and I want to tell you what it is.  Why Perfectus?

13:25:15  23  You've heard a lot of stuff about Liu and Shen,

13:25:19  24  Scuderia, and this company and that company, and this

13:25:22  25  thing about $200 million for the IPO back in 2009, had

13:25:26  1   nothing to do with Perfectus, a company in the U.S.

13:25:31  2   importing aluminum.  A company that was trying to

13:25:34  3   succeed in the face of pretty terrible odds.

13:25:38  4        You heard from the witnesses.  We actually

13:25:40  5   had five of our employees take that witness stand.

13:25:43  6   Right.  They told you that was devastating to their

13:25:51  7   jobs.  It deprived them of everything they had to sell.

13:25:55  8   It is kind of like if you have a McDonald's and

13:25:59  9   McDonald's goes out of business, right.  What do you

13:26:01  10  sell?  Devastating.

13:26:04  11        So they tried to do the pallets.  We tried

13:26:09  12  to do something that would be a good move.  Didn't work

13:26:11  13  out so well.  The pallets didn't sell.  And you heard,

13:26:15  14  eventually, they had to be reexported to other

13:26:18  15  countries, like Mexico and Vietnam, where they could be

13:26:21  16  used.

13:26:24  17        Its owner, Johnson Shao, lost his ownership

13:26:26  18  of the business when it failed.  You saw that in the

13:26:28  19  income tax returns.  He had to give it up at the end of

13:26:32  20  2014, because he had the loans and the debt and couldn't

13:26:35  21  handle it.  Lost the company.

13:26:37  22        Its employees lost their jobs.  You met

13:26:40  23  them, Bill Riley, Kim Nguyen, Olivia Resendez, Mark Li,

13:26:48  24  Toby Henson.  They all lost their jobs.  Johnson was

13:26:52  25  able to keep them on the payroll for five years, but

13:26:54    1    they were laid off in the end.

13:26:57    2             Most important, I asked each one of them,

13:27:00    3    they all fully cooperated with the Government, and they

13:27:03    4    told you that under oath.  No one from Perfectus stopped

13:27:08    5    them, suggesting they don't.

13:27:10    6             But most importantly, I think, is the

13:27:15    7    Government has not proven that Perfectus benefited in

13:27:18    8    any way, in any fashion from what the Government claims

13:27:23    9    happened.  Just the opposite.  We weren't part of the

13:27:27   10    decisions or statements made over the seas thousands of

13:27:33   11    miles away in Hong Kong.  We had nothing to do with that

13:27:35   12    $200 million loan, whatever it was.  We weren't part of

13:27:39   13    that.

13:27:40   14             But yet here, we are here, indicted on

13:27:44   15    criminal charges.  Yet Eric Shen, a

13:27:47   16    quarter-billion-dollar thief and con man, the architect

13:27:51   17    and author of this story, when he walked in voluntarily

13:27:54   18    and said to the Government, I got a great story to tell

13:27:58   19    you.  I can deliver some very prominent people and some

13:28:03   20    very prominent companies with my stories.

13:28:08   21             He is the one who's now trading for his

13:28:11   22    freedom.

13:28:15   23             Again, the story is not true.  It is not

13:28:19   24    supported by the evidence.  It is missing the important

13:28:21   25    facts, lacking critical proof, based on unreliable

13:28:26  1    suspicions, and subject to serious and fatal doubt.

13:28:32  2                How does that match up with proof beyond a

13:28:37  3    reasonable doubt?  It is pretty simple.  If China

13:28:47  4    Zhongwang, the public company, didn't pay us to pay and

13:28:52  5    buy their pallets, you must acquit on all the wire fraud

13:28:56  6    and also, the money laundering charges.  The Government

13:28:59  7    has failed to meet it on each and every count.

13:29:02  8                Being a criminal lawyer in a courtroom with

13:29:09  9    a jury is a very important function.  I know all of us

13:29:13  10   here, the Government and the other side take it very

13:29:20  11   seriously.

13:29:20  12               I will conclude by telling you a little

13:29:23  13   story.  When I was trying my very first criminal case,

13:29:27  14   my very first one, and I had a man who was being

13:29:27  15   accused.  In that case, there was a Government witness,

13:29:34  16   who I knew was lying through his teeth.

13:29:37  17               MS. KUMAR:  Objection, Your Honor.  Outside

13:29:39  18   the scope.  No evidence.  This is just -- entirely

13:29:43  19   outside of the courtroom.

13:29:45  20               THE COURT:  Excuse me.  It's not arguing the

13:29:47  21   evidence, Counsel.

13:29:48  22               MR. RUYAK:  Your Honor, I'm just explaining

13:29:50  23   how this works.

13:29:52  24               THE COURT:  I know, but you are talking

13:29:52  25   about the evidence in another case.  You can talk in

13:29:54  1    general about it.

13:29:56  2            MR. RUYAK:  Let's look at this case, then.

13:29:57  3    I'm here I'm in front of you and I'm anxious now.

13:30:00  4    Because you've seen the evidence and I have seen the

13:30:02  5    evidence.  And I've got a guy who I don't think is

13:30:09  6    telling the truth.  I know from my past history, long

13:30:14  7    time ago, that the juries are the ones that make the

13:30:18  8    decisions that keep us from having the wrong

13:30:21  9    convictions; to decide who's lying and who's telling the

13:30:26  10   truth.  They are the ones that we depend on.  We depend

13:30:30  11   on you.  I'm not trying to put a big burden on you, but

13:30:34  12   what I'm saying is, I'm confident.  Because I'm going to

13:30:37  13   tell you something, my experience is, in trying to sneak

13:30:44  14   a lie pass the jury, it's like trying to sneak the dawn

13:30:49  15   past a rooster.  It can't happen.

13:30:52  16           On behalf of my client, Perfectus, and

13:30:54  17   myself, I want to thank you for your attention to this

13:30:57  18   trial and your commitment and seeing us get this case

13:31:00  19   through.  Thank you.

13:31:01  20           THE COURT:  Counsel, thank you very much.

13:31:06  21           Counsel.

13:31:08  22           MS. POTASHNER:  Thank you, Your Honor.

13:31:11  23           The joy of arguing a case on a Friday

13:31:22  24   afternoon after two other lawyers.  So please bear with

13:31:25  25   me.

13:31:26   1          By relying on an unreliable individual, the

13:31:34   2    Government has twisted a narrow regulatory question into

13:31:39   3    a fantastical tale of a wide-ranging international

13:31:44   4    criminal conspiracy.

13:31:45   5          But when tested under the process of this

13:31:49   6    jury trial, the Government's case has collapsed under

13:31:54   7    its own weight.

13:31:56   8          As you know, Mr. Lowder and I represent the

13:32:00   9    four LLCs that hold title to the warehouses in this

13:32:04  10    case.  And I'm going to focus on the Customs piece of

13:32:12  11    this case because Mr. Ruyak has focused on the other

13:32:17  12    pieces.  And in a lot of ways, the Customs part of this

13:32:20  13    case boils down to one question, and one question only:

13:32:23  14    Has the Government proven beyond a reasonable doubt,

13:32:26  15    that there was an intent to deceive U.S. Customs, when

13:32:30  16    the pallets were imported into the United States?  One

13:32:37  17    question.

13:32:37  18          But before we can explore that question, we

13:32:39  19    need to talk about the guiding principles of law that

13:32:44  20    govern in this case and in every criminal case in this

13:32:47  21    country; the presumption of innocence and proof beyond

13:32:52  22    reasonable doubt, what that standard is.

13:32:56  23          My clients are presumed innocent from the

13:32:59  24    very beginning, throughout all the testimony.  Even when

13:33:03  25    you go back in to the jury room, our system of justice

13:33:06  1   requires that you assume and continue to assume that our

13:33:10  2   clients are innocent.

13:33:12  3          That is the presumption of innocence.  And

13:33:15  4   unless all 12 jurors, unless all 12 of you are firmly

13:33:20  5   convinced that the Government has met its very heavy

13:33:23  6   burden of proving its case beyond a reasonable doubt,

13:33:27  7   you must find our clients not guilty.

13:33:29  8          Because the burden of proving this case

13:33:34  9   begins and ends with the Government.  Begins and ends

13:33:41  10  with the Government.  Our clients bear absolutely no

13:33:48  11  responsibility to prove their innocence.  That is not

13:33:52  12  the way it works.

13:33:54  13         They have no obligation whatsoever to

13:33:59  14  present a shred of evidence on their behalf.  That's our

13:34:03  15  system.  And so what that means is, if there is a

13:34:09  16  question that's unanswered in your mind, if there is a

13:34:13  17  piece of evidence that you did not see or hear during

13:34:17  18  these last eight days, you need to look to the

13:34:21  19  Government.  The Government.  It's their failure of

13:34:25  20  proof.

13:34:25  21         Because the Government bears the burden of

13:34:30  22  proof.  It never ever shifts to the defense and it never

13:34:36  23  gets lighter.  Proof beyond a reasonable doubt, that's

13:34:41  24  what the Government needs to deliver.  Proof.

13:34:44  25         It is the highest standard of proof in our

13:34:48  1    legal system, proof beyond a reasonable doubt.  And what

13:34:52  2    it means is, if you have even one single doubt that's

13:34:58  3    based in reason, or if the Government has left

13:35:03  4    unanswered a single question that you believe the

13:35:06  5    Government should have answered to prove their case, you

13:35:09  6    must acquit our clients.  You must find them not guilty.

13:35:15  7         That's our system and that's the standard.

13:35:20  8    And it is with those standards that you need to view the

13:35:24  9    evidence in this case.  It is with those standards that

13:35:26  10   those are the lenses for you to view the case.

13:35:29  11        So let's circle back to the question at hand

13:35:33  12   in terms of the Customs piece of this case.  Did the

13:35:38  13   Government prove that there was an intent to deceive

13:35:42  14   U.S. Customs?

13:35:45  15        The Government didn't prove that.  The

13:35:47  16   Government did not prove it beyond a reasonable doubt.

13:35:50  17   And that's because several critical components of the

13:35:54  18   Government's case have failed.

13:35:58  19        First, in the Government's opening

13:36:03  20   statement, that I can read with -- sort of through this

13:36:07  21   -- this glass, is that the Government told you in

13:36:10  22   opening, that the defendants tack-welded CZW's aluminum

13:36:16  23   extrusions into the shape of aluminum pallets.

13:36:22  24   Tack-welded.  Tack-welded.  That was their promise.

13:36:26  25   That was their claim.

13:36:31  1          But we now know that that's not the whole

13:36:34  2  truth.  We now know that these pallets were actually

13:36:40  3  seam-welded.  Continuous welds on all of the exterior

13:36:45  4  seams.  Not simply tack-welded.  We now know that to be

13:36:51  5  true.

13:36:51  6          And you heard from the Government's expert,

13:36:53  7  you heard from Dr. Horvath, that these welds were both

13:36:58  8  permanent and strong.  They were not just tack-welded

13:37:01  9  together in a temporary fashion, as the Government

13:37:06  10  promised it would prove.

13:37:09  11          Second problem, the Government keeps calling

13:37:15  12  these "extrusions in the shape of pallets."  That's what

13:37:17  13  they promised that they would prove, that these were

13:37:20  14  extrusions in the shape of pallets.

13:37:22  15          You know what, Ladies and Gentlemen, these

13:37:26  16  were pallets.  If we take nothing else from the eight

13:37:30  17  days that we all spent together, listening to the

13:37:34  18  evidence, we take that.  These were pallets.

13:37:38  19          There are people in the world, who are

13:37:40  20  experts in pallets and this jury, you-all had the

13:37:44  21  distinction pleasure of hearing from two of them.  We

13:37:49  22  learned that Virginia Tech is known for its pallet

13:37:51  23  analysis.  Before this case, we may not have known that

13:37:55  24  such a specialty existed, but we all know that now.

13:37:58  25          And so we heard from Dr. Horvath and

13:38:01  1   Dr. White.  And they both told you that these pallets

13:38:05  2   went through a battery of tests.  And the way I

13:38:07  3   described them was simplistic, because you learned that

13:38:11  4   it took 40 to 80 hours for these pallets to be tested.

13:38:18  5   40 to 80 hours.  It wasn't just a quick looksy.  Oh,

13:38:20  6   yes, the look like pallets, works for me.  No.  These

13:38:24  7   were tested under highly sophisticated standards,

13:38:30  8   international standards.  International standards that

13:38:32  9   are accepted by, we heard, the Koreans and the French

13:38:34  10  and the Italians, and the Americans.  Standards that are

13:38:38  11  well founded, well supported international standards.

13:38:42  12          And what was the upshot?  These pallets were

13:38:47  13  pallets.  They qualified as pallets.  They were

13:38:50  14  considered to be very strong.  Important for a pallet.

13:38:53  15  Very stiff.  Important for a pallet.  And very durable.

13:38:58  16  Not temporarily tack-welded.  That's not what we have

13:39:01  17  here.  We don't have extrusions in the shape of pallets.

13:39:04  18  We have pallets.  The second problem with the

13:39:06  19  Government's case.

13:39:08  20          Third problem, the Government told you in

13:39:11  21  its opening, that the defendant lied.  That's the word.

13:39:16  22  Lied.  That they falsely and fraudulently stated that

13:39:20  23  they lied to U.S. Customs upon entry.

13:39:25  24          The problem with that promise in the opening

13:39:28  25  statement, is that it didn't come to bear.  We now know

13:39:32  1   that's not true.  There were no lies on these entry

13:39:37  2   packets, not a single one.

13:39:39  3              No lies.  The -- these entry packets say

13:39:45  4   clear as day, that these are products from China.  They

13:39:54  5   tell you the exporting country, they tell you the

13:39:58  6   country of origin, they give you the manufacturer's ID.

13:40:01  7   They tell you -- and you can see it in the bottom of

13:40:05  8   your screen -- that they are aluminum pallets.  Where is

13:40:13  9   the lie?  There is no lie.  There is no fraudulent

13:40:15 10   statement.  There is no deceit.  They were described as

13:40:19 11   they were, aluminum pallets.

13:40:21 12              And we know -- and I don't know if we have a

13:40:25 13   slide for this.  I don't think we do.  But we listened

13:40:29 14   to a summary witness for the Government, who had this

13:40:33 15   nice chart and showed you what all 400 of these

13:40:37 16   importations looked like.  All 400.  And what was the

13:40:40 17   description every single line?  We didn't look page by

13:40:43 18   page.  You might not be interested in doing it.  You

13:40:47 19   might be interested in doing it.  But if you do, you

13:40:50 20   will see, aluminum pallets, aluminum pallets, aluminum

13:40:53 21   pallets, aluminum pallets, aluminum pallets, aluminum

13:40:54 22   pallets.  That is what was said.  That's not a lie,

13:40:57 23   because that is what was in those containers, aluminum

13:41:01 24   pallets, coming from China with a country of origin,

13:41:05 25   China, from that manufacturer.  No lies on that

13:41:08   1   paperwork.

13:41:09   2          Next claim, the Government told you in its

13:41:16   3   opening statement, that these pallets were smuggled.

13:41:22   4   Smuggled into the country.  Smuggled.  The problem is,

13:41:27   5   sounds good in opening, but it did not bear true.  They

13:41:32   6   weren't smuggled.  They came through one of the largest

13:41:35   7   ports in the United States.  They came through the port

13:41:38   8   of Los Angeles.  They came through.  They were declared

13:41:42   9   at the port.  They were subject to inspection.  They

13:41:45   10  went through the process.  They were released from the

13:41:48   11  process.  You heard about that from Customs.

13:41:51   12         They went through the liquidation process,

13:41:54   13  and they left the port.  Completely ordinary.  These did

13:42:00   14  not come in, in the dead of night, over some, you know,

13:42:03   15  dirt road.  These were not smuggled in to the United

13:42:11   16  States.  These were presented at the port.

13:42:13   17         Next problem with the Government's case.

13:42:18   18  The Government told you in its opening, that these

13:42:22   19  pallets were concealed in four large warehouses.

13:42:29   20  Concealed.  Concealed, a loaded term.  A term

13:42:33   21  intentionally loaded.  Trouble is, they weren't.

13:42:37   22         They weren't concealed.  What we now know

13:42:42   23  after actually listening to the evidence, that they were

13:42:46   24  housed in large warehouses in Southern California.

13:42:50   25  Simply housed.  You heard from witness after witness

13:42:53  1    after witness.  You heard from Toby Henson, Suk Luo,

13:42:58  2    Mark Li, Bill Riley.  You heard that these pallets were

13:43:03  3    openly stored in the warehouses.  You heard they were

13:43:05  4    visible from inside the warehouses.  You heard they were

13:43:09  5    visible from outside the warehouses.  You heard that the

13:43:12  6    warehouses could be seen from the street, and you saw

13:43:15  7    photograph after photograph of these warehouses with the

13:43:20  8    pallets outside.

13:43:21  9           They weren't concealed.  They weren't

13:43:25  10   concealed after importation.  They were simply

13:43:28  11   warehoused like products are.  They were warehoused.

13:43:35  12           Next problem with the Government's case.

13:43:39  13   The Government wants you to believe that this AD/CVD

13:43:49  14   order came out in 2011, and it was clear as day.  It was

13:43:55  15   obvious what it said.  It was obvious what it meant.

13:43:58  16   Clear as day.  And then the pallets were imported and

13:44:04  17   presented, and everyone should have known that the

13:44:10  18   pallets fell within that order.

13:44:13  19           The trouble is, that it wasn't clear as day.

13:44:20  20   The trouble is, that it didn't get clarified until 2017,

13:44:26  21   which is three years after the pallets ceased to being

13:44:31  22   imported.  Three years later.  That's when that scope

13:44:35  23   ruling came in.  That's when that scope ruling was

13:44:38  24   published, that you heard so much about.  It's important

13:44:41  25   to recognize, if nothing else, pallets came in from 2011

13:44:46   1   to 2014, and the scopes ruling is dated 2017.

13:44:52   2             That's critical.  And how do we know, apart

13:44:57   3   from the timeline, apart from the scopes ruling coming

13:45:02   4   in three years later, how else do we know that these

13:45:07   5   orders were unclear to the people on the ground.  How

13:45:11   6   else do we know that?  We know that because we heard

13:45:14   7   from Mr. George Wang.  We heard from the broker who was

13:45:19   8   responsible for submitting this paperwork.  The broker.

13:45:24   9   We heard from that broker, that he cared about his

13:45:26   10   professional reputation, that he tried to do things

13:45:30   11   right when he completed and filled out the forms, each

13:45:32   12   and every time.  It's his livelihood.  It's his

13:45:35   13   reputation.  It's who he is.  And we saw that about him.

13:45:39   14             And he testified that he didn't know that

13:45:43   15   these duties applied to aluminum pallets.  That was his

13:45:47   16   testimony.  And that's what he does all day long, is

13:45:53   17   serves as a broker for importation.

13:45:56   18             How else do we know?  We know because

13:45:58   19   Customs released these products over 400 separate times.

13:46:05   20   Released them.  That is a term of art for them.  It

13:46:09   21   means they received the paperwork, the paperwork is

13:46:11   22   processed, and then they are released.

13:46:14   23             We know that in real time, from 2011 to

13:46:17   24   2014, Customs didn't view these orders as being

13:46:21   25   applicable.  That's what we know.  What else do we know?

13:46:25  1   We know that Customs went to Shapes in 2015, to audit
13:46:35  2   its earlier decisions.  We know that.  We know that they
13:46:38  3   specifically went to look to see if they had made a
13:46:41  4   mistake in terms of these duties.  We know that, because
13:46:45  5   we saw the documentation.  You saw a lot of pieces of
13:46:49  6   paper and so you may not remember it.  I will show it to
13:46:52  7   you now.  We saw the document.

13:46:54  8              I encourage you to write down this number:
13:47:02  9   217, page 4.  And I encourage you to write down that
13:47:07  10  number because that's a critical document in the sea of
13:47:09  11  documents in this case.  This is the document that tells
13:47:11  12  us that in 2015, U.S. Customs and Border Protection
13:47:17  13  concluded that our sample of these transactions, and I
13:47:21  14  won't read verbatim, but the important part is, our
13:47:25  15  sample of these transactions disclose that the imports
13:47:30  16  made were not within the scope of the duties.  Not
13:47:34  17  within.  That's Customs in 2015.

13:47:39  18              Now, that's okay.  And we can't fault them
13:47:41  19  for that.  Because we know that the scope ruling didn't
13:47:44  20  come out for two years, after that.  That's when the
13:47:47  21  scope ruling came out.

13:47:49  22              Next problem with the Government's case.
13:47:55  23  The next problem with the Government's case is that the
13:47:58  24  employees on the ground had a good-faith belief that the
13:48:02  25  pallets weren't subject to these duties.  The employees.

13:48:06  1          The Government called Mr. Mark Li to the

13:48:10  2  stand.  And he testified -- I think he gave you a lot of

13:48:15  3  important information, but what I want to draw your

13:48:18  4  attention to right now is what he said about these

13:48:23  5  AD/CVD duties.  What he said -- and I can't read it

13:48:28  6  through here -- is he said --

13:48:35  7          I apologize, Your Honor.

13:48:39  8          You know what, I'm going to let you read

13:48:42  9  that yourself.  The upshot of what he said is that the

13:48:45  10  company themselves, the employees did not view these

13:48:48  11  pallets as being within the duties.  That's on the

13:48:50  12  ground.  That's on the ground.  That's not Mr. Liu.

13:48:53  13  That's not -- there's not all of the, you know, people

13:48:56  14  that the Government wants to paint in the worst possible

13:49:00  15  light.  That's Mr. Li.  Mr. Li didn't view it, nor did

13:49:08  16  his colleagues.

13:49:10  17          Last problem with the Government's case,

13:49:11  18  that I'm going to highlight, is that all of this

13:49:13  19  evidence of future use is a red herring.  And I don't

13:49:16  20  know if that's a term that just lawyers use, red

13:49:20  21  herring, so I'm going to say it in a different way, an

13:49:24  22  irrelevant distraction.

13:49:30  23          Evidence of future use, an irrelevant

13:49:32  24  distraction that the Government spent days and days and

13:49:35  25  days on.  An irrelevant distraction.

13:49:39  1          Because, first of all, contrary to the

13:49:41  2    Government's claims, Perfectus did try to sell these

13:49:44  3    pallets.  We know that because we heard from Perfectus

13:49:48  4    employees, on-the-ground employees.  We heard from

13:49:51  5    Mr. Mark Li, who testified that he was instructed to

13:49:54  6    increase the workforce to 400 salespeople to sell these

13:49:57  7    products.  That's what he was instructed to do.

13:50:01  8          And you heard from Kim Nguyen and that she

13:50:04  9    was incredibly frustrated and scared and stressed,

13:50:08  10   because she tried as she might to sell these pallets,

13:50:12  11   but she was unable to.  They were tying to sell the

13:50:15  12   pallets.

13:50:16  13          Now, as Mr. Ruyak told you, they weren't

13:50:18  14   successful.  That's true.  That's not in dispute.  But

13:50:21  15   the Government wants to lead you to believe that they

13:50:23  16   weren't trying.  That just isn't the case.  Because we

13:50:27  17   heard from people on the ground, who were there then,

13:50:30  18   who were trying.

13:50:31  19          And even more importantly about this future

13:50:37  20   use and this irrelevant distraction is that we heard

13:50:42  21   from John Peterson, the last person in the line of

13:50:43  22   witnesses that you heard from.

13:50:45  23          John Peterson, a 44-year veteran attorney,

13:50:51  24   who specializes in importation.  That's his expertise,

13:50:55  25   importation.  And he explained to you that in no

13:50:59  1   uncertain terms, that duties are assessed at the time of

13:51:04  2   entry.  That's what matters, is what is the product at

13:51:08  3   the time of entry.

13:51:10  4          That is what he told you.  And that's what

13:51:13  5   he explained from his expertise.  And the Government

13:51:16  6   didn't even fight that point, because it's just simply

13:51:19  7   true.  That's when it matters.  That's when you look at

13:51:22  8   the product.  Not what the product will become weeks,

13:51:26  9   months, years, decades down the road.  That's not the

13:51:30  10  question.  The question is:  What it is at time of

13:51:35  11  entry.

13:51:35  12         And that, again, you should read, because I

13:51:41  13  have a line through it.  But that's exactly what

13:51:43  14  Mr. Peterson told you.

13:51:52  15         So the Government has offered these nine

13:51:54  16  bogus arguments to try to convince you that the

13:51:58  17  defendants intended to deceive Customs, when their

13:52:01  18  broker put 01 in a box, instead of 03.  But as we've

13:52:07  19  just discussed, those arguments fall flat.  Those

13:52:12  20  arguments that the Government provided to you, simply do

13:52:15  21  not provide proof beyond a reasonable doubt.

13:52:18  22         So because of this, the Government offered

13:52:25  23  you Mr. Eric Shen.  And as you remember, Mr. Shen

13:52:35  24  claimed to remember minute details about a ten-year-old

13:52:39  25  conversation with Mr. Liu.  Specific word-for-word type

13:52:43  1   details.

13:52:44  2              Yet somehow, he couldn't remember the

13:52:47  3   conversations that he had had with the Government in the

13:52:51  4   last three years.  Clear as day ten years ago.  Last

13:52:55  5   three years, not so much.

13:52:58  6              His convenient memory failures are not the

13:53:02  7   only reason, however, that his testimony can't save the

13:53:07  8   Government's case.  There are other problems.  Let's go

13:53:12  9   back to the Government's claim in opening, that Eric

13:53:15  10  Shen plead guilty in this case.

13:53:18  11             That's important that the Government said

13:53:20  12  that, because what they were promising you was sort of a

13:53:24  13  proxy for -- for implying that his guilty plea both

13:53:29  14  verified a conspiracy here and demonstrated that somehow

13:53:34  15  he had changed his ways.  That's what it means.  But the

13:53:41  16  problem is, that didn't turn out to be true.

13:53:44  17             Mr. Shen did not -- was not charged in this

13:53:48  18  case.  Mr. Shen did not plead guilty in this case.

13:53:53  19  That's just not right.  Instead, what Mr. Shen did

13:53:58  20  during his 16 times of meeting with the Government, is

13:54:02  21  he manipulated and provided a story that bought him a

13:54:09  22  free pass for stealing $240 million.

13:54:15  23             That's a con of epic proportions.

13:54:21  24  $240 million.  Nary an indictment, nary a complaint, no

13:54:32  25  conviction.  That's quite a feat.

13:54:35  1    The other problem with Mr. Shen, is that his

13:54:39  2  supposed verbatim recollection of the conversation that

13:54:42  3  he had with Mr. Liu, is suspicious on its face.  In this

13:54:47  4  day and age, not an e-mail between the two, not a text,

13:54:51  5  not a notation, nothing.  Just the word of Mr. Shen.

13:54:59  6    It's truth relying 100 percent on the

13:55:03  7  credibility of Mr. Shen.  And what do we know about the

13:55:08  8  credibility of Mr. Shen?  You saw him on the stand.  You

13:55:12  9  listened to him.  You learned of his convenient memory

13:55:15  10  loss.  And you learned that fabrication is simply a way

13:55:21  11  of life for Mr. Shen.

13:55:23  12    Mr. Shen cannot be enough here.  Mr. Shen

13:55:28  13  cannot bridge this gap.  And Mr. Shen's words alone

13:55:32  14  cannot be viewed as proof beyond a reasonable doubt.

13:55:38  15  That's not the guy that the Government presented to you.

13:55:40  16    In short, the Government has failed to prove

13:55:43  17  that any defendant in this case, intended to deceive

13:55:51  18  U.S. Customs.  And the Government has failed to prove

13:55:53  19  that there was a conspiracy to do so.

13:55:57  20    Now, I want to change gears and focus solely

13:55:59  21  on my clients for a moment, the warehouse LLCs.  Because

13:56:03  22  if somehow, which I don't think should happen, but if

13:56:10  23  somehow, you were to find that the Government has proven

13:56:14  24  that Customs fraud or wire fraud or conspiracy has

13:56:17  25  occurred here, you cannot find my clients, the warehouse

13:56:21  1  LLCs, guilty of any of those crimes.  Remember, my

13:56:30  2  clients are the four LLCs that hold title to the four

13:56:35  3  warehouses.  Three of which were purchased before this

13:56:39  4  2011 AD/CVD order even issued.

13:56:42  5          Now, remember that the warehouses are merely

13:56:44  6  storage facilities, and that's how they were used, as

13:56:48  7  storage facilities to openly store aluminum products.

13:56:52  8          The Government didn't show you any bank

13:56:56  9  records from any of the warehouse LLCs.  The Government

13:57:00  10  didn't show you any tax records from any of the LLCs.

13:57:04  11  The Government didn't show you any evidence of e-mail

13:57:08  12  communications between these LLCs.

13:57:13  13          Nothing.  Not a single one.  The Government

13:57:17  14  didn't show you any Customs forms, not a single one that

13:57:21  15  was submitted or handled by any of these warehouse LLCs.

13:57:26  16  Not a single one.

13:57:28  17          Now, you know at this point, that even

13:57:33  18  Mr. Shen had little to do with these warehouses after

13:57:36  19  they were initially purchased.

13:57:39  20          So the Government is left with launching an

13:57:42  21  attack on Jasmine Wang, the owner of the warehouses.

13:57:47  22  Jasmine Wang, the wife of Mr. Liu.

13:57:50  23          Guilty by association.  That's what the

13:57:54  24  Government is hoping you-all accept.  They are hoping

13:57:58  25  you will find that Mr. Liu was doing something, so

13:58:02   1   Ms. Wang must have too.  And they brought forward

13:58:07   2   evidence in order to try to prove that.  What did you

13:58:11   3   hear about Jasmine Wang, except for conversations that

13:58:16   4   she supposedly had with Eric Shen.  So let's put them in

13:58:19   5   that Eric Shen pile.

13:58:22   6          What else did you hear about Jasmine?  Wang

13:58:27   7   she was barely mentioned this entire time, over the

13:58:29   8   eight days.  The one other thing you heard was that she

13:58:32   9   directed her assistants to shred documents.  Directed

13:58:36   10  her assistants to do that.  And that evidence does look

13:58:39   11  pretty bad at first blush.  You know, that sounds pretty

13:58:47   12  bad, go shred evidence.  Go shred documents.

13:58:49   13         But the trouble is, with that evidence, that

13:58:51   14  it turns out to be a whole lot of nothing.  That is the

13:58:54   15  problem.  Because you learned, yes, documents were

13:58:57   16  shredded.  But no, they didn't have anything to do with

13:59:02   17  the time period in question or the subject matter at

13:59:06   18  issue.

13:59:07   19         They were documents about her homes and they

13:59:10   20  were documents that predated the -- her last audit.  You

13:59:19   21  heard that from the stand.  All of the documents that

13:59:22   22  shredded were dated 2012 or 2013 or earlier.  The rest

13:59:26   23  of the documents, the rest of the documents still sit

13:59:29   24  where they have sat all this time.  Well, if the

13:59:34   25  Government wanted to go get them, they could have, in

13:59:35    1   boxes in her home.

13:59:39    2           But the Government wants you to ignore all

13:59:42    3   that.  The Government wants you to assume there is

13:59:48    4   smoke, so there must be fire.  And it wants you to

13:59:51    5   assume the very worst.  That's what they are asking.

13:59:54    6   They are asking you to do that about Ms. Wang.  And they

13:59:58    7   are asking you to do that about the larger case.

14:00:00    8           At the end of the day, the Government's case

14:00:03    9   is simply full of assumptions and innuendos.  That's

14:00:09   10   what they have presented to you, assumptions and

14:00:13   11   innuendos and with a slight sprinkling of inflammatory

14:00:18   12   language and terms such as emperor.  I don't know how

14:00:23   13   many times we had to hear that inflammatory term,

           14   emperor.

14:00:30   15           Inflammatory terms, assumptions and

14:00:31   16   innuendoes are not substitutes for evidence in a court

14:00:37   17   in our country.  They are just not.

14:00:39   18           The Government has failed to prove their

14:00:41   19   allegations of fraud and conspiracy here.  And simply

14:00:45   20   putting up booking-type photos of individuals who are

14:00:49   21   not here on trial today, and connecting them by arrows,

14:00:54   22   does not make up for a lack of sufficient evidence.  It

14:01:00   23   doesn't.  And no amount of self-interested spin

14:01:07   24   doctoring by a professional con man like Eric Shen, who

14:01:14   25   stands to gain more than anyone else, if a conviction is

14:01:18  1   gave in this case, can make up for that difference.  Can

14:01:29  2   fill in the blanks for the Government.

14:01:31  3          The Government has failed to prove this

14:01:34  4   case.  They have failed to provide you proof and

14:01:37  5   evidence of any crimes beyond a reasonable doubt.

14:01:43  6          And I know it's been a long and sometimes

14:01:48  7   perhaps painful two weeks.  I get that.  But I ask you

14:01:52  8   to stay with this and I ask you to do the just thing

14:01:58  9   here, the fair thing here, and the right thing here.

14:02:03  10  Because the Government hasn't proven their case, I ask

14:02:06  11  you to find my clients not guilty.

14:02:10  12          THE COURT:  Thank you very much, counsel.

14:02:12  13          MS. POTASHNER:  Thank you, Your Honor.

14:02:14  14          THE COURT:  Rebuttal, Counsel?

14:02:16  15          MS. KUMAR:  Yes, Your Honor.  I just need a

14:02:19  16  moment.

14:02:53  17          THE COURT:  While you doing that, Ladies and

14:02:55  18  Gentlemen, if anybody wants to stretch, stand up a

14:02:58  19  little bit.  We will be breaking at 2:30.

14:03:50  20          Okay, Counsel.

14:03:52  21          MS. KUMAR:  Thank you, Your Honor.

14:03:53  22          Good afternoon:  Ladies and Gentlemen.  As

14:03:55  23  the Court told you, the Government gets one last

14:03:58  24  opportunity to speak to you.

14:04:00  25          THE COURT:  Counsel, I'm going to ask you

14:04:02   1   again to speak from the microphone.

14:04:04   2            There you go.

14:04:05   3            MS. KUMAR:  That's because the Government

14:04:07   4   bears the burden of proof in this case.  We have the

14:04:12   5   obligation to prove to you beyond a reasonable doubt,

14:04:14   6   that the six corporate defendants in this case are

14:04:17   7   guilty beyond a reasonable doubt on every count of the

14:04:21   8   indictment in which they are charged.  And we have done

14:04:24   9   that.

14:04:24   10           I'm going to spend my time trying to respond

14:04:27   11  to some of the arguments you just heard from counsel.

14:04:31   12  I'm going to talk first about the wire fraud that you

14:04:34   13  heard so much about, particularly from Mr. Robert Ruyak.

14:04:38   14           Ladies and Gentlemen, this scheme started

14:04:41   15  way back in 2008.  You heard that Eric Shen, through

14:04:46   16  Scuderia Capital, not Scuderia Development, used

14:04:51   17  $200 million, received it and sent it back to Zhongwang,

14:04:55   18  in a matter of a couple of weeks.  All through shell

14:05:00   19  companies.  All to make it look like China Zhongwang was

14:05:04   20  more in a better position and better off than it was.

14:05:12   21  And that scheme continued for years -- for years after

14:05:16   22  that.

14:05:16   23           I want to start with materiality.  Because

14:05:21   24  Mr. Ruyak spent some time talking about whether the

14:05:25   25  statements at issue here really matter.

14:05:27    1          Well, Dr. Voetmann and Dr. Simon told you

14:05:32    2    revenue matters.  The market for a product matters.

14:05:39    3    Profits matter.  And Dr. Voetmann explained to you why

14:05:43    4    related-party transactions matter.

14:05:46    5          Because it could mean self-dealing.  It

14:05:50    6    could mean issues, and investors want to know about

14:05:54    7    that.  But China Zhongwang, with the help of these

14:05:59    8    defendants, lied over and over and over again.

14:06:03    9          So let's look at some of those lies.  Like I

14:06:09   10    just said, real pallet sales.  False.  Increasing demand

14:06:13   11    for pallets.  False.  Pallets are important driver of

14:06:17   12    profit growth.  False.  Zero or minimal related-party

14:06:23   13    transactions.  False.  So why did they lie?  Because if

14:06:28   14    you look at Exhibit 32, the Perfectus defendants

14:06:32   15    coordinated with China Zhongwang to purchase over

14:06:39   16    $1.2 billion in aluminum.

14:06:44   17          $1.2 billion in aluminum, Ladies and

14:06:49   18    Gentlemen.  In fake sales.  No demand.  In related-party

14:06:58   19    transactions that were never disclosed.  You can see on

14:07:01   20    this chart in Exhibit 32, that from 2009 to 2012, China

14:07:06   21    Zhongwang reported zero related-party transactions.

14:07:12   22    2013, 2014, 3.5 million.  Why?  Because if they told the

14:07:18   23    truth, they would have had to say that $1.2 billion in

14:07:22   24    their revenue was fake, that they had paid for it, and

14:07:26   25    that it was a related-party transaction with Zhongtian

14:07:30  1   Liu controlling the right hand and the left hand.

14:07:38  2           And there is the chart that you saw earlier

14:07:41  3   today.  The blue line shows the gross receipts.

14:07:43  4   Perfectus had a small amount of sales, even in 2014, $2

14:07:47  5   million.  But that inventory, Ladies and Gentlemen, goes

14:07:50  6   all the way up to $1.7 billion.  You can use your reason

14:07:54  7   and common sense to say whether that makes sense.  This

14:07:58  8   was on purpose.  This was the scheme to make it look

14:08:02  9   like China Zhongwang was selling more than it was, and

14:08:06  10  doing better than it was, and that it could sell its

14:08:10  11  products to companies that weren't controlled by China

14:08:14  12  Zhongwang.

14:08:15  13          And how do you know those false statements

14:08:17  14  were material and that they mattered?  Because they keep

14:08:23  15  lying.  August 2015, PCA, Zhong Peng Liu disposed of his

14:08:32  16  stake, only had it for a couple of weeks and then

14:08:34  17  disposed of it to an independent third party for

          18  commercial reasons.  False.

14:08:40  19          And in November 2014 and thereafter, Mr. Liu

14:08:42  20  is making all of the decision.

14:08:47  21          September 10, 2015, PCA and Perfectus are

14:08:48  22  third parties independent of Chairman Liu.  We know

14:08:52  23  that's not true, Ladies and Gentlemen.  You heard

14:08:54  24  multiple witnesses tell you that Mr. Liu was in control,

14:08:56  25  that he owned that company.

14:09:00  1        September 2017, confirmed with the chairman,

14:09:05  2  Chairman Liu, that he does not control and is not a

14:09:08  3  beneficial owner of Perfectus.  That's not true, Ladies

14:09:12  4  and Gentlemen.  And why did they lie as late of 2017?

14:09:16  5  Because it was about $1.2 billion in fake aluminum

14:09:22  6  sales, and they didn't want to admit it.

14:09:26  7        Mr. Ruyak said that he was trying to keep

14:09:28  8  the company afloat.  No.  He was trying to line his own

14:09:33  9  pockets.  He was trying to protect his shareholders,

14:09:37  10  Mr. Ruyak told you.  No.  Mr. Liu, as the majority

14:09:41  11  owner, benefited from a fraudulently inflated stock

14:09:45  12  price.  Right?  But the investors, who aren't being told

14:09:50  13  that these statements are false, they don't know any

14:09:53  14  better.  They don't have the opportunity to sell their

14:09:56  15  stock, because they don't have the truth.

14:09:59  16        Mr. Ruyak also talked a fair amount about

14:10:07  17  whether or not the shareholders were somehow defrauded.

14:10:12  18  Ladies and Gentlemen, they were lied to about material

14:10:14  19  things.  They were not given an opportunity to get out.

14:10:18  20  And I anticipate the Court will instruct you that the

14:10:21  21  Government doesn't have to prove any loss; just that the

14:10:25  22  statements, the statements were false and that they were

14:10:27  23  materially so.  $1.2 billion.

14:10:33  24        Mr. Ruyak also spent a lot of time telling

14:10:42  25  you that the Government hasn't proven that the money

14:10:44  1   came from China Zhongwang.  First, let me start off by

14:10:47  2   saying the Government doesn't have to prove that.

14:10:51  3   Related-party transactions, year after year, were under

14:10:55  4   reported by China Zhongwang or not reported at all.  He

14:11:02  5   reported Cheng Cheng Plastics, an entity you heard was

14:11:02  6   right next door, but he didn't report Perfectus.  Why?

14:11:07  7   $1.2 billion is why and they lied about it.

14:11:15  8            But also, Ladies and Gentlemen, the money

14:11:15  9   did come from China Zhongwang and there was abundant

14:11:19  10  evidence that it did.

14:11:20  11           First, Mr. Ruyak made a claim that we don't

14:11:23  12  know who was e-mailing from China Zhongwang.  Company

14:11:29  13  Website, Zhongwang.com, IR at Zhongwang.com.  This is

14:11:36  14  from an annual report from the publicly traded company

14:11:39  15  on the Hong Kong Stock Exchange.

14:11:43  16           Exhibit 358, an employee that used the

14:11:47  17  Zhongwang.com e-mail address, a subsidiary of China

14:11:50  18  Zhongwang Holdings.

14:11:53  19           On the left, you have Exhibit 351, an e-mail

          20  from Chen Yan, who you heard some testimony about, at

14:11:59  21  Zhongwang.com.  And on the right, who's Chen Yan, an

14:12:06  22  executor director of the publicly traded company in Hong

          23  Kong.

14:12:09  24           On the left, we have the letter that Oliver

14:12:13  25  Chi wrote to Mr. Liu.  The address?  The address of

14:12:15   1   publicly traded company in Hong Kong.

14:12:17   2           So when you see those e-mails over and over

14:12:20   3   and over again.  Here is Exhibit 349-A. After consulting

14:12:24   4   with the chairman, the U.S. company must send all fund

14:12:28   5   requests to you.  Please arrange for the proof.  He is

14:12:32   6   e-mailing someone at Zhongwang, China Zhongwang.  That's

14:12:35   7   the Perfectus defendants coordinating with China

14:12:38   8   Zhongwang to get the money.

14:12:40   9           328, we see, we received $9 million and then

14:12:45   10  we remitted back to Hong Kong.  This effects the

14:12:51   11  arrangement of our return payment.  Return means you are

14:12:55   12  giving it back to the person who gave it to you.  The

14:12:58   13  money was a round trip.

14:13:04   14          328, Pengcheng received 6.5 million, and the

14:13:07   15  balance, Pengcheng used the amount 2.8, quote, intended

14:13:14   16  as return payment to the group.

14:13:17   17          Ladies and Gentlemen, these were roundtrip

14:13:19   18  transactions, they were fake.  And you know that because

14:13:22   19  you saw all the e-mails from 2010 to 2011, and I won't

14:13:26   20  go over them again, at Exhibit 505 and later, that show

14:13:30   21  you that Johnson Shao, the CEO of the defendant, was

14:13:35   22  getting e-mailed, verbatim, sent to him from China

14:13:39   23  Zhongwang to send back.  Those are fake, Ladies and

14:13:40   24  Gentlemen.  That's not how business works.

14:13:43   25          As Dr. Voetmann told you, the left hand is

14:13:47  1   paying the right hand.  These are fake sales designed to

14:13:51  2   make it look like China Zhongwang was doing better than

14:13:56  3   it was.

14:13:58  4          Mr. Ruyak said this was all the pallets.

14:14:00  5   Well, to be clear, this was about extrusions until that

14:14:04  6   didn't work anymore.  But then it become about the

14:14:08  7   pallets, and what did China Zhongwang do?  They touted

14:14:12  8   it as this great new product, that was taking it out of

14:14:15  9   the trouble they experienced from the AD/CVD orders.

14:14:19  10  Not true.  Not an increase in demand of 177 percent like

14:14:22  11  they said in their annual reports.  Revenue of up to

14:14:24  12  11.8 percent from the United States?  It was all fake,

14:14:28  13  Your Honor.  -- Ladies and Gentlemen.  It was intended

14:14:31  14  to deceive and cheat their shareholders, so that

14:14:37  15  Zhongtian Liu could make sure he made money.

14:14:41  16          Now, Mr. Ruyak said that this was owned by

14:14:44  17  Johnson Shao, he was the beneficial owner.  Ladies and

14:14:47  18  Gentlemen, you heard witness after witness after witness

14:14:50  19  testify that Mr. Liu was in control.  He was the one

14:14:54  20  that was in control.  On paper, it doesn't show his name

14:14:58  21  after 2008.  That's not an accident.  That was on

14:15:02  22  purpose.  That's the scheme.

14:15:04  23          Same thing with Eric Shen incorporating

14:15:09  24  entities, holding them and buying them.  And Mr. ZP Liu

14:15:13  25  resigning on the day the hundred-million dollars goes

14:15:16  1    out to Zhongwang.  That is the scheme, Ladies and

14:15:19  2    Gentlemen.

14:15:20  3            Mr. Ruyak said that the Government doesn't

14:15:23  4    dispute that these are arm's length.  Not so, Ladies and

14:15:28  5    Gentlemen.  You saw those e-mails from 2011.  Did

14:15:32  6    Johnson Shao look like a willing buyer in a two-sided

14:15:41  7    deal?  No, Ladies and Gentlemen.  He was being directed

14:15:41  8    and compelled by China Zhongwang to act the way China

14:15:42  9    Zhongwang and Liu wanted them to.

14:15:48  10           Mr. Ruyak said that China Zhongwang was

14:15:59  11   trying to do its best.  Mr. Liu was doing the best.  But

14:15:59  12   the plan didn't work.  They imported 2.2 million pallets

14:16:02  13   and it didn't work.  It failed.  You know the problem

14:16:04  14   with that, Ladies and Gentlemen.  The investors didn't

14:16:07  15   know that.  Everything that China Zhongwang was saying

14:16:11  16   in the reports, with the help of these defendants, was

14:16:13  17   that the sales were skyrocketing; that there was so much

14:16:17  18   demand in the United States for these aluminum pallets.

14:16:20  19   Not so.  Not true.  It was all a scheme.

14:16:25  20           And when the allegations came out about

14:16:34  21   China Zhongwang, what did they do?  What did these

14:16:37  22   defendants do?  Start to empty the warehouses and ship

14:16:42  23   them out to another entity that Mr. Liu controls, that

14:16:47  24   he failed and lied about in clarification statements,

14:16:52  25   Global Vietnam Aluminum.

14:16:56  1          Ladies and Gentlemen, these were fake sales

14:16:59  2   designed to make it look like China Zhongwang was

14:17:01  3   profitable when it wasn't.  And these defendants played

14:17:05  4   an integral role in that.  Johnson Shao is coordinating.

14:17:07  5   Eric Shen is buying warehouses.

14:17:09  6          Now, counsel told you that the warehouses

14:17:10  7   were bought before the AD/CVD orders.  That's true.  Do

14:17:15  8   you know when they were bought?  Right before China

14:17:19  9   Zhongwang went public.  In the fall of 2008, was the

14:17:21  10  first purchase.

14:17:22  11         This was the plan:  Use those warehouses to

14:17:27  12  stockpile aluminum extrusions, so that you can melt it

14:17:30  13  later and make it into a usable product.  But don't tell

14:17:34  14  anyone what you are doing.

14:17:40  15         And then in the export, I'd just like to

14:17:46  16  point out, they exported them because the allegations

14:17:49  17  came out.  That's what the evidence shows.  And then

14:17:52  18  Johnson Shao files a declaration with the U.S. District

14:17:56  19  Court, at Exhibit 231, and he says that they were

14:18:01  20  exported for business reasons.  Ladies and Gentlemen, it

14:18:03  21  was getting the evidence out of the country.

14:18:08  22         Now I want to spend some time with the

14:18:10  23  Customs fraud, Ladies and Gentlemen.  The Customs fraud

14:18:14  24  grew out of the wire fraud.  It started at the wire

14:18:17  25  fraud.  Extrusions are coming by the bundle, 30 million

14:18:21  1    in 2008.  300 million in 2009.  That timing is not an

14:18:25  2    accident.  But then there was a problem, the AD/CVD

14:18:29  3    orders made that scheme a lot more expensive.

14:18:32  4            So what do they do?  They start tack-welding

14:18:35  5    extrusions into the form of pallets.  And the question,

14:18:38  6    Ladies and Gentlemen, is not what Customs thought, not

14:18:40  7    what anyone else thought, but what these defendants

14:18:43  8    thought when they imported those pallets.

14:18:46  9            Counsel told you that the statements were

14:18:52  10   false.  Ladies and Gentlemen, you heard over and over

14:18:55  11   again that -- over and over again that in that upper

14:19:02  12   right-hand corner, right there, that 01, that's the

14:19:06  13   importer's obligation.  That's the importer's obligation

14:19:09  14   to get that right.  And it was Johnson Shao who told

14:19:13  15   George Wang what to put.  And they knew at the time they

14:19:17  16   put it down, that 01 was a lie.  How do you know that?

14:19:24  17           Well, let's look at Exhibit 335.  It's an

14:19:26  18   e-mail from Johnson Shao to Bob Otterbein, and attached

14:19:34  19   to it are some documents.  It is a request for

14:19:38  20   information from CBP.  Okay.  We don't have that it's

14:19:44  21   been submitted to CBP, but we have the request for

14:19:48  22   admission and the notes associated with.

14:19:50  23           Counsel told you that CBP and that their

14:19:52  24   expert said, doesn't matter what happens after it comes

14:19:55  25   to import.  Well, Ladies and Gentlemen, look at the

14:19:56   1   question in 13-B.

14:19:58   2           Descriptive or illustrative literature or

14:20:03   3   information explaining what the merchandise is, where

14:20:06   4   and how it is used, and exactly how it operates.  That's

14:20:10   5   CBP asking for what is the use of the product.

14:20:15   6           And what did these defendants -- what does

14:20:18   7   Johnson Shao send to Bob Otterbein?  He sends lies.  The

14:20:25   8   pallets are for moving merchandise and stuff and

14:20:26   9   storage.  He lists intended final buyers.  This is from

14:20:31   10  2013, Ladies and Gentlemen.  They have been importing

14:20:35   11  them for two years.  Not a single sale.  No common

14:20:39   12  ownership.  Don't know where the raw material comes

14:20:42   13  from.  Even though he's coordinating with China

14:20:45   14  Zhongwang.  And don't know how the material is extruded.

14:20:48   15  Lie after lie.

14:20:49   16          This was about two years before the audit

14:20:51   17  began, Ladies and Gentlemen.  And when that audit began

14:20:53   18  after all the aluminum pallets had come in, what did the

14:20:57   19  defendants do yet again?  Exhibit 219.  They lied.

14:21:02   20  Lowest tare weight, it's 170 pounds.  It is not low.

14:21:08   21  Hundred percent sealed welds.  You heard a lot about the

14:21:11   22  welds, more than you, I'm sure, ever thought you would.

14:21:14   23          But those, Dr. Horvath, Dr. White, everyone

14:21:15   24  told you, those were not a hundred percent sealed welds.

14:21:19   25  You saw the spot welds yourself.  So why lie, unless you

14:21:23  1   are trying to make it look like it's a real product.

14:21:26  2           Lightweight aluminum pallets.  The text of

14:21:33  3   the AD/CVD orders say, finished merchandise containing

14:21:36  4   aluminum extrusions, as parts that are fully and

14:21:39  5   permanently assembled and completed at the time of

14:21:44  6   entry.  The defendants want you to believe that's what

14:21:49  7   they thought these extrusions in the form of pallets

14:21:49  8   were.  But they weren't finished and they weren't

14:21:53  9   merchandise, Ladies and Gentlemen.

14:21:54  10          How do you know that?  The defendants lied

14:21:56  11  over and over again.  You heard there is a tiny market

14:21:58  12  for aluminum pallets.  There is no market for 170-pound

14:22:02  13  pallets.  Without a single real customer, they imported

14:22:05  14  over 2.2 million in three years.  They never stopped.

14:22:10  15  They kept doing it, even after they knew it didn't work.

14:22:12  16          New Age told you they sold 5 to 6,000

14:22:15  17  pallets in a year.  That would take New Age 300 years to

14:22:19  18  sell, Ladies and Gentlemen.  It is preposterous.  You

14:22:23  19  can use your reason and common sense to tell you whether

14:22:27  20  or not this was intended to be finished merchandise or

14:22:29  21  whether these defendants were trying to get as much

14:22:32  22  aluminum into the country without paying duties, so they

14:22:36  23  could use it as feed stock to melt it down and

14:22:39  24  re-extrude it into the very product they weren't allowed

14:22:43  25  to bring in, in the first place.

14:22:45   1          And you heard about the melting facilities.

14:22:48   2   Aluminum Shapes started receiving pallets right after

14:22:53   3   Mr. Liu bought it.  Barstow Number 1, Barstow Number 2.

14:22:56   4   Pallets shipped wherever they had or hoped to have a

14:22:59   5   melting facility.

14:23:03   6          Ladies and Gentlemen, you also heard from

14:23:05   7   Dr. Horvath, that there is no legitimate reason to have

14:23:08   8   a 170-pound pallet, when the 40-pound pallet was just as

14:23:13   9   strong.  And the reason it's not legitimate is these

14:23:16   10  defendants intended on melting it.  You heard that there

14:23:20   11  were no lies, there was no deceit.  And you heard about

14:23:24   12  supposed confusion because of George Wang and the CBP

14:23:28   13  auditors.

14:23:29   14         Ladies and Gentlemen, George Wang, there is

14:23:31   15  no evidence knew he was going to melt it.  There is no

14:23:35   16  evidence that CBP knew they were going to melt it.  And

14:23:38   17  that's because these defendants didn't want them to know

14:23:41   18  that.  Because they knew if they said that, it wasn't

14:23:47   19  finished merchandise.

14:23:48   20         Ladies and Gentlemen, it is clear that in

14:23:49   21  2011, 2012, 2013, and 2014, these defendants -- and well

14:23:54   22  after, never believed these were finished merchandise.

14:23:57   23         Counsel pointed to the testimony of Mark Li.

14:24:00   24  He is an accountant, who said in that testimony she put

14:24:04   25  up for you, I was not in charge of sales in imports.

14:24:14   1          You heard from Cristian Robles, an employee
14:24:18   2    of Perfectus, that he had to create these purchase
14:24:19   3    orders to make it look like these were real sales.
14:24:23   4          Now, the defendant spent a lot of time
14:24:27   5    talking to you about Eric Shen.  Eric Shen testified
14:24:32   6    before you.  You can judge his credibility.  You can
14:24:35   7    also judge the credibility of the dozens of other
14:24:38   8    employees you talked to -- you heard, and the hundreds
14:24:41   9    of pages we showed you during trial.  It all explains to
14:24:45   10   you what these defendants were doing.
14:24:50   11         Counsel spent a lot time talking about the
14:24:52   12   warehouse defendants and their guilt.  But let's be
14:24:56   13   clear about who these defendants are.
14:25:00   14         Okay.  We know Perfectus, Johnson Shao, ZP
14:25:05   15   Liu, Jackie Cheung, who nobody ever met or took
14:25:09   16   directions from, because he was a nominee, and Zhongtian
14:25:12   17   Liu.  Those were the agents of Perfectus.  Under the
14:25:17   18   corporate liability instruction that I anticipate the
14:25:18   19   Court will give you, Mr. Liu is an agent.  But so is
14:25:21   20   Johnson Shao and so is ZP Liu.  You can see that in
14:25:26   21   Exhibit 1.
14:25:26   22         For the warehouse defendants, again,
14:25:29   23   Zhongtian Liu, it was all for him.  And Eric Shen got up
14:25:33   24   on that stand and he told you that he bought those
14:25:36   25   warehouses for stockpiling, and he was the CEO from

14:25:42  1  2008 to 2013.  He told you he didn't believe those

14:25:45  2  pallets were finished merchandise and that he told

14:25:47  3  Mr. Liu that, who said, stop scaring yourself and let's

14:25:51  4  do some test shipments.

14:25:54  5       And then it was Zhijie Wang, Mrs. Liu, the

14:25:56  6  CEO of all fair warehouses.  You heard about her as

14:26:00  7  early as 2008, when she was calling Eric Shen while he

14:26:03  8  was in Hawaii.  And throughout that time period,

14:26:08  9  culminating in 2017, when she tells Howard Chen not to

14:26:11  10  say too much to the Government.  And she directs the

14:26:15  11  shredding of documents, one day after the search

14:26:18  12  warrant.

14:26:18  13       Counsel told you that the time period didn't

14:26:21  14  matter.  2007 to 2013 matters, Ladies and Gentlemen.

14:26:26  15  That is the time period we are talking about.

14:26:28  16       These aren't assumptions and innuendoes.

14:26:32  17  This is inflammatory language.  These are documents,

14:26:35  18  these are witness testimony, day after day after day.

14:26:39  19       I want to just spend a minute on something

14:26:43  20  my co-counsel talked about, which is that, even if you

14:26:46  21  find that these defendants didn't commit the crimes,

14:26:50  22  they can be found liable based on other theories of

14:26:56  23  liability.  Aiding and abetting.  If they aided

14:26:59  24  stockpiling, concealing pallets -- oh, and by the way,

14:27:04  25  concealing, counsel said they weren't concealed.  They

14:27:06  1   were concealed by walls and doors, Ladies and Gentlemen.

14:27:09  2   They were in warehouses.  Yes, some of them were out in

14:27:11  3   the parking lot before Toby Henson got fired.

14:27:15  4             But, Ladies and Gentlemen, CBP isn't looking

14:27:16  5   around for fake pallets.  Investors aren't looking out

14:27:19  6   for fake pallets.  They believe what they are being

14:27:22  7   told.  That's how the system works.

14:27:24  8             THE COURT:  You've got about three minutes.

14:27:29  9             MS. POTASHNER:  So we're at aiding and

14:27:30  10  abetting.  Aided, counseled, commanded, induced,

14:27:33  11  procured with the intent to facilitate the crime.  You

14:27:35  12  find that happened, defendants are guilty of any crime

14:27:38  13  they are charged with in the indictment, for each

14:27:41  14  element, for each count.

14:27:43  15            Co-schemer liability.  This is for the wire

14:27:46  16  fraud.  If you decide that the defendant was a member of

14:27:50  17  the scheme and that they had intent to defraud, they can

14:27:53  18  be responsible for what other people in that scheme did,

14:27:56  19  as long as it is reasonably foreseeable.  This is all

14:28:01  20  reasonably foreseeable from 2008, Ladies and Gentlemen.

14:28:03  21            And then, of course, co-conspirator

14:28:07  22  liability.  Each member of the conspiracy is responsible

14:28:10  23  for the actions of others.  If one member of a

14:28:14  24  conspiracy commits the crime, in furtherance, the other

14:28:15  25  members have also committed the crime.

14:28:20   1              Ladies and Gentlemen, the defendants are

14:28:23   2    guilty of the crimes charged against them in the

14:28:25   3    indictment.  We presented you witness testimony and

14:28:29   4    copious numbers of exhibits and the testimony of many

14:28:33   5    witnesses, including Eric Shen.  You can judge the

14:28:36   6    credibility of each those witnesses and read the

14:28:38   7    documents yourself.  After you do that, I am confident

14:28:43   8    that you will find -- return a verdict consistent with

14:28:45   9    the evidence and with the law, guilty on all counts.

14:28:49   10             THE COURT:  Thank you very much, Counsel.

14:28:50   11             Ladies and Gentlemen, we are going to break

14:28:54   12   now.  It's 2:30.  We will come back in 15 minutes, and I

14:28:55   13   will then read you the instructions and then we'll send

14:28:58   14   you back to deliberate.  So we will see you back in, in

           15   15 minutes.

14:29:01   16             Remember the admonishment not to discuss the

14:29:04   17   case among yourselves or with anybody else, or form or

14:29:06   18   express any opinions about the matter until I submit it

14:29:07   19   to you and you retire to the jury room.  See you in

14:29:10   20   15 minutes.

14:29:11   21             THE CLERK:  All rise.

14:48:26   22             (BREAK TAKEN.)

14:48:26   23             THE COURT:  The record will reflect that all

14:48:27   24   the jurors are in their respective seats in the jury

14:48:30   25   box.

14:48:30   1          Ladies and gentlemen, we are going to get to

14:48:32   2   the instructions.  As Ms. Potashner said, at the end of

14:48:37   3   the day, it gets a little tedious, particularly after

14:48:40   4   you had argument this long.  So the instructions are

14:48:43   5   tedious by nature, and particularly since the Court has

14:48:46   6   to read them to you.  You'll get them later.  But it's

14:48:49   7   very important that even if it is tedious, you listen to

14:48:52   8   the instructions.  They are long, but it's important

14:48:53   9   that you listen to them.  Because that's what you have

14:48:55   10  to use to apply to the facts of the case to come up with

14:49:01   11  your conclusion.  Okay.

14:49:03   12         Okay.  Members of the jury, now that you've

14:49:11   13  heard all the evidence, it's my duty to instruct you on

14:49:13   14  the law that applies to this case.  A copy of these

14:49:16   15  instructions will be available in the jury room for you

14:49:17   16  to consult.

14:49:18   17         It is your duty to weigh and to evaluate all

14:49:22   18  the evidence received in this case, in that process, to

14:49:25   19  decide the facts -- excuse me -- that you received in

14:49:29   20  this case and in that process to decide the facts.  It

14:49:33   21  is also your duty to apply the law that I give to you to

14:49:36   22  those facts as you find them, whether you agree with

14:49:38   23  that law or not.

14:49:40   24         You must decide this case solely on the

14:49:42   25  evidence and the law.  Do not allow personal likes or

14:49:45  1   dislikes, sympathy, prejudice, fear, public opinion to

14:49:49  2   influence you.  You should also not be influenced about

14:49:52  3   any person's race, national ancestry, or economic

14:49:56  4   circumstances.

14:49:57  5        You must follow all these instructions and

14:50:00  6   not single out some and ignore others.  They are all

14:50:02  7   equally important.  Please do not read into these

14:50:05  8   instructions and into anything that I may say or I have

14:50:07  9   done, any suggestion as to what your verdict -- what

14:50:11  10  verdict you should return.  That is a matter that's

14:50:14  11  entirely up to you.

14:50:15  12       I'm going to go over some of the

14:50:18  13  instructions I gave you at the beginning of the case

14:50:19  14  because they are important.

14:50:20  15       The indictment is not evidence.  Each

14:50:23  16  defendant has pled not guilty to each of the charges.

14:50:27  17  Each defendant is presumed to be innocent unless and

14:50:32  18  until the Government can prove the defendant is guilty

14:50:34  19  beyond a reasonable doubt.

14:50:34  20       In addition, the defendant does not have to

14:50:37  21  testify or present any evidence to prove innocence.  The

14:50:40  22  Government has a burden of proving each element of the

14:50:44  23  charges beyond a reasonable doubt.  Proof beyond a

14:50:47  24  reasonable doubt is proof that leaves you firmly

14:50:49  25  convinced that the defendant is guilty.

14:50:50   1          It is not required that the Government

14:50:52   2   proves guilt beyond all possible doubt.  The reasonable

14:50:56   3   doubt is a doubt based on reason and common sense, and

14:50:59   4   it is not based purely on speculation.  It may arise

14:51:04   5   from the careful and impartial consideration of all the

14:51:07   6   evidence or from the lack of evidence.

14:51:09   7          If after a careful and impartial

14:51:11   8   consideration of all the evidence, you are not convinced

14:51:14   9   beyond a reasonable doubt that the defendant is guilty,

14:51:17  10   it is your duty to find the defendant not guilty.

14:51:20  11          On the other hand, if after a careful and

14:51:22  12   impartial consideration of all the evidence, you are

14:51:27  13   convinced beyond a reasonable doubt that the defendant

14:51:29  14   is guilty, then it is your duty to find the defendant

14:51:31  15   guilty.

14:51:32  16          As we said before, evidence you are to

14:51:34  17   consider in deciding this case consists of the sworn

14:51:37  18   testimony of any witness, the exhibits received into

14:51:40  19   evidence, and any facts to which the parties have

14:51:44  20   agreed.  In reaching your verdict, you may consider only

14:51:49  21   the testimony and exhibits received into evidence.  The

14:51:51  22   following things are not evidence and you may not

14:51:55  23   consider them in deciding what the facts are:

14:51:55  24          Questions, statements, objections or

14:51:58  25   argument by the attorneys are not evidence.  The lawyers

14:52:01  1  are not witnesses.  Although you must consider a

14:52:04  2  lawyer's question to understand the answer of a witness,

14:52:08  3  the lawyers question is not evidence.  Similarly, what

14:52:10  4  the lawyers have said in the opening statements, the

14:52:13  5  closing arguments or at other times is intended to help

14:52:16  6  you to interpret the evidence, but it is not evidence.

14:52:19  7          If the facts as you remember them differ

14:52:22  8  from the way the attorneys state them, your memory of

14:52:25  9  the facts control.

14:52:26  10          Any testimony that I have excluded or

14:52:29  11  stricken or instructed you to disregard is not evidence.

14:52:32  12  In addition, any evidence that was received only for a

14:52:35  13  limited purpose, when you have been instructed to

14:52:38  14  consider certain evidence for a limited way, you must --

14:52:42  15  excuse me -- you must -- when you have been instructed

14:52:49  16  on a limited purpose, you are to consider certain

14:52:51  17  evidence in the limited way and you must do so.

14:52:53  18          Anything you may have seen or heard when the

14:52:57  19  court is not in session is not evidence.  You are to

14:53:00  20  decide this case solely on the evidence received in this

14:53:02  21  trial.

14:53:03  22          Evidence may be either direct or

14:53:07  23  circumstantial.  Direct evidence is direct proof of a

14:53:09  24  fact, such as the testimony about what a witness saw or

14:53:13  25  heard or did.  Circumstantial evidence is indirect

14:53:17  1    evidence; that is, it is proof of one or more fact from

14:53:21  2    which you can find another fact to be true.

14:53:23  3            You are to consider both direct and

14:53:24  4    circumstantial evidence.  Either can be used to prove

14:53:27  5    any fact.  The law makes no distinction between the

14:53:30  6    weight to be given to either direct or circumstantial

14:53:31  7    evidence.  It is for you to decide how much weight is to

14:53:34  8    be given to any evidence.

14:53:35  9            In deciding facts of the case, you may have

14:53:39  10   to decide which testimony to believe and which testimony

14:53:41  11   not to believe.

14:53:41  12           You may believe everything that a witness

14:53:44  13   says or part of it or none of it.  In considering the

14:53:47  14   testimony of a witness, you may take into account,

14:53:51  15   number one, the witness's opportunity and ability to see

14:53:53  16   or hear or know the things testified to.  Number two,

14:53:56  17   the witness's memory.  Number three, the witness's

14:54:00  18   manner while testifying.  And number four, the witness's

14:54:02  19   interest in the outcome of the case, if any.  Number

14:54:06  20   five, the witness's bias or prejudice, if any.  Number

14:54:07  21   six, whether other evidence contradicts the witness's

14:54:11  22   testimony.  Number seven, the reasonableness of the

14:54:13  23   witness's testimony in light of all the evidence.  And

14:54:16  24   number eight, any other factor that bears on

14:54:18  25   believability.

14:54:19    1          The weight of evidence as to any fact does

14:54:22    2    not necessarily depend on the number of witnesses who

14:54:26    3    have testified.  What's important is how believable the

14:54:28    4    witnesses are, and how much weight you think their

14:54:32    5    testimony deserves.

14:54:37    6          A separate crime is charged against one or

14:54:39    7    more of the defendants in each count.  The charges have

14:54:41    8    been joined for trial.  You must decide this case on

14:54:45    9    each defendant on each crime charged against that

14:54:47   10    defendant separately.

14:54:49   11          Your verdict on any count as to the

14:54:52   12    defendants, should not be controlled by your verdict on

14:54:55   13    any other count as to any other defendant.  All these

14:54:58   14    instructions apply to each defendant and to each count

14:55:01   15    unless I specify otherwise.

14:55:04   16          The fact that a defendant is a corporation

14:55:08   17    or a limited liability company should not affect your

14:55:11   18    verdict.  Under the law, corporations and limited

14:55:14   19    liability companies are considered persons and all

14:55:17   20    persons are equal under the law.

14:55:19   21          A corporation or an LLC is entitled to the

14:55:23   22    same fair and conscientious consideration by you, as any

14:55:28   23    person would be.

14:55:29   24          The indictment charges the defendant --

14:55:34   25    excuse me -- the indictment charges that the offense

14:55:36  1  alleged in Count 1 through 24 were committed on our

14:55:40  2  about a certain date.

14:55:42  3          Although it is necessary for the Government

14:55:44  4  to prove beyond a reasonable doubt that the offenses

14:55:47  5  were committed on a date reasonably near the dates

14:55:50  6  alleged in Count 1 through Count 24 of the indictment,

14:55:54  7  it is not necessary that the Government prove that each

14:55:56  8  offense was committed precisely on the date charged.

14:56:00  9          You have heard testimony from a witness who

14:56:02  10  has received a promise from the Government not to use

14:56:05  11  the witness's testimony or any evidence derived therein,

14:56:11  12  in a later prosecution of that witness.

14:56:13  13          You have heard testimony from a cooperating

14:56:16  14  defendant who pled guilty to a crime arising out of the

14:56:19  15  same event for which the defendants are on trial.  This

14:56:21  16  guilty plea is not evidence against the defendant, and

14:56:23  17  you may consider it only in determining the witness's

14:56:26  18  believability.

14:56:27  19          For these reasons in evaluating the

14:56:31  20  testimony of these witnesses, you should consider the

14:56:33  21  extent to which or whether the witness's testimony may

14:56:37  22  have been influenced by these factors.  And in addition,

14:56:40  23  you should exam the testimony of such witnesses with

14:56:44  24  great cautions and greater cautions than other

14:56:47  25  witnesses.

14:56:48  1          You have heard testimony from persons who,

14:56:51  2   because of their education or experience, are permitted

14:56:54  3   to state opinions and the reasons for those opinions.

14:56:57  4   This is what we refer to as expert testimony.

14:56:59  5          Each opinion testimony should be judged like

14:57:02  6   any other testimony.  You may accept or reject it, or

14:57:06  7   give it as much weight as you think it deserves,

14:57:09  8   considering the witness's education and experience, the

14:57:12  9   reasons given for their opinion and all other evidence

14:57:15  10  in the case.

14:57:16  11         During the trial, certain charts or

14:57:18  12  summaries were shown to you in order to help explain the

14:57:21  13  evidence in this case.  These charts or summaries were

14:57:23  14  not admitted into evidence, and will not go back into

14:57:26  15  the jury room with you.  They are not themselves

14:57:30  16  evidence or proof of any fact.  If they do not correctly

14:57:34  17  reflect the facts or figures shown by the evidence in

14:57:37  18  this case, you should disregard these charts and

14:57:40  19  summaries and determine the facts from the underlying

14:57:45  20  evidence.

14:57:45  21         Now, some charts or summaries have been

14:57:48  22  admitted as evidence.  Charts or summaries are only as

14:57:50  23  good as the underlying supporting material.  You should,

14:57:53  24  therefore, give them only such weight as you think the

14:57:56  25  underlying material deserves.

14:57:57  1          As to specific charges, the defendants

14:58:07  2   Scuderia Development LLC, 1001 Doubletree LLC --

14:58:13  3   Doubleday LLC, Von Karman-Main Street LLC, and 10681

14:58:20  4   Production Avenue LLC, Perfectus Aluminum Incorporated,

14:58:27  5   and Perfectus Aluminum Acquisitions, are corporation or

14:58:30  6   are to be considered as corporations.

14:58:31  7          A corporation may be found guilty of a

14:58:33  8   criminal charge or offense.  A corporation can act only

14:58:38  9   through its agents.  That is, the directors, officers,

14:58:40  10  employees or other persons authorized to act for it.

14:58:44  11         To find a corporation guilty, you must find

14:58:46  12  beyond a reasonable doubt that, number one, each element

14:58:48  13  of the crime charged against the corporation was

14:58:51  14  committed by one or more of its agents.  And, two, in

14:58:55  15  committing those acts, the agents intended, at least in

14:58:58  16  part, to benefit the corporation.  And three, each act

14:59:03  17  was within the scope or employment of their agent who

14:59:08  18  committed it.  For the act to be within the scope of an

14:59:12  19  employment -- or the agent's employment, it must relate

14:59:15  20  directly to the performance of the agent's general

14:59:20  21  duties for the corporation.

14:59:20  22         It is not necessarily that the act itself

14:59:22  23  had been authorized by the corporation.  If an agent was

14:59:28  24  acting within the scope of his employment, the facts of

14:59:31  25  the agent's acts were illegal, contrary to the

14:59:34   1   employer's instructions or against the corporation's

14:59:36   2   policy, will not relieve the corporation of the

14:59:39   3   responsibility for that act.

14:59:42   4           Corporations or LLCs are liable for the acts

14:59:46   5   taken by their predecessor entities.

14:59:50   6           Now, the defendants are charged in Count I

14:59:52   7   of the indictment with violation of Section 371 of Title

14:59:57   8   18 of the United States Code in two different ways.  By

15:00:02   9   number one, conspiracy -- conspiring to defraud the

15:00:06  10   United States by obstructing the lawful function of the

15:00:09  11   United States Customs and Border Protection, by

15:00:12  12   deceitful or dishonest means.

15:00:14  13           Or -- and number two, conspiring to commit

15:00:19  14   specific offenses; namely, wire fraud, Customs fraud,

15:00:23  15   the international promotional money laundering.  The

15:00:31  16   defendant need only to have violated the statute in one

15:00:35  17   of these ways to be found guilty of the offense.

15:00:36  18           In order for the defendant to be found

15:00:38  19   guilty of conspiracy to defraud the United States, the

15:00:41  20   Government must prove each of following elements beyond

          21   a reasonable doubt:

15:00:45  22           First, that beginning on or about July of

15:00:47  23   2008, and ending on or about May 7th of 2019, there was

15:00:53  24   an agreement between two or more persons to defraud the

15:00:56  25   United States by obstructing the lawful function of the

15:00:59   1   United States customer and border patrol by deceitful or

15:01:03   2   dishonest means.  Number two, the defendant became a

15:01:06   3   member of the conspiracy knowing of at least one of its

15:01:09   4   objects and intending to help accomplish it.  And number

15:01:12   5   three, one of the members of the conspiracy performed at

15:01:15   6   least one overt act on or after May 7th, 2014, for the

15:01:20   7   purpose of carrying out the conspiracy.

15:01:21   8        An agreement to defraud is an agreement to

15:01:26   9   deceive or cheat.  Alternatively, the indictment also

15:01:33  10   alleges the defendant violated Section 371 of Title 18

15:01:35  11   in the United States Code by conspiring to commit three

15:01:41  12   specific offenses, including wire fraud, passing false

15:01:44  13   and fraudulent papers through custom houses, and

15:01:47  14   intentional promotional money laundering.

15:01:53  15        In order for the defendant to be found

15:01:55  16   guilty of that charge, the Government must prove each of

15:01:59  17   the following elements beyond a reasonable doubt:

15:02:01  18        First, beginning on or about July of 2008,

15:02:04  19   and then ending on or about May 7th of 2019, there is an

15:02:08  20   agreement between two or more persons to commit at least

15:02:11  21   one crime as charged in the indictment.

15:02:14  22        Second, the defendant became a member of the

15:02:16  23   conspiracy, knowing at least one of its objects and

15:02:19  24   intending to help accomplish it.  And third, one of the

15:02:22  25   members of the conspiracy performed at least one overt

act on or after May 7th, 2014, for the purposes of carrying out the conspiracy.

A conspiracy is a kind of criminal partnership; an agreement of two or more persons to commit one or more acts of crimes.  The crime of conspiracy is an agreement to do something unlawful.  It does not matter whether the crime agreed upon was ever committed.

For a conspiracy to have existed, it is not necessary that the conspirator made a formal agreement, or that they agreed on every detail of the conspiracy.  But it is not enough, however, that they simply met, discussed matters of common interest, acted in a similar way, or perhaps helped one another.  You must find that there was a plan to commit at least one of the crimes alleged in the indictment, as an object to the conspiracy, with all of you agreeing as to the particular crime which the conspirators agreed to commit.

One becomes a member of a conspiracy by wilfully participating in an unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy.

Further, one may willfully join an existing

15:03:41  1   conspiracy, and is responsible for it as it was

15:03:44  2   originally was.  On the other hand, one has no knowledge

15:03:48  3   of the conspiracy, but happens to act in a way which

15:03:51  4   furthers some object or purpose of the conspiracy, does

15:03:54  5   not thereby become a conspirator.

15:03:58  6          Similarly, a person who does not become a

15:04:01  7   conspirator or merely by association with one of the

15:04:04  8   persons who are conspirators or who -- or by merely

15:04:07  9   knowing that a conspiracy exists.

15:04:10  10          An overt act does not itself have to be

15:04:14  11   unlawful.  A lawful act may be an element of the

15:04:19  12   conspiracy, if it was done for the purpose of carrying

15:04:21  13   out the conspiracy.  The Government is not required to

15:04:25  14   prove that the defendant personally did one of the overt

15:04:28  15   acts.

15:04:29  16          Conspiracy may continue for a long period of

15:04:33  17   time and may include the performance of many

15:04:36  18   transactions.

15:04:37  19          It is not necessary that all the members of

15:04:41  20   the conspiracy join in at all times, and one may become

15:04:44  21   a member of a conspiracy without full knowledge of all

15:04:47  22   the details of the original scheme or the means,

15:04:51  23   identifies, locations of all the other members.

15:04:53  24          Even though a defendant did not directly

15:04:55  25   conspire with another defendant or other conspirators in

15:05:01  1   the overall scheme, the defendant has, in effect, agreed

15:05:04  2   to participate in the conspiracy, if the Government

15:05:06  3   proves each of the following beyond a reasonable doubt:

15:05:10  4           First, the defendant directly conspired with

15:05:12  5   one or more conspirators to carry out at least one of

15:05:15  6   the objects of the conspiracy, with all of you agreeing

15:05:19  7   on the object of that conspiracy with the conspirator --

15:05:24  8   which the conspirator agreed to committee.

15:05:27  9           Second, the defendant knew or had reason to

15:05:29  10  know that the other conspirators were involved with

15:05:32  11  those with whom the defendant directly conspired.  And

15:05:35  12  third, the defendant had reason to believe that whatever

15:05:37  13  benefits the defendant might get from the conspiracy,

15:05:40  14  were probably dependent on the success of the entire

15:05:43  15  venture.  It is not an offense that a person participate

15:05:46  16  in a conspiracy -- excuse me.  It is not an offense that

15:05:51  17  a person's participation in the conspiracy was minor or

15:05:54  18  for a short period of time.

15:05:56  19          Each member of the conspiracy is responsible

15:06:00  20  for the actions of the other conspirators, performed

15:06:04  21  during the course of and in furtherance of the

15:06:06  22  conspiracy.

15:06:07  23          If one member of the conspiracy commits a

15:06:09  24  crime in furtherance of the conspiracy, the other

15:06:12  25  members have also, under the law, committed a crime.

15:06:15  1    Therefore, you must find the defendant guilty of a crime

15:06:18  2    charged in the indictment, if the Government has proved

15:06:21  3    each of the following elements beyond a reasonable

15:06:23  4    doubt:

15:06:23  5            Number one, someone committed the crime.

15:06:26  6    Number two, the person was a member of the conspiracy.

15:06:30  7    Number three, the person performing the crime, performed

15:06:34  8    the crime in furtherance of the conspiracy.  And number

15:06:39  9    four, the person and the defendant were members of the

15:06:41  10   same conspiracy at the time that the crime was

15:06:43  11   committed.  And number five, the crime fell within the

15:06:46  12   scope of the conspiracy and would reasonably have been

15:06:51  13   foreseen by the defendant to be a necessary or natural

15:06:57  14   consequence of the conspiracy.

15:06:58  15           Each defendant is charged in Count 2 --

15:07:02  16   there's 24 counts here -- in Count 2 through Count 10 of

15:07:06  17   the indictment with wire fraud, in violation of Section

15:07:08  18   1343 of Title 18 of the United States Code.  In order

15:07:13  19   for a defendant to be found guilty of that charge, the

15:07:15  20   Government must prove each of the following elements

15:07:17  21   beyond a reasonable doubt.

15:07:18  22           First, the defendant knowingly participated

15:07:24  23   in, devised or intended to devise a scheme or a plan to

15:07:25  24   defraud, or a scheme or a plan to obtain money or

15:07:29  25   property by means of false or fraudulent pretenses,

15:07:33   1   representations, or promises or admitted facts.

15:07:36   2   Deceitful statements or half truths may constitute false

15:07:39   3   or fraudulent representations.

15:07:42   4        Second, the statements made are false -- or

15:07:46   5   facts admitted as part of the scheme were material.

15:07:51   6   That is, if they had a natural tendency to influence or

15:07:52   7   were capable of influencing a person to part with money

15:07:55   8   or property.

15:07:56   9        Third, the defendant acted with the intent

15:07:58  10   to defraud.  That is, the intent to deceive or cheat.

15:08:02  11   And fourth, the defendant used or caused to be used the

15:08:07  12   interstate or foreign wire communication to carry out or

15:08:11  13   attempt to carry out an essential part of the scheme.

15:08:14  14        In determining whether or not a scheme to

15:08:16  15   defraud exists, you may consider not only the

15:08:19  16   defendant's words or statements, but also the

15:08:21  17   circumstances in which they were used as a whole.

15:08:24  18        To convict a defendant of wire fraud, based

15:08:27  19   on the -- excuse me -- on the admission of a material

15:08:30  20   fact, you must find the defendant had a duty to disclose

15:08:33  21   the admitted fact arising out of the relationship of

15:08:37  22   trust.  That duty may be -- or may arise either out of a

15:08:41  23   formal fiduciary relationship or an informal trusting

15:08:45  24   relationship, in which one party acted for the benefit

15:08:50  25   of another, and induced the trusting party to relax the

15:08:57  1    care or vigilance which it would ordinarily exercise.

15:08:59  2        A wire is caused when one knows that a wire

15:09:02  3    will be used in the ordinary course of business, or when

15:09:05  4    one can reasonably foresee such use.  It need not have

15:09:10  5    been reasonably foreseeable to the defendant, that the

15:09:13  6    wire communication would be interstate or foreign in

15:09:16  7    nature.  Rather, it must have been reasonably

15:09:19  8    foreseeable that the defendant -- to the defendant that

15:09:21  9    some wire communication would occur in furtherance of

15:09:26  10   the scheme, and the interstate or foreign wire

15:09:29  11   communication must have actually occurred in furtherance

15:09:31  12   of the scheme.  The Government is not required to prove

15:09:34  13   that the scheme caused the actual loss of money or

15:09:38  14   property.

15:09:38  15       In deciding that the defendant was a member

15:09:42  16   of the scheme to defraud, and the defendant had the

15:09:45  17   intent to defraud, the defendant may be responsible --

15:09:52  18   excuse me -- if you decide that the defendant was a

15:09:55  19   member of the scheme to defraud or the defendant had the

15:09:58  20   intent to defraud, the defendant may be responsible for

15:09:59  21   other co-schemers' actions during the course of or in

15:10:02  22   furtherance of the scheme, even if the defendant did not

15:10:05  23   know what they said or did.

15:10:07  24       For a defendant to be guilty of the offense

15:10:10  25   committed by a co-schemer in furtherance of the scheme,

the offense must be one that the defendant could reasonable foresee as a natural and necessary consequence of the scheme to defraud.

Now, the defendants are also charged in Counts 11 through 17 of the indictment, with passing of false or fraudulent documents, specifically a U.S. Customs or border patrol CBP form 7501, through a custom house of the United States, in violation of Section 545 of Title 18 of the United States Code.

In order for the defendant to be found guilty of that charge, the Government must prove each of the following elements beyond a reasonable doubt:

One, that the defendant knowingly passed the document, specifically CBP Form 7501, through a custom of the United States. Number two, the defendant knew that the CBP Form 7501 was false or fraudulent. And third, the defendant acted wilfully with the intent to defraud the United States. And fourth, that the CBP Form 7501 had a natural tendency to influence or is capable of influencing the actions by the United States.

As to the scope ruling that you've heard a lot about, I instruct you that the -- that aluminum extractions from the PRC or China, made of a series six aluminum alloy, which are cut to length and welded together in the form of pallets, regardless of the

producer or exporter, are included within the scope of the 2011 AD/CVD order, and that the AD/CVD order duties are required to be paid on the import of such pallets.

Further, the aluminum extrusions made from series six aluminum alloy and welded together in the form of a pallet, do not qualify for the finished merchandise exclusion of the 2011 AD/CVD order. And that's the scope ruling.

An intent to defraud is defined as the intent to deceive or cheat. An act is done knowingly if the defendant is aware that the act was done not through ignorance or mistake -- excuse me. The act of -- an act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake or accident. You may consider evidence of the defendant's words, acts or admissions, along with all other evidence, in deciding whether or not the defendant acted knowingly.

May you find that the defendant acted knowingly with respect to a particular circumstance, if you find beyond a reasonable doubt that the defendant was aware of the high probability that the particular circumstances existed and deliberately avoided learning the truth.

You may not find such knowledge, though, if you find that the defendant actually believed that a

15:13:30    1    particular circumstance did not exist, or if you find

15:13:33    2    the defendant was simply negligent, careless or foolish.

15:13:41    3          For purposes of passing false or fraudulent

           4    papers through a custom house, an act is done willfully

15:13:46    5    if the defendant acted with a bad purpose.  That is,

15:13:50    6    with general knowledge that the defendant's conduct was

15:13:53    7    unlawful.  The Government need not prove the defendant

15:13:55    8    was aware of the specific provisions of the law that

15:13:57    9    rendered the defendant's conduct unlawful.

15:13:59   10          The Prospectus defendants -- and I'm only

15:14:06   11    talking about -- I believe it's Counts 18 through 24

15:14:07   12    now.  The Prospectus defendants are charged in Counts 18

15:14:11   13    through 24 of the indictment, with intentional

15:14:14   14    promotional money laundering, in violation of Section

15:14:17   15    1956(A)(2)(a) of Title 18 of the United States Code.

15:14:21   16          In order for a defendant to be found guilty

15:14:23   17    of that charge, the Government must prove each of the

15:14:26   18    following elements beyond a reasonable doubt:

15:14:28   19          First, the defendant transported or intended

15:14:31   20    to transport money to a place in the United States, from

15:14:35   21    or through a place outside the United States.  And

15:14:37   22    second, that the defendant acted with the intent to

15:14:40   23    promote the carrying out of the wire fraud in violation

15:14:43   24    of Section 1343, Title 18 of the United States Code, or

15:14:50   25    passing false or fraudulent papers through a custom

15:14:55  1   house, in violation of Section 545 of Title 18 of the

15:15:00  2   United States Code, with all of you agreeing to whether

15:15:03  3   the defendant intended to promote or carry out -- or

15:15:06  4   carrying out of the wire fraud or passing of false or

15:15:08  5   fraudulent papers through the custom house or both.

15:15:13  6        The defendant may be found guilty of a

15:15:19  7   particular crime, even if the defendant personally did

15:15:22  8   not commit the act or acts constituting the crime, but

15:15:25  9   aided and abetted in the commission of the act.  To aid

15:15:28  10  and abet means to intentionally help someone else commit

15:15:32  11  the crime.

15:15:33  12       To prove a defendant guilty of committing a

15:15:36  13  particular crime of aiding and abetting, the Government

15:15:39  14  must prove each of the following elements beyond a

          15  reasonable doubt:

15:15:44  16       First, someone else committed a crime.

15:15:47  17  Number two, the defendant aided, counseled, commanded,

15:15:50  18  induced or procured that person th respect to at least

15:15:51  19  one element of the crime.  Third, the defendant acted

15:15:54  20  with the intent to facilitate the crime.  And fourth,

15:15:56  21  the defendant acted before the crime was completed.

15:16:00  22       It is not enough that the defendant merely

15:16:02  23  associated with the person committing the crime, or

15:16:06  24  unknowingly or unintentionally did something that was

15:16:09  25  helpful to that person, or was he even present at the

scene of the crime.  The evidence must show beyond a reasonable doubt that the defendant acted with the knowledge and intention of helping the person commit the crime of wire fraud, passing false or fraudulent papers through the custom house, or intentional promotional money laundering.

The defendant acted with the intent to facilitate the crime, when the defendant actively participated in the crime or venture with advance knowledge of the crime, and having to acquire the knowledge when the defendant still had the realistic -- in having acquired that knowledge, when the defendant still had a realistic opportunity to withdraw from the crime.

The Government is not required to prove precisely what defendant actually committed the crime or which defendant aided and abetted.

Now, when you begin your deliberations, you will elect one of your members to act as your foreperson, who will preside over your deliberations and speak for you here in court.  You will then discuss this case with your fellow jurors to reach an agreement, if you can do so.

Your verdict, whether it's guilty or not guilty, must be unanimous.  Each of you must decide this

15:17:28  1   case for yourselves.  But you should do so only after

15:17:30  2   you have considered all the evidence, discussed it fully

15:17:32  3   with all the jurors, and listened to the view of the

15:17:35  4   other jurors.

15:17:37  5          Do not be afraid to change your opinion if

15:17:39  6   the discussion persuades you that you should.  But do

15:17:42  7   not come to a decision simply because the other jurors

15:17:45  8   think it's right.  It is important that each of you

15:17:50  9   attempt to reach a unanimous verdict, but, of course,

15:17:53  10  only if each of you can do so after having made up your

15:17:56  11  own conscientious decision.  Do not change an honest

15:18:00  12  belief about the weight of the evidence or -- the weight

15:18:02  13  or the effect of the evidence simply to reach a verdict.

15:18:05  14         I instructed you earlier, when you first

15:18:09  15  started, about not doing any type of investigation or

15:18:13  16  going on the Internet or anything else, and that still

15:18:16  17  is even more important now.  You're limited just to the

15:18:18  18  evidence that came into court, and the instructions

15:18:21  19  that I give you at end.  So don't do any research or

15:18:25  20  talk to anybody about this case outside of this

15:18:26  21  courtroom.

15:18:27  22         Some of you have taken notes during the

15:18:29  23  trial.  Whether or not you took notes, you should rely

15:18:32  24  on your own memory of what was said.  Notes are only to

15:18:36  25  assist your memory.  You should not be overly influenced

15:18:40  1   by your notes or those of fellow jurors.

15:18:43  2            The punishment provided by law for this case

15:18:44  3   is for the Court to decide.  You may not consider

15:18:47  4   punishment in deciding whether or not the Government has

15:18:50  5   proved their case against the defendants beyond a

15:18:55  6   reasonable doubt.

15:18:56  7            A verdict form will be provided for you

15:18:58  8   after you have reached a unanimous verdict on agreement.

15:19:02  9   Your foreperson should have -- complete the verdict form

15:19:05  10  according to the deliberations, signed it and date it,

15:19:08  11  and advice the clerk that you are ready to return to

15:19:11  12  this courtroom.

15:19:12  13           If it becomes necessary during your

15:19:17  14  deliberations, to communicate with me, you may send a

15:19:17  15  note out through the clerk, signed by one or more of the

15:19:20  16  jurors.

15:19:21  17           No member of the jury should ever attempt to

15:19:24  18  communicate with me, except by a signed writing, and I

15:19:27  19  will respond to the jury concerning this case only in

15:19:32  20  writing or here in open court.

15:19:32  21           If you send out a question, I will consult

15:19:34  22  with the lawyers before answering it, which may some

15:19:37  23  take time.  For instance, Monday, we'll have -- I've got

15:19:41  24  a little over 12 cases that I will be handling Monday.

15:19:43  25  So we may be involved in other cases at the time.  So it

15:19:47   1   may take some time to get back to you.

15:19:49   2           And I also have to talk to the attorneys

15:19:51   3   before I answer any question that you might have.  So

15:19:53   4   while waiting for the answer, you may continue your

15:20:00   5   deliberations.  You don't have to wait for the answer.

15:20:02   6           Also remember, if you send out questions,

15:20:04   7   we've run into problems in the past.  As I told you in

15:20:07   8   the very beginning, you have been supplied all the

15:20:08   9   evidence that you are to use to decide this case.  I've

15:20:13   10  said before, like all the pieces of a puzzle.  Sometimes

15:20:16   11  jurors will ask:  Well, how about this and what happened

15:20:17   12  here?  We can't you give any more pieces to the puzzle.

15:20:21   13  You have all the evidence that you are to use to decide

15:20:24   14  the case and the law that you use to decide the case.

15:20:26   15          Remember that you are not to tell anyone,

15:20:29   16  including me, how the jury stands, numerically or

15:20:33   17  otherwise, on any question submitted to you, including

15:20:34   18  the question of guilt of the defendant, until after you

15:20:38   19  have reached a unanimous verdict or after I have

15:20:41   20  discharged you.

15:20:41   21          Do you have any questions before we send you

15:20:43   22  back to deliberate?

15:20:44   23          At this time, why don't you swear in the

15:20:48   24  bailiff.

15:20:50   25          THE CLERK:  He's not here.

1          THE COURT:  What do you mean, he's not here.

15:20:52   2          Does anyone want to act as a bailiff?

15:20:55   3          THE CLERK:  I e-mailed him twice and I just

15:20:57   4   left a voicemail, and I told him yesterday 3:00 o'clock.

5          THE COURT:  Well, we can't do much until he

15:21:27   6   comes in.  Once you read the instructions and you are

15:21:29   7   sent back to deliberate, no one can talk to you.  That's

15:21:32   8   why we have to have a bailiff around.  Otherwise, I'd

15:21:35   9   just say, go out and come back in 5 or 10 minutes.  But

15:21:37   10  I can't even let you out in the hallway, since we

15:21:40   11  finished all the instructions.

15:26:28   12          Counsel, why don't we do this:  If both

15:26:30   13  sides are willing to stipulate, I can have the jury go

15:26:35   14  back to the jury room, instruct them not to discuss this

15:26:39   15  case or talk anything about this case, until we get a

16  CSO up here, and then send him back.

15:26:41   17          Would that --

15:26:43   18          MS. KUMAR:  That's fine with us, Your Honor.

15:26:44   19          MS. POTASHNER:  Yes, Your Honor.  That is

15:26:46   20  fine.

15:26:46   21          THE COURT:  Okay.  Rather than sit here and

15:26:49   22  look dumb and stupid, why not have you all -- and can

15:26:53   23  you take them back to the jury room.

15:26:55   24          And as soon at the CSO gets up here, we'll

25  come back out and proceed.

1           And the two alternates are going to have to

2    stay in the courtroom, unfortunately.

15:28:13   3           Do not discuss the case until we have the

15:28:16   4    bailiff.

15:29:11   5           We are going to have take the alternates

15:29:14   6    outside the courtroom and she'll explain what will

15:29:17   7    happen.

15:29:51   8           The record will reflect that none of the

15:29:53   9    jurors are here in the courtroom, including the

15:29:56   10   alternate.

15:29:57   11          I think we are lucky that we got the case in

15:30:02   12   anyway.  But it seems like, you know, never say anything

15:30:07   13   can't get any worse, because it always can.

15:30:11   14          I always thought that is one of the things

15:30:13   15   you don't want to test God to see if you can make things

15:30:17   16   worse.  He can come up with something worse.

15:30:25   17          Counsel, I'd like to talk to you.  While the

15:30:29   18   jury -- tonight, they're only going to be in there for a

15:30:32   19   half hour.  So I'd like you to stick around tonight.

15:30:41   20   Tomorrow, you can hang out where you want to, as long as

15:30:44   21   you can be up here within a ten-minute call.  When I say

15:30:48   22   tomorrow, I don't mean tomorrow.  I mean starting

15:31:03   23   Monday.

15:31:04   24          You know, it's unusual.  I've been in this

15:31:09   25   room here for 19 years.  I've never had this happen

15:31:12   1   before.  And I know some of you have been with either

15:31:17   2   the public defender or DAs or AUSA, have you ever seen

15:31:22   3   this happen?

15:31:25   4              MS. KUMAR:  No, Your Honor.

15:31:33   5              MS. POTASHNER:  No.

15:34:39   6              THE COURT:  I'm going to swear in a

15:34:42   7   temporary bailiff, which is my law clerk.  Is that okay,

15:34:53   8   everyone?  Everyone agrees to that?

15:34:55   9              MS. KUMAR:  Yes, Your Honor.

15:35:40  10              THE CLERK:  You can go to the lectern.

15:35:48  11              THE COURT:  Swear him in as a temporary

15:35:51  12   bailiff in this case.

15:35:54  13              THE CLERK:  Would you please raise your

15:35:58  14   right hand.  State your full name for the record and

15:36:00  15   spell your last name.

15:36:00  16              THE BAILIFF:  Samuel Henry Donohue,

15:36:06  17   D-O-N-O-H-U-E.

15:36:06  18              THE CLERK:  Thank you.

15:36:07  19              Do you solemnly swear to keep this jury

15:36:09  20   together in some private and convenient place; that you

15:36:12  21   will not permit any person to speak or communicate with

15:36:15  22   them or do so yourself, unless by order of the Court, or

15:36:19  23   to ask them whether they have agreed upon a verdict, and

15:36:22  24   that you will return them into Court when they have so

15:36:25  25   agreed or when ordered by the Court, so help you God?

15:36:31    1                THE BAILIFF:  I do so swear.

15:36:39    2                THE CLERK:  Thank you.

15:36:39    3                MS. KUMAR:  Uh-huh.

15:36:53    4                THE CLERK:  Go to the lectern, please.

15:37:04    5                Would you please state your full name for

            6    the record and spell your last name.

15:37:07    7                THE BAILIFF:  Yes, Jimmy Christopher Brown,

15:37:12    8    B-R-O-W-N.

15:37:12    9                THE CLERK:  Do you solemnly swear to keep

15:37:15   10    this jury together in some private and convenient place;

15:37:16   11    that will not permit any person to speak or communicate

15:37:20   12    with them, nor do so yourself, unless by order of the

15:37:23   13    Court, or to ask them whether they have agreed upon a

15:37:26   14    verdict, and that you will return them into court when

15:37:29   15    they have so agreed or ordered by Court, so help you

15:37:32   16    God?

15:37:36   17                THE BAILIFF:  Yes, I do.

15:37:45   18                THE COURT:  Well, I think we're here.  I've

15:37:47   19    already explained to be around the court until

15:37:52   20    4:00 o'clock today, and starting Monday, you will be

15:37:54   21    with the ten-minute call.

15:37:55   22                And I guess it's safe now to tell you what I

15:37:58   23    was going tell you earlier.  And that's, it really has

15:38:02   24    been a pleasure dealing with you.  You may not believe

15:38:05   25    this, but we don't always get the best attorneys in the

15:38:11   1   world arguing case in Court.  Sometimes we get a little

15:38:13   2   frustrated with what we see out there.  It's really a

15:38:17   3   pleasure when we have good attorneys in front of the

15:38:19   4   Court, that are professional, that have the dignity of

15:38:23   5   the Court in mind, and it is kind of like watching a

15:38:27   6   painter, an artist at work.  It is fun to be a judge to

15:38:30   7   have a case like this, where we have such good,

15:38:32   8   qualified, professional attorneys, and I want to thank

15:38:36   9   you for that.  You've made the entire job much easier.

15:38:43   10          So with that, we will call you when needed.

15:38:59   11          THE CLERK:  All rise.  The court is in

15:39:01   12   recess.

           13          (PROCEEDINGS CONCLUDED UNTIL.

           14          CALL OF THE JURY.)

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

```
 1                  CERTIFICATE OF REPORTER

 2

 3    COUNTY OF LOS ANGELES      )

 4                               )  SS.

 5    STATE OF CALIFORNIA        )

 6

 7    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

 8    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

 9    DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

10    TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

11    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

12    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

13    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

14    FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

15    JUDICIAL CONFERENCE OF THE UNITED STATES.

16

17

18    DATE:  AUGUST 23, 2021

19

20    /S/_____

21    SHERI S. KLEEGER, CSR

22    FEDERAL OFFICIAL COURT REPORTER

23

24

25
```

## $

**$1.28** [1] - 24:1
**$14,522** [1] - 23:24
**$200** [13] - 11:9, 11:22, 15:14, 15:18, 15:22, 16:1, 16:14, 17:5, 17:15, 33:8, 65:25, 67:12, 89:17
**$240** [2] - 83:22, 83:24
**$250** [1] - 52:20
**$30** [1] - 18:9
**$300** [1] - 18:11
**$665** [1] - 31:24
**$70** [1] - 40:11
**$890** [2] - 56:24

## '

**'08** [1] - 41:16
**'09** [1] - 41:16
**'15** [1] - 65:9
**'16** [1] - 65:9

## /

**/S** [1] - 136:20

## 0

**01** [7] - 35:14, 36:13, 41:14, 41:22, 82:18, 98:12, 98:16
**03** [2] - 35:15, 82:18

## 1

**1** [11] - 4:10, 10:2, 10:5, 10:24, 43:15, 46:3, 46:7, 101:3, 102:21, 112:1, 112:6
**1.1** [3] - 23:18, 24:16, 34:16
**1.2** [6] - 90:16, 90:17, 90:23, 92:5, 92:23, 93:7
**1.28** [1] - 23:16
**1.4** [1] - 23:21
**1.5** [1] - 40:17
**1.7** [3] - 26:2, 31:4, 91:6
**1.8** [4] - 9:1, 10:16, 35:19, 47:22
**10** [5] - 10:13, 34:10, 91:21, 120:16, 131:9

**100** [1] - 84:6
**1001** [2] - 26:8, 114:2
**10340** [1] - 1:23
**10681** [3] - 1:12, 26:9, 114:3
**108** [1] - 13:21
**11** [3] - 10:14, 41:13, 123:5
**11.8** [2] - 30:10, 95:12
**1100** [1] - 2:9
**114** [1] - 25:17
**11:30** [1] - 48:7
**12** [5] - 25:22, 41:24, 71:4, 129:24
**127** [1] - 15:17
**129** [1] - 17:6
**13-B** [1] - 99:1
**130** [1] - 27:9
**132** [1] - 28:14
**1343** [2] - 120:18, 125:24
**141.6** [1] - 29:3
**14600** [1] - 26:10
**15** [5] - 4:15, 25:16, 105:12, 105:15, 105:20
**15.6** [1] - 25:20
**16** [2] - 52:25, 83:20
**16.2** [1] - 25:21
**163.com** [1] - 19:24
**17** [3] - 10:14, 17:10, 123:5
**170** [4] - 19:6, 37:19, 40:4, 99:20
**170-pound** [5] - 12:19, 38:4, 38:10, 100:12, 101:8
**1700** [1] - 2:18
**177** [2] - 29:10, 95:10
**18** [15] - 5:19, 5:25, 6:5, 6:6, 42:13, 43:3, 115:8, 116:10, 120:18, 123:9, 125:11, 125:12, 125:15, 125:24, 126:1
**19** [5] - 4:12, 4:13, 4:23, 43:6, 132:25
**19-00282** [1] - 1:8
**1956(A)(2)(a** [1] - 125:15
**1:00** [2] - 48:18, 48:19

## 2

**2** [12] - 4:10, 10:13, 18:6, 33:24, 34:12, 35:17, 41:22, 43:14,

91:4, 101:3, 120:15, 120:16
**2.2** [8] - 8:21, 12:20, 30:6, 35:18, 37:6, 39:13, 96:12, 100:14
**2.5** [1] - 23:15
**2.8** [1] - 94:15
**20** [5] - 1:18, 4:1, 4:25, 38:24, 43:10
**20-foot** [1] - 38:25
**20006** [1] - 2:18
**2007** [1] - 103:14
**2008** [17] - 11:9, 11:11, 12:6, 15:21, 18:6, 18:10, 27:13, 32:20, 89:15, 95:21, 97:9, 98:1, 103:1, 103:7, 104:20, 115:23, 116:18
**2009** [14] - 11:19, 12:2, 17:10, 17:15, 18:2, 18:10, 27:9, 27:13, 32:22, 63:3, 64:24, 65:25, 90:20, 98:1
**2010** [7] - 12:23, 18:2, 18:11, 20:9, 28:2, 28:5, 94:19
**2011** [16] - 8:17, 12:24, 19:11, 28:14, 31:23, 36:7, 53:17, 77:14, 77:25, 78:23, 85:4, 94:19, 96:5, 101:21, 124:2, 124:7
**2012** [4] - 29:1, 86:22, 90:20, 101:21
**2013** [8] - 29:25, 31:6, 86:22, 90:22, 99:10, 101:21, 103:1, 103:14
**2014** [21] - 11:11, 13:6, 25:13, 25:19, 30:15, 31:4, 31:5, 31:24, 44:21, 53:18, 60:8, 65:7, 66:20, 78:1, 78:24, 90:22, 91:4, 91:19, 101:21, 116:6, 117:1
**2015** [11] - 13:23, 14:2, 14:8, 23:14, 31:8, 31:18, 79:1, 79:12, 79:17, 91:15, 91:21
**2016** [4] - 23:18, 23:21, 23:24, 23:25
**2017** [5] - 77:20, 78:1, 92:1, 92:4, 103:9
**2019** [2] - 115:23, 116:19

**2021** [3] - 1:18, 4:1, 136:18
**212** [1] - 41:13
**213)894-6604** [1] - 1:25
**217** [1] - 79:9
**219** [1] - 99:19
**21A** [1] - 4:25
**22** [3] - 4:15, 4:25, 42:22
**23** [2] - 5:1, 136:18
**231** [1] - 97:19
**2323** [1] - 26:11
**24** [11] - 5:2, 5:19, 11:19, 31:3, 42:14, 42:23, 112:1, 112:6, 120:16, 125:11, 125:13
**25** [1] - 5:2
**27** [1] - 5:2
**28** [2] - 5:2, 136:10
**29.1** [1] - 28:5
**2:30** [2] - 88:19, 105:12

## 3

**3** [5] - 4:10, 18:13, 19:2, 19:8, 34:15
**3.3** [2] - 27:13, 30:21
**3.5** [2] - 31:22, 90:22
**30** [3] - 5:2, 12:6, 97:25
**300** [3] - 12:7, 98:1, 100:17
**303** [1] - 17:14
**304** [1] - 36:18
**309** [1] - 36:18
**30th** [2] - 14:8, 25:19
**312** [2] - 1:24, 2:10
**31st** [2] - 17:15, 25:13
**32** [3] - 30:25, 90:14, 90:20
**328** [2] - 94:9, 94:14
**335** [2] - 39:3, 98:17
**34** [1] - 30:25
**340** [1] - 22:24
**344** [1] - 23:4
**349-A** [1] - 94:3
**35** [1] - 5:2
**350** [1] - 40:18
**351** [1] - 93:19
**357** [1] - 34:12
**358** [1] - 93:16
**36** [1] - 5:2
**37** [1] - 5:2
**371** [3] - 23:7, 115:7, 116:10

**38** [1] - 5:2
**39B** [1] - 5:2
**3:00** [1] - 131:4

## 4

**4** [1] - 4:10, 34:17, 79:9
**4.4** [1] - 34:17
**40** [5] - 5:2, 5:4, 38:14, 74:4, 74:5
**40-pound** [1] - 101:8
**400** [1] - 19:2, 75:15, 75:16, 78:19, 81:6
**401** [1] - 23:14
**402** [1] - 1:24
**41A** [2] - 5:7
**42** [1] - 5:7
**44** [2] - 5:7, 27:13
**44-year** [1] - 81:23
**4400** [1] - 2:15
**45** [1] - 5:7
**46** [1] - 5:7
**47** [1] - 5:7
**48-by-43** [1] - 38:15
**48-by-43-inch** [1] - 38:5
**48A** [1] - 5:8
**49A** [1] - 5:12
**4:00** [1] - 134:20

## 5

**5** [4] - 34:9, 37:21, 100:16, 131:9
**50** [1] - 5:12
**501s** [1] - 35:21
**505** [2] - 19:23, 94:20
**51** [1] - 5:12
**515** [1] - 20:16
**517** [1] - 20:20
**52A** [1] - 5:12
**53** [3] - 5:12, 5:14, 5:17
**54** [1] - 6:14
**545** [2] - 123:8, 126:1
**555** [1] - 2:15
**584** [2] - 20:21, 24:14
**59** [2] - 6:14, 6:16

## 6

**6** [1] - 15:20
**6,000** [2] - 37:21, 100:16
**6.5** [1] - 94:14
**60** [3] - 6:14, 6:15,

38:14
**61** [1] - 6:16
**64** [1] - 6:16
**662** [1] - 43:10

**7**

**7** [4] - 20:9, 25:9, 34:9, 44:21
**7501** [9] - 35:3, 35:5, 35:23, 40:25, 41:7, 123:7, 123:14, 123:16, 123:19
**7501s** [3] - 35:8, 35:12, 36:13
**753** [1] - 136:10
**7th** [4] - 115:23, 116:6, 116:19, 117:1

**8**

**8** [1] - 34:10
**80** [2] - 74:4, 74:5
**810** [1] - 2:18
**860** [1] - 26:2
**897** [1] - 26:2

**9**

**9** [2] - 1:17, 94:9
**90** [1] - 53:22
**90012** [2] - 1:25, 2:10
**90071** [1] - 2:16
**96.5** [1] - 30:3

**A**

**A.M** [2] - 1:18, 4:2
**abet** [1] - 126:10
**abetted** [2] - 126:9, 127:17
**abetting** [5] - 46:25, 47:14, 103:23, 104:10, 126:13
**ability** [1] - 110:15
**able** [3] - 20:11, 27:2, 66:25
**ABOVE** [1] - 136:13
**ABOVE-ENTITLED** [1] - 136:13
**absolutely** [2] - 55:10, 71:10
**abundant** [1] - 93:9
**accept** [3] - 60:5, 85:24, 113:6
**accepted** [1] - 74:4
**accident** [3] - 95:21,

98:2, 124:14
**accomplish** [3] - 44:13, 116:4, 116:24
**according** [2] - 38:17, 129:10
**account** [4] - 22:12, 30:11, 55:24, 110:14
**accountability** [1] - 57:1
**accountant** [1] - 101:24
**accounting** [2] - 55:18, 57:19
**accounts** [5] - 15:23, 25:14, 31:5, 42:16, 51:25
**accused** [2] - 38:22, 68:15
**acquire** [1] - 127:10
**acquired** [1] - 127:12
**Acquisitions** [2] - 13:12, 114:5
**ACQUISITIONS** [1] - 1:10
**acquit** [3] - 55:3, 68:5, 72:6
**acres** [1] - 18:21
**act** [29] - 44:21, 44:24, 45:18, 46:1, 52:9, 96:8, 114:8, 114:10, 114:16, 114:18, 114:22, 115:3, 116:6, 117:1, 118:3, 118:10, 118:11, 124:10, 124:11, 124:12, 124:13, 124:14, 125:4, 126:8, 126:9, 127:19, 131:2
**acted** [21] - 35:4, 36:16, 37:5, 41:1, 46:10, 46:15, 47:5, 47:6, 62:24, 117:13, 121:9, 121:24, 123:17, 124:17, 124:18, 125:5, 125:22, 126:19, 126:21, 127:2, 127:7
**acting** [2] - 46:18, 114:24
**actions** [4] - 104:23, 119:20, 122:21, 123:20
**actively** [1] - 127:8
**activity** [1] - 39:20
**acts** [13] - 5:5, 13:20, 44:6, 47:13, 53:7, 59:18, 114:15, 114:25, 115:4, 117:5, 118:15, 124:15, 126:8

**actual** [9] - 20:5, 21:15, 23:11, 28:17, 32:11, 34:15, 35:25, 38:19, 122:13
**AD/CVD** [19] - 12:23, 18:2, 18:12, 18:25, 19:15, 36:7, 39:19, 41:19, 41:22, 77:13, 80:5, 85:4, 95:9, 97:7, 98:2, 100:3, 124:2, 124:7
**addition** [3] - 107:20, 109:12, 112:22
**additional** [1] - 28:14
**address** [8] - 19:24, 20:3, 20:12, 20:17, 54:12, 93:17, 93:25
**admission** [2] - 98:22, 121:19
**admissions** [1] - 124:16
**admit** [2] - 52:19, 92:6
**admits** [1] - 60:22
**admitted** [6] - 38:13, 113:14, 113:22, 121:1, 121:5, 121:21
**admonishment** [2] - 48:13, 105:16
**advance** [2] - 117:22, 127:9
**advice** [1] - 129:11
**advised** [1] - 62:20
**affair** [1] - 26:22
**affect** [1] - 111:17
**affected** [1] - 60:19
**afloat** [1] - 92:8
**afraid** [1] - 128:5
**afternoon** [6] - 6:25, 48:20, 49:5, 50:10, 69:24, 88:22
**Age** [4] - 37:18, 37:19, 100:16, 100:17
**age** [1] - 84:4
**agency** [2] - 62:1, 63:15
**agent** [6] - 45:16, 51:23, 55:15, 102:19, 114:17, 114:23
**Agent** [1] - 31:5
**agent's** [3] - 114:19, 114:20, 114:25
**agents** [6] - 45:25, 46:5, 102:17, 114:9, 114:14, 114:15
**ago** [3] - 64:12, 69:7, 83:4
**agree** [4] - 42:11, 45:5, 45:7, 106:22
**agreed** [12] - 5:16,

5:21, 108:20, 117:7, 117:11, 117:18, 119:1, 119:8, 133:23, 133:25, 134:13, 134:15
**agreeing** [3] - 117:17, 119:6, 126:2
**agreement** [18] - 10:24, 15:18, 43:18, 43:21, 44:3, 44:6, 44:9, 44:14, 45:4, 115:24, 116:8, 116:20, 117:4, 117:10, 117:22, 129:8
**agrees** [1] - 133:8
**aid** [1] - 126:9
**aided** [7] - 47:3, 47:8, 103:23, 104:10, 126:9, 126:17, 127:17
**aiding** [5] - 46:25, 47:13, 103:23, 104:9, 126:13
**airport** [1] - 16:10
**Alex** [2] - 12:21, 35:24
**ALEXANDER** [1] - 2:14
**aligning** [1] - 62:14
**allegations** [7] - 13:23, 14:3, 31:7, 33:4, 87:19, 96:20, 97:16
**alleged** [3] - 112:1, 112:6, 117:16
**alleges** [1] - 116:10
**allen** [1] - 64:21
**allow** [1] - 106:25
**allowed** [1] - 100:24
**alloy** [2] - 123:24, 124:5
**almost** [5] - 16:18, 25:16, 25:17, 25:20, 31:1
**alone** [2] - 25:6, 84:13
**alternate** [3] - 47:1, 47:14, 132:10
**alternates** [2] - 132:1, 132:5
**alternative** [1] - 63:10
**alternatively** [1] - 116:9
**Aluminicaste** [2] - 18:18, 31:11
**Aluminium** [1] - 29:23
**ALUMINUM** [2] - 1:9, 1:10
**Aluminum** [17] -

13:7, 13:10, 13:11, 14:7, 31:19, 33:1, 35:11, 39:3, 40:12, 41:16, 42:16, 43:1, 96:25, 101:2, 114:4, 114:5
**aluminum** [78] - 8:14, 8:20, 9:7, 10:15, 12:3, 12:15, 12:17, 13:4, 14:10, 14:11, 14:22, 18:4, 18:5, 18:15, 18:23, 19:2, 19:5, 19:10, 19:12, 19:16, 19:20, 23:20, 23:23, 24:6, 26:17, 26:18, 26:25, 27:15, 28:1, 29:2, 30:1, 30:7, 30:12, 30:16, 30:23, 31:25, 32:25, 33:5, 36:1, 36:5, 36:10, 37:16, 37:24, 38:25, 40:13, 40:17, 44:18, 49:7, 64:15, 65:2, 66:2, 72:22, 72:23, 75:8, 75:11, 75:20, 75:21, 75:23, 78:15, 85:7, 90:16, 90:17, 92:5, 96:18, 97:12, 99:18, 100:2, 100:4, 100:12, 100:22, 123:22, 123:24, 124:4, 124:5
**AMERICA** [2] - 1:1, 1:6
**American** [2] - 51:25, 64:15
**Americans** [1] - 74:10
**amount** [7] - 18:5, 27:17, 35:20, 87:23, 91:4, 92:16, 94:15
**amounts** [1] - 22:25
**analysis** [1] - 73:23
**ancestry** [1] - 107:3
**AND** [3] - 136:7, 136:11, 136:13
**Angeles** [2] - 16:19, 76:8
**ANGELES** [6] - 1:19, 1:25, 2:10, 2:16, 4:1, 136:3
**announcement** [2] - 31:14, 31:17
**announcements** [2] - 15:3, 31:9
**annual** [11] - 12:11, 15:2, 27:8, 27:16, 28:3, 61:4, 61:6, 61:8, 61:10, 93:14, 95:11
**answer** [6] - 58:21,

59:1, 109:2, 130:3, 130:4, 130:5
**answered** [1] - 72:5
**answering** [1] - 129:22
**answers** [1] - 39:9
**anticipate** [7] - 13:18, 32:3, 35:7, 36:4, 45:1, 92:20, 102:18
**antidumping** [5] - 36:22, 36:25, 63:4, 64:17, 64:24
**antidumping/ countervailing** [11] - 8:18, 9:2, 10:16, 28:16, 35:15, 35:19, 36:14, 39:25, 43:24, 47:23, 54:4
**anxious** [1] - 69:3
**anyway** [1] - 132:12
**apart** [2] - 78:2, 78:3
**apologize** [1] - 80:7
**APPEARANCES** [1] - 2:5
**appeared** [1] - 55:19
**applicable** [1] - 78:25
**applications** [1] - 22:17
**applied** [1] - 78:15
**applies** [2] - 63:19, 106:14
**apply** [3] - 106:10, 106:21, 111:14
**appointment** [1] - 6:20
**appreciate** [1] - 7:7
**appropriate** [1] - 38:1
**approval** [2] - 25:3, 28:11
**approve** [1] - 22:21
**April** [2] - 11:19, 17:10
**arbiter** [1] - 25:8
**architect** [1] - 67:16
**area** [1] - 8:2
**argue** [3] - 47:25, 48:10
**argued** [1] - 62:3
**arguing** [3] - 68:20, 69:23, 135:1
**argument** [9] - 7:10, 7:11, 7:15, 48:6, 48:9, 49:2, 106:4, 108:25
**arguments** [6] - 7:24, 82:16, 82:19, 82:20, 89:11, 109:5
**arise** [3] - 49:25,

108:4, 121:22
**arising** [2] - 112:14, 121:21
**arm's** [6] - 32:10, 34:8, 44:17, 57:14, 60:23, 96:4
**arrange** [2] - 22:20, 94:5
**arrangement** [1] - 94:11
**arrows** [1] - 87:21
**art** [1] - 78:20
**artificial** [1] - 57:21
**artificially** [1] - 55:7
**artist** [1] - 135:6
**assembled** [1] - 100:5
**assessed** [1] - 82:1
**assets** [1] - 57:20
**assist** [1] - 128:25
**ASSISTANT** [1] - 2:9
**assistant** [1] - 48:1
**assistants** [2] - 86:9, 86:10
**associate** [1] - 30:11
**associated** [2] - 98:22, 126:23
**association** [4] - 49:20, 59:6, 85:23, 118:7
**assume** [7] - 56:16, 58:5, 58:7, 71:1, 87:3, 87:5
**assumptions** [6] - 49:19, 59:7, 87:9, 87:10, 87:15, 103:16
**AT** [1] - 2:14
**attached** [1] - 98:18
**attack** [1] - 85:21
**attempt** [7] - 40:22, 59:3, 61:3, 121:13, 128:9, 129:17
**attention** [3] - 46:3, 69:17, 80:4
**ATTORNEY** [3] - 2:7, 2:9, 2:14
**attorney** [2] - 48:1, 81:23
**attorneys** [6] - 108:25, 109:8, 130:2, 134:25, 135:3, 135:8
**audit** [8] - 39:5, 39:8, 39:19, 51:12, 79:1, 86:20, 99:16, 99:17
**auditors** [2] - 51:13, 101:13
**AUGUST** [3] - 1:18, 4:1, 136:18
**August** [3] - 15:21, 31:10, 91:15

**AUSA** [4] - 2:7, 2:8, 2:8, 133:2
**author** [1] - 67:17
**authorities** [2] - 51:7, 52:9
**authorized** [3] - 45:17, 114:10, 114:23
**available** [1] - 106:15
**Avenue** [2] - 26:8, 26:9, 114:4
**AVENUE** [1] - 1:12
**avoided** [1] - 124:22
**aware** [4] - 124:11, 124:13, 124:21, 125:8

# B

**B-R-O-W-N** [1] - 134:8
**backed** [1] - 36:17
**backers** [1] - 11:25
**bacteria** [1] - 37:25
**bad** [3] - 86:11, 86:12, 125:5
**bag** [1] - 16:10
**bailiff** [6] - 130:24, 131:2, 131:8, 132:4, 133:7, 133:12
**BAILIFF** [4] - 133:16, 134:1, 134:7, 134:17
**balance** [5] - 23:11, 23:14, 23:18, 57:19, 94:15
**bank** [11] - 15:22, 16:9, 16:11, 23:9, 25:10, 25:14, 51:24, 52:1, 55:24, 85:8
**banks** [1] - 17:18
**barely** [1] - 86:7
**Barstow** [2] - 40:15, 101:3
**barstow** [1] - 101:3
**based** [11] - 52:7, 58:21, 58:25, 63:25, 64:4, 67:25, 72:3, 103:22, 108:3, 108:4, 121:18
**bases** [1] - 47:7
**basis** [1] - 52:5
**battery** [1] - 74:2
**bear** [4] - 69:24, 71:10, 74:25, 76:5
**bears** [3] - 71:21, 89:4, 110:24
**became** [6] - 12:24, 13:4, 44:10, 56:20, 116:2, 116:22
**become** [5] - 82:8, 95:6, 118:5, 118:6,

118:20
**becomes** [2] - 117:20, 129:13
**began** [3] - 12:2, 99:17
**begin** [1] - 127:18
**beginning** [5] - 70:24, 107:13, 115:22, 116:18, 130:8
**begins** [2] - 71:9
**BEHALF** [2] - 2:6, 2:12
**behalf** [4] - 46:11, 69:16, 71:14
**behind** [1] - 7:25
**belief** [2] - 79:24, 128:12
**believability** [2] - 110:25, 112:18
**believable** [1] - 111:3
**below** [2] - 13:13, 22:11
**beneficial** [5] - 28:8, 28:22, 60:9, 92:3, 95:17
**beneficiary** [1] - 34:19
**benefit** [5] - 45:25, 46:12, 46:16, 114:16, 121:24
**benefited** [3] - 57:23, 67:7, 92:11
**benefits** [1] - 119:13
**BERNSTEIN** [2] - 2:8, 6:11
**best** [4] - 62:24, 96:11, 134:25
**better** [5] - 89:20, 91:10, 92:14, 95:2
**between** [12] - 10:25, 15:10, 21:18, 31:23, 34:4, 44:3, 53:17, 84:4, 85:12, 110:5, 115:24, 116:20
**beyond** [43] - 14:15, 33:18, 34:22, 41:2, 43:11, 45:10, 46:20, 49:24, 50:2, 58:7, 59:18, 62:8, 68:2, 70:14, 70:21, 71:6, 71:23, 72:1, 72:16, 82:21, 84:14, 88:5, 89:5, 89:7, 107:19, 107:23, 108:2, 108:9, 108:13, 112:4, 114:12, 115:20, 116:17, 119:3, 120:3, 120:21, 123:12, 124:20, 125:18,

126:14, 127:1, 129:5
**bias** [2] - 49:21, 110:20
**big** [8] - 5:12, 50:17, 52:15, 52:16, 61:12, 65:1, 65:21, 69:11
**Bill** [4] - 18:14, 18:19, 66:23, 77:2
**billion** [21] - 9:1, 10:16, 22:4, 23:16, 23:21, 24:1, 25:9, 26:3, 31:4, 35:19, 40:17, 47:22, 52:20, 67:16, 90:16, 90:17, 90:23, 91:6, 92:5, 92:23, 93:7
**billions** [1] - 62:13
**bit** [2] - 18:2, 88:19
**blah** [3] - 60:1
**blanks** [1] - 88:2
**blocked** [2] - 64:25, 65:4
**blue** [3] - 19:11, 31:1, 91:3
**blush** [1] - 86:11
**board** [2] - 51:10, 57:1
**Bob** [4] - 39:6, 39:7, 98:18, 99:7
**Boeing** [1] - 40:20
**bogus** [6] - 15:18, 17:5, 23:2, 24:3, 55:9, 82:16
**boils** [1] - 70:13
**bold** [1] - 53:8
**booking** [1] - 87:20
**booking-type** [1] - 87:20
**books** [3] - 51:14, 57:20, 57:21
**Border** [6] - 37:10, 40:6, 43:23, 45:6, 79:12, 115:11
**border** [2] - 116:1, 123:7
**bottom** [9] - 9:16, 15:18, 20:9, 28:21, 30:3, 31:1, 32:21, 38:5, 75:7
**bought** [11] - 49:7, 53:1, 53:23, 54:16, 57:13, 57:24, 83:21, 97:7, 97:8, 101:3, 102:24
**box** [5] - 7:5, 49:1, 64:6, 82:18, 105:25
**Box** [1] - 41:22
**boxes** [2] - 49:10, 87:1
**break** [2] - 48:8,

105:11
  **BREAK** [2] - 48:23, 105:22
  **breaking** [1] - 88:19
  **bridge** [1] - 84:13
  **brief** [2] - 11:3, 34:11
  **Bright** [1] - 43:5
  **bring** [2] - 57:10, 100:25
  **broker** [7] - 35:10, 39:21, 78:7, 78:8, 78:9, 78:17, 82:18
  **brokers** [1] - 40:1
  **brother** [2] - 9:22, 44:6
  **brought** [3] - 49:15, 58:16, 86:1
  **Brown** [1] - 134:7
  **building** [1] - 62:16
  **built** [1] - 53:11
  **bundle** [1] - 97:25
  **bundles** [2] - 18:20, 18:21
  **burden** [7] - 48:12, 69:11, 71:6, 71:8, 71:21, 89:4, 107:22
  **bus** [1] - 53:9
  **business** [6] - 20:1, 66:9, 66:18, 94:24, 97:20, 122:3
  **businessman** [1] - 49:21
  **buy** [5] - 11:13, 54:23, 54:24, 55:11, 68:5
  **buyer** [2] - 19:21, 96:6
  **buyers** [2] - 39:13, 99:9
  **buying** [4] - 59:15, 63:14, 95:24, 97:5
  **BY** [3] - 2:7, 2:13, 2:17

## C

  **CA** [2] - 2:10, 2:16
  **CALIFORNIA** [6] - 1:2, 1:19, 1:25, 4:1, 136:5, 136:9
  **California** [1] - 76:24
  **CALL** [1] - 135:14
  **cannot** [11] - 55:1, 55:16, 56:2, 56:4, 56:6, 57:6, 61:1, 84:12, 84:13, 84:14, 84:25
  **capable** [6] - 32:5, 35:5, 35:15, 35:22,

121:7, 123:20
  **capacity** [1] - 40:19
  **capital** [2] - 17:20, 40:17
  **Capital** [5] - 11:7, 16:24, 17:7, 17:14, 89:16
  **care** [2] - 32:13, 122:1
  **cared** [1] - 78:9
  **careful** [4] - 49:25, 108:5, 108:7, 108:11
  **careless** [1] - 125:2
  **cargo** [1] - 39:1
  **Carmack** [3] - 31:5, 51:3, 51:23
  **carry** [4] - 119:5, 121:12, 121:13, 126:3
  **carrying** [7] - 6:1, 6:8, 116:7, 117:2, 118:12, 125:23, 126:4
  **case** [96] - 7:9, 11:4, 14:20, 46:6, 48:14, 49:7, 49:15, 49:16, 50:17, 50:20, 52:6, 52:13, 52:16, 53:11, 53:16, 53:20, 53:22, 55:10, 55:15, 56:7, 57:4, 57:5, 57:9, 60:15, 65:22, 68:13, 68:15, 68:25, 69:2, 69:18, 69:23, 70:6, 70:10, 70:11, 70:13, 70:20, 71:6, 71:8, 72:5, 72:9, 72:10, 72:12, 72:18, 73:23, 74:19, 76:17, 77:12, 79:11, 79:22, 79:23, 80:17, 81:16, 83:8, 83:10, 83:18, 84:17, 87:7, 87:8, 88:1, 88:4, 88:10, 89:4, 89:6, 105:17, 106:10, 106:14, 106:18, 106:20, 106:24, 107:13, 108:17, 109:20, 110:9, 110:19, 111:8, 113:10, 113:13, 113:18, 127:22, 128:1, 128:20, 129:2, 129:5, 129:19, 130:9, 130:14, 131:15, 132:3, 132:11, 133:12, 135:1, 135:7
  **cases** [2] - 129:24, 129:25
  **cash** [2] - 23:14, 23:18
  **cast** [2] - 40:18,

40:20
  **categorize** [1] - 23:2
  **caught** [1] - 52:21
  **caused** [4] - 35:8, 121:11, 122:2, 122:13
  **cautions** [2] - 112:24
  **CBP** [13] - 39:18, 44:17, 98:20, 98:21, 98:23, 99:5, 101:12, 101:16, 104:4, 123:7, 123:14, 123:16, 123:18
  **CC** [1] - 27:24
  **ceased** [1] - 77:21
  **CENTRAL** [2] - 1:2, 136:8
  **Century** [1] - 13:7
  **CEO** [9] - 9:17, 9:20, 19:25, 20:6, 21:8, 21:18, 25:4, 37:1, 38:21, 39:4, 46:17, 94:21, 102:25, 103:6
  **certain** [6] - 13:22, 36:21, 109:14, 109:16, 112:2, 113:11
  **certainly** [3] - 35:21, 38:1, 56:10
  **CERTIFICATE** [1] - 136:1
  **CERTIFIED** [1] - 1:7
  **CERTIFY** [1] - 136:9
  **Chairman** [3] - 28:11, 91:22, 92:2
  **chairman** [8] - 9:12, 22:16, 22:20, 27:10, 37:2, 37:3, 92:1, 94:4
  **change** [4] - 8:19, 84:20, 128:5, 128:11
  **changed** [1] - 83:15
  **changing** [1] - 6:9
  **charge** [8] - 14:15, 59:11, 101:25, 114:8, 116:16, 120:19, 123:11, 125:17
  **charged** [26] - 5:18, 9:25, 10:10, 10:19, 10:24, 15:23, 33:22, 42:14, 44:23, 45:10, 47:16, 48:4, 83:17, 89:8, 104:13, 105:2, 111:6, 111:9, 112:8, 114:13, 115:6, 116:21, 120:2, 120:15, 123:4, 125:12
  **charges** [10] - 14:16, 47:15, 67:15, 68:6, 107:16, 107:23, 111:7, 111:24, 111:25, 114:1

**charm** [1] - 52:22
  **chart** [8] - 31:5, 31:6, 40:21, 41:5, 64:21, 75:15, 90:20, 91:2
  **charts** [5] - 113:11, 113:13, 113:18, 113:21, 113:22
  **cheat** [9] - 15:5, 15:8, 33:3, 59:10, 59:17, 95:14, 116:9, 121:10, 124:10
  **cheated** [1] - 64:13
  **check** [2] - 49:10, 64:6
  **chemist** [1] - 36:9
  **Chen** [4] - 33:11, 93:20, 93:21, 103:9
  **Cheng** [6] - 27:24, 28:8, 93:5
  **CHERIAN** [1] - 2:17
  **Cheung** [1] - 102:15
  **Chi** [2] - 40:15, 93:25
  **China** [92] - 8:13, 8:15, 8:21, 9:13, 10:12, 12:7, 12:9, 12:13, 13:5, 13:23, 15:2, 15:10, 15:13, 16:16, 17:9, 17:24, 19:3, 19:7, 19:10, 21:7, 21:12, 21:23, 22:4, 22:10, 23:8, 24:6, 24:23, 24:24, 25:2, 25:11, 26:3, 27:5, 27:22, 28:3, 29:14, 30:12, 31:21, 31:25, 34:7, 36:6, 36:12, 37:13, 37:24, 38:23, 39:16, 40:14, 40:16, 43:25, 45:18, 50:21, 54:19, 57:21, 57:23, 58:5, 58:15, 58:22, 59:3, 59:14, 60:3, 62:23, 63:22, 64:18, 65:3, 68:3, 75:4, 75:24, 75:25, 89:19, 90:7, 90:15, 90:20, 91:9, 91:11, 93:1, 93:4, 93:9, 93:12, 93:17, 94:6, 94:7, 94:22, 95:2, 95:7, 96:8, 96:10, 96:15, 96:21, 97:2, 97:8, 99:13, 123:23
  **China's** [1] - 62:14
  **Chinese** [2] - 50:21, 54:19, 59:14
  **chose** [1] - 52:17
  **Christopher** [1] - 134:7
  **circle** [1] - 72:11

**circumstance** [2] - 124:19, 125:1
  **circumstances** [4] - 49:17, 107:4, 121:17, 124:22
  **circumstantial** [4] - 109:23, 109:25, 110:4, 110:6
  **claim** [7] - 53:20, 53:21, 53:25, 72:25, 76:2, 83:9, 93:11
  **claimed** [2] - 54:22, 82:24
  **claiming** [1] - 54:1
  **claims** [6] - 54:12, 54:13, 57:22, 64:7, 67:8, 81:2
  **clarification** [6] - 14:1, 15:3, 31:9, 31:14, 31:17, 96:24
  **clarified** [1] - 77:20
  **clean** [1] - 13:24
  **clear** [14] - 28:23, 44:4, 56:19, 62:9, 64:8, 64:12, 75:4, 77:14, 77:16, 77:19, 83:4, 95:5, 101:20, 102:13
  **clerk** [3] - 129:11, 129:15, 133:7
  **CLERK** [11] - 48:22, 105:21, 130:25, 131:3, 133:10, 133:13, 133:18, 134:2, 134:4, 134:9, 135:11
  **client** [5] - 21:5, 50:23, 54:1, 63:21, 69:16
  **clients** [10] - 29:8, 70:23, 71:2, 71:7, 71:10, 72:6, 84:21, 84:25, 85:2, 88:11
  **close** [3] - 29:16, 43:7, 48:7
  **closet** [1] - 16:16
  **closing** [2] - 6:16, 109:5
  **CLOSING** [1] - 7:2
  **Co** [1] - 104:15
  **co** [8] - 13:2, 25:4, 32:17, 47:10, 103:20, 104:21, 122:21, 122:25
  **co-conspirator** [3] - 25:4, 47:10, 104:21
  **co-conspirators** [2] - 13:2, 32:17
  **co-counsel** [1] - 103:20

**co-schemer** [1] - 122:25
**Co-schemer** [1] - 104:15
**co-schemers'** [1] - 122:21
**CODE** [1] - 136:10
**Code** [7] - 115:8, 116:11, 120:18, 123:9, 125:15, 125:24, 126:2
**collapsed** [1] - 70:6
**colleague** [1] - 47:25
**colleagues** [1] - 80:16
**college** [1] - 62:18
**combination** [1] - 38:15
**comfortable** [1] - 16:21
**coming** [19] - 12:6, 13:24, 21:19, 21:23, 24:18, 24:19, 25:20, 25:23, 27:9, 41:20, 41:25, 42:19, 43:4, 51:25, 52:2, 65:1, 75:24, 78:3, 97:25
**commanded** [3] - 47:3, 104:10, 126:17
**commercial** [1] - 91:18
**Commission** [2] - 61:24, 61:25
**commission** [2] - 47:8, 126:9
**commit** [15] - 11:2, 43:22, 44:1, 44:2, 44:6, 103:21, 115:13, 116:11, 116:20, 117:5, 117:15, 117:19, 126:8, 126:10, 127:3
**commitment** [1] - 69:18
**commits** [3] - 47:11, 104:24, 119:23
**committed** [15] - 45:16, 46:11, 104:25, 112:1, 112:5, 112:8, 114:14, 114:18, 117:8, 119:25, 120:5, 120:11, 122:25, 126:16, 127:16
**committee** [2] - 51:12, 119:8
**committing** [5] - 46:23, 114:15, 126:12, 126:23
**common** [9] - 32:8, 39:14, 62:6, 91:7,

99:11, 100:19, 108:3, 117:13
**communicate** [4] - 129:14, 129:18, 133:21, 134:11
**communicated** [1] - 22:14
**communication** [9] - 21:17, 22:15, 34:13, 34:16, 34:18, 121:12, 122:6, 122:9, 122:11
**communications** [1] - 85:12
**companies** [15] - 22:5, 23:10, 25:6, 28:7, 28:22, 33:15, 42:25, 49:7, 56:9, 58:18, 64:15, 67:20, 89:19, 91:11, 111:19
**company** [50] - 11:25, 13:11, 17:9, 17:19, 17:21, 21:14, 22:16, 27:9, 27:23, 29:6, 32:25, 39:19, 46:11, 50:21, 52:3, 54:20, 54:23, 56:5, 56:14, 56:17, 56:21, 56:25, 58:20, 59:14, 60:7, 60:11, 62:10, 62:12, 63:3, 65:2, 65:8, 65:11, 65:24, 66:1, 66:2, 66:21, 68:4, 80:10, 91:25, 92:8, 93:12, 93:14, 93:22, 94:1, 94:4, 111:17
**company's** [1] - 58:24
**compelled** [1] - 96:8
**complain** [1] - 64:9
**complaint** [3] - 53:24, 61:23, 83:24
**complaints** [1] - 55:1
**complete** [2] - 47:6, 129:9
**completed** [4] - 52:12, 78:11, 100:5, 126:21
**completely** [2] - 59:20, 76:13
**components** [1] - 72:17
**con** [7] - 52:18, 53:4, 53:6, 67:16, 83:23, 87:24
**concealed** [8] - 76:19, 76:20, 76:22, 77:9, 77:10, 103:25, 104:1
**concealing** [2] -

103:24, 103:25
**concerning** [1] - 129:19
**conclude** [1] - 68:12
**concluded** [1] - 79:13
**CONCLUDED** [1] - 135:13
**conclusion** [1] - 106:11
**conduct** [4] - 26:22, 39:8, 125:6, 125:9
**CONFERENCE** [1] - 136:15
**confidence** [1] - 17:19
**confident** [2] - 69:12, 105:7
**confirmed** [1] - 92:1
**CONFORMANCE** [1] - 136:14
**confuse** [1] - 58:10
**confusing** [1] - 63:20
**confusion** [1] - 101:12
**conjecture** [1] - 65:20
**connected** [2] - 16:24, 17:8
**connecting** [1] - 87:21
**connection** [1] - 32:9
**connections** [1] - 32:19
**conned** [1] - 52:18
**conscientious** [2] - 111:22, 128:11
**consequence** [2] - 120:14, 123:3
**consequences** [1] - 60:18
**consider** [12] - 108:17, 108:20, 108:23, 109:1, 109:14, 109:16, 110:3, 112:17, 112:20, 121:15, 124:15, 129:3
**consideration** [5] - 49:25, 108:5, 108:8, 108:12, 111:22
**considered** [4] - 74:14, 111:19, 114:6, 128:2
**considering** [2] - 110:13, 113:8
**consistent** [2] - 48:2, 105:8
**consists** [1] - 108:17
**conspiracy** [69] -

8:8, 9:14, 9:24, 10:10, 10:24, 16:22, 23:13, 33:24, 34:25, 43:16, 43:18, 43:21, 44:1, 44:2, 44:8, 44:11, 44:22, 45:3, 45:8, 47:12, 47:19, 47:20, 70:4, 83:14, 84:19, 84:24, 87:19, 104:22, 104:24, 115:9, 115:19, 116:3, 116:5, 116:7, 116:23, 116:25, 117:2, 117:3, 117:6, 117:9, 117:11, 117:17, 117:20, 117:23, 117:24, 118:1, 118:3, 118:4, 118:9, 118:12, 118:13, 118:16, 118:20, 118:21, 119:2, 119:6, 119:7, 119:13, 119:16, 119:17, 119:19, 119:22, 119:23, 119:24, 120:6, 120:8, 120:10, 120:12, 120:14
**conspirator** [8] - 25:4, 47:10, 104:21, 117:10, 118:5, 118:7, 119:7, 119:8
**conspirators** [9] - 13:2, 32:17, 45:7, 117:18, 118:8, 118:25, 119:5, 119:10, 119:20
**conspire** [2] - 11:1, 118:25
**conspired** [2] - 119:4, 119:11
**conspiring** [3] - 115:9, 115:13, 116:11
**constitute** [1] - 121:2
**constituting** [1] - 126:8
**consult** [3] - 46:4, 106:16, 129:21
**consulting** [2] - 22:15, 94:3
**contact** [2] - 41:17, 41:20
**container** [2] - 38:23, 39:1
**containers** [1] - 75:23
**containing** [1] - 100:3
**contains** [1] - 49:14
**Contemporaneousl y** [1] - 36:19

**contest** [1] - 60:24
**continue** [5] - 12:25, 18:23, 71:1, 118:16, 130:4
**continued** [3] - 14:11, 18:11, 89:21
**continuing** [1] - 12:18
**continuous** [1] - 73:3
**contraband** [1] - 33:2
**contract** [1] - 45:5
**contradicts** [1] - 110:21
**contrary** [4] - 57:22, 58:1, 81:1, 114:25
**control** [14] - 8:6, 28:23, 29:17, 33:14, 47:18, 56:17, 56:21, 57:2, 91:24, 92:2, 95:19, 95:20, 109:9
**controlled** [17] - 9:13, 10:3, 10:6, 11:12, 12:13, 17:24, 18:19, 19:20, 26:6, 27:20, 28:24, 33:7, 45:19, 45:21, 46:14, 91:11, 111:12
**controller** [1] - 39:7
**controlling** [2] - 46:17, 91:1
**controls** [3] - 7:13, 7:18, 96:23
**convenient** [4] - 83:6, 84:9, 133:20, 134:10
**conversation** [2] - 82:25, 84:2
**conversations** [2] - 83:3, 86:3
**convict** [2] - 50:5, 121:18
**convicted** [1] - 49:17
**conviction** [2] - 83:25, 87:25
**convictions** [1] - 69:9
**convince** [1] - 82:16
**convinced** [4] - 71:5, 107:25, 108:8, 108:13
**cooperated** [1] - 67:3
**cooperating** [1] - 112:13
**cooperation** [1] - 51:7
**coordinated** [1] - 90:15
**coordinating** [3] -

94:7, 97:4, 99:13
**copious** [1] - 105:4
**copy** [2] - 4:16,
106:14
**COPY** [1] - 1:7
**corner** [2] - 15:19,
98:12
**corporate** [4] -
46:20, 51:18, 89:6,
102:18
**corporation** [15] -
45:14, 46:1, 46:12,
46:16, 111:16,
111:21, 114:5, 114:7,
114:8, 114:11,
114:13, 114:16,
114:21, 114:23, 115:2
**corporation's** [1] -
115:1
**corporations** [9] -
5:4, 13:19, 45:13,
45:19, 50:8, 51:19,
111:18, 114:6, 115:4
**CORRECT** [1] -
136:11
**correct** [1] - 58:25
**correctly** [1] - 113:16
**COUNSEL** [1] - 2:5
**counsel** [16] - 7:11,
48:9, 69:20, 69:21,
88:12, 88:25, 89:11,
97:6, 98:23, 101:23,
102:11, 103:13,
103:20, 103:25,
131:12, 132:17
**Counsel** [4] - 4:5,
7:19, 48:5, 49:3,
68:21, 88:14, 88:20,
98:9, 105:10
**counseled** [3] - 47:3,
104:10, 126:17
**count** [13] - 33:25,
41:24, 43:6, 43:9,
50:13, 53:23, 68:7,
89:7, 104:14, 111:7,
111:11, 111:13,
111:14
**Count** [17] - 10:24,
33:24, 34:12, 34:15,
34:17, 41:13, 43:3,
43:10, 43:14, 43:15,
112:1, 112:6, 115:6,
120:15, 120:16
**countervailing** [1] -
36:25
**countries** [2] - 47:24,
66:15
**country** [10] - 14:13,
34:5, 70:21, 75:5,
75:6, 75:24, 76:4,

87:17, 97:21, 100:22
**Counts** [9] - 5:19,
10:13, 10:14, 34:9,
34:10, 42:22, 123:5,
125:11, 125:12
**counts** [10] - 27:4,
41:4, 41:9, 41:12,
42:5, 42:13, 44:23,
48:4, 105:9, 120:16
**COUNTY** [1] - 136:3
**couple** [4] - 24:5,
63:23, 89:18, 91:16
**course** [9] - 11:1,
14:21, 24:9, 26:5,
104:21, 119:21,
122:3, 122:21, 128:9
**COURT** [33] - 1:1,
1:24, 4:5, 4:8, 4:23,
5:17, 5:22, 6:6, 6:14,
7:3, 7:21, 7:23, 48:5,
48:24, 68:20, 68:24,
69:20, 88:12, 88:14,
88:17, 88:25, 104:8,
105:10, 105:23,
131:1, 131:5, 131:21,
133:11, 134:1,
134:18, 136:7, 136:8,
136:22
**Court** [17] - 5:1,
48:21, 59:7, 88:23,
92:20, 97:19, 102:19,
106:5, 129:3, 133:22,
133:24, 133:25,
134:13, 134:15,
135:1, 135:4, 135:5
**court** [9] - 62:1,
87:16, 109:19,
127:21, 128:18,
129:20, 134:14,
134:19, 135:11
**COURTHOUSE** [1] -
2:9
**courtroom** [9] - 50:3,
53:4, 68:8, 68:19,
128:21, 129:12,
132:2, 132:6, 132:9
**CR** [2] - 1:8, 21:16
**create** [2] - 21:1,
102:2
**creating** [1] - 50:22
**credibility** [6] - 25:7,
84:7, 84:8, 102:6,
102:7, 105:6
**credible** [1] - 25:8
**credits** [1] - 43:4
**crime** [45] - 14:4,
45:15, 45:16, 46:11,
47:5, 47:6, 47:8,
47:11, 104:11,
104:12, 104:24,

104:25, 111:6, 111:9,
112:14, 114:13,
116:21, 117:5, 117:7,
117:18, 119:24,
119:25, 120:1, 120:5,
120:7, 120:8, 120:10,
120:11, 126:7, 126:8,
126:11, 126:13,
126:16, 126:19,
126:20, 126:21,
126:23, 127:1, 127:4,
127:8, 127:9, 127:10,
127:14, 127:16
**crimes** [11] - 10:9,
11:2, 45:10, 64:14,
65:18, 85:1, 88:5,
103:21, 105:2, 117:5,
117:15
**criminal** [30] - 8:7,
9:14, 9:24, 10:24,
16:22, 19:4, 19:18,
23:13, 34:25, 43:15,
44:6, 44:8, 47:19,
49:15, 49:16, 49:18,
53:7, 54:2, 54:3, 54:9,
55:9, 59:22, 67:15,
68:8, 68:13, 70:4,
70:20, 114:8, 117:3
**Cristian** [3] - 20:24,
21:16, 102:1
**critical** [5] - 49:13,
67:25, 72:17, 78:2,
79:10
**CROSS** [1] - 3:3
**CSO** [2] - 131:16,
131:24
**CSR** [2] - 1:23,
136:21
**culminating** [1] -
103:9
**curtain** [1] - 16:17
**custom** [10] - 21:4,
21:6, 42:18, 116:13,
123:7, 123:14, 125:4,
125:25, 126:5, 127:5
**customer** [4] - 21:3,
37:7, 100:13, 116:1
**customers** [10] -
12:4, 12:16, 14:5,
14:22, 18:16, 23:20,
23:21, 24:6, 26:19,
27:15
**Customs** [48] - 9:9,
10:14, 10:22, 34:25,
35:1, 35:2, 35:3,
35:10, 37:10, 39:21,
40:1, 40:6, 41:3, 41:6,
41:11, 42:9, 42:12,
43:8, 43:12, 43:22,
44:1, 44:24, 45:6,

45:22, 53:25, 70:10,
70:12, 70:15, 72:12,
72:14, 74:23, 76:11,
78:19, 78:24, 79:1,
79:12, 79:17, 82:17,
84:18, 84:24, 85:14,
97:23, 98:6, 115:11,
115:14, 123:7
**cut** [3] - 36:5, 36:11,
123:24
**cycling** [1] - 26:3
**CZW** [21] - 51:3,
51:5, 51:10, 51:12,
52:1, 52:6, 53:23,
54:17, 54:20, 54:24,
55:2, 55:12, 55:17,
56:2, 56:11, 56:13,
56:16, 56:21, 57:12,
60:25
**CZW's** [1] - 55:7,
72:22

## D

**D-O-N-O-H-U-E** [1] -
133:17
**dad** [1] - 16:20
**Dalian** [4] - 21:13,
21:22, 34:18, 34:19
**DAs** [1] - 133:2
**data** [1] - 27:9
**date** [9] - 20:16,
23:13, 23:24, 43:6,
44:25, 112:2, 112:5,
112:8, 129:10
**DATE** [1] - 136:18
**dated** [2] - 78:1,
86:22
**dates** [2] - 33:25,
112:5
**daughter** [1] - 27:25
**dawn** [1] - 69:14
**DAY** [1] - 1:17
**days** [7] - 24:20,
71:18, 73:17, 80:24,
80:25, 86:8
**DC** [1] - 2:18
**dead** [1] - 76:14
**deal** [2] - 52:25, 96:7
**dealing** [3] - 58:14,
90:5, 134:24
**deals** [1] - 5:18
**dealt** [2] - 27:25,
41:18
**dear** [1] - 24:15
**debt** [1] - 66:20
**decades** [1] - 82:9
**deceit** [2] - 75:10,
101:11

**deceitful** [3] -
115:12, 116:1, 121:2
**deceive** [16] - 7:16,
15:5, 15:8, 33:3,
59:10, 59:12, 59:15,
59:17, 70:15, 72:13,
82:17, 84:17, 95:14,
116:9, 121:10, 124:10
**December** [4] - 13:6,
14:8, 17:15, 20:9
**deception** [1] - 59:21
**decide** [16] - 7:9,
69:9, 104:16, 106:19,
106:20, 106:24,
109:20, 110:7,
110:10, 111:8,
122:18, 127:25,
129:3, 130:9, 130:13,
130:14
**decided** [1] - 61:20
**deciding** [6] -
108:17, 108:23,
110:9, 122:15,
124:17, 129:4
**decision** [3] - 91:20,
128:7, 128:11
**decisions** [3] -
67:10, 69:8, 79:2
**declaration** [1] -
97:18
**declared** [1] - 76:8
**deeds** [1] - 56:6
**deep** [4] - 12:17,
29:2, 30:1, 30:5
**deep-processed** [4]
- 12:17, 29:2, 30:1,
30:5
**DEFENDANT** [1] -
2:12
**defendant** [95] -
41:18, 44:10, 47:2,
74:21, 84:17, 94:21,
102:4, 104:16,
107:16, 107:17,
107:18, 107:20,
107:25, 108:9,
108:10, 108:13,
108:14, 111:9,
111:10, 111:13,
111:14, 111:16,
111:24, 112:14,
112:16, 115:16,
115:18, 116:2,
116:10, 116:15,
116:22, 118:14,
118:24, 118:25,
119:1, 119:4, 119:9,
119:11, 119:12,
119:13, 120:1, 120:9,
120:13, 120:15,

120:19, 120:22, 121:9, 121:11, 121:18, 121:20, 122:5, 122:8, 122:15, 122:16, 122:17, 122:18, 122:19, 122:20, 122:22, 122:24, 123:1, 123:10, 123:13, 123:15, 123:17, 124:11, 124:13, 124:17, 124:18, 124:20, 124:25, 125:2, 125:5, 125:7, 125:16, 125:19, 125:22, 126:3, 126:6, 126:7, 126:12, 126:17, 126:19, 126:21, 126:22, 127:2, 127:7, 127:8, 127:11, 127:12, 127:16, 127:17, 130:18

**defendant's** [5] - 48:9, 121:16, 124:15, 125:6, 125:9

**DEFENDANTS** [1] - 1:14

**defendants** [121] - 5:18, 8:10, 8:25, 9:18, 9:21, 9:25, 10:3, 10:6, 10:10, 10:19, 11:7, 11:12, 11:16, 11:17, 12:14, 12:15, 13:2, 13:9, 15:7, 15:23, 17:25, 18:7, 18:10, 18:25, 19:18, 19:19, 19:25, 20:25, 21:9, 21:19, 22:6, 22:7, 22:23, 23:5, 23:8, 23:13, 24:4, 24:8, 24:11, 25:4, 25:12, 25:21, 25:24, 26:4, 26:7, 26:8, 26:12, 26:16, 27:20, 28:25, 29:22, 30:13, 30:14, 32:1, 33:9, 34:23, 35:2, 35:8, 35:18, 35:21, 36:15, 37:1, 37:5, 37:16, 38:10, 38:16, 38:22, 39:5, 40:5, 40:8, 40:25, 42:1, 42:2, 42:15, 45:11, 45:20, 46:5, 46:8, 46:14, 47:15, 47:21, 47:25, 48:4, 49:6, 72:22, 82:17, 89:6, 90:8, 90:14, 94:7, 96:16, 96:22, 97:3, 98:7, 99:6,

99:19, 100:6, 100:10, 100:21, 101:10, 101:17, 101:21, 102:10, 102:12, 102:13, 102:22, 103:21, 104:12, 105:1, 111:7, 111:12, 112:15, 114:1, 115:6, 123:4, 125:10, 125:12, 129:5

**defendants'** [2] - 25:14, 31:2

**defendants's** [2] - 13:11, 33:19

**defender** [1] - 133:2

**defense** [6] - 6:24, 32:8, 45:2, 48:6, 49:2, 71:22

**define** [1] - 59:8

**defined** [1] - 124:9

**defining** [1] - 28:6

**definitely** [1] - 36:22

**definition** [1] - 29:15

**defraud** [34] - 14:20, 15:4, 27:4, 32:16, 33:19, 35:5, 36:17, 37:6, 40:9, 40:22, 41:1, 43:22, 43:25, 44:14, 45:5, 47:21, 54:6, 54:19, 104:17, 115:9, 115:19, 115:24, 116:8, 120:24, 121:10, 121:15, 122:16, 122:17, 122:19, 122:20, 123:3, 123:18, 124:9

**defrauded** [4] - 9:1, 35:21, 55:3, 92:17

**defrauding** [3] - 44:12, 44:17, 61:9

**deliberate** [3] - 105:14, 130:22, 131:7

**deliberately** [1] - 124:22

**deliberating** [1] - 46:4

**deliberations** [5] - 127:18, 127:20, 129:10, 129:14, 130:5

**deliver** [2] - 67:19, 71:24

**demand** [16] - 12:18, 20:5, 20:14, 20:17, 22:1, 29:6, 29:11, 30:6, 30:8, 30:18, 32:11, 61:6, 90:10, 90:18, 95:10, 96:18

**demands** [2] - 18:4, 62:15

**demonstrably** [1] - 41:23

**demonstrated** [1] - 83:14

**department** [1] - 20:2

**dependent** [2] - 65:12, 119:14

**deprive** [1] - 50:5

**deprived** [1] - 66:7

**derived** [2] - 30:20, 112:11

**described** [2] - 74:3, 75:10

**description** [1] - 75:17

**descriptive** [1] - 99:2

**deserves** [2] - 111:5, 113:7, 113:25

**designed** [3] - 45:21, 95:1, 97:2

**detail** [5] - 14:20, 18:2, 47:11, 56:23, 117:11

**details** [5] - 11:4, 82:24, 83:1, 117:24, 118:22

**determine** [2] - 51:17, 113:19

**determining** [2] - 112:17, 121:14

**devastating** [2] - 66:6, 66:10

**Development** [3] - 11:8, 89:16, 114:2

**DEVELOPMENT** [1] - 1:11

**devise** [1] - 120:23

**devised** [1] - 120:23

**differ** [1] - 109:7

**difference** [1] - 88:1

**differences** [1] - 7:15

**different** [14] - 7:12, 11:2, 14:12, 14:16, 20:16, 21:3, 28:2, 28:20, 29:25, 34:5, 41:24, 43:6, 80:21, 115:8

**differently** [1] - 7:17

**dignity** [1] - 135:4

**dime** [4] - 56:1, 56:3, 56:4, 56:11

**direct** [10] - 13:25, 21:8, 21:9, 22:14, 46:3, 109:22, 109:23, 110:3, 110:6

**DIRECT** [1] - 3:3

**directed** [7] - 21:25, 32:24, 41:14, 46:9, 86:9, 96:7

**directing** [2] - 20:17, 33:10

**direction** [1] - 28:13

**directions** [2] - 20:22, 102:16

**directly** [5] - 15:15, 114:20, 118:24, 119:4, 119:11

**director** [4] - 17:8, 19:14, 45:17, 93:22

**directors** [2] - 57:2, 114:9

**directs** [1] - 103:10

**dirt** [1] - 76:15

**dirty** [1] - 56:6

**disappearing** [1] - 13:17

**discharged** [1] - 130:20

**disclose** [4] - 27:22, 29:22, 79:15, 121:20

**disclosed** [1] - 90:19

**disclosing** [5] - 8:15, 12:13, 27:19, 28:18, 44:17

**disclosure** [2] - 30:9, 30:17

**discuss** [5] - 48:13, 105:16, 127:21, 131:14, 132:3

**discussed** [6] - 26:14, 53:12, 62:15, 82:19, 117:13, 128:2

**discussion** [1] - 128:6

**dishonest** [2] - 115:12, 116:2

**dislikes** [1] - 107:1

**dismissed** [2] - 38:20, 38:21

**disposed** [2] - 91:15, 91:17

**dispute** [3] - 35:8, 81:14, 96:4

**disputed** [1] - 5:15

**disputes** [1] - 57:14

**disregard** [2] - 109:11, 113:18

**dissect** [1] - 50:16

**distinction** [2] - 73:21, 110:5

**distraction** [4] - 80:22, 80:24, 80:25, 81:20

**DISTRICT** [5] - 1:1, 1:2, 1:4, 136:8, 136:9

**District** [1] - 97:18

**ditch** [1] - 60:1

**DIVISION** [1] - 1:2

**DO** [1] - 136:9

**doctoring** [1] - 87:24

**document** [4] - 79:7, 79:10, 79:11, 123:14

**documentation** [1] - 79:5

**documenting** [1] - 36:19

**documents** [25] - 9:19, 11:5, 16:10, 17:13, 22:8, 24:2, 31:15, 33:11, 33:12, 36:18, 43:2, 79:11, 86:9, 86:12, 86:15, 86:19, 86:20, 86:21, 86:23, 98:19, 103:11, 103:17, 105:7, 123:6

**dodge** [1] - 14:7

**dollar** [1] - 67:16

**dollars** [8] - 22:3, 22:4, 25:25, 43:4, 43:7, 52:20, 62:13, 95:25

**domain** [2] - 58:18, 58:22

**done** [9] - 64:10, 89:8, 107:9, 118:12, 124:10, 124:11, 124:13, 125:4

**Donohue** [1] - 133:16

**door** [1] - 93:6

**doors** [1] - 104:1

**double** [1] - 37:23

**doubled** [1] - 13:25

**Doubleday** [2] - 26:8, 114:3

**DOUBLEDAY** [1] - 1:11

**Doubletree** [1] - 114:2

**doubt** [49] - 14:16, 33:19, 34:22, 41:3, 43:11, 45:10, 46:21, 49:14, 49:24, 50:2, 50:15, 58:8, 59:19, 62:8, 68:1, 68:3, 70:14, 70:22, 71:6, 71:23, 72:1, 72:2, 72:16, 82:21, 84:14, 88:5, 89:5, 89:7, 107:19, 107:23, 107:24, 108:2, 108:3, 108:9, 108:13, 112:4, 114:12, 115:21, 116:17, 119:3, 120:4, 120:21, 123:12, 124:20, 125:18, 126:15, 127:2, 129:6

**down** [7] - 13:25, 70:13, 79:8, 79:9,

82:9, 98:16, 100:23

**Downtown** [1] - 16:18

**dozens** [1] - 102:7

**Dr** [14] - 38:4, 38:13, 56:22, 62:19, 73:7, 73:25, 74:1, 90:1, 90:3, 94:25, 99:23, 101:7

draw [1] - 80:3

drawings [1] - 21:5

**Drive** [1] - 26:10

**driver** [1] - 90:11

**drop** [1] - 28:15

**dropped** [1] - 18:13

**due** [1] - 61:21

**dumb** [1] - 131:22

**durable** [1] - 74:15

**during** [11] - 7:11, 26:5, 60:7, 71:17, 83:20, 102:9, 113:11, 119:21, 122:21, 128:22, 129:13

**duties** [23] - 8:18, 9:2, 10:16, 13:16, 35:15, 35:19, 36:14, 36:25, 39:25, 43:24, 47:23, 54:4, 65:17, 78:15, 79:4, 79:16, 79:25, 80:5, 80:11, 82:1, 100:22, 114:21, 124:2

**duty** [12] - 19:2, 21:1, 28:17, 37:23, 40:3, 106:13, 106:17, 106:21, 108:10, 108:14, 121:20, 121:22

---

**E**

---

**e-mail** [18] - 19:24, 20:2, 20:3, 20:7, 20:9, 20:11, 20:12, 20:17, 20:19, 21:6, 21:17, 24:14, 24:22, 84:4, 85:11, 93:17, 93:19, 98:18

**e-mailed** [2] - 94:22, 131:3

**e-mailing** [4] - 19:24, 22:9, 93:12, 94:6

**e-mails** [8] - 19:22, 28:10, 34:3, 58:11, 63:23, 94:2, 94:19, 96:5

**early** [3] - 15:13, 15:21, 103:7

**easier** [2] - 20:6,

135:9

**economic** [1] - 107:3

**education** [2] - 113:2, 113:8

**effect** [2] - 119:1, 128:13

**effectively** [1] - 63:4

**effects** [1] - 94:10

**effort** [1] - 60:2

**efforts** [1] - 30:4

**eight** [4] - 71:18, 73:16, 86:8, 110:24

**either** [11] - 34:3, 35:14, 42:8, 42:12, 64:18, 65:16, 109:22, 110:4, 110:6, 121:22, 133:1

**elect** [1] - 127:19

**element** [11] - 14:15, 34:22, 41:3, 45:7, 46:20, 47:4, 104:14, 107:22, 114:12, 118:11, 126:19

**elements** [13] - 14:17, 42:5, 43:18, 45:14, 47:10, 59:11, 115:20, 116:17, 120:3, 120:20, 123:12, 125:18, 126:14

**emperor** [4] - 9:13, 49:22, 87:12, 87:14

**empire** [1] - 24:25

**employee** [3] - 21:9, 93:16, 102:1

**employees** [13] - 45:17, 58:15, 58:23, 58:25, 66:5, 66:22, 79:24, 79:25, 80:10, 81:4, 102:8, 114:10

**employer** [1] - 52:21

**employer's** [1] - 115:1

**employment** [6] - 46:2, 46:19, 114:17, 114:19, 114:24

**empty** [1] - 96:22

**encourage** [2] - 79:8, 79:9

**end** [8] - 5:25, 31:4, 60:8, 66:19, 67:1, 87:8, 106:2, 128:19

**ending** [2] - 115:23, 116:19

**ends** [2] - 71:9

**energy** [1] - 62:16

**enforce** [1] - 51:7

**engaged** [2] - 44:8, 59:9

**engineer** [1] - 39:7

**entered** [1] - 44:14

**enterprises** [1] - 60:14

**entire** [5] - 53:19, 56:15, 86:7, 119:14, 135:9

**entirely** [2] - 68:18, 107:11

**entities** [14] - 5:6, 13:8, 13:17, 13:21, 18:8, 19:21, 24:19, 28:9, 45:12, 45:21, 46:23, 95:24, 115:5

**entitled** [4] - 5:17, 50:8, 65:17, 111:21

**ENTITLED** [1] - 136:13

**entity** [5] - 5:6, 13:18, 18:18, 93:5, 96:23

**entry** [9] - 41:13, 41:22, 74:23, 75:1, 75:3, 82:2, 82:3, 82:11, 100:6

**epic** [1] - 83:23

**episodes** [1] - 63:20

**equal** [1] - 111:20

**equally** [1] - 107:7

**equipment** [1] - 40:12

**Eric** [27] - 9:16, 9:19, 10:7, 15:15, 16:4, 17:1, 44:5, 44:7, 46:8, 46:10, 52:18, 53:13, 56:5, 67:15, 82:23, 83:9, 86:4, 86:5, 87:24, 89:15, 95:23, 97:5, 102:5, 102:23, 103:7, 105:5

**ESQUIRE** [3] - 2:13, 2:14, 2:17

**essential** [1] - 121:13

**establish** [1] - 9:21

**evading** [2] - 10:15, 43:23

**evaluate** [1] - 106:17

**evaluating** [1] - 112:19

**evasion** [1] - 53:8

**evening** [1] - 20:10

**event** [1] - 112:15

**events** [2] - 53:17, 64:11

**eventually** [5] - 10:7, 11:16, 12:16, 29:23, 66:14

**ever-growing** [1] - 62:17

**evidence** [116] - 7:9,

7:11, 7:12, 14:4, 14:6, 14:12, 15:5, 17:4, 17:23, 19:8, 22:22, 28:23, 33:6, 36:15, 37:4, 43:20, 46:6, 48:3, 49:12, 50:1, 50:14, 51:1, 53:12, 54:6, 54:8, 56:1, 56:19, 58:1, 60:6, 61:13, 61:15, 61:19, 61:20, 62:23, 63:13, 64:1, 64:12, 67:24, 68:18, 68:21, 68:25, 69:4, 69:5, 71:14, 71:17, 72:9, 73:18, 76:23, 80:19, 80:23, 85:11, 86:2, 86:10, 86:12, 86:13, 87:16, 87:22, 88:5, 93:10, 97:17, 97:21, 101:15, 101:16, 105:9, 106:13, 106:18, 106:25, 107:15, 107:21, 108:6, 108:8, 108:12, 108:16, 108:19, 108:21, 108:22, 108:25, 109:3, 109:6, 109:11, 109:12, 109:14, 109:17, 109:19, 109:20, 109:22, 109:23, 109:25, 110:1, 110:4, 110:7, 110:8, 110:21, 110:23, 111:1, 112:11, 112:16, 113:9, 113:13, 113:14, 113:16, 113:17, 113:20, 113:22, 124:15, 124:16, 127:1, 128:2, 128:12, 128:13, 128:18, 130:9, 130:13

**exactly** [3] - 20:3, 82:13, 99:4

**exam** [1] - 112:23

**example** [5] - 21:15, 23:7, 34:11, 41:10, 43:3

**examples** [1] - 41:11

**except** [2] - 86:3, 129:18

**exception** [2] - 36:3, 36:8

**Exchange** [4] - 51:5, 56:14, 61:24, 93:15

**exclude** [1] - 40:5

**excluded** [1] - 109:10

**exclusion** [1] - 124:7

**excuse** [9] - 5:7, 68:20, 106:19, 109:15, 111:25, 119:16, 121:19, 122:18, 124:12

**executed** [3] - 8:7, 9:24, 33:13

**executor** [1] - 93:22

**exercise** [1] - 122:1

**exhibit** [1] - 13:15

**Exhibit** [38] - 10:2, 10:5, 13:21, 15:17, 15:20, 17:6, 17:14, 18:6, 19:8, 19:23, 20:16, 20:20, 20:21, 22:24, 23:4, 23:14, 24:14, 25:22, 27:9, 28:14, 34:12, 35:17, 39:3, 40:18, 41:13, 43:10, 46:3, 46:7, 90:14, 90:20, 93:16, 93:19, 94:3, 94:20, 97:19, 98:17, 99:19, 102:21

**Exhibits** [1] - 36:18

**exhibits** [8] - 25:13, 30:25, 34:1, 41:8, 42:23, 105:4, 108:18, 108:21

**exist** [1] - 125:1

**existed** [3] - 73:24, 117:9, 124:22

**existing** [1] - 117:25

**exists** [3] - 59:23, 118:9, 121:15

**expanding** [2] - 29:5, 30:4

**expect** [1] - 50:7

**expense** [1] - 45:23

**expenses** [2] - 23:9, 42:20

**expensive** [2] - 37:8, 98:3

**experience** [3] - 69:13, 113:2, 113:8

**experienced** [1] - 95:9

**expert** [4] - 32:7, 73:6, 98:24, 113:4

**expertise** [4] - 39:21, 40:1, 81:24, 82:5

**experts** [3] - 38:3, 38:17, 73:20

**explain** [2] - 113:12, 132:6

**explained** [4] - 81:25, 82:5, 90:3, 134:19

**explaining** [2] - 68:22, 99:3

**explains** [1] - 102:9
**explicit** [1] - 30:15
**explore** [1] - 70:18
**export** [7] - 12:2, 13:4, 14:11, 19:7, 27:11, 29:9, 97:15
**exported** [6] - 8:21, 18:5, 27:17, 37:12, 97:16, 97:20
**exporter** [1] - 124:1
**exporting** [1] - 75:5
**exports** [3] - 18:9, 33:2, 33:5
**express** [2] - 48:15, 105:18
**extent** [3] - 4:24, 41:7, 112:21
**exterior** [1] - 73:3
**extractions** [1] - 123:23
**extreme** [3] - 12:5, 18:5, 18:10
**extrude** [1] - 100:24
**extruded** [2] - 39:17, 99:14
**extrusion** [3] - 21:4, 30:2, 33:3
**extrusions** [38] - 8:14, 8:20, 10:15, 12:3, 12:15, 13:4, 14:5, 18:4, 18:5, 18:15, 18:24, 19:2, 19:5, 19:10, 19:12, 21:7, 23:20, 26:17, 26:18, 27:15, 30:7, 36:1, 36:6, 37:17, 44:18, 49:8, 63:9, 72:23, 73:12, 73:14, 74:17, 95:5, 97:12, 97:25, 98:5, 100:4, 100:7, 124:4

**F**

**fabrication** [1] - 84:10
**face** [2] - 66:3, 84:3
**facilitate** [6] - 9:9, 15:11, 47:5, 104:11, 126:20, 127:8
**facilities** [3] - 85:6, 85:7, 101:1
**facility** [1] - 101:5
**fact** [13] - 7:25, 40:3, 54:25, 57:12, 109:24, 110:1, 110:2, 110:5, 111:1, 111:16, 113:16, 121:20, 121:21

**factor** [1] - 110:24
**factors** [1] - 112:22
**facts** [19] - 49:12, 52:10, 53:16, 55:13, 67:25, 106:10, 106:19, 106:20, 106:22, 108:19, 108:23, 109:7, 109:9, 110:9, 113:17, 113:19, 114:24, 121:1, 121:5
**failed** [15] - 50:11, 59:20, 60:8, 62:4, 63:17, 66:18, 68:7, 72:18, 84:16, 84:18, 87:18, 88:3, 88:4, 96:13, 96:24
**failing** [1] - 29:22
**failure** [1] - 71:19
**failures** [1] - 83:6
**fair** [6] - 57:13, 60:23, 88:9, 92:16, 103:6, 111:22
**faith** [1] - 79:24
**fake** [22] - 9:7, 20:4, 20:8, 20:13, 20:17, 20:19, 20:20, 21:10, 33:8, 50:22, 50:23, 57:4, 90:18, 90:24, 92:5, 94:18, 94:23, 95:1, 95:12, 97:1, 104:5, 104:6
**fall** [2] - 82:19, 97:9
**falling** [1] - 33:16
**False** [1] - 91:18
**false** [39] - 11:21, 14:1, 15:1, 17:5, 17:11, 27:5, 29:25, 31:11, 31:16, 31:19, 32:2, 32:14, 35:1, 35:4, 35:23, 36:14, 36:16, 40:25, 41:14, 41:23, 42:3, 90:10, 90:11, 90:12, 90:13, 91:13, 92:13, 92:22, 98:10, 116:12, 120:25, 121:2, 121:4, 121:6, 123:16, 125:3, 125:25, 126:4, 127:4
**falsely** [1] - 74:22
**family** [4] - 26:21, 26:22, 29:16, 52:19
**family's** [1] - 16:19
**fantastical** [1] - 70:3
**far** [3] - 4:17, 5:3, 37:8
**fashion** [2] - 67:8, 73:9
**fast** [1] - 37:6
**fatal** [9] - 49:13,

49:14, 50:15, 53:14, 55:10, 57:5, 64:1, 68:1
**fault** [1] - 79:18
**fear** [1] - 107:1
**feat** [1] - 83:25
**FEDERAL** [2] - 1:24, 136:22
**federal** [1] - 65:15
**fee** [2] - 22:12, 43:4
**feed** [1] - 100:23
**fees** [1] - 22:25
**fell** [2] - 77:18, 120:11
**fellow** [2] - 127:22, 129:1
**felt** [1] - 16:21
**few** [5] - 14:10, 41:11, 54:10, 61:10, 62:21
**fiduciary** [1] - 121:23
**fifth** [2] - 5:25, 16:16
**fight** [1] - 82:6
**figures** [1] - 113:17
**filed** [1] - 14:8
**files** [1] - 97:18
**fill** [1] - 88:2
**filled** [2] - 39:9, 78:11
**final** [6] - 12:24, 18:25, 25:8, 39:12, 58:9, 99:9
**finally** [2] - 10:23, 44:20, 65:15
**Finally** [1] - 15:9
**finance** [1] - 39:6
**financial** [1] - 11:25
**financially** [1] - 19:1
**financing** [1] - 55:9
**fine** [2] - 131:18, 131:20
**finished** [12] - 36:3, 36:8, 38:20, 39:2, 100:3, 100:8, 100:20, 101:19, 101:22, 103:2, 124:6, 131:11
**fire** [1] - 87:4
**fired** [1] - 104:3
**firmly** [2] - 71:4, 107:24
**first** [27] - 5:9, 8:11, 14:19, 22:17, 24:5, 33:25, 50:18, 53:25, 59:12, 65:3, 68:13, 68:14, 72:19, 81:1, 86:11, 89:12, 93:1, 93:11, 97:10, 100:25, 115:22, 116:18, 119:4, 120:22, 125:19, 126:16,

128:14
**fish** [1] - 53:2
**five** [5] - 62:14, 66:5, 66:25, 110:20, 120:11
**five-year** [1] - 62:14
**flat** [2] - 31:1, 82:19
**flaw** [5] - 49:14, 53:15, 55:10, 57:5, 64:1
**fleece** [1] - 65:13
**floodgates** [1] - 37:12
**floor** [1] - 16:16
**FLOWER** [1] - 2:15
**focus** [3] - 7:25, 70:10, 84:20
**focused** [1] - 70:11
**follow** [1] - 107:5
**following** [12] - 10:11, 12:8, 24:16, 108:22, 115:20, 116:17, 119:3, 120:3, 120:20, 123:12, 125:18, 126:14
**Fontana** [3] - 26:9, 26:24, 37:15
**food** [2] - 38:1, 38:13
**foolish** [1] - 125:2
**FOR** [2] - 136:7, 136:8
**FOREGOING** [1] - 136:11
**foreign** [3] - 121:12, 122:6, 122:10
**foreperson** [2] - 127:20, 129:9
**foresee** [2] - 122:4, 123:2
**foreseeable** [5] - 47:13, 104:19, 104:20, 122:5, 122:8
**foreseen** [1] - 120:13
**forgot** [1] - 16:23
**form** [23] - 10:15, 19:12, 26:18, 30:7, 33:23, 35:4, 36:1, 36:6, 36:11, 41:24, 44:18, 46:25, 47:9, 48:14, 63:18, 98:5, 100:7, 105:17, 123:7, 123:25, 124:6, 129:7, 129:9
**Form** [6] - 35:3, 35:12, 35:21, 123:14, 123:16, 123:19
**formal** [2] - 45:4, 117:10, 121:23
**FORMAT** [1] - 136:14
**forms** [5] - 35:14, 35:23, 41:6, 78:11,

85:14
**Forms** [1] - 40:25
**forward** [1] - 86:1
**founded** [1] - 74:11
**founder** [1] - 9:12
**four** [20] - 8:9, 9:21, 10:6, 11:2, 11:13, 26:7, 26:15, 37:15, 43:20, 43:22, 44:7, 45:12, 52:24, 70:9, 76:19, 85:2, 110:18, 120:9
**fourth** [4] - 5:25, 121:11, 123:18, 126:20
**frame** [1] - 53:19
**frantically** [1] - 16:5
**fraud** [66] - 6:1, 6:8, 6:9, 9:7, 9:9, 10:11, 10:14, 10:21, 10:22, 11:6, 13:1, 14:19, 27:3, 34:6, 34:22, 34:25, 35:2, 41:4, 41:6, 41:12, 42:8, 42:9, 42:12, 42:18, 43:9, 43:12, 43:24, 44:1, 44:16, 44:24, 45:22, 45:23, 46:23, 53:25, 54:13, 54:15, 55:5, 59:8, 60:19, 63:19, 63:22, 64:4, 64:5, 68:5, 84:24, 87:19, 89:12, 97:23, 97:24, 97:25, 104:16, 115:14, 116:12, 120:17, 121:18, 125:23, 126:4, 127:4
**fraudulent** [17] - 12:25, 15:11, 18:23, 19:4, 22:19, 24:25, 27:6, 75:9, 116:13, 120:25, 121:3, 123:6, 123:16, 125:3, 125:25, 126:5, 127:4
**fraudulently** [2] - 74:22, 92:11
**free** [1] - 83:22
**freedom** [2] - 50:5, 67:22
**French** [1] - 74:9
**fresh** [1] - 48:9
**FRIDAY** [1] - 1:18
**Friday** [1] - 69:23
**front** [4] - 5:14, 6:3, 69:3, 135:3
**frustrated** [2] - 81:9, 135:2
**full** [8] - 17:10, 29:15, 60:21, 87:9, 117:24, 118:21,

133:14, 134:5
**full-some** [1] - 29:15
**fully** [3] - 67:3, 100:4, 128:2
**fun** [1] - 135:6
**function** [3] - 68:9, 115:10, 115:25
**fund** [2] - 61:18, 94:4
**funds** [1] - 22:17
**Fung** [1] - 24:22
**furtherance** [8] - 104:24, 119:21, 119:24, 120:8, 122:9, 122:11, 122:22, 122:25
**furthered** [2] - 34:6, 44:22
**furthers** [1] - 118:4
**future** [4] - 62:13, 80:19, 80:23, 81:19
**Futures** [1] - 61:25

### G

**gain** [1] - 87:25
**gap** [1] - 84:13
**GARY** [1] - 1:4
**gasp** [1] - 58:9
**gears** [1] - 84:20
**general** [4] - 4:13, 69:1, 114:20, 125:6
**generated** [1] - 27:11
**Gentlemen** [43] - 14:18, 20:16, 42:10, 43:19, 47:15, 49:5, 73:15, 88:18, 88:22, 89:14, 90:18, 91:5, 91:23, 92:4, 92:18, 93:8, 94:17, 94:24, 95:13, 95:18, 96:2, 96:5, 96:7, 96:14, 97:1, 97:20, 97:23, 98:6, 98:10, 98:25, 99:10, 99:17, 100:9, 100:18, 101:6, 101:14, 101:20, 103:14, 104:1, 104:4, 104:20, 105:1, 105:11
**gentlemen** [1] - 106:1
**George** [9] - 35:10, 39:21, 41:14, 41:15, 41:20, 78:7, 98:15, 101:12, 101:14
**given** [7] - 4:17, 6:15, 52:1, 92:19, 110:6, 110:8, 113:9
**glass** [1] - 72:21
**Global** [3] - 14:7,

31:18, 96:25
**global** [1] - 24:25
**God** [3] - 132:15, 133:25, 134:16
**good-faith** [1] - 79:24
**govern** [1] - 70:20
**government** [8] - 9:1, 45:24, 46:19, 52:9, 54:1, 62:1, 63:15, 65:15
**Government** [127] - 14:14, 32:8, 32:14, 32:15, 33:18, 34:21, 35:6, 35:16, 35:22, 41:2, 41:10, 43:10, 47:22, 48:10, 49:16, 50:11, 50:18, 51:22, 52:17, 52:23, 52:25, 53:1, 53:7, 53:11, 54:6, 55:14, 55:20, 56:10, 56:15, 57:6, 57:14, 57:17, 58:10, 59:20, 60:22, 60:24, 61:1, 61:12, 61:15, 61:19, 61:22, 62:9, 63:7, 67:3, 67:7, 67:8, 67:18, 68:6, 68:10, 68:15, 70:2, 70:14, 71:5, 71:9, 71:10, 71:19, 71:21, 71:24, 72:3, 72:5, 72:13, 72:15, 72:16, 72:21, 73:9, 73:11, 74:20, 75:14, 76:2, 76:18, 77:13, 80:1, 80:14, 80:24, 81:15, 82:5, 82:15, 82:20, 82:22, 83:3, 83:11, 83:20, 84:15, 84:16, 84:18, 84:23, 85:8, 85:9, 85:11, 85:13, 85:20, 85:24, 86:25, 87:2, 87:3, 87:18, 88:2, 88:3, 88:10, 88:23, 89:3, 92:21, 92:25, 93:2, 96:3, 103:10, 107:18, 107:22, 108:1, 112:3, 112:7, 112:10, 115:20, 116:16, 118:13, 119:2, 120:2, 120:20, 122:12, 123:11, 125:7, 125:17, 126:13, 127:15, 129:4
**Government's** [21] - 6:23, 49:9, 50:18, 52:16, 57:22, 58:2, 64:7, 70:6, 72:18, 72:19, 73:6, 74:19,

76:17, 77:12, 79:22, 79:23, 80:17, 81:2, 83:8, 83:9, 87:8
**graduates** [1] - 62:18
**graph** [1] - 19:9
**great** [5] - 7:1, 52:23, 67:18, 95:8, 112:24
**greater** [1] - 112:24
**green** [1] - 62:16
**GREGORY** [1] - 2:8
**grew** [1] - 97:24
**gross** [2] - 31:2, 91:3
**ground** [6] - 78:5, 79:24, 80:12, 81:4, 81:17
**Group** [1] - 17:16
**group** [4] - 27:12, 29:17, 29:18, 94:16
**group's** [1] - 29:19
**growing** [1] - 62:17
**growth** [4] - 30:3, 62:12, 62:13, 90:12
**guess** [2] - 58:6, 134:22
**guiding** [1] - 70:19
**guilt** [5] - 49:20, 59:6, 102:12, 108:2, 130:18
**guilty** [43] - 45:9, 45:14, 45:15, 46:24, 47:15, 48:3, 64:2, 64:6, 71:7, 72:6, 83:10, 83:13, 83:18, 85:1, 85:23, 88:11, 89:7, 104:12, 105:2, 105:9, 107:16, 107:18, 107:25, 108:9, 108:10, 108:14, 108:15, 112:14, 112:16, 114:7, 114:11, 115:17, 115:19, 116:16, 120:1, 120:19, 122:24, 123:11, 125:16, 126:6, 126:12, 127:24, 127:25
**guy** [3] - 39:6, 69:5, 84:15

### H

**half** [3] - 49:20, 121:2, 132:19
**hallway** [1] - 131:10
**Hamer** [2] - 31:12, 31:20
**hand** [24] - 4:16, 10:13, 15:19, 17:24,

22:2, 22:3, 22:22, 22:23, 24:7, 24:8, 24:11, 24:12, 25:15, 25:17, 72:11, 91:1, 94:25, 95:1, 98:12, 108:11, 118:2, 133:14
**handle** [1] - 66:21
**handled** [2] - 38:7, 85:15
**handling** [1] - 129:24
**handwriting** [1] - 21:21
**handwritten** [1] - 16:9
**hang** [1] - 132:20
**harmed** [5] - 51:1, 51:17, 64:16, 64:18, 65:16
**Harriet** [1] - 20:11
**haste** [1] - 16:25
**Hawaii** [2] - 16:4, 103:8
**hear** [10] - 7:16, 8:1, 54:10, 63:13, 65:16, 71:17, 86:3, 86:6, 87:13, 110:16
**heard** [79] - 9:4, 9:16, 12:21, 13:6, 13:22, 17:17, 18:13, 18:22, 21:2, 25:5, 27:7, 27:24, 29:4, 31:11, 32:23, 35:9, 35:13, 36:9, 49:1, 49:9, 51:1, 52:19, 54:21, 56:13, 56:22, 63:2, 63:8, 64:10, 65:23, 66:4, 66:13, 73:6, 73:7, 73:25, 74:9, 76:11, 76:25, 77:1, 77:2, 77:3, 77:4, 77:5, 77:24, 78:6, 78:7, 78:9, 81:3, 81:4, 81:8, 81:17, 81:20, 81:22, 86:8, 86:21, 89:11, 89:13, 89:15, 91:23, 93:5, 93:20, 95:18, 98:10, 99:21, 100:11, 101:1, 101:6, 101:10, 101:11, 102:1, 102:8, 103:6, 106:13, 109:18, 109:25, 112:9, 112:13, 113:1, 123:21
**hearing** [2] - 50:14, 73:21
**heart** [2] - 42:17, 47:20
**heavier** [1] - 38:11
**heavy** [5] - 21:1, 37:8, 37:23, 40:3,

71:5
**heavy-duty** [3] - 21:1, 37:23, 40:3
**held** [2] - 11:15, 56:25
**HELD** [1] - 136:12
**help** [12] - 11:18, 41:16, 44:13, 90:7, 96:16, 109:5, 113:12, 116:4, 116:24, 126:10, 133:25, 134:15
**helped** [4] - 9:21, 47:8, 64:17, 117:14
**helpful** [2] - 7:6, 126:25
**helping** [2] - 20:25, 127:3
**Henry** [1] - 133:16
**Henson** [4] - 27:1, 66:24, 77:1, 104:3
**HEREBY** [1] - 136:9
**herring** [2] - 80:19, 80:21
**hide** [2] - 33:6, 56:24
**hiding** [1] - 32:18
**high** [2] - 27:2, 124:21
**higher** [1] - 30:22
**highest** [1] - 71:25
**highlight** [1] - 80:18
**highly** [1] - 74:7
**HILARY** [1] - 2:14
**himself** [5] - 11:10, 11:23, 16:12, 26:20, 38:22
**history** [2] - 64:23, 69:6
**hitting** [1] - 22:11
**hold** [3] - 29:7, 70:9, 85:2
**holding** [1] - 95:24
**Holdings** [2] - 24:24, 93:18
**hollow** [1] - 37:25
**home** [1] - 87:1
**homes** [1] - 86:19
**honest** [1] - 128:11
**Hong** [15] - 15:10, 22:4, 23:10, 24:19, 25:5, 42:25, 51:5, 56:14, 56:20, 61:24, 67:11, 93:15, 93:22, 94:1, 94:10
**Honor** [18] - 5:16, 6:5, 6:12, 6:13, 7:20, 49:4, 68:17, 68:22, 69:22, 80:7, 88:13, 88:15, 88:21, 95:13, 131:18, 131:19,

133:4, 133:9
**HONORABLE** [1] - 1:4
**hook** [1] - 53:2
**hope** [1] - 5:23
**hoped** [1] - 101:4
**hopefully** [2] - 6:21, 6:23
**hoping** [2] - 85:24
**Horvath** [5] - 38:4, 73:7, 73:25, 99:23, 101:7
**hour** [2] - 16:5, 132:19
**hours** [2] - 74:4, 74:5
**house** [8] - 35:1, 40:18, 40:20, 123:8, 125:4, 126:1, 126:5, 127:5
**housed** [2] - 76:24, 76:25
**houses** [1] - 116:13
**Howard** [1] - 103:9
**HSIEH** [5] - 2:8, 4:6, 7:20, 7:22, 8:5
**Huang** [3] - 51:2, 51:9, 55:15
**hundred** [5] - 32:21, 40:13, 95:25, 99:21, 99:24
**hundred-million** [1] - 95:25
**hundreds** [5] - 22:3, 25:25, 55:22, 62:11, 102:8
**hurt** [2] - 64:12, 64:17

## I

**ID** [1] - 75:6
**idea** [2] - 6:19, 38:21
**ideal** [1] - 38:13
**identified** [2] - 55:24, 60:3
**identifies** [1] - 118:23
**identify** [1] - 39:24
**ignorance** [2] - 124:12, 124:14
**ignore** [2] - 87:2, 107:6
**ignores** [2] - 62:9, 62:11
**illegal** [1] - 114:25
**illustrate** [1] - 30:25
**illustrative** [1] - 99:2
**image** [1] - 22:11
**impartial** [4] - 49:25,

108:5, 108:7, 108:12
**implying** [1] - 83:13
**import** [4] - 39:20, 41:16, 98:25, 124:3
**important** [19] - 17:18, 49:12, 67:2, 67:24, 68:9, 74:14, 74:15, 77:24, 79:14, 80:3, 83:11, 90:11, 106:7, 106:8, 107:7, 107:14, 111:3, 128:8, 128:17
**importantly** [4] - 51:11, 54:21, 67:6, 81:19
**importation** [6] - 37:6, 54:14, 77:10, 78:17, 81:24, 81:25
**importations** [1] - 75:16
**imported** [12] - 31:24, 35:18, 36:12, 41:24, 49:8, 54:2, 70:16, 77:16, 77:22, 96:12, 98:8, 100:13
**importer** [1] - 37:18
**importer's** [2] - 98:13
**importing** [2] - 66:2, 99:10
**imports** [2] - 79:15, 101:25
**IN** [3] - 136:7, 136:12, 136:14
**incident** [2] - 20:15, 25:18
**include** [1] - 118:17
**included** [1] - 124:1
**including** [14] - 9:14, 11:7, 19:22, 21:11, 26:8, 34:13, 44:23, 47:2, 58:19, 105:5, 116:12, 130:16, 130:17, 132:9
**income** [1] - 66:19
**incoming** [5] - 15:22, 23:2, 23:10, 24:18, 25:24
**incomplete** [1] - 50:19
**incorporate** [1] - 33:1
**Incorporated** [1] - 114:4
**INCORPORATED** [1] - 1:10
**incorporating** [1] - 95:23
**increase** [2] - 81:6, 95:10

**increased** [5] - 27:12, 29:2, 29:9, 30:2, 55:7
**increasing** [3] - 30:5, 30:8, 90:10
**incredibly** [2] - 38:6, 81:9
**incurred** [1] - 47:3
**independent** [6] - 31:15, 31:19, 51:12, 57:2, 91:17, 91:22
**indicating** [1] - 36:13
**indicted** [1] - 67:14
**indictment** [23] - 33:22, 42:13, 44:23, 45:11, 47:16, 50:13, 55:1, 83:24, 89:8, 104:13, 105:3, 107:15, 111:24, 111:25, 112:6, 115:7, 116:9, 116:21, 117:16, 120:2, 120:17, 123:5, 125:13
**indirect** [1] - 109:25
**individual** [3] - 47:3, 63:20, 70:1
**individuals** [6] - 9:15, 45:9, 45:13, 46:18, 46:23, 87:20
**induced** [4] - 47:4, 104:10, 121:25, 126:18
**industrial** [2] - 30:1, 30:16
**industry** [4] - 14:8, 19:16, 38:2, 38:17
**inflammatory** [3] - 87:11, 87:13, 103:17
**Inflammatory** [1] - 87:15
**inflate** [2] - 10:12, 44:15
**inflated** [2] - 8:13, 92:11
**inflating** [1] - 61:11
**influence** [5] - 29:17, 32:4, 107:2, 121:6, 123:19
**influenced** [3] - 107:2, 112:22, 128:25
**influencing** [6] - 32:5, 35:6, 35:16, 35:22, 121:7, 123:20
**informal** [1] - 121:23
**information** [9] - 35:10, 39:6, 39:10, 40:6, 51:6, 60:1, 80:3, 98:20, 99:3
**informing** [1] - 21:19
**infrastructure** [1] -

62:17
**initial** [1] - 11:20
**innocence** [4] - 70:21, 71:3, 71:11, 107:21
**innocent** [3] - 70:23, 71:2, 107:17
**Innovation** [1] - 26:10
**innuendo** [2] - 49:21, 59:6
**innuendoes** [2] - 87:16, 103:16
**innuendos** [2] - 87:9, 87:11
**inside** [3] - 10:21, 42:7, 77:4
**inspection** [1] - 76:9
**instance** [1] - 129:23
**instead** [4] - 13:24, 52:17, 82:18, 83:19
**institutions** [1] - 42:25
**instruct** [11] - 5:10, 13:19, 32:3, 36:4, 45:1, 50:7, 59:7, 92:20, 106:13, 123:22, 131:14
**instructed** [6] - 81:5, 81:7, 109:11, 109:13, 109:15, 128:14
**instructing** [1] - 41:21
**instruction** [2] - 4:13, 102:18
**instructions** [17] - 4:9, 4:17, 6:2, 6:17, 105:13, 106:2, 106:4, 106:8, 106:15, 107:5, 107:8, 107:13, 111:14, 115:1, 128:18, 131:6, 131:11
**integral** [5] - 11:16, 26:16, 33:9, 43:16, 97:4
**intend** [2] - 40:22, 50:10
**intended** [18] - 39:12, 40:9, 45:25, 46:12, 59:9, 59:15, 82:17, 84:17, 94:15, 95:13, 99:9, 100:20, 101:10, 109:5, 114:15, 120:23, 125:19, 126:3
**intending** [3] - 44:13, 116:4, 116:24
**intent** [33] - 15:4, 15:7, 32:16, 33:3, 33:19, 35:5, 36:17,

37:6, 40:8, 41:1, 44:14, 47:5, 54:2, 54:3, 54:5, 54:9, 59:22, 70:15, 72:13, 104:11, 104:17, 117:22, 121:9, 121:10, 122:17, 122:20, 123:17, 124:9, 124:10, 125:22, 126:20, 127:7
**intention** [1] - 127:3
**intentional** [3] - 116:14, 125:13, 127:5
**intentionally** [3] - 59:12, 76:21, 126:10
**interchangeably** [1] - 13:14
**interest** [7] - 24:3, 28:8, 28:22, 31:10, 62:24, 110:19, 117:13
**interested** [4] - 41:7, 75:18, 75:19, 87:23
**international** [12] - 8:7, 9:4, 10:18, 15:10, 19:4, 20:1, 34:25, 47:19, 70:3, 74:8, 74:11, 115:15
**International** [3] - 58:19, 58:24, 74:8
**internationally** [2] - 42:24, 43:7
**Internet** [1] - 128:16
**interpret** [2] - 29:4, 109:6
**interrupt** [1] - 7:23
**interstate** [3] - 121:12, 122:6, 122:10
**interviewed** [5] - 51:10, 51:11, 51:13, 51:15, 51:16
**inventory** [4] - 23:19, 26:23, 31:4, 91:5
**invest** [1] - 29:7
**investigated** [1] - 51:3
**investigation** [8] - 50:19, 51:21, 52:13, 55:20, 58:21, 61:23, 63:15, 128:15
**investigator** [2] - 51:9, 58:17
**investigators** [1] - 51:2
**investing** [1] - 62:13
**investment** [2] - 40:11, 40:17
**Investment** [1] - 24:23
**investments** [1] - 64:19

**investor** [5] - 29:3,
32:13, 61:16, 61:17,
61:20
**investors** [13] -
12:10, 17:19, 27:6,
27:8, 43:25, 44:1,
47:21, 62:20, 90:6,
92:12, 96:14, 104:5
**invoice** [2] - 34:14,
57:18
**invoices** [3] - 23:24,
24:16, 24:21
**involved** [4] - 8:9,
16:3, 16:13, 20:24,
33:15, 51:19, 119:10,
129:25
**involving** [4] - 11:6,
13:1, 18:24, 19:18
**IPO** [3] - 11:5, 15:13,
65:25
**IR** [1] - 93:13
**irrelevant** [4] - 80:22,
80:23, 80:25, 81:20
**IS** [2] - 136:11,
136:14
**isolated** [2] - 20:15,
25:18
**issue** [2] - 86:18,
89:25
**issued** [2] - 11:20,
85:4
**issues** [1] - 90:6
**issuing** [1] - 13:25
**Italians** [1] - 74:10
**itself** [6] - 4:18,
15:14, 32:17, 54:24,
114:22, 118:10

## J

**Jackie** [2] - 32:23,
102:15
**Jasmine** [2] - 85:21,
86:6
**jasmine** [2] - 85:22,
86:3
**Jersey** [1] - 39:4
**Jimmy** [1] - 134:7
**job** [2] - 27:1, 135:9
**jobs** [3] - 66:7,
66:22, 66:24
**John** [2] - 81:21,
81:23
**Johnson** [35] - 9:17,
10:3, 19:24, 20:10,
20:18, 20:21, 21:18,
21:21, 22:14, 25:3,
34:13, 35:11, 37:1,
39:4, 39:8, 41:14,

41:15, 41:17, 41:20,
42:1, 46:10, 60:9,
63:24, 66:17, 66:24,
94:21, 95:17, 96:6,
97:4, 97:18, 98:14,
98:18, 99:7, 102:14,
102:20
**join** [2] - 117:25,
118:20
**joined** [1] - 111:8
**joint** [1] - 29:17
**Jonathan** [2] - 58:14,
63:23
**joy** [1] - 69:23
**judge** [10] - 13:18,
25:7, 32:3, 36:4, 45:1,
49:22, 102:6, 102:7,
105:5, 135:6
**JUDGE** [1] - 1:4
**Judge** [1] - 50:7
**judged** [1] - 113:5
**JUDICIAL** [1] -
136:15
**July** [12] - 11:9,
13:23, 14:1, 15:21,
23:14, 23:17, 23:21,
23:24, 25:13, 31:8,
115:22, 116:18
**jump** [2] - 12:5,
18:11
**juries** [1] - 69:7
**juror** [1] - 49:1
**jurors** [10] - 71:4,
105:24, 127:22,
128:3, 128:4, 128:7,
129:1, 129:16,
130:11, 132:9
**jury** [27] - 6:21, 7:4,
7:5, 14:18, 42:10,
43:19, 48:16, 48:25,
68:9, 69:14, 70:6,
70:25, 73:20, 105:19,
105:24, 106:12,
106:15, 113:15,
129:17, 129:19,
130:16, 131:13,
131:14, 131:23,
132:18, 133:19,
134:10
**JURY** [1] - 135:14
**justice** [1] - 70:25

## K

**Karman** [2] - 26:11,
114:3
**KARMAN** [1] - 1:12
**Karman-Main** [1] -
114:3

**KARMAN-MAIN** [1] -
1:12
**keep** [9] - 7:17, 7:25,
8:2, 66:25, 69:8,
91:14, 92:7, 133:19,
134:9
**keeps** [1] - 73:11
**kept** [1] - 100:15
**key** [3] - 29:18, 40:2,
49:12
**Kim** [2] - 66:23, 81:8
**kind** [5] - 62:16,
63:19, 66:8, 117:3,
135:5
**Klausner** [1] - 50:7
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23,
136:7, 136:21
**knowing** [6] - 44:11,
44:15, 54:3, 116:3,
116:23, 118:9
**knowingly** [7] - 35:2,
120:22, 123:13,
124:10, 124:13,
124:17, 124:19
**knowledge** [9] -
117:24, 118:2,
118:21, 124:24,
125:6, 127:3, 127:10,
127:11, 127:12
**known** [4] - 49:18,
73:22, 73:23, 77:17
**knows** [1] - 122:2
**Kong** [15] - 15:10,
22:4, 23:10, 24:19,
25:5, 42:25, 51:5,
56:14, 56:20, 61:24,
67:11, 93:15, 93:23,
94:1, 94:10
**Koreans** [1] - 74:9
**KPMG** [1] - 51:13
**Kumar** [1] - 48:1
**KUMAR** [13] - 2:7,
4:22, 6:3, 6:13, 7:1,
68:17, 88:15, 88:21,
89:3, 131:18, 133:4,
133:9, 134:3

## L

**lack** [3] - 50:1, 87:22,
108:6
**lacking** [2] - 49:13,
67:25
**ladder** [1] - 38:20
**ladders** [1] - 38:25
**ladies** [6] - 88:22,
89:14, 97:1, 97:20,
98:10, 106:1

**Ladies** [38] - 14:18,
20:15, 42:10, 43:19,
47:14, 49:5, 73:15,
88:17, 90:17, 91:5,
91:23, 92:3, 92:18,
93:8, 94:17, 94:23,
95:13, 95:17, 96:1,
96:4, 96:7, 96:14,
97:23, 98:6, 98:25,
99:10, 99:17, 100:9,
100:18, 101:6,
101:14, 101:20,
103:14, 104:1, 104:4,
104:20, 105:1, 105:11
**laid** [1] - 67:1
**language** [2] - 87:12,
103:17
**large** [2] - 76:19,
76:24
**larger** [1] - 87:7
**largest** [2] - 65:2,
76:6
**LARSON** [2] - 2:13,
2:13
**last** [14] - 9:22,
10:23, 48:11, 53:4,
60:1, 71:18, 80:17,
81:21, 83:4, 86:20,
88:23, 133:15, 134:6
**last-ditch** [1] - 60:1
**lasts** [1] - 53:3
**late** [2] - 31:8, 92:4
**Lau** [1] - 20:11
**launching** [1] - 85:20
**laundered** [1] - 47:23
**laundering** [16] -
5:20, 9:5, 10:17,
10:18, 42:5, 44:3,
44:19, 45:23, 54:14,
59:8, 64:3, 68:6,
115:15, 116:14,
125:14, 127:6
**law** [26] - 50:6, 51:8,
70:19, 105:9, 106:14,
106:21, 106:23,
106:25, 110:5,
111:18, 111:20,
119:25, 125:8, 129:2,
130:14, 133:7
**LAW** [1] - 2:14
**lawful** [3] - 115:10,
115:25, 118:11
**lawyer** [1] - 68:8
**lawyer's** [1] - 109:2
**lawyers** [7] - 52:24,
69:24, 80:20, 108:25,
109:3, 109:4, 129:22
**lead** [3] - 51:9, 55:15,
81:15
**learned** [5] - 73:22,

74:3, 84:9, 84:10,
86:15
**learning** [1] - 124:22
**least** [14] - 25:11,
44:11, 45:25, 46:16,
64:8, 114:15, 116:3,
116:6, 116:20,
116:23, 116:25,
117:15, 119:5, 126:18
**leave** [1] - 56:24
**leaves** [1] - 107:24
**leaving** [1] - 4:14
**lectern** [2] - 133:10,
134:4
**left** [20] - 9:16, 10:13,
15:19, 17:24, 22:2,
22:22, 24:7, 24:12,
25:15, 25:17, 32:18,
40:24, 72:3, 76:13,
85:20, 91:1, 93:19,
93:24, 94:25, 131:4
**left-hand** [1] - 15:19
**legal** [1] - 72:1
**legitimate** [4] - 37:7,
49:21, 101:7, 101:9
**legitimately** [1] -
30:20
**length** [9] - 32:10,
34:8, 36:5, 36:11,
44:17, 57:14, 60:23,
96:4, 123:24
**leniency** [1] - 53:7
**lenses** [1] - 72:10
**less** [1] - 39:1
**letter** [3] - 17:2,
32:19, 93:24
**Li** [9] - 23:1, 24:17,
66:23, 77:2, 80:1,
80:15, 81:5, 101:23
**Li's** [1] - 24:2
**liabilities** [1] - 13:16
**liability** [12] - 46:20,
47:1, 47:7, 47:9,
47:10, 47:14, 102:18,
103:23, 104:15,
104:22, 111:17,
111:19
**liable** [4] - 5:5, 13:19,
103:22, 115:4
**Liaoyang** [1] - 21:20
**liberty** [1] - 50:4
**lie** [11] - 41:25,
69:14, 75:9, 75:22,
90:13, 92:4, 98:16,
99:15, 99:25
**lied** [10] - 54:5,
74:21, 74:22, 74:23,
90:8, 92:18, 93:7,
96:24, 99:19, 100:10
**lies** [11] - 12:10,

28:2, 28:14, 39:11,
53:15, 75:1, 75:3,
75:25, 90:9, 99:7,
101:11
**life** [1] - 84:11
**light** [2] - 80:15,
110:23
**lighter** [3] - 37:20,
38:12, 71:23
**lighter-weight** [2] -
37:20, 38:12
**lightweight** [3] -
38:6, 38:9, 100:2
**Limited** [3] - 24:24,
43:5, 58:24
**limited** [7] - 109:13,
109:14, 109:16,
109:17, 111:17,
111:18, 128:17
**Line** [1] - 6:6
**line** [11] - 4:15, 5:25,
6:5, 31:2, 53:2, 75:17,
81:21, 82:13, 91:3,
92:8
**lines** [2] - 5:9, 61:10
**liquidation** [1] -
76:12
**list** [2] - 33:21, 39:23
**listed** [8] - 13:13,
27:23, 28:8, 32:22,
40:5, 41:8, 44:12,
46:6
**listen** [2] - 106:7,
106:9
**listened** [3] - 75:13,
84:9, 128:3
**listening** [2] - 73:17,
76:23
**lists** [1] - 99:9
**literature** [1] - 99:2
**Liu** [119] - 8:7, 8:25,
9:12, 9:16, 9:23, 10:4,
10:7, 10:25, 11:11,
11:20, 11:23, 12:13,
13:2, 13:24, 14:22,
15:6, 15:14, 15:16,
15:19, 16:2, 16:4,
16:9, 16:23, 17:1,
17:11, 17:23, 18:3,
18:19, 18:22, 19:17,
19:20, 21:25, 22:15,
22:16, 22:18, 22:21,
23:12, 24:3, 24:9,
24:13, 25:10, 25:17,
26:3, 26:6, 26:13,
26:20, 26:22, 27:10,
27:19, 27:22, 28:3,
28:7, 28:11, 28:22,
28:24, 29:20, 31:15,
31:19, 32:16, 32:21,

32:22, 32:24, 33:7,
33:10, 33:17, 36:20,
37:23, 38:20, 39:1,
40:16, 41:25, 43:16,
44:5, 44:9, 45:19,
45:21, 45:22, 46:9,
46:10, 46:13, 47:18,
52:19, 56:16, 56:17,
57:2, 60:12, 65:23,
80:12, 82:25, 84:3,
85:22, 85:25, 91:1,
91:15, 91:19, 91:22,
91:24, 92:2, 92:10,
93:25, 95:15, 95:19,
95:24, 96:9, 96:11,
96:23, 101:3, 102:15,
102:17, 102:19,
102:20, 102:23,
103:3, 103:5
**Liu's** [7] - 10:8, 11:6,
24:25, 32:19, 56:8,
60:13, 60:14
**Lius** [1] - 16:15
**live** [1] - 38:1
**livelihood** [1] - 78:12
**Liwang** [4] - 21:13,
21:22, 34:18, 34:20
**LLC** [11] - 1:10, 1:11,
1:11, 1:12, 1:13,
111:21, 114:2, 114:3,
114:4
**LLCs** [11] - 5:4,
13:19, 70:9, 84:21,
85:1, 85:2, 85:9,
85:10, 85:12, 85:15,
115:4
**LLP** [2] - 2:13, 2:17
**loaded** [2] - 76:20,
76:21
**loan** [16] - 11:9,
11:22, 15:18, 16:11,
16:14, 17:1, 17:5,
17:9, 17:11, 17:12,
17:16, 17:20, 23:25,
24:2, 33:8, 67:12
**loaned** [2] - 15:14,
16:12
**loans** [4] - 23:3,
23:15, 57:20, 66:20
**locations** [1] -
118:23
**logistics** [1] - 6:18
**Look** [1] - 16:18
**look** [29] - 18:3, 34:8,
40:20, 44:22, 51:13,
59:10, 63:24, 64:11,
65:7, 65:8, 69:2,
71:18, 74:6, 75:17,
79:3, 82:7, 86:10,
89:19, 90:9, 90:14,

91:8, 95:2, 96:6, 97:2,
98:17, 98:25, 100:1,
102:3, 131:22
**looked** [2] - 55:21,
75:16
**looking** [6] - 9:10,
29:3, 52:3, 62:21,
104:4, 104:5
**looksy** [1] - 74:5
**Lori** [1] - 51:23
**Los** [2] - 16:18, 76:8
**LOS** [6] - 1:19, 1:25,
2:10, 2:16, 4:1, 136:3
**lose** [2] - 7:24, 64:16
**loss** [3] - 84:10,
92:21, 122:13
**lost** [5] - 27:1, 66:17,
66:21, 66:22, 66:24
**low** [1] - 99:20
**lowder** [1] - 70:8
**LOWDER** [5] - 2:14,
4:7, 5:15, 5:20, 6:4
**lowest** [1] - 99:20
**lucky** [1] - 132:11
**Luo** [2] - 33:1, 77:1
**lying** [3] - 68:16,
69:9, 91:15

## M

**mail** [19] - 19:24,
20:2, 20:3, 20:7, 20:9,
20:11, 20:12, 20:17,
20:19, 21:6, 21:17,
24:14, 24:22, 63:19,
84:4, 85:11, 93:17,
93:19, 98:18
**mailed** [2] - 94:22,
131:3
**mailing** [4] - 19:24,
22:9, 93:12, 94:6
**mails** [8] - 19:22,
28:10, 34:3, 58:11,
63:23, 94:2, 94:19,
96:5
**main** [1] - 30:16
**MAIN** [1] - 1:12
**Main** [3] - 26:11,
114:3
**maintain** [5] - 9:8,
11:18, 19:20, 42:20,
46:15
**maintained** [1] -
64:19
**majority** [1] - 37:22,
92:10
**man** [5] - 9:15,
52:18, 67:16, 68:14,
87:24

**manage** [1] - 20:25
**management** [1] -
29:18
**manipulated** [1] -
83:21
**manner** [1] - 110:18
**manufactured** [1] -
37:19
**manufacturer** [1] -
75:25
**manufacturer's** [1] -
75:6
**Mark** [10] - 23:1,
24:2, 24:15, 24:17,
25:2, 66:23, 77:2,
80:1, 81:5, 101:23
**mark** [1] - 24:9
**market** [4] - 29:5,
90:2, 100:11, 100:12
**markets** [1] - 30:17
**marking** [1] - 35:14
**mass** [3] - 13:4, 19:9,
23:20
**massive** [5] - 12:2,
14:11, 18:14, 26:25,
33:5
**match** [1] - 68:2
**material** [14] - 14:25,
32:2, 32:3, 32:14,
39:15, 39:17, 91:14,
92:18, 99:12, 99:14,
113:23, 113:25,
121:5, 121:19
**materiality** [1] -
89:23
**materially** [1] - 92:23
**materials** [1] - 39:8
**matter** [15] - 15:21,
48:15, 54:25, 60:15,
60:16, 86:17, 89:18,
89:25, 90:3, 90:4,
98:24, 103:14,
105:18, 107:10, 117:7
**MATTER** [1] - 136:13
**mattered** [2] - 62:5,
91:14
**matters** [6] - 82:2,
82:7, 90:2, 103:14,
117:13
**maxed** [1] - 38:6
**McDonald's** [2] -
66:8, 66:9
**mean** [7] - 13:20,
59:2, 90:5, 90:6,
131:1, 132:22
**meaning** [3] - 16:23,
17:9, 47:7
**means** [14] - 4:20,
19:15, 59:2, 61:13,
71:15, 72:2, 78:21,

83:15, 94:11, 115:12,
116:2, 118:22,
120:25, 126:10
**meant** [1] - 77:15
**medical** [1] - 6:20
**meek** [1] - 53:6
**meet** [2] - 50:11,
68:7
**meeting** [1] - 83:20
**meetings** [3] - 11:15,
26:20, 36:21
**melt** [7] - 40:9,
40:10, 40:17, 97:12,
100:23, 101:15,
101:16
**melted** [1] - 40:12
**melting** [4] - 40:12,
101:1, 101:5, 101:10
**member** [17] - 29:16,
29:18, 44:10, 47:12,
104:16, 104:22,
104:23, 116:3,
116:22, 117:20,
118:21, 119:19,
119:23, 120:6,
122:15, 122:19,
129:17
**members** [14] - 7:4,
9:14, 48:25, 51:10,
51:12, 104:25,
106:12, 116:5,
116:25, 118:19,
118:23, 119:25,
120:9, 127:19
**memory** [8] - 7:13,
7:18, 83:6, 84:9,
109:8, 110:17,
128:24, 128:25
**mention** [2] - 28:9
**mentioned** [4] - 12:1,
13:3, 31:10, 86:7
**merchandise** [14] -
36:3, 36:8, 39:2,
39:11, 39:24, 99:3,
99:8, 100:3, 100:9,
100:20, 101:19,
101:22, 103:2, 124:7
**merely** [4] - 85:5,
118:7, 118:8, 126:22
**merged** [2] - 13:8,
18:8
**met** [7] - 16:9, 41:15,
52:25, 66:22, 71:5,
102:15, 117:12
**metric** [2] - 38:24,
40:19
**Mexico** [2] - 18:18,
66:15
**microphone** [2] -
8:1, 89:1

**middle** [1] - 65:7
**might** [5] - 75:18, 75:19, 81:10, 119:13, 130:3
**mild** [1] - 53:6
**miles** [1] - 67:11
**million** [58] - 8:21, 11:9, 11:22, 12:6, 12:7, 12:20, 15:14, 15:18, 15:22, 16:1, 16:14, 17:5, 17:15, 18:9, 18:11, 18:13, 23:15, 23:18, 24:16, 25:16, 25:18, 25:20, 25:21, 26:2, 30:7, 30:21, 31:3, 31:22, 31:24, 33:8, 34:16, 34:17, 35:18, 37:6, 39:14, 40:11, 40:19, 43:4, 43:7, 52:20, 56:24, 63:2, 65:25, 67:12, 83:22, 83:24, 89:17, 90:22, 91:5, 94:9, 94:14, 95:25, 96:12, 97:25, 98:1, 100:14
**millions** [3] - 22:3, 25:25, 37:12
**mind** [4] - 7:17, 36:23, 71:16, 135:5
**minimal** [1] - 90:12
**minor** [2] - 45:3, 119:17
**minus** [1] - 43:4
**minute** [4] - 82:24, 103:19, 132:21, 134:21
**minutes** [6] - 54:10, 104:8, 105:12, 105:15, 105:20, 131:9
**misinformation** [1] - 61:4
**missing** [2] - 49:12, 67:24
**mistake** [4] - 53:14, 79:4, 124:12, 124:14
**MOD** [1] - 4:20
**modification** [3] - 5:13, 5:22, 6:10
**modifications** [1] - 4:11
**modified** [6] - 4:10, 4:21, 4:24, 5:3, 5:8, 19:4
**modifying** [1] - 4:14
**moment** [4] - 33:20, 55:14, 84:21, 88:16
**Monday** [4] - 129:23, 129:24, 132:23, 134:20

**money** [90] - 9:5, 9:15, 10:17, 10:18, 10:20, 11:10, 11:12, 11:14, 11:17, 11:24, 14:24, 15:15, 16:6, 19:19, 22:10, 22:11, 24:3, 24:7, 24:9, 24:12, 24:20, 25:1, 25:15, 25:16, 25:22, 26:1, 26:3, 26:12, 28:11, 32:5, 32:17, 34:4, 34:7, 35:20, 40:23, 40:24, 42:5, 42:6, 42:8, 42:15, 42:17, 42:18, 42:20, 44:2, 44:19, 45:23, 46:14, 47:24, 51:14, 51:25, 52:2, 54:13, 54:23, 55:11, 55:17, 56:1, 56:7, 56:18, 57:6, 57:8, 57:11, 57:12, 57:16, 58:2, 58:4, 59:3, 59:8, 59:18, 59:22, 60:12, 60:13, 63:21, 64:3, 65:19, 68:6, 92:25, 93:8, 94:8, 94:13, 95:15, 115:15, 116:14, 120:24, 121:7, 122:13, 125:14, 125:20, 127:6
**Money** [1] - 5:20
**month** [1] - 23:24
**month's** [1] - 25:15
**month-to-date** [1] - 23:24
**months** [2] - 14:10, 82:9
**morning** [9] - 4:5, 4:6, 4:7, 6:19, 6:24, 53:12, 57:7, 61:4, 62:5
**most** [7] - 16:17, 29:20, 53:12, 54:21, 56:10, 67:2, 67:6
**move** [3] - 7:7, 7:10, 66:12
**moved** [2] - 16:23, 25:9
**moving** [10] - 9:5, 10:20, 23:23, 24:3, 32:17, 33:2, 39:11, 42:22, 46:22, 99:8
**MR** [12] - 4:6, 4:7, 5:15, 5:20, 6:4, 6:11, 7:20, 7:22, 8:5, 49:4, 68:22, 69:2
**MS** [17] - 4:22, 6:3, 6:13, 7:1, 68:17, 69:22, 88:13, 88:15,

88:21, 89:3, 104:9, 131:18, 131:19, 133:4, 133:5, 133:9, 134:3
**multimillion** [1] - 39:11
**multiple** [2] - 21:2, 91:24
**must** [36] - 22:16, 49:25, 55:3, 59:8, 59:10, 68:5, 71:7, 72:6, 86:1, 87:4, 94:4, 106:24, 107:5, 109:1, 109:14, 109:15, 109:17, 111:8, 114:11, 114:19, 115:20, 116:16, 117:14, 120:1, 120:20, 121:20, 122:7, 122:11, 123:1, 123:11, 125:17, 126:14, 127:1, 127:25

## N

**name** [8] - 5:6, 58:13, 58:19, 95:20, 133:14, 133:15, 134:5, 134:6
**named** [1] - 27:25
**namely** [1] - 115:14
**names** [3] - 13:6, 13:13, 21:23
**narrow** [1] - 70:2
**nary** [2] - 83:24
**national** [1] - 107:3
**natural** [5] - 32:4, 120:13, 121:6, 123:2, 123:19
**nature** [2] - 106:5, 122:7
**near** [1] - 112:5
**necessarily** [2] - 111:2, 114:22
**necessary** [7] - 112:3, 112:7, 117:10, 118:19, 120:13, 123:2, 129:13
**need** [17] - 7:9, 20:22, 37:2, 38:10, 42:11, 43:12, 43:19, 44:20, 45:4, 45:5, 70:19, 71:18, 72:8, 88:15, 115:16, 122:4, 125:7
**needed** [4] - 13:2, 38:8, 51:6, 135:10
**needs** [3] - 20:2, 42:6, 71:24

**negative** [1] - 60:18
**negligent** [1] - 125:2
**nervous** [1] - 16:14
**never** [2] - 17:12, 37:19, 38:5, 51:3, 51:4, 51:10, 51:11, 51:12, 51:15, 52:1, 54:9, 57:7, 71:22, 90:19, 100:14, 101:22, 132:12, 132:25
**new** [2] - 21:1, 95:8
**New** [3] - 37:18, 39:4, 100:16, 100:17
**next** [13] - 9:22, 30:19, 34:9, 42:22, 52:22, 61:2, 76:2, 76:17, 77:12, 79:22, 79:23, 93:6
**Nguyen** [3] - 31:20, 66:23, 81:8
**nice** [1] - 75:15
**night** [1] - 76:14
**nine** [1] - 82:15
**nobody** [1] - 102:15
**nominee** [1] - 102:16
**non** [1] - 44:17
**non-arm's** [1] - 44:17
**nondisclosure** [1] - 28:20
**none** [3] - 3:5, 110:13, 132:8
**normal** [1] - 39:20
**NORTH** [2] - 1:24, 2:10
**notation** [1] - 84:5
**note** [5] - 16:9, 17:7, 23:13, 28:21, 129:15
**noted** [6] - 18:6, 21:10, 31:14, 31:18, 33:4, 35:25
**notes** [7] - 24:24, 27:10, 98:22, 128:22, 128:23, 128:24, 129:1
**nothing** [12] - 49:10, 57:9, 60:11, 63:6, 63:16, 66:1, 67:11, 73:16, 77:25, 84:5, 85:13, 86:14
**notice** [2] - 20:8, 39:5
**noting** [2] - 20:2, 22:20
**November** [2] - 12:22, 91:19
**number** [23] - 13:25, 18:12, 20:22, 28:15, 30:21, 79:8, 79:10, 110:15, 110:16, 110:17, 110:18,

110:24, 111:2, 114:12, 115:9, 115:13, 116:2, 116:4, 120:5, 120:6, 120:8, 120:11, 123:15
**Number** [7] - 101:3, 110:19, 110:20, 110:22, 120:7, 126:17
**numbers** [5] - 5:1, 23:22, 26:1, 42:23, 105:4
**numerically** [1] - 130:16
**numerous** [1] - 12:10
**NW** [1] - 2:18

## O

**o'clock** [4] - 48:18, 48:19, 131:4, 134:20
**oath** [2] - 53:6, 67:4
**object** [4] - 117:16, 117:22, 118:4, 119:7
**Objection** [1] - 68:17
**objections** [1] - 108:24
**objective** [1] - 55:13
**objects** [4] - 44:11, 116:4, 116:23, 119:6
**obligation** [4] - 71:13, 89:5, 98:13
**obligations** [1] - 13:16
**obstructing** [2] - 115:10, 115:25
**obtain** [1] - 120:24
**obtained** [1] - 51:4
**obvious** [2] - 77:15
**occur** [1] - 122:9
**occurred** [4] - 44:25, 53:17, 84:25, 122:11
**October** [1] - 11:11
**odds** [1] - 66:3
**OF** [15] - 1:1, 1:2, 1:6, 1:17, 2:5, 2:6, 2:12, 135:14, 136:1, 136:3, 136:5, 136:9, 136:11, 136:14, 136:15
**offense** [8] - 111:25, 112:8, 114:8, 115:17, 119:15, 119:16, 122:24, 123:1
**offenses** [3] - 112:4, 115:14, 116:12
**offer** [1] - 60:4
**offered** [3] - 3:5, 82:15, 82:22

**offering** [1] - 11:20
**officer** [1] - 45:17
**officers** [1] - 114:9
**official** [2] - 20:11, 24:14
**OFFICIAL** [3] - 1:24, 136:7, 136:22
**oftentimes** [1] - 25:3
**old** [1] - 82:24
**Oliver** [2] - 40:15, 93:24
**Olivia** [2] - 21:11, 66:23
**omitted** [1] - 40:2
**ON** [2] - 2:6, 2:12
**on-the-ground** [1] - 81:4
**once** [3] - 21:25, 37:11, 131:6
**one** [108] - 4:20, 5:15, 5:16, 5:17, 5:21, 6:13, 7:15, 8:4, 8:16, 8:23, 10:11, 12:20, 13:11, 14:10, 15:23, 19:6, 30:7, 38:21, 39:1, 39:13, 40:19, 43:13, 43:20, 44:11, 44:20, 45:16, 45:20, 46:13, 47:4, 50:5, 52:16, 56:1, 56:3, 56:4, 56:10, 56:16, 58:9, 58:18, 60:10, 60:13, 60:14, 61:2, 61:17, 61:22, 62:2, 62:5, 63:25, 64:12, 64:13, 64:21, 64:22, 67:2, 67:4, 67:21, 68:14, 70:13, 70:16, 72:2, 75:2, 76:6, 85:13, 85:14, 85:16, 86:8, 88:23, 95:19, 103:11, 104:23, 110:1, 110:15, 111:6, 114:12, 114:14, 115:9, 115:16, 116:3, 116:5, 116:6, 116:21, 116:23, 116:24, 116:25, 117:5, 117:14, 117:15, 117:20, 117:25, 118:2, 118:7, 118:14, 118:20, 119:5, 119:23, 120:5, 121:24, 122:2, 122:4, 123:1, 123:13, 126:19, 127:19, 129:15, 131:7, 132:14
**ones** [2] - 69:7, 69:10
**Ontario** [1] - 26:9

**open** [1] - 129:20
**opened** [2] - 15:24, 37:12
**opening** [11] - 6:23, 49:1, 72:19, 72:22, 74:21, 74:24, 76:3, 76:5, 76:18, 83:9, 109:4
**openly** [2] - 77:3, 85:7
**operates** [1] - 99:4
**operating** [1] - 39:20
**operational** [1] - 22:18
**opinion** [4] - 107:1, 113:5, 113:9, 128:5
**opinions** [4] - 48:15, 105:18, 113:3
**opportunity** [5] - 88:24, 92:14, 92:19, 110:15, 127:13
**opposite** [1] - 67:9
**orange** [1] - 19:9
**orchestrate** [2] - 19:17, 47:18
**order** [32] - 20:4, 20:8, 20:12, 20:13, 20:19, 20:20, 21:1, 21:16, 22:1, 36:2, 36:24, 48:21, 55:6, 63:4, 64:17, 64:25, 77:14, 77:18, 85:4, 86:2, 113:12, 115:18, 116:15, 120:18, 123:10, 124:2, 124:7, 125:16, 133:22, 134:12
**ordered** [2] - 133:25, 134:15
**orders** [23] - 12:23, 18:3, 18:12, 18:25, 19:15, 20:23, 21:3, 21:10, 21:11, 28:12, 28:17, 36:7, 40:23, 41:19, 41:22, 78:5, 78:24, 95:9, 97:7, 98:3, 100:3, 102:3
**ordinarily** [1] - 122:1
**ordinary** [2] - 76:13, 122:3
**organizations** [1] - 56:9
**origin** [2] - 75:6, 75:24
**original** [1] - 118:22
**originally** [1] - 118:2
**otherwise** [4] - 61:1, 111:15, 130:17, 131:8
**Otterbein** [7] - 31:12, 39:6, 39:7, 39:9,

39:10, 98:18, 99:7
**ought** [1] - 6:11
**outcome** [2] - 36:21, 110:19
**outgoing** [1] - 25:25
**outside** [12] - 9:5, 10:20, 27:1, 37:15, 42:6, 68:17, 68:19, 77:5, 77:8, 125:21, 128:20, 132:6
**overall** [1] - 119:1
**overly** [1] - 128:25
**overseas** [2] - 29:8, 30:17
**oversight** [1] - 57:1
**overt** [6] - 44:21, 44:24, 116:6, 116:25, 118:10, 118:14
**overview** [1] - 34:3
**overwhelming** [1] - 62:23
**owed** [1] - 54:4
**own** [7] - 10:13, 52:7, 55:8, 70:7, 92:8, 128:11, 128:24
**owned** [4] - 13:12, 60:8, 91:25, 95:16
**owner** [9] - 32:21, 32:24, 46:17, 60:9, 66:17, 85:21, 92:3, 92:11, 95:17
**owners** [1] - 46:5
**ownership** [3] - 39:14, 66:17, 99:12

## P

**packets** [2] - 75:2, 75:3
**page** [4] - 42:23, 75:17, 75:18, 79:9
**PAGE** [1] - 136:13
**pages** [2] - 62:11, 102:9
**paid** [17] - 11:22, 11:23, 14:23, 22:2, 24:21, 26:15, 52:6, 55:8, 57:13, 57:16, 57:18, 57:24, 60:21, 60:25, 63:22, 90:24, 124:3
**painful** [1] - 88:7
**paint** [1] - 80:14
**painter** [1] - 135:6
**pallet** [15] - 36:6, 36:12, 37:19, 38:4, 38:5, 38:15, 40:4, 54:14, 73:22, 74:14, 74:15, 90:10, 101:8,

124:6
**pallets** [141] - 8:20, 8:21, 10:15, 12:16, 12:19, 13:5, 14:5, 14:9, 18:14, 18:20, 18:21, 19:13, 20:4, 20:12, 20:13, 21:2, 21:19, 22:1, 23:19, 26:18, 26:25, 30:16, 33:2, 35:18, 36:2, 36:10, 37:7, 37:10, 37:12, 37:16, 37:20, 37:22, 37:25, 38:6, 38:9, 38:10, 38:12, 38:14, 38:23, 39:2, 39:11, 39:14, 40:10, 40:13, 40:23, 41:21, 41:25, 42:2, 44:19, 49:7, 50:23, 52:7, 53:22, 53:23, 53:24, 54:2, 54:5, 54:16, 54:18, 54:23, 54:24, 55:8, 55:11, 57:13, 57:20, 57:24, 59:16, 60:21, 61:7, 61:9, 62:22, 63:14, 65:5, 65:9, 65:10, 66:11, 66:13, 68:5, 70:16, 72:23, 73:2, 73:12, 73:14, 73:16, 73:18, 73:20, 74:1, 74:4, 74:6, 74:12, 74:13, 74:17, 74:18, 75:8, 75:11, 75:20, 75:21, 75:22, 75:24, 76:3, 76:19, 77:2, 77:8, 77:16, 77:18, 77:21, 77:25, 78:15, 79:25, 80:11, 81:3, 81:10, 81:12, 90:11, 95:4, 95:7, 96:12, 96:18, 98:5, 98:8, 99:8, 99:18, 100:2, 100:7, 100:12, 100:13, 100:17, 101:2, 101:4, 103:2, 103:24, 104:5, 104:6, 123:25, 124:3
**paltry** [2] - 23:14, 23:18
**paper** [4] - 4:18, 4:20, 79:6, 95:20
**papers** [6] - 35:1, 116:13, 125:4, 125:25, 126:5, 127:4
**paperwork** [4] - 76:1, 78:8, 78:21
**parent** [1] - 13:11
**parents** [1] - 29:19
**parking** [1] - 104:3
**part** [29] - 8:11, 8:17,

8:24, 9:3, 10:5, 11:6, 14:25, 24:22, 24:25, 26:16, 27:5, 32:5, 33:9, 34:24, 44:16, 45:25, 46:16, 54:15, 54:18, 65:5, 67:9, 67:12, 70:12, 79:14, 110:13, 114:16, 121:5, 121:7, 121:13
**participate** [2] - 119:2, 119:15
**participated** [2] - 120:22, 127:9
**participating** [2] - 16:22, 117:21
**participation** [2] - 45:2, 119:17
**particular** [7] - 34:2, 117:18, 124:19, 124:21, 125:1, 126:7, 126:13
**particularly** [3] - 89:13, 106:3, 106:5
**parties** [9] - 8:16, 28:18, 28:21, 29:15, 31:21, 59:25, 91:22, 108:19
**Partners** [1] - 17:15
**partnership** [1] - 117:4
**parts** [1] - 100:4
**party** [16] - 27:21, 28:6, 29:23, 30:17, 31:23, 60:3, 60:17, 90:4, 90:12, 90:18, 90:21, 90:25, 91:17, 93:3, 121:24, 121:25
**pass** [2] - 69:14, 83:22
**passed** [3] - 35:3, 37:11, 123:13
**passing** [7] - 35:1, 116:12, 123:5, 125:3, 125:25, 126:4, 127:4
**past** [7] - 8:8, 9:11, 14:21, 47:17, 69:6, 69:15, 130:7
**patrol** [2] - 116:1, 123:7
**pay** [7] - 11:18, 16:20, 23:8, 25:23, 42:19, 68:4
**payable** [3] - 17:16, 23:15, 23:25
**paying** [4] - 22:22, 59:16, 95:1, 100:22
**payment** [3] - 34:14, 94:11, 94:16
**payments** [4] - 23:2, 24:3, 54:16, 54:17

**payroll** [1] - 66:25
**PCA** [6] - 8:15, 31:14, 32:20, 42:16, 91:15, 91:21
**penalties** [1] - 49:16
**Peng** [5] - 10:4, 17:1, 32:19, 46:10, 91:15
**Pengcheng** [11] - 13:7, 24:15, 29:23, 34:16, 34:18, 35:11, 41:16, 42:16, 43:1, 94:14, 94:15
**penned** [1] - 17:1
**people** [12] - 7:16, 44:4, 55:19, 57:2, 58:13, 60:13, 67:19, 73:19, 78:5, 80:13, 81:17, 104:18
**per** [1] - 37:21
**percent** [15] - 19:2, 27:13, 28:5, 29:3, 29:10, 30:3, 30:10, 32:21, 53:22, 84:6, 95:10, 95:12, 99:21, 99:24
**percentage** [3] - 27:11, 28:15, 29:12
**PERFECTUS** [2] - 1:9, 1:10
**Perfectus** [113] - 8:9, 8:15, 8:25, 9:17, 10:3, 10:19, 11:17, 12:14, 13:1, 13:8, 13:9, 13:10, 13:21, 14:23, 14:24, 15:6, 17:25, 18:7, 18:8, 18:9, 18:24, 19:18, 19:21, 19:25, 20:7, 21:9, 21:18, 22:6, 22:9, 22:10, 22:13, 22:23, 23:1, 23:5, 23:8, 23:12, 24:4, 24:8, 24:11, 25:2, 25:4, 25:11, 25:14, 25:17, 25:21, 25:23, 26:4, 26:6, 26:15, 27:20, 28:9, 28:10, 28:24, 29:21, 29:24, 30:13, 30:24, 31:2, 31:14, 31:24, 32:18, 33:8, 34:4, 34:6, 37:1, 39:5, 40:24, 41:18, 42:1, 42:15, 42:19, 43:17, 45:12, 45:20, 46:5, 47:2, 47:20, 49:6, 50:24, 52:7, 54:2, 54:16, 54:24, 55:11, 55:17, 56:2, 57:13, 59:4, 59:9, 59:15, 60:2, 60:7, 60:25,

65:22, 66:1, 67:4, 67:7, 69:16, 81:2, 81:3, 90:14, 91:4, 91:21, 92:3, 93:6, 94:7, 102:2, 102:14, 102:17, 114:4, 114:5
**Perfectus/PCA** [1] - 13:14
**performance** [2] - 114:20, 118:17
**performed** [4] - 116:5, 116:25, 119:20, 120:7
**performing** [1] - 120:7
**perhaps** [3] - 52:12, 88:7, 117:14
**period** [12] - 16:1, 45:3, 55:23, 56:15, 60:7, 64:20, 86:17, 103:8, 103:13, 103:15, 118:16, 119:18
**permanent** [1] - 73:8
**permanently** [1] - 100:5
**permit** [3] - 27:2, 133:21, 134:11
**permitted** [1] - 113:2
**person** [20] - 16:15, 29:15, 32:5, 61:18, 81:21, 94:12, 111:23, 117:23, 118:6, 119:15, 120:6, 120:7, 120:9, 121:7, 126:18, 126:23, 126:25, 127:3, 133:21, 134:11
**person's** [4] - 29:16, 45:2, 107:3, 119:17
**personal** [2] - 20:3, 20:17, 106:25
**personally** [3] - 39:24, 118:14, 126:7
**personnel** [1] - 29:18
**persons** [10] - 17:8, 45:17, 111:19, 111:20, 113:1, 114:10, 115:24, 116:20, 117:4, 118:8
**persuades** [1] - 128:6
**Peterson** [3] - 81:21, 81:23, 82:14
**petition** [1] - 14:9
**PH** [1] - 1:25
**pharma** [1] - 38:14
**pharmaceutical** [1] - 38:2
**phone** [1] - 37:3
**phony** [1] - 57:18

**photograph** [2] - 77:7
**photos** [1] - 87:20
**pick** [2] - 61:5, 61:7
**picked** [1] - 61:16
**picture** [1] - 26:24
**pictures** [1] - 18:17
**piece** [3] - 70:10, 71:17, 72:12
**pieces** [5] - 46:22, 70:12, 79:5, 130:10, 130:12
**pile** [1] - 86:5
**piles** [1] - 26:25
**pivot** [1] - 13:3
**place** [8] - 19:15, 20:4, 20:19, 100:25, 125:20, 125:21, 133:20, 134:10
**placed** [1] - 28:12
**places** [1] - 56:8
**placing** [2] - 20:8, 20:12
**PLAINTIFF** [2] - 1:7, 2:6
**plan** [8] - 8:19, 62:14, 96:12, 97:11, 117:15, 117:21, 120:23, 120:24
**planning** [1] - 63:5
**Plastics** [3] - 27:24, 27:25, 93:5
**play** [1] - 19:11
**played** [1] - 97:3
**players** [1] - 43:16
**plea** [3] - 52:24, 83:13, 112:16
**plead** [2] - 83:10, 83:18
**pleasure** [3] - 73:21, 134:24, 135:3
**pled** [2] - 107:16, 112:14
**pockets** [1] - 92:9
**point** [4] - 7:8, 82:6, 85:17, 97:16
**pointed** [1] - 101:23
**policy** [1] - 115:2
**Poonam** [1] - 48:1
**POONAM** [1] - 2:7
**poor** [1] - 39:21
**population** [1] - 62:17
**port** [4] - 76:7, 76:9, 76:13, 76:16
**portion** [4] - 19:9, 27:16, 30:19, 46:7
**ports** [1] - 76:7
**position** [2] - 60:24, 89:20

**possible** [3] - 24:16, 80:14, 108:2
**POTASHNER** [6] - 2:14, 69:22, 88:13, 104:9, 131:19, 133:5
**Potashner** [2] - 54:11, 106:2
**potential** [2] - 12:10, 44:1
**pounds** [6] - 19:6, 37:19, 38:14, 40:4, 40:13, 99:20
**power** [2] - 8:6, 47:18
**PowerPoint** [1] - 40:2
**PPEs** [1] - 13:17
**practical** [1] - 37:8
**PRC** [1] - 123:23
**pre2009** [1] - 15:13
**precisely** [2] - 112:8, 127:16
**precluded** [1] - 63:5
**predated** [1] - 86:20
**predecessor** [8] - 5:5, 5:6, 13:8, 13:21, 18:8, 19:21, 28:9, 115:5
**predecessors** [1] - 13:20
**prejudice** [2] - 107:1, 110:20
**preliminary** [2] - 12:23, 18:25
**preposterous** [1] - 100:18
**present** [3] - 71:14, 107:21, 126:25
**presented** [5] - 76:16, 77:17, 84:15, 87:10, 105:3
**preside** [1] - 127:20
**president** [2] - 9:20, 58:14
**PRESIDING** [1] - 1:4
**presumed** [2] - 70:23, 107:17
**presumption** [2] - 70:21, 71:3
**pretenses** [1] - 120:25
**pretty** [4] - 66:3, 68:3, 86:11
**price** [1] - 92:12
**prices** [1] - 57:14
**primarily** [1] - 53:17
**principles** [1] - 70:19
**private** [6] - 51:19, 56:9, 58:20, 58:24, 133:20, 134:10

**probability** [1] - 124:21
**problem** [21] - 52:15, 52:16, 60:17, 60:21, 61:18, 64:7, 73:11, 74:18, 74:20, 74:24, 76:4, 76:17, 77:12, 79:22, 79:23, 80:17, 83:16, 84:1, 86:15, 96:13, 98:2
**problems** [3] - 50:17, 83:8, 130:7
**procedures** [1] - 22:18
**proceed** [3] - 7:19, 7:20, 131:25
**PROCEEDINGS** [3] - 1:17, 135:13, 136:12
**process** [7] - 20:23, 70:5, 76:10, 76:11, 76:12, 106:18, 106:20
**processed** [5] - 12:17, 29:2, 30:1, 30:5, 78:22
**processing** [1] - 40:19
**procured** [3] - 47:4, 104:11, 126:18
**producer** [1] - 124:1
**product** [15] - 12:6, 19:6, 26:23, 30:16, 32:11, 38:20, 82:2, 82:8, 90:2, 95:8, 97:13, 99:5, 100:1, 100:24
**PRODUCTION** [1] - 1:12
**Production** [2] - 26:9, 114:4
**production** [1] - 30:4
**products** [10] - 30:2, 30:5, 30:6, 63:5, 75:4, 77:11, 78:19, 81:7, 85:7, 91:11
**professional** [4] - 78:10, 87:24, 135:4, 135:8
**profile** [1] - 27:2
**profit** [1] - 90:12
**profitable** [1] - 97:3
**profits** [4] - 57:25, 60:10, 60:19, 90:3
**prominent** [2] - 67:19, 67:20
**promise** [3] - 72:24, 74:24, 112:10
**promised** [2] - 73:10, 73:13
**promises** [1] - 121:1
**promising** [1] -

83:12
  **promote** [4] - 10:21,
42:8, 125:23, 126:3
  **promoted** [4] -
42:11, 42:18, 43:8,
43:11
  **promotion** [1] -
10:18
  **promotional** [5] -
9:5, 115:15, 116:14,
125:14, 127:5
  **proof** [37] - 48:12,
49:13, 49:24, 50:2,
50:4, 50:9, 50:12,
52:10, 55:10, 55:16,
56:7, 57:8, 58:7, 60:4,
62:7, 65:19, 67:25,
68:2, 70:21, 71:20,
71:22, 71:23, 71:24,
71:25, 72:1, 82:21,
84:14, 88:4, 89:4,
94:5, 107:23, 107:24,
109:23, 110:1, 113:16
  **property** [5] - 32:6,
50:5, 120:25, 121:8,
122:14
  **proportions** [1] -
83:23
  **prosecution** [1] -
112:12
  **prosecutor** [1] - 57:7
  **prosecutors** [1] -
54:22
  **Prospectus** [3] -
5:18, 125:10, 125:12
  **prospectus** [2] -
11:21, 17:6
  **protect** [5] - 19:16,
62:25, 63:1, 65:14,
92:9
  **protected** [1] - 64:19
  **Protection** [6] -
37:10, 40:7, 43:23,
45:6, 79:12, 115:11
  **prove** [37] - 41:8,
54:9, 56:10, 57:6,
59:21, 61:1, 71:11,
72:5, 72:13, 72:15,
72:16, 73:10, 73:13,
84:16, 84:18, 86:2,
87:18, 88:3, 89:5,
92:21, 93:2, 107:18,
107:21, 110:4, 112:4,
112:7, 115:20,
116:16, 118:14,
120:20, 122:12,
123:11, 125:7,
125:17, 126:12,
126:14, 127:15
  **proved** [4] - 14:15,

57:17, 120:2, 129:5
  **proven** [8] - 34:21,
41:2, 46:19, 67:7,
70:14, 84:23, 88:10,
92:25
  **proves** [2] - 108:2,
119:3
  **provide** [3] - 41:11,
82:21, 88:4
  **provided** [12] -
11:10, 11:14, 17:11,
26:13, 29:14, 61:13,
61:15, 61:20, 82:20,
83:21, 129:2, 129:7
  **provides** [1] - 39:5
  **providing** [3] -
11:10, 11:12, 15:14
  **proving** [3] - 71:6,
71:8, 107:22
  **provisions** [1] -
125:8
  **proxy** [1] - 83:13
  **public** [22] - 8:12,
11:20, 12:1, 12:9,
16:7, 17:18, 17:20,
17:21, 50:21, 51:19,
54:19, 56:14, 56:17,
56:20, 56:21, 57:25,
58:18, 59:14, 68:4,
97:9, 107:1, 133:2
  **publicly** [4] - 56:25,
93:14, 93:22, 94:1
  **published** [1] - 77:24
  **pulled** [1] - 16:17
  **pulling** [1] - 6:4
  **punishment** [2] -
129:2, 129:4
  **purchase** [8] - 9:7,
9:8, 21:10, 21:15,
46:15, 90:15, 97:10,
102:2
  **purchased** [3] -
26:12, 85:3, 85:19
  **purchases** [1] -
29:11
  **purely** [1] - 108:4
  **purported** [4] -
28:17, 30:9, 32:10,
34:14
  **purportedly** [2] -
28:5, 30:20
  **purporting** [1] - 8:13
  **purpose** [9] - 91:8,
95:22, 109:13,
109:16, 116:7,
117:22, 118:4,
118:12, 125:5
  **purposes** [2] - 117:1,
125:3
  **PURSUANT** [1] -

136:9
  **put** [13] - 19:15, 20:7,
21:16, 38:16, 41:15,
56:18, 64:21, 69:11,
82:18, 86:4, 98:15,
98:16, 101:24
  **putting** [2] - 22:18,
87:20
  **puzzle** [1] - 130:10,
130:12

## Q

  **qualified** [2] - 74:13,
135:8
  **qualify** [3] - 36:3,
36:8, 124:6
  **quantities** [6] - 8:14,
14:11, 18:15, 23:20,
30:11, 30:23
  **quarter** [2] - 52:20,
67:16
  **quarter-billion-
dollar** [1] - 67:16
  **questions** [5] -
39:19, 51:20, 108:24,
130:6, 130:21
  **quick** [1] - 74:5
  **quicker** [1] - 42:4
  **quickly** [1] - 16:23
  **quite** [1] - 83:25
  **quote** [1] - 94:15

## R

  **R&B** [2] - 28:4, 30:21
  **race** [1] - 107:3
  **Rainbow** [1] - 43:5
  **raise** [1] - 133:13
  **ran** [1] - 60:11
  **ranging** [4] - 8:7,
10:10, 47:19, 70:3
  **rather** [4] - 48:6,
52:10, 122:7, 131:21
  **raw** [2] - 39:15, 99:12
  **re** [1] - 100:24
  **re-extrude** [1] -
100:24
  **reach** [4] - 24:20,
127:22, 128:9, 128:13
  **reached** [2] - 129:8,
130:19
  **reaches** [1] - 37:1
  **reaching** [1] - 108:20
  **read** [10] - 72:20,
79:14, 80:5, 80:8,
82:12, 105:6, 105:13,
106:6, 107:7, 131:6

  **ready** [2] - 7:19,
129:11
  **real** [26] - 5:12,
20:13, 21:3, 22:1,
23:6, 23:19, 24:6,
27:15, 29:6, 29:11,
30:9, 30:18, 34:8,
34:14, 40:23, 57:13,
57:16, 57:25, 60:4,
78:23, 90:10, 100:1,
100:13, 102:3
  **realistic** [2] - 127:11,
127:13
  **really** [10] - 7:7,
38:11, 60:15, 60:16,
62:4, 62:10, 64:25,
89:25, 134:23, 135:2
  **reason** [11] - 60:16,
63:13, 72:3, 83:7,
91:6, 100:19, 101:7,
101:9, 108:3, 119:9,
119:12
  **reasonable** [45] -
14:16, 32:12, 33:18,
34:22, 41:3, 43:11,
45:10, 46:20, 49:24,
50:2, 58:8, 59:19,
62:8, 68:3, 70:14,
70:22, 71:6, 71:23,
72:1, 72:16, 82:21,
84:14, 88:5, 89:5,
89:7, 107:19, 107:23,
107:24, 108:2, 108:9,
108:13, 112:4,
114:12, 115:21,
116:17, 119:3, 120:3,
120:21, 123:2,
123:12, 124:20,
125:18, 126:15,
127:2, 129:6
  **reasonableness** [1] -
110:22
  **reasonably** [8] -
47:13, 104:19,
104:20, 112:5,
120:12, 122:4, 122:5,
122:7
  **reasons** [5] - 91:18,
97:20, 112:19, 113:3,
113:9
  **rebuttal** [2] - 48:11,
88:14
  **receipts** [2] - 31:2,
91:3
  **receive** [3] - 19:19,
20:21, 28:11
  **received** [18] - 11:17,
11:22, 18:9, 22:6,
22:10, 36:19, 46:14,
78:21, 89:17, 94:9,

94:14, 106:18,
106:19, 108:18,
108:21, 109:12,
109:20, 112:10
  **receiving** [3] - 24:20,
35:10, 101:2
  **recess** [1] - 135:12
  **recession** [1] - 63:3
  **recognize** [1] - 77:25
  **recollection** [1] -
84:2
  **record** [6] - 7:3,
48:24, 105:23, 132:8,
133:14, 134:6
  **records** [7] - 51:4,
52:1, 52:3, 55:21,
55:22, 85:9, 85:10
  **RECROSS** [3] - 3:3
  **recycling** [1] - 57:8
  **red** [2] - 80:19, 80:20
  **REDIRECT** [1] - 3:3
  **reduction** [1] - 22:12
  **reexported** [1] -
66:14
  **refer** [3] - 13:13,
35:2, 113:4
  **reference** [2] - 30:15,
41:6
  **refers** [1] - 10:18
  **reflect** [5] - 7:3,
48:24, 105:23,
113:17, 132:8
  **regarding** [7] -
13:22, 14:9, 36:21,
36:25, 39:19, 43:23,
46:25
  **regardless** [2] -
21:12, 123:25
  **regions** [1] - 29:8
  **registered** [1] - 10:7
  **REGULATIONS** [1] -
136:14
  **regulatory** [1] - 70:2
  **reject** [1] - 113:6
  **relate** [1] - 114:19
  **related** [24] - 8:16,
17:4, 27:21, 27:23,
28:6, 28:7, 28:18,
28:21, 29:15, 29:16,
29:22, 30:17, 31:23,
34:15, 59:25, 60:3,
60:17, 90:4, 90:12,
90:18, 90:21, 90:25,
93:3
  **related-party** [11] -
27:21, 28:6, 30:17,
31:23, 60:17, 90:4,
90:12, 90:18, 90:21,
90:25, 93:3
  **relationship** [4] -

27:23, 121:21, 121:23, 121:24
**relax** [1] - 121:25
**release** [1] - 16:11
**released** [4] - 76:10, 78:19, 78:20, 78:22
**relevant** [1] - 62:3
**reliance** [1] - 49:18
**relieve** [1] - 115:2
**rely** [6] - 27:8, 39:20, 39:25, 52:17, 59:5, 128:23
**relying** [2] - 70:1, 84:6
**Remember** [1] - 7:10
**remember** [22] - 7:12, 7:13, 11:4, 18:19, 23:1, 41:15, 48:13, 51:20, 52:4, 58:7, 58:12, 59:13, 79:6, 82:23, 82:24, 83:2, 85:1, 85:5, 105:16, 109:7, 130:6, 130:15
**remind** [1] - 7:24
**remitted** [1] - 94:10
**rendered** [1] - 125:9
**rent** [1] - 26:14
**repaid** [2] - 17:10, 17:12
**replenishment** [1] - 23:5
**report** [7] - 27:16, 28:3, 61:6, 61:8, 61:11, 93:6, 93:14
**reported** [6] - 31:3, 31:22, 90:21, 93:4, 93:5
**REPORTED** [1] - 136:12
**REPORTER** [4] - 1:24, 136:1, 136:7, 136:22
**REPORTER'S** [1] - 1:17
**reporting** [2] - 28:4, 29:12
**reports** [7] - 12:11, 15:2, 27:8, 61:5, 62:11, 95:11, 96:16
**represent** [2] - 49:6, 70:8
**representations** [2] - 121:1, 121:3
**repurpose** [1] - 40:11
**reputation** [2] - 78:10, 78:13
**request** [4] - 22:17, 23:4, 98:19, 98:21

**requesting** [1] - 23:5
**requests** [1] - 94:5
**required** [5] - 108:1, 118:13, 122:12, 124:3, 127:15
**requires** [1] - 71:1
**research** [1] - 128:19
**Resendez** [2] - 21:11, 66:23
**resignation** [2] - 17:2, 32:19
**resigning** [1] - 95:25
**resolve** [1] - 36:21
**resources** [1] - 39:23
**respect** [3] - 47:4, 124:19, 126:18
**respected** [1] - 16:17
**respective** [3] - 7:4, 48:25, 105:24
**respond** [2] - 89:10, 129:19
**response** [2] - 30:5, 58:2
**responsibility** [2] - 71:11, 115:3
**responsible** [7] - 78:8, 104:18, 104:22, 118:1, 119:19, 122:17, 122:20
**rest** [3] - 17:3, 86:22, 86:23
**restaurant** [1] - 32:24
**result** [1] - 57:12
**retire** [2] - 48:16, 105:19
**return** [9] - 48:2, 94:11, 94:16, 105:8, 107:10, 129:11, 133:24, 134:14
**returns** [2] - 32:20, 66:19
**revenue** [2] - 8:13, 10:12, 12:5, 12:12, 24:10, 27:18, 28:4, 28:5, 28:18, 29:2, 29:9, 30:9, 30:19, 34:8, 44:15, 57:21, 57:25, 90:2, 90:24, 95:11
**revenues** [1] - 55:7, 60:19
**review** [2] - 14:17, 56:25
**reviewed** [1] - 52:1
**RGK** [1] - 1:8
**right-hand** [2] - 24:11, 98:12
**rights** [1] - 13:16
**Riley** [4] - 18:14,

31:20, 66:23, 77:2
**Riley's** [1] - 18:20
**rise** [3] - 48:22, 105:21, 135:11
**Riverside** [1] - 26:10
**road** [2] - 76:15, 82:9
**Robert** [1] - 89:13
**ROBERT** [1] - 2:17
**Robles** [4] - 20:24, 21:16, 21:20, 102:1
**ROGER** [1] - 2:8
**role** [2] - 10:9, 97:4
**rolly** [1] - 16:10
**room** [8] - 48:16, 70:25, 105:19, 106:15, 113:15, 131:14, 131:23, 132:25
**ROOM** [1] - 1:24
**rooster** [1] - 69:15
**round** [1] - 94:13
**roundtrip** [1] - 94:17
**rules** [1] - 50:6
**ruling** [12] - 5:9, 5:11, 33:4, 35:25, 77:23, 78:1, 78:3, 79:19, 79:21, 123:21, 124:8
**run** [1] - 130:7
**running** [1] - 16:10
**RUYAK** [5] - 2:17, 2:17, 49:4, 68:22, 69:2
**Ruyak** [13] - 70:11, 81:13, 89:13, 89:24, 92:7, 92:10, 92:16, 92:24, 93:11, 95:4, 95:16, 96:3, 96:10

## S

**safe** [1] - 134:22
**sale** [3] - 62:21, 63:6, 99:11
**sales** [25] - 23:6, 23:22, 27:10, 27:11, 27:23, 28:15, 28:19, 29:5, 29:12, 31:21, 31:23, 55:9, 59:21, 64:16, 65:3, 65:12, 90:10, 90:18, 91:4, 92:6, 95:1, 96:17, 97:1, 101:25, 102:3
**salespeople** [1] - 81:6
**salesperson** [1] - 21:4
**sample** [2] - 79:13, 79:15

**Samuel** [1] - 133:16
**sat** [4] - 12:3, 18:15, 53:5, 86:24
**satisfy** [1] - 62:7
**save** [2] - 49:19, 83:7
**saw** [27] - 11:13, 13:15, 18:17, 23:9, 25:7, 25:13, 26:24, 27:14, 29:20, 30:22, 35:24, 37:14, 44:4, 55:21, 57:19, 66:18, 77:6, 78:13, 79:5, 79:7, 84:8, 91:2, 94:19, 96:5, 99:25, 109:24
**scale** [1] - 30:4
**scared** [1] - 81:9
**scaring** [2] - 38:22, 103:3
**scene** [1] - 127:1
**scheme** [64] - 8:11, 8:24, 9:3, 9:7, 9:9, 10:11, 11:16, 13:1, 13:3, 14:19, 14:25, 15:11, 15:12, 16:13, 17:4, 18:1, 18:23, 19:4, 19:18, 22:19, 25:11, 26:17, 27:4, 27:6, 32:17, 33:7, 33:9, 33:15, 34:6, 40:21, 42:9, 42:18, 43:24, 44:16, 44:24, 45:23, 54:15, 54:18, 59:9, 89:14, 89:21, 91:8, 95:22, 96:1, 96:19, 98:3, 104:17, 104:18, 118:22, 119:1, 120:23, 120:24, 121:5, 121:13, 121:14, 122:10, 122:12, 122:13, 122:16, 122:19, 122:22, 122:25, 123:3
**schemer** [2] - 104:15, 122:25
**schemers'** [1] - 122:21
**scope** [21] - 5:8, 5:11, 33:4, 35:25, 36:2, 36:7, 46:1, 46:18, 68:18, 77:22, 77:23, 79:16, 79:19, 79:21, 114:17, 114:18, 114:24, 120:12, 123:21, 124:1, 124:8
**scopes** [2] - 78:1, 78:3
**scratch** [2] - 4:18,

4:19
**screen** [1] - 75:8
**scribble** [1] - 16:8
**SCUDERIA** [1] - 1:11
**Scuderia** [20] - 9:20, 11:7, 15:22, 16:2, 16:24, 17:7, 17:12, 17:14, 19:19, 26:12, 32:20, 33:16, 38:21, 56:4, 65:24, 89:16, 114:2
**sea** [1] - 79:10
**sealed** [2] - 99:21, 99:24
**seam** [1] - 73:3
**seam-welded** [1] - 73:3
**seams** [1] - 73:4
**search** [2] - 33:12, 103:11
**seas** [1] - 67:10
**seat** [1] - 53:10
**seats** [3] - 7:5, 49:1, 105:24
**SEC** [1] - 61:23
**second** [10] - 8:24, 52:15, 52:16, 65:2, 73:11, 74:18, 116:22, 119:9, 121:4, 125:22
**secondly** [1] - 59:17
**Section** [2] - 115:7, 116:10, 120:17, 123:8, 125:14, 125:24, 126:1
**SECTION** [1] - 136:10
**Securities** [2] - 61:24, 61:25
**see** [30] - 4:19, 7:16, 9:15, 12:5, 13:10, 17:22, 20:16, 29:1, 30:15, 31:1, 33:23, 37:9, 40:4, 46:24, 51:14, 58:9, 63:18, 71:17, 75:7, 75:20, 79:3, 90:19, 94:2, 94:9, 102:20, 105:14, 105:19, 110:15, 132:15, 135:2
**seeing** [2] - 21:23, 69:18
**seldom** [1] - 52:10
**self** [2] - 87:23, 90:5
**self-dealing** [1] - 90:5
**self-interested** [1] - 87:23
**sell** [16] - 8:14, 12:18, 37:20, 39:13, 40:10, 61:21, 66:7,

66:10, 66:13, 81:2, 81:6, 81:10, 81:11, 91:10, 92:14, 100:18
**selling** [2] - 10:12, 91:9
**send** [14] - 14:24, 22:16, 24:12, 34:7, 42:20, 94:4, 94:23, 99:7, 105:13, 129:14, 129:21, 130:6, 130:21, 131:16
**sending** [5] - 22:3, 40:6, 40:23, 40:24, 59:3
**sends** [1] - 99:7
**senior** [1] - 19:14
**sense** [7] - 32:8, 62:6, 91:7, 100:19, 108:3
**sent** [10] - 16:1, 20:2, 21:12, 25:2, 34:1, 39:8, 39:10, 89:17, 94:22, 131:7
**separate** [3] - 58:24, 78:19, 111:6
**separately** [2] - 18:17, 111:10
**September** [7] - 12:22, 14:2, 25:19, 31:13, 31:18, 91:21, 92:1
**series** [7] - 14:9, 31:9, 36:1, 36:5, 36:10, 123:23, 124:5
**serious** [2] - 49:13, 68:1
**seriously** [1] - 68:11
**serves** [1] - 78:17
**SESSION** [2] - 1:18, 4:2
**session** [1] - 109:19
**settle** [1] - 24:15
**seven** [3] - 13:7, 13:20, 110:22
**several** [2] - 58:17, 72:17
**sham** [1] - 29:11
**Shao** [35] - 9:17, 10:3, 19:25, 20:6, 20:11, 20:18, 20:21, 21:18, 22:14, 22:20, 34:13, 35:11, 37:1, 39:4, 39:8, 39:10, 41:14, 41:15, 41:17, 41:20, 42:1, 46:10, 58:14, 60:9, 66:17, 94:21, 95:17, 96:6, 97:4, 97:18, 98:14, 98:18, 99:7, 102:14, 102:20

**Shao's** [2] - 21:21, 25:3
**shape** [6] - 8:20, 13:5, 72:23, 73:12, 73:14, 74:17
**Shapes** [4] - 39:4, 40:12, 79:1, 101:2
**shared** [1] - 61:3
**shareholder** [5] - 17:7, 46:17, 51:16, 65:11
**shareholders** [17] - 45:24, 50:25, 54:19, 55:2, 55:4, 57:23, 59:13, 60:18, 62:4, 62:14, 62:25, 64:18, 65:13, 92:9, 92:17, 95:14
**shares** [1] - 61:21
**sheet** [1] - 57:19
**sheets** [1] - 23:11
**shell** [5] - 22:4, 23:10, 25:5, 42:25, 89:18
**Shen** [55] - 9:16, 10:7, 11:10, 11:24, 15:15, 16:4, 16:8, 16:14, 16:21, 17:11, 25:6, 25:7, 25:9, 26:21, 31:12, 31:20, 33:16, 38:22, 38:23, 39:1, 40:15, 44:5, 44:7, 46:8, 46:10, 52:18, 53:13, 56:5, 65:23, 67:15, 82:23, 83:10, 83:17, 83:18, 83:19, 84:1, 84:5, 84:7, 84:8, 84:11, 84:12, 85:18, 86:4, 86:5, 87:24, 89:15, 95:23, 97:5, 102:5, 102:23, 103:7, 105:5
**Shen's** [4] - 17:13, 36:17, 38:19, 84:13
**SHERI** [3] - 1:23, 136:7, 136:21
**shifts** [1] - 71:22
**ship** [6] - 14:6, 14:7, 14:22, 19:2, 21:7, 96:22
**shipment** [1] - 41:7
**shipments** [3] - 37:9, 37:11, 103:4
**shipped** [3] - 24:6, 30:12, 101:4
**shipping** [1] - 19:12
**short** [3] - 45:3, 84:16, 119:18
**show** [29] - 10:1, 14:14, 15:9, 17:4,

23:22, 25:1, 26:1, 28:10, 33:25, 34:10, 41:5, 44:20, 44:24, 45:14, 49:11, 50:10, 55:2, 55:6, 60:12, 60:13, 62:4, 79:6, 85:8, 85:10, 85:11, 85:14, 94:20, 95:20, 127:1
**showed** [8] - 9:19, 43:11, 51:24, 57:17, 58:11, 60:22, 75:15, 102:9
**showing** [8] - 21:17, 25:10, 27:18, 28:15, 28:17, 32:9, 32:20, 46:7
**shown** [11] - 15:6, 31:6, 31:19, 32:14, 32:15, 33:18, 44:13, 45:9, 60:11, 113:12, 113:17
**shows** [20] - 10:2, 15:20, 17:4, 19:9, 20:20, 22:11, 25:19, 25:22, 27:17, 30:19, 33:3, 34:12, 36:15, 40:8, 41:13, 43:21, 46:4, 91:3, 97:17
**shred** [4] - 71:14, 86:9, 86:12
**shredded** [2] - 86:16, 86:22
**shredding** [3] - 33:10, 33:12, 103:11
**side** [2] - 32:8, 68:10
**sided** [1] - 96:6
**sides** [1] - 131:13
**signature** [1] - 24:23
**signed** [4] - 15:19, 129:10, 129:15, 129:18
**significance** [1] - 61:11
**significant** [5] - 4:11, 5:23, 6:7, 29:17, 30:3
**significantly** [2] - 27:12, 29:10
**similar** [7] - 14:9, 25:20, 28:2, 29:25, 41:24, 41:25, 117:13
**similarly** [2] - 109:3, 118:6
**Simon** [3] - 56:22, 62:19, 90:1
**simple** [1] - 68:3
**simplistic** [1] - 74:3
**simply** [2] - 73:4, 76:25, 77:10, 82:6, 82:20, 84:10, 87:9,

87:19, 117:12, 125:2, 128:7, 128:13
**single** [21] - 8:22, 12:20, 37:7, 51:16, 57:18, 61:17, 61:22, 62:1, 62:5, 63:25, 72:2, 72:4, 75:2, 75:17, 85:13, 85:14, 85:16, 99:11, 100:13, 107:6
**sinker** [1] - 53:2
**sit** [2] - 86:23, 131:21
**sitting** [1] - 27:1
**situations** [1] - 36:22
**six** [13] - 5:9, 9:24, 10:2, 10:10, 35:25, 36:5, 36:10, 45:11, 45:19, 89:6, 110:21, 123:23, 124:5
**size** [1] - 16:18
**skin** [1] - 49:19
**skirted** [1] - 35:18
**skyrocketing** [1] - 96:17
**slide** [9] - 9:10, 9:15, 10:1, 10:2, 34:9, 34:10, 42:22, 44:4, 75:13
**slides** [1] - 33:20
**slight** [1] - 87:11
**small** [1] - 91:4
**smoke** [1] - 87:4
**smuggled** [5] - 76:3, 76:4, 76:6, 76:15
**sneak** [2] - 69:13, 69:14
**sold** [7] - 8:23, 12:20, 30:8, 30:16, 65:9, 65:10, 100:16
**solely** [3] - 84:20, 106:24, 109:20
**solemnly** [2] - 133:19, 134:9
**someone** [13] - 17:20, 19:23, 32:9, 41:18, 46:24, 47:4, 47:7, 47:11, 63:14, 94:6, 120:5, 126:10, 126:16
**sometimes** [4] - 7:24, 88:6, 130:10, 135:1
**somewhere** [2] - 58:3, 58:4
**son** [3] - 9:16, 16:24, 44:5
**soon** [3] - 6:21, 24:16, 131:24
**sophisticated** [1] - 74:7

**sorry** [4] - 7:23, 8:3, 62:6, 63:24
**sort** [2] - 72:20, 83:12
**sought** [1] - 52:24
**sounds** [2] - 76:5, 86:11
**Source** [1] - 33:1
**SOUTH** [1] - 2:15
**Southern** [1] - 76:24
**space** [1] - 20:25
**speaks** [1] - 4:18
**Special** [1] - 31:5
**special** [1] - 51:23
**specialist** [1] - 55:18
**specializes** [1] - 81:24
**specialty** [1] - 73:24
**specific** [15] - 17:7, 35:25, 39:12, 41:5, 41:6, 41:8, 41:11, 42:13, 42:23, 46:25, 82:25, 114:1, 115:14, 116:12, 125:8
**specifically** [4] - 40:5, 79:3, 123:6, 123:14
**specifications** [2] - 21:5, 40:3
**specify** [1] - 111:15
**speculate** [1] - 58:6
**speculation** [1] - 108:4
**spell** [2] - 133:15, 134:6
**spend** [3] - 89:10, 97:22, 103:19
**spent** [7] - 22:6, 73:17, 80:24, 89:24, 92:24, 102:4, 102:11
**spike** [1] - 19:9
**spin** [1] - 87:23
**spot** [1] - 99:25
**SPRING** [1] - 1:24, 2:10
**sprinkling** [1] - 87:11
**SS** [1] - 136:4
**stake** [1] - 91:16
**stand** [9] - 51:2, 52:5, 53:5, 66:5, 80:2, 84:8, 86:21, 88:18, 102:24
**standard** [9] - 49:23, 50:4, 50:8, 50:11, 62:7, 70:22, 71:25, 72:7
**standards** [7] - 72:8, 72:9, 74:7, 74:8, 74:10, 74:11
**stands** [2] - 87:25,

130:16
**start** [11] - 5:10, 6:22, 32:25, 48:6, 48:8, 48:18, 52:19, 89:23, 93:1, 96:22, 98:4
**started** [14] - 11:6, 15:12, 19:12, 43:14, 44:7, 63:2, 63:15, 64:24, 65:4, 65:5, 89:14, 97:24, 101:2, 128:15
**starting** [3] - 33:24, 132:22, 134:20
**STATE** [1] - 136:5
**state** [3] - 109:8, 113:3, 134:5
**State** [1] - 133:14
**statement** [10] - 11:21, 17:6, 25:19, 27:18, 41:14, 42:3, 72:20, 74:25, 75:10, 76:3
**STATEMENTS** [1] - 7:2
**statements** [26] - 14:1, 15:1, 23:9, 25:10, 27:5, 27:8, 29:1, 30:1, 31:20, 32:2, 32:15, 61:21, 67:10, 89:25, 91:13, 92:13, 92:22, 96:24, 98:9, 108:24, 109:4, 121:2, 121:4, 121:16
**States** [74] - 8:22, 9:6, 10:20, 10:21, 12:7, 12:12, 12:19, 13:5, 14:6, 14:12, 15:11, 16:6, 18:4, 19:3, 19:7, 19:11, 19:13, 19:16, 21:7, 22:5, 24:7, 27:17, 27:19, 28:4, 29:5, 29:9, 29:13, 30:6, 30:10, 30:20, 33:6, 34:5, 37:13, 37:24, 38:18, 38:24, 42:7, 43:8, 43:22, 44:12, 44:16, 45:6, 45:24, 47:24, 48:1, 49:8, 62:22, 63:6, 65:1, 70:16, 76:7, 76:16, 95:12, 96:18, 115:8, 115:10, 115:11, 115:19, 115:25, 116:1, 116:11, 120:18, 123:8, 123:9, 123:15, 123:18, 123:20, 125:15, 125:20, 125:21, 125:24, 126:2

**STATES** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 136:8, 136:10, 136:15
**stating** [4] - 12:11, 12:17, 19:25, 32:10
**statute** [1] - 115:16
**stay** [4] - 5:23, 33:20, 88:8, 132:2
**steal** [1] - 56:18
**stealing** [1] - 83:22
**STENOGRAPHICALLY** [1] - 136:12
**step** [1] - 8:10
**steps** [1] - 24:5
**Steve** [1] - 24:22
**STEVEN** [1] - 2:13
**stick** [1] - 132:19
**stiff** [1] - 74:15
**still** [5] - 17:15, 86:23, 127:11, 127:13, 128:16
**stipulate** [1] - 131:13
**Stock** [3] - 51:5, 56:14, 93:15
**stock** [4] - 29:7, 92:11, 92:15, 100:23
**stockpile** [1] - 97:12
**stockpiling** [2] - 102:25, 103:24
**stole** [1] - 52:20
**stop** [1] - 103:3
**stopped** [6] - 63:12, 63:14, 65:7, 67:4, 100:14
**storage** [4] - 39:12, 85:6, 85:7, 99:9
**store** [2] - 32:1, 85:7
**stored** [6] - 12:16, 26:17, 30:13, 37:15, 37:16, 77:3
**stories** [2] - 52:24, 67:20
**storing** [1] - 42:1
**story** [9] - 49:9, 49:11, 57:4, 67:17, 67:18, 67:23, 68:13, 83:21
**strange** [1] - 38:15
**street** [1] - 77:6
**STREET** [5] - 1:12, 1:24, 2:10, 2:15, 2:18
**Street** [2] - 26:11, 114:3
**stressed** [1] - 81:9
**stretch** [1] - 88:18
**stricken** [1] - 109:11
**strong** [6] - 38:6, 38:10, 38:12, 73:8, 74:14, 101:9

**strongest** [1] - 53:9
**structures** [1] - 51:18
**stuff** [4] - 39:12, 64:25, 65:23, 99:8
**stupid** [1] - 131:22
**subject** [7] - 39:24, 41:22, 49:13, 68:1, 76:9, 79:25, 86:17
**submit** [1] - 105:18
**submitted** [4] - 5:1, 35:9, 35:12, 39:18, 48:16, 85:15, 98:21, 130:17
**submitting** [2] - 42:2, 78:8
**subsidiary** [4] - 13:12, 24:24, 56:3, 93:17
**substantial** [1] - 50:14
**substantially** [1] - 30:2
**substitutes** [1] - 87:16
**subtracting** [1] - 22:25
**succeed** [1] - 66:3
**success** [1] - 119:14
**successful** [2] - 63:9, 81:14
**suffered** [1] - 55:5
**sufficient** [1] - 87:22
**suggested** [2] - 38:19, 59:22
**suggesting** [1] - 67:5
**suggestion** [1] - 107:9
**SUITE** [2] - 2:15, 2:18
**Suk** [2] - 32:25, 77:1
**summaries** [7] - 51:24, 113:12, 113:13, 113:19, 113:21, 113:22
**summary** [2] - 25:22, 75:14
**summation** [1] - 17:23
**supplied** [1] - 130:8
**supply** [1] - 61:22
**support** [6] - 17:13, 23:12, 34:2, 42:24, 54:8, 62:17
**supported** [5] - 43:1, 46:6, 49:12, 67:24, 74:11
**supporting** [2] - 24:1, 113:23
**supports** [3] - 19:8,

37:5, 40:22
**supposed** [3] - 50:20, 84:2, 101:12
**supposedly** [5] - 50:22, 50:23, 50:25, 86:4
**supposition** [1] - 65:20
**surprised** [1] - 58:9
**surreptitiously** [1] - 58:13
**surviving** [1] - 13:18
**suspicion** [1] - 59:6
**suspicions** [5] - 49:17, 52:7, 52:8, 52:10, 68:1
**suspicious** [1] - 84:3
**swear** [6] - 130:23, 133:6, 133:11, 133:19, 134:1, 134:9
**sworn** [1] - 108:17
**sympathy** [1] - 107:1
**system** [5] - 70:25, 71:15, 72:1, 72:7, 104:7

**T**

**tack** [9] - 8:19, 19:5, 72:22, 72:24, 73:4, 73:8, 74:16, 98:4
**tack-weld** [1] - 19:5
**tack-welded** [7] - 8:19, 72:22, 72:24, 73:4, 73:8, 74:16
**tack-welding** [1] - 98:4
**tag** [1] - 59:3
**TAKEN** [2] - 48:23, 105:22
**tale** [1] - 70:3
**talent** [1] - 53:10
**tare** [1] - 99:20
**tax** [5] - 32:20, 53:8, 62:1, 66:19, 85:10
**Tech** [1] - 73:22
**tedious** [3] - 106:3, 106:5, 106:7
**teeth** [1] - 68:16
**temporarily** [1] - 74:16
**temporary** [3] - 73:9, 133:7, 133:11
**ten** [5] - 6:21, 82:24, 83:4, 132:21, 134:21
**ten-minute** [2] - 132:21, 134:21
**ten-year-old** [1] - 82:24

**tendency** [3] - 32:4, 121:6, 123:19
**tenfold** [1] - 18:10
**term** [6] - 17:9, 76:20, 78:20, 80:20, 87:13
**terms** [5] - 72:12, 79:4, 82:1, 87:12, 87:15
**terrible** [1] - 66:3
**test** [4] - 37:9, 37:11, 103:4, 132:15
**tested** [4] - 38:4, 70:5, 74:4, 74:7
**testified** [17] - 9:19, 9:14, 21:20, 24:17, 26:21, 37:18, 38:3, 38:23, 40:16, 51:10, 78:14, 80:2, 81:5, 102:5, 110:16, 111:3
**testify** [4] - 9:17, 25:7, 95:19, 107:21
**testifying** [1] - 110:18
**testimony** [57] - 9:11, 11:5, 12:21, 13:22, 17:13, 17:17, 18:13, 18:20, 21:2, 24:2, 25:5, 25:6, 27:7, 29:4, 31:12, 31:16, 32:23, 35:9, 35:13, 35:20, 35:24, 36:9, 36:17, 38:19, 43:1, 44:7, 46:8, 53:22, 70:24, 78:16, 83:7, 93:20, 101:23, 101:24, 103:18, 105:3, 105:4, 108:18, 108:21, 109:10, 109:24, 110:10, 110:14, 110:22, 110:23, 111:5, 112:9, 112:11, 112:13, 112:20, 112:21, 112:23, 113:1, 113:4, 113:5, 113:6
**testing** [1] - 38:15
**tests** [2] - 38:7, 74:2
**text** [5] - 20:7, 20:9, 20:18, 84:4, 100:2
**th** [1] - 126:18
**thanking** [1] - 22:9
**THAT** [2] - 136:9, 136:13
**THE** [53] - 4:5, 4:8, 4:23, 5:17, 5:22, 6:6, 6:14, 7:3, 7:21, 7:23, 48:5, 48:22, 48:24, 68:20, 68:24, 69:20, 88:12, 88:14, 88:17,

88:25, 104:8, 105:10, 105:21, 105:23, 130:25, 131:1, 131:3, 131:5, 131:21, 133:6, 133:10, 133:11, 133:13, 133:16, 133:18, 134:1, 134:2, 134:4, 134:7, 134:9, 134:17, 134:18, 135:11, 135:14, 136:8, 136:10, 136:11, 136:12, 136:13, 136:14, 136:15
**theft** [1] - 53:7
**themselves** [2] - 80:10, 113:15
**theories** [1] - 103:22
**thereafter** [1] - 91:19
**thereby** [1] - 118:5
**therefore** [2] - 113:24, 120:1
**therein** [1] - 112:11
**thief** [1] - 67:16
**third** [10] - 9:3, 31:21, 74:20, 91:17, 91:22, 116:24, 119:12, 121:9, 123:17, 126:19
**thousand** [1] - 40:13
**thousands** [1] - 67:10
**three** [18] - 15:24, 16:1, 38:11, 39:23, 63:11, 77:21, 77:22, 78:4, 83:4, 83:5, 85:3, 100:14, 104:8, 110:17, 114:16, 116:5, 116:11, 120:7
**three-week** [1] - 16:1
**throughout** [9] - 9:4, 9:11, 11:1, 11:14, 15:5, 17:23, 27:14, 70:24, 103:8
**throw** [1] - 53:8
**tie** [1] - 43:15
**timeline** [3] - 11:3, 33:5, 78:3
**timing** [1] - 98:1
**tiny** [1] - 100:11
**Title** [7] - 115:7, 116:10, 120:18, 123:9, 125:15, 125:24, 126:1
**TITLE** [1] - 136:10
**title** [2] - 70:9, 85:2
**TO** [1] - 136:10
**Toby** [4] - 27:1, 66:24, 77:1, 104:3
**today** [3] - 87:21,

91:3, 134:20
**together** [13] - 16:8, 19:5, 36:11, 38:16, 43:15, 44:18, 52:24, 73:9, 73:17, 123:25, 124:5, 133:20, 134:10
**tomorrow** [3] - 132:20, 132:22
**ton** [1] - 39:1
**tonight** [2] - 132:18, 132:19
**tons** [2] - 27:17, 38:25
**tons'** [1] - 40:19
**took** [6] - 16:15, 33:15, 40:20, 74:4, 102:15, 128:23
**top** [2] - 16:16, 23:13
**total** [3] - 23:25, 27:11, 56:17
**totally** [2] - 63:8
**touted** [1] - 95:7
**touting** [1] - 11:21
**towards** [1] - 29:2
**trade** [1] - 21:13
**traded** [3] - 93:14, 93:22, 94:1
**trading** [1] - 67:21
**trail** [4] - 57:6, 57:11, 59:22, 65:19
**transaction** [3] - 32:11, 34:8, 90:25
**transactions** [18] - 27:21, 28:6, 28:7, 29:23, 30:18, 44:17, 50:23, 52:8, 60:17, 79:13, 79:15, 90:4, 90:13, 90:19, 90:21, 93:3, 94:18, 118:18
**TRANSCRIPT** [3] - 1:17, 136:11, 136:13
**transferred** [1] - 10:8
**transfers** [3] - 34:4, 42:15, 42:17
**transport** [3] - 42:6, 42:8, 125:20
**transported** [1] - 125:19
**TRIAL** [1] - 1:17
**trial** [18] - 7:7, 9:4, 11:1, 11:14, 15:5, 26:6, 27:14, 37:4, 43:21, 69:18, 70:6, 87:21, 102:9, 109:21, 111:8, 112:15, 113:11, 128:23
**tried** [9] - 14:4, 49:10, 62:25, 63:10, 63:16, 66:11, 78:10, 81:10

**trip** [1] - 94:13
**tripled** [1] - 13:25
**trivial** [1] - 61:12
**trouble** [5] - 76:21, 77:19, 77:20, 86:13, 95:9
**troubled** [1] - 61:16
**TRUE** [1] - 136:11
**true** [18] - 32:12, 49:11, 54:7, 56:19, 57:10, 67:23, 73:5, 75:1, 76:5, 81:14, 82:7, 83:16, 91:23, 92:3, 95:10, 96:19, 97:7, 110:2
**trust** [1] - 121:22
**trusting** [2] - 121:23, 121:25
**truth** [9] - 17:14, 31:23, 69:6, 69:10, 73:2, 84:6, 90:23, 92:15, 124:23
**truths** [2] - 49:20, 121:2
**try** [6] - 8:4, 16:11, 53:6, 81:2, 82:16, 86:2
**trying** [14] - 7:15, 58:12, 65:12, 65:13, 66:2, 68:13, 69:11, 69:13, 69:14, 81:16, 81:18, 89:10, 92:7, 92:8, 92:9, 96:11, 100:1, 100:21
**turn** [2] - 53:16, 83:16
**turning** [1] - 62:15
**turns** [1] - 86:14
**twice** [1] - 131:3
**twisted** [1] - 70:2
**two** [38] - 8:4, 8:5, 8:8, 8:17, 9:11, 10:3, 14:21, 34:24, 38:7, 38:17, 44:3, 44:10, 45:11, 47:17, 50:17, 51:2, 55:19, 69:24, 73:21, 79:20, 84:4, 88:7, 96:6, 99:11, 99:16, 110:16, 114:14, 115:8, 115:13, 115:24, 116:2, 116:20, 117:4, 120:6, 123:15, 126:17, 132:1
**two-sided** [1] - 96:6
**tying** [1] - 81:11
**type** [5] - 34:1, 41:13, 82:25, 87:20, 128:15

**U**

**U.S** [19] - 9:1, 22:16, 54:1, 61:6, 61:23, 63:7, 63:9, 65:9, 65:10, 65:12, 66:1, 70:15, 72:14, 74:23, 79:12, 84:18, 94:4, 97:18, 123:6
**ultimate** [2] - 47:7, 52:18
**ultimately** [1] - 15:23
**unable** [1] - 81:11
**unanimous** [4] - 127:25, 128:9, 129:8, 130:19
**unanimously** [1] - 42:12
**unanswered** [2] - 71:16, 72:4
**uncertain** [1] - 82:1
**Uncle** [1] - 36:20
**unclear** [1] - 78:5
**under** [12] - 48:9, 50:5, 53:9, 67:4, 70:5, 70:6, 74:7, 93:3, 102:17, 111:18, 111:20, 119:25
**underlying** [3] - 113:19, 113:23, 113:25
**understandable** [1] - 28:16
**unexplained** [2] - 49:17, 52:8
**unfortunately** [3] - 53:1, 53:3, 132:2
**unintentionally** [1] - 126:24
**United** [74] - 8:22, 9:6, 10:20, 10:21, 12:7, 12:12, 12:19, 13:5, 14:6, 14:12, 15:11, 16:6, 18:4, 19:3, 19:7, 19:10, 19:13, 19:16, 21:7, 22:5, 24:7, 27:17, 27:19, 28:4, 29:5, 29:9, 29:13, 30:6, 30:10, 30:20, 33:6, 34:5, 37:13, 37:24, 38:18, 38:24, 42:7, 43:8, 43:22, 44:12, 44:16, 45:6, 45:24, 47:24, 48:1, 49:8, 62:22, 63:6, 65:1, 70:16, 76:7, 76:15, 95:12, 96:18, 115:8, 115:10, 115:11,

115:19, 115:25, 116:1, 116:11, 120:18, 123:8, 123:9, 123:15, 123:18, 123:20, 125:15, 125:20, 125:21, 125:24, 126:2
**UNITED** [10] - 1:1, 1:1, 1:4, 1:6, 2:7, 2:9, 2:9, 136:8, 136:10, 136:15
**unknowingly** [1] - 126:24
**unlawful** [5] - 117:6, 117:21, 118:11, 125:7, 125:9
**unless** [7] - 71:4, 99:25, 107:17, 111:15, 133:22, 134:12
**unreliable** [3] - 52:18, 67:25, 70:1
**UNTIL** [1] - 135:13
**unusual** [1] - 132:24
**up** [27] - 6:4, 22:8, 29:5, 36:17, 52:23, 56:21, 60:7, 61:6, 61:17, 64:21, 66:19, 68:2, 87:20, 87:22, 88:1, 88:18, 91:6, 95:11, 101:25, 102:23, 106:10, 107:11, 128:10, 131:16, 131:24, 132:16, 132:21
**updates** [1] - 36:19
**upkeep** [2] - 11:14, 26:14
**upper** [1] - 98:11
**upshot** [2] - 74:12, 80:9
**usable** [1] - 97:13
**USD** [1] - 31:22

**V**

**vacationing** [1] - 16:4
**valid** [1] - 19:15
**valuable** [1] - 26:23
**value** [2] - 30:23, 65:11
**various** [2] - 14:17, 24:19
**vast** [3] - 8:14, 30:11, 37:22
**vendor** [2] - 21:12, 21:22
**venture** [2] - 119:15,

127:9
  **verbatim** [3] - 79:14,
84:2, 94:22
  **verdict** [21] - 33:23,
46:25, 48:2, 48:3,
63:18, 105:8, 107:9,
107:10, 108:20,
111:11, 111:12,
111:18, 127:24,
128:9, 128:13, 129:7,
129:8, 129:9, 130:19,
133:23, 134:14
  **verified** [1] - 83:14
  **verify** [1] - 51:14
  **vermin** [1] - 37:25
  **vested** [1] - 13:17
  **veteran** [1] - 81:23
  **viable** [1] - 19:1
  **victim** [1] - 52:22
  **victims** [3] - 64:13,
65:17
  **Vietnam** [6] - 14:7,
31:18, 33:6, 66:15,
96:25
  **view** [7] - 64:9, 72:8,
72:10, 78:24, 80:10,
80:15, 128:3
  **viewed** [1] - 84:14
  **vigilance** [1] - 122:1
  **vigorous** [1] - 30:4
  **Villanueva** [3] -
12:22, 19:14, 35:24
  **vinyl** [1] - 28:1
  **violated** [2] - 115:16,
116:10
  **violation** [6] - 115:7,
120:17, 123:8,
125:14, 125:23, 126:1
  **Virginia** [1] - 73:22
  **visible** [2] - 77:4,
77:5
  **Voetmann** [3] - 90:1,
90:3, 94:25
  **voicemail** [1] - 131:4
  **voided** [1] - 52:14
  **voluntarily** [1] -
67:17
  **VON** [1] - 1:11
  **Von** [2] - 26:11,
114:3
  **Von-Karman** [1] -
26:11
  **VS** [1] - 1:8

## W

  **wait** [1] - 130:5
  **waiting** [1] - 130:4
  **walked** [1] - 67:17

  **walls** [1] - 104:1
  **Wang** [21] - 9:23,
10:8, 16:3, 33:10,
35:10, 39:22, 41:15,
41:20, 46:9, 78:7,
85:21, 85:22, 86:1,
86:3, 86:6, 87:6,
98:15, 101:12,
101:14, 103:5
  **wants** [8] - 56:15,
77:13, 80:14, 81:15,
87:2, 87:3, 87:4,
88:18
  **warehouse** [46] -
8:9, 8:25, 9:21, 10:6,
11:6, 11:12, 11:15,
12:3, 12:15, 13:1,
15:7, 17:25, 18:24,
20:24, 20:25, 22:7,
23:12, 25:24, 26:7,
26:9, 26:10, 26:11,
26:21, 26:25, 28:24,
29:21, 30:13, 31:25,
33:8, 37:15, 37:16,
42:2, 42:21, 43:17,
44:7, 45:12, 45:20,
46:8, 47:2, 47:21,
84:21, 84:25, 85:9,
85:15, 102:12, 102:22
  **warehoused** [2] -
77:11
  **warehouses** [28] -
9:8, 11:13, 11:15,
11:18, 15:24, 26:7,
26:23, 46:15, 70:9,
76:19, 76:24, 77:3,
77:4, 77:5, 77:6, 77:7,
85:3, 85:5, 85:18,
85:21, 96:22, 97:5,
97:6, 97:11, 102:25,
103:6, 104:2
  **warrant** [2] - 33:13,
103:12
  **WASHINGTON** [1] -
2:18
  **watching** [1] - 135:5
  **ways** [4] - 70:12,
83:15, 115:8, 115:17
  **wealthier** [1] - 45:22
  **web** [1] - 58:21
  **Website** [1] - 93:13
  **week** [1] - 16:1
  **weeks** [8] - 8:9, 9:11,
14:21, 15:21, 47:17,
82:8, 88:7, 89:18,
91:16
  **weigh** [1] - 106:17
  **weight** [14] - 37:20,
38:7, 38:12, 40:4,
70:7, 99:20, 110:6,

110:7, 111:1, 111:4,
113:7, 113:24, 128:12
  **weld** [1] - 19:5
  **welded** [14] - 8:19,
36:1, 36:6, 36:11,
44:18, 72:22, 72:24,
73:3, 73:4, 73:8,
74:16, 123:24, 124:5
  **welding** [2] - 10:14,
98:4
  **welds** [6] - 73:3,
73:7, 99:21, 99:22,
99:24, 99:25
  **WESTERN** [1] - 1:2
  **whatsoever** [2] -
56:1, 71:13
  **whereas** [1] - 38:25
  **white** [3] - 38:13,
74:1, 99:23
  **whole** [3] - 73:1,
86:14, 121:17
  **wholly** [1] - 13:12
  **wide** [4] - 8:7, 10:10,
47:19, 70:3
  **wide-ranging** [4] -
8:7, 10:10, 47:19,
70:3
  **Wielding** [1] - 8:6
  **wife** [7] - 9:23, 10:8,
32:25, 33:10, 33:14,
44:5, 85:22
  **wilfully** [2] - 117:21,
123:17
  **wilfulness** [1] - 40:9
  **willfully** [6] - 35:4,
36:16, 37:5, 41:1,
117:25, 125:4
  **willing** [3] - 17:20,
96:6, 131:13
  **wire** [54] - 6:1, 6:8,
6:9, 9:7, 10:11, 10:21,
12:25, 14:19, 22:12,
22:25, 27:3, 34:1,
34:2, 34:6, 34:15,
34:17, 34:22, 42:8,
42:12, 42:18, 43:4,
43:6, 43:8, 43:12,
43:24, 44:16, 44:23,
45:22, 54:13, 54:15,
59:8, 63:19, 63:21,
63:22, 64:5, 68:5,
84:24, 89:12, 97:24,
104:15, 115:14,
116:12, 120:17,
121:12, 121:18,
122:2, 122:6, 122:9,
122:10, 125:23,
126:4, 127:4
  **wired** [1] - 15:15
  **wires** [15] - 15:10,

15:14, 15:20, 15:22,
22:24, 23:10, 24:18,
25:1, 25:25, 26:1,
33:21, 34:1, 34:11,
42:24, 54:15
  **WITH** [1] - 136:14
  **withdraw** [1] -
127:13
  **WITNESS** [1] - 3:3
  **witness** [23] - 9:10,
21:2, 40:4, 43:1, 53:5,
66:5, 68:15, 75:14,
76:25, 77:1, 95:18,
103:18, 105:3,
108:18, 109:2,
109:24, 110:12,
110:14, 112:9, 112:12
  **witness's** [11] -
110:15, 110:17,
110:18, 110:20,
110:21, 110:23,
112:11, 112:17,
112:21, 113:8
  **witnesses** [14] -
31:16, 32:7, 55:14,
66:4, 81:22, 91:24,
105:5, 105:6, 109:1,
111:2, 111:4, 112:20,
112:23, 112:25
  **woodwork** [1] -
41:21
  **word** [7] - 5:25, 6:8,
49:18, 74:21, 82:25,
84:5
  **word-for-word** [1] -
82:25
  **words** [3] - 84:13,
121:16, 124:15
  **workforce** [1] - 81:6
  **works** [5] - 68:23,
71:12, 74:6, 94:24,
104:7
  **world** [3] - 65:2,
73:19, 135:1
  **worse** [3] - 132:13,
132:16
  **worst** [2] - 80:14,
87:5
  **write** [2] - 79:8, 79:9
  **writing** [3] - 45:5,
129:18, 129:20
  **wrote** [1] - 93:25

## Y

  **Yan** [2] - 93:20,
93:21
  **year** [16] - 12:8,
23:17, 24:1, 28:2,

28:20, 29:14, 29:25,
31:4, 37:21, 40:19,
62:14, 65:8, 82:24,
93:3, 100:17
  **years** [19] - 41:17,
63:11, 64:11, 66:25,
77:21, 77:22, 78:4,
79:20, 82:9, 83:4,
83:5, 89:21, 99:11,
99:16, 100:14,
100:17, 132:25
  **yesterday** [3] -
62:15, 62:18, 131:4
  **Yingkou** [1] - 21:22
  **you-all** [2] - 73:20,
85:24
  **yourself** [6] - 80:9,
99:25, 103:3, 105:7,
133:22, 134:12
  **yourselves** [3] -
48:14, 105:17, 128:1

## Z

  **zero** [5] - 27:24,
30:8, 90:12, 90:21
  **Zhao** [1] - 32:23
  **Zhijie** [5] - 9:23,
10:8, 33:10, 46:9,
103:5
  **Zhong** [2] - 56:3,
91:15
  **Zhongsuo** [1] - 9:23
  **Zhongtian** [72] - 8:6,
8:24, 9:12, 10:4, 10:6,
10:8, 10:25, 11:5,
11:11, 11:20, 11:21,
11:23, 12:13, 13:2,
13:24, 14:22, 15:6,
15:13, 15:16, 15:19,
16:23, 17:23, 18:3,
18:18, 18:22, 19:17,
19:20, 21:25, 22:15,
22:16, 22:17, 22:21,
23:12, 24:3, 24:9,
24:12, 24:25, 25:9,
25:17, 26:3, 26:6,
26:20, 27:10, 27:19,
27:22, 28:3, 28:23,
29:20, 32:16, 32:21,
32:22, 32:24, 33:7,
33:17, 36:20, 37:23,
38:20, 41:25, 43:16,
44:5, 44:9, 45:19,
45:21, 45:22, 46:9,
46:13, 47:18, 90:25,
95:15, 102:16, 102:23
  **Zhongwang** [104] -
8:13, 8:15, 8:22, 9:13,
10:12, 12:1, 12:9,

12:14, 13:23, 14:9,
14:23, 15:2, 15:13,
16:7, 17:9, 17:16,
17:24, 19:10, 19:23,
20:12, 20:22, 21:6,
21:8, 21:12, 21:18,
21:24, 22:9, 22:10,
22:14, 23:8, 24:14,
24:20, 24:23, 24:24,
25:2, 25:11, 25:23,
26:4, 26:15, 27:5,
27:20, 27:22, 28:3,
28:12, 29:14, 30:23,
31:8, 31:13, 31:18,
31:22, 31:25, 34:4,
34:7, 34:13, 34:16,
34:19, 37:2, 39:16,
40:14, 40:16, 42:19,
43:25, 45:18, 57:22,
57:23, 58:5, 58:15,
58:17, 58:19, 58:21,
58:22, 58:23, 59:3,
60:3, 62:24, 63:22,
68:4, 89:17, 89:19,
90:7, 90:15, 90:21,
91:9, 91:12, 93:1,
93:4, 93:9, 93:12,
93:18, 94:6, 94:8,
94:23, 95:2, 95:7,
96:1, 96:8, 96:9,
96:10, 96:15, 96:21,
97:2, 97:9, 99:14
  **Zhongwang's** [3] -
20:1, 28:12, 34:24
  **Zhongwang.com** [6]
- 58:11, 58:22, 93:13,
93:17, 93:21
  **ZP** [6] - 9:16, 16:17,
31:10, 95:24, 102:14,
102:20
  **Zuo** [4] - 10:4, 17:1,
32:19, 46:10
  **ZW** [1] - 64:18
  **ZWP** [1] - 20:22