| | |
|---|---|
| Stephen G. Larson (SBN 145225)<br>slarson@larsonllp.com<br>Hilary Potashner (SBN 167060)<br>hpotashner@larsonllp.com<br>A. Alexander Lowder (SBN 269362)<br>alowder@larsonllp.com<br>**LARSON LLP**<br>555 South Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Telephone: (213) 436-4888<br>Facsimile: (213) 623-2000 | cc: USPO |

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE, LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
robertr@ruyakcherian.com
JOSHUA C. BENSON (SBN 228983)
joshuab@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC 20036
Telephone: 202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ZHONGTIAN LIU,<br>    aka "Liu Zhongtian,"<br>    aka "Chairman,"<br>    aka "Uncle Liu,"<br>    aka "UL,"<br>    aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS LIMITED,<br>    aka "ZW,"<br>    aka "Mother Ship," | Case No. 19-cr-00282 RGK<br><br>**(~~PROPOSED~~) ORDER**<br><br>[*Filed concurrently with Joint Stipulation to Continue Sentencing Date*]<br><br>Judge: R. Gary Klausner<br><br>Trial Date: August 10, 2021 |

| | |
|---|---|
| 1 | ZHAOHUA CHEN, |
| |     aka "Chen Zhaohua," |
| 2 |     aka "Uncle Chen," |
| | XIANG CHUN SHAO, |
| 3 |     aka "Johnson Shao," |
| | PERFECTUS ALUMINIUM, INC., |
| 4 |     aka Perfectus Aluminum Inc.," |
| | PERFECTUS ALUMINUM |
| 5 | ACQUISITIONS, LLC, |
| | SCUDERIA DEVELOPMENT, LLC, |
| 6 | 1001 DOUBLEDAY, LLC, |
| | VON KARMAN - MAIN STREET, |
| 7 | LLC, and |
| | 10681 PRODUCTION AVENUE, LLC, |
| 8 | |
| |         Defendants. |
| 9 | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to February  28 , 2022 at  10:00  a.m.

It is further ordered that defendants Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman - Main Street, LLC, and 10681 Production Avenue, LLC (the "Warehouse Defendants"), and Perfectus Aluminum, Inc., and Perfectus Aluminum Acquisitions, LLC (the "Perfectus Defendants") and collectively "Defendants," and all persons in active concert with them who receive notice of this Order, including, but not limited to, their agents, representatives, employees, attorneys, parent companies, subsidiaries, owners, and their assigns are hereby ENJOINED and RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal or removal from the jurisdiction of this Court of Defendants' assets (i.e., "property or rights to property," *see* 18 U.S.C. § 3613(a)), or taking any action of causing any action to be taken that might depreciate, damage, or diminish the value of Defendants' property or rights to property for the period of time from the date of the order until 30 days beyond the sentencing hearing in this matter.  For purposes of this Order, Defendants' assets include, but are not limited to, the warehouse properties owned by 1001 Doubleday, LLC (Ontario), Scuderia Development, LLC (Riverside), 10681 Production Avenue (Fontana), and Von Karman – Main Street,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LOS ANGELES

3
(PROPOSED) ORDER

LLC (Irvine) and the 279,808 aluminum items seized by the government. Defendants and their counsel shall promptly provide actual notice to any person who has the authority (actual or apparent) of this Order and its terms.

**IT IS SO ORDERED.**

DATED: October 20, 2021

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE